**HEARING DATE: August 22, 2019**
**HEARING TIME: 10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF MOTION OF WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. §§ 503(b)(1) AND 503(b)(9)

**PLEASE TAKE NOTICE** that, pursuant to the annexed motion (the "Motion"), Weihai Lianqiao International Coop. Group Co., Ltd. ("WLI") shall move before the Honorable Robert D. Drain, United States Bankruptcy Judge, in his courtroom at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on **August 22, 2019 at 10:00 a.m.** or as soon thereafter as counsel may be heard, for an order allowing and compelling the Debtors to pay WLI its administrative expense claims pursuant to sections 503(b)(1) and 503(b)(9) of the

---

[1] The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE**, that any responses or objection ("Objections") to the Motion shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the Amended Order Implementing Certain Notice and Case Management Procedures, entered on November 1, 2018 [Dkt. No. 405], so as to be filed and received no later than **August 15, 2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, WLI may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

Dated: Los Angeles, California
      August 2, 2019

LEVENE, NEALE, BENDER, YOO
  & BRILL

By: */s/ David L. Neale*
David L. Neale
NY Bar No. 2211126
Todd M. Arnold
Cal. Bar No. 221868
(*pro hac vice* pending)
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
T: 310-229-1234
E: dln@lnbyb.com, tma@LNBYB.com
*Attorneys for Weihai Lianqiao International Coop. Group Co., Ltd.*

2

**HEARING DATE: August 22, 2019**
**HEARING TIME: 10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors.[2] | (Jointly Administered) |

**MOTION OF WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD TO**
**ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE**
**CLAIM UNDER 11 U.S.C. §§ 503(b)(1) AND 503(b)(9)**

---

[2] The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Weihai Lianqiao International Coop. Group Co., Ltd. ("WLI"), by and through its undersigned counsel, submits this Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §§ 503(b)(1) and 503(b)(9)  (the "Motion").  In support of the Motion, WLI respectfully states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334, Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §§157(b)(2)(A), (B), and (O).

2.      The statutory predicates for the relief requested herein are sections 105, 503(b)(1)(A) and (b)(9), and 1129(a)(9)(A) of Title 11 of the United States Code (the "Bankruptcy Code").

## BACKGROUND

3.      On October 15, 2018 (the "Petition Date"), Sears Holdings Corporation, a debtor and debtor in possession in the above-captioned chapter 11 cases and certain of its affiliated debtors and debtors in possession (collectively, the "Debtors"), including Sears, Roebuck and Co. ("Sears") and Kmart Corporation ("Kmart"), commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

4.      On the Petition Date, the Debtors also filed a motion requesting authority to pay vendors in the ordinary course of business for goods ordered prepetition but delivered to the Debtors postpetition [Dkt. No. 14] (the "Postpetition Deliveries Motion").

5.      In the Postpetition Deliveries Motion, the Debtors requested an order:

> . . . granting administrative priority status to all undisputed obligations of the Debtors owing to third party vendors and suppliers arising from the postpetition delivery of goods ordered prior to the [Petition Date] and authorizing the Debtors to pay such obligations in the ordinary course of business.

4

Postpetition Deliveries Motion, ¶ 5.

6.      The Court approved the Postpetition Deliveries Motion by final order entered November 20, 2018 (the "<u>Postpetition Deliveries Order</u>") [Dkt. No. 843].  The Postpetition Deliveries Order provides:

> All undisputed obligations of the Debtors arising from the postpetition delivery or shipment [] of goods under the Prepetition Orders are granted administrative expense priority status pursuant to section 503(b)(1)(A) of the Bankruptcy Code, and the Debtors are authorized, but not directed, to pay such obligations in the ordinary course of business consistent with the parties' customary practices in effect prior to the Commencement Date.

Postpetition Deliveries Order, ¶ 8.

7.      Also on the Petition Date, the Debtors filed a motion requesting approval to enter into a debtor-in-possession asset-based lending facility ("<u>DIP ABL Facility</u>") and a junior debtor-in-possession facility ("<u>Junior DIP Facility</u>") [Dkt. No. 7].

8.      The Debtors then filed a supplemental motion related to the Junior DIP Facility [Dkt. No. 872] on November 25, 2018.

9.      The Court approved entry into the DIP ABL Facility on an interim basis by order entered October 16, 2018, and on a final basis by order entered November 30, 2018. *See* Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief ("<u>DIP ABL Facility Final Order</u>") [Dkt. No. 955]. Under the DIP ABL Facility, the Debtors have access to up to $300 million in new money.

10.     The Court also approved entry into the Junior DIP Facility on an interim basis by order entered November 30, 2018 [Dkt. No. 951], and on a final basis at a hearing on December 20, 2018. Under the Junior DIP Facility, Debtors have access to up to $350 million of new

money.

11.      Soon after the Petition Date, the Debtors induced WLI to maintain and continue shipments with the promise of continued payments for goods shipped and delivered after the Petition Date.    The Debtors were also induced by the Debtors to maintain and continue shipments to the Debtors based on the Postpetition Deliveries Motion and Postpetition Deliveries Order.

12.      After the Petition Date, the Debtors represented that the Debtors' estates (including the estates of Sears and Kmart) were administratively solvent.  *See* DIP ABL Facility Final Order.  To the extent they are not administratively solvent, the Debtors (a) would not be able to pay allowed administrative claims, including those of WLI, on the effective date of any plan as required by section 1129(a)(9)(A) of the Bankruptcy Code and, therefore, (b) would not be able to confirm any plan.

## WLI'S ADMINISTRATIVE CLAIMS

13.      In the twenty (20) days prior to the Petition Date, WLI provided goods to the Debtors with a value of $914,538.36 ($646,697.26 to Sears and $267,841.10 to Kmart). Pursuant to section 503(b)(9) of the Bankruptcy Code, WLI asserts that it maintains allowed administrative claims for the value of such goods in the amount of $914,538.36, which amount includes a section 503(b)(9) claim in the amount of $646,697.26 against Sears and a section 503(b)(9) claim in the amount of $267,841.10 against Kmart) (collectively the "§ 503(b)(9) Claims").  A summary of the invoices underlying the § 503(b)(9) Claim related to Sears, together with true and correct copies of currently available invoices and related shipping documents supporting the § 503(b)(9) Claim related to Sears (the "Sears § 503(b)(9) Invoices") are annexed hereto as **Exhibit "A."**[3]  A summary of the invoices underlying the § 503(b)(9) Claim related to Kmart, together with true and correct copies of currently available invoices and related shipping documents supporting the § 503(b)(9) Claim related to Kmart (with the Sears § 503(b)(9)

---

[3] To the extent any of the invoices and related shipping documents supporting the administrative claims referenced herein are not currently available, WLI will file a supplemental declaration with such invoices and shipping documents.

Invoices, the "§ 503(b)(9) Invoices") are annexed hereto as **Exhibit "B."**

14.    WLI filed timely proofs of claim in the Sears and Kmart cases asserting the foregoing § 503(b)(9) Claims.  A true and correct copy of the proof of claim filed in the Sears case is annexed hereto as **Exhibit "C."**  A true and correct copy of the proof of claim filed in the Kmart case is annexed hereto as **Exhibit "D."**

15.    After the Petition Date, WLI provided goods (the "Postpetition Goods") to the Debtors with a value of $470,530.74 ($357,041.71 to Sears and $113,489.03 to Kmart). Pursuant to section 503(b)(1)(A) of the Bankruptcy Code, WLI asserts and is entitled to the allowance of administrative claims for the value of such goods in the amount of $470,530.74, which amount includes a section 503(b)(1)(A) claim in the amount of $357,041.71 against Sears and a section 503(b)(1)(A) claim in the amount of $113,489.03 against Kmart) (collectively the "§ 503(b)(1)(A) Claims").  A summary of the invoices underlying the § 503(b)(1)(A) Claim related to Sears, together with true and correct copies of currently available invoices and related shipping documents supporting the § 503(1)(A) Claim related to Sears (the "Sears Post-Petition Invoices") are annexed hereto as **Exhibit "E."**  A summary of the invoices underlying the § 503(b)(1)(A) Claim related to Kmart, together with true and correct copies of currently available invoices and related shipping documents supporting the § 503(1)(A) Claim related to Kmart (with the Sears Post-Petition Invoices, the "Post-Petition Invoices") are annexed hereto as **Exhibit "F."**

## RELIEF REQUESTED

16.    WLI requests entry of an order, substantially in the form attached hereto as **Exhibit "G:"** (a) granting WLI an allowed administrative expense claim in the amount of $470,530.74 under section 503(b)(1)(A) of the Bankruptcy Code for goods provided to the Debtors post-petition ($357,041.71 to Sears and $113,489.03 to Kmart), (b) granting WLI an allowed administrative claim in the amount of $914,538.36 for goods provided to the Debtors in the twenty (20) days prior to the Petition Date ($646,697.26 to Sears and $267,841.10 to Kmart)

under section 503(b)(9) of the Bankruptcy Code,[4] and (c) requiring the Debtors to immediately pay such allowed administrative expense claims and no later than the date the Debtors' plan becomes effective.

## BASIS FOR RELIEF

17.     The Bankruptcy Code provides that "[a]fter notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including — the actual, necessary costs and expenses of preserving the estate ...." 11 U.S.C. § 503(b)(1)(A)."

18.     Under section 503(b)(1)(A) of the Bankruptcy Code, "[a]n expense is administrative only if it arises out of a transaction between the creditor and the bankruptcy trustee or debtor in possession, and only to the extent that the consideration supporting the claimant's right to payment was both supplied to and beneficial to the debtor-in-possession in the operation of the business." *See In re Bethlehem Steel Corp.*, 479 F.3d 167, 172 (2d Cir. 2017) (*citing Trustees of Amalgamated Ins. Fund v. McFarlin's*, 789 F.2d 98, 101 (2d Cir. 1986)).

19.     The Debtors previously acknowledged that claims for Postpetition Goods are entitled to administrative priority under section 503(b)(1)(A) as actual, necessary costs and expenses of preserving the estate:

> Pursuant to section 503(b) of the Bankruptcy Code, obligations that arise in connection with the postpetition delivery of necessary goods and services are afforded administrative expense priority because they benefit the estate postpetition. 11 U.S.C. § 503(b)(1)(A ).

Postpetition Deliveries Motion, ¶ 32

---

[4] While WLI believes all of the goods underlying the § 503(b)(9) Claims were received within twenty (20) days before the Petition Date, (1) to the extent that any of the goods were instead deemed to have been received by the Debtors after the Petition Date, WLI nonetheless asserts that such goods should, in that instance, be entitled to administrative claim status under section 503(b)(1) of the Bankruptcy Code and (2) to the extent the Debtors argue, or the Court determines, that a date other than the date of actual delivery to the Debtors (which is the date used by WLI in calculating and determining its § 503(b)(9) Claims), WLI reserves the right to adjust its administrative claims accordingly.

20.    Further, under section 503(b)(9) of the Bankruptcy Code, a claim based on "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business" is entitled to administrative expense status. *See* 11 U.S.C. § 503(b)(9).

21.    Here, WLI is asserting § 503(b)(1)(A) Claims in the amount of $470,530.74 ($357,041.71 against Sears and $113,489.03 against Kmart) for goods provided to the foregoing Debtors after the Petition Date and 503(b)(9) Claims in the amount of $914,538.36 ($646,697.26 against Sears and $267,841.10 against Kmart) for the value of the goods received by the foregoing Debtors in the twenty (20) days before the Petition Date.   Moreover, the foregoing Debtors have already benefited from the goods provided by WLI and there has been no dispute to the Post-Petition Invoices or the § 503(b)(9) Invoices. Accordingly, WLI is entitled to administrative expense priority pursuant to sections 503(b)(1)(A) and 503(b)(9) of the Bankruptcy Code.

22.    In addition to allowance of the foregoing administrative claims, WLI respectfully requests immediate payment of such administrative claims.   With respect to timing of payment of an allowed administrative claim, courts have discretion to order the immediate payment of such a claim. *See In re HQ Global Holdings, Inc.*, 282 B.R. 169, 173 (Bankr. D. Del. 2002) (*citing Matter of Baptist Medical Center of New York, Inc.*, 52 B.R. 417, 421 (Bankr. E.D.N.Y. 1985); *In re Global Home Prods., LLC*, 2006 Bankr. LEXIS 3608, at *10-11 (Bankr. D. Del. Dec. 21, 2006).   Courts look to a variety of factors in determining whether to order immediate payment, including (a) bankruptcy's goal of orderly and equal distribution among creditors, (b) the particular needs of the administrative claimant, and (c) the length and expense of the case's administration.   *Id.* Other courts have interpreted these factors as (a) prejudice to the debtors, (b) hardship to the claimant, and (c) potential detriment to other creditors. *See Global Home Prods.*, LLC, 2006 Bankr. LEXIS 3608, at *12.   Courts use their discretion as to timing to "ensure the orderly and equal distribution among creditors and the need to prevent a race to a debtor's assets," especially if there is a doubt as to the administrative solvency of the debtor overall." *In*

re King, 392 B.R. 62, 68 (Bankr. S.D.N.Y. 2008) (citing, among various cases, In re HQ Global Holdings, Inc., 282 B.R. at 173).

23.    As set forth above, at the Debtors' request, WLI provided goods to the Debtors after the Petition Date and prior to the Petition Date. The Debtors have not disputed the Post-Petition Invoices or the § 503(b)(9) Invoices. The DIP ABL Facility and the Junior DIP Facility provide Debtors with the funds necessary to keep current with the administrative expenses incurred. Indeed, upon information and belief, the Debtors are paying their legal professionals their ongoing fees in connection with the Court's monthly compensation order as well as other administrative claim holders in the ordinary course of business. The Debtors have stated on more than one occasion in these cases that these cases would not be run on the backs of vendors. See e.g., Debtors' Reply to Objections to Junior Debtor-in-Possession Financing, ¶ 6 [Dkt. No. 1297]. It would be patently unfair, and without legal basis for the Debtors to pay some administrative expense claimants who supply goods and services to the Debtors in the ordinary course of business and not pay other similarly situated creditors. See, e.g., 11 U.S.C. §§ 507, 1122(a), 1123(a)(4); Hall v. Perry (In re Cochise College Parlc, Inc.), 703 F.2d 1339, 1356 n. 22 (9th Cir. 1983) ("All administrative expense creditors must be treated with 'absolute equality,' unless, of course, some creditors, with full knowledge of the fact, have agreed to subordinate their claims.") (citation omitted).

24.    In addition to the foregoing, section 1129(a) provides that the Debtors' pending plan can only be confirmed if, "[e]xcept to the extent that the holder of a particular claim has agreed to a different treatment of such claim, the plan provides that — (A) with respect to a claim of a kind specified in section 507(a)(2) or 507(a)(3) of this title, on the effective date of the plan, the holder such claim will receive on account of such claim cash equal to the allowed amount of such claim." 11 U.S.C. § 1129(a)(9)(A). Here, WLI does not agree to treatment of its § 503(b)(9) Claims or § 503(b)(1)(a) Claims (which are clams specified in section 507(a)(2) of the Bankruptcy Code) other than as specified in section 1129(a)(9)(A) of the Bankruptcy Code

25.     Accordingly, WLI requests that the Court direct the Debtors to make immediate payment of WLI's allowed administrative expense claims set forth herein and certainly no later than the date the Debtors' plan becomes effective, if it is indeed confirmed by the Court.

## NOTICE

26.     Notice of this Motion will be served on (a) counsel to the Debtors, (b) Counsel to the Official Committee of Unsecured Creditors, (c) the Office of the United States Trustee, Region 2, (d) and all other parties entitled to receive notice under Bankruptcy Rule 2002 and under the Amended Order Implementing Certain Notice and Case Management Procedures [Dkt. No. 405]. WLI submits that no other or further notice need be provided.

27.     No previous motion or application for the relief sought herein has been made to this or any other Court.

## RESERVATION OF RIGHTS

28.     WLI reserves the right to supplement or amend this Motion and make additional arguments at the hearing to consider the Motion. WLI further reserves any rights of setoff and/or recoupment it may have in connection with the claims asserted in this Motion.

29.     As indicated in this Motion, the Debtors have never disputed the Post-Petition Invoices or the § 503(b)(9) Invoices and there are no factual issues requiring an evidentiary hearing on the allowance and payment of WLI's administrative claims. To the extent that the Debtors manufacture a factual issue in advance of the hearing, WLI reserves the right to request that the Court hold an evidentiary hearing on August 22, 2019, the date of the hearing on this Motion, or alternatively seek documents and testimony from the Debtors to the extent that the Court deems that the issues relevant to the allowance of the administrative claims requires an evidentiary record.s

/ / /

/ / /

/ / /

## **CONCLUSION**

30.    For the foregoing reasons, WLI respectfully requests that the Court (a) enter an order, substantially in the form attached hereto as **Exhibit "G,"** (i) granting WLI an allowed administrative expense claim in the amount of $470,530.74 ($357,041.71 against Sears and $113,489.03 against Kmart) on account of the § 503(b)(1)(A) Claims, (ii) granting WLI an allowed administrative claim in the amount of $914,538.36 ($646,697.26 against Sears and $267,841.10 against Kmart) on account of the § 503(b)(9) Claims, and (iii) requiring the Debtors to immediately pay the § 503(b)(1)(A) Claims and § 503(b)(9) Claims and no later than the date the Debtors' plan becomes effective (if it is confirmed); and (b) grant such other and further relief to WLI as the Court deems just and proper.

Dated: Los Angeles, California
      August 2, 2019

                          LEVENE, NEALE, BENDER, YOO
                            & BRILL

                          By: */s/ David L. Neale*
                          David L. Neale
                          NY Bar No. 2211126
                          Todd M. Arnold
                          Cal. Bar No. 221868
                          (*pro hac vice* pending)
                          10250 Constellation Blvd.
                          Suite 1700
                          Los Angeles, CA 90067
                          T: 310-229-1234
                          E: dln@lnbyb.com, tma@LNBYB.com
                          *Attorneys for Weihai Lianqiao International*
                          *Coop. Group Co., Ltd.*

## DECLARATION OF SUN TIE

I, SUN TIE, hereby declare as follows:

1.      I am over 18 years of age.  Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I make this declaration in support of the Motion to which this declaration is attached.  Unless otherwise state, all capitalized terms herein have the same meanings as in the Motion.

3.      I am the of General Manager of Weihai Lianqiao International Coop. Group Co., Ltd. ("WLI").  In that position, I am familiar with the WLI's books and records, including those documenting WLI's transactions with the Debtors.

4.      In the twenty (20) days prior to the Petition Date, WLI provided goods to the Debtors with a value of $914,538.36 ($646,697.26 to Sears and $267,841.10 to Kmart).  A summary of the invoices underlying the § 503(b)(9) Claim related to Sears, together with true and correct copies of currently available invoices and related shipping documents supporting the § 503(b)(9) Claim related to Sears (the "Sears § 503(b)(9) Invoices") are annexed hereto as **Exhibit "A."**

5.      A summary of the invoices underlying the § 503(b)(9) Claim related to Kmart, together with true and correct copies of currently available invoices and related shipping documents supporting the § 503(b)(9) Claim related to Kmart (with the Sears § 503(b)(9) Invoices, the "§ 503(b)(9) Invoices") are annexed hereto as **Exhibit "B."**

6.      WLI filed timely proofs of claim in the Sears and Kmart cases asserting the foregoing § 503(b)(9) Claims.  A true and correct copy of the proof of claim filed in the Sears case is annexed hereto as **Exhibit "C."**  A true and correct copy of the proof of claim filed in the Kmart case is annexed hereto as **Exhibit "D."**

7.      After the Petition Date, WLI provided goods (the "Postpetition Goods") to the Debtors with a value of $470,530.74 ($357,041.71 to Sears and $113,489.03 to Kmart).  A

summary of the invoices underlying the § 503(b)(1)(A) Claim related to Sears, together with true and correct copies of currently available invoices and related shipping documents supporting the § 503(1)(A) Claim related to Sears (the "Sears Post-Petition Invoices") are annexed hereto as **Exhibit "E."**

8.      A summary of the invoices underlying the § 503(b)(1)(A) Claim related to Kmart, together with true and correct copies of currently available invoices and related shipping documents supporting the § 503(1)(A) Claim related to Kmart (with the Sears Post-Petition Invoices, the "Post-Petition Invoices") are annexed hereto as **Exhibit "F."**

9.      To my knowledge, Sears and Kmart have already benefited from the goods provided by WLI and there has been no dispute to the Post-Petition Invoices or the § 503(b)(9) Invoices.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 2nd day of August 2019, at   We:Hai  China

TIE SUN

# EXHIBIT "A"

**SEARS 503(b)(9)**

| Commercial Invoice | Amount | Payment Due Date | Load | Discharge | Destination | PreBK | 503(b)(9) | PostBK |
|---|---|---|---|---|---|---|---|---|
| 201821100819 | $108,942.88 | 11/10/2018 | 8/28/2018 | 9/27/2018 | 10/5/2018 | X | X | |
| 201821239612 | $14,543.36 | 11/10/2018 | 8/28/2018 | 9/27/2018 | 10/5/2018 | X | X | |
| 201821153169 | $66,726.03 | 11/10/2018 | 8/28/2018 | 9/27/2018 | 10/5/2018 | X | X | |
| 201821119601 | $143,497.73 | 11/3/2018 | 8/21/2018 | 9/20/2018 | 9/28/2018 | X | X | |
| 201821240030 | $11,801.28 | 11/3/2018 | 8/21/2018 | 9/20/2018 | 9/28/2018 | X | X | |
| 201821246306 | $24,889.91 | 11/10/2018 | 8/28/2018 | 9/27/2018 | 10/5/2018 | X | X | |
| 201821245823 | $30,612.49 | 11/15/2018 | 9/2/2018 | 9/24/2018 | 10/2/2018 | X | X | |
| 201821413426 | $1,625.44 | 11/20/2018 | 9/7/2018 | 9/28/2018 | 10/6/2018 | X | X | |
| 201821412444 | $13,476.72 | 11/20/2018 | 9/7/2018 | 9/28/2018 | 10/6/2018 | X | X | |
| 201821413747 | $5,270.88 | 11/20/2018 | 9/7/2018 | 9/28/2018 | 10/6/2018 | X | X | |
| 201821413879 | $17,926.48 | 11/20/2018 | 9/7/2018 | 9/28/2018 | 10/6/2018 | X | X | |
| 201821412826 | $18,876.38 | 11/20/2018 | 9/7/2018 | 9/28/2018 | 10/6/2018 | X | X | |
| 201821430175 | $78,127.33 | 11/20/2018 | 9/7/2018 | 9/28/2018 | 10/6/2018 | X | X | |
| 201821431011 | $69,397.41 | 11/17/2018 | 9/4/2018 | 10/4/2018 | 10/12/2018 | X | X | |
| 201821414125 | $14,548.76 | 11/17/2018 | 9/4/2018 | 10/4/2018 | 10/12/2018 | X | X | |
| 201821414017 | $15,347.68 | 11/17/2018 | 9/4/2018 | 10/4/2018 | 10/12/2018 | X | X | |
| 201821413941 | $11,086.50 | 11/17/2018 | 9/4/2018 | 10/4/2018 | 10/12/2018 | X | X | |
| | $646,697.26 | | | | | | | |

# COMMERCIAL INVOICE

Page 1 of 14

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SG8575 | CABLE FRON WINTER BLOOM | | 72 | 72 | 68.800 USD | 4,953.60 USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 200096813498 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 53621/ | | | | | | |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SG8575 | CABLE FRON WINTER BLOOM | | 228 | 228 | 48.160 USD | 10,980.48 USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 200096813506 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 53621/ | | | | | | |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

# COMMERCIAL INVOICE

Page 2 of 14

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON OLIVE NIGHT | | 65 | 65 | 55.040 USD | 3,577.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 200096813555 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 53622/ |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON OLIVE NIGHT | | 162 | 162 | 48.160 USD | 7,801.92 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 200096813563 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

# COMMERCIAL INVOICE

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS DIV | 607 |
| SEARS ITEM/SKU | 53622/ |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON AMPARO BLUE | | 134 | 134 | 48.160 USD | 6,453.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 200096813639 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 05363/ | | | | | | |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**     101969

# COMMERCIAL INVOICE

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON AMPARO BLUE | | 50 | 50 | 55.040 USD | 2,752.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 200096813647 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 05363/ |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON MAUVE | | 134 | 134 | 48.160 USD | 6,453.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 200096813696 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 53635/ |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-

# COMMERCIAL INVOICE

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON MAUVE | | 50 | 50 | 55.040  USD | 2,752.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 200096813704 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 53635/ | | | | | | |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

# COMMERCIAL INVOICE

Page 6 of 14

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SJ8511 | LACE FRONT CHILI PEPPER | | 157 | 157 | 49.700 USD | 7,802.90 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 840058935917
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61586/

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT CHILI PEPPER | | 141 | 141 | 42.600 USD | 6,006.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 840059173393
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61586/

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

# COMMERCIAL INVOICE

Page 7 of 14

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT CHILI PEPPER | | 54 | 54 | 71.000  USD | 3,834.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059173880 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61586/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN, CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT BLACK ONYX | | 108 | 108 | 42.600  USD | 4,600.80  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059174219 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

# COMMERCIAL INVOICE

Page 8 of 14

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61596/ |

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| **SEARS** | SJ8511 | LACE FRONT BLACK ONYX | | 139 | 139 | 71.000  USD | 9,869.00  USD |
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 840059174235 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61596/ |

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**   101969

# COMMERCIAL INVOICE

Page 9 of 14

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT BLACK ONYX | | 15 | 15 | 85.200  USD | 1,278.00  USD |
|-------|--------|------------------------|---|-----|-----|-------------|--------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**              840059174243
**MADE IN**            CHINA (MAINLAND)
**CONTENTS**           1  ASSORTMENT
**SEARS DIV**          607
**SEARS ITEM/SKU**     61596/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801C |
|------------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**       101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT SURF THE WEB | | 108 | 108 | 42.600  USD | 4,600.80  USD |
|-------|--------|--------------------------|---|-----|-----|-------------|--------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**              840059174607
**MADE IN**            CHINA (MAINLAND)
**CONTENTS**           1  ASSORTMENT
**SEARS DIV**          607
**SEARS ITEM/SKU**     61598/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS

# COMMERCIAL INVOICE

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | |
|---|---|---|
| **CONTRACT NO.** | SJ8511 | |
| **DC CODE** | CCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | |
| **BINDING RULING # OR PRECLASS #** | | |

**REFERENCE NO.** 801C
**DEPARTMENT NO.** 007
**VENDOR NO.** 2642
**COUNTRY OF ORIGIN** CHINA (MAINLAND)
**CATEGORY** 646

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT SURF THE WEB | | 139 | 139 | 71.000  USD | 9,869.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 840059175687
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1  ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61598/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-

| | | |
|---|---|---|
| **CONTRACT NO.** | SJ8511 | |
| **DC CODE** | CCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | |
| **BINDING RULING # OR PRECLASS #** | | |

**REFERENCE NO.** 801C
**DEPARTMENT NO.** 007
**VENDOR NO.** 2642
**COUNTRY OF ORIGIN** CHINA (MAINLAND)
**CATEGORY** 646

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SJ8511 | LACE FRONT SURF THE WEB | | | 15 | 15 | 85.200  USD | 1,278.00  USD |
|-------|--------|-------------------------|--|--|----|----|-------------|---------------|
| | | | | | CARTONS | AST | | AST |

| ITEM: | 840059176016 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61598/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-
-

| CONTRACT NO. | SJ8511 | REFERENCE NO. | 801C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72973MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646 |

| FACTORY NO. | 101969 |
|-------------|--------|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| SEARS | SJ8511 | LACE FRONT CLOUD DANCER | | | 83 | 83 | 42.600  USD | 3,535.80  USD |
|-------|--------|-------------------------|--|--|----|----|-------------|---------------|
| | | | | | CARTONS | AST | | AST |

| ITEM: | 840059176131 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61602/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

# COMMERCIAL INVOICE

Page 12 of 14

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS | SJ8511 | LACE FRONT CLOUD DANCER | | 156 | 156 | 63.900 USD | 9,968.40 USD |
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059176164 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61602/ |

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN, CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS | SJ8511 | LACE FRONT CLOUD DANCER | | 9 | 9 | 63.900 USD | 575.10 USD |
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059176172 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

# COMMERCIAL INVOICE

Page 13 of 14

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61602/ |

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

**PAYMENT TERM**   Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**   OPEN ACCOUNT
**LC#**   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 2,019 | 2,019 | ASSORTMENTS | 108,942.88   USD |

TOTAL US DOLLARS ONE HUNDRED EIGHT THOUSAND NINE HUNDRED FORTY-TWO DOLLARS AND EIGHTY-EIGHT CENTS
ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** August 14, 2018

**INVOICE NO.:** 201821100819

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD                    MAEU577742204                    7173493723

NO.269,WEST WENHUA ROAD,HI-TECH                    AWB 7173493723                    20-AUG-2018
DEVE ZONE,WEIHAI,CHINA


SEARS, ROEBUCK AND CO.,

3333 BEVERLY ROAD,

HOFFMAN ESTATES, IL 60179, USA


UPS SUPPLY CHAIN SOLUTIONS

19701 HAMILTON AVENUE

TORRANCE, CA 90502

ATTN: MARY ELLEN WRATSCHKO

TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

GUNVOR MAERSK 834N          QINGDAO,CHINA

LONG BEACH, CA, US          MIRA LOMA, CA, US          1/ONE


| | | | | |
|---|---|---|---|---|
| CTRNO:<br>PONU1332026<br>SEALCODE1:<br>CN7733119<br>MARKS & NO:<br>SEARS<br>ITEM:<br>MADE IN CHINA<br>CONTENTS  1<br>ASSORTMENT | 1 | 40' STANDARD CONTAINER 2019 CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:SG8575 REF NO:801C<br>SWEATER<br>PO NO:SJ8511 REF NO:801C<br>TOTAL QTY: 15550PCS<br>CODE: CCD/MIRA LOMA,CA 91752 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT<br>SAILING DATE:08/25/2018<br>FCR DATE:08/20/2018 | 6067.700 KG<br>13376.980 LB | 57.102 M3<br>2016.272 F3 |


15-Jul-2018

| | | |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |


QINGDAO


Aug          30          2018

# COMMERCIAL INVOICE

Page 1 of 5

**DATE:** August 14, 2018

**INVOICE NO.:** 201821239612

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SJ8517 | MINI METALLIC OATMEAL HEATHE | | 65 | 65 | 36.480  USD | 2,371.20  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840058912445 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61584/ | | | | | | |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)

FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |
| **FACTORY NO.** | 101969 | | | |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SJ8517 | MINI METALLIC. OATMEAL HEATHE | | 128 | 128 | 42.560  USD | 5,447.68  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840059156844 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61584/ | | | | | | |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)

FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-

# COMMERCIAL INVOICE

Page 2 of 5

**DATE:** August 14, 2018

**INVOICE NO.:** 201821239612

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| CONTRACT NO. | SJ8517 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72220MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| SEARS | SJ8517 | MINI METALLIC OATMEAL HEATHE | | 2 | 2 | 66.880  USD | 133.76  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 840059158022 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61584/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-

| CONTRACT NO. | SJ8517 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72220MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| SEARS | SJ8517 | MINI METALLIC COAL MINE HEAT | | 52 | 52 | 36.480  USD | 1,896.96  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 840059165290 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |

# COMMERCIAL INVOICE

Page 3 of 5

**DATE:** August 14, 2018

**INVOICE NO.:** 201821239612

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61589/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |
| **FACTORY NO.** | 101969 | | |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | SJ8517 | MINI METALLIC COAL MINE HEAT | | 109 | 109 | 42.560  USD | 4,639.04  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059165332 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61589/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |
| **FACTORY NO.** | 101969 | | |

# COMMERCIAL INVOICE

Page 4 of 5

**DATE:** August 14, 2018

**INVOICE NO.:** 201821239612

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC COAL MINE HEAT | | 1 CARTONS | 1 AST | 54.720 USD AST | 54.72 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 840059165340
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61589/

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT
**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 357 | 357 | ASSORTMENTS | 14,543.36 USD |

TOTAL US DOLLARS FOURTEEN THOUSAND FIVE HUNDRED FORTY-THREE DOLLARS AND THIRTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** August 14, 2018

**INVOICE NO.:** 201821239612

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD

NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA

MAEU580712705

AWB 7173493668

7173493668

14-AUG-2018

SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

GUNVOR MAERSK 834N          QINGDAO,CHINA

LONG BEACH, CA, US          MIRA LOMA, CA, US          1/ONE

| | | | | |
|---|---|---|---|---|
| CTRNO:<br>PONU7574304<br>SEALCODE1:<br>CN7713480<br>MARKS & NO:<br>SEARS<br>ITEM:<br>MADE IN CHINA<br>CONTENTS  1<br>ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 357 CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:SJ8517 REF NO:801C<br>TOTAL QTY: 357PCS<br>CODE: CCD/MIRA LOMA,CA 91752 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT<br>SAILING DATE:08/25/2018<br>FCR DATE:08/14/2018 | 860.200 KG<br>1896.420 LB | 6.526 M3<br>230.433 F3 |

12-Jul-2018

| | | |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

QINGDAO

Aug          30          2018

## COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SP1921 | PAISLEY CR COAL MINE HTHR | | 19 | 19 | 72.720  USD | 1,381.68  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350082872151 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25927/ | | | | | | |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |
| **FACTORY NO.** | 101969 | | |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SP1921 | PAISLEY CR COAL MINE HTHR | | 38 | 38 | 56.560  USD | 2,149.28  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350082872169 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25927/ | | | | | | |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |
| **FACTORY NO.** | 101969 | | |

# COMMERCIAL INVOICE

Page 2 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | | 10 | 10 | 72.720 USD | 727.20 USD |
|-------|--------|---------------------------|---|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

**ITEM:**           350082872235
**MADE IN**        CHINA (MAINLAND)
**CONTENTS**      1  ASSORTMENT
**SEARS DIV**      641
**SEARS ITEM/SKU**  25928/

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802C |
|-----------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | | 25 | 25 | 56.560 USD | 1,414.00 USD |
|-------|--------|---------------------------|---|----|----|-----------|-------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**           350082872284
**MADE IN**        CHINA (MAINLAND)
**CONTENTS**      1  ASSORTMENT
**SEARS DIV**      641
**SEARS ITEM/SKU**  25928/

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

| | |
|---|---|
| **TO:** | SEARS ROEBUCK & CO. |
| | 3333 Beverly Road |
| | Hoffman Estates, IL 60179 |
| | US |

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR COAL MINE HTHR | 35 | 35 | 48.480  USD | 1,696.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350085391829 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25927/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | 27 | 27 | 48.480  USD | 1,308.96  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350085391837 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25928/ |

STYLE: MH8ST16836YM

# COMMERCIAL INVOICE

Page 4 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**  101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**  CNHAIQINHAI

| **SEARS** | ST1817 | MODAL CARD DARK GREY HEAT | | 15 | 15 | 69.570  USD | 1,043.55  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070557947 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**  101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**  CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | ST1817 | MODAL CARD DARK GREY HEAT | | 33 | 33 | 46.380  USD | 1,530.54  USD |
|-------|--------|---------------------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070557954 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | ST1817 | MODAL CARD DARK GREY HEAT | | 38 | 38 | 54.110  USD | 2,056.18  USD |
|-------|--------|---------------------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070557988 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 6 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | 28 | 28 | 46.380  USD | 1,298.64  USD |
|-------|--------|----------------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350070566229 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25658/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C |
|------------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | 28 | 28 | 54.110  USD | 1,515.08  USD |
|-------|--------|----------------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350070575832 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25658/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 7 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | 20 | 20 | 46.380  USD | 927.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070579073 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25659/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | 22 | 22 | 54.110  USD | 1,190.42  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070579131 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25659/ |

STYLE: MF8ST16837YM

# COMMERCIAL INVOICE

Page 8 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

| **SEARS** | ST1817 | MODAL CARD MEDIEVAL BLUE | | 22 | 22 | 46.380  USD | 1,020.36  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070579222 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25660/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

# COMMERCIAL INVOICE

Page 9 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | ST1817 | MODAL CARD MEDIEVAL BLUE | | 17 | 17 | 54.110  USD | 919.87  USD |
|-------|--------|--------------------------|---|----|----|----|----|
| | | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 350070579255 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25660/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | 11 | 11 | 69.570  USD | 765.27  USD |
|-------|--------|----------------------|---|----|----|----|----|
| | | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 350081315673 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25658/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

# COMMERCIAL INVOICE

Page 10 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | | 9 | 9 | 69.570 USD | 626.13 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350081396665 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25659/ | | | | | | |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR DARK GREY | | 35 | 35 | 42.180 USD | 1,476.30 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097857379 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 11202/ | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLUE INDIGO | 34 | 34 | 42.180 USD | 1,434.12 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857486 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11295/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLACK ONYX | 34 | 34 | 42.180 USD | 1,434.12 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857536 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11387/ |

STYLE: MF8ST16838YM

# COMMERCIAL INVOICE

Page 12 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| **SEARS** | ST1845 | CREW SWTR TAWNY PORT | | 28 | 28 | 42.180  USD | 1,181.04  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097857585 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 11408/ | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

# COMMERCIAL INVOICE

Page 13 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Mira Loma , CA

FOB China

**MODE OF TRANSPORTATION:** Ocean

| SEARS | ST1845 | CREW SWTR MEDIEVAL BLUE | | 28 | 28 | 42.180  USD | 1,181.04  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097857635 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 11841/ | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | ST1845 | CREW SWTR BLUE INDIGO | | 14 | 14 | 63.270  USD | 885.78  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097858856 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 11295/ | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 14 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLUE INDIGO | | 36 | 36 | 49.210 USD | 1,771.56 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350097858864
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11295/

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLACK ONYX | | 14 | 14 | 63.270 USD | 885.78 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350097858880
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11387/

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLACK ONYX | 36 | 36 | 49.210 USD | 1,771.56 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858898 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11387/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR TAWNY PORT | 10 | 10 | 63.270 USD | 632.70 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858914 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11408/ |

STYLE: MF8ST16838YM

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| **SEARS** | ST1845 | CREW SWTR TAWNY PORT | | 26 | 26 | 49.210  USD | 1,279.46  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858922 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11408/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | ST1845 | CREW SWTR MEDIEVAL BLUE | 10 | 10 | 63.270  USD | 632.70  USD |
|-------|--------|-------------------------|----|----|-------------|-------------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858948 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11841/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | ST1845 | CREW SWTR MEDIEVAL BLUE | 26 | 26 | 49.210  USD | 1,279.46  USD |
|-------|--------|-------------------------|----|----|-------------|---------------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858955 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11841/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR DARK GREY | | 22 | 22 | 63.270  USD | 1,391.94  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350097899546 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11202/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR DARK GREY | | 37 | 37 | 49.210  USD | 1,820.77  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350097900393 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11202/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 19 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | 14 | 14 | 63.270 USD | 885.78 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857718 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11845/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | 30 | 30 | 42.180 USD | 1,265.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857726 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11845/ |

STYLE: MF8ST16839YM

# COMMERCIAL INVOICE

Page 20 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | |
|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | SU1850 | VNECK SWTR BIKING RED | 25 | 25 | 42.180 USD | 1,054.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 350097857775 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 11985/ | | | | | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | |
|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SU1850 | VNECK SWTR COAL MINE HEAT | | 20 | 20 | 42.180  USD | 843.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

| | | |
|---|---|---|
| **ITEM:** | 350097857825 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 12303/ | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SU1850 | VNECK SWTR BLACK ONYX | | 20 | 20 | 42.180  USD | 843.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

| | | |
|---|---|---|
| **ITEM:** | 350097857874 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 12717/ | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 22 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**       CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR RAIN FOREST | 21 | 21 | 42.180  USD | 885.78  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097857924 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 13133/ | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**       CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | 32 | 32 | 49.210  USD | 1,574.72  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097859060 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 11845/ | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BIKING RED | | 8 | 8 | 63.270  USD | 506.16  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859086 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11985/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BIKING RED | | 26 | 26 | 49.210  USD | 1,279.46  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859094 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11985/ |

STYLE: MF8ST16839YM

# COMMERCIAL INVOICE

Page 24 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| **SEARS** | SU1850 | VNECK SWTR COAL MINE HEAT | | 9 | 9 | 63.270  USD | 569.43  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097859128 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 12303/ | | | | | | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

# COMMERCIAL INVOICE

Page 25 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SU1850 | VNECK SWTR COAL MINE HEAT | 21 | 21 | 49.210  USD | 1,033.41  USD |
|-------|--------|---------------------------|-----|-----|-------------|---------------|
| | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 350097859136 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12303/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SU1850 | VNECK SWTR BLACK ONYX | 10 | 10 | 63.270  USD | 632.70  USD |
|-------|--------|-----------------------|-----|-----|-------------|-------------|
| | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 350097859151 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12717/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 26 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**       CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BLACK ONYX | | 17 | 17 | 49.210 USD | 836.57 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097859169 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 12717/ | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**       101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**       CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR RAIN FOREST | | 18 | 18 | 49.210 USD | 885.78 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097859177 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 13133/ | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 27 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BLACK ONYX | | 9 | 9 | 65.250  USD | 587.25  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350070603667 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25661/ | | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SV1815 | LS POLO SW BLACK ONYX | | 25 | 25 | 43.500  USD | 1,087.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350070605001 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25661/ | | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,

# COMMERCIAL INVOICE

Page 28 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BLACK ONYX | | 28 | 28 | 50.750  USD | 1,421.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070605332 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25661/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 29 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

| SEARS | SV1815 | LONG SLEEV BIKING RED | | 9 | 9 | 65.250 USD | 587.25 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350070628110

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

**SEARS DIV** 641

**SEARS ITEM/SKU** 25662/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BIKING RED | | 23 | 23 | 43.500 USD | 1,000.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350070633607

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

**SEARS DIV** 641

**SEARS ITEM/SKU** 25662/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

Page 30 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BIKING RED | 26 | 26 | 50.750 USD | 1,319.50 USD |
|-------|--------|----------------------|-----|-----|------------|--------------|
| | | | CARTONS | AST | AST | |

**ITEM:** 350070636832
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25662/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | 9 | 9 | 65.250 USD | 587.25 USD |
|-------|--------|---------------------------|-----|-----|------------|------------|
| | | | CARTONS | AST | AST | |

**ITEM:** 350070641907
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25663/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

# COMMERCIAL INVOICE

Page 31 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**    Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**        CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | | 21 | 21 | 43.500  USD | 913.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**            350070641915
**MADE IN**          CHINA (MAINLAND)
**CONTENTS**         1  ASSORTMENT
**SEARS DIV**        641
**SEARS ITEM/SKU**   25663/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES ,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**        CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | | 18 | 18 | 50.750  USD | 913.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**            350070641923
**MADE IN**          CHINA (MAINLAND)
**CONTENTS**         1  ASSORTMENT
**SEARS DIV**        641
**SEARS ITEM/SKU**   25663/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES ,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | 9 | 9 | 65.250 USD | 587.25 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070659107 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25664/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | 21 | 21 | 43.500 USD | 913.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070659255 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25664/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,

# COMMERCIAL INVOICE

Page 33 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | |
|---|---|---|
| **CONTRACT NO.** | SV1815 | |
| **DC CODE** | CCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | |
| **BINDING RULING # OR PRECLASS #** | | |

| | |
|---|---|
| **REFERENCE NO.** | 802C |
| **DEPARTMENT NO.** | 041 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 338 |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

---

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | 18 | 18 | 50.750  USD | 913.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**   350070659669
**MADE IN**   CHINA (MAINLAND)
**CONTENTS**   1  ASSORTMENT
**SEARS DIV**   641
**SEARS ITEM/SKU**   25664/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | |
|---|---|---|
| **CONTRACT NO.** | SV1815 | |
| **DC CODE** | CCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | |
| **BINDING RULING # OR PRECLASS #** | | |

| | |
|---|---|
| **REFERENCE NO.** | 802C |
| **DEPARTMENT NO.** | 041 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 338 |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

# COMMERCIAL INVOICE

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SV1815 | LONG SLEEV TABBY GREY HEA | 20 | 20 | 43.500 USD | 870.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350070660097 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 25665/ | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV TABBY GREY HEA | 17 | 17 | 50.750 USD | 862.75 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350070661038 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 25665/ | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG

# COMMERCIAL INVOICE

Page 35 of 36

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV RAIN FOREST | | 3 | 3 | 43.500  USD | 130.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070664479 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25667/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV RAIN FOREST | | 6 | 6 | 50.750  USD | 304.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070664560 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25667/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821153169

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,320 | 1,320 | ASSORTMENTS | 66,726.03  USD |

**TOTAL US DOLLARS SIXTY-SIX THOUSAND SEVEN HUNDRED TWENTY-SIX DOLLARS AND THREE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| |
|---|
| **WEIHAI LIANQIAO INTL COOP GP CO LTD** |
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**UPS Supply Chain Solutions™**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP<br>CO.,LTD<br><br>NO.269,WEST WENHUA ROAD,HI-TECH<br>DEVE ZONE,WEIHAI,CHINA | BOOKING NO.<br>MAEU580712705 | CARGO RECEIPT NO.<br>7173493657 |
|---|---|---|
| | EXPORT REFERENCES<br>AWB 7173493657 | DATE OF RECEIPT OF CARGO<br>13-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SEARS, ROEBUCK AND CO.,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179, USA |
|---|

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>ATTN: MARY ELLEN WRATSCHKO<br>TEL :(310) 404-2792 FAX : (310) 404 2962 |
|---|

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>GUNVOR MAERSK 834N | PORT OF LOADING<br>QINGDAO,CHINA | |
| PORT OF DISCHARGE<br>LONG BEACH, CA, US | PLACE OF DELIVERY BY ON CARRIER<br>MIRA LOMA, CA, US | NUMBER OF ORIGINALS<br>1/ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CTRNO:<br>PONU7574304<br>SEALCODE1:<br>CN7713480<br>MARKS & NO:<br>SEARS<br>ITEM:<br>MADE IN CHINA<br>CONTENTS 1<br>ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 1320 CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:SP1921 REF NO:802C<br>SWEATER<br>PO NO:ST1817 REF NO:802C<br>SWEATER<br>PO NO:ST1845 REF NO:802C<br>SWEATER<br>PO NO:SU1850 REF NO:802C<br>SWEATER<br>PO NO:SV1815 REF NO:802C<br>TOTAL QTY: 1320PCS<br>CODE: CCD/MIRA LOMA,CA 91752 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY | 3606.400 KG<br>7950.750 LB | 23.529 M<br>830.809 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 12-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SUPPLY CHAIN QINGDAO BRANCH

AS AGENT FOR
QINGDAO SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Issued by _____

Month __Aug__ Day __30__ Year __2018__

UPS Supply Chain Solutions™

**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP<br>CO.,LTD<br>NO.269,WEST WENHUA ROAD,HI-TECH<br>DEVE ZONE,WEIHAI,CHINA | BOOKING NO.<br>MAEU580712705<br><br>EXPORT REFERENCES<br>AWB 7173493657 |

| | |
|---|---|
| | CARGO RECEIPT NO.<br>7173493657<br><br>DATE OF RECEIPT OF CARGO<br>13-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>GUNVOR MAERSK 834N | PORT OF LOADING<br>QINGDAO,CHINA | |
| PORT OF DISCHARGE<br>LONG BEACH, CA, US | PLACE OF DELIVERY BY ON CARRIER<br>MIRA LOMA, CA, US | NUMBER OF ORIGINALS.<br>1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT<br>SAILING DATE:08/25/2018<br>FCR DATE:08/13/2018 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 12-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | | |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

AS AGENT FOR
QINGDAO SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Issued by _____

Month _Aug_ Day _30_ Year _2018_

# COMMERCIAL INVOICE

Page 1 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SG8575 | CABLE FRON WINTER BLOOM | 59 | 59 | 68.800  USD | 4,059.20  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 200096813498 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 53621/ | | | | | |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SG8575 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | |
| VENDOR ITEM CODE | WH8LS72818MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 646 | |

FACTORY NO.          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
FTY MID NO.          CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SG8575 | CABLE FRON WINTER BLOOM | 187 | 187 | 48.160  USD | 9,005.92  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 200096813506 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 53621/ | | | | | |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 646 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON OLIVE NIGHT | 54 | 54 | 55.040  USD | 2,972.16  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 200096813555 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 53622/ |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON OLIVE NIGHT | 132 | 132 | 48.160  USD | 6,357.12  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 200096813563 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

# COMMERCIAL INVOICE

Page 3 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

**SEARS DIV** | 607
**SEARS ITEM/SKU** | 53622/

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.** | 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** | CNHAIQINHAI

| **SEARS** | SG8575 | CABLE FRON AMPARO BLUE | | 109 | 109 | 48.160  USD | 5,249.44  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| **ITEM:** | 200096813639 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 05363/ | | | | | | |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.** | 101969

# COMMERCIAL INVOICE

Page 4 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON AMPARO BLUE | | 40 CARTONS | 40 AST | 55.040 USD AST | 2,201.60 USD |
|-------|--------|------------------------|---|------------|--------|----------------|--------------|

| | |
|---|---|
| **ITEM:** | 200096813647 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 05363/ |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON MAUVE | | 109 CARTONS | 109 AST | 48.160 USD AST | 5,249.44 USD |
|-------|--------|------------------|---|-------------|---------|----------------|--------------|

| | |
|---|---|
| **ITEM:** | 200096813696 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 53635/ |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-

# COMMERCIAL INVOICE

Page 5 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SG8575 | CABLE FRON MAUVE | | 40 | 40 | 55.040 USD | 2,201.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 200096813704 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 53635/ | | | | | | |

STYLE : WH8LS72818MI
DESCRIPTION: LAURA SCOTT LADIES KNITTED SWEATER
JERSEY & CABLE ALLOVER, C NECK, LONG SLEEVES, 1X1 RIB AT COLLAR /
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% POLYESTER
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 8 - 8.5 LBS
HANGER CODE: #584SB: $0.115/PC
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8575 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72818MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 6 of 49

**DATE:** August 13, 2018
**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SJ8511 | LACE FRONT CHILI PEPPER | | | 129 | 129 | 49.700 USD | 6,411.30 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

**ITEM:** 840058935917
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61586/

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT CHILI PEPPER | | | 115 | 115 | 42.600 USD | 4,899.00 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

**ITEM:** 840059173393
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61586/

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

# COMMERCIAL INVOICE

Page 7 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT CHILI PEPPER | 44 | 44 | 71.000 USD | 3,124.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    840059173880
**MADE IN**    CHINA (MAINLAND)
**CONTENTS**    1 ASSORTMENT
**SEARS DIV**    607
**SEARS ITEM/SKU**    61586/

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN, CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9 stitches
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT BLACK ONYX | 88 | 88 | 42.600 USD | 3,748.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    840059174219
**MADE IN**    CHINA (MAINLAND)
**CONTENTS**    1 ASSORTMENT

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**SEARS DIV**     607

**SEARS ITEM/SKU**  61596/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | | |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| **SEARS** | SJ8511 | LACE FRONT BLACK ONYX | | 114 | 114 | 71.000  USD | 8,094.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**      840059174235

**MADE IN**     CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

**SEARS DIV**    607

**SEARS ITEM/SKU**  61596/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | | |

**FACTORY NO.**       101969

# COMMERCIAL INVOICE

Page 9 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT BLACK ONYX | | 13 | 13 | 85.200 USD | 1,107.60 USD |
|-------|--------|----------------------|--|----|----|-----------|--------------|
|       |        |                      |  | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059174243 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61596/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P |
|------------------|--------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT SURF THE WEB | | 88 | 88 | 42.600 USD | 3,748.80 USD |
|-------|--------|------------------------|--|----|----|-----------|--------------|
|       |        |                        |  | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059174607 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61598/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS

# COMMERCIAL INVOICE

Page 10 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9 stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT SURF THE WEB | | 114 | 114 | 71.000 USD | 8,094.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 840059175687

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

**SEARS DIV** 607

**SEARS ITEM/SKU** 61598/

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9 stitches
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 11 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

FOB China

**MODE OF TRANSPORTATION:** Ocean

| SEARS | SJ8511 | LACE FRONT SURF THE WEB | | 13 | 13 | 85.200 USD | 1,107.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 840059176016 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 607 | |
| **SEARS ITEM/SKU** | 61598/ | |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |
| **FACTORY NO.** | 101969 | | | |
| HAIYANG QINGHONG GARMENT CO LTD | | | | |
| BICHENG INDUSTRIAL PARK | | | | |
| HAIYANG | | | | |
| SHANDONG | | | | |
| China | | | | |
| **FTY MID NO.** | CNHAIQINHAI | | | |

| SEARS | SJ8511 | LACE FRONT CLOUD DANCER | | 67 | 67 | 42.600 USD | 2,854.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 840059176131 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 607 | |
| **SEARS ITEM/SKU** | 61602/ | |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS | SJ8511 | LACE FRONT CLOUD DANCER | | 127 | 127 | 63.900  USD | 8,115.30  USD |
| | | | | CARTONS | AST | AST |

**ITEM:**    840059176164

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

**SEARS DIV**    607

**SEARS ITEM/SKU**   61602/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS | SJ8511 | LACE FRONT CLOUD DANCER | | 7 | 7 | 63.900  USD | 447.30  USD |
| | | | | CARTONS | AST | AST |

**ITEM:**    840059176172

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

# COMMERCIAL INVOICE

Page 13 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | |
|---|---|
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61602/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SP1921 | PAISLEY CR COAL MINE HTHR | | | 16 | 16 | 72.720  USD | 1,163.52  USD |
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350082872151 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25927/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG

# COMMERCIAL INVOICE

Page 14 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR COAL MINE HTHR | | 31 | 31 | 56.560 USD | 1,753.36 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350082872169 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25927/ | | | | | | |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | | 8 | 8 | 72.720 USD | 581.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350082872235 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25928/ | | | | | | |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

# COMMERCIAL INVOICE

**DATE:** August 13, 2018
**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | |
|---|---|---|
| **FACTORY NO.** | 101969 | |
| HAIYANG QINGHONG GARMENT CO LTD | | |
| BICHENG INDUSTRIAL PARK | | |
| HAIYANG | | |
| SHANDONG | | |
| China | | |
| **FTY MID NO.** | CNHAIQINHAI | |

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | | 20 | 20 | 56.560  USD | 1,131.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350082872284 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25928/ | | | | | | |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SP1921 | PAISLEY CR COAL MINE HTHR | | 29 | 29 | 48.480  USD | 1,405.92  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350085391829 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25927/ | | | | | | |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | 22 | 22 | 48.480  USD | 1,066.56  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350085391837 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25928/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD DARK GREY HEAT | 12 | 12 | 69.570  USD | 834.84  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070557947 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM

# COMMERCIAL INVOICE

Page 17 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| **SEARS** | ST1817 | MODAL CARD DARK GREY HEAT | 27 | 27 | 46.380 USD | 1,252.26 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070557954 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

# COMMERCIAL INVOICE

Page 18 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | ST1817 | MODAL CARD DARK GREY HEAT | | 31 | 31 | 54.110 USD | 1,677.41 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070557988 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | |
|---|---|
| **CONTRACT NO.** | ST1817 |
| **DC CODE** | PCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | MF8ST16837YM |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 802P |
| **DEPARTMENT NO.** | 041 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | 23 | 23 | 46.380 USD | 1,066.74 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070566229 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25658/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | |
|---|---|
| **CONTRACT NO.** | ST1817 |
| **DC CODE** | PCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | MF8ST16837YM |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 802P |
| **DEPARTMENT NO.** | 041 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 338 |

**FACTORY NO.**   101969

# COMMERCIAL INVOICE

Page 19 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | 22 | 22 | 54.110 USD | 1,190.42 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**   350070575832
**MADE IN**   CHINA (MAINLAND)
**CONTENTS**   1  ASSORTMENT
**SEARS DIV**   641
**SEARS ITEM/SKU**   25658/

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | | 17 | 17 | 46.380 USD | 788.46 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**   350070579073
**MADE IN**   CHINA (MAINLAND)
**CONTENTS**   1  ASSORTMENT
**SEARS DIV**   641
**SEARS ITEM/SKU**   25659/

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 20 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | | 18 | 18 | 54.110 USD | 973.98 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070579131 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25659/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD MEDIEVAL BLUE | | 18 | 18 | 46.380 USD | 834.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070579222 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25660/ |

STYLE: MF8ST16837YM

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | ST1817 | MODAL CARD MEDIEVAL BLUE | 14 | 14 | 54.110 USD | 757.54 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070579255 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25660/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 22 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | 9 | 9 | 69.570  USD | 626.13  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350081315673
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1  ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25658/

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | | 7 | 7 | 69.570  USD | 486.99  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350081396665
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1  ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25659/

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

# COMMERCIAL INVOICE

Page 23 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR DARK GREY | | 29 | 29 | 42.180  USD | 1,223.22  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857379 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11202/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLUE INDIGO | | 27 | 27 | 42.180  USD | 1,138.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857486 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11295/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31%MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 24 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLACK ONYX | | 27 | 27 | 42.180 USD | 1,138.86 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097857536 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 11387/ | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR TAWNY PORT | | 23 | 23 | 42.180 USD | 970.14 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097857585 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 11408/ | | | | | | |

STYLE: MF8ST16838YM

# COMMERCIAL INVOICE

Page 25 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | ST1845 | CREW SWTR MEDIEVAL BLUE | 23 | 23 | 42.180  USD | 970.14  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 350097857635 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 11841/ | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 26 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | ST1845 | CREW SWTR BLUE INDIGO | 12 | 12 | 63.270  USD | 759.24  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097858856 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 11295/ | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLUE INDIGO | 30 | 30 | 49.210  USD | 1,476.30  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097858864 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 11295/ | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969

# COMMERCIAL INVOICE

**DATE:** August 13, 2018
**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLACK ONYX | | 12 | 12 | 63.270 USD | 759.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350097858880
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11387/

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLACK ONYX | | 30 | 30 | 49.210 USD | 1,476.30 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350097858898
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11387/

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR TAWNY PORT | 9 | 9 | 63.270  USD | 569.43  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858914 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11408/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR TAWNY PORT | 22 | 22 | 49.210  USD | 1,082.62  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858922 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11408/ |

STYLE: MF8ST16838YM

# COMMERCIAL INVOICE

Page 29 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| **SEARS** | ST1845 | CREW SWTR MEDIEVAL BLUE | | | 9 | 9 | 63.270  USD | 569.43  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097858948 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | | |
| **SEARS DIV** | 641 | | | | | | | |
| **SEARS ITEM/SKU** | 11841/ | | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

# COMMERCIAL INVOICE

Page 30 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | ST1845 | CREW SWTR MEDIEVAL BLUE | | 22 | 22 | 49.210 USD | 1,082.62 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| ITEM: | 350097858955 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 641 | |
| SEARS ITEM/SKU | 11841/ | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1845 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | |
| VENDOR ITEM CODE | MF8ST16838YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 | |

FACTORY NO.        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
FTY MID NO.        CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR DARK GREY | | 18 | 18 | 63.270 USD | 1,138.86 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| ITEM: | 350097899546 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 641 | |
| SEARS ITEM/SKU | 11202/ | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1845 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | |
| VENDOR ITEM CODE | MF8ST16838YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 | |

FACTORY NO.        101969

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR DARK GREY | | 30 | 30 | 49.210 USD | 1,476.30 USD |
|-------|--------|---------------------|---|-----|------|-----------|--------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097900393 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11202/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | | 12 | 12 | 63.270 USD | 759.24 USD |
|-------|--------|---------------------------|---|-----|------|-----------|------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857718 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11845/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | 24 | 24 | 42.180 USD | 1,012.32 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857726 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11845/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BIKING RED | 20 | 20 | 42.180 USD | 843.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857775 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11985/ |

STYLE: MF8ST16839YM

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR COAL MINE HEAT | 17 | 17 | 42.180  USD | 717.06  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857825 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12303/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

# COMMERCIAL INVOICE

Page 34 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SU1850 | VNECK SWTR BLACK ONYX | | 16 | 16 | 42.180  USD | 674.88  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097857874 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 12717/ | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SU1850 | VNECK SWTR RAIN FOREST | | 17 | 17 | 42.180  USD | 717.06  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097857924 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 13133/ | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 35 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | 27 CARTONS | 27 AST | 49.210 USD AST | 1,328.67 USD |
|---|---|---|---|---|---|---|

**ITEM:** 350097859060
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11845/

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BIKING RED | 6 CARTONS | 6 AST | 63.270 USD AST | 379.62 USD |
|---|---|---|---|---|---|---|

**ITEM:** 350097859086
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11985/

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SEARS** | SU1850 | VNECK SWTR BIKING RED | | 21 | 21 | 49.210  USD | 1,033.41  USD |
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859094 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11985/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SEARS** | SU1850 | VNECK SWTR COAL MINE HEAT | | 7 | 7 | 63.270  USD | 442.89  USD |
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859128 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12303/ |

STYLE: MF8ST16839YM

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| **SEARS** | SU1850 | VNECK SWTR COAL MINE HEAT | 18 | 18 | 49.210  USD | 885.78  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859136 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12303/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SU1850 | VNECK SWTR BLACK ONYX | | 8 | 8 | 63.270  USD | 506.16  USD |
|-------|--------|----------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | | AST |

**ITEM:** 350097859151

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

**SEARS DIV** 641

**SEARS ITEM/SKU** 12717/

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P |
|------------------|--------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BLACK ONYX | | 13 | 13 | 49.210  USD | 639.73  USD |
|-------|--------|----------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | | AST |

**ITEM:** 350097859169

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

**SEARS DIV** 641

**SEARS ITEM/SKU** 12717/

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P |
|------------------|--------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**       CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR RAIN FOREST | | 14 | 14 | 49.210 USD | 688.94 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097859177 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 13133/ | | | | | | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**       101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**       CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BLACK ONYX | | 7 | 7 | 65.250 USD | 456.75 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350070603667 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25661/ | | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 40 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LS POLO SW BLACK ONYX | | 20 | 20 | 43.500  USD | 870.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350070605001 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25661/ | | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BLACK ONYX | | 22 | 22 | 50.750  USD | 1,116.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350070605332 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25661/ | | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,

# COMMERCIAL INVOICE

Page 41 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**      SEARS ROEBUCK & CO.
            3333 Beverly Road
            Hoffman Estates, IL 60179
            US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | |
|---|---|---|
| **CONTRACT NO.** | SV1815 | |
| **DC CODE** | PCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | |
| **BINDING RULING # OR PRECLASS #** | | |

| | | |
|---|---|---|
| **REFERENCE NO.** | 802P |
| **DEPARTMENT NO.** | 041 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BIKING RED | | 7 | 7 | 65.250  USD | 456.75  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070628110 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25662/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | |
|---|---|---|
| **CONTRACT NO.** | SV1815 | |
| **DC CODE** | PCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | |
| **BINDING RULING # OR PRECLASS #** | | |

| | | |
|---|---|---|
| **REFERENCE NO.** | 802P |
| **DEPARTMENT NO.** | 041 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SV1815 | LONG SLEEV BIKING RED | 18 | 18 | 43.500  USD | 783.00  USD |
|-------|--------|------------------------|-----|-----|-------------|-------------|
|       |        |                        | CARTONS | AST | AST |  |

| | |
|---|---|
| **ITEM:** | 350070633607 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25662/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**        CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BIKING RED | 21 | 21 | 50.750  USD | 1,065.75  USD |
|-------|--------|------------------------|-----|-----|-------------|----------------|
|       |        |                        | CARTONS | AST | AST |  |

| | |
|---|---|
| **ITEM:** | 350070636832 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25662/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG

# COMMERCIAL INVOICE

Page 43 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | 7 | 7 | 65.250  USD | 456.75  USD |
|-------|--------|---------------------------|---|---|-------------|-------------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070641907 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25663/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | 17 | 17 | 43.500  USD | 739.50  USD |
|-------|--------|---------------------------|----|----|-------------|-------------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070641915 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25663/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

# COMMERCIAL INVOICE

Page 44 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**         CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | | 15 | 15 | 50.750  USD | 761.25  USD |
|-------|--------|---------------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**         350070641923
**MADE IN**       CHINA (MAINLAND)
**CONTENTS**      1  ASSORTMENT
**SEARS DIV**     641
**SEARS ITEM/SKU** 25663/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES ,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
|------------------|--------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**      CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | | 7 | 7 | 65.250  USD | 456.75  USD |
|-------|--------|------------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**         350070659107
**MADE IN**       CHINA (MAINLAND)
**CONTENTS**      1  ASSORTMENT
**SEARS DIV**     641
**SEARS ITEM/SKU** 25664/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES ,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | | 17 | 17 | 43.500  USD | 739.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350070659255 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25664/ | | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | | 15 | 15 | 50.750  USD | 761.25  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350070659669 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25664/ | | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV TABBY GREY HEA | 17 | 17 | 43.500  USD | 739.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070660097 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25665/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

# COMMERCIAL INVOICE

Page 47 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SV1815 | LONG SLEEV TABBY GREY HEA | 13 | 13 | 50.750  USD | 659.75  USD |
|-------|--------|---------------------------|----|----|-------------|-------------|
|       |        |                           | CARTONS | AST | AST |  |

| | |
|---|---|
| **ITEM:** | 350070661038 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25665/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV RAIN FOREST | 3 | 3 | 43.500  USD | 130.50  USD |
|-------|--------|------------------------|----|----|-------------|-------------|
|       |        |                        | CARTONS | AST | AST |  |

| | |
|---|---|
| **ITEM:** | 350070664479 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25667/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

Page 48 of 49

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV RAIN FOREST | 4 | 4 | 50.750 USD | 203.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 350070664560
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25667/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT
**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 2,726 | 2,726 | ASSORTMENTS | 143,497.73  USD |

**TOTAL US DOLLARS ONE HUNDRED FORTY-THREE THOUSAND FOUR HUNDRED NINETY-SEVEN DOLLARS AND SEVENTY-THREE CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** August 13, 2018

**INVOICE NO.:** 201821119601

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

**UPS Supply Chain Solutions**℠

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | APLU065928562 | 7173493580 |
| | EXPORT REFERENCES AWB 7173493580 | DATE OF RECEIPT OF CARGO 15-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO., 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) COSCO FORTUNE 043 | PORT OF LOADING QINGDAO,CHINA | |
| PORT OF DISCHARGE NEW YORK, NY, US | PLACE OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA, US | NUMBER OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: BMOU5647265 SEALCODE1: K5625212 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 2726 CARTON SAID TO CONTAIN SWEATER PO NO:SG8575 REF NO:801P SWEATER PO NO:SJ8511 REF NO:801P SWEATER PO NO:SP1921 REF NO:802P SWEATER PO NO:ST1817 REF NO:802P SWEATER PO NO:ST1845 REF NO:802P SWEATER PO NO:SU1850 REF NO:802P SWEATER | 7902.000 KG 17420.920 LB | 65.849 M 2325.128 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:    12-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | |
| PACKING L | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.
UPS SCS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
QINGDAO UPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Issued by _____

Month ___Aug___ Day ___30___ Year ___2018___

**UPS Supply Chain Solutions** ℠   (ups)

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

9Th License No. 279-F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD | APLU065928562 | 7173493580 |
| NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7173493580 | 15-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

### THIS IS NOT A DOCUMENT OF TITLE.

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| COSCO FORTUNE 043 | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK, NY, US | CHAMBERSBURG, PA, US | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | PO NO:SV1815 REF NO:802P TOTAL QTY:20144PCS CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:08/20/2018 FCR DATE:08/15/2018 | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:   12-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated her by reference. These Terms limit or exclude UPS Supply Chai Solutions liability, and include certain indemn(?) of UPS Suppl Chain Solutions benefit.

(A) LIMITED QINGDAO BRANCH

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

QINGDAO

Issued by _____

Month ___Aug___   Day ___30___   Year ___2018___

# COMMERCIAL INVOICE

Page 1 of 5

**DATE:** August 14, 2018

**INVOICE NO.:** 201821240030

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SJ8517 | MINI METALLIC OATMEAL HEATHE | | 52 | 52 | 36.480  USD | 1,896.96  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840058912445 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61584/ | | | | | | |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)

FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |
| **FACTORY NO.** | 101969 | | | |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**            CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SJ8517 | MINI METALLIC. OATMEAL HEATHE | | 103 | 103 | 42.560  USD | 4,383.68  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840059156844 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61584/ | | | | | | |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)

FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-

# COMMERCIAL INVOICE

Page 2 of 5

**DATE:** August 14, 2018

**INVOICE NO.:** 201821240030

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC OATMEAL HEATHE | 1 | 1 | 66.880 USD | 66.88 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059158022 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61584/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC COAL MINE HEAT | 43 | 43 | 36.480 USD | 1,568.64 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059165290 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

**COMMERCIAL INVOICE**

Page 3 of 5

**DATE:** August 14, 2018

**INVOICE NO.:** 201821240030

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS DIV | 607 |
|---|---|
| SEARS ITEM/SKU | 61589/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG 2ENDS,
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 8 stitches
-
-
-

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SJ8517 | REFERENCE NO. | 801P | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | | |
| VENDOR ITEM CODE | WH8SS72220MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | | |

| | |
|---|---|
| FACTORY NO. | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| FTY MID NO. | CNHAIQINHAI |
|---|---|

| SEARS | SJ8517 | MINI METALLIC COAL MINE HEAT | | 90 | 90 | 42.560 USD | 3,830.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 840059165332 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61589/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG 2ENDS,
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 8 stitches
-
-
-

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SJ8517 | REFERENCE NO. | 801P | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | | |
| VENDOR ITEM CODE | WH8SS72220MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | | |

| | |
|---|---|
| FACTORY NO. | 101969 |

# COMMERCIAL INVOICE

Page 4 of 5

**DATE:** August 14, 2018

**INVOICE NO.:** 201821240030

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC COAL MINE HEAT | 1 CARTONS | 1 AST | 54.720 USD AST | 54.72 USD |
|-------|--------|------------------------------|-----------|-------|----------------|-----------|

**ITEM:** 840059165340
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61589/

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-

| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 801P |
|------------------|--------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

**PAYMENT TERM**          Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**          OPEN ACCOUNT
**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 290 | 290 | ASSORTMENTS | 11,801.28 USD |

TOTAL US DOLLARS ELEVEN THOUSAND EIGHT HUNDRED ONE DOLLARS AND TWENTY-EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** August 14, 2018

**INVOICE NO.:** 201821240030

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
| --- | --- |
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# UPS Supply Chain Solutions ℠

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP<br>CO.,LTD<br>NO.269,WEST WENHUA ROAD,HI-TECH<br>DEVE ZONE,WEIHAI,CHINA | BOOKING NO<br>APLU085928565 | CARGO RECEIPT NO.<br>7173493635 |
| | EXPORT REFERENCES<br>AWB 7173493635 | DATE OF RECEIPT OF CARGO<br>14-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.

Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| | |
|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>QINGDAO,CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>COSCO FORTUNE 043 | PORT OF LOADING<br>QINGDAO,CHINA |
| PORT OF DISCHARGE<br>NEW YORK, NY, US | PLACE OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG, PA, US |

EXPORT LICENSE NO.

NUMBER OF ORIGINALS
1/ONE

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MARKS & NO:<br>SEARS<br>ITEM:<br>MADE IN CHINA<br>CONTENTS_1<br>ASSORTMENT | | CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:SJ8517 REF NO:801P<br>TOTAL QTY:290 PCS<br>CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL<br>FREIGHT COLLECT<br>SAILING DATE:08/20/2018<br>FCR DATE:08/14/2018 | 710.400 KG<br>1566.145 LB | 5.391 M<br>190.356 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

---

In accordance with instruction from Buyer, we have received the following documents from shipper on: 12-JUL-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

QINGDAO

Authorized Signatures

Issued by _____

| | | |
|---|---|---|
| Month Dec | Day 04 | Year 2018 |

# COMMERCIAL INVOICE

Page 1 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SP2056 | SIMPLY SHA DARK PEWTER GR | | 2 | 2 | 61.500  USD | 123.00  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 400091510396 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24646/ | | | | | | |

STYLE: MH8SS16213MZ
DESCRIPTION: SIMPLY STYLED  MENS KNITTED CARDIGAN
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FABRICATION: 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 16.25 - 16.75 LBS
HANGER CODE: #584SB

| | | | |
|---|---|---|---|
| CONTRACT NO. | SP2056 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | MH8SS16213MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 345 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SP2056 | SIMPLY SHA DARK PEWTER GR | | 1 | 1 | 71.750  USD | 71.75  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 400091510404 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24646/ | | | | | | |

STYLE: MH8SS16213MZ
DESCRIPTION: SIMPLY STYLED  MENS KNITTED CARDIGAN
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FABRICATION: 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 16.25 - 16.75 LBS
HANGER CODE: #584SB

| | | | |
|---|---|---|---|
| CONTRACT NO. | SP2056 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | MH8SS16213MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 345 |

**FACTORY NO.**    101969

## COMMERCIAL INVOICE

Page 2 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SQ1897 | SHAWL COLL DARK GREY | | 47 | 47 | 85.500  USD | 4,018.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350021402524 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 24091/ |

STYLE: MH8ST168YM46
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
SHAWL COLLAR, LONG SLEEVES, 1X1 ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 65% COTTON 35% ACRYLIC, KNIT, 2/20 YARN SIZE, 7GG, 3 ENDS,
FABRIC WEIGHT: 19.5-20 LBS PER DOZ,
STITCH COUNT: VERTICAL 4 HORIZONTAL 3 PER CM
REUSABLE HANGER CODE 584SB, HANGER COST $0.12 EACH

| **CONTRACT NO.** | SQ1897 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16846YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SQ1897 | SHAWL COLL COAL MINE HEAT | | 27 | 27 | 85.500  USD | 2,308.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350021402581 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 24092/ |

STYLE: MH8ST168YM46
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
SHAWL COLLAR, LONG SLEEVES, 1X1 ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 65% COTTON 35% ACRYLIC, KNIT, 2/20 YARN SIZE, 7GG, 3 ENDS,
FABRIC WEIGHT: 19.5-20 LBS PER DOZ,
STITCH COUNT: VERTICAL 4 HORIZONTAL 3 PER CM
REUSABLE HANGER CODE 584SB, HANGER COST $0.12 EACH

# COMMERCIAL INVOICE

Page 3 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ1897 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16846YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SQ1897 | SHAWL COLL EGRET | 16 | 16 | 85.500 USD | 1,368.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**     350021402649

**MADE IN**     CHINA (MAINLAND)

**CONTENTS**     1 ASSORTMENT

**SEARS DIV**     641

**SEARS ITEM/SKU**     24101/

STYLE: MH8ST168YM46
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
SHAWL COLLAR, LONG SLEEVES, 1X1 ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 65% COTTON 35% ACRYLIC, KNIT, 2/20 YARN SIZE, 7GG, 3 ENDS,
FABRIC WEIGHT: 19.5-20 LBS PER DOZ,
STITCH COUNT: VERTICAL 4 HORIZONTAL 3 PER CM
REUSABLE HANGER CODE 584SB, HANGER COST $0.12 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ1897 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16846YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SR1957 | QUARTER NE BLACK COMBO | 40 | 40 | 47.220 USD | 1,888.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**     320059220194

**MADE IN**     CHINA (MAINLAND)

**CONTENTS**     1 ASSORTMENT

**SEARS DIV**     641

**SEARS ITEM/SKU**     26224/

STYLE: MH8OL16016MM

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM :  6 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 10 - 10.5 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SR1957 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8OL16016MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | SR1958 | QUARTER NE GREY/BLACK | 56 | 56 | 53.460 USD | 2,993.76 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 320047692967 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26176/ |

STYLE: MH8OL16015MM
DESCRIPTION: MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM :  3 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 15.5 - 16 LBS
-
HANGER CODE: #584SB: $0.115/pc
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SR1958 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8OL16015MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| SEARS | SR1959 | QUARTER NE PEWTER GREY HE | | | 19 | 19 | 63.300  USD | 1,202.70  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 320047693031 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 26177/ | |

STYLE: MH8OL16017MM
DESCRIPTION: MENS KNITTED SWEATER
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 11 - 11.5 LBS
-
HANGER CODE: #584SB: $0.115 / pc
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SR1959 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8OL16017MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SR1959 | QUARTER NE ERMINE | | | 5 | 5 | 63.300  USD | 316.50  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 320047693494 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 26178/ | |

STYLE: MH8OL16017MM
DESCRIPTION: MENS KNITTED SWEATER
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 11 - 11.5 LBS
-
HANGER CODE: #584SB: $0.115 / pc
-
-
-

# COMMERCIAL INVOICE

Page 6 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SR1959 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8OL16017MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE BLACK ONYX | 38 | 38 | 32.000 USD | 1,216.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070692850 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25670/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE BLACK ONYX | 23 | 23 | 38.400 USD | 883.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070692884 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25670/ |

STYLE: MF8ST16845YM

# COMMERCIAL INVOICE

Page 7 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China         **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| **SEARS** | SW1814 | SHORT SLEE BIKING RED | 40 | 40 | 32.000 USD | 1,280.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070709522 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25671/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

# COMMERCIAL INVOICE

Page 8 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| SEARS | SW1814 | SHORT SLEE BIKING RED | | 24 | 24 | 32.000  USD | 768.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350070709530 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25671/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SW1814 | SHORT SLEE SMOKEY GREY HE | | 35 | 35 | 32.000  USD | 1,120.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350070720115 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25672/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 9 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**            CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE SMOKEY GREY HE | | | 22 | 22 | 32.000 | USD | 704.00 | USD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | | AST | | |

**ITEM:**            350070745823
**MADE IN**            CHINA (MAINLAND)
**CONTENTS**            1 ASSORTMENT
**SEARS DIV**            641
**SEARS ITEM/SKU**   25672/

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | | | |
|---|---|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P | | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | | |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | | |

**FACTORY NO.**            101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**            CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE NAVY BLAZER | | | 29 | 29 | 32.000 | USD | 928.00 | USD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | | AST | | |

**ITEM:**            350070756887
**MADE IN**            CHINA (MAINLAND)
**CONTENTS**            1 ASSORTMENT
**SEARS DIV**            641
**SEARS ITEM/SKU**   25674/

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

# COMMERCIAL INVOICE

Page 10 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE NAVY BLAZER | 17 | 17 | 32.000 USD | 544.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070767538 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25674/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE EGRET | 24 | 24 | 32.000 USD | 768.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070776430 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25675/ |

STYLE: MF8ST16845YM

# COMMERCIAL INVOICE

Page 11 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | SW1814 | SHORT SLEE EGRET | | 4 | 4 | 44.800  USD | 179.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070793344 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25675/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 20, 2018
**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SW1814 | SHORT SLEE EGRET | | 13 | 13 | 32.000 USD | 416.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350070793351
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25675/

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE BLACK ONYX | | 15 | 15 | 44.800 USD | 672.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350081429698
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25670/

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

# COMMERCIAL INVOICE

Page 13 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE BIKING RED | | 10 | 10 | 44.800 USD | 448.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350081432650
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25671/

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE SMOKEY GREY HE | | 9 | 9 | 44.800 USD | 403.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350081441156
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25672/

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

# COMMERCIAL INVOICE

Page 14 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE NAVY BLAZER | 6 | 6 | 44.800  USD | 268.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350081445561 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25674/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 522 | 522 | ASSORTMENTS | 24,889.91  USD |

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821246306

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**TOTAL US DOLLARS TWENTY-FOUR THOUSAND EIGHT HUNDRED EIGHTY-NINE DOLLARS AND NINETY-ONE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions℠**  (ups)   UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD | | APLU065928570 | 717349423t |
| | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.269,WEST WENHUA ROAD,HI-TECH | | AWB 717349423T | 21-AUG-2018 |
| DEVE ZONE,WEIHAI,CHINA | | | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO., |
| 3333 BEVERLY ROAD, |
| HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is:

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS |
| 19701 HAMILTON AVENUE |
| TORRANCE, CA 90502 |
| ATTN: MARY ELLEN WRATSCHKO |
| TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| CMA CGM J. MADISON 024E | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK, NY, US | CHAMBERSBURG, PA, US | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TTNU4139076 SEALCODE1: K5625269 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' STANDARD CONTAINER 522 CARTON SAID TO CONTAIN SWEATER PO NO:SQ1897 REF NO:802P SWEATER PO NO:SR1957 REF NO:802P SWEATER PO NO:SR1958 REF NO:803P SWEATER PO NO:SR1959 REF NO:802P SWEATER PO NO:SW1814 REF NO:801P SWEATER PO NO:SP2056 REF NO:802P TOTAL QTY:522 PCS | 1791.400 KG 3949.360 LB | 15.478 M 546.528 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 25-Jul-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.
UPS SCS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
QINGDAO SUPPLY CHAIN SOLUTIONS INC.

Issued by _____   Authorized Signatures

Month _Sep_____   Day _06_____   Year _2018_____

**UPS Supply Chain Solutions℠**

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT
CBI License No. 2739

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | | APLU065928570 | 717349423t |
| | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | | AWB 717349423T | 21-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO., 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| CMA CGM J. MADISON 024E | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK, NY, US | CHAMBERSBURG, PA, US | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:08/28/2018 FCR DATE:08/21/2018 ORIGINAL | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 25-Jul-2018 | | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | As Agent for UPS SCS (CHINA) LIMITED QINGDAO BRANCH |
| CARGO RECEIPT | 1 | 1 | |
| COMMERCIAL INVOICE | 0 | 1 | |
| PACKING LIST | 0 | 1 | |

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
QINGDAO                         Authorized Signatures

Issued by _____

Month Sep   Day 06   Year 2018

# COMMERCIAL INVOICE

Page 1 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SP2056 | SIMPLY SHA DARK PEWTER GR | | | 2 | 2 | 61.500 USD | 123.00 USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 400091510396 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 641 | | | | | | | |
| SEARS ITEM/SKU | 24646/ | | | | | | | |

STYLE: MH8SS16213MZ
DESCRIPTION: SIMPLY STYLED  MENS KNITTED CARDIGAN
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FABRICATION: 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 16.25 - 16.75 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SP2056 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | |
| VENDOR ITEM CODE | MH8SS16213MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 345 | |

FACTORY NO.    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

FTY MID NO.    CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SP2056 | SIMPLY SHA DARK PEWTER GR | | | 1 | 1 | 71.750 USD | 71.75 USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 400091510404 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 641 | | | | | | | |
| SEARS ITEM/SKU | 24646/ | | | | | | | |

STYLE: MH8SS16213MZ
DESCRIPTION: SIMPLY STYLED  MENS KNITTED CARDIGAN
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FABRICATION: 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2 HORIZONTAL
FABRIC WEIGHT : 16.25 - 16.75 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SP2056 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | |
| VENDOR ITEM CODE | MH8SS16213MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 345 | |

FACTORY NO.    101969

# COMMERCIAL INVOICE

Page 2 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201812245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SQ1897 | SHAWL COLL DARK GREY | | 58 | 58 | 85.500 USD | 4,959.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350021402524 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 24091/ | |

STYLE: MH8ST168YM46
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
SHAWL COLLAR, LONG SLEEVES, 1X1 ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 65% COTTON 35% ACRYLIC, KNIT, 2/20 YARN SIZE, 7GG, 3 ENDS,
FABRIC WEIGHT: 19.5-20 LBS PER DOZ,
STITCH COUNT: VERTICAL 4 HORIZONTAL 3 PER CM
REUSABLE HANGER CODE 584SB, HANGER COST $0.12 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SQ1897 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16846YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SQ1897 | SHAWL COLL COAL MINE HEAT | | 34 | 34 | 85.500 USD | 2,907.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350021402581 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 24092/ | |

STYLE: MH8ST168YM46
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
SHAWL COLLAR, LONG SLEEVES, 1X1 ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 65% COTTON 35% ACRYLIC, KNIT, 2/20 YARN SIZE, 7GG, 3 ENDS,
FABRIC WEIGHT: 19.5-20 LBS PER DOZ,
STITCH COUNT: VERTICAL 4 HORIZONTAL 3 PER CM
REUSABLE HANGER CODE 584SB, HANGER COST $0.12 EACH

# COMMERCIAL INVOICE

Page 3 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ1897 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16846YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SQ1897 | SHAWL COLL EGRET | | 19 | 19 | 85.500 USD | 1,624.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350021402649 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 24101/ |

STYLE: MH8ST168YM46
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
SHAWL COLLAR, LONG SLEEVES, 1X1 ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 65% COTTON 35% ACRYLIC, KNIT, 2/20 YARN SIZE, 7GG, 3 ENDS,
FABRIC WEIGHT: 19.5-20 LBS PER DOZ,
STITCH COUNT: VERTICAL 4 HORIZONTAL 3 PER CM
REUSABLE HANGER CODE 584SB, HANGER COST $0.12 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ1897 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16846YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SR1957 | QUARTER NE BLACK COMBO | | 48 | 48 | 47.220 USD | 2,266.56 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 320059220194 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26224/ |

STYLE: MH8OL16016MM

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China            **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM :  6 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 10 - 10.5 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SR1957 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8OL16016MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**      CNHAIQINHAI

| **SEARS** | SR1958 | QUARTER NE GREY/BLACK | | 68 | 68 | 53.460  USD | 3,635.28  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 320047692967 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26176/ |

STYLE: MH8OL16015MM
DESCRIPTION: MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM :  3 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 15.5 - 16 LBS
-
HANGER CODE: #584SB: $0.115/pc
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SR1958 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8OL16015MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**      CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SR1959 | QUARTER NE PEWTER GREY HE | | | 23 | 23 | 63.300  USD | 1,455.90  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 320047693031 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26177/ |

STYLE: MH8OL16017MM
DESCRIPTION: MENS KNITTED SWEATER
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 11 - 11.5 LBS
-
HANGER CODE: #584SB: $0.115 / pc
-
-
-

| | |
|---|---|
| **CONTRACT NO.** | SR1959 |
| **DC CODE** | CCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | MH8OL16017MM |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 802C |
| **DEPARTMENT NO.** | 041 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 345, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SR1959 | QUARTER NE ERMINE | | | 7 | 7 | 63.300  USD | 443.10  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 320047693494 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26178/ |

STYLE: MH8OL16017MM
DESCRIPTION: MENS KNITTED SWEATER
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 11 - 11.5 LBS
-
HANGER CODE: #584SB: $0.115 / pc
-
-
-

# COMMERCIAL INVOICE

Page 6 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SR1959 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8OL16017MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SW1814 | SHORT SLEE BLACK ONYX | | | 47 | 47 | 32.000  USD | 1,504.00  USD |
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070692850 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25670/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SW1814 | SHORT SLEE BLACK ONYX | | | 29 | 29 | 38.400  USD | 1,113.60  USD |
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070692884 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25670/ |

STYLE: MF8ST16845YM

# COMMERCIAL INVOICE

Page 7 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE BIKING RED | 48 | 48 | 32.000 USD | 1,536.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070709522 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25671/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 8 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

| SEARS | SW1814 | SHORT SLEE BIKING RED | | 29 | 29 | 32.000 USD | 928.00 USD |
|-------|--------|-----------------------|---|-----|-----|------------|------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070709530 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25671/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SW1814 | SHORT SLEE SMOKEY GREY HE | | 43 | 43 | 32.000 USD | 1,376.00 USD |
|-------|--------|---------------------------|---|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070720115 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25672/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 9 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE SMOKEY GREY HE | | 27 | 27 | 32.000 USD | 864.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350070745823
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25672/

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE NAVY BLAZER | | 36 | 36 | 32.000 USD | 1,152.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350070756887
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25674/

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE NAVY BLAZER | 20 | 20 | 32.000 USD | 640.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 350070767538
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25674/

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE EGRET | 30 | 30 | 32.000 USD | 960.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 350070776430
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25675/

STYLE: MF8ST16845YM

# COMMERCIAL INVOICE

Page 11 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| **SEARS** | SW1814 | SHORT SLEE EGRET | | 5 | 5 | 44.800  USD | 224.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070793344 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25675/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

# COMMERCIAL INVOICE

Page 12 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SW1814 | SHORT SLEE EGRET | | 17 | 17 | 32.000 USD | 544.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350070793351 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 25675/ | |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SW1814 | SHORT SLEE BLACK ONYX | | 18 | 18 | 44.800 USD | 806.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350081429698 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 25670/ | |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 13 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE BIKING RED | | 13 | 13 | 44.800 USD | 582.40 USD |
|-------|--------|----------------------|--|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350081432650 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25671/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
|------------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE SMOKEY GREY HE | | 12 | 12 | 44.800 USD | 537.60 USD |
|-------|--------|---------------------------|--|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350081441156 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25672/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

# COMMERCIAL INVOICE

Page 14 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SW1814 | SHORT SLEE NAVY BLAZER | | 8 | 8 | 44.800 USD | 358.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350081445561 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25674/ |

STYLE: MF8ST16845YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK, SHORT SLEEVES, JESREY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 6.5-7 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1814 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16845YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 642 | 642 | ASSORTMENTS | 30,612.49 USD |

# COMMERCIAL INVOICE

Page 15 of 15

**DATE:** August 20, 2018

**INVOICE NO.:** 201821245823

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**TOTAL US DOLLARS THIRTY THOUSAND SIX HUNDRED TWELVE DOLLARS AND FORTY-NINE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
| --- |
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions**℠

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU578259632 | 7173494031 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7173494031 | 20-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| GUDRUN MAERSK 835N | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH, CA, US | MIRA LOMA, CA, US | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU0826533 SEALCODE1: CN7814735 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 642 CARTON SAID TO CONTAIN SWEATER PO NO:SQ1897 PO NO:SR1957 PO NO:SR1958 PO NO:SR1959 PO NO:SW1814 PO NO:SP2056 REF NO:802C TOTAL QTY: 642PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT | 2200.000 KG 4850.170 LB | 18.984 M 670.325 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 25-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
QINGDAO
Authorized Signatures

Issued by _____

Month Sep    Day 06    Year 2018

**UPS Supply Chain Solutions℠**

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | |
|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | BOOKING NO. MAEU578259632  CARGO RECEIPT NO. 7173494031 |

EXPORT REFERENCES: AWB 7173494031
DATE OF RECEIPT OF CARGO: 20-AUG-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) GUDRUN MAERSK 835N | PORT OF LOADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PLACE OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NUMBER OF ORIGINALS 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | SAILING DATE:09/02/2018 FCR DATE:08/20/2018 | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 25-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
QINGDAO          Authorized Signatures

Issued by _____

Month Sep  Day 06  Year 2018

# COMMERCIAL INVOICE

**DATE:** August 27, 2018

**INVOICE NO.:** 201821413426

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SN4554 | TIPPED FLA SKI PATROL | | 14 | 14 | 95.400  USD | 1,335.60  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 250081908691 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 677 | | | | | | |
| **SEARS ITEM/SKU** | 59611/ | | | | | | |

GH8CG39000BG(12 GARMENTS PER ASSORTMENT)
DESCRIPTION:CRB,GIRLS FINE KNITTED PULLOVER  & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  12
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508B   HANGER COST$0.085/PC  X  12

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN4554 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | GH8CG39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE | |
| **FACTORY NO.** | 101969 | | | |
| HAIYANG QINGHONG GARMENT CO LTD | | | | |
| BICHENG INDUSTRIAL PARK | | | | |
| HAIYANG | | | | |
| SHANDONG | | | | |
| China | | | | |
| **FTY MID NO.** | CNHAIQINHAI | | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SN4554 | TIPPED FLA ANTHRACITE | | 2 | 2 | 95.400  USD | 190.80  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 250081908709 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 677 | | | | | | |
| **SEARS ITEM/SKU** | 59614/ | | | | | | |

GH8CG39000BG(12 GARMENTS PER ASSORTMENT)
DESCRIPTION:CRB,GIRLS FINE KNITTED PULLOVER  & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  12
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508B   HANGER COST$0.085/PC  X  12

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** August 27, 2018

**INVOICE NO.:** 201821413426

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **CONTRACT NO.** | SN4554 |
| **DC CODE** | CCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | GH8CG39000BG |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 803C |
| **DEPARTMENT NO.** | 034 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 339, 348, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SW1818 | SIMPLY FIN NAVY COMBO | 1 | 1 | 49.520  USD | 49.52  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 400070543525 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25656/ |

STYLE: MF8SS16508MM
DESCRIPTION: SIMPLY STYLED MENS KNITTED SWEATER,
JERSEY AND ARGYLE ON FRONT BODY, V NECK, LONG SLEEVES, RIB AT CUFFS AND HEM,
FABRICATION: NAVY COMBO 65% COTTON 35% ACRYLIC, KNITTED
FABRIC WEIGHT: 6.25-6.75 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | |
|---|---|
| **CONTRACT NO.** | SW1818 |
| **DC CODE** | CCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | MF8SS16508MM |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 804C |
| **DEPARTMENT NO.** | 041 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SW1818 | SIMPLY FIN BLACK COMBO | 1 | 1 | 49.520  USD | 49.52  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 400070819206 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25676/ |

STYLE: MF8SS16508MM

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** August 27, 2018

**INVOICE NO.:** 201821413426

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

DESCRIPTION: SIMPLY STYLED MENS KNITTED SWEATER,
JERSEY AND ARGYLE ON FRONT BODY, V NECK, LONG SLEEVES, RIB AT CUFFS AND HEM,
FABRICATION: BLACK COMBO 60% COTTON 40% ACRYLIC, KNITTED
FABRIC WEIGHT: 6.25-6.75 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SW1818 | **REFERENCE NO.** | 804C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8SS16508MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 18 | 18 | ASSORTMENTS | 1,625.44  USD |

**TOTAL US DOLLARS ONE THOUSAND SIX HUNDRED TWENTY-FIVE DOLLARS AND FORTY-FOUR CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| |
|---|
| **WEIHAI LIANQIAO INTL COOP GP CO LTD** |
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU578232615 | 7173494427 |

EXPORT REFERENCES / DATE OF RECEIPT OF CARGO: 27-AUG-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:**

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) CSL SANTA MARIA 1815 | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU4537727 SEALCODE1: CN7745523 MARKS & NO: KMART ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 18 CARTON SAID TO CONTAIN SWEATER PO NO:SJ8511 REF NO:802C TOTAL QTY: 18PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/07/2018 FCR DATE:08/27/2018 | 101.600 KG 223.990 LB | 1.099 M3 38.806 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on: 02-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by QINGDAO

Month Sep  Day 11  Year 2018

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412444

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SI6518 | ANGLED RIB 2X BLACK | | 36 | 216 | 8.130 USD | 1,756.08 USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 440041383878 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 6 PIECES | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 45810/067 | | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG 2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SI6518 | ANGLED RIB 3X BLACK | | 27 | 162 | 8.130 USD | 1,317.06 USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 440041383886 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 6 PIECES | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 45810/068 | | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG 2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

# COMMERCIAL INVOICE

Page 2 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412444

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**FACTORY NO.**       101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**       CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 2X HEATHERCOA | | 25 | 150 | 8.130  USD | 1,219.50  USD |
|-------|--------|--------------------------|--|-----|-----|------------|---------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440041384587 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45813/067 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**       101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**       CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 3X HEATHERCOA | | 18 | 108 | 8.130  USD | 878.04  USD |
|-------|--------|--------------------------|--|-----|-----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440041384595 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45813/068 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

# COMMERCIAL INVOICE

Page 3 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412444

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 2X BROWN SUGAR | 17 | 102 | 8.130  USD | 829.26  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440041384645 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6  PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45821/067 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 3X BROWN SUGAR | 9 | 54 | 8.130  USD | 439.02  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440041384652 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6  PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45821/068 |

# COMMERCIAL INVOICE

Page 4 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412444

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE | |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 2X MEDIEVAL BL | | 15 | 90 | 8.130  USD | 731.70  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440041384678 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6  PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45824/067 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE | |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412444

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SI6518 | ANGLED RIB 3X MEDIEVAL BL | | 11 CARTONS | 66 PIECES | 8.130 USD PIECES | 536.58 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 440041384686
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 6 PIECES
**SEARS DIV** 616
**SEARS ITEM/SKU** 45824/068

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X BLACK | | 41 CARTONS | 246 PIECES | 8.130 USD PIECES | 1,999.98 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 440097859185
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 6 PIECES
**SEARS DIV** 616
**SEARS ITEM/SKU** 45810/066

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.** 101969

# COMMERCIAL INVOICE

Page 6 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412444

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X HEATHERCOA | 30 CARTONS | 180 PIECES | 8.130 USD PIECES | 1,463.40 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 440097859219 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45813/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X BROWN SUGAR | 25 CARTONS | 150 PIECES | 8.130 USD PIECES | 1,219.50 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 440097859300 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45821/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

# COMMERCIAL INVOICE

Page 7 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412444

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X MEDIEVAL BL | | 20 | 120 | 8.130  USD | 975.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440097859342 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6  PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45824/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SM4507 | PULL RED | | 2 | 2 | 55.500  USD | 111.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 770021358213 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59549/ |

# COMMERCIAL INVOICE

Page 8 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412444

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

STYLE: GH8RC31412BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED PULLOVER SWEATER
LONG BELL SLEEVE, CURVE ARMHOLE, ALLOVER JERSEY
TUBULAR NECKBAND AND BOTTOM HEM, 1X1 RIB ON CUFFS
NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION: 50%COTTON 33%ACRYLIC 11%POLYESTER 6%METALLIC , KNIT 12GG 2 ENDS
GARMENT WEIGHT 4-4.5LBS PER DOZ
STITCH COUNT VERTICAL 8 HORIZONTAL 6 PER CM
REUSABLE HANGER CODE 585SB HANGER COST $0.105 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4507 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GH8RC31412BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

**PAYMENT TERM**     Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**     OPEN ACCOUNT

**LC#**     NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 276 | 1,644 | PIECES | 13,476.72  USD |
| | | 2 | ASSORTMENTS | |

**TOTAL US DOLLARS THIRTEEN THOUSAND FOUR HUNDRED SEVENTY-SIX DOLLARS AND SEVENTY-TWO CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

UPS Supply Chain Solutions

OTI License No. 2755

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD<br>NO.269,WEST WENHUA ROAD,HI-TECH<br>DEVE ZONE,WEIHAI,CHINA | BOOKING NO. MAEU578232615<br>CARGO RECEIPT NO. 7173494625<br>EXPORT REFERENCES<br>DATE OF RECEIPT OF CARGO 28-AUG-2018 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SEARS, ROEBUCK AND CO.,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179, USA | |
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>ATTN: MARY ELLEN WRATSCHKO<br>TEL :(310) 404-2792 FAX : (310) 404 2962 | |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** ______

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOWFLAG)<br>CSL SANTA MARIA 1815 | PORT OF LADING<br>QINGDAO,CHINA | |
| PORT OF DISCHARGE<br>LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER<br>MIRA LOMA, CA, US | NO OF ORIGINALS<br>1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU4537727<br>SEALCODE1:<br>CN7745523<br>MARKS & NO:<br>SEARS<br>ITEM:<br>MADE IN CHINA<br>CONTENTS 1<br>ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 276 CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:SI6518 REF NO:802C<br>SWEATER<br>PO NO:SM4507 REF NO:803C<br>TOTAL QTY:1646 PCS<br>CODE: CCD/MIRA LOMA,CA 91752 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT<br>SAILING DATE:09/07/2018<br>FCR DATE:08/28/2018 | 1152.700 KG<br>2541.270 LB | 11.007 M3<br>388.657 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on: 03-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by QINGDAO

Month Sep Day 11 Year 2018

# COMMERCIAL INVOICE

Page 1 of 5

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413747

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SJ8515 | EMBELLISHE BLACK ONYX | | 69 | 69 | 45.060  USD | 3,109.14  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840058484510 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61577/ | | | | | | |

STYLE: WH8SS72532MI
DESCRIPTION: SIMPLY STYLED LADIES' FINE KNITTED CARDIGAN. CREW NECK . CURVE ARMH
LONG SLEEVES. JERSEY STITCH ALLOVER. FAUX PEARL AT FORNT.
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 78%RAYON 22%POLYESTER
FABRIC GAUGE : 12GG 2ENDS,
1CM PER VERTICAL : 11 STITCHES , HORIZONTAL : 9 STITCHES
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8515 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72532MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |
| **FACTORY NO.** | 101969 | | | |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SJ8515 | EMBELLISHE BLACK ONYX | | 2 | 2 | 67.590  USD | 135.18  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840058484528 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61577/ | | | | | | |

STYLE: WH8SS72532MI
DESCRIPTION: SIMPLY STYLED LADIES' FINE KNITTED CARDIGAN. CREW NECK . CURVE ARMH
LONG SLEEVES. JERSEY STITCH ALLOVER. FAUX PEARL AT FORNT.
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 78%RAYON 22%POLYESTER
FABRIC GAUGE : 12GG 2ENDS,
1CM PER VERTICAL : 11 STITCHES , HORIZONTAL : 9 STITCHES
-
-

# COMMERCIAL INVOICE

Page 2 of 5

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413747

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8515 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72532MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8515 | EMBELLISHE TABBY GREY HEA | | 36 | 36 | 45.060  USD | 1,622.16  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058484593 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61578/ |

STYLE: WH8SS72532MI
DESCRIPTION: SIMPLY STYLED LADIES' FINE KNITTED CARDIGAN. CREW NECK . CURVE ARMH
LONG SLEEVES. JERSEY STITCH ALLOVER. FAUX PEARL AT FORNT.
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 78%RAYON 22%POLYESTER
FABRIC GAUGE : 12GG 2ENDS,
1CM PER VERTICAL : 11 STITCHES , HORIZONTAL : 9 STITCHES
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8515 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72532MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SY6677 | FASHION FU BLACK ONYX | | 7 | 7 | 36.000  USD | 252.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 810069173359 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

# COMMERCIAL INVOICE

Page 3 of 5

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413747

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **SEARS DIV** | 629 |
| **SEARS ITEM/SKU** | 32493/ |

STYLE: GH8TS10068IT    8 GARMENTS PER ASSORTMENT
INFANT/TODDLER GIRLS KNITTED SWEATER
(3 INFANT & 5 TODDLER PER ASSORTMENT AT $ 4.50 EACH)
CREW NECK, LONG SLEEVE, CUFF AND BOTTOM HEM, NO POCKET, NO TRIMS,
METALLIC YARN PRE-TWISTED INTO POLYESTER AND ACRYLIC PRIOR TO KNITTING,
GRAPHIC AT CENTER FRONT, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION: 72%POLYESTER 26%ACRYLIC 2%METALLIC KNIT
STITCH COUNT PER 2 CM: VERTICAL  8  HORIZONTAL  6
NON REUSABLE HANGER #496

| | |
|---|---|
| **CONTRACT NO.** | SY6677 |
| **DC CODE** | CCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | GH8TS10068IT |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 802C |
| **DEPARTMENT NO.** | 023 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 646, 839 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| **SEARS** | SY6677 | FASHION FU BLACK ONYX | 1 | 1 | 36.000  USD | 36.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 810069173367 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 629 |
| **SEARS ITEM/SKU** | 32493/ |

STYLE: GH8TS10068IT    8 GARMENTS PER ASSORTMENT
INFANT/TODDLER GIRLS KNITTED SWEATER
(3 INFANT & 5 TODDLER PER ASSORTMENT AT $ 4.50 EACH)
CREW NECK, LONG SLEEVE, CUFF AND BOTTOM HEM, NO POCKET, NO TRIMS,
METALLIC YARN PRE-TWISTED INTO POLYESTER AND ACRYLIC PRIOR TO KNITTING,
GRAPHIC AT CENTER FRONT, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:72%POLYESTER 26%ACRYLIC 2%METALLIC KNIT
STITCH COUNT PER 2 CM: VERTICAL  8  HORIZONTAL  6
NON REUSABLE HANGER #496

| | |
|---|---|
| **CONTRACT NO.** | SY6677 |
| **DC CODE** | CCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | GH8TS10068IT |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 802C |
| **DEPARTMENT NO.** | 023 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 646, 839 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

Page 4 of 5

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413747

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SY6679 | FASHION FU PINK | 1 | 1 | 38.800  USD | 38.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 810069197663

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

**SEARS DIV** 629

**SEARS ITEM/SKU** 32494/

STYLE: GH8TS10069IT      8 GARMENTS PER ASSORTMENT
INFANT/TODDLER GIRLS KNITTED SWEATER PULLOVER
(4 INFANT & 4 TODDLER PER ASSORTMENT AT $ 4.85 EACH)
CREW NECK, LONG SLEEVE, CUFF AND BOTTOM HEM, NO POCKET, NO TRIMS,
METALLIC YARN PRE-TWISTED INTO NYLON AND ACRYLIC PRIOR TO KNITTING,
GRAPHIC AT CENTER FRONT, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION: 65%NYLON 29%ACRYLIC 3%METALLIC 3%POLYESTER KNIT
STITCH COUNT PER 2 CM: VERTICAL  8  HORIZONTAL  6
NON REUSABLE HANGER #496

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SY6679 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 023 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | GH8TS10069IT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 839, 646 | |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SY6679 | FASHION FU PINK | 2 | 2 | 38.800  USD | 77.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 810069244929

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

**SEARS DIV** 629

**SEARS ITEM/SKU** 32494/

STYLE: GH8TS10069IT      8 GARMENTS PER ASSORTMENT
INFANT/TODDLER GIRLS KNITTED SWEATER PULLOVER
(3 INFANT & 5 TODDLER PER ASSORTMENT AT $ 4.85 EACH)
CREW NECK, LONG SLEEVE, CUFF AND BOTTOM HEM, NO POCKET, NO TRIMS,
METALLIC YARN PRE-TWISTED INTO NYLON AND ACRYLIC PRIOR TO KNITTING,
GRAPHIC AT CENTER FRONT, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION: 65%NYLON 29%ACRYLIC 3%METALLIC 3%POLYESTER KNIT
STITCH COUNT PER 2 CM: VERTICAL  8  HORIZONTAL  6
NON REUSABLE HANGER #496

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413747

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SY6679 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 023 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GH8TS10069IT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, 839 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 118 | 118 | ASSORTMENTS | 5,270.88   USD |

**TOTAL US DOLLARS FIVE THOUSAND TWO HUNDRED SEVENTY DOLLARS AND EIGHTY-EIGHT CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU578232615 | 7173494438 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 28-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO., 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) CSL SANTA MARIA 1815 | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU4537727 SEALCODE1: CN7745523 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 118 CARTON SAID TO CONTAIN SWEATER PO NO:SJ8515 REF NO:802C SWEATER PO NO:SY6677 REF NO:802C SWEATER PO NO:SY669 REF NO:802C TOTAL QTY:118PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/07/2018 FCR DATE:08/28/2018 | 248.000 KG 546.750 LB | 1.948 M3 68.784 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:    03-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by   QINGDAO _____

Month   Sep      Day   11      Year   2018

# COMMERCIAL INVOICE

Page 1 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ8512 | CORE TABLE BRIDAL ROSE | 66 | 66 | 41.020   USD | 2,707.32   USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 840058484650 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61579/ | | | | | |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-
-

| CONTRACT NO. | SJ8512 | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72549MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
FTY MID NO.        CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ8512 | CORE TABLE BRIDAL ROSE | 69 | 69 | 35.160   USD | 2,426.04   USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 840058527730 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61579/ | | | | | |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE BLACK ONYX | 41 | 41 | 41.020 USD | 1,681.82 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058532540 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61580/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE BLACK ONYX | 49 | 49 | 35.160 USD | 1,722.84 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058532557 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS DIV | 607 |
|---|---|
| SEARS ITEM/SKU | 61580/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE CLOUD DANCER | | 36 | 36 | 41.020  USD | 1,476.72  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 840059168278 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61591/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**    101969

## COMMERCIAL INVOICE

Page 4 of 12

DATE: August 28, 2018

INVOICE NO.: 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Qingdao, China          SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

FTY MID NO.          CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE CLOUD DANCER | | | 44 | 44 | 35.160 USD | 1,547.04 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| ITEM: | 840059168286 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 607 | |
| SEARS ITEM/SKU | 61591/ | |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| CONTRACT NO. | SJ8512 | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72549MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

| | |
|---|---|
| FACTORY NO. | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

FTY MID NO.          CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE CHILI PEPPER | | | 27 | 27 | 41.020 USD | 1,107.54 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| ITEM: | 840059168963 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 607 | |
| SEARS ITEM/SKU | 61593/ | |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-

# COMMERCIAL INVOICE

Page 5 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE CHILI PEPPER | | 38 | 38 | 35.160 USD | 1,336.08 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059168997 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61593/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SJ8512 | CORE TABLE TABBY GREY HEA | | 18 | 18 | 41.020  USD | 738.36  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

**ITEM:** 840059169128

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

**SEARS DIV** 607

**SEARS ITEM/SKU** 61594/

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802C | | | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | | | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | | | |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | | | | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE TABBY GREY HEA | | 25 | 25 | 35.160  USD | 879.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 840059170126

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

**SEARS DIV** 607

**SEARS ITEM/SKU** 61594/

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

## COMMERCIAL INVOICE

Page 7 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE DEEP TEAL | | 4 | 4 | 41.020 USD | 164.08 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059171249 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61595/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE DEEP TEAL | | 5 | 5 | 35.160 USD | 175.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059171579 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

# COMMERCIAL INVOICE

Page 8 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61595/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC OATMEAL HEATHE | | 17 | 17 | 36.480  USD | 620.16  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 840058912445 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61584/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | - | **CATEGORY** | 639 | |

**FACTORY NO.** 101969

# COMMERCIAL INVOICE

Page 9 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC. OATMEAL HEATHE | 16 | 16 | 42.560  USD | 680.96  USD |
|-------|--------|-------------------------------|-----|-----|------------|-------------|
|       |        |                               | CARTONS | AST | AST | |

| **ITEM:** | 840059156844 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61584/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-

| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 802C |
|------------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC OATMEAL HEATHE | 1 | 1 | 66.880  USD | 66.88  USD |
|-------|--------|------------------------------|-----|-----|------------|-------------|
|       |        |                              | CARTONS | AST | AST | |

| **ITEM:** | 840059158022 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61584/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

1CM PER VERTICAL : 11 stitches , HORIZONTAL : 8 stitches
-
-
-

| | | |
|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** 2642 |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** 639 |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**        CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC COAL MINE HEAT | 7 | 7 | 36.480 USD | 255.36 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**              840059165290
**MADE IN**            CHINA (MAINLAND)
**CONTENTS**           1 ASSORTMENT
**SEARS DIV**          607
**SEARS ITEM/SKU**     61589/

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 8 stitches
-
-
-

| | | |
|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** 2642 |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** 639 |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**        CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**　SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China　　　**SHIPPED TO:**　Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SJ8517 | MINI METALLIC COAL MINE HEAT | | 8 | 8 | 42.560  USD | 340.48  USD |
|-------|--------|------------------------------|---|---|---|-------------|-------------|
| | | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 840059165332 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61589/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)

FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.**　　101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**　　CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 471 | 471 | ASSORTMENTS | 17,926.48  USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND NINE HUNDRED TWENTY-SIX DOLLARS AND FORTY-EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 12 of 12

**DATE:** August 28, 2018
**INVOICE NO.:** 201821413879

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

**UPS Supply Chain Solutions, Inc.**                    **FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU578232615 | 7173494581 |

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
28-AUG-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
|  | QINGDAO,CHINA |  |
| EXPORT CARRIER (VESSEL/VOW/FLAG) | PORT OF LADING | |
| CSL SANTA MARIA 1815 | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| LONG BEACH, CA, US | MIRA LOMA, CA, US | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU4537727 SEALCODE1: CN7745523 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS  1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 471 CARTON SAID TO CONTAIN SWEATER PO NO:SJ8512 REF NO:802C SWEATER PO NO:SJ8517 REF NO:802C TOTAL QTY: 471PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/07/2018 FCR DATE:08/28/2018 | 924.000 KG 2037.070 LB | 8.608 M3 303.948 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:    03-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by    QINGDAO

Month    Sep    Day    11    Year    2018

# COMMERCIAL INVOICE

Page 1 of 8

**DATE:** August 27, 2018

**INVOICE NO.:** 201821412826

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SJ8511 | LACE FRONT CHILI PEPPER | | | 32 | 32 | 49.700  USD | 1,590.40  USD |
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 840058935917 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | | |
| **SEARS DIV** | 607 | | | | | | | |
| **SEARS ITEM/SKU** | 61586/ | | | | | | | |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |
| **FACTORY NO.** | 101969 | | | |
| HAIYANG QINGHONG GARMENT CO LTD | | | | |
| BICHENG INDUSTRIAL PARK | | | | |
| HAIYANG | | | | |
| SHANDONG | | | | |
| China | | | | |
| **FTY MID NO.** | CNHAIQINHAI | | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SJ8511 | LACE FRONT CHILI PEPPER | | | 110 | 110 | 42.600  USD | 4,686.00  USD |
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 840059173393 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | | |
| **SEARS DIV** | 607 | | | | | | | |
| **SEARS ITEM/SKU** | 61586/ | | | | | | | |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

## COMMERCIAL INVOICE

Page 2 of 8

**DATE:** August 27, 2018

**INVOICE NO.:** 201821412826

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Qingdao, China        **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**        CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT CHILI PEPPER | 13 | 13 | 71.000  USD | 923.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059173880 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61586/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN, CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**        CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT BLACK ONYX | 113 | 113 | 42.600  USD | 4,813.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059174219 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

# COMMERCIAL INVOICE

Page 3 of 8

**DATE:** August 27, 2018

**INVOICE NO.:** 201821412826

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61596/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-
-

| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| **SEARS** | SJ8511 | LACE FRONT BLACK ONYX | | 1 | 1 | 71.000  USD | 71.00  USD |
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 840059174235 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61596/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-
-

| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**          101969

# COMMERCIAL INVOICE

**DATE:** August 27, 2018

**INVOICE NO.:** 201821412826

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT SURF THE WEB | 113 | 113 | 42.600  USD | 4,813.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**          840059174607
**MADE IN**          CHINA (MAINLAND)
**CONTENTS**        1  ASSORTMENT
**SEARS DIV**        607
**SEARS ITEM/SKU**  61598/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT SURF THE WEB | 1 | 1 | 71.000  USD | 71.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**          840059175687
**MADE IN**          CHINA (MAINLAND)
**CONTENTS**        1  ASSORTMENT
**SEARS DIV**        607
**SEARS ITEM/SKU**  61598/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS

# COMMERCIAL INVOICE

Page 5 of 8

**DATE:** August 27, 2018

**INVOICE NO.:** 201821412826

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| CONTRACT NO. | SJ8511 | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72973MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646 |

FACTORY NO.    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
FTY MID NO.    CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT CLOUD DANCER | | 36 | 36 | 42.600  USD | 1,533.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**    840059176131
**MADE IN**    CHINA (MAINLAND)
**CONTENTS**    1  ASSORTMENT
**SEARS DIV**    607
**SEARS ITEM/SKU**  61602/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-

| CONTRACT NO. | SJ8511 | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72973MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646 |

FACTORY NO.    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
FTY MID NO.    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 6 of 8

**DATE:** August 27, 2018

**INVOICE NO.:** 201821412826

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SJ8511 | LACE FRONT CLOUD DANCER | | | 3 | 3 | 63.900  USD | 191.70  USD |
|-------|--------|------------------------|--|--|---|---|-------------|-------------|
| | | | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 840059176172 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61602/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SV1816 | SIMPLY FIN BLACK COMBO | | | 2 | 2 | 45.520  USD | 91.04  USD |
|-------|--------|------------------------|--|--|---|---|-------------|-------------|
| | | | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 400070489844 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25650/ |

STYLE: MF8SS16212MM
DESCRIPTION: SIMPLY STYLED MENS KNITTED SWEATER,
PATTERN CREW NECK, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION: 70% POLYESTER 30% NYLON, KNIT, 2/30 YARN SIZE, 12 GG, 1+1 ENDS,
FABRIC WEIGHT: COLOR BLOCK 8.5-9 LBS, HERRINGBONE 10.25-10.75 LBS PER DOZ,
STITCH COUNT: CLR BLOCK VERTICAL 4.5 HORIZONTAL 7 PER CM,
STITCH COUNT: HERRINGBONE VERTICAL 4 HORIZONTAL 8.5 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1816 | **REFERENCE NO.** | 804C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8SS16212MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 638 |

# COMMERCIAL INVOICE

Page 7 of 8

**DATE:** August 27, 2018

**INVOICE NO.:** 201821412826

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SV1816 | SIMPLY FIN BLACK ONYX | 2 | 2 | 45.520  USD | 91.04  USD |
|-------|--------|----------------------|---|---|-------------|------------|
|       |        |                      | CARTONS | AST | AST |  |

**ITEM:** 400070529458
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1  ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25652/

STYLE: MF8SS16212MM
DESCRIPTION: SIMPLY STYLED MENS KNITTED SWEATER,
PATTERN CREW NECK, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION: 70% POLYESTER 30% NYLON, KNIT, 2/30 YARN SIZE, 12 GG, 1+1 ENDS,
FABRIC WEIGHT: COLOR BLOCK 8.5-9 LBS, HERRINGBONE 10.25-10.75 LBS PER DOZ,
STITCH COUNT: CLR BLOCK VERTICAL 4.5 HORIZONTAL 7 PER CM,
STITCH COUNT: HERRINGBONE VERTICAL 4 HORIZONTAL 8.5 PER CM,
FOLDED PACK

| **CONTRACT NO.** | SV1816 | **REFERENCE NO.** | 804C |
|------------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8SS16212MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** |  | **CATEGORY** | 638 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT
**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 426 | 426 | ASSORTMENTS | 18,876.38  USD |

**TOTAL US DOLLARS EIGHTEEN THOUSAND EIGHT HUNDRED SEVENTY-SIX DOLLARS AND THIRTY-EIGHT CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 8 of 8

**DATE:** August 27, 2018

**INVOICE NO.:** 201821412826

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

UPS Supply Chain Solutions℠

OTI License No. 275F

# UPS SUPPLY CHAIN SOLUTIONS, INC.
# FORWARDER'S CARGO RECEIPT

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD
NO.269,WEST WENHUA ROAD,HI-TECH
DEVE ZONE,WEIHAI,CHINA

BOOKING NO.
MAEU578232615

CARGO RECEIPT NO.
7173494603

EXPORT REFERENCES
AWB 7173494603

DATE OF RECEIPT OF CARGO
27-AUG-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: ____________________

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| CSL SANTA MARIA 1815 | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH, CA, US | MIRA LOMA, CA, US | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MARKS & NO:<br>KMART<br>ITEM:<br>MADE IN CHINA<br>CONTENTS 1<br>ASSORTMENT | 426 | CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:SJ8511 REF NO:802C<br>TOTAL QTY: 426PCS<br>CODE: CCD/MIRA LOMA,CA 91752 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT<br>SAILING DATE:09/07/2018<br>FCR DATE:08/27/2018 | 889.700 KG<br>1961.450 LB | 5.284 M<br>186.578 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 02-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED QINGDAO BRANCH
AS AGENT FOR
QINGDAO UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Issued by ____________________

Month Dec Day 04 Year 2018

# COMMERCIAL INVOICE

Page 1 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SF8635 | PEARL CABL TABBY GREY HEA | | | 36 | 36 | 53.460  USD | 1,924.56  USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 840017485319 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | | |
| SEARS DIV | 607 | | | | | | | |
| SEARS ITEM/SKU | 61958/ | | | | | | | |

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8635 | PEARL CABL TABBY GREY HEA | 135 | 135 | 62.370  USD | 8,419.95  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 840017485376 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61958/ | | | | | |

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

# COMMERCIAL INVOICE

Page 2 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SF8635 | PEARL CABL TABBY GREY HEA | 7 | 7 | 80.190 USD | 561.33 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840017485434 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61958/ |

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SF8635 | PEARL CABL MEDIEVAL BLUE | 26 | 26 | 53.460 USD | 1,389.96 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840017485871 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |

# COMMERCIAL INVOICE

Page 3 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**SEARS ITEM/SKU** | 06196/

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| **SEARS** | SF8635 | PEARL CABL MEDIEVAL BLUE | 114 | 114 | 62.370  USD | 7,110.18  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 840017485889 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 06196/ | | | | | |

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SF8635 | PEARL CABL MEDIEVAL BLUE | 6 | 6 | 89.100 USD | 534.60 USD |
|-------|--------|--------------------------|---|---|------------|------------|
|       |        |                          | CARTONS | AST | AST | |

| ITEM: | 840017485897 |
|-------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 06196/ |

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801C |
|------------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

| **FACTORY NO.** | 101969 |
|-----------------|--------|

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

| **FTY MID NO.** | CNHAIQINHAI |
|-----------------|-------------|

| SEARS | SG8809 | BRAIDED PL SAMPLE AS IS G | 176 | 176 | 54.250 USD | 9,548.00 USD |
|-------|--------|---------------------------|-----|-----|------------|--------------|
|       |        |                           | CARTONS | AST | AST | |

| ITEM: | 200014392682 |
|-------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 31742/ |

STYLE: WH8LS72833MI
DESCRIPTION: LADIES LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT: 13 - 13.5 LBS
HANGER CODE: #584SB

| **CONTRACT NO.** | SG8809 | **REFERENCE NO.** | 801C |
|------------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

| **FACTORY NO.** | 101969 |
|-----------------|--------|

# COMMERCIAL INVOICE

Page 5 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SG8809 | BRAIDED PL SAMPLE AS IS G | | 45 | 45 | 69.750 USD | 3,138.75 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 200014392690 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 31742/ |

STYLE: WH8LS72833MI
DESCRIPTION: LADIES LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT: 13 - 13.5 LBS
HANGER CODE: #584SB

| **CONTRACT NO.** | SG8809 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SG8809 | BRAIDED PL MARITIME | | 130 | 130 | 54.250 USD | 7,052.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 200014392757 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 31752/ |

STYLE: WH8LS72833MI
DESCRIPTION: LADIES LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT: 13 - 13.5 LBS
HANGER CODE: #584SB

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8809 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SG8809 | BRAIDED PL MARITIME | | 23 | 23 | 62.000  USD | 1,426.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 200014392765 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 31752/ | | | | | | |

STYLE: WH8LS72833MI
DESCRIPTION: LADIES LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT: 13 - 13.5 LBS
HANGER CODE: #584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8809 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ6630 | BRAIDED TI MARITIME BLUE | | 94 | 94 | 53.550  USD | 5,033.70  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 470025905662 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 46868/ | | | | | | |

STYLE: WH8LS72833PT

# COMMERCIAL INVOICE

Page 7 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| **SEARS** | SJ6630 | BRAIDED TI MARITIME BLUE | 10 | 10 | 45.900 USD | 459.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 470025906595 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 46868/ | | | | | |

STYLE: WH8LS72833PT
DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 8 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SJ6630 | BRAIDED TI MARITIME BLUE | 61 | 61 | 45.900  USD | 2,799.90  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 470025907213 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 616 | |
| **SEARS ITEM/SKU** | 46868/ | |

STYLE: WH8LS72833PT
DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

| SEARS | SJ6630 | BRAIDED TI GRAY | 94 | 94 | 53.550  USD | 5,033.70  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 470029915568 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 616 | |
| **SEARS ITEM/SKU** | 46906/ | |

STYLE: WH8LS72833PT
DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**       101969

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SJ6630 | BRAIDED TI GRAY | | 10 | 10 | 45.900  USD | 459.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 470029915576

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

**SEARS DIV** 616

**SEARS ITEM/SKU** 46906/

STYLE: WH8LS72833PT
DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SJ6630 | BRAIDED TI GRAY | | 61 | 61 | 45.900  USD | 2,799.90  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 470029915584

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

**SEARS DIV** 616

**SEARS ITEM/SKU** 46906/

STYLE: WH8LS72833PT
DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8516 | METALLIC STRI WINTER BLOOM | 83 | 83 | 48.300  USD | 4,008.90  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058593575 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61581/ |

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER.  CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG  1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8516 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72238MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 11 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SJ8516 | METALLIC STRI WINTER BLOOM | 7 | 7 | 82.800 USD | 579.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 840058593658 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61581/ |

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER. CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG  1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8516 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72238MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |
| **FACTORY NO.** | 101969 | | |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8516 | METALLIC STRI WINTER BLOOM | 85 | 85 | 41.400 USD | 3,519.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 840058593781 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61581/ |

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER. CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG  1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8516 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72238MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SJ8516 | METALLIC STRI MEDIEVAL BLUE | 45 | 45 | 48.300 USD | 2,173.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058647843 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61583/ |

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER.  CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG  1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8516 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72238MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

# COMMERCIAL INVOICE

Page 13 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

| SEARS | SJ8516 | METALLIC STRI MEDIEVAL BLUE | 7 | 7 | 75.900  USD | 531.30  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

| ITEM: | 840058647850 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61583/ |

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER. CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG  1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-

| **CONTRACT NO.** | SJ8516 | **REFERENCE NO.** | 802C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72238MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SJ8516 | METALLIC STRI MEDIEVAL BLUE | 60 | 60 | 41.400  USD | 2,484.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

| ITEM: | 840058647900 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61583/ |

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER. CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG  1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-

# COMMERCIAL INVOICE

Page 14 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8516 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72238MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SM4553 | MARLED OPE DARK DENIM | | | 37 | 37 | 59.500 USD | 2,201.50 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 770070181037 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |
| **SEARS DIV** | 677 | | | | | | | |
| **SEARS ITEM/SKU** | 59612/ | | | | | | | |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG 2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3 stitches
-
HANGER CODE: 585SB
-
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 15 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SM4553 | MARLED OPE DARK DENIM | 23 | 23 | 59.500  USD | 1,368.50  USD |
|-------|--------|-----------------------|----|----|----|----|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 770070181045 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59612/ |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

| | |
|---|---|
| CONTRACT NO. | SM4553 |
| DC CODE | CCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | GP9RC31050BG |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 801C |
| DEPARTMENT NO. | 034 |
| VENDOR NO. | 2642 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 646, RNONE |

| | |
|---|---|
| FACTORY NO. | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

| | |
|---|---|
| FTY MID NO. | CNHAIQINHAI |

| SEARS | SM4553 | MARLED OPE ICED VANILLA H | 37 | 37 | 59.500  USD | 2,201.50  USD |
|-------|--------|---------------------------|----|----|----|----|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 770070181102 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59613/ |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

# COMMERCIAL INVOICE

Page 16 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SM4553 | MARLED OPE ICED VANILLA H | | 23 | 23 | 59.500  USD | 1,368.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**  770070181110

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  1  ASSORTMENT

**SEARS DIV**  677

**SEARS ITEM/SKU**  59613/

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

**PAYMENT TERM**    Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    OPEN ACCOUNT

**LC#**    NO LC

# COMMERCIAL INVOICE

Page 17 of 17

**DATE:** August 28, 2018

**INVOICE NO.:** 201821430175

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,435 | 1,435 | ASSORTMENTS | 78,127.33   USD |

**TOTAL US DOLLARS SEVENTY-EIGHT THOUSAND ONE HUNDRED TWENTY-SEVEN DOLLARS AND THIRTY-THREE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

**FORWARDER'S CARGO RECEIPT**

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU577993591 | 7173494339 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | | 05-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| | | |
|---|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO |
| EXPORT CARRIER (VESSEL/VOW/FLAG) CSL SANTA MARIA 1815 | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU4856072 SEALCODE1: CN8331222 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS  1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 1435 CARTON SAID TO CONTAIN SWEATER PO NO:SF8635 REF NO:801C SWEATER PO NO:SG8809 REF NO:801C SWEATER PO NO:SJ6630 REF NO:801C SWEATER PO NO:SJ8516 REF NO:802C SWEATER PO NO:SM4553 REF NO:801C TOTAL QTY: 10264PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY | 5478.930 KG 12078.970 LB | 65.459 M3 2311.357 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:    03-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by    QINGDAO _____

Month    Sep    Day    11    Year    2018

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU577993591 | 7173494339 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 05-SEP-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO., 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG) CSL SANTA MARIA 1815 | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/07/2018 FCR DATE:09/05/2018 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:        03-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by  QINGDAO _____

Month  Sep        Day  11        Year  2018

# COMMERCIAL INVOICE

Page 1 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SF8635 | PEARL CABL TABBY GREY HEA | | 29 | 29 | 53.460  USD | 1,550.34  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840017485319 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61958/ | | | | | | |

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SF8635 | PEARL CABL TABBY GREY HEA | | 110 | 110 | 62.370  USD | 6,860.70  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840017485376 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61958/ | | | | | | |

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

# COMMERCIAL INVOICE

Page 2 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SF8635 | PEARL CABL TABBY GREY HEA | 6 | 6 | 80.190 USD | 481.14 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840017485434 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61958/ |

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SF8635 | PEARL CABL MEDIEVAL BLUE | 21 | 21 | 53.460 USD | 1,122.66 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840017485871 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |

# COMMERCIAL INVOICE

Page 3 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**SEARS ITEM/SKU** | 06196/

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | SF8635 | PEARL CABL MEDIEVAL BLUE | 94 | 94 | 62.370  USD | 5,862.78  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    840017485889

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

**SEARS DIV**    607

**SEARS ITEM/SKU** | 06196/

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG 2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 4 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SF8635 | PEARL CABL MEDIEVAL BLUE | 4 | 4 | 89.100 USD | 356.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840017485897 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 06196/ |

STYLE #: WH8SS72235MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK.
STRIGHT ARMHOLE. LONG SLEEVE. CABLE PATTERN & FAUX PEARL AT FRONT.
JERSEY KNITTED AT BACK & SLEEVE.
1X1 RIB ON NECK BAND & CUFFS & BOTTOM HEM.
(NOT KNIT TO SHAPE)
FABRICATION: 63%ACRYLIC 30%POLYESTER 7%SPANDEX
FABRIC GAUGE: 7GG  2ENDS, 1CM PER VERTICAL: 6 stitches, HORIZONTAL: 3.5 stitches
HANGER CODE: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8635 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72235MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SG8809 | BRAIDED PL SAMPLE AS IS G | 144 | 144 | 54.250 USD | 7,812.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 200014392682 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 31742/ |

STYLE: WH8LS72833MI
DESCRIPTION: LADIES LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT: 13 - 13.5 LBS
HANGER CODE: #584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8809 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 5 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SG8809 | BRAIDED PL SAMPLE AS IS G | | 37 | 37 | 69.750 USD | 2,580.75 USD |
|-------|--------|---------------------------|---|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 200014392690
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 31742/

STYLE: WH8LS72833MI
DESCRIPTION: LADIES LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT: 13 - 13.5 LBS
HANGER CODE: #584SB

| **CONTRACT NO.** | SG8809 | **REFERENCE NO.** | 801P |
|------------------|--------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SG8809 | BRAIDED PL MARITIME | | 107 | 107 | 54.250 USD | 5,804.75 USD |
|-------|--------|---------------------|---|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 200014392757
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 31752/

STYLE: WH8LS72833MI
DESCRIPTION: LADIES LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT: 13 - 13.5 LBS
HANGER CODE: #584SB

# COMMERCIAL INVOICE

Page 6 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8809 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SG8809 | BRAIDED PL MARITIME | | 19 | 19 | 62.000  USD | 1,178.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 200014392765 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 31752/ |

STYLE: WH8LS72833MI
DESCRIPTION: LADIES LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT: 13 - 13.5 LBS
HANGER CODE: #584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8809 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ6630 | BRAIDED TI MARITIME BLUE | | 76 | 76 | 53.550  USD | 4,069.80  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 470025905662 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46868/ |

STYLE: WH8LS72833PT

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SJ6630 | BRAIDED TI MARITIME BLUE | 9 | 9 | 45.900  USD | 413.10  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 470025906595 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46868/ |

STYLE: WH8LS72833PT
DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

# COMMERCIAL INVOICE

Page 8 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SJ6630 | BRAIDED TI MARITIME BLUE | | 50 | 50 | 45.900  USD | 2,295.00  USD |
|-------|--------|--------------------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 470025907213 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46868/ |

STYLE: WH8LS72833PT
DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SJ6630 | BRAIDED TI GRAY | | 76 | 76 | 53.550  USD | 4,069.80  USD |
|-------|--------|-----------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 470029915568 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46906/ |

STYLE: WH8LS72833PT
DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING /  SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 9 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**         CNHAIQINHAI

| SEARS | SJ6630 | BRAIDED TI GRAY | | 9 | 9 | 45.900 USD | 413.10 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 470029915576 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 616 | |
| **SEARS ITEM/SKU** | 46906/ | |

STYLE: WH8LS72833PT
DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**         CNHAIQINHAI

| SEARS | SJ6630 | BRAIDED TI GRAY | | 50 | 50 | 45.900 USD | 2,295.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 470029915584 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 616 | |
| **SEARS ITEM/SKU** | 46906/ | |

STYLE: WH8LS72833PT
DESCRIPTION: LAURA SCOTT LADIES KNITTED CARDIGAN
FRONT BODY CABLE, BACK & SLEEVES 1X1 RIB, V NECK, LONG SLEEVES, 1X1 RIB AT COLLA
SLEEVE OPENING / SWEEP OPENING
FABRICATION: 100% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 2.5 HORIZONTAL, FABRIC WEIGHT : 12.5 - 13 LBS
HANGER CODE: #584SB

# COMMERCIAL INVOICE

Page 10 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

                                          FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ6630 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8LS72833PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | SJ8515 | EMBELLISHE BLACK ONYX | | 57 | 57 | 45.060 USD | 2,568.42 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058484510 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61577/ |

STYLE: WH8SS72532MI
DESCRIPTION: SIMPLY STYLED LADIES' FINE KNITTED CARDIGAN. CREW NECK . CURVE ARMH
LONG SLEEVES. JERSEY STITCH ALLOVER. FAUX PEARL AT FORNT.
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 78%RAYON 22%POLYESTER
FABRIC GAUGE : 12GG 2ENDS,
1CM PER VERTICAL : 11 STITCHES , HORIZONTAL : 9 STITCHES
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8515 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72532MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | SJ8515 | EMBELLISHE BLACK ONYX | | 1 | 1 | 67.590 USD | 67.59 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058484528 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

# COMMERCIAL INVOICE

Page 11 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61577/ |

STYLE: WH8SS72532MI
DESCRIPTION: SIMPLY STYLED LADIES' FINE KNITTED CARDIGAN. CREW NECK . CURVE ARMH
LONG SLEEVES. JERSEY STITCH ALLOVER. FAUX PEARL AT FORNT.
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 78%RAYON 22%POLYESTER
FABRIC GAUGE : 12GG 2ENDS,
1CM PER VERTICAL : 11 STITCHES , HORIZONTAL : 9 STITCHES
-
-
-

| CONTRACT NO. | SJ8515 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72532MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

| FACTORY NO. | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| FTY MID NO. | CNHAIQINHAI |

| SEARS | SJ8515 | EMBELLISHE TABBY GREY HEA | | 28 | 28 | 45.060 USD | 1,261.68 USD |
| | | | | CARTONS | AST | AST | |

| ITEM: | 840058484593 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61578/ |

STYLE: WH8SS72532MI
DESCRIPTION: SIMPLY STYLED LADIES' FINE KNITTED CARDIGAN. CREW NECK . CURVE ARMH
LONG SLEEVES. JERSEY STITCH ALLOVER. FAUX PEARL AT FORNT.
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 78%RAYON 22%POLYESTER
FABRIC GAUGE : 12GG 2ENDS,
1CM PER VERTICAL : 11 STITCHES , HORIZONTAL : 9 STITCHES
-
-
-

| CONTRACT NO. | SJ8515 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72532MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

| FACTORY NO. | 101969 |

# COMMERCIAL INVOICE

Page 12 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8516 | METALLIC STRI WINTER BLOOM | | | 69 | 69 | 48.300 USD | 3,332.70 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058593575 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61581/ |

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER. CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG 1END. 1CM PER VERTICAL: 8 STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8516 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72238MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8516 | METALLIC STRI WINTER BLOOM | | | 6 | 6 | 82.800 USD | 496.80 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058593658 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61581/ |

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER. CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)

# COMMERCIAL INVOICE

Page 13 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

-
FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG 1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-

| CONTRACT NO. | SJ8516 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72238MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

| FACTORY NO. | 101969 |
|---|---|

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| FTY MID NO. | CNHAIQINHAI |
|---|---|

| SEARS | SJ8516 | METALLIC STRI WINTER BLOOM | | 69 | 69 | 41.400  USD | 2,856.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840058593781 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61581/ | | | | | | |

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER. CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG 1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-

| CONTRACT NO. | SJ8516 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72238MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

| FACTORY NO. | 101969 |
|---|---|

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

Page 14 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8516 | METALLIC STRI MEDIEVAL BLUE | 37 | 37 | 48.300  USD | 1,787.10  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**  840058647843
**MADE IN**  CHINA (MAINLAND)
**CONTENTS**  1 ASSORTMENT
**SEARS DIV**  607
**SEARS ITEM/SKU**  61583/

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER. CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)

FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG  1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-
-

| **CONTRACT NO.** | SJ8516 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72238MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8516 | METALLIC STRI MEDIEVAL BLUE | 6 | 6 | 75.900  USD | 455.40  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**  840058647850
**MADE IN**  CHINA (MAINLAND)
**CONTENTS**  1 ASSORTMENT
**SEARS DIV**  607
**SEARS ITEM/SKU**  61583/

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER. CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)

FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG  1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-

# COMMERCIAL INVOICE

Page 15 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8516 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72238MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE | |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SJ8516 | METALLIC STRI MEDIEVAL BLUE | | 49 | 49 | 41.400 USD | 2,028.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840058647900 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61583/ | | | | | | |

STYLE: WH8SS72238MI
DESCRIPTION: SIMPLY STYLED LADIES' KNITTED PULLOVER.  CURVE ARMHOLE,
LONG SLEEVE. ALLOVER JERSEY W/ STRIPE PATTERN KNITTED,
2X2 RIB ON NECK BAND, 2S2 RIB ON CUFFS & BOTTOM HEM,
TUBULAR ON NECK BAND & PLACKET, 1X1 RIB ON CUFFS & BOTTOM HEM,
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 55%ACRYLIC 36%POLYESTER 4%SPANDEX 5% METALLIC
FABRIC GAUGE : 7GG  1END. 1CM PER VERTICAL: 8  STITCHES , HORIZONTAL : 5 stitch
-
HANGER CODE: 584SB COST: $0.115/PC
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8516 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72238MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE | |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

# COMMERCIAL INVOICE

Page 16 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SM4553 | MARLED OPE DARK DENIM | | 30 | 30 | 59.500 USD | 1,785.00 USD |
|-------|--------|------------------------|---|----|----|------------|--------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 770070181037 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59612/ |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SM4553 | MARLED OPE DARK DENIM | | 18 | 18 | 59.500 USD | 1,071.00 USD |
|-------|--------|------------------------|---|----|----|------------|--------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 770070181045 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59612/ |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SM4553 | MARLED OPE ICED VANILLA H | | 30 | 30 | 59.500  USD | 1,785.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 770070181102 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59613/ |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SM4553 | MARLED OPE ICED VANILLA H | | 18 | 18 | 59.500 USD | 1,071.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 770070181110 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59613/ |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

| CONTRACT NO. | SM4553 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | GP9RC31050BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, RNONE |

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| SEARS | SN4554 | TIPPED FLA SKI PATROL | | 12 | 12 | 95.400 USD | 1,144.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 250081908691 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59611/ |

GH8CG39000BG(12 GARMENTS PER ASSORTMENT)
DESCRIPTION:CRB,GIRLS FINE KNITTED PULLOVER  & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  12
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508B   HANGER COST$0.085/PC  X  12

# COMMERCIAL INVOICE

Page 19 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN4554 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GH8CG39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SN4554 | TIPPED FLA ANTHRACITE | | 2 | 2 | 95.400 USD | 190.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**    250081908709

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1 ASSORTMENT

**SEARS DIV**    677

**SEARS ITEM/SKU**    59614/

GH8CG39000BG(12 GARMENTS PER ASSORTMENT)
DESCRIPTION:CRB,GIRLS FINE KNITTED PULLOVER  & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  12
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508B   HANGER COST$0.085/PC   X   12

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN4554 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GH8CG39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SY6677 | FASHION FU BLACK ONYX | | 6 | 6 | 36.000 USD | 216.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**    810069173359

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1 ASSORTMENT

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS DIV | 629 |
| SEARS ITEM/SKU | 32493/ |

STYLE: GH8TS10068IT     8 GARMENTS PER ASSORTMENT
INFANT/TODDLER GIRLS KNITTED SWEATER
(3 INFANT & 5 TODDLER PER ASSORTMENT AT $ 4.50 EACH)
CREW NECK, LONG SLEEVE, CUFF AND BOTTOM HEM, NO POCKET, NO TRIMS,
METALLIC YARN PRE-TWISTED INTO POLYESTER AND ACRYLIC PRIOR TO KNITTING,
GRAPHIC AT CENTER FRONT, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION: 72%POLYESTER 26%ACRYLIC 2%METALLIC KNIT
STITCH COUNT PER 2 CM: VERTICAL  8  HORIZONTAL  6
NON REUSABLE HANGER #496

| CONTRACT NO. | SY6677 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 023 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | GH8TS10068IT | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, 839 |

FACTORY NO.     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

FTY MID NO.     CNHAIQINHAI

| SEARS | SY6677 | FASHION FU BLACK ONYX | 1 | 1 | 36.000  USD | 36.00  USD |
|-------|--------|----------------------|-----|-----|-------------|-------------|
| | | | CARTONS | AST | AST | |

| ITEM: | 810069173367 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 629 |
| SEARS ITEM/SKU | 32493/ |

STYLE: GH8TS10068IT     8 GARMENTS PER ASSORTMENT
INFANT/TODDLER GIRLS KNITTED SWEATER
(3 INFANT & 5 TODDLER PER ASSORTMENT AT $ 4.50 EACH)
CREW NECK, LONG SLEEVE, CUFF AND BOTTOM HEM, NO POCKET, NO TRIMS,
METALLIC YARN PRE-TWISTED INTO POLYESTER AND ACRYLIC PRIOR TO KNITTING,
GRAPHIC AT CENTER FRONT, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:72%POLYESTER 26%ACRYLIC 2%METALLIC KNIT
STITCH COUNT PER 2 CM: VERTICAL  8  HORIZONTAL  6
NON REUSABLE HANGER #496

| CONTRACT NO. | SY6677 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 023 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | GH8TS10068IT | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, 839 |

FACTORY NO.     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG

# COMMERCIAL INVOICE

Page 21 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SY6679 | FASHION FU PINK | | 1 | 1 | 38.800 USD | 38.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 810069197663 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 629 |
| **SEARS ITEM/SKU** | 32494/ |

STYLE: GH8TS10069IT    8 GARMENTS PER ASSORTMENT
INFANT/TODDLER GIRLS KNITTED SWEATER PULLOVER
(4 INFANT & 4 TODDLER PER ASSORTMENT AT $ 4.85 EACH)
CREW NECK, LONG SLEEVE, CUFF AND BOTTOM HEM, NO POCKET, NO TRIMS,
METALLIC YARN PRE-TWISTED INTO NYLON AND ACRYLIC PRIOR TO KNITTING,
GRAPHIC AT CENTER FRONT, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION: 65%NYLON 29%ACRYLIC 3%METALLIC 3%POLYESTER KNIT
STITCH COUNT PER 2 CM: VERTICAL  8 HORIZONTAL 6
NON REUSABLE HANGER #496

| **CONTRACT NO.** | SY6679 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 023 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GH8TS10069IT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 839, 646 |

| **FACTORY NO.** | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SY6679 | FASHION FU PINK | | 1 | 1 | 38.800 USD | 38.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 810069244929 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 629 |
| **SEARS ITEM/SKU** | 32494/ |

STYLE: GH8TS10069IT    8 GARMENTS PER ASSORTMENT
INFANT/TODDLER GIRLS KNITTED SWEATER PULLOVER
(3 INFANT & 5 TODDLER PER ASSORTMENT AT $ 4.85 EACH)
CREW NECK, LONG SLEEVE, CUFF AND BOTTOM HEM, NO POCKET, NO TRIMS,
METALLIC YARN PRE-TWISTED INTO NYLON AND ACRYLIC PRIOR TO KNITTING,
GRAPHIC AT CENTER FRONT, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION: 65%NYLON 29%ACRYLIC 3%METALLIC 3%POLYESTER KNIT
STITCH COUNT PER 2 CM: VERTICAL  8 HORIZONTAL 6
NON REUSABLE HANGER #496

# COMMERCIAL INVOICE

Page 22 of 22

**DATE:** August 28, 2018

**INVOICE NO.:** 201821431011

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SY6679 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 023 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GH8TS10069IT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, 839 |
| **FACTORY NO.** | 101969 | | |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,282 | 1,282 | ASSORTMENTS | 69,397.41   USD |

**TOTAL US DOLLARS SIXTY-NINE THOUSAND THREE HUNDRED NINETY-SEVEN DOLLARS AND FORTY-ONE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| **WEIHAI LIANQIAO INTL COOP GP CO LTD** |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

**UPS Supply Chain Solutions℠**

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**
Ott License No. 279F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | APLU065928571 | 7173494548 |
| | EXPORT REFERENCES AWB 7173494548 | DATE OF RECEIPT OF CARGO 30-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO., 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) CMA CGM T. ROOSEVELT 190E | PORT OF LOADING QINGDAO,CHINA | |
| PORT OF DISCHARGE NEW YORK, NY, US | PLACE OF DELIVERY ON CARRIER CHAMBERSBURG, PA, US | NUMBER OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| C.T.RNO: ECMU4546785 SEALCODE1: K5562060 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' STANDARD CONTAINER 1282 CARTON SAID TO CONTAIN SEE ATTACHMENT TOTAL QTY:9143 PCS CODE: CHA/CHAMBERSBURG,PA 172 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/04/2018 FCR DATE:08/30/2018 | 4760.790 KG 10495.740 LB | 56.508 M 1995.297 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 03-Aug-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

LIMITED QINGDAO BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures
QINGDAO

Issued by _____

Month Sep   Day 06   Year 2018

# COMMERCIAL INVOICE

Page 1 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ8512 | CORE TABLE BRIDAL ROSE | 54 | 54 | 41.020 USD | 2,215.08 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 840058484650 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 61579/ | | | | | |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**      CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ8512 | CORE TABLE BRIDAL ROSE | 56 | 56 | 35.160 USD | 1,968.96 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 840058527730 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 61579/ | | | | | |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

# COMMERCIAL INVOICE

Page 2 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE BLACK ONYX | | 33 | 33 | 41.020 USD | 1,353.66 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058532540 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61580/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE BLACK ONYX | | 40 | 40 | 35.160 USD | 1,406.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840058532557 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

**COMMERCIAL INVOICE**

Page 3 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | |
|---|---|
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61580/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| **SEARS** | SJ8512 | CORE TABLE CLOUD DANCER | | 30 | 30 | 41.020  USD | 1,230.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059168278 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61591/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**          101969

# COMMERCIAL INVOICE

Page 4 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE CLOUD DANCER | | | 35 | 35 | 35.160  USD | 1,230.60  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059168286 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61591/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE CHILI PEPPER | | | 22 | 22 | 41.020  USD | 902.44  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059168963 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61593/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-

# COMMERCIAL INVOICE

**DATE:** August 28, 2018
**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE CHILI PEPPER | 31 | 31 | 35.160 USD | 1,089.96 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059168997 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61593/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE, LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 6 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SJ8512 | CORE TABLE TABBY GREY HEA | | 14 | 14 | 41.020  USD | 574.28  USD |
|-------|--------|---------------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 840059169128 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61594/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| CONTRACT NO. | SJ8512 | REFERENCE NO. | 802P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WH8SS72549MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

| FACTORY NO. | 101969 |
|-------------|--------|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| SEARS | SJ8512 | CORE TABLE TABBY GREY HEA | | 21 | 21 | 35.160  USD | 738.36  USD |
|-------|--------|---------------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 840059170126 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61594/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

# COMMERCIAL INVOICE

Page 7 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE DEEP TEAL | | 3 | 3 | 41.020 USD | 123.06 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059171249 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61595/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SJ8512 | CORE TABLE DEEP TEAL | | 4 | 4 | 35.160 USD | 140.64 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059171579 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

# COMMERCIAL INVOICE

Page 8 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**        SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61595/ |

STYLE: WH8SS72549MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CREW NECK . CURVE ARMHOLE,
LONG SLEEVES. RIBS ALLOVER.  1X1 RIB NECKBAND. HI-LOW BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: 1/28 50%RAYON 28%POLYESTER 22%NYLON
FABRIC GAUGE : 12GG 1END
1CM PER VERTICAL : 9 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8512 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72549MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | - | **CATEGORY** | 639 | |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC OATMEAL HEATHE | | 13 | 13 | 36.480  USD | 474.24  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 840058912445 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 61584/ | | | | | | |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | - | **CATEGORY** | 639 | |

**FACTORY NO.**        101969

# COMMERCIAL INVOICE

Page 9 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC. OATMEAL HEATHE | 13 | 13 | 42.560 USD | 553.28 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 840059156844
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61584/

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-
-

| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC OATMEAL HEATHE | 1 | 1 | 66.880 USD | 66.88 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 840059158022
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61584/

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER. CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,

# COMMERCIAL INVOICE

Page 10 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 802P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8517 | MINI METALLIC COAL MINE HEAT | 5 | 5 | 36.480  USD | 182.40  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    840059165290

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

**SEARS DIV**    607

**SEARS ITEM/SKU**    61589/

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 802P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 | | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 11 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SJ8517 | MINI METALLIC COAL MINE HEAT | 7 | 7 | 42.560  USD | 297.92  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059165332 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61589/ |

STYLE: WH8SS72220MI
DESCRIPTION: SIMPLY STYLED LADIES KNITTED PULLOVER.  CURVE ARMHOLE,
CREW NECK. LONG SLEEVE. ALLOVER JACQUARD KNITTED DOT PATTERN.
TUBULAR ON NECKBAND. 1X1 RIBS ON CUFFS. 1X2 RIB ON BOTTOM HEM.
(NOT KNIT TO SHAPE)

FABRICATION: KNITTED 76%RAYON 23%POLYESTER 1% OTHER FIBER
FABRIC GAUGE : 12GG  2ENDS,
1CM PER VERTICAL : 11  stitches , HORIZONTAL : 8 stitches
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ8517 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72220MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 382 | 382 | ASSORTMENTS | 14,548.76  USD |

**TOTAL US DOLLARS FOURTEEN THOUSAND FIVE HUNDRED FORTY-EIGHT DOLLARS AND SEVENTY-SIX CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

Page 12 of 12

**DATE:** August 28, 2018

**INVOICE NO.:** 201821414125

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

**UPS Supply Chain Solutions™**

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | APLU065928573 | 7173494449 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7173494449 | 28-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the goods(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) CMA CGM T. ROOSEVELT 190E | PORT OF LOADING QINGDAO,CHINA | |
| PORT OF DISCHARGE NEW YORK, NY, US | PLACE OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA, US | NUMBER OF ORIGINALS 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: CMAU4240262 SEALCODE1: K5624020 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 382 CARTON SAID TO CONTAIN SWEATER PO NO:SJ8512 REF NO:802P SWEATER PO NO:SJ8517 REF NO:802P TOTAL QTY: 382PCS CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/04/2018 FCR DATE:08/28/2018 | 749.600 KG 1652.580 LB | 6.982 M 246.534 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on:     03-Aug-2018 | | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | **As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.** |
| CARGO RECEIPT | 1 | 1 | |
| COMMERCIAL INVOICE | 0 | 1 | UPS SCS (CHINA) LIMITED QINGDAO BRANCH |
| PACKING LIST | 0 | 1 | |

QINGDAO     AS AGENT FOR

Issued by _____ UPS SUPPLY CHAIN SOLUTIONS INC.
                                    Authorized Signatures

Month _Sep_ Day _06_ Year _2018_

# COMMERCIAL INVOICE

Page 1 of 7

**DATE:** August 27, 2018

**INVOICE NO.:** 201821414017

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SJ8511 | LACE FRONT CHILI PEPPER | | 26 | 26 | 49.700 USD | 1,292.20 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 840058935917 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61586/ | | | | | | |

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9 stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJ8511 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | |
| VENDOR ITEM CODE | WH8SS72973MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646 | |
| FACTORY NO. | 101969 | | | |
| HAIYANG QINGHONG GARMENT CO LTD | | | | |
| BICHENG INDUSTRIAL PARK | | | | |
| HAIYANG | | | | |
| SHANDONG | | | | |
| China | | | | |
| FTY MID NO. | CNHAIQINHAI | | | |

| SEARS | SJ8511 | LACE FRONT CHILI PEPPER | | 91 | 91 | 42.600 USD | 3,876.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 840059173393 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61586/ | | | | | | |

STYLE: WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9 stitches
-
-
-

# COMMERCIAL INVOICE

**DATE:** August 27, 2018

**INVOICE NO.:** 201821414017

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT CHILI PEPPER | | 10 | 10 | 71.000  USD | 710.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059173880 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61586/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN, CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT BLACK ONYX | | 93 | 93 | 42.600  USD | 3,961.80  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059174219 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

# COMMERCIAL INVOICE

Page 3 of 7

**DATE:** August 27, 2018

**INVOICE NO.:** 201821414017

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61596/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| **SEARS** | SJ8511 | LACE FRONT SURF THE WEB | | 92 | 92 | 42.600  USD | 3,919.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840059174607 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 61598/ |

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 4 of 7

**DATE:** August 27, 2018

**INVOICE NO.:** 201821414017

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT CLOUD DANCER | 30 CARTONS | 30 AST | 42.600 USD AST | 1,278.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 840059176131
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61602/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS
1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ8511 | LACE FRONT CLOUD DANCER | 2 CARTONS | 2 AST | 63.900 USD AST | 127.80 USD |
|---|---|---|---|---|---|---|

**ITEM:** 840059176172
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 607
**SEARS ITEM/SKU** 61602/

STYLE:  WH8SS72973MI
DESCRIPTION: SIMPLY STYLED LADIES FINE KNITTED CARDIGAN. CREW NECK .
CURVE ARMHOLES, LONG SLEEVES. JERSEY STITCH ALLOVER. LACE AT FRONT
TUBULAR NECKBAND AND PLACKET. 1X1 RIB ON CUFFS AND BOTTOM HEM.
(NOT KNIT TO SHAPE)
-
FABRICATION: BODY: 78%RAYON 22%POLYESTER, LACE: 90%NYLON 10%SPANDEX
FABRIC GAUGE : 12GG 2ENDS

## COMMERCIAL INVOICE

Page 5 of 7

**DATE:** August 27, 2018

**INVOICE NO.:** 201821414017

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

1CM PER VERTICAL : 11 stitches , HORIZONTAL : 9  stitches
-
-
-

| **CONTRACT NO.** | SJ8511 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WH8SS72973MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1816 | SIMPLY FIN BLACK COMBO | | 2 | 2 | 45.520  USD | 91.04  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 400070489844 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25650/ |

STYLE: MF8SS16212MM
DESCRIPTION: SIMPLY STYLED MENS KNITTED SWEATER,
PATTERN CREW NECK, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION: 70% POLYESTER 30% NYLON, KNIT, 2/30 YARN SIZE, 12 GG, 1+1 ENDS,
FABRIC WEIGHT: COLOR BLOCK 8.5-9 LBS, HERRINGBONE 10.25-10.75 LBS PER DOZ,
STITCH COUNT: CLR BLOCK VERTICAL 4.5 HORIZONTAL 7 PER CM,
STITCH COUNT: HERRINGBONE VERTICAL 4 HORIZONTAL 8.5 PER CM,
FOLDED PACK

| **CONTRACT NO.** | SV1816 | **REFERENCE NO.** | 804P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8SS16212MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 638 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 6 of 7

**DATE:** August 27, 2018

**INVOICE NO.:** 201821414017

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

| SEARS | SV1816 | SIMPLY FIN BLACK ONYX | | 2 | 2 | 45.520  USD | 91.04  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 400070529458 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25652/ |

STYLE: MF8SS16212MM
DESCRIPTION: SIMPLY STYLED MENS KNITTED SWEATER,
PATTERN CREW NECK, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION: 70% POLYESTER 30% NYLON, KNIT, 2/30 YARN SIZE, 12 GG, 1+1 ENDS,
FABRIC WEIGHT: COLOR BLOCK 8.5-9 LBS, HERRINGBONE 10.25-10.75 LBS PER DOZ,
STITCH COUNT: CLR BLOCK VERTICAL 4.5 HORIZONTAL 7 PER CM,
STITCH COUNT: HERRINGBONE VERTICAL 4 HORIZONTAL 8.5 PER CM,
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1816 | **REFERENCE NO.** | 804P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8SS16212MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 638 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 348 | 348 | ASSORTMENTS | 15,347.68  USD |

TOTAL US DOLLARS FIFTEEN THOUSAND THREE HUNDRED FORTY-SEVEN DOLLARS AND SIXTY-EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 7 of 7

**DATE:** August 27, 2018
**INVOICE NO.:** 201821414017

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

UPS Supply Chain Solutions℠

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP<br>CO.,LTD<br>NO.269,WEST WENHUA ROAD,HI-TECH<br>DEVE ZONE,WEIHAI,CHINA | BOOKING NO.<br>APLU065928573 / CARGO RECEIPT NO.<br>7173494482<br><br>EXPORT REFERENCES<br>AWB 7173494482 / DATE OF RECEIPT OF CARGO<br>27-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>CMA CGM T. ROOSEVELT 190E | PORT OF LOADING<br>QINGDAO,CHINA | |
| PORT OF DISCHARGE<br>NEW YORK, NY, US | PLACE OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG, PA, US | NUMBER OF ORIGINALS<br>1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TRLU4860857<br>SEALCODE1:<br>K5623979<br>MARKS & NO:<br>KMART<br>ITEM:<br>MADE IN CHINA<br>CONTENTS 1<br>ASSORTMENT | 1 | 40' STANDARD CONTAINER 348 CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:SJ8511  S V1816<br>REF NO:802P<br>TOTAL QTY: 348PCS<br>CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT<br>SAILING DATE:09/04/2018<br>FCR DATE:08/27/2018 | 725.000 KG<br>1598.350 LB | 4.321 M<br>152.575 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:      02-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.
UPS SCS (CHINA) LIMITED QINGDAO BRANCH

QINGDAO                    AS AGENT FOR
Issued by _____ UPS SUPPLY CHAIN SOLUTIONS INC.
                                    Authorized Signatures

Month  Sep    Day  06    Year  2018

# COMMERCIAL INVOICE

Page 1 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413941

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SI6518 | ANGLED RIB 2X BLACK | | 30 | 180 | 8.130 USD | 1,463.40 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 440041383878 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 6 PIECES | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 45810/067 | | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI6518 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WF8SE72006PL | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

FTY MID NO.        CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SI6518 | ANGLED RIB 3X BLACK | | 22 | 132 | 8.130 USD | 1,073.16 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 440041383886 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 6 PIECES | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 45810/068 | | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI6518 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WF8SE72006PL | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

# COMMERCIAL INVOICE

Page 2 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413941

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 2X HEATHERCOA | 20 | 120 | 8.130  USD | 975.60  USD |
|-------|--------|--------------------------|----|-----|------------|-------------|
|       |        |                          | CARTONS | PIECES | PIECES |          |

| | |
|---|---|
| **ITEM:** | 440041384587 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45813/067 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 3X HEATHERCOA | 15 | 90 | 8.130  USD | 731.70  USD |
|-------|--------|--------------------------|----|-----|------------|-------------|
|       |        |                          | CARTONS | PIECES | PIECES |          |

| | |
|---|---|
| **ITEM:** | 440041384595 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45813/068 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

# COMMERCIAL INVOICE

Page 3 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413941

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 2X BROWN SUGAR | 14 | 84 | 8.130  USD | 682.92  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 440041384645 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 6  PIECES | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 45821/067 | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 3X BROWN SUGAR | 8 | 48 | 8.130  USD | 390.24  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 440041384652 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 6  PIECES | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 45821/068 | | | | | |

# COMMERCIAL INVOICE

Page 4 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413941

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| CONTRACT NO. | SI6518 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WF8SE72006PL | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| SEARS | SI6518 | ANGLED RIB 2X MEDIEVAL BL | | 12 | 72 | 8.130  USD | 585.36  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 440041384678 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 6  PIECES | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 45824/067 | | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| CONTRACT NO. | SI6518 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WF8SE72006PL | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 5 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413941

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SI6518 | ANGLED RIB 3X MEDIEVAL BL | | 9 CARTONS | 54 PIECES | 8.130 USD PIECES | 439.02 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 440041384686 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 6 PIECES |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 45824/068 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI6518 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WF8SE72006PL | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X BLACK | | 33 CARTONS | 198 PIECES | 8.130 USD PIECES | 1,609.74 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 440097859185 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 6 PIECES |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 45810/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI6518 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WF8SE72006PL | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

**FACTORY NO.**   101969

# COMMERCIAL INVOICE

Page 6 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413941

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X HEATHERCOA | 25 CARTONS | 150 PIECES | 8.130 USD PIECES | 1,219.50 USD |
|-------|--------|--------------------------|------------|------------|------------------|--------------|

| | |
|---|---|
| **ITEM:** | 440097859219 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45813/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X BROWN SUGAR | 21 CARTONS | 126 PIECES | 8.130 USD PIECES | 1,024.38 USD |
|-------|--------|---------------------------|------------|------------|------------------|--------------|

| | |
|---|---|
| **ITEM:** | 440097859300 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45821/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

## COMMERCIAL INVOICE

Page 7 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413941

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**  101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**  CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X MEDIEVAL BL | 16 | 96 | 8.130 USD | 780.48 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440097859342 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45824/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**  101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**  CNHAIQINHAI

| SEARS | SM4507 | PULL RED | 2 | 2 | 55.500 USD | 111.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 770021358213 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59549/ |

# COMMERCIAL INVOICE

Page 8 of 8

**DATE:** August 28, 2018

**INVOICE NO.:** 201821413941

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

STYLE: GH8RC31412BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED PULLOVER SWEATER
LONG BELL SLEEVE, CURVE ARMHOLE, ALLOVER JERSEY
TUBULAR NECKBAND AND BOTTOM HEM, 1X1 RIB ON CUFFS
NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION: 50%COTTON 33%ACRYLIC 11%POLYESTER 6%METALLIC , KNIT 12GG 2 ENDS
GARMENT WEIGHT 4-4.5LBS PER DOZ
STITCH COUNT VERTICAL 8 HORIZONTAL 6 PER CM
REUSABLE HANGER CODE 585SB HANGER COST $0.105 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4507 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GH8RC31412BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

**PAYMENT TERM**    Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    OPEN ACCOUNT

**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 227 | 1,350 | PIECES | 11,086.50  USD |
| | | 2 | ASSORTMENTS | |

**TOTAL US DOLLARS ELEVEN THOUSAND EIGHTY-SIX DOLLARS AND FIFTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions℠**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP,GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | APLU065928573 | 7173494493 |
| | EXPORT REFERENCES AWB 7173494493 | DATE OF RECEIPT OF CARGO 28-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) CMA CGM T. ROOSEVELT 190E | PORT OF LOADING QINGDAO,CHINA | |
| PORT OF DISCHARGE NEW YORK, NY, US | PLACE OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA, US | NUMBER OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TRLU4860857 SEALCODE1: K5623979 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' STANDARD CONTAINER 227 CARTON SAID TO CONTAIN SWEATER PO NO:Si6518 REF NO:802P SWEATER PO NO:SM4507 REF NO:803P TOTAL QTY: 1352PCS CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/04/2018 FCR DATE:08/28/2018 | 947.800 KG 2089.540 LB | 9.045 N 319.379 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 03-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS INC.
UPS SCS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
QINGDAO SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Issued by _____

Month Sep   Day 06   Year 2018

# EXHIBIT "B"

**KMART 503(b)(9)**

| Commercial Invoice | Amount | Payment Due Date | Load | Discharge | Destination | PreBK | 503(b)(9) | PostBK |
|---|---|---|---|---|---|---|---|---|
| 201821334395 | $70,057.68 | 11/10/2018 | 8/28/2018 | 9/27/2018 | 10/5/2018 | X | X | |
| 201821335154 | $5,620.23 | 11/10/2018 | 8/28/2018 | 9/27/2018 | 10/5/2018 | X | X | |
| 201821390361 | $138.80 | 11/10/2018 | 8/28/2018 | 9/27/2018 | 10/5/2018 | X | X | |
| 201821451501 | $639.00 | 11/10/2018 | 8/28/2018 | 9/27/2018 | 10/5/2018 | X | X | |
| 201821335449 | $66,256.48 | 11/15/2018 | 9/2/2018 | 9/24/2018 | 10/2/2018 | X | X | |
| 201821390456 | $69.40 | 11/15/2018 | 9/2/2018 | 9/24/2018 | 10/2/2018 | X | X | |
| 201821451519 | $575.10 | 11/15/2018 | 9/2/2018 | 9/24/2018 | 10/2/2018 | X | X | |
| 201821410610 | $55,181.11 | 11/20/2018 | 9/7/2018 | 9/28/2018 | 10/6/2018 | X | X | |
| 201821412033 | $69,303.30 | 11/17/2018 | 9/4/2018 | 10/4/2018 | 10/12/2018 | X | X | |
| | $267,841.10 | | | | | | | |

# COMMERCIAL INVOICE

Page 1 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2RC8 | ALM DIP DYE CARDIGANRED | 68 | 68 | 105.300 USD | 7,160.40 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 160097099428 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

MF8AL16006YM
MEN KNIT ALM DIP DYE CARDIGAN SWEATER
LONG SLEEVE. ZIG ZAG STITHC SHAWL COLLAR AND PLACKET
FAST FASHION AT ARMHOLE & SHOULDER, RIB AT CUFF AND BOTTOM HEM
FULLY OPEN FRONT WITH BUTTON CLOSURE
ROUNDED PATCH POCKET IN SHAKER STITCH IN FRONT
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 2/20 100% COTTON
FABRIC WEIHGT : 25 - 25.5 LBS
STITCH COUNT PER CM : VERTICAL : 1.5 , HORIZONTAL : 2
HANGER CODE: 548SB  HANGER COST USD0.12/PC
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2RC8 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 042 | |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MF8AL16006YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE | |
| **FACTORY NO.** | 101969 | | | |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2RC8 | ALM DIP DYE CARDIGANRED | 25 | 25 | 105.300 USD | 2,632.50 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 160097099436 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

MF8AL16006YM
MEN KNIT ALM DIP DYE CARDIGAN SWEATER
LONG SLEEVE. ZIG ZAG STITHC SHAWL COLLAR AND PLACKET
FAST FASHION AT ARMHOLE & SHOULDER, RIB AT CUFF AND BOTTOM HEM
FULLY OPEN FRONT WITH BUTTON CLOSURE
ROUNDED PATCH POCKET IN SHAKER STITCH IN FRONT
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 2/20 100% COTTON
FABRIC WEIHGT : 25 - 25.5 LBS
STITCH COUNT PER CM : VERTICAL : 1.5 , HORIZONTAL : 2
HANGER CODE: 548SB  HANGER COST USD0.12/PC
-
-
-

# COMMERCIAL INVOICE

Page 2 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2RC8 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 042 |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MF8AL16006YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |
| **FACTORY NO.** | 101969 | | |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWCHILI PEPPER | 190 | 190 | 47.670  USD | 9,057.30  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    130015070030

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 |
| **FACTORY NO.** | 101969 | | |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWCHILI PEPPER | 27 | 27 | 61.290  USD | 1,654.83  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    130015070048

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

# COMMERCIAL INVOICE

Page 3 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK ONYX | 168 | 168 | 47.670  USD | 8,008.56  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 130015070055 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK ONYX | 18 | 18 | 61.290  USD | 1,103.22  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 130015070063 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER

# COMMERCIAL INVOICE

Page 4 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLUE | 168 | 168 | 47.670  USD | 8,008.56  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    130015070071
**MADE IN**    CHINA (MAINLAND)
**CONTENTS**    1  ASSORTMENT

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLUE | 18 | 18 | 61.290  USD | 1,103.22  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    130015070089
**MADE IN**    CHINA (MAINLAND)
**CONTENTS**    1  ASSORTMENT

# COMMERCIAL INVOICE

Page 5 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK | | 109 | 109 | 47.670  USD | 5,196.03  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 130015070097

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 6 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK | 6 | 6 | 61.290  USD | 367.74  USD |
|-------|-------|----------------------------|---|---|-------------|-------------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 130015070105 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWJOLLY GREEN | 107 | 107 | 47.670  USD | 5,100.69  USD |
|-------|-------|----------------------------------|-----|-----|-------------|---------------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 130015070121 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

# COMMERCIAL INVOICE

Page 7 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWJOLLY GREEN | | 7 | 7 | 61.290  USD | 429.03  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 130015070329 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL   4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM CHILI PEPPERHAPPY | | 4 | 40 | 6.940  USD | 277.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130010410520 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10  PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

# COMMERCIAL INVOICE

Page 8 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWXL CHILI PEPPERHAPP | 2 | 20 | 6.940 USD | 138.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 130010410546 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2X CHILI PEPPERHAPP | 4 | 40 | 6.940 USD | 277.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 130010410561 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 9 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM BLACK ONYXJINGLE | 3 | 30 | 6.940 USD | 208.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010410603

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWXL BLACK ONYXJINGLE | 1 | 10 | 6.940 USD | 69.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010410637

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 10 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2X BLACK ONYXJINGLE | 1 CARTONS | 10 PIECES | 6.940 USD PIECES | 69.40 USD |
|---|---|---|---|---|---|---|

**ITEM:** 130010410652

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM BLUEMATZO BALLS M | 3 CARTONS | 30 PIECES | 6.940 USD PIECES | 208.20 USD |
|---|---|---|---|---|---|---|

**ITEM:** 130010410694

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

| | |
|---|---|
| 2641 | **TO:**  KMART CORPORATION |
| WEIHAI LIANQIAO INTL COOP GP CO LTD | 3333 Beverly Road |
| NO.269, WEST WENHUA ROAD | Hoffman Estates, IL 60179 |
| HI-TECH DEVE ZONE, | US |
| WEIHAI | |
| China | |

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWXL BLUEMATZO BALLS | | 1 | 10 | 6.940 USD | 69.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010410710

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2X BLUEMATZO BALLS | | 1 | 10 | 6.940 USD | 69.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010410736

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 12 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XFU | MID GAUGE CREW SWEATBLACK ONYX | | 14 | 14 | 48.440  USD | 678.16  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 130085001303 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

MH8BE16040MZ
BASIC EDITIONS  MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 5.5VERTICAL  3.5HORIZONTAL
FABRIC WEIGHT 10.75 - 11.25 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFU | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8BE16040MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 345 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2XFU | MID GAUGE CREW SWEATTABBY GREY HEATHER | | 13 | 13 | 48.440  USD | 629.72  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 130085001667 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

MH8BE16040MZ
BASIC EDITIONS  MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 5.5VERTICAL  3.5HORIZONTAL
FABRIC WEIGHT 10.75 - 11.25 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFU | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8BE16040MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

# COMMERCIAL INVOICE

Page 13 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XFU | MID GAUGE CREW SWEATBLACK ONYX COMBO | 5 | 5 | 48.440  USD | 242.20  USD |
|-------|-------|--------------------------------------|---|---|-------------|-------------|
|       |       |                                      | CARTONS | AST | AST |  |

**ITEM:**          130085002418

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

MH8BE16040MZ
BASIC EDITIONS  MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 5.5VERTICAL  3.5HORIZONTAL
FABRIC WEIGHT 10.75 - 11.25 LBS

| **CONTRACT NO.** | B2XFU | **REFERENCE NO.** | 802P |
|------------------|-------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8BE16040MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2XFU | MID GAUGE CREW SWEATWINETASTING | 12 | 12 | 48.440  USD | 581.28  USD |
|-------|-------|--------------------------------|----|----|-------------|-------------|
|       |       |                                | CARTONS | AST | AST |  |

**ITEM:**          130085002616

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

MH8BE16040MZ
BASIC EDITIONS  MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 5.5VERTICAL  3.5HORIZONTAL
FABRIC WEIGHT 10.75 - 11.25 LBS

| **CONTRACT NO.** | B2XFU | **REFERENCE NO.** | 802P |
|------------------|-------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8BE16040MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

# COMMERCIAL INVOICE

Page 14 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2Y3G | RT66 HOLIDAY UGLY SWBLACK ONYX LETS GET | 208 | 208 | 44.730 USD | 9,303.84 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 130082876459
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: 0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3G | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y3G | RT66 HOLIDAY UGLY SWBLACK ONYX LETS GET | 30 | 30 | 57.510 USD | 1,725.30 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 130085002665
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: 0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3G | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 15 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYBLACK | 35 | 35 | 40.050 USD | 1,401.75 USD |
|-------|-------|---------------------------|----|----|------------|--------------|
|       |       |                           | CARTONS | AST | AST | |

| ITEM: | 660082876517 |
|-------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

MH8RT16414BM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 802P |
|------------------|-------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYBLACK | 48 | 48 | 40.050 USD | 1,922.40 USD |
|-------|-------|---------------------------|----|----|------------|--------------|
|       |       |                           | CARTONS | AST | AST | |

| ITEM: | 660082877408 |
|-------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

MH8RT16414BM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 802P |
|------------------|-------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

# COMMERCIAL INVOICE

Page 16 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYCHILI PEPPER | 24 | 24 | 40.050 USD | 961.20 USD |
|-------|-------|----------------------------------|----|----|------------|------------|
|       |       |                                  | CARTONS | AST | AST | |

**ITEM:** 660082954686

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

MH8RT16414BM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYCHILI PEPPER | 35 | 35 | 40.050 USD | 1,401.75 USD |
|-------|-------|----------------------------------|----|----|------------|--------------|
|       |       |                                  | CARTONS | AST | AST | |

**ITEM:** 660082954991

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

MH8RT16414BM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821334395

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,355 | 200 | PIECES | 70,057.68  USD |
| | | 1,335 | ASSORTMENTS | |

TOTAL US DOLLARS SEVENTY THOUSAND FIFTY-SEVEN DOLLARS AND SIXTY-EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| |
|---|
| **WEIHAI LIANQIAO INTL COOP GP CO LTD** |
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions™** (ups) UPS SUPPLY CHAIN SOLUTIONS, INC.

OTI License No. 275F

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | APLU065928567 | 7173494163 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7173494163 | 22-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| CMA CGM J. MADISON 024E | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK, NY, US | CHAMBERSBURG, PA, US | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: CMAU8295181 SEALCODE1: K5625270 MARKS & NO: KMART ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' STANDARD CONTAINER 1355 CARTON SAID TO CONTAIN SWEATER PO NO:B2RC8 REF NO:802P SWEATER PO NO:B2X9Z REF NO:802P SWEATER PO NO:B2XA0 REF NO:801P SWEATER PO NO:B2XFU REF NO:802P SWEATER PO NO:B2Y3G REF NO:802P SWEATER PO NO:B2Y3K REF NO:802P TOTAL QTY: 9380PCS | 5812.300 KG 12813.920 LB | 56.434 N 1992.685 I |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 25-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED QINGDAO BRANCH

QINGDAO

Issued by _____ AS AGENT FOR UPS SUPPLY CHAIN SOLUTIONS INC.

Month Sep   Day 06   Year 2018   Authorized Signatures

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

UPS Supply Chain Solutions™

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | APLU065928567 | 7173494163 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7173494163 | 22-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| XPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| CMA CGM J. MADISON 024E | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK, NY, US | CHAMBERSBURG, PA, US | 1/ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| | | CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:08/28/2018 FCR DATE:08/22/2018 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 25-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.
UPS SCS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
QINGDAO
Authorized Signatures

Issued by _____

Month Sep    Day 06    Year 2018

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** August 21, 2018

**INVOICE NO.:** 201821335154

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2Y29 | RT66 LIGHT UP HOLIDABLUE | | 81 | 81 | 50.960  USD | 4,127.76  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 130085002681 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| | | MH8RT16418YM ROUTE 66   MENS KNITTED SWEATER C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM HANGER CODE: 584SB: $0.115 PC FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL FABRIC WEIGHT 9.75 - 10.25 LBS | | | | | |
| | **CONTRACT NO.** | B2Y29 | **REFERENCE NO.** | 802P | | | |
| | **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | | |
| | **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | | | |
| | **FACTORY NO.** | 101969 | | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | | |
| | HAIYANG | | | | | | |
| | SHANDONG | | | | | | |
| | China | | | | | | |
| | **FTY MID NO.** | CNHAIQINHAI | | | | | |
| KMART | B2Y29 | RT66 LIGHT UP HOLIDABLUE | | 4 | 4 | 65.520  USD | 262.08  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 130085002707 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| | | MH8RT16418YM ROUTE 66   MENS KNITTED SWEATER C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM HANGER CODE: 584SB: $0.115 PC FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL FABRIC WEIGHT 9.75 - 10.25 LBS | | | | | |
| | **CONTRACT NO.** | B2Y29 | **REFERENCE NO.** | 802P | | | |
| | **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | | |
| | **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | | | |
| | **FACTORY NO.** | 101969 | | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | | |
| | HAIYANG | | | | | | |
| | SHANDONG | | | | | | |

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** August 21, 2018

**INVOICE NO.:** 201821335154

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2Y4T | NWT QUARTER ZIP NECKBLACK COMBO | 9 | 9 | 58.590 USD | 527.31 USD |
|-------|-------|--------------------------------|---|---|------------|------------|
| | | | CARTONS | AST | AST | |

**ITEM:**   130082817719

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1 ASSORTMENT

MH8NW16401MZ
NORTHWEST TERRITORY  MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FOLDED
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3VERTICAL2.5HORIZONTAL
FABRIC WEIGHT BLACK COMBO (MARLED) : 15.5 - 16 LBS
FABRIC WEIGHT  BLACK/PEWTER GREY HEATHER FAIR ISLE: 10 -10.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y4T | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8NW16401MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2Y4T | NWT QUARTER ZIP NECKBLACK/ PEWTER GREY H | 12 | 12 | 58.590 USD | 703.08 USD |
|-------|-------|------------------------------------------|----|----|------------|------------|
| | | | CARTONS | AST | AST | |

**ITEM:**   130082818444

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1 ASSORTMENT

MH8NW16401MZ
NORTHWEST TERRITORY  MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FOLDED
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3VERTICAL2.5HORIZONTAL
FABRIC WEIGHT BLACK COMBO (MARLED) : 15.5 - 16 LBS
FABRIC WEIGHT  BLACK/PEWTER GREY HEATHER FAIR ISLE: 10 -10.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y4T | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8NW16401MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 | |

**FACTORY NO.**   101969

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** August 21, 2018

**INVOICE NO.:** 201821335154

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**               CNHAIQINHAI

| **PAYMENT TERM** | Open Acct |
| --- | --- |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
| --- | --- | --- | --- | --- |
| TOTAL INVOICE | 106 | 106 | ASSORTMENTS | 5,620.23  USD |

**TOTAL US DOLLARS FIVE THOUSAND SIX HUNDRED TWENTY DOLLARS AND TWENTY-THREE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| **WEIHAI LIANQIAO INTL COOP GP CO LTD** |
| --- |
| **EMPLOYEE NAME**  _____ |
| **EMPLOYEE TITLE**  _____ |

**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. APLU065928569 / CARGO RECEIPT NO. 7173494196 |
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | EXPORT REFERENCES AWB 7173494196 / DATE OF RECEIPT OF CARGO 21-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

**Declared Value is:** _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) CMA CGM J. MADISON 024E | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE NEW YORK, NY, US | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA, US | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TTNU4139076 SEALCODE1: K5625269 MARKS & NO: KMART ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' STANDARD CONTAINER 106 CARTON SAID TO CONTAIN SWEATER PO NO:B2Y4T REF NO:802P SWEATER PO NO:B2Y29 REF NO:802P TOTAL QTY: 106PCS CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:08/28/2018 FCR DATE:08/21/2018 | 427.100 KG 941.590 LB | 3.794 M3 133.966 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:  25-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by  QINGDAO _____

Month  Sep     Day  06     Year  2018

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 21, 2018

**INVOICE NO.:** 201821390361

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2XA1 | RT66 HOLIDAY UGLY SWXL BLACKJOLLY GREEN | | 1 | 10 | 6.940 USD | 69.40 USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130010410934 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 10 PIECES | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2XA1 | RT66 HOLIDAY UGLY SW2X JOLLY GREENJOLLY | | 1 | 10 | 6.940 USD | 69.40 USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130010472983 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 10 PIECES | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 21, 2018

**INVOICE NO.:** 201821390361

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**    Chambersburg , PA

FOB China

China

**FTY MID NO.**    CNHAIQINHAI

**PAYMENT TERM**    Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    OPEN ACCOUNT

**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 2 | 20 | PIECES | 138.80   USD |

**TOTAL US DOLLARS ONE HUNDRED THIRTY-EIGHT DOLLARS AND EIGHTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

**UPS Supply Chain Solutions℠**

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD | | APLU065928569 | 7173494218 |
| | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.269,WEST WENHUA ROAD,HI-TECH | | AWB 7173494218 | 21-AUG-2018 |
| DEVE ZONE,WEIHAI,CHINA | | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| CMA CGM J. MADISON 024E | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK, NY, US | CHAMBERSBURG, PA, US | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TTNU4139076 SEALCODE1: K5625269 MARKS & NO: KMART ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' STANDARD CONTAINER 2 CARTON SAID TO CONTAIN SWEATER PO NO:B2XA1 REF NO:801P TOTAL QTY: 20PCS CODE: CHA/CHAMBERSBURG PA 17201 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:08/28/2018 FCR DATE:08/21/2018 | 11.700 KG 25.790 LB | .110 M 3.884 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 25-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SUPPLY CHAIN SOLUTIONS QINGDAO BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
QINGDAO                    Authorized Signature

Issued by _____

Month Sep     Day 06     Year 2018

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** August 21, 2018

**INVOICE NO.:** 201821451501

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2Y3H | RT66 HOLIDAY UGLY SWXL BLACK ONYX LETS | | 4 | 40 | 6.280 USD | 251.20 USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130082876301 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 10 PIECES | | | | | | |
| | | MH8RT16420YM ROUTE 66   MENS KNITTED SWEATER C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM HANGER CODE: 584SB FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL FABRIC WEIGHT:9 - 9.5 LBS | | | | | |
| | **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 801P | | | |
| | **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | | |
| | **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | | |
| | **FACTORY NO.** | 101969 | | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | | |
| | HAIYANG | | | | | | |
| | SHANDONG | | | | | | |
| | China | | | | | | |
| | **FTY MID NO.** | CNHAIQINHAI | | | | | |
| KMART | B2Y3H | RT66 HOLIDAY UGLY SWXLT BLACK ONYX LETS | | 2 | 20 | 6.280 USD | 125.60 USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130082876368 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 10 PIECES | | | | | | |
| | | MH8RT16420YM ROUTE 66   MENS KNITTED SWEATER C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM HANGER CODE: 584SB FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL FABRIC WEIGHT:9 - 9.5 LBS | | | | | |
| | **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 801P | | | |
| | **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | | |
| | **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | | |
| | **FACTORY NO.** | 101969 | | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | | |
| | HAIYANG | | | | | | |
| | SHANDONG | | | | | | |

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** August 21, 2018

**INVOICE NO.:** 201821451501

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SW2XLT BLACK ONYX LETS | 4 | 40 | 6.280 USD | 251.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130082876376 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 10 | 100 | PIECES | 628.00 USD |

TOTAL US DOLLARS SIX HUNDRED TWENTY-EIGHT DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** August 21, 2018

**INVOICE NO.:** 201821451501

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

UPS Supply Chain Solutions℠

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD | APLU065928569 | 7173494207 |
| NO.269,WEST WENHUA ROAD,HI-TECH | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| DEVE ZONE,WEIHAI,CHINA | AWB 7173494207 | 21-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION |
| 3333 BEVERLY ROAD, |
| HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS |
| 19701 HAMILTON AVENUE |
| TORRANCE, CA 90502 |
| ATTN: MARY ELLEN WRATSCHKO |
| TEL.:(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| CMA CGM J. MADISON 024E | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK, NY, US | CHAMBERSBURG, PA, US | 1/ONE |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TTNU4139076 SEALCODE1: K5625269 MARKS & NO: KMART ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' STANDARD CONTAINER 10 CARTON SAID TO CONTAIN SWEATER PO NO:B2Y3H REF NO:801P TOTAL QTY:100 PCS CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:08/28/2018 FCR DATE:08/21/2018 | 59.600 KG 131.400 LB | .435 M 15.360 I |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: 25-Jul-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.
UPS SCS (CHINA) LIMITED QINGDAO BRANCH

QINGDAO    AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Issued by _____    Authorized Signatures

Month Sep    Day 06    Year 2018

# COMMERCIAL INVOICE

Page 1 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2RC8 | ALM DIP DYE CARDIGANRED | 53 | 53 | 105.300 USD | 5,580.90 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 160097099428 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

MF8AL16006YM
MEN KNIT ALM DIP DYE CARDIGAN SWEATER
LONG SLEEVE, ZIG ZAG STITHC SHAWL COLLAR AND PLACKET
FAST FASHION AT ARMHOLE & SHOULDER, RIB AT CUFF AND BOTTOM HEM
FULLY OPEN FRONT WITH BUTTON CLOSURE
ROUNDED PATCH POCKET IN SHAKER STITCH IN FRONT
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 2/20 100% COTTON
FABRIC WEIHGT : 25 - 25.5 LBS
STITCH COUNT PER CM : VERTICAL : 1.5 , HORIZONTAL : 2
HANGER CODE: 548SB  HANGER COST USD0.12/PC
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2RC8 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 042 |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MF8AL16006YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | B2RC8 | ALM DIP DYE CARDIGANRED | 19 | 19 | 105.300 USD | 2,000.70 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 160097099436 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

MF8AL16006YM
MEN KNIT ALM DIP DYE CARDIGAN SWEATER
LONG SLEEVE, ZIG ZAG STITHC SHAWL COLLAR AND PLACKET
FAST FASHION AT ARMHOLE & SHOULDER, RIB AT CUFF AND BOTTOM HEM
FULLY OPEN FRONT WITH BUTTON CLOSURE
ROUNDED PATCH POCKET IN SHAKER STITCH IN FRONT
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 2/20 100% COTTON
FABRIC WEIHGT : 25 - 25.5 LBS
STITCH COUNT PER CM : VERTICAL : 1.5 , HORIZONTAL : 2
HANGER CODE: 548SB  HANGER COST USD0.12/PC
-
-
-

# COMMERCIAL INVOICE

Page 2 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2RC8 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 042 |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MF8AL16006YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWCHILI PEPPER | 182 | 182 | 47.670 USD | 8,675.94 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**   130015070030

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWCHILI PEPPER | 26 | 26 | 61.290 USD | 1,593.54 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**   130015070048

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK ONYX | 162 | 162 | 47.670  USD | 7,722.54  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 130015070055 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK ONYX | 18 | 18 | 61.290  USD | 1,103.22  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 130015070063 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER

# COMMERCIAL INVOICE

Page 4 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China         **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLUE | 162 | 162 | 47.670  USD | 7,722.54  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**     130015070071
**MADE IN**     CHINA (MAINLAND)
**CONTENTS**     1  ASSORTMENT

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLUE | 18 | 18 | 61.290  USD | 1,103.22  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**     130015070089
**MADE IN**     CHINA (MAINLAND)
**CONTENTS**     1  ASSORTMENT

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK | 104 | 104 | 47.670 USD | 4,957.68 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    130015070097

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 6 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK | | 6 | 6 | 61.290  USD | 367.74  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 130015070105 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWJOLLY GREEN | | 102 | 102 | 47.670  USD | 4,862.34  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 130015070121 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

# COMMERCIAL INVOICE

Page 7 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWJOLLY GREEN | | 7 | 7 | 61.290 USD | 429.03 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**     130015070329

**MADE IN**     CHINA (MAINLAND)

**CONTENTS**     1  ASSORTMENT

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL   4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM CHILI PEPPERHAPPY | | 4 | 40 | 6.940 USD | 277.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**     130010410520

**MADE IN**     CHINA (MAINLAND)

**CONTENTS**     10  PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

# COMMERCIAL INVOICE

Page 8 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWXL CHILI PEPPERHAPP | 1 | 10 | 6.940 USD | 69.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010410546

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2X CHILI PEPPERHAPP | 4 | 40 | 6.940 USD | 277.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010410561

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 9 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM BLACK ONYXJINGLE | 2 | 20 | 6.940 USD | 138.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130010410603 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM BLUEMATZO BALLS M | 2 | 20 | 6.940 USD | 138.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130010410694 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

# COMMERCIAL INVOICE

Page 10 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XFU | MID GAUGE CREW SWEATBLACK ONYX | 11 | 11 | 48.440 USD | 532.84 USD |
|-------|-------|-------------------------------|-----|-----|-----------|-----------|
| | | | CARTONS | AST | AST | |

**ITEM:**          130085001303

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**   1 ASSORTMENT

MH8BE16040MZ
BASIC EDITIONS  MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 5.5VERTICAL  3.5HORIZONTAL
FABRIC WEIGHT 10.75 - 11.25 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFU | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8BE16040MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2XFU | MID GAUGE CREW SWEATTABBY GREY HEATHER | 11 | 11 | 48.440 USD | 532.84 USD |
|-------|-------|---------------------------------------|-----|-----|-----------|-----------|
| | | | CARTONS | AST | AST | |

**ITEM:**          130085001667

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**   1 ASSORTMENT

MH8BE16040MZ
BASIC EDITIONS  MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 5.5VERTICAL  3.5HORIZONTAL
FABRIC WEIGHT 10.75 - 11.25 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFU | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8BE16040MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

# COMMERCIAL INVOICE

Page 11 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XFU | MID GAUGE CREW SWEATBLACK ONYX COMBO | | 4 | 4 | 48.440  USD | 193.76  USD |
|-------|-------|-----|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**         130085002418

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

MH8BE16040MZ
BASIC EDITIONS  MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 5.5VERTICAL  3.5HORIZONTAL
FABRIC WEIGHT 10.75 - 11.25 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFU | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8BE16040MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2XFU | MID GAUGE CREW SWEATWINETASTING | | 9 | 9 | 48.440  USD | 435.96  USD |
|-------|-------|-----|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**         130085002616

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

MH8BE16040MZ
BASIC EDITIONS  MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 5.5VERTICAL  3.5HORIZONTAL
FABRIC WEIGHT 10.75 - 11.25 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFU | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8BE16040MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y29 | RT66 LIGHT UP HOLIDABLUE | | 64 | 64 | 50.960  USD | 3,261.44  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 130085002681

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

MH8RT16418YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 9.75 - 10.25 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y29 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y29 | RT66 LIGHT UP HOLIDABLUE | | 3 | 3 | 65.520  USD | 196.56  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 130085002707

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

MH8RT16418YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 9.75 - 10.25 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y29 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 13 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y3G | RT66 HOLIDAY UGLY SWBLACK ONYX LETS GET | 164 | 164 | 44.730  USD | 7,335.72  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**        130082876459

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**  1  ASSORTMENT

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: 0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| **CONTRACT NO.** | B2Y3G | **REFERENCE NO.** | 802C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2Y3G | RT66 HOLIDAY UGLY SWBLACK ONYX LETS GET | 23 | 23 | 57.510  USD | 1,322.73  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**        130085002665

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**  1  ASSORTMENT

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: 0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| **CONTRACT NO.** | B2Y3G | **REFERENCE NO.** | 802C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

# COMMERCIAL INVOICE

Page 14 of 17

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYBLACK | 28 | 28 | 40.050 USD | 1,121.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 660082876517 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |

MH8RT16414BM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| CONTRACT NO. | B2Y3K | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2641 |
| VENDOR ITEM CODE | MH8RT16414BM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 345 |

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYBLACK | 38 | 38 | 40.050 USD | 1,521.90 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 660082877408 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |

MH8RT16414BM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| CONTRACT NO. | B2Y3K | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2641 |
| VENDOR ITEM CODE | MH8RT16414BM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 345 |

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**       KMART CORPORATION
            3333 Beverly Road
            Hoffman Estates, IL 60179
            US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYCHILI PEPPER | 19 | 19 | 40.050 USD | 760.95 USD |
|-------|-------|----------------------------------|----|----|-----------|-----------|
|       |       |                                  | CARTONS | AST | AST | |

**ITEM:** 660082954686

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

MH8RT16414BM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYCHILI PEPPER | 27 | 27 | 40.050 USD | 1,081.35 USD |
|-------|-------|----------------------------------|----|----|-----------|-----------|
|       |       |                                  | CARTONS | AST | AST | |

**ITEM:** 660082954991

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

MH8RT16414BM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** August 20, 2018

**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y4T | NWT QUARTER ZIP NECKBLACK COMBO | 7 | 7 | 58.590  USD | 410.13  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 130082817719 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |

MH8NW16401MZ
NORTHWEST TERRITORY  MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FOLDED
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3VERTICAL2.5HORIZONTAL
FABRIC WEIGHT BLACK COMBO (MARLED) : 15.5 - 16 LBS
FABRIC WEIGHT  BLACK/PEWTER GREY HEATHER FAIR ISLE: 10 -10.5 LBS

| CONTRACT NO. | B2Y4T | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2641 |
| VENDOR ITEM CODE | MH8NW16401MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 345 |

| FACTORY NO. | 101969 |
|---|---|

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| FTY MID NO. | CNHAIQINHAI |
|---|---|

| KMART | B2Y4T | NWT QUARTER ZIP NECKBLACK/ PEWTER GREY H | 9 | 9 | 58.590  USD | 527.31  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 130082818444 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |

MH8NW16401MZ
NORTHWEST TERRITORY  MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FOLDED
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3VERTICAL2.5HORIZONTAL
FABRIC WEIGHT BLACK COMBO (MARLED) : 15.5 - 16 LBS
FABRIC WEIGHT  BLACK/PEWTER GREY HEATHER FAIR ISLE: 10 -10.5 LBS

| CONTRACT NO. | B2Y4T | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2641 |
| VENDOR ITEM CODE | MH8NW16401MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 345 |

| FACTORY NO. | 101969 |
|---|---|

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

**DATE:** August 20, 2018
**INVOICE NO.:** 201821335449

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI
China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**          CNHAIQINHAI

**PAYMENT TERM**       Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**       OPEN ACCOUNT
**LC#**              NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,289 | 130 | PIECES | 66,256.48  USD |
| | | 1,276 | ASSORTMENTS | |

**TOTAL US DOLLARS SIXTY-SIX THOUSAND TWO HUNDRED FIFTY-SIX DOLLARS AND FORTY-EIGHT CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

**WEIHAI LIANQIAO INTL COOP GP CO LTD**

**EMPLOYEE NAME** _____

**EMPLOYEE TITLE** _____

UPS Supply Chain Solutions℠

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAU LIANQIAO INTERNATIONAL | MAEU577874203 | 7173494020 |
| COOP.GROUP CO.,LTD | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.269,WEST WENHUA ROAD,HI-TECH | AWB 7173494020 | 20-AUG-2018 |
| DEVE ZONE,WEIHAI,CHINA | | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| GUDRUN MAERSK 835N | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH, CA, US | MIRA LOMA, CA, US | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU3820780 SEALCODE1: CN7768418 MARKS & NO: KMART ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 1289 CARTON SAID TO CONTAIN SWEATER PO NO:B2RC8 PO NO:B2X9Z PO NO:B2XA0 PO NO:B2XFU PO NO:B2Y4T PO NO:B2Y3K PO NO:B2Y29 REF NO:802C TOTAL QTY:  1406 PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. | 5459.900 KG 12037.020 LB | 52.910 M 1868.252 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:  25-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

QINGDAO

Issued by _____

Month Sep   Day 06   Year 2018

**UPS Supply Chain Solutions℠**

**FORWARDER'S CARGO RECEIPT**
UPS SUPPLY CHAIN SOLUTIONS, INC.
Ocn License No: 275F

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU577874203 | 7173494020 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7173494020 | 20-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| GUDRUN MAERSK 835N | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH, CA, US | MIRA LOMA, CA, US | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | FREIGHT COLLECT SAILINGDATE:09/02/2018 FCR DATE:08/20/2018 ORIGINAL | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:   25-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS BRANCH
UPS SCS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
QINGDAO UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Issued by _____

Month Sep   Day 06   Year 2018

# COMMERCIAL INVOICE

**DATE:** August 21, 2018

**INVOICE NO.:** 201821390456

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2XA1 | RT66 HOLIDAY UGLY SW2X JOLLY GREENJOLLY | | 1 | 10 | 6.940 USD | 69.40 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 130010472983 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 10 PIECES | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

**PAYMENT TERM**    Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    OPEN ACCOUNT

**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1 | 10 | PIECES | 69.40 USD |

TOTAL US DOLLARS SIXTY-NINE DOLLARS AND FORTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 21, 2018

**INVOICE NO.:** 201821390456

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

**UPS Supply Chain Solutions**™

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP | MAEU577874203 | 7173494053 |
| CO.,LTD | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.269,WEST WENHUA ROAD,HI-TECH | AWB 7173494053 | 21-AUG-2018 |
| DEVE ZONE,WEIHAI,CHINA | | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION |
| 3333 BEVERLY ROAD, |
| HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS |
| 19701 HAMILTON AVENUE |
| TORRANCE, CA 90502 |
| ATTN: MARY ELLEN WRATSCHKO |
| TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| GUDRUN MAERSK 835N | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH, CA, US | MIRA LOMA, CA, US | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU3820760<br>SEALCODE1:<br>CN7768418<br>MARKS & NO:<br>KMART<br>ITEM:<br>MADE IN CHINA<br>CONTENTS 1<br>ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 1 CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:B2XA1<br>REF NO:801C<br>TOTAL QTY: 10PCS<br>CODE: CCD/MIRA LOMA,CA 91752 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT<br>SAILING DATE:09/02/2018<br>FCR DATE:08/21/2018 | 6.000 KG<br>13.230 LB | .060 M<br>2.119 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 25-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.
UPS SCS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
QINGDAO    Authorized Signatures

Issued by _____

Month Sep    Day 06    Year 2018

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** August 21, 2018

**INVOICE NO.:** 201821451519

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2Y3H | RT66 HOLIDAY UGLY SWXL BLACK ONYX LETS | | 4 | 40 | 6.280 USD | 251.20 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 130082876301 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 10 PIECES | | | | | | |
| | | MH8RT16420YM ROUTE 66   MENS KNITTED SWEATER C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM HANGER CODE: 584SB FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL FABRIC WEIGHT:9 - 9.5 LBS | | | | | |
| | CONTRACT NO. | B2Y3H | REFERENCE NO. | 801C | | | |
| | DC CODE | CCD | DEPARTMENT NO. | 046 | | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 2641 | | | |
| | VENDOR ITEM CODE | MH8RT16420YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 338 | | | |
| | FACTORY NO. | 101969 | | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | | |
| | HAIYANG | | | | | | |
| | SHANDONG | | | | | | |
| | China | | | | | | |
| | FTY MID NO. | CNHAIQINHAI | | | | | |
| KMART | B2Y3H | RT66 HOLIDAY UGLY SWXLT BLACK ONYX LETS | | 1 | 10 | 6.280 USD | 62.80 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 130082876368 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 10 PIECES | | | | | | |
| | | MH8RT16420YM ROUTE 66   MENS KNITTED SWEATER C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM HANGER CODE: 584SB FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL FABRIC WEIGHT:9 - 9.5 LBS | | | | | |
| | CONTRACT NO. | B2Y3H | REFERENCE NO. | 801C | | | |
| | DC CODE | CCD | DEPARTMENT NO. | 046 | | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 2641 | | | |
| | VENDOR ITEM CODE | MH8RT16420YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 338 | | | |
| | FACTORY NO. | 101969 | | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | | |
| | HAIYANG | | | | | | |
| | SHANDONG | | | | | | |

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** August 21, 2018

**INVOICE NO.:** 201821451519

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

China

**FTY MID NO.**     CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SW2XLT BLACK ONYX LETS | 4 | 40 | 6.280  USD | 251.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130082876376

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

**PAYMENT TERM**     Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**     OPEN ACCOUNT

**LC#**     NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 9 | 90 | PIECES | 565.20  USD |

**TOTAL US DOLLARS FIVE HUNDRED SIXTY-FIVE DOLLARS AND TWENTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

## COMMERCIAL INVOICE

Page 3 of 3

**DATE:** August 21, 2018

**INVOICE NO.:** 201821451519

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**        KMART CORPORATION
             3333 Beverly Road
             Hoffman Estates, IL 60179
             US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

                                                           FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions℠**

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | | MAEU577874203 | 7173494064 |
| | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | | AWB 7173494064 | 21-AUG-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| GUDRUN MAERSK 835N | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH, CA, US | MIRA LOMA, CA, US | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU3820780 SEALCODE1: CN7768418 MARKS & NO: KMART ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 9 CARTON SAID TO CONTAIN SWEATER PO NO:B2Y3H REF NO:801C TOTAL QTY: 90PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/02/2018 FCR DATE:08/21/2018 | 53.600 KG 118.170 LB | .392 N 13.842 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 25-Jul-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SCS (CHINA) LTD. QINGDAO BRANCH.

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
QINGDAO
Authorized Signatures

Issued by _____

Month Sep Day 06 Year 2018

# COMMERCIAL INVOICE

Page 1 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2X0U | MARLED OPEN CARDI ICED VANILLA HEATHER | 71 | 71 | 59.500  USD | 4,224.50  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 050083009340 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | STYLE :GP9RT31050BG DESCRIPTION:ROUTE 66 GIRLS KNITTED CARDIGAN, STRIGHT ARMHOLE LONG SLEEVE, ALLOVER REVERSE JERSEY KNITTED TUBULAR PLACKET, 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE) NO POCKET , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH FABRICATION:100% ACRYLIC KNITTED 1 CM PER VERTICAL :4 STITCHES, HORIZONTAL :3 STITCHES HANGER CODE : 585SB | | | | |
| | **CONTRACT NO.** | B2X0U | **REFERENCE NO.** 801C | | | |
| | **DC CODE** | CCD | **DEPARTMENT NO.** 049 | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** 2641 | | | |
| | **VENDOR ITEM CODE** | GP9RT31050BG | **COUNTRY OF ORIGIN** CHINA (MAINLAND) | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** 646, RNONE | | | |
| | **FACTORY NO.** | 101969 | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | |
| | HAIYANG | | | | | |
| | SHANDONG | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNHAIQINHAI | | | | |
| KMART | B2X0U | MARLED OPEN CARDI DARK DENIM OD | 47 | 47 | 59.500  USD | 2,796.50  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 050083015537 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | STYLE :GP9RT31050BG DESCRIPTION:ROUTE 66 GIRLS KNITTED CARDIGAN, STRIGHT ARMHOLE LONG SLEEVE . ALLOVER REVERSE JERSEY KNITTED TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE) NO POCKET. BODY LENGTH FRONT HIGH POINT SHOULDER TO CROTCH FABRICATION:100% ACRYLIC KNITTED 1CM PER VERTICAL:4 STITCHES, HORIZONTAL :3 STITCHES HANGER CODE:585SB | | | | |
| | **CONTRACT NO.** | B2X0U | **REFERENCE NO.** 801C | | | |
| | **DC CODE** | CCD | **DEPARTMENT NO.** 049 | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** 2641 | | | |
| | **VENDOR ITEM CODE** | GP9RT31050BG | **COUNTRY OF ORIGIN** CHINA (MAINLAND) | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** 646, RNONE | | | |
| | **FACTORY NO.** | 101969 | | | | |

# COMMERCIAL INVOICE

Page 2 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2X73 | JACQUARD CARDIGAN BLACK/GOLD | | 26 | 26 | 37.650  USD | 978.90  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          450010572055

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**       1  ASSORTMENT

STYLE:  WH8JS72160PL
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 10 - 10.5 LBS
REUSEABLE HANGER CODE: 579SB (REUSEABLE)

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | B2X73 | **REFERENCE NO.** | 802C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | |
| **VENDOR ITEM CODE** | WH8JS72160PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | | |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2X73 | JACQUARD CARDIGAN BLACK/GOLD | | 17 | 17 | 45.180  USD | 768.06  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          450010579019

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**       1  ASSORTMENT

STYLE:  WH8JS72160PL
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 10 - 10.5 LBS
REUSEABLE HANGER CODE: 579SB (REUSEABLE)

# COMMERCIAL INVOICE

Page 3 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X73 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| KMART | B2X73 | JACQUARD CARDIGAN SURF THE WEB/SILVER | 6 | 6 | 37.650  USD | 225.90  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 450010579548 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

STYLE:  WH8JS72160PL
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 10 - 10.5 LBS
REUSEABLE HANGER CODE: 579SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X73 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| KMART | B2X73 | JACQUARD CARDIGAN SURF THE WEB/SILVER | 4 | 4 | 45.180  USD | 180.72  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 450010579688 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

STYLE:  WH8JS72160PL
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL

# COMMERCIAL INVOICE

Page 4 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

FABRIC WEIGHT : 10 - 10.5 LBS
REUSEABLE HANGER CODE: 579SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X73 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| KMART | B2XFS | PATTERNED CARDIGAN BLACK/GOLD | 13 | 13 | 45.850  USD | 596.05  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 570010498038 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

STYLE:  WH8JS72160MI
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| KMART | B2XFS | PATTERNED CARDIGAN BLACK/GOLD | 3 | 3 | 45.850  USD | 137.55  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 570010499366 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

STYLE:  WH8JS72160MI

# COMMERCIAL INVOICE

Page 5 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2XFS | PATTERNED CARDIGAN BLACK/GOLD | 4 | 4 | 39.300  USD | 157.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    570010532109

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

STYLE:  WH8JS72160MI
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 6 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XFS | PATTERNED CARDIGAN SURF THE WEB/SILVER | 7 | 7 | 45.850  USD | 320.95  USD |
|-------|-------|---------------------------------------|---|---|-------------|-------------|
| | | | CARTONS | AST | AST | |

| **ITEM:** | 570010572006 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

STYLE:  WH8JS72160MI
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802C |
|------------------|-------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

| **FACTORY NO.** | 101969 |
|-----------------|--------|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2XFS | PATTERNED CARDIGAN SURF THE WEB/SILVER | 1 | 1 | 39.300  USD | 39.30  USD |
|-------|-------|---------------------------------------|---|---|-------------|------------|
| | | | CARTONS | AST | AST | |

| **ITEM:** | 570010572022 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

STYLE:  WH8JS72160MI
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802C |
|------------------|-------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

| **FACTORY NO.** | 101969 |
|-----------------|--------|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |

# COMMERCIAL INVOICE

Page 7 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**   CNHAIQINHAI

| KMART | B2Y7W | PULLOVER LOVE POTION | | 33 | 33 | 25.520  USD | 842.16  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**   050021358353
**MADE IN**   CHINA (MAINLAND)
**CONTENTS**   1  ASSORTMENT

STYLE: GH8RT31412GP ( 4 GARMENTS PER ASSORTMENT)
DESCRIPTION: ROUTE 66 GIRLS PLUS KNITTED PULLOVER SWEATER,
LONG BELL SLEEVE, CURVE ARMHOLE, ALOVER JERSEY,
TUBULAR NECKBAND AND BOTTOM HEM, 1X1 RIB ON CUFFS,
GARMENT LENGTH REACHES THE HIP
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION 50%COTTON, 33%ACRYLIC 11%POLYESTER 5%METALLIC, KNIT
STITCH COUNT VERTICAL 8 HORIZONTAL 6 PER CM
REUSABLE HANGER CODE 585SB HANGER COST $0.103 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y7W | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | GH8RT31412GP | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| KMART | B2Y7W | PULLOVER LOVE POTION | | 31 | 31 | 25.520  USD | 791.12  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**   050021358361
**MADE IN**   CHINA (MAINLAND)
**CONTENTS**   1  ASSORTMENT

STYLE: GH8RT31412GP ( 4 GARMENTS PER ASSORTMENT)
DESCRIPTION: ROUTE 66 GIRLS PLUS KNITTED PULLOVER SWEATER,
LONG BELL SLEEVE, CURVE ARMHOLE, ALOVER JERSEY,
TUBULAR NECKBAND AND BOTTOM HEM, 1X1 RIB ON CUFFS,
GARMENT LENGTH REACHES THE HIP
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION 50%COTTON, 33%ACRYLIC 11%POLYESTER 5%METALLIC, KNIT
STITCH COUNT VERTICAL 8 HORIZONTAL 6 PER CM
REUSABLE HANGER CODE 585SB HANGER COST $0.103 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y7W | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | GH8RT31412GP | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**   101969

# COMMERCIAL INVOICE

Page 8 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2Y9E | TIPPED FLAPPER SWEAT | MEDIEVAL BLUE | 62 | 62 | 47.700  USD | 2,957.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 140082874850 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

GH8RT39000BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION:ROUTE66,GIRLS FINE KNITTED PULLOVER & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  6
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508   HANGER COST$0.085/PC   X  6

| **CONTRACT NO.** | B2Y9E | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | GH8RT39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2Y9E | TIPPED FLAPPER SWEAT | MEDIEVAL BLUE | 95 | 95 | 47.700  USD | 4,531.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 140082874876 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

GH8RT39000BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION:ROUTE66,GIRLS FINE KNITTED PULLOVER & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  6
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508   HANGER COST$0.085/PC   X  6

# COMMERCIAL INVOICE

Page 9 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y9E | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | GH8RT39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2Y9E | TIPPED FLAPPER SWEATSKI PATROL | 94 | 94 | 47.700  USD | 4,483.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**          140082875212

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**     1  ASSORTMENT

GH8RT39000BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION:ROUTE66,GIRLS FINE KNITTED PULLOVER & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC   X  6
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508   HANGER COST$0.085/PC   X  6

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y9E | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | GH8RT39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2Y9E | TIPPED FLAPPER SWEATSKI PATROL | 124 | 124 | 47.700  USD | 5,914.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**          140082875261

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**     1  ASSORTMENT

GH8RT39000BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION:ROUTE66,GIRLS FINE KNITTED PULLOVER & LEGGING SET ( TOTAL FOB$7.95)

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

GIRLS FINE KNITTED PULLOVER $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL HANGER COST$0.12/PC X 6
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508 HANGER COST$0.085/PC X 6

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y9E | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 049 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | GH8RT39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y9F | PULLOVER LOVE POTION | 23 | 23 | 33.300 USD | 765.90 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 050021358312

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

STYLE: GH8RT31412BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION: ROUTE 66 GIRLS KNITTED PULLOVER SWEATER,
LONG BELL SLEEVE, CURVE ARMHOLE, ALLOVER JERSEY,
TUBULAR NECK BAND AND BOTTOM HEM, 1X1 RIB ON CUFFS,
GARMENT LENGTH REACHES THE HIP.
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION: 50% COTTON 33% ACRYLIC 11% POLYESTER 6% METALLIC, KNIT
STITCH COUNT VERTICAL 8 HORIZONTAL 6 PER CM
REUSABLE HANGER CODE 585SB HANGER COST $0.103 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y9F | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 049 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | GH8RT31412BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 339 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 11 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| KMART | B2Y9F | PULLOVER LOVE POTION | | 42 | 42 | 33.300 USD | 1,398.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 050022952717

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

STYLE: GH8RT31412BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION: ROUTE 66 GIRLS KNITTED PULLOVER SWEATER,
LONG BELL SLEEVE, CURVE ARMHOLE, ALLOVER JERSEY,
TUBULAR NECK BAND AND BOTTOM HEM, 1X1 RIB ON CUFFS,
GARMENT LENGTH REACHES THE HIP.
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION: 50% COTTON 33% ACRYLIC 11% POLYESTER 6% METALLIC, KNIT
STITCH COUNT VERTICAL 8 HORIZONTAL 6 PER CM
REUSABLE HANGER CODE 585SB HANGER COST $0.103 EACH

| **CONTRACT NO.** | B2Y9F | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | GH8RT31412BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 339 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2YCP | AL AZTEC SHAWL CARDINAVY | | 82 | 82 | 122.150 USD | 10,016.30 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 160034876862

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

MF8AL16009YM
MEN KNIT ALM AZTEX SHAWL CARDIGAN
LONG SLEEVE, JACQUARD STITCH SHAWL COLLAR AND PLACKET
FAST FASHION AT ARMHOLE & SHOULDER, RIB AT CUFF AND BOTTOM HEM
FULLY OPEN FRONT WITH BUTTON CLOSURE
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 1/6 56% COTTON 44% ACRYLIC
'FABRIC WEIHGT : 27.5 - 28 LBS
STITCH COUNT PER CM : VERTICAL : 3 , HORIZONTAL : 2
HANGING
HANGER: 584SB HANGER COST USD0.115/PC

| **CONTRACT NO.** | B2YCP | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 042 |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MF8AL16009YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.** 101969

# COMMERCIAL INVOICE

Page 12 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| KMART | B2YCP | AL AZTEC SHAWL CARDINAVY | | 37 | 37 | 104.700  USD | 3,873.90  USD |
|-------|-------|--------------------------|--|----|----|--------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 160034876888
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1  ASSORTMENT

MF8AL16009YM
MEN KNIT ALM AZTEX SHAWL CARDIGAN
LONG SLEEVE, JACQUARD STITCH SHAWL COLLAR AND PLACKET
FAST FASHION AT ARMHOLE & SHOULDER, RIB AT CUFF AND BOTTOM HEM
FULLY OPEN FRONT WITH BUTTON CLOSURE
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 1/6 56% COTTON 44% ACRYLIC
'FABRIC WEIHGT : 27.5 - 28 LBS
STITCH COUNT PER CM : VERTICAL : 3 , HORIZONTAL : 2
HANGING
HANGER: 584SB   HANGER COST USD0.115/PC

| | | | | |
|--|--|--|--|--|
| **CONTRACT NO.** | B2YCP | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 042 | |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MF8AL16009YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| KMART | B2YVZ | ALM STONE WASH CABLEBLACK BEAUTY | | 69 | 69 | 95.200  USD | 6,568.80  USD |
|-------|-------|----------------------------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 160034876722
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1  ASSORTMENT

MF8AL16004YM
MEN KNIT ALM STONE WASH CABLE SWEATER
LONG SLEEVE, CREW NECK WITH NECK TRIM
FAST FASHION AT ARMHOLE, RIB AT CUFF AND BOTTOM HEM
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 2/20 100% COTTON
FABRIC WEIHGT : 21-21.5 LBS
STITCH COUNT PER CM : VERTICAL : 2.5 , HORIZONTAL : 2
HANGING HANGER: 584SB HANGER COST USD 0.115/PC

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YVZ | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 042 |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MF8AL16004YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| KMART | B2YVZ | ALM STONE WASH CABLEBLACK BEAUTY | 32 | 32 | 81.600 USD | 2,611.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 160034876763 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

MF8AL16004YM
MEN KNIT ALM STONE WASH CABLE SWEATER
LONG SLEEVE, CREW NECK WITH NECK TRIM
FAST FASHION AT ARMHOLE, RIB AT CUFF AND BOTTOM HEM
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 2/20 100% COTTON
FABRIC WEIHGT : 21-21.5 LBS
STITCH COUNT PER CM : VERTICAL : 2.5 , HORIZONTAL : 2
HANGING HANGER: 584SB HANGER COST USD 0.115/PC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YVZ | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 042 |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MF8AL16004YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 923 | 923 | ASSORTMENTS | 55,181.11  USD |

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821410610

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**　　KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China　　**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

TOTAL US DOLLARS FIFTY-FIVE THOUSAND ONE HUNDRED EIGHTY-ONE DOLLARS AND ELEVEN CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions℠**

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD | MAEU577993750 | 7173494614 |
| NO.269,WEST WENHUA ROAD,HI-TECH | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| DEVE ZONE,WEIHAI,CHINA | AWB 7173494614 | 28-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| CSL SANTA MARIA 1815 | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH, CA. US | MIRA LOMA, CA, US | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU8083835 SEALCODE1: CN7795397 MARKS & NO: KMART ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 923 CARTON SAID TO CONTAIN SWEATER PO NO:B2X0U REF NO:801C SWEATER PO NO:B2X73 REF NO:802C SWEATER PO NO:B2XFS REF NO:802C SWEATER PO NO:B2Y7W REF NO:802C SWEATER PO NO:B2Y9E REF NO:801C SWEATER PO NO:B2Y9F REF NO:801C SWEATER | 3965.950 KG 8743.420 LB | 33.878 M 1196.232 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:        03-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

QINGDAO

Issued by _____

Month Sep    Day 14    Year 2018

UPS Supply Chain Solutions℠

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. MAEU577993750 | CARGO RECEIPT NO. 7173494614 |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | EXPORT REFERENCES AWB 7173494614 | DATE OF RECEIPT OF CARGO 28-AUG-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) CSL SANTA MARIA 1815 | PORT OF LOADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PLACE OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NUMBER OF ORIGINALS 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | PO NO:B2YCP REF NO:801C SWEATER PO NO:B2YVZ REF NO:801C TOTAL QTY:923 PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/07/2018 FCR DATE:08/28/2018 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 03-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SUPPLY CHAIN SOLUTIONS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

QINGDAO

Authorized Signatures

Issued by _____

Month Sep  Day 14  Year 2018

# COMMERCIAL INVOICE

Page 1 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2X0U | MARLED OPEN CARDI ICED VANILLA HEATHER | 89 | 89 | 59.500  USD | 5,295.50  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 050083009340 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

STYLE :GP9RT31050BG
DESCRIPTION:ROUTE 66 GIRLS KNITTED CARDIGAN, STRIGHT ARMHOLE
LONG SLEEVE, ALLOVER REVERSE JERSEY KNITTED
TUBULAR PLACKET, 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
NO POCKET , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:100% ACRYLIC KNITTED
1 CM PER VERTICAL :4 STITCHES, HORIZONTAL :3 STITCHES
HANGER CODE : 585SB

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2X0U | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2641 |
| VENDOR ITEM CODE | GP9RT31050BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, RNONE |

FACTORY NO.    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

FTY MID NO.    CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2X0U | MARLED OPEN CARDI DARK DENIM OD | 59 | 59 | 59.500  USD | 3,510.50  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 050083015537 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

STYLE :GP9RT31050BG
DESCRIPTION:ROUTE 66 GIRLS KNITTED CARDIGAN, STRIGHT ARMHOLE
LONG SLEEVE . ALLOVER REVERSE JERSEY KNITTED
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
NO POCKET. BODY LENGTH FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION:100% ACRYLIC KNITTED
1CM PER VERTICAL:4 STITCHES, HORIZONTAL :3 STITCHES
HANGER CODE:585SB

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2X0U | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2641 |
| VENDOR ITEM CODE | GP9RT31050BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, RNONE |

FACTORY NO.    101969

# COMMERCIAL INVOICE

Page 2 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**      CNHAIQINHAI

| KMART | B2X73 | JACQUARD CARDIGAN BLACK/GOLD | | 27 | 27 | 37.650 USD | 1,016.55 USD |
|-------|-------|------|---|----|----|----|----|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 450010572055 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

STYLE:  WH8JS72160PL
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 10 - 10.5 LBS
REUSEABLE HANGER CODE: 579SB (REUSEABLE)

| **CONTRACT NO.** | B2X73 | **REFERENCE NO.** | 802P |
|------------------|-------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**      CNHAIQINHAI

| KMART | B2X73 | JACQUARD CARDIGAN BLACK/GOLD | | 18 | 18 | 45.180 USD | 813.24 USD |
|-------|-------|------|---|----|----|----|----|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 450010579019 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

STYLE:  WH8JS72160PL
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 10 - 10.5 LBS
REUSEABLE HANGER CODE: 579SB (REUSEABLE)

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X73 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X73 | JACQUARD CARDIGAN SURF THE WEB/SILVER | 6 | 6 | 37.650 USD | 225.90 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 450010579548 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE: WH8JS72160PL
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 10 - 10.5 LBS
REUSEABLE HANGER CODE: 579SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X73 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X73 | JACQUARD CARDIGAN SURF THE WEB/SILVER | 4 | 4 | 45.180 USD | 180.72 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 450010579688 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE: WH8JS72160PL
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL

# COMMERCIAL INVOICE

Page 4 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

FABRIC WEIGHT : 10 - 10.5 LBS
REUSEABLE HANGER CODE: 579SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X73 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2XFS | PATTERNED CARDIGAN BLACK/GOLD | 14 | 14 | 45.850  USD | 641.90  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 570010498038 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

STYLE:  WH8JS72160MI
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2XFS | PATTERNED CARDIGAN BLACK/GOLD | 3 | 3 | 45.850  USD | 137.55  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 570010499366 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | STYLE:  WH8JS72160MI | | | | | |

# COMMERCIAL INVOICE

Page 5 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2XFS | PATTERNED CARDIGAN BLACK/GOLD | | 5 | 5 | 39.300  USD | 196.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 570010532109 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

STYLE:  WH8JS72160MI
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

# COMMERCIAL INVOICE

Page 6 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2XFS | PATTERNED CARDIGAN SURF THE WEB/SILVER | 7 | 7 | 45.850 USD | 320.95 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 570010572006

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

STYLE: WH8JS72160MI
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1 RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**  101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**  CNHAIQINHAI

| KMART | B2XFS | PATTERNED CARDIGAN SURF THE WEB/SILVER | 2 | 2 | 39.300 USD | 78.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 570010572022

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

STYLE: WH8JS72160MI
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1 RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**  101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2XFS | PATTERNED CARDIGAN SURF THE WEB/SILVER | | 1 | 1 | 39.300  USD | 39.30  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**   570010572030

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

STYLE:  WH8JS72160MI
DESCRIPTION: JACLYN SMITH LADIES KNITTED CARDIGAN
V NECK, LONG SLEEVES, FULL NEEDLE AT COLLAR, 1X1  RIB AT SLEEVES & SWEEP OPENING
FABRICTION: BODY: 92% ACRYLIC 8% OTHER FIBERS,
DESIGN: 64% ACRYLIC 23% POLYESTER 13% METALLIC
STITCHES PER ONE CM : 3.5 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 9 - 9.5 LBS
REUSEABLE HANGER CODE: 584SB (REUSEABLE)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XFS | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | WH8JS72160MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2Y7W | PULLOVER LOVE POTION | | 43 | 43 | 25.520  USD | 1,097.36  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**   050021358353

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

STYLE: GH8RT31412GP ( 4 GARMENTS PER ASSORTMENT)
DESCRIPTION: ROUTE 66 GIRLS PLUS KNITTED PULLOVER SWEATER,
LONG BELL SLEEVE, CURVE ARMHOLE, ALOVER JERSEY,
TUBULAR NECKBAND AND BOTTOM HEM, 1X1 RIB ON CUFFS,
GARMENT LENGTH REACHES THE HIP
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION 50%COTTON, 33%ACRYLIC 11%POLYESTER 5%METALLIC, KNIT
STITCH COUNT VERTICAL 8 HORIZONTAL 6 PER CM
REUSABLE HANGER CODE 585SB HANGER COST $0.103 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y7W | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | GH8RT31412GP | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**   101969

# COMMERCIAL INVOICE

Page 8 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| KMART | B2Y7W | PULLOVER LOVE POTION | 39 | 39 | 25.520 USD | 995.28 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**       050021358361
**MADE IN**     CHINA (MAINLAND)
**CONTENTS**  1  ASSORTMENT

STYLE: GH8RT31412GP ( 4 GARMENTS PER ASSORTMENT)
DESCRIPTION: ROUTE 66 GIRLS PLUS KNITTED PULLOVER SWEATER,
LONG BELL SLEEVE, CURVE ARMHOLE, ALOVER JERSEY,
TUBULAR NECKBAND AND BOTTOM HEM, 1X1 RIB ON CUFFS,
GARMENT LENGTH REACHES THE HIP
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION 50%COTTON, 33%ACRYLIC 11%POLYESTER 5%METALLIC, KNIT
STITCH COUNT VERTICAL 8 HORIZONTAL 6 PER CM
REUSABLE HANGER CODE 585SB HANGER COST $0.103 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y7W | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | GH8RT31412GP | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE | |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| KMART | B2Y9E | TIPPED FLAPPER SWEATMEDIEVAL BLUE | 80 | 80 | 47.700 USD | 3,816.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**       140082874850
**MADE IN**     CHINA (MAINLAND)
**CONTENTS**  1  ASSORTMENT

GH8RT39000BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION:ROUTE66,GIRLS FINE KNITTED PULLOVER & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  6
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508   HANGER COST$0.085/PC  X  6

# COMMERCIAL INVOICE

Page 9 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y9E | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | GH8RT39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2Y9E | TIPPED FLAPPER SWEATMEDIEVAL BLUE | 120 | 120 | 47.700 USD | 5,724.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 140082874876

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

GH8RT39000BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION:ROUTE66,GIRLS FINE KNITTED PULLOVER & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  6
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508   HANGER COST$0.085/PC  X  6

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y9E | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | GH8RT39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2Y9E | TIPPED FLAPPER SWEATSKI PATROL | 120 | 120 | 47.700 USD | 5,724.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 140082875212

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

GH8RT39000BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION:ROUTE66,GIRLS FINE KNITTED PULLOVER & LEGGING SET ( TOTAL FOB$7.95)

# COMMERCIAL INVOICE

Page 10 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  6
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508   HANGER COST$0.085/PC   X  6

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | B2Y9E | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | |
| **VENDOR ITEM CODE** | GH8RT39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE | | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2Y9E | TIPPED FLAPPER SWEATSKI PATROL | 157 | 157 | 47.700  USD | 7,488.90  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**    140082875261

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

GH8RT39000BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION:ROUTE66,GIRLS FINE KNITTED PULLOVER & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  6
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508   HANGER COST$0.085/PC   X  6

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | B2Y9E | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | |
| **VENDOR ITEM CODE** | GH8RT39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE | | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

## COMMERCIAL INVOICE

Page 11 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y9F | PULLOVER LOVE POTION | | | 29 | 29 | 33.300  USD | 965.70  USD |
|-------|-------|----------------------|--|--|----|----|-------------|-------------|
| | | | | | CARTONS | AST | AST | |

**ITEM:** 050021358312

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

STYLE: GH8RT31412BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION: ROUTE 66 GIRLS KNITTED PULLOVER SWEATER,
LONG BELL SLEEVE, CURVE ARMHOLE, ALLOVER JERSEY,
TUBULAR NECK BAND AND BOTTOM HEM, 1X1 RIB ON CUFFS,
GARMENT LENGTH REACHES THE HIP.
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION: 50% COTTON 33% ACRYLIC 11% POLYESTER 6% METALLIC, KNIT
STITCH COUNT VERTICAL 8  HORIZONTAL 6 PER CM
REUSABLE HANGER CODE 585SB HANGER COST $0.103 EACH

| | | | | |
|--|--|--|--|--|
| **CONTRACT NO.** | B2Y9F | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | GH8RT31412BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 339 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y9F | PULLOVER LOVE POTION | | | 53 | 53 | 33.300  USD | 1,764.90  USD |
|-------|-------|----------------------|--|--|----|----|-------------|---------------|
| | | | | | CARTONS | AST | AST | |

**ITEM:** 050022952717

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

STYLE: GH8RT31412BG(6 GARMENTS PER ASSORTMENT)
DESCRIPTION: ROUTE 66 GIRLS KNITTED PULLOVER SWEATER,
LONG BELL SLEEVE, CURVE ARMHOLE, ALLOVER JERSEY,
TUBULAR NECK BAND AND BOTTOM HEM, 1X1 RIB ON CUFFS,
GARMENT LENGTH REACHES THE HIP.
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION: 50% COTTON 33% ACRYLIC 11% POLYESTER 6% METALLIC, KNIT
STITCH COUNT VERTICAL 8  HORIZONTAL 6 PER CM
REUSABLE HANGER CODE 585SB HANGER COST $0.103 EACH

| | | | | |
|--|--|--|--|--|
| **CONTRACT NO.** | B2Y9F | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | GH8RT31412BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 339 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

Page 12 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China         **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**       CNHAIQINHAI

| KMART | B2YCP | AL AZTEC SHAWL CARDINAVY | | 105 | 105 | 122.150 USD | 12,825.75 USD |
|-------|-------|--------------------------|--|-----|-----|-------------|----------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 160034876862

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

MF8AL16009YM
MEN KNIT ALM AZTEX SHAWL CARDIGAN
LONG SLEEVE, JACQUARD STITCH SHAWL COLLAR AND PLACKET
FAST FASHION AT ARMHOLE & SHOULDER, RIB AT CUFF AND BOTTOM HEM
FULLY OPEN FRONT WITH BUTTON CLOSURE
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 1/6 56% COTTON 44% ACRYLIC
'FABRIC WEIHGT : 27.5 - 28 LBS
STITCH COUNT PER CM : VERTICAL : 3 , HORIZONTAL : 2
HANGING
HANGER: 584SB  HANGER COST USD0.115/PC

| | | | | |
|--|--|--|--|--|
| **CONTRACT NO.** | B2YCP | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 042 | |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MF8AL16009YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

| KMART | B2YCP | AL AZTEC SHAWL CARDINAVY | | 46 | 46 | 104.700 USD | 4,816.20 USD |
|-------|-------|--------------------------|--|-----|-----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 160034876888

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

MF8AL16009YM
MEN KNIT ALM AZTEX SHAWL CARDIGAN
LONG SLEEVE, JACQUARD STITCH SHAWL COLLAR AND PLACKET
FAST FASHION AT ARMHOLE & SHOULDER, RIB AT CUFF AND BOTTOM HEM
FULLY OPEN FRONT WITH BUTTON CLOSURE
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 1/6 56% COTTON 44% ACRYLIC
'FABRIC WEIHGT : 27.5 - 28 LBS
STITCH COUNT PER CM : VERTICAL : 3 , HORIZONTAL : 2
HANGING
HANGER: 584SB  HANGER COST USD0.115/PC

# COMMERCIAL INVOICE

Page 13 of 14

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YCP | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 042 |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MF8AL16009YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2YVZ | ALM STONE WASH CABLEBLACK BEAUTY | 87 | 87 | 95.200  USD | 8,282.40  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 160034876722 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

MF8AL16004YM
MEN KNIT ALM STONE WASH CABLE SWEATER
LONG SLEEVE, CREW NECK WITH NECK TRIM
FAST FASHION AT ARMHOLE, RIB AT CUFF AND BOTTOM HEM
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 2/20 100% COTTON
FABRIC WEIHGT : 21-21.5 LBS
STITCH COUNT PER CM : VERTICAL : 2.5 , HORIZONTAL : 2
HANGING HANGER: 584SB HANGER COST USD 0.115/PC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YVZ | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 042 |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MF8AL16004YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2YVZ | ALM STONE WASH CABLEBLACK BEAUTY | 41 | 41 | 81.600  USD | 3,345.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 160034876763 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |

MF8AL16004YM
MEN KNIT ALM STONE WASH CABLE SWEATER
LONG SLEEVE, CREW NECK WITH NECK TRIM
FAST FASHION AT ARMHOLE, RIB AT CUFF AND BOTTOM HEM

# COMMERCIAL INVOICE

**DATE:** August 28, 2018

**INVOICE NO.:** 201821412033

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH AREA
FABRICATION:
KNIT 2/20 100% COTTON
FABRIC WEIHGT : 21-21.5 LBS
STITCH COUNT PER CM : VERTICAL : 2.5 , HORIZONTAL : 2
HANGING HANGER: 584SB HANGER COST USD 0.115/PC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YVZ | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 042 |
| **DIVISION NO.** | Division 5 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MF8AL16004YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

**PAYMENT TERM**     Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**     OPEN ACCOUNT

**LC#**     NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,155 | 1,155 | ASSORTMENTS | 69,303.30   USD |

**TOTAL US DOLLARS SIXTY-NINE THOUSAND THREE HUNDRED THREE DOLLARS AND THIRTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions**

**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP<br>CO.,LTD<br>NO.269,WEST WENHUA ROAD,HI-TECH<br>DEVE ZONE,WEIHAI,CHINA | BOOKING NO.<br>APLU065928572 / CARGO RECEIPT NO.<br>7173494592<br>EXPORT REFERENCES<br>AWB 7173494592 / DATE OF RECEIPT OF CARGO<br>28-AUG-2018 |

| | |
|---|---|
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179, USA | **THIS IS NOT A DOCUMENT OF TITLE**<br>**UPS SUPPLY CHAIN SOLUTIONS, INC.**<br>Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared. |
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>ATTN: MARY ELLEN WRATSCHKO<br>TEL :(310) 404-2792 FAX : (310) 404 2962 | **Declared Value is:** _____ |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG)<br>CMA CGM T. ROOSEVELT 190E | PORT OF LADING<br>QINGDAO,CHINA | |
| PORT OF DISCHARGE<br>NEW YORK, NY, US | PORT OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG, PA, US | NO OF ORIGINALS<br>1/ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | | |
|---|---|---|---|---|---|
| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | | GROSS WEIGHT | MEASUREMENT |
| CTRNO: TRLU4860857<br>SEALCODE1:<br>K5623979<br>MARKS & NO:<br>KMART<br>ITEM:<br>MADE IN CHINA<br>CONTENTS 1<br>ASSORTMENT | 1 | 40' STANDARD CONTAINER 1155 CARTON<br>SAID TO CONTAIN<br>SEE ATTACHMENT<br>PO#B2X0U,B2X73,B2XFS,B2Y7W,B2Y9E,B2Y9F,B2YCP,<br>B2YVZ<br>REF#801P,802P<br>TOTAL QTY: 1155PCS<br>CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT<br>SAILING DATE:09/04/2018<br>FCR DATE:08/28/2018 | | 4972.550 KG<br>10962.590 LB | 42.290 M3<br>1493.260 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| | |
|---|---|
| In accordance with instruction from Buyer, we have received the following documents from Shipper on:  03-Aug-2018 | This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.<br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

Issued by  QINGDAO _____

Month  Sep  Day  06  Year  2018

# EXHIBIT "C"

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

### Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | | |
|---|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☒ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1:  Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor  WEIHAI LIANQIAO INTL COOP GP CO LTD |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Todd M. Arnold<br>Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br><br>Contact phone  310-229-1234<br>Contact email  tma@lnbyb.com | **Where should payments to the creditor be sent?** (if different)<br><br>Weihai Lianqiao International Coop Group Co. Ltd.<br>Attn: Helen Zhu<br>No. 269, West Wenhua Rd.<br>Hi-Tech Deve Zone<br>China, CN26420<br><br>Contact phone  0086 18663132616<br>Contact email  helen_zhu@lianqiao.net |
| **4. Does this claim amend one already filed?** | ☐ No<br>☒ Yes.  Claim number on court claims registry (if known) 818 and 5213    Filed on 10/26/2018<br>                                                                                               MM  / DD  / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7. How much is the claim?**

$ 2,611,888.60 _____ . **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold

_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Modified Form 410                           **Proof of Claim**                           page 2

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $646,697.26 |

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Helen Zhu*
Helen Zhu (Apr 9, 2019)

**Email:** tma@lnbyb.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

**Name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | HELEN ZHU<br>First name          Middle name          Last name |
| Title | DEPARTMENT MANAGER |
| Company | WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD<br>Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | NO.269, WEST WENHUA ROAD, HI-TECH DEVE ZONE<br>Number          Street<br>WEIHAI, SHANDONG, CHINA          CN          26420<br>City          State      ZIP Code |
| Contact phone | 0086 18663132616          Email      helen_zhu@lianqiao.net |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **have supporting documentation.**
   **(attach below)**                    ☐ **do not have supporting documentation.**

📎 **Attachment**

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

## Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

---

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571.

---

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

**Do not file these instructions with your form**

**In re Sears Holdings Corporation et al.**
**Chapter 11 Case No. Case No. (18-23538)**
**(Jointly Administered)**

## ATTACHMENT TO WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD. PROOF OF CLAIM

1.      Weihai Lianqiao International Coop. Group Co., Ltd. ("WLI") provided goods to Sears, Roebuk and Co. ("Sears") and/or certain affiliated debtors in the above-referenced jointly administered bankruptcy cases (the "Debtors") for resale in the Debtors' retail business.

2.      The Proof of Claim (the "POC") to which this Attachment is attached amends Proof of Claim 818 filed by WLI against Sears on October 19, 2018 and Proof of Claim 5213 filed by WLI against Sears on October 26, 2018 (together, the "Prior POCs")

3.      WLI asserts a pre-petition claim in the amount of $2,611,888.60 (the "Claim"), which amount includes a claim in the amount of $646,697.26 for goods received by Sears within 20 days of the petition date that were sold to Sears in the ordinary course of Sears' business, which is entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9) (the "503(b)(9) Claim"). A summary of the invoices underlying the Claim and identifying the invoices underlying the 503(b)(9) Claim is attached hereto as **Exhibit "1."**

4.      The documentation underlying the Claim (including the 503(b)(9) Claim) (a) was previously submitted with the Prior POCs and is incorporated herein by this reference and (b) is voluminous and will be provided to the Debtors upon request.

5.      In addition to the foregoing Claim, WLI also asserts a post-petition claim against Sears in the approximate amount of $357,041.71, which is entitled to administrative priority pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2) (the "Administrative Claim"). WLI is not asserting the Administrative Claim pursuant to this POC. WLI will file a motion for the allowance and payment of its Administrative Claim.

6.      WLI reserves the right to amend this POC, including, but not limited to, in the event (a) WLI discovers further unpaid amounts for pre-petition invoices, (b) Sears asserts that any portion of the 503(b)(9) Claim and/or Administrative Claim are misclassified for any reason,

1

including by reason of the date the underlying goods were loaded for shipment, in transit, delivered to port, or actually received by the Debtors, and/or (c) Sears asserts that the Claim (including the 503(b)(9) Claim) should have been asserted against one of the other Debtors.

7.    Any **objection to this proof of claim** must be served on:

> Todd M. Arnold
> Levene, Neale, Bender, Yoo & Brill L.L.P.
> 10250 Constellation Boulevard, Suite 1700
> Los Angeles, California 90067
> tma@lnbyb.com
>
> and
>
> Weihai Lianqiao International
> Coop Group Co. Ltd.
> Attn: Helen Zhu
> No. 269, West Wenhua Rd.
> Hi-Tech Deve Zone
> China, CN26420

8.    Any other communications about this proof of claim should be directed to:

> Todd M. Arnold
> Levene, Neale, Bender, Yoo & Brill L.L.P.
> 10250 Constellation Boulevard, Suite 1700
> Los Angeles, California 90067
> tma@lnbyb.com
> 310-229-1234

WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD

WEIHAI LIANQIAO INTL COOP GP CO LTD

TO:SEARS(2642)

| Commercial Invoice | Amount | Payment Due | LOAD | DISCHARGE | DESTINATION | Pre-BK | 503(b)(9) | Post-BK [1] |
|---|---|---|---|---|---|---|---|---|
| 201820075682 | $74,954.16 | 2018/9/14 | 2018/7/2 | 2018/8/2 | 2018/8/10 | X | | |
| 201820076137 | $83,052.80 | 2018/9/14 | 2018/7/2 | 2018/8/2 | 2018/8/10 | X | | |
| 201820453134 | $35,141.44 | 2018/9/14 | 2018/7/7 | 2018/8/2 | 2018/8/10 | X | | |
| 201820076750 | $10,727.28 | 2018/9/19 | 2018/7/7 | 2018/7/25 | 2018/8/2 | X | | |
| 201820076460 | $1,797.12 | 2018/9/14 | 2018/7/7 | 2018/8/2 | 2018/8/10 | X | | |
| 201820058650 | $91,580.40 | 2018/9/19 | 2018/7/7 | 2018/7/25 | 2018/8/2 | X | | |
| 201820060481 | $101,620.72 | 2018/9/19 | 2018/7/7 | 2018/7/25 | 2018/8/2 | X | | |
| 201820452976 | $42,970.88 | 2018/9/19 | 2018/7/7 | 2018/7/25 | 2018/8/2 | X | | |
| 201820075469 | $12,847.92 | 2018/9/19 | 2018/7/7 | 2018/7/25 | 2018/8/2 | X | | |
| 201820075091 | $2,257.92 | 2018/9/19 | 2018/7/7 | 2018/7/25 | 2018/8/2 | X | | |
| 201820252031 | $8,375.68 | 2018/9/26 | 2018/7/14 | 2018/8/2 | 2018/8/10 | X | | |
| 201820250725 | $5,199.60 | 2018/9/26 | 2018/7/14 | 2018/8/2 | 2018/8/10 | X | | |
| 201820251761 | $44,017.60 | 2018/9/26 | 2018/7/14 | 2018/8/2 | 2018/8/10 | X | | |
| 201820254204 | $6,828.00 | 2018/9/28 | 2018/7/16 | 2018/8/9 | 2018/8/17 | X | | |
| 201820252274 | $4,308.24 | 2018/9/28 | 2018/7/16 | 2018/8/9 | 2018/8/17 | X | | |
| 201820252432 | $35,973.40 | 2018/9/28 | 2018/7/16 | 2018/8/9 | 2018/8/17 | X | | |
| 201820353438 | $23,689.80 | 2018/10/1 | 2018/7/19 | 2018/8/10 | 2018/8/18 | X | | |
| 201820353778 | $19,384.80 | 2018/9/27 | 2018/7/15 | 2018/8/26 | 2019/9/3 | X | | |
| 201820544099 | $43,768.78 | 2018/10/9 | 2018/7/27 | 2018/8/17 | 2018/8/25 | X | | |
| 201820545431 | $4,003.68 | 2018/10/9 | 2018/7/27 | 2018/8/17 | 2018/8/25 | X | | |
| 201820546556 | $30,881.35 | 2018/10/9 | 2018/7/27 | 2018/8/17 | 2018/8/25 | X | | |
| 201820545098 | $32,190.37 | 2018/10/9 | 2018/7/27 | 2018/8/17 | 2018/8/25 | X | | |
| 201820542385 | $33,705.25 | 2018/10/9 | 2018/7/27 | 2018/8/17 | 2018/8/25 | X | | |
| 201820549414 | $15,187.20 | 2018/10/9 | 2018/7/27 | 2018/8/17 | 2018/8/25 | X | | |
| 201820545721 | $32,015.84 | 2018/10/9 | 2018/7/27 | 2018/8/17 | 2018/8/25 | X | | |
| 201820545835 | $14,535.00 | 2018/10/9 | 2018/7/27 | 2018/8/17 | 2018/8/25 | X | | |
| 201820544888 | $36,070.93 | 2018/10/5 | 2018/7/23 | 2018/8/23 | 2018/8/31 | X | | |
| 201820545880 | $3,336.40 | 2018/10/5 | 2018/7/23 | 2018/8/23 | 2018/8/31 | X | | |
| 201820562305 | $25,130.23 | 2018/10/5 | 2018/7/23 | 2018/8/23 | 2018/8/31 | X | | |
| 201820545900 | $26,221.90 | 2018/10/5 | 2018/7/23 | 2018/8/23 | 2018/8/31 | X | | |
| 201820544551 | $27,615.25 | 2018/10/5 | 2018/7/23 | 2018/8/23 | 2018/8/31 | X | | |
| 201820556761 | $12,422.40 | 2018/10/5 | 2018/7/23 | 2018/8/23 | 2018/8/31 | X | | |
| 201820545808 | $26,084.96 | 2018/10/5 | 2018/7/23 | 2018/8/23 | 2018/8/31 | X | | |

EXHIBIT "1"

| Commercial Invoice | Amount | Payment Due | LOAD | DISCHARGE | DESTINATION | Pre-BK | 503(b)(9) | Post-BK [1] |
|---|---|---|---|---|---|---|---|---|
| 20182054586 | $12,055.50 | 2018/10/5 | 2018/7/23 | 2018/8/23 | 2018/8/31 | X | | |
| 20180732914 | $12,642.00 | 2018/10/18 | 2018/8/5 | 2018/8/24 | 2018/9/1 | X | | |
| 20180844733 | $68,976.36 | 2018/10/18 | 2018/8/5 | 2018/8/24 | 2018/9/1 | X | | |
| 20180725521 | $14,592.60 | 2018/10/18 | 2018/8/5 | 2018/8/24 | 2018/9/1 | X | | |
| 20180845039 | $32,080.90 | 2018/10/18 | 2018/8/5 | 2018/8/24 | 2018/9/1 | X | | |
| 20180733141 | $10,290.00 | 2018/10/18 | 2018/8/5 | 2018/8/24 | 2018/9/1 | X | | |
| 20180843579 | $56,600.82 | 2018/10/18 | 2018/8/5 | 2018/8/24 | 2018/9/1 | X | | |
| 20180726553 | $11,939.40 | 2018/10/13 | 2018/7/31 | 2018/8/30 | 2018/9/7 | X | | |
| 20180844107 | $26,326.14 | 2018/10/18 | 2018/8/5 | 2018/8/24 | 2018/9/1 | X | | |
| 20180941067 | $109,258.20 | 2018/10/24 | 2018/8/11 | 2018/8/31 | 2018/9/8 | X | | |
| 20180849050 | $71,414.20 | 2018/10/24 | 2018/8/11 | 2018/8/31 | 2018/9/8 | X | | |
| 20180929030 | $100,133.32 | 2018/11/6 | 2018/8/24 | 2018/9/10 | 2018/9/18 | X | | |
| 20180962598 | $3,550.56 | 2018/10/24 | 2018/8/11 | 2018/8/31 | 2018/9/8 | X | | |
| 20180955709 | $105,906.31 | 2018/10/19 | 2018/8/6 | 2018/9/6 | 2018/9/14 | X | | |
| 20180963681 | $18,379.52 | 2018/10/19 | 2018/8/6 | 2018/9/6 | 2018/9/14 | X | | |
| 20180954683 | $107,707.43 | 2018/10/19 | 2018/8/6 | 2018/9/6 | 2018/9/14 | X | | |
| 20180988215 | $1,186.38 | 2018/10/15 | 2018/8/2 | 2018/8/6 | 2018/8/8 | X | | |
| 20180985675 | $34,459.80 | 2018/11/6 | 2018/8/24 | 2018/9/10 | 2018/9/18 | X | | |
| 20181065486 | $94,530.80 | 2018/11/6 | 2018/8/6 | 2018/9/10 | 2018/9/18 | X | | |
| 20181018228 | $18,324.40 | 2018/10/25 | 2018/8/12 | 2018/9/13 | 2018/9/21 | X | | |
| 20181066407 | $86,939.40 | 2018/10/25 | 2018/8/12 | 2018/9/13 | 2018/9/21 | X | | |
| 20181100819 | $108,942.88 | 2018/11/10 | 2018/8/28 | 2018/9/27 | 2018/10/5 | X | X | |
| 20182139612 | $14,543.36 | 2018/11/10 | 2018/8/28 | 2018/9/27 | 2018/10/5 | X | X | |
| 20181153169 | $66,726.03 | 2018/11/10 | 2018/8/28 | 2018/9/27 | 2018/10/5 | X | X | |
| 20181119601 | $143,497.73 | 2018/11/3 | 2018/8/21 | 2018/9/20 | 2018/9/28 | X | X | |
| 20181240030 | $11,801.28 | 2018/11/3 | 2018/8/21 | 2018/9/20 | 2018/9/28 | X | X | |
| 20181246306 | $24,889.91 | 2018/11/10 | 2018/8/28 | 2018/9/27 | 2018/10/5 | X | X | |
| 20181245823 | $30,612.49 | 2018/11/15 | 2018/9/2 | 2018/9/24 | 2018/10/2 | X | X | |
| 20181413426 | $1,625.44 | 2018/11/20 | 2018/9/7 | 2018/9/28 | 2018/10/6 | X | X | |
| 20181412444 | $13,476.72 | 2018/11/20 | 2018/9/7 | 2018/9/28 | 2018/10/6 | X | X | |
| 20181413747 | $5,270.88 | 2018/11/20 | 2018/9/7 | 2018/9/28 | 2018/10/6 | X | X | |
| 20181413879 | $17,926.48 | 2018/11/20 | 2018/9/7 | 2018/9/28 | 2018/10/6 | X | X | |
| 20181412826 | $18,876.38 | 2018/11/20 | 2018/9/7 | 2018/9/28 | 2018/10/6 | X | X | |
| 20181430175 | $78,127.33 | 2018/11/20 | 2018/9/7 | 2018/9/28 | 2018/10/6 | X | X | |
| 20181431011 | $69,397.41 | 2018/11/17 | 2018/9/4 | 2018/10/4 | 2018/10/12 | X | X | |
| 20181414125 | $14,548.76 | 2018/11/17 | 2018/9/4 | 2018/10/4 | 2018/10/12 | X | X | |
| 20181414017 | $15,347.68 | 2018/11/17 | 2018/9/4 | 2018/10/4 | 2018/10/12 | X | X | |

EXHIBIT "1"

| Commercial Invoice | Amount | Payment Due | LOAD | DISCHARGE | DESTINATION | Pre-BK | 503(b)(9) | Post-BK [1] |
|---|---|---|---|---|---|---|---|---|
| 201821413941 | $11,086.50 | 2018/11/17 | 2018/9/4 | 2018/10/4 | 2018/10/12 | X | X | |
| 201821540762 | $72,917.73 | 2018/11/28 | 2018/9/15 | 2018/10/8 | 2018/10/16 | | | X |
| 201821739794 | $13,064.00 | 2018/11/28 | 2018/9/15 | 2018/10/8 | 2018/10/16 | | | X |
| 201821540641 | $70,453.54 | 2018/11/23 | 2018/9/10 | 2018/10/11 | 2018/10/19 | | | X |
| 201821784669 | $19,902.65 | 2018/11/28 | 2018/9/15 | 2018/10/8 | 2018/10/16 | | | X |
| 201821783023 | $15,958.10 | 2018/11/28 | 2018/9/15 | 2018/10/8 | 2018/10/16 | | | X |
| 201821778959 | $46,691.26 | 2018/11/28 | 2018/9/15 | 2018/10/8 | 2018/10/16 | | | X |
| 201821782595 | $13,146.10 | 2018/11/29 | 2018/9/16 | 2018/10/18 | 2018/10/26 | | | X |
| 201821781297 | $16,026.02 | 2018/11/29 | 2018/9/16 | 2018/10/18 | 2018/10/26 | | | X |
| 201821778231 | $37,727.95 | 2018/11/29 | 2018/9/16 | 2018/10/18 | 2018/10/26 | | | X |
| 201822122594 | $23,004.72 | 2018/12/14 | 2018/10/1 | 2018/11/1 | 2018/11/9 | | | X |
| 201822122859 | $28,149.64 | 2018/12/19 | 2018/10/6 | 2018/10/29 | 2018/11/6 | | | X |
| TOTAL GENERAL PRE-PETITION UNSECURED NON-503(b)(9) CLAIM | | | | | | $ 1,965,191.34 | | |
| TOTAL PRE-PETITION 503(b)(9) CLAIM | | | | | | $ 646,697.26 | | |
| TOTAL PRE-PETITION CLAIM | | | | | | $ 2,611,888.60 | | |

TOTAL POST-PETITION ADMINISTRATIVE CLAIM TO BA ASSERTED BY
SEPARATE REQUEST FOR TE ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE CLAIM                    $   357,041.71

[1] To be asserted by separate request for the allowance and payment of administrative claim

EXHIBIT "1"

# Electronic Proof of Claim

**Final Audit Report**            2019-04-09

| | |
|---|---|
| Created: | 2019-04-09 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signec |
| Transaction ID: | CBJCHBCAABAASmz7Ui3DvY58Qzed5xetabjslpVHeyAp |

## "Electronic Proof of Claim" History

Widget created by Sears Claims (searsclaims@primeclerk.com)
2019-04-09 - 5:48:53 PM GMT

Helen Zhu (tma@lnbyb.com) uploaded the following supporting documents:
  Attachment
2019-04-09 - 5:57:27 PM GMT

Widget filled in by Helen Zhu (tma@lnbyb.com)
2019-04-09 - 5:57:27 PM GMT- IP address: 38.88.223.171

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:66.0) Gecko/20100101 Firefox/66.0)
2019-04-09 - 5:57:29 PM GMT- IP address: 38.88.223.171

Signed document emailed to Sears Claims (searsclaims@primeclerk.com) and Helen Zhu (tma@lnbyb.com)
2019-04-09 - 5:57:29 PM GMT

# EXHIBIT "D"

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

### Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | | |
|---|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☒ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor    WEIHAI LIANQIAO INTL COOP GP CO LTD

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Todd M. Arnold
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Contact phone    310-229-1234
Contact email    tma@lnbyb.com

Where should payments to the creditor be sent? (if different)

Weihai Lianqiao International
Coop Group Co. Ltd.
Attn: Helen Zhu
No. 269, West Wenhua Rd.
Hi-Tech Deve Zone
China, CN26420

Contact phone    0086 18663132616
Contact email    helen_zhu@lianqiao.net

**4. Does this claim amend one already filed?**

☐ No
☒ Yes.  Claim number on court claims registry (if known) 519 and 2340      Filed on 10/26/2018
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7. How much is the claim?**

$ 890,112.68 . **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Modified Form 410

**Proof of Claim**

page 2

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No <br> ☐ Yes. *Check one:* <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). <br><br> ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). <br><br> ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). <br><br> ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). <br><br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). <br><br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. <br><br> * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | $_____ <br><br> $_____ <br><br> $_____ <br><br> $_____ <br> $_____ <br> $_____ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No <br> ☑ **Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $267,841.10 |

---

| **Part 3:** | Sign Below |
|---|---|

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).** <br><br> If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. <br><br> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:* <br><br> ☑ I am the creditor. <br> ☐ I am the creditor's attorney or authorized agent. <br> ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. <br> ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. <br><br> I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. <br><br> I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. <br><br> I declare under penalty of perjury that the foregoing is true and correct. <br><br> **Signature:** *Helen Zhu* <br> Helen Zhu (Apr 9, 2019) <br><br> **Email:** tma@lnbyb.com <br><br> _____ <br> Signature <br> **Print the name of the person who is completing and signing this claim:** |

**Name of the person who is completing and signing this claim:**

| Name | HELEN ZHU | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | DEPARTMENT MANAGER | | |
| Company | WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | NO.269, WEST WENHUA ROAD, HI-TECH DEVE ZONE | | |
| | Number     Street | | |
| | WEIHAI, SHANDONG, CHINA | CN | 26420 |
| | City | State | ZIP Code |
| Contact phone | 0086 18663132616 | Email | helen_zhu@lianqiao.net |

---

Modified Form 410                    **Proof of Claim**                    page 3

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **have supporting documentation.**
   **(attach below)**

☐ **do not have supporting documentation.**

**Attachment**

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

## Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

■ **Fill in all of the information about the claim as of the date the case was filed.**

■ **Fill in the caption at the top of the form.**

■ **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

■ **Attach any supporting documents to this form.**
Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

■ **Do not attach original documents because attachments may be destroyed after scanning.**

■ **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

■ **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

■ **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

| **Do not file these instructions with your form** |
|---|

**In re Sears Holdings Corporation et al.**
**Chapter 11 Case No. Case No. (18-23538)**
**(Jointly Administered)**

## ATTACHMENT TO WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD. PROOF OF CLAIM

1.      Weihai Lianqiao International Coop. Group Co., Ltd. ("WLI") provided goods to Kmart Corporation ("Kmart") and/or certain affiliated debtors in the above-referenced jointly administered bankruptcy cases (the "Debtors") for resale in the Debtors' retail business.

2.      The Proof of Claim (the "POC") to which this Attachment is attached amends Proof of Claim 519 filed by WLI against Kmart on October 19, 2018 and Proof of Claim 2340 filed by WLI against Kmart on October 26, 2018 (together, the "Prior POCs")

3.      WLI asserts a pre-petition claim in the amount of $622,271.58 (the "Claim"), which amount includes a claim in the amount of $267,841.10 for goods received by Kmart within 20 days of the petition date that were sold to Kmart in the ordinary course of Kmart's business, which is entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9) (the "503(b)(9) Claim"). A summary of the invoices underlying the Claim and identifying the invoices underlying the 503(b)(9) Claim is attached hereto as **Exhibit "1."**

4.      The documentation underlying the Claim (including the 503(b)(9) Claim) (a) was previously submitted with the Prior POCs and is incorporated herein by this reference and (b) is voluminous and will be provided to the Debtors upon request.

5.      In addition to the foregoing Claim, WLI also asserts a post-petition claim against Kmart in the approximate amount of $113,489.03, which is entitled to administrative priority pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2) (the "Administrative Claim"). WLI is not asserting the Administrative Claim pursuant to this POC. WLI will file a motion for the allowance and payment of its Administrative Claim.

6.      WLI reserves the right to amend this POC, including, but not limited to, in the event (a) WLI discovers further unpaid amounts for pre-petition invoices, (b) Kmart asserts that any portion of the 503(b)(9) Claim and/or Administrative Claim are misclassified for any reason,

1

including by reason of the date the underlying goods were loaded for shipment, in transit, delivered to port, or actually received by the Debtors, and/or (c) Kmart asserts that the Claim (including the 503(b)(9) Claim) should have been asserted against one of the other Debtors.

7.      Any **objection to this proof of claim** must be served on:

> Todd M. Arnold
> Levene, Neale, Bender, Yoo & Brill L.L.P.
> 10250 Constellation Boulevard, Suite 1700
> Los Angeles, California 90067
> tma@lnbyb.com
>
> and
>
> Weihai Lianqiao International
> Coop Group Co. Ltd.
> Attn: Helen Zhu
> No. 269, West Wenhua Rd.
> Hi-Tech Deve Zone
> China, CN26420

8.      Any other communications about this proof of claim should be directed to:

> Todd M. Arnold
> Levene, Neale, Bender, Yoo & Brill L.L.P.
> 10250 Constellation Boulevard, Suite 1700
> Los Angeles, California 90067
> tma@lnbyb.com
> 310-229-1234

WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD
WEIHAI LIANQIAO INTL. COOP GP CO LTD
TO:KMART(2641)

| Commercial Invoice | Amount | Payment Due | LOAD | DISCHARGE | DESTINATION | Pre-BK | 503(b)(9) | Post-BK [1] |
|---|---|---|---|---|---|---|---|---|
| 20182027930 9 | $128.70 | 2018.9.14 | 2018.7.2 | 2018.8.2 | 2018.8.10 | X | | |
| 2018200601 11 | $30,952.28 | 2018.9.14 | 2018.7.2 | 2018.8.2 | 2018.8.10 | X | | |
| 2018200596 88 | $25,244.32 | 2018.9.19 | 2018.7.7 | 2018.7.25 | 2018.8.2 | X | | |
| 2018203501 61 | $8,729.83 | 2018.10.1 | 2018.7.19 | 2018.8.10 | 2018.8.18 | X | | |
| 2018203506 37 | $11,058.25 | 1902.8.21 | 1902.6.8 | 2018.8.16 | 2018.8.24 | X | | |
| 2018205336 79 | $3,573.76 | 2018.10.9 | 2018.7.27 | 2018.8.17 | 2018.8.25 | X | | |
| 2018205336 19 | $4,349.76 | 2018.10.9 | 2018.7.27 | 2018.8.17 | 2018.8.25 | X | | |
| 2018204989 50 | $6,642.84 | 2018.10.9 | 2018.7.27 | 2018.8.17 | 2018.8.25 | X | | |
| 2018205341 97 | $3,671.48 | 2018.10.5 | 2018.7.23 | 2018.8.23 | 2018.8.31 | X | | |
| 2018205361 41 | $4,728.00 | 2018.10.5 | 2018.7.23 | 2018.8.23 | 2018.8.31 | X | | |
| 2018205358 11 | $6,784.68 | 2018.10.5 | 2018.7.23 | 2018.8.23 | 2018.8.31 | X | | |
| 2018208705 67 | $10,052.55 | 2018.10.18 | 2018.8.5 | 2018.8.24 | 2018.9.1 | X | | |
| 2018209155 93 | $15,606.58 | 2018.10.18 | 2018.8.5 | 2018.8.24 | 2018.9.1 | X | | |
| 2018209148 31 | $38,394.78 | 2018.10.18 | 2018.8.5 | 2018.8.24 | 2018.9.1 | X | | |
| 2018208171 08 | $24,316.88 | 2018.10.13 | 2018.7.31 | 2018.8.30 | 2018.9.7 | X | | |
| 2018208713 12 | $7,511.00 | 2018.10.13 | 2018.7.31 | 2018.8.30 | 2018.9.7 | X | | |
| 2018209169 17 | $12,856.05 | 2018.10.13 | 2018.7.31 | 2018.8.30 | 2018.9.7 | X | | |
| 2018209168 11 | $19,874.04 | 2018.10.13 | 2018.7.31 | 2018.8.30 | 2018.9.7 | X | | |
| 2018209158 31 | $48,827.70 | 2018.10.13 | 2018.7.31 | 2018.8.30 | 2018.9.7 | X | | |
| 2018208176 38 | $30,932.40 | 2018.10.13 | 2018.7.31 | 2018.8.30 | 2018.9.7 | X | | |
| 2018208714 43 | $7,917.00 | 2018.10.13 | 2018.7.31 | 2018.8.30 | 2018.9.7 | X | | |
| 2018208469 41 | $15,059.35 | 2018.10.24 | 2018.8.11 | 2018.8.31 | 2018.9.8 | X | | |
| 2018208476 00 | $11,281.00 | 2018.10.24 | 2018.8.11 | 2018.8.31 | 2018.9.8 | X | | |
| 2018209048 79 | $85,240.85 | 2018.10.24 | 2018.8.11 | 2018.8.31 | 2018.9.8 | X | | |
| 2018208484 78 | $11,843.60 | 2018.10.19 | 2018.8.6 | 2018.9.6 | 2018.9.14 | X | | |

EXHIBIT "1"

| Commercial Invoice | Amount | Payment Due | LOAD | DISCHARGE | DESTINATION | Pre-BK | 503(b)(9) | Post-BK [1] |
|---|---|---|---|---|---|---|---|---|
| 20182090460 8 | $98,477.00 | 2018/10/19 | 2018/8/6 | 2018/9/6 | 2018/9/14 | X | | |
| 20182084828 9 | $19,192.76 | 2018/10/19 | 2018/8/6 | 2018/9/6 | 2018/9/14 | X | | |
| 20182087748 1 | $925.38 | 2018/10/15 | 2018/8/2 | 2018/8/6 | 2018/8/8 | X | | |
| 20182101493 7 | $25,454.37 | 2018/11/6 | 2018/8/24 | 2018/9/10 | 2018/9/18 | X | | |
| 20182101429 9 | $32,321.53 | 2018/10/25 | 2018/8/12 | 2018/9/13 | 2018/9/21 | X | | |
| 20182098927 9 | $322.86 | 2018/10/26 | 2018/8/13 | 2018/8/16 | 2018/8/18 | X | | |
| 20182134439 5 | $70,057.68 | 2018/11/10 | 2018/8/28 | 2018/9/27 | 2018/10/5 | X | X | |
| 20182133515 4 | $5,620.23 | 2018/11/10 | 2018/8/28 | 2018/9/27 | 2018/10/5 | X | X | |
| 20182139036 1 | $138.80 | 2018/11/10 | 2018/8/28 | 2018/9/27 | 2018/10/5 | X | X | |
| 20182145150 1 | $639.00 | 2018/11/10 | 2018/8/28 | 2018/9/27 | 2018/10/5 | X | X | |
| 20182133544 9 | $66,256.48 | 2018/11/15 | 2018/9/2 | 2018/9/24 | 2018/10/2 | X | X | |
| 20182139045 6 | $69.40 | 2018/11/15 | 2018/9/2 | 2018/9/24 | 2018/10/2 | X | X | |
| 20182145151 9 | $575.10 | 2018/11/15 | 2018/9/2 | 2018/9/24 | 2018/10/2 | X | X | |
| 20182141061 0 | $55,181.11 | 2018/11/20 | 2018/9/7 | 2018/9/28 | 2018/10/6 | X | X | |
| 20182141203 3 | $69,303.30 | 2018/11/17 | 2018/9/4 | 2018/10/4 | 2018/10/12 | X | X | |
| 20182174596 5 | $9,319.01 | 2018/11/28 | 2018/9/15 | 2018/10/8 | 2018/10/16 | | | X |
| 20182174575 4 | $33,205.13 | 2018/11/28 | 2018/9/15 | 2018/10/8 | 2018/10/16 | | | X |
| 20182174315 7 | $37,902.56 | 2018/11/29 | 2018/9/16 | 2018/10/18 | 2018/10/26 | | | X |
| 20182174469 6 | $11,820.83 | 2018/11/29 | 2018/9/16 | 2018/10/18 | 2018/10/26 | | | X |
| 20182209999 5 | $11,900.00 | 2018/12/14 | 2018/10/1 | 2018/11/1 | 2018/11/9 | | | X |
| 20182209986 6 | $9,341.50 | 2018/12/19 | 2018/10/6 | 2018/10/29 | 2018/11/6 | | | X |
| TOTAL GENERAL PRE-PETITION UNSECURED NON-503(b)(9) CLAIM | | | | | | $ 622,271.58 | | |
| TOTAL PRE-PETITION 503(b)(9) CLAIM | | | | | | $ 267,841.10 | | |
| TOTAL PRE-PETITION CLAIM | | | | | | $ 890,112.68 | | |

$  113,489.03

TOTAL POST-PETITION ADMINISTRATIVE CLAIM TO BA ASSERTED BY SEPARATE
REQUEST FOR TE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

[1] To be asserted by separate request for the allowance and payment of administrative claim

EXHIBIT "1"

# Electronic Proof of Claim

Final Audit Report                                                    2019-04-09

| | |
|---|---|
| Created: | 2019-04-09 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signec |
| Transaction ID: | CBJCHBCAABAAQOOx9bBTwpuqKlgJIuBVCWyDx8r2IDH2 |

## "Electronic Proof of Claim" History

📄 Widget created by Sears Claims (searsclaims@primeclerk.com)
2019-04-09 - 6:03:40 PM GMT

📎 Helen Zhu (tma@lnbyb.com) uploaded the following supporting documents:
   📎 Attachment
2019-04-09 - 6:10:10 PM GMT

📄 Widget filled in by Helen Zhu (tma@lnbyb.com)
2019-04-09 - 6:10:10 PM GMT- IP address: 38.88.223.171

✏️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:66.0) Gecko/20100101 Firefox/66.0)
2019-04-09 - 6:10:13 PM GMT- IP address: 38.88.223.171

✅ Signed document emailed to Sears Claims (searsclaims@primeclerk.com) and Helen Zhu (tma@lnbyb.com)
2019-04-09 - 6:10:13 PM GMT

EXHIBIT "E"

**SEARS 503(b)(1)(A)**

| Commercial Invoice | Amount | Payment Due Date | Load | Discharge | Destination | PreBK | 503(b)(9) | PostBK |
|---|---|---|---|---|---|---|---|---|
| 201821540762 | $72,917.73 | 11/28/2018 | 9/15/2018 | 10/8/2018 | 10/16/2018 | | | X |
| 201821739794 | $13,064.00 | 11/28/2018 | 9/15/2018 | 10/8/2018 | 10/16/2018 | | | X |
| 201821540641 | $70,453.54 | 11/23/2018 | 9/10/2018 | 10/11/2018 | 10/19/2018 | | | X |
| 201821784669 | $19,902.65 | 11/28/2018 | 9/15/2018 | 10/8/2018 | 10/16/2018 | | | X |
| 201821783023 | $15,958.10 | 11/28/2018 | 9/15/2018 | 10/8/2018 | 10/16/2018 | | | X |
| 201821778959 | $46,691.26 | 11/28/2018 | 9/15/2018 | 10/8/2018 | 10/16/2018 | | | X |
| 201821782595 | $13,146.10 | 11/29/2018 | 9/16/2018 | 10/18/2018 | 10/26/2018 | | | X |
| 201821781297 | $16,026.02 | 11/29/2018 | 9/16/2018 | 10/18/2018 | 10/26/2018 | | | X |
| 201821778231 | $37,727.95 | 11/29/2018 | 9/16/2018 | 10/18/2018 | 10/26/2018 | | | X |
| 201822122594 | $23,004.72 | 12/14/2018 | 10/1/2018 | 11/1/2018 | 11/9/2018 | | | X |
| 201822122859 | $28,149.64 | 12/19/2018 | 10/6/2018 | 10/29/2018 | 11/6/2018 | | | X |
| | $357,041.71 | | | | | | | |

# COMMERCIAL INVOICE

Page 1 of 5

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540762

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SX6099 | RC UGLY HO BLACK/BLACK | | 257 | 257 | 57.510  USD | 14,780.07  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 710057016073 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 643 | | | | | | |
| **SEARS ITEM/SKU** | 80986/ | | | | | | |

STYLE: MH8RC16420YM
DESCRIPTION: MEN UGLY HOLIDAY SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH: REACHES THE WEARER HIP
NO POCKET AND NO CLOSURES,
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM: 3.5 VERTICAL 4.5 HORIZONTAL
HANGER CODE: #584SB, NON-REUSABLE.

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SX6099 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8RC16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SX6101 | RC UGLY HO BLUE | | 208 | 208 | 62.820  USD | 13,066.56  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 710059166041 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 643 | | | | | | |
| **SEARS ITEM/SKU** | 80999/ | | | | | | |

STYLE: MH8RC16414YM
DESCRIPTION: MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH : REACHES THE WEARER HIP
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE :  584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SX6101 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8RC16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**     101969

# COMMERCIAL INVOICE

Page 2 of 5

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540762

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SX6101 | RC UGLY HO BLACK | | 91 | 91 | 62.820  USD | 5,716.62  USD |
|-------|--------|------------------|---|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**          710059166744
**MADE IN**        CHINA (MAINLAND)
**CONTENTS**       1  ASSORTMENT
**SEARS DIV**      643
**SEARS ITEM/SKU** 08100/

STYLE: MH8RC16414YM
DESCRIPTION: MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH : REACHES THE WEARER HIP
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE : 584SB

| | | | | | |
|--|--|--|--|--|--|
| **CONTRACT NO.** | SX6101 | **REFERENCE NO.** | 803C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MH8RC16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 | | |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SX6101 | RC UGLY HO JOLLY GREEN | | 89 | 89 | 62.820  USD | 5,590.98  USD |
|-------|--------|------------------------|---|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**          710059168062
**MADE IN**        CHINA (MAINLAND)
**CONTENTS**       1  ASSORTMENT
**SEARS DIV**      643
**SEARS ITEM/SKU** 81000/

STYLE: MH8RC16414YM
DESCRIPTION: MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH : REACHES THE WEARER HIP
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE : 584SB

# COMMERCIAL INVOICE

Page 3 of 5

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540762

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SX6101 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8RC16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**      CNHAIQINHAI

| SEARS | SX6101 | RC UGLY HO CHILI PEPPER | | 264 | 264 | 62.820 USD | 16,584.48 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          710059213231
**MADE IN**        CHINA (MAINLAND)
**CONTENTS**       1 ASSORTMENT
**SEARS DIV**      643
**SEARS ITEM/SKU** 81001/

STYLE: MH8RC16414YM
DESCRIPTION: MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH : REACHES THE WEARER HIP
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE :  584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SX6101 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8RC16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**      CNHAIQINHAI

| SEARS | SX6101 | RC UGLY HO BLACK ONYX | | 208 | 208 | 62.820 USD | 13,066.56 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          710059215061
**MADE IN**        CHINA (MAINLAND)
**CONTENTS**       1 ASSORTMENT
**SEARS DIV**      643
**SEARS ITEM/SKU** 81002/

STYLE: MH8RC16414YM

# COMMERCIAL INVOICE

Page 4 of 5

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540762

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

DESCRIPTION: MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH : REACHES THE WEARER HIP
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE : 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SX6101 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8RC16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | SX6103 | RC LIGHT U BLUE | 62 | 62 | 66.330 USD | 4,112.46 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 710057023988 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 643 |
| **SEARS ITEM/SKU** | 80998/ |

STYLE: MH8RC16418YM
DESCRIPTION: MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT REACHES THE HIP AREA.
FABRICATION: KNITTED 60% COTTON, 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SX6103 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8RC16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540762

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,179 | 1,179 | ASSORTMENTS | 72,917.73   USD |

**TOTAL US DOLLARS SEVENTY-TWO THOUSAND NINE HUNDRED SEVENTEEN DOLLARS AND SEVENTY-THREE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU965925812 | 7173494779 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 04-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:**

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG) MAERSK ANTARES 837N | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU4532440 SEALCODE1: CN7713598 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 45' HIGH CUBE CONTAINER 1179 CARTON SAID TO CONTAIN SWEATER PO NO:SX6099 REF NO:802C SWEATER PO NO:SX6101 REF NO:803C SWEATER PO NO:SX6103 REF NO:802C TOTAL QTY: 1179PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/15/2018 FCR DATE:09/04/2018 | 5417.200 KG 11942.880 LB | 52.750 M3 1862.603 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on: 06-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by QINGDAO

Month Sep  Day 18  Year 2018

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 04, 2018

**INVOICE NO.:** 201821739794

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China           **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SF8879 | EASY CARDI DARK DENIM | | 145 | 145 | 48.000  USD | 6,960.00  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 840020767992 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 38155/ | | | | | | |

Style: WP9SS72555MI
Description: SIMPLY STYLED LADIES  KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED. FULL NEEDLE AT PLACKET
TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 8 ? 8.5 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8879 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WP9SS72555MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 345, RNONE |

FACTORY NO.          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

FTY MID NO.          CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SF8879 | EASY CARDI SILVER GRAY | | 109 | 109 | 56.000  USD | 6,104.00  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 840020794640 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 38191/ | | | | | | |

Style: WP9SS72555MI
Description: SIMPLY STYLED LADIES  KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED. FULL NEEDLE AT PLACKET
TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 8 ? 8.5 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8879 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WP9SS72555MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 345, RNONE |

FACTORY NO.          101969

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 04, 2018

**INVOICE NO.:** 201821739794

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**            CNHAIQINHAI

| PAYMENT TERM | Open Acct |
|---|---|
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 254 | 254 | ASSORTMENTS | 13,064.00  USD |

**TOTAL US DOLLARS THIRTEEN THOUSAND SIXTY-FOUR DOLLARS AND ZERO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions**℠ (UPS)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WEIHAI LIANQIAO INTERNATIONAL
COOP.GROUP CO.,LTD
NO.269,WEST WENHUA ROAD,HI-TECH
DEVE ZONE,WEIHAI,CHINA

| BOOKING NO. | |
|---|---|
| MAEU965925812 | CARGO RECEIPT NO. 717349478t |
| EXPORT REFERENCES AWB 717349478T | DATE OF RECEIPT OF CARGO 04-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent goo
order and condition from Shipper, the package(s) listed below are said to conta
the goods hereinafter described. This receipt is not valid unless verified a
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless
higher value is declared on this receipt and the extra charge paid, liability is limit
to \$0.50 per pound of goods lost or damaged. If COGSA governs with the force
law, its limitation, described in paragraph 3 on the reverse hereof, controls unle
a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2982

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK ANTARES 837N | PORT OF LOADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PLACE OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NUMBER OF ORIGINALS 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU4532440 SEALCODE1: CN7713598 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 45' HIGH CUBE CONTAINER 254 CARTON SAID TO CONTAIN SWEATER PO NO:SF8879 REF NO:801C TOTAL QTY: 254PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/15/2018 FCR DATE:09/04/2018 | 718.500 KG 1584.020 LB | 7.695 I 271.710 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 06-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth her
and on the reverse of this document which are incorporated her
by reference. These Terms limit or exclude UPS Supply Cha
Solutions liability and include certain indemnities to UPS Supp
Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED QINGDAO BRANCH

QINGDAO     AS AGENT FOR
Issued by UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

Month Sep     Day 19     Year 2018

# COMMERCIAL INVOICE

Page 1 of 6

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540641

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SF8879 | EASY CARDI DARK DENIM | | 118 | 118 | 48.000  USD | 5,664.00  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 840020767992 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 38155/ | | | | | | |

Style: WP9SS72555MI
Description: SIMPLY STYLED LADIES  KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED. FULL NEEDLE AT PLACKET
TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 8 ? 8.5 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8879 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WP9SS72555MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 345, RNONE |

FACTORY NO.     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

FTY MID NO.     CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SF8879 | EASY CARDI SILVER GRAY | | 89 | 89 | 56.000  USD | 4,984.00  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 840020794640 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 38191/ | | | | | | |

Style: WP9SS72555MI
Description: SIMPLY STYLED LADIES  KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED. FULL NEEDLE AT PLACKET
TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 8 ? 8.5 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8879 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WP9SS72555MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 345, RNONE |

FACTORY NO.     101969

# COMMERCIAL INVOICE

Page 2 of 6

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540641

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SX6099 | RC UGLY HO BLACK/BLACK | | 211 | 211 | 57.510  USD | 12,134.61  USD |
|-------|--------|------------------------|---|-----|-----|-------------|-----------------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 710057016073 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 643 |
| **SEARS ITEM/SKU** | 80986/ |

STYLE: MH8RC16420YM
DESCRIPTION: MEN UGLY HOLIDAY SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH: REACHES THE WEARER HIP
NO POCKET AND NO CLOSURES,
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM: 3.5 VERTICAL 4.5 HORIZONTAL
HANGER CODE: #584SB, NON-REUSABLE.

| **CONTRACT NO.** | SX6099 | **REFERENCE NO.** | 802P |
|------------------|--------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8RC16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SX6101 | RC UGLY HO BLUE | | 171 | 171 | 62.820  USD | 10,742.22  USD |
|-------|--------|-----------------|---|-----|-----|-------------|-----------------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 710059166041 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 643 |
| **SEARS ITEM/SKU** | 80999/ |

STYLE: MH8RC16414YM
DESCRIPTION: MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH : REACHES THE WEARER HIP
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE :  584SB

# COMMERCIAL INVOICE

Page 3 of 6

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540641

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SX6101 | **REFERENCE NO.** | 803P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MH8RC16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 | | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SX6101 | RC UGLY HO BLACK | | 74 | 74 | 62.820 USD | 4,648.68 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 710059166744 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 643 |
| **SEARS ITEM/SKU** | 08100/ |

STYLE: MH8RC16414YM
DESCRIPTION: MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH : REACHES THE WEARER HIP
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE :  584SB

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SX6101 | **REFERENCE NO.** | 803P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MH8RC16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 | | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SX6101 | RC UGLY HO JOLLY GREEN | | 72 | 72 | 62.820 USD | 4,523.04 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 710059168062 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 643 |
| **SEARS ITEM/SKU** | 81000/ |

STYLE: MH8RC16414YM

# COMMERCIAL INVOICE

Page 4 of 6

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540641

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH : REACHES THE WEARER HIP
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE : 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SX6101 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8RC16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| **SEARS** | SX6101 | RC UGLY HO CHILI PEPPER | 217 | 217 | 62.820 USD | 13,631.94 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 710059213231 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 643 |
| **SEARS ITEM/SKU** | 81001/ |

STYLE: MH8RC16414YM
DESCRIPTION: MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH : REACHES THE WEARER HIP
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE : 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SX6101 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8RC16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 6

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540641

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SX6101 | RC UGLY HO BLACK ONYX | | 171 | 171 | 62.820 USD | 10,742.22 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 710059215061 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 643 | |
| **SEARS ITEM/SKU** | 81002/ | |

STYLE: MH8RC16414YM
DESCRIPTION: MENS KNITTED SWEATER
CREW NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT LENGTH : REACHES THE WEARER HIP
FABRICATION: KNITTED 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE : 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SX6101 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8RC16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 | |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| SEARS | SX6103 | RC LIGHT U BLUE | | 51 | 51 | 66.330 USD | 3,382.83 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 710057023988 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 643 | |
| **SEARS ITEM/SKU** | 80998/ | |

STYLE: MH8RC16418YM
DESCRIPTION: MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
GARMENT REACHES THE HIP AREA.
FABRICATION: KNITTED 60% COTTON, 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
NON-REUSABLE HANGER CODE: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SX6103 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8RC16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 | |

**FACTORY NO.**   101969

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** September 04, 2018

**INVOICE NO.:** 201821540641

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**            CNHAIQINHAI

| | | |
|---|---|---|
| **PAYMENT TERM** | Open Acct | |
| **ORDER PAYMENT TERMS** | | |
| **DRAWN UNDER** | OPEN ACCOUNT | |
| **LC#** | NO LC | |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,174 | 1,174 | ASSORTMENTS | 70,453.54   USD |

**TOTAL US DOLLARS SEVENTY THOUSAND FOUR HUNDRED FIFTY-THREE DOLLARS AND FIFTY-FOUR CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | APLU065928576 | 7173494724 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | | 04-SEP-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO., 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING | |
| CMA CGM J. ADAMS 192E | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEW YORK, NY, US | CHAMBERSBURG, PA, US | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: FSCU7201536 SEALCODE1: K5623966 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS  1 ASSORTMENT | 1 | 40' HIGH CUBE CONTAINER 1174 CARTON SAID TO CONTAIN SWEATER PO NO:SF8879 REF NO:801P SWEATER PO NO:SX6099 REF NO:802P SWEATER PO NO:SX6101 REF NO:803P SWEATER PO NO:SX6103 REF NO:802P TOTAL QTY:  1174 PCS CODE: CHA/CHAMBERSBURG,PA 17201  (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT | 5028.700 KG 11086.380 LB | 49.523 M3 1748.657 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:    06-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of  the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by    QINGDAO

Month    Sep    Day    18    Year    2018

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | BOOKING NO. APLU065928576 | CARGO RECEIPT NO. 7173494724 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 04-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

EXPORT LICENSE NO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG) CMA CGM J. ADAMS 192E | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE NEW YORK, NY, US | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA, US | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | SAILING DATE:09/10/2018 FCR DATE:09/04/2018 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:    06-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by    QINGDAO _____

Month    Sep    Day    18    Year    2018

# COMMERCIAL INVOICE

Page 1 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SM4553 | MARLED OPE DARK DENIM | | 1 | 1 | 59.500  USD | 59.50  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 770070181037 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59612/ | | | | | | |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

| | | | | |
|---|---|---|---|---|
| | CONTRACT NO. | SM4553 | REFERENCE NO. | 802C |
| | DC CODE | CCD | DEPARTMENT NO. | 034 |
| | DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| | VENDOR ITEM CODE | GP9RC31050BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 646, RNONE |
| | FACTORY NO. | 101969 | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | |
| | BICHENG INDUSTRIAL PARK | | | |
| | HAIYANG | | | |
| | SHANDONG | | | |
| | China | | | |
| | FTY MID NO. | CNHAIQINHAI | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4553 | MARLED OPE ICED VANILLA H | 1 | 1 | 59.500  USD | 59.50  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 770070181102 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59613/ | | | | | |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SN4554 | TIPPED FLA SKI PATROL | | 1 | 1 | 95.400 USD | 95.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**  250081908691

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  1 ASSORTMENT

**SEARS DIV**  677

**SEARS ITEM/SKU**  59611/

GH8CG39000BG(12 GARMENTS PER ASSORTMENT)
DESCRIPTION:CRB,GIRLS FINE KNITTED PULLOVER  & LEGGING SET ( TOTAL FOB$7.95)
GIRLS FINE  KNITTED PULLOVER  $6.76 . BOAT NECK, CURVE, ARMHOLE, SHORT SLEEVE
CABLE KNITTED AT FRONT, FRONT NECK WITH BOW, 1X1 RIB AT NECK BAND, CUFF
AND BOTTOM HEM.BODY LENGTH  REACHES THE HIP .
METALLIC YARN PRE-TWISTED INTO COTTON AND ACRYLIC PRIOR TO KNITTING
FABRICATION::53%COTTON32%ACRYLIC10%POLYESTER5%METALLIC THREAD YARN ,
STITCH COUNT VERTICAL 8 HORIZTIONAL 6 PER CM
HANGER CODE:485CL  HANGER COST$0.12/PC  X  12
LEGGING $1.19 LENGTH FROM WAIST TO ANKLE, NO POCKET, NO DRAWCORD
FABRICATION:LEGGING:97%COTTON3%SPANDEX KNIT JERSEY
HANGER CODE:9508B   HANGER COST$0.085/PC   X  12

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN4554 | **REFERENCE NO.** | 804C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GH8CG39000BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, 348, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SR1958 | QUARTER NE GREY/BLACK | | 83 | 83 | 53.460 USD | 4,437.18 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**  320047692967

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  1 ASSORTMENT

# COMMERCIAL INVOICE

Page 3 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26176/ |

STYLE: MH8OL16015MM
DESCRIPTION: MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM :  3 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 15.5 - 16 LBS
-
HANGER CODE: #584SB: $0.115/pc
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SR1958 | **REFERENCE NO.** | 804C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8OL16015MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | ST1817 | MODAL CARD DARK GREY HEAT | | 14 | 14 | 69.570 USD | 973.98 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070557947 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD DARK GREY HEAT | 23 | 23 | 46.380 USD | 1,066.74 USD |
|-------|--------|---------------------------|-----|-----|-----------|-------------|
|       |        |                           | CARTONS | AST | AST |  |

| | |
|---|---|
| **ITEM:** | 350070557954 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD DARK GREY HEAT | 34 | 34 | 54.110 USD | 1,839.74 USD |
|-------|--------|---------------------------|-----|-----|-----------|-------------|
|       |        |                           | CARTONS | AST | AST |  |

| | |
|---|---|
| **ITEM:** | 350070557988 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

# COMMERCIAL INVOICE

Page 5 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | | 21 | 21 | 46.380  USD | 973.98  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070566229 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25658/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | | 29 | 29 | 54.110  USD | 1,569.19  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070575832 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25658/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 6 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | | 6 | 6 | 46.380  USD | 278.28  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070579073 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25659/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | | 8 | 8 | 54.110  USD | 432.88  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070579131 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25659/ |

STYLE: MF8ST16837YM

# COMMERCIAL INVOICE

Page 7 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China         **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD MEDIEVAL BLUE | | 2 | 2 | 46.380  USD | 92.76  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070579222 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25660/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

# COMMERCIAL INVOICE

Page 8 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | ST1817 | MODAL CARD MEDIEVAL BLUE | | 6 | 6 | 54.110  USD | 324.66  USD |
|-------|--------|--------------------------|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

| | | |
|------|------|------|
| ITEM: | 350070579255 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1  ASSORTMENT | |
| SEARS DIV | 641 | |
| SEARS ITEM/SKU | 25660/ | |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|------|------|---|------|------|
| CONTRACT NO. | ST1817 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | |
| VENDOR ITEM CODE | MF8ST16837YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 | |

| | |
|------|------|
| FACTORY NO. | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| SEARS | ST1817 | MODAL CARD MEDIEVAL BLUE | | 1 | 1 | 46.380  USD | 46.38  USD |
|-------|--------|--------------------------|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

| | | |
|------|------|------|
| ITEM: | 350070579263 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1  ASSORTMENT | |
| SEARS DIV | 641 | |
| SEARS ITEM/SKU | 25660/ | |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|------|------|---|------|------|
| CONTRACT NO. | ST1817 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | |
| VENDOR ITEM CODE | MF8ST16837YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 | |

| | |
|------|------|
| FACTORY NO. | 101969 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | 10 | 10 | 69.570  USD | 695.70  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350081315673 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25658/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | | 4 | 4 | 69.570  USD | 278.28  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350081396665 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25659/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 10 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | 12 | 12 | 63.270 USD | 759.24 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857718 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11845/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | 21 | 21 | 42.180 USD | 885.78 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857726 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11845/ |

STYLE: MF8ST16839YM

# COMMERCIAL INVOICE

Page 11 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| **SEARS** | SU1850 | VNECK SWTR BIKING RED | | 8 | 8 | 42.180 USD | 337.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857775 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11985/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

# COMMERCIAL INVOICE

Page 12 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China         **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SU1850 | VNECK SWTR COAL MINE HEAT | 6 | 6 | 42.180  USD | 253.08  USD |
|-------|--------|---------------------------|---|---|-------------|-------------|
|       |        |                           | CARTONS | AST | AST |  |

| | |
|---|---|
| **ITEM:** | 350097857825 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12303/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SU1850 | VNECK SWTR BLACK ONYX | 3 | 3 | 42.180  USD | 126.54  USD |
|-------|--------|------------------------|---|---|-------------|-------------|
|       |        |                        | CARTONS | AST | AST |  |

| | |
|---|---|
| **ITEM:** | 350097857874 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12717/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 13 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR RAIN FOREST | | 3 | 3 | 42.180  USD | 126.54  USD |
|-------|--------|------------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**            350097857924
**MADE IN**          CHINA (MAINLAND)
**CONTENTS**         1  ASSORTMENT
**SEARS DIV**        641
**SEARS ITEM/SKU** | 13133/

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**       101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**       CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR RAIN FOREST | | 1 | 1 | 42.180  USD | 42.18  USD |
|-------|--------|------------------------|--|---|---|-------------|------------|
| | | | | CARTONS | AST | AST | |

**ITEM:**            350097857940
**MADE IN**          CHINA (MAINLAND)
**CONTENTS**         1  ASSORTMENT
**SEARS DIV**        641
**SEARS ITEM/SKU** | 13133/

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 14 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | 35 | 35 | 49.210 USD | 1,722.35 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859060 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11845/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BIKING RED | 3 | 3 | 63.270 USD | 189.81 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859086 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11985/ |

STYLE: MF8ST16839YM

# COMMERCIAL INVOICE

Page 15 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

---

| **SEARS** | SU1850 | VNECK SWTR BIKING RED | 15 | 15 | 49.210 USD | 738.15 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 350097859094 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 11985/ | | | | | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 16 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SU1850 | VNECK SWTR COAL MINE HEAT | 4 | 4 | 63.270 USD | 253.08 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859128 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12303/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR COAL MINE HEAT | 8 | 8 | 49.210 USD | 393.68 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859136 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12303/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969

# COMMERCIAL INVOICE

Page 17 of 19

DATE: September 10, 2018

INVOICE NO.: 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

FTY MID NO.          CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BLACK ONYX | | 1 | 1 | 63.270 USD | 63.27 USD |
|-------|--------|------------------------|--|---|---|------------|-----------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 350097859151 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 12717/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| CONTRACT NO. | SU1850 | REFERENCE NO. | 803C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | MF8ST16839YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

FACTORY NO.          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

FTY MID NO.          CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BLACK ONYX | | 9 | 9 | 49.210 USD | 442.89 USD |
|-------|--------|------------------------|--|---|---|------------|-----------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 350097859169 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 12717/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 18 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR RAIN FOREST | | 7 | 7 | 49.210 USD | 344.47 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859177 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 13133/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 380 | 380 | ASSORTMENTS | 19,902.65 USD |

# COMMERCIAL INVOICE

Page 19 of 19

**DATE:** September 10, 2018

**INVOICE NO.:** 201821784669

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:**   Mira Loma , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

**TOTAL US DOLLARS NINETEEN THOUSAND NINE HUNDRED TWO DOLLARS AND SIXTY-FIVE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
| --- |

**EMPLOYEE NAME**  _____

**EMPLOYEE TITLE**  _____

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU580712707 | 7173495098 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 10-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:**

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG) MAERSK ANTARES 837N | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MNBU3825349 SEALCODE1: CN6765566 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS  1 ASSORTMENT | 1 | 40' HIGH CUBE NON-OPERATI 380 CARTON SAID TO CONTAIN SWEATER PO NO:SM4553 REF NO:802C SWEATER PO NO:SN4554 REF NO:804C SWEATER PO NO:SR1958 REF NO:804C SWEATER PO NO:ST1817 REF NO:803C SWEATER PO NO:SU1850 REF NO:803C TOTAL QTY: 380PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY | 1224.700 KG 2700.000 LB | 8.662 M3 305.855 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:   16-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by  QINGDAO

Month  Sep    Day  18    Year  2018

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | | MAEU580712707 | 7173495098 |
| | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 10-SEP-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO., 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG) MAERSK ANTARES 837N | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NO OF ORIGINALS 1/ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | | |
|---|---|---|---|---|---|
| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | | GROSS WEIGHT | MEASUREMENT |
| | | SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/15/2018 FCR DATE:09/10/2018 | | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: 16-Aug-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by    QINGDAO

Month    Sep    Day    18    Year    2018

# COMMERCIAL INVOICE

Page 1 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821783023

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | ST1845 | CREW SWTR DARK GREY | | 27 | 27 | 42.180 USD | 1,138.86 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 350097857379 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 11202/ | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | ST1845 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | MF8ST16838YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

FACTORY NO.     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
FTY MID NO.     CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | ST1845 | CREW SWTR BLUE INDIGO | | 23 | 23 | 42.180 USD | 970.14 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 350097857486 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 11295/ | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | ST1845 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | MF8ST16838YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

FACTORY NO.     101969

# COMMERCIAL INVOICE

Page 2 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821783023

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**       CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLACK ONYX | | 23 | 23 | 42.180  USD | 970.14  USD |
|-------|--------|----------------------|--|-----|-----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857536 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11387/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**       101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**       CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR TAWNY PORT | | 19 | 19 | 42.180  USD | 801.42  USD |
|-------|--------|----------------------|--|-----|-----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857585 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11408/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 3 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821783023

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | ST1845 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | MF8ST16838YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR MEDIEVAL BLUE | | 19 | 19 | 42.180 USD | 801.42 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 350097857635 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 11841/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | ST1845 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | MF8ST16838YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLUE INDIGO | | 12 | 12 | 63.270 USD | 759.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 350097858856 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 11295/ |

STYLE: MF8ST16838YM

# COMMERCIAL INVOICE

Page 4 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821783023

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | ST1845 | CREW SWTR BLUE INDIGO | | 35 | 35 | 49.210  USD | 1,722.35  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097858864 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 11295/ | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

## COMMERCIAL INVOICE

Page 5 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821783023

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | ST1845 | CREW SWTR BLACK ONYX | | 12 | 12 | 63.270  USD | 759.24  USD |
|-------|--------|----------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097858880 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 11387/ | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | ST1845 | CREW SWTR BLACK ONYX | | 35 | 35 | 49.210  USD | 1,722.35  USD |
|-------|--------|----------------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097858898 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 11387/ | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 6 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821783023

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR TAWNY PORT | | 8 | 8 | 63.270 USD | 506.16 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350097858914
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11408/

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR TAWNY PORT | | 20 | 20 | 49.210 USD | 984.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350097858922
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11408/

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 7 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821783023

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR MEDIEVAL BLUE | 8 | 8 | 63.270 USD | 506.16 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858948 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11841/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR MEDIEVAL BLUE | 20 | 20 | 49.210 USD | 984.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858955 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11841/ |

STYLE: MF8ST16838YM

# COMMERCIAL INVOICE

Page 8 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821783023

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| **SEARS** | ST1845 | CREW SWTR DARK GREY | | 20 | 20 | 63.270 USD | 1,265.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097899546 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 11202/ | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 9 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821783023

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | ST1845 | CREW SWTR DARK GREY | 42 | 42 | 49.210  USD | 2,066.82  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097900393 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 11202/ | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 323 | 323 | ASSORTMENTS | 15,958.10  USD |

**TOTAL US DOLLARS FIFTEEN THOUSAND NINE HUNDRED FIFTY-EIGHT DOLLARS AND TEN CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821783023

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# FORWARDER'S CARGO RECEIPT



| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD<br>NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU580712707 | 7173495109 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>10-SEP-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO.,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>ATTN: MARY ELLEN WRATSCHKO<br>TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG)<br>MAERSK ANTARES 837N | PORT OF LADING<br>QINGDAO,CHINA | |
| PORT OF DISCHARGE<br>LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER<br>MIRA LOMA, CA, US | NO OF ORIGINALS<br>1/ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSWU9072570<br>SEALCODE1:<br>CN7733181<br>MARKS & NO:<br>SEARS<br>ITEM:<br>MADE IN CHINA<br>CONTENTS  1<br>ASSORTMENT | 1 | 40' HIGH CUBE NON-OPERATI 323 CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:ST1845<br>REF NO:803C<br>TOTAL QTY:323PCS<br>CODE: CCD/MIRA LOMA,CA 91752 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT<br>SAILING DATE:09/15/2018<br>FCR DATE:09/10/2018 | 897.900 KG<br>1979.530 LB | 6.588 M3<br>232.622 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on:     16-Aug-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by   QINGDAO _____

Month   Sep    Day   18    Year   2018

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SI6652 | EASY CARDI DARK DENIM | | 44 | 44 | 55.300  USD | 2,433.20  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 620020794699 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 46834/ | | | | | | |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |
| **FACTORY NO.** | 101969 | | | |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SI6652 | EASY CARDI DARK DENIM | | 24 | 24 | 79.000  USD | 1,896.00  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 620020807129 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 46834/ | | | | | | |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |
| **FACTORY NO.** | 101969 | | | |

# COMMERCIAL INVOICE

Page 2 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SI6652 | EASY CARDI SILVER GRAY | 44 | 44 | 55.300 USD | 2,433.20 USD |
|-------|--------|------------------------|----|----|------------|--------------|
|       |        |                        | CARTONS | AST | AST |          |

| | |
|---|---|
| **ITEM:** | 620020807178 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46835/ |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE  TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**        CNHAIQINHAI

| SEARS | SI6652 | EASY CARDI SILVER GRAY | 24 | 24 | 79.000 USD | 1,896.00 USD |
|-------|--------|------------------------|----|----|------------|--------------|
|       |        |                        | CARTONS | AST | AST |          |

| | |
|---|---|
| **ITEM:** | 620020807186 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46835/ |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE  TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

## COMMERCIAL INVOICE

Page 3 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SI6652 | EASY CARDI OLIVE NIGHT | 50 | 50 | 55.300  USD | 2,765.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 620020807236 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46836/ |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE  TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SI6652 | EASY CARDI OLIVE NIGHT | 34 | 34 | 79.000  USD | 2,686.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 620020807327 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46836/ |

Style: WP9SS72555PT

# COMMERCIAL INVOICE

Page 4 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SI6652 | EASY CARDI PALE KHAKI | 51 | 51 | 55.300  USD | 2,820.30  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 620020807376 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 46837/ | | | | | |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SI6652 | EASY CARDI PALE KHAKI | 34 | 34 | 79.000 USD | 2,686.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 620020807384 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 616 | |
| **SEARS ITEM/SKU** | 46837/ | |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SJ6651 | CIRCLE SHI MEDIEVAL BLUE | 52 | 52 | 83.600 USD | 4,347.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 440019003284 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 616 | |
| **SEARS ITEM/SKU** | 46828/ | |

Style: WP9SE72240PL
Description: SIMPLY EMMA LADIES KNITTED PULLOVER. ROUND NECK. SLEEVELESS
ALLOVER HALF CARDIGAN KNITTED. PRETWISTED YARNS
FABRICATION: 81%RAYON 12%POLYESTER 7%METALLIC, WEIGHT: 7 - 7.5 LBS
Stitches per 1cm: 5.5 VERTICAL 3 HORIZONTAL
Reusable Hanger Code: 579SB
FABRIC CONTAINS METAL YARNS TWISTED INTO THE RAYON YARN PRIOR TO FABRIC KNITTING

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ6651 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WP9SE72240PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 6 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SJ6651 | CIRCLE SHI MEDIEVAL BLUE | | 18 | 18 | 83.600  USD | 1,504.80  USD |
|-------|--------|--------------------------|--|----|----|-------------|----------------|
|       |        |                          |  | CARTONS | AST | | AST |

| | |
|--|--|
| **ITEM:** | 440019003292 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46828/ |

Style: WP9SE72240PL
Description: SIMPLY EMMA LADIES KNITTED PULLOVER. ROUND NECK. SLEEVELESS
ALLOVER HALF CARDIGAN KNITTED. PRETWISTED YARNS
FABRICATION: 81%RAYON 12%POLYESTER 7%METALLIC, WEIGHT: 7 - 7.5 LBS
Stitches per 1cm: 5.5 VERTICAL 3 HORIZONTAL
Reusable Hanger Code: 579SB
FABRIC CONTAINS METAL YARNS TWISTED INTO THE RAYON YARN PRIOR TO FABRIC KNITTING

| | | | |
|--|--|--|--|
| **CONTRACT NO.** | SJ6651 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SE72240PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SJ6651 | CIRCLE SHI EVENING SAND | | 52 | 52 | 83.600  USD | 4,347.20  USD |
|-------|--------|-------------------------|--|----|----|-------------|----------------|
|       |        |                         |  | CARTONS | AST | | AST |

| | |
|--|--|
| **ITEM:** | 440019007079 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46829/ |

Style: WP9SE72240PL
Description: SIMPLY EMMA LADIES KNITTED PULLOVER. ROUND NECK. SLEEVELESS
ALLOVER HALF CARDIGAN KNITTED.PRETWISTED YARNS
FABRICATION: 81%RAYON 12%POLYESTER 7%METALLIC, WEIGHT: 7 - 7.5 LBS
Stitches per 1cm: 5.5 VERTICAL 3 HORIZONTAL
Reusable Hanger Code: 579SB
FABRIC CONTAINS METAL YARNS TWISTED INTO THE RAYON YARN PRIOR TO FABRIC KNITTING

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ6651 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SE72240PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | SJ6651 | CIRCLE SHI EVENING SAND | 18 | 18 | 83.600 USD | 1,504.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 440019007418
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 616
**SEARS ITEM/SKU** 46829/

Style: WP9SE72240PL
Description: SIMPLY EMMA LADIES KNITTED PULLOVER. ROUND NECK. SLEEVELESS
ALLOVER HALF CARDIGAN KNITTED. (PRETWISTED YARNS
FABRICATION: 81%RAYON 12%POLYESTER 7%METALLIC, WEIGHT: 7 - 7.5 LBS
Stitches per 1cm: 5.5 VERTICAL 3 HORIZONTAL
Reusable Hanger Code: 579SB
FABRIC CONTAINS METAL YARNS TWISTED INTO THE RAYON YARN PRIOR TO FABRIC KNITTING

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ6651 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SE72240PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**     101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**     CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR COAL MINE HTHR | 19 | 19 | 72.720 USD | 1,381.68 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 350082872151
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25927/

STYLE: MH8ST16836YM

# COMMERCIAL INVOICE

Page 8 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| **SEARS** | SP1921 | PAISLEY CR COAL MINE HTHR | 38 | 38 | 56.560  USD | 2,149.28  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**  350082872169

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  1  ASSORTMENT

**SEARS DIV**  641

**SEARS ITEM/SKU**  25927/

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

# COMMERCIAL INVOICE

Page 9 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | | 7 | 7 | 72.720 USD | 509.04 USD |
|-------|--------|---------------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 350082872235 |
|-------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25928/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 803C |
|------------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |
|-----------------|--------|

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | | 17 | 17 | 56.560 USD | 961.52 USD |
|-------|--------|---------------------------|--|----|----|------------|------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 350082872284 |
|-------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25928/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 803C |
|------------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |
|-----------------|--------|

# COMMERCIAL INVOICE

Page 10 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR COAL MINE HTHR | | 26 | 26 | 48.480  USD | 1,260.48  USD |
|-------|--------|---------------------------|---|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350085391829 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25927/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 803C |
|------------------|--------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | | 15 | 15 | 48.480  USD | 727.20  USD |
|-------|--------|---------------------------|---|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350085391837 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25928/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 11 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SR1957 | QUARTER NE BLACK COMBO | 58 | 58 | 47.220  USD | 2,738.76  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 320059220194 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26224/ |

STYLE: MH8OL16016MM
DESCRIPTION: MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM :  6 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 10 - 10.5 LBS
HANGER CODE: #584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SR1957 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8OL16016MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SR1959 | QUARTER NE PEWTER GREY HE | 14 | 14 | 63.300  USD | 886.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 320047693031 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26177/ |

STYLE: MH8OL16017MM

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: MENS KNITTED SWEATER
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 11 - 11.5 LBS
-
HANGER CODE: #584SB: $0.115 / pc
-
-
-

| | | |
|---|---|---|
| **CONTRACT NO.** | SR1959 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8OL16017MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SR1959 | QUARTER NE ERMINE | | 3 | 3 | 63.300  USD | 189.90  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 320047693494 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26178/ |

STYLE: MH8OL16017MM
DESCRIPTION: MENS KNITTED SWEATER
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 11 - 11.5 LBS
-
HANGER CODE: #584SB: $0.115 / pc
-
-
-

| | | |
|---|---|---|
| **CONTRACT NO.** | SR1959 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8OL16017MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

## COMMERCIAL INVOICE

Page 13 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BLACK ONYX | | 3 | 3 | 65.250  USD | 195.75  USD |
|-------|--------|-----------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070603667 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25661/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LS POLO SW BLACK ONYX | | 8 | 8 | 43.500  USD | 348.00  USD |
|-------|--------|-----------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070605001 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25661/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BLACK ONYX | | 15 | 15 | 50.750  USD | 761.25  USD |
|-------|--------|----------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070605332 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25661/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES ,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BIKING RED | | 3 | 3 | 65.250  USD | 195.75  USD |
|-------|--------|----------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070628110 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25662/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES ,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 15 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BIKING RED | 7 | 7 | 43.500 USD | 304.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070633607 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25662/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BIKING RED | 15 | 15 | 50.750 USD | 761.25 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070636832 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25662/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,

# COMMERCIAL INVOICE

Page 16 of 21
**DATE:** September 10, 2018
**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI
China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | 2 | 2 | 65.250  USD | 130.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 350070641907
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1  ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25663/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 17 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | 5 | 5 | 43.500  USD | 217.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 350070641915 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25663/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | 11 | 11 | 50.750  USD | 558.25  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 350070641923 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25663/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | 2 | 2 | 65.250 USD | 130.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070659107 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25664/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | 5 | 5 | 43.500 USD | 217.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070659255 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25664/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

| | |
|---|---|
| **TO:** | SEARS ROEBUCK & CO. |
| | 3333 Beverly Road |
| | Hoffman Estates, IL 60179 |
| | US |

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

---

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | | 11 | 11 | 50.750 USD | 558.25 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350070659669

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

**SEARS DIV** 641

**SEARS ITEM/SKU** 25664/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES , RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

---

| SEARS | SV1815 | LONG SLEEV TABBY GREY HEA | | 1 | 1 | 43.500 USD | 43.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350070660097

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

**SEARS DIV** 641

**SEARS ITEM/SKU** 25665/

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES , RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 20 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV TABBY GREY HEA | 2 | 2 | 50.750  USD | 101.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 350070661038 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 25665/ | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV TABBY GREY HEA | 1 | 1 | 43.500  USD | 43.50  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 350070664396 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 25665/ | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,

# COMMERCIAL INVOICE

Page 21 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778959

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |
| **FACTORY NO.** | 101969 | | |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 733 | 733 | ASSORTMENTS | 46,691.26   USD |

TOTAL US DOLLARS FORTY-SIX THOUSAND SIX HUNDRED NINETY-ONE DOLLARS AND TWENTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

**FORWARDER'S CARGO RECEIPT**

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP
CO.,LTD
NO.269,WEST WENHUA ROAD,HI-TECH
DEVE ZONE,WEIHAI,CHINA

BOOKING NO.
MAEU580712707

CARGO RECEIPT NO.
717349511T

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
11-SEP-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

PRE-CARRIAGE BY

PLACE OF RECEIPT BY PRE-CARRIER
QINGDAO,CHINA

EXPORT LICENSE NO

EXPORT CARRIER (VESSEL/VOW/FLAG)
MAERSK ANTARES 837N

PORT OF LADING
QINGDAO,CHINA

PORT OF DISCHARGE
LONG BEACH, CA, US

PORT OF DELIVERY BY ON CARRIER
MIRA LOMA, CA, US

NO OF ORIGINALS
1/ONE

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSWU9072570<br>SEALCODE1:<br>CN7733181<br>MARKS & NO:<br>SEARS<br>ITEM:<br>MADE IN CHINA<br>CONTENTS  1<br>ASSORTMENT | 1 | 40' HIGH CUBE NON-OPERATI 733 CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:SI6652 REF NO:801C<br>SWEATER<br>PO NO:SJ6651 REF NO:801C<br>SWEATER<br>PO NO:SP1921 REF NO:803C<br>SWEATER<br>PO NO:SR1957 REF NO:803C<br>SWEATER<br>PO NO:SR1959 REF NO:803C<br>SWEATER<br>PO NO:SV1815 REF NO:803C<br>TOTAL QTY:733 PCS | 2543.700 KG<br>5607.900 LB | 21.599 M3<br>762.661 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:    17-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by   QINGDAO

Month   Sep      Day   18      Year   2018

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | MAEU580712707 | 717349511T |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 11-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK ANTARES 837N | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:09/15/2018 FCR DATE:09/11/2018 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on: 17-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by   QINGDAO _____

Month   Sep      Day   18      Year   2018

# COMMERCIAL INVOICE

Page 1 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821782595

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | ST1845 | CREW SWTR DARK GREY | | 22 | 22 | 42.180  USD | 927.96  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097857379 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 11202/ | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |
| **FACTORY NO.** | 101969 | | |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| **FTY MID NO.** | CNHAIQINHAI |
|---|---|

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | ST1845 | CREW SWTR BLUE INDIGO | | 19 | 19 | 42.180  USD | 801.42  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097857486 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 11295/ | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |
| **FACTORY NO.** | 101969 | | |

# COMMERCIAL INVOICE

Page 2 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821782595

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLACK ONYX | | | 19 | 19 | 42.180 USD | 801.42 USD |
|-------|--------|----------------------|--|--|----|----|------------|------------|
| | | | | | CARTONS | AST | AST | |

**ITEM:** 350097857536
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11387/

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|--|--|--|--|--|--|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR TAWNY PORT | | | 15 | 15 | 42.180 USD | 632.70 USD |
|-------|--------|----------------------|--|--|----|----|------------|------------|
| | | | | | CARTONS | AST | AST | |

**ITEM:** 350097857585
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11408/

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 3 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821782595

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR MEDIEVAL BLUE | 15 | 15 | 42.180  USD | 632.70  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857635 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11841/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR BLUE INDIGO | 10 | 10 | 63.270  USD | 632.70  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858856 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11295/ |

STYLE: MF8ST16838YM

# COMMERCIAL INVOICE

Page 4 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821782595

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | ST1845 | CREW SWTR BLUE INDIGO | | 29 | 29 | 49.210 USD | 1,427.09 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097858864 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 11295/ | | | | | | |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 58% COTTON 31% MODAL 11% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821782595

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

| SEARS | ST1845 | CREW SWTR BLACK ONYX | | 10 | 10 | 63.270  USD | 632.70  USD |
|-------|--------|----------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858880 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11387/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | ST1845 | CREW SWTR BLACK ONYX | | 29 | 29 | 49.210  USD | 1,427.09  USD |
|-------|--------|----------------------|--|----|----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858898 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11387/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 6 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821782595

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR TAWNY PORT | | 6 | 6 | 63.270 USD | 379.62 USD |
|-------|--------|----------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350097858914
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11408/

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR TAWNY PORT | | 17 | 17 | 49.210 USD | 836.57 USD |
|-------|--------|----------------------|--|----|----|------------|------------|
| | | | | CARTONS | AST | AST | |

**ITEM:** 350097858922
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 11408/

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 7 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821782595

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR MEDIEVAL BLUE | 6 | 6 | 63.270  USD | 379.62  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858948 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11841/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | ST1845 | CREW SWTR MEDIEVAL BLUE | 17 | 17 | 49.210  USD | 836.57  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097858955 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11841/ |

STYLE: MF8ST16838YM

# COMMERCIAL INVOICE

Page 8 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821782595

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| **SEARS** | ST1845 | CREW SWTR DARK GREY | | 17 | 17 | 63.270 USD | 1,075.59 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097899546 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11202/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1845 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16838YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 9 of 10

**DATE:** September 10, 2018

**INVOICE NO.:** 201821782595

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | ST1845 | CREW SWTR DARK GREY | | 35 | 35 | 49.210 USD | 1,722.35 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 350097900393 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 11202/ |

STYLE: MF8ST16838YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60%COTTON 30%MODAL 10%NYLON , KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| CONTRACT NO. | ST1845 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | MF8ST16838YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| PAYMENT TERM | Open Acct |
|---|---|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 266 | 266 | ASSORTMENTS | 13,146.10   USD |

**TOTAL US DOLLARS THIRTEEN THOUSAND ONE HUNDRED FORTY-SIX DOLLARS AND TEN CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821782595

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
| --- |
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD

APLU065928579

7173494977

NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA

AWB 7173494977

10-SEP-2018

SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

COSCO HARMONY 042

QINGDAO,CHINA

NEW YORK, NY, US

CHAMBERSBURG, PA, US      1/ONE

| CTRNO: | 1 | 40' HIGH CUBE CONTAINER 266 CARTON | 739.400 KG | 5.425 M3 |
|---|---|---|---|---|
| CMAU7515912 | | SAID TO CONTAIN | 1630.100 LB | 191.557 F3 |
| SEALCODE1: | | SWEATER | | |
| K7129129 | | PO NO:ST1845 | | |
| MARKS & NO: | | REF NO:803P | | |
| SEARS | | TOTAL QTY: PCS | | |
| ITEM: | | CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR) | | |
| MADE IN CHINA | | THE ABOVE SHIPMENT DOES NOT CONTAIN ANY | | |
| CONTENTS  1 | | SOLID WOOD PACKING MATERIAL. | | |
| ASSORTMENT | | FREIGHT COLLECT | | |
| | | SAILING DATE:09/16/2018 | | |
| | | FCR DATE:09/10/2018 | | |

17-Aug-2018

| CARGO RECEIPT | 1 | 1 |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

QINGDAO

Oct          08          2018

# COMMERCIAL INVOICE

Page 1 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SM4553 | MARLED OPE DARK DENIM | | 1 | 1 | 59.500  USD | 59.50  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 770070181037 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59612/ | | | | | | |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

| | CONTRACT NO. | SM4553 | REFERENCE NO. | 802P |
|---|---|---|---|---|
| | DC CODE | PCD | DEPARTMENT NO. | 034 |
| | DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| | VENDOR ITEM CODE | GP9RC31050BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 646 |
| | FACTORY NO. | 101969 | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | |
| | BICHENG INDUSTRIAL PARK | | | |
| | HAIYANG | | | |
| | SHANDONG | | | |
| | China | | | |
| | FTY MID NO. | CNHAIQINHAI | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SM4553 | MARLED OPE ICED VANILLA H | | 1 | 1 | 59.500  USD | 59.50  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 770070181102 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59613/ | | | | | | |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

# COMMERCIAL INVOICE

Page 2 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 646 |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**      CNHAIQINHAI

| SEARS | SR1958 | QUARTER NE GREY/BLACK | 68 | 68 | 53.460  USD | 3,635.28  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 320047692967 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26176/ |

STYLE: MH8OL16015MM
DESCRIPTION: MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM :  3 VERTICAL 2.5 HORIZONTAL
FABRIC WEIGHT : 15.5 - 16 LBS
-
HANGER CODE: #584SB: $0.115/pc
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SR1958 | **REFERENCE NO.** | 804P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8OL16015MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**      CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD DARK GREY HEAT | 12 | 12 | 69.570  USD | 834.84  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070557947 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

# COMMERCIAL INVOICE

Page 3 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | |
|---|---|
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | ST1817 | MODAL CARD DARK GREY HEAT | 19 | 19 | 46.380 USD | 881.22 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070557954 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25657/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 4 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | ST1817 | MODAL CARD DARK GREY HEAT | | 28 | 28 | 54.110 USD | 1,515.08 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| ITEM: | 350070557988 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 641 | |
| SEARS ITEM/SKU | 25657/ | |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1817 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | |
| VENDOR ITEM CODE | MF8ST16837YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 | |

| | |
|---|---|
| FACTORY NO. | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| FTY MID NO. | CNHAIQINHAI |

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | 17 | 17 | 46.380 USD | 788.46 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| ITEM: | 350070566229 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 641 | |
| SEARS ITEM/SKU | 25658/ | |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1817 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 | |
| VENDOR ITEM CODE | MF8ST16837YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 | |

| | |
|---|---|
| FACTORY NO. | 101969 |

# COMMERCIAL INVOICE

Page 5 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | 23 | 23 | 54.110 USD | 1,244.53 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350070575832 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25658/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**      CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | | 4 | 4 | 46.380 USD | 185.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350070579073 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25659/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 6 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD TAWNY PORT | 6 | 6 | 54.110 USD | 324.66 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 350070579131
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25659/

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| SEARS | ST1817 | MODAL CARD MEDIEVAL BLUE | 1 | 1 | 46.380 USD | 46.38 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 350070579222
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 25660/

STYLE: MF8ST16837YM

# COMMERCIAL INVOICE

Page 7 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | ST1817 | MODAL CARD MEDIEVAL BLUE | | 4 | 4 | 54.110  USD | 216.44  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070579255 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25660/ |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 8 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | ST1817 | MODAL CARD BLACK ONYX | | 8 | 8 | 69.570  USD | 556.56  USD |
|-------|--------|------------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350081315673 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 25658/ | |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | ST1817 | MODAL CARD TAWNY PORT | | 3 | 3 | 69.570  USD | 208.71  USD |
|-------|--------|------------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350081396665 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 25659/ | |

STYLE: MF8ST16837YM
DESCRIPTION: STRUCTURE MENS KNITTED CARDIGAN SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNITTED, 12GG, 1 END,
FABRIC WEIGHT: 7.5-8.0 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | ST1817 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16837YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 9 of 17

DATE: September 10, 2018

INVOICE NO.: 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | | 10 | 10 | 63.270 USD | 632.70 USD |
|-------|--------|---------------------------|---|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857718 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11845/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | | 17 | 17 | 42.180 USD | 717.06 USD |
|-------|--------|---------------------------|---|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857726 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11845/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 10 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BIKING RED | | 7 | 7 | 42.180 USD | 295.26 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857775 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 11985/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR COAL MINE HEAT | | 4 | 4 | 42.180 USD | 168.72 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097857825 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12303/ |

STYLE: MF8ST16839YM

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**      CNHAIQINHAI

| **SEARS** | SU1850 | VNECK SWTR BLACK ONYX | | 3 | 3 | 42.180  USD | 126.54  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097857874 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 12717/ | | | | | | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**      101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**      CNHAIQINHAI

# COMMERCIAL INVOICE

Page 12 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| SEARS | SU1850 | VNECK SWTR RAIN FOREST | | 2 | 2 | 42.180 USD | 84.36 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097857924 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 13133/ | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SU1850 | VNECK SWTR DARK GREY HEAT | | 29 | 29 | 49.210 USD | 1,427.09 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350097859060 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1 ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 11845/ | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 13 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BIKING RED | | 3 | 3 | 63.270 USD | 189.81 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**  350097859086
**MADE IN**  CHINA (MAINLAND)
**CONTENTS**  1 ASSORTMENT
**SEARS DIV**  641
**SEARS ITEM/SKU**  11985/

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR BIKING RED | | 13 | 13 | 49.210 USD | 639.73 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**  350097859094
**MADE IN**  CHINA (MAINLAND)
**CONTENTS**  1 ASSORTMENT
**SEARS DIV**  641
**SEARS ITEM/SKU**  11985/

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 14 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR COAL MINE HEAT | | 3 | 3 | 63.270 USD | 189.81 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859128 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12303/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SU1850 | VNECK SWTR COAL MINE HEAT | | 6 | 6 | 49.210 USD | 295.26 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859136 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12303/ |

STYLE: MF8ST16839YM

# COMMERCIAL INVOICE

Page 15 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| **SEARS** | SU1850 | VNECK SWTR BLACK ONYX | | 1 | 1 | 63.270  USD | 63.27  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350097859151 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 12717/ | | | | | | |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | | |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | | |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

# COMMERCIAL INVOICE

Page 16 of 17

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| SEARS | SU1850 | VNECK SWTR BLACK ONYX | 8 | 8 | 49.210  USD | 393.68  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859169 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 12717/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SU1850 | VNECK SWTR RAIN FOREST | 5 | 5 | 49.210  USD | 246.05  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350097859177 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 13133/ |

STYLE: MF8ST16839YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
V NECK, LONG SLEEVES, JERSEY ALLOVER, RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG, 1 END,
FABRIC WEIGHT: 7-7.5 LBS PER DOZ,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU1850 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16839YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821781297

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**            CNHAIQINHAI

**PAYMENT TERM**         Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**         OPEN ACCOUNT
**LC#**                 NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 306 | 306 | ASSORTMENTS | 16,026.02  USD |

**TOTAL US DOLLARS SIXTEEN THOUSAND TWENTY-SIX DOLLARS AND TWO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD

APLU065928579

7173494955

NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA

AWB 7173494955

11-SEP-2018

SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

COSCO HARMONY 042

QINGDAO,CHINA

NEW YORK, NY, US

CHAMBERSBURG, PA, US

1/ONE

CTRNO:                     1
CMAU7515912
SEALCODE1:
K7129129
MARKS & NO:
SEARS
ITEM:
MADE IN CHINA
CONTENTS  1
ASSORTMENT

40' HIGH CUBE CONTAINER 306 CARTON
SAID TO CONTAIN
SWEATER
PO NO:SM4553 REF NO:802P
SWEATER
PO NO:SR1958 REF NO:804P
SWEATER
PO NO:ST1817 REF NO:803P
SWEATER
PO NO:SU1850 REF NO:803P
TOTAL QTY: 306PCS
CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR)
THE ABOVE SHIPMENT DOES NOT CONTAIN ANY
SOLID WOOD PACKING MATERIAL.
FREIGHT COLLECT

988.000 KG          6.993 M3
2178.170 LB        246.923 F3

17-Aug-2018

| | | |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

QINGDAO

Oct              08              2018

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD

APLU065928579

7173494955

NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA

AWB 7173494955

11-SEP-2018

SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

COSCO HARMONY 042

QINGDAO,CHINA

NEW YORK, NY, US

CHAMBERSBURG, PA, US

1/ONE

SAILING DATE:09/16/2018
FCR DATE:09/11/2018

17-Aug-2018

| | | |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

QINGDAO

Oct          08          2018

# COMMERCIAL INVOICE

Page 1 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SI6652 | EASY CARDI DARK DENIM | | 36 | 36 | 55.300  USD | 1,990.80  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 620020794699 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 46834/ | | | | | | |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SI6652 | EASY CARDI DARK DENIM | | 19 | 19 | 79.000  USD | 1,501.00  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 620020807129 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 46834/ | | | | | | |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969

# COMMERCIAL INVOICE

Page 2 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SI6652 | EASY CARDI SILVER GRAY | | 36 | 36 | 55.300 USD | 1,990.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 620020807178 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46835/ |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SI6652 | EASY CARDI SILVER GRAY | | 19 | 19 | 79.000 USD | 1,501.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 620020807186 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46835/ |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

# COMMERCIAL INVOICE

Page 3 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SI6652 | EASY CARDI OLIVE NIGHT | 41 | 41 | 55.300 USD | 2,267.30 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 620020807236 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46836/ |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE  TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SI6652 | EASY CARDI OLIVE NIGHT | 28 | 28 | 79.000 USD | 2,212.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 620020807327 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46836/ |

Style: WP9SS72555PT

# COMMERCIAL INVOICE

Page 4 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | SI6652 | EASY CARDI PALE KHAKI | | 41 | 41 | 55.300  USD | 2,267.30  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 620020807376 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46837/ |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SI6652 | EASY CARDI PALE KHAKI | | 28 | 28 | 79.000 USD | 2,212.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 620020807384 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 46837/ | | | | | | |

Style: WP9SS72555PT
Description: SIMPLY STYLED LADIEs KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER HALF CARDIGAN KNITTED
FULL NEEDLE AT PLACKE   TUBULER AT CUFF HEM. (NOT KNIT TO SHAPE)
FABRICATION: 59%COTTON 41%ACRYLIC, WEIGHT: 7.5 ? 8 LBS
Stitches per 1cm: 3 VERTICAL 2 HORIZONTAL
Reusable Hanger Code: 584SB

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6652 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WP9SS72555PT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ6651 | CIRCLE SHI MEDIEVAL BLUE | | 41 | 41 | 83.600 USD | 3,427.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 440019003284 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 46828/ | | | | | | |

Style: WP9SE72240PL
Description: SIMPLY EMMA LADIES KNITTED PULLOVER. ROUND NECK. SLEEVELESS
ALLOVER HALF CARDIGAN KNITTED. PRETWISTED YARNS
FABRICATION: 81%RAYON 12%POLYESTER 7%METALLIC, WEIGHT: 7 - 7.5 LBS
Stitches per 1cm: 5.5 VERTICAL 3 HORIZONTAL
Reusable Hanger Code: 579SB
FABRIC CONTAINS METAL YARNS TWISTED INTO THE RAYON YARN PRIOR TO FABRIC KNITTING

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SJ6651 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | WP9SE72240PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**    101969

# COMMERCIAL INVOICE

Page 6 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ6651 | CIRCLE SHI MEDIEVAL BLUE | | 14 | 14 | 83.600 USD | 1,170.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 440019003292 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46828/ |

Style: WP9SE72240PL
Description: SIMPLY EMMA LADIES KNITTED PULLOVER. ROUND NECK. SLEEVELESS
ALLOVER HALF CARDIGAN KNITTED. PRETWISTED YARNS
FABRICATION: 81%RAYON 12%POLYESTER 7%METALLIC, WEIGHT: 7 - 7.5 LBS
Stitches per 1cm: 5.5 VERTICAL 3 HORIZONTAL
Reusable Hanger Code: 579SB
FABRIC CONTAINS METAL YARNS TWISTED INTO THE RAYON YARN PRIOR TO FABRIC KNITTING

| **CONTRACT NO.** | SJ6651 | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SE72240PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ6651 | CIRCLE SHI EVENING SAND | | 42 | 42 | 83.600 USD | 3,511.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 440019007079 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46829/ |

Style: WP9SE72240PL
Description: SIMPLY EMMA LADIES KNITTED PULLOVER. ROUND NECK. SLEEVELESS
ALLOVER HALF CARDIGAN KNITTED.PRETWISTED YARNS
FABRICATION: 81%RAYON 12%POLYESTER 7%METALLIC, WEIGHT: 7 - 7.5 LBS
Stitches per 1cm: 5.5 VERTICAL 3 HORIZONTAL
Reusable Hanger Code: 579SB
FABRIC CONTAINS METAL YARNS TWISTED INTO THE RAYON YARN PRIOR TO FABRIC KNITTING

# COMMERCIAL INVOICE

Page 7 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ6651 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SE72240PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SJ6651 | CIRCLE SHI EVENING SAND | | 14 | 14 | 83.600  USD | 1,170.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 440019007418 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46829/ |

Style: WP9SE72240PL
Description: SIMPLY EMMA LADIES KNITTED PULLOVER. ROUND NECK. SLEEVELESS
ALLOVER HALF CARDIGAN KNITTED. (PRETWISTED YARNS
FABRICATION: 81%RAYON 12%POLYESTER 7%METALLIC, WEIGHT: 7 - 7.5 LBS
Stitches per 1cm: 5.5 VERTICAL 3 HORIZONTAL
Reusable Hanger Code: 579SB
FABRIC CONTAINS METAL YARNS TWISTED INTO THE RAYON YARN PRIOR TO FABRIC KNITTING

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SJ6651 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WP9SE72240PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR COAL MINE HTHR | | 16 | 16 | 72.720  USD | 1,163.52  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

| | |
|---|---|
| **ITEM:** | 350082872151 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25927/ |

STYLE: MH8ST16836YM

# COMMERCIAL INVOICE

Page 8 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| **SEARS** | SP1921 | PAISLEY CR COAL MINE HTHR | | 31 | 31 | 56.560  USD | 1,753.36  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350082872169 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25927/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 9 of 21

DATE: September 10, 2018

INVOICE NO.: 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Qingdao, China          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

                                                FOB China

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | | 5 | 5 | 72.720 USD | 363.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 350082872235 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 25928/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| CONTRACT NO. | SP1921 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | MH8ST16836YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

FACTORY NO.          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

FTY MID NO.          CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | | 14 | 14 | 56.560 USD | 791.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 350082872284 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 25928/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| CONTRACT NO. | SP1921 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | MH8ST16836YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

FACTORY NO.          101969

# COMMERCIAL INVOICE

Page 10 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**    Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR COAL MINE HTHR | | 21 | 21 | 48.480 USD | 1,018.08 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350085391829 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25927/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 803P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| SEARS | SP1921 | PAISLEY CR BLACKBERRY HTH | | 12 | 12 | 48.480 USD | 581.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350085391837 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25928/ |

STYLE: MH8ST16836YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
CREW NECK PAISLEY PATTERN, LONG SLEEVES, RIB AT CUFFS AND HEM
FABRICATION 60% COTTON 30% MODAL 10% NYLON, KNIT 2/28 YARN SIZE, 12GG 1END
FABRIC WEIGHT 8.5 - 9.0 LBS PER DOZ
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1921 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8ST16836YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SR1957 | QUARTER NE BLACK COMBO | 47 CARTONS | 47 AST | 47.220 USD AST | 2,219.34 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320059220194 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26224/ |

STYLE: MH8OL16016MM
DESCRIPTION: MENS KNITTED SWEATER
1/4 ZIP MOCK NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 6 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 10 - 10.5 LBS
HANGER CODE: #584SB

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SR1957 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MH8OL16016MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SR1959 | QUARTER NE PEWTER GREY HE | 11 CARTONS | 11 AST | 63.300 USD AST | 696.30 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320047693031 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26177/ |

STYLE: MH8OL16017MM

# COMMERCIAL INVOICE

Page 12 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION: MENS KNITTED SWEATER
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 11 - 11.5 LBS
-
HANGER CODE: #584SB: $0.115 / pc
-
-
-

| | | |
|---|---|---|
| **CONTRACT NO.** | SR1959 | **REFERENCE NO.** 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** 2642 |
| **VENDOR ITEM CODE** | MH8OL16017MM | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** 345, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SR1959 | QUARTER NE ERMINE | | | 2 | 2 | 63.300  USD | 126.60  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 320047693494 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26178/ |

STYLE: MH8OL16017MM
DESCRIPTION: MENS KNITTED SWEATER
SHAWL NECK, LONG SLEEVES, CURVE ARMHOLE, 2X2 RIB ON CUFFS & HEM
-
FABRICATION: KNITTED 2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3 VERTICAL 3.5 HORIZONTAL
FABRIC WEIGHT : 11 - 11.5 LBS
-
HANGER CODE: #584SB: $0.115 / pc
-
-
-

| | | |
|---|---|---|
| **CONTRACT NO.** | SR1959 | **REFERENCE NO.** 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** 2642 |
| **VENDOR ITEM CODE** | MH8OL16017MM | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** 345, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BLACK ONYX | | 2 | 2 | 65.250  USD | 130.50  USD |
|-------|--------|------------------------|---|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070603667 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25661/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SV1815 | LS POLO SW BLACK ONYX | | 7 | 7 | 43.500  USD | 304.50  USD |
|-------|--------|------------------------|---|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070605001 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25661/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**     101969

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BLACK ONYX | | 13 | 13 | 50.750  USD | 659.75  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350070605332 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25661/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BIKING RED | | 3 | 3 | 65.250  USD | 195.75  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| **ITEM:** | 350070628110 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25662/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 15 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BIKING RED | | 6 | 6 | 43.500  USD | 261.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350070633607 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25662/ | | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV BIKING RED | | 13 | 13 | 50.750  USD | 659.75  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 350070636832 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 25662/ | | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,

# COMMERCIAL INVOICE

Page 16 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SV1815 | LONG SLEEV SMOKEY GREY HE | | | 1 | 1 | 65.250  USD | 65.25  USD |
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 350070641907 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25663/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 17 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | | 4 | 4 | 43.500  USD | 174.00  USD |
|-------|--------|---------------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | | |
|--|--|--|
| **ITEM:** | 350070641915 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 25663/ | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|--|--|--|--|--|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV SMOKEY GREY HE | | 9 | 9 | 50.750  USD | 456.75  USD |
|-------|--------|---------------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| | | |
|--|--|--|
| **ITEM:** | 350070641923 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 1  ASSORTMENT | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 25663/ | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | | |
|--|--|--|--|--|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | | 1 | 1 | 65.250  USD | 65.25  USD |
|-------|--------|------------------------|---|---|---|-------------|------------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350070659107 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25664/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P |
|------------------|--------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | | 4 | 4 | 43.500  USD | 174.00  USD |
|-------|--------|------------------------|---|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350070659255 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25664/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P |
|------------------|--------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

# COMMERCIAL INVOICE

Page 19 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV NAVY BLAZER | | 9 | 9 | 50.750 USD | 456.75 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350070659669 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25664/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES , RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |
|---|---|

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV TABBY GREY HEA | | 1 | 1 | 43.500 USD | 43.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 350070660097 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 25665/ |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES , RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

# COMMERCIAL INVOICE

Page 20 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV TABBY GREY HEA | 2 | 2 | 50.750 USD | 101.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| **ITEM:** | 350070661038 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 25665/ | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,
POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SV1815 | LONG SLEEV TABBY GREY HEA | 1 | 1 | 43.500 USD | 43.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| **ITEM:** | 350070664396 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 25665/ | | | | | |

STYLE: MF8ST16844YM
DESCRIPTION: STRUCTURE MENS KNITTED SWEATER,

# COMMERCIAL INVOICE

Page 21 of 21

**DATE:** September 10, 2018

**INVOICE NO.:** 201821778231

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

POLO NECK WITH BUTTONS ON PLACKET , LONG SLEEVES,  RIB AT CUFFS AND HEM,
FABRICATION: 60% COTTON 30% MODAL 10% NYLON, KNIT, 12GG, 1 END,
STITCH COUNT: VERTICAL 8 HORIZONTAL 6 PER CM
FOLDED PACK

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1815 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | MF8ST16844YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

**PAYMENT TERM**      Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**      OPEN ACCOUNT

**LC#**      NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 594 | 594 | ASSORTMENTS | 37,727.95  USD |

TOTAL US DOLLARS THIRTY-SEVEN THOUSAND SEVEN HUNDRED TWENTY-SEVEN DOLLARS AND NINETY-FIVE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD

APLU065928579

7173494944

NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA

AWB 7173494944

10-SEP-2018

SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

COSCO HARMONY 042

QINGDAO,CHINA

NEW YORK, NY, US

CHAMBERSBURG, PA, US

1/ONE

CTRNO:
CMAU7515912
SEALCODE1:
K7129129
MARKS & NO:
SEARS
ITEM:
MADE IN CHINA
CONTENTS  1
ASSORTMENT

1

40' HIGH CUBE CONTAINER 594 CARTON
SAID TO CONTAIN
SWEATER
PO NO:SI6652 REF NO:801P
SWEATER
PO NO:SJ6651 REF NO:801P
SWEATER
PO NO:SP1921 REF NO:803P
SWEATER
PO NO:SR1957 REF NO:803P
SWEATER
PO NO:SR1959 REF NO:803P
SWEATER
PO NO:SV1815 REF NO:803P
TOTAL QTY: PCS

2053.700 KG
4527.630 LB

17.434 M3
615.595 F3

17-Aug-2018

| | | |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

QINGDAO

Oct          08          2018

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD

APLU065928579

7173494944

NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA

AWB 7173494944

10-SEP-2018

SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

COSCO HARMONY 042

QINGDAO,CHINA

NEW YORK, NY, US

CHAMBERSBURG, PA, US

1/ONE

CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR)
THE ABOVE SHIPMENT DOES NOT CONTAIN ANY
SOLID WOOD PACKING MATERIAL.
FREIGHT COLLECT
SAILING DATE:09/16/2018
FCR DATE:09/10/2018

17-Aug-2018

| | | |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

QINGDAO

Oct            08            2018

# COMMERCIAL INVOICE

Page 1 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122594

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SI6518 | ANGLED RIB 2X BLACK | | 37 | 222 | 8.130  USD | 1,804.86  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 440041383878 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 6  PIECES | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 45810/067 | | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SI6518 | ANGLED RIB 3X BLACK | | 27 | 162 | 8.130  USD | 1,317.06  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 440041383886 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 6  PIECES | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 45810/068 | | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

## COMMERCIAL INVOICE

Page 2 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122594

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | |
|---|---|
| FACTORY NO. | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| SEARS | SI6518 | ANGLED RIB 2X HEATHERCOA | | | 25 CARTONS | 150 PIECES | 8.130  USD PIECES | 1,219.50  USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 440041384587 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 6 PIECES |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 45813/067 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI6518 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WF8SE72006PL | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

| | |
|---|---|
| FACTORY NO. | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| SEARS | SI6518 | ANGLED RIB 3X HEATHERCOA | | | 18 CARTONS | 108 PIECES | 8.130  USD PIECES | 878.04  USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 440041384595 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 6 PIECES |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 45813/068 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

# COMMERCIAL INVOICE

Page 3 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122594

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 2X BROWN SUGAR | 17 CARTONS | 102 PIECES | 8.130  USD PIECES | 829.26  USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 440041384645 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 6  PIECES | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 45821/067 | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 3X BROWN SUGAR | 9 CARTONS | 54 PIECES | 8.130  USD PIECES | 439.02  USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 440041384652 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 6  PIECES | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 45821/068 | | | | | |

# COMMERCIAL INVOICE

Page 4 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122594

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China      **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

---

| SEARS | SI6518 | ANGLED RIB 2X MEDIEVAL BL | 14 | 84 | 8.130  USD | 682.92  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440041384678 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6  PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45824/067 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122594

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SI6518 | ANGLED RIB 3X MEDIEVAL BL | | 11 CARTONS | 66 PIECES | 8.130 USD PIECES | 536.58 USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 440041384686 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 6 PIECES | |
| **SEARS DIV** | 616 | |
| **SEARS ITEM/SKU** | 45824/068 | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG 2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**  101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**  CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X BLACK | | 41 CARTONS | 246 PIECES | 8.130 USD PIECES | 1,999.98 USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 440097859185 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 6 PIECES | |
| **SEARS DIV** | 616 | |
| **SEARS ITEM/SKU** | 45810/066 | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG 2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**  101969

# COMMERCIAL INVOICE

Page 6 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122594

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X HEATHERCOA | | 30 | 180 | 8.130  USD | 1,463.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| ITEM: | 440097859219 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 6 PIECES |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 45813/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| CONTRACT NO. | SI6518 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WF8SE72006PL | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

| FACTORY NO. | 101969 |
|---|---|

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**     CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X BROWN SUGAR | | 25 | 150 | 8.130  USD | 1,219.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| ITEM: | 440097859300 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 6 PIECES |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 45821/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

# COMMERCIAL INVOICE

Page 7 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122594

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | |
|---|---|
| **CONTRACT NO.** | SI6518 |
| **DC CODE** | PCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | WF8SE72006PL |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 803P |
| **DEPARTMENT NO.** | 007 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 639, RNONE |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X MEDIEVAL BL | | 20 CARTONS | 120 PIECES | 8.130 USD PIECES | 975.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 440097859342 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45824/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | |
|---|---|
| **CONTRACT NO.** | SI6518 |
| **DC CODE** | PCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | WF8SE72006PL |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 803P |
| **DEPARTMENT NO.** | 007 |
| **VENDOR NO.** | 2642 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 639, RNONE |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SM4553 | MARLED OPE DARK DENIM | | 81 CARTONS | 81 AST | 59.500 USD AST | 4,819.50 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 770070181052 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59612/ |

# COMMERCIAL INVOICE

Page 8 of 9
**DATE:** September 25, 2018
**INVOICE NO.:** 201822122594

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| SEARS | SM4553 | MARLED OPE ICED VANILLA H | | 81 | 81 | 59.500  USD | 4,819.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 770070181128 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59613/ |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

# COMMERCIAL INVOICE

Page 9 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122594

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**              CNHAIQINHAI

| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 436 | 1,644 | PIECES | 23,004.72  USD |
| | | 162 | ASSORTMENTS | |

TOTAL US DOLLARS TWENTY-THREE THOUSAND FOUR DOLLARS AND SEVENTY-TWO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| **WEIHAI LIANQIAO INTL COOP GP CO LTD** |
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions™**

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD | APLU065928584 | 717349522T |
| NO.269,WEST WENHUA ROAD,HI-TECH | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| DEVE ZONE,WEIHAI,CHINA | AWB 717349522T | 25-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | QINGDAO,CHINA |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
| COSCO SHIPPING ROSE 001 | QINGDAO,CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER |
| NEW YORK, NY, US | CHAMBERSBURG, PA, US |

NUMBER OF ORIGINALS
1/ONE

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: APZU3333344 SEALCODE1: K7129103 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS  1 ASSORTMENT | 1 | 20' STANDARD CONTAINER 436 CARTON SAID TO CONTAIN SWEATER PO NO:SI6518 REF NO:803P SWEATER PO NO:SM4553 REF NO:803P TOTAL QTY: 1806PCS CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:10/01/2018 FCR DATE:09/25/2018 | 1714.100 KG 3778.940 LB | 15.968 M 563.830 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:     01-Sep-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

AS AGENT FOR SUPPLY CHAIN SOLUTIONS, INC.
QINGDAO    Authorized Signatures

Issued by _____

Month  Oct    Day  16    Year  2018

# COMMERCIAL INVOICE

Page 1 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122859

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SI6518 | ANGLED RIB 2X BLACK | 45 | 270 | 8.130 USD | 2,195.10 USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 440041383878 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 6 PIECES | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 45810/067 | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI6518 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WF8SE72006PL | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

FTY MID NO.    CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SI6518 | ANGLED RIB 3X BLACK | 33 | 198 | 8.130 USD | 1,609.74 USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 440041383886 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 6 PIECES | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 45810/068 | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI6518 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2642 |
| VENDOR ITEM CODE | WF8SE72006PL | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

# COMMERCIAL INVOICE

Page 2 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122859

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 2X HEATHERCOA | | 30 | 180 | 8.130  USD | 1,463.40  USD |
|-------|--------|--------------------------|--|----|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440041384587 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45813/067 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 3X HEATHERCOA | | 22 | 132 | 8.130  USD | 1,073.16  USD |
|-------|--------|--------------------------|--|----|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440041384595 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45813/068 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

# COMMERCIAL INVOICE

Page 3 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122859

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 2X BROWN SUGAR | 21 CARTONS | 126 PIECES | 8.130 USD PIECES | 1,024.38 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 440041384645 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 6 PIECES | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 45821/067 | | | | | |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 3X BROWN SUGAR | 12 CARTONS | 72 PIECES | 8.130 USD PIECES | 585.36 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 440041384652 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 6 PIECES | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 45821/068 | | | | | |

# COMMERCIAL INVOICE

Page 4 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122859

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 2X MEDIEVAL BL | 18 | 108 | 8.130  USD | 878.04  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440041384678 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6  PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45824/067 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 5 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122859

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SI6518 | ANGLED RIB 3X MEDIEVAL BL | | 13 CARTONS | 78 PIECES | 8.130 USD PIECES | 634.14 USD |
|---|---|---|---|---|---|---|---|

| ITEM: | 440041384686 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 6 PIECES |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 45824/068 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X BLACK | | 50 CARTONS | 300 PIECES | 8.130 USD PIECES | 2,439.00 USD |
|---|---|---|---|---|---|---|---|

| ITEM: | 440097859185 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 6 PIECES |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 45810/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.** 101969

# COMMERCIAL INVOICE

Page 6 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122859

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI
China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China   **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**   CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X HEATHERCOA | | 38 CARTONS | 228 PIECES | 8.130 USD PIECES | 1,853.64 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 440097859219
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 6 PIECES
**SEARS DIV** 616
**SEARS ITEM/SKU** 45813/066

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG 2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X BROWN SUGAR | | 31 CARTONS | 186 PIECES | 8.130 USD PIECES | 1,512.18 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 440097859300
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 6 PIECES
**SEARS DIV** 616
**SEARS ITEM/SKU** 45821/066

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG 2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

# COMMERCIAL INVOICE

Page 7 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122859

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

| SEARS | SI6518 | ANGLED RIB 1X MEDIEVAL BL | 25 CARTONS | 150 PIECES | 8.130 USD PIECES | 1,219.50 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 440097859342 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 45824/066 |

STYLE: WF8SE72006PL
DESCRIPTION: SIMPLY EMMA LADIES FINE KNITTED CARDIGAN SWEATER,
CURVE ARMHOLE, 2X2 RIB LONG SLEEVES, JERSEY FRONT AND BACK,
2X2 RIB NECK BAND AND BOTTOM HEM,
(NOT KNIT TO SHAPE)
FABRICATION: 78% RAYON 22% POLYESTER, KNIT, 12GG  2ENDS,
STITCH COUNT: VERTICAL 11 HORIZONTAL 8 PER CM
REUSABLE HANGER CODE 579SB, HANGER COST $0.125 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6518 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 |
| **VENDOR ITEM CODE** | WF8SE72006PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 639, RNONE |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

| SEARS | SM4553 | MARLED OPE DARK DENIM | 98 CARTONS | 98 AST | 59.500 USD AST | 5,831.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 770070181052 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59612/ |

**COMMERCIAL INVOICE**

Page 8 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122859

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| SEARS | SM4553 | MARLED OPE ICED VANILLA H | | 98 | 98 | 59.500  USD | 5,831.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 770070181128 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59613/ |

STYLE : GP9RC31050BG
DESCRIPTION: ROEBUCK AND CO GIRLS KNITTED CARDIGAN. STRIGHT ARMHOLE
LONG SLEEVE. ALLOVER REVERSE JERSEY KNITTED.
TUBULAR PLACKET. 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100%ACRYLIC KNITTED
FABRIC GAUGE : 5GG  2ENDS,
1CM PER VERTICAL : 4 stitches , HORIZONTAL : 3  stitches
-
HANGER CODE: 585SB
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4553 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2642 | |
| **VENDOR ITEM CODE** | GP9RC31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | |

**FACTORY NO.**    101969

# COMMERCIAL INVOICE

Page 9 of 9

**DATE:** September 25, 2018

**INVOICE NO.:** 201822122859

2642
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**              CNHAIQINHAI

**PAYMENT TERM**          Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**           OPEN ACCOUNT
**LC#**                   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 534 | 2,028 | PIECES | 28,149.64  USD |
| | | 196 | ASSORTMENTS | |

**TOTAL US DOLLARS TWENTY-EIGHT THOUSAND ONE HUNDRED FORTY-NINE DOLLARS AND SIXTY-FOUR CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions℠**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | | MAEU966422189C | 7173495285 |
| | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | | AWB 7173495285 | 25-SEP-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO., 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is:

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK EDMONTON 838N | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH, CA, US | MIRA LOMA, CA, US | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU6633146 SEALCODE1: CN7795396 MARKS & NO: SEARS ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' STANDARD CONTAINER 534 CARTON SAID TO CONTAIN SWEATER PO NO:SI6518 REF NO:803C SWEATER PO NO:SM4553 REF NO:803C TOTAL QTY: 2224PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT SAILING DATE:10/06//2018 FCR DATE:09/25/2018 | 2100.800 KG 4631.470 LB | 19.544 M 690.099 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on:   01-Sep-2018 | | |
|---|---|---|
| Document List | Original | Copy |
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED QINGDAO BRANCH

AS AGENT FOR
QINGDAO UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

Issued by _____

Month   Oct   Day   16   Year   2018

# EXHIBIT "F"

**KMART 503(b)(1)(A)**

| Commercial Invoice | Amount | Payment Due Date | Load | Discharge | Destination | PreBK | 503(b)(9) | PostBK |
|---|---|---|---|---|---|---|---|---|
| 201821745965 | $9,319.01 | 11/28/2018 | 9/15/2018 | 10/8/2018 | 10/16/2018 | | | X |
| 201821745754 | $33,205.13 | 11/28/2018 | 9/15/2018 | 10/8/2018 | 10/16/2018 | | | X |
| 201821743157 | $37,902.56 | 11/29/2018 | 9/16/2018 | 10/18/2018 | 10/26/2018 | | | X |
| 201821744696 | $11,820.83 | 11/29/2018 | 9/16/2018 | 10/18/2018 | 10/26/2018 | | | X |
| 201822099995 | $11,900.00 | 12/14/2018 | 10/1/2018 | 11/1/2018 | 11/9/2018 | | | X |
| 201822099866 | $9,341.50 | 12/19/2018 | 10/6/2018 | 10/29/2018 | 11/6/2018 | | | X |
| | $113,489.03 | | | | | | | |

# COMMERCIAL INVOICE

Page 1 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745965

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2Y29 | RT66 LIGHT UP HOLIDABLUE | | 5 | 5 | 50.960  USD | 254.80  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 130085002681 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

MH8RT16418YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 9.75 - 10.25 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y29 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2Y2A | RT66 LIGHT UP HOLIDAS BLUEWE LAST EIGHT | | 1 | 10 | 7.280  USD | 72.80  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130082955394 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 10  PIECES | | | | | | |

MH8RT16418YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT    9.75 - 10.25 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y2A | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

Page 2 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745965

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2Y2A | RT66 LIGHT UP HOLIDA2X BLUEWE LAST EIGH | | 2 CARTONS | 20 PIECES | 7.280  USD PIECES | 145.60  USD |
|---|---|---|---|---|---|---|---|

**ITEM:**          130082956129

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**      10 PIECES

MH8RT16418YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT    9.75 - 10.25 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y2A | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2Y2A | RT66 LIGHT UP HOLIDAXL BLUEWE LAST EIGH | | 4 CARTONS | 40 PIECES | 7.280  USD PIECES | 291.20  USD |
|---|---|---|---|---|---|---|---|

**ITEM:**          130082956152

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**      10 PIECES

MH8RT16418YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT    9.75 - 10.25 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y2A | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**          101969

# COMMERCIAL INVOICE

Page 3 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745965

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| KMART | B2Y2A | RT66 LIGHT UP HOLIDAL BLUEWE LAST EIGH | | 2 | 20 | 7.280  USD | 145.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130082957465 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10  PIECES |

MH8RT16418YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT    9.75 - 10.25 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y2A | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**        CNHAIQINHAI

| KMART | B2Y2A | RT66 LIGHT UP HOLIDAM BLUEWE LAST EIG | | 5 | 50 | 7.280  USD | 364.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130082960402 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10  PIECES |

MH8RT16418YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT    9.75 - 10.25 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y2A | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

# COMMERCIAL INVOICE

Page 4 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745965

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2Y3G | RT66 HOLIDAY UGLY SWBLACK ONYX LETS GET | | 92 | 92 | 44.730  USD | 4,115.16  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          130082876459

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**          1  ASSORTMENT

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: 0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| **CONTRACT NO.** | B2Y3G | **REFERENCE NO.** | 803C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2Y3G | RT66 HOLIDAY UGLY SWBLACK ONYX LETS GET | | 15 | 15 | 57.510  USD | 862.65  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          130085002665

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**          1  ASSORTMENT

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: 0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

# COMMERCIAL INVOICE

Page 5 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745965

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China         **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3G | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SWS BLACK ONYX LET | 3 | 30 | 6.390 USD | 191.70 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130082875287 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SWM BLACK ONYX LETS G | 3 | 30 | 6.390 USD | 191.70 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130082875410 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

# COMMERCIAL INVOICE

Page 6 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745965

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SWXL BLACK ONYX LETS | 10 | 100 | 6.390  USD | 639.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130082876301 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 10 PIECES | | | | | |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SW2X BLACK ONYX LETS | 4 | 40 | 6.390  USD | 255.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130082876319 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 10 PIECES | | | | | |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER

# COMMERCIAL INVOICE

Page 7 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745965

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | |
|---|---|---|
| **CONTRACT NO.** | B2Y3H | |
| **DC CODE** | CCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | MH8RT16420YM | |
| **BINDING RULING # OR PRECLASS #** | | |
| **REFERENCE NO.** | 802C | |
| **DEPARTMENT NO.** | 046 | |
| **VENDOR NO.** | 2641 | |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SWXLT BLACK ONYX LETS | 12 CARTONS | 120 PIECES | 6.390  USD PIECES | 766.80  USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 130082876368 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16420YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | |
|---|---|---|
| **CONTRACT NO.** | B2Y3H | |
| **DC CODE** | CCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | MH8RT16420YM | |
| **BINDING RULING # OR PRECLASS #** | | |
| **REFERENCE NO.** | 802C | |
| **DEPARTMENT NO.** | 046 | |
| **VENDOR NO.** | 2641 | |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SW2XLT BLACK ONYX LETS | 16 CARTONS | 160 PIECES | 6.390  USD PIECES | 1,022.40  USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 130082876376 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

# COMMERCIAL INVOICE

Page 8 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745965

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

**LC#**   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 174 | 620 | PIECES | 9,319.01   USD |
| | | 112 | ASSORTMENTS | |

**TOTAL US DOLLARS NINE THOUSAND THREE HUNDRED NINETEEN DOLLARS AND ONE CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain Solutions℠

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP<br>CO.,LTD<br>NO.269,WEST WENHUA ROAD,HI-TECH<br>DEVE ZONE,WEIHAI,CHINA | BOOKING NO.<br>MAEU578199585 | CARGO RECEIPT NO.<br>7173495032 |
| | EXPORT REFERENCES<br>AWB 7173495032 | DATE OF RECEIPT OF CARGO<br>11-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| | | | |
|---|---|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>QINGDAO,CHINA | EXPORT LICENSE NO. | |
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK ANTARES 837N | PORT OF LOADING<br>QINGDAO,CHINA | | |
| PORT OF DISCHARGE<br>LONG BEACH, CA, US | PLACE OF DELIVERY BY ON CARRIER<br>MIRA LOMA, CA, US | NUMBER OF ORIGINALS<br>1/ONE | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU6633228<br>SEALCODE1:<br>CN7713461<br>MARKS & NO:<br>KMART<br>ITEM:<br>MADE IN CHINA<br>CONTENTS 1<br>ASSORTMENT | 1 | 40' STANDARD CONTAINER 174 CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:B2Y29 REF NO:803C<br>SWEATER<br>PO NO:B2Y2A REF NO:801C<br>SWEATER<br>PO NO:B2Y3G REF NO:803C<br>SWEATER<br>PO NO:B2Y3H REF NO:802C<br>TOTAL QTY:732 PCS<br>CODE: CCD/MIRA LOMA,CA 91752 (DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT | 844.600 KG<br>1862.020 LB | 7.011 M<br>247.558 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:    17-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

QINGDAO

Issued by _____

Month Sep    Day 19    Year 2018

AS AGENT FOR UPS SUPPLY CHAIN SOLUTIONS, INC.
UNITED QINGDAO BRANCH
Authorizing Signature

**UPS Supply Chain Solutions**®

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD | MAEU578199585 | 7173495032 |
| NO.269,WEST WENHUA ROAD,HI-TECH | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| DEVE ZONE,WEIHAI,CHINA | AWB 7173495032 | 11-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | QINGDAO,CHINA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MAERSK ANTARES 837N | QINGDAO,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| LONG BEACH, CA, US | MIRA LOMA, CA, US | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | SAILING DATE:09/15/2018 FCR DATE:09/11/2018 | | |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on: 17-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signature

QINGDAO

Issued by _____

Month Sep   Day 19   Year 2018

# COMMERCIAL INVOICE

Page 1 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2X9Z | RT66 HOLIDAY UGLY SWCHILI PEPPER | | | 99 | 99 | 47.670  USD | 4,719.33  USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 130015070030 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | | |
| | | MH8RT16414YM ROUTE 66   MENS KNITTED SWEATER C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM HANGER CODE: 584SB: $0.115 PC FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL FABRIC WEIGHT:9 - 9.5 LBS | | | | | | |
| | CONTRACT NO. | B2X9Z | REFERENCE NO. | 803C | | | | |
| | DC CODE | CCD | DEPARTMENT NO. | 046 | | | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 2641 | | | | |
| | VENDOR ITEM CODE | MH8RT16414YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 345, RNONE | | | | |
| | FACTORY NO. | 101969 | | | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | | | |
| | HAIYANG | | | | | | | |
| | SHANDONG | | | | | | | |
| | China | | | | | | | |
| | FTY MID NO. | CNHAIQINHAI | | | | | | |
| KMART | B2X9Z | RT66 HOLIDAY UGLY SWCHILI PEPPER | | | 17 | 17 | 61.290  USD | 1,041.93  USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 130015070048 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | | |
| | | MH8RT16414YM ROUTE 66   MENS KNITTED SWEATER C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM HANGER CODE: 584SB: $0.115 PC FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL FABRIC WEIGHT:9 - 9.5 LBS | | | | | | |
| | CONTRACT NO. | B2X9Z | REFERENCE NO. | 803C | | | | |
| | DC CODE | CCD | DEPARTMENT NO. | 046 | | | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 2641 | | | | |
| | VENDOR ITEM CODE | MH8RT16414YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 345, RNONE | | | | |
| | FACTORY NO. | 101969 | | | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | | | |
| | HAIYANG | | | | | | | |
| | SHANDONG | | | | | | | |

# COMMERCIAL INVOICE

Page 2 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK ONYX | | 85 | 85 | 47.670  USD | 4,051.95  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          130015070055

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**          1 ASSORTMENT

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK ONYX | | 15 | 15 | 61.290  USD | 919.35  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          130015070063

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**          1 ASSORTMENT

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**          101969

# COMMERCIAL INVOICE

Page 3 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLUE | | 85 | 85 | 47.670  USD | 4,051.95  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          130015070071

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLUE | | 16 | 16 | 61.290  USD | 980.64  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**          130015070089

**MADE IN**        CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

# COMMERCIAL INVOICE

Page 4 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK | | 31 | 31 | 47.670  USD | 1,477.77  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 130015070097 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| CONTRACT NO. | B2X9Z | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2641 |
| VENDOR ITEM CODE | MH8RT16414YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 345, RNONE |

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWJOLLY GREEN | | 34 | 34 | 47.670  USD | 1,620.78  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 130015070121 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

# COMMERCIAL INVOICE

Page 5 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China   **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |
| **FACTORY NO.** | 101969 | | | |
| HAIYANG QINGHONG GARMENT CO LTD | | | | |
| BICHENG INDUSTRIAL PARK | | | | |
| HAIYANG | | | | |
| SHANDONG | | | | |
| China | | | | |
| **FTY MID NO.** | CNHAIQINHAI | | | |

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWJOLLY GREEN | | 7 | 7 | 61.290 USD | 429.03 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 130015070329 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |
| **FACTORY NO.** | 101969 | | | |
| HAIYANG QINGHONG GARMENT CO LTD | | | | |
| BICHENG INDUSTRIAL PARK | | | | |
| HAIYANG | | | | |
| SHANDONG | | | | |
| China | | | | |
| **FTY MID NO.** | CNHAIQINHAI | | | |

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWS CHILI PEPPERHAPPY | | 3 | 30 | 6.940 USD | 208.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130010410512 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 10 PIECES | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

# COMMERCIAL INVOICE

Page 6 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |
| **FACTORY NO.** | 101969 | | | |
| HAIYANG QINGHONG GARMENT CO LTD | | | | |
| BICHENG INDUSTRIAL PARK | | | | |
| HAIYANG | | | | |
| SHANDONG | | | | |
| China | | | | |
| **FTY MID NO.** | CNHAIQINHAI | | | |

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM CHILI PEPPERHAPPY | 20 | 200 | 6.940  USD | 1,388.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130010410520 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 10  PIECES | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |
| **FACTORY NO.** | 101969 | | | |
| HAIYANG QINGHONG GARMENT CO LTD | | | | |
| BICHENG INDUSTRIAL PARK | | | | |
| HAIYANG | | | | |
| SHANDONG | | | | |
| China | | | | |
| **FTY MID NO.** | CNHAIQINHAI | | | |

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWL CHILI PEPPERHAPPY | 3 | 30 | 6.940  USD | 208.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130010410538 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 10  PIECES | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER

# COMMERCIAL INVOICE

Page 7 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWXL CHILI PEPPERHAPP | 10 CARTONS | 100 PIECES | 6.940 USD PIECES | 694.00 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 130010410546 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 10 PIECES | | | | | |

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2X CHILI PEPPERHAPP | 10 CARTONS | 100 PIECES | 6.940 USD PIECES | 694.00 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 130010410561 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 10 PIECES | | | | | |

# COMMERCIAL INVOICE

Page 8 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2XLT CHILI PEPPERHA | | 3 | 30 | 6.940 USD | 208.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130010410579 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 10 PIECES | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 9 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China         **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWS BLACK ONYXJINGLE | | 2 | 20 | 6.940  USD | 138.80  USD |
|-------|-------|------------------------------------------|--|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 130010410595 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 10  PIECES | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM BLACK ONYXJINGLE | | 16 | 160 | 6.940  USD | 1,110.40  USD |
|-------|-------|------------------------------------------|--|----|-----|------------|---------------|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 130010410603 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 10  PIECES | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 10 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWL BLACK ONYXJINGLE | | 2 CARTONS | 20 PIECES | 6.940 USD PIECES | 138.80 USD |
|-------|-------|----------------------------------------|--|-----------|-----------|------------------|------------|

| **ITEM:** | 130010410611 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
|------------------|-------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |
|-----------------|--------|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWXL BLACK ONYXJINGLE | | 10 CARTONS | 100 PIECES | 6.940 USD PIECES | 694.00 USD |
|-------|-------|-----------------------------------------|--|------------|------------|------------------|------------|

| **ITEM:** | 130010410637 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
|------------------|-------|-------------------|------|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |
|-----------------|--------|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2X BLACK ONYXJINGLE | 10 CARTONS | 100 PIECES | 6.940 USD PIECES | 694.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 130010410652

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2XLT BLACK ONYXJING | 2 CARTONS | 20 PIECES | 6.940 USD PIECES | 138.80 USD |
|---|---|---|---|---|---|---|

**ITEM:** 130010410660

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**          101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**          CNHAIQINHAI

# COMMERCIAL INVOICE

Page 12 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWS BLUEMATZO BALLS M | 2 CARTONS | 20 PIECES | 6.940 USD PIECES | 138.80 USD |
|---|---|---|---|---|---|---|

**ITEM:** 130010410686

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM BLUEMATZO BALLS M | 15 CARTONS | 150 PIECES | 6.940 USD PIECES | 1,041.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 130010410694

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 13 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWL BLUEMATZO BALLS M | 2 CARTONS | 20 PIECES | 6.940 USD PIECES | 138.80 USD |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 130010410702 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 10 PIECES | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWXL BLUEMATZO BALLS | 12 CARTONS | 120 PIECES | 6.940 USD PIECES | 832.80 USD |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 130010410710 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 10 PIECES | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 14 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2X BLUEMATZO BALLS | | 10 CARTONS | 100 PIECES | 6.940  USD PIECES | 694.00  USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 130010410736 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 10  PIECES | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2XLT BLUEMATZO BALL | | 2 CARTONS | 20 PIECES | 6.940  USD PIECES | 138.80  USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 130010410744 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 10  PIECES | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 15 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWS BLACKJOLLY GREEN | 2 | 20 | 6.940  USD | 138.80  USD |
|-------|-------|----------------------------------------|---|-----|------------|-------------|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010410769

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10  PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWM BLACKJOLLY GREEN | 11 | 110 | 6.940  USD | 763.40  USD |
|-------|-------|----------------------------------------|----|-----|------------|-------------|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010410777

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10  PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 16 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWL BLACKJOLLY GREEN | 4 | 40 | 6.940 USD | 277.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130010410785 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWXL BLACKJOLLY GREEN | 11 | 110 | 6.940 USD | 763.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130010410934 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| | |
|---|---|
| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 17 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SW2X BLACKJOLLY GREEN | 3 CARTONS | 30 PIECES | 6.940 USD PIECES | 208.20 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 130010412229 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**       101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**       CNHAIQINHAI

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWM JOLLY GREENJOLLY | 7 CARTONS | 70 PIECES | 6.940 USD PIECES | 485.80 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 130010453207 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**       101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**       CNHAIQINHAI

# COMMERCIAL INVOICE

Page 18 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWL JOLLY GREENJOLLY | 1 | 10 | 6.940 USD | 69.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010455749

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWXL JOLLY GREENJOLLY | 5 | 50 | 6.940 USD | 347.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010463412

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

# COMMERCIAL INVOICE

Page 19 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SW2X JOLLY GREENJOLLY | 4 | 40 | 6.940  USD | 277.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010472983

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10  PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYBLACK | 12 | 12 | 40.050  USD | 480.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 660082876517

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

MH8RT16414BM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 20 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYBLACK | 11 | 11 | 40.050 USD | 440.55 USD |
|-------|-------|---------------------------|----|----|-----------|-----------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 660082877408 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

MH8RT16414BM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYCHILI PEPPER | 6 | 6 | 40.050 USD | 240.30 USD |
|-------|-------|----------------------------------|---|---|-----------|-----------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 660082954686 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

MH8RT16414BM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

# COMMERCIAL INVOICE

Page 21 of 22

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYCHILI PEPPER | 3 | 3 | 40.050  USD | 120.15  USD |
|-------|-------|----------------------------------|---|---|-------------|-------------|
| | | | CARTONS | AST | AST | |

**ITEM:**  660082954991

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  1  ASSORTMENT

MH8RT16414BM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**  101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**  CNHAIQINHAI

**PAYMENT TERM**  Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**  OPEN ACCOUNT

**LC#**  NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|--------------------|--------------------------|---|--------------|
| **TOTAL INVOICE** | 603 | 1,820 | PIECES | 33,205.13  USD |
| | | 421 | ASSORTMENTS | |

**TOTAL US DOLLARS THIRTY-THREE THOUSAND TWO HUNDRED FIVE DOLLARS AND THIRTEEN CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** September 11, 2018

**INVOICE NO.:** 201821745754

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | | MAEU578199585 | 7173495043 |
| | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 11-SEP-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG) MAERSK ANTARES 837N | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSWU9072570 SEALCODE1: CN7733181 MARKS & NO: KMART ITEM: MADE IN CHINA CONTENTS  1 ASSORTMENT | 1 | 40' HIGH CUBE NON-OPERATI 603 CARTON SAID TO CONTAIN SWEATER PO NO:B2X9Z REF NO:803C SWEATER PO NO:B2XA0 REF NO:802C SWEATER PO NO:B2XA1 REF NO:802C SWEATER PO NO:B2Y3K REF NO:803C TOTAL QTY:2241 PCS CODE: CCD/MIRA LOMA,CA 91752 (DOOR) THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. FREIGHT COLLECT | 2640.500 KG 5821.300 LB | 24.218 M3 855.138 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on: 17-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by  QINGDAO _____

Month  Sep        Day  18        Year  2018

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA | | MAEU578199585 | 7173495043 |
| | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 11-SEP-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179, USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARY ELLEN WRATSCHKO TEL :(310) 404-2792 FAX : (310) 404 2962 | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER QINGDAO,CHINA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG) MAERSK ANTARES 837N | PORT OF LADING QINGDAO,CHINA | |
| PORT OF DISCHARGE LONG BEACH, CA, US | PORT OF DELIVERY BY ON CARRIER MIRA LOMA, CA, US | NO OF ORIGINALS 1/ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | | |
|---|---|---|---|---|---|
| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | | GROSS WEIGHT | MEASUREMENT |
| | | SAILING DATE:09/15/2018 FCR DATE:09/11/2018 | | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: 17-Aug-2018 | |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by   QINGDAO _____

Month   Sep      Day   18      Year   2018

# COMMERCIAL INVOICE

Page 1 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Qingdao, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2X9Z | RT66 HOLIDAY UGLY SWCHILI PEPPER | | 104 | 104 | 47.670  USD | 4,957.68  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 130015070030 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**       CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2X9Z | RT66 HOLIDAY UGLY SWCHILI PEPPER | | 18 | 18 | 61.290  USD | 1,103.22  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 130015070048 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

Page 2 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK ONYX | | 89 | 89 | 47.670 USD | 4,242.63 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**    130015070055

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1 ASSORTMENT

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK ONYX | | 16 | 16 | 61.290 USD | 980.64 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**    130015070063

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**    1 ASSORTMENT

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**    101969

## COMMERCIAL INVOICE

Page 3 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**       CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLUE | | 89 | 89 | 47.670  USD | 4,242.63  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**       130015070071

**MADE IN**       CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China

**FTY MID NO.**       CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLUE | | 16 | 16 | 61.290  USD | 980.64  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**       130015070089

**MADE IN**       CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

# COMMERCIAL INVOICE

Page 4 of 23

DATE: September 11, 2018

INVOICE NO.: 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Qingdao, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWBLACK | | 33 | 33 | 47.670  USD | 1,573.11  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 130015070097 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| CONTRACT NO. | B2X9Z | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 2641 |
| VENDOR ITEM CODE | MH8RT16414YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 345, RNONE |

| FACTORY NO. | 101969 |
|---|---|
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| FTY MID NO. | CNHAIQINHAI |

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWJOLLY GREEN | | 34 | 34 | 47.670  USD | 1,620.78  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 130015070121 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

# COMMERCIAL INVOICE

Page 5 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| KMART | B2X9Z | RT66 HOLIDAY UGLY SWJOLLY GREEN | 7 | 7 | 61.290 USD | 429.03 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**       130015070329

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**  1  ASSORTMENT

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL  4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X9Z | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE | |

**FACTORY NO.**       101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWS CHILI PEPPERHAPPY | 4 | 40 | 6.940 USD | 277.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:**       130010410512

**MADE IN**    CHINA (MAINLAND)

**CONTENTS**  10  PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.4HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

# COMMERCIAL INVOICE

Page 6 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**  101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**  CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM CHILI PEPPERHAPPY | 17 CARTONS | 170 PIECES | 6.940  USD PIECES | 1,179.80  USD |
|---|---|---|---|---|---|---|

**ITEM:** 130010410520
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**  101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**  CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWL CHILI PEPPERHAPPY | 4 CARTONS | 40 PIECES | 6.940  USD PIECES | 277.60  USD |
|---|---|---|---|---|---|---|

**ITEM:** 130010410538
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER

# COMMERCIAL INVOICE

Page 7 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWXL CHILI PEPPERHAPP | 19 | 190 | 6.940  USD | 1,318.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130010410546 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**   CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2X CHILI PEPPERHAPP | 11 | 110 | 6.940  USD | 763.40  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130010410561 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

# COMMERCIAL INVOICE

Page 8 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2XLT CHILI PEPPERHA | | 3 | 30 | 6.940  USD | 208.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130010410579 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 10  PIECES | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

# COMMERCIAL INVOICE

Page 9 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWS BLACK ONYXJINGLE | 3 | 30 | 6.940  USD | 208.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010410595

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10  PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM BLACK ONYXJINGLE | 20 | 200 | 6.940  USD | 1,388.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

**ITEM:** 130010410603

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10  PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 10 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWL BLACK ONYXJINGLE | | 2 CARTONS | 20 PIECES | 6.940 USD PIECES | 138.80 USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 130010410611 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 10 PIECES | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWXL BLACK ONYXJINGLE | | 17 CARTONS | 170 PIECES | 6.940 USD PIECES | 1,179.80 USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 130010410637 | |
| **MADE IN** | CHINA (MAINLAND) | |
| **CONTENTS** | 10 PIECES | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 11 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2X BLACK ONYXJINGLE | | 13 CARTONS | 130 PIECES | 6.940 USD PIECES | 902.20 USD |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 130010410652 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 10 PIECES | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2XLT BLACK ONYXJING | | 3 CARTONS | 30 PIECES | 6.940 USD PIECES | 208.20 USD |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 130010410660 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 10 PIECES | | | | | | |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 12 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWS BLUEMATZO BALLS M | 3 CARTONS | 30 PIECES | 6.940 USD PIECES | 208.20 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 130010410686 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWM BLUEMATZO BALLS M | 20 CARTONS | 200 PIECES | 6.940 USD PIECES | 1,388.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 130010410694 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**      101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**      CNHAIQINHAI

# COMMERCIAL INVOICE

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWL BLUEMATZO BALLS M | 2 CARTONS | 20 PIECES | 6.940 USD PIECES | 138.80 USD |
|-------|-------|------------------------------------------|-----------|-----------|------------------|------------|

**ITEM:**  130010410702

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SWXL BLUEMATZO BALLS | 15 CARTONS | 150 PIECES | 6.940 USD PIECES | 1,041.00 USD |
|-------|-------|------------------------------------------|-----------|-----------|------------------|--------------|

**ITEM:**  130010410710

**MADE IN**  CHINA (MAINLAND)

**CONTENTS**  10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**   101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**   CNHAIQINHAI

# COMMERCIAL INVOICE

DATE: September 11, 2018

INVOICE NO.: 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2X BLUEMATZO BALLS | | 13 CARTONS | 130 PIECES | 6.940  USD PIECES | 902.20  USD |
|-------|-------|----------------------------------------|--|------------|------------|-------------------|-------------|

**ITEM:** 130010410736

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|--|--|--|--|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

| KMART | B2XA0 | RT66 HOLIDAY UGLY SW2XLT BLUEMATZO BALL | | 3 CARTONS | 30 PIECES | 6.940  USD PIECES | 208.20  USD |
|-------|-------|------------------------------------------|--|-----------|-----------|-------------------|-------------|

**ITEM:** 130010410744

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: #584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT9 - 9.5 LBS

| | | | |
|--|--|--|--|
| **CONTRACT NO.** | B2XA0 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**        101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**        CNHAIQINHAI

# COMMERCIAL INVOICE

Page 15 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWS BLACKJOLLY GREEN | | 2 CARTONS | 20 PIECES | 6.940 USD PIECES | 138.80 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 130010410769

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWM BLACKJOLLY GREEN | | 14 CARTONS | 140 PIECES | 6.940 USD PIECES | 971.60 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 130010410777

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 16 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWL BLACKJOLLY GREEN | | 4 | 40 | 6.940 USD | 277.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130010410785 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWXL BLACKJOLLY GREEN | | 14 | 140 | 6.940 USD | 971.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130010410934 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

# COMMERCIAL INVOICE

Page 17 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SW2X BLACKJOLLY GREEN | 4 CARTONS | 40 PIECES | 6.940  USD PIECES | 277.60  USD |
|-------|-------|------|------|------|------|------|

**ITEM:** 130010412229

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2XA1 | RT66 HOLIDAY UGLY SW2XLT BLACKJOLLY GRE | 1 CARTONS | 10 PIECES | 6.940  USD PIECES | 69.40  USD |
|-------|-------|------|------|------|------|------|

**ITEM:** 130010424992

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

## COMMERCIAL INVOICE

Page 18 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWM JOLLY GREENJOLLY | | 8 CARTONS | 80 PIECES | 6.940 USD PIECES | 555.20 USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 130010453207 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWL JOLLY GREENJOLLY | | 2 CARTONS | 20 PIECES | 6.940 USD PIECES | 138.80 USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 130010455749 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 19 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SWXL JOLLY GREENJOLLY | | 6 CARTONS | 60 PIECES | 6.940  USD PIECES | 416.40  USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 130010463412 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |
|---|---|

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| **FTY MID NO.** | CNHAIQINHAI |
|---|---|

| KMART | B2XA1 | RT66 HOLIDAY UGLY SW2X JOLLY GREENJOLLY | | 5 CARTONS | 50 PIECES | 6.940  USD PIECES | 347.00  USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 130010472983 |
|---|---|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16414YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

| **FACTORY NO.** | 101969 |
|---|---|

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| **FTY MID NO.** | CNHAIQINHAI |
|---|---|

# COMMERCIAL INVOICE

Page 20 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**　KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2XA1 | RT66 HOLIDAY UGLY SW2XLT JOLLY GREENJOL | | 1 | 10 | 6.940  USD | 69.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**　130010494839

**MADE IN**　CHINA (MAINLAND)

**CONTENTS**　10  PIECES

MH8RT16414YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XA1 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.**　　101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**　　CNHAIQINHAI

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYBLACK | | 15 | 15 | 40.050  USD | 600.75  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**　660082876517

**MADE IN**　CHINA (MAINLAND)

**CONTENTS**　1  ASSORTMENT

MH8RT16414BM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.**　　101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**　　CNHAIQINHAI

# COMMERCIAL INVOICE

Page 21 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYBLACK | 13 | 13 | 40.050 USD | 520.65 USD |
|-------|-------|---------------------------|-----|-----|-----------|-----------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 660082877408 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

MH8RT16414BM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYCHILI PEPPER | 8 | 8 | 40.050 USD | 320.40 USD |
|-------|-------|----------------------------------|-----|-----|-----------|-----------|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 660082954686 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

MH8RT16414BM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

| | |
|---|---|
| **FACTORY NO.** | 101969 |
| HAIYANG QINGHONG GARMENT CO LTD | |
| BICHENG INDUSTRIAL PARK | |
| HAIYANG | |
| SHANDONG | |
| China | |
| **FTY MID NO.** | CNHAIQINHAI |

# COMMERCIAL INVOICE

Page 22 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2Y3K | RT66 BM HOLIDAY UGLYCHILI PEPPER | 4 | 4 | 40.050 USD | 160.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 660082954991

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

MH8RT16414BM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 597SB: $0.125 PC  NOT REUSEABLE
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 14.25 - 14.75 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3K | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16414BM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 679 | 2,330 | PIECES | 37,902.56  USD |
| | | 446 | ASSORTMENTS | |

**TOTAL US DOLLARS THIRTY-SEVEN THOUSAND NINE HUNDRED TWO DOLLARS AND FIFTY-SIX CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

Page 23 of 23

**DATE:** September 11, 2018

**INVOICE NO.:** 201821743157

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| WEIHAI LIANQIAO INTL COOP GP CO LTD | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD

APLU065928578

7173494922

NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA

AWB 7173494922

11-SEP-2018

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

COSCO HARMONY 042          QINGDAO,CHINA

NEW YORK, NY, US          CHAMBERSBURG, PA, US          1/ONE

CTRNO:                1          40' HIGH CUBE CONTAINER 679 CARTON          3011.500 KG          27.357 M3
APHU4664128                      SAID TO CONTAIN                             6639.220 LB          965.976 F3
SEALCODE1:                       SWEATER
K7129130                         PO NO:B2X9Z REF NO:803P
MARKS & NO:                      SWEATER
KMART                            PO NO:B2XA0 REF NO:802P
ITEM:                            SWEATER
MADE IN CHINA                    PO NO:B2XA1 REF NO:802P
CONTENTS  1                      SWEATER
ASSORTMENT                       PO NO:B2Y3K REF NO:803P
                                 TOTAL QTY:2776 PCS
                                 CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR)
                                 THE ABOVE SHIPMENT DOES NOT CONTAIN ANY
                                 SOLID WOOD PACKING MATERIAL.
                                 FREIGHT COLLECT

17-Aug-2018

| CARGO RECEIPT | 1 | 1 |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

QINGDAO

Oct          08          2018

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP
CO.,LTD
NO.269,WEST WENHUA ROAD,HI-TECH
DEVE ZONE,WEIHAI,CHINA

APLU065928578

AWB 7173494922

7173494922

11-SEP-2018

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

COSCO HARMONY 042          QINGDAO,CHINA

NEW YORK, NY, US          CHAMBERSBURG, PA, US          1/ONE

SAILING DATE:09/16/2018
FCR DATE:09/11/2018

17-Aug-2018

| | | |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

QINGDAO

Oct          08          2018

## COMMERCIAL INVOICE

Page 1 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821744696

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| **KMART** | B2Y29 | RT66 LIGHT UP HOLIDABLUE | | | 7 | 7 | 50.960  USD | 356.72  USD |
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 130085002681 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | | |

MH8RT16418YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: $0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT 9.75 - 10.25 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y29 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| **KMART** | B2Y2A | RT66 LIGHT UP HOLIDAS BLUEWE LAST EIGHT | | | 2 | 20 | 7.280  USD | 145.60  USD |
| | | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130082955394 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 10  PIECES | | | | | | | |

MH8RT16418YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT    9.75 - 10.25 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y2A | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

# COMMERCIAL INVOICE

Page 2 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821744696

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2Y2A | RT66 LIGHT UP HOLIDA2X BLUEWE LAST EIGH | | 3 CARTONS | 30 PIECES | 7.280  USD PIECES | 218.40  USD |
|-------|-------|------------------------------------------|---|---|---|---|---|

**ITEM:** 130082956129

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16418YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT    9.75 - 10.25 LBS

| | | | | |
|--|--|--|--|--|
| **CONTRACT NO.** | B2Y2A | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**    CNHAIQINHAI

| KMART | B2Y2A | RT66 LIGHT UP HOLIDAXL BLUEWE LAST EIGH | | 5 CARTONS | 50 PIECES | 7.280  USD PIECES | 364.00  USD |
|-------|-------|------------------------------------------|---|---|---|---|---|

**ITEM:** 130082956152

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 10 PIECES

MH8RT16418YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT    9.75 - 10.25 LBS

| | | | | |
|--|--|--|--|--|
| **CONTRACT NO.** | B2Y2A | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**    101969

# COMMERCIAL INVOICE

Page 3 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821744696

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| KMART | B2Y2A | RT66 LIGHT UP HOLIDAL BLUEWE LAST EIGH | | 2 CARTONS | 20 PIECES | 7.280  USD PIECES | 145.60  USD |
|---|---|---|---|---|---|---|---|

**ITEM:**          130082957465
**MADE IN**          CHINA (MAINLAND)
**CONTENTS**          10 PIECES

MH8RT16418YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT    9.75 - 10.25 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y2A | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.**          101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| KMART | B2Y2A | RT66 LIGHT UP HOLIDAM BLUEWE LAST EIG | | 6 CARTONS | 60 PIECES | 7.280  USD PIECES | 436.80  USD |
|---|---|---|---|---|---|---|---|

**ITEM:**          130082960402
**MADE IN**          CHINA (MAINLAND)
**CONTENTS**          10 PIECES

MH8RT16418YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES, CURVE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5VERTICAL4.5HORIZONTAL
FABRIC WEIGHT    9.75 - 10.25 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y2A | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16418YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

# COMMERCIAL INVOICE

Page 4 of 8

DATE: September 11, 2018

INVOICE NO.: 201821744696

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| FACTORY NO. | 101969 |
|---|---|

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| FTY MID NO. | CNHAIQINHAI |
|---|---|

| KMART | B2Y3G | RT66 HOLIDAY UGLY SWBLACK ONYX LETS GET | | 117 CARTONS | 117 AST | 44.730  USD AST | 5,233.41  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 130082876459 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: 0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| **CONTRACT NO.** | B2Y3G | **REFERENCE NO.** | 803P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

| FACTORY NO. | 101969 |
|---|---|

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

| FTY MID NO. | CNHAIQINHAI |
|---|---|

| KMART | B2Y3G | RT66 HOLIDAY UGLY SWBLACK ONYX LETS GET | | 20 CARTONS | 20 AST | 57.510  USD AST | 1,150.20  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 130085002665 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB: 0.115 PC
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

# COMMERCIAL INVOICE

Page 5 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821744696

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3G | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 345, RNONE |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SWS BLACK ONYX LET | 3 | 30 | 6.390 USD | 191.70 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130082875287 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SWM BLACK ONYX LETS G | 4 | 40 | 6.390 USD | 255.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 130082875410 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 10 PIECES |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

# COMMERCIAL INVOICE

Page 6 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821744696

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SWXL BLACK ONYX LETS | 12 | 120 | 6.390  USD | 766.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130082876301 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 10  PIECES | | | | | |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 | |

**FACTORY NO.** 101969

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SW2X BLACK ONYX LETS | 4 | 40 | 6.390  USD | 255.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130082876319 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 10  PIECES | | | | | |

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER

# COMMERCIAL INVOICE

Page 7 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821744696

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | |
|---|---|---|
| **CONTRACT NO.** | B2Y3H | |
| **DC CODE** | PCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | MH8RT16420YM | |
| **BINDING RULING # OR PRECLASS #** | | |
| **REFERENCE NO.** | 802P | |
| **DEPARTMENT NO.** | 046 | |
| **VENDOR NO.** | 2641 | |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **CATEGORY** | 338 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SWXLT BLACK ONYX LETS | 16 CARTONS | 160 PIECES | 6.390 USD PIECES | 1,022.40 USD |
|---|---|---|---|---|---|---|

**ITEM:** 130082876368
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 10 PIECES

MH8RT16420YM
ROUTE 66  MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | |
|---|---|---|
| **CONTRACT NO.** | B2Y3H | |
| **DC CODE** | PCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | MH8RT16420YM | |
| **BINDING RULING # OR PRECLASS #** | | |
| **REFERENCE NO.** | 802P | |
| **DEPARTMENT NO.** | 046 | |
| **VENDOR NO.** | 2641 | |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **CATEGORY** | 338 | |

**FACTORY NO.** 101969
HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.** CNHAIQINHAI

| KMART | B2Y3H | RT66 HOLIDAY UGLY SW2XLT BLACK ONYX LETS | 20 CARTONS | 200 PIECES | 6.390 USD PIECES | 1,278.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 130082876376
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 10 PIECES

# COMMERCIAL INVOICE

Page 8 of 8

**DATE:** September 11, 2018

**INVOICE NO.:** 201821744696

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

MH8RT16420YM
ROUTE 66   MENS KNITTED SWEATER
C NECK, LONG SLEEVES,  SADDLE ARMHOLE, 1X1 RIB ON CUFFS & HEM
HANGER CODE: 584SB
FABRIC ON YR ORDER :2/20 60% COTTON 40% ACRYLIC
STITCHES PER ONE CM : 3.5 VERTICAL 4.5 HORIZONTAL
FABRIC WEIGHT:9 - 9.5 LBS

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2Y3H | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 046 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 |
| **VENDOR ITEM CODE** | MH8RT16420YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 338 |
| **FACTORY NO.** | 101969 | | |

HAIYANG QINGHONG GARMENT CO LTD

BICHENG INDUSTRIAL PARK

HAIYANG

SHANDONG

China

**FTY MID NO.**            CNHAIQINHAI

**PAYMENT TERM**           Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**            OPEN ACCOUNT

**LC#**                    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 221 | 770 | PIECES | 11,820.83   USD |
| | | 144 | ASSORTMENTS | |

**TOTAL US DOLLARS ELEVEN THOUSAND EIGHT HUNDRED TWENTY DOLLARS AND EIGHTY-THREE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD

APLU065928578

7173494911

NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA

AWB 7173494911

11-SEP-2018

KMART CORPORATION

3333 BEVERLY ROAD,

HOFFMAN ESTATES, IL 60179, USA

UPS SUPPLY CHAIN SOLUTIONS

19701 HAMILTON AVENUE

TORRANCE, CA 90502

ATTN: MARY ELLEN WRATSCHKO

TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

COSCO HARMONY 042

QINGDAO,CHINA

NEW YORK, NY, US

CHAMBERSBURG, PA, US

1/ONE

CTRNO:
APHU4664128
SEALCODE1:
K7129130
MARKS & NO:
KMART
ITEM:
MADE IN CHINA
CONTENTS  1
ASSORTMENT

1

40' HIGH CUBE CONTAINER 221 CARTON
SAID TO CONTAIN
SWEATER
PO NO:B2Y29 REF NO:803P
SWEATER
PO NO:B2Y2A REF NO:801P
SWEATER
PO NO:B2Y3G REF NO:803P
SWEATER
PO NO:B2Y3H REF NO:802P
TOTAL QTY: 914PCS
CODE: CHA/CHAMBERSBURG,PA 17201 (DOOR)
THE ABOVE SHIPMENT DOES NOT CONTAIN ANY
SOLID WOOD PACKING MATERIAL.
FREIGHT COLLECT

1071.000 KG        8.904 M3
2361.150 LB      314.400 F3

17-Aug-2018

| | | |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

QINGDAO

Oct            08            2018

WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD

NO.269,WEST WENHUA ROAD,HI-TECH DEVE ZONE,WEIHAI,CHINA

APLU065928578

AWB 7173494911

7173494911

11-SEP-2018

KMART CORPORATION

3333 BEVERLY ROAD,

HOFFMAN ESTATES, IL 60179, USA

UPS SUPPLY CHAIN SOLUTIONS

19701 HAMILTON AVENUE

TORRANCE, CA 90502

ATTN: MARY ELLEN WRATSCHKO

TEL :(310) 404-2792 FAX : (310) 404 2962

QINGDAO,CHINA

COSCO HARMONY 042          QINGDAO,CHINA

NEW YORK, NY, US          CHAMBERSBURG, PA, US          1/ONE

SAILING DATE:09/16/2018
FCR DATE:09/11/2018

17-Aug-2018

| | | |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

QINGDAO

Oct          08          2018

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 25, 2018

**INVOICE NO.:** 201822099995

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2X0U | MARLED OPEN CARDI ICED VANILLA HEATHER | | 107 | 107 | 59.500  USD | 6,366.50  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 050083009340 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| | | STYLE :GP9RT31050BG DESCRIPTION:ROUTE 66 GIRLS KNITTED CARDIGAN, STRIGHT ARMHOLE LONG SLEEVE, ALLOVER REVERSE JERSEY KNITTED TUBULAR PLACKET, 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE) NO POCKET , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH FABRICATION:100% ACRYLIC KNITTED 1 CM PER VERTICAL :4 STITCHES, HORIZONTAL :3 STITCHES HANGER CODE : 585SB | | | | | |
| | **CONTRACT NO.** | B2X0U | **REFERENCE NO.** | 802P | | | |
| | **DC CODE** | PCD | **DEPARTMENT NO.** | 049 | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | | |
| | **VENDOR ITEM CODE** | GP9RT31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | | | |
| | **FACTORY NO.** | 101969 | | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | | |
| | HAIYANG | | | | | | |
| | SHANDONG | | | | | | |
| | China | | | | | | |
| | **FTY MID NO.** | CNHAIQINHAI | | | | | |
| KMART | B2X0U | MARLED OPEN CARDI DARK DENIM OD | | 93 | 93 | 59.500  USD | 5,533.50  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 050083015529 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |
| | | STYLE:GP9RT31050BG DESCRIPTION:ROUTE 66 GIRLS KNITTED CARDIGAN, STRIGHT ARMHOLE LONG SLEEVE, ALLOVER REVERSE JERSEY KNITTED TUBULAR PLACKET, 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE) NO POCKET, BODY LENGTH FRONT HIGH POINT SHOULDER TO CROTCH FABRICATION:100% ACRYLIC KNITTED 1CM PER VERTICAL:4 STITCHES, HORIZONTAL : 3 STITCHES HANGER CODE:585SB | | | | | |
| | **CONTRACT NO.** | B2X0U | **REFERENCE NO.** | 802P | | | |
| | **DC CODE** | PCD | **DEPARTMENT NO.** | 049 | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | | |
| | **VENDOR ITEM CODE** | GP9RT31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | | | |
| | **FACTORY NO.** | 101969 | | | | | |

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 25, 2018

**INVOICE NO.:** 201822099995

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**                CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 200 | 200 | ASSORTMENTS | 11,900.00  USD |

**TOTAL US DOLLARS ELEVEN THOUSAND NINE HUNDRED DOLLARS AND ZERO CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| |
|---|
| **WEIHAI LIANQIAO INTL COOP GP CO LTD** |
| **EMPLOYEE NAME** _____ |
| **EMPLOYEE TITLE** _____ |

**UPS Supply Chain Solutions℠**    OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP CO.,LTD<br>NO.269,WEST WENHUA ROAD,HI-TECH<br>DEVE ZONE,WEIHAI,CHINA | APLU065928583 | 7173495219 |
| | EXPORT REFERENCES<br>AWB 7173495219 | DATE OF RECEIPT OF CARGO<br>25-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>QINGDAO,CHINA | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>COSCO SHIPPING ROSE 001 | PORT OF LOADING<br>QINGDAO,CHINA | |
| PORT OF DISCHARGE<br>NEW YORK, NY, US | PLACE OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG, PA, US | NUMBER OF ORIGINALS<br>1/ONE |

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | PARTICULARS FURNISHED BY SHIPPER<br>DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: APZU3333344<br>SEALCODE1:<br>K7129103<br>MARKS & NO:<br>KMART<br>ITEM:<br>MADE IN CHINA<br>CONTENTS 1<br>ASSORTMENT | 1 | 20' STANDARD CONTAINER 200 CARTON<br>SAID TO CONTAIN<br>SWEATER<br>PO NO:B2X0U REF NO:802P<br>TOTAL QTY:200 PCS<br>CODE: CHA/CHAMBERSBURG,PA:17201.(DOOR)<br>THE ABOVE SHIPMENT DOES NOT CONTAIN ANY<br>SOLID WOOD PACKING MATERIAL.<br>FREIGHT COLLECT<br>SAILING DATE:10/01/2018<br>FCR DATE:09/25/2018 | 700.000 KG<br>1543.240 LB | 8.122 M<br>286.788 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:     01-Sep-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SUPPLY CHAIN LIMITED QINGDAO BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
QINGDAO                              Authorized Signatures

Issued by _____

Month _Oct_____ Day _16___ Year _2018____

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 25, 2018

**INVOICE NO.:** 201822099866

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2X0U | MARLED OPEN CARDI ICED VANILLA HEATHER | 83 | 83 | 59.500  USD | 4,938.50  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 050083009340 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | STYLE :GP9RT31050BG<br>DESCRIPTION:ROUTE 66 GIRLS KNITTED CARDIGAN, STRIGHT ARMHOLE<br>LONG SLEEVE, ALLOVER REVERSE JERSEY KNITTED<br>TUBULAR PLACKET, 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)<br>NO POCKET , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH<br>FABRICATION:100% ACRYLIC KNITTED<br>1 CM PER VERTICAL :4 STITCHES, HORIZONTAL :3 STITCHES<br>HANGER CODE : 585SB | | | | |
| | **CONTRACT NO.** | B2X0U | **REFERENCE NO.** | 802C | | |
| | **DC CODE** | CCD | **DEPARTMENT NO.** | 049 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | |
| | **VENDOR ITEM CODE** | GP9RT31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | | |
| | **FACTORY NO.** | 101969 | | | | |
| | HAIYANG QINGHONG GARMENT CO LTD | | | | | |
| | BICHENG INDUSTRIAL PARK | | | | | |
| | HAIYANG | | | | | |
| | SHANDONG | | | | | |
| | China | | | | | |
| | **FTY MID NO.** | CNHAIQINHAI | | | | |
| KMART | B2X0U | MARLED OPEN CARDI DARK DENIM OD | 74 | 74 | 59.500  USD | 4,403.00  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 050083015529 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| | | STYLE:GP9RT31050BG<br>DESCRIPTION:ROUTE 66 GIRLS KNITTED CARDIGAN, STRIGHT ARMHOLE<br>LONG SLEEVE, ALLOVER REVERSE JERSEY KNITTED<br>TUBULAR PLACKET, 1X1 RIB ON CUFF & HEM. (NOT KNIT TO SHAPE)<br>NO POCKET, BODY LENGTH FRONT HIGH POINT SHOULDER TO CROTCH<br>FABRICATION:100% ACRYLIC KNITTED<br>1CM PER VERTICAL:4 STITCHES, HORIZONTAL : 3 STITCHES<br>HANGER CODE:585SB | | | | |
| | **CONTRACT NO.** | B2X0U | **REFERENCE NO.** | 802C | | |
| | **DC CODE** | CCD | **DEPARTMENT NO.** | 049 | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 2641 | | |
| | **VENDOR ITEM CODE** | GP9RT31050BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 646, RNONE | | |
| | **FACTORY NO.** | 101969 | | | | |

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** September 25, 2018

**INVOICE NO.:** 201822099866

2641
WEIHAI LIANQIAO INTL COOP GP CO LTD
NO.269, WEST WENHUA ROAD
HI-TECH DEVE ZONE,
WEIHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Qingdao, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HAIYANG QINGHONG GARMENT CO LTD
BICHENG INDUSTRIAL PARK
HAIYANG
SHANDONG
China
**FTY MID NO.**          CNHAIQINHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 157 | 157 | ASSORTMENTS | 9,341.50  USD |

**TOTAL US DOLLARS NINE THOUSAND THREE HUNDRED FORTY-ONE DOLLARS AND FIFTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WEIHAI LIANQIAO INTL COOP GP CO LTD |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

**UPS Supply Chain Solutions™**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
WEIHAI LIANQIAO INTERNATIONAL COOP.GROUP
CO.,LTD
NO.269,WEST WENHUA ROAD,HI-TECH
DEVE ZONE,WEIHAI,CHINA

| BOOKING NO. | CARGO RECEIPT NO. |
|---|---|
| MAEU578907071B | 7173495241 |

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|
| AWB 7173495241 | 25-SEP-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good
order and condition from Shipper, the package(s) listed below are said to contain
the goods hereinafter described. This receipt is not valid unless verified and
signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a
higher value is declared on this receipt and the extra charge paid, liability is limited
to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of
law, its limitation, described in paragraph 3 on the reverse hereof, controls unless
a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
TEL :(310) 404-2792 FAX : (310) 404 2962

EXPORT LICENSE NO.

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | QINGDAO,CHINA |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING |
|---|---|
| MAERSK EDMONTON 838N | QINGDAO,CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
|---|---|---|
| LONG BEACH, CA, US | MIRA LOMA, CA, US | 1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU6633146 SEALCODE1: CN7795396 MARKS & NO: KMART ITEM: MADE IN CHINA CONTENTS 1 ASSORTMENT | 1 | 40' STANDARD CONTAINER 157 CARTON SAID TO CONTAIN SWEATER PO NO:B2X0U REF NO:802C TOTAL SHIPPED QTY:     PCS THE ABOVE SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL CODE: CCD/MIRA LOMA,CA 91752 DOOR FREIGHT COLLECT SAILING DATE: 6-OCT-2018 FCR DATE: 25-SEP-2018 | 549.500 KG 1211.440 LB | 6.375 M 225.101 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have
received the following documents from shipper
on:      01-Sep-2018

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 1 | 1 |
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here
and on the reverse of this document which are incorporated here
by reference. These Terms limit or exclude UPS Supply Chain
Solutions liability and include certain indemnities to UPS Supply
Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED QINGDAO BRANCH

QINGDAO      AS AGENT FOR
Issued by __UPS SUPPLY CHAIN SOLUTIONS INC.__
Authorized Signatures

Month __Oct__   Day __16__   Year __2018__

# EXHIBIT "G"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING MOTION OF WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §§ 503(B)(1) AND 503(B)(9)**

Upon the Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §§ 503(b)(1) and 503(b)(9)  (the "Motion")[2] filed by Weihai Lianqiao International Coop. Group Co., Ltd. ("WLI"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion

---

[1] The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and due and adequate notice of the Motion having been given under the circumstances, and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      WLI is hereby granted an allowed administrative expense claim in the amount of $470,530.74 ($357,041.71 against Sears and $113,489.03 against Kmart) on account of the § 503(b)(1)(A) Claims.

3.      WLI is hereby granted an allowed administrative claim in the amount of $914,538.36 ($646,697.26 against Sears and $267,841.10 against Kmart) on account of the § 503(b)(9) Claims (together with the § 503(b)(1)(A) Claims, the "WLI Administrative Claims").

4.      The Debtors are directed to immediately pay WLI the WLI Administrative Claims within three (3) business days of the entry of this Order.

5.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: August __, 2019
     White Plains, NY

                _____
                HONORABLE ROBERT D. DRAIN
                UNITED STATES BANKRUPTCY JUDGE