**EXHIBIT A**

# Ballard Spahr
LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 25, 2019
Invoice No.: 20190705811

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:   Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---|
| Fee Examiner Activities (00315861) | $62,901.00 |
| Total Current Charges | $62,901.00 |
| **TOTAL AMOUNT DUE** | **$62,901.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 06/03/19 | Telephone conference and correspondence with L. Roglen regarding first interim fee and expense applications and proposed form of order. | 1,305.00 | 0.20 | 261.00 |
| Harner,P.E. | 06/06/19 | Review and analyze initial reports and update memorandum from electronic review team regarding first interim fee and expense applications (2.30); correspondence with C. Pollard and L. Roglen regarding same (.30). | 1,305.00 | 2.60 | 3,393.00 |
| Harner,P.E. | 06/07/19 | Further review and analysis of initial reports and update memorandum from electronic review team regarding first interim fee and expense applications. | 1,305.00 | 1.90 | 2,479.50 |
| Harner,P.E. | 06/13/19 | Review and analyze first interim fee and expense applications and related internal tracking charts (2.90); correspondence with V. Marriott, C. Pollard and V. Marriott regarding same (.30). | 1,305.00 | 3.20 | 4,176.00 |
| Harner,P.E. | 06/17/19 | Further review and analysis of first interim fee and expense applications and related internal tracking charts (2.80); prepare generally for June 18 meetings regarding same, including related correspondence with V. Marriott and C. Pollard regarding same (1.00). | 1,305.00 | 3.80 | 4,959.00 |
| Harner,P.E. | 06/18/19 | Detailed review of initial Relativity reports regarding electronic fee entry review and protocols. | 1,305.00 | 5.70 | 7,438.50 |
| Harner,P.E. | 06/18/19 | Participate in Ballard team meeting regarding ongoing Sears fee and expense examination | 1,305.00 | 1.30 | 1,696.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 06/18/19 | Prepare for and participate in Ballard team meeting regarding ongoing Sears fee and expense examination, including detailed review of initial Relativity reports regarding electronic fee entry review and protocols. | 1,305.00 | 3.40 | 4,437.00 |
| Harner,P.E. | 06/18/19 | Travel to and from Philadelphia for team meeting. | 1,305.00 | 5.20 | 6,786.00 |
| Harner,P.E. | 06/19/19 | Further review and analysis of first interim fee and expense applications and related internal tracking charts, and related follow-up from June 18 meetings. | 1,305.00 | 2.90 | 3,784.50 |
| Harner,P.E. | 06/20/19 | Prepare for and participate telephonically in omnibus/first interim fee and expense applications hearings (1.90); follow-up telephone conferences and correspondence with V. Marriott and T. Daluz regarding same on fee application review protocols (.50). | 1,305.00 | 2.40 | 3,132.00 |
| Harner,P.E. | 06/24/19 | Further review and analysis of first interim fee and expense applications and related background materials. | 1,305.00 | 3.50 | 4,567.50 |
| Harner,P.E. | 06/25/19 | Further review and analysis of first interim fee and expense applications and related background materials. | 1,305.00 | 2.20 | 2,871.00 |
| Harner,P.E. | 06/26/19 | Further review and analysis of first interim fee and expense applications and related background materials. | 1,305.00 | 2.60 | 3,393.00 |
| Harner,P.E. | 06/27/19 | Further review and analysis of first interim fee and expense applications and related background materials. | 1,305.00 | 2.90 | 3,784.50 |
| Harner,P.E. | 06/28/19 | Further review and analysis of first interim fee and expense applications and related background materials. | 1,305.00 | 4.40 | 5,742.00 |
| **Total B170** | | | | **48.20** | **$62,901.00** |

|  | Hours | Amount |
|---|---:|---:|
| **Total Fees** | **48.20** | **62,901.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,305.00 | 48.20 | 62,901.00 |
| **Total Task: B170** | | **48.20** | **$62,901.00** |
| **Total Fees** | | **48.20** | **$62,901.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Harner,P.E. | 1,305.00 | 48.20 | 62,901.00 |
| **Total Fees** | | **48.20** | **$62,901.00** |

| | |
|---|---:|
| **Total Current Charges:** | **$62,901.00** |