**EXHIBIT B**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 25, 2019
Invoice No.: 20190705810

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:   Sears Fee Examiner  (071820.03)
Matter:  Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee and Expense Review and Reporting (00317415) | $43,308.50 |
| Total Current Charges | $43,308.50 |
| **TOTAL AMOUNT DUE** | **$43,308.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employement Applications** | | | | | |
| Daluz,T.M. | 06/18/19 | Attend to Ballard fee app issues | 895.00 | 0.20 | 179.00 |
| Marriott, III,V.J. | 06/19/19 | Attend to pro hac and notice of appearance. | 985.00 | 0.50 | 492.50 |
| McClamb,C.D. | 06/19/19 | Draft motion for admission pro hac vice for V. Marriott | 445.00 | 0.50 | 222.50 |
| McClamb,C.D. | 06/19/19 | Address fee application requirements per fee order | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 06/19/19 | Prepare and file notice of appearance and motions for admission pro hac vice | 445.00 | 0.90 | 400.50 |
| McClamb,C.D. | 06/19/19 | Draft motion for admission pro hac vice for T. Daluz | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 06/19/19 | Draft notice of appearance for Fee Examiner | 445.00 | 0.30 | 133.50 |
| Daluz,T.M. | 06/20/19 | Attend to fee app issue | 895.00 | 0.30 | 268.50 |
| McClamb,C.D. | 06/25/19 | Emails with E. Kan, P. Harner and M. Korycki re: estimates of Fee Examiner fees and expenses | 445.00 | 0.50 | 222.50 |
| McClamb,C.D. | 06/25/19 | Emails with T. Daluz and E. Kan re: preparation of first monthly fee application | 445.00 | 0.50 | 222.50 |
| McClamb,C.D. | 06/27/19 | Draft joint monthly fee application | 445.00 | 2.00 | 890.00 |
| Maddox,M. | 06/27/19 | Review interim compensation order | 270.00 | 0.30 | 81.00 |
| McClamb,C.D. | 06/28/19 | Attention to invoices for first monthly fee application | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 06/28/19 | Draft first monthly fee application | 445.00 | 3.50 | 1,557.50 |
| Maddox,M. | 06/28/19 | Calendar fee application deadlines | 270.00 | 0.10 | 27.00 |
| McClamb,C.D. | 06/30/19 | Edits to first joint monthly fee application | 445.00 | 0.40 | 178.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Total B160** | | | | **10.80** | **$5,231.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| Neitzel,K.N. | 06/01/19 | Prepare and import Deloitte fee and expense data into Relativity database for attorney review and analysis | 350.00 | 1.30 | 455.00 |
| Pollard,C.P. | 06/02/19 | Finish reviewing and conforming McAndrews data for import to Relativity for review (revise timekeeper table to match names in time entries, consolidate all reports, join time entries, timekeeper roles and task code descriptions) | 310.00 | 0.90 | 279.00 |
| Roglen,L.D. | 06/03/19 | Research re: interim fee orders and emails (multiple) with P. Harner, V. Marriott, T. Daluz, and C. McClamb re: same. | 490.00 | 0.60 | 294.00 |
| Pollard,C.P. | 06/03/19 | Review and resolve duplicate records error (Deloitte Tax expenses) | 310.00 | 0.30 | 93.00 |
| Neitzel,K.N. | 06/03/19 | Prepare Deloitte fee data and import into Relativity for attorney review | 350.00 | 1.20 | 420.00 |
| Neitzel,K.N. | 06/04/19 | Prepare Young Conaway and McAndrews fee data and import into Relativity for attorney review | 350.00 | 2.20 | 770.00 |
| Neitzel,K.N. | 06/04/19 | Prepare Deloitte fee data and import into Relativity for attorney review | 350.00 | 1.50 | 525.00 |
| Neitzel,K.N. | 06/04/19 | Prepare Akin Gump fee data and import into Relativity for attorney review | 350.00 | 0.60 | 210.00 |
| Pollard,C.P. | 06/04/19 | Telephone call with K. Neitzel re: status of processing of fee and expense data from various law firms/vendors | 310.00 | 0.10 | 31.00 |
| Neitzel,K.N. | 06/05/19 | Prepare Akin Gump fee data and import into Relativity for attorney review | 350.00 | 1.00 | 350.00 |
| Neitzel,K.N. | 06/05/19 | Prepare Paul Weiss fee data and import into Relativity for attorney review | 350.00 | 1.60 | 560.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neitzel,K.N. | 06/05/19 | Telephone conference with C. Pollard re: Relativity workspace set-up | 350.00 | 0.40 | 140.00 |
| Pollard,C.P. | 06/05/19 | Review: update search index; set up Communications search; review and tag documents for further review | 310.00 | 1.10 | 341.00 |
| Roglen,L.D. | 06/05/19 | Emails (multiple) with T. Hedus, J. Foster, C. Pollard, and K. Neitzel re: data format issues. | 490.00 | 0.40 | 196.00 |
| Pollard,C.P. | 06/05/19 | Analytics: run repeated content analysis in attempt to identify time entries with similar language | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 06/05/19 | Review: export fee data to Access to identify timekeepers with more than 12 hours billed in a day | 310.00 | 0.10 | 31.00 |
| Pollard,C.P. | 06/05/19 | REview: mass tag "communication" and "excessive"time entries; create new dashboards summarizing documents with communication and excessing time entries | 310.00 | 0.30 | 93.00 |
| Neitzel,K.N. | 06/06/19 | Perform quality control checks on imported fee data to ensure accuracy and eliminate duplicate entries | 350.00 | 2.10 | 735.00 |
| Pollard,C.P. | 06/06/19 | Draft email to P. Harner, V. Marriott, T. Daluz, L. Rogden, C. McClamb and K. Neitzel reporting on status of data availability, search results (communications, excessive billing, duplicate entries) and accessing/reviewing the search results for test law firm (Young Conaway) | 310.00 | 0.90 | 279.00 |
| Pollard,C.P. | 06/06/19 | REview results of narrative near duplicate analysis; begin identifying records for follow-up | 310.00 | 1.10 | 341.00 |
| Pollard,C.P. | 06/06/19 | Telephone call with K. Neitzel re: duplicate entries (Alvarez) | 310.00 | 0.10 | 31.00 |
| Pollard,C.P. | 06/06/19 | Telephone call with K. Neitzel re: status of data issues, dupliate entry analysis | 310.00 | 0.20 | 62.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 06/06/19 | Review: import fee data to MSAccess; create queries to identify timekeepers reporting more than 12 hours in a day and to identify the matching records; export results; run search in Relativity workspace and tag identified records | 310.00 | 0.80 | 248.00 |
| McClamb,C.D. | 06/06/19 | Review and summarize professionals' fee applications | 445.00 | 3.30 | 1,468.50 |
| Daluz,T.M. | 06/06/19 | Review timeline and summary of retention orders | 895.00 | 0.30 | 268.50 |
| McClamb,C.D. | 06/06/19 | Draft time line of bankruptcy proceedings | 445.00 | 3.80 | 1,691.00 |
| Neitzel,K.N. | 06/07/19 | Prepare Alvarez & Marsal and Houlihan Lokey data to be loaded into Relativity for attorney review and analysis | 350.00 | 1.50 | 525.00 |
| Pollard,C.P. | 06/07/19 | Review Alvarez time and expense entries to identify duplicate records between the First - Sixth reports and the Interim report | 310.00 | 1.10 | 341.00 |
| Neitzel,K.N. | 06/07/19 | Confer with C. Pollard re: identification of duplicate entires in Alvarez & Marsal fee data | 350.00 | 0.40 | 140.00 |
| Roglen,L.D. | 06/10/19 | Telephone conversations (multiple) with retained professionals and summary email to P. Harner, V. Marriott, and T. Daluz re: reservation of rights language for first interim fee order. | 490.00 | 0.90 | 441.00 |
| Neitzel,K.N. | 06/12/19 | Download and stage additional fee data | 350.00 | 0.30 | 105.00 |
| Neitzel,K.N. | 06/12/19 | Prepare Houlihan Lokey expense and fee data to be loaded into Relativity workspace | 350.00 | 0.60 | 210.00 |
| Roglen,L.D. | 06/12/19 | Update tracking chart and email to P. Harner, V. Marriott, T. Daluz, and C. McClamb re: same. | 490.00 | 0.30 | 147.00 |
| Marriott, III,V.J. | 06/13/19 | Review issues re: fee hearing and test run | 985.00 | 0.40 | 394.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 06/14/19 | Review correspondence re: fee hearing | 985.00 | 0.30 | 295.50 |
| Marriott, III,V.J. | 06/17/19 | Review trial search parameter results | 985.00 | 0.80 | 788.00 |
| Pollard,C.P. | 06/17/19 | Update communications, block billing and billing more than 12 hours in a day searches and tagging to capture additional documents received since 6/5/2019 | 310.00 | 1.00 | 310.00 |
| Pollard,C.P. | 06/17/19 | Draft notes re: setting up coding layout for fee review | 310.00 | 0.40 | 124.00 |
| Pollard,C.P. | 06/17/19 | Review results and prepare view for potential duplicate time entries | 310.00 | 0.50 | 155.00 |
| McClamb,C.D. | 06/17/19 | Coordinate meeting with fee examiner review team | 445.00 | 1.00 | 445.00 |
| McClamb,C.D. | 06/17/19 | Phone call with chambers re: interim fee application hearing | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 06/17/19 | Review docket for objections to fee applications | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 06/17/19 | Emails and phone calls with fee application review team re: status meeting | 445.00 | 0.30 | 133.50 |
| Marriott, III,V.J. | 06/18/19 | Review data set formatting | 985.00 | 1.00 | 985.00 |
| Marriott, III,V.J. | 06/18/19 | Prepare for and participate in session re: search parameters and data access | 985.00 | 1.00 | 985.00 |
| Pollard,C.P. | 06/18/19 | Review and compile list of areas of fee examination for possible use in Sears review | 310.00 | 0.10 | 31.00 |
| Kearney,B.N. | 06/18/19 | Attend briefing meeting re: Sears fee application examination assignment, procedures, examples, etc. (with P. Harner, V. Marriott, C. Jimenez, M. Salah, C. McClamb, and members of eDiscovery team) | 335.00 | 1.30 | 435.50 |
| Kearney,B.N. | 06/18/19 | Memorialize notes from Sears fee application examiner meeting | 335.00 | 0.20 | 67.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 06/18/19 | Design new view for timekeepers billing more than 12 hours per day | 310.00 | 0.20 | 62.00 |
| Neitzel,K.N. | 06/18/19 | Attend telephone conference with legal team re: Relativity database and review overview | 350.00 | 1.30 | 455.00 |
| Pollard,C.P. | 06/18/19 | Review views and layouts for use by fee examiner team | 310.00 | 0.60 | 186.00 |
| Daluz,T.M. | 06/18/19 | Review and analyze issues for consideration in fee app review | 895.00 | 0.30 | 268.50 |
| Neitzel,K.N. | 06/18/19 | Customize Relativity workspace in preparation for attorney review | 350.00 | 0.90 | 315.00 |
| Neitzel,K.N. | 06/18/19 | Telephone conference with C. Pollard re: customization of Relativity workspace for attorney review | 350.00 | 0.50 | 175.00 |
| Jimenez,C. | 06/18/19 | Initial meeting w/ P. Harner and V. Marriott to discuss review protocol | 365.00 | 1.40 | 511.00 |
| Salah,M. | 06/18/19 | Attendance at examiner review team meeting | 415.00 | 1.10 | 456.50 |
| McClamb,C.D. | 06/18/19 | Phone calls with P. Harner re: interim fee hearing and next steps | 445.00 | 0.20 | 89.00 |
| Greenfield,M.G. | 06/18/19 | Review of fee examiner rules, guidelines and Court orders | 445.00 | 0.80 | 356.00 |
| Greenfield,M.G. | 06/18/19 | Emails with Chantelle McClamb regarding fee application review | 445.00 | 0.20 | 89.00 |
| Pollard,C.P. | 06/18/19 | Request email group for "Sears Fee Examiner Team" | 310.00 | 0.10 | 31.00 |
| Pollard,C.P. | 06/18/19 | Export data re: timekeepers billing more than 12 hours per day | 310.00 | 0.20 | 62.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 06/18/19 | Forward summary of time entries by service providers to P. Harner, V. Marriott and T. Daluz (.1); update communications search terms to add "telephone" to list (.1); run searches re: communications sub-categories and tag (.2) | 310.00 | 0.40 | 124.00 |
| Pollard,C.P. | 06/18/19 | Call with K. Neitzel re: reorganizing workspace folder structure by debtor/creditor and professionals | 310.00 | 0.30 | 93.00 |
| Pollard,C.P. | 06/18/19 | Attend meeting with P. Harner, V. Marriott, C. McClamb, C. Jimenez, M. Salah, K. Neitzel re: review format, changes to "communications" search terms, changes to coding layout, and timing | 310.00 | 1.30 | 403.00 |
| Pollard,C.P. | 06/18/19 | Run revised searches on communications (meetings, correspondence and telephone calls) and report on results | 310.00 | 0.50 | 155.00 |
| Pollard,C.P. | 06/18/19 | Finish review of summary of issues identified in form of the fee report for possible use in Sears review | 310.00 | 0.60 | 186.00 |
| McClamb,C.D. | 06/18/19 | Prepare materials for fee review team | 445.00 | 1.20 | 534.00 |
| McClamb,C.D. | 06/18/19 | Research and draft list of fee application issues | 445.00 | 0.80 | 356.00 |
| McClamb,C.D. | 06/18/19 | Prepare for fee examiner review team meeting | 445.00 | 0.50 | 222.50 |
| McClamb,C.D. | 06/18/19 | Attendance at fee examiner review team meeting | 445.00 | 1.30 | 578.50 |
| Neitzel,K.N. | 06/19/19 | Telephone conference with C. McLamb and C. Pollard re: setting up issue tags in Relativity in preparation for fee review | 350.00 | 0.70 | 245.00 |
| Pollard,C.P. | 06/19/19 | Prepare spreadsheet for C. McClamb to update for reviewers | 310.00 | 0.10 | 31.00 |
| Marriott, III,V.J. | 06/19/19 | Review progress of data input and search parameters | 985.00 | 1.00 | 985.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 06/19/19 | Telephone call with C. McClam and K. Neitzel re: fee issue tags, review workflow and possible expense review | 310.00 | 0.60 | 186.00 |
| Kearney,B.N. | 06/19/19 | Review materials provided by C. McClamb in advance of fee application review | 335.00 | 0.80 | 268.00 |
| Pollard,C.P. | 06/19/19 | Revise fee review issue tags per call with C. McClamb and K. Neitzel | 310.00 | 0.10 | 31.00 |
| Greenfield,M.G. | 06/19/19 | Review of fee examiner rules, guidelines and Court orders | 445.00 | 0.70 | 311.50 |
| Greenfield,M.G. | 06/19/19 | Call with Chantelle McClamb regarding fee application review process | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 06/19/19 | Phone call with M. Greenfield re: procedures for fee review | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 06/19/19 | Phone call to chambers re: interim fee hearing attendance | 445.00 | 0.10 | 44.50 |
| Daluz,T.M. | 06/20/19 | Participate in omnibus hearing on interim fee applications | 895.00 | 2.00 | 1,790.00 |
| Daluz,T.M. | 06/20/19 | Update on status of application review | 895.00 | 0.20 | 179.00 |
| Pollard,C.P. | 06/20/19 | Draft workflow instructions for fee review | 310.00 | 1.20 | 372.00 |
| Pollard,C.P. | 06/20/19 | Create search and tag records identified as having billing discrepancies (.1); call with K .Neitzel re: review workflow and additions to views | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 06/20/19 | Finish drafting workflow and review instructions with input from calls with K. Neitzel - circulate for comments (3.1); identify and tag duplicate entries - internal and multi-provider for review (.6) | 310.00 | 3.70 | 1,147.00 |
| Pollard,C.P. | 06/20/19 | Begin reviewing task codes submitted by service providers and organizing by Project Category | 310.00 | 0.40 | 124.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

9

20190705810  
July 25, 2019

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 06/21/19 | Forward list to team for comments and revisions | 310.00 | 0.20 | 62.00 |
| Neitzel,K.N. | 06/21/19 | Review documentation of proposed work flow for attorney fee review | 350.00 | 0.30 | 105.00 |
| Greenfield,M.G. | 06/21/19 | Review of fee examiner rules and guidelines | 445.00 | 0.50 | 222.50 |
| Daluz,T.M. | 06/21/19 | Attend to Fee App issues | 895.00 | 0.50 | 447.50 |
| Pollard,C.P. | 06/21/19 | Finish review and assignment of project categories to task codes used by service providers | 310.00 | 0.30 | 93.00 |
| McClamb,C.D. | 06/24/19 | Emails with T. Daluz and P. Harner re: first monthly fee application | 445.00 | 0.30 | 133.50 |
| Daluz,T.M. | 06/24/19 | Revise proformas to prepare attachments for fee application | 895.00 | 2.00 | 1,790.00 |
| Marriott, III,V.J. | 06/24/19 | Attend to issues re: format of fee applications | 985.00 | 0.40 | 394.00 |
| Daluz,T.M. | 06/25/19 | Attend to fee app issues | 895.00 | 0.50 | 447.50 |
| Marriott, III,V.J. | 06/25/19 | Review status of fee application | 985.00 | 0.30 | 295.50 |
| Daluz,T.M. | 06/26/19 | Attend to fee app exhibits | 895.00 | 1.50 | 1,342.50 |
| Maddox,M. | 06/27/19 | Office conference with C. McClamb re calendering of fees | 270.00 | 0.10 | 27.00 |
| Daluz,T.M. | 06/28/19 | Review and revise draft fee app | 895.00 | 2.00 | 1,790.00 |
| McClamb,C.D. | 06/29/19 | Draft review procedures | 445.00 | 1.80 | 801.00 |
| McClamb,C.D. | 06/30/19 | Draft fee review procedures for distribution to review team | 445.00 | 1.50 | 667.50 |
| Jimenez,C. | 06/30/19 | Review UST guidelines and order appointing fee examiner to prepare for fee examination review | 365.00 | 1.00 | 365.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Total B170** | | | | **80.80** | **$38,077.50** |
| | | Total Fees | | 91.60 | 43,308.50 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 445.00 | 9.40 | 4,183.00 |
| Maddox,M. | 270.00 | 0.40 | 108.00 |
| Daluz,T.M. | 895.00 | 0.50 | 447.50 |
| Marriott, III,V.J. | 985.00 | 0.50 | 492.50 |
| **Total Task: B160** | | **10.80** | **$5,231.00** |
| **Task: B170 - Fee/Employment Objections** | | | |
| Kearney,B.N. | 335.00 | 2.30 | 770.50 |
| McClamb,C.D. | 445.00 | 17.10 | 7,609.50 |
| Jimenez,C. | 365.00 | 2.40 | 876.00 |
| Pollard,C.P. | 310.00 | 20.20 | 6,262.00 |
| Neitzel,K.N. | 350.00 | 18.40 | 6,440.00 |
| Roglen,L.D. | 490.00 | 2.20 | 1,078.00 |
| Greenfield,M.G. | 445.00 | 2.50 | 1,112.50 |
| Maddox,M. | 270.00 | 0.10 | 27.00 |
| Salah,M. | 415.00 | 1.10 | 456.50 |
| Daluz,T.M. | 895.00 | 9.30 | 8,323.50 |
| Marriott, III,V.J. | 985.00 | 5.20 | 5,122.00 |
| **Total Task: B170** | | **80.80** | **$38,077.50** |
| **Total Fees** | | **91.60** | **$43,308.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Daluz,T.M. | 895.00 | 9.80 | 8,771.00 |
| Marriott, III,V.J. | 985.00 | 5.70 | 5,614.50 |
| Greenfield,M.G. | 445.00 | 2.50 | 1,112.50 |

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Jimenez,C. | 365.00 | 2.40 | 876.00 |
| Kearney,B.N. | 335.00 | 2.30 | 770.50 |
| McClamb,C.D. | 445.00 | 26.50 | 11,792.50 |
| Roglen,L.D. | 490.00 | 2.20 | 1,078.00 |
| Salah,M. | 415.00 | 1.10 | 456.50 |
| Neitzel,K.N. | 350.00 | 18.40 | 6,440.00 |
| Pollard,C.P. | 310.00 | 20.20 | 6,262.00 |
| Maddox,M. | 270.00 | 0.50 | 135.00 |
| **Total Fees** | | **91.60** | **$43,308.50** |

| | |
|---|---:|
| **Total Current Charges:** | **$43,308.50** |