**<u>EXHIBIT C</u>**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 25, 2019
Invoice No.: 20190705809

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:   Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2019

**INVOICE SUMMARY**

FEES

DISBURSEMENTS
| | |
|---|---:|
| Air/Rail Expense | $164.00 |
| Business Meals | $174.79 |
| Outgoing Fax | $0.25 |
| Travel Expenses | $40.00 |
| Total Disbursements | $379.04 |
| Total Current Charges | $379.04 |
| **TOTAL AMOUNT DUE** | **$379.04** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|---|---|---|
| 05/30/19 | Travel Expenses Paul Harner; 68FAFEE5E43A485CBFB6; PHILLY TRIP | 20.00 |
| 06/03/19 | Business Meals VISA_0619_3678_09 - FRESH KITCHEN / MARKET: 5/30/19 P.Harner client lunch meeting | 135.79 |
| 06/18/19 | Travel Expenses Paul Harner; 68FAFEE5E43A485CBFB6; PHILLY TRIP | 20.00 |
| 06/18/19 | Business Meals Paul Harner; 68FAFEE5E43A485CBFB6; PHILLY TRIP | 39.00 |
| 06/18/19 | Air/Rail Expense Paul Harner; 68FAFEE5E43A485CBFB6; PHILLY TRIP | 164.00 |
| 06/20/19 | Outgoing Fax Paul Harner - Invoice # 7D48F3F2F28749A48BAF - SEARS COURT CALL | 0.25 |
| | **Total Disbursements** | **$379.04** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Air/Rail Expense | 164.00 |
| Business Meals | 174.79 |
| Outgoing Fax | 0.25 |
| Travel Expenses | 40.00 |
| **Total Disbursements** | **$379.04** |
| **Total Current Charges:** | **$379.04** |