**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

In re:

SEARS HOLDING CORPORATION, et *al.*,

                Debtors.

------------------------------------------------------- X

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

### DECLARATION OF BRIAN CARLSON IN SUPPORT OF MOTION OF VEHICLE SERVICE GROUP, LLC D/B/A ROTARY, A DOVER COMPANY, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §§ 503(a) AND 503(b)(1)

STATE OF INDIANA    )
                           ) ss.:
COUNTY OF JEFFERSON    )

      Brian Carlson hereby declares under penalty of perjury that the foregoing is true and correct:

      1.      I am the Director of Finance at Vehicle Service Group, LLC d/b/a Rotary, a Dover Company ("VSG"). I am over eighteen years of age, of sound mind, and capable of making this Declaration. All the facts and statements contained herein are within my personal knowledge and are, in all things, true and correct to the best of my knowledge, information, and belief.

      2.      I make this Declaration in support of the motion to for allowance and payment of administrative expenses claims filed by VSG, as a creditor.

      3.      In my role as Director of Finance of VSG, I am familiar with VSG's business generally and VSG's business relationship with the Debtors specifically.

      4.      VSG provided certain equipment, accessories, parts and related support services to the above-captioned debtors' Sears Auto Centers in connection with a Master Equipment Purchase

1

and Service Agreement dated May 11, 2016 ("MSA") entered into by and between VSG and Sears, Roebuck and Co.

5. In the twenty (20) days before October 15, 2018 (the "Petition Date"), VSG supplied goods to one or more of the above-captioned debtors (collectively, the "Debtors") pursuant to the MSA and was owed $33,030.65 on account such goods. Attached as Exhibit A hereto and incorporated herein is a summary of the amount owed for the goods provided in the twenty days before the Petition Date, along with the invoices that support the amount (the "§ 503(b)(9) Invoices"). As of this filing, this amount is still due and outstanding.

6. VSG timely filed a proof of claim in the Sears, Roebuck & Co. case on March 11, 2019 that includes the § 503(b)(9) Invoices. *See* Claim No. 9587.

7. After the Petition Date, VSG continued to perform work on behalf of one or more of the Debtors pursuant to the MSA, providing one or more of the Debtors goods and services as more specifically described in the invoiced attached thereto as Exhibit B.

8. In accordance with the terms of the MSA, VSG submitted invoices to one or more of the Debtors for such post-petition goods and services.

9. The Debtors have failed and refused to pay certain invoices for post-petition goods and services that are due and owing to VSG in the total amount of $168,915.17. Attached as Exhibit B hereto and incorporated herein is a summary of the amount owed for goods and services provided after the Petition Date, along with the invoices that support the amount (the "Post-Petition Invoices").

10. The Debtors have not disputed that the amounts under the § 503(b)(9) Invoices and the Post-Petition Invoices are due and owing.

Dated: August 1, 2019

_____
Brian Carlson
Director of Finance
Vehicle Service Group, LLC d/b/a Rotary, a Dover Company

Sworn to before me this

1st Day of August 2019

_____

KINGSLEY RENEE WILKERSON
Seal
Notary Public - State of Indiana
Jefferson County
My Commission Expires Feb 16, 2024

3