Hearing Date: August 22, 2019, 10:00 a.m. EST
Objection Deadline: August 16, 2019, 4:00 p.m. EST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-23538 (RDD)<br>Jointly Administered |

## NOTICE OF HEARING ON THE MOTION OF VEHICLE SERVICE GROUP, LLC D/B/A ROTARY, A DOVER COMPANY, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §§ 503(B)(1) AND 503(B)(9)

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion") of Vehicle Service Group, LLC d/b/a Rotary, a Dover Company ("VSG"), by its counsel Montgomery McCracken Walker & Rhoads LLP, for an order allowing VSG's administrative expense claims pursuant to 11 U.S.C. § 503(b)(1)(A) and directing immediate payment of VSG's administrative expense claims, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on August 22, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-4140, on a compact disc, in text-searchable portable

document format (PDF) (with two hard copies delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, NY 10601-4140), and served in accordance with General Order M-399 or other form upon: (i) Edward L. Schnitzer, Esq., Montgomery McCracken Walker & Rhoads LLP, 437 Madison Avenue, New York, New York 10022, and (ii) Office of The United States Trustee, Attn: Paul Schwartzberg, Richard Morrissey, 201 Varick St. Ste. 1006, New York, NY 10014, so as to be actually received no later than August 16, 2019 by 4:00 pm.

Dated: August 22, 2019
      New York, New York

                                **MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**

                                By: */s/ Edward L. Schnitzer*
                                     Edward L. Schnitzer
                              437 Madison Avenue
                              New York, NY 10022
                              Telephone: (212) 551-7781
                              Facsimile: (212) 599-5085
                              Email: eschnitzer@mmwr.com

                              *Counsel for Vehicle Service Group, LLC d/b/a Rotary, a Dover Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 22nd day of August, 2019 upon all parties requesting service via ECF notification.

*/s/ Edward L. Schnitzer*
Edward L. Schnitzer
**Montgomery McCracken Walker & Rhoads LLP**
437 Madison Ave
New York, New York  10022
T: (212) 867-9500
E: eschnitzer@mmwr.com