# EXHIBIT B

**From:** Sunaina Kapoor (India) <Sunaina.Kapoor@searshc.com>
**Sent:** Tuesday, 16 October 2018 12:22 PM
**To:** Sanjay Sarkar <sarkar@norpknit.com>
**Cc:** Pankaj Aggarwal <pankaj.aggarwal@pearlglobal.com>; ashish.garg@pearlglobal.com; pulkit seth <pulkit.seth@pearlglobal.com>; Md, Safeyee (Bangladesh) <Safeyee.Md@searshc.com>; 'Abhinaov Dhain' <abhinaov.dhain@pearlglobal.com>; manu gautam <manu.gautam@pearlglobal.com>
**Subject:** FW: Vendor payments/Letter to Vendors

Hi Mr Sarkar,

1

Yesterday Sears Holdings announced a series of actions to position us to establish a sustainable capital structure, continue streamlining our operations and grow profitably for the long term.

While we sought to avoid a Chapter 11 process, we have ultimately determined this is the most effective and orderly way to undertake these actions. Our goal is to emerge as a member-centric company, reorganized around a smaller platform of profitable stores, with the capital needed to allow us to prosper in the future.

We would like to share below email from SHC regarding filing of pending payment details on the given link.

Please do the needful on priority.

Quote………………

If goods were delivered or rendered prior to the filing date they should:

Visit the website managed by our Claims Agent at https://restructuring.primeclerk.com/sears/ to download the claims request form.

Please have our suppliers complete the form and email it to shcvendors@primeclerk.com

This site will also help with any questions regarding our restructuring. There is an international number provided to our Prime Clerk at **1 (929) 955-2419** and an email searsinfo@primeclerk.com that they can use for any further questions.

The company intends to pay our vendors in the ordinary course for all goods and services provided on or after the filing date. Invoices for these goods and services should be submitted through the ordinary channels, and payments will be processed in accordance with the terms of our purchase order or contract. Claims for amounts owed, for goods delivered, and services rendered prior to the filing date will be determined by the Court.

For all future business we need to move any current suppliers who are TT site or CIA to terms.

Attached is the letter our vendors should have received from our CFO, Robert Riecker.

Please advise with any additional questions or concerns.

Thank you,

2

Unquote..........................


Thanks

Best Regards

Sunaina

Merchandising Manager

Kids & Women- Knits/Woven



This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

--
Mahesh Seth
212-840-3183 ext 101
269-277-0724 cell

3