# EXHIBIT C

**From:** Mcelwee, Michael
**Subject:** pre-petition guarantee
**Importance:** High
**Sensitivity:** Private

Hi All,

This is an update on the pre-petition payments. Would like you to know that all goods received up to **20 days prior** to the 10/15 filing are guaranteed to pay 100% by the court.
Attached you will find the vendor receipts list that shows which vendors orders are guaranteed. You can sort to show your vendors. *This is good news!*

Rgds,
*Michael McElwee*
*Director of Sourcing – Sears and Kmart Women's Apparel*
*201 Spear Street. 6th floor*
*San Francisco, CA 94105*

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

3