# EXHIBIT D

**From:** Sunil Jhangiani <sunilj@esjayintl.com>
**Date:** 30 January 2019 2:24:49 PM GMT+05:30
**To:** "Sunaina Kapoor (India)" <Sunaina.Kapoor@searshc.com>
**Cc:** Kavitas Email <kavitas@esjayintl.com>, "Balakrishna (balakrishna@esjayintl.com)" <balakrishna@esjayintl.com>
**Subject: Fwd: pre-petition guarantee**

Hi Sunaina,

This is mail i was referring to yesterday.
Please check as your figure did not tally.

1

Thanks

Regards

Sunil


Begin forwarded message:

> **From:** "Sunaina Kapoor (India)" <Sunaina.Kapoor@searshc.com>
> **Date:** 18 October 2018 10:53:10 AM GMT+05:30
> **To:** Sunil Jhangiani <sunilj@esjayintl.com>
> **Cc:** Kavitas <Kavitas@esjayintl.com>
> **Subject: RE: pre-petition guarantee**

Hi Sunil,

Sharing payment update for your reference:

Quote……………………
This is an update on the pre-petition payments. Would like you to know that all goods received up to **20 days prior** to the 10/15 filing are guaranteed to pay 100% by the court.
Attached you will find the vendor receipts list that shows which vendors orders are guaranteed. You can sort to show your vendors. *This is good news!*
Unquote………………

| Vendor Name | Receipt | WK_NO | DAY_NBR |
|---|---|---|---|
| ESJAY INTERNATIONAL PVT LTD | VENDOR | 201833 | 9/20 |
| ESJAY INTERNATIONAL PVT LTD | VENDOR | 201834 | 9/27 |
| ESJAY INTERNATIONAL PVT LTD | VENDOR | 201834 | 9/28 |
| ESJAY INTERNATIONAL PVT LTD | VENDOR | 201835 | 10/2 |
| ESJAY INTERNATIONAL PVT LTD | VENDOR | 201834 | 9/24 |
| ESJAY INTERNATIONAL PVT LTD | VENDOR | 201834 | 9/25 |
| ESJAY INTERNATIONAL PVT LTD | VENDOR | 201834 | 9/25 |
| ESJAY INTERNATIONAL PVT LTD | VENDOR | 201835 | 10/1 |

2