Paul J. Labov
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
E-mail: plabov@foley.com

Erika L. Morabito (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
3000 K. Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 295-5300
E-mail: emorabito@foley.com

*Counsel to Whitebox Asymmetric Partners, LP; Whitebox Multi-Strategy Partners, LP; Hain Capital Investors Master Fund, Ltd. and; Cherokee Debt Acquisition, LLC.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>SEARS HOLDINGS CORPORATION, *et al.,*<br>Debtors.[1] | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

Dianne Nichols of Foley & Lardner LLP affirms and states:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816); The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4832-9561-1038.1

That on August 2, 2019, I caused to be served a true and correct copy of ***OBJECTION TO MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDING CORPORATION AND ITS AFFILIATED DEBTORS*** [Docket No. 4721] via the following methods:

| | | |
|---|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Court for<br>The Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, New York 10601 | X | U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Email Transmission |
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn:   Stephen Sitley, Esq.<br>         Luke J. Valentino, Esq. | X | U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Email Transmission |
| Weil Gotshal & Manges LLP<br>Attn: Ray C. Schrock, PC<br>Jacqueline Marcus<br>Sunny Singh<br>767 Fifth Avenue<br>New York, NY 10153<br>Email: ray.schrock@weil.com<br>         jacqueline.marcus@weil.com<br>         sunny.singh@weil.com | X | U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Email Transmission |
| Office of the Trustee, Region 2<br>Attn: Paul Schwartzberg<br>201 Varick Street, Suite #1006<br>New York, NY 10014<br>Email: USTPRegion02.NYECF@USDOJ.GOV | X | U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Email Transmission |
| Akin Gump Strauss Hauer & Feld LLP<br>Attn: Ira Dizengoff<br>Philip Dublin<br>Sara Brauner<br>One Bryant Park<br>New York, NY 10036<br>Email: ira.dizengoff@akingump.com<br>         pdubling@akingump.com<br>         sbrauner@akingump.com | X | U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Email Transmission |

I declare under penalty of perjury under the laws of the State of Illinois, that the foregoing is true and correct to the best of my knowledge.

4832-9561-1038.1

EXECUTED this 2nd day of August, 2019, in Chicago, Illinois.

/s/ Dianne Nichols
Dianne Nichols
Paralegal III

4832-9561-1038.1