## EXHIBIT A

| Date | Invoice No. | Amount |
|---|---|---|
| 10/5/18 | 749221 | $3,840.00 |
| 9/27/18 | 745969 | $12,065.90 |
| 10/3/18 | 748289 | $3,840.00 |
| 10/3/18 | 748290 | $3,840.00 |
| 10/3/18 | 748291 | $5,604.75 |
| 9/28/18 | 746757 | $3,840.00 |
| **TOTAL** | | **$33,030.65** |

```
OB0146I10709                ORIGINAL ROTARY INVOICE       REMIT TO:
                                                          12758 COLLECTIONS CENTER DR
ORIG                             ROTARY LIFT              CHICAGO, IL 60693
    OT - LRY - 4            VEHICLE SERVICE GROUP, LLC
    Mgr#   2 - SC                  A DOVER COMPANY
    Customer# 102639                                              PAGE NO.
                              MADISON, INDIANA 47250
                                  800-445-5438                        1
                                  812-273-1622                  INVOICE NO.
INVOICE TO                                   SHIP TO
    SEARS PROCUREMENT SVS INC                                       749221
    SEARS AUTO CENTER # 2639            SEARS AUTO CENTER #2639
    SEARS AUTO CENTER                   BAY 3
    1140 SHAW AVE                       C/O VALLEY PETROLEUM
    CLOVIS          CA 93612            3755 W. GETTYSBURG
                                        FRESNO        CA 93722
```

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 258 |
|---|---|---|---|---|---|
| PO889305 | 216218 | 3%-30 | 10/05/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC<br>PRO 7666833687 | MADISON | 10/04/18 | ALLOWED | 1408436 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 2295.00 | 2295.00 |
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EH0 1 | 3840.00 | 3840.00 |

RESALE # - SCOHA100-316059                PAY THIS U.S. DOLLAR AMOUNT    6135.00

USPOA10N700RD    CRZ18J0049


THANKS FOR YOUR PROMPT PAYMENT     NET DUE DATE OF 11/04/18
                                   DISCOUNT    184.05 IF PAID BEFORE 11/04/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO, IL 60604

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE         ORDER COMPLETE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS
RETURN GOODS                                                 SEND ALL PAYMENTS TO:
WRITTEN AUTHORIZATION IS REQUIRED         THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
FOR ALL RETURNED MERCHANDISE.             REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS LAST AMENDED    12758 COLLECTIONS CENTER DR.
UNAUTHORIZED RETURNS WILL NOT BE                   GST # 85044 8861 RT0001                              CHICAGO, IL 60693
ACCEPTED

                                                                              EXHIBIT A

OB0146I10709

ORIG
OT - LRY - 4
Mgr# 2 - SC
Customer# 102656

**ORIGINAL ROTARY INVOICE**

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO.    1

INVOICE NO.    745969

INVOICE TO:
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 2656
SEARS AUTO CENTER
1545 MALL DR
HANFORD        CA 93230

SHIP TO:
SEARS #2656
BAY 3
C/O GWS AUTOMOTIVE
3561 LANDCO DRIVE STE A
BAKERSFIELD       CA 93308

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 305 |
|---|---|---|---|---|---|
| PO883104 | 214456 | 3%-30 | 9/27/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC PRO 7666799569 | MADISON | 9/27/18 | ALLOWED | 1407265 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| Z | CN | 1 | 0 | SMO14N101YRD | 14# 4P LIFT 182" WB | 12065.90 | 12065.90 |
| B | US | 2 | 0 | SJ8000BK | 8K# SWING AIR JACK | .00 | .00 |
| A | US | 1 | 0 | FC5760-14 | AIRLINE RETROFIT SM18 & BELO | .00 | .00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 5888.00 | 5888.00 |

RESALE # - SCOHA100-316059

PAY THIS U.S. DOLLAR AMOUNT    17953.90

PK321SMO14001RD    KSJ18I0012
SJ8000BK           KLB15C0093    KLB15C0063

THANKS FOR YOUR PROMPT PAYMENT

NET DUE DATE OF 10/27/18
DISCOUNT    538.62 IF PAID BEFORE 10/27/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO, IL 60604

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

ORDER COMPLETE

RETURN GOODS
WRITTEN AUTHORIZATIONS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

```
OB0146I10709                 ORIGINAL ROTARY INVOICE        REMIT TO:
                                                            12758 COLLECTIONS CENTER DR
ORIG                         ROTARY LIFT                    CHICAGO, IL 60693
   OT - LRY - 4              VEHICLE SERVICE GROUP, LLC
   Mgr#   2 - SC                    A DOVER COMPANY
   Customer#  102728         MADISON, INDIANA 47250                  PAGE NO.
                                   800-445-5438
                                   812-273-1622                          1
                                                                   INVOICE NO.
INVOICE TO                                  SHIP TO
         SEARS PROCUREMENT SVS INC                                    748289
         SEARS AUTO CENTER # 2728           SEARS AUTO CENTER #2728
         SEARS AUTO CENTER                  BAY 6
         FIRESTONE BLVD                     C/O AIRDRAULICS
         DOWNEY         CA 90241            13261 SATICOY ST
                                            N HOLLYWOOD    CA 91605-3401
```

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 305 |
|---|---|---|---|---|---|
| PO889306 | 215955 | 3%-30 | 10/03/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC PRO 7666833402 | MADISON | 10/02/18 | ALLOWED | 1408411 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EH0 1 | 3840.00 | 3840.00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 912.00 | 912.00 |

```
RESALE # - SCOHA100-316059          PAY THIS U.S. DOLLAR AMOUNT       4752.00

USPOA10N700RD    CRZ18J0020
```

```
    THANKS FOR YOUR PROMPT PAYMENT       NET DUE DATE OF 11/02/18
                                         DISCOUNT   142.56 IF PAID BEFORE 11/02/18

  SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO, IL 60604

         RETURN GOODS                    ORDER COMPLETE
FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
                                                              SEND ALL PAYMENTS TO:
WRITTEN AUTHORIZATION IS REQUIRED     THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
FOR ALL RETURNED MERCHANDISE.         REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED   12758 COLLECTIONS CENTER DR.
UNAUTHORIZED RETURNS WILL NOT BE              GST # 85044 8861 RT0001                                        CHICAGO, IL 60693
ACCEPTED
```

**EXHIBIT A**

OB0146I10709

**ORIGINAL ROTARY INVOICE**

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
   OT - LRY - 4
   Mgr#   2 - SC
   Customer# 106073

MADISON, INDIANA 47250
800-445-5438
812-273-1622

PAGE NO.
1

INVOICE NO.
748290

INVOICE TO:
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6073
SEARS AUTO CENTER
50 MALL DR W
JERSEY CITY    NJ 07310-1601

SHIP TO:
SEARS AUTO CENTER #6073
BAY 8
C/O SPOHRER COMPRESSOR
14 RUTGERS AVE
CEDAR GROVE    NJ 07009-1444

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 321 |
|---|---|---|---|---|---|
| PO889304 | 215961 | 3%-30 | 10/03/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| YRC<br>PRO 7666833393 | MADISON | 10/02/18 | ALLOWED | 1408413 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 4292.00 | 4292.00 |
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EH0 1 | 3840.00 | 3840.00 |
| | | | | | NEW JERSEY STATE SALES TAX | | 538.75 |
| | | | | | PAY THIS U.S. DOLLAR AMOUNT | | 8670.75 |

USPOA10N700RD    CRZ18J0021

THANKS FOR YOUR PROMPT PAYMENT
NET DUE DATE OF 11/02/18
DISCOUNT    243.96 IF PAID BEFORE 11/02/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO, IL 60604

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

RETURN GOODS
WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

ORDER COMPLETE

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**

OB0146I10709                     ORIGINAL ROTARY INVOICE        REMIT TO:

                                 **ROTARY LIFT**                12758 COLLECTIONS CENTER DR
ORIG                             VEHICLE SERVICE GROUP, LLC     CHICAGO, IL 60693
    OT - LRY - 4                 A DOVER COMPANY
    Mgr#   2 - SC
    Customer#  106776             MADISON, INDIANA 47250                        PAGE NO.
                                       800-445-5438
                                       812-273-1622                                 1

                                                                                INVOICE NO.
INVOICE TO                                    SHIP TO
        SEARS PROCUREMENT SVS INC                                                 748291
        SEARS AUTO CENTER # 6776                   SEARS AUTO CENTER #6776
        SEARS AUTO CENTER                          BAY 6
        771 S 30TH ST                              C/O WASHINGTON AUTO PARTS
        HEATH          OH 43056-0000               494 WEST CHERRY STREET
                                                   SUNBURY            OH 43074

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 243 |
|---|---|---|---|---|---|
| PO883095 | 215942 | 3%-30 | 10/03/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| HOLLAND PRO 10731151410 | MADISON | 10/02/18 | ALLOWED | 1408400 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| Z | US | 1 | 0 | SPO12N7T5RD | 12# 2P LIFT 1PH 71R EH0 | 5604.75 | 5604.75 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 1158.00 | 1158.00 |

RESALE # - 99 045646                    PAY THIS U.S. DOLLAR AMOUNT         6762.75

ZSPO12N7T5RD    DCS18J0026


                        THANKS FOR YOUR PROMPT PAYMENT    NET DUE DATE OF 11/02/18
                                                          DISCOUNT  202.88 IF PAID BEFORE 11/02/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO. IL 60604

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE      ORDER COMPLETE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
    RETURN GOODS                                                                SEND ALL PAYMENTS TO:
WRITTEN AUTHORIZATION IS REQUIRED    THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
FOR ALL RETURNED MERCHANDISE.        REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED    12758 COLLECTIONS CENTER DR.
UNAUTHORIZED RETURNS WILL NOT BE              GST # 85044 8861 RT0001                                        CHICAGO, IL 60693
ACCEPTED

                                                                                **EXHIBIT A**

OB0146I10709

ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG
OT - LRY - 4
Mgr# 2 - SC
Customer# 106833

PAGE NO. 1

INVOICE NO. 746757

INVOICE TO:
SEARS PROCUREMENT SVS INC
SEARS AUTO CENTER # 6833
SEARS AUTO CENTER
100 NESHAMINY MALL
BENSALEM    PA 19020-0000

SHIP TO:
SEARS #6833
BAY 4
C/O LUBRICATING & LIFT
14 UNION HILL RD
W CONSHOHOCKEN   PA 19428

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# - 208 | Agent# - 229 |
|---|---|---|---|---|---|
| PO886298 | 215273 | 3%-30 | 9/28/18 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | SERV TICKET |
|---|---|---|---|---|
| ABF PRO 069218776 | MADISON | 9/28/18 | ALLOWED | 1407903 |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| E | US | 1 | 0 | SPOA10N700RD | 10# 2P ASY LIFT FA 68R EH0 1 | 3840.00 | 3840.00 |
| A | US | 1 | 0 | XXX01 | ROTARY INSTALLATION | 2470.00 | 2470.00 |

RESALE # - 82830537

PAY THIS U.S. DOLLAR AMOUNT      6310.00

USPOA10N700RD   CRZ18I0169

THANKS FOR YOUR PROMPT PAYMENT    NET DUE DATE OF 10/28/18
                                   DISCOUNT   189.30 IF PAID BEFORE 10/28/18

SEND ELECTRONIC PAYMENTS TO BANK OF AMERICA - 231 S LASALLE ST, CHICAGO, IL 60604

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS

ORDER COMPLETE

RETURN GOODS
WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS LAST AMENDED
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**EXHIBIT A**