# EXHIBIT B

| Date | Invoice No. | Amount |
|---|---|---|
| 1/28/19 | 783253 | $9,624.00 |
| 1/28/19 | 783254 | $21,006.00 |
| 1/28/19 | 783255 | $10,910.00 |
| 1/22/19 | 781566 | $11,319.31 |
| 1/22/19 | 781567 | $11,470.25 |
| 1/22/19 | 781568 | $10,366.00 |
| 1/22/19 | 781569 | $12,862.27 |
| 1/22/19 | 781570 | $22,572.88 |
| 1/22/19 | 781571 | $10,617.54 |
| 1/22/19 | 781572 | $10,242.20 |
| 1/22/19 | 781573 | $10,638.72 |
| 1/22/19 | 781574 | $14,070.00 |
| 1/22/19 | 781575 | $13,216.00 |
| **TOTAL** | | **$168,915.17** |

OB0431I10709           ORIGINAL ROTARY INVOICE            REMIT TO:
                                                          12758 COLLECTIONS CENTER DR
                                                          CHICAGO, IL 60693

ORIG S06311            **ROTARY LIFT**
                       VEHICLE SERVICE GROUP, LLC
                       A DOVER COMPANY

Mgr#  2 - SC                                                          PAGE NO.
Customer# 104336       MADISON, INDIANA 47250
                            800-445-5438                                 1
                            812-273-1622
                                                                      INVOICE NO.

INVOICE TO                              SHIP TO
  SEARS PROCUREMENT SVS INC                                              783253
  ATTN: PAUL MORABITO                     SEARS #6311 - LEASED SITE

  890 PERIMETER DR
  SCHAUMBURG      IL 60173                3845 STATE ST
                                          SANTA BARBARA    CA 93105

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 305 |
|---|---|---|---|---|---|
| 1420193 | | NET | 1/28/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 9000.00 | 9000.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 624.00 | 624.00 |
| | | | | | SEARS #6311 - LEASED SITE | | |
| | | | | | SANTA BARBARA, CA | | |
| | | | | | DEACT OF (9) IGs & (9) TANKS | | |
| | | | | | COMPLETED | | |
| | | | | | ST.# 01420193 | | |
| | | | | | C/M# 727568 | | |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 9624.00 |

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.

RETURN GOODS                                                **SEND ALL PAYMENTS TO:**


WRITTEN AUTHORIZATION IS REQUIRED   THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE   12758 COLLECTIONS CENTER DR.
FOR ALL RETURNED MERCHANDISE.       REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.   CHICAGO, IL 60693
UNAUTHORIZED RETURNS WILL NOT BE              GST # 85044 8861 RT0001
ACCEPTED.

OB0431I10709     ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

ORIG S06202

MADISON, INDIANA 47250
800-445-5438
812-273-1622

Mgr# 2 - SC
Customer# 104336

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO. 1

INVOICE NO. 783254

| INVOICE TO | SHIP TO |
|---|---|
| SEARS PROCUREMENT SVS INC<br>ATTN: PAUL MORABITO<br><br>890 PERIMETER DR<br>SCHAUMBURG    IL 60173 | SEARS #6202<br><br>2100 SOUTHFIELD RD<br>LINCOLN PARK    MI 48146 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 266 |
|---|---|---|---|---|---|
| 01421219 | | NET | 1/28/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB<br>SERVICE SALE | 19446.00 | 19446.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE<br>SERVICE SALE<br>SEARS #6202, LINCOLN PARK, MI<br>DEACT OF (15) IG LIFTS, (2)<br>TANKS, (2) ESCAVATIONS & WALL<br>REMOVAL COMPLETED<br>ST.# 01421219<br>C/M 728144 | 1560.00 | 1560.00 |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 21006.00 |

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

**RETURN GOODS**
WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.

GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

OB0431I10709

ORIG S06773

Mgr# 2 - SC
Customer# 104336

ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO. 1

INVOICE NO. 783255

| INVOICE TO | SHIP TO |
|---|---|
| SEARS PROCUREMENT SVS INC<br>ATTN: PAUL MORABITO<br><br>890 PERIMETER DR<br>SCHAUMBURG      IL 60173 | SEARS #6773 - LEASED SITE<br><br>1665 STATE HILL RD<br>READING       PA 19610 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 229 |
|---|---|---|---|---|---|
| 01420510 | | NET | 1/28/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 9900.00 | 9900.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE<br>SEARS #6773 - LEASED SITE<br>READING, PA<br>DEACT OF (10) IG LIFTS<br>COMPLETED & REMOVAL OF (2)<br>MEZZANINES COMPLETED<br>ST.# 01420510<br>C/M# 728145 | 416.00 | 416.00 |
| | | | | | PENNSYLVANIA STATE SALES TAX | | 594.00 |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 10910.00 |

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

**RETURN GOODS**



THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.

GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

OB0431I10709   ORIGINAL ROTARY INVOICE

# ROTARY LIFT
### VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

ORIG S06114
Mgr# 2 - SC
Customer# 104336

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO. 1

INVOICE NO. 781566

**INVOICE TO**
SEARS PROCUREMENT SVS INC
ATTN: PAUL MORABITO
890 PERIMETER DR
SCHAUMBURG       IL 60173

**SHIP TO**
SEARS #6114
1500 STATE ROUTE 35
MIDDLETOWN   NJ 07748

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 321 |
|---|---|---|---|---|---|
| 01419113 | | NET | 1/22/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 10200.00 | 10200.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 416.00 | 416.00 |
| | | | | | SEARS #6114, MIDDLETOWN, NJ DEACT OF (9) LIFTS & (9) TANKS COMPLETED ST.# 01419113 C/M# 727051 | | |
| | | | | | NEW JERSEY STATE SALES TAX | | 703.31 |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 11319.31 |

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

**RETURN GOODS**

WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

OB0431I10709

ORIG S06452

Mgr# 2 - SC
Customer# 104336

ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO. 1

INVOICE NO. 781567

| INVOICE TO | SHIP TO |
|---|---|
| SEARS PROCUREMENT SVS INC<br>ATTN: PAUL MORABITO<br><br>890 PERIMETER DR<br>SCHAUMBURG    IL 60173 | SEARS #6452<br><br>3340 MALL LOOP DR<br>JOLIET    IL 60435 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 259 |
|---|---|---|---|---|---|
| 01416284 | | NET | 1/22/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB<br>SERVICE SALE | 10710.00 | 10710.00 |
| | | 1- | | XXX51P | ROTARY MANAGED SERVICE - PAR<br>SERVICE SALE | 324.00 | 324.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE<br>SERVICE SALE<br>SEARS #6452<br>JOLIET, IL<br>DEACT OF (12) IGs & (1) TANK<br>COMPLETED ³ HAD TO RENT AIR<br>COMPRESSOR<br>ST.# 01416284<br>C/M# 727053 | 416.00 | 416.00 |
| | | | | | ILLINOIS SALES TAX | | 20.25 |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 11470.25 |

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

**RETURN GOODS**

WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

OB0431I10709  ORIGINAL ROTARY INVOICE

# ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG S06608

Mgr# 2 - SC
Customer# 104336

PAGE NO. 1

INVOICE NO. 781568

**INVOICE TO**
SEARS PROCUREMENT SVS INC
ATTN: PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG   IL 60173

**SHIP TO**
SEARS #6608

7611 W THOMAS RD
PHOENIX      AZ 85075

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 239 |
|---|---|---|---|---|---|
| 01418733 | | NET | 1/22/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 9950.00 | 9950.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 416.00 | 416.00 |
| | | | | | SEARS PROCUREMENT SVS INC PHOENIX, AZ DEACT OF (11) IG LIFTS & (4) TANKS COMPLETED ST.# 01418733 C/M# 727055 | | |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 10366.00 |

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

**RETURN GOODS**



WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.

GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

OB0431I10709 ORIGINAL ROTARY INVOICE

**ROTARY LIFT**
VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG S06369
Mgr#  2 - SC
Customer# 104336

PAGE NO. 1
INVOICE NO. 781569

| INVOICE TO | SHIP TO |
|---|---|
| SEARS PROCUREMENT SVS INC<br>ATTN: PAUL MORABITO<br>890 PERIMETER DR<br>SCHAUMBURG    IL 60173 | SEARS #6369<br><br>2901 CAPITAL OF TX HWY S<br>AUSTIN          TX 78746 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 8 |
|---|---|---|---|---|---|
| 01416360 | | NET | 1/22/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB<br>SERVICE SALE | 11050.00 | 11050.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE<br>SERVICE SALE | 832.00 | 832.00 |
| | | | | | SEARS #6369, AUSTIN, TX<br>DEACT OF (13) IG LIFTS<br>COMPLETED<br>ST.# 01416360<br>C/M# 727058 | | |
| | | | | | TEXAS STATE TAX | | 980.27 |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 12862.27 |

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

**RETURN GOODS**

WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.
GST # 85044 8861 RT0001

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

OB0431I10709

ORIG S06562

Mgr# 2 - SC
Customer# 104336

**ORIGINAL ROTARY INVOICE**

# ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO. 1

INVOICE NO. 781570

| INVOICE TO | SHIP TO |
|---|---|
| SEARS PROCUREMENT SVS INC<br>ATTN: PAUL MORABITO<br>890 PERIMETER DR<br>SCHAUMBURG   IL 60173 | SEARS #6562<br><br>100 NEWMARKET FAIR MALL<br>NEWPORT NEWS    VA 23605 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 292 |
|---|---|---|---|---|---|
| 01416311 | | NET | 1/22/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 21250.00 | 21250.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 1248.00 | 1248.00 |
| | | | | | SEARS #6562, NEWPORT NEWS, VA<br>DEACT OF (25) IG COMPLETED<br>ST.# 01416311<br>C/M# 727060 | | |
| | | | | | VIRGINIA SALES TAX | | 74.88 |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 22572.88 |

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.

**RETURN GOODS**



WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.

GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

OB0431I10709                ORIGINAL ROTARY INVOICE            REMIT TO:
                                                                12758 COLLECTIONS CENTER DR
                              **ROTARY LIFT**                   CHICAGO, IL 60693
ORIG S06015                VEHICLE SERVICE GROUP, LLC
                                    A DOVER COMPANY

  Mgr#   2 - SC                                                      PAGE NO.
  Customer# 104336         MADISON, INDIANA 47250
                                 800-445-5438                              1
                                 812-273-1622
                                                                     INVOICE NO.
 INVOICE TO                                    SHIP TO
          SEARS PROCUREMENT SVS INC                                    781571
          ATTN:  PAUL MORABITO                 SEARS #6015

          890 PERIMETER DR
          SCHAUMBURG        IL 60173           3342 NW FEDERAL HWY
                                               JENSEN BEACH    FL 34957

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 191 |
|---|---|---|---|---|---|
| 01418954 | | NET | 1/22/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 9575.00 | 9575.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 416.00 | 416.00 |

                  SEARS #6015 - LEASED SITE
                  JENSEN BEACH, FL
                  DEACTIVATION OF (9) IGs & (9)
                  TANKS COMPLETED
                  ST.# 01418954
                  C/M# 727067

                  FLORIDA SALES & COUNTY TAX                            626.54


                  AMOUNT OF U.S. DOLLAR DEBIT                         10617.54


FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.
        RETURN GOODS                                            SEND ALL PAYMENTS TO:
                THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE    12758 COLLECTIONS CENTER DR.
WRITTEN AUTHORIZATION IS REQUIRED    REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.    CHICAGO, IL 60693
FOR ALL RETURNED MERCHANDISE.
UNAUTHORIZED RETURNS WILL NOT BE         GST # 85044 8861 RT0001
ACCEPTED.

OB0431I10709                  ORIGINAL ROTARY INVOICE

# ROTARY LIFT
### VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

ORIG S06833

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Mgr#  2 - SC
Customer# 104336

PAGE NO. 1

INVOICE NO. 781572

**INVOICE TO**
SEARS PROCUREMENT SVS INC
ATTN: PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG      IL 60173

**SHIP TO**
SEARS #6833

100 NESHAMINY MALL
BENSALEM      PA 19020

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 229 |
|---|---|---|---|---|---|
| 01418948 |  | NET | 1/22/19 |  |  |

| ROUTE | F.O.B. | DATE SHIPPED | S & H |  |
|---|---|---|---|---|
|  |  |  |  |  |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | DEBIT MEMO |  |  |
|  |  | 1- |  | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 9270.00 | 9270.00 |
|  |  | 1- |  | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 416.00 | 416.00 |
|  |  |  |  |  | SEARS #6833, BENSALEM, PA DEACT OF (5) IG LIFTS COMPLETED & (1) FORE & AFT ST.# 01418948 C/M# 727073 |  |  |
|  |  |  |  |  | PENNSYLVANIA STATE SALES TAX |  | 556.20 |
|  |  |  |  |  | AMOUNT OF U.S. DOLLAR DEBIT |  | 10242.20 |

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

**RETURN GOODS**



THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.
GST # 85044 8861 RT0001

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

OB0431I10709

ORIG S06195

Mgr# 2 - SC
Customer# 104336

ORIGINAL ROTARY INVOICE

# ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

REMIT TO:
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PAGE NO. 1

INVOICE NO. 781573

| INVOICE TO | SHIP TO |
|---|---|
| SEARS PROCUREMENT SVS INC<br>ATTN: PAUL MORABITO<br><br>890 PERIMETER DR<br>SCHAUMBURG    IL 60173 | SEARS #6195<br><br>300 MARY ESTHER BLVD<br>MARY ESTHER    FL 32569 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 236 |
|---|---|---|---|---|---|
| 01417203 | | NET | 1/22/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB<br>SERVICE SALE | 9386.00 | 9386.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE<br>SERVICE SALE<br>SEARS #6195 - LEASED SITE<br>MARY ESTHER, FL<br>DEACT OF (11) IGs & PIPE<br>CUTTING COMPLETED<br>ST.# 01417203<br>C/M# 727081 | 624.00 | 624.00 |
| | | | | | FLORIDA SALES & COUNTY TAX | | 628.72 |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 10638.72 |

FOR EXPORT ORDERS THESE COMMODITIES,
TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.

**RETURN GOODS**



THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE
REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.
GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

OB0431I10709

ORIG S06009

ORIGINAL ROTARY INVOICE

# ROTARY LIFT
### VEHICLE SERVICE GROUP, LLC
A DOVER COMPANY

MADISON, INDIANA 47250
800-445-5438
812-273-1622

**REMIT TO:**
12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Mgr# 2 - SC
Customer# 104336

**PAGE NO.** 1

**INVOICE NO.** 781574

**INVOICE TO**
SEARS PROCUREMENT SVS INC
ATTN: PAUL MORABITO

890 PERIMETER DR
SCHAUMBURG    IL 60173

**SHIP TO**
SEARS #6009

9800 SW WASHINGTON SQ RD
PORTLAND    OR 97223

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 275 |
|---|---|---|---|---|---|
| 01420745 |  | NET | 1/22/19 |  |  |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
|  |  |  |  |  |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | DEBIT MEMO |  |  |
|  |  | 1- |  | XXX51L | ROTARY MANAGED SERVICE - LAB SERVICE SALE | 13550.00 | 13550.00 |
|  |  | 1- |  | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE SERVICE SALE | 520.00 | 520.00 |
|  |  |  |  |  | SEARS #6009, PORTLAND, OR DEACT OF (15) IGs COMPLETED & (2) TANKS ST.# 01420745 C/M# 727092 |  |  |
|  |  |  |  |  | AMOUNT OF U.S. DOLLAR DEBIT |  | 14070.00 |

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

**RETURN GOODS**
WRITTEN AUTHORIZATION IS REQUIRED FOR ALL RETURNED MERCHANDISE. UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED.

THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.

GST # 85044 8861 RT0001

**SEND ALL PAYMENTS TO:**
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

OB0431I10709              ORIGINAL ROTARY INVOICE           REMIT TO:

# ROTARY LIFT
**VEHICLE SERVICE GROUP, LLC**
A DOVER COMPANY

12758 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ORIG S06888

Mgr# 2 - SC
Customer# 104336

MADISON, INDIANA 47250
800-445-5438
812-273-1622

PAGE NO.  1

INVOICE NO. 781575

| INVOICE TO | SHIP TO |
|---|---|
| SEARS PROCUREMENT SVS INC<br>ATTN: PAUL MORABITO<br>890 PERIMETER DR<br>SCHAUMBURG    IL 60173 | SEARS #6888<br><br>100 LOS CERRITOS MALL<br>CERRITOS        CA 90201 |

| CUSTOMER'S ORDER NO. | ROTARY ORDER NO. | TERMS | INVOICE DATE | Agent# 208 | Agent# 305 |
|---|---|---|---|---|---|
| 01416110 | | NET | 1/22/19 | | |

| ROUTE | F.O.B. | DATE SHIPPED | S & H | |
|---|---|---|---|---|
| | | | | |

| C | C of O | QUANTITY SHIPPED | BACKORD | PART NUMBER | DESCRIPTION | UNIT PRICE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | DEBIT MEMO | | |
| | | 1- | | XXX51L | ROTARY MANAGED SERVICE - LAB<br>SERVICE SALE | 12800.00 | 12800.00 |
| | | 1- | | XXX51TVL | ROTARY MANAGED SERVICE-TRAVE<br>SERVICE SALE<br>SEARS #6888, CERRITOS, CA<br>DEACT OF (14) IG LIFTS & (6)<br>TANKS COMPLETED<br>ST.# 01416110<br>C/M# 727096 | 416.00 | 416.00 |
| | | | | | AMOUNT OF U.S. DOLLAR DEBIT | | 13216.00 |

FOR EXPORT ORDERS THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

**RETURN GOODS**



THE GOODS COVERED BY THIS INVOICE WERE PRODUCED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS LAST AMENDED.

GST # 85044 8861 RT0001

SEND ALL PAYMENTS TO:
12758 COLLECTIONS CENTER DR.
CHICAGO, IL 60693