Melissa S. Hayward
  Texas Bar No. 24044908, admitted *pro hac vice*
  MHayward@HaywardFirm.com
**HAYWARD & ASSOCIATES PLLC**
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Elm Creek Real Estate LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **SEARS HOLDING CORPORATION,** *et al*., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' THIRD SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND EXPIRED LEASES IN CONNECTION WITH SALE FILED BY ELM CREEK REAL ESTATE LLC [DKT. 2827]**

      PLEASE TAKE NOTICE that Elm Creek Real Estate, LLC hereby withdraws its *Objection to Debtors' Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Expired Leases in Connection with Sale* [Dkt. 2827], which was filed in the above-referenced bankruptcy case on March 13, 2019.

      DATED:  August 5, 2019

                                    Respectfully submitted,

                                    **HAYWARD & ASSOCIATES PLLC**

                                    By:  */s/ Melissa Hayward*
                                         Melissa S. Hayward
                                         Texas Bar No. 24044908, admitted *pro hac vice*
                                         MHayward@HaywardFirm.com

**NOTICE OF WITHDRAWAL**                            **PAGE 1 OF 2**

10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Elm Creek Real Estate, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2019, a true and correct copy of the foregoing Notice of Withdrawal was served through the CM/ECF system to all registered ECF recipients.

/s/ *Melissa S. Hayward*
Melissa S. Hayward