Melissa S. Hayward
  Texas Bar No. 24044908, admitted *pro hac vice*
  MHayward@HaywardFirm.com
**HAYWARD & ASSOCIATES PLLC**
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Elm Creek Real Estate LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDING CORPORATION**, *et al*., | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' NOTICE OF REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH FILED BY ELM CREEK REAL ESTATE LLC [DKT. 3806]**

PLEASE TAKE NOTICE that Elm Creek Real Estate, LLC hereby withdraws its *Objection to Debtors' Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith* [Dkt. 3806], which was filed in the above-referenced bankruptcy case on May 10, 2019.

DATED:  August 5, 2019

          Respectfully submitted,

          **HAYWARD & ASSOCIATES PLLC**

          By:  */s/ Melissa Hayward*
             Melissa S. Hayward
             Texas Bar No. 24044908, admitted *pro hac vice*
             MHayward@HaywardFirm.com

10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Elm Creek Real Estate, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2019, a true and correct copy of the foregoing Notice of Withdrawal was served through the CM/ECF system to all registered ECF recipients.

/s/ *Melissa S. Hayward*
Melissa S. Hayward