**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re : Chapter 11                                         :
                                                           :
SEARS HOLDINGS CORPORATION, *et. al*.,  :   Case No. 18-23538 (RDD)
                                                           :
                                                           :   (Jointly Administered)
                                                           :
          Debtors.[1]                                      :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Robert T. Honeywell, hereby certify that on August 5, 2019, a copy of the **Notice of Withdrawal of SAS Institute Inc.'s Limited Objection Regarding Assumed Contracts, Pursuant to Sale Order and Assumption and Assignment Order** was filed and served electronically via CM/ECF on all those registered to receive notices in this case, and by electronic mail on all parties listed in Sears Holding Corporation Master Service List as of August 2, 2019 located at https://restructuring.primeclerk.com/sears/.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears HomeImprovement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holding Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).

1

Dated: August 5, 2019

        K&L GATES LLP

        By: /s/ Robert T. Honeywell
            Robert T. Honeywell, Esq.
        599 Lexington Avenue
        New York, NY 10022
        Tel.: 212-536-3900
        Fax: 212-536-3901
        robert.honeywell@klgates.com
        *Attorneys for SAS Institute Inc.*