**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
                                                                 :
In re:                                                           :        Chapter 11
                                                                 :
SEARS HOLDINGS CORPORATION, *et al.*,[1]                         :
                                                                 :        Case No. 18-23538-rdd
                        Debtors.                                 :
                                                                 :        (Jointly Administered)
                                                                 :
-----------------------------------------------------------------X


**DECLARATION OF  CHELSEY ROSENBLOOM IN SUPPORT OF LIMITED
OBJECTION AND RESERVATION OF RIGHTS OF ESL INVESTMENTS, INC. AND
TRANSFORM HOLDCO LLC TO JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS
<u>CORPORATION AND ITS AFFILIATED DEBTORS</u>**

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR-Rover De Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Chelsey Rosenbloom, declare under penalty of perjury as follows:

1.        I am an attorney duly admitted to practice before this Court, and an associate of the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for ESL Investments, Inc. and certain of its affiliated entities (including JPP, LLC and JPP II, LLC (collectively, "ESL")) and Transform Holdco LLC ("Transform"), the buyer under a certain Asset Purchase Agreement, dated as of January 17, 2019.

2.        I respectfully submit this declaration in order to provide for the convenience of the Court the relevant documents cited in the *Limited Objection and Reservation of Rights of ESL Investments, Inc. and Transform Holdco LLC's Objection to Joint Chapter 11 Plan of Sears Holdings Corporation And Its Affiliated Debtors*, filed contemporaneously herewith.

3.        Attached hereto as Exhibit A is a true and correct copy of the Sears Holdings Admin Solvency Tracker and Budget Update, dated July 31, 2019.

Executed on August 2, 2019 in New York, New York.


Respectfully submitted,


/s/ Chelsey Rosenbloom
Chelsey Rosenbloom

# EXHIBIT A

PRIVILEGED AND HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES

# SEARS HOLDINGS

## ADMIN SOLVENCY TRACKER AND BUDGET UPDATE

**July 31, 2019**




PRIVILEGED AND HIGHLY CONFIDENTIAL : SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES

# Admin Solvency Tracker

*Under the closing estimates, the Company is projecting a ~$5mm administrative surplus; the Company has identified ~$15mm of potential mitigating items that provide additional cushion*

**Sears Holdings Corporation**
**Administrative Solvency Tracker**
*Dated: 7/29/2019*

|  | | | | | | Base Case w/ Mitigating Items | | | Downside Case | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Admin & Other Priority Claims** / **Uses of Value** | **Actual** | **Forecast** | **Total** | **Transform Liabilities** | **Base Case** | **Mitigating Items** | **Mitigated Scenario** | | | |
| **Admin Claims** | | | | | | | | | | |
| (1) 503(b)9 | $ - | $ 181 | $ 181 | $ (139) | $ (42) | $ 5 | $ (37) | $ - | $ (42) | |
| (2) Accounts Payable | - | 166 | 166 | (166) | - | - | - | - | - | |
| (3) Accrued Payroll | 42 | - | 42 | - | (42) | - | (42) | - | (42) | |
| (4) GOB Expense | 26 | - | 26 | - | (26) | - | (26) | - | (26) | |
| (5) Accrued Sales Tax | 20 | - | 20 | - | (20) | - | (20) | - | (20) | |
| (6) Severance, WARN, and EE Claims | 11 | 1 | 13 | (13) | - | - | - | - | - | |
| (7) Franchise Taxes | 1 | 2 | 3 | - | (3) | - | (3) | - | (3) | |
| (8) Net TSA | - | 1 | 1 | - | (1) | - | (1) | - | (1) | |
| (9) US Trustee Fees | 2 | 1 | 3 | - | (3) | - | (3) | - | (3) | |
| (10) Board Fees | 1 | 1 | 2 | - | (2) | - | (2) | - | (2) | |
| (11) RemainCo Winddown Costs | 91 | 28 | 119 | - | (119) | - | (119) | - | (119) | |
| (12) Professional Fees | 46 | - | 46 | - | (46) | - | (46) | - | (46) | |
| (13) Net Prepaid Inventory Shortfall | - | - | - | 55 | (55) | - | (55) | - | (55) | |
| (14) Disputed Items | - | - | - | - | - | - | - | (55) | (55) | |
| (15) Other Potential Liabilities | - | 10 | 10 | - | (10) | - | (10) | - | (10) | |
| **Total** | **241** | **390** | **631** | **(263)** | **(368)** | **5** | **(364)** | **(55)** | **(423)** | |
| **Assets** | | | | | | | | | | |
| (16) Professional Fee Carve-Out Account | $ 46 | $ - | $ 46 | $ - | $ 46 | $ - | $ 46 | $ - | $ 46 | |
| (17) MTN Notes | 81 | - | 81 | - | 81 | - | 81 | - | 81 | |
| (18) U-HAUL | 7 | - | 7 | - | 7 | - | 7 | - | 7 | |
| (19) SHIP Security Deposit | 5 | - | 5 | - | 5 | - | 5 | - | 5 | |
| (20) GOB Inventory Gross | 59 | 4 | 64 | - | 64 | - | 64 | - | 64 | |
| (21) ESL Payment at Close | 35 | - | 35 | - | 35 | - | 35 | - | 35 | |
| (22) Cash in Stores | 9 | - | 9 | - | 9 | - | 9 | - | 9 | |
| (23) Utility Deposit | - | 5 | 5 | - | 5 | - | 5 | - | 5 | |
| (24) Cash in Transit at Close | 12 | 20 | 32 | - | 32 | - | 32 | - | 32 | |
| (25) Credit Card Receivables | 15 | 0 | 15 | - | 15 | - | 15 | - | 15 | |
| (26) Israel Cash | 3 | - | 3 | - | 3 | - | 3 | - | 3 | |
| (27) Pro-Rated Rent | 13 | - | 13 | - | 13 | - | 13 | - | 13 | |
| (28) Specified Receivables | - | - | - | - | - | - | - | - | - | |
| (29) Residual Real Estate | 17 | 15 | 32 | - | 32 | - | 32 | - | 32 | |
| (30) Excess Inventory Proceeds | - | 6 | 6 | - | 6 | - | 6 | (6) | - | |
| (31) Calder Sculpture | - | 4 | 4 | - | 4 | 6 | 10 | - | 4 | |
| (32) Hoffman Estates Tax Credit | 3 | 3 | 6 | - | 6 | 4 | 10 | - | 6 | |
| (33) Other Cash Accounts | 4 | - | 4 | - | 4 | - | 4 | (4) | (0) | |
| (34) Other Proceeds | 2 | 5 | 7 | - | 7 | - | 7 | - | 7 | |
| (35) Avoidance Actions | - | - | - | - | - | - | - | - | - | |
| **Total** | **309** | **64** | **373** | **-** | **373** | **10** | **383** | **(10)** | **363** | |
| **Solvency / (Gap)** | **$ 69** | | | | **$ 5** | **$ 15** | **$ 19** | **$ (65)** | **$ (60)** | |

Weil

M III PARTNERS

1

PRIVILEGED AND HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES

# Admin Solvency Tracker (cont'd)

**Notes:**

(1)  Reflects maximum estimate of $181mm of 503(b)(9) claims with potential for reduction of $5mm through claims reconciliation

(2)  Previous estimate of $180mm from 2/10/19 has been revised to reflect the court's ruling at the APA hearing on 7/11 to exclude accounting adjustments; it is estimated that the total number will be below the $166mm Transform is assuming leaving no liability to the estate

(3)  All accrued payroll liabilities have been satisfied

(4)  GOB Expense reflects GOB Payroll and GOB Rent; all GOB expenses from week 9 – week 11 assumed to be severance

(5)  All accrued sales tax liabilities as of close have been satisfied, however the estate will still owe residual sales taxes on GOB activity post-close

(6)  Assumes Transform will pay severance per APA; all GOB expenses from week 9 – week 11 assumed to be severance

(7)  Franchise tax estimates provided by Company and reflect franchise tax payments in jurisdictions that assess franchise taxes

(8)  Net cost of transition service agreements

(9)  Reflects fees payable to the U.S. Trustee

(10)  Fees payable to board members in consideration for services

(11)  Costs to wind down remainder of estate

(12)  Updated to reflect latest professional fee carveout estimate

(13)  Prepaid Inventory Shortfall estimated at $63mm, offset by $8mm of excess Warranty Receivables

(14)  Disputed items reflect $50mm placeholder to account for risk of specified receivables shortfall and $4.5mm reflecting 50% of the difference between the estate's estimate of the Prepaid Inventory Shortfall amount and Transform's estimate of the Prepaid Inventory Shortfall amount

(15)  $10mm of estimated Other Potential Liabilities subject to continued review and analysis by counsel

(16)  Updated to reflect latest professional fee carveout estimate

(17)  Net proceeds from MTN note sale, cash held in wind down account

(18)  Net proceeds earmarked for wind down account from sale of unencumbered properties to U-HAUL, cash held in wind down account

(19)  Refund of SHIP deposit by Service.com, cash held in wind down account

(20)  The estate has realized $59mm of gross recovery and expect an additional $4.4mm as part of cash reconciliation

(21)  Credit bid release payment by ESL of $35mm

(22)  Post-close payment by ESL of $9mm for cash in stores which was paid the week of close

(23)  Revised to reflect the court's ruling at the APA hearing on 7/11; estimated that $4.7mm out of the $10mm deposit account stays with the estate

(24)  Includes $12mm of cash in regional banks and $20mm of cash in transit currently being withheld by Transform

(25)  Received $13.3mm from First Data on 6/7/19 and $1.3mm from Amex on 6/26; Remaining $0.4mm represents excess credit card receivables from pre-close activity being withheld by Transform

(26)  Cash in transit payment of $3mm from Transform related to transfer of cash from Israeli subsidiary

(27)  Rent proration payment as a result of occupancy expense proration; settled with Transform for $8mm.

(28)  Assumes 0% collection of excess book value of Specified Receivables

(29)  Reflects estimated sale value of residual real estate not acquired by Transform; reduced by $8mm for the Hoffman Estates property from court's ruling at the APA hearing on 7/11

(30)  Reflects 90% recovery on excess inventory delivered at close, stemming from delivery of $1.664bn of collateral vs. $1.657bn requirement

(31)  Includes $4mm estimate for $15mm -$25mm Calder sculpture (subject to ongoing litigation)

(32)  Represents $6mm Hoffman estates tax credit refund

(33)  Includes cash in Luxottica account, consignment reserve account, and Sparrow Holding account

(34)  Proceeds primarily related to estate checks held by Transform and owed to the estate as part of the cash reconciliation

(35)  Preference firms still conducting diligence related to potential preference recoveries




PRIVILEGED AND HIGHLY CONFIDENTIAL – SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES

# Weekly Cash Flow Budget – Base Case

| Retail Month | February | | | March | | | | | April | | | | May | | | | June | | | | | July | | | | August | | | | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | | | | | |
| Forecast / Actual | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | FCST | FCST | FCST | FCST | FCST | | | | | |
| Week Ending | 2/16 | 2/23 | 3/2 | 3/9 | 3/16 | 3/23 | 3/30 | 4/6 | 4/13 | 4/20 | 4/27 | 5/4 | 5/11 | 5/18 | 5/25 | 6/1 | 6/8 | 6/15 | 6/22 | 6/29 | 7/6 | 7/13 | 7/20 | 7/27 | 8/3 | 8/10 | 8/17 | 8/24 | 8/31 | | | | | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wave 3 GOB Inflows | $5 | $17 | $14 | $11 | $9 | $2 | $0 | $0 | ($0) | $0 | $0 | ($0) | $0 | $0 | ($0) | $0 | $0 | $0 | $- | $0 | $0 | $- | $0 | $- | $- | $4 | $- | $- | $- | $- | $- | $- | $- | $64 |
| Cash In Transit Proceeds | 9 | - | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 20 | - | - | - | - | - | - | - | 32 |
| Cash from Israel | - | - | - | 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| Credit Card Receivables | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 13 | - | 1 | - | - | - | - | - | - | 0 | - | - | - | - | - | - | - | 15 |
| Cash In Stores | 9 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9 |
| Real Estate Asset Sales | - | 4 | 5 | - | - | - | - | - | 3 | - | 2 | 2 | - | - | - | - | 1 | - | 0 | - | - | - | - | - | 0 | 6 | - | - | - | - | 15 | - | - | 32 |
| Excess Inventory Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 6 | - | - | - | - | - | - | - | 6 |
| ESL Closing Proceeds | 35 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 35 |
| TSA Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1 | - | - | - | - | - | - | - | 1 |
| SHIP Deposit | - | - | - | 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5 |
| Utility Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5 | - | - | - | - | - | - | - | 5 |
| Hoffman Estates Tax Credit | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | - | - | 3 | - | - | - | - | - | - | - | 6 |
| Calder Statue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4 | - | 4 |
| Pro-Rated Rent | - | - | - | - | - | - | 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 8 | - | - | - | - | - | - | - | - | - | - | 13 |
| ESL Severance Assumption(1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 13 | - | - | 13 |
| ESL 503b9 Assumption | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 139 | - | - | 139 |
| Other Proceeds | - | - | - | - | - | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | - | - | - | - | - | - | - | 7 |
| **Total Oldco Receipts** | $58 | $22 | $19 | $15 | $13 | $2 | $8 | $0 | $3 | $0 | $2 | $2 | $0 | $3 | $0 | $1 | $15 | $0 | $0 | $1 | $0 | $0 | $8 | $0 | $0 | $45 | $- | $- | $19 | $- | $152 | $- | $- | $388 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OldCo Accrued Payroll & Benefits | ($29) | ($14) | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | ($42) |
| Taxes | - | (5) | (7) | (4) | (0) | (4) | - | - | (0) | (0) | (0) | (2) | - | (0) | (0) | - | (0) | - | - | - | (1) | - | - | - | - | - | - | - | - | - | - | - | - | (20) |
| GOB Operating Costs(1) | - | - | (6) | (6) | (3) | (1) | (3) | (4) | - | - | - | (3) | - | - | - | - | - | - | - | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | (26) |
| Professional Fee Carve Out Funding(2) | - | - | (20) | - | (15) | - | (7) | - | - | - | - | - | (19) | (1) | (8) | - | (2) | (2) | - | (4) | (2) | (2) | - | (9) | (2) | (2) | (2) | (2) | - | (6) | (5) | - | - | (109) |
| Post-Petition Payables | - | - | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1) |
| 503(b)(9) Claims | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (181) | - | - | (181) |
| TSA Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1) | - | - | - | - | - | - | - | - | (1) |
| Franchise Tax | - | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1) | - | - | - | - | - | - | - | (2) | - | - | - | - | - | - | - | - | (3) |
| Severance & WARN | - | - | - | - | - | (1) | - | - | (1) | (1) | (8) | - | - | - | - | - | - | (0) | (0) | (0) | - | (0) | - | (0) | (1) | - | - | - | - | - | - | - | - | (13) |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | (0) | (2) | - | - | - | - | - | - | - | - | - | - | - | (1) | - | - | - | - | - | (1) | - | - | (3) |
| Board Fees | - | - | (0) | - | (0) | - | (0) | - | - | - | - | (0) | - | - | - | - | - | - | - | - | (0) | - | - | - | (1) | (0) | (0) | (0) | (0) | - | - | (0) | (0) | (2) |
| Net Prepaid Inventory Shortfall | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (55) | - | - | - | - | - | (55) |
| Other Potential Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (10) | - | - | - | - | - | - | - | - | - | - | (10) |
| Other Liabilities and Expenses | (1) | (0) | (0) | - | (0) | - | (1) | - | - | (3) | (1) | (0) | - | (1) | (0) | - | (0) | - | - | - | (0) | - | (1) | (0) | - | - | - | - | - | - | - | - | - | (10) |
| **Total OldCo Disbursements** | ($29) | ($19) | ($33) | ($6) | ($18) | ($7) | | ($4) | ($4) | ($2) | ($9) | ($6) | ($2) | ($20) | ($2) | ($8) | ($0) | ($3) | ($3) | ($0) | ($5) | ($2) | ($3) | ($0) | ($24) | ($2) | ($2) | ($2) | ($2) | ($6) | ($241) | ($0) | ($0) | ($475) |
| **PASS-THROUGH RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| New Co Payroll Remittance | $5 | $11 | $26 | $23 | $28 | $24 | $27 | $23 | $23 | $29 | $25 | $33 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $276 |
| New Co Licensing Remittance | 5 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | - | 4 | 5 | 3 | 4 | 3 | 3 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 105 |
| **Total Pass-Through Receipts** | $10 | $14 | $29 | $26 | $31 | $27 | $31 | $26 | $26 | $32 | $29 | $37 | $- | $4 | $5 | $3 | $4 | $3 | $3 | $5 | $4 | $4 | $3 | $3 | $3 | $4 | $3 | $3 | $3 | $3 | $3 | $3 | $3 | $381 |
| **PASS-THROUGH DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| New Co Payroll | ($5) | ($11) | ($26) | ($23) | ($28) | ($24) | ($27) | ($23) | ($23) | ($29) | ($25) | ($33) | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | ($276) |
| Licensing Payments For New Co | (5) | (3) | (3) | (3) | (3) | (4) | (4) | (3) | (3) | (3) | (4) | (4) | - | (4) | (5) | (3) | (4) | (3) | (3) | (5) | (4) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (105) |
| **Total Pass-Through Disbursements** | ($10) | ($14) | ($29) | ($26) | ($31) | ($27) | ($31) | ($26) | ($26) | ($32) | ($29) | ($37) | ($3) | ($4) | ($5) | ($3) | ($4) | ($3) | ($3) | ($5) | ($4) | ($4) | ($3) | ($3) | ($3) | ($3) | ($3) | ($3) | ($3) | ($3) | ($3) | ($3) | ($3) | ($381) |
| **Net Cash Flow** | 28 | 2 | (14) | 9 | (5) | (5) | (2) | (4) | (1) | (2) | (6) | (5) | (2) | (17) | (1) | (8) | 15 | (3) | (3) | 1 | (4) | (2) | 5 | (0) | (24) | 43 | (2) | (2) | 17 | (6) | (88) | (0) | (0) | (88) |
| Beginning Available Cash | $92 | $120 | $123 | $108 | $117 | $112 | $107 | $105 | $101 | $100 | $98 | $92 | $87 | $85 | $68 | $67 | $59 | $74 | $71 | $68 | $69 | $65 | $63 | $68 | $68 | $44 | $86 | $84 | $82 | $100 | $93 | $5 | $5 | $92 |
| Change In Available Cash | 28 | 2 | (14) | 9 | (5) | (5) | (2) | (4) | (1) | (2) | (6) | (5) | (2) | (17) | (1) | (8) | 15 | (3) | (3) | 1 | (4) | (2) | 5 | (0) | (24) | 43 | (2) | (2) | 17 | (6) | (88) | (0) | (0) | (87) |
| Ending Available Cash | $120 | $123 | $108 | $117 | $112 | $107 | $105 | $101 | $100 | $98 | $92 | $87 | $85 | $68 | $67 | $59 | $74 | $71 | $68 | $69 | $65 | $63 | $68 | $68 | $44 | $86 | $84 | $82 | $100 | $93 | $5 | $5 | $5 | $5 |
| **ENDING CASH BALANCES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OldCo Operating Accounts | $28 | $31 | $16 | $21 | $15 | $11 | $9 | $5 | $11 | $9 | $0 | $9 | $7 | $5 | $4 | $3 | $17 | $14 | $11 | $13 | $8 | $6 | $11 | $11 | $- | $43 | $41 | $39 | $41 | $34 | $- | $- | $- | $- |
| Consignment Accounts | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 5 | 4 | 5 | 5 | 4 | 4 | 4 | 4 | 5 | 4 | 4 | 4 | 4 | 4 |
| Wind-Down Account | 88 | 88 | 88 | 93 | 93 | 93 | 93 | 93 | 86 | 88 | 88 | 74 | 74 | 59 | 59 | 51 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 40 | 40 | 40 | 40 | 55 | 55 | 1 | 1 | 1 | 1 | 1 |
| Professional Fee Carve Out Account | 111 | 105 | 109 | 105 | 114 | 100 | 96 | 92 | 89 | 84 | 66 | 61 | 54 | 67 | 68 | 73 | 72 | 73 | 69 | 68 | 72 | 49 | 49 | 46 | 52 | 51 | 50 | 48 | 47 | 42 | - | - | - | - |
| Total Cash | $231 | $227 | $217 | $222 | $226 | $208 | $201 | $194 | $190 | $183 | $158 | $149 | $139 | $136 | $136 | $132 | $147 | $144 | $138 | $137 | $137 | $112 | $117 | $114 | $95 | $137 | $134 | $131 | $147 | $135 | $5 | $5 | $5 | $5 |

(1) All GOB expenses from week 9 – week 11 are assumed to be severance (2 weeks after the final store closure)
(2) $108mm of total funding represents ~$112mm of total accrual from February 2019 to October 2019 less ~$10mm of accruals for the 1st week of February less ~$2mm Lazard accrual plus ~$9mm of under funded balance for week ending 2/9




PRIVILEGED AND HIGHLY CONFIDENTIAL : SUBJECT TO FRE 408: DRAFT MATERIALS FOR DISCUSSION PURPOSES

# Professional Fee Details

| Period: | Feb-19 Total | Mar-19 Total | Apr-19 Total | May-19 Total (a) | Jun-19 Total | Jul-19 Total | Aug-19 Total | Sep-19 Total | Oct-19 Total | Feb - Oct Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Estate Professionals** | (1) | | | | | | | | | |
| Weil, Gotshal & Manges | $8,650,000 | $4,300,000 | $5,150,000 | $5,300,000 | $3,800,000 | $5,100,000 | $3,000,000 | $1,250,000 | $1,250,000 | $37,800,000 |
| M-III Advisory Partners | 2,666,667 | 2,500,000 | 3,000,000 | (1,250,000) | 1,200,000 | 1,200,000 | 1,000,000 | 750,000 | 750,000 | 11,816,667 |
| Lazard | 200,000 | 200,000 | 200,000 | (1,713,605) | - | 100,000 | 100,000 | - | - | (913,605) |
| Wachtell | 137,500 | 150,000 | - | (1,676,482) | - | - | - | - | - | (1,388,982) |
| McAndrews | - | - | 5,000 | - | - | - | - | - | - | 5,000 |
| A&G Realty Partners | 100,000 | - | - | - | - | - | - | - | - | 100,000 |
| JLL | 1,375,750 | 30,000 | 30,000 | 299,655 | - | - | - | - | - | 1,735,405 |
| D&T (BK) | 1,195,820 | 516,041 | 609,099 | 870,670 | 448,904 | 398,552 | 150,000 | - | - | 4,189,086 |
| D&T (Audit) | 315,000 | 2,270,201 | - | - | - | - | - | - | - | 2,585,201 |
| D&T (Tax) | 321,477 | 3,813,855 | 546,754 | 272,500 | 62,171 | 68,456 | - | - | - | 5,085,213 |
| Prime Clerk | 3,033,393 | 709,487 | 4,113,861 | 2,585,755 | 1,548,769 | 1,315,703 | 200,000 | 1,640,000 | 510,000 | 15,656,967 |
| Public Relations | 15,000 | - | - | - | - | - | - | - | - | 15,000 |
| Ballard Spahr | - | - | - | 400,000 | 200,000 | 160,000 | 400,000 | 400,000 | - | 1,560,000 |
| Litigation Legal Fees | - | - | - | - | - | - | - | 2,200,000 | 2,200,000 | 4,400,000 |
| **Total Estate Professionals** | 18,010,606 | 14,489,584 | 13,654,714 | 5,088,493 | 7,259,844 | 8,342,711 | 4,850,000 | 6,240,000 | 4,710,000 | 82,645,952 |
| **Restructuring Comm. Prof.** | | | | | | | | | | |
| Paul Weiss | 2,097,977 | 1,046,554 | 1,184,859 | 1,297,306 | 1,517,891 | 797,503 | 1,250,000 | - | - | 9,192,091 |
| Evercore | 216,667 | 200,000 | 200,000 | 200,000 | 162,500 | 50,000 | 50,000 | - | - | 1,079,167 |
| Alvarez & Marsal | 190,000 | 3,000 | 504,000 | 76,000 | 75,000 | 75,000 | 75,000 | - | - | 998,000 |
| Young Conaway | 16,500 | 5,500 | 30,000 | 139,934 | 8,600 | 7,000 | - | - | - | 207,534 |
| Stout Risius Ross | 2,056 | 2,000 | 10,500 | 178,915 | 10,828 | - | - | - | - | 204,298 |
| **Total Restr. Comm. Prof.** | 2,523,200 | 1,257,054 | 1,929,359 | 1,892,155 | 1,774,819 | 929,503 | 1,375,000 | - | - | 11,681,090 |
| **Creditor Committee Prof.** | | | | | | | | | | |
| Akin Gump | 3,250,000 | 1,450,000 | 1,400,000 | 3,002,845 | 1,475,000 | 1,715,000 | 1,250,000 | - | - | 13,542,845 |
| Houlihan Lokey | 500,000 | 500,000 | 275,000 | 275,000 | (423,381) | 125,500 | 125,500 | - | - | 1,377,619 |
| FTI Consulting | 461,667 | 561,000 | 284,000 | 584,000 | 136,000 | 164,100 | 275,000 | - | - | 2,465,767 |
| Herrick, Feinstein | - | - | - | - | 384,401 | 32,582 | - | - | - | 416,983 |
| **Total Creditor Comm. Prof.** | 4,211,667 | 2,511,000 | 1,959,000 | 3,861,845 | 1,572,020 | 2,037,182 | 1,650,500 | - | - | 17,803,214 |
| **Prof. Accrual Bef. Success Fees** | 24,745,472 | 18,257,638 | 17,543,073 | 10,842,493 | 10,606,683 | 11,309,396 | 7,875,500 | 6,240,000 | 4,710,000 | 112,130,255 |
| Success Fee Accrual | 29,000,000 | - | - | (1,650,000) | - | - | - | - | - | 27,350,000 |
| **Prof. Accrual Incl. Success Fees** | $53,745,472 | $18,257,638 | $17,543,073 | $9,192,493 | $10,606,683 | $11,309,396 | $7,875,500 | $6,240,000 | $4,710,000 | $139,480,255 |

(a)  May 2019 Total column is net of overaccrual releases

 

(1)   Feb 2019 represents total accruals for February 2019
(2)   Professional Accrual Before Success Fees – see bridge to budget cash flow on page 3

4