**Exhibit B**

3/18/2019    18-23538-shl    Doc 4765-2    Filed 08/06/19    Entered 08/06/19 15:16:15    Exhibit B - Nevada State Property Taxes    Pg 2 of 5

Account Web Inquiry Summary Page

# Property Account Inquiry - Summary Screen

| **New Search** | **Recorder** | **Treasurer** | **Assessor** | **Clark County Home** |
|---|---|---|---|---|

| Parcel ID | 178-10-111-003 | Tax Year | 2019 | District | 505 | Rate | 2.8989 |
|---|---|---|---|---|---|---|---|
| Situs Address: | 1245 W WARM SPRINGS RD HENDERSON | | | | | | |
| Legal Description: | ASSESSOR DESCRIPTION: WARM SPRINGS PROMENADE PLAT BOOK 104 PAGE 85 PT LOT 1 GEOID: PT N2 NW4 SEC 10 22 62 | | | | | | |

| Status: | Property Characteristics | | Property Values | | Property Documents | |
|---|---|---|---|---|---|---|
| Active | Tax Cap Increase Pct. | 4.2 | Land | 1195286 | 2003061902814 | 6/19/2003 |
| Taxable | Tax Cap Limit Amount | 73045.83 | Improvements | 1463314 | 2002111800740 | 11/18/2002 |
| | | | Total Assessed Value | 2658600 | | |
| | Tax Cap Reduction | 4024.33 | Net Assessed Value | 2658600 | | |
| | Land Use | 3-58 General Commercial. Retai | Exemption Value New Construction | 0 | | |
| | | | New Construction - Supp Value | 0 | | |
| | Cap Type | OTHER | | | | |
| | Acreage | 9.8000 | | | | |
| | Exemption Amount | 0.00 | | | | |

| Role | Name | Address | Since | To |
|---|---|---|---|---|
| Owner | W S S R L L C | %SEARS DEPT 768 %TAX B2-107A 3333 BEVERLY RD , HOFFMAN ESTATE, IL 60179-0001 UNITED STATES | 9/2/2016 | Current |

## Summary

| Item | Amount |
|---|---|
| Taxes as Assessed | $77,070.16 |
| Less Cap Reduction | $4,024.33 |
| Net Taxes | $73,045.83 |

**PAST AND CURRENT CHARGES DUE TODAY**

| Tax Year | Charge Category | Amount Due Today |
|---|---|---|
| 2019 | Property Tax Principal | $18,261.02 |
| 2019 | Property Tax Penalty | $730.44 |
| **CURRENT AMOUNTS DUE as of 3/18/2019** | | $18,991.46 |

**NEXT INSTALLMENT AMOUNTS**

| Tax Year | Charge Category | Installment Amount Due |
|---|---|---|
| **THERE IS NO NEXT INSTALLMENT AMOUNT DUE as of 3/18/2019** | | |

**TOTAL AMOUNTS DUE FOR ENTIRE TAX YEAR**

| Tax Year | Charge Category | Remaining Balance Due |
|---|---|---|
| 2019 | Property Tax Principal | $18,261.02 |
| 2019 | Las Vegas Artesian Basin | $0.00 |
| 2019 | Property Tax Penalty | $730.44 |
| **TAX YEAR TOTAL AMOUNTS DUE as of 3/18/2019** | | $18,991.46 |

**PAYMENT HISTORY**

| Last Payment Amount | $18,261.46 |
|---|---|
| Last Payment Date | 1/18/2019 |
| Fiscal Tax Year Payments | $55,517.05 |
| Prior Calendar Year Payments | $72,306.37 |
| Current Calendar Year Payments | $18,261.46 |

3/18/2019 18-23538-shl    Doc 4765-2    Filed 08/06/19    Entered 08/06/19 15:16:15    Exhibit B - Nevada State Property Taxes    Pg 3 of 5

Assessor Web Inquiry Summary Page



# Laura B. Fitzpatrick
## Clark County Treasurer

Print 

# Property Account Inquiry - Summary Screen

| New Search | Recorder | Treasurer | Assessor | Clark County Home |
|---|---|---|---|---|
| Parcel ID | 178-10-111-003 | Tax Year | 2019 | District | 505 | Rate | 2.8989 |

| Situs Address: | 1245 W WARM SPRINGS RD HENDERSON |
| Legal Description: | ASSESSOR DESCRIPTION: WARM SPRINGS PROMENADE PLAT BOOK 104 PAGE 85 PT LOT 1 GEOID: PT N2 NW4 SEC 10 22 62 |

| Status: | Property Characteristics | | Property Values | | Property Documents | |
|---|---|---|---|---|---|---|
| Active | Tax Cap Increase Pct. | 4.2 | Land | 1195286 | 2003061902814 | 6/19/2003 |
| Taxable | Tax Cap Limit Amount | 73045.83 | Improvements | 1463314 | 2002111800740 | 11/18/2002 |
| | | | Total Assessed Value | 2658600 | | |
| | Tax Cap Reduction | 4024.33 | Net Assessed Value | 2658600 | | |
| | | | Exemption Value New Construction | 0 | | |
| | Land Use | 3-58 General Commercial. Retai | | | | |
| | | | New Construction - Supp Value | 0 | | |
| | Cap Type | OTHER | | | | |
| | Acreage | 9.8000 | | | | |
| | Exemption Amount | 0.00 | | | | |

| Role | Name | Address | Since | To |
|---|---|---|---|---|
| Owner | W S S R L L C | %SEARS DEPT 768 %TAX B2-107A 3333 BEVERLY RD , HOFFMAN ESTATE, IL 60179-0001 UNITED STATES | 9/2/2016 | Current |

**Summary**

| Item | Amount |
|---|---|
| Taxes as Assessed | $77,070.16 |
| Less Cap Reduction | $4,024.33 |
| Net Taxes | $73,045.83 |

**PAST AND CURRENT CHARGES DUE TODAY**

| Tax Year | Charge Category | Amount Due Today |
|---|---|---|
| **THERE IS NO PAST OR CURRENT AMOUNT DUE as of 5/28/2019** | | $0.00 |

**NEXT INSTALLMENT AMOUNTS**

| Tax Year | Charge Category | Installment Amount Due |
|---|---|---|
| **THERE IS NO NEXT INSTALLMENT AMOUNT DUE as of 5/28/2019** | | |

**TOTAL AMOUNTS DUE FOR ENTIRE TAX YEAR**

| Tax Year | Charge Category | Remaining Balance Due |
|---|---|---|
| **THERE IS NO TOTAL AMOUNT DUE FOR THE ENTIRE TAX YEAR as of 5/28/2019** | | |

5/28/2019   18-23538-shl   Doc 4765-2   Filed 08/06/19   Entered 08/06/19 15:16:15   Exhibit B - Nevada State Property Taxes   Pg 5 of 5

Search Tax

| **PAYMENT HISTORY** | |
|---|---:|
| Last Payment Amount | $19,000.46 |
| Last Payment Date | 5/14/2019 |
| Fiscal Tax Year Payments | $74,517.51 |
| Prior Calendar Year Payments | $72,306.37 |
| Current Calendar Year Payments | $37,261.92 |

Printable Page

**Click Here for Printable Page!**

| **New Search** | **Recorder** | **Treasurer** | **Assessor** | **Clark County Home** |
|---|---|---|---|---|