**Hearing Date: August 16, 2019 at 10:00 am**
**Objection Deadline: August 2, 2019 at 4:00 p.m.**

ALSTON & BIRD LLP
Leib M. Lerner (*Admitted Pro Hac Vice*)
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com

-and-

James J. Vincequerra
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: James.Vincequerra@alston.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
SEARS HOLDINGS CORPORATION, *et al.*,                  :    Case No. 18-23538 (RDD)
                                                       :
                              Debtors.[1]              :    (Jointly Administered)
-------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

# JOINDER OF TWENTIETH CENTURY FOX
# HOME ENTERTAINMENT LLC TO OBJECTIONS TO
# CONFIRMATION OF DEBTOR'S SECOND AMENDED JOINT CHAPTER 11
# PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS

**TO: THE HONORABLE ROBERT D. DRAIN,
UNIED STATES BANKRUPTCY JUDGE:**

*Twentieth Century Fox Home Entertainment LLC*, ("**Fox**"), by and through its counsel, Alston & Bird LLP, files this Joinder to Objections to Confirmation of Debtor's Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors (the "**Plan**"), as follows:

1. Fox timely filed its Proof of Claim No. 11314 in the total amount of $1,466,458.17, of which $186,136.47 is secured, and $58,916.65 is entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9).

2. Fox joins in paragraphs 31 through 55, and paragraph 58 of the Objection filed by Whitebox Asymmetric Partners, LP, Whitebox Mult-Strategy Partners, LP, Hain Capital Investors Master Fund, Ltd. and Cherokee Debt Acquisition, LLC [Doc. 4721].

3. Fox joins in the objections of other objecting administrative claimants, to the extent they are not inconsistent with the joinder above.

Dated: New York, New York
August 7, 2019

        Respectfully submitted,

        /s/ Jamed J. Vincequerra
        James J. Vincequerra
        ALSTON & BIRD LLP
        90 Park Avenue
        New York, New York 10016
        Tel:   212-210-9400
        Fax:  212-210-9444
        Email: James.Vincequerra@alston.com

       - and -

        Leib M. Lerner *(Admitted Pro Hac Vice)*
        333 South Hope Street, 16th Floor

Los Angeles, CA  90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: Leib.Lerner@alston.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

# CERTIFICATE OF SERVICE

      I hereby caused a true and correct copy of the foregoing Joinder to be served upon the parties listed below via first class mail and ECF Notification on August 7, 2019.

                                                /s/ James J. Vincequerra
                                                James J. Vincequerra

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock<br>      Jacqueline Marcus<br>      Garret A. Fail<br>      Sunny Singh | Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Paul Schwartzberg |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Attn: Ira Dizengoff<br>      Philip Dublin<br>      Sara Brauner | |