UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
In re:                                      )      Chapter 11
                                            )
SEARS HOLDINGS CORPORATION, *et al.*,       )      Case No. 18-23538 (RDD)
                                            )      (Jointly Administered)
        Debtors.                            )
                                            )
_____)

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of David A. Rolf to be admitted *pro hac vice*, to represent CHARLES PUGH, NICOLE PUGH, JACK PUGH, SAM PUGH, and CHARLES F. PUGH (the "Clients") in the above-referenced jointly administered cases, and upon the movant's certification that the movant is an attorney licensed to practice law and a member in good standing in the State of Illinois and of the bar of the United States District Court for the Northern District of Illinois and the United States District Court for the Central District of Illinois, it is hereby

**ORDERED**, that David A. Rolf, Esq. is admitted to practice, *pro hac vice*, in the above-referenced jointly administered cases to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       August 7, 2019

                                        /s/Robert    D.    Drain
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE