**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**JUNE 1, 2019 THROUGH JUNE 30, 2019**

| Name of Applicant: | Houlihan Lokey Capital, Inc. | |
|---|---|---|
| **Applicant's Role in Case:** | **Investment Banker for the Official Committee of Unsecured Creditors** | |
| **Date of Retention:** | **December 19, 2018,** *nunc pro tunc* **to October 29, 2018** | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **6/1/19** | **6/30/19** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| **Total fees requested in this statement:** | **$100,000.00**<br>**(80% of $125,000.00)** |
| **Total expenses requested in this statement:** | **$163.55** |
| **Total fees and expenses requested in this statement (inclusive of holdback amount):** | **$125,163.55** |
| **Summary of Professional Fees Requested:** | |
| **Total professional fees requested in this statement:** | **$125,163.55** |

## Summary of Expenses for the Fee Period

| Expense Categories | Amount |
|---|---|
| Airfare | $0.00 |
| Lodging | 0.00 |
| Ground Transportation | 158.33 |
| Travel and Overtime Meals | 0.00 |
| Travel Telephone and Data | 5.22 |
| Delivery | 0.00 |
| **Total** | **$163.55** |

## Summary of Payment Requested

| Fee Period | Current Fee (Net of Holdback) | Holdback | Expenses | Prepayment | Amount |
|---|---|---|---|---|---|
| 6/1-6/30 | $100,000.00 | $25,000.00 | $163.55 | NA | $125,163.55 |
| **Total** | **$100,000.00** | **$25,000.00** | **$163.55** | **NA** | **$125,163.55** |

## Summary of Hours for the Fee Period

| Name of Professional | Position | Amount |
|---|---|---|
| Saul Burian | Managing Director | 22.0 |
| Eric Siegert | Senior Managing Director | 0.0 |
| Brad Geer | Managing Director | 0.0 |
| Surbhi Gupta | Director | 0.0 |
| Greg Rinsky | Director | 0.0 |
| Tom Hedus | Senior Vice President | 30.5 |
| Ross Rosenstein | Associate | 24.5 |
| Ryan Conroy | Associate | 0.0 |
| John Hartigan | Associate | 28.5 |
| Ahmed Mumtaz | Associate | 0.0 |
| Tanya Wong | Associate | 0.0 |
| Jack Foster | Analyst | 28.0 |
| James Lai | Analyst | 34.0 |
| Natalie Weelborg | Analyst | 1.5 |
| Andrew Felman | Analyst | 0.0 |
| Jenner Currier | Analyst | 0.0 |
| Matthew Stadtmauer | Analyst | 0.0 |
| **Total** | | **169.0** |

**Summary of Hours for the Fee Period**

| Task Category | Amount |
|---|---|
| General Case Administration | 20.0 |
| Correspondence with Debtor and Other Stakeholders | 7.0 |
| Correspondence with Official Committee of Unsecured Creditors | 42.0 |
| Analysis, Presentations, and Due Diligence | 97.0 |
| Financing Diligence and Analysis | 0.0 |
| Litigation Diligence and Analysis | 3.0 |
| Real Estate Analysis | 0.0 |
| **Total** | **169.0** |

Respectfully Submitted,

Dated: August 8, 2019

Saul E. Burian, Managing Director
Houlihan Lokey Capital, Inc.
245 Park Ave.
20th Floor
New York, NY 10167

*Investment Banker for the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

## Exhibit A



**Invoice #  33477**

**PERSONAL & CONFIDENTIAL**                                                      August 8, 2019

The Official Committee (the "Committee") of Unsecured Creditors            Client #  63300
of Sears Holding Corporation                                              Case #  87394
and its affiliated debtors and debtors-in-possession
(the "Debtors")


**Professional Fees**

| | | |
|---|---|---|
| Monthly Fee due on June 28, 2019 | $    250,000.00 | |
| Less: Monthly Fee Credit | (125,000.00) | |
| Less 20% Holdback | (25,000.00) | |
| Professional Fees Due | | $    100,000.00 |

**Out of Pocket Expenses**

| | | |
|---|---|---|
| Ground Transportation | $    158.33 | |
| Travel Telephone and Data | 5.22 | |
| Out of Pocket Expenses Due | | $    163.55 |


**TOTAL AMOUNT DUE AND PAYABLE**                                    **$    100,163.55**


**PAYMENT DUE UPON RECEIPT**

| Please Send Checks To: | Wire Transfer Instructions: |
|---|---|
| Houlihan Lokey Capital, Inc. | Bank of America |
| Accounts Receivable Department | Wire Transfer ABA #026009593 |
| 10250 Constellation Boulevard, 5th Floor | ACH ABA #121000358 |
| Los Angeles, California 90067-6802 | fbo Houlihan Lokey Capital, Inc. |
| | Account #1453120593 |
| | Swift Code (Int'l Wires Only): BOFAUS3N |
| | Federal ID #95-4024056 |

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**Exhibit B**

**Houlihan Lokey - Sears Holdings Corporation Work Hours Summary**
**(Jun 01, 2019 - Jun 30, 2019)**

| Employee | A | B | C | D | E | F | G | Total |
|---|---|---|---|---|---|---|---|---|
| Saul Burian | 2.0 | 0.0 | 6.0 | 13.5 | 0.0 | 0.5 | 0.0 | 22.0 |
| Eric Siegert | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Brad Geer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Surbhi Gupta | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Greg Rinsky | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tom Hedus | 3.5 | 5.5 | 6.0 | 15.0 | 0.0 | 0.5 | 0.0 | 30.5 |
| Ross Rosenstein | 2.5 | 0.5 | 6.0 | 15.0 | 0.0 | 0.5 | 0.0 | 24.5 |
| Ryan Conroy | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| John Hartigan | 3.5 | 0.5 | 7.5 | 16.5 | 0.0 | 0.5 | 0.0 | 28.5 |
| Ahmed Mumtaz | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tanya Wong | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jack Foster | 4.5 | 0.0 | 8.5 | 14.5 | 0.0 | 0.5 | 0.0 | 28.0 |
| James Lai | 4.0 | 0.5 | 8.0 | 21.0 | 0.0 | 0.5 | 0.0 | 34.0 |
| Natalie Weelborg | 0.0 | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 1.5 |
| Andrew Felman | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jenner Currier | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Matthew Stadtmauer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **20.0** | **7.0** | **42.0** | **97.0** | **0.0** | **3.0** | **0.0** | **169.0** |

**Legend**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** **Saul Burian**
**Total Hours:** **22.0**

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, June 3, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Analyze Sears Hometown and Transform Holdco Transaction |
| Tuesday, June 4, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Thursday, June 6, 2019 | A | General Case Administration | 0.5 | Review Materials for Fee Statement |
| Friday, June 7, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review PBGC Settlement Materials |
| Friday, June 7, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss with UCC Advisors Upcoming Meeting Re: Trust Board Governance |
| Monday, June 10, 2019 | F | Litigation Diligence and Analysis | 0.5 | Internal Discussion Re: Trust Board Governance |
| Tuesday, June 11, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss with UCC Advisors Upcoming Meeting Re: Trust Board Governance |
| Tuesday, June 11, 2019 | A | General Case Administration | 1.0 | Review Conflicts Check Declaration |
| Monday, June 17, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Monday, June 17, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discuss Internally and with UCC Advisors Re: Trust Board Governance |
| Tuesday, June 18, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Trust Board Governance Settlement Term Sheet |
| Tuesday, June 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Discuss Trust Board Governance Settlement Term Sheet |
| Wednesday, June 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |
| Wednesday, June 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Wednesday, June 19, 2019 | A | General Case Administration | 0.5 | Review Materials for Fee Statement |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review and discuss 507b claim analysis by ESL, Cyrus, Wilmington Trust |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Saul Burian** | |
| **Total Hours:** | **22.0** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Discuss and Review 2L Secured Claims Expert Reports |
| Friday, June 21, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Committee Support Letter |
| Friday, June 21, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Saturday, June 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Internal Discussion Regarding Response to 507b Claim Analysis by ESL, Cyrus, WT |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Review and Discuss 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review UCC Joinder to Debtor Objection to 507b Claims |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Revised Plan and Disclosure Statement |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Committee Support Letter |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | Hours for: | **Eric Siegert** |
|---|---|---|
|  | **Total Hours:** | **0.0** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Brad Geer** |
| **Total Hours:** | **0.0** |

|  | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | **Surbhi Gupta** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Greg Rinsky** |
| **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Tom Hedus** |
| **Total Hours:** | **30.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, June 3, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Analyze Sears Hometown and Transform Holdco Transaction |
| Monday, June 3, 2019 | A | General Case Administration | 0.5 | Review Internal Conflicts Check Supplement |
| Tuesday, June 4, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Tuesday, June 4, 2019 | A | General Case Administration | 1.0 | Review Conflicts Check Declaration |
| Tuesday, June 4, 2019 | A | General Case Administration | 1.0 | Review Materials for Fee Examiner |
| Thursday, June 6, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Disclosure Statement |
| Friday, June 7, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Conference Call with UCC |
| Friday, June 7, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review PBGC Settlement Materials |
| Friday, June 7, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss with UCC Advisors Upcoming Meeting Re: Trust Board Governance |
| Monday, June 10, 2019 | B | Correspondence with Debtor and Other Stakeholders | 5.0 | Meeting w/Debtor and UCC Professionals regarding UCC settlement/trust board governance |
| Monday, June 10, 2019 | F | Litigation Diligence and Analysis | 0.5 | Internal Discussion Re: Trust Board Governance |
| Tuesday, June 11, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss with UCC Advisors Upcoming Meeting Re: Trust Board Governance |
| Tuesday, June 11, 2019 | A | General Case Administration | 1.0 | Review Conflicts Check Declaration |
| Friday, June 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Documents Related to Retiree Committee |
| Monday, June 17, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Monday, June 17, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discuss Internally and with UCC Advisors Re: Trust Board Governance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Tom Hedus** | |
| **Total Hours:** | **30.5** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, June 17, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Plan Document |
| Tuesday, June 18, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Trust Board Governance Settlement Term Sheet |
| Tuesday, June 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Discuss Trust Board Governance Settlement Term Sheet |
| Tuesday, June 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Conference Call about UCC Settlement Terms and Trust Board |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Discuss and Review 2L Secured Claims Expert Reports |
| Friday, June 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Discuss and Review 2L Secured Claims Expert Reports Cont. |
| Friday, June 21, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Committee Support Letter |
| Friday, June 21, 2019 | B | Correspondence with Debtor and Other Stakeholders | 0.5 | Conference Call with Weil Re: 507b Claim Status |
| Friday, June 21, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Saturday, June 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Internal Discussion Regarding Response to 507b Claim Analysis by ESL, Cyrus, WT |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review UCC Joinder to Debtor Objection to 507b Claims |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Revised Plan and Disclosure Statement |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review and Discuss ESL Memo |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | **Tom Hedus** | |
| **Total Hours:** | **30.5** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Analysis of Debtors' Opposition to 2L 507(b) Claims and Related Documents |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Committee Support Letter |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **24.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, June 4, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, June 7, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Conference Call with UCC |
| Friday, June 7, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Monday, June 10, 2019 | F | Litigation Diligence and Analysis | 0.5 | Internal Discussion Re: Trust Board Governance |
| Monday, June 17, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Monday, June 17, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Tuesday, June 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Conference Call about UCC Settlement Terms and Trust Board |
| Wednesday, June 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |
| Wednesday, June 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review and discuss 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 3.5 | Discuss and Review 2L Secured Claims Expert Reports |
| Friday, June 21, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Discuss and Review 2L Secured Claims Expert Reports Cont. |
| Friday, June 21, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Committee Support Letter |
| Friday, June 21, 2019 | B | Correspondence with Debtor and Other Stakeholders | 0.5 | Conference Call with Weil Re: 507b Claim Status |
| Friday, June 21, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **24.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, June 21, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Saturday, June 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Internal Discussion Regarding Response to 507b Claim Analysis by ESL, Cyrus, WT |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 2.0 | Review and Discuss 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |
| Monday, June 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Discuss and Review 2L Expert Reports |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review and Discuss ESL Memo |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Analysis of Debtors' Opposition to 2L 507(b) Claims and Related Documents |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Committee Support Letter |
| Sunday, June 30, 2019 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Ryan Conroy** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **John Hartigan** |
| **Total Hours:** | **28.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, June 4, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, June 7, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Conference Call with UCC |
| Friday, June 7, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Monday, June 10, 2019 | F | Litigation Diligence and Analysis | 0.5 | Internal Discussion Re: Trust Board Governance |
| Friday, June 14, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Documents Related to Retiree Committee |
| Monday, June 17, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Monday, June 17, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Tuesday, June 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Conference Call about UCC Settlement Terms and Trust Board |
| Wednesday, June 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |
| Wednesday, June 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review and discuss 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 3.5 | Discuss and Review 2L Secured Claims Expert Reports |
| Friday, June 21, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Discuss and Review 2L Secured Claims Expert Reports Cont. |
| Friday, June 21, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Committee Support Letter |
| Friday, June 21, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Meeting at Akin w/FTI to Discuss 2L Secured Claims Reports |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **John Hartigan** |
| **Total Hours:** | **28.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, June 21, 2019 | B | Correspondence with Debtor and Other Stakeholders | 0.5 | Conference Call with Weil Re: 507b Claim Status |
| Friday, June 21, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Friday, June 21, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Saturday, June 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Internal Discussion Regarding Response to 507b Claim Analysis by ESL, Cyrus, WT |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 2.0 | Review and Discuss 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |
| Monday, June 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Discuss and Review 2L Expert Reports |
| Monday, June 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review of HL UCC Waterfall Analysis from February |
| Tuesday, June 25, 2019 | A | General Case Administration | 0.5 | Communication Re: Reponses to 2L 507b Claims |
| Thursday, June 27, 2019 | A | General Case Administration | 0.5 | Communication Re: ESL Supplemental Memorandum Summary of Arguments |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review UCC Joinder to Debtor Objection to 507b Claims |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Analysis of Debtors' Opposition to 2L 507(b) Claims and Related Documents |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Committee Support Letter |
| Sunday, June 30, 2019 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | Hours for: | Ahmed Mumtaz |
| | Total Hours: | 0.0 |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | Hours for: | Tanya Wong |
|---|---|---|
|  | Total Hours: | 0.0 |

| | Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Jack Foster** |
| **Total Hours:** | **28.0** |

### Task Reference Table

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, June 3, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Analyze Sears Hometown and Transform Holdco Transaction |
| Monday, June 3, 2019 | A | General Case Administration | 0.5 | Review Internal Conflicts Check Supplement |
| Tuesday, June 4, 2019 | A | General Case Administration | 1.0 | Review Conflicts Check Declaration |
| Tuesday, June 4, 2019 | A | General Case Administration | 1.0 | Review Materials for Fee Examiner |
| Friday, June 7, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review PBGC Settlement Materials |
| Friday, June 7, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss with UCC Advisors Upcoming Meeting Re: Trust Board Governance |
| Monday, June 10, 2019 | F | Litigation Diligence and Analysis | 0.5 | Internal Discussion Re: Trust Board Governance |
| Tuesday, June 11, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss with UCC Advisors Upcoming Meeting Re: Trust Board Governance |
| Tuesday, June 11, 2019 | A | General Case Administration | 1.0 | Review Conflicts Check Declaration |
| Monday, June 17, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discuss Internally and with UCC Advisors Re: Trust Board Governance |
| Tuesday, June 18, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Trust Board Governance Settlement Term Sheet |
| Tuesday, June 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Discuss Trust Board Governance Settlement Term Sheet |
| Wednesday, June 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |
| Wednesday, June 19, 2019 | A | General Case Administration | 1.0 | Discuss Fee Apps with Weil and Prepare Backup Information |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 5.0 | Discuss and Review 2L Secured Claims Expert Reports |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Jack Foster** |
| **Total Hours:** | **28.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, June 21, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Discuss and Review 2L Secured Claims Expert Reports Cont. |
| Friday, June 21, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Meeting at Akin w/FTI to Discuss 2L Secured Claims Reports |
| Friday, June 21, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Saturday, June 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Internal Discussion Regarding Response to 507b Claim Analysis by ESL, Cyrus, WT |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 2.0 | Review and Discuss 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |
| Monday, June 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Discuss and Review 2L Expert Reports |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **James Lai** | |
| **Total Hours:** | **34.0** | |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, June 4, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, June 7, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Conference Call with UCC |
| Friday, June 7, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Friday, June 7, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss with UCC Advisors Upcoming Meeting Re: Trust Board Governance |
| Monday, June 10, 2019 | F | Litigation Diligence and Analysis | 0.5 | Internal Discussion Re: Trust Board Governance |
| Tuesday, June 11, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss with UCC Advisors Upcoming Meeting Re: Trust Board Governance |
| Friday, June 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Documents Related to Retiree Committee |
| Monday, June 17, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Monday, June 17, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Monday, June 17, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discuss Internally and with UCC Advisors Re: Trust Board Governance |
| Tuesday, June 18, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Trust Board Governance Settlement Term Sheet |
| Tuesday, June 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Discuss Trust Board Governance Settlement Term Sheet |
| Tuesday, June 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Conference Call about UCC Settlement Terms and Trust Board |
| Wednesday, June 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |
| Wednesday, June 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **James Lai** | |
| **Total Hours:** | **34.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, June 20, 2019 | D | Analysis, Presentations, and Due Diligence | 5.0 | Discuss and Review 2L Secured Claims Expert Reports |
| Friday, June 21, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Discuss and Review 2L Secured Claims Expert Reports Cont. |
| Friday, June 21, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Committee Support Letter |
| Friday, June 21, 2019 | B | Correspondence with Debtor and Other Stakeholders | 0.5 | Conference Call with Weil Re: 507b Claim Status |
| Friday, June 21, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Friday, June 21, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Saturday, June 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Internal discussion regarding 507b claim analysis by ESL, Cyrus, Wilmington Trust |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Internal Discussion Regarding Response to 507b Claim Analysis by ESL, Cyrus, WT |
| Monday, June 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 2.0 | Review and Discuss 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |
| Monday, June 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Discuss and Review 2L Expert Reports |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review UCC Joinder to Debtor Objection to 507b Claims |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Revised Plan and Disclosure Statement |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review and Discuss ESL Memo |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Analysis of Debtors' Opposition to 2L 507(b) Claims and Related Documents |
| Friday, June 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Committee Support Letter |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **James Lai** | |
| **Total Hours:** | **34.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Sunday, June 30, 2019 | A | General Case Administration | 1.5 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Natalie Weelborg** |
| **Total Hours:** | **1.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, June 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review 507b Claim Analysis by ESL, Cyrus, Wilmington Trust |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Andrew Felman** |
| **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Jenner Currier** |
| **Total Hours:** | **0.0** |

|  | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | **Hours for:** | **Matthew Stadtmauer** |
|---|---|---|
|  | **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|