Hearing Date: September 25, 2019 at 10:00 a.m. (ET)
Objection Deadline: September 18, 2019 at 4:00 p.m. (ET)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>Jointly Administered |

**NOTICE OF HEARING ON MOTION OF DIRECTOR DEFENDANTS
FOR ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY,
TO THE EXTENT APPLICABLE, TO PERMIT PAYMENT OF
DEFENSE COSTS UNDER THE DIRECTORS & OFFICES POLICIES**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") on the *Motion of Director Defendants for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Permit Payment of Defense Costs Under the Directors & Officers Policies* (the "Motion") will be held on September 25, 2019 at 10:00 a.m. (Eastern Time), before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Motion shall be in writing, shall confirm to the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court and served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures* [Docket No. 405], so as to be filed and received no later than September 18, 2019 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Director Defendants may submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or an opportunity to be heard.

Dated:  August 8, 2019  
        New York, New York

Respectfully submitted,

/s/    Brian D. Glueckstein  
SULLIVAN & CROMWELL LLP  
Robert A. Sacks  
Brian D. Glueckstein  
125 Broad Street  
New York, New York  10004  
Telephone:  (212) 558-4000  
Facsimile:  (212) 558-3588

*Counsel for Steven T. Mnuchin*

/s/ Philip D. Anker  
Philip D. Anker  
Noah A. Levine  
WILMER CUTLER PICKERING HALE AND DORR LLP  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007  
Tel: (212) 230-8800  
Fax: (212) 230-8888

*Counsel for Edward Scott Lampert*

  /s/ Andrew J. Frackman
Andrew J. Frackman
Daniel S. Shamah
Brad Elias
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, New York 10036
Tel: (212) 326-2000

*Counsel for Defendant Thomas Tisch*

  /s/ Josh Greenblatt
Josh Greenblatt
Mark Holscher (pro hac vice application forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800

*Counsel for Defendant Alesia Haas*

  /s/ Michael Shuster
Michael Shuster
Vincent Levy
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
Tel: (646) 837-5151

*Counsel for Defendant Kunal Kamlani*

  /s/ Mark J. Hyland
Mark J. Hyland
Robert J. Gayda
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421

*Counsel for Defendant Bruce Berkowitz*

       /s/ Gregory P. Joseph
Gregory P. Joseph
Courtney A. Solomon
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue
Tel: (212) 407-1200
Fax: (212) 407-1299

*Counsel for Defendant Cesar L. Alvarez*