**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| *Debtors* | : | (Jointly Administered) |

---------------------------------------------------------------

**ORDER GRANTING MOTION TO WITHDRAW AS CONSEL OF RECORD**
**FOR PENNSEE, LLC PURSUANT TO LOCAL RULE 2090-1**

Upon the motion, dated and served August 2, 2019 (the "Motion") of Sirlin Lesser & Benson, P.C. for leave pursuant to Rule 2090-1(e) of the Local Rules of the Bankruptcy Court for the Southern District of New York to withdraw as counsel for Pennsee, LLC in these cases and all proceedings therein; and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and no additional notice or hearing being required; and, after due deliberation, the Court having determined that the Motion establishes sufficient cause for the relief granted herein, it is hereby

ORDERED that the Motion is granted, and, effective as of the date of this order, Sirlin Lesser Benson, P.C. is no longer counsel of record in these cases and all proceedings herein for Pennsee, LLC; and it is further

ORDERED that the grant of the Motion shall not delay any pending matters or proceedings before the Court; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.

Date:  White Plains, New York
       August 9, 2019

/s/ Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE