**EXHIBIT A**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: August 9, 2019
Invoice No.: 20190801208

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:    Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---|
| Fee Examiner Activities (00315861) | $66,816.00 |
| Total Current Charges | $66,816.00 |
| **TOTAL AMOUNT DUE** | **$66,816.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 07/01/19 | Review and analyze Weil Gotshal interim fee applications and monthly invoices, to identify non-compliance with fee guidelines and other potential issues. | 1,305.00 | 1.90 | 2,479.50 |
| Harner,P.E. | 07/02/19 | Further review and analysis of Weil Gotshal interim fee applications and monthly invoices, including preliminary results of electronic reports, to identify non-compliance with fee guidelines and other potential issues. | 1,305.00 | 3.60 | 4,698.00 |
| Harner,P.E. | 07/03/19 | Further comprehensive review and analysis of Weil Gotshal interim fee applications and monthly invoices, including preliminary results of electronic reports, to identify non-compliance with fee guidelines and other potential issues. | 1,305.00 | 1.90 | 2,479.50 |
| Harner,P.E. | 07/08/19 | Review and analyze Weil Gotshal interim fee applications and monthly invoices. | 1,305.00 | 2.70 | 3,523.50 |
| Harner,P.E. | 07/09/19 | Comprehensive review and analysis of Weil Gotshal, Paul Weiss and other interim fee applications and monthly invoices, to evaluate guidelines compliance and identify potential issues. | 1,305.00 | 4.20 | 5,481.00 |
| Harner,P.E. | 07/10/19 | Review and analyze various interim fee applications and monthly invoices, to evaluate guidelines compliance and identify potential issues. | 1,305.00 | 2.30 | 3,001.50 |
| Harner,P.E. | 07/11/19 | Review and analyze Paul Weiss and other interim fee applications and monthly invoices, to evaluate guidelines compliance and identify potential issues. | 1,305.00 | 3.10 | 4,045.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 07/12/19 | Prepare for and participate in extended conference call with V. Marriott and T. Daluz regarding status of fee application review and related review protocols (.40); further review and analysis of Weil Gotshal and Paul Weiss interim fee applications and monthly invoices (2.70). | 1,305.00 | 3.10 | 4,045.50 |
| Harner,P.E. | 07/15/19 | Review and analyze multiple interim and monthly fee and expense applications and underlying detailed entries, to evaluate compliance with guidelines and applicable law. | 1,305.00 | 1.80 | 2,349.00 |
| Harner,P.E. | 07/16/19 | Further comprehensive review and analysis of multiple interim and monthly fee and expense applications and underlying detailed entries, to evaluate compliance with guidelines and applicable law. | 1,305.00 | 2.50 | 3,262.50 |
| Harner,P.E. | 07/17/19 | Further comprehensive review and analysis of multiple interim and monthly fee and expense applications and underlying detailed entries, to evaluate compliance with guidelines and applicable law. | 1,305.00 | 3.10 | 4,045.50 |
| Harner,P.E. | 07/18/19 | Prepare for and participate in extended Ballard team conference call regarding status of fee application review and related review protocols (.60); further review and analysis of interim fee applications and monthly invoices, to identify non-compliance with fee guidelines and other potential issues (3.20). | 1,305.00 | 3.80 | 4,959.00 |
| Harner,P.E. | 07/19/19 | Further review and analysis of Paul Weiss and other interim and monthly fee and expense applications and underlying detailed entries, to evaluate compliance with guidelines and applicable law. | 1,305.00 | 2.50 | 3,262.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 07/22/19 | Review and analyze Paul Weiss, Weil Gotshal and other interim and monthly fee and expense applications and underlying detailed entries, to evaluate compliance with guidelines and applicable law. | 1,305.00 | 2.70 | 3,523.50 |
| Harner,P.E. | 07/23/19 | Review and analyze Paul Weiss, Weil Gotshal and other interim and monthly fee and expense applications and underlying detailed entries, to evaluate compliance with guidelines and applicable law. | 1,305.00 | 1.10 | 1,435.50 |
| Harner,P.E. | 07/24/19 | Further review and analysis of interim and monthly fee and expense applications and underlying detailed entries, to evaluate compliance with guidelines and applicable law. | 1,305.00 | 1.70 | 2,218.50 |
| Harner,P.E. | 07/25/19 | Further review and analysis of Paul Weiss and other interim and monthly fee and expense applications and underlying detailed entries, to evaluate compliance with guidelines and applicable law. | 1,305.00 | 4.10 | 5,350.50 |
| Harner,P.E. | 07/30/19 | Comprehensive review and analysis of Paul Weiss first interim fee application and results of related electronic and attorney review (2.10); telephone conference with B. Kearney regarding same (.20); telephone conference with V. Marriott regarding same and McAndrews fee application issues (.20); review and analyze McAndrews first interim fee application (.90). | 1,305.00 | 3.40 | 4,437.00 |
| Harner,P.E. | 07/31/19 | Review and analyze interim and monthly fee and expense applications and underlying detailed entries, to prepare preliminary reports and objections. | 1,305.00 | 1.70 | 2,218.50 |
| **Total B170** | | | | **51.20** | **$66,816.00** |
| | | **Total Fees** | | **51.20** | **66,816.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,305.00 | 51.20 | 66,816.00 |
| **Total Task: B170** | | **51.20** | **$66,816.00** |
| **Total Fees** | | **51.20** | **$66,816.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Harner,P.E. | 1,305.00 | 51.20 | 66,816.00 |
| **Total Fees** | | **51.20** | **$66,816.00** |

| | |
|---|---|
| **Total Current Charges:** | **$66,816.00** |