**EXHIBIT B**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: August 9, 2019
Invoice No.: 20190801209

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:    Sears Fee Examiner  (071820.03)
Matter:    Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee and Expense Review and Reporting (00317415) | $77,138.00 |
| Total Current Charges | $77,138.00 |
| **TOTAL AMOUNT DUE** | **$77,138.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employement Applications** | | | | | |
| McClamb,C.D. | 07/08/19 | Edits to first joint monthly fee application | 445.00 | 1.30 | 578.50 |
| Daluz,T.M. | 07/08/19 | Attend to fee application issues | 895.00 | 0.50 | 447.50 |
| Daluz,T.M. | 07/09/19 | Review and revise the fee application | 895.00 | 0.50 | 447.50 |
| McClamb,C.D. | 07/09/19 | Review and edit first monthly joint fee application | 445.00 | 0.80 | 356.00 |
| Maddox,M. | 07/10/19 | Prep fee application for filing | 270.00 | 0.50 | 135.00 |
| McClamb,C.D. | 07/10/19 | Edits to fee application | 445.00 | 0.80 | 356.00 |
| Daluz,T.M. | 07/11/19 | Finalize fee application for filing | 895.00 | 0.30 | 268.50 |
| McClamb,C.D. | 07/11/19 | Edits to first monthly fee application | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 07/11/19 | Prepare, file and arrange service of fee statement | 445.00 | 0.40 | 178.00 |
| Maddox,M. | 07/15/19 | Review docket for as filed Ballard fee application | 270.00 | 0.10 | 27.00 |
| Daluz,T.M. | 07/16/19 | Attend to fee app issues. | 895.00 | 0.50 | 447.50 |
| Daluz,T.M. | 07/18/19 | Attend to fee app issues. | 895.00 | 1.00 | 895.00 |
| McClamb,C.D. | 07/22/19 | Emails with T. Daluz re: preparation of fee application | 445.00 | 0.20 | 89.00 |
| Daluz,T.M. | 07/22/19 | Attend to fee application issues. | 895.00 | 0.40 | 358.00 |
| McClamb,C.D. | 07/24/19 | Confer with M. Maddox re: preparation of fee application | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 07/25/19 | Emails with M. Maddox re: fee application | 445.00 | 0.30 | 133.50 |
| Maddox,M. | 07/25/19 | Draft Second Monthly fee application; E-mails with T. Daluz and C. McClamb re: fee application draft | 270.00 | 1.00 | 270.00 |
| Maddox,M. | 07/25/19 | Attend to June fee application | 270.00 | 0.10 | 27.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Maddox,M. | 07/25/19 | Research regarding fee CNO process | 270.00 | 0.20 | 54.00 |
| McClamb,C.D. | 07/26/19 | Emails with T. Daluz and M. Maddox re: preparation of fee application | 445.00 | 0.20 | 89.00 |
| Daluz,T.M. | 07/26/19 | Revise fee application. | 895.00 | 0.60 | 537.00 |
| McClamb,C.D. | 07/30/19 | Emails with P. Harner re: fee application | 445.00 | 0.20 | 89.00 |
| Daluz,T.M. | 07/30/19 | Review and revise fee application. | 895.00 | 1.00 | 895.00 |
| **Total B160** | | | | **11.30** | **$6,856.00** |

**B170 - Fee/Employment Objections**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 07/01/19 | Emails with review team re: review logistics | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 07/04/19 | Review and categorize applicant task codes for uniform sorting | 445.00 | 1.00 | 445.00 |
| McClamb,C.D. | 07/06/19 | Draft instructions for fee review team | 445.00 | 1.50 | 667.50 |
| McClamb,C.D. | 07/07/19 | Draft instructions for fee review team | 445.00 | 2.50 | 1,112.50 |
| Jimenez,C. | 07/08/19 | Review fee examiner guidelines and examples | 365.00 | 1.10 | 401.50 |
| McClamb,C.D. | 07/08/19 | Draft instructions for fee review team | 445.00 | 4.00 | 1,780.00 |
| McClamb,C.D. | 07/09/19 | Draft instructions for fee review team | 445.00 | 4.00 | 1,780.00 |
| Maddox,M. | 07/09/19 | Review docket and retrieve retention applications and orders for all estate professionals | 270.00 | 2.00 | 540.00 |
| Neitzel,K.N. | 07/09/19 | Prepare Alvarez & Marsal fee data to be imported into Relativity workspace for attorney review | 350.00 | 1.60 | 560.00 |
| McClamb,C.D. | 07/09/19 | Review and categorize professionals' task codes for uniformity | 445.00 | 1.00 | 445.00 |
| Daluz,T.M. | 07/11/19 | Prepare for call with VP Harner & V Marriott | 895.00 | 0.20 | 179.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 07/12/19 | Conference re: review protocol | 985.00 | 0.50 | 492.50 |
| McClamb,C.D. | 07/12/19 | Emails with fee review team re: fee review procedures | 445.00 | 0.30 | 133.50 |
| Marriott, III,V.J. | 07/12/19 | Review and revise protocol | 985.00 | 0.50 | 492.50 |
| Daluz,T.M. | 07/12/19 | Attend to assignment and review protocol | 895.00 | 1.00 | 895.00 |
| Daluz,T.M. | 07/12/19 | Conference call with P. Harner and V. Marriott re: protocol | 895.00 | 0.50 | 447.50 |
| Daluz,T.M. | 07/12/19 | Review and revise protocol | 895.00 | 0.50 | 447.50 |
| Jimenez,C. | 07/15/19 | Review order authorizing independent fee examiner | 365.00 | 0.30 | 109.50 |
| Jimenez,C. | 07/15/19 | Comments on USTP guidelines | 365.00 | 0.30 | 109.50 |
| Jimenez,C. | 07/15/19 | Order authorizing procedures for interim compensation | 365.00 | 0.30 | 109.50 |
| McClamb,C.D. | 07/15/19 | Emails with T. Daluz re: scheduling conference call with review team | 445.00 | 0.10 | 44.50 |
| Greenfield,M.G. | 07/16/19 | Review of assignment chart and fee review instructions | 445.00 | 0.50 | 222.50 |
| Pollard,C.P. | 07/16/19 | Revise review choices per request (.2); review and revise review instructions (.8) | 310.00 | 1.00 | 310.00 |
| McClamb,C.D. | 07/16/19 | Emails with fee examiner review team re: fee review instructions and meeting | 445.00 | 0.70 | 311.50 |
| Daluz,T.M. | 07/16/19 | Revise protocol. | 895.00 | 0.30 | 268.50 |
| McClamb,C.D. | 07/16/19 | Edits to fee review instructions | 445.00 | 0.60 | 267.00 |
| Daluz,T.M. | 07/16/19 | Team correspondence. | 895.00 | 0.20 | 179.00 |
| McClamb,C.D. | 07/16/19 | Emails with C. Pollard re: changes to fee review instructions and process | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 07/16/19 | Emails with T. Daluz, P. Harner and V. Marriott re: fee review instructions and conference call | 445.00 | 0.40 | 178.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 07/17/19 | Team correspondence regarding protocol. | 895.00 | 0.30 | 268.50 |
| McClamb,C.D. | 07/17/19 | Emails with review team re: conference call | 445.00 | 0.80 | 356.00 |
| Jimenez,C. | 07/18/19 | Meeting w/ P. Harner, T. Daluz, and V. Marriott to discuss review protocols | 365.00 | 0.20 | 73.00 |
| Pollard,C.P. | 07/18/19 | Set up Document View for "Vague time entry" review | 310.00 | 0.10 | 31.00 |
| Neitzel,K.N. | 07/18/19 | Confer with C. Pollard to update fee review views in Relativity to filter data by date for initial review | 350.00 | 0.40 | 140.00 |
| Neitzel,K.N. | 07/18/19 | Telephone conference with legal team re: initial plan for fee review | 350.00 | 0.30 | 105.00 |
| McClamb,C.D. | 07/18/19 | Conference call with fee review team re: review procedures | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 07/18/19 | Emails with C. Pollard re: fee review process | 445.00 | 0.20 | 89.00 |
| Daluz,T.M. | 07/18/19 | Participate in team call regarding protocol and assignments. | 895.00 | 0.50 | 447.50 |
| McClamb,C.D. | 07/18/19 | Email to M. Salah re: documents necessary for fee review | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 07/18/19 | Email to P. Harner re: documents necessary for fee review | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 07/18/19 | Email to T. Daluz re: documents necessary for fee review | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 07/18/19 | Email to C. Jimenez re: documents necessary for fee review | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 07/18/19 | Email to M. Greenfield re: documents necessary for fee review | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 07/18/19 | Email to V. Marriott re: documents necessary for fee review | 445.00 | 0.20 | 89.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 07/18/19 | Email to B. Kearney re: documents necessary for fee review | 445.00 | 0.20 | 89.00 |
| Pollard,C.P. | 07/18/19 | Call with legal team (Harner, Marriott, Daluz, Greenfield, Jimenez, Summers and Neitzel) re: review timing, workflow | 310.00 | 0.30 | 93.00 |
| Pollard,C.P. | 07/18/19 | Review and revise review instructions (update screenshots, add "Vague Time Entries instructions) | 310.00 | 0.60 | 186.00 |
| Pollard,C.P. | 07/18/19 | Call with K. Neitzel re: adjustments to views and coding layout for review workflow | 310.00 | 0.30 | 93.00 |
| Marriott, III,V.J. | 07/18/19 | Call re: status of fee review protocol | 985.00 | 0.50 | 492.50 |
| Greenfield,M.G. | 07/18/19 | Call with Paul Harner, Vince Marriott, Tobey Daluz, and Chantelle McMlamb regarding review of fee petitions | 445.00 | 0.30 | 133.50 |
| Greenfield,M.G. | 07/18/19 | Review of Akin retention application and order granting application | 445.00 | 0.80 | 356.00 |
| Greenfield,M.G. | 07/18/19 | Review of revised fee petition review instructions | 445.00 | 0.50 | 222.50 |
| Greenfield,M.G. | 07/18/19 | Review of time entries | 445.00 | 1.00 | 445.00 |
| Greenfield,M.G. | 07/18/19 | Emails with fee petition review team regarding initial review process | 445.00 | 0.20 | 89.00 |
| Salah,M. | 07/18/19 | Conference call with C. McClamb re: review instructions and fee application for first review. | 415.00 | 0.30 | 124.50 |
| McClamb,C.D. | 07/18/19 | Draft email summarizing fee review steps; emails circulating same | 445.00 | 1.00 | 445.00 |
| McClamb,C.D. | 07/18/19 | Phone call with M. Salah re: procedures for fee review | 445.00 | 0.40 | 178.00 |
| Greenfield,M.G. | 07/19/19 | Review of FTI application and Order granting application | 445.00 | 0.90 | 400.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Greenfield,M.G. | 07/19/19 | Review of fee petition time entries | 445.00 | 1.00 | 445.00 |
| Maddox,M. | 07/19/19 | Draft second monthly fee application | 270.00 | 0.20 | 54.00 |
| Maddox,M. | 07/19/19 | Meeting with C. McClamb re: 2nd monthly fee application | 270.00 | 0.10 | 27.00 |
| Salah,M. | 07/19/19 | Read retention applications for Deloitte Tax and Deloittee & Touche; updated protocol and review instructions. | 415.00 | 1.90 | 788.50 |
| Greenfield,M.G. | 07/20/19 | Review of fee petition orders, applications and guidelines for time entry review | 445.00 | 1.10 | 489.50 |
| McClamb,C.D. | 07/22/19 | Emails with T. Daluz re: preparation of monthly fee application | 445.00 | 0.40 | 178.00 |
| Greenfield,M.G. | 07/22/19 | Review of fee petition review instructions and applicable application and orders for FTI | 445.00 | 0.70 | 311.50 |
| Kearney,B.N. | 07/22/19 | Conduct review and tagging of timekeeping logged by Paul Weiss timekeepers during relevant billing period | 335.00 | 1.30 | 435.50 |
| Salah,M. | 07/22/19 | Review fee application for financial professionals. | 415.00 | 2.10 | 871.50 |
| Greenfield,M.G. | 07/22/19 | Review of fee petition time entries | 445.00 | 3.80 | 1,691.00 |
| Daluz,T.M. | 07/22/19 | Review Deloitte tax application summary. | 895.00 | 0.60 | 537.00 |
| McClamb,C.D. | 07/23/19 | Emails with fee review team re: status of review | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 07/23/19 | Multiple emails with fee review team re: status of review | 445.00 | 0.50 | 222.50 |
| Daluz,T.M. | 07/23/19 | Conference call with M. Salah reviewing Deloitte tax fee application. | 895.00 | 0.60 | 537.00 |
| Salah,M. | 07/23/19 | Telephone call with T. Daluz to discuss and analyze preliminary issues observed during the review. | 415.00 | 0.40 | 166.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Kearney,B.N. | 07/23/19 | Conduct review of Paul, Weiss timekeeping entries re: Sears bankruptcy matter | 335.00 | 3.60 | 1,206.00 |
| Greenfield,M.G. | 07/23/19 | Review of fee petition time entries | 445.00 | 6.10 | 2,714.50 |
| Daluz,T.M. | 07/24/19 | Team correspondence regarding protocol. | 895.00 | 0.20 | 179.00 |
| Daluz,T.M. | 07/24/19 | Review fee applications in Relativity. | 895.00 | 0.50 | 447.50 |
| Jimenez,C. | 07/24/19 | Examine McAndrews, Held & Malloy, LTD fees and expenses for compliance w/ USTP guidelines | 365.00 | 6.40 | 2,336.00 |
| Kearney,B.N. | 07/24/19 | Continue review of Paul, Weiss timekeeping entries re: Sears bankruptcy matter | 335.00 | 8.60 | 2,881.00 |
| Pollard,C.P. | 07/24/19 | Prepare and add new view and dashboard tracking review status; report on addition to P. Harner, V. Marriott and T. Daluz | 310.00 | 0.50 | 155.00 |
| Greenfield,M.G. | 07/24/19 | Review fee petition time entries | 445.00 | 4.70 | 2,091.50 |
| Salah,M. | 07/25/19 | Review fee application for Deloitte Tax. | 415.00 | 2.70 | 1,120.50 |
| McClamb,C.D. | 07/25/19 | Phone call with C. Jimenez re: review issues | 445.00 | 0.20 | 89.00 |
| Marriott, III,V.J. | 07/25/19 | Review status of fee review | 985.00 | 0.40 | 394.00 |
| Pollard,C.P. | 07/25/19 | Prepare review status report (.1); identify records with "Fee Examined" tag but no "Reviewed" tag and updated coding, follow-up with reminder to associates (.2) | 310.00 | 0.30 | 93.00 |
| Greenfield,M.G. | 07/25/19 | Review of fee petition time entries | 445.00 | 4.10 | 1,824.50 |
| Kearney,B.N. | 07/25/19 | Continue review of Paul, Weiss timekeeping entries re: Sears bankruptcy matter | 335.00 | 9.80 | 3,283.00 |
| Salah,M. | 07/26/19 | Review fee application for Deloitte Tax. | 415.00 | 1.30 | 539.50 |

**PROFESSIONAL SERVICES**

| <u>Name</u> | <u>Date</u> | <u>Description</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| McClamb,C.D. | 07/26/19 | Emails with P. Harner. T. Daluz, and V. Marriott re: status of fee review | 445.00 | 0.10 | 44.50 |
| Marriott, III,V.J. | 07/26/19 | Check status of McDaniels fee review | 985.00 | 0.50 | 492.50 |
| Jimenez,C. | 07/26/19 | Conclude review of McAndrews Held & Malloy fees for compliance w/ United States Trustee Guidelines | 365.00 | 3.80 | 1,387.00 |
| Kearney,B.N. | 07/26/19 | Continue review of Paul, Weiss timekeeping entries re: Sears bankruptcy matter | 335.00 | 6.00 | 2,010.00 |
| Pollard,C.P. | 07/26/19 | Review: prepare review status report, send to legal team | 310.00 | 0.10 | 31.00 |
| Greenfield,M.G. | 07/26/19 | Call with T. Daluz regarding fee petition reviews and discussion of matter | 445.00 | 0.40 | 178.00 |
| Greenfield,M.G. | 07/26/19 | Review of fee petition time entries | 445.00 | 2.50 | 1,112.50 |
| Daluz,T.M. | 07/26/19 | Telephone call with M. Greenfield regarding FTI issues. | 895.00 | 0.40 | 358.00 |
| Kearney,B.N. | 07/27/19 | Complete review of Paul, Weiss timekeeping entries re: Sears bankruptcy matter | 335.00 | 5.50 | 1,842.50 |
| Kearney,B.N. | 07/27/19 | Conduct review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 5.10 | 1,708.50 |
| Kearney,B.N. | 07/28/19 | Conduct review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 7.40 | 2,479.00 |
| Jimenez,C. | 07/29/19 | Phone call w/ V. Marriott to discuss results of McAndrews fee review (.1); email V. Marriott summary of main issues w/ McAndrews time entries (.1) | 365.00 | 0.20 | 73.00 |
| Kearney,B.N. | 07/29/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 10.20 | 3,417.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Greenfield,M.G. | 07/29/19 | Review of fee petition time entries | 445.00 | 2.60 | 1,157.00 |
| McClamb,C.D. | 07/29/19 | Review U.S. Trustee Guidelines (.2), emails with V. Marriott re: same (.1) | 445.00 | 0.30 | 133.50 |
| Daluz,T.M. | 07/29/19 | Review flagged Deloitte fee application entries. | 895.00 | 1.00 | 895.00 |
| Marriott, III,V.J. | 07/29/19 | Review McAndrews time entries; conference with J. Jimenez re: same | 985.00 | 1.10 | 1,083.50 |
| Kearney,B.N. | 07/30/19 | Conference call with P. Harner to review issues in Paul Weiss fee application and refine review approach going forward | 335.00 | 0.20 | 67.00 |
| Kearney,B.N. | 07/30/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 1.50 | 502.50 |
| Kearney,B.N. | 07/30/19 | Do second-level review of Paul Weiss timekeeping entries re: Sears bankruptcy matter with particular attention to vague entries | 335.00 | 8.20 | 2,747.00 |
| Pollard,C.P. | 07/30/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| Salah,M. | 07/30/19 | Review fee application for Deloitte Tax | 415.00 | 0.50 | 207.50 |
| Marriott, III,V.J. | 07/30/19 | Conference with client re: issues found in fee reviews | 985.00 | 0.50 | 492.50 |
| Kearney,B.N. | 07/31/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 2.10 | 703.50 |
| Pollard,C.P. | 07/31/19 | Review: prepare review status report, send to legal team | 310.00 | 0.10 | 31.00 |
| Kearney,B.N. | 07/31/19 | Do second-level review of Paul Weiss timekeeping entries re: Sears bankruptcy matter | 335.00 | 5.30 | 1,775.50 |
| Salah,M. | 07/31/19 | Review Deloitte Tax fee applications. | 415.00 | 0.90 | 373.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Total B170** | | | | **170.10** | **$70,282.00** |
| | | **Total Fees** | | **181.40** | **77,138.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 445.00 | 4.60 | 2,047.00 |
| Maddox,M. | 270.00 | 1.90 | 513.00 |
| Daluz,T.M. | 895.00 | 4.80 | 4,296.00 |
| **Total Task: B160** | | **11.30** | **$6,856.00** |
| **Task: B170 - Fee/Employment Objections** | | | |
| Kearney,B.N. | 335.00 | 74.80 | 25,058.00 |
| McClamb,C.D. | 445.00 | 22.50 | 10,012.50 |
| Jimenez,C. | 365.00 | 12.60 | 4,599.00 |
| Pollard,C.P. | 310.00 | 3.50 | 1,085.00 |
| Neitzel,K.N. | 350.00 | 2.30 | 805.00 |
| Greenfield,M.G. | 445.00 | 31.20 | 13,884.00 |
| Maddox,M. | 270.00 | 2.30 | 621.00 |
| Salah,M. | 415.00 | 10.10 | 4,191.50 |
| Daluz,T.M. | 895.00 | 6.80 | 6,086.00 |
| Marriott, III,V.J. | 985.00 | 4.00 | 3,940.00 |
| **Total Task: B170** | | **170.10** | **$70,282.00** |
| **Total Fees** | | **181.40** | **$77,138.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Daluz,T.M. | 895.00 | 11.60 | 10,382.00 |
| Marriott, III,V.J. | 985.00 | 4.00 | 3,940.00 |
| Greenfield,M.G. | 445.00 | 31.20 | 13,884.00 |
| Jimenez,C. | 365.00 | 12.60 | 4,599.00 |
| Kearney,B.N. | 335.00 | 74.80 | 25,058.00 |

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| McClamb,C.D. | 445.00 | 27.10 | 12,059.50 |
| Salah,M. | 415.00 | 10.10 | 4,191.50 |
| Neitzel,K.N. | 350.00 | 2.30 | 805.00 |
| Pollard,C.P. | 310.00 | 3.50 | 1,085.00 |
| Maddox,M. | 270.00 | 4.20 | 1,134.00 |
| **Total Fees** | | **181.40** | **$77,138.00** |

|  |  |
|---|---:|
| **Total Current Charges:** | **$77,138.00** |