**Exhibit C**

# Ballard Spahr
LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: August 9, 2019
Invoice No.: 20190801211

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:   Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2019

**INVOICE SUMMARY**

FEES

DISBURSEMENTS
| | |
|---|---:|
| Professional Services | $72.00 |
| Total Disbursements | $72.00 |
| Total Current Charges | $72.00 |
| **TOTAL AMOUNT DUE** | **$72.00** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|---|---|---|
| 06/24/19 | Professional Services VISA_0719_9166_08 - COURTCALL *#9870474: Telephone court appearance | 72.00 |
| | **Total Disbursements** | **$72.00** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Professional Services | 72.00 |
| **Total Disbursements** | **$72.00** |

| | |
|---|---|
| **Total Current Charges:** | **$72.00** |