## Exhibit D

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: August 9, 2019
Invoice No.: 20190801210

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:   Sears Fee Examiner  (071820.03)
Matter:  Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2019

**INVOICE SUMMARY**

FEES

DISBURSEMENTS
    Filing Fees          $400.00
    Professional Services          $65.00

    Total Disbursements          $465.00

    Total Current Charges          $465.00

**TOTAL AMOUNT DUE**          **$465.00**

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|---|---|---|
| 05/07/19 | Filing Fees 7/24/19 VMW - Ck# 20572 - VISA_0619_6924_52 - WORLDWIDE LEAGAL: Filing Fee | (452.40) |
| 05/07/19 | Filing Fees VISA_0619_6924_52 - WORLDWIDE LEAGAL: Filing Fee | 452.40 |
| 06/20/19 | Filing Fees VISA_0719_9166_09 - COURTS/USBC-NY-SECF: filing bankruptcy court | 400.00 |
| 06/24/19 | Professional Services VISA_0719_9166_08 - COURTCALL *#9870491: Telephone court appearance | 65.00 |
| | **Total Disbursements** | **$465.00** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Filing Fees | 400.00 |
| Professional Services | 65.00 |
| **Total Disbursements** | **$465.00** |
| **Total Current Charges:** | **$465.00** |