# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE:** | * | **Chapter 11** |
| | * | |
| **SEARS HOLDINGS CORPORATION, et al.** | * | **Case No. 18-23538 (RDD)** |
| | * | |
| **Debtors** | * | **(Jointly Administered)** |
| | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that, John T. Farnum and Miles & Stockbridge P.C. give notice of their appearance in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1009(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

MILES & STOCKBRIDGE P.C.
John T. Farnum
1201 Pennsylvania Avenue
Suite 900
Washington, DC 20004
Telephone: (202) 462-8385
Emails: jfarnum@milesstockbridge.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, with limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to Waive LTMAC Properties, LLC (i) right to have final orders in

non-core matters entered only after de novo review by a district court judge: (ii) right to trial by jurty in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which LTMAC Properties, LLC may or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Respectfully submitted,

/s/ John T. Farnum
John T. Farnum, Esq.
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Avenue, NW, Suite 900
Washington, D.C.  20004
Phone: (202) 465-8377
Email: JFarnum@milesstockbridge.com

*Attorneys for LTMAC Properties, LLC*