

**Georgia Watersports, LLC**
3016 N. Columbia Street
Milledgeville, GA 31061
(478) 454-0084
www.GeorgiaWatersports.com

*Adore The Outdoors!*

Georgia Watersports, LLC
3016 N. Columbia Street
Milledgeville, GA 31061
Telephone: (478) 454-0084
Facsimile: (478) 575-5104

Claimant

FILED
2019 AUG 12 P 1:18
U.S. BANKRUPTCY COURT
S.D. OF N.Y.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
SEARS HOLDINGS CORPORATIONS, et al.,             :    Case No. 18-23538 (RDD)
                                                 :
Debtors.                                         :    (Jointly Administered)
-------------------------------------------------x

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtors's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.







Georgia Watersports, LLC
3016 N. Columbia Street
Milledgeville, GA 31061
(478) 454-0084
www.GeorgiaWatersports.com

Adore The Outdoors!

## CLAIMANT'S RESPONSE TO OMNIBUS OBJECTION

TO: ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on August 8, 2019, Georgia Watersports, LLC, as claimant (the "**Claimant**"), hereby submits their Response to Objection, regarding Proof of Claim Number 5472 for Asserted 503(b)(9) Priority of $998.73, (the "**Claim**").

**RESPONSE:**

The Claim should not be reclassified for the following reasons:

1. The Objection states that the "Reason for Proposed Reclassification" is "The Claim does not relate to goods received 'by the Debtors'". This comment may infer that customers of the Debtors' Sears.com marketplace platform are not also considered the 'Debtors'. Here is how the Sears.com online marketplace worked. The product data, inventory and price details related to the goods sold were uploaded on the Sears.com online marketplace by the Claimant. The Sears.com online marketplace then advertised these goods to its customers and made the sale of goods. The goods were delivered by the Claimant to the shipping addresses supplied by the Debtors. The Debtors collected the money from its customers, but never paid the Claimant.

    a. If the customers on Sears.com online marketplace **are** considered the Debtors, then the Claim should not be allowed to be reclassified. The "**list of transactions between Sears.com customers and Claimant - 20 days or less**" annexed to this Notice as **Exhibit A** were all delivered to the Debtors's customers within 20 days of October 15th bankruptcy filing date. Per







**Georgia Watersports, LLC**
3016 N. Columbia Street
Milledgeville, GA 31061
(478) 454-0084
www.GeorgiaWatersports.com

*Adore The Outdoors!*

Section 503(b)(9) of the Bankruptcy Code, the Claimant shall be allowed expenses including the value of goods received by Debtors within 20 days before date of commencement of a Title 11 bankruptcy case.

b. If the customers on Sears.com online marketplace **are not** considered the Debtors, then the funds related to "**all unpaid transactions between Sears.com customers and Claimaint**" annexed to this Notice as **Exhibit B** should not be considered the Debtors' debt. These funds should then considered a Trust, just like sales tax or employee withholding. As a result, the court should immediately require this money to be turned over to the Claimant by the Debtors since the Debtors took these payments from their customers and never turned the payments over to the Claimant. The **Exhibit B** contains unpaid transactions that are both "20 days or less" and transactions that are "over 20 days" from the date of the October 15th bankruptcy filing. This total amount of all unpaid transactions is $2207.56.

**PLEASE TAKE FURTHER NOTICE** that, if the Debtors wish to reply, such Debtor can do so by sending a written reply or payment to:

Georgia Watersports, LLC
3016 N. Columbia Street
Milledgeville, GA 31061
Facsimile: (478) 575-5104

**PLEASE TAKE FURTHER NOTICE** that, I will not plan to attend the **Hearing** scheduled for September 25, 2019 at 10:00 am since the cost of doing so would outweigh the amount the Claimant is trying to recover in this Claim. I will be reasonably available on my cell phone (phone # 706-473-6956) on that day.







Section 503(b)(9) of the Bankruptcy Code, the Claimant shall be allowed expenses including the value of goods received by Debtors within 20 days before date of commencement of a Title 11 bankruptcy case.

b. If the customers on Sears.com online marketplace are [illegible] Debtors then the funds related to "all unpaid transactions between Sears.com customers and Claimant" attached to this Notice as Exhibit B should not be considered the Debtors' debt. These funds should then considered a Trust, just like sales tax or employee withholding. As a result, the court should immediately require this money to be turned over to the Claimant by the Debtors since the Debtors took these payments from their customers and never turned the payments over to the Claimant. The Exhibit B contains unpaid transactions that are both "20 days or less" and transactions that are "over 20 days" from the date of the October 15th bankruptcy filing. The total amount of all unpaid transactions is $2207.58.

PLEASE TAKE FURTHER NOTICE that if the Debtors [illegible] the Debtors can do so by sending a written reply or payment to:

Georgia Watersports, LLC
3016 N. Columbia Street
Milledgeville, GA 31061
Facsimile: (478) 775-5104

PLEASE TAKE FURTHER NOTICE that I will not plan to attend the hearing scheduled for September 25, 2019 at 10:00 am since the cost of doing so would outweigh the amount the Claimant is trying to recover in this Claim. I will be reasonably available on my cell phone (phone # 706-[illegible]-[illegible]956) on that day.

**Georgia Watersports, LLC**
3016 N. Columbia Street
Milledgeville, GA 31061
(478) 454-0084
www.GeorgiaWatersports.com

I declare under penalty of perjury of the laws of the State of New York that the foregoing is true and correct of my own knowledge.

8/8/2019          Nathan Collins
Date Signed       Managing Member                    Managing Member Signature

-------------------------

STATE OF FLORIDA    COUNTY OF: Monroe

The foregoing instrument was acknowledged before me this __8__ day
                                                         date
of __August__, __2019__
   month        year

by __Nathan Collins__
   Name of Person Acknowledging

who is personally known to me [ X ] or who has produced

__FL DL__ as identification.
Type of Identification

**DEREK BARTIE**
Notary Public, State of Florida
Commission# FF 961036
My comm. expires Feb. 16, 2020

(Notary Seal)

Print Name: Derek Bartie
Notary Public State of: Florida
My Commission Expires: 2/16/2020







I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct of my own knowledge.

Date Signed

[illegible]
Managing Member

Manager/Member Signature

STATE OF FLORIDA COUNTY OF ____

The foregoing instrument was acknowledged before me this 7 day of August, 2019 by ____ (Name of Person Acknowledging)

who is personally known to me ( X ) or who has produced ____ (Type of Identification) as identification.

(Notary Seal)

Print Name ____

Notary Public State of ____

My Commission Expires ____

Georgia Watersports, LLC
3016 N. Columbia Street
Milledgeville, GA 31061
(478) 454-0084
www.GeorgiaWatersports.com

## Exhibit A

### List of transactions between Sears.com customers and Claimant - 20 days or less

| PO # | PO Date | Invoice Amount | Total Selling Price for order | Commission for order | S&H Fee charged to the Customer | Balance Due to Seller for order | Tracking Number | Shipped On | Delivered On | 20 days or less |
|---|---|---|---|---|---|---|---|---|---|---|
| 1033933 | 9/23/2018 | 132.94 | $136.44 | $20.48 | $16.98 | $132.94 | 9405515901664424666254 | 9/24/2018 | 9/27/2018 | $132.94 |
| 1037915 | 9/23/2018 | 46.12 | $44.28 | $6.65 | $8.49 | $46.12 | 1ZA212W20325860601 | 9/25/2018 | 9/26/2018 | $46.12 |
| 1090902 | 9/29/2018 | 33.53 | $29.47 | $4.43 | $8.49 | $33.53 | 9400115901664424675673 | 10/3/2018 | 10/6/2018 | $33.53 |
| 1096559 | 9/30/2018 | 29.57 | $24.80 | $3.72 | $8.49 | $29.57 | 9405515901664424672583 | 10/1/2018 | 10/3/2018 | $29.57 |
| 1105614 | 10/1/2018 | 10.36 | $2.20 | $0.33 | $8.49 | $10.36 | 9400115901664424675697 | 10/3/2018 | 10/6/2018 | $10.36 |
| 1100418 | 10/1/2018 | 14.06 | $6.34 | $0.77 | $8.49 | $14.06 | 9400115901664424675123 | 10/3/2018 | 10/3/2018 | $14.06 |
| 1160479 | 10/4/2018 | 23.52 | $17.69 | $2.66 | $8.49 | $23.52 | 1ZA212W20325891097 | 10/5/2018 | 10/6/2018 | $23.52 |
| 1153497 | 10/4/2018 | 23.41 | $17.56 | $2.64 | $8.49 | $23.41 | 9400115901664424677424 | 10/5/2018 | 10/9/2018 | $23.41 |
| 1165785 | 10/5/2018 | 268.08 | $300.11 | $45.02 | $12.99 | $268.08 | 1Z3649060305888343 | 10/8/2018 | 10/10/2018 | $268.08 |
| 1181682 | 10/8/2018 | 417.14 | $470.78 | $70.62 | $16.98 | $417.14 | 1Z18W5230392348629 | 10/10/2018 | 10/15/2018 | $417.14 |
| | | | | | **TOTAL** | **$998.73** | | | | **$998.73** |







Exhibit

List of transactions between Sopescom [illegible] and Claimant - 30 days or less

| PO No. | PO Date | Invoice Amount | Total Selling Price for [illegible] | Commission for order | Shipping charges to the Claimant | Sale Gross [illegible] | Tracking Number | Shipped On | Delivered On | 30 days or less |
|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | | [illegible] | [illegible] | | | | [illegible] |

Georgia Watersports, LLC
3016 N. Columbia Street
Milledgeville, GA 31061
(478) 454-0084
www.GeorgiaWatersports.com

Adore The Outdoors!

## Exhibit B

### All unpaid transactions between Sears.com customers and Claimaint

| PO # | PO Date | Invoice Date | Total Selling Price for order | Commission for order | S&H Fee charged to the Customer | Balance Due to Seller for order | Tracking Number | Shipped On | Delivered On | more than 20 days | 20 days or less |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0099362 | 8/29/2018 | 8/31/2018 | $53.88 | $8.09 | $12.99 | $58.78 | 9405515901664424642562 | 8/31/2018 | 9/4/2018 | $58.78 | |
| 0149803 | 9/1/2018 | 9/5/2018 | $114.69 | $13.77 | $11.49 | $112.41 | 9405515901664424646119 | 9/5/2018 | 9/8/2018 | $112.41 | |
| 0159845 | 9/2/2018 | 9/6/2018 | $12.01 | $1.81 | $8.49 | $18.69 | 9400115901664424648271 | 9/6/2018 | 9/10/2018 | $18.69 | |
| 0166112 | 9/3/2018 | 9/6/2018 | $16.05 | $2.41 | $8.49 | $22.13 | 1Z4619170308444208 | 9/5/2018 | 9/6/2018 | $22.13 | |
| 0176250 | 9/4/2018 | 9/10/2018 | $114.02 | $17.11 | $16.42 | $113.33 | 9405515901664424651922 | 9/10/2018 | 9/13/2018 | $113.33 | |
| 0233885 | 9/9/2018 | 9/11/2018 | $15.29 | $2.30 | $8.49 | $21.48 | 9200190120309510721781 | 9/10/2018 | 9/11/2018 | $21.48 | |
| 0234346 | 9/9/2018 | 9/11/2018 | $33.32 | $5.00 | $9.99 | $38.31 | 9405515901664424653162 | 9/11/2018 | 9/17/2018 | $38.31 | |
| 0236122 | 9/9/2018 | 9/10/2018 | $18.80 | $2.82 | $12.99 | $28.97 | 9405515901664424651311 | 9/10/2018 | 9/12/2018 | $28.97 | |
| 0243275 | 9/10/2018 | 9/11/2018 | $41.57 | $4.99 | $8.49 | $45.07 | 9405515901664424652233 | 9/11/2018 | 9/13/2018 | $45.07 | |
| 0201676 | 9/6/2018 | 9/13/2018 | $36.34 | $5.46 | $11.49 | $42.37 | 9405515901664424655388 | 9/13/2018 | 9/15/2018 | $42.37 | |
| 0252170 | 9/11/2018 | 9/13/2018 | $101.97 | $12.24 | $15.45 | $105.18 | 9400115901664424656344 | 9/13/2018 | 9/17/2018 | $105.18 | |
| 0256991 | 9/12/2018 | 9/14/2018 | $79.00 | $11.85 | $16.98 | $84.13 | 1Z76E37V0303972269 | 9/13/2018 | 9/14/2018 | $84.13 | |
| 0264853 | 9/13/2018 | 9/17/2018 | $1.44 | $0.18 | $8.49 | $9.75 | 9400115901664424659437 | 9/17/2018 | 9/20/2018 | $9.75 | |
| 0266353 | 9/13/2018 | 9/17/2018 | $186.52 | $28.00 | $19.86 | $178.38 | 1Z6E61630303645716 | 9/14/2018 | 9/17/2018 | $178.38 | |
| 0268525 | 9/13/2018 | 9/17/2018 | $115.86 | $17.40 | $28.23 | $126.69 | 1ZY7913E0352023235 | 9/14/2018 | 9/18/2018 | $126.69 | |
| 0304035 | 9/17/2018 | 9/18/2018 | $30.67 | $4.61 | $8.49 | $34.55 | 9405515901664424660047 | 9/18/2018 | 9/20/2018 | $34.55 | |
| 0305285 | 9/17/2018 | 9/18/2018 | $53.88 | $8.09 | $12.99 | $58.78 | 9405515901664424660078 | 9/18/2018 | 10/20/2018 | $58.78 | |
| 0266895 | 9/13/2018 | 9/19/2018 | $12.98 | $1.95 | $8.49 | $19.52 | 9405515901664424661556 | 9/19/2018 | 9/21/2018 | $19.52 | |
| 0269523 | 9/13/2018 | 9/19/2018 | $22.54 | $3.39 | $8.49 | $27.64 | 9400115901664424661515 | 9/19/2018 | 9/22/2018 | $27.64 | |
| 0282251 | 9/14/2018 | 9/19/2018 | $6.83 | $1.03 | $8.49 | $14.29 | 9400115901664424661522 | 9/19/2018 | 9/21/2018 | $14.29 | |
| 0288017 | 9/15/2018 | 9/19/2018 | $45.35 | $5.45 | $8.48 | $48.38 | 9400115901664424661546 | 9/19/2018 | 9/22/2018 | $48.38 | |







Exhibit B

[illegible]

**Georgia Watersports, LLC**
3016 N. Columbia Street
Milledgeville, GA 31061
(478) 454-0084
www.GeorgiaWatersports.com

Adore The Outdoors!

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1033933 | 9/23/2018 | 9/24/2018 | $136.44 | $20.48 | $16.98 | $132.94 | 9400515901664424666254 | 9/24/2018 | 9/27/2018 | | $132.94 |
| 1037915 | 9/23/2018 | 9/25/2018 | $44.28 | $6.65 | $8.49 | $46.12 | 1ZA212W20325860601 | 9/25/2018 | 9/26/2018 | | $46.12 |
| 1090902 | 9/29/2018 | | $29.47 | $4.43 | $8.49 | $33.53 | 9400115901664424675673 | 10/3/2018 | 10/6/2018 | | $33.53 |
| 1096559 | 9/30/2018 | | $24.80 | $3.72 | $8.49 | $29.57 | 9400515901664424672583 | 10/1/2018 | 10/3/2018 | | $29.57 |
| 1105614 | 10/1/2018 | | $2.20 | $0.33 | $8.49 | $10.36 | 9400115901664424675697 | 10/3/2018 | 10/6/2018 | | $10.36 |
| 1100418 | 10/1/2018 | | $6.34 | $0.77 | $8.49 | $14.06 | 9400115901664424675123 | 10/3/2018 | 10/3/2018 | | $14.06 |
| 1160479 | 10/4/2018 | | $17.69 | $2.66 | $8.49 | $23.52 | 1ZA212W20325891097 | 10/5/2018 | 10/6/2018 | | $23.52 |
| 1153497 | 10/4/2018 | | $17.56 | $2.64 | $8.49 | $23.41 | 9400115901664424677424 | 10/5/2018 | 10/9/2018 | | $23.41 |
| 1165785 | 10/5/2018 | | $300.11 | $45.02 | $12.99 | $268.08 | 1Z3649060305888343 | 10/8/2018 | 10/10/2018 | | $268.08 |
| 1181682 | 10/8/2018 | | $470.78 | $70.62 | $16.98 | $417.14 | 1Z18W5230392348629 | 10/10/2018 | 10/15/2018 | | $417.14 |
| | | | | | TOTAL | $2,207.56 | | | | $1,208.83 | $998.73 |



