UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS, NEW YORK

In re:

**SEARS HOLDING CORPORATION, et al**

**Debtor**

**Chapter 11**
**Case No. 18-23538**
**Jointly Administered**

**Chapter 11**
**AFFIDAVIT OF SERVICE**

State of New York   )
                    )       ss.
County of New York )

**ASHLEY LINO-FRAZIER, being duly sworn, deposes and says:**

1. **I, Ashley Lino-Frazier,** being sworn, say: I am not a part to the action, I am over 18 years of age and reside in Brooklyn, NY.

2. I am not a party to this action, am over 18 years of age and am employed **by** The Law Office of Daniel M. Silvershein, 262 West 38th Street Suite 1007, New York, New York 10018.

3. On August 9th, 2019, I served the within **NOTICE OF MOTION TO LIFT AUTOMATIC STAY** by order depositing on a true copy of the papers, enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the address set forth after the name:

**1055 Hanover, LLC**
**SEARS**
**1055 Hanover Street Hanover**
**Township PA 18706**

**Adam M. Adler**
**Prime Clerk LLC**
**One Grand Central Place**

G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx

60 East 42nd Street
Suite 1440
New York, NY 10165

Alston & Bird LLP
Attorneys For Twentieth Century Fox Home Entertainment LLC
90 Park Avenue
NY, NY 10016-1387

Aspen Refrigerants, Inc.
38-18 33rd St
Long Island City, NY 11101

Sedric E. Banks
Sedric E. Banks LBN 2730
1038 North Ninth Street
Monroe, LA 71201

Jody A. Bedenbaugh
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
P.O. Box 11070 (29211)
Columbia, SC 29201

Jennifer Lynn Benn
191 NE Rose Avenue
Myrtle Creek, OR 97457

Teresa M. Bennett
Barclay Doman LLP
125 East Jefferson Street
Syracuse, NY 13202

Jim Birdsell
9315 SE Bell Ave.
Milwaukie, OR 97222

Body Flex Sports, Inc.
Attn: Frank Chang, General Manager
21717 Ferrero Parkway
Walnut, CA 91789

Bradford Capital Management, LLC
1051 Bloomfield Ave

Clifton, NJ 07012

Robert J. Bruce
RJB Lawyer, LLC
1543 Champa Street, Suite 400
Denver, CO 80202

Bruce Buechler
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Caito Foods LLC
3120 N Post Rd
Indianapolis, IN 46226

California Commercial Roofing Systems
2747 Sherwin Ave #8
Ventura, CA 93033

Seth D. Carson
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103

Juan Cervantes
Forman, Cardonsky & Tsinman, LLC
701 Westfield Avenue
Elizabeth, NJ 07208

Charlotte Cinque
140 Lake Nancy Ln Apt 313
West Palm Breach, FL 33411

City of Santa Clara - Silicon Valley Power
1500 Warburton Avenue
Santa Clara, CA 95050

Manuel Cobian Roig

G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx

PO Box 177
Guaynabo, PR 00970


Cowen Special Investments LLC
599 Lexington Avenue 21st Floor
New York, NY 10022

Delbello, Donnellan, Weingarten,
Wise & Wiederkehr, LLP
1 N Lexington Ave # 11
White Plains, NY 10601


Deloitte & Touche LLP
30 Rockefeller Plaza 41st Floor,
New York, NY 10112

Deloitte Tax LLP
30 Rockefeller Plaza, 41st Floor
New York, NY 10112


Deloitte Transactions and Business Analytics LLP
30 Rockefeller Plaza, 41st Floor
New York, NY 10112

Eastview Mall, LLC
7979 Pittsford Victor Rd.
Victor, NY 14564

Evercore Group L.L.C.
55 E 52nd St.
New York, NY 10055

Eversheds Sutherland (US) LLP
The Grace, 1114 6th Ave Building, 40th Floor
New York, NY 10036

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023

Fort Pierce Utilities Authority


G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx

206 South 6th Street (34950)
P.O. Box 3191
Fort Pierce, FL 34948


Joseph Frank
FrankGecker LLP
325 N. LaSalle Suite 625
Chicago, IL 60654

Frejka PLLC
205 E 42nd St., 20th Floor
New York, NY 10017


Fruit of the Loom, Inc.
c/o Wyatt, Tarrant & Combs, LLP
Attn: Mary L. Fullington
250 West Main Street, Suite 1600
Lexington, KY 40507

Leonard H. Gerson
U.S. Department of Labor, SOL/PBSD
P.O. Box 1914
Washington, D.C., DC 20013


Daniel P Goldberg
Holwell Shuster & Goldberg LLP
750 7th Ave., Fl 26
New York, NY 10019

Eric D. Goldberg
Gordon Silver
1888 Century Park East, Suite 1500
Los Angeles, CA 90067


E. Philip Groben
Gensburg Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, NY 60606

Hain Capital Group, LLC


G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx

301 Route 17, 7th Floor
Rutherford, NJ 07070


Kristopher M. Hansen
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

HomeGoods, Inc.
770 Cochituate Road
Framingham, MA 01701


Paul J. Hooten
Paul J. Hooten & Associates
5505 Nesconset Highway, Suite 203
Mt. Sinai, NY 11706

Innovative Facility Services
P.O. Box 1048
Holland, Ohio


KDI Rivergate Mall, LLC
Two Live Oak 3445 Peachtree Road NE, Suite 465
Atlanta, GA 30326

J. Michael Kelly
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800


Susheel Kirpalani
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Kelly E. Kleist
Conley Rosenberg & Mendez LLP
5080 Spectrum Drive, Suite 850E
Addison, TX 75001

Thomas R. Kreller
Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067


June Kushner
PO Box 3097
Astoria, NY 11103


Frances A. Lettieri
Fowler Hirtzel McNulty & Spaulding, LLP
2000 Market Street, Suite 550
Philadelphia, PA 19103

Lexington Tramk Manteca L.P.
c/o Lexington Realty Trust
One Penn Plaza, Suite 4015
New York, NY 10119


Peter W. Lianides
Winthrop Couchot Golubow Hollander
1301 Dove Street, Suite 500
Newport Beach, CA 92660

Liberty Property Limited Partnership
650 Swedesford Rd
Wayne, PA 19087


Luan Investment SE
PO Box 7462
Ponce, PR 00732

MIII Advisory Partners, LP
130 W 42nd St., 17th floor
New York, NY 10036


Ralph Mabey
Kirton McConkie
36 S. State Street, Suite 1900

G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx

Salt Lake City, UT 84111

Lauren M Macksoud
Dentons US LLP
1221 Avenue of the Americas, Suite 25 Floor
New York, NY 10020


McAndrews, Held and Malloy
500 W Madison St., #34
Chicago, IL 60661

Andrea McSorley
5409 79th Ave., E
Palmetto, FL 34221


Wm. Spencer McSorley
5409 79th Ave. E
Palmetto, FL 34221

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014


Boyd B. Moss
Moss Berg
4101 Meadows Ln., Suite 110
Las Vegas, NV 89107

Paul D. Murphy
Murphy Rosen LLP
100 Wilshire Blvd, Ste 1300
Santa Monica, CA 90401-1142


Janusz Muszak
P.O. Box 516535
Rockledge, FL 32956

Brian Coke Ng
Church Street Station

G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx

P.O. Box 2723
New York, NY 10008


Michael P. O'Sullivan
William W. Green & Associates
3419 Via Lido, #607
Newport Beach, CA 92663-3908

OZ Master Fund, Ltd.
9 W 57th St., 39th Floor
New York, NY 10019


Paul L. Orshan
Orshan, P.A.
701 Brickell Avenue, Suite 2000
Miami, FL 33131

William L. Owens
One Cumberland Avenue, PO Box 2947
Plattsburgh, NY 12901


Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-`797

Paul, Weiss, Rikfind, Wharton & Garrison LLP
1285 6th Ave.
New York, NY 10019

James L. Person
7422 Bearden Falls
Humble, TX 77396

Primark US Corp
150 E 52nd St.
New York, NY 10022


Linda Pritchard
2104 92nd Avenue

G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx

Oakland, CA 94603

R.K. Associates #5, Inc.
17100 COLLINS AVENUE
MIAMI BEACH, FL 33160

R.K. Hooksett, LLC
1265-1271 Hooksett
New Hampshire

R.R. Donnelley & Sons Company
111 South Wacker Drive
Chicago, Illinois 60606

Red Bull North America Inc.
1740 Stewart St.
Santa Monica, CA 90404

Royal Appliance Mfg. Co. Inc.,
d/b/a TTI Floor Care North America, Inc.
8405 IBM Drive
Charlotte, NC 28262

Russell Brands, LLC
c/o Wyatt, Tarrant & Combs, LLP
Attn: Mary L. Fullington,
250 West Main Street, Suite 1600
Lexington, KY 40507

Martin P. Rutberg
Rutberg Breslow Personal Injury Law
3344 Rute 9 North
Poughkepsie, NY 12601

SAP Industries, Inc.
c/o Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

SRC O.P. LLC, SRC Facilities LLC and
SRC Real Estate (TX) LLC

G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx

C/O The Corporation Trust Company
Wilmington, DE 19801

SVP Sewing Brands LLC
1714 Heil Quaker Blvd STE 130
La Vergne, TN 37086-3662

Bank of America
c/o Frenkel Lambert, et al
53 Gibson Street
Bay Shore, NY

Citigroup Mortgage Loan Trust
c/o Frenkel Lambert et al
53 Gibson Street
Bay Shore,NY

Jennifer Shafer
7777 Glades Road, Suite 400
Boca Raton FL 33434

Shaw Industries, Inc.
616 E. Walnut Avenue
Dalton, GA 30720

Shoreline Capital, LLC
345 E. 80th Street, #19EF
New York, NY 10075

Weil, Gotshal & Manges LLP
Attention: Sunny Singh
767 5th Avenue
New York, NY 10153

Stan D. Smith
Mitchell, Williams, Selig, Gates & Woody
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525

Stout Risius Ross, LLC
150 West Second Street, Suite 400

G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx

Royal Oak, Michigan 48067

Tannor Partners Credit Fund LP
555 Theodore Fremd Avenue, Suite C-209
Rye, NY 10580

The Core Organization
c/o Pedersen & Houpt, P.C.
161 N. Clark Street, Suite 2700
Chicago, IL 60601

Julie Independence Tomchak
P.O. Box 129
Leadore, ID 83464

Stephen Tuttle
The Law Offices of Stephen Tuttle P.C.
405 Lexington Ave
New York, NY 10174

Vanity Fair Brands, LP
c/o Wyatt, Tarrant & Combs, LLP
Attn: Mary L. Fullington
250 West Main Street, Suite 1600
Lexington, KY 40507

Vendor Recovery Fund IV, LLC
PO Box 669
SMITHTOWN, NY 11787

Paul M. Weiser Esq.
4600 E Shea Blvd # 100
Phoenix, AZ 85028

Wicked Fashions, Inc.
c/o David Jeong, Chief Financial Officer
222 Bruce Reynolds Blvd
Fort Lee, NJ 07024

Brent R. Wilson
Hawley Troxell Ennis & Hawley LLP
877 Main Strett, Suite 1000
Boise, ID 83702

G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx

Primeshares
261 Fifth Avenue, 22nd floor
New York, NY 10016

Judge Robert D. Drain
U.S. Bankruptcy Court For Southern District
300 Quarropas Street
White Plains, New York 10601

_____
Ashley Lino-Frazier

Sworn to before me on this
___Day of August 2019

_____
Notary Public

DANIEL M. SILVERSTEIN
NOTARY PUBLIC, State of New York
No. 02SI6016435
Qualified in New York County
Commission Expires Oct. 25, 2021

G:\Word\Affidavit Of Service Vivian Hilken 8.9.2019.docx