SORLING NORTHRUP
David A. Rolf, of Counsel
Patrick M. Ryan, of Counsel
One North Old State Capitol, Suite 200
Post Office Box 5131
Springfield, IL 62705-5131
Telephone: (217) 544-1144
Facsimile: (217) 522-3173
Email: darolf@sorlinglaw.com
       pmryan@sorlinglaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

## PATRICK M. RYAN'S MOTION TO WITHDRAW AS COUNSEL

Patrick M. Ryan, of Sorling Northrup, files this motion to withdraw as counsel in the above-captioned case and respectfully states as follows:

1.    Patrick M. Ryan, of the law firm Sorling Northrup, respectfully requests that his appearance be withdrawn as counsel for Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh and removed from any applicable notice and service lists, including the Court's CM/ECF electronic notification list, in the above-captioned case. Mr. Ryan will no longer be employed by Sorling Northrup as of August 8, 2019, and will be relocating to another state.

2.    This withdrawal is limited to Mr. Ryan as an individual and does not impact the representation of Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh by Sorling Northrup and David A. Rolf in the above-captioned case.

3. This withdrawal will not cause any delay or prejudice to any party.

## CONCLUSION

WHEREFORE, Patrick M. Ryan respectfully requests that the Court enter the proposed Order and grant such other and further relief as may be just.

Dated: August 12, 2019

        Respectfully submitted,

        By: s/Patrick M. Ryan
           David A. Rolf
           Patrick M. Ryan
           One North Old State Capitol, Suite 200
           Post Office Box 5131
           Springfield, IL 62705-5131
           Telephone: (217) 544-1144
           Facsimile: (217) 522-3173
           Email: darolf@sorlinglaw.com
                   pmryan@sorlinglaw.com

## **PROOF OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system on August 12, 2019, which sent notification of such filing to all parties registered to receive electronic notice of filings in this case via the Court's ECF notification system.

                                   s/Patrick M. Ryan
                                   David A. Rolf
                                   Patrick M. Ryan
                                   One North Old State Capitol, Suite 200
                                   Post Office Box 5131
                                   Springfield, IL 62705-5131
                                   Telephone: (217) 544-1144
                                   Facsimile: (217) 522-3173
                                   Email: darolf@sorlinglaw.com
                                                pmryan@sorlinglaw.com