UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

### ORDER GRANTING PATRICK M. RYAN'S MOTION TO WITHDRAW AS COUNSEL

**(Related to Docket No. _____)**

Upon consideration of Patrick M. Ryan's Motion to Withdraw as Counsel (the "Motion"), it is hereby:

ORDERED that Patrick M. Ryan is removed as counsel for Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh in the above-captioned matter and shall be removed from any applicable notice and service lists.

Dated: White Plains, New York

_____

_____
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE