Deloitte Tax LLP
30 Rockefeller Plaza
New York, NY  10112-0015
Telephone:  212.436.7815
Facsimile:  212.653.5449
Elias Tzavelis

*Tax Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____ ) | |
| In re: ) | Chapter 11 |
| ) | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] ) | Case No. 18-23538 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| _____ ) | |

**EIGHTH MONTHLY FEE STATEMENT OF DELOITTE TAX LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS TAX SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD
FROM JUNE 1, 2019 THROUGH JUNE 30, 2019**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Services as: | Tax Services Provider to the Debtors |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 15, 2018 by Order entered January 17, 2019 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2019 through June 30, 2019 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Amount of Compensation Sought as
Actual, Reasonable, and Necessary:                           $64,360.50

Amount of Expense Reimbursement Sought:              $82.17

Total Amount of Fees and Expense
Reimbursement Sought as Actual, Reasonable and       **$64,442.67**
Necessary (100%):

## PRIOR FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/07/19 Dkt. 2771 | 10/15/2018 – 11/30/2018 | $1,001,528.00 | $28,458.18 | $1,001,528.00 | $28,436.80 |
| 04/15/19 Dkt. 3212 | 12/01/2018 – 12/31/2018 | $724,338.50 | $10,156.37 | $724,338.50 | $10,156.37 |
| 04/15/19 Dkt. 3218 | 01/01/2019 – 01/31/2019 | $975,867.00 | $27,305.81 | $975,867.00 | $27,305.81 |
| 04/15/19 Dkt. 3219 | 02/01/2019 – 02/28/2019 | $565,589.75 | $4,349.96 | $561,773.50 | $4,349.96 |
| 06/13/19 Dkt. 4228 | 03/01/2019 – 03/31/2019 | $564,154.00 | $9,051.99 | $451,323.20 | $9,051.99 |
| 06/28/19 Dkt. 4386 | 04/01/2019 – 04/30/2019 | $542,700.75 | $5,068.85 | $434,160.60 | $5,068.85 |
| | 05/01/2019 – 05/31/2019 | $216,635.75 | $2,978.30 | N/A | N/A |
| | 06/01/2019 – 06/30/2019 | $65,297.50 | $82.17 | N/A | N/A |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
### For the Period from June 1, 2019 through June 30, 2019

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Forrest, Jonathan | Partner/Principal | $975.00 | 6.6 | $6,435.00 |
| Rohrs, Jane | Managing Director | $975.00 | 0.5 | $487.50 |
| Testoff, Robert | Partner/Principal | $975.00 | 1.9 | $1,852.50 |
| Gareau, Matthew | Partner/Principal | $975.00 | 0.3 | $292.50 |
| Goertz, Ray | Managing Director | $850.00 | 0.4 | $340.00 |
| Hermanson, Tom | Managing Director | $850.00 | 8.0 | $6,800.00 |
| Hoffman, David | Partner/Principal | $850.00 | 0.5 | $425.00 |
| Sullivan, Brian | Managing Director | $850.00 | 12.2 | $10,370.00 |
| Tzavelis, Elias | Partner/Principal | $850.00 | 4.1 | $3,485.00 |
| Williams, Lance | Managing Director | $850.00 | 0.3 | $255.00 |
| Paxton, Michael | Senior Manager | $725.00 | 0.3 | $217.50 |
| Rutherford, Amber | Senior Manager | $725.00 | 1.0 | $725.00 |
| Butler, Mike | Manager | $595.00 | 9.4 | $5,593.00 |
| Espinola, Jonathan | Manager | $595.00 | 15.7 | $9,341.50 |
| Fielding, Stephen | Manager | $595.00 | 1.1 | $654.50 |
| Yang, Annie | Manager | $595.00 | 8.7 | $5,176.50 |
| Uger, Anna | Senior Consultant | $450.00 | 1.8 | $810.00 |
| Abrom, Carisa | Senior Consultant | $325.00 | 2.9 | $942.50 |
| Allegretti, Joe | Consultant | $325.00 | 1.6 | $520.00 |
| Atwal, Justin | Consultant | $325.00 | 2.7 | $877.50 |
| Chatten, Colin | Consultant | $325.00 | 14.2 | $4,615.00 |
| Chionchio, Michelle | Consultant | $325.00 | 5.0 | $1,625.00 |
| Fama, Frank | Consultant | $325.00 | 2.0 | $650.00 |
| Lutz, Dan | Manager | $320.00 | 1.1 | $352.00 |
| Perez, Cristian | Consultant | $185.00 | 4.8 | $888.00 |
| Sy, Andrew | Senior Consultant | $210.00 | 3.0 | $630.00 |
| **Professional Subtotal :** | | | **110.3** | **$64,360.50** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
### For the Period from June 1, 2019 through June 30, 2019

| Categories | Hours | Fees |
|---|---|---|
| Engagement Procedures | 1.0 | $850.00 |
| Preparation of Fee Applications | 9.1 | $2,957.50 |
| State Tax Audit Services | 39.5 | $26,224.50 |
| Tax Restructuring Services | 51.6 | $32,458.50 |
| Tax Transaction Services | 8.9 | $1,870.00 |
| **Fee's Category Subtotal :** | **110.3** | **$64,360.50** |

## CUMULATIVE EXPENSES BY CATEGORY SUMMARY
For the Period from June 1, 2019 through June 30, 2019

| Expense Categories | Total Expenses for the Period |
|---|---|
| Transportation | $82.17 |
| **Expense Category Subtotal :** | **$82.17** |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Engagement Procedures*

**06/18/2019**

| | | | | |
|------|-------------|------|-------|------|
| Hermanson, Tom | Discuss status of existing Indian services being provided by Deloitte India with L. McDonnel, R. Young, and E. Tzavelis (all Deloitte). | $850.00 | 1.0 | $850.00 |
| Subtotal for Engagement Procedures: | | | 1.0 | $850.00 |

## *Preparation of Fee Applications*

**06/03/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.2 | $390.00 |

**06/09/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chatten, Colin | Revise April monthly fee statement. | $325.00 | 0.7 | $227.50 |

**06/10/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.4 | $130.00 |
| Chatten, Colin | Call with R. Young and E. Tzavelis (both Deloitte) regarding April fee application. | $325.00 | 0.2 | $65.00 |

**06/17/2019**

| | | | | |
|------|-------------|------|-------|------|
| Abrom, Carisa | Revise April monthly fee statement. | $325.00 | 1.8 | $585.00 |
| Abrom, Carisa | Prepare May monthly fee statement. | $325.00 | 1.1 | $357.50 |

**06/18/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chatten, Colin | Review April monthly fee statement. | $325.00 | 1.0 | $325.00 |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.5 | $487.50 |

**06/19/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chatten, Colin | Discuss fee order with T. Hermanson of Deloitte Tax. | $325.00 | 0.5 | $162.50 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

### *Preparation of Fee Applications*

06/24/2019

| | | | | |
|---|---|---|---|---|
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.7 | $227.50 |
| Subtotal for Preparation of Fee Applications: | | | 9.1 | $2,957.50 |

### *State Tax Audit Services*

06/03/2019

| | | | | |
|---|---|---|---|---|
| Hermanson, Tom | Discuss status of work and issues with pending projects with L. Meerschaert of Sears | $850.00 | 2.0 | $1,700.00 |

06/05/2019

| | | | | |
|---|---|---|---|---|
| Hoffman, David | Discuss project status and issues with pending projects with E. Tzavelis of Deloitte Tax. | $850.00 | 0.5 | $425.00 |
| Sullivan, Brian | Call with Miii, Weil and TransformCo to discuss state tax audit settlements in various states | $850.00 | 0.5 | $425.00 |

06/06/2019

| | | | | |
|---|---|---|---|---|
| Yang, Annie | Review NYS sales tax workpapers. | $595.00 | 2.5 | $1,487.50 |

06/10/2019

| | | | | |
|---|---|---|---|---|
| Hermanson, Tom | Review existing engagement letters and APA to consider possible scope limitations of Deloitte work, including call with L. McDonnel, K. Lauret, and J. Berry (all Deloitte) to discuss same. | $850.00 | 2.0 | $1,700.00 |

06/11/2019

| | | | | |
|---|---|---|---|---|
| Sullivan, Brian | Call with B. Carleo, A. Morrison-Howe and B. Sullivan (all Deloitte) to discuss potential settlement strategies with the Massachusetts taxing authority regarding outstanding state tax assessments | $850.00 | 0.4 | $340.00 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **State Tax Audit Services** | | | | |
| 06/12/2019 | | | | |
| Goertz, Ray | Call with B. Sullivan (Deloitte) to discuss potential audit settlement strategies with Minnesota Department of Revenue | $850.00 | 0.4 | $340.00 |
| Sullivan, Brian | Call with R. Goertz (Deloitte) to discuss potential audit settlement strategies with Minnesota Department of Revenue | $850.00 | 0.4 | $340.00 |
| 06/13/2019 | | | | |
| Sullivan, Brian | Emails with J. Trachtenberg (Deloitte) regarding sales tax and responsible officer settlement negotiations | $850.00 | 0.4 | $340.00 |
| 06/18/2019 | | | | |
| Espinola, Jonathan | Call with B. Sullivan (Deloitte) and K. Lejkowski (Sears) regarding New York audit and impact on NOLs. | $595.00 | 0.7 | $416.50 |
| Sullivan, Brian | Email with J. Trachtenberg (Deloitte) potential appeal strategies regarding New York responsible party assessment | $850.00 | 0.3 | $255.00 |
| Sullivan, Brian | Review New York net operating loss schedules in preparation for call with K. Lejkowski (Sears) | $850.00 | 0.6 | $510.00 |
| Sullivan, Brian | Call with J. Espinola (Deloitte) and K. Lejkowski (Sears) regarding New York audit and impact on net operating loss. | $850.00 | 0.7 | $595.00 |
| Sullivan, Brian | Call with B. Griffith (Miii) and S. Goldring, M. Hoenig, J. Marcus (Weil) and  E. Tzavelis (Deloitte) to discuss New York audit assessment and responsible party assessment appeal procedures | $850.00 | 0.6 | $510.00 |
| Tzavelis, Elias | Call with B. Griffith (Miii) and S. Goldring, M. Hoenig, J. Marcus (Weil) and B. Sullivan (Deloitte) to discuss New York audit assessment and responsible party assessment appeal procedures | $850.00 | 0.6 | $510.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *State Tax Audit Services*

**06/19/2019**

| | | | | |
|------|-------------|------|-------|------|
| Rutherford, Amber | Call with B. Sullivan and A. Rutherford (Deloitte) to potential settlement options for Tennessee sales tax audit assessment | $725.00 | 0.4 | $290.00 |
| Sullivan, Brian | Call with L. Williams and B. Lowenstein (Deloitte) to discuss potential settlement options for Kansas sales tax audit assessments | $850.00 | 0.3 | $255.00 |
| Sullivan, Brian | Call with A. Rutherford (Deloitte) to potential settlement options for Tennessee sales tax audit assessment | $850.00 | 0.4 | $340.00 |
| Williams, Lance | Call with B. Sullivan, L. Williams and B. Lowenstein (Deloitte) to discuss potential settlement options for Kansas sales tax audit assessments | $850.00 | 0.3 | $255.00 |

**06/20/2019**

| | | | | |
|------|-------------|------|-------|------|
| Hermanson, Tom | Continue review to assess status of work and coordinate with various Deloitte member firms to clarify services from DESC requests to assess whether work can or should be performed or completed | $850.00 | 2.0 | $1,700.00 |
| Rutherford, Amber | Research on settlements and offers in compromise processes with the TN Dept of Revenue | $725.00 | 0.6 | $435.00 |
| Sullivan, Brian | Draft email correspondence to Miii and Weil teams regarding potential appeal options of New York assessment against estate and responsible party assessment | $850.00 | 0.4 | $340.00 |
| Sullivan, Brian | Draft email to J. Pollak (Sears) regarding potential appeal option of New York responsible party assessment | $850.00 | 0.3 | $255.00 |

**06/24/2019**

| | | | | |
|------|-------------|------|-------|------|
| Sullivan, Brian | Call with Miii, Weil and Transform and E. Tzavelis (Deloitte) to discuss state tax audit settlements | $850.00 | 0.5 | $425.00 |

4

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *State Tax Audit Services*

**06/24/2019**

| | | | | |
|------|-------------|------|-------|------|
| Uger, Anna | Email correspondence with M. Chionchio (Deloitte) regarding expectations for Bureau of Conciliations and Mediation Service conference petitions | $450.00 | 0.3 | $135.00 |

**06/25/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chionchio, Michelle | Prepare Request for Conciliation Conference form for L. Meerschaert (Sears) to submit to New York State, Department of Taxation and Finance, Bureau of Conciliation and Mediation Services. | $325.00 | 1.0 | $325.00 |
| Sullivan, Brian | Review state tax model with potential New York audit adjustment impact and send edits to J. Espinola via email | $850.00 | 1.4 | $1,190.00 |

**06/26/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chionchio, Michelle | Prepare Conciliation Conference package for L. Meerschaert (Sears) to submit to New York State, Department of Taxation and Finance, Bureau of Conciliation and Mediation Services. | $325.00 | 0.5 | $162.50 |
| Uger, Anna | Conversation with NYS auditor and representative regarding whether interest assessed on the NYS assessment of Sears and Kmart after the companies went into bankruptcy may be waived; draft internal email correspondence regarding the same. | $450.00 | 1.5 | $675.00 |

**06/27/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chionchio, Michelle | Prepare Conciliation Conference package and drafted attachments (including index and notices and powers of attorney) for L. Meerscahert (Sears) to submit to New York State, Department of Taxation and Finance, Bureau of Conciliation and Mediation Services | $325.00 | 3.0 | $975.00 |
| Fielding, Stephen | Call with L. Meerschaert of Sears regarding power of attorney forms to be executed to pay outstanding sales tax balances. | $595.00 | 0.6 | $357.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *State Tax Audit Services* | | | | |
| 06/27/2019 | | | | |
| Hermanson, Tom | Discuss ability to perform work for legacy Sears or Transform with E. Tzavelis (Deloitte) and R. Boyle and L. Meerschaert (Sears). | $850.00 | 1.0 | $850.00 |
| Sullivan, Brian | Review email correspondence from Weil and Miii regarding payment of interest related to pre-petition New York tax assessment and responsible party assessment of post-petition interest. | $850.00 | 0.7 | $595.00 |
| Yang, Annie | Review Bureau of Conciliation and Mediation Service petition and related power of attorney forms for L. Meerschaert of Sears and prepare instructions for L. Meerschaert of Sears regarding the same. | $595.00 | 2.6 | $1,547.00 |
| Yang, Annie | Conference call with internal colleague to discuss Bureau of Concilation and Mediation Service and interest computation for L. Meerschaert of Sears. | $595.00 | 0.3 | $178.50 |
| 06/28/2019 | | | | |
| Chionchio, Michelle | Review internal email correspondence regarding status of power of attorney forms. | $325.00 | 0.5 | $162.50 |
| Espinola, Jonathan | Update summary memo based on NY audit and additional state tax cash implications. | $595.00 | 0.6 | $357.00 |
| Fama, Frank | Calculations of interest on taxable income attributed to the Responsible party for Kmart | $325.00 | 1.0 | $325.00 |
| Fama, Frank | Calculations of interest on taxable income attributed to the Responsible party for Sears | $325.00 | 1.0 | $325.00 |
| Fielding, Stephen | Research regarding power of attorney forms to be executed to pay outstanding sales tax balances. | $595.00 | 0.5 | $297.50 |
| Sullivan, Brian | Review updated state tax model with New York audit adjustments | $850.00 | 0.8 | $680.00 |

6

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **State Tax Audit Services** | | | | |
| 06/28/2019 | | | | |
| Sullivan, Brian | Emails to J. Trachtenberg and A. Yang regarding New York appeal for responsible party | $850.00 | 1.1 | $935.00 |
| Yang, Annie | Conference calls with the NYS auditor to discuss assessment, interest computation. Reached out to bankruptcy unit to discuss assessment. | $595.00 | 1.5 | $892.50 |
| Yang, Annie | Discussions with internal team with regards to interest calculations. Reviewed interest computation prepared by staff and email results to the team. | $595.00 | 1.8 | $1,071.00 |
| Subtotal for State Tax Audit Services: | | | 39.5 | $26,224.50 |
| **Tax Restructuring Services** | | | | |
| 06/03/2019 | | | | |
| Chatten, Colin | Research federal tax characterization of gain resulting from certain intellectual property transactions. | $325.00 | 1.6 | $520.00 |
| Espinola, Jonathan | Draft revisions to executive summary memo for state income tax model and tax attribute reduction model. | $595.00 | 0.5 | $297.50 |
| Forrest, Jonathan | Review tax issues raised by taxable liquidation of Sears Brands. | $975.00 | 0.8 | $780.00 |
| Forrest, Jonathan | Call with B. Testoff (Deloitte) regarding character of gain on liquidation of Sears Brands. | $975.00 | 0.3 | $292.50 |
| Testoff, Robert | Call with J. Forrest (Deloitte) regarding character of gain on liquidation of Sears Brands. | $975.00 | 0.3 | $292.50 |
| Testoff, Robert | Analyze gain on liquidation of Sears Brands. | $975.00 | 0.5 | $487.50 |
| 06/04/2019 | | | | |
| Espinola, Jonathan | Update executive summary memo based on current version of state income tax model. | $595.00 | 1.0 | $595.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 06/04/2019 | | | | |
| Forrest, Jonathan | Meet with J. Rohrs (Deloitte) regarding character of gain on liquidation of Sears Brands. | $975.00 | 0.3 | $292.50 |
| Rohrs, Jane | Prepare for and meet with J. Forrest (Deloitte) regarding character of gain on liquidation of Sears Brands. | $975.00 | 0.3 | $292.50 |
| Rohrs, Jane | Search for IRC section 1231 general counsel memorandum regarding character of sale of intellectual property. | $975.00 | 0.2 | $195.00 |
| 06/06/2019 | | | | |
| Butler, Mike | Call with E. Tzavelis, C. Chatten, M. Butler, and J. Forrest (all Deloitte) regarding federal tax characterization of gain resulting from certain transactions involving Sears Brands Business Unit Corporation transactions and potential tax filing requirements associated therewith. | $595.00 | 0.7 | $416.50 |
| Butler, Mike | Update substantially all analysis. | $595.00 | 1.4 | $833.00 |
| Chatten, Colin | Call with E. Tzavelis, M. Butler, and J. Forrest (all Deloitte) regarding federal tax characterization of gain resulting from certain transactions involving Sears Brands Business Unit Corporation transactions and potential tax filing requirements associated therewith. | $325.00 | 0.7 | $227.50 |
| Espinola, Jonathan | Draft additional revisions to executive summary memo. | $595.00 | 1.0 | $595.00 |
| Forrest, Jonathan | Call with E. Tzavelis, C. Chatten, and M. Butler (all Deloitte) regarding federal tax characterization of gain resulting from certain transactions involving Sears Brands Business Unit Corporation transactions and potential tax filing requirements associated therewith. | $975.00 | 0.7 | $682.50 |
| Forrest, Jonathan | Draft correspondence related to the taxable dissolution of Sears Brands. | $975.00 | 0.2 | $195.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 06/06/2019 | | | | |
| Forrest, Jonathan | Evaluate character of gain on dissolution of Sears Brands. | $975.00 | 0.6 | $585.00 |
| Testoff, Robert | Analyze character of gain on liquidation of Sears Brands. | $975.00 | 0.8 | $780.00 |
| 06/07/2019 | | | | |
| Butler, Mike | Call with E. Tzavelis, C. Chatten, M. Butler, and J. Forrest (all Deloitte) to discuss tax aspects of the asset purchase agreement representation letter. | $595.00 | 0.3 | $178.50 |
| Butler, Mike | Call with E. Tzavelis, C. Chatten, M. Butler, and J. Forrest (all Deloitte) to discuss tax implications of Sears Brands transactions. | $595.00 | 0.4 | $238.00 |
| Butler, Mike | Call with E. Tzavelis, C. Chatten, M. Butler, and J. Forrest to discuss the state tax implications of allocating certain consideration to Sears Indian entities. | $595.00 | 0.1 | $59.50 |
| Butler, Mike | Call with E. Tzavelis, C. Chatten, and M. Butler (both Deloitte) and E. Remijan (Weil) regarding state tax implications of allocating certain consideration to Sears Indian entities. | $595.00 | 0.4 | $238.00 |
| Butler, Mike | Call with E. Tzavelis, C. Chatten, M. Butler, and B. Sullivan (all Deloitte) regarding tax implications of allocating certain consideration to Sears Indian entities. | $595.00 | 0.4 | $238.00 |
| Butler, Mike | Research treatment of ordinary income recapture. | $595.00 | 2.6 | $1,547.00 |
| Chatten, Colin | Call with E. Tzavelis and M. Butler (both Deloitte) and E. Remijan (Weil) regarding state tax implications of allocating certain consideration to Sears Indian entities. | $325.00 | 0.4 | $130.00 |
| Chatten, Colin | Call with E. Tzavelis, M. Butler, and B. Sullivan (all Deloitte) regarding tax implications of allocating certain consideration to Sears Indian entities. | $325.00 | 0.4 | $130.00 |

9

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 06/07/2019 | | | | |
| Chatten, Colin | Call with E. Tzavelis, M. Butler, and J. Forrest (all Deloitte) to discuss tax aspects of the asset purchase agreement representation letter. | $325.00 | 0.3 | $97.50 |
| Chatten, Colin | Call with E. Tzavelis, M. Butler, and J. Forrest (all Deloitte) to discuss tax implications of Sears Brands transactions. | $325.00 | 0.4 | $130.00 |
| Chatten, Colin | Call with E. Tzavelis, M. Butler, and J. Forrest to discuss the state tax implications of allocating certain consideration to Sears Indian entities. | $325.00 | 0.1 | $32.50 |
| Chatten, Colin | Review email correspondence with Weil regarding federal tax characterization of gain resulting from Sears Brands transactions. | $325.00 | 0.2 | $65.00 |
| Chatten, Colin | Review footnotes in federal income tax analysis and summary explanation of assumptions documents for information related to Sears Brands transaction. | $325.00 | 0.4 | $130.00 |
| Forrest, Jonathan | Call with E. Tzavelis, C. Chatten, and M. Butler (all Deloitte) to discuss tax implications of Sears Brands transactions. | $975.00 | 0.4 | $390.00 |
| Forrest, Jonathan | Call with E. Tzavelis, C. Chatten, and M. Butler (all Deloitte) to discuss tax aspects of the asset purchase agreement representation letter. | $975.00 | 0.3 | $292.50 |
| Forrest, Jonathan | Call with E. Tzavelis, C. Chatten, and M. Butler to discuss the state tax implications of allocating certain consideration to Sears Indian entities. | $975.00 | 0.1 | $97.50 |
| Forrest, Jonathan | Review asset purchase agreement representation letter. | $975.00 | 0.6 | $585.00 |
| Sullivan, Brian | Call with E. Tzavelis, C. Chatten, M. Butler (all Deloitte) regarding tax implications of allocating certain consideration to Sears Indian entities. | $850.00 | 0.4 | $340.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 06/07/2019 | | | | |
| Testoff, Robert | Consider character of gain arising from certain Sears Brands Business Unit Corporation transactions. | $975.00 | 0.3 | $292.50 |
| Tzavelis, Elias | Consider tax implications of certain transactions involving Sears Brands | $850.00 | 0.4 | $340.00 |
| Tzavelis, Elias | Call with C. Chatten, M. Butler, and J. Forrest (all Deloitte) to discuss tax implications of Sears Brands transactions. | $850.00 | 0.4 | $340.00 |
| 06/09/2019 | | | | |
| Espinola, Jonathan | Draft additional technical discussion for executive summary memo pertaining to state tax attribute reduction. | $595.00 | 0.5 | $297.50 |
| 06/10/2019 | | | | |
| Chatten, Colin | Consider comments from S. Goldring and E. Remijan of Weil regarding language in representation letter for Cleary's tax opinion. | $325.00 | 0.5 | $162.50 |
| Espinola, Jonathan | Draft additional technical discussion for state executive summary memo pertaining to state attribute reduction and state income tax model. | $595.00 | 1.3 | $773.50 |
| Gareau, Matthew | Discussion with E. Tzavelis (Deloitte) regarding tax filings required for state law conversion of Remainco subsidiary. | $975.00 | 0.3 | $292.50 |
| Tzavelis, Elias | Discussion with M. Gareau (Deloitte) regarding tax filings required for state law conversion of Remainco subsidiary. | $850.00 | 0.3 | $255.00 |
| 06/11/2019 | | | | |
| Espinola, Jonathan | Additional revisions to matrices to attach to summary memo pertaining to Treas. Reg. sections 1.1502-28, -32 and -13. | $595.00 | 0.8 | $476.00 |
| Forrest, Jonathan | Review tax opinion representation letter. | $975.00 | 0.8 | $780.00 |
| Tzavelis, Elias | Discussion with M. Butler (Deloitte) regarding edits to representation letter. | $850.00 | 0.7 | $595.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 06/12/2019 | | | | |
| Atwal, Justin | Perform inside outside basis reconciliation using client provided trial balances. | $325.00 | 2.7 | $877.50 |
| Forrest, Jonathan | Review questions related to character of gain at Sears Brands. | $975.00 | 0.4 | $390.00 |
| 06/13/2019 | | | | |
| Allegretti, Joe | Update the substantially all calculation and send .pdf and excel file to Deloitte M&A tax team. | $325.00 | 0.7 | $227.50 |
| Allegretti, Joe | Call with E. Tzavelis, C. Chatten, M. Butler and J. Forrest (all Deloitte) to discuss the tax representation letter. | $325.00 | 0.7 | $227.50 |
| Butler, Mike | Call with E. Tzavelis, C. Chatten, and M. Butler (both Deloitte) to discuss the tax representation letter and tax characterization of gain resulting from SBBU transactions. | $595.00 | 0.3 | $178.50 |
| Butler, Mike | Call with E. Tzavelis, C. Chatten, M. Butler, J. Allegretti, and J. Forrest (all Deloitte) to discuss the tax representation letter. | $595.00 | 0.7 | $416.50 |
| Chatten, Colin | Call with E. Tzavelis and M. Butler (both Deloitte) to discuss the tax representation letter and tax characterization of gain resulting from SBBU transactions. | $325.00 | 0.3 | $97.50 |
| Chatten, Colin | Discuss tax characterization of gain resulting from Sears Brands transactions with E. Tzavelis (Deloitte). | $325.00 | 0.4 | $130.00 |
| Chatten, Colin | Call with E. Tzavelis, M. Butler, J. Allegretti, and J. Forrest (all Deloitte) to discuss the tax representation letter. | $325.00 | 0.7 | $227.50 |
| Forrest, Jonathan | Call with E. Tzavelis, C. Chatten, M. Butler, and J. Allegretti (all Deloitte) to discuss the tax representation letter. | $975.00 | 0.7 | $682.50 |
| Tzavelis, Elias | Discuss tax characterization of gain resulting from SBBU transactions with C. Chatten (Deloitte). | $850.00 | 0.4 | $340.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 06/14/2019 | | | | |
| Forrest, Jonathan | Review issues related to the application of the anti-churning rules to Sears Brands. | $975.00 | 0.4 | $390.00 |
| Tzavelis, Elias | Draft email correspondence to Weil tax team regarding Remainco representation letter. | $850.00 | 0.8 | $680.00 |
| 06/18/2019 | | | | |
| Butler, Mike | Call with B. Sullivan, E. Tzavelis and M. Butler (all Deloitte) to discuss state tax consequences of potential character mismatch of gain from liquidation of Sears Brands Business Unit in emergence transaction | $595.00 | 0.5 | $297.50 |
| Espinola, Jonathan | Update state cash tax model and state attribute reduction model per New York audit updates. | $595.00 | 0.8 | $476.00 |
| Sullivan, Brian | Call with E. Tzavelis and M. Butler (all Deloitte) to discuss state tax consequences of potential character mismatch of gain from liquidation of Sears Brands Business Unit in emergence transaction | $850.00 | 0.5 | $425.00 |
| Tzavelis, Elias | Call with B. Sullivan and M. Butler (all Deloitte) to discuss state tax consequences of potential character mismatch of gain from liquidation of Sears Brands Business Unit in emergence transaction | $850.00 | 0.5 | $425.00 |
| 06/19/2019 | | | | |
| Espinola, Jonathan | Additional revisions to state cash tax model for New York proposed audit adjustments. | $595.00 | 0.7 | $416.50 |
| Sullivan, Brian | Review revised state tax model incorporating changes to New York NOL resulting from proposed audit adjustments | $850.00 | 1.1 | $935.00 |
| 06/20/2019 | | | | |
| Allegretti, Joe | Locate the latest interest haircut calculation provided by the Company to provide to PwC. | $325.00 | 0.2 | $65.00 |

13

## Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 06/20/2019 | | | | |
| Espinola, Jonathan | Call with B. Sullivan (Deloitte) and PWC regarding state income tax model and attribute reduction model. | $595.00 | 0.4 | $238.00 |
| Espinola, Jonathan | Prepare for call with PWC regarding state tax models. | $595.00 | 0.3 | $178.50 |
| Sullivan, Brian | Call with J. Espinola (Deloitte) and PWC regarding state income tax model and attribute reduction model. | $850.00 | 0.4 | $340.00 |
| 06/24/2019 | | | | |
| Chatten, Colin | Call with E. Tzavelis and M. Butler of Deloitte Tax to discuss potential pre-emergence restructuring transactions and plan outstanding workstreams. | $325.00 | 0.4 | $130.00 |
| Espinola, Jonathan | Call with M. Paxton (Deloitte) regarding state cash tax model and attribute reduction. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Revise state income tax model. | $595.00 | 1.9 | $1,130.50 |
| Paxton, Michael | Call with J. Espinola (Deloitte) regarding state cash tax model and attribute reduction. | $725.00 | 0.3 | $217.50 |
| 06/25/2019 | | | | |
| Espinola, Jonathan | Additional revisions to attribute reduction model to incorporate cash tax model updates. | $595.00 | 2.1 | $1,249.50 |
| 06/26/2019 | | | | |
| Espinola, Jonathan | Additional revisions to state attribute reduction model. | $595.00 | 0.7 | $416.50 |
| 06/28/2019 | | | | |
| Butler, Mike | Research and respond to questions from Cleary regarding intercompany receivables | $595.00 | 1.6 | $952.00 |
| Chatten, Colin | Categorize fees and expenses incurred by Deloitte Tax to assist Weil in determining whether such fees and expenses are reimbursable by ESL under the asset purchase agreement. | $325.00 | 1.2 | $390.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 06/28/2019 | | | | |
| Espinola, Jonathan | Additional revisions to state attribute reduction model. | $595.00 | 2.1 | $1,249.50 |
| Subtotal for Tax Restructuring Services: | | | 51.6 | $32,458.50 |
| *Tax Transaction Services* | | | | |
| 06/17/2019 | | | | |
| Lutz, Dan | Draft email correspondence related to the information request for the Sears-Roebuck Foundation tax return. | $320.00 | 0.4 | $128.00 |
| 06/24/2019 | | | | |
| Perez, Cristian | Prepare private foundation tax return (990-PF) for Sears-Roebuck Foundation. | $185.00 | 0.3 | $55.50 |
| 06/25/2019 | | | | |
| Lutz, Dan | Review Illinois extension request for the Sears-Roebuck Foundation tax return. | $320.00 | 0.4 | $128.00 |
| Perez, Cristian | Prepare private foundation tax return (990-PF) for Sears-Roebuck Foundation. | $185.00 | 3.0 | $555.00 |
| Sy, Andrew | Prepare Form 990PF. | $210.00 | 1.0 | $210.00 |
| 06/26/2019 | | | | |
| Perez, Cristian | Prepare private foundation tax return (990-PF) for Sears-Roebuck Foundation. | $185.00 | 1.5 | $277.50 |
| Sy, Andrew | Prepare Form 990PF. | $210.00 | 1.0 | $210.00 |
| 06/27/2019 | | | | |
| Lutz, Dan | Reviewed the Illinois extension request for the Sears-Roebuck Foundation tax return. | $320.00 | 0.3 | $96.00 |
| Sy, Andrew | Prepare Form 990PF. | $210.00 | 1.0 | $210.00 |
| Subtotal for Tax Transaction Services: | | | 8.9 | $1,870.00 |
| **Total** | | | **110.1** | **$64,360.50** |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Forrest, Jonathan | $975.00 | 6.6 | $6,435.00 |
| Gareau, Matthew | $975.00 | 0.3 | $292.50 |
| Rohrs, Jane | $975.00 | 0.5 | $487.50 |
| Testoff, Robert | $975.00 | 1.9 | $1,852.50 |
| Goertz, Ray | $850.00 | 0.4 | $340.00 |
| Hermanson, Tom | $850.00 | 8.0 | $6,800.00 |
| Hoffman, David | $850.00 | 0.5 | $425.00 |
| Sullivan, Brian | $850.00 | 12.2 | $10,370.00 |
| Tzavelis, Elias | $850.00 | 4.1 | $3,485.00 |
| Williams, Lance | $850.00 | 0.3 | $255.00 |
| Paxton, Michael | $725.00 | 0.3 | $217.50 |
| Rutherford, Amber | $725.00 | 1.0 | $725.00 |
| Butler, Mike | $595.00 | 9.4 | $5,593.00 |
| Espinola, Jonathan | $595.00 | 15.7 | $9,341.50 |
| Fielding, Stephen | $595.00 | 1.1 | $654.50 |
| Yang, Annie | $595.00 | 8.7 | $5,176.50 |
| Uger, Anna | $450.00 | 1.8 | $810.00 |
| Abrom, Carisa | $325.00 | 2.9 | $942.50 |
| Allegretti, Joe | $325.00 | 1.6 | $520.00 |
| Atwal, Justin | $325.00 | 2.7 | $877.50 |
| Chatten, Colin | $325.00 | 14.2 | $4,615.00 |
| Chionchio, Michelle | $325.00 | 5.0 | $1,625.00 |
| Fama, Frank | $325.00 | 2.0 | $650.00 |
| Lutz, Dan | $320.00 | 1.1 | $352.00 |
| Sy, Andrew | $210.00 | 3.0 | $630.00 |
| Perez, Cristian | $185.00 | 4.8 | $888.00 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Expenses Sorted by Category for the Fee Period

June 01, 2019 - June 30, 2019

| Category | Date | Description | Amount |
|----------|------|-------------|--------|
| *Transportation* | | | |
| Atwal, Justin | 06/01/2019 | Taxi from hotel to LGA Airport | $45.42 |
| Atwal, Justin | 06/02/2019 | Taxi from ORD Airport to home | $36.75 |
| Subtotal for Transportation: | | | $82.17 |
| Total | | | $82.17 |

## Recapitulation

| Category | Amount |
|----------|--------|
| Transportation | $82.17 |