**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**
Phillip W. Bohl
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(Tel) 612-632-3019
(Fax) 612-632-4019
Email: phillip.bohl@gpmlaw.com

*Attorneys for Little Caesar Enterprises, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
|  | : |  |
| SEARS HOLDINGS CORPORATION, | : |  |
| INC., et al.,[1] | : | Case No. 18-23538 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**WITHDRAWAL OF OBJECTION OF LITTLE CAESAR ENTERPRISES, INC. TO DEBTORS' NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION**

**PLEASE TAKE NOTICE** that Little Caesar Enterprises, Inc., by and through its undersigned attorneys, hereby withdraws its *Objection to Notice of Cure Costs and Potential*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Se s Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc.(0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Global Sale Transaction* [Doc. 1865], filed in the above captioned cases on January 25, 2019, without prejudice.

Dated: August 12, 2019

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

By: /s/ *Phillip Bohl*
Phillip Bohl (MN Bar #139191)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3019
Facsimile: (612) 632-4019
phillip.bohl@gpmlaw.com

*Attorneys for Little Caesar Enterprises, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2019 a true and correct copy of the foregoing *Withdrawal of Objection of Little Caesar Enterprises, Inc. to Debtor's Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Global Sale Transaction* was electronically filed by CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Phillip Bohl*