UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

SEARS HOLDINGS CORPORATION, *et al.*,[1]

Debtors.

Chapter 11

Case No. 18-23538 (RDD)
(Jointly Administered)

---

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE, pursuant to Rule 2090-1(e) of the Federal Rules of Bankruptcy, Christopher V. Fenlon, Esq. hereby gives notice of his withdrawal as counsel for Greenwood Industries, Inc., in its capacity as creditor. In support of this notice, the undersigned states that Greenwood Industries, Inc., has resolved its claim with the debtors. No prejudice will result from this withdrawal.

---

[1] The Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

WHEREAS, the undersigned respectfully requests that this notice be accepted by the Court.

Respectfully submitted,

Greenwood Industries, Inc.

By its attorneys,

/s/ *Christopher V. Fenlon*
Christopher V. Fenlon
Hinckley, Allen & Snyder LLP
30 South Pearl Street, Suite 901
Albany, New York 12207
P: (518) 396-3100
F: (518) 396-3101

Dated: August 13, 2019

## CERTIFICATE OF SERVICE

I, Christopher V. Fenlon hereby certify that on this 13th day of August, 2019, I caused to be served a copy of the Notice of Withdrawal filed herewith to be served by this Court's CM/ECF System.

/s/ *Christopher V. Fenlon*
Christopher V. Fenlon

58947920 v1