UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

Sears Holding Corporation, et. al.

Debtors.
-----------------------------------------------------------------X

CHAPTER 11

Case No. 18-23538-rdd

## OBJECTION TO PROPOSED ASSIGNMENT OF LEASE OF NONRESIDENTIAL REAL PROPERTY (DOCKET NO. 4763)

5525 S. Soto St. Associates ("Landlord"), the Landlord under the Warehouse Lease at 5525 S. Soto Street, Vernon, California, by its attorneys Dahan & Nowick LLP, hereby objects to the proposed assignment of the Warehouse Lease (and corresponding sublease) by Debtors, as set forth in Debtors' Notice of Assignment of Unexpired Leases of Nonresidential Real Property, Docket No. 4763 on the basis that Debtors have failed to provide or establish adequate assurance of future performance by the proposed assignee and/or that adequate assurance of future performance by the proposed assignee is lacking. Landlord reserves all of its rights to specify the basis of its objections at a hearing on the Debtors' application/Notice.

Dated: White Plains, New York
       August 13, 2019

Respectfully submitted,

DAHAN & NOWICK LLP

By: /s/ David R. Taxin
David R. Taxin, Esq.
Attorneys for 5525 S. Soto St. Associates and
5525 S. Soto Street Associates LLC
123 Main Street, 9th Floor
White Plains,, New York 10601
(914) 461-1650

1

G:\DRT\Objection toAssumption of Lease 0819.doc