UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

In re:

Sears Holding Corporation, et. al.                    CHAPTER 11

Debtors.                                              Case No. 18-23538-rdd
----------------------------------------------------------------------X

<u>AFFIDAVIT OF SERVICE OF OBJECTION TO PROPOSED ASSIGNMENT OF LEASE OF
NONRESIDENTIAL REAL PROPERTY</u> (Docket No. 4829 objecting to No. 4763)

STATE OF NEW YORK
COUNTY OF WESTCHESTER) ss:

David R. Taxin, being duly sworn, deposes and states that he is over 18 years of age and a member of the law firm Dahan & Nowick LLP, attorneys for 5525 S. Soto St. Associates ("Landlord") in the above action. On August 13, 2019, after electronically filing Landlord's OBJECTION TO PROPOSED ASSIGNMENT OF LEASE OF NONRESIDENTIAL REAL PROPERTY (the "Objection"), I served the Objection by email upon counsel for the Debtor and counsel for the proposed assignee (see first attached email) and on August 14, 2019 I served the Objection on other counsel by email (see second attached email) and I mailed same to the U.S. Trustee for Region 2 at 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul Schwartzberg, Esq., and I delivered the Objection by hand to the Clerk of the Bankruptcy Court at 300 Quarropas Street, for the Honorable Robert D. Drain marked "Chambers Copy" and for the U.S. Trustee marked "U.S. Trustee Copy".

David R. Taxin

Sworn to before this 14th day of August, 2019

Notary Public

MARC DAHAN
Notary Public, State of New York
No. 4500543
Qualified in Westchester County
Commission Expires March 30, 20__

1

G:\DRT\AOS Objection to Proposed Assignment 0819.doc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

Sears Holding Corporation, et. al.                CHAPTER 11

              Debtors.                Case No. 18-23538-rdd
-----------------------------------------------------------------X

**OBJECTION TO PROPOSED ASSIGNMENT OF LEASE OF NONRESIDENTIAL REAL PROPERTY (DOCKET NO. 4763)**

     5525 S. Soto St. Associates ("Landlord"), the Landlord under the Warehouse Lease at 5525 S. Soto Street, Vernon, California, by its attorneys Dahan & Nowick LLP, hereby objects to the proposed assignment of the Warehouse Lease (and corresponding sublease) by Debtors, as set forth in Debtors' Notice of Assignment of Unexpired Leases of Nonresidential Real Property, Docket No. 4763 on the basis that Debtors have failed to provide or establish adequate assurance of future performance by the proposed assignee and/or that adequate assurance of future performance by the proposed assignee is lacking. Landlord reserves all of its rights to specify the basis of its objections at a hearing on the Debtors' application/Notice.

Dated: White Plains, New York
       August 13, 2019

                                Respectfully submitted,

                                DAHAN & NOWICK LLP
                By:   /s/ David R. Taxin
                                David R. Taxin, Esq.
                                Attorneys for 5525 S. Soto St. Associates and
                                5525 S. Soto Street Associates LLC
                                123 Main Street, 9th Floor
                                White Plains,, New York 10601
                                (914) 461-1650

G:\DRT\Objection to Assumption of Lease 0819.doc

## David Taxin

| | |
|---|---|
| **From:** | David Taxin |
| **Sent:** | Tuesday, August 13, 2019 5:16 PM |
| **To:** | 'Marcus, Jacqueline'; saulreiss@verizon.net |
| **Subject:** | Sears- Proposed assignment of Vernon Warehouse Lease at 5525 S. Soto Street, Vernon, CA by Sears to Henry Shahery (Buyer) |
| **Attachments:** | objections 5525_20190813121006.pdf |

Counsel, attached please find our Objection to the proposed assignment of the above lease, which was filed earlier today as Docket No. 4829.

David R. Taxin
Dahan & Nowick LLP
123 Main Street, 9th Floor
White Plains, New York 10601
Main Tel: (914) 461-1650
Direct Line: (914) 461-1643
Fax: (914) 761-2196
email: davidtaxin@dahannowick.com

1

## David Taxin

| | |
|---|---|
| **From:** | David Taxin |
| **Sent:** | Wednesday, August 14, 2019 8:28 AM |
| **To:** | 'ray.schrock@weil.com'; 'garrett.fail@weil.com'; 'Marcus, Jacqueline'; 'sunny.singh@weil.com'; 'Paul.Leake@skadden.com'; 'Shana.Elberg@skadden.com'; 'George.Howard@skadden.com'; 'soneal@cgsh.com'; 'aweaver@cgsh.com'; 'bfeder@kelleydrye.com'; 'KDW Bankruptcy'; 'emfox@seyfarth.com'; 'gadsden@clm.com'; 'braynor@lockelord.com'; 'asmith@lockelord.com'; 'idizengoff@akingump.com'; 'pdublin@akingump.com'; 'sbrauner@akingump.com'; 'aquereshi@akingump.com'; 'marshall.huebner@davispolk.com'; 'eli.vonnegut@davispolk.com'; 'paul.schwartzberg@usdoj.gov'; 'richard.morrissey@usdoj.gov'; 'saulreiss@verizon.net' |
| **Subject:** | sEARS 18-23538 |
| **Attachments:** | 5525 obj w efile_20190814072655.pdf |

Attached is copy of landlord's Objection to Proposed Assignment of Lease of Nonresidential Real Property at 5525 S. Soto Street in Vernon, California (Docket No. 4829 in response to 4763)

David R. Taxin
Dahan & Nowick LLP
123 Main Street, 9th Floor
White Plains, New York 10601
Main Tel: (914) 461-1650
Direct Line: (914) 461-1643
Fax: (914) 761-2196
email: davidtaxin@dahannowick.com