UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re ) Chapter 11
)
SEARS HOLDINGS CORPORATION, et al.,[1] ) Case No. 18-23538 (RDD)
)
Debtors. ) (Jointly Administered)
)

---

# NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that ESL Investments, Inc. and certain of its affiliated entities (including JPP, LLC and JPP II, LLC (collectively, "ESL")), as creditors in the above captioned bankruptcy proceedings, hereby appeal, pursuant to 28 U.S.C. § 158(a)(1), to the United States District Court for the Southern District of New York from the *Order Determining the Amount of Second-Lien Holders' Section 507(b) Administrative Claims Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure* (the "Order") (Dkt. No. 4740) entered by the United States Bankruptcy Court for the Southern District of New York (Hon. Robert D. Drain) on August 5,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2019. A copy of the Order is annexed hereto as Exhibit A. The names of all of the parties to the Order and the names, addresses, and telephone numbers of their respective counsel are as follows:

| PARTY | ATTORNEY |
| --- | --- |
| ESL Investments Inc. and certain of its affiliated entities (including JPP, LLC and JPP II, LLC) | CLEARY, GOTTLIEB, STEEN & HAMILTON LLP<br><br>Thomas J. Moloney<br>Sean A. O'Neal<br>Andrew Weaver<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225 2000 |
| Cyrus Capital Partners, L.P. | MILBANK LLP<br><br>Eric R. Reimer (admitted pro hac vice)<br>Thomas R. Kreller (admitted pro hac vice)<br>Robert J. Liubicic<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br><br>Telephone: (424) 386-4000 |
| Wilmington Trust, National Association | SEYFARTH SHAW LLP<br><br>Edward M. Fox<br>Steven Paradise<br>Owen Wolfe<br>620 Eighth Avenue<br>New York, New York 10018<br><br>Telephone: 212-218-5500 |
| The Creditors Committee | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>Ira S. Dizengoff<br>Philip C. Dublin<br>Joseph L. Sorkin<br>Lacy M. Lawrence<br>One Bryant Park<br>New York, New York 10036 |

2

|  | Telephone: (212) 872-1000 |
|---|---|
| Sears Holdings Corporation; Kmart Holding Corporation; Kmart Operations LLC; Sears Operations LLC; Sears, Roebuck and Co.; ServiceLive Inc.; SHC Licensed Business LLC; A&E Factory Service, LLC; A&E Home Delivery, LLC; A&E Lawn & Garden, LLC; A&E Signature Service, LLC; FBA Holdings Inc.; Innovel Solutions, Inc.; Kmart Corporation; MaxServ, Inc.; Private Brands, Ltd.; Sears Development Co.; Sears Holdings Management Corporation; Sears Home & Business Franchises, Inc.; Sears Home Improvement Products, Inc.; Sears Insurance Services, L.L.C.; Sears Procurement Services, Inc.; Sears Protection Company; Sears Protection Company (PR) Inc.; Sears Roebuck Acceptance Corp.; SR – Rover (f/k/a Sears, Roebuck de Puerto Rico, Inc.); SYW Relay LLC; Wally Labs LLC; SHC Promotions LLC; Big Beaver of Florida Development, LLC; California Builder Appliances, Inc.; Florida Builder Appliances, Inc.; KBL Holding Inc.; KLC, Inc.; Kmart of Michigan, Inc.; Kmart of Washington LLC; Kmart Stores of Illinois LLC; Kmart Stores of Texas LLC; MyGofer LLC; Sears Brands Business Unit Corporation; Sears Holdings Publishing Company, LLC; Sears Protection Company (Florida), L.L.C.; SHC Desert Springs, LLC; SOE, Inc.; StarWest, LLC; STI Merchandising, Inc.; Troy Coolidge No. 13, LLC; BlueLight.com, Inc.; Sears Brands, L.L.C.; Sears Buying Services, Inc.; Kmart.com LLC; and Sears Brands Management Corporation. | WEIL, GOTSHAL & MANGES LLP<br><br>Ray C. Schrock, P.C.<br>David J. Lender<br>Paul R. Genender<br>Jared R. Friedmann<br>Sunny Singh<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Telephone: (212) 310-8000 |

Dated: August 14, 2019
      New York, New York

                                       CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                       */s/ Thomas J. Moloney*

                                       Thomas J. Moloney
                                       Sean A. O'Neal
                                       Andrew Weaver
                                       One Liberty Plaza
                                       New York, New York 10006
                                       Telephone: (212) 225-2000
                                       Facsimile: (212) 225-3999

                                       *Attorneys for ESL Investments Inc. and certain of its affiliates*