## EXHIBIT B

## TIME RECORDS OF PROFESSIONALS AND EXPENSES

**April 22, 2019-May 31, 2019 Fee and Expense Detail**

# Ballard Spahr
### LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 9, 2019
Invoice No.: 20190607302

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter 11 Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter 11 Cases  (071820.02)

Matter:    Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2019

## INVOICE SUMMARY

FEES

    Fee Examiner Activities                                               $96,700.50
    (00315861)

DISBURSEMENTS
    Air/Rail Expense                           $456.00
    Teleconferencing Services           $0.25

        Total Disbursements                $456.25

        Total Current Charges             $97,156.75

        **TOTAL AMOUNT DUE**             **$97,156.75**

**PROFESSIONAL SERVICES**

| <u>Name</u> | <u>Date</u> | <u>Description</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **B160 - Fee/Employement Applications** | | | | | |
| Harner,P.E. | 03/27/19 | Review, revise and update disinterestedness declaration and background materials regarding required disclosures/client relationships (.80). | 1,305.00 | 0.80 | 1,044.00 |
| Harner,P.E. | 04/08/19 | Telephone conference with V. Marriott regarding draft order granting motion of United States trustee for appointment of fee examiner (.10) | 1,305.00 | 0.10 | 130.50 |
| Harner,P.E. | 04/09/19 | Telephone conferences and correspondence with P. Schwartzberg (US trustee's office) and V. Marriott regarding disinterestedness declaration and draft form of order providing for appointment of fee examiner (.40); review, revise and finalize for execution declaration regarding disinterestedness (.70); review, analyze and prepare comments on proposed form of fee examiner order (.50); follow-up telephone conferences and correspondence with P. Schwartzberg and V. Marriott regarding same (.30). | 1,305.00 | 1.90 | 2,479.50 |
| Harner,P.E. | 04/10/19 | Telephone conferences and correspondence with P. Schwartzberg and V. Marriott regarding fee examiner appointment order (.20) | 1,305.00 | 0.20 | 261.00 |
| Harner,P.E. | 04/22/19 | Further preparation of fee and expense review protocols, and analysis of related background materials (1.20); initial drafting of potential correspondence to retained professionals regarding same (1.40). | 1,305.00 | 2.60 | 3,393.00 |
| Harner,P.E. | 04/26/19 | Initial review, revision and preparation of comments on draft Ballard Spahr retention application. | 1,305.00 | 0.60 | 783.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Harner,P.E. | 04/27/19 | Comprehensive review, revision and preparation of comments on draft Ballard Spahr retention application (1.10); correspondence with BS team regarding same (.20). | 1,305.00 | 1.30 | 1,696.50 |
| Harner,P.E. | 04/29/19 | Review, analyze and prepare comments on successive drafts of Ballard Spahr retention application and supporting declarations (.50); extended telephone conferences with V. Marriott and L. Roglen regarding same and next steps (.40) | 1,305.00 | 0.90 | 1,174.50 |
| Harner,P.E. | 04/30/19 | Further review and revision of Ballard Spahr retention application (.40); telephone conferences and correspondence with V. Marriott, L. Roglen and UST office regarding same (.40) | 1,305.00 | 0.80 | 1,044.00 |
| Harner,P.E. | 05/01/19 | Further review and preparation of comments on draft Ballard Spahr retention application and supporting declaration (1.10); telephone conferences and correspondence with L. Roglen, T. Daluz and V. Marriott regarding same (.50). | 1,305.00 | 1.60 | 2,088.00 |
| Harner,P.E. | 05/06/19 | Review, revise and finalize Ballard Spahr retention application and supporting declaration (.40); telephone conferences and correspondence with L. Roglen regarding same (.20). | 1,305.00 | 0.60 | 783.00 |
| Harner,P.E. | 05/21/19 | Telephone conferences and correspondence with L. Roglen regarding results of hearing on Ballard retention application (.20); telephone conference with V. Marriott regarding same (.10) | 1,305.00 | 0.30 | 391.50 |

**Total B160**                                                                          **11.70**      **$15,268.50**

**B170 - Fee/Employment Objections**

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Harner,P.E. | 03/27/19 | Review and analyze precedent fee examiner reports and applicable guidelines (1.40); prepare for and participate in internal conference call with V. Marriott and C. Pollard regarding data review criteria and search protocols (.70) | 1,305.00 | 2.10 | 2,740.50 |
| Harner,P.E. | 04/01/19 | Develop search protocols and fee review criteria (.90); draft and revise summary of same for discussion with United States trustee and case professionals (1.10); telephone conferences and correspondence with V. Marriott, T. Daluz and C. Pollard regarding same (.40). | 1,305.00 | 2.40 | 3,132.00 |
| Harner,P.E. | 04/08/19 | Further drafting and revision of fee and expense review criteria and search protocols (1.60). | 1,305.00 | 1.60 | 2,088.00 |
| Harner,P.E. | 04/29/19 | Further development of review protocols, and otherwise prepare for May 2 team meetings regarding same | 1,305.00 | 1.90 | 2,479.50 |
| Harner,P.E. | 04/30/19 | Prepare for May 2 team meetings regarding fee examiner meetings | 1,305.00 | 0.50 | 652.50 |
| Harner,P.E. | 04/30/19 | Analyze recently filed March fee applications | 1,305.00 | 0.50 | 652.50 |
| Harner,P.E. | 05/02/19 | Prepare for and participate in Ballard Spahr team meeting regarding fee examination process, electronic review protocols and attorney-level review (1.20); review and revise draft review protocols, and analyze related background materials (.90). | 1,305.00 | 2.10 | 2,740.50 |
| Harner,P.E. | 05/07/19 | Review and finalize Ballard retention application (.30); telephone conferences and correspondence with Ballard team regarding fee review protocols (.50). | 1,305.00 | 0.80 | 1,044.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Harner,P.E. | 05/09/19 | Review and redraft letter to retained professionals regarding fee examination process and protocols (1.00); telephone conferences and correspondence with V. Marriott, T. Daluz and L. Roglen regarding same and initial review of interim fee applications (.70). | 1,305.00 | 1.70 | 2,218.50 |
| Harner,P.E. | 05/10/19 | Telephone conferences and correspondence with P. Schwartzberg, V. Marriott and T. Daluz regarding provisional allowance of interim fee applications pending fee examiner review of final applications (.60); draft and revise proposed related reservation of rights provision for interim fee application order(s) (.30); further review and preparation of comments on draft electronic and attorney fee review protocols (.90). | 1,305.00 | 1.80 | 2,349.00 |
| Harner,P.E. | 05/13/19 | Telephone conferences and correspondence with P. Schwartzberg and V. Marriott regarding noticed May 29 hearing and related deferral of review of first interim fee applications (.30); draft, review and revise letter to counsel to retained professionals regarding fee review procedures and protocols, preparation of preliminary and final fee review reports and submission of fee and expense application materials (.40); further attention to and refinement of review protocols (.50); review and analyze first interim fee applications (2.30). | 1,305.00 | 3.50 | 4,567.50 |
| Harner,P.E. | 05/14/19 | Further review and revision of draft letter to retained professionals regarding fee and expense examination process and review protocols (.80); revise draft reservation of rights provision for interim fee application order (.30); initial review of retained professionals' first interim fee applications (2.40). | 1,305.00 | 3.50 | 4,567.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Harner,P.E. | 05/15/19 | Further initial review of retained professionals' first interim fee applications. | 1,305.00 | 3.80 | 4,959.00 |
| Harner,P.E. | 05/16/19 | Further initial review of retained professionals' first interim fee applications (3.30); telephone conferences and correspondence with representatives of multiple retained professionals regarding responses to fee examiner's letter outlining examination process and protocols and requesting information (1.20). | 1,305.00 | 4.50 | 5,872.50 |
| Harner,P.E. | 05/17/19 | Further initial review of retained professionals' first interim fee applications (1.90); telephone conferences and correspondence with representatives of multiple retained professionals regarding responses to fee examiner's letter outlining examination process and protocols and requesting information (1.40). | 1,305.00 | 3.30 | 4,306.50 |
| Harner,P.E. | 05/20/19 | Further initial review of retained professionals' first interim fee applications (1.90); extended telephone conferences and correspondence with P. Schwartzberg, V. Marriott and others regarding asserted administrative solvency issues and proposed additional fee and expense hold backs (1.20); further correspondence and telephone conferences with representatives of multiple retained professionals regarding responses to fee examiner's letter outlining examination process and protocols and requesting information (1.80). | 1,305.00 | 3.90 | 5,089.50 |
| Harner,P.E. | 05/21/19 | Further telephone conferences and correspondence with P. Schwartzberg and V. Marriott regarding asserted administrative solvency and hold back issues (.40); further initial review of retained professionals' first interim fee applications (2.20). | 1,305.00 | 2.60 | 3,393.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Harner,P.E. | 05/21/19 | Prepare for and participate in conference call with T. Daluz and FTI representatives regarding first interim fee application, retention of valuation consultant and initial fee examiner review (.80); follow-up telephone conferences and correspondence with T. Daluz regarding same (.30); review and analyze background materials provided by FTI regarding same (.50). | 1,305.00 | 1.60 | 2,088.00 |
| Harner,P.E. | 05/22/19 | Telephone conferences and correspondence with V. Marriott and debtor's professionals regarding asserted administrative solvency and hold back issues, as well as related DIP financing order fee funding account matters (.90); further initial review of retained professionals' first interim fee applications (2.60). | 1,305.00 | 3.50 | 4,567.50 |
| Harner,P.E. | 05/23/19 | Further extended telephone conferences, meetings/conferences and correspondence with V. Marriott and debtor's professionals regarding asserted administrative solvency and hold back issues, as well as related DIP financing order fee funding account matters (1.70); comprehensive review and analysis of DIP order provisions regarding same and related analysis memorandum from L. Roglen (.70); further initial review of retained professionals' first interim fee applications (1.90). | 1,305.00 | 4.30 | 5,611.50 |
| Harner,P.E. | 05/24/19 | Review and analyze M-III retention order and related fee review issues (.20); correspondence with R. Schrock and M. Meghji regarding same (.20). | 1,305.00 | 0.40 | 522.00 |
| Harner,P.E. | 05/28/19 | Review and analyze tracking spreadsheet regarding retained professionals' first interim fee and expense submissions (.40); telephone conferences and correspondence with L. Roglen and T. Daluz regarding same (.30); further review and analysis of first interim fee applications (3.50). | 1,305.00 | 4.20 | 5,481.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Harner,P.E. | 05/29/19 | Further review and analysis of first interim fee applications (2.40); telephone conferences and correspondence with V. Marriott and L. Roglen regarding Houlihan Lokey retention order, engagement letter and position with respect to level of fee and expense review (.50). | 1,305.00 | 2.90 | 3,784.50 |
| Harner,P.E. | 05/30/19 | Prepare for and participate in Ballard team conference call regarding ongoing fee and expense examination process and electronic and attorney review protocols (.80); review and analyze related background materials (.60). | 1,305.00 | 1.40 | 1,827.00 |
| Harner,P.E. | 05/30/19 | Further review and analysis of first interim fee applications (1.70); prepare for and participate in meeting with B. Griffith and V. Marriott regarding administrative solvency issues (1.10); review and analyze related background materials, including M-III solvency analysis (.80). | 1,305.00 | 3.60 | 4,698.00 |
| **Total B170** | | | | **62.40** | **$81,432.00** |
| | | **Total Fees** | | **74.10** | **96,700.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| **Task: B160 - Fee/Employement Applications** | | | |
| Harner,P.E. | 1,305.00 | 11.70 | 15,268.50 |
| **Total Task: B160** | | **11.70** | **$15,268.50** |
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,305.00 | 62.40 | 81,432.00 |
| **Total Task: B170** | | **62.40** | **$81,432.00** |
| **Total Fees** | | **74.10** | **$96,700.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Harner,P.E. | 1,305.00 | 74.10 | 96,700.50 |
| **Total Fees** | | **74.10** | **$96,700.50** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|------|-------------|--------|
| 03/22/19 | Teleconferencing Services Paul Harner; E2328D590B6A4435BA2E; COURT CONFERENCE APPEARANCE | 0.25 |
| 05/29/19 | Air/Rail Expense Paul Harner - Invoice # 983A1514940A4E988678 - SEARS EXPENSES | 268.00 |
| 05/30/19 | Air/Rail Expense Paul Harner - Invoice # 983A1514940A4E988678 - SEARS EXPENSES | 188.00 |
| | **Total Disbursements** | **$456.25** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|-------------|--------|
| Air/Rail Expense | 456.00 |
| Teleconferencing Services | 0.25 |
| **Total Disbursements** | **$456.25** |

| | |
|---|---|
| **Total Current Charges:** | **$97,156.75** |

# Ballard Spahr
### LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 9, 2019
Invoice No.: 20190607303

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:    Sears Fee Examiner  (071820.03)

Matter:    Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2019

**INVOICE SUMMARY**

FEES

Fee and Expense Review and Reporting                                    $70,525.50
(00317415)

DISBURSEMENTS

| | | |
|---|---|---|
| Air/Rail Expense | $173.50 | |
| Business Meals | $33.00 | |
| Delivery Service | $316.92 | |
| Filing Fees | $13.65 | |
| Travel Expenses | $173.93 | |
| Total Disbursements | | $711.00 |
| Total Current Charges | | $71,236.50 |
| **TOTAL AMOUNT DUE** | | **$71,236.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| **B160 - Fee/Employement Applications** | | | | | |
| Roglen,L.D. | 03/25/19 | Meeting/Conferences (multiple) with M. Summers re: declaration of disinterestedness; Research re: declaration and draft, review and revise declaration and emails (multiple) with M. Summers re: same. | 490.00 | 6.30 | 3,087.00 |
| Summers,M.G. | 03/25/19 | Attention to preparation of affidavit of disinterestedness | 725.00 | 0.50 | 362.50 |
| Roglen,L.D. | 03/26/19 | Review conflicts issues and emails (multiple) with M. Summers, P. HArner, and V. Marriott re: same. | 490.00 | 4.20 | 2,058.00 |
| Summers,M.G. | 03/26/19 | Review reports and prepare disclosures re connections with ordinary course professionals | 725.00 | 1.40 | 1,015.00 |
| Summers,M.G. | 03/26/19 | Revise/edit affidavit of disinterestedness | 725.00 | 0.70 | 507.50 |
| Summers,M.G. | 03/27/19 | Further attention to employment related disclosure issues | 725.00 | 0.20 | 145.00 |
| Marriott, III,V.J. | 03/28/19 | Attend to issues re: appointment as examiner | 985.00 | 1.00 | 985.00 |
| Marriott, III,V.J. | 03/29/19 | Attend to engagement as examiner's counsel | 985.00 | 1.00 | 985.00 |
| Roglen,L.D. | 04/24/19 | Telephone conversation with P. Harner re: retention application and professional fee applications. | 490.00 | 0.20 | 98.00 |
| Roglen,L.D. | 04/25/19 | Draft retention application and email to P. Harner, V. Marriott, and T. Daluz re: same. | 490.00 | 5.20 | 2,548.00 |
| Roglen,L.D. | 04/26/19 | Emails (multiple) with C. Hilliard re: conflicts reports | 490.00 | 0.30 | 147.00 |
| Roglen,L.D. | 04/29/19 | Review and revise retention application per P. Harner and V. Marriott comments | 490.00 | 1.40 | 686.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Roglen,L.D. | 04/29/19 | Draft engagement letter (1.1); Telephone conversations (multiple) with P. Harner re: retention (.3) | 490.00 | 1.40 | 686.00 |
| Marriott, III,V.J. | 04/29/19 | Attend to retention | 985.00 | 1.00 | 985.00 |
| Roglen,L.D. | 04/30/19 | Email to C. Hilliard re: retention issues (.1); Emails (multiple) with P. Schwartzberg and P. Harner re: retention application (.4); Telephone conversation with P. Schwartzberg re: retention application (.1); Review and revise retention application per P. Schwartzberg's comments and emails (multiple) with P. Harner and V. Marriott re: same (.6) | 490.00 | 1.20 | 588.00 |
| Daluz,T.M. | 04/30/19 | Review materials re retention | 895.00 | 1.50 | 1,342.50 |
| Daluz,T.M. | 05/06/19 | Review retention and related issues | 895.00 | 0.50 | 447.50 |
| Roglen,L.D. | 05/06/19 | Review and revise retention application and engagement letter and emails (multiple) with P. Harner, V. Marriott, and T. Daluz re: same. | 490.00 | 1.10 | 539.00 |
| Marriott, III,V.J. | 05/06/19 | Attend to retention; review issues re: review of billings | 985.00 | 0.50 | 492.50 |
| Lano,C. | 05/07/19 | Prepare, file, and serve Application to Employ Ballard Spahr. | 270.00 | 2.40 | 648.00 |
| Roglen,L.D. | 05/07/19 | Review, revise, finalize, and attend to filing of retention application and emails (multiple) with P. Harner, V. Marriott, T. Daluz, and C. Lano re: same. | 490.00 | 3.10 | 1,519.00 |
| Daluz,T.M. | 05/07/19 | Review retention filing | 895.00 | 0.20 | 179.00 |
| Roglen,L.D. | 05/14/19 | Review case management order and local rules and email to C. Lano re: certificate of no objection for retention application. | 490.00 | 0.40 | 196.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Lano,C. | 05/14/19 | Confer with L. Roglen re CNO to Ballard Spahr Application (.1); Review docket and prepare CNO to Application to Employ Ballard Spahr (.4); Review Local Rules re filing CNO and email same to L. Roglen (.3). | 270.00 | 0.80 | 216.00 |
| Roglen,L.D. | 05/15/19 | Review and revise CNO for retention application and emails (multiple) with C. Lano re: same (.4); Review distribution list for letter to professionals and emails (multiple) with S. Russum re: same (.3); Review and revise letter to professionals per P. Harner and T. Daluz comments and emails (multiple) with P. Harner, V. Marriott, and T. Daluz re: same (2.8). | 490.00 | 3.50 | 1,715.00 |
| Lano,C. | 05/16/19 | Prepare, file, and serve Certificate of No Objection to Ballard Spahr retention application (.4); Confer with L. Roglen re email proposed order and related documents to Bankruptcy Court (.1); prepare order, related documents, and compose related email for Bankruptcy Court (.2). | 270.00 | 0.70 | 189.00 |
| Roglen,L.D. | 05/16/19 | Attend to filing of CNO for retention order and submission of documents to chambers. | 490.00 | 0.50 | 245.00 |
| Lano,C. | 05/20/19 | Review 5/21/19 Agenda (.1); Email L. Roglen re status of Ballard retention application (.1). | 270.00 | 0.20 | 54.00 |
| Roglen,L.D. | 05/21/19 | Prepare for and attend hearing in White Plains re: Ballard retention application. | 490.00 | 0.70 | 343.00 |
| **Total B160** | | | | **42.10** | **$23,008.50** |

**B170 - Fee/Employment Objections**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Daluz,T.M. | 03/27/19 | Conference call with V. Marriott, P. Harner and paralegal re: basis for fee app review | 895.00 | 0.50 | 447.50 |
| Marriott, III,V.J. | 03/27/19 | Attend to issues re: fee examiner | 985.00 | 1.50 | 1,477.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Roglen,L.D. | 04/25/19 | Meeting/Conference with C. Lano re: as-filed fee applications and tracking chart. | 490.00 | 0.40 | 196.00 |
| Lano,C. | 04/25/19 | Confer with L. Roglen re fee application chart and related fee applications (.2); Review docket re fee applications, download filed fee applications, and prepare fee application chart (6.6); Email L. Roglen re status of fee chart and saved applications (.2). | 270.00 | 7.00 | 1,890.00 |
| Marriott, III,V.J. | 04/25/19 | Attend to organizational issues | 985.00 | 1.00 | 985.00 |
| Roglen,L.D. | 04/26/19 | Telephone conversation with C. Pollard re: fee examiner reviews (.2); Emails (multiple) with P. Harner, V. Marriott, and T. Daluz re: scheduling initial meeting (.2). | 490.00 | 0.40 | 196.00 |
| Lano,C. | 04/26/19 | Review applications and revise fee application chart | 270.00 | 0.40 | 108.00 |
| Roglen,L.D. | 04/29/19 | Telephone conversation with C. Pollard re: reviewer standards | 490.00 | 0.20 | 98.00 |
| Roglen,L.D. | 04/29/19 | Compile documents for fee examiner review protocol meeting | 490.00 | 0.60 | 294.00 |
| McClamb,C.D. | 04/30/19 | Review fee examiner binder in preparation for May 2 meeting | 445.00 | 1.00 | 445.00 |
| Roglen,L.D. | 04/30/19 | Coordinate preparation of fee examiner protocol meeting materials | 490.00 | 1.10 | 539.00 |
| Summers,M.G. | 04/30/19 | Attention to issues related to employment application | 725.00 | 0.10 | 72.50 |
| Roglen,L.D. | 05/02/19 | Prepare for and attend Meeting/Conference with P. Harner, V. Marriott, T. Daluz, C. McClamb, and C. Pollard re: fee examiner protocols and initial steps. | 490.00 | 1.80 | 882.00 |
| McClamb,C.D. | 05/02/19 | Strategy meeting re: fee examiner review | 445.00 | 1.00 | 445.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Marriott, III,V.J. | 05/02/19 | Conference re: protocols and staffing | 985.00 | 1.00 | 985.00 |
| Daluz,T.M. | 05/02/19 | Meeting re: process, search criteria, etc | 895.00 | 0.50 | 447.50 |
| Daluz,T.M. | 05/06/19 | Review Paul Weiss interim application and retention orders (1.50); Review outline of issues for fee app review (0.50) | 895.00 | 2.00 | 1,790.00 |
| Pollard,C.P. | 05/07/19 | Other: review guidelines for fee examiners; identify possible issue tagging and data delivery format; draft Excel file summarizing data to be provided | 310.00 | 1.60 | 496.00 |
| Roglen,L.D. | 05/08/19 | Begin drafting letter to retained professionals. | 490.00 | 2.10 | 1,029.00 |
| Pollard,C.P. | 05/08/19 | Other: finish reviewing guidelines and fee examiners report, prepare list of suggested issue tags (Time and Expenses) for review | 310.00 | 1.00 | 310.00 |
| Roglen,L.D. | 05/09/19 | Complete draft of letter to professionals and email to P. Harner, V. Marriott, and T. Daluz re: same. | 490.00 | 3.80 | 1,862.00 |
| McClamb,C.D. | 05/09/19 | Review all professional retention applications and summarize services to be provided | 445.00 | 6.00 | 2,670.00 |
| Daluz,T.M. | 05/09/19 | Review and revise draft request to professionals | 895.00 | 0.30 | 268.50 |
| Marriott, III,V.J. | 05/10/19 | Review issues re: interim fees and review timing | 985.00 | 0.50 | 492.50 |
| Marriott, III,V.J. | 05/13/19 | Review correspondence | 985.00 | 0.40 | 394.00 |
| Roglen,L.D. | 05/14/19 | Review and revise letter to professionals and emails (multiple) to P. Harner, V. Marriott, and T. Daluz re: same. | 490.00 | 2.40 | 1,176.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Roglen,L.D. | 05/14/19 | Review and revise letter to professionals and emails (multiple) with P. Harner, V. Marriott, and T. Daluz re: same (1.2); Emails (multiple) with K. Neitzel and C. Pollard re: data issues (.3); Telephone conversation with K. Neitzel re: data issues (.3). | 490.00 | 1.80 | 882.00 |
| Neitzel,K.N. | 05/14/19 | Review draft letter outlining format for fee data requested from service providers | 350.00 | 0.30 | 105.00 |
| Neitzel,K.N. | 05/15/19 | Review request letter and create ShareFile site for outside parties to upload requested data | 350.00 | 0.50 | 175.00 |
| Marriott, III,V.J. | 05/15/19 | Review proposed letter to counsel; conference re: same | 985.00 | 0.40 | 394.00 |
| Daluz,T.M. | 05/15/19 | Review and revise initial correspondence to retained professionals | 895.00 | 1.00 | 895.00 |
| Roglen,L.D. | 05/16/19 | Review, finalize, and attend to distribution of letter to professionals. | 490.00 | 3.30 | 1,617.00 |
| Marriott, III,V.J. | 05/16/19 | Attend to issues re: letter to professionals | 985.00 | 0.60 | 591.00 |
| Daluz,T.M. | 05/16/19 | Correspond with retained professionals | 895.00 | 0.50 | 447.50 |
| Roglen,L.D. | 05/17/19 | Review docket and emails (multiple) with P. Schwartzberg and P. Harner re: scheduling of interim fee hearing. | 490.00 | 0.70 | 343.00 |
| Marriott, III,V.J. | 05/17/19 | Review correspondence | 985.00 | 0.40 | 394.00 |
| Daluz,T.M. | 05/17/19 | Correspond with retained professionals | 895.00 | 0.50 | 447.50 |
| Pollard,C.P. | 05/20/19 | Telephone call with K. Neitzel re: Relativity organization, data format questions, identification of potential data concerns | 310.00 | 0.70 | 217.00 |
| Pollard,C.P. | 05/20/19 | Review and conform FTI and Prime Clerk fee data for import to Relativity | 310.00 | 2.00 | 620.00 |
| Neitzel,K.N. | 05/20/19 | Prepare FTI Consulting fee data and import into Relativity for attorney review | 350.00 | 3.20 | 1,120.00 |

## PROFESSIONAL SERVICES

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Pollard,C.P. | 05/20/19 | Review and conform Stout fees/expenses First - Fifth for import to Relativity | 310.00 | 0.60 | 186.00 |
| Roglen,L.D. | 05/21/19 | Travel from 5/21 hearing in White Plains. | 490.00 | 2.40 | 1,176.00 |
| Pollard,C.P. | 05/21/19 | Set up dashboards to provide quick access and information to data; cluster time and expense narratives | 310.00 | 1.50 | 465.00 |
| Neitzel,K.N. | 05/21/19 | Prepare FTI Consulting and Stout fee data and import into Relativity for attorney review | 350.00 | 2.20 | 770.00 |
| Pollard,C.P. | 05/21/19 | Review and conform FTI March Expenses | 310.00 | 0.30 | 93.00 |
| Daluz,T.M. | 05/21/19 | Conference call with FTI representatives and fee examiner (.50); Correspond with Weil Gotshal (.3) | 895.00 | 0.80 | 716.00 |
| Neitzel,K.N. | 05/22/19 | Prepare Prime Clerk fee data and import into Relativity for attorney review | 350.00 | 0.80 | 280.00 |
| Pollard,C.P. | 05/22/19 | Update time cluster analysis to include Prime Clerk records | 310.00 | 0.20 | 62.00 |
| Marriott, III,V.J. | 05/22/19 | Review correspondence | 985.00 | 0.30 | 295.50 |
| Daluz,T.M. | 05/22/19 | Communications with Weil (.20); Consider reservations of rights (.30) | 895.00 | 0.50 | 447.50 |
| Roglen,L.D. | 05/23/19 | Review docket and emails (multiple) with P. Harner, V. Marriott, and T. Daluz re: M-III retention structure. | 490.00 | 0.60 | 294.00 |
| Roglen,L.D. | 05/23/19 | Review DIP orders and carve-out account provisions and emails (multiple) with P. Harner, V. Marriott, and T. Daluz re: same. | 490.00 | 3.40 | 1,666.00 |
| Neitzel,K.N. | 05/23/19 | Prepare and import into Relativity additional Prime Clerk fee data | 350.00 | 0.50 | 175.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Neitzel,K.N. | 05/23/19 | Draft email to legal team summarizing fee data loaded into Relativity workspace with options for analysis | 350.00 | 0.90 | 315.00 |
| Marriott, III,V.J. | 05/23/19 | Review issues re: administrative solvency | 985.00 | 1.20 | 1,182.00 |
| Daluz,T.M. | 05/23/19 | Attend to MIII issue | 895.00 | 0.20 | 179.00 |
| Daluz,T.M. | 05/23/19 | Consider DIP carve out | 895.00 | 0.20 | 179.00 |
| Roglen,L.D. | 05/28/19 | Review data uploads and responses and update tracking spreadsheet and email to P. Harner, V. Marriott, T. Daluz, C. McClamb re same. | 490.00 | 2.10 | 1,029.00 |
| Neitzel,K.N. | 05/28/19 | Prepare Alvarez & Marsal fee data and import into Relativity for attorney review | 350.00 | 0.80 | 280.00 |
| Daluz,T.M. | 05/28/19 | Call with P. Harner re: status of responses from professionals | 895.00 | 0.30 | 268.50 |
| Roglen,L.D. | 05/29/19 | Emails (multiple) with P. Harner and K. Neitzel re: data uploads and related issues. | 490.00 | 0.80 | 392.00 |
| Neitzel,K.N. | 05/29/19 | Prepare and import into Relativity additional Alvarez & Marsal and fee data | 350.00 | 2.30 | 805.00 |
| Pollard,C.P. | 05/29/19 | Telephone call with K. Neitzel re: prepping the newest data deliveries (Weil Gottshall, Alvarez); review and discussion re: HL data delivery - format issue | 310.00 | 0.60 | 186.00 |
| Neitzel,K.N. | 05/30/19 | Prepare Paul Weiss fee data and import into Relativity for attorney review | 350.00 | 2.20 | 770.00 |
| Marriott, III,V.J. | 05/30/19 | Conference with M-Ill re: administrative solvency; review analysis of solvency | 985.00 | 1.00 | 985.00 |
| Roglen,L.D. | 05/31/19 | Update and circulate data tracking chart (.8); Telephone conversation with P. Harner, V. Marriott, T. Daluz, C. McClamb, C. Pollard, and K. Neitzel re: review process and next steps (.8). | 490.00 | 1.60 | 784.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Roglen,L.D. | 05/31/19 | Emails (multiple) and Telephone conversations (multiple) with J. Foster and K. Neitzel re: Houlihan Lokey data issues. | 490.00 | 0.40 | 196.00 |
| Pollard,C.P. | 05/31/19 | Other: download and conform Deloitte files for import to Relativity; request follow-up re: Deloitte_Tax and Deloitte & Touche timekeepers | 310.00 | 2.00 | 620.00 |
| Pollard,C.P. | 05/31/19 | Telephone with K .Netizel re: remaining data to be conformed and uploaded to Relativity, review layouts and organization, timing | 310.00 | 0.30 | 93.00 |
| Pollard,C.P. | 05/31/19 | Begin reviewing and conforming McAndrews fee data for upload to Relativity for review | 310.00 | 0.40 | 124.00 |
| Neitzel,K.N. | 05/31/19 | Prepare Deloitte fee data and import into Relativity for attorney review | 350.00 | 2.50 | 875.00 |
| Neitzel,K.N. | 05/31/19 | Telephone conference with legal team re: strategy for searches against data and time entry review | 350.00 | 0.80 | 280.00 |
| Pollard,C.P. | 05/31/19 | Telephone call with P. Harner, V. Marriott, T. Daluz, L. Rogden, C. McClamb, K. Neitzel re: status of fee submissions, handling of investment bankers data, using a test firm to test out search parameters and review organization | 310.00 | 0.70 | 217.00 |
| Marriott, III,V.J. | 05/31/19 | Conference re: review protocol | 985.00 | 0.50 | 492.50 |
| McClamb,C.D. | 05/31/19 | Conference call re: fee application examination process | 445.00 | 0.80 | 356.00 |
| Daluz,T.M. | 05/31/19 | Team update call | 895.00 | 0.80 | 716.00 |
| **Total B170** | | | | **92.00** | **$46,194.00** |

**B195 - Non-Working Travel**

| | | | | | |
|------|------|-------------|------|-------|--------|
| Roglen,L.D. | 05/20/19 | Travel to White Plains for 5/21 hearing. | 490.00 | 2.70 | 1,323.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Total B195** | | | | **2.70** | **$1,323.00** |
| | | | **Total Fees** | **136.80** | **70,525.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B160 - Fee/Employment Applications** | | | |
| Lano,C. | 270.00 | 4.10 | 1,107.00 |
| Roglen,L.D. | 490.00 | 29.50 | 14,455.00 |
| Summers,M.G. | 725.00 | 2.80 | 2,030.00 |
| Daluz,T.M. | 895.00 | 2.20 | 1,969.00 |
| Marriott, III,V.J. | 985.00 | 3.50 | 3,447.50 |
| **Total Task: B160** | | **42.10** | **$23,008.50** |
| **Task: B170 - Fee/Employment Objections** | | | |
| McClamb,C.D. | 445.00 | 8.80 | 3,916.00 |
| Lano,C. | 270.00 | 7.40 | 1,998.00 |
| Pollard,C.P. | 310.00 | 11.90 | 3,689.00 |
| Neitzel,K.N. | 350.00 | 17.00 | 5,950.00 |
| Roglen,L.D. | 490.00 | 29.90 | 14,651.00 |
| Summers,M.G. | 725.00 | 0.10 | 72.50 |
| Daluz,T.M. | 895.00 | 8.10 | 7,249.50 |
| Marriott, III,V.J. | 985.00 | 8.80 | 8,668.00 |
| **Total Task: B170** | | **92.00** | **$46,194.00** |
| **Task: B195 - Non-Working Travel** | | | |
| Roglen,L.D. | 490.00 | 2.70 | 1,323.00 |
| **Total Task: B195** | | **2.70** | **$1,323.00** |
| **Total Fees** | | **136.80** | **$70,525.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Daluz,T.M. | 895.00 | 10.30 | 9,218.50 |

| Name | Rate | Hours | Amount |
|------|-----:|------:|-------:|
| Marriott, III,V.J. | 985.00 | 12.30 | 12,115.50 |
| Summers,M.G. | 725.00 | 2.90 | 2,102.50 |
| McClamb,C.D. | 445.00 | 8.80 | 3,916.00 |
| Roglen,L.D. | 490.00 | 62.10 | 30,429.00 |
| Neitzel,K.N. | 350.00 | 17.00 | 5,950.00 |
| Pollard,C.P. | 310.00 | 11.90 | 3,689.00 |
| Lano,C. | 270.00 | 11.50 | 3,105.00 |
| **Total Fees** | | **136.80** | **$70,525.50** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|------|-------------|-------:|
| 05/03/19 | Delivery Service USA Legal Network Inc - Invoice # 69721 - Courier | 55.00 |
| 05/03/19 | Filing Fees USA Legal Network Inc - Invoice # 69721 - Filing | 13.65 |
| 05/07/19 | Delivery Service FedEx Invoice #: 654762091, 05/10/2019, Tracking #: 787106733632, Honorable Robert Drain, United States Bankruptcy Court, 300 QUARROPAS ST, WHITE PLAINS, NY 10601 | 20.57 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787302370761, Paul M Basta, Paul, Weiss, Rifkind, Wharton, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 | 14.09 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787302437294, Shira D Weiner, Prime Clerk LLC, 830 3RD AVE, NEW YORK, NY 10022 | 14.09 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787302494430, Kevin Kernen, Stout Risius Ross, LLC, 1 S WACKER DR, CHICAGO, IL 60606 | 14.37 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787302560218, Scott K Charles, Wachtell, Lipton, Rosen & Katz, 51 W 52ND ST, NEW YORK, NY 10019 | 14.09 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787302625491, Pauline K Morgan, Young Conaway Stargatt & Taylo, 1270 AVENUE OF THE AMERICAS ST, NEW YORK CITY, NY 10020 | 14.09 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787302680212, Matthew Diaz, FTI Consulting, Inc, 3 TIMES SQ, NEW YORK, NY 10036 | 14.09 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787302785846, Saul E Burian, Houlihan Lokey Capital, Inc, 245 PARK AVE, NEW YORK, NY 10167 | 14.09 |

| Date | Description | Amount |
|---|---|---|
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787303202912, Jimmy Berry, Deloitte & Touche LLP, 2200 ROSS AVE STE 1600, DALLAS, TX 75201 | 14.58 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787303362965, Dennis Stogsdill, Alvarez & Marshal North Americ, 600 MADISON AVE, NEW YORK, NY 10022 | 14.09 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787303430090, John W Little, DELOITTE TRANSACTIONS AND BUSI, 2200 ROSS AVE STE 1600, DALLAS, TX 75201 | 14.58 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787303469230, Elias Tzavelis, Deloitte Tax LLP, 30 ROCKEFELLER PLZ, NEW YORK CITY, NY 10112 | 14.09 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787303552672, Daniel Aronson, EVERCORE GROUP, LLC, 1 N WACKER DR, CHICAGO, IL 60606 | 14.37 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787303754020, Brandon Aebersold, Lazard Freres & Co LLC, 30 ROCKEFELLER PLZ, NEW YORK CITY, NY 10112 | 14.09 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787303818594, Mohsin Y Meghji, M III Advisory Partners LP, 130 W 42ND ST FL 17, NEW YORK, NY 10036 | 14.09 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787303941871, Ronald H Spuhler, McAndrews, Held & Malloy, LTD, 500 W MADISON ST STE 3400, CHICAGO, IL 60661 | 14.37 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787304026461, Ira S Dizengoff, Akin Gump Strauss Hauer & Feld, 1 BRYANT PARK, NEW YORK, NY 10036 | 14.09 |
| 05/16/19 | Delivery Service FedEx Invoice #: 656353171, 05/24/2019, Tracking #: 787304239386, Ray C Schrock, Weil, Gotshall & Manges, 767 5TH AVE, NEW YORK CITY, NY 10153 | 14.09 |
| 05/20/19 | Business Meals Laurel Roglen - Invoice # 285153872CDB40AF86BF - Court Hearing | 13.00 |
| 05/20/19 | Business Meals Laurel Roglen - Invoice # 285153872CDB40AF86BF - Court Hearing | 20.00 |
| 05/20/19 | Travel Expenses Laurel Roglen - Invoice # 285153872CDB40AF86BF - Court Hearing | 136.68 |
| 05/20/19 | Air/Rail Expense Laurel Roglen - Invoice # B836CAE086BB411A8FDF - Court Hearing | 63.00 |
| 05/21/19 | Travel Expenses Laurel Roglen - Invoice # 285153872CDB40AF86BF - Court Hearing | 3.62 |

| Date | Description | Amount |
|---|---|---|
| 05/21/19 | Travel Expenses Laurel Roglen - Invoice # 285153872CDB40AF86BF - Court Hearing | 4.08 |
| 05/21/19 | Travel Expenses Laurel Roglen - Invoice # 285153872CDB40AF86BF - Court Hearing | 6.00 |
| 05/21/19 | Travel Expenses Laurel Roglen - Invoice # 285153872CDB40AF86BF - Court Hearing | 23.55 |
| 05/21/19 | Air/Rail Expense Laurel Roglen - Invoice # B836CAE086BB411A8FDF - Court Hearing | 110.50 |
| | **Total Disbursements** | **$711.00** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Air/Rail Expense | 173.50 |
| Business Meals | 33.00 |
| Delivery Service | 316.92 |
| Filing Fees | 13.65 |
| Travel Expenses | 173.93 |
| **Total Disbursements** | **$711.00** |

| | |
|---|---|
| **Total Current Charges:** | **$71,236.50** |

**June 1-30, 2019 Fee and Expense Detail**

# Ballard Spahr
### LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 25, 2019
Invoice No.: 20190705811

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)

Matter:    Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2019

**INVOICE SUMMARY**

FEES

Fee Examiner Activities                                                    $62,901.00
(00315861)

Total Current Charges                                            $62,901.00

**TOTAL AMOUNT DUE**                                          **$62,901.00**

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 06/03/19 | Telephone conference and correspondence with L. Roglen regarding first interim fee and expense applications and proposed form of order. | 1,305.00 | 0.20 | 261.00 |
| Harner,P.E. | 06/06/19 | Review and analyze initial reports and update memorandum from electronic review team regarding first interim fee and expense applications (2.30); correspondence with C. Pollard and L. Roglen regarding same (.30). | 1,305.00 | 2.60 | 3,393.00 |
| Harner,P.E. | 06/07/19 | Further review and analysis of initial reports and update memorandum from electronic review team regarding first interim fee and expense applications. | 1,305.00 | 1.90 | 2,479.50 |
| Harner,P.E. | 06/13/19 | Review and analyze first interim fee and expense applications and related internal tracking charts (2.90); correspondence with V. Marriott, C. Pollard and V. Marriott regarding same (.30). | 1,305.00 | 3.20 | 4,176.00 |
| Harner,P.E. | 06/17/19 | Further review and analysis of first interim fee and expense applications and related internal tracking charts (2.80); prepare generally for June 18 meetings regarding same, including related correspondence with V. Marriott and C. Pollard regarding same (1.00). | 1,305.00 | 3.80 | 4,959.00 |
| Harner,P.E. | 06/18/19 | Detailed review of initial Relativity reports regarding electronic fee entry review and protocols. | 1,305.00 | 5.70 | 7,438.50 |
| Harner,P.E. | 06/18/19 | Participate in Ballard team meeting regarding ongoing Sears fee and expense examination | 1,305.00 | 1.30 | 1,696.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Harner,P.E. | 06/18/19 | Prepare for and participate in Ballard team meeting regarding ongoing Sears fee and expense examination, including detailed review of initial Relativity reports regarding electronic fee entry review and protocols. | 1,305.00 | 3.40 | 4,437.00 |
| Harner,P.E. | 06/18/19 | Travel to and from Philadelphia for team meeting. | 1,305.00 | 5.20 | 6,786.00 |
| Harner,P.E. | 06/19/19 | Further review and analysis of first interim fee and expense applications and related internal tracking charts, and related follow-up from June 18 meetings. | 1,305.00 | 2.90 | 3,784.50 |
| Harner,P.E. | 06/20/19 | Prepare for and participate telephonically in omnibus/first interim fee and expense applications hearings (1.90); follow-up telephone conferences and correspondence with V. Marriott and T. Daluz regarding same on fee application review protocols (.50). | 1,305.00 | 2.40 | 3,132.00 |
| Harner,P.E. | 06/24/19 | Further review and analysis of first interim fee and expense applications and related background materials. | 1,305.00 | 3.50 | 4,567.50 |
| Harner,P.E. | 06/25/19 | Further review and analysis of first interim fee and expense applications and related background materials. | 1,305.00 | 2.20 | 2,871.00 |
| Harner,P.E. | 06/26/19 | Further review and analysis of first interim fee and expense applications and related background materials. | 1,305.00 | 2.60 | 3,393.00 |
| Harner,P.E. | 06/27/19 | Further review and analysis of first interim fee and expense applications and related background materials. | 1,305.00 | 2.90 | 3,784.50 |
| Harner,P.E. | 06/28/19 | Further review and analysis of first interim fee and expense applications and related background materials. | 1,305.00 | 4.40 | 5,742.00 |
| **Total B170** | | | | **48.20** | **$62,901.00** |

| | | | |
|---|---|---|---|
| **Total Fees** | | **48.20** | **62,901.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,305.00 | 48.20 | 62,901.00 |
| **Total Task: B170** | | **48.20** | **$62,901.00** |
| **Total Fees** | | **48.20** | **$62,901.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Harner,P.E. | 1,305.00 | 48.20 | 62,901.00 |
| **Total Fees** | | **48.20** | **$62,901.00** |

| | |
|---|---|
| **Total Current Charges:** | **$62,901.00** |

# Ballard Spahr
### LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 25, 2019
Invoice No.: 20190705809

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)

Matter:    Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2019

### INVOICE SUMMARY

FEES

DISBURSEMENTS

|  |  |  |
|---|---|---|
| Air/Rail Expense | $164.00 | |
| Business Meals | $174.79 | |
| Outgoing Fax | $0.25 | |
| Travel Expenses | $40.00 | |
| Total Disbursements | | $379.04 |
| Total Current Charges | | $379.04 |
| **TOTAL AMOUNT DUE** | | **$379.04** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|------|-------------|--------|
| 05/30/19 | Travel Expenses Paul Harner; 68FAFEE5E43A485CBFB6; PHILLY TRIP | 20.00 |
| 06/03/19 | Business Meals VISA_0619_3678_09 - FRESH KITCHEN / MARKET: 5/30/19 P.Harner client lunch meeting | 135.79 |
| 06/18/19 | Travel Expenses Paul Harner; 68FAFEE5E43A485CBFB6; PHILLY TRIP | 20.00 |
| 06/18/19 | Business Meals Paul Harner; 68FAFEE5E43A485CBFB6; PHILLY TRIP | 39.00 |
| 06/18/19 | Air/Rail Expense Paul Harner; 68FAFEE5E43A485CBFB6; PHILLY TRIP | 164.00 |
| 06/20/19 | Outgoing Fax Paul Harner - Invoice # 7D48F3F2F28749A48BAF - SEARS COURT CALL | 0.25 |
| | **Total Disbursements** | **$379.04** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|-------------|--------|
| Air/Rail Expense | 164.00 |
| Business Meals | 174.79 |
| Outgoing Fax | 0.25 |
| Travel Expenses | 40.00 |
| **Total Disbursements** | **$379.04** |

| | |
|---|---|
| **Total Current Charges:** | **$379.04** |

# Ballard Spahr
LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 25, 2019
Invoice No.: 20190705810

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:      Sears Fee Examiner  (071820.03)

Matter:      Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2019

### INVOICE SUMMARY

FEES

| | |
|---|---|
| Fee and Expense Review and Reporting (00317415) | $43,308.50 |
| Total Current Charges | $43,308.50 |
| **TOTAL AMOUNT DUE** | **$43,308.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 06/18/19 | Attend to Ballard fee app issues | 895.00 | 0.20 | 179.00 |
| Marriott, III,V.J. | 06/19/19 | Attend to pro hac and notice of appearance. | 985.00 | 0.50 | 492.50 |
| McClamb,C.D. | 06/19/19 | Draft motion for admission pro hac vice for V. Marriott | 445.00 | 0.50 | 222.50 |
| McClamb,C.D. | 06/19/19 | Address fee application requirements per fee order | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 06/19/19 | Prepare and file notice of appearance and motions for admission pro hac vice | 445.00 | 0.90 | 400.50 |
| McClamb,C.D. | 06/19/19 | Draft motion for admission pro hac vice for T. Daluz | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 06/19/19 | Draft notice of appearance for Fee Examiner | 445.00 | 0.30 | 133.50 |
| Daluz,T.M. | 06/20/19 | Attend to fee app issue | 895.00 | 0.30 | 268.50 |
| McClamb,C.D. | 06/25/19 | Emails with E. Kan, P. Harner and M. Korycki re: estimates of Fee Examiner fees and expenses | 445.00 | 0.50 | 222.50 |
| McClamb,C.D. | 06/25/19 | Emails with T. Daluz and E. Kan re: preparation of first monthly fee application | 445.00 | 0.50 | 222.50 |
| McClamb,C.D. | 06/27/19 | Draft joint monthly fee application | 445.00 | 2.00 | 890.00 |
| Maddox,M. | 06/27/19 | Review interim compensation order | 270.00 | 0.30 | 81.00 |
| McClamb,C.D. | 06/28/19 | Attention to invoices for first monthly fee application | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 06/28/19 | Draft first monthly fee application | 445.00 | 3.50 | 1,557.50 |
| Maddox,M. | 06/28/19 | Calendar fee application deadlines | 270.00 | 0.10 | 27.00 |
| McClamb,C.D. | 06/30/19 | Edits to first joint monthly fee application | 445.00 | 0.40 | 178.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| **Total B160** | | | | **10.80** | **$5,231.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| Neitzel,K.N. | 06/01/19 | Prepare and import Deloitte fee and expense data into Relativity database for attorney review and analysis | 350.00 | 1.30 | 455.00 |
| Pollard,C.P. | 06/02/19 | Finish reviewing and conforming McAndrews data for import to Relativity for review (revise timekeeper table to match names in time entries, consolidate all reports, join time entries, timekeeper roles and task code descriptions) | 310.00 | 0.90 | 279.00 |
| Roglen,L.D. | 06/03/19 | Research re: interim fee orders and emails (multiple) with P. Harner, V. Marriott, T. Daluz, and C. McClamb re: same. | 490.00 | 0.60 | 294.00 |
| Pollard,C.P. | 06/03/19 | Review and resolve duplicate records error (Deloitte Tax expenses) | 310.00 | 0.30 | 93.00 |
| Neitzel,K.N. | 06/03/19 | Prepare Deloitte fee data and import into Relativity for attorney review | 350.00 | 1.20 | 420.00 |
| Neitzel,K.N. | 06/04/19 | Prepare Young Conaway and McAndrews fee data and import into Relativity for attorney review | 350.00 | 2.20 | 770.00 |
| Neitzel,K.N. | 06/04/19 | Prepare Deloitte fee data and import into Relativity for attorney review | 350.00 | 1.50 | 525.00 |
| Neitzel,K.N. | 06/04/19 | Prepare Akin Gump fee data and import into Relativity for attorney review | 350.00 | 0.60 | 210.00 |
| Pollard,C.P. | 06/04/19 | Telephone call with K. Neitzel re: status of processing of fee and expense data from various law firms/vendors | 310.00 | 0.10 | 31.00 |
| Neitzel,K.N. | 06/05/19 | Prepare Akin Gump fee data and import into Relativity for attorney review | 350.00 | 1.00 | 350.00 |
| Neitzel,K.N. | 06/05/19 | Prepare Paul Weiss fee data and import into Relativity for attorney review | 350.00 | 1.60 | 560.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Neitzel,K.N. | 06/05/19 | Telephone conference with C. Pollard re: Relativity workspace set-up | 350.00 | 0.40 | 140.00 |
| Pollard,C.P. | 06/05/19 | Review: update search index; set up Communications search; review and tag documents for further review | 310.00 | 1.10 | 341.00 |
| Roglen,L.D. | 06/05/19 | Emails (multiple) with T. Hedus, J. Foster, C. Pollard, and K. Neitzel re: data format issues. | 490.00 | 0.40 | 196.00 |
| Pollard,C.P. | 06/05/19 | Analytics: run repeated content analysis in attempt to identify time entries with similar language | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 06/05/19 | Review: export fee data to Access to identify timekeepers with more than 12 hours billed in a day | 310.00 | 0.10 | 31.00 |
| Pollard,C.P. | 06/05/19 | REview: mass tag "communication" and "excessive"time entries; create new dashboards summarizing documents with communication and excessing time entries | 310.00 | 0.30 | 93.00 |
| Neitzel,K.N. | 06/06/19 | Perform quality control checks on imported fee data to ensure accuracy and eliminate duplicate entries | 350.00 | 2.10 | 735.00 |
| Pollard,C.P. | 06/06/19 | Draft email to P. Harner, V. Marriott, T. Daluz, L. Rogden, C. McClamb and K. Neitzel reporting on status of data availability, search results (communications, excessive billing, duplicate entries) and accessing/reviewing the search results for test law firm (Young Conaway) | 310.00 | 0.90 | 279.00 |
| Pollard,C.P. | 06/06/19 | REview results of narrative near duplicate analysis; begin identifying records for follow-up | 310.00 | 1.10 | 341.00 |
| Pollard,C.P. | 06/06/19 | Telephone call with K. Neitzel re: duplicate entries (Alvarez) | 310.00 | 0.10 | 31.00 |
| Pollard,C.P. | 06/06/19 | Telephone call with K. Neitzel re: status of data issues, dupliate entry analysis | 310.00 | 0.20 | 62.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Pollard,C.P. | 06/06/19 | Review: import fee data to MSAccess; create queries to identify timekeepers reporting more than 12 hours in a day and to identify the matching records; export results; run search in Relativity workspace and tag identified records | 310.00 | 0.80 | 248.00 |
| McClamb,C.D. | 06/06/19 | Review and summarize professionals' fee applications | 445.00 | 3.30 | 1,468.50 |
| Daluz,T.M. | 06/06/19 | Review timeline and summary of retention orders | 895.00 | 0.30 | 268.50 |
| McClamb,C.D. | 06/06/19 | Draft time line of bankruptcy proceedings | 445.00 | 3.80 | 1,691.00 |
| Neitzel,K.N. | 06/07/19 | Prepare Alvarez & Marsal and Houlihan Lokey data to be loaded into Relativity for attorney review and analysis | 350.00 | 1.50 | 525.00 |
| Pollard,C.P. | 06/07/19 | Review Alvarez time and expense entries to identify duplicate records between the First - Sixth reports and the Interim report | 310.00 | 1.10 | 341.00 |
| Neitzel,K.N. | 06/07/19 | Confer with C. Pollard re: identification of duplicate entires in Alvarez & Marsal fee data | 350.00 | 0.40 | 140.00 |
| Roglen,L.D. | 06/10/19 | Telephone conversations (multiple) with retained professionals and summary email to P. Harner, V. Marriott, and T. Daluz re: reservation of rights language for first interim fee order. | 490.00 | 0.90 | 441.00 |
| Neitzel,K.N. | 06/12/19 | Download and stage additional fee data | 350.00 | 0.30 | 105.00 |
| Neitzel,K.N. | 06/12/19 | Prepare Houlihan Lokey expense and fee data to be loaded into Relativity workspace | 350.00 | 0.60 | 210.00 |
| Roglen,L.D. | 06/12/19 | Update tracking chart and email to P. Harner, V. Marriott, T. Daluz, and C. McClamb re: same. | 490.00 | 0.30 | 147.00 |
| Marriott, III,V.J. | 06/13/19 | Review issues re: fee hearing and test run | 985.00 | 0.40 | 394.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Marriott, III,V.J. | 06/14/19 | Review correspondence re: fee hearing | 985.00 | 0.30 | 295.50 |
| Marriott, III,V.J. | 06/17/19 | Review trial search parameter results | 985.00 | 0.80 | 788.00 |
| Pollard,C.P. | 06/17/19 | Update communications, block billing and billing more than 12 hours in a day searches and tagging to capture additional documents received since 6/5/2019 | 310.00 | 1.00 | 310.00 |
| Pollard,C.P. | 06/17/19 | Draft notes re: setting up coding layout for fee review | 310.00 | 0.40 | 124.00 |
| Pollard,C.P. | 06/17/19 | Review results and prepare view for potential duplicate time entries | 310.00 | 0.50 | 155.00 |
| McClamb,C.D. | 06/17/19 | Coordinate meeting with fee examiner review team | 445.00 | 1.00 | 445.00 |
| McClamb,C.D. | 06/17/19 | Phone call with chambers re: interim fee application hearing | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 06/17/19 | Review docket for objections to fee applications | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 06/17/19 | Emails and phone calls with fee application review team re: status meeting | 445.00 | 0.30 | 133.50 |
| Marriott, III,V.J. | 06/18/19 | Review data set formatting | 985.00 | 1.00 | 985.00 |
| Marriott, III,V.J. | 06/18/19 | Prepare for and participate in session re: search parameters and data access | 985.00 | 1.00 | 985.00 |
| Pollard,C.P. | 06/18/19 | Review and compile list of areas of fee examination for possible use in Sears review | 310.00 | 0.10 | 31.00 |
| Kearney,B.N. | 06/18/19 | Attend briefing meeting re: Sears fee application examination assignment, procedures, examples, etc. (with P. Harner, V. Marriott, C. Jimenez, M. Salah, C. McClamb, and members of eDiscovery team) | 335.00 | 1.30 | 435.50 |
| Kearney,B.N. | 06/18/19 | Memorialize notes from Sears fee application examiner meeting | 335.00 | 0.20 | 67.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Pollard,C.P. | 06/18/19 | Design new view for timekeepers billing more than 12 hours per day | 310.00 | 0.20 | 62.00 |
| Neitzel,K.N. | 06/18/19 | Attend telephone conference with legal team re: Relativity database and review overview | 350.00 | 1.30 | 455.00 |
| Pollard,C.P. | 06/18/19 | Review views and layouts for use by fee examiner team | 310.00 | 0.60 | 186.00 |
| Daluz,T.M. | 06/18/19 | Review and analyze issues for consideration in fee app review | 895.00 | 0.30 | 268.50 |
| Neitzel,K.N. | 06/18/19 | Customize Relativity workspace in preparation for attorney review | 350.00 | 0.90 | 315.00 |
| Neitzel,K.N. | 06/18/19 | Telephone conference with C. Pollard re: customization of Relativity workspace for attorney review | 350.00 | 0.50 | 175.00 |
| Jimenez,C. | 06/18/19 | Initial meeting w/ P. Harner and V. Marriott to discuss review protocol | 365.00 | 1.40 | 511.00 |
| Salah,M. | 06/18/19 | Attendance at examiner review team meeting | 415.00 | 1.10 | 456.50 |
| McClamb,C.D. | 06/18/19 | Phone calls with P. Harner re: interim fee hearing and next steps | 445.00 | 0.20 | 89.00 |
| Greenfield,M.G. | 06/18/19 | Review of fee examiner rules, guidelines and Court orders | 445.00 | 0.80 | 356.00 |
| Greenfield,M.G. | 06/18/19 | Emails with Chantelle McClamb regarding fee application review | 445.00 | 0.20 | 89.00 |
| Pollard,C.P. | 06/18/19 | Request email group for "Sears Fee Examiner Team" | 310.00 | 0.10 | 31.00 |
| Pollard,C.P. | 06/18/19 | Export data re: timekeepers billing more than 12 hours per day | 310.00 | 0.20 | 62.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Pollard,C.P. | 06/18/19 | Forward summary of time entries by service providers to P. Harner, V. Marriott and T. Daluz (.1); update communications search terms to add "telephone" to list (.1); run searches re: communications sub-categories and tag (.2) | 310.00 | 0.40 | 124.00 |
| Pollard,C.P. | 06/18/19 | Call with K. Neitzel re: reorganizing workspace folder structure by debtor/creditor and professionals | 310.00 | 0.30 | 93.00 |
| Pollard,C.P. | 06/18/19 | Attend meeting with P. Harner, V. Marriott, C. McClamb, C. Jimenez, M. Salah, K. Neitzel re: review format, changes to "communications" search terms, changes to coding layout, and timing | 310.00 | 1.30 | 403.00 |
| Pollard,C.P. | 06/18/19 | Run revised searches on communications (meetings, correspondence and telephone calls) and report on results | 310.00 | 0.50 | 155.00 |
| Pollard,C.P. | 06/18/19 | Finish review of summary of issues identified in form of the fee report for possible use in Sears review | 310.00 | 0.60 | 186.00 |
| McClamb,C.D. | 06/18/19 | Prepare materials for fee review team | 445.00 | 1.20 | 534.00 |
| McClamb,C.D. | 06/18/19 | Research and draft list of fee application issues | 445.00 | 0.80 | 356.00 |
| McClamb,C.D. | 06/18/19 | Prepare for fee examiner review team meeting | 445.00 | 0.50 | 222.50 |
| McClamb,C.D. | 06/18/19 | Attendance at fee examiner review team meeting | 445.00 | 1.30 | 578.50 |
| Neitzel,K.N. | 06/19/19 | Telephone conference with C. McLamb and C. Pollard re: setting up issue tags in Relativity in preparation for fee review | 350.00 | 0.70 | 245.00 |
| Pollard,C.P. | 06/19/19 | Prepare spreadsheet for C. McClamb to update for reviewers | 310.00 | 0.10 | 31.00 |
| Marriott, III,V.J. | 06/19/19 | Review progress of data input and search parameters | 985.00 | 1.00 | 985.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Pollard,C.P. | 06/19/19 | Telephone call with C. McClam and K. Neitzel re: fee issue tags, review workflow and possible expense review | 310.00 | 0.60 | 186.00 |
| Kearney,B.N. | 06/19/19 | Review materials provided by C. McClamb in advance of fee application review | 335.00 | 0.80 | 268.00 |
| Pollard,C.P. | 06/19/19 | Revise fee review issue tags per call with C. McClamb and K. Neitzel | 310.00 | 0.10 | 31.00 |
| Greenfield,M.G. | 06/19/19 | Review of fee examiner rules, guidelines and Court orders | 445.00 | 0.70 | 311.50 |
| Greenfield,M.G. | 06/19/19 | Call with Chantelle McClamb regarding fee application review process | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 06/19/19 | Phone call with M. Greenfield re: procedures for fee review | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 06/19/19 | Phone call to chambers re: interim fee hearing attendance | 445.00 | 0.10 | 44.50 |
| Daluz,T.M. | 06/20/19 | Participate in omnibus hearing on interim fee applications | 895.00 | 2.00 | 1,790.00 |
| Daluz,T.M. | 06/20/19 | Update on status of application review | 895.00 | 0.20 | 179.00 |
| Pollard,C.P. | 06/20/19 | Draft workflow instructions for fee review | 310.00 | 1.20 | 372.00 |
| Pollard,C.P. | 06/20/19 | Create search and tag records identified as having billing discrepancies (.1); call with K .Neitzel re: review workflow and additions to views | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 06/20/19 | Finish drafting workflow and review instructions with input from calls with K. Neitzel - circulate for comments (3.1); identify and tag duplicate entries - internal and multi-provider for review (.6) | 310.00 | 3.70 | 1,147.00 |
| Pollard,C.P. | 06/20/19 | Begin reviewing task codes submitted by service providers and organizing by Project Category | 310.00 | 0.40 | 124.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Pollard,C.P. | 06/21/19 | Forward list to team for comments and revisions | 310.00 | 0.20 | 62.00 |
| Neitzel,K.N. | 06/21/19 | Review documentation of proposed work flow for attorney fee review | 350.00 | 0.30 | 105.00 |
| Greenfield,M.G. | 06/21/19 | Review of fee examiner rules and guidelines | 445.00 | 0.50 | 222.50 |
| Daluz,T.M. | 06/21/19 | Attend to Fee App issues | 895.00 | 0.50 | 447.50 |
| Pollard,C.P. | 06/21/19 | Finish review and assignment of project categories to task codes used by service providers | 310.00 | 0.30 | 93.00 |
| McClamb,C.D. | 06/24/19 | Emails with T. Daluz and P. Harner re: first monthly fee application | 445.00 | 0.30 | 133.50 |
| Daluz,T.M. | 06/24/19 | Revise proformas to prepare attachments for fee application | 895.00 | 2.00 | 1,790.00 |
| Marriott, III,V.J. | 06/24/19 | Attend to issues re: format of fee applications | 985.00 | 0.40 | 394.00 |
| Daluz,T.M. | 06/25/19 | Attend to fee app issues | 895.00 | 0.50 | 447.50 |
| Marriott, III,V.J. | 06/25/19 | Review status of fee application | 985.00 | 0.30 | 295.50 |
| Daluz,T.M. | 06/26/19 | Attend to fee app exhibits | 895.00 | 1.50 | 1,342.50 |
| Maddox,M. | 06/27/19 | Office conference with C. McClamb re calendering of fees | 270.00 | 0.10 | 27.00 |
| Daluz,T.M. | 06/28/19 | Review and revise draft fee app | 895.00 | 2.00 | 1,790.00 |
| McClamb,C.D. | 06/29/19 | Draft review procedures | 445.00 | 1.80 | 801.00 |
| McClamb,C.D. | 06/30/19 | Draft fee review procedures for distribution to review team | 445.00 | 1.50 | 667.50 |
| Jimenez,C. | 06/30/19 | Review UST guidelines and order appointing fee examiner to prepare for fee examination review | 365.00 | 1.00 | 365.00 |

## PROFESSIONAL SERVICES

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| **Total B170** | | | | **80.80** | **$38,077.50** |
| | | **Total Fees** | | **91.60** | **43,308.50** |

## PROFESSIONAL SERVICES SUMMARY

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 445.00 | 9.40 | 4,183.00 |
| Maddox,M. | 270.00 | 0.40 | 108.00 |
| Daluz,T.M. | 895.00 | 0.50 | 447.50 |
| Marriott, III,V.J. | 985.00 | 0.50 | 492.50 |
| **Total Task: B160** | | **10.80** | **$5,231.00** |
| **Task: B170 - Fee/Employment Objections** | | | |
| Kearney,B.N. | 335.00 | 2.30 | 770.50 |
| McClamb,C.D. | 445.00 | 17.10 | 7,609.50 |
| Jimenez,C. | 365.00 | 2.40 | 876.00 |
| Pollard,C.P. | 310.00 | 20.20 | 6,262.00 |
| Neitzel,K.N. | 350.00 | 18.40 | 6,440.00 |
| Roglen,L.D. | 490.00 | 2.20 | 1,078.00 |
| Greenfield,M.G. | 445.00 | 2.50 | 1,112.50 |
| Maddox,M. | 270.00 | 0.10 | 27.00 |
| Salah,M. | 415.00 | 1.10 | 456.50 |
| Daluz,T.M. | 895.00 | 9.30 | 8,323.50 |
| Marriott, III,V.J. | 985.00 | 5.20 | 5,122.00 |
| **Total Task: B170** | | **80.80** | **$38,077.50** |
| **Total Fees** | | **91.60** | **$43,308.50** |

## PROFESSIONAL SERVICES SUMMARY

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Daluz,T.M. | 895.00 | 9.80 | 8,771.00 |
| Marriott, III,V.J. | 985.00 | 5.70 | 5,614.50 |
| Greenfield,M.G. | 445.00 | 2.50 | 1,112.50 |

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Jimenez,C. | 365.00 | 2.40 | 876.00 |
| Kearney,B.N. | 335.00 | 2.30 | 770.50 |
| McClamb,C.D. | 445.00 | 26.50 | 11,792.50 |
| Roglen,L.D. | 490.00 | 2.20 | 1,078.00 |
| Salah,M. | 415.00 | 1.10 | 456.50 |
| Neitzel,K.N. | 350.00 | 18.40 | 6,440.00 |
| Pollard,C.P. | 310.00 | 20.20 | 6,262.00 |
| Maddox,M. | 270.00 | 0.50 | 135.00 |
| **Total Fees** | | **91.60** | **$43,308.50** |

**Total Current Charges:** $43,308.50