AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
Sara L. Brauner

*Counsel to The Official Committee of Unsecured
Creditors of Sears Holdings Corporation, et al.,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

DAGMARA KRASA-BERSTELL

1. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: One Bryant Park, New York, NY 10036.

2. I certify that on August 14, 2019, I caused a true and correct copy of the *Ninth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period of June 1, 2019 Through June 30, 2019* [ECF No. 4843], to be served via email on the parties listed on the annexed **Exhibit A**.

New York, New York

Dated: August 15, 2019

Dagmara Krasa-Berstell

# EXHIBIT A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Sears Holdings Corporation | Yohsin Y. Meghji | mmeghji@miiipartners.com |
| Weil, Gotshal, & Manges LLP | Ray C. Schrock<br>Jacqueline Marcus<br>Garrett A. Fail<br>Sunny Singh | ray.schrock@weil.com<br>jacqueline.marcus@weil.com<br>garrett.fail@weil.com<br>sunny.singh@weil.com |
| United States Trustee | Paul Schwartzberg<br>Richard Morrissey | Paul.schwartzberg@usdoj.gov<br>Richard.morrissey@usdoj.gov |
| Skadden, Arps, Slate, Meagher & Flom LLP | Paul D. Leake<br>Shana A. Elberg<br>George R. Howard | paul.leake@skadden.com<br>shana.elberg@skadden.com<br>george.howard@skadden.com |
| Fee Examiner | Paul E. Harner | harnerp@ballardspahr.com |
| Ballard Spahr LLP | Vincent J. Marriott<br>Tobey M. Daluz | marriott@ballardspahr.com<br>daluzt@ballardspahr.com |