**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>   DEBTORS | CHAPTER 11<br><br>**CASE NO: 18-23538 (RDD)**<br><br>JOINTLY ADMINISTERED |

**NOTICE OF APPEARANCE**

**COMES NOW**, Lee J. Rohn, Esquire of Lee J. Rohn and Associates, LLC and enters her appearance as counsel on behalf of Claimants, R.S., a minor child of Joanna Samuel, S.S., a minor child of Joanna Samuel, T.S., a minor child of Joanna Samuel, Juan Rosario, Aubain Scotland, Aquita Williams, Peter Archer, Lee J. Rohn and Richard Samuel, O'Rosia Figueroa in the above-captioned matter.

Please direct copies of all future pleadings, correspondence and other papers filed in this action to Lee J. Rohn, Esquire at 1101 King Street, Christiansted, St. Croix, U.S. Virgin Islands 00820.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: August 15, 2019        BY:   s/ *Lee J. Rohn*
                          Lee J. Rohn, Esq.
                          VI Bar No. 52
                          1101 King Street
                          Christiansted, St. Croix
                          U.S. Virgin Islands 00820
                          Telephone: (340) 778-8855
                          lee@rohnlaw.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**In re SEARS HOLING CORPORATION, ET AL, CASE NO 18-23538RDD,**
**Notice of Appearance**
Page 2

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on August 15, 2019, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF)

BY: ___s/ *Lee J. Rohn*___ (kc)