Lawrence W. Byrne
Pedersen & Houpt, P.C.
161 N. Clark Street, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 641-6888
Fax: (312) 641-6895

UNITED STATES BANKRUPTCY COURT
S O U T H E R N  DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                              Chapter 11
SEARS HOLDING,Corp.                                           Case No: 18-23538
                                   Debtor.
-----------------------------------------------------------X

# WITHDRAWAL OF PROOF OF CLAIM NO. 12025 FILED BY WILLIAM JUIRIS

William Juiris, by and through his attorneys, Pedersen & Houpt, P.C., hereby voluntarily withdraws his proof of claim, which has been designated as Claim No. 12025 on the claims register maintained in connection with the above-captioned case.

August 15, 2019

                                              Respectfully submitted,
                                              William Juiris

                                              By: /s/ Lawrence W. Byrne
                                                   One of his attorneys

Lawrence W. Byrne,
admitted *pro hac vice*
Pedersen & Houpt, P.C.
161 N. Clark Street, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 641-6888
Fax: (312) 641-6895

2

## CERTIFICATE OF SERVICE

    I, Kayla Cody, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim No. 12025 was filed electronically with the Court on August 15, 2019. Notice of this filing will be sent today to all parties receiving notice via the Court's electronic filing system, including counsel for the Debtors.

                                                Respectfully submitted

                                                By: /s/ Kayla Cody
                                                      Kayla Cody
                                                      Pedersen & Houpt, P.C.
                                                      161 N. Clark Street, Suite 3100
                                                      Chicago, Illinois 60601
                                                      (312) 641-6888