Hearing Date: August 16, 2019 at 10:00 am
Objection Deadline: August 2, 2019 at 4:00 p.m.

ANDERSON KILL P.C.
Mark D. Silverschotz
42nd Floor
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
msilverschotz@andersonkill.com
*Attorneys for Schumacher Electric Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### JOINDER OF SCHUMACHER ELECTRIC CORPORATION TO OBJECTIONS TO CONFIRMATION OF DEBTOR'S SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

docs-100191978.1

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Schumacher Electric Corporation, ("**Schumacher**"), by and through its counsel, Anderson Kill P.C., files this Joinder to Objections to Confirmation of Debtor's Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors (the "**Plan**"), as follows:

1. Schumacher timely filed its Proof of Claim No. 4097 in the total amount of $351,473.17 of which $73,699.51 is unsecured, and $277,773.66 is entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9).

2. In its capacity as the holder of an administrative claim herein, Schumacher joins in paragraphs 31 through 55, and paragraph 59 of the Objection filed by Whitebox Asymmetric Partners, LP, et al. [Doc. 4721]. Schumacher joins in the objections of other objecting administrative claimants, to the extent they are not inconsistent with the joinder above.

Dated: New York, New York
       August 16, 2019

                    Respectfully submitted,

                    /s/ Mark D. Silverschotz
                    Mark D. Silverschotz
                    ANDERSON KILL P.C.
                    Attorneys for Schumacher Electric Corporation
                    1251 Avenue of the Americas
                    New York, New York 10020
                    Tel: 212-278-1000
                    Fax: 212-278-1733
                    msilverschotz@andersonkill.com

docs-100191978.1

## CERTIFICATE OF SERVICE

I hereby caused a true and correct copy of the foregoing Joinder to be served upon the parties listed below via first class mail and ECF Notification on August 16, 2019.

/s/ Mark D. Silverschotz
Mark D. Silverschotz

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Ray C. Schrock
       Jacqueline Marcus
       Garret A. Fail
       Sunny Singh

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn:  Paul Schwartzberg

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn:  Ira Dizengoff
       Philip Dublin
       Sara Brauner