UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION

                   Debtor

Case No.: 18-23538RDD
Chapter 11

-------------------------------------------------------------x

                   Plaintiff

       v.

                   Defendant

Adversary Proceeding No.: _____

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Carl L. Grumer, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent 51st Street Fruitland Ave., LLC, a Lessor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 8/15/19
LOS ANGELES, ~~New York~~ CALIFORNIA

Carl L. Grumer

*Mailing Address*:

MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064
*E-mail address*: cgrumer@manatt.com
*Telephone number*: (310) 312-4149

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:
    SEARS HOLDINGS CORPORATION

                                   Debtor
-----------------------------------------------------------x

                                Plaintiff
                      v.

                                Defendant
-----------------------------------------------------------x

Case No.: 18-23538 (RDD)
Chapter 11

Adversary Proceeding No.: _____

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Carl L. Grumer_____, to be admitted, ***pro hac vice***, to represent 51st Street Fruitland Ave., LLC_____, (the "Client") a Lessor_____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California_____ and, if applicable, the bar of the U.S. District Court for the Central____ District of California_____, it is hereby

**ORDERED**, that Carl L. Grumer_____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE