David W. Dykhouse (dwdykhouse@pbwt.com)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel: (212) 336-2000
Fax: 9212) 336-2222

Thomas J. Flynn (tflynn@larkinhoffman.com)
LARKIN HOFFMAN DALY & LINDGREN, LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, Minnesota 55437-1060
Tel: (952) 835-3800
Fax: (952) 896-3333

*Attorneys for MOAC Mall Holdings LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

## LIST OF AGREED EXHIBITS
## REGARDING ASSUMPTION AND ASSIGNMENT OF THE MOAC LEASE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The above captioned Debtors, MOAC Mall Holdings LLC ("MOAC"), and Transform Holdco LLC ("Buyer"), for itself and on behalf of its affiliate Transform Leaseco LLC ("Transform Leaseco"), agree and stipulate to the admissibility, but not necessarily the accuracy, reliability, or relevance, of the following exhibits only regarding the Debtors' request to assume and assign the lease identified in this matter with Store No. 1722 (the "MOAC Lease") to Transform Leaseco.

**Buyer's Exhibits:**

| EXHIBIT NO. | DESCRIPTION | NOTES |
| --- | --- | --- |
| Buyer - A | Mall of America: By the Numbers | As filed as Exhibit A to ECF No. 4454. |
| Buyer – B | Spring 2017 Map + Directory | As filed as Exhibit B to ECF No. 4454. |
| Buyer – C | Relevant Portions of the Lease, REA, and Option Agreement | As filed as Exhibit C to ECF No. 4454. |
| Buyer - D | CPI Inflation Calculator, Bureau of Lab. Stats., https://www.bls.gov/data/inflation_calculator.htm | As filed as Exhibit D to ECF No. 4454. |

**MOAC Exhibits:**

| EXHIBIT NO. | DESCRIPTION | NOTES |
| --- | --- | --- |
| 1-MOAC | MOAC Lease | As filed in ECF No. 3927 at 8–88. |
| 2-MOAC | Option to Lease Third Floor ("Third Floor Addendum") | As filed in ECF No. 3927 at 90–96. |
| 3-MOAC | Amended and Restated Reciprocal Easement and Operating Agreement ("MOAC REA") | As filed in ECF No. 4451 at 59–309. |
| 4-MOAC | MOAC Proof of Claim, dated April 9, 2019 | |

| | | |
|---|---|---|
| 5-MOAC | MOAC Lease Cure Amount Summary ("MOAC Cure Summary") | Underlying records available upon request, pursuant to FRE 1006. |
| 6-MOAC | Debtor's Objections and Responses to MOAC Mall Holding LLC's Requests for Admissions from the Debtor ("Debtor IROG Responses") | |
| 7-MOAC | Form 10-K for Sears, Roebuck and Co., for 1991 (ending December 31, 1991) ("Sears 1991 10-K") | |
| 8-MOAC | Form 10-Q for Sears, Roebuck and Co., for the second quarter of 1991 (ending June 30, 1991) ("Sears 10-Q 2Q1991") | |
| 9-MOAC | Debtor's Objections and Responses to MOAC Mall Holding LLC's Requests for Admissions from the Debtor ("Debtor's Admissions") | |
| 10-MOAC | MOAC Mall Holding LLC's Requests for Admission from Transform Holdco LLC (with service email) ("Transform RFA") | |
| 11-MOAC | Letter from Transform, dated July 26, 2019, with objection and responses to MOAC's discovery requests ("Transform's Discovery Responses") | |
| 12-MOAC | Confidential Financials from Transform ("Transform Financials") | |
| 13-MOAC | Selected email correspondence, dated May 30 to June 3, 2019 | As filed in ECF No. 4451 at 56–57. |
| 14-MOAC | Form 10-K for Sears Holdings Corporation for 2017 (ending February 3, 2018) ("Sears 2017 10-K") | |
| 15-MOAC | Form 10-Q for Sears Holdings Corporation for the second quarter of 2018 (ending August 4, 2018) ("Sears 10-Q 2Q2018") | |
| 16-MOAC | Transform Holdco LLC's [Confidential] Omnibus Reply in Support of Assumption and Assignment of Designated Leases | Confidential version of ECF No. 3654. |

The Debtors, MOAC, and Transform reserve the right:

(a) To offer any other documents, records, demonstrative exhibits, or other evidence as exhibits based on the testimony and evidence offered at the evidentiary hearing including for the purposes of rebuttal or impeachment;

(b) To offer any exhibits listed on the exhibit lists of any party to the hearing, but without stipulation or waiver as to the accuracy or reliability of such exhibits;

(c) To offer any document filed in the Debtors' chapter 11 case;

(d) To offer any rebuttal evidence not listed above, to make reference to material not listed above for the purposes of impeachment, and submit any other evidentiary material that would otherwise be permitted by the applicable rules or law.

[Remainder of the page intentionally left blank.]

Dated: August 16, 2019

| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP** | **DLA PIPER LLP (US)** |
| By: */s/ Jacqueline Marcus* | By: */s/ R. Craig Martin* |
| Jacqueline Marcus<br>767 Fifth Avenue<br>New York, MN 10153<br>Telephone (212) 310-8000 | Richard A. Chesley<br>Rachel Ehrlich Albanese<br>R. Craig Martin<br>1251 Avenue of the America<br>New York, NY 10020<br>Telephone: (212) 335-4500 |
| *Counsel for the Debtors and Debtors-in-Possession* | *Counsel for the Buyer* |

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Jacqueline Marcus*

Jacqueline Marcus
767 Fifth Avenue
New York, MN 10153
Telephone (212) 310-8000

*Counsel for the Debtors and Debtors-in-Possession*

**DLA PIPER LLP (US)**

By: */s/ R. Craig Martin*

Richard A. Chesley
Rachel Ehrlich Albanese
R. Craig Martin
1251 Avenue of the America
New York, NY 10020
Telephone: (212) 335-4500

*Counsel for the Buyer*

**LARKIN HOFFMAN**

By: */s/ Thomas J. Flynn*

Thomas J. Flynn
Alex Beeby
8300 Norman Center Drive
Suite 1000
Minneapolis, MN
Telephone: (952) 896-3362

*Counsel to the Landlord*

4839-2418-0896, v. 1