DLA PIPER LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Telephone: (212) 335-4500
Richard A. Chesley
Rachel Ehrlich Albanese
R. Craig Martin
*Attorneys for Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re                                                         :
                                                              :   Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                           :
                                                              :   Case No. 18-23538 (RDD)
                                                              :
         Debtors.                                             :   (Jointly Administered)
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, R. Craig Martin, do hereby certify that on August 16, 2019, I caused a true and correct copy of the foregoing *Transform Holdco LLC's Supplemental Reply and Cross-Motion to: (A) Strike MOAC Mall Holdings LLC's Fourth Supplemental (I) Objections and Reply to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases, and (II) Objection to Debtor's Stated Cure Amount; and (B) Permit Late Filed Responses to Requests for Admission* to be served on the parties listed on the attached service list via the method indicated.

Dated: August 16, 2019                    */s/ R. Craig Martin*
New York, New York                        DLA PIPER LLP (US)
                                          1251 Avenue of the Americas
                                          27th Floor
                                          New York, NY 10020
                                          Telephone (212) 335-4500
                                          Richard A. Chesley
                                          Rachel Ehrlich Albanese
                                          R. Craig Martin

                                          *Attorneys for Transform Holdco LLC*

EAST\168766867.1

## SERVICE LIST

**Via Hand Delivery**
The Honorable Judge Robert D. Drain
United States Bankruptcy Court
 for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Via First-Class Mail**
Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

*The Debtors*

**Via Hand Delivery**
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

*Attorneys for the Debtors*

**Via Hand Delivery**
Office of the United States Trustee
 for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

**Via Hand Delivery**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
4 Times Square
New York, NY 10036

*Attorneys for Bank of America, N.A., Administrative Agent under the First Lien Credit Facility and the DIP ABL Agent*

**Via Hand Delivery**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

*Attorneys for Citibank, N.A., as Administrative Agent under the Stand-Alone L/C Facility*

**Via Hand Delivery**
Cleary, Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY 10006

*Attorneys for JPP, LLC, as Agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility*

**Via Hand Delivery**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
101 Park Avenue
New York, NY 10178

*Attorneys for Computershare Trust Company, N.A., as Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes*

EAST\168766867.1

**Via Hand Delivery**
Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018

*Attorneys for Wilmington Trust, National Association, as Indenture Trustee for the Second Lien Notes*

**Via First-Class Mail**
Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606

*Attorneys for the Pension Benefit Guaranty Corporation*

**Via First-Class Mail**
Larkin Hoffman
Attn: Thomas J. Flynn
Alexander J. Beeby
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55437

*Attorneys for MOAC Mall Holdings LLC*

**Via Hand Delivery**
Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015

*Attorneys for The Bank of New York Mellon Trust Company, as Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes*

**Via Hand Delivery**
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

*Attorneys for the Official Committee of Unsecured Creditors*

**Via First-Class Mail**
Patterson Belknap Webb & Tyler, LLP
Attn: David W. Dykhouse
1133 Avenue of the Americas
New York, NY 10036-6710

*Attorneys for MOAC Mall Holdings LLC*

EAST\168766867.1