David W. Dykhouse (dwdykhouse@pbwt.com)
PATTERSON BELKNAP WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel:  (212) 336-2000
Fax:  9212) 336-2222

Thomas J. Flynn (tflynn@larkinhoffman.com)
LARKIN HOFFMAN DALY & LINDGREN, LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, Minnesota 55437-1060
Tel:  (952) 835-3800
Fax:  (952) 896-3333

*Attorneys for MOAC Mall Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors.[1] |  |

### DECLARATION OF LOUIS W. FRILLMAN
### IN OPPOSITION TO THE PROPOSED
### ASSUMPTION AND ASSIGNMENT OF THE MOAC LEASE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows:  Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

**Louis W. Frillman** declares as follows of his personal knowledge:

**Background and Qualifications**

1. My name is Louis W Frillman, and I am President of Marquette Advisors, a national real estate consulting firm with offices in New York, Minneapolis, and Seattle.

2. I have practiced since 1975 in all areas of real estate practice including the acquisition, disposition, asset management, development, leasing, sale, financing, and valuation of industrial, commercial, retail, and residential properties, including all types of income-producing real estate.

3. I am a designated member of the following professional real estate groups; (FRICS) Fellow, Royal Institute of Chartered Surveyors, (CRE) Member, Counselors of Real Estate, and (MAI) Member, Appraisal Institute. I hold a Bachelor's Degree in Finance from the University of St. Thomas, St. Paul, MN.

4. Marquette Advisors has a specialty, among other facets, in the retail real estate business. Marquette has executed engagements in the past 15 years on over $15 billion in retail real estate investments, primarily urban retail, regional, and mega malls.

5. As a result, I work regularly on varied projects involving retail real estate investments across the United States.

6. Marquette's predecessor company, Marquette Partners, managed and asset managed over 45.0 million square feet of investments across the United States, of which 38.0 million square feet was retail. I was Executive VP of Asset Management for that company's asset management operations. That included centers from the east coast to Hawaii and numerous states in between. Some of those locations included Washington DC, Florida, Georgia, Tennessee, Illinois, Minnesota, Wisconsin, Texas, California, Washington, and Hawaii, among others.

7. I have been engaged on a variety of projects at the Mall of America over the past 15 years and am intimately familiar with leasing, operations, planning and programming, expansion planning, literally all activities ongoing in connection with the Mall of America's ongoing operational activities.

8. I have testified in numerous jurisdictions throughout the United States, Including Federal Bankruptcy Court in Minnesota, and NJ. I have not published any articles in the past 10 years.

9. For my work in connection with this engagement, I am being compensated on an hourly basis, plus reimbursement of my expenses. My current hourly rate is $550 per hour.

**Materials and Information Considered and Relied Upon**

10. I have reviewed a variety of materials in connection with this engagement including but not limited to the following:

- History of Sears Roebuck & Co, and Sears Holding Company
- Financial history and operating performance of Sears 1991-2004
- Stock market performance of Sears Roebuck and Sears Holding stock both before and after the acquisition-merger with The K-Mart vehicles, 1970-2019.
- 10-K SEC Report, Sears Roebuck & Co, for fiscal year ended Dec 31, 1991
- 10-Q SEC Report, Sears Roebuck & Co, for quarter ended June 30, 1991
- 10-K SEC Report, Sears Holding Corporation, for fiscal year ended Feb 3, 2018
- Transform Holdco Response to Discovery Request 7-26-19
- Original Sears Lease and other MOA lease data
- Debtor Response and Objections to MOAC Mall 7-2-19
- Riecker Declaration with Exhibits 5-6-2019
- Transform Omnibus Reply 5-2-19
- Transform Holdco Transmission to Additional Assigned Agreements 4-26-19

**Summary of Opinions**

11. After review of the confidentially provided Transform statements, and other documents, and based on my experience, I submit the following primary conclusions;

- **No evidence whatsoever has been provided to the Court that** supports the thesis that Transform's "financial condition" or "operating performance" is similar to or better than what Sears Roebuck & Co "financial condition" or "operating performance" was when the base lease at Mall of America was entered into in 1991.

3

- **It is demonstrable that the Transform "financial condition" or "operating performance" is not similar** to or better than what Sears Roebuck & Co "financial condition" or "operating performance" was when the base lease at Mall of America was entered into in 1991.

**Adequacy of Evidence of Financial Condition and Operating Performance Provided by Transform and Sears**

12. No evidence whatsoever has been provided to the Court that supports the thesis that Transform's "financial condition" or "operating performance" is similar to or better than what Sears Roebuck & Co "financial condition" or "operating performance" was when the base lease at Mall of America was entered into in 1991.

13. The Mall of America is the most successful super mall in North America. Since opening in 1992, it has historically had a visitation of over 40.0m people every year, and sales well over $1b. The demand for space in the (under development) Mall of America at the time of development was intense; and I was very aware of this as our company, Marquette Partners, managed 2 of the 4 regional malls in the Twin Cities at that time; Southdale and Ridgedale.

14. At the time of the development of the MOA, (1991) Sears Roebuck was one of the premier retailers in the United States. Originally a combined retail and catalog business (similar to online Amazon today) Sears was a diversified business in 1991 containing:

- **Sears Merchandise Group**, Retail stores throughout the US and Canada (3,000+)
- **Allstate Insurance**, a property and casualty national insurance business
- **Dean Witter**, a securities business
- **Coldwell Banker**, a development, management, brokerage, and investment real estate business

15. Sears was a diversified and dominant going concern that had:

- 1,800+ retail stores and diversified business base
- 100 year successful history of maintaining and growing operations
- Annual Consolidated Sales of $32 Billion

4

- Annual Net Earnings of $1.2B +
- Shareholder Equity of $14B +
- Market Capitalization of $5.428 B.
- Total Assets $38.6B

16. A comparison of these features to Transform follows:

| Comparison of Financial Condition and Operating Performance Sears Roebuck - 1991 (CPI Adjusted) vs Transform- 2019 | | | | |
|---|---|---|---|---|
| Category | Sears | Transform | | Comments |
| Financial Metrics | | Closing | Projected 2019 | |
| Total Sales | $59.3 B | | | Sears adjusted for CPI inflation, 28 yrs |
| Net Income | $2.4B | | Not Provided | Sears adjusted for CPI inflation, 28 yrs |
| Total Assets | $70.5 B | | | |
| Total Debt | $33.3 B | | | Sears adjusted for CPI inflation, 28 yrs |
| Market Cap | $10.06 B | | | Sears adjusted for CPI inflation, 28 yrs |
| Shareholder Equity | $25.9 B | | | Sears adjusted for CPI inflation, 28 yrs Transform Equity Includes Value Adj For |
| Operating Performance | | | | |
| Publicly Traded Going Concern | Yes | No | No | Not operating |
| Proven Executive Leadership | Yes | None | None | |
| Store Count | 1,800 + | 425 | 425 | |
| History of Success | Yes | None | None | |
| Sales Per Store | $32,777,000 | | | |
| Includes Diversified Businesses | Yes | No | No | |
| Compiled by Marquette Advisors | | | | |

17. There is no business plan presented in the evidence we have studied and or provided that would lead one to conclude that the Transform plan has any viability whatsoever. Whether or not a plan was presented to the various lenders involved in presenting varied credit facilities is an open question; any plan that would lead one to conclude that Transform can "transform" into a going concern is absent from the written record.

18. Statements like this were presented repeatedly in various filings, below is from the Riecker affidavit:

> Transform intends to continue to operate Sears with a smaller footprint of approximately 425 stores, with a goal of leveraging a synergistic network and interdependent ecosystem across numerous business segments. Ex B at 2. In addition to the footprint, Transform owns

5

related real estate interest and significant lines of businesses. Exhibit B at 2.

See Riecker Affidavit ¶ 14.

19. When one goes to the referenced Exhibit B, it is unclear what on page 2 is intended to support this claim. The only financial exhibit in Exhibit B is very limited and really reveals nothing about their business plan. Nonetheless, one key aspect is that the various lines of credit and loans total approximately ██████. Limited asset numerics are reported in the available documents, and there are no underlying values or valuations provided. **No evidence whatsoever has been provided to the Court** that supports the thesis that Transform's "financial condition" or "operating performance" is similar to or better than what Sears Roebuck & Co "financial condition" or "operating performance" was when the base lease at Mall of America was entered into in 1991. It should be noted that an increase in stated Transform equity, ██████████ is added to equity with the following footnote;

████████████████████████████████████████████████████████████

████████████████████████████

With no analysis, this indicates that the Transform group (or Valuation experts they employed) believes that their assets ████████████████████████████████

20. Furthermore, the financial information provided by Transform and Sears contains numerous disclaimers of its accuracy and reliability. For example, the purported "adequate assurance information" containing projections of Transform's future revenue, EBITA, operating cash flow, and excess availability contains the following boxed disclaimer language:

> Transform and its representatives make **no representation or warranty as to the accuracy, completeness or reasonableness** of the information herein. This letter includes projections, forecasts or other forward-looking statements with respect to Transform and **there can be no assurance as to Transform's or the Company's future**

**performance**. . . . This letter **is not intended to provide the basis for any decision** on any transaction. (emphasis added).

21. It is incongruous to present information as purportedly providing adequate assurance of future performance while simultaneously disclaiming the accuracy and reliability of the same information, as Transform and Sears have done here.

**Comparison of Financial Condition and Operating Performance of Transform to Sears in 1991**

22. As discussed above, the limited and unreliable financial information provided by Sears and Transform cannot be reasonably relied upon to provide adequate assurance of Transform's financial condition and operating performance. However, even if the information was considered for this purpose, it merely demonstrates **that the Transform "financial condition" or "operating performance" is not similar** or better than what Sears Roebuck & Co "financial condition" or "operating performance" was when the base lease at Mall of America was entered into in 1991.

(Remainder of page intentionally left blank.)

23. Analyzing the above statement is readily available in the chart presented, and repeated here.

| Comparison of Financial Condition and Operating Performance Sears Roebuck - 1991 (CPI Adjusted) vs Transform- 2019 | | | | |
|---|---|---|---|---|
| Category | Sears | Transform | | Comments |
| Financial Metrics | | Closing | Projected 2019 | |
| Total Sales | $59.3 B | | ▮ | Sears adjusted for CPI inflation, 28 yrs |
| Net Income | $2.4B | | Not Provided | Sears adjusted for CPI inflation, 28 yrs |
| Total Assets | $70.5 B | ▮ | ▮ | ▮ |
| Total Debt | $33.3 B | | | Sears adjusted for CPI inflation, 28 yrs |
| Market Cap | $10.06 B | ▮ | ▮ | Sears adjusted for CPI inflation, 28 yrs |
| Shareholder Equity | $25.9 B | ▮ | ▮ | Sears adjusted for CPI inflation, 28 yrs |
| | | | | Transform Equity Includes Value Adj For ▮ |
| Operating Performance | | | | |
| Publicly Traded Going Concern | Yes | No | No | Not operating |
| Proven Executive Leadership | Yes | None | None | |
| Store Count | 1,800 + | 425 | 425 | |
| History of Success | Yes | None | None | |
| Sales Per Store | $32,777,000 | ▮ | ▮ | |
| Includes Diversified Businesses | Yes | No | No | |
| *Compiled by Marquette Advisors* | | | | |

24. ***Financial Condition:*** I have reviewed and analyzed the financial condition of both Transform today and Sears in 1991, adjusted for CPI inflation. Transform's financial condition is significantly worse when compared to that of Sears in 1991 adjusted to today. It cannot be reasonably characterized as "similar." The basis for this finding includes, but is not limited to, the following:

- Total sales for Sears at 1991 adjusted to today were a solid predictable $59.3 Billion. Total sales for Transform are non-existent at closing and projected sales are speculative given the vast diminution in the value of the Sears brand that has occurred as a result of the operating circumstances 2005-2019.

- Total net income for Sears at 1991 adjusted to today were a solid predictable $2.4 Billion. Total net income for Transform is non-existent at closing and projected net income is 100% speculative given the vast diminution in the value of the Sears brand that has occurred as a result of the operating circumstances 2005-2019.

- Total assets for Sears at 1991 adjusted to today were $70.5 B, with no stated impairments. The stated asset value totals have been given by Transform at ▮

8

including Merchandise Inventory, Accounts Receivable and Property with no backup. A note to the file adds ▮▮▮ to the balance sheet equity as an addition because a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Conversely, Sears owned significant assets outside the operating business including the Sears Tower, the tallest skyscraper in Chicago at that time. The asset base for Transform leaves numerous open questions, and is not close to comparable to 1991 Sears, adjusted to today.

- Total debt for Sears at 1991 adjusted to today was a manageable $33B, compared to Transform total debt at ▮▮▮, which must be considered high risk in light of all other factors, especially since there is currently no Sears going concern.

- The stock market cap at $10 Billion for Sears 1991 adjusted to today compares to no public market for Transform at this time.

25. **_Operating Performance_**. I have also reviewed and analyzed the operating performance of both Transform today and Sears in 1991 adjusted to today. Based on virtually any method of analysis, the two cannot be considered "similar." Transform's predicted operating performance is significantly worse when compared to that of Sears in 1991 adjusted to today. The basis for this finding includes, but is not limited to, the following:

- Sears was a highly recognized, publicly traded going concern in 1991. Transform does not have and has not demonstrated either the management skills or the operational asset base to enable them to do so.

- Two of the three stated Executive Leadership of Transform, and the CFO have been with Sears Holding since 2005 or earlier, during the exact period when Sears Roebuck was merged with Kmart and then presided over a 99% loss in shareholder value, culminating in Bankruptcy in October 2018. Based on the immediate history of the Company, there is no evidence that this team can create a going concern from the remnants of Sears when they were on the executive team that presided over a financial and operating disaster.

- The Transform leadership has stated in various filings that the smaller footprint will enable them to be profitable. First, store count reduction does not guaranty anything. Second, the sales per store in Transform's projections are only ▮▮▮▮▮▮ per store to Sears 1991 adjusted to today performance of $32,777,000 per store with a smaller and completely undiversified asset base, i.e., no Allstate, Dean Witter, Coldwell Banker. The licensed sales of various hard good lines are not sufficient to offset this lack of diversification. Third, a business plan that would enable some analysis of viability would include a review of what caused the failure of Sears, a detailed examination of which stores would remain and why, coupled with a

9

projection of product categories to be carried and a demonstration of how new "Sears" would compete in today's retail environment.

- There is not only no history of success rooted in the Transform brand and leadership team, but immediate evidence that the team and Sears brand cannot compete in a retail environment that, as a result of a combination of competitive forces and changes, has eliminated Sears as a viable and valuable retail brand in America.

**Conclusion**

26. For the reasons described above, it is my conclusion to a reasonable degree of certainty that the evidence presented by Transform and Sears to purportedly demonstrate adequate assurance that Transform's financial condition and operating performance will be similar to that of Sears in 1991 is insufficient to do so. It is incomplete, and contains express disclaimers of its reliability for the very purpose that it is being offered.

27. Furthermore, for the reasons described above, it is my conclusion to a reasonable degree of certainty that the evidence presented by Transform and Sears, if considered for its intended purpose, in fact demonstrates that the financial condition and operating performance of Transform will be significantly worse than that of Sears in 1991.

28. The Transform financial condition and operating performance as projected and suggested does not meet the standard of being similar or better to that of Sears 1991. To suggest otherwise is simply demonstrably inaccurate.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on August 16, 2019 in Minneapolis, State of Minnesota.**

*/s/ Louis W. Frillman*

**Louis W. Frillman**
**Marquette Advisors**

10

# PROFESSIONAL QUALIFICATIONS OF
# LOUIS W. FRILLMAN

*President*
MARQUETTE ADVISORS

Louis W. Frillman has been engaged in the real estate business nationwide since March 1975.  During this time, he has developed skills in all areas of real estate practice including the acquisition, disposition, asset management, development, leasing, sale, financing, and valuation of industrial, commercial, and residential properties, including all major types of income-producing real estate.   Currently, Mr. Frillman is President of Marquette Advisors, a national commercial real estate consulting firm.

Marquette Advisors currently operates a national real estate counseling practice with offices in Minneapolis Seattle, and New York.  Marquette provides comprehensive solutions to complex real estate problems and is practiced at managing and overseeing large real estate consulting projects nationwide. Mr. Frillman formerly was Executive Vice President of Marquette Partners, a 490-employee firm that managed and oversaw 45 million sq. ft. of investment properties of all types, including primarily regional and community shopping centers nationwide, (38.0m sf)  and also office properties and industrial investment and corporate portfolios. He was EVP for asset management of that firm's investment portfolio, and designed and directed all asset strategies.

Mr. Frillman has completed counseling assignments dealing with significant decisions regarding real property utilized for real estate tax petitions, market feasibility and absorption analysis studies, valuations and disposition of major business properties, and investment analyses for acquisition of property by investors of all types.  Geographically, he has been active in providing counsel on complex property issues with no boundary limitations for over 35 years.  He has completed projects in every state in the USA, Europe, the UK, Bermuda, Hawaii, Canada, Mexico, the Caribbean, and parts of Central America.

He has overseen and directed the development of all types of income producing properties, (Office, retail, warehouses, apartments) and in addition, has developed single-family custom housing, and land for further residential and commercial development.  Mr. Frillman has provided counsel to real estate buyers, sellers, investors and lenders concerning virtually all types of individually owned real estate, and portfolios, worldwide.

Mr. Frillman is a frequent guest lecturer at real estate conventions throughout the United States.

Mr. Frillman is a member of the American Society of Real Estate Counselors, (CRE) the real estate counseling affiliate of the National Association of Realtors.  He is an elected member of the Appraisal Institute, (MAI) has served on the MAI Demonstration Appraisal Reports Committee nationally, and was a member of the Board of Directors for the local Institute Chapter as well as on the local admissions committee.  He has also served as Chairman of the Candidate Guidance Committee.

He is an invited member of both the Real Estate Counselors (CRE) and Lambda Alpha, the international Land Economics Fraternity. And finally, he is a (invited) Fellow (FRICS) of the Royal Institute of Chartered Surveyors, the most highly recognized real estate professional society in the world.

In 1973, Mr. Frillman graduated from the University of St. Thomas with a Bachelor of Arts Degree in Finance. He has completed all courses relating to earning and maintaining real estate valuation designations, licenses, and brokerage licenses, in multiple states.  Mr. Frillman regularly attends professional educational seminars and has completed courses in a variety of related subjects including market feasibility analysis, syndication structure and analysis, subdivision development, the valuation of industrial real estate, the valuation of multiple-family properties, analysis of deminimus PUDs, methods of joint venture financing, valuation of business enterprises, and others.

In addition to attending courses in real estate, Mr. Frillman has lectured and taught real estate valuation in varied venues and has been a guest lecturer at numerous continuing education seminars for the Law Board, NAIOP, American Society of Real Estate Counselors, and CORENET.

Mr. Frillman is a licensed and bonded real estate broker in the State of Minnesota and is an affiliate member of the National Association of Industrial and Office Parks (NAIOP), and has served on multiple committees of that association.  He has also served as judge for the NAIOP "Awards of Excellence". He is also a licensed real estate appraiser in the State of New York, and holds temporary practice permits as required throughout the US.

His community activities include having been a full member of the Greater Minneapolis Board of Realtors, a member of the Urban Land Institute, a member of the National Trust for Historic Preservation, the Ramsey County Historical Society, the Ramsey Hill Association, and the Riverfront Development Committee of the Downtown Council of Minneapolis.

His charitable activities include eight years as a board director of Catholic Charities for the Elderly.  In that capacity, he served as the Development Coordinator of Marian Center, a skilled care and assisted living care facility. He was responsible for coordinating all aspects of development including facility design and review, construction management, marketing programming, and ongoing management supervision. He continues to serve a multiplicity of other charitable institutions in varied capacities.

Currently, he resides at 1661 Harbor Avenue SW, Seattle, Washington.  He and his wife maintain a pied' a tierre at 459 Portland in St. Paul, Minnesota. Mr. Frillman is married to the former Carol A. Motsinger, and has four children.

4811-6446-5057, v. 2

13