David W. Dykhouse (dwdykhouse@pbwt.com)
PATTERSON BELKNAP WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel: (212) 336-2000
Fax: 9212) 336-2222

Thomas J. Flynn (tflynn@larkinhoffman.com)
LARKIN HOFFMAN DALY & LINDGREN, LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, Minnesota 55437-1060
Tel: (952) 835-3800
Fax: (952) 896-3333

*Attorneys for MOAC Mall Holding LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2019, a true and correct copy of the following

documents were filed and served electronically via CM/ECF on all those registered to received

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

notices in this case and, on August 19, 2019, via U.S. Mail on the parties listed on the attached service list, pursuant to the Amended Order Implementing Certain Notice and Case Management Procedures [Doc. No. 405]:

1.Motion of MOAC Mall Holdings LLC's for Leave to File under Seal Its Declaration of Louis W. Frillman in Opposition to the Proposed Assumption and Assignment of the MOAC Lease with attached Exhibit A of the proposed order granting the same;

2.Certificate of No Objection to Motion of MOAC Mall Holdings LLC's for Leave to File under Seal Its Declaration of Louis W. Frillman in Opposition to the Proposed Assumption and Assignment of the MOAC Lease; and

3.Certificate of Service.

Dated: August 18, 2019/e/ Gina M. Rice
Bloomington, MinnesotaGina M. Rice, Legal Assistant
Larkin, Hoffman, Daly & Lindgren, Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota  55437-1060
(952) 835-3800

4847-1992-6689, v. 1

## Service List

Chambers of the Honorable Judge
Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Debtors
C/o Sears Holdings Corporation
Attn: Stephen Sitley, Esq. and
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, Illinois 60179

Weil, Gotshal & Manges, LLP
Attn: Ray C. Schrock, P.C.; Jacqueline
Marcus, Esq.; Garret A. Fail, Esq.; and
Sunny Singh, Esq.
767 Fifth Avenue
New York, New York 10153
*Attorneys for Debtors*

Locke Lord, LLP
Attn: Brian Raynor, Esq.
111 South Wacker Drive
Chicago, Illinois 60606
*Attorneys for the Pension Benefit Guaranty Corporation*

Office of the United States Trustee for Region Two
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014

Kelley, Drye & Warren, LLP
Attn: Eric R. Wilson, Esq.; Benjamin D. Feder, Esq.; and T. Charlie Liu, Esq.
101 Park Avenue
New York, New York 10178
*Attorneys for Computershare Trust Company, N.A., as Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes*

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Paul D. Leake, Esq.; Shana A. Elberg, Esq.; and George R. Howard, Esq.
Four Times Square
New York, New York 10036
*Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent*

Seyfarth Shaw, LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, New York 10018
*Attorneys for the Wilmington Trust, National Association, as Indenture Trustee for the Second Lien Notes*

Davis, Polk & Wardell, LLP
Attn: Marshall S. Huebner, Esq., and
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, New York 10017
*Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility*

Carter, Ledyard & Milburn, LLP
Attn: James Gadsden, Esq.
Two Wall Street
New York, New York 10015
*Attorneys for the Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes*

Cleary Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, New York 10006
*Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility*

Akin, Gump, Strauss, Hauer & Feld, LLP
Attn: Philip C. Dublin, Esq.; Ira Dizengoff, Esq.; and Sara Lynne Brauner, Esq.
One Bryant Park
New York, New York 10036

4847-1992-6689, v. 1