# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDING CORPORATION | § | Case No. 18-23538 |
| | § | |
| | § | |
| Debtor. | § | |

## WITHDRAWAL OF THE TEXAS TAXING AUTHORITIES' OBJECTION TO THE CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P. O. Box 1269, Round Rock, Texas 78680, is the attorney for the Texas Taxing Authorities, and is authorized to Withdraw the foregoing Objection on behalf of the Claimant.

2. Therefore, The Texas Taxing Authorities withdraw their claim against the Debtors as all concerns have been addressed.

Dated: August 19, 2019

    Respectively Submitted,

    **MCCREARY, VESELKA,**
    **BRAGG & ALLEN, P. C.**
    *Attorneys for Texas Taxing*
    *Authorities*
    P. O. Box 1269
    Round Rock, TX 78680-1269
    Phone: (512) 323-3200

    */s/ Tara LeDay*
    Tara LeDay TX 24106701
    Phone: (512) 323-3241
    Email: tleday@mvbalaw.com

**TEXAS TAXING AUTHORITIES WITHDRAWAL OF OBJECTION**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 19, 2019, a true and correct copy of the foregoing Withdrawal of Objection was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, White Plains Division.

                                              */s/ Tara LeDay*
                                              Tara LeDay