**Exhibit B**



Wealth Management

August 1, 2019

Regarding:    Henry Shahery

This letter shall serve as verification that as of this date Mr. Henry Shahery currently has immediate access to liquid funds in the amount of $25,000,000 which includes a $15,000,000 line of credit with us. He has handled all of his credit transactions at Comerica Bank as agreed; keeping all of his obligations to Comerica Bank and making all payments promptly. Mr. Shahery has been a valued client of Comerica Bank since July 2003 and has been a valued client of mine for over twenty years.

Please feel free to contact me at 310.712.6743 if you have any questions or require additional information.

Sincerely,

D. Gavin Perdue
Group Manager