**Exhibit E**

## Grumer, Carl

| | |
|---|---|
| From: | saulreiss@verizon.net |
| Sent: | Thursday, August 15, 2019 1:48 PM |
| To: | 'Marcus, Jacqueline'; Duran, Robert; Grumer, Carl; henry@hshmanagement.net; 'Gigi' |
| Cc: | 'Hwang, Angeline'; 'Seales, Jannelle'; 'Barron, Shira'; wgallagher@miiipartners.com; nzatzkin@miiipartners.com; 'Lewitt, Alex' |
| Subject: | RE: In Re Sears Holding |

Dear All,
   Please see my additional responses on behalf of Mr. Shahery.
Thank you for the copy of the LSA. However, as discussed on the phone yesterday, we require additional information about Mr. Shahery's financial status. The one page Comerica letter implies that Mr. Shahery has substantial assets on hand at the bank, but he also has substantial liabilities to the bank. We cannot learn anything more about Mr. Shahery's financial condition from the letter alone. Accordingly, please provide personal financial statements showing Mr. Shahery's general financial condition for the past two years. As you know, the rent under the lease is $700 per month. Rather than provide additional financial information, Mr. Shahery has offered to provide 51st Street Fruitland Avenue LLC (the "Landlord") with a deposit in the amount of one year's rent, or $8,400. We believe that the proposed deposit should be more than enough to provide comfort to the Landlord.

Also, we note that under the LSA Mr. Shahery is permitted to assign the LSA, in some cases without "seller's" consent. Please advise whether Mr. Shahery intends to assign the LSA at or prior to the closing and, if so, provide the name and address of the proposed assignee(s) and state the relationship of the assignee(s) to Mr. Shahery. Please provide financial statements for any proposed assignee(s) for the past two years. We do not know of any plans by Mr. Shahery to assign the LSA to any other entity. Saul Reiss, Mr. Shahery's attorney, can comment further. **There is no intention to assign the LSA to any other person or entity.**

Thank you also for the certificates of insurance. We note that the certificates evidence the debtor's insurance, not Mr. Shahery's. Please provide a certificate of insurance evidencing Mr. Shahery's compliance with the insurance provision of the parking lot lease. I believe that we have Mr. Shahery's certificate of insurance; we will send it under separate cover.

Please describe Mr. Shahery's intended use of the premises and state whether Mr. Shahery will use or store any Hazardous Substances (as defined in the Parking Lot Lease) on the premises. I defer to Mr. Reiss on this question. **There will be no storage of any Hazardous Materials on the property. It will be used only for purposes permitted in the Parking Lot Lease. Obviously, petroleum products contained in vehicles parked on the lot will remain.**

Finally, please advise whether and when payment was made of the undisputed cure amount (as specified in Exhibit 1 to the proposed order re assumption of the Vernon leases). As I mentioned, 51st Street Fruitland Ave., LLC does not have a record of receipt. We did make arrangements to resend the August rent to the correct address. Please confirm that the Landlord has received it. We are looking into the undisputed cure amount listed on the notice of assumption. We believe that there may have been an error on the amount because, given that the lease payment is only $700 per month, we can't imagine how the prepetition defaults could have been $24,000. Of course, if we determine that the amount is less, the Landlord would have the right to dispute the amount. We hope to have an answer for you in the next day or so.

*Saul Reiss*

1

Law Offices of Saul Reiss
**A professional corporation**
2800 28th Street, Suite 328
Santa Monica, California 90405-6201
Telephone (310) 450-2888
Facsimile (310) 450-2885
E-Mail reisslaw@verizon.net
**Saul Reiss**
saulreiss@verizon.net
Cellular 310-709-2841

**From:** Marcus, Jacqueline <jacqueline.marcus@weil.com>
**Sent:** Thursday, August 15, 2019 4:10 AM
**To:** Duran, Robert <RDuran@manatt.com>; Grumer, Carl <cgrumer@manatt.com>
**Cc:** Hwang, Angeline <Angeline.Hwang@weil.com>; Seales, Jannelle <jannelle.seales@weil.com>; Barron, Shira <Shira.Barron@weil.com>; wgallagher@miiipartners.com; nzatzkin@miiipartners.com; saulreiss@verizon.net; Lewitt, Alex <Alexander.Lewitt@weil.com>
**Subject:** RE: In Re Sears Holding

See our responses to your inquiries in red below.


Jacqueline Marcus

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jacqueline.marcus@weil.com
+1 212 310 8130 Direct
+1 917 658 6209 Mobile
+1 212 310 8007 Fax

**From:** Duran, Robert <RDuran@manatt.com>
**Sent:** Wednesday, August 14, 2019 9:14 PM
**To:** Lewitt, Alex <Alexander.Lewitt@weil.com>; Grumer, Carl <cgrumer@manatt.com>
**Cc:** Marcus, Jacqueline <jacqueline.marcus@weil.com>; Hwang, Angeline <Angeline.Hwang@weil.com>; Seales, Jannelle <jannelle.seales@weil.com>; Barron, Shira <Shira.Barron@weil.com>; wgallagher@miiipartners.com; nzatzkin@miiipartners.com; saulreiss@verizon.net
**Subject:** RE: In Re Sears Holding

Jacqueline, Alexander,

Thank you for the copy of the LSA. However, as discussed on the phone yesterday, we require additional information about Mr. Shahery's financial status. The one page Comerica letter implies that Mr. Shahery has substantial assets on hand at the bank, but he also has substantial liabilities to the bank. We cannot learn anything more about Mr. Shahery's financial condition from the letter alone. Accordingly, please provide personal financial statements showing Mr. Shahery's general financial condition for the past two years. As you know, the rent under the lease is $700 per month. Rather than provide additional financial information, Mr. Shahery has offered to provide 51st Street Fruitland Avenue LLC (the "Landlord") with a deposit in the amount of one year's rent, or $8,400. We believe that the proposed deposit should be more than enough to provide comfort to the Landlord.

2

Also, we note that under the LSA Mr. Shahery is permitted to assign the LSA, in some cases without "seller's" consent. Please advise whether Mr. Shahery intends to assign the LSA at or prior to the closing and, if so, provide the name and address of the proposed assignee(s) and state the relationship of the assignee(s) to Mr. Shahery. Please provide financial statements for any proposed assignee(s) for the past two years.  We do not know of any plans by Mr. Shahery to assign the LSA to any other entity.  Saul Reiss, Mr. Shahery's attorney, can comment further.

Thank you also for the certificates of insurance. We note that the certificates evidence the debtor's insurance, not Mr. Shahery's. Please provide a certificate of insurance evidencing Mr. Shahery's compliance with the insurance provision of the parking lot lease.  I believe that we have Mr. Shahery's certificate of insurance; we will send it under separate cover.

Please describe Mr. Shahery's intended use of the premises and state whether Mr. Shahery will use or store any Hazardous Substances (as defined in the Parking Lot Lease) on the premises.  I defer to Mr. Reiss on this question.

Finally, please advise whether and when payment was made of the undisputed cure amount (as specified in Exhibit 1 to the proposed order re assumption of the Vernon leases). As I mentioned, 51st Street Fruitland Ave., LLC does not have a record of receipt.  We did make arrangements to resend the August rent to the correct address.  Please confirm that the Landlord has received it.  We are looking into the undisputed cure amount listed on the notice of assumption.  We believe that there may have been an error on the amount because, given that the lease payment is only $700 per month, we can't imagine how the prepetition defaults could have been $24,000.  Of course, if we determine that the amount is less, the Landlord would have the right to dispute the amount.  We hope to have an answer for you in the next day or so.

Thank you in advance for your attention to this matter.

Regards,

**Robert Duran**
Partner

Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd
Los Angeles, CA  90064
D (310) 312-4274  F (310) 914-5894

RDuran@manatt.com
manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Lewitt, Alex [mailto:Alexander.Lewitt@weil.com]
**Sent:** Wednesday, August 14, 2019 7:55 AM
**To:** Duran, Robert; Grumer, Carl
**Cc:** Marcus, Jacqueline; Hwang, Angeline; Seales, Jannelle; Barron, Shira; wgallagher@miiipartners.com; nzatzkin@miiipartners.com; saulreiss@verizon.net
**Subject:** RE: In Re Sears Holding

Bob, Carl,

Under the Lease Sale Agreement, Mr. Shahery will be responsible for paying taxes owed on the property. The relevant provision dictating such responsibility can be found under Section 6.

Best regards,



Alexander Lewitt*
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Alexander.Lewitt@weil.com
+1 212 310 8608 Direct
+1 917 703 0763 Mobile
+1 212 310 8007 Fax

*Not yet admitted to practice

**From:** Lewitt, Alex
**Sent:** Tuesday, August 13, 2019 8:28 PM
**To:** 'RDuran@manatt.com' <RDuran@manatt.com>; 'cgrumer@manatt.com' <cgrumer@manatt.com>
**Cc:** Marcus, Jacqueline <jacqueline.marcus@weil.com>; Hwang, Angeline <Angeline.Hwang@weil.com>; Seales, Jannelle <jannelle.seales@weil.com>; Barron, Shira <Shira.Barron@weil.com>; wgallagher@miiipartners.com; nzatzkin@miiipartners.com; 'saulreiss@verizon.net' <saulreiss@verizon.net>
**Subject:** RE: In Re Sears Holding

Bob, Carl,

As discussed, attached please find a copy of the Lease Sale Agreement. Also, we misspoke earlier, an order will have to be entered for the assignment of the Vernon Leases. A copy of the proposed order is attached as **Exhibit 1** to the Vernon Notice of Assignment (attached).

Best regards,



Alexander Lewitt*
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Alexander.Lewitt@weil.com
+1 212 310 8608 Direct
+1 917 703 0763 Mobile
+1 212 310 8007 Fax

*Not yet admitted to practice

**From:** Lewitt, Alex
**Sent:** Tuesday, August 13, 2019 2:08 PM
**To:** 'RDuran@manatt.com' <RDuran@manatt.com>
**Cc:** Marcus, Jacqueline <jacqueline.marcus@weil.com>; Hwang, Angeline <Angeline.Hwang@weil.com>; Seales, Jannelle <jannelle.seales@weil.com>; Barron, Shira <Shira.Barron@weil.com>; wgallagher@miiipartners.com; nzatzkin@miiipartners.com; 'saulreiss@verizon.net' <saulreiss@verizon.net>
**Subject:** RE: In Re Sears Holding

Bob,

Attached please find a copy of additional adequate assurance information.

Best regards,



Alexander Lewitt*
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Alexander.Lewitt@weil.com
+1 212 310 8608 Direct
+1 917 703 0763 Mobile
+1 212 310 8007 Fax

*Not yet admitted to practice

**From:** Lewitt, Alex
**Sent:** Monday, August 12, 2019 5:54 PM
**To:** 'RDuran@manatt.com' <RDuran@manatt.com>
**Cc:** Marcus, Jacqueline <jacqueline.marcus@weil.com>; Hwang, Angeline <Angeline.Hwang@weil.com>; Seales, Jannelle <jannelle.seales@weil.com>; Barron, Shira <Shira.Barron@weil.com>; wgallagher@miiipartners.com; nzatzkin@miiipartners.com; 'saulreiss@verizon.net' <saulreiss@verizon.net>
**Subject:** RE: In Re Sears Holding

Bob,

Attached please find a copy of the adequate assurance information. Please note that by receipt of the adequate assurance information your objection deadline will be August 20, 2019.

Following our phone call today, what times are you available tomorrow to discuss your concerns?

Best regards,



Alexander Lewitt*
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Alexander.Lewitt@weil.com
+1 212 310 8608 Direct
+1 917 703 0763 Mobile
+1 212 310 8007 Fax

*Not yet admitted to practice

**From:** Lewitt, Alex
**Sent:** Monday, August 12, 2019 1:55 PM
**To:** 'RDuran@manatt.com' <RDuran@manatt.com>

5

Cc: Marcus, Jacqueline <jacqueline.marcus@weil.com>; Hwang, Angeline <Angeline.Hwang@weil.com>; Seales, Jannelle <jannelle.seales@weil.com>; Barron, Shira <Shira.Barron@weil.com>; wgallagher@miiipartners.com; nzatzkin@miiipartners.com
Subject: RE: In Re Sears Holding

Robert,

We will send over the adequate assurance information shortly. In regards to the rent payment, the Debtors mailed a check for rent to 2700 Fruitland Ave, Vernon, CA 90058 but the check was returned to the Debtors. Could you provide us with the address the Debtors should send the rent payment to?

Best regards,



Alexander Lewitt*
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Alexander.Lewitt@weil.com
+1 212 310 8608 Direct
+1 917 703 0763 Mobile
+1 212 310 8007 Fax

*Not yet admitted to practice

From: Duran, Robert <RDuran@manatt.com>
Sent: Thursday, August 8, 2019 4:09 PM
To: Marcus, Jacqueline <jacqueline.marcus@weil.com>
Subject: In Re Sears Holding

Attorney Marcus:

We act for 51st Street Fruitland Ave., LLC, (fka 51st Street Partnership), the landlord under one of the Vernon Leases described in the attached Notice of Assignment of Unexpired Leases of Nonresidential Real Property. We are evaluating whether to file an objection to the proposed assignment. In that connection, please provide us with the adequate assurance information for the buyer referenced in the attached pleading.

It is also my understanding that debtor has not paid the undisputed cure amount specified in the court's April order, which amount does not include rent and prorations payable since then. Please provide any information you have about the debtor's payment of sums payable under the subject lease.

Thank you in advance for your prompt attention to this request.

Regards,

Robert Duran
Partner

Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd
Los Angeles, CA 90064

6

D (310) 312-4274  F (310) 914-5894

RDuran@manatt.com
manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.