KENNETH D. FRIEDMAN
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY  10037
Phone:  (212) 790-4500
Fax:  (212) 790-4545

CARL L.  GRUMER (*Pro Hac Vice* Pending)
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Boulevard
Los Angeles, CA  90064
Phone:  (310) 312-4000
Fax:  (310) 312-4224

*Attorneys For Objector 51st Street Fruitland Ave., LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | CHAPTER 11 |
|---|---|
| Sears Holding Corporation, et. al., | Case No. 18-23538-RDD |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify pursuant to 28 U.S.C. § 1746 that on August 19, 2019, a true and correct copy of the following documents were filed and served electronically via CM/ECF on all those registered to receive notices in this case and, on August 19, 2019, via U.S. Mail on the parties listed on the attached service list, pursuant to the Amended Order Implementing Certain Notice and Case Management Procedures [Doc. No. 405]:

1. **OBJECTION OF 51ST STREET FRUITLAND AVE., LLC TO PROPOSED SALE OF PARKING LOT LEASE FOR 2700 FRUITLAND AVE., VERNON, CA AND REQUEST FOR HEARING**; and

2. **DECLARATION OF ROBERT DURAN IN SUPPORT OF OBJECTION OF 51ST STREET FRUITLAND AVE., LLC TO PROPOSED SALE OF PARKING LOT LEASE** (with annexed exhibits)

I hereby certify under the penalty of perjury that the forgoing statements are true and correct. Executed on this 19th day of August, 2019, in New York, New York.

/s/   Kenneth D. Friedman
Kenneth D. Friedman

## Service List

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Weil, Gotshal & Manges, LLP
Attn: Ray C. Schrock, P.C.; Jacqueline Marcus, Esq.; Garret A. Fail, Esq.; and Sunny Singh, Esq.
767 Fifth Avenue
New York, New York 10153

*Attorneys for Debtors*

Office of the United States Trustee for Region Two
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Paul D. Leake, Esq.; Shana A. Elberg, Esq.; and George R. Howard, Esq.
Four Times Square
New York, New York 10036

*Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent*

*Debtors*
C/o Sears Holdings Corporation
Attn: Stephen Sitley, Esq. and Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, Illinois 60179

Locke Lord, LLP
Attn: Brian Raynor, Esq.
111 South Wacker Drive
Chicago, Illinois 60606

*Attorneys for the Pension Benefit Guaranty Corporation*

Kelley, Drye & Warren, LLP
Attn: Eric R. Wilson, Esq.; Benjamin D. Feder, Esq.; and T. Charlie Liu, Esq.
101 Park Avenue
New York, New York 10178

*Attorneys for Computershare Trust Company, N.A., as Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes*

Seyfarth Shaw, LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, New York 10018

*Attorneys for the Wilmington Trust, National Association, as Indenture Trustee for the Second Lien Notes*

3