United States Bankruptcy Court
Southern District of New York

In re: Sears Holding Corporation, *et al.*,   )
                                              )
                                              )   Case No.    18-23538 (RDD)
                                              )
                                              )   Chapter 11
                                              )

**WITHDRAWAL OF OBJECTION**
**TO *De Minimis Sale* AND BID for KMART STORE #26588**

    Arthur Schwartz has filed these papers with the Court and states through his attorney, as follows:

1. Mr. Schwartz hereby withdraws his objection of July 31, 2019 to the *de minimis* Sale of the Kmart Store No. 26588 in Trotwood, Ohio.

2. This is done with prejudice.

Sworn on August 19, 2019

By_____
David M. Schlachter, Esq.
LAW OFFICES OF DAVID M. SCHLACHTER, LLC
8 Carefree Lane
Suffern, NY 10901
(845) 200-2001
Attorneys for Objector