UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                  :    Chapter 11
                                                        :
                                                        :    Case No. 18-23538 (RDD)
SEARS HOLDING CORPORATION, et al.                       :
                                                        :    (Jointly Administered)
                      Debtors.                          :
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF
"CURE OBJECTION OF DECORE-ATIVE SPECIALTIES, INC. IN
CONNECTION WITH THE DEBTORS' NOTICE OF ASSUMPTION AND
ASSIGNMENT OF EXECUTORY CONTRACTS" [ECF 3779]**

Pursuant to a written agreement between Decore-Ative Specialties, Inc. ("Decore") and Transform SR Home Improvement Products LLC, a Delaware limited liability company, Decore respectfully withdraws the "Cure Objection of Decore-Ative Specialties, Inc. in Connection with the Debtors' Notice of Assumption and Assignment of Executory Contracts," which it filed on May 9, 2019, as ECF 3779

Dated: August 20, 2019                    Hill, Farrer & Burrill LLP

     /s/ Daniel J. McCarthy
Daniel J. McCarthy
Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-31476
Telephone: (213) 621-0802
Facsimile: (213) 624-4840
Email: dmccarthy@hillfarrer.com

*Attorneys for Decore-Ative Specialties, Inc.*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF "CURE OBJECTION OF DECORE-ATIVE SPECIALTIES, INC. IN CONNECTION WITH THE DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS" [ECF 3779] has been filed and served on August 20, 2019, upon all parties requesting service via ECF notification.

   /s/ Daniel J. McCarthy
Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-31476
Telephone: (213) 621-0802
Facsimile: (213) 624-4840
Email: dmccarthy@hillfarrer.com

*Attorneys for Decore-Ative Specialties, Inc.*