**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>    DEBTORS | CHAPTER 11<br><br>CASE NO: 18-23538 (RDD)<br><br>JOINTLY ADMINISTERED |

**PROPOSED ORDER**

THIS MATTER having come before the Court on Plaintiffs' Motion to Deem Late Filed Proof of Claim Timely dated August 2, 2019, Motion to Deem Late Filed Proof of Claim Timely, and the Court having been advised in its premises,

ORDERED that Plaintiff's Motion is GRANTED,

SO ORDERED this _____ day of _____ 2019.

_____
Judge of the United States Bankruptcy
Court Sourthern District of New York