DLA PIPER LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Telephone: (212) 335-4500
Richard A. Chesley
Rachel Ehrlich Albanese
R. Craig Martin
*Attorneys for Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| | **Re D.I. Nos. 4867, 4878, 4879, 4880, 4882 & 4884** |

## AMENDED CERTIFICATE OF SERVICE

I, R. Craig Martin, do hereby certify that on August 19, 2019, I caused a true and correct copy of the following documents:

- *Motion to Seal Evidentiary Hearing Declaration of Roger A. Puerto in Support of Transform Holdco LLC's Reply to MOAC Mall Holdings LLC's (I) Objection to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction; (II) Second Supplemental and Amended: (A) Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases, and (B) Objection to Debtor's Stated Cure Amount; and (III) Third Supplemental and Amended Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases [D.I. 4878]*

- *Evidentiary Hearing Declaration of Roger A. Puerto In Support of Transform Holdco LLC's Reply to MOAC Mall Holdings LLC's (I) Objection to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction; (II) Second Supplemental and Amended: (A) Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases, and (B) Objection to Debtor's Stated Cure Amount; and (III) Third Supplemental and*

- *Amended Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases [D.I. 4879]*

- *Evidentiary Hearing Declaration of Michael Jerbich In Support of Transform Holdco LLC's Reply to MOAC Mall Holdings LLC's (I) Objection to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction; (II) Second Supplemental and Amended: (A) Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases, and (B) Objection to Debtor's Stated Cure Amount; and (III) Third Supplemental and Amended Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases [D.I. 4880]*

- *Transform Holdco LLC's Reply to Graziadio Investment Company and Weingarten Realty Investors' Objections to (I) Cure Objection Relating to the Debtors' Notices of Assumption and Assignment of Additional Designatable Leases in Connection with Global Sale Transaction and (II) Notices of Assumption and Assignment of Additional Designatable Leases [D.I. 4882]*

to be served on the parties listed on the attached service list via the method indicated.

Dated: August 20, 2019  
New York, New York

*/s/ R. Craig Martin*  
DLA PIPER LLP (US)  
1251 Avenue of the Americas  
27th Floor  
New York, NY 10020  
Telephone (212) 335-4500  
Richard A. Chesley  
Rachel Ehrlich Albanese  
R. Craig Martin

*Attorneys for Transform Holdco LLC*

EAST\168783116.4

## SERVICE LIST

**Via Email and Overnight Delivery**
The Honorable Judge Robert D. Drain
United States Bankruptcy Court
 for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Via Hand Delivery**
Sears Holdings Corporation*
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

*The Debtors*

**Via Email and Overnight Delivery**
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

*Attorneys for the Debtors*

**Via Email and Overnight Delivery**
Office of the United States Trustee
 for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

**Via Email and Overnight Delivery**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
4 Times Square
New York, NY 10036

*Attorneys for Bank of America, N.A., Administrative Agent under the First Lien Credit Facility and the DIP ABL Agent*

**Via Email and Overnight Delivery**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

*Attorneys for Citibank, N.A., as Administrative Agent under the Stand-Alone L/C Facility*

**Via Email and Overnight Delivery**
Cleary, Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY 10006

*Attorneys for JPP, LLC, as Agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility*

**Via Email and Overnight Delivery**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
101 Park Avenue
New York, NY 10178

*Attorneys for Computershare Trust Company, N.A., as Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes*

EAST\168783116.4

**Via Email and Overnight Delivery**
Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018

*Attorneys for Wilmington Trust, National Association, as Indenture Trustee for the Second Lien Notes*

**Via Email and Overnight Delivery**
Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015

*Attorneys for The Bank of New York Mellon Trust Company, as Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes*

**Via Hand Delivery**
Locke Lord LLP*
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606

*Attorneys for the Pension Benefit Guaranty Corporation*

**Via Email and Overnight Delivery**
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

*Attorneys for the Official Committee of Unsecured Creditors*

**Via Email and Overnight Delivery**
Larkin Hoffman
Attn: Thomas J. Flynn
Alexander J. Beeby
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55437

*Attorneys for MOAC Mall Holdings LLC*

**Via Email and Overnight Delivery**
Patterson Belknap Webb & Tyler, LLP
Attn: David W. Dykhouse
1133 Avenue of the Americas
New York, NY 10036-6710

*Attorneys for MOAC Mall Holdings LLC*

**Via Email and Overnight Delivery**
Robert L. LeHane
Maeghan J. McLoughlin
KELLEY DRYE & WARREN LLP*
101 Park Avenue
New York, New York 10178

*Attorneys for Graziadio Investment Company, and Weingarten Realty Investors, et al.*

**Via Email**
Ivan M. Gold, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP**
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

*Attorneys for LBA Realty LLC and Weingarten Realty Investors landlords*

\* - Parties also served with copy of *Transform Holdco LLC's Supplemental Reply and Cross-Motion to: (A) Strike MOAC Mall Holdings LLC's Fourth Supplemental (I) Objections and Reply to Debtors Notice of Assumption and Assignment of Additional Designatable Leases, and (II) Objection to Debtors' Stated Cure Amount; and (B) Permit Late Filed Responses to Requests for Admission [D.I. 4867]*

\*\* - Documents served on 8/20/19.

EAST\168783116.4