Hearing Date and Time: October 9, 2019 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
SEARS HOLDINGS CORPORATION, *et al.*,                        :  Case No. 18-23538 (RDD)
                                                             :
                                                             :  (Jointly Administered)
                                                             :
          Debtors.[1]                                        :  **Related Doc. No. 4426**
------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON BILTMORE COMMERCIAL PROPERTIES I, LLC'S MOTION FOR IMMEDIATE PAYMENT OF POST-PETITION, PRE-REJECTION LEASE OBLIGATIONS AS ADMINISTRATIVE EXPENSES**

**PLEASE TAKE NOTICE** that the hearing on *Biltmore Commercial Properties I, LLC's Motion for Immediate Payment of Post-Petition, Pre-Rejection Lease Obligations as Administrative Expenses* (the "Motion") [Doc. No. 4426] scheduled to be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

New York 10601-4140 (the "Bankruptcy Court") on August 22, 2019 at 10:00 a.m.,[2] **has been adjourned to October 9, 2019 at 10:00 a.m.**

Dated:  August 20, 2019
        New York, New York

TROUTMAN SANDERS LLP

By: */s/ Alissa K. Piccione*
    Brett D. Goodman
    Alissa K. Piccione
    875 Third Avenue
    New York, NY 10022
    Telephone: (212) 704-6000
    Facsimile: (212) 704-6288
    Brett.Goodman@troutman.com
    Alissa.Piccione@troutman.com

    Amy Pritchard Williams *(pro hac vice pending)*
    301 S. College Street, Suite 3400
    Charlotte, NC  28202
    Telephone: 704.998.4102
    amy.williams@troutman.com

    *Attorneys for Biltmore Commercial Properties I, LLC*

---

[2] The Notice of Hearing provided that the hearing on the Motion would be held on the next Omnibus Hearing date that was at least fourteen (14) days from July 3, 2019, the date that the Motion was filed.