# Daniel M. Silvershein
## Attorney at Law

262 West 38th Street, Ste. 1007
New York, NY 10018
Phone (212) 387-7880
Fax (212) 260-8930
Email: daniel@dmsilverlaw.com
www.dmsilverlaw.com

**Member NY and NJ Bar**

August 21st, 2019

Case Name: Vivian Hilken v. Sears Holdings Corporation
Case Number: 18-23538
RE: Scheduled Hearing Date For August 22nd, 2019

Dear All Creditors and Interested Parties:

Please be advised that the hearing for the above referenced case Motion To Lift the Automatic Stay meeting scheduled for August 22nd, 2019 for Vivian Hilken v. Sears Holdings Corporation will be adjourned. The court hearing will be calendared for a later date to be determined this fall. Please update your records regarding this case.

Very Truly Yours,

Daniel M. Silvershein Esq.

Z:\Word\Bankruptcy\Hilken, Vivian\Follow Up Court Adjournment for Bankruptcy Case 8.21.2019.docx