---In the city of San Juan, Commonwealth of Puerto Rico, on this ninth (9h) day of August, two thousand nineteen (2019). --------------------------------

---I, **MIGUEL AGUSTÍN BLANCO FUERTES**, Attorney at Law and Notary Public in and for the Commonwealth of Puerto Rico, with offices located at Two Hundred Nine (209) Muñoz Rivera Avenue, Popular Center Building, Suite Fourteen Thirty-four (1434), in the Hato Rey Sector of the Municipality of San Juan, Puerto Rico.------------------------------------------

---**FIRST:** That on the twelfth (12th) day of January, two thousand eighteen (2018), Sears Roebuck de Puerto Rico, Inc., a corporation organized and existing under the laws of the State of Delaware, duly authorized to do business in the Commonwealth of Puerto Rico, as the mortgagor, and the United States of America, acting through the United States Department of Justice, Civil Division, Commercial Litigation Branch, and Carl Ireland, as guardian for James Garbe, as mortgagees, executed Deed Number Two (2) of Constitution of Mortgage in San Juan, Puerto Rico before the subscribing Notary Public for the purpose of attaching and perfecting a mortgage lien to guarantee and secure in favor of aforesad mortgagees, the full and complete payment of that certain mortgage note executed on that same date bearing affidavit number two thousand eight hundred eighty-eight (2888) of the subscribing Notary Public for the principal sum of Seventeen Million Four Hundred Thousand Dollars ($17,400,000.00) and interest accruing thereon (the "Deed of Mortgage"). -------------------------------------------

---**SECOND:** The Deed of Mortgage encumbers the following two (2) properties: ----------------------------------------------------------------------

------**Property I**.-------------------------------------------------------------

---"RUSTICA: Predio de terreno radicado en el Barrio Monacillos del término municipal de Río Piedras, compuesto de 7.6575 cuerdas equivalentes a 30,096.9387 metros cuadrados, marcada como Parcela "A" en el plano de inscripción aprobado y certificado por la Junta de Planificación caso No.60-1820. En colindancia, por el Norte con la Parcela "C" y "E" de la finca principal de la cual se segrega; por el Sur, con franja



Oeste del Río Piedras y es de 10.00 metros de ancho; y por el Oeste, con la Carretera Estatal No 176 y la parcela "E" de la finca principal de la cual se hace segregación."-------------------------------------------------------

---Property I is recorded at 221 of volume 466 of Monacillos, property number 17,328, Registry of Property of Puerto Rico, Third Section of San Juan.-------------------------------------------------------------------------------

------**Property II**. -------------------------------------------------------------

---"RUSTICA: Parcela de terreno sita en el Barrio Cupey del término de Río Piedras, compuesta de 28,831.70 metros cuadrados, equivalentes a 7.3354 cuerdas, en colindancias, por el Norte, en una línea quebrada de 128.29 metros de longitud, con el Río Piedras y en otra distancia recta de 220.24 metros de longitud, siguiendo el eje de la Quebrada Guaracanal ya canalizada con la finca Mariana de la Universidad de Puerto Rico; por el Este, en una línea quebrada de 194.37 metros de longitud, con el remanente de la finca principal propiedad de la Sucesión de Guillermo S. Pierluisi; por el Sur, en una distancia de 68.39 metros, con una franja de terreno que se segregó de la misma finca principal y de dedicó a uso público para el Ensanche de la Carretera Estatal No.176; y por el Oeste, en una distancia quebrada de 323.62 metros, con el Río Piedras." ------------------------------

---Property II is recorded at page 181 of volume 302 of Río Piedras Sur, property number 9,717, Registry of Property of Puerto Rico, Fourth Section of San Juan. ---------------------------------------------------------------------

---**THIRD:** After the execution of the Deed of Mortgage, the subscribing Notary Public issued certified copies of the Deed of Mortgage that were promptly submitted for recordation in the Registry of Property of Puerto Rico, Third Section of San Juan and in the Registry of Property of Puerto Rico, Fourth Section of San Juan, both on January sixteen (16), two thousand eighteen (2018) in order to perfect the mortgage lien. On that same date, the Registry of Property of Puerto Rico, Third Section of San Juan issued a presentation slip which is attached to and made part of this Notarial Act, as its **Exhibit I** and the Registry of Property of Puerto Rico, Fourth Section of San Juan issued the presentation slip attached hereto and made a part hereof as its **Exhibit II**.---------------------------------------------------




---**FOURTH:** On the fifth (5th) day of July, two thousand eighteen (2018), the subscribing Notary Public received a confirmation via electronic mail of the recordation of the Deed of Mortgage in connection with Property II

English language as follows: ----------------------------------------------------

----"Miguel A. Blanco ----------------------------------------------------

---From: KARIBE -Digital Registry of the Property KaribeSvcAcct@justicia.pr.gov ----------------------------------------------

---Sent: Thursday, July five (5), Two Thousand Eighteen (2018) five thirty pm (5:30pm) ----------------------------------------------------------------

---To: Miguel A. Blanco; raul.delatorre@popular.com ----------------------

---Subject: Registry of the Property – Notification Entry: 2018-003307-SJ04 --------------------------------------------------------------------------

---The document Public Deed Number Two (2) of January twelve (12), two thousand eighteen (2018) before/by notary MIGUEL A. BLANCO FUERTES filed at entry 2018-003307-SJ04 of the San Juan Section: Section IV of the Digital Registry of the Property of Puerto Rico has been recorded on July five (5), two thousand eighteen (2018), five twenty-seven pm (5:27pm). Recorded at property number 9717, second (2nd) inscription.

---Paid rights: Seven Thousand Six Hundred Thirty Dollars ($7,630.00) ---

---Rights paid in excess: Zero Dollars ($0.00)---------------------------------

---Attached letter of credit for rights paid in excess, IF ANY. ---------------

---If your document was not presented in digital format, you have thirty (30) days to pick up the physical document. ----------------------------------------

---Letter of credit usage policy: ----------------------------------------------

---You may use the letter of credit when presenting a document for inscription. The letter of credit will only be accepted when presenting in person; therefore, the letter of credit will NOT be accepted when presenting in digital format.-----------------------------------------------------------------

-------------------------[Department of Justice Logo] --------------------------

------------------------------Department of Justice -----------------------------

---Digital Registry of the Property of the Commonwealth of Puerto Rico --

-------------------------------[Logo of Karibe]"---------------------------------

---**FIFTH:** On the twenty-sixth (26th) day of July, two thousand eighteen (2018), the subscribing Notary Public received a confirmation via electronic mail of the recordation of the Deed of Mortgage in connection with Property I, which is attached to and made a part hereof as its **Exhibit IV**. The notification was received in the Spanish language and is translated to the English language as follows: ----------------------------------------------




---"Miguel A. Blanco ----------------------------------------------------------

---From: KARIBE -Digital Registry of the Property KaribeSvcAcct@justicia.pr.gov ----------------------------------------------

---Sent: Thursday, July twenty-six (26), Two Thousand Eighteen (2018) two fifteen pm (2:15pm) -------------------------------------------------------

---To: Miguel A. Blanco; raul.delatorre@popular.com ----------------------

---Subject: Registry of the Property – Notification Entry: 2018-003297-SJ03 --------------------------------------------------------------------------

----"The document Public Deed Number Two (2) of January twelve (12),

pm (2:12pm). Recorded at property number 17328, third (3rd) inscription.

---Paid rights: Sixty-one Thousand Eight Hundred Seventy Dollars ($61,870.00)---------------------------------------------------------------

---Rights paid in excess: Zero Dollars ($0.00)-----------------------------------

---Attached letter of credit for rights paid in excess, IF ANY. ----------------

---If your document was not presented in digital format, you have thirty (30) days to pick up the physical document.-----------------------------------------

---Letter of credit usage policy: -------------------------------------------------

---You may use the letter of credit when presenting a document for inscription. The letter of credit will only be accepted when presenting in person; therefore, the letter of credit will NOT be accepted when presenting in digital format.-----------------------------------------------------------------

------------------------------Department of Justice ------------------------------

---Digital Registry of the Property of the Commonwealth of Puerto Rico --

---------------------------------[Logo of Karibe]"---------------------------------

---**SIXTH:** With the recordation of the Deed of Mortgage in the Third and Fourth Sections of San Juan of the Registry of Property of Puerto Rico respectively, the mortgage lien affecting Property I and Property II has been perfected. As provided by Article Nineteen (19) of the Real Property Registry Act of the Commonwealth of Puerto Rico of Two Thousan Fifteen (2015), Act Number Two Hundred Ten (210) of December Eight (8), Two Thousand Fifteen (2015), the effective date of recordation of the Deed of Mortgage is the date of filing of the Deed of Mortgage, to wit January sixteen (16), two thousand eighteen (2018).-------------------------------------

---**SEVENTH:** I, the subscribing Notary Public, certify and give faith that the translations incorporated as part of this Public Instrument were requested by the dual morgagee, Carl Ireland, as guardian for James Garbe and the aforesaid translations for the recording slips are true and exact to the Spanish text received by the undersigned Notary Public via electronic mail. -------------------------------------------------------------------------------

---I, the Notary Public, do hereby certify as to everything stated or contained in this instrument. I, the Notary Public, ATTEST AND GIVE FAITH. ----



Franklin Aviles Santa
Registrador
Teléfono: 787-765-1770

Departamento de Justicia
Registro de la Propiedad
San Juan: Sección III

**Modo de Presentación:** Personal

**Fecha y Hora de Presentación:** 16 de enero de 2018, 12:51PM

**Asiento**

**2018-003297-SJ03**

**Sección**

**San Juan: Sección III**

**Documento Presentado:**

Naturaleza: Notarial
Tipo de Documento: Escritura Pública
Número de Escritura: 2
Fecha: 12 de enero de 2018
Lugar de Otorgamiento: San Juan
Notario: MIGUEL A BLANCO FUERTES
Correo Electrónico: mblanco@blanco-fuertes.com
Email ,

**Datos del Presentante:**

Nombre: RAUL DE LA TORRE
Teléfono: 787-238-1039
Correo Electrónico: raul.delatorre@popular.com
Dirección:
P. O. BOX 6428 SAN JUAN PUERTO RICO 00914
Observaciones:
SAW

**TRANSACCIONES**

| Transacción | Valor | A Favor De | Datos de Finca |
|---|---|---|---|
| Hipoteca | $15,480,000.00 | The United States of America | Finca: 17328, Demarcación: Monacillos, Número Catastro: , Localización: MONACILLOS, A- |

**ARANCELES**

**Exento:** NO

| Concepto | No. Serie | Fecha | Cantidad |
|---|---|---|---|
| Código Político | 00016-2018-0112-59192126 | 1/12/2018 | $0.50 |
| Comprobante de Presentación | 00016-2018-0112-59192196 | 1/12/2018 | $15.00 |
| Comprobante de Inscripción | 00016-2018-0112-59192118 | 1/12/2018 | $56,920.00 |
| Comprobante de Inscripción | 2016CR0600695 | 6/22/2016 | $4,950.00 |

**DOCUMENTOS COMPLEMENTARIOS**

| Tipo de Documento | Descripción |
|---|---|
| No hay documentos complementarios | |

**PLANOS**

| Numero de Caso | Numero de Plano |
|---|---|

MIGUEL AGUSTIN BLANCO FUERTES
PUERTO RICO
ABOGADO-NOTARIO

Jose L Riefkohl Soltero
Registrador
Teléfono: 787-764-1861

Departamento de Justicia
Registro de la Propiedad
San Juan: Sección IV

**Modo de Presentación:** Personal

**Fecha y Hora de Presentación:** 16 de enero de 2018, 1:01PM

**Asiento**

**2018-003307-SJ04**

**Sección**

**San Juan: Sección IV**

**Documento Presentado:**

Naturaleza: Notarial
Tipo de Documento: Escritura Pública
Número de Escritura: 2
Fecha: 12 de enero de 2018
Lugar de Otorgamiento: San Juan
Notario: MIGUEL A BLANCO FUERTES
Correo Electrónico: mblanco@blanco-fuertes.com
Email ,

**Datos del Presentante:**

Nombre: RAUL DE LA TORRE
Teléfono: 787-238-1039
Correo Electrónico: raul.delatorre@popular.com
Dirección:
P. O. BOX 6428 SAN JUAN PUERTO RICO 00914
Observaciones:
SAW

**TRANSACCIONES**

| Transacción | Valor | A Favor De | Datos de Finca |
|---|---|---|---|
| Hipoteca | $1,920,000.00 | The United States of America | Finca: 9717, Demarcación: Rio Piedras Sur, Número Catastro: , Localización: CUPEY, - |

**ARANCELES**

**Exento:** NO

| Concepto | No. Serie | Fecha | Cantidad |
|---|---|---|---|
| Código Político | 00016-2018-0112-59192139 | 1/12/2018 | $0.50 |
| Comprobante de Presentación | 00016-2018-0112-59192105 | 1/12/2018 | $15.00 |
| Comprobante de Inscripción | 00016-2018-0112-59192160 | 1/12/2018 | $7,630.00 |

**DOCUMENTOS COMPLEMENTARIOS**

| Tipo de Documento | Descripción |
|---|---|
| No hay documentos complementarios | |

**PLANOS**

| Numero de Caso | Numero de Plano |
|---|---|

MIGUEL AGUSTIN BLANCO FUERTES
PUERTO RICO
ABOGADO-NOTARIO

**From:** KARIBE - Registro Inmobiliario Digital <karibe[illegible]justicia.pr.gov>
**Sent:** Thursday, July 5, 2018 [illegible] PM
**To:** Miguel A. Blanco; raul.delatorre@popular.com
**Subject:** Registro de la Propiedad - Notificación asiento: 2018-003307-SJ04

El documento Escritura Pública 2 de 12 de enero de 2018 ante/por el notario MIGUEL A BLANCO FUERTES presentado al asiento 2018-003307-SJ04 en la Sección San Juan: Sección IV del Registro Inmobiliario Digital de Puerto Rico ha sido inscrito el 5 de julio de 2018, 5:27PM. Inscrito en la finca 9717, inscripción 2

Derechos devengados $7630.00
Derechos consignados en exceso $0.00
Se adjunta carta de crédito por los derechos consignados en exceso, SI ALGUNO.

Si su documento no fue presentado en formato digital, tiene 30 días para recoger el documento físico.

Política de uso de carta de crédito:
Podrá utilizar la carta de crédito al momento de presentar un documento para inscripción. Solamente se aceptará la carta de crédito en la presentación personal; por tanto, la carta de crédito NO será aceptada en la presentación por internet.




**Departamento de Justicia**

**Registro Inmobiliario Digital del**
**Estado Libre Asociado de Puerto Rico**






**To:** Miguel A. Blanco; raul.delatorre@popular.com
**Subject:** Registro de la Propiedad - Notificación asiento: 2018-003297-SJ03

El documento Escritura Pública 2 de 12 de enero de 2018 ante/por el notario MIGUEL A BLANCO FUERTES presentado al asiento 2018-003297-SJ03 en la Sección San Juan: Sección III del Registro Inmobiliario Digital de Puerto Rico ha sido inscrito el 26 de julio de 2018, 2:12PM. Inscrito en la finca 17328, inscripción 3

Derechos devengados $61870.00
Derechos consignados en exceso $0.00
Se adjunta carta de crédito por los derechos consignados en exceso, SI ALGUNO.

Si su documento no fue presentado en formato digital, tiene 30 días para recoger el documento físico.

Política de uso de carta de crédito:
Podrá utilizar la carta de crédito al momento de presentar un documento para inscripción. Solamente se aceptará la carta de crédito en la presentación personal; por tanto, la carta de crédito NO será aceptada en la presentación por internet.



**Departamento de Justicia**

**Registro Inmobiliario Digital del Estado Libre Asociado de Puerto Rico**




