**Professional Title Services**

5869 Isla Verde Ave. Apt. 1209 I
CAROLINA, PUERTO RICO 00979

CEL: (787) 413-3181
ATH Móvil: (787) 403-9814
lmhprotitle@mac.com

NOTICE

"NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y / O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TÍTULO. PARA MAYOR PROTECCIÓN LE RECOMENDAMOS QUE ADQUIERA UN SEGURO DE TÍTULO Y UNA CERTIFICACIÓN REGISTRAL".

CASE: POPULAR INSURANCE - SEARS

PROPERTY: No. 17328 recorded at page 221 of volume 466 of Monacillos, Registry of Property, 3rd. Section of San Juan.

DESCRIPTION:

RUSTICA: Predio de terreno radicado en el Barrio Monacillos del término municipal de Río Piedras, compuesto de 7.6575 cuerdas equivalentes a 30,096.9387 metros cuadrados, marcada como Parcela "A" en el plano de inscripción aprobado y certificado por la Junta de Planificación caso No.60-1820. En colindancia, por el Norte con la Parcela "C" y "E" de la finca principal de la cual se segrega; por el Sur, con franja de terreno del Estado Libre Asociado de Puerto Rico y por la Carretera Estatal No.176; por el Este, colinda con una franja libre a dedicarse al Gobierno del Estado Libre Asociado de Puerto Rico, cuya franja se denomina parcela "B" en el plano de inscripción la cual colinda con la orilla Oeste del Río Piedras y es de 10.00 metros de ancho; y por el Oeste, con la Carretera Estatal No.176 y la parcela "E" de la finca principal de la cual se hace segregación.

ORIGIN:

It was segregated from Property No.3248, recorded at page 183 of volume 90 of Monacillos.

OWNER OF RECORD:

It is vested in favor of TRANSFORM DISTRIBUTION CENTER HOLDCO, LLC, who acquired by title of purchase from Sears Roebuck De Puerto Rico Inc., for the price of $17,792,950.00 as per Deed No.18, executed in San Juan, on May 8, 2019, before Notary Public Carla Suzette D'Almeida Aracena, recorded at volume Karibe of Monacillos, Property No.17328, 4th. inscription.

LIENS AND ENCUMBRANCES:

1.-    By its origin

a.-    It is free of Liens and Encumbrances

2.-    MORTGAGE: In the principal amount of $17,400,000.00, over this and another Property, responding this property of $15,480,000.00, with yearly interests at 1.50% due on December 22, 2019 to secure a Note in favor of United States of America; Carl Ireland Curtiss representing James Garbes per Deed No.2, executed in San Juan, on January 12, 2018, before Notary Public Miguel A. Blanco Fuertes recorded at volume Karibe of Monacillos, Property No.17328, 3rd. inscription.

REVISED: Books of local and federal attachments, book of judgments and electronic log until August 1st., 2019.

AUGUST 1st., 2019.- Realizado personalmente en el Registro 10:00 AM
LMH

**Professional Title Services**
5869 Isla Verde Ave. Apt. 1209 I
CAROLINA, PUERTO RICO 00979

CEL: (787) 413-3181
ATH Móvil: (787) 403-9814
lmhprotitle@mac.com

NOTICE

"NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y / O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TÍTULO. PARA MAYOR PROTECCIÓN LE RECOMENDAMOS QUE ADQUIERA UN SEGURO DE TÍTULO Y UNA CERTIFICACIÓN REGISTRAL".

CASE:  POPULAR INSURANCE  -  SEARS

PROPERTY: No.9717 recorded at page 181 of volume 302 of Río Piedras Sur , Registry of Property, 4th. Section of San Juan.

DESCRIPTION:

RUSTICA: Parcela de terreno sita en el Barrio Cupey del término de Río Piedras, compuesta de 28,831.70 metros cuadrados, equivalentes a 7.3354 cuerdas, en colindancias, por el Norte, en una línea quebrada de 128.29 metros de longitud, con el Río Piedras y en otra distancia recta de 220.24 metros de longitud, siguiendo el eje de la Quebrada Guaracanal ya canalizada con la finca Mariana de la Universidad de Puerto Rico; por el Este, en una línea quebrada de 194.37 metros de longitud, con el remanente de la finca principal propiedad de la Sucesión de Guillermo S. Pierluisi; por el Sur, en una distancia de 68.39 metros, con una franja de terreno que se segregó de la misma finca principal y de dedicó a uso público para el Ensanche de la Carretera Estatal No.176; y por el Oeste, en una distancia quebrada de 323.62 metros, con el Río Piedras.

ORIGIN:
It was formed by grouping of Property No.9712 of 4,104.83 square meters; Property No.9713 of 787.86 square meters; Property No.9714 of 1,498.15 square meters; recorded at pages 171, 173 and 175 of volume 302 of Río Piedras Sur and Property No.9370 of 22,694.290 square meters, recorded at page 91 of volume 291 of Río Piedras Sur.

OWNER OF RECORD:

It is vested in favor of SEARS ROEBUCK DE PUERTO RICO INC., who acquired by title of grouping in its favor with a value of  $65,092.36, as per Deed No.5, executed in San Juan, on March 21, 1979 before Notary Public Juan M. Casse Ballesteros, recorded at page 181 of volume 302 of Río Piedras Sur , Property No.9717, 1st. inscription.

LIENS AND ENCUMBRANCES:
1.-    By its origin
a.-    Easement in favor of the Puerto Rico Water Authority
b.-    Access easement

2.-    MORTGAGE: In the principal amount of $17,400,000.00, over this and anotgher Property, responding this property of $1,920,000.00, with yearly interests at 1.50% due on December 22, 2019 to secure a Note in favor of United States of America; Carl Ireland Curtiss representing James Garbeas per Deed No.2, executed in San Juan, on January 12, 2018, before Notary Public Miguel A. Blanco Fuertes, recorded at volume Karibe of Monacillos, Property No.9717, 2nd. inscription.

DOCUMENT PENDING:
Entry 2019-055743-SJ04.-  Date:  May 30, 2019.
Deed No.19, executed in San Juan, on May 8, 2019, before Notary Public Carla Suzette D'Almeida Aracena, by Sears Roebuck De Puerto Rico Inc., of SALE to TRANSFORM DISTRIBUTION CENTER HOLDCO, LLC, for the price of $2,977,050.00.

It accompanies Order dated February 8, 2019 Approving the Asset Purchase Agreement in Case No.18-23538 (RDD) of the U.S Bankruptcy Court Southern District of New York.