WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Sing

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                :

                 :     **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*  :

                 :     **Case No. 18-23538 (RDD)**

                 :

         **Debtors.**[1]    :     **(Jointly Administered)**

---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## <u>SCHEDULED FOR HEARING ON AUGUST 22, 2019 AT 10:00 A.M.</u>

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## I.    UNCONTESTED MATTER:

1.    Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

Response Deadline: May 3, 2019 at 4:00 p.m.

**Landlord: Pennsee, LLC**

Responses Filed:

> A.    Objection to Notice of Assumption and Assignment of Additional Designatable Leases and to Proposed Cure Amount of Pennsee, LLC **[ECF No. 3392]**

Related Documents:

> B.    Stipulation and Order By and Among Sellers, Buyer, and Landlord Pennsee, LLC Extending Time Under Section 11 U.S.C. Section 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 3842, 4334, 4533]**

> C.    Transform Holdco LLC's Reply in Support of Assumption and Assignment of Designated Lease for Store Located at 7101 Roosevelt Boulevard, Philadelphia, Pennsylvania **[ECF No. 4921]**

Status: This matter is going forward as a status conference.

**Landlords: Graziadio Investment Company; Weingarten Realty Investors**

Responses Filed:

> D.    Cure Objection of Alan Robbins, Benderson Development Company LLC, Brookfield Properties REIT, Inc., Gray Enterprises, LP, Graziadio Investment Company, Gregory Greenfield & Associates, Ltd., LBA Realty LLC, LF2 Rock Creek LP, Nassimi Realty LLC, Regency Centers L.P., Site Centers Corp., Spigel Properties, The Woodmont Company, and Weingarten Realty Investors Relating to Debtors' Notices of Assumption and Assignment of Additional Designatable Leases in Connection with Global Sale Transactions **[ECF No. 3553]**

> E.    Objection of Alan Robbins, Benderson Development Company LLC, Brookfield Property REIT Inc., Gray Enterprises, LP, Graziadio Investment Company, Gregory Greenfield & Associates, Ltd., LF2 Rock Creek, LP, LBA Realty, LLC, Nassimi Realty LLC, Realty Income Corp., Regency Centers Corp., Site Centers Corp., Spigel Properties, The Woodmont Company, and Weingarten Realty Investors to Notices of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3558]**

WEIL:\97148801\9\73217.0004

Related Documents:

F.  Declaration of William R. Lang Supporting Objection of Graziadio Investment Company Partnership to Proposed Assignment of Lease Pursuant to Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3580]**

G.  Stipulation and Order By and Among Sellers, Buyer, and Graziadio Investment Company Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 4854, 4304, 4686]**

H.  Stipulation and Order By and Among Sellers, Buyer, and WRI/Raleigh, L.P. Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 3815, 3829, 4310, 4336, 4688]**

I.  Transform Holdco LLC's Reply to Graziadio Investment Company and Weingarten Realty Investors' Objections to (I) Cure Objection Relating to the Debtors' Notices of Assumption and Assignment of Additional Designatable Leases in Connection with Global Sale Transaction and (II) Notices of Assumption and Assignment of Additional Designatable Leases **[ECF No. 4882]**

Status:  This matter is going forward as a status conference.

**Landlord: PREP Hanover Real Estate LLC**

Responses Filed:

J.  Objection of PREP Hanover Real Estate LLC to Proposed Cure Amount and Potential Assumption and Assignment of Unexpired Lease in Connection with Global Sale Transaction **[ECF No. 1903]**

K.  Revised Objection of PREP Hanover Real Estate LLC to Proposed Cure Amount and Potential Assumption and Assignment of Unexpired Lease in Connection with Global Sale Transaction **[ECF No. 3552]**

Related Documents:

L.  Stipulation and Order By and Among Sellers, Buyer, and Landlord PREP Hanover Real Estate LLC (I) Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property and (II) Setting Briefing Schedule **[ECF No. 3822]**

M.  Stipulation and Order By and Among Sellers, Buyer, and Landlord PREP Hanover Real Estate LLC Extending Time Under 11 U.S.C.

3

§ 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 4333, 4580]**

Status: This matter is going forward on an uncontested basis.

II.    **CONTESTED MATTERS:**

2.    Motion of Debtors for Modification of Retiree Benefits **[ECF No. 4635]**

Response Deadline:    August 5, 2019 at 4:00 p.m.

Responses Filed:

A.    Joinder by the Secretary of Labor in Opposition to Debtors' Section 1114 Motion **[ECF No. 4762]**

B.    Objection of Retirees Committee **[ECF No. 4768]**

C.    Debtors' Reply **[ECF No. 4885]**

D.    Joinder of the Official Committee of Unsecured Creditors to Motion of Debtors **[ECF No. 4887]**

Related Document:

E.    Declaration of William Murphy in Support of Motion of Debtors **[ECF No. 4636]**

Status:  This matter is going forward on a contested basis.

3.    Notice of Assignment of Unexpired Leases of Nonresidential Real Property **[ECF No. 4763]**

Response Deadline:    August 14, 2019 at 4:00 p.m.

Responses Filed:

A.    Objection of 5525 S. Soto St. Associates **[ECF No. 4829]**

B.    Objection of 51st Street Fruitland Ave., LLC **[ECF No. 4883]**

C.    Debtors' Omnibus Reply **[ECF No. 4902]**

Related Documents:

D.    Declaration of William Gallagher in Support **[ECF No. 4905]**

E.    Declaration of Henry Shahery in Response to Objections **[ECF No. 4930]**

WEIL:\97148801\9\73217.0004

Status:  This matter is going forward on a contested basis.

III.    **ADMINISTRATIVE EXPENSE MATTERS**:

4.      Motion of Aspen Marketing Services, Inc. to Allow and Compel Payment of
        Administrative Expense Claim Under 11 U.S.C. § 503(b) for Services Provided to
        the Debtor Post-Petition **[ECF No. 4001]**

        Response Deadline:    August 15, 2019 at 4:00 p.m.

        Response Filed:

                A.      Debtors' Objection **[ECF No. 4854]**

        Related Documents:    None.

        Status:  This matter is going forward on a contested basis.

5.      Motion of Maxcolor, LLC for Allowance and Payment of Administrative Expense
        Claims **[ECF No. 4176]**

        Response Deadline:    August 15, 2019 at 4:00 p.m.

        Response Filed:

                A.      Debtors' Objection **[ECF No. 4854]**

        Related Documents:    None.

        Status:  This matter is going forward on a contested basis.

6.      Motion of M&S Landscaping Inc. for an Order Pursuant to 11 U.S.C. § 503 (i)
        Granting an Administrative Claim; (ii) Compelling the Immediate Payment of the
        Administrative Claim for Services Rendered by M&S Landscaping Inc. and
        Incurred by the Debtor Post-Petition; and (iii) For Such Other and Further Relief
        the Court Deems Appropriate **[ECF No. 4306]**

        Response Deadline:    August 15, 2019 at 4:00 p.m.

        Response Filed:

                A.      Debtors' Objection **[ECF No. 4854]**

        Related Documents:    None.

        Status:  This matter is going forward on a contested basis.

WEIL:\97148801\9\73217.0004

7.     Motion of Alpine Creations Ltd. to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. Sections 503(b)(1) And 503(b)(9) **[ECF No. 4631]**

Response Deadline:     August 15, 2019 at 4:00 p.m.

Responses Filed:

A.     Debtors' Objection **[ECF No. 4854]**

B.     Alpine Creations Ltd.'s Reply **[ECF No. 4893]**

C.     Vehicle Service Group, LLC Joinder **[ECF No. 4903]**

D.     Aspen Marketing Services Inc. Joinder **[ECF No. 4918]**

Related Documents:    None.

Status:  This matter is going forward on a contested basis.

8.     Motion of Mingle Fashion Limited for Payment of Administrative **[ECF No. 4689]**

Response Deadline:     August 15, 2019 at 4:00 p.m.

Response Filed:

A.     Debtors' Objection **[ECF No. 4854]**

Related Documents:    None.

Status:  This matter is going forward on a contested basis.

9.     Motion of Weihai Lianqiao International Coop. Group Co., Ltd to Allow and Compel Payment of Administrative Expense Claims Under 11 U.S.C. §§ 503(b)(1) AND 503(b)(9) **[ECF No. 4706]**

Response Deadline:     August 15, 2019 at 4:00 p.m.

Responses Filed:

A.     Debtors' Objection **[ECF No. 4854]**

B.     Weihai Lianqiao International Coop. Group Co., Ltd's Reply to Debtors Omnibus Objection **[ECF No. 4900]**

C.     Vehicle Service Group, LLC Joinder **[ECF No. 4903]**

WEIL:\97148801\9\73217.0004

D.      Aspen Marketing Services Inc. Joinder **[ECF No. 4918]**

Related Documents:    None.

Status:  This matter is going forward on a contested basis.

10.     Motion of Vehicle Service Group, LLC d/b/a Rotary, a Dover Company, for Allowance and Payment of Administrative Claim Under 11 U.S.C. §§ 503(b)(1) and 503(b)(9) **[ECF No. 4728]**

Response Deadline:    August 16, 2019 at 4:00 p.m.

Responses Filed:

A.      Debtors' Objection **[ECF No. 4854]**

B.      Vehicle Service Group, LLC Joinder **[ECF No. 4903]**

C.      Aspen Marketing Services Inc. Joinder **[ECF No. 4918]**

Related Document:

D.      Amended Declaration of Brian Carlson in Support of Motion **[ECF No. 4734]**

Status:  This matter is going forward on a contested basis.

**IV.    LEASE MATTERS:**

11.     Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

Response Deadline:  May 3, 2019 at 4:00 p.m.

**Landlord: MOAC Mall Holding LLC**

Responses Filed:

A.      MOAC Mall Holding LLC's Objection to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 2199]**

B.      MOAC Mall Holdings LLC's Second Supplemental and Amended: (I) Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases, and (II) Objection to Debtor's Stated Cure Amount **[ECF No. 3501]**

C.   MOAC Mall Holdings LLC's Third Supplemental and Amended Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3926]**

D.   MOAC Mall Holdings LLC's Fourth Supplemental (I) Objections and Reply to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases, and (II) Objection to Debtor's Stated Cure Amount **[ECF No. 4450]**

E.   Transform Holdco LLC's Reply to MOAC Mall Holdings LLC's (I) Objection to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction; (II) Second Supplemental and Amended: (A) Objections to Debtors' Notice of Assumption and Assignment of Additional Designatable Leases, and (B) Objection to Debtors' Stated Cure Amount; and (III) Third Supplemental and Amended Objections to Debtors' Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 4454]**

Related Documents:

F.   Stipulation and Order By and Among Sellers, Buyer, and Landlord MOAC Mall Holdings LLC (I) Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property and (II) Setting Briefing Schedule **[ECF No. 3823]**

G.   Declaration of Rich Hoge Supporting MOAC Mall Holdings LLC's Third Supplemental and Amended Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3927]**

H.   Stipulation and Order By and Among Sellers, Buyer, and Landlord MOAC Mall Holdings LLC Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 4354, 4687]**

I.   Declaration of Thomas J. Flynn Supporting MOAC Mall Holdings LLC's Fourth Supplemental (I) Objections and Reply to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases, and (II) Objection to Debtor's Stated Cure Amount **[ECF No. 4451]**

J.   List of Agreed Exhibits Regarding Assumption and Assignment of the MOAC Lease **[ECF No. 4864]**

K.   Stipulation of Facts Not in Dispute Regarding Assumption and Assignment of the MOAC Lease **[ECF No. 4865]**

L.     Transform Holdco LLC's Supplemental Reply and Cross-Motion to (A) Strike MOAC Mall Holdings LLC's Fourth Supplemental (I) Objections and Reply to Debtors' Notice of Assumption and Assignment of Additional Designatable Leases, and (II) Objection to Debtors' Stated Cure Amount; and (B) Permit Late Filed Responses to Requests for Admission **[ECF No. 4867]**

M.     Declaration of Louis W. Frillman in Opposition to the Proposed Assumption and Assignment of the MOAC Lease **[ECF No. 4874]**

N.     Declaration of Raphael Ghermezian in Opposition to the Proposed Assumption and Assignment of the MOAC Lease **[ECF No. 4875]**

O.     Declaration of Richard Hoge in Opposition to the Proposed Assumption and Assignment of the MOAC Lease **[ECF No. 4876]**

P.     Evidentiary Hearing Declaration of Roger A. Puerto in Support of Transform Holdco LLC's Reply to MOAC Mall Holdings LLC's (I) Objection to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction; (II) Second Supplemental and Amended: (A) Objections to Debtors' Notice of Assumption and Assignment of Additional Designatable Leases, and (B) Objection to Debtors' Stated Cure Amount; and (III) Third Supplemental and Amended Objections to Debtors' Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 4879]**

Q.     Evidentiary Hearing Declaration of Michael Jerbich in Support of Transform Holdco LLC's Reply to MOAC Mall Holdings LLC's (I) Objection to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction; (II) Second Supplemental and Amended: (A) Objections to Debtors' Notice of Assumption and Assignment of Additional Designatable Leases, and (B) Objection to Debtors' Stated Cure Amount; and (III) Third Supplemental and Amended Objections to Debtors' Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 4880]**

R.     MOAC Mall Holdings LLC's Pre-Evidentiary Hearing Brief Regarding the Proposed Assumption and Assignment of the MOAC Lease **[ECF No. 4889]**

S.     Transform Holdco LLC's Amended Supplemental Reply and Cross-Motion to Strike MOAC Mall Holdings LLC's Pre-Evidentiary Hearing Brief Regarding the Proposed Assumption and Assignment of the MOAC Lease **[ECF No. 4903]**

WEIL:\97148801\9\73217.0004

<u>Status</u>: This matter is going forward on a contested basis.

## V.    <u>RESOLVED MATTERS</u>:

12.    Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

<u>Response Deadline</u>: May 3, 2019 at 4:00 p.m.

**Landlord: Vornado Realty L.P.**

<u>Responses Filed</u>:

    A.    Objection of Vornado Realty L.P. and Certain of its Wholly-Owned and Controlled Subsidiaries, as Landlord, to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 2109]**

    B.    Statement of Joinder by Vornado Realty L.P. and Certain of its Wholly-Owned and Controlled Subsidiaries in the Objection of Various Landlords to Notices of Filing Revised Proposed Order (I) Authorizing the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief **[ECF No. 2422]**

    C.    Objection (Supplemental) of Vornado Realty L.P. and Certain of its Wholly-Owned and Controlled Subsidiaries, as Landlord, to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3529]**

<u>Related Document</u>:

    D.    Stipulation and Order By and Among Sellers, Buyer, and Landlord Vornado Realty L.P. Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 3814, 4403, 4646]**

<u>Status</u>: This matter has been resolved pending presentment of the proposed order at the Hearing.

## VI.    <u>ADJOURNED MATTERS</u>:

13.    Brian Coke Ng v. Sears Holding Corporation, *et al.* **[Adversary Proceeding No 19-08269]**

**Pre-Trial Conference and Motion to Dismiss Adversary Complaint**

WEIL:\97148801\9\73217.0004

Related Documents:

    A.    Adversary Complaint **[ECF No. 1]**

    B.    PDX, Inc.'s Motion to Dismiss Adversary Complaint **[ECF No. 5]**

    C.    Debtors' Motion to Dismiss Adversary Complaint **[ECF No. 7]**

    D.    Declaration of Jessie B. Mishkin in Support of Debtors' Motion to Dismiss Adversary Complaint **[ECF No. 8]**

    E.    Opposition of Brian Coke Ng to PDX, Inc.'s Motion to Dismiss the Complaint **[ECF No. 10]**

    F.    Motion of Brian Coke Ng to Strike the Affidavit of Service by Oleg Bitmam **[ECF No. 11]**

    G.    Motion of Brian Coke Ng to Strike the Declaration of Jessie B. Mishkin **[ECF No. 12]**

    H.    Request of Brian Coke Ng for Clerk's Entry of Default against Sears Holdings Corporation, and Kmart Holding Corporation **[ECF No. 14]**

    I.    Plaintiff's Affidavit in Support of Application and Request for a Certificate of Default **[ECF No. 15]**

    J.    Motion of Brian Coke Ng for Default Judgment **[ECF No. 16]**

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

14.    Mario Aliano's Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 987]**

Responses Filed:

    A.    Debtors' Omnibus Objection **[ECF No. 3149]**

    B.    Reply to Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 3230]**

Related Documents:   None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00

15.    Motion for Relief from Stay to Proceed with Personal Injury Action in State Court **[ECF No. 1105]**

Response Deadline:   October 16, 2019 at 4:00 p.m.

WEIL:\97148801\9\73217.0004

Responses Filed:        None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00

16.     Motion for Relief from the Automatic Stay **[ECF No. 1112]**

Response Deadline:     October 16, 2019 at 4:00 p.m.

Responses Filed:        None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00

17.     Motion of Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh for Relief from the Automatic Stay or, in the Alternative, for Abstention **[ECF No. 1148]**

Response Deadline:     To be determined.

Responses Filed:        None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

18.     Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to SECTION 366(c) of the Bankruptcy Code **[ECF No. 1395]**

Response Deadline:     January 11, 2019 at 4:00 p.m.

Responses Filed:

A.      Debtors' Objection **[ECF No. 2451]**

B.      Reply of Certain Utility Companies to Debtors' Objection **[ECF No. 2830]**

Related Documents:

C.      Joinder of Jackson EMC **[ECF No. 1533]**

D.      Declaration of Sherry R. Ward in Support **[ECF No. 2433]**

E.      Declaration of Wanda Shirley in Support **[ECF No. 2434]**

12

F.      Declaration of Enobong Enyenihi in Support **[ECF No. 2436]**

G.      Declaration of Karen Palmieri in Support **[ECF No. 2438]**

H.      Declaration of Walt Larnerd in Support **[ECF No. 2440]**

I.       Declaration of Lisa R. Holland in Support **[ECF No. 2441]**

J.      Declaration of Aldo Rojas in Support **[ECF No. 2442]**

K.      Declaration of Marrissa Hinton in Support **[ECF No. 2444]**

L.      Declaration of Dwight C. Snowden in Support **[ECF No. 2447]**

M.     Declaration of Jennifer Davy in Support **[ECF No. 2458]**

N.      Declaration of Emory L. Roberts Jr. in Support **[ECF No. 2459]**

O.      Declaration of Louise Williams in Support **[ECF No. 2460]**

P.      Declaration of Dora Hargrove in Support **[ECF No. 2461]**

Q.      Declaration of Carlandra Edwards in Support **[ECF No. 2462]**

R.      Declaration of Brent Cochran in Support **[ECF No. 2463]**

S.      Declaration of Stephanie Lemmond in Support **[ECF No. 2467]**

T.      Declaration of Jennifer Woehrle in Support **[ECF No. 2484]**

U.      Declaration of Michael W. Franklin in Support **[ECF No. 2490]**

V.      Declaration of Vincent Albanito in Support **[EF No. 2500]**

W.     Declaration of Gerald Houck in Support **[ECF No. 2501]**

X.      Declaration of Vicki Piazza in Support **[ECF No. 2515]**

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

19.     Motion of Jeffrey Pfeiffer for Relief from Automatic Stay **[ECF No. 2633]**

Response Deadline:     To be determined.

Response Filed:

A.      Debtors' Objection **[ECF No. 3149]**

WEIL:\97148801\9\73217.0004

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined. The parties are working to consensually resolve the motion.

20.    Motion for Relief from the Automatic Stay **[ECF No. 2669]**

Response Deadline:    To be determined.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

21.    Motion for Relief from the Automatic Stay **[ECF No. 2710]**

Response Deadline:    To be determined.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

22.    Motion of U.S. Bank National Association d/b/a U.S. Bank Equipment Finance to Compel Debtor to Assume or Reject Lease Agreements **[ECF No. 2750]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

23.    Motion of Kellermeyer Bergensons Services, LLC and Innovative Facility Services for Entry of an Order (I) Compelling the Debtors to Immediately Assume or Reject the Kellermeyer and Innovative Contracts and Pay Post-Petition Amounts Due Under the Contracts, and (II) Granting Related Relief **[ECF No. 2837]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

WEIL:\97148801\9\73217.0004

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

24.     Motion of Nina and Gerald Greene to Allow to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim **[ECF No. 3170]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Response Filed:

A.     Debtors' Objection **[ECF No. 3941]**

Related Document:

B.     Certificate of No Objection **[ECF No. 3909]**

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

25.     Application of New York State Electric and Gas Corporation Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3233]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:      None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

26.     Application of National Grid Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3238]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:      None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

WEIL:\97148801\9\73217.0004

27.    Motion of GroupBy USA, Inc. for Allowance and Payment of Administrative
Expense **[ECF No. 3404]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Response Filed:

A.    Debtors' Objection **[ECF No. 4854]**

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

28.    Application of Commonwealth Edison Company Pursuant to Section 7 of the
Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment
to Utility Providers, (II) Establishing Procedures for Determining Adequate
Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility
Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No.
461] for Payment from the Adequate Assurance Account **[ECF No. 3423]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

29.    Application of Peco Energy Company for Allowance and Payment of
Administrative Expenses **[ECF No. 3459]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

30.    Motion of BRE 312 OWNER LLC for Relief from the Automatic Stay **[ECF
No. 3435]**

Response Deadline:    May 16, 2019 at 4:00 p.m.

Responses Filed:

A.    Objection of 233 S. Wacker, LLC **[ECF No. 3906]**

WEIL:\97148801\9\73217.0004

B.    Objection of Sears Holdings Corporation **[ECF No. 3917]**

Related Documents:

C.    Letter Adjourning Motion of BRE 312 Owner LLC **[ECF No. 4218]**

D.    Letter Adjourning Motion of BRE 312 Owner LLC **[ECF No. 4423]**

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

31.    Application of Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, the Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3480]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:       None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

32.    Application Of Baltimore Gas And Electric Company Pursuant To Section 7 Of The Order (I) Approving Debtors Proposed Form Of Adequate Assurance Of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance Of Payment For Future Utility Services, And (III) Prohibiting Utility Providers From Alternating, Refusing, Or Discontinuing Utility Service [Docket No. 461] For Payment From The Adequate Assurance Account **[ECF No. 3594]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:       None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

33.    Motion of Hain Capital Investors Master Fund, Ltd., as Assignee of Blue Star Fashion NY Inc. to Allow and Compel Payment of Administrative Expense Claim

17

Under 11 U.S.C. §503(b) for Goods Delivered to the Debtors Post-Petition **[ECF No. 3675]**

Response Deadline:    To be determined.

Responses Filed:    None.

Related Documents:    None

Status:  This matter has been adjourned to a date to be determined.

34.    Johnson Controls, Inc.'s Motion to Allow Administrative Expense and Rejection Damages Claims Related to Sensormatic Software Maintenance Contract **[ECF No. 4026]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Response Filed:

        A.    Debtors' Objection **[ECF No. 4854]**

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

35.    Motion of Angela Kelly and Janyce L. Mackenzie for Relief from the Automatic Stay **[ECF No. 4064]**

Response Deadline:    July 4, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

36.    Motion of Mary McCagg for Relief from the Automatic Stay **[ECF No. 4174]**

Response Deadline:    To be determined.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

37.     Amended Motion of Colonial Properties LLC to Compel Payment of Post-Petition Date Rent and Related Lease Obligations Pursuant to 11 U.S.C. §§ 105(a), 363(e), 365(d)(3) and 503(b)(1)(A) **[ECF No. 4319]**

Response Deadline:     October 16, 2019 at 4:00 p.m.

Responses Filed:     None.

Related Document:

>    A.     Motion of Colonial Properties LLC to Compel Payment of Post-Petition Date Rent and Related Lease Obligations Pursuant to 11 U.S.C. §§ 105(a), 363(e), 365(d)(3) and 503(b)(1)(A) **[ECF No. 3164]**

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

38.     Motion of Team Worldwide to Modify Automatic Stay Pursuant to 11 U.S.C. §362 **[ECF No. 4344]**

Response Deadline:     October 16, 2019 at 4:00 p.m.

Responses Filed:     None.

Related Documents:     None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

39.     Biltmore Commercial Properties I, LLC's Motion for Immediate Payment of Post-Petition, Pre-Rejection Lease Obligations as Administrative Expenses **[ECF No. 4426]**

Response Deadline:     October 16, 2019 at 4:00 p.m.

Responses Filed:     None.

Related Documents:     None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

40.     Motion of U.S. Bank, National Association as Trustee, Successor-in-Interest to Bank of America, N.A., as Trustee, Successor-By-Merger to Lasalle Bank National Association, as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-IQ9 for an Order Pursuant to 11 U.S.C. §503 and 507(a)(2), for the Payment of Administrative Expenses **[ECF No. 4509]**

Response Deadline:     October 16, 2019 at 4:00 p.m.

WEIL:\97148801\9\73217.0004

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

41.    Application of IQ9-200 SW C Ave, LLC (Store No. 238) for Payment of Administrative Expenses **[ECF No. 4510]**

<u>Response Deadline</u>:    October 16, 2019 at 4:00 p.m.

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

42.    Johnson Controls, Inc.'s Motion to Allow Administrative Expense and Rejection Damages Claims Related to HVAC Contract **[ECF No. 4589]**

<u>Response Deadline</u>:    October 16, 2019 at 4:00 p.m.

<u>Response Filed</u>:

        A.        Debtors' Objection **[ECF No. 4854]**

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

43.    Motion of Vivian Hilken for Relief from Automatic Stay **[ECF No. 4606]**

<u>Response Deadline</u>:    October 16, 2019 at 4:00 p.m.

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

44.    Motion of Verint Americas Inc. for Allowance and Payment of Administrative Expense Claim and for Related Relief **[ECF No. 4613]**

<u>Response Deadline</u>:    August 15, 2019 at 4:00 p.m.

<u>Response Filed</u>:

WEIL:\97148801\9\73217.0004

A.    Debtors' Objection **[ECF No. 4854]**

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

45.    Motion of Scents of Worth, Inc.to Compel Motion to Compel Payment of Proceeds of Post-Petition Sales of Consigned Goods **[ECF No. 4633]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Response Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

46.    Motion of Abel Santiago for Relief from the Automatic Stay **[ECF No. 4640]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

47.    Motion of Demert Brands, Inc. for Payment of Administrative Expenses **[ECF No. 4663]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Response Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

48.    Motion of Brooks Shopping Center Partners, LLC to Allow Claims (Administrative Rent Claim) **[ECF No. 4754]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

49.    Motion of Westfield, LLC to Allow Claims (Administrative Rent Claim of
       Sunrise Mall, LLC) **[ECF No. 4755]**

    Response Deadline:    October 16, 2019 at 4:00 p.m.

    Responses Filed:        None.

    Related Documents:    None.

    Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

50.    WSSR, LLC's Motion for an Order Pursuant to U.S.C.§§365(d)(3), 503 and
       507(a)(2), Directing the Immediate Payment of Post-Petition, Pre-Rejection Lease
       Obligations as Administrative Expenses **[ECF No. 4765]**

    Response Deadline:    October 16, 2019 at 4:00 p.m.

    Responses Filed:        None.

    Related Documents:    None.

    Status:  This matter has been adjourned to October 23, 2019 at 10:00 a.m.

## VII.    <u>WITHDRAWN MATTERS</u>:

51.    Santa Rosa Mall, LLC v. Sears Holdings Corporation, *et al.* **[Adversary Proceeding No 19-08266]**

**Pre-Trial Conference and Motion to Dismiss Adversary Complaint**

<u>Related Document</u>:

A.    Joint Notice of Dismissal Without Prejudice **[ECF No. 11]**

<u>Status</u>:  This matter has been withdrawn.

52.    Transform Holdco LLC v. Sears Holding Corporation, *et al.* **[Adversary Proceeding No 19-08276]**

**Pre-Trial Conference**

<u>Related Document</u>:

A.    Adversary Complaint **[ECF No. 1]**

B.    Notice of Dismissal **[ECF No. 3]**

<u>Status</u>:  This matter has been withdrawn.


Dated:  August 21, 2019
          New York, New York

*/s/  Jacqueline Marcus*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

WEIL:\97148801\9\73217.0004