**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------x
In re                                      :
                                           :    Chapter 11
SEARS HOLDINGS CORPORATION,                :
                                           :    Case No. 18-23538 (RDD)
                                           :
           Debtors.                        :    (Jointly Administered)
------------------------------------------------------x
```

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jennifer Brooks Crozier, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Sears Holdings Corporation and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 21, 2019
      New York, New York

                                            /s/ *Jennifer Brooks Crozier*
                                            Jennifer Brooks Crozier
                                            WEIL, GOTSHAL & MANGES LLP
                                            200 Crescent Court, Suite 300
                                            Dallas, Texas 75201
                                            jennifer.crozier@weil.com
                                            Telephone: (214) 746-8232

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------x
In re                                                 :
                                                      :   Chapter 11
SEARS HOLDINGS CORPORATION,                           :
                                                      :   Case No. 18-23538 (RDD)
                                                      :
              Debtors.                                :   (Jointly Administered)
------------------------------------------------------x
```

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jennifer Brooks Crozier (the "Movant"), to be admitted, ***pro hac vice***, to represent Sears Holdings Corporation and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Texas, it is hereby

**ORDERED**, that Jennifer Brooks Crozier, is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE