**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

Brian M. Clarke, being duly sworn, deposes and says:

1. On August 21, 2019, the *Corrected Declaration of Henry Shahery in Response to Objections to Notice of Assignment of Unexpired Leases of Nonresidential Real Property* [Docket No. 4937] (the "Declaration") was filed via the Court's CM/ECF system which caused all parties receiving CM/ECF notices in this case to receive to the Objection.

2. In addition, I served true and complete copies of the Declaration by email and US Mail to all parties listed in **Exhibit A** annexed hereto.

Dated: August 21, 2019
New York, New York

*/s/ Brian M. Clarke*
Brian M. Clarke

67519.001540 EMF_US 70083067v1

## **EXHIBIT A**

David R. Taxin
Dahan & Nowick LLP
123 Main Street, 9th Floor
White Plains, New York 10601
email: davidtaxin@dahannowick.com


Robert Duran and Carl Grumer
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
email: rduran@manatt.com; cgrumer@manatt.com