LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205
Michael Luskin
Stephan E. Hornung

*Attorneys for Kathleen Kime*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**DECLARATION OF KATHLEEN KIME IN SUPPORT OF**
**MOTION TO DEEM PROOFS OF CLAIM AS TIMELY FILED**
**AND FOR RELIEF FROM THE AUTOMATIC STAY**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Shores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Kathleen Kime, declare as follows:

1.      I am the plaintiff in a personal injury action against Sears Holdings Management

Corporation, A&E Factory Services, LLC ("A&E Factory Services"), and Gregory Williams.

2.      I submit this declaration in support of my motion to deem my proofs of claim as

timely filed and for relief from the automatic stay.  I make this declaration based on my own

personal knowledge and could testify competently regarding these facts if called to do so.

3.      I was injured in a motor vehicle collision on June 14, 2016 when a vehicle

operated by Gregory Williams rear-ended my vehicle.  Mr. Williams and I exchanged

information at the scene of the accident.  Mr. Williams was driving an A&E Factory Services

vehicle registered to the same and told me that he was on a service call at the time of the

incident.  He asked me not to call the police.  At the scene, and in my presence, Mr. Williams

called his employer and reported the incident and the fact that he was at fault.  Mr. Williams and

I then completed an incident report form he produced from his vehicle at the scene.  A picture of

the incident form is attached as **Exhibit 1**.

4.      On or about June 15, 2016, Janet Cozzone at Sedgwick Claims Management

Services, Inc. ("Sedgwick"), the claims adjuster representing the Debtors for this claim called

me.  I was advised that Sedgwick was representing the insurance carrier for defendant Gregory

Williams' employer, A&E Factory Services.  I provided information to Ms. Cozzone concerning

the facts of the incident and my symptoms and injuries at the time.  I was given a claim number

and directed to contact Sedgwick concerning my claim.  I made notes during the conversation.  A

true and correct copy of my notes is attached as **Exhibit 2**.

5.      Shortly thereafter, Sedgwick arranged for a vehicle property damage inspection of

my vehicle at a local auto body shop.  I exchanged email correspondence with Sedgwick

concerning my property damage claim.

6.    I received a letter from Janet Cozzone at Sedgwick dated June 21, 2016, advising me about certain Medicare and Medicaid mandatory reporting requirements concerning beneficiaries who receive settlements, judgments, awards, or other payment from liability insurance, no-fault insurance, or workers' compensation and requested that I complete a questionnaire for that purpose. A true and correct copy of the Medicare and Medicaid form is attached as **Exhibit 3**.

7.    I received another letter from Janet Cozzone at Sedgwick dated June 21, 2016 requesting that I complete an authorization to allow Sedgwick to verify my wage information with my employer. A true and correct copy of the authorization is attached as **Exhibit 4**.

8.    I received another letter from Janet Cozzone at Sedgwick dated June 21, 2016 requesting that I complete a medical authorization to allow Sedgwick to obtain my medical documentation from the hospital and/or doctor(s) that treated me in connection with the incident. This letter also advised me that Sedgwick manages claims for Sears Holdings Corporation on behalf of ACE American Insurance Company. A true and correct copy of the medical authorization is attached as **Exhibit 5**.

9.    In July 2016, I retained William A. Deitchman, Esq. to represent me in my personal injury claim in connection with the accident.

10.    In July and August, 2016, I corresponded with Janet Cozzone at Sedgwick concerning my property damage claim. I settled my property damage claim and signed a release with my attorney's modification of the release, which expressly excluded my personal injury claim. A true and correct copy of the release is attached as **Exhibit 6**.

11.    I received a letter from ESIS AGL Claims dated November 6, 2018, notifying me that it represents defendant, Sears Holdings Corporation, and requesting that I complete a

questionnaire for Medicare reporting purposes.  This letter was sent certified with return receipt requested.  A true and correct copy of the November 6, 2018 letter is attached as **Exhibit 7**.

12.     I did not receive any written notice of the Debtors' bankruptcy or of the bar date, from the Debtors, their insurer carrier, or the claims adjuster.

13.     I learned of the Debtors' bankruptcy case and bar date on August 13, 2019 from my attorney.

14.     Had I received notice from Sedgwick or the Debtors about the bankruptcy filing and the bar date, I would have contacted my attorney immediately and taken steps to timely file a proof of claim to preserve my personal injury claim against the Debtors.

15.     This incident has had a devastating impact on my life.  After the rear-end collision, I had an immediate onset of severe head pain, jaw pain, neck pain, upper and lower back pain, and left shoulder pain.  Two days after the incident I saw Leanne Camisa, M.D., my family doctor, who diagnosed me with a concussion (I was having excruciating head pain, dizziness, and vision problems which would last months) and cervical radiculopathy.  Dr. Camisa ordered a brain MRI.  When my neck and back pain failed to improve over the next few weeks, I started chiropractic treatment and physical therapy.  Several months later, I had MRIs of my neck, lower back and left shoulder because I was still having terrible pain.  My chiropractor referred me to Philip Orisek, M.D., an orthopedic spine surgeon.  Dr. Orisek ordered a new MRI of my cervical spine and diagnosed me with a large disc herniation at C6-7, a left-sided protrusion at C5-6, and upper extremity radiculopathy.  Dr. Orisek referred me to Amir Jamali, M.D., an orthopedic surgeon who treated my left shoulder injury and performed surgery on October 29, 2018.  Dr. Orisek recently performed surgery on my spine at C5-7 with disk replacements of C5-C6 and C6-C7 on June 18, 2019.  Both Dr. Orisek and Dr. Jamali attributed

my injuries and need for surgery to the motor vehicle collision on June 14, 2016.  I am currently

in post-surgical physical therapy for my neck.  My neck and left shoulder symptoms are slowly

improving and I take pain killers, use heat and ice, and avoid aggravating activities.

Unfortunately, I still have pain in two molars, but I do not have dental insurance to fix them.  I

also have the same lower back pain from a herniated disc that showed up on the MRI, but I am

afraid of having back surgery at the moment.

16.    My surgeries, and particularly the neck surgery, were frightening to have.

However, the prospect of not having the surgeries was far worse.  Before my surgeries, I had

constant neck and left shoulder pain that interfered with my ability to do normal activities of

daily living and diminished my quality and enjoyment of life.  I was an active person before this

collision.  I enjoyed hiking, jogging, yoga, dancing, exercising, fishing, and horseback riding.  I

loved my home and took pride in my ability to keep it nice and well cared for.  I did all of my

own household chores and yard work.  I lived alone and was self-reliant.  I also enjoyed

entertaining friends and family and socializing.

17.    Because of my painful injuries, I was unable to hike or jog or take long walks

because the swinging motion of my arms hurt my shoulders, neck and back.  In yoga, I was

unable to hold myself in "plank" position or nearly any other position.  I belonged to a horse

share-a-friend program but could no longer participate in it because the pain of riding a horse

was unbearable.  I was unable to go fishing with my son because casting the pole was painful.

At home, I struggled with everyday chores such as cleaning, doing laundry, loading and

unloading the dishwasher, taking out the trash, picking up anything off of the floor and even

grocery shopping.  My yard became a mess because I was unable to mow, pull weeds, rake,

sweep the patio, water plants, or do gardening work.  I missed numerous engagements, invites,

and parties with family and friends.  I spent less time with my son, Jared, and have been less

help, which put a strain on our relationship.  Jared was married last August and, due to pain from

my injuries and being financially devastated, I was not able to be the help at the wedding that I

wanted to be, which was particularly hard on us and hard on my pride.  He is my only son and

we have always been close.  I relied on his help after the surgeries but have been unable to do the

many things that we used to enjoy doing together.  I feel like I am not there for him like I should

be.  I feel like I have an almost non-existent social life; I have missed so many family events and

events with friends.  Prior to the incident, I was always a very social, happy, and active person.

This isolation made me feel lonely, depressed, and anxious about the future.

18.    I have spent countless hours driving to and from doctor appointments.  The cost

for co-pays, gas, and wear and tear on my vehicle have also taken a financial toll on me,

especially since I have had no regular employment since the incident occurred.  Immediately

following the incident and as a result of my injuries, I had to leave my job as a Montessori

teacher, program director, and office manager.  Since then, I have been doing the best I can to

manage financially, but I have only just scraped by even with the help of my family.  I have

approximately $20,000 in credit card debt that has accrued because I am paying my utilities and

bills with my credit cards.  I have over $121,000 in medical expenses for my medical treatment,

not including the hospital charges for my recent neck surgery.  These unpaid bills are very

alarming to me.

19.    I struggle to make my house payment and fear losing my home and being

homeless.  I bought my home when I was 30 years old by myself and I have taken great pride in

that fact.  I have never missed a payment or been late on a payment, and I have struggled to keep

the victory going.  My financial situation has affected my ability to do upkeep on my home.  My

washer and dryer broke during this time. It has been a couple of years post-accident and I have had no functioning washer or dryer. There are tons of needed repairs and upkeep in my house that have not been done. The yard is totally and embarrassingly overgrown and out of control; I even have neighbors making comments about it and I cannot do anything about it. My garbage disposal broke; I have had plumbing issues in my kitchen and bathroom and I have no one to hire or help. I want to fix these things. Now, I am beyond devastated about the disrepair and ruin of my home, my yard, my finances, and my vehicles (my prized Toyota pickup truck that I bought myself in 1997 is not running, has a dead battery, and has tires that cannot be driven upon). This is a first in my life. I have always maintained my Toyota pickup and it is now completely a permanent fixture in my wisteria-vine infested driveway. There are even notes on my pickup from neighbors who have noticed that it is sitting in my driveway and want to buy it. I will never sell it, but it is beyond embarrassing that people see it sitting there and think it is being neglected, which it is. I have not been able to afford the Internet and, therefore, it is difficult for me to do a comprehensive job search, send resumes via email, complete on-line applications, etc. These things have been a constant source of stress and worry.

20.     The accumulated pain, mental and emotion stress, and daily challenge of living normally, have led to depression which I am still managing. I have had and continue to have many sleepless nights because of the pain and constant worry. I feel like this incident has robbed me of financial, emotional, and physical stability. However, now that I completed my neck surgery and my symptoms are improving, I am able to return to work and I'm actively looking for full time employment. I am working towards being my normal self again.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed in Diamond Springs, California on August 21, 2019

Kathleen Kime

# EXHIBIT 1

## ⑥ GET THE FACTS.   After taking photos, complete ALL SECTIONS of this Accident Summary before

**DIAGRAM OF ACCIDENT**

SIDEWALK

SIDEWALK

Use arrow to show North

Use these symbols:
- ← YOUR VEHICLE
- ⊗ OTHER VEHICLE(S)
- ○ WITNESS

*Important—Please fill in the other vehicle with which driver...*

**WHEN**  DATE 6/4/16   TIME 5:30   AM / PM

**WHERE**

Be specific. Include nearest landmark or intersection.

**OTHER VEHICLE**  Get directly from VEHICLE REGISTRATION CARD (take photo if possible)

MAKE Subaru   MODEL Forester

COLOR Blue   YEAR 2007   ODOMETER

LICENSE PLATE # 4 SY E114   STATE CA

VEHICLE ID # (VIN)

OWNER'S NAME  Kathie Kime

STREET ADDRESS  #7 Camilla Dr

CITY/STATE/ZIP  Diamond Bars CA 93619

**OTHER DRIVER**  Get directly from DRIVER'S LICENSE. (take photo if possible)

DRIVER'S NAME  Kathie Kime

DATE OF BIRTH

STREET ADDRESS  Almond Springs   SEX M / F

CITY/STATE/ZIP  CA 95619

LICENSE # N29307Z   STATE CA

Ask Driver

HOME PHONE 530 692-8119   WORK PHONE 530 306-64   ☒ Cell

If Driver is NOT THE OWNER of vehicle, ask Driver:

WAS DRIVER ON AN ASSIGNMENT FOR THE OWNER?  ☐ YES  ☒ NO

**INSURANCE.** (OTHER VEHICLE)

COMPANY  Kathie Kime   PHONE

POLICY # 0A528107HLC0

POLICYHOLDER  ☐ YES  ☒ NO

**AMBULANCE**  ☐ YES  ☐ NO   DEPT/STATION

**POLICE**  ☐ YES  ☒ NO  ☐ OFCR   DEPT

POLICE REPORT #   ☐ NO REPORT

**DAMAGE**  Describe location & extent of damage. Use diagram below. Describe any damage to other vehicles or property.

FRONT [YOUR VEHICLE]

FRONT [OTHER VEHICLE]

**Check all items that describe conditions at time of accident:**

**Accident Involved**
- ☐ Vehicle – in traffic
- ☐ Vehicle – parked
- ☐ Motorcycle
- ☐ Pedestrian
- ☐ Bicyclist
- ☐ Fixed Object
- ☐ Train
- ☐ Animal

**Driver's Action Prior to Accident**
- ☐ Traveling straight
- ☐ Changing lanes
- ☐ Turning – right   ☐ Turning – U
- ☐ Stopped – parked
- ☐ Stopped – in traffic lane
- ☐ Stopped – on shoulder
- ☐ Starting from parked position
- ☐ Starting in traffic lane
- ☐ Backing
- ☐ Other

**Driver's Avoidance Maneuver**
- ☐ Swerve – Other Vehicle
- ☐ Swerve – Pedestrian
- ☐ Swerve – Animal
- ☐ Swerve – Accident Scene
- ☐ Skidding
- ☐ Forced off roadway
- ☐ Other

**Driver was Traveling**
- ☐ Uphill   ☐ Crossing hill
- ☐ Downhill   ☐ Level

**Road Defects**
- ☐ Holes/bumps/dips
- ☐ Slick/wet road surface
- ☐ Roadway construction
- ☐ Low shoulder
- ☐ Soft shoulder
- ☐ No shoulder
- ☐ Advance warning of defect
- ☐ No defect
- ☐ Other

**Traffic Control Device**
- ☐ Stop/Go signal   ☐ Stop sign
- ☐ Yield sign
- ☐ Caution signal/sign
- ☐ Officer/flagman
- ☐ Railroad crossing signal
- ☐ Railroad crossing gates
- ☐ Audible signal
- ☐ None
- ☐ Other

**Lighting**
- ☐ Daylight   ☐ Dusk
- ☐ Dawn   ☐ Night
- ☐ Artificial Lighting

**PHONE TO TAKE PHOTOS**

- ALL 4 SIDES OF EACH VEHICLE
- LICENSE PLATES OF ALL VEHICLES
- ALL PEOPLE INVOLVED
- ROADWAY, SKID MARKS & DEBRIS
- INSURANCE
- VEHICLE INTERIORS

STATE   ZIP

☐ Yes  ☐ No
☐ Yes  ☐ No
☐ Yes  ☐ No

Date

# EXHIBIT 2

Mormas
DST — eyes having trouble vision
Lungs? HEAD immediately
Neck immediately
2+ shoulder

cracking upper lower back
active jaw immedi.
screwed teeth immedi/teeth
hurt

" See Wick 3rd party
1-800-737-0121 FOR Sears
Vehicle Claim # A160615080
Injury Photos Estimate Repair 0002
# A160615080-
0003

Examiner assigned
1-866-352-1521

John    Fax
866.876.7050

Tel: 30

Sedgewick Janet follow-up
866 352 1521 e-mail cozzone
X 50694    Janet.sedgwick
@ cms.
com

File A160615080

2

# EXHIBIT 3

Sedgwick Claims Management Services, Inc.
P O Box 14448
Lexington, KY 40512-4448



**sedgwick**®

Phone: (866)352-1521
Fax: (866)876-7050

June 21, 2016

Kathie Kime
417 Cappella Drive
Diamond Springs        CA     95619

Re:    Kathie Kime
       Sedgwick file number: A1606155080-0003
       Medicare mandatory reporting

Dear Kathie Kime

Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA) added mandatory reporting requirements with respect to Medicare beneficiaries who receive settlements, judgments, awards or other payment from liability insurance, no-fault insurance, or workers' compensation. Accordingly, we must collect the information on the attached form to determine if we are required to report this claim pursuant to the MMSEA requirements.

Please complete Sections I and II of the enclosed form and return it to me.  If you are unwilling to provide your complete Social Security Number, it is acceptable for you to provide the last 5 digits.   If you are unwilling to provide any Social Security information, please complete Section III only and provide your reasoning in the space provided.   Make sure you have signed the form before returning it to me.

If you have questions about this form or the MMSEA please go to: http://www.cms.gov/Medicare/Coordination-of-Benefits-and-Recovery/Mandatory-Insurer-Reporting-For-Non-Group-Health-Plans/Overview.html or contact the Benefits Coordination & Recovery Center (BCRC). BCRC Customer Service Representatives are available to assist you Monday through Friday, from 8:00 a.m. to 8:00 p.m., Eastern Time, except holidays, at toll-free lines: 1-855-798-2627 (TTY/TDD: 1-855-797-2627 for the hearing and speech impaired).

Thank you for your anticipated cooperation.

Janet Cozzone
Claims Representative

3

Return to:
Janet Cozzone

P O Box 14448          Lexington, KY 40512-4448

The Centers for Medicare & Medicaid Services (CMS) is the federal agency that oversees the Medicare program. Many Medicare beneficiaries have other insurance in addition to their Medicare benefits. Sometimes, Medicare is supposed to pay after the other insurance. However, if certain other insurance delays payment, Medicare may make a "conditional payment" so as not to inconvenience the beneficiary, and recover after the other insurance pays.

Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 (MMSEA), a new federal law that became effective January 1, 2009, requires that liability insurers (including self-insurers), no-fault insurers, and workers' compensation plans report specific information about Medicare beneficiaries who have other insurance coverage. This reporting is to assist CMS and other insurance plans to properly coordinate payment of benefits among plans so that your claims are paid promptly and correctly.

We are asking you to answer the questions below so that we may comply with this law.

**Please review this picture of the Medicare card to determine if you have, or have ever had, a similar Medicare card.**

## Section I

| Are you presently, or have you ever been, enrolled in Medicare Part A or Part B? (Circle One) | | | Yes | No |
|---|---|---|---|---|
| **Full Name:** (Please print below the name exactly as it appears on your SSN or Medicare Card) | | | | |
| | | | | |
| **Medicare Card Number:** | | **Date of Birth:** | | |
| **Social Security Number:** (if Medicare number is unavailable) | | **Sex:** (circle one) | Female | Male |

## Section II

I understand that the information requested below is to assist the requesting insurance arrangement to accurately coordinate benefits with Medicare and to meet its mandatory reporting obligations under Medicare law.

Kathie Kime                                    A1606155080-0003
**Claimant Name (Please Print)**          **Claim Number**

_____
**Name of Person Completing This Form If Claimant is Unable (Please Print)**

_____          _____
**Signature of Person Completing This Form**          **Date**

*If you have completed Sections I and II above, stop here. If you are refusing to provide the information requested in Sections I and II, proceed to Section III.*

## Section III

Kathie Kime                                    A1606155080-0003
**Claimant Name (Please Print)**          **Claim Number**

For the reason(s) listed below, I have not provided the information requested. I understand that if I am a Medicare beneficiary and I do not provide the requested information, I may be violating obligations as a beneficiary to assist Medicare in coordinating benefits to pay my claims correctly and promptly.

**Reason(s) for Refusal to Provide Requested Information:**

_____

_____

_____          _____
**Signature of Person Completing This Form**          **Date**

# EXHIBIT 4

Sedgwick Claims Management Services, Inc.
P O Box 14448
Lexington, KY 40512-4448



sedgwick®

June 21, 2016


Kathie Kime
417 Cappella Drive
Diamond Springs, CA 95619



RE:    Your Claim Number:    A1606155080-0003
       Date of Loss:         06/14/2016




Dear Kathie Kime:

As you are claiming loss of wages due to the above referenced incident, it is necessary for us to verify your wage information with your employer. Please complete, sign and return the enclosed Wage Loss Authorization form at your earliest convenience.

Upon receipt of the completed and signed Authorization form, we will attempt to secure and/or verify wage information from your employer. You may help expedite this process by altering your employer that this request will be coming to their attention.

Should you have any questions in the meantime, please feel free to call me.

Sedgwick manages claims for Sears Holdings Corporation on behalf of ACE American Insurance Company.

Sincerely,


Janet Cozzone
Claims Representative
Toll Free Phone:    (866)352-1521 x 50694
Fax:                (866)876-7050
E-mail:             janet.cozzone@SedgwickCMS.com

4



# Sedgwick CMS

Kathie Kime
417 Cappella Drive
Diamond Springs CA, 95619

# PERMISSION TO OBTAIN WAGE INFORMATION

**I, Kathie Kime, AUTHORIZE** _____

(Employer Name and Address)

_____

to furnish to any Claims Personnel of Sedgwick Claims Management Services, or anyone acting on their behalf, all information regarding position, job title, hours, compensation, and time lost from work by me before, on or after the accident date of 06/14/2016.

**I FURTHER AUTHORIZE** the Firm or Individual named above to release all medical information as well as all information related to amounts paid or due under any sick leave plan, wage continuation plan or group hospital or accident benefit plan, including the identity and address of the insurance carrier.

**I UNDERSTAND** that this information will be used to determine or to verify the extent of my/his/her loss, and to evaluate my/his/her claim arising out of this accident.

**I AGREE** that this authorization will remain valid until this claim is concluded or unless revoked by delivery of written notice to the above-named insurance company.

**I UNDERSTAND** that I (or my representative) am entitled to receive a copy of this authorization.

A photocopy of this form may be accepted as the original.

_____

Signature of Employee, Representative, Parent or Guardian

_____

Date

Claim # A1606155080-0003                                    Examiner: Janet Cozzone

# EXHIBIT 5

Sedgwick  Claims Management Services, Inc.
P O Box 14448
Lexington, KY 40512-4448



sedgwick®

June 21, 2016

Kathie Kime
417 Cappella Drive
Diamond Springs, CA 95619

Dear Kathie Kime:

Attached please find a Medical Authorization and Provider List forms must be completed, signed and
returned to our office in order for us to obtain medical documentation from the hospital and/or doctor(s)
you have treated with.

Please note A&E Factory Services does not provide medical payments to health care facilities. As such,
you will be responsible for any/all medical bills incurred for the treatment you receive.

We have enclosed a self-addressed envelope for the return of the attached forms. However, should you
have any questions concerning this request, please contact me at 866-352-1521 ext. 50694

Sedgwick manages claims for Sears Holdings Corporation on behalf of ACE American Insurance
Company.

Sincerely,

Janet Cozzone
Claims Representative
Toll Free Phone:        (866)352-1521 x 50694
Fax:                    (866)876-7050
E-mail:                 janet.cozzone@SedgwickCMS.com

Enclosure

## AUTHORIZATION FOR RELEASE AND USE OF MEDICAL INFORMATION

I authorize each of the parties identified below to use and disclose any and all of my individually identifiable medical or health information, as described below, for purposes of administering my claim. I understand that the information about me that I authorize to be used or disclosed may be re-disclosed in accordance with the terms of this Authorization by the recipient thereof and may no longer be protected by federal or state privacy laws or regulations.

I specifically authorize physicians, nurses and hospitals to communicate my individually identifiable medical or health information by any means, including written or telephonic communications or by direct interview, whether or not I am present during, or notified of, such communications, and I hereby authorize Sedgwick Claims Management Services, Inc. ("Sedgwick") to initiate and conduct such communications whether or not I am present or have received notice thereof.

1. **What Information is covered by this Authorization?**  This authorization applies to all medical, health, psychological, and/or psychiatric information, records and reports, including information regarding pre-existing health or medical conditions or illnesses (a) that are in existence while this authorization is valid (see Item 3) and (b) that are related to any of the following: my workers' compensation claim; my claim for disability benefits; my claim for bodily injury; my claim for personal injury; or my claim for dental benefits.

   My claim involves the following condition: _____

   My information to be disclosed may include, but is not limited to, medical or health history, chart notes, prescriptions, diagnostic test results, x-ray reports, and records received from other health care providers. If directly related to my claimed condition or illness, this information may include the following, **Please check yes or no and initial:**

   | | | | |
   |---|---|---|---|
   | HIV test results, HIV or AIDS information. | YES ☐ | NO ☐ | Initial here _____ |
   | Psychiatric information. | YES ☐ | NO ☐ | Initial here _____ |
   | Information related to drug or alcohol abuse. | YES ☐ | NO ☐ | Initial here _____ |

   The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

2. **Who may disclose and receive information under this Authorization?**

   A.  Any person or facility that attends, treats or examines me, including but not limited to _____ (specific name, if needed) is to make this information _____ Available to Sedgwick or any of its agents, representatives or independent contractors; and

   B.  When relevant to my claim, Sedgwick may re-disclose (without my further authorization) any and all of my individually identifiable medical or health information (whether obtained pursuant to this authorization or otherwise from any person or entity) to any of the following, (a) Any person or

facility that attends, tre...s or examines me; (b) Any person or ...ility that impacts determination of my claim or that coordinates my benefits; (c) My employer and its affiliates and their representatives, independent contractors and service providers that may receive any such information from my employer to the extent permitted by state or federal law; or (d) The Social Security Administration or a social security or vocational rehabilitation vendor. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

3. **How Long this Authorization is Valid?** This authorization is valid during the duration of my claim(s) and any future related claims, unless a different period is required under applicable federal or state law. Release in connection with a claim for benefits for health insurance may not remain valid longer than the term of coverage of the policy; or for the duration of the claim for all other insurance claims.

4. **Revocation of this Authorization.** Unless otherwise provided by federal or state law, I understand that I may revoke this authorization at any time by notifying, in writing, Sedgwick at P O Box 14448 Lexington, KY 40512-4448 of my revocation and that my revocation shall be effective upon Sedgwick receipt of my notice of revocation. I also understand that my revocation of this Authorization will not have any effect on any actions taken by Sedgwick before it's receives my revocation.

5. **Processing of Claims.** I understand that this Authorization is generally necessary for the processing of my claim. Failure to sign this Authorization may impair or impede the processing of my claim.

6. **Refusal To Sign.** I further understand my health care providers will not condition my treatment, payment, enrollment or eligibility on my refusal to sign this Authorization.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.

| | |
|---|---|
| Signature of Patient or Patient's Representative<br>Kathie Kime | Patient's Address |
| Printed Name of Patient or Patient's Representative | Patient's Social Security Number |
| Representative's Relationship to Patient, if applicable | First Day Absent |
| Date Signed<br>Sedgwick 6/2015 | Date of Birth<br>☐Sedgwick Claims Management Services, Inc. |

NOTICE OF STATE FRAUD REQUIREMENTS

For your protection California law requires the following to appear on this form. Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison. Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers compensation benefits or payments is guilty of a felony.

Sedgwick  Claims Management Services, Inc.
P O Box 14448
Lexington, KY 40512-4448



sedgwick®

June 21, 2016

Kathie Kime
417 Cappella Drive
Diamond Springs, CA 95619

Dear Kathie Kime:

NAMES, ADDRESSES & PHONE NUMBERS OF TREATING MEDICAL/DENTAL PROVIDERS

Please indicate in the spaces below the complete names, addresses and phone numbers of all the
treating physicians that provided treatment to the claimant.

1)    Name: _____

        Address:_____

City, State, Zip:_____

Phone: _____

2)  Name: _____

        Address:_____

City, State, Zip:_____

Phone: _____


3) Name: _____

        Address:_____

City, State, Zip:_____

Phone: _____


Sincerely,

Janet Cozzone
Claims Representative
Toll Free Phone:      (866)352-1521 x 50694
Fax:                  (866)876-7050
E-mail: .              janet.cozzone@SedgwickCMS.com

# EXHIBIT 6

*Fax*
*866-876-705*

## PROPERTY DAMAGE RELEASE

KNOW ALL MEN BY THESE PRESENTS:

That the Undersigned, being of lawful age, for sole consideration of **One thousand eight hundred sixty five dollars and 93/100 ($1,865.93)** to be paid to **Kathleen Kime** (*for property damage only, this release does not include any approved repair supplements*), do/does hereby and for my/our/its heirs, executors, administrators, successors and assign release, acquit and forever discharge Gregory Williams, A&E Factory Services, Sears, Roebuck and Co., Store #04329 and his, her, their, or its agents, servants, successors, heirs, executors, administrators and all other persons, firms, corporations, associations or partnerships of and from any and all claims,* actions, causes of action, demands, rights, damages, costs, loss of service, expenses and compensation whatsoever, which the undersigned now has/have or which may hereafter accrue on account of or in any way growing out of any and all known and unknown, foreseen and unforeseen property damages and the consequences thereof resulting or to result from the occurrence on or about the 14th Day of June, 2016 at or near **Missouri Flat Road, Placerville, CA.** *Does not include personal injury claims or actions.*

It is understood and agreed that this settlement is the compromise of a doubtful and disputed claim, and that the payment made is not to be construed as an admission of liability on the part of the party or parties hereby released, and that said releases deny liability therefore and intend merely to avoid litigation and buy their peace.

The undersigned further declare(s) and represent(s) that no promise, inducement or agreement not herein expressed has been made to the undersigned, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

### THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.
Each party to this Agreement agrees to bear their own costs and attorney's fees

Signed, sealed and delivered this _18th_ day of _August_, 20_16_.

CAUTION:    READ BEFORE SIGNING BELOW

_____    X_Kathleen Kime_____LS
           Witness                      Kathleen Kime, Claimant

_____    X_____LS
           Witness                      Claimant's Spouse (if applicable)

_____    X_____LS
           Witness

STATE OF _California_            **CLAIM #:  A1606155080-0002**
COUNTY OF _El Dorado_           EXAMINER:  Janet Cozzone

On the _____ Day of _____, 20_____, before me personally appeared

_____ to be known to be the person(s) named herein and who

executed the foregoing Release and _____acknowledged to me that _____ voluntarily

executed the same.

_____
NOTARY PUBLIC

My Term expires _____, 20_____

6

Proto50280003

Sedgwick Claims Management Services, Inc
P O Box 14448
Lexington, KY  40512-4448

*Deposited*
*ON  8/31/16*

*Check*
*for car*
*repair +*
*$ 300. NON-*
*use*

Electronic Service Requested

SINGLE PIECE

2307 0.3820 SP 0.465

KATHLEEN KIME

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 08/22/2016 | 1,865.93 | |

| PAYEE | TAX ID |
|-------|--------|
| KATHLEEN KIME | ***** |

| SCMS UNIT | PAGE |
|-----------|------|
| 183 Sedgwick Claims Management Services, Inc | 1 of 1 |

| Claimant Name | | Loss Date | Claim Number |
|---------------|---|-----------|--------------|
| KIME, KATHLEEN | | 06/14/2016 | A1606155080-0002 |
| Amt Paid: | 1,865.93 | Description: Settlement of all claims | |
| Dates: | 06/14/2016-08/19/2016 | Comment: Full and final settlement of all property damage claims. | |

# EXHIBIT 7

**ESIS** ®   ESIS AGL Claims
P. O. Box 5127
Scranton, PA 18505-0559

800-526-4716 fax

November 06, 2018


KATHLEEN KIME
417 CAPPELLA DRIVE
DIAMOND SPRING , CA  95619


**VIA CERTIFIED/**
**RETURN RECEIPT**

Re:    Our File Number:      4F632543790820
       Insured:              SEARS HOLDINGS CORPORATION
       Claimant:             KATHLEEN KIME
       Date of Accident:     06-14-2016
       Agency #:

Dear **Sir or Madam :**

With reference to the above captioned matter, enclosed please find a Medicare Information Request form. Federal law requires liability, no-fault, and worker's compensation insurers, and self-insured entities, to obtain and report specific information about claimants who may also be Medicare beneficiaries.  This information is reported to The Centers for Medicare and Medicaid Services, the federal agency that administers the Medicare program, for coordination of benefit purposes.

Please complete the enclosed form and return it in the self addressed envelope enclosed or to the address specified at the bottom of this letter. If you are represented by an attorney please forward this correspondence to them.

Thank you for your cooperation.

Sincerely,

*ESIS Claims*



**PLEASE RETURN COMPLETED FORM TO:**
ESIS AGL Claims
P. O. Box 5127
Scranton, PA 18505-0559


7

18-23538-shl    Doc 4945-1    Filed 08/21/19    Entered 08/21/19 20:08:36    Exhibit
Declaration of Kathleen Kime in Support of Motion    Pg 29 of 29

Page **1** of **2**

The Centers for Medicare & Medicaid Services (CMS) is the federal agency that oversees the Medicare program. Many Medicare beneficiaries have other insurance in addition to their Medicare benefits. Sometimes, Medicare is supposed to pay after the other insurance. However, if certain other insurance delays payment, Medicare may make a "conditional payment" so as not to inconvenience the beneficiary, and recover after the other insurance pays.

Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 (MMSEA), a new federal law that became effective January 1, 2009, requires that liability insurers (including self-insurers), no-fault insurers, and workers' compensation plans report specific information about Medicare beneficiaries who have other insurance coverage. This reporting is to assist CMS and other insurance plans to properly coordinate payment of benefits among plans so that your claims are paid promptly and correctly.

We are asking you to the answer the questions below so that we may comply with this law.

**Please review this picture of the Medicare card to determine if you have, or have ever had, a similar Medicare card.**



## Section I

| Are you presently, or have you ever been, enrolled in Medicare Part A or Part B? | ☐Yes | ☐No |
|---|---|---|
| *If yes, please complete the following. If no, proceed to Section II.* | | |

| Full Name: *(Please print the name exactly as it appears on your SSN or Medicare card if available.)* |
|---|
| | | | | | | | | | | | | | | | | | | | | |

| Medicare Claim Number: | | Date of Birth (Mo/Day/Year) | - | | - | |

| **Social Security Number:** *(If Medicare Claim Number is Unavailable)* | - | - | | Sex | ☐Female | ☐Male |

**Note: If you are uncomfortable with providing your full Social Security Number (SSN), you have the option to provide the last 5 digits of your SSN in the section above.

## Section II

I understand that the information requested is to assist the requesting insurance arrangement to accurately coordinate benefits with Medicare and to meet its mandatory reporting obligations under Medicare law.

_____          4F632543790820
**Claimant Name (Please Print)**                **Claim Number**

_____
**Name of Person Completing This Form If Claimant is Unable (Please Print)**

_____          _____
**Signature of Person Completing This Form**      **Date**

*If you have completed Sections I and II above, stop here. If you are refusing to provide the information requested in Sections I and II, proceed to Section III.*