UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                          Case No.: 19-23538 (RDD)
    SEARS HOLDINGS CORPORATION, et al.,          Chapter 11
                                                                                           (Jointly Administered)
                                    Debtors
-----------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Carl L. Grumer to be admitted, ***pro hac vice***, to represent  51st Street Fruitland Ave., LLC (the "Client") in the above referenced ☒ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Central District of California, it is hereby

      **ORDERED**, that Carl L. Grumer, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
           August 21, 2019

                                                      /s/Robert D. Drain
                                                      UNITED STATES BANKRUPTCY JUDGE

325064695.1