UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re                                                         :

                                                              :      **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,                     :

                                                              :      **Case No. 18-23538 (RDD)**

Debtors[1].                                                   :

                                                              :      **(Jointly Administered)**

------------------------------------------------------------ x


## SUPPLEMENTAL DECLARATION OF NATHANIEL SHAW

Pursuant to 28 U.S.C. § 1746, under penalty of perjury, Nathaniel Shaw declares:

1.          My name is Nathaniel Shaw.  As set forth in my Declaration dated March 14,

2019, which was filed in connection with the motion of KBS for an order (i) compelling the

above-captioned debtors (the "Debtors") to immediately assume or reject their agreements with

KBS and pay post-petition amounts due (or overdue) under those agreements (the "Motion")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); Max Serv, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (19870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC ,Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None): SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[D.N. 2837], I am the Chief Commercial Officer ("CCO") for Kellermeyer Bergensons Services, LLC ("Kellermeyer") and its subsidiary companies, including its wholly-owned subsidiary Innovative Facilities Services, LLC ("IFS" and together with Kellermeyer, "KBS"). I have been employed by Kellermeyer for more than six years.

2.      In my capacity as CCO, I am familiar with KBS's relationship and agreements with the Debtors, as well as the amounts due to KBS under the agreements. Except as otherwise specifically indicated, all facts set forth in this Declaration are based upon my personal knowledge, and my review of the contracts, books and records of Kellermeyer and IFS, which are maintained by me or by persons working under my supervision. The information contained herein is true to the best my knowledge, except as to the matters herein stated to be made upon information and belief, and as to those matters I believe them to be true.

3.      I submit this Supplemental Declaration in support of KBS's amended motion for entry of an order, pursuant to §§105(a)) and 503(b)(1)(A) of Title 11 of the United States Code (the "Bankruptcy Code"), (i) compelling the Debtors to immediately pay post-petition amounts past due under the Housekeeping Services Master Service Agreement and Housekeeping Services Agreement (Sears Automotive) with Kellermeyer, and their Housekeeping Services Master Service Agreement with IFS (together, the "Agreements"), and (ii) granting related relief (the "Amended Motion").

4.      My original declaration was accompanied by charts of the KBS invoices (one chart of Kellermeyer and another for IFS) issued to the Debtors for services provided in January and February 2019, which were unpaid as of the date of the filing of the Motion. The Motion only sought payment of the amounts that were then past due – the amounts billed for services provided in January 2019. The amount past due to Kellermeyer was $543,218.78, and the

amount past due to IFS was $49,353.83, for a total administrative amount then past due and owing of $543,218.78. No payments have been received by KBS on account of those invoices since the Motion was filed.

5.    KBS continued to provide services through the date that the Debtors filed a notice of rejection of the Agreements, April 10, 2019, and for one day thereafter. I note that the notice of rejection was not filed until the evening of April 10th, and many of the janitorial and cleaning services that KBS provided to the Debtors under the Agreements were provided overnight, after the Debtors' stores closed. Given the timing of the rejection notice, overnight services were provided for the period April 10th to April 11th.

6.    KBS continued to submit invoices to the Debtors for the services provided in the ordinary course, consistent with existing practices and the terms of the Agreements, for the period through April 11, 2019. Payment to Kellermeyer was due within twenty days of invoice, for an early payment discount, and otherwise within thirty days of invoice; the IFS agreements contained no early payment discount option. Charts showing the unpaid invoices for each of Kellermeyer and IFS, according to KBS records, were prepared under my supervision and are attached to this Supplemental Declaration as Exhibit 1. The total amount billed and past due as of the date of this Supplemental Declaration (net of the credits that are reflected in the charts) for the period January 1, 2019 through April 11, 2019 is $1,169,267.60 for Kellermeyer and $92,262.27 for IFS, for a total of $1,261,529,.80. (I note that only the Kellermeyer billings include April 11th.) These amounts include no interest, attorneys' fees or late fees.

Dated: August _22_, 2019

*Nathaniel B. Shaw*

_____

Nathaniel Shaw
Chief Commercial Officer

**Exhibit 1**

KBS AGED

| Invoice Number | Invoice date | Service Period | Invoice Amount | |
|---|---|---|---|---|
| INV2175903 | 1/31/2019 | Sears January 1st-31st Porter Services | $11,240.88 | Post Petition Past Due Invoice |
| INV2180188 | 1/31/2019 | Kmart 6day Porter January 1st-31st Services | $33,301.68 | Post Petition Past Due Invoice |
| ARB0162214 | 1/31/2019 | Sears Auto Center services January 1st - 31st | $5,733.75 | Post Petition Past Due Invoice |
| INV2184720 | 1/31/2019 | January 16th - 31st Floor Care Services | $440,512.09 | Post Petition Past Due Invoice |
| INV2180484 | 1/31/2019 | January 1st - 31st Services at District Office | $250.00 | Post Petition Past Due Invoice |
| INV2186990 | 1/31/2019 | Sears Extra Labor Services | $714.70 | Post Petition Past Due Invoice |
| INV2186989 | 1/31/2019 | Kmart extra Labor Services | $405.70 | Post Petition Past Due Invoice |
| INV2186994 | 1/31/2019 | Sears Unit 1765 fixture moves | $521.07 | Post Petition Past Due Invoice |
| INV2191230 | 1/31/2019 | Sears Unit 1818 extra labor | $729.28 | Post Petition Past Due Invoice |
| INV2191229 | 1/31/2019 | Kmart Unit 7756 Extra Labor | $455.80 | Post Petition Past Due Invoice |
| ARB0164433 | 3/31/2019 | March Auto Center Services | $4,020.00 | Post Petition Past Due Invoice |
| CRM0147864 | 3/31/2019 | Kmart No show credits | ($4,165.03) | Post Petition Past Due Invoice |
| CRM0147865 | 3/31/2019 | Sears No show credits | ($1,583.66) | Post Petition Past Due Invoice |
| INV2240051 | 3/31/2019 | March 1st - 31st Sears Porter Services | $11,794.16 | Post Petition Past Due Invoice |
| INV2242163 | 3/31/2019 | March 1st - 31st Services at District Office | $250.00 | Post Petition Past Due Invoice |
| INV2244962 | 3/31/2019 | March Kmart 6day Porter Services | $19,841.07 | Post Petition Past Due Invoice |
| INV2247555 | 3/31/2019 | Sears Extra Billing services | $2,748.68 | Post Petition Past Due Invoice |
| INV2247556 | 3/31/2019 | Kmart Extra Billing Services | $2,139.33 | Post Petition Past Due Invoice |
| INV2247556A | 3/31/2019 | Kmart Entrance extraction | $234.84 | Post Petition Past Due Invoice |
| INV2247558 | 3/31/2019 | March 16th - 31st Floor Care | $385,159.63 | Post Petition Past Due Invoice |
| INV2266352 | 4/15/2019 | April 1st - 11th Floor care | $269,516.88 | Post Petition Past Due Invoice |
| ARB0165042 | 4/15/2019 | April Auto Center Services | $1,067.49 | Post Petition Past Due Invoice |
| INV2266360 | 4/15/2019 | April 1st - 11th Services at District Office | $91.66 | Post Petition Past Due Invoice |
| INV2269554 | 4/16/2019 | April 1st - 11th Sears Porter Services | $2,747.45 | Post Petition Past Due Invoice |
| INV2269555 | 4/16/2019 | April 1st - 11th Kmart 6day Porter Services | $5,534.94 | Post Petition Past Due Invoice |
| INV2269556 | 4/16/2019 | Sears Extra Billing services | $848.30 | Post Petition Past Due Invoice |
| INV2269558 | 4/16/2019 | Kmart Extra Billing Services | $633.95 | Post Petition Past Due Invoice |
| INV2269558A | 4/16/2019 | Kmart Unit 4214 strip project | $2,905.18 | Post Petition Past Due Invoice |
| CRM0149126 | 4/17/2019 | Kmart No show credits | ($4,943.63) | Post Petition Past Due Invoice |
| CRM0149246 | 4/17/2019 | Sears No show credits | ($4,681.56) | Post Petition Past Due Invoice |
| CRM0149572 | 4/29/2019 | Kmart April Missed Service Credits | ($10,401.16) | Post Petition Past Due Invoice |
| CRM0149573 | 4/29/2019 | Sears April Missed Service Credits | ($7,155.87) | Post Petition Past Due Invoice |
| INV2269558A | 4/30/2019 | Credit for Strip project approved by Anna | ($1,200.00) | Post Petition Past Due Invoice |

*Total Unpaid Post Petition Invoices* | $1,169,267.60

## Innovative-unpaid post-petition invoices

| Invoice Number | Invoice Date | Service Period | Invoice Amount | Net 30 |
|---|---|---|---|---|
| INV0019505 | 1/15/2019 | January 1st - 15th Floor Care | $23,468.94 | 2/14/2019 |
| INV0019508 | 1/31/2019 | January 1st-31st Porter Services | $3,200.00 | 3/2/2019 |
| INV0019553 | 1/31/2019 | January 16th - 31st Floor Care | $22,684.89 | 3/2/2019 |

| | | |
|---|---|---|
| *Total Post Petition Past Due Invoices* | *$49,353.83* | |