# Exhibit D

Objection Deadline: May 6, 2019 at 4:00 p.m. (Eastern Time)
Hearing Date & Time (Only if Objection Filed): To be Scheduled

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                    :
                                         :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,      :
                                         :    Case No. 18-23538 (RDD)
                                         :
Debtors.[1]                              :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF REJECTION OF EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that, on October 15, 2018, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that, on April 4, 2019, the Bankruptcy Court entered an order granting certain expedited procedures for the rejection of the Debtors' executory contracts (ECF No. 3044) (the "**Rejection Procedures Order**"). An electronic copy of the Rejection Procedures Order can found at https://restructuring.primeclerk.com/sears/.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Rejection Procedures Order, the Debtors hereby give notice of their intent to reject the contract(s) set forth on **Schedule 1**, attached to the Rejection Order (as defined below) (each, a "**Contract**," and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

together, the "**Contracts**"), effective as of April 22, 2019, unless otherwise ordered by the Court (the "**Rejection Date**").

**PLEASE TAKE FURTHER NOTICE** that, any party wishing to object to the Debtors' proposed rejection of a Contract, must file with the Bankruptcy Court and serve a written objection setting forth the legal and factual bases for such objection (an "**Objection**") so that it is actually filed with the Bankruptcy Court and served on the following parties no later than fourteen (14) calendar days after the date of filing and service of this Rejection Notice (the "**Rejection Objection Deadline**"): (i) the Debtors c/o Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179; (ii) counsel for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the applicable counterparty to the Contract that is the subject of the Objection; and (iv) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq. and Richard Morrissey, Esq.); and (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.).

**PLEASE TAKE FURTHER NOTICE** that if no Objection is filed and served in compliance with the foregoing, the Debtors may submit to the Bankruptcy Court after the Rejection Objection Deadline a proposed order approving the rejection of the Contracts (each such order, a "**Rejection Order**"), substantially in the form attached hereto as **Exhibit A**, and the Bankruptcy Court may enter such order without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Rejection Procedures Order, if no Objection is properly filed and served in compliance with the foregoing, the rejection of each Contract shall become effective as of the Rejection Date. The deadline to file a proof of claim to assert any damages claim arising from the rejection of a Contract shall be thirty (30) days after the entry of the Rejection Order.

**PLEASE TAKE FURTHER NOTICE** that, if an Objection is properly filed and served in compliance with the foregoing, a hearing will be scheduled to consider the Objection. If the Objection is overruled or withdrawn, the effective date of rejection shall be the (i) Rejection Date; (ii) such other date to which the Debtors and the counterparty to the Unresolved Objection have agreed; or (iii) such other date as determined by the Court. If an Objection is filed for fewer than all of the Contracts included on the Rejection Notice, the Debtors may proceed with submitting a proposed Rejection Order in accordance with the above procedures for the remaining Contracts on the Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that a copy of all pleadings filed in these chapter 11 cases, including the motion (ECF No. 2768) that sought the relief granted in the

Rejection Procedures Order, is available for free at https://restructuring.primeclerk.com/sears/ or for a fee via PACER at https://ecf.nysb.uscourts.gov.

Dated: April 22, 2019
      New York, New York

                                       /s/ Jacqueline Marcus
                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York  10153
                                       Telephone:  (212) 310-8000
                                       Facsimile:  (212) 310-8007
                                       Ray C. Schrock, P.C.
                                       Jacqueline Marcus
                                       Garrett A. Fail
                                       Sunny Singh

                                       *Attorneys for Debtors*
                                       *and Debtors in Possession*

## Exhibit A

### Rejection Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :    **Chapter 11**
**SEARS HOLDINGS CORPORATION, et al.,**                     :
                                                            :    **Case No. 18-23538 (RDD)**
                                                            :
Debtors.[1]                                                 :    **(Jointly Administered)**
------------------------------------------------------------x

**ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS**

Pursuant to and in accordance with the *Order Authorizing Debtors to Establish Procedures for Rejection of Executory Contracts* (ECF No. 3044) (the "**Rejection Procedures Order**")[2] entered in the above-captioned chapter 11 cases of Sears Holdings Corporation and its debtor affiliates (collectively, the "**Debtors**"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "**Rejection Notice**") of their intent to reject certain executory contracts identified on **Schedule 1** attached hereto ("**Contracts**") in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Rejection Procedures Order.

accordance with the terms of the Rejection Procedures Order, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Contracts set forth on **Schedule 1** attached hereto are hereby rejected, effective as of the Rejection Date.

2. If any affected non-Debtor party (each, a "**Counterparty**") to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty shall submit a proof of claim on or prior to thirty (30) days after the entry of this Order. If a Counterparty does not timely file a proof of claim in accordance with the terms of this Order, the Counterparty shall forever be barred from asserting a claim arising from the rejection of their Contract.

3. Nothing contained in this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, or adoption of any agreement, contract, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

4. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

5. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2019
White Plains, New York

                                       THE HONORABLE ROBERT D. DRAIN
                                       UNITED STATES BANKRUPTCY JUDGE

18-23538-rdd    Doc 3311    Filed 04/22/19    Entered 04/22/19 21:38:23    Main Document    Pg 8 of 22

## Schedule 1 - Contracts to be Rejected

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 1 | N/A | SEARS, ROEBUCK AND CO. | WESTROCK MECHANICAL CORPORATION | | SHCLCW8550 | N/A | 7/21/2019 |
| 2 | N/A | KMART OPERATIONS LLC | WESTROCK MECHANICAL CORPORATION | | SHCLCW8550 | N/A | 7/21/2019 |
| 3 | N/A | KMART CORPORATION | WESTROCK MECHANICAL CORPORATION | | SHCLCW8550 | N/A | 7/21/2019 |
| 4 | N/A | SEARS HOLDINGS CORPORATION | WESTROCK MECHANICAL CORPORATION | | SHCLCW8550 | N/A | 7/21/2019 |
| 5 | N/A | SEARS OPERATIONS LLC | WESTROCK MECHANICAL CORPORATION | | SHCLCW8550 | N/A | 7/21/2019 |
| 6 | N/A | KMART OPERATIONS LLC | WESTROCK MECHANICAL CORPORATION | | SHCLCW8550 | N/A | 7/21/2019 |
| 7 | N/A | KMART CORPORATION; KMART OPERATIONS LLC; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO. | WHEELDONS ALTERNATIVE ENERGY | FAC - WHEELDON'S ALTERNATIVE ENERGY - MSA - 2018 | CW2336286 | N/A | 02/11/2019 |
| 8 | N/A | KMART CORPORATION;SEARS HOLDINGS MANAGEMENT CORPORATION;SEARS, ROEBUCK AND CO. | WHITE GRAPHICS INC | PTC | N/A | N/A | N/A |
| 9 | N/A | KMART CORPORATION;SEARS HOLDINGS MANAGEMENT CORPORATION;SEARS, ROEBUCK AND CO. | WHITE GRAPHICS INC | ADDENDUM | N/A | N/A | N/A |
| 10 | N/A | KMART CORPORATION;SEARS HOLDINGS MANAGEMENT CORPORATION;SEARS, ROEBUCK AND CO. | WHITE GRAPHICS INC | ADDENDUM 2 | N/A | N/A | N/A |
| 11 | N/A | KMART CORPORATION;SEARS HOLDINGS MANAGEMENT CORPORATION;SEARS, ROEBUCK AND CO. | WHITE GRAPHICS INC | AMENDMENT 1 | N/A | N/A | N/A |
| 12 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | WHITE GRAPHICS INC | ADDENDUM 1 | N/A | N/A | N/A |
| 13 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | WHITE GRAPHICS INC-668137 | SUPPLIES - WHITE GRAPHICS - PTC - 2015 | CW2302806 | N/A | 01/31/2020 |
| 14 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | WHITE GRAPHICS PRINTER SERVICES, INC | | CW2302806 | N/A | 1/31/2020 |
| 15 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | WHITE GRAPHICS PRINTER SERVICES, INC | | CW2302806 | N/A | 1/31/2020 |
| 16 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | WHITE GRAPHICS PRINTER SERVICES, INC | | CW2302806 | N/A | 1/31/2020 |
| 17 | N/A | KMART CORPORATION | WHITE GRAPHICS PRINTER SERVICES, INC | | CW2302806 | N/A | 1/31/2020 |
| 18 | N/A | SEARS, ROEBUCK AND CO. | WHITE GRAPHICS PRINTER SERVICES, INC | | CW2302806 | N/A | 1/31/2020 |
| 19 | N/A | KMART CORPORATION | WHITE GRAPHICS PRINTER SERVICES, INC | | CW2302806 | N/A | 1/31/2020 |
| 20 | N/A | SEARS, ROEBUCK AND CO. | WHITE GRAPHICS PRINTER SERVICES, INC | | CW2302806 | N/A | 1/31/2020 |
| 21 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | WHITE GRAPHICS PRINTER SERVICES, INC | | N/A | N/A | 1/31/2020 |
| 22 | N/A | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | WILLIAMS CONSTRUCTION | MASTER AGREEMENT | N/A | N/A | 3/31/2018 |
| 23 | N/A | | WINGER CONTRACTING COMPANY | FACILITIES UPTO $40K MSA | N/A | N/A | 07/22/2019 |
| 24 | N/A | KMART CORPORATION; KMART OPERATIONS LLC; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO. | | | | | |
| | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | WINNSCAPES INC | | CW2340004 | N/A | 9/30/2020 |

Sears Holdings Corporation
Contracts to be Rejected

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 162 | N/A | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO. | RUSTON PAVING COMPANY INC-704873 | SEARS HOME SERVICES; RUSTON PAVING UNDER $40K CONTRACT AUGUST 31, 2018 | CW2339556 | N/A | 12/31/2018 |
| 163 | N/A | SEARS, ROEBUCK AND CO. | SIMONS POWER EQUIPMENT, INC. | HOME SERVICES - SIMON'S LAWN MOWER SHOP AND POWER EQUIPMENT - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2304997 | N/A | 05/07/2020 |
| 164 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SPHERE CONSULTING INC | N/A | CW2340895 | N/A | 1/31/2019 |
| 165 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS HOME IMPROVEMENT PRODUCT | TARGET PLUS RESPONSE INC | HOME SERVICES - TARGET PLUS RESPONSE INC - AMENDED AND RESTATED MASTER SERVICES AGREEMENT - 2013 | CW2317114 | N/A | 08/15/2019 |
| 166 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TCSL | SOW AMENDMENT | N/A | N/A | 12/31/2018 |
| 167 | N/A | SEARS, ROEBUCK AND CO. | UNION ELECTRONIC DISTRIBUTORS | HOME SERVICES - UNION ELECTRONICS DISTRIBUTORS MPA 2018 | CW2336033 | N/A | 01/22/2022 |
| 168 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VITAL PAK COURIER & LOGISTICS CO | N/A | CW2330133 | N/A | 9/14/2020 |
| 169 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | YPM, INC | YPM, INC. AGREEMENT FOR MOBILE ADVERTISING | N/A | N/A | N/A |
| 170 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | YPM, INC | YPM, INC. AGREEMENT FOR INTERNET ADVERTISING | N/A | N/A | N/A |
| 171 | 1886 | SEARS HOLDINGS MANAGEMENT CORPORATION | SAP | MASTER SOFTWARE LICENSE AND SERVICES AGREEMENT | N/A | N/A | ONGOING |
| 172 | 1886 | SEARS HOLDINGS MANAGEMENT COMPANY | SAP | APPENDIX 3, 2012 TO SAP INDUSTRIES, INC. SOFTWARE LICENSE AGREEMENT | N/A | N/A | N/A |
| 173 | 1886 | SEARS HOLDINGS MANAGEMENT COMPANY | SAP | APPENDIX 4, 2012 TO SAP INDUSTRIES, INC. SOFTWARE LICENSE AGREEMENT | N/A | N/A | N/A |
| 174 | N/A | KMART CORPORATION; KMART OPERATIONS LLC; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO. | C&J SHEETMETAL | FAC - C AND J SHEET METAL INC - FACILITIES SERVICES MASTER AGREEMENT - 2017 | SHCLCW8236 | N/A | 12/06/2018 |
| 175 | N/A | KMART CORPORATION; SEARS HOLDINGS CORPORATION | NORTH AMERICAN ELITE INSURANCE COMPANY | MAHOPAC, NY PROPERTY | NAP200246800 | N/A | 04/15/2019 |
| 176 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | WEBFILINGS, LLC | MASTER 'SOFTWARE AS A SERVICE' MANAGED SERVICES AGREEMENT - 2012 | N/A | N/A | Recurring |
| 177 | N/A | SEARS, ROEBUCK AND CO, KMART CORPORATION, SEARS BRANDS MANAGEMENT CORPORATION | SCHUMACHER ELECTRIC CORPORATION | AMENDMENT #1 TO THE SUPPLY AGREEMENT FOR PORTABLE POWER PRODUCTS | N/A | N/A | 1/31/2021 |
| 178 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | PERMISSION DATA, LLC | MKTG - PERMISSION DATA - MSA - 2014 | CW2272519 | N/A | 05/31/2019 |
| 179 | 305 | KMART CORPORATION; SEARS BRANDS MANAGEMENT CORP.; SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | MJ HOLDING COMPANY, LLC | UNIVERSAL TERMS AND CONDITIONS | N/A | N/A | Reoccurring |
| 180 | N/A | SEARS BRANDS MANAGEMENT CORP. | MARSHALL ASSOCIATES, INC. | AMS DELIVERABLES ON AMAZON.COM | N/A | N/A | 07/02/2019 |
| 181 | N/A | N/A | ANDA INC | N/A | N/A | N/A | N/A |