LUSKIN, STERN & EISLER LLP
Michael Luskin
Stephan E. Hornung
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205
luskin@lsellp.com
hornung@lsellp.com

*Attorneys for Kathleen Kime*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Shores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Stephan E. Hornung, hereby certify that I caused true and correct copies of the (i) *Motion of Kathleen Kime to Deem Proofs of Claim as Timely Filed and for Relief from the Automatic Stay* [Docket No. 4945] and (ii) *Notice of Hearing on Motion of Kathleen Kime to Deem Proofs of Claim as Timely Filed and for Relief from the Automatic Stay* [Docket No. 4946] to be served in the following manner:

1. On August 21, 2019, through ECF notification upon all parties who receive notice in this case pursuant to the Court's ECF filing system and by electronic mail on all parties listed on the Master Service List[2] in the above-captioned proceeding as of August 2, 2019; and

2. On August 22, 2019, by Federal Express overnight mail on the parties listed on **Exhibit A** attached hereto, and by U.S. Mail on the parties listed on **Exhibit B** attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of August, 2019.

Respectfully submitted,

*/s/ Stephan E. Hornung*
Stephan E. Hornung

---

[2] A copy of the Master Service list is available at: https://restructuring.primeclerk.com/sears/Home-DownloadPDF?id1=MjA3NDgx&id2=0.

## **Exhibit A**

Federal Express Overnight Mail Service List

| | |
|---|---|
| Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York  10014<br>Attn: Paul Schwartzberg, Esq. | BST International Fashion Ltd.<br>39 Wang Kwong Road, Suite 2310B<br>Skyline Tower, Kowloon Bay<br>Kowloon, Hong Kong<br>Attn: A. R. Shrinivasan |

# Exhibit B

U.S. Mail Service List

| | |
|---|---|
| Sears Holding Corporation<br>3333 Beverly Road<br>Hoffman Estates, Illinois  60179<br>Attn: Stephen Sitley and Luke J. Valentino | Brookfield Property REIT Inc.<br>350 N. Orleans Street, Suite 300<br>Chicago, Illinois  60654<br>Attn: Kristen N. Pate |
| Frenkel, Lambert, Weiss, Weisman & Gordon, LLP<br>53 Gibson Street<br>Bay Shore, New York  11706<br>Attn: Michelle C. Marans | Montee & Associates<br>1250-I Newell Avenue, Suite 149<br>Walnut Creek, California  94596<br>Attn:  Kevin P. Montee |
| Ohio Department of Taxation<br>1600 Carew Tower<br>441 Vine Street<br>Cincinnati, Ohio  45202<br>Attn: Office of the Ohio Attorney General | The Bank of New York Mellon Trust Company<br>101 Barclay Street, Floor 8W<br>New York, New York  10286<br>Attn: Corporate Trust Administration |
| Wilmington Trust, National Association<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, Minnesota  55402<br>Attn: Sears Holdings Corp. Administrator | Wilmorite Management Group LLC<br>1265 Scottsville Road<br>Rochester, New York  14624<br>Attn: Donald C. Cowan, Jr. |