PAUL J. PASCUZZI, State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com

Attorneys for The McClatchy Company
and its affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION,<br>et al.,<br><br>Debtors[1]. | Chapter 11<br><br>CASE No. 18-23538 (RDD)<br><br>(Joint Administration Requested) |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

**TO CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that effective July 25, 2019, Felderstein Fitzgerald Willoughby & Pascuzzi LLP has changed its firm name to Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1     **NOTICE IS FURTHER GIVEN** that effective July 26, 2019, the firm's new address is:

2        Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
       500 Capitol Mall, Suite 2250
3        Sacramento, CA 95814

4     The firm's telephone number remains unchanged: (916) 329-7400. The firm's facsimile

5 number remains unchanged: (916) 329-7435. The email addresses of the firm's attorneys and

6 staff remain unchanged.

7 Dated: August 22, 2019          FELDERSTEIN FITZGERALD
                                                   WILLOUGHBY PASCUZZI & RIOS LLP
8

9                                               */s/ Paul J. Pascuzzi*
                                              PAUL J. PASCUZZI
10                                               Attorneys for The McClatchy Company
                                              and its affiliates

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, and am not a party to or interested in the within entitled cause. I am an employee of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP, 500 Capitol Mall, Suite 2250, Sacramento, CA 95814.

On August 22, 2019, I served the following document(s) described as:

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

(✓)  The aforementioned document was sent via ECF Noticing to all parties receiving ECF notices in these chapter 11 cases.

(✓)  I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and know that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned documents on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing on this date following ordinary business practices, at Sacramento, California, addressed as set forth below.

| | |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL  60179 | Jacqueline Marcus/Ray C. Schrock<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY  10153 |
| Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY  10014 | Adam M. Adler<br>Prime Clerk, LLC<br>830 Third Ave 9th Fl<br>New York, NY  10022 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2019, at Sacramento, California.

*/s/ Karen L. Widder*
Karen L. Widder