David M. Fusco (OH-0010387)
SCHWARZWALD McNAIR & FUSCO LLP
1215 Superior Avenue, Suite 225
Cleveland, OH  44114-3257
(216) 566-1600
(216) 566-1814 (facsimile)
dfusco@smcnlaw.com

*Attorneys for United Food and Commercial
Workers Union Local 880*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | **CHAPTER 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.* | **CASE NO. 18-23538** |
|  | **(JOINTLY ADMINISTERED)** |
| Debtors. |  |
| In re: | **CHAPTER 11** |
| **SEARS, ROEBUCK AND CO.,** | **CASE NO. 18-23537** |
| Debtor. |  |

**NOTICE OF WITHDRAWAL OF CLAIM OF
<u>UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880</u>**

United Food and Commercial Workers Union Local 880 hereby gives notice of

the withdrawal of its claim, which has been denominated as Claim No. 14777.

Dated:

August 23, 2019
Cleveland, Ohio

                         /s/ David M. Fusco
                         David M. Fusco (OH-0010387)
                         SCHWARZWALD McNAIR & FUSCO LLP
                         1215 Superior Avenue, Suite 225
                         Cleveland, OH  44114-3257
                         (216) 566-1600
                         (216) 566-1814 (facsimile)
                         dfusco@smcnlaw.com

*Attorneys for United Food and
Commercial Workers Union Local 880*

## CERTIFICATE OF SERVICE

I hereby certify that that a copy of the foregoing Notice of Withdrawal of Claim of United Food and Commercial Workers Union Local 880 was filed electronically with the Court on August 23, 2019. Notice of the filing will be sent that day to all parties receiving notice via the Court's electronic filing system.

                                                /s/ David M. Fusco
                                                David M. Fusco (OH-0010387)

                                                *Attorneys for United Food and*
                                                *Commercial Workers Union Local 880*

GL806-001-Sears Bankruptcy- Withdrawal of Claim 8-23-19