**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
In re                                          :
                                               :    Chapter 11
SEARS HOLDINGS CORPORATION,                    :
                                               :    Case No. 18-23538 (RDD)
                                               :
              Debtors.                         :    (Jointly Administered)
-------------------------------------------------------x
```

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jennifer Brooks Crozier (the "Movant"), to be admitted, ***pro hac vice***, to represent Sears Holdings Corporation and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Texas, it is hereby

**ORDERED**, that Jennifer Brooks Crozier, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        August 22, 2019

                                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE