UNITED STATES BANKRUPTCY COURT
S O U T H E R N  DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                      Chapter 11
SEARS HOLDING, Corp.                                       Case No: 18-23538
                    Debtor.
-------------------------------------------------------------X

## STIPULATION TO WITHDRAW THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF WILLIAM JURIS'S REPLY

William Juiris, ("Juiris"), by and through his attorneys, and the Debtor stipulates to withdraw Juiris's Motion to Modify the Automatic Stay [ECF No. 2745] and in support thereof states as follows:

1. Juiris has entered into a settlement agreement with Sears Holding Corporation and Transform SR Holdings, LLC relative to his claim that was filed in this matter.

2. Juiris has withdrawn his claim with the claims register on August 15, 2019.

3. The Motion to lift the stay is moot and therefore Juiris seeks to withdraw the same.

WHEREFORE, William Juiris withdraws his Motion to Modify the Automatic Stay [ECF No. 2745] with all parties bearing their own fees and costs.

                                            Respectfully submitted,
                                            William Juiris

                                            By:   /s/   Lawrence W. Byrne
                                                  One of his attorneys