# COATS | ROSE

A PROFESSIONAL CORPORATION

HON. DWIGHT E. JEFFERSON
OF COUNSEL
RETIRED STATE DISTRICT JUDGE

DJEFFERSON@COATSROSE.COM
DIRECT: (713) 653-7378
FAX: (713) 651-0220

August 23, 2019

**Via Efiling**

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 248
White Plains, NY 10601

      Re:    Case No. 18-BK-23538 (RDD); *IN Re:  Sears Holding Corporation, et al*

Dear Clerk of Court:

      Please be advised that the Deeds and Whirlpool case has been concluded in the U.S. Court of Appeals for the Fifth Circuit and I wish to be removed from the electronic mailing list for the above referenced cause in the United States Bankruptcy Court for Southern District of New York.

      Thank you for your assistance in this matter.

           Sincerely,

           Dwight E. Jefferson

DEJ/vjh