**Hearing Date and Time: October 9, 2019 at 10:00 am (Eastern Time)**

Erin West, *pro hac vice*
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
Email: ewest@gklaw.com

Attorneys for Johnson Controls, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**RESPONSE OF JOHNSON CONTROLS, INC. TO DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS**

Johnson Controls, Inc. and its affiliates ("JCI") by its counsel, hereby responds to the

*Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)* [D.I. 4775] (the "First

Omnibus Objection"). In support of this Response, JCI states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. JCI is a Delaware limited liability company that provided building control systems and services to certain of the above-referenced debtors (the "Debtors") at various locations, pursuant to certain contracts between JCI and the Debtors.

2. JCI timely filed twelve (12) proofs of claim against the Debtors as follows (the "JCI Claims"):

| Claim # | Debtor | Amount |
|---|---|---|
| 6633 | Sears Roebuck Acceptance Corp. | $203,765.06 |
| 17891 | Sears Operations LLC | $393,419.85 |
| 16647 | Kmart Operations LLC | $393,419.85 |
| 17370 | Sears Holdings Management Corporation | $793,803.53 |
| 16920 | Innovel Solutions, Inc. | $57,282.62 |
| 17590 | Sears Operations LLC | $393,419.85 |
| 16236 | Sears, Roebuck de Puerto Rico, Inc. | $1,946,853.67 |
| 16604 | Sears, Roebuck and Co. | $2,175,123.28 |
| 16658 | Kmart Corporation | $2,175,123.28 |
| 17038 | Sears Procurement Services, Inc. | $393,419.85 |
| 17419 | Sears Holdings Corporation | $64,634.28 |
| 17637 | Sears Home Improvement Products, Inc. | $1,287,044.00 |

3. In the First Omnibus Objection, the Debtors ask the Court to disallow all of the JCI Claims on the basis that each "…Claim was satisfied and/or released, as associated contract was assumed and assigned to Transform Holdco LLC." *See* First Omnibus Objection at Ex. A, pp. 9-10, lines 72-83.

4. JCI objects to the relief requested in the First Omnibus Objection because:

   a. None of the JCI Claims are satisfied or released;

   b. None of the contracts associated with the JCI Claims were assumed and assigned to Transform Holdco, and several in particular have been rejected:

| Debtor Party to Contract | Sears - JCI Contract No. | Treatment of Contract |
|---|---|---|
| Sears Holdings Management Corporation | CW2336623 | Rejected by order dated 06/3/19 (dkt. 4108) |
| Sears Holdings Management Corporation | CW2337561 | Rejected by order dated 06/3/19 (dkt. 4108) |
| Sears Holdings Management Corporation | CW2337561 | Rejected by order dated 06/3/19 (dkt. 4108) |
| Sears Holdings Management Corporation | CW2339967, CW2339967, CW2339967, CW2339079, CW2339079, CW2339972, and CW2339972 | JCI objected to proposed cure (dkt. 1942); assignment/assumption has not occurred |
| Sears Holdings Management Corporation | n/a | Rejected by order dated 06/3/19 (dkt. 4109) |
| Sears Holdings Management Corporation | n/a | JCI objected to proposed cure (dkt. 3266); assignment/assumption has not occurred |
| Sears Holdings Management Corporation | CW236623 | Rejected by order dated 06/3/19 (dkt. 4108) |
| Sears, Roebuck and Co. | CW2296586 | Rejected by order dated 05/8/19 (dkt. 3755) |
| Kmart Corporation; Sears Holdings Management Corporation; Sears Roebuck de Puerto Rico, Inc; Sears, Roebuck and Co.; Kmart Corporation | CW2305871 | No order for assumption/assignment or rejection entered |
| Kmart Corporation; Sears Holdings Management Corporation; Sears Roebuck de Puerto Rico, Inc; Sears, Roebuck and Co.; Kmart Corporation | CW2329946 | Rejected by order dated 06/19/19 (dkt. 4289) |
| Kmart Corporation; Sears Holdings Management Corporation; Sears Roebuck de Puerto Rico, Inc; Sears, Roebuck and Co.; Kmart Corporation | CW2329940 | Rejected by order dated 06/19/19 (dkt. 4289) |
| Kmart Corporation; Sears Holdings Management Corporation; Sears Roebuck de Puerto Rico, Inc; Sears, Roebuck and Co.; Kmart Corporation | CW2329942 | Rejected by order dated 06/19/19 (dkt. 4289) |
| Sears Roebuck and Co., Kmart Corporation; Sears Roebuck de Puerto Rico, Inc.; Innovel Solutions, Inc. | CW2338996 | No order for assumption/assignment or rejection entered |

| **Debtor Party to Contract** | **Sears - JCI Contract No.** | **Treatment of Contract** |
|---|---|---|
| Sears, Roebuck and Co. | CW2267224 | JCI objected to proposed cure (dkt. 3266); assignment/assumption has not occurred |
| Sears Holdings Management Corporation | CW2300626 | No order for assumption/assignment or rejection entered |
| Sears Holdings Management Corporation | n/a | Rejected by order dated 04/25/19 (dkt. 3465) |

## RESERVATION OF RIGHTS

5. JCI reserves the right to assert other, supplemental, or additional claims against the Debtors, including, but not limited to, claims for rejection damages, post-petition administrative claims, or any other claims that may arise or that JCI may be entitled to assert under the Bankruptcy Code, whether or not such claims are associated with the contracts or JCI Claims described in this Response.

## REQUEST FOR RELIEF

6. Accordingly, JCI requests that the Court deny the Debtors' First Omnibus Objection as to the JCI Claims.

WHEREFORE, JCI requests that the Court enter an order:

    A.    Denying the final relief requested in the First Omnibus Objection as to the JCI Claims;

    B.    Allowing the JCI Claims as filed; and

    C.    Providing such other and further relief as the Court deems just and appropriate.

Dated: August 26, 2019.

        GODFREY & KAHN, S.C.

        By: */s/ Erin West*
           Erin West
           *admitted pro hac vice*
           Wisconsin Bar No. 1075729
           Attorneys for Johnson Controls, Inc.

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: ewest@gklaw.com

# CERTIFICATE OF SERVICE

      A true and correct copy of the above and forgoing document was served on the all parties receiving notice ECF electronic service and by First Class U.S. Mail on the 26th day of August 2019 on the following:

      Chambers of the Honorable Robert D. Drain
      United States Bankruptcy Court
      Southern District of New York
      300 Quarropas Street
      White Plains, NY10601

      Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq., Attorneys for the Debtors
      Weil, Gotshal, & Manges LLP
      767 Fifth Avenue
      New York, NY10153

      Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.
      Attorneys for the Official Committee of Unsecured Creditors
      Akin Gump Strauss Hauer & Feld LLP
      One Bryant Park
      New York, NY10036

21034116.1