

5001 NASA Blvd
Fairmont WV 26554

August 21, 2019

US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains New York 10601

RE: Withdraw of Proof of Claim
Sears Holdings Corporation

Attention Bankruptcy Court Clerk,

Please withdraw Claim Number 13348 filed by Ohio Edison in the amount of $112,004.27 filed on April 2, 2019 case 18-23538 for Sears Holding Corporation. Ohio Edison hereby withdraws its proof of claim without prejudice.

Respectfully submitted this 21st day of August ,2019.

Thank you,

Sincerely,

*Patricia A Lewis*

Patricia Lewis
Revenue Assurance South
First Energy / Ohio Edison