**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, | Case No. 18-23538 (RDD) |
| *et al.*,[1] | |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARNCE AND REQUEST FOR SERVICE OF ALL NOTICES**

PLEASE TAKE NOTICE that the undersigned counsel for VM Innovations, Inc. ("VMI"), hereby enters his appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rule 2002 and section 342 of Title 11 of the United States Code (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in the above captioned cases be given and served upon the following person at the following address, telephone and email address:

Kramer L. Lyons, Esq.
O'NEILL HEINRICH DAMKROGER
BERGMEYER & SHULTZ PC LLO and
P.O. Box 82028
Lincoln, Nebraska 68501-2028
(402) 434-3000
klyons@ohdbslaw.com

---

[1] 1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE FURHTER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitations, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Request for Service of All Papers shall not be deemed or construed to be a consent the jurisdiction of this Court, or to be a waiver of (a) VMI's right (i) to have final orders in matters entered only after de novo review by a District Court Judge where a bankruptcy judge may not enter final orders or judgment, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which VMI is or may be entitled, in law or in equity, all of which rights, claims, actions defenses, setoffs, and recoupments VMI hereby expressly reserves.

Dated: August 26, 2019.

/s/*Kramer L. Lyons*
O'NEILL HEINRICH DAMKROGER
BERGMEYER & SHULTZ PC LLO and
KRAMER L. LYONS – 26065
P.O. Box 82028
Lincoln, Nebraska 68501-2028
(402) 434-3000
klyons@ohdbslaw.com