**From:** Robert Drain
**Sent:** Tuesday, August 27, 2019 12:18 PM
**To:** Dorothy Li
**Cc:**
**Subject:** FW: Suzanne Jewelers Objection to Sears Doc 4776

Please make sure that this is filed on the docket.

**From:** Suzanne El-Habre <2zan@bellsouth.net>
**Sent:** Tuesday, August 27, 2019 12:14 PM
**To:** NYSBml_Drain's_Chambers <rdd.chambers@nysb.uscourts.gov>
**Subject:** Suzanne Jewelers Objection to Sears Doc 4776

United States Bankruptcy Court for Southern District of New York

300 Quarropas Street

White Plains, New York 10601


Dear Honorable Robert D. Drain,


My name is Suzanne El-Habre, DBA Suzanne Jewelers a licensed business which was a vendor of Sears store #1305 for over 25 years and I object to Doc 4776 filed 8/06/19 for the Omnibus objection to Reclassify my company due to fact that i render sevices for sears for 25 years and the services for the month of September 2018 were no different other than i did not get paid. It's been almost a year and as a small business all payments for rendered services is needed.  I am only demanding my balance of $6,667.00 for that month.

Thank you.

Suzanne El-Habre.