# EXHIBIT B

Final Bill

(Attached)



# NIPSCO

Account Number: ███005-0
Statement Date: 04/04/2019
438426
Page 1 of 2

## Contact Us

**Phone**
Customer Service
1-888-689-8665
For credit questions, call
7 A.M. - 7 P.M. CT Mon. - Fri.

Emergency Service 24/7
1-800-634-3524
For gas leaks or odor of gas
1-888-689-8665
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952


**Web**
Make payments and access your account at NIPSCO.com


**Mail Payments**
NIPSCO
P.O. Box 13007
Merrillville, IN 46411-3007


**Authorized Payment Locations**
Find locations online at NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3. From a safe place, away from the building or area, call 911 and NIPSCO at **1-800-634-3524**.

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.



**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home. Call the police if you see suspicious activity.

## Account Profile

**Customer Name:** Sears
**Account Number:** ███005-0

**Your Contact Information:**
PO Box 2440
Spokane WA 99210-2440
nipscosears2@ecovabills.com

**Type of Customer:**
Non-Residential
Gas Service
Final Service

- Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 03/11/2019 | $20,980.44 |
| Late Payment Charge on 04/04/2019 | +$161.66 |
| Balance on 04/04/2019 | $21,142.10 |
| Charges for Gas Service This Period | +$3,577.78 |
| **Total Amount Due** | **$24,719.88** |
| Amount Past Due - Pay Immediately | $20,980.44 |
| Current Charges Due by 04/22/2019 | $3,739.44 |

- If paid after 04/22/2019, a late payment charge of $100.52 will be applied and your new current amount due will be $3,839.96.
- For more information regarding these charges, see the Detail Charges section.

## 13 Month Usage History

Therms — Actual
Bars: 2616 (Dec), 11677 (Jan 31), 12098 (Feb 28), 10401 (Mar 31), 6312 (Apr 24)

**Meter Number:** 9660546
**Service Address:**
154 Hively St 28
Elkhart IN 46517-2160
**Meter Readings - 24 Billing Days**
Actual Reading on 04/04: 76281
Actual Reading on 03/11: 70246
Gas Used (Ccf): 6,035
Conversion to Therms: x 1.046
**Total Gas Used (Therms):** 6,312.6

**Usage Comparison - Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Mar 19 | 10,401.3 | 25.8* | 335.5 |
| Apr 19 | 6,312.6 | 36.6* | 263.0 |

---

▼ Please fold on the perforation below, detach and return with your payment.

SEARS
PO BOX 2440
SPOKANE WA 99210-2440

**Web** NIPSCO.com
**Phone** 1-800-464-7726

Account Number: ███-005-0
**Total Amount Due: $24,719.88**
See Above for Additional Payment Schedule
Amount Enclosed: $ _____


P.O. BOX 13018
MERRILLVILLE, IN 46411-3018

00438426 01 MB  0.425 01
***AUTO**MIXED AADC 430
SEARS
PO BOX 2440
SPOKANE WA 99210-2440

Make check payable to:
NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007


███ 0050600100000000000000247198848

Account Number: ███████ 005-0
Statement Date: 04/04/2019
438426
Page 2 of 2

## Helpful Definitions

### Gas Service Definitions

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Gas Supply Charges** include the commodity cost of natural gas, interstate pipeline charges, storage costs, and related charges and is passed through to customers at cost without markup.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

Rate Schedule Information is available upon request and at NIPSCO.com.

## Detail Charges

**Charges for General Service Gas - Small - Rate 121**

| | |
|---|---:|
| **Gas Supply Charges** | |
| Gas Commodity Charge | $1,848.11 |
| Interstate Transportation and Storage Charges | $498.70 |
| Total | +$2,346.81 |
| **Delivery Charges** | |
| Delivery Charges | $996.91 |
| Total | +$996.91 |
| Indiana Sales Tax | +$234.06 |
| **Total Charges for Gas Service This Period** | **$3,577.78** |

- Gas Supply charges: March 2019 - $0.3766 per therm. April 2019 - $0.3476 per therm. Includes interstate pipeline transportation cost of $0.0975 per therm.

***Final billing for above service***

## Monthly Message Board

**Know What's Below. Call Before You Dig.**
Keep yourself and others safe this spring by calling 811 two business days before any outdoor digging project. Visit NIPSCO.com/811 for more information.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

| Address |  |
|---|---|
| City |  |
| State | Zip Code |
| Phone Number |  |
| Add or Edit Email |  |

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.
- Never worry about missing a payment or writing a check again by enrolling in Automatic Payment today at NIPSCO.com.
- Billing, Payment and Pricing Options: NIPSCO offers a variety of options to fit your lifestyle. To learn more, call us or visit NIPSCO.com/BillingPayment.