## EXHIBIT D

Collection Warning Notice

(Attached)



**Account Number** 005-0
Statement Date 05/22/2019
Page 1 of 2
403949

# Collection Warning - Past Due Final Account

| | | |
|---|---|---|
| **Name:** Sears | NIPSCO Amount Past-Due | $23,238.15 |
| Service at: 154 HIVELY STE 28 ELKHART IN 46517-2160 | Total Amount Past-Due | $23,238.15 |

| NIPSCO Utility | $23,238.15 |
|---|---|
| **Total Amount Due:** | **$23,238.15** |

Previous attempts to obtain payment of this Final Bill have been unsuccessful.

If you have another active account in your name, your balance from the account referenced here may have been transferred to the active account. If the balance was not transferred to an active account, it may be referred to a Collection Agency. This referral could result in the listing of this debt on your National Credit Record, and/or suit for payment of this bill.

Any questions? Call 1-800-4-NIPSCO (1-800-464-7726).
Our Credit Department hours are Monday through Friday, 7 A.M. to 7 P.M. (Central Standard Time).

---

▼ **Payment Coupon**

*Turn Me Over ▶ ▶*
*for more information about your account*

SEARS
PO BOX 2440
SPOKANE WA 99210-2440

| Collection Warning - Past Due Final Account | | **Account Number** 005-0 |
|---|---|---|
| NIPSCO Amount Due by 6/1/2019 | $23,238.15 | Statement Date 5/22/2019 |
| Total Amount Past Due | $23,238.15 | |
| Payment Enclosed | $ | |

NIPSCO P.O. BOX 13018 MERRILLVILLE, IN 46411-3018

Make check payable to:

00403949 01 SP 0.500 01
********MIXED AADC 430
SEARS
PO BOX 2440
SPOKANE WA 99210-2440

NIPSCO
P.O. BOX 13013
MERRILLVILLE, IN 46411-3013



0050600100000000000000023238159

# NIPSCO

**Account Number**
▮▮▮▮-005-0
Statement Date
05/22/2019
Page 2 of 2
403949

# IMPORTANT NOTICE FOR PAST DUE PAYMENTS

To avoid an interruption in service, your payment must be received before your scheduled disconnect date. NIPSCO offers a variety of convenient ways to pay your bill.

## PAYMENT BY MAIL:

Your payment in the form of check or money order payable to NIPSCO can be mailed to: P.O. Box 13013, Merrillville, IN 46411-3013. NIPSCO must be in receipt of your payment before your scheduled disconnect date. Please allow 7 days if paying by mail.

## PAYMENT AT AN AUTHORIZED AGENT:

NIPSCO has a network of businesses throughout Indiana that are authorized to accept payments. For a listing of agents near you, visit our Web Site at www.nipsco.com, or call DirectLink at 1-800-464-7726. Choose option 1, then option 2 (payment options), then follow the appropriate prompts. Allow a minimum of 2 business days for processing of your payment. Please note that a $1.50 cash convenience fee may apply.

If you are scheduled for disconnection, please promptly call our office and report your payment receipt number in order to avoid disconnection. You may report your receipt number, 24 hrs a day, 7 days a week, by calling our toll free number at 1-800-464-7726 and use our automated system, DirectLink. Choose option 1, then option 2 (payment options), then press 1 (report payment receipt number.) You will be provided with a confirmation number to let you know that your payment was recorded.

## PAYMENT BY CREDIT CARD:

You can pay your NIPSCO bill with a Visa, MasterCard or Discover credit card using a touch-tone phone.* Dial toll free, 1-855-763-6277. Have your NIPSCO account number, credit card, telephone number and zip code ready when you call. You can also pay via the Internet, visit our Web site www.nipsco.com. Allow a minimum of 2 business days to process your payment.

*Please note that a service fee is charged by Paymentus for each credit card or payment by check transaction.*

## PAYMENT BY CHECK:

You may be eligible to use NIPSCO's bill payment service to pay by check or through the Internet if your previous check history is clear.* To pay by check using a touch-tone phone, please have your NIPSCO account number and checking account information available when you dial toll free 1-855-763-6277, or pay via the Internet at our Web site www.nipsco.com. Allow a minimum of 2 business days for processing of your payment.

## PAYMENT ARRANGEMENTS:

If you are unable to pay your NIPSCO bill, but can show good cause, such as financial hardship, service will not be disconnected if you contact us prior to your scheduled disconnect date and agree to pay a reasonable portion of your bill. The remaining balance must be paid over a three month period. You must also agree to pay all undisputed future bills for service before they become past due. You can make payment arrangements by using our automated service, NIPSCO DirectLink at 1-800-464-7726, and choosing option 1, followed by option 2 (payment options). Then follow the prompts to make a credit agreement.

To qualify for a payment arrangement, you must not have broken a similar arrangement with NIPSCO within the past twelve months.

For additional information about your rights and responsibilities, refer to your copy of NIPSCO's Customer Service Handbook.

## IMPORTANT INFORMATION:

To avoid an interruption in service, your payment must be received before your scheduled disconnect date. Our Credit Department is available at 1-800-4-NIPSCO (1-800-464-7726) Monday through Friday, 7 A.M. to 7 P.M. (Central Standard Time). Our automated service, DirectLink, is available 24 hours a day, 7 days a week.