# EXHIBIT E

Notice of Default

(Attached)

# ReedSmith
**Driving progress
through partnership**

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
+1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

Luke A. Sizemore
Direct Phone: +1 412 288 3514
Email: lsizemore@reedsmith.com

July 31, 2019

**By UPS and Electronic Mail**

Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq., and Jessica Liou, Esq.
767 Fifth Avenue
New York, New York 10153
jacqueline.marcus@weil.com
jessica.liou@weil.com

> Re: *In re Sears Holdings Corporation, et al.*, Case No. 18-23538-RDD
> Notice of Default of Utilities Payment - Account No. ▇▇▇▇005-0

Dear Jacqueline and Jessica:

This firm represents Northern Indiana Public Service Company ("NIPSCO") in connection with the above-referenced chapter 11 case of Sears Holdings Corporation ("Sears").

Pursuant to paragraph 7 of the *Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service* (Dkt. No. 461) (the "Utilities Order"), this letter provides notice that Account No. ▇▇▇▇005-0 is in default for failure to pay NIPSCO amounts due for natural gas utility services at 154 Hively, STE 28, Elkhart, IN 46517-2160. NIPSCO sent a final bill to Sears on April 4, 2019. Because payment was not received, NIPSCO sent a reminder notice on May 8, 2019, and a collection warning notice on May 22, 2019. Copies of the final bill, the reminder of past due final bill notice, and the collection warning notice are enclosed with this letter.

Payment in the amount of $23,238.15 is due immediately. Please send payment to:

> NIPSCO
> P.O. Box 13007
> Merrillville, IN 46411-3007

If payment is not received from Sears within five (5) business days of this notice, NIPSCO anticipates filing an application with the Court under paragraph 7 of the Utilities Order requesting the amount due up to the aggregate maximum equal to the adequate assurance deposit allocable to NIPSCO.

This letter and any subsequent application to the Court are without prejudice to any other rights and remedies NIPSCO may have under applicable law, including, without limitation, transferring the unpaid account balance to another active Sears account.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Weil, Gotshal & Manges LLP
July 31, 2019
Page 2

**ReedSmith**

Please feel free to contact me with any questions.

Very truly yours,

REED SMITH LLP

By: *[signature]*
Luke A. Sizemore

Enclosures



Account Number: ▓▓▓▓-005-0
Statement Date: 04/04/2019
438426
Page 1 of 2

## Contact Us

**Phone**
Customer Service
1-888-689-6665
For credit questions, call
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-888-689-6665
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952

**Web**
Make payments and access your account at NIPSCO.com

**Mail Payments**
NIPSCO
P.O. Box 13007
Merrillville, IN 46411-3007

**Authorized Payment Locations**
Find locations online at NIPSCO.com

## Account Profile

**Customer Name:** Sears
**Account Number:** ▓▓▓▓005-0

**Your Contact Information:**
PO Box 2440
Spokane WA 99210-2440
nipscosears2@ecovabills.com

**Type of Customer:** Non-Residential
Gas Service
Final Service

- Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 03/11/2019 | $20,980.44 |
| Late Payment Charge on 04/04/2019 | + $161.66 |
| Balance on 04/04/2019 | $21,142.10 |
| Charges for Gas Service This Period | + $3,577.78 |
| **Total Amount Due** | **$24,719.88** |
| Amount Past Due - Pay Immediately | $20,980.44 |
| Current Charges Due by 04/22/2019 | $3,739.44 |

- If paid after 04/22/2019, a late payment charge of $100.52 will be applied and your new current amount due will be $3,839.96.
- For more information regarding these charges, see the Detail Charges section.

## 13 Month Usage History



**Meter Number:** 9560546
**Service Address:**
154 Hively Ste 26
Elkhart IN 46517-2160
**Meter Readings -** 24 Billing Days

| | | |
|---|---|---|
| Actual Reading on 04/04 | | 76281 |
| Actual Reading on 03/11 | | 70246 |
| Gas Used (Ccf) | | 6,035 |
| Conversion to Therms | x | 1,046 |
| **Total Gas Used (Therms)** | | **6,312.6** |

**Usage Comparison - Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Mar 19 | 10,401.3 | 25.8* | 335.5 |
| Apr 19 | 6,312.6 | 36.6* | 263.0 |

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3. From a safe place, away from the building or area, call 911 and NIPSCO at **1-800-634-3524**.

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.



**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home. Call the police if you see suspicious activity.

---

▼ Please fold on the perforation below, detach and return with your payment.

SEARS
PO BOX 2440
SPOKANE WA 99210-2440

**Web** NIPSCO.com
**Phone** 1-800-464-7726

Account Number: ▓▓▓▓-005-0
**Total Amount Due: $24,719.88**
See Above for Additional Payment Schedule
Amount Enclosed: $ _____

NIPSCO
P.O. BOX 13018
MERRILLVILLE, IN 46411-3018

00438426 01 MB  0.425 01
***AUTO**MIXED AADC 430
SEARS
PO BOX 2440
SPOKANE WA 99210-2440

Make check payable to:
NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN  46411-3007



Account Number: ███████005-0
Statement Date: 04/04/2019
438426
Page 2 of 2

## Helpful Definitions

**Gas Service Definitions**

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Gas Supply Charges** include the commodity cost of natural gas, interstate pipeline charges, storage costs, and related charges and is passed through to customers at cost without markup.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** Information is available upon request and at NIPSCO.com.

## Detail Charges

**Charges for General Service Gas - Small - Rate 121**

| Gas Supply Charges | |
|---|---:|
| Gas Commodity Charge | $1,848.11 |
| Interstate Transportation and Storage Charges | $498.70 |
| **Total** | **+$2,346.81** |
| Delivery Charges | |
| Delivery Charges | $996.91 |
| **Total** | **+$996.91** |
| Indiana Sales Tax | +$234.06 |
| **Total Charges for Gas Service This Period** | **$3,577.78** |

- Gas Supply charges: March 2019 - $0.3766 per therm. April 2019 - $0.3476 per therm. Includes interstate pipeline transportation cost of $0.0975 per therm.

***Final billing for above service***

## Monthly Message Board

**Know What's Below. Call Before You Dig.**
Keep yourself and others safe this spring by calling 811 two business days before any outdoor digging project. Visit NIPSCO.com/811 for more information.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

| Address |
| City |
| State | Zip Code |
| Phone Number |
| Add or Edit Email |

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.
- Never worry about missing a payment or writing a check again by enrolling in Automatic Payment today at NIPSCO.com.
- Billing, Payment and Pricing Options: NIPSCO offers a variety of options to fit your lifestyle. To learn more, call us or visit NIPSCO.com/BillingPayment.



Account Number
[REDACTED]005-0
Statement Date
Page 1 of 2    05/08/2019
403864

# Reminder of Past Due Final Account

**Name:** Sears

**Service at:** 154 HIVELY
STE 28
ELKHART IN 46517-2160

**NIPSCO Amount Past-Due**        $23,238.15

**Total Amount Past-Due**         $23,238.15

**NIPSCO Utility**                           $23,238.15
**Total Amount Due:**                    **$23,238.15**

Our records show a past due amount on your Final Bill.

We must receive this amount by May 18, 2019 to prevent a transfer of balance to another active account in your name or further collection action.

If you recently paid this amount, please accept our thanks and disregard this notice.

Any questions? Call 1-800-4-NIPSCO (1-800-464-7726).
Our Credit Department hours are Monday through Friday, 7 A.M. to 7 P.M. (Central Standard Time).

---

▼ **Payment Coupon**

*Turn Me Over ▶ ▶*
*for more information about your account*

SEARS
PO BOX 2440
SPOKANE WA 99210-2440

| Reminder of Past Due Final Account | Account Number [REDACTED]-005-0 |
| --- | --- |
| NIPSCO Amount Due by 5/18/2019    $23,238.15 | Statement Date 5/8/2019 |
| Total Amount Past Due    $23,238.15 | |
| Payment Enclosed    $ _____ | |

Make check payable to:

NIPSCO
P.O. BOX 13013
MERRILLVILLE, IN 46411-3018

00403864 01 SP  0.500 01
*********MIXED AADC 430
SEARS
PO BOX 2440
SPOKANE WA 99210-2440

NIPSCO
P.O. BOX 13013
MERRILLVILLE, IN 46411-3013

[REDACTED]00506001000000000000000023238159



Page 2 of 2

**Account Number**
████005-0
Statement Date
05/08/2019
403864

# IMPORTANT NOTICE FOR PAST DUE PAYMENTS

> To avoid an interruption in service, your payment must be received before your scheduled disconnect date.
> NIPSCO offers a variety of convenient ways to pay your bill.

## PAYMENT BY MAIL:

Your payment in the form of check or money order payable to NIPSCO can be mailed to: P.O. Box 13013, Merrillville, IN 46411-3013. NIPSCO must be in receipt of your payment before your scheduled disconnect date. Please allow 7 days if paying by mail.

## PAYMENT AT AN AUTHORIZED AGENT:

NIPSCO has a network of businesses throughout Indiana that are authorized to accept payments. For a listing of agents near you, visit our Web Site at www.nipsco.com or call DirectLink at 1-800-464-7726. Choose option 1, then option 2 (payment options), then follow the appropriate prompts. Allow a minimum of 2 business days for processing of your payment. Please note that a $1.50 cash convenience fee may apply.

If you are scheduled for disconnection, please promptly call our office and report your payment receipt number in order to avoid disconnection. You may report your receipt number, 24 hrs a day, 7 days a week, by calling our toll free number at 1-800-464-7726 and use our automated system, DirectLink. Choose option 1, then option 2 (payment options), then press 1 (report payment receipt number.) You will be provided with a confirmation number to let you know that your payment was recorded.

## PAYMENT BY CREDIT CARD:

You can pay your NIPSCO bill with a Visa, MasterCard or Discover credit card using a touch-tone phone.* Dial toll free, 1-855-763-6277. Have your NIPSCO account number, credit card, telephone number and zip code ready when you call. You can also pay via the Internet, visit our Web site www.nipsco.com. Allow a minimum of 2 business days to process your payment.

*Please note that a service fee is charged by Paymentus for each credit card or payment by check transaction.

## PAYMENT BY CHECK:

You may be eligible to use NIPSCO's bill payment service to pay by check or through the Internet if your previous check history is clear.* To pay by check using a touch-tone phone, please have your NIPSCO account number and checking account information available when you dial toll free 1-855-763-6277, or pay via the Internet at our Web site www.nipsco.com. Allow a minimum of 2 business days for processing of your payment.

## PAYMENT ARRANGEMENTS:

If you are unable to pay your NIPSCO bill, but can show good cause, such as financial hardship, service will not be disconnected if you contact us prior to your scheduled disconnect date and agree to pay a reasonable portion of your bill. The remaining balance must be paid over a three month period. You must also agree to pay all undisputed future bills for service before they become past due. You can make payment arrangements by using our automated service, NIPSCO DirectLink at 1-800-464-7726, and choosing option 1, followed by option 2 (payment options). Then follow the prompts to make a credit agreement.

To qualify for a payment arrangement, you must not have broken a similar arrangement with NIPSCO within the past twelve months.

For additional information about your rights and responsibilities, refer to your copy of NIPSCO's Customer Service Handbook.

## IMPORTANT INFORMATION:

To avoid an interruption in service, your payment must be received before your scheduled disconnect date. Our Credit Department is available at 1-800-4-NIPSCO (1-800-464-7726) Monday through Friday, 7 A.M. to 7 P.M. (Central Standard Time). Our automated service, DirectLink, is available 24 hours a day, 7 days a week.



 **Account Number**
[REDACTED]005-0
Statement Date
Page 1 of 2   05/22/2019
403949

# Collection Warning - Past Due Final Account

**Name:** Sears

**Service at:** 154 HIVELY
STE 28
ELKHART IN 46517-2160

| | |
|---|---:|
| NIPSCO Amount Past-Due | $23,238.15 |
| Total Amount Past-Due | $23,238.15 |
| NIPSCO Utility | $23,238.15 |
| **Total Amount Due:** | **$23,238.15** |

Previous attempts to obtain payment of this Final Bill have been unsuccessful.

If you have another active account in your name, your balance from the account referenced here may have been transferred to the active account. If the balance was not transferred to an active account, it may be referred to a Collection Agency. This referral could result in the listing of this debt on your National Credit Record, and/or suit for payment of this bill.

Any questions? Call 1-800-4-NIPSCO (1-800-464-7726).
Our Credit Department hours are Monday through Friday, 7 A.M. to 7 P.M. (Central Standard Time).

---

▼ **Payment Coupon**

*Turn Me Over ▸ ▸*
*for more information about your account*

SEARS
PO BOX 2440
SPOKANE WA 99210-2440

| Collection Warning - Past Due Final Account | | **Account Number** |
|---|---|---|
| NIPSCO Amount Due by 6/1/2019 | $23,238.15 | [REDACTED]-005-0 |
| Total Amount Past Due | $23,238.15 | Statement Date 5/22/2019 |
| Payment Enclosed | $ | |

 P.O. BOX 13018
MERRILLVILLE, IN 46411-3018

Make check payable to:

00403949 01 SP  0.500 01
*********MIXED AADC 430
SEARS
PO BOX 2440
SPOKANE WA 99210-2440

NIPSCO
P.O. BOX 13013
MERRILLVILLE, IN 46411-3013

 0506001000000000000000023238159



Account Number
▒▒▒▒▒005-0
Statement Date
Page 2 of 2    05/22/2019
403949

# NIPSCO

# IMPORTANT NOTICE FOR PAST DUE PAYMENTS

To avoid an interruption in service, your payment must be received before your scheduled disconnect date.
NIPSCO offers a variety of convenient ways to pay your bill.

### PAYMENT BY MAIL:

Your payment in the form of check or money order payable to NIPSCO can be mailed to: P.O. Box 13013, Merrillville, IN 46411-3013. NIPSCO must be in receipt of your payment before your scheduled disconnect date. Please allow 7 days if paying by mail.

### PAYMENT AT AN AUTHORIZED AGENT:

NIPSCO has a network of businesses throughout Indiana that are authorized to accept payments. For a listing of agents near you, visit our Web Site at www.nipsco.com, or call DirectLink at 1-800-464-7726. Choose option 1, then option 2 (payment options), then follow the appropriate prompts. Allow a minimum of 2 business days for processing of your payment. Please note that a $1.50 cash convenience fee may apply.

If you are scheduled for disconnection, please promptly call our office and report your payment receipt number in order to avoid disconnection. You may report your receipt number, 24 hrs a day, 7 days a week, by calling our toll free number at 1-800-464-7726 and use our automated system, DirectLink. Choose option 1, then option 2 (payment options), then press 1 (report payment receipt number.) You will be provided with a confirmation number to let you know that your payment was recorded.

### PAYMENT BY CREDIT CARD:

You can pay your NIPSCO bill with a Visa, MasterCard or Discover credit card using a touch-tone phone.* Dial toll free, 1-855-763-6277. Have your NIPSCO account number, credit card, telephone number and zip code ready when you call. You can also pay via the Internet, visit our Web site www.nipsco.com. Allow a minimum of 2 business days to process your payment.

*Please note that a service fee is charged by Paymentus for each credit card or payment by check transaction.

### PAYMENT BY CHECK:

You may be eligible to use NIPSCO's bill payment service to pay by check or through the Internet if your previous check history is clear.* To pay by check using a touch-tone phone, please have your NIPSCO account number and checking account information available when you dial toll free 1-855-763-6277, or pay via the Internet at our Web site www.nipsco.com. Allow a minimum of 2 business days for processing of your payment.

### PAYMENT ARRANGEMENTS:

If you are unable to pay your NIPSCO bill, but can show good cause, such as financial hardship, service will not be disconnected if you contact us prior to your scheduled disconnect date and agree to pay a reasonable portion of your bill. The remaining balance must be paid over a three month period. You must also agree to pay all undisputed future bills for service before they become past due. You can make payment arrangements by using our automated service, NIPSCO DirectLink at 1-800-464-7726, and choosing option 1, followed by option 2 (payment options). Then follow the prompts to make a credit agreement.

To qualify for a payment arrangement, you must not have broken a similar arrangement with NIPSCO within the past twelve months.

For additional information about your rights and responsibilities, refer to your copy of NIPSCO's Customer Service Handbook.

### IMPORTANT INFORMATION:

To avoid an interruption in service, your payment must be received before your scheduled disconnect date. Our Credit Department is available at 1-800-4-NIPSCO (1-800-464-7726) Monday through Friday, 7 A.M. to 7 P.M. (Central Standard Time). Our automated service, DirectLink, is available 24 hours a day, 7 days a week.