**CHOI & PARK, LLC**
Attorneys for Creditor
Winiadaewoo Electronics America, Inc.
Hyun Suk Choi, Esq.
Chull S. Park, Esq.
11 Broadway, Suite 615
New York, New York 10004
Tel.: 212.695.0010
Fax: 212.695.0015

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Hyun Suk Choi, Esq., hereby certify that on August 27, 2019:

The Amended Brief in Support of the Response of Winiadaewoo Electronics America, Inc. to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) was served on the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

142069

1. The parties requesting ECF notifications via the Court's CM/ECF case notification system;

2. All other parties requesting notice pursuant to Rule 2002 and in accordance with this Court's Amended Order Implementing Certain Notice and Case Management Procedures entered on November 1, 2018 (ECF No. 405) by electronic mail;

3. The parties set forth below by overnight delivery:

    a. Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

    b. Debtors' Counsel
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
ray.schrock@weil.com; garrett.fail@weil.com;
jacqueline.marcus@weil.com; sunny.singh@weil.com

    c. Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, Illinois 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

    d. Attorneys for the Official Committee of Unsecured Creditors
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
pdublin@akingump.com; idizengoff@akingump.com;
sbrauner@akingump.com

    e. Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

142069

4. The parties set forth below by electronic mail:

    a. Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square New York, NY 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com

    b. Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility
Davis Polk & Wardell LLP
450 Lexington Avenue New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com

    c. Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility
Cleary, Gottlieb
One Liberty Plaza New York, NY 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

    d. Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes
Kelley Drye & Warren LLP
101 Park Avenue New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com

    e. Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes Seyfarth Shaw, LLP
620 Eighth Avenue New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com

    f. Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured

142069

        Notes, and the SRAC Medium Term Notes
        Carter Ledyard & Milburn LLP
        2 Wall Street New York, NY 10015
        Attn: James Gadsden, Esq.
        gadsden@clm.com

g.      Attorneys for the Pension Benefit Guaranty Corporation
        Locke Lord LLP
        111 South Wacker Drive Chicago, IL 60606
        Attn: Brian A. Raynor, Esq.
        braynor@lockelord.com

h.      Attorneys to Wells Fargo Bank, National Association
        Choate, Hall & Stewart LLP
        Two International Place Boston, MA 02110
        ksimard@choate.com; jmarshall@choate.com

i.       Debtors' Investment Banker
        Lazard Frères & Co., LLC
        30 Rockefeller Plaza, New York, New York 10112
        Attn: Brandon Aebersold
        Levi Quaintance
        project.blue.rx@lazard.com

j.       Buyer
        Transform Holdco LLC
        c/o ESL Partners, Inc.
        1170 Kane Concourse, Suite 200 Bay Harbor Islands, FL 33154
        Attn.: Kunal S. Kamlani
        Harold Talisman
        kunal@eslinvest.com; harold@eslinvest.com

Dated: August 27, 2019

                                          **CHOI & PARK, LLC**
                                          Attorneys for Creditor Winiadaewoo
                                          Electronics America, Inc.

                                          /s/ Hyun Suk Choi
                                          Hyun Suk Choi, Esq.

142069