Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.,* | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK  )

        CHRISTIAN HANSEN, being duly sworn, deposes and says that:

I am not a party to this action, am over 18 years of age and reside in New York, New York.

On August 28, 2019, I served true and correct copies of the *Supplemental Objection of Community Unit School District 300 to Confirmation of the Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* [Docket No. 5005] by email on the parties identified on the service list attached hereto as Exhibit A and by first class mail on the parties identified on the service list attached hereto as Exhibit B.

           /s/ Christian Hansen
           Christian Hansen

Sworn to before me this
  28th   day of August, 2019

      /s/ Allen G. Kadish
Notary Public

Allen G. Kadish
Notary Public, State of New York
No. 31-02KA4946891
Qualified in New York County
My Commission Expires April 11, 2023

## Exhibit A

ray.schrock@weil.com
jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com
paul.schwartzberg@usdoj.gov
idizengoff@akingump.com
pdublin@akingump.com
sbrauner@akingump.com

**Exhibit B**

Weil, Gotshal & Manges LLP
Attn:   Ray C. Schrock, P.C.
        Jacqueline Marcus, Esq.
        Garret A. Fail, Esq.
        Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
Attn: Paul Schwartzberg, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Akin Gump Strauss Hauer & Feld LLP
Attn:   Ira Dizengoff, Esq.
        Philip Dublin, Esq.
        Sara Brauner, Esq.
One Bryant Park
New York, NY 10036

217033111v1