# Exhibit 1

## GOB Inventory Recovery Rates

| Per $ of Inventory @ Cost | 2014 | 2015 | 2016 | 2017 | 2018 YTD |
|---|---|---|---|---|---|
| Gross Recovery Rate | 1.21 | 1.23 | 1.18 | 1.17 | 1.18 |
| Net Recovery Rate | (0.98) | 1.00 | 0.96 | 0.95 | (0.95) |
| | | | | | |
| Goods Available for Sale ($/Store) | $ 1,967,884 | $ 2,181,171 | $ 2,358,050 | $ 2,504,950 | $ 2,354,191 |
| Total Inventory @ Cost Sold ($ M) | 394.6 | 101.4 | 564.4 | 945.2 | 442.6 |

*Net Recovery Rate levels remain strong over period of time



2017 Based on 6 waves covering 377 out of 423 stores closed
2018 Based on 3 waves covering 188 out of 236 Stores closed

JX 001-1

1

ESL_507B_00000002

## GOB Inventory Recovery Rates - Seasonality

| | | GOB Period | | Gross Recovery Rates | | | # Stores | | | Goods Available @ Cost $000's | | | Goods Available per Store $000's | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wave | Begins | Ends | FLS | Kmart | FLS+Kmart | FLS | Kmart | FLS+Kmart | FLS | Kmart | FLS+Kmart | FLS | Kmart | FLS+Kmart |
| FY2016 | FLS 1 | Apr | Jul | 127.7% | | | 10 | | | $ 16,619 | | | $ 1,662 | | |
| | FLS 1 | May | Aug | 127.3% | | | 6 | | | $ 7,708 | | | $ 1,285 | | |
| | Kmart 1 | May | Jul | | 115.0% | | | 66 | | | $ 143,924 | | | $ 2,181 | |
| | Kmart 2 | May | Aug | | 113.7% | | | 13 | | | $ 30,794 | | | $ 2,369 | |
| | Kmart 3 | Sep | Dec | | | 118.2% | | 64 | | | $ 180,343 | | | $ 2,818 | |
| FY2017 | 1 | Jan | Mar | 115.1% | 111.0% | 112.1% | 43 | 108 | 151 | $ 108,608 | $ 295,183 | $ 403,792 | $ 2,526 | $ 2,733 | $ 2,674 |
| | 2 | Jun | Sep | 113.9% | 119.0% | 117.8% | 17 | 49 | 66 | $ 35,538 | $ 115,176 | $ 150,713 | $ 2,090 | $ 2,351 | $ 2,284 |
| | 3 | Jun | Sep | 124.2% | 123.7% | 124.1% | 20 | 6 | 26 | $ 76,049 | $ 14,974 | $ 91,023 | $ 3,802 | $ 2,496 | $ 3,501 |
| | 4 | Jul/Aug | Sep | 119.0% | 119.3% | 119.3% | 8 | 35 | 43 | $ 12,652 | $ 80,061 | $ 92,714 | $ 1,582 | $ 2,287 | $ 2,156 |
| | 5 | Sep | Nov | na | 120.9% | 120.9% | 0 | 28 | 28 | $ - | $ 66,258 | $ 66,258 | $ - | $ 2,366 | $ 2,366 |
| | 6 | Nov | Jan | 125.8% | 124.9% | 125.1% | 18 | 45 | 63 | $ 34,787 | $ 105,948 | $ 140,736 | $ 1,933 | $ 2,354 | $ 2,234 |
| FY2018 | 1 | Jan/Feb | Apr | 122.8% | 117.5% | 119.8% | 39 | 64 | 103 | $ 92,469 | $ 124,629 | $ 217,098 | $ 2,371 | $ 1,947 | $ 2,108 |
| | 2 | Apr/May | Jul | 120.0% | na | 120.0% | 22 | 0 | 22 | $ 76,963 | $ - | $ 76,963 | $ 3,498 | $ - | $ 3,498 |
| | 3 | Jun | Sep | 117.9% | 109.3% | 115.1% | 48 | 15 | 63 | $ 99,753 | $ 48,773 | $ 148,526 | $ 2,078 | $ 3,252 | $ 2,358 |

JX 001-2

2

ESL_507B_00000003