# Exhibit 3



# This Document Has Been Produced In Native Format

HIGHLY CONFIDENTIAL

**JX 003-1**

| Sears Holdings Corporation | | | | | | Date: | 10/18/2018 | |
|---|---|---|---|---|---|---|---|---|
| Borrowing Base Certificate As of October 13, 2018 (millions) | Sears | | Kmart | | | Consolidated | | |
| Inventory per Stock Ledger | | | | | $ | | 2,576.2 | (1) |
| Home Services | $ | 114.6 | | | $ | | 114.6 | |
| Total Stock Ledger Inventory | | | | | $ | | 2,690.8 | |
| Less Ineligible Inventory: | | | | | | | | |
| Consigned Inventory | $ | - | $ | 2.2 | $ | | 2.2 | |
| Inventory in Foreign Location | $ | - | $ | - | $ | | - | |
| Store Closure Sale inventory in excess of four weeks | $ | 11.9 | $ | 6.9 | $ | | 18.9 | |
| Inventory paid for in advance of shipment | $ | 82.2 | $ | 1.4 | $ | | 83.7 | |
| Live plants, nursery, floral | $ | - | $ | 1.3 | $ | | 1.3 | |
| Seafood | $ | - | $ | - | $ | | - | |
| Restaurant | $ | - | $ | 0.3 | $ | | 0.3 | |
| Readers Market | $ | - | $ | 1.6 | $ | | 1.6 | |
| Wholesaler Frt/Fees | $ | - | $ | - | $ | | - | |
| Gasoline | $ | - | $ | - | $ | | - | |
| 50% Home Services | $ | 57.3 | $ | - | $ | | 57.3 | |
| Other | $ | - | $ | - | $ | | - | |
| Eligible Inventory before Reserves | | | | | $ | | 2,525.6 | |
| Less Inventory Reserves: | | | | | | | | |
| Shrink | $ | - | $ | - | $ | | - | |
| In-Transit Reserve | $ | 103.3 | $ | 41.2 | $ | | 144.6 | (2) |
| Total Imported In-Transit Inventory | $ | 103.3 | $ | 41.2 | $ | | 144.6 | |
| % Relating to SRAC L/C's | | 7.4% | | 7.4% | | | | |
| SRAC L/C's | $ | 7.7 | $ | 3.1 | $ | | 10.7 | |
| Add: SRAC L/C's (net of 2.73% reserve) | $ | 7.5 | $ | 3.0 | $ | | 10.4 | |
| Net Eligible Inventory | | | | | $ | | 2,391.5 | |
| NOLV | | | | | | | 88.70% | |
| Advance Rate | | | | | | | 7.50% | |
| Inventory Availability | | | | | $ | | 159.1 | |
| Add Back | | | | | $ | | 150.0 | |
| DIP Borrowing Base before reserves | | | | | $ | | 309.09 | |
| Availability Reserves not reserved in the Prepetition | | | | | $ | | - | |
| Carve Out Reserve | | | | | | | | |
| Post Trigger Notice Carve-Out Fee Cap | | | | | $ | | (20.0) | |
| Trustee Fees | | | | | $ | | - | |
| Professional Fees | | | | | $ | | (26.0) | |
| Borrowing Base | | | | | $ | | 263.1 | |

(1) Includes inventory in trailers on premises at DCs.
(2) Adjusted for Decon to DC Inventory (net of reserves)

Submitted by sears Roebuck Acceptance Corp. and Kmart Coporation on this 18th day of October 2018.

Sears Roebuck Acceptance Corp
By:
Title: SVP, Finance, Corporate Controller and Risk Management

Kmart Corporation
By:
Title: SVP, Finance, Corporate Controller and Risk Management

## Sears Holdings Corporation

|  | | | Date: | 10/18/2018 |
|---|---|---|---|---|
| **Availability Calculation** | | | | |
| Beginning Revolving Principal Balance | | | $ | 836,034,649 |
| | Add prior days advance | | | - |
| | Add fees charged today | | | - |
| | Less prior day's pay down | | | - |
| Ending Revolving Principal | | | $ | 836,034,649 |
| | Add Letters of Credit | | | |
| | Commercial L/C | | | |
| | Standby L/C | | | $123,567,481 |
| Term Loan Outstanding | | | | $0 |
| 2016 Term Loan Outstanding | | | | $570,776,250 |
| Total liability prior to request | | | $ | 1,530,378,381 |
| | (a) Aggregate Revolving Commitments | $ 1,500,000,000 | | |
| | (b) Term Loan Outstanding | $ - | | |
| | (c) 2016 Term Loan | $ 570,776,250 | | |
| | (d) Borrowing Base | $ 1,669,060,148 | | |
| | Lesser of ((a) + (b) + (c)) or (d) | $ 1,669,060,148 | | |
| **Capped Excess Availability prior to today's request** | | | $ | 138,681,768 |
| | **Advance Request** | | | |
| **Capped Excess Availability after today's request** | | | $ | 138,681,768 |

The undersigned, an Authorized Officer of Sears Holdings Corporation ("Holdings"), represents and warrants that (A) the information set forth above (i) is true and correct in all material respects (it being understood that any weekly Borrowing Base Certificate shall constitute the Loan Parties' best estimates of Net Eligible Inventory and other items, as applicable), (ii) has been prepared in accordance with the requirements of that certain Third Amended and Restated Credit Agreement dated February 10, 2017 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Credit Agreement"), by, among others, (1) Holdings, (2) Kmart Corporation and Sears Roebuck Acceptance Corp., as Borrowers, (3) the Lenders party thereto, (4) Bank of America, N.A., as Administrative Agent (in such capacity, the "Agent"), and (5) Bank of America, N.A. and Wells Fargo Bank, National Association, as Co-Collateral Agents, and (iii) is based on supporting documentation that is satisfactory to the Agent, and (B) no Default or Event of Default (as such terms are defined in the Credit Agreement) has occurred and is outstanding.

Authorized Signer: _____

By:
Name:    Robert Phelan
Title:    SVP, Finance, Corporate Controller and Risk Management

**JX 003-3**

**Sears Holdings Corporation**

Borrowing Base Certificate
As of October 13, 2018
(millions)

Date: 10/18/2018

| | Sears | Kmart | Consolidated | |
|---|---|---|---|---|
| Inventory per Stock Ledger | | | $ 2,576.2 | (1) |
| Home Services | $ 114.6 | | $ 114.6 | |
| Total Stock Ledger Inventory | | | $ 2,690.8 | |
| Less Ineligible Inventory: | | | | |
| Consigned Inventory | $ - | $ 2.2 | $ 2.2 | |
| Inventory in Foreign Location | $ - | $ - | $ - | |
| Store Closure Sale inventory in excess of four weeks | $ 11.9 | $ 6.9 | $ 18.9 | |
| Inventory paid for in advance of shipment | $ 82.2 | $ 1.4 | $ 83.7 | |
| Live plants, nursery, floral | $ - | $ 1.3 | $ 1.3 | |
| Seafood | $ - | $ - | $ - | |
| Restaurant | $ - | $ 0.3 | $ 0.3 | |
| Readers Market | $ - | $ 1.6 | $ 1.6 | |
| Wholesaler Frt/Fees | $ - | $ - | $ - | |
| Gasoline | $ - | $ - | $ - | |
| 50% Home Services | $ 57.3 | $ - | $ 57.3 | |
| Other | $ - | $ - | $ - | |
| Eligible Inventory before Reserves | | | $ 2,525.6 | |
| | | | | |
| Less Inventory Reserves: | | | | |
| Shrink | $ - | $ - | $ - | |
| In-Transit Reserve | $ 103.3 | $ 41.2 | $ 144.6 | (2) |
| | | | | |
| Total Imported In-Transit Inventory | $ 103.3 | $ 41.2 | $ 144.6 | |
| % Relating to SRAC L/C's | 7.4% | 7.4% | | |
| SRAC L/C's | $ 7.7 | $ 3.1 | $ 10.7 | |
| Add: SRAC L/C's (net of 2.73% reserve) | $ 7.5 | $ 3.0 | $ 10.4 | |
| | | | | |
| Net Eligible Inventory | | | $ 2,391.5 | |
| NOLV | | | 88.70% | |
| Advance Rate (Lesser of 70% or 80% of NOLV) | | | 70.00% | |
| | | | | |
| Inventory Availability | | | $ 1,674.0 | |
| | | | | |
| Eligible Credit Card Receivables | $ 41.1 | $ 13.7 | $ 54.8 | |
| Advance Rate | | | 85% | |
| | | | | |
| Credit Card Availability | | | $ 46.5 | |
| | | | | |
| Pharmacy Accounts Receivable | $ - | $ 14.5 | $ 14.5 | |
| Less Ineligibles: | | | | |
| Outstanding for more than 90 days past invoice date or 60 days past due | | $ 2.5 | $ 2.5 | |
| Cross-Age | | $ 1.0 | $ 1.0 | |
| Disputed Pharmacy Receivables | | $ - | $ - | |
| Medicare, Medicaid, or other Governmental Authorities | | $ 0.5 | $ 0.5 | |
| Pharmacy Receivables due from outside United States | | | $ - | |
| Other | | | $ - | |
| | | | | |
| Net Eligible Pharmacy Accounts Receivable | | | 10.5 | |
| Advance Rate | | | 85% | |
| | | | | |
| Third Party Pharmacy Accounts Receivable Availability | | | 8.9 | |
| | | | | |
| Availability Reserves | | | | |
| Gift Card Liability (50%) | $ 16.7 | $ 2.8 | $ 19.5 | |
| 2 Months Store Rent Reserve (Landlord Lien States WA, VA, PA) | $ 2.1 | $ 3.5 | $ 5.7 | |
| Unshipped Customer Deposits (15%) | $ 15.0 | $ 0.2 | $ 15.3 | |
| DC Rent Reserve (2 months) | $ 1.4 | $ 1.9 | $ 3.3 | |
| PACA/PASA | $ - | $ 0.0 | $ 0.0 | |
| Credit Card Receivables owed to PR | $ 0.1 | $ 0.0 | $ 0.1 | |
| SHIP Customer Deposits | $ 15.0 | $ - | $ 15.0 | |
| Installation Customer Deposits | $ 1.6 | $ - | $ 1.6 | |
| Reserve for FILO | $ - | | $ - | |
| | | | | |
| Borrowing Base | | | $ 1,869.1 | |

(1) Includes inventory in trailers on premises at DCs
(2) Adjusted for Decon to DC Inventory (net of reserves)

**JX 003-4**

**Sears Holdings Corporation**
FILO Borrowing Base Certificate
As of October 13, 2018
(millions)

Date: 10/18/2018

| | Sears | | Kmart | | Consolidated | |
|---|---|---|---|---|---|---|
| Inventory per Stock Ledger | | | | | $ | 2,576.2 (1) |
| Home Services | $ | 114.6 | | | $ | 114.6 |
| Total Stock Ledger Inventory | | | | | $ | 2,690.8 |
| Less Ineligible Inventory: | | | | | | |
| Consigned Inventory | $ | - | $ | 2.2 | $ | 2.2 |
| Inventory in Foreign Location | $ | - | $ | - | $ | - |
| Store Closure Sale inventory in excess of four weeks | $ | 11.9 | $ | 6.9 | $ | 18.9 |
| Inventory paid for in advance of shipment | $ | 82.2 | $ | 1.4 | $ | 83.7 |
| Live plants, nursery, floral | $ | - | $ | 1.3 | $ | 1.3 |
| Seafood | $ | - | $ | - | $ | - |
| Restaurant | $ | - | $ | 0.3 | $ | 0.3 |
| Readers Market | $ | - | $ | 1.6 | $ | 1.6 |
| Wholesaler Frt/Fees | $ | - | $ | - | $ | - |
| Gasoline | $ | - | $ | - | $ | - |
| 50% Home Services | $ | 57.3 | $ | - | $ | 57.3 |
| Other | $ | - | $ | - | $ | - |
| Eligible Inventory before Reserves | | | | | $ | 2,525.6 |
| | | | | | | |
| Less Inventory Reserves: | | | | | | |
| Shrink | $ | - | $ | - | $ | - |
| In-Transit Reserve | $ | 103.3 | $ | 41.2 | $ | 144.6 (2) |
| | | | | | | |
| Total Imported In-Transit Inventory | $ | 103.3 | $ | 41.2 | $ | 144.6 |
| % Relating to SRAC L/C's | | 7.4% | | 7.4% | | |
| SRAC L/C's | $ | 7.7 | $ | 3.1 | $ | 10.7 |
| Add: SRAC L/C's (net of 2.73% reserve) | $ | 7.5 | $ | 3.0 | $ | 10.4 |
| | | | | | | |
| Net Eligible Inventory | | | | | $ | 2,391.5 |
| NOLV | | | | | | 88.70% |
| FILO Advance Rate | | | | | | 10.00% |
| | | | | | | |
| Inventory Availability | | | | | $ | 212.1 |
| | | | | | | |
| ACH limit | | | | | $ | 100.0 |
| P-card limit | | | | | $ | 12.5 |
| BAML Bank Products and Cash Management Services | | | | | $ | 112.5 |
| | | | | | | |
| Total Reserves @ 50.0% | | | | | $ | 56.3 |
| | | | | | | |
| | | | | | | |
| FILO Borrowing Base | | | | | $ | 155.9 |
| FILO Outstanding | | | | | $ | 125.0 |
| FILO Borrowing Base cushion/(shortfall) | | | | | $ | 30.9 |

(1) Includes inventory in trailers on premises at DCs.
(2) Adjusted for Decon to DC Inventory (net of reserves)

**JX 003-5**

**Borrowing Base Certificate**
**Week 36 Update**
As of 10/13/2018

11/10/2017

| | Sears | Kmart | Consolidated | Division | Stock ledger location | Stock ledger account | Division |
|---|---|---|---|---|---|---|---|
| **Input from stock ledger reports** | | | | | | | |
| Domestic total stock ledger inventory | | | 2,686,558,094 | | 60503 | 00212 | |
| Accounting Adjustment stock ledger inventory | | | (4,018,508) | | 60604 | 00212 | 0530 |
| Other | | | (397,801) | | | | |
| Net Layaway | | | 1,989,204 | | *See "Layaway" tab | | |
| Trailer reserve/LC adjustment | | | (1,238,002) | | *See "Trailers at DCs" tab | | |
| Total Stock Ledger Inventory | | | 2,680,810,504 | | calc | | |
| | | | | | | | |
| Home Services | 114,592,219 | | | | 60520 | 00212 | |
| Seafood | | - | | Div 774 | 60503 | 00212 | |
| Restaurant | | 339,292 | | Div 51 | 60503 | 00212 | |
| Wholesaler Frt/Fees | | - | | Div 74 | 60503 | 00212 | |
| Gasoline | | - | | Div 79 | 60503 | 00212 | |
| | | | | | Sears 60361, | | |
| In-Transit inventory | 121,657,642 | 47,445,982 | 169,003,624 | | Kmart 60597 | 00212 | |
| Decon to DC inventory | 18,250,295 | 6,202,378 | 24,452,674 | | *See "Decon to DC" tab | | |
| In-transit reserve | 103,307,347 | 41,243,603 | 144,550,950 | | | | |
| | | | | | | | |
| **Input from EIS** | | | | | | | |
| Live plants | | 1,201,391.0 | | 1,283,229 | Live Plants, nursery, floral | | |
| Decorative Flowers | | 61,408.0 | | | | | |
| Readers Market | | 1,584,461.0 | | | | | |

**SHC cube pulls**

| | | | Internal Analysis | Internal Analysis | Internal Analysis | Internal Analysis | Internal Analysis | Internal Analysis |
|---|---|---|---|---|---|---|---|---|
| | | | TOTSHC TOTAL SHC Divi | TOTSHC TOTAL SHC | TOTSHC TOTAL SHC DI | TOTSHC TOTAL SHC | TOTSHC TOTAL SHC | TOTSHC TOTAL SHC DIVISION |
| | | | Sears Segment | Kmart Segment | Builder Distributors | Services | Kmart Accounting | A Accounting Adjustments |
| 24165 UNSHIPPED SALES RESERVE | 2018 Actuals | HTD(Oct) | (102,879,243) | (1,428,173) | (27,102,170) | (1,611,767) | (3) | (20,638,296) |
| 24166 CROSSFORMAT UNSHIPPED SALES | 2018 Actuals | HTD(Oct) | - | (5) | - | - | (5) | (5) |

(20,638,293) Inventory paid for in advance of shipment — (63,666,723)

| | Unshipped Margin % | 33.78% |
|---|---|---|
| | Unshipped Margin Non-Qtr period | (18,082,435) |
| | Total Sales Reserve with Correct Adj Mix | (101,751,550) |
| | Unshipped Customer Deposits (15%) | 15,262,732 |

| | | | Internal Analysis | Internal Analysis | Internal Analysis | | | |
|---|---|---|---|---|---|---|---|---|
| | | | TOTSHC TOTAL SHC Divi | TOTSHC TOTAL SHC | TOTSHC TOTAL SHC DIVISION | | | |
| | | | 2018 Actuals | 2018 Actuals | 2018 Actuals | | | |
| | | | HTD(Oct) | HTD(Oct) | HTD(Oct) | | | |
| | | | Sears Segment | Kmart Segment | SHC Domestic Operations | | | |
| 12770 CONSIGNMENT MDSE INV - CONTRA | | | - | 2,200,000 | 2,200,000 | | | |

| | | | | | | Correct Balance Cosignment | $ (2,200,000.00) |
|---|---|---|---|---|---|---|---|
| 21240 SEARS GIFT CARDS | | (32,930,818) | 7,765 | (32,923,053) | | Stock Ledger | $ 2,200,000.00 |
| 21250 KMART GIFT CARDS | | (16,490) | (5,578,811) | (5,595,301) | | Correction to post in week 37 report | $ (4,400,000.00) |
| 21246 GC LIABILITY-SEARS PUERTO RICO | | (285,510) | | (285,510) | | | |
| 21247 GC LIABILITY-KMART PUERTO RICO | | (128,576) | (9,142) | (137,718) | | | |
| Total | | (33,361,394) | (5,580,188) | (38,941,582) | | | |
| 50% | | (16,680,697) | (2,790,094) | (19,470,791) | | | |

**Businesses updated at month end in reporting systems**

| | Reporting Divisions | Reporting Divisions | | |
|---|---|---|---|---|
| | Internal Analysis | Internal Analysis | | |
| | 2018 Actuals | 2018 Actuals | | |
| | HTD(Sep) | HTD(Oct) | | |
| | Inventory @ Cost GP Cal | Inventory @ Cost GP Calculation (SLA01016) | | |
| Home Improvement Service Units | 4,264,413 | 4,264,413 | | |
| Builder Distributors | 54,207,129 | 54,207,129 | | |
| | 58,471,542 | 58,471,542 | | |

| Prior month total stock ledger inventory | 2,733,962,212 |
|---|---|
| % to total stock ledger | 2.1% |

**Credit Card Receivables - Treasury Cash Inflow Forecast**
Credit Card Sales Expected after Period End
Based on Forecasted Totals (millions)

| | Sears Date of Sale | | | | | | Kmart Date of Sale | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Credit Card Vendor/Type | 10/10/2018 | 10/11/2018 | 10/12/2018 | 10/13/2018 | Total | | 10/10/2018 | 10/11/2018 | 10/12/2018 | 10/13/2018 | Total |
| Citi | | 0.99 | 1.45 | 5.91 | 8.34 | | | | | | |
| FDMS | | 5.10 | 5.71 | 8.38 | 19.18 | | | 1.64 | 1.91 | 2.34 | 5.90 |
| PIN Debit | | 0.82 | 2.37 | 3.98 | 7.17 | | | 1.19 | 3.03 | 3.58 | 7.80 |
| Other 3P (Amex, etc) | 1.54 | 1.56 | 1.53 | 1.75 | 6.38 | | | | | | |
| Week 36 | 1.54 | 8.46 | 11.05 | 20.02 | 41.07 | | | 2.83 | 4.94 | 5.92 | 13.69 |

54.8

**Letter of Credit % - DTW in-transit**

| 162,848,144.99 | W | Wire | 92.6% |
|---|---|---|---|
| 13,072,769.50 | L | L C | 7.4% |
| 15,575.50 | F | Free goods | 0.0% |
| 175,936,489.99 | | DTW As of 10/13/18 | |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Trailers at DCs**
Fiscal 2018 - Week 36

| Network | Cost on Lot October 13 | Sears | Kmart |
|---|---|---|---|
| RDC | $1,118,975 | | |
| RSC | $736,885 | | |
| DDC | $1,392,143 | | |
| RRC | $372,704 | | |
| Total | $3,620,707 | $ 1,764,847 | $ 1,855,860 |
| | | | |
| Inventory Reserve (28.91%) | 1,046,746 | 510,217 | 536,529 |
| | | | |
| SRAC L/C % | 7.4% | 7.4% | 7.4% |
| SRAC L/C | $ 191,255.32 | $ 93,223.88 | $ 98,031.43 (T) |
| | | | |
| Trailer inventory on premises excluding SRAC L/C | $ 2,382,705.11 | $ 1,161,405.72 | $ 1,221,299.39 |

Assumes same L/C % as Total Import In-Transit Inventory

**JX 003-7**

**Sears Holdings Corporation**
**Borrowing Base Certificate**
Deconsolidation Centers to DC Inventory
Fiscal 2018 - Week 36

| | Cost on Lot October 13 | Sears | Kmart |
|---|---|---|---|
| Total | $ 25,208,942 | $ 18,814,737 | $ 6,394,205 |
| Transportation reserve (3%) | 756,268 | 564,442 | 191,826 |
| Reduction to Import In-Transit Reserve | $ 24,452,674 | $ 18,250,295 | $ 6,202,378 (U) |

**JX 003-8**

**Sears Holdings Corporation**
**Layaway Inventory/Deposits**
Fiscal 2018 - Week 35

| | | Amount |
|---|---|---|
| 33043 PUERTO RICO - H.O. LEDGER | 12546 INVENTORY ADJ - LAYAWAY | 1,973,744 |
| 35355 RETAIL ACTG ADJ SEARS | 12546 INVENTORY ADJ - LAYAWAY | 9,730,645 |
| 36804 SEARS OPER,LLC(PR) | 12546 INVENTORY ADJ - LAYAWAY | 813,595 |
| 35486 CORPORATE ACCT ADJ SE | 12546 INVENTORY ADJ - LAYAWAY | 10,025,107 |
| 36802 SEARS OPER,LLC | 12546 INVENTORY ADJ - LAYAWAY | 5,361,832 |
| **36802 SEARS OPER,LLC** | 12546 INVENTORY ADJ - LAYAWAY | 27,904,923 |
| | | |
| **Kmart Operations** | 12546 INVENTORY ADJ - LAYAWAY | 10,157,150 |
| | | |
| 33043 PUERTO RICO - H.O. LEDGER | 24273 LAYAWAY DEPOSITS | (2,339,799) |
| 35355 RETAIL ACTG ADJ SEARS | 24273 LAYAWAY DEPOSITS | (13,137,612) |
| 36804 SEARS OPER,LLC(PR) | 24273 LAYAWAY DEPOSITS | (964,485) |
| 35486 CORPORATE ACCT ADJ SE | 24273 LAYAWAY DEPOSITS | (9,680,638) |
| 36802 SEARS OPER,LLC | 24273 LAYAWAY DEPOSITS | (6,356,248) |
| **36802 SEARS OPER,LLC** | 24273 LAYAWAY DEPOSITS | (32,478,782) |
| | | |
| **Kmart Operations** | 24273 LAYAWAY DEPOSITS | (3,714,087) |

| | |
|---|---|
| Layaway inventory @ cost | 38,062,073 |
| Layaway customer deposits | (36,192,869) |
| Layaway @ cost less Customer Deposits | 1,869,204 |

**JX 003-9**

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Customer Deposits**
As of 10/6/2018

| | Amount |
|---|---|
| 23355 CUSTOMER DEPOSITS | (15,007,985) |
| 23180 INSTALL SALES ACCR/RE | (1,636,358) |

JX 003-10

Sears Holdings Corporation
Borrowing Base Certificate
Closing Store Reserve
Fiscal 2018 - Week 36

| Store | Location | Type | Start of GOB Date | Start of GOB (Week) | Closing Date | Closing Week | Balance |
|---|---|---|---|---|---|---|---|
| 1091 | Oklahoma city, OK | Full-Line | 07/13/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (145,438.26) |
| 1265 | Virginia beach, VA | Full-Line | 07/13/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (66,087.98) |
| 1490 | Troy, MI | Full-Line | 07/13/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (189,235.21) |
| 1615 | Chesapeake, VA | Full-Line | 07/13/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (113,087.44) |
| 1898 | Newark, CA | Full-Line | 07/13/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (448,334.48) |
| 1012 | Des Moines, IA | Full-Line | 07/26/18 (25) | 18.25 | 10/14/18 (37) | 18.39 | (130,281.42) |
| 1355 | Altamonte springs, FL | Full-Line | 08/02/18 (26) | 18.26 | 09/30/18 (35) | 18.37 | (160,783.37) |
| 1623 | Clay, NY | Full-Line | 08/02/18 (26) | 18.26 | 09/30/18 (35) | 18.37 | (66,940.32) |
| 1040 | Eau claire, WI | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (343,604.16) |
| 1087 | Houston - memorial, TX | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (1,004,059.56) |
| 1119 | Happy valley / portland, OR | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (787,951.33) |
| 1305 | Savannah, GA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (584,250.83) |
| 1385 | Atlanta, GA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (820,050.70) |
| 1554 | Mays landing, NJ | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (690,417.65) |
| 1560 | Dayton, OH | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (593,387.35) |
| 1610 | Cincinnati - northgate, OH | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (462,181.30) |
| 1805 | Raleigh - crabtree, NC | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (561,074.36) |
| 1814 | Fairfax, VA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (555,009.74) |
| 1830 | Fort wayne, IN | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (542,121.56) |
| 1888 | West jordan, UT | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (475,013.60) |
| 2016 | Hammond, LA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (311,029.73) |
| 2050 | Jackson, MI | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (464,752.48) |
| 2065 | Brunswick, GA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (243,720.55) |
| 2308 | Santa cruz, CA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (461,583.30) |
| 2358 | Flagstaff, AZ | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (205,053.92) |
| 2361 | Grand junction, CO | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (317,912.67) |
| 2432 | La crosse, WI | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (369,652.05) |
| 2547 | College station - bryan, TX | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (285,728.75) |
| 2640 | Bloomington, IL | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (272,862.08) |
| 1202 | Beavercreek, OH | Full-Line | 09/21/18 (33) | 18.33 | 12/09/18 (45) | 18.47 | (354,628.03) |
| 1327 | Baytown, TX | Full-Line | 09/21/18 (33) | 18.33 | 12/09/18 (45) | 18.47 | (515,539.09) |
| 2077 | Tyler, TX | Full-Line | 09/21/18 (33) | 18.33 | 12/09/18 (45) | 18.47 | (465,862.52) |
| 1003 | Salem, NH | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (467,610.08) |
| 1273 | Holyoke, MA | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (769,439.03) |
| 1465 | Tampa - university, FL | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (602,513.49) |
| 1584 | Victor, NY | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (566,875.07) |
| 1715 | Doral / miami, FL | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (1,233,013.94) |
| 1730 | Florence, KY | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (531,347.31) |
| 2239 | Vancouver, WA | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (591,039.22) |
| 2443 | Manchester, NH | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (501,253.65) |
| 2453 | Queensbury / glen falls, NY | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (334,299.37) |
| 2695 | Naples FL | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (400,724.95) |
| 2833 | New hyde park, NY | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (1,180,245.05) |
| 2934 | Taunton, MA | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (272,665.27) |
| 1290 | Niles, IL | Full-Line | 09/29/18 (34) | 18.34 | 12/16/18 (46) | 18.48 | (822,494.24) |
| 1343 | Cambridge, MA | Full-Line | 10/11/18 (36) | 18.36 | 12/09/18 (45) | 18.47 | (744,241.72) |
| 2323 | Hyannis, MA | Full-Line | 10/11/18 (36) | 18.36 | 12/09/18 (45) | 18.47 | (729,111.58) |
| 2354 | Vienna / parkersburg, WV | Full Line | 10/11/18 (36) | 18.36 | 12/09/18 (45) | 18.47 | (389,106.38) |
| 1205 | Pompano beach, FL | Full Line | 10/18/18 (37) | 18.37 | 12/16/18 (46) | 18.48 | (593,024.58) |
| 1504 | Williamsville, NY | Full Line | 10/18/18 (37) | 18.37 | 12/16/18 (46) | 18.48 | (381,912.76) |
| | | | | | | | |
| Total | Sears Full-Line | | | | | | (24,399,206.70) |
| | | | | | | | |
| 4814 | Havre, MT | Kmart | 07/12/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (118,771.12) |
| 9389 | Las Vegas, NV | Kmart | 07/12/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (386,200.10) |
| 3894 | Elko, NV | Kmart | 07/26/18 (25) | 18.25 | 10/14/18 (37) | 18.39 | (14,150.93) |
| 7195 | Goleta, CA | Kmart | 07/26/18 (25) | 18.25 | 10/14/18 (37) | 18.39 | (78,290.99) |
| 9419 | Middle village, NY | Kmart | 07/26/18 (25) | 18.25 | 10/14/18 (37) | 18.39 | (228,209.15) |
| 3413 | Kent, WA | Kmart | 08/16/18 (28) | 18.28 | 10/14/18 (37) | 18.39 | (68,268.78) |
| 4937 | Chillicothe, OH | Kmart | 08/16/18 (28) | 18.28 | 11/04/18 (40) | 18.42 | (425,221.62) |
| 3076 | Spring valley, CA | Kmart | 08/30/18 (30) | 18.30 | 11/04/18 (40) | 18.42 | (475,563.68) |
| 4483 | Annandale, VA | Kmart | 08/30/18 (30) | 18.30 | 11/18/18 (42) | 18.44 | (441,700.52) |
| 3495 | Milford, CT | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (560,343.70) |
| 3582 | Clovis, CA | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (674,840.09) |
| 3800 | Newark, DE | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (525,209.03) |
| 4435 | Gresham, OR | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (585,322.40) |
| 4762 | Antioch, CA | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (601,197.52) |
| 4963 | Gillette, WY | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (520,126.44) |
| 7021 | Cape girardeau, MO | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (503,591.35) |
| 7288 | Steger, IL | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (657,598.51) |
| 3724 | Scott depot, WV | Kmart | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (491,804.95) |
| 4865 | Riverhead, NY | Kmart | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (686,670.44) |
| 7225 | Los angeles, CA | Kmart | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (1,029,550.30) |
| 7719 | Columbus, MS | Kmart | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (563,099.58) |
| 3531 | Pinole, CA | Kmart | 10/11/18 (36) | 18.36 | 12/09/18 (45) | 18.47 | (715,419.17) |
| 3396 | Poughkeepsie, NY | Kmart | 10/18/18 (37) | 18.37 | 12/16/18 (46) | 18.48 | (933,885.26) |
| | | | | | | | |
| Total | Kmart | | | | | | (11,266,640.39) |

Start of GOB in excess of 4 weeks

| Sears | Kmart | Consolidated | |
|---|---|---|---|
| (11,921,183.91) | (6,946,319.64) | (18,867,503.55) | 1/8 |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Stock Ledger Reconciliation**
**As of 10/6/2018**

A04103 Merchandise Sales                    774,938,802

**JX 003-12**



**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Inventory in Foreign Location**
As of 10/6/2018

Foreign

| | | |
|---|---|---|
| | - | |
| | - | |
| Total Foreign | - | (l) |

**JX 003-14**

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Ineligible Inventory**
As of 10/6/2018

| Division | Amount | |
|---|---|---|
| DIV0774 SEAFOOD | - | |
| BUS0008 RESTAURANT | 349,024 | |
| DIV0071 READERS MARKET | 1,618,401 | |
| DIV0074 WHOLESALER FRT/FEES | - | |
| DIV0079 GASOLINE | - | |
| DPT0192 LIVE PLANTS | 1,072,100 | (K6) |
| GRP1245 DECORATIVE FLOWERS | 66,869 | (K6) |

**JX 003-15**

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Eligible Credit Card Receivables**
As of 10/6/2018

| | | Total Sears | Less Accounting Adjustment | Less Orchard | Total Sears (excluding Orchard and Accounting Adj) | Total Kmart | Accounting Adjustment | Total Kmart (excluding Accounting Adj) |
|---|---|---|---|---|---|---|---|---|
| 11500 A/R SEARS MASTERCARD | Reporting Divisions | 799 | - | - | 799 | - | - | - |
| 11505 A/R COMMERCIAL ONE | Reporting Divisions | - | - | - | - | - | - | - |
| 11506 BLUE TARP BASE COMM 1 | Reporting Divisions | - | - | - | - | - | - | - |
| 11507 BLUE TARP BASE COMM 1 R | Reporting Divisions | - | - | - | - | - | - | - |
| 11510 A/R DEBIT CARDS | Reporting Divisions | 1,385,023,570 | - | - | 1,385,023,570 | - | - | - |
| 11511 A/R DEBIT CARDS SETTLEMENT | Reporting Divisions | (1,385,034,045) | - | - | (1,385,034,045) | - | - | - |
| 11512 HSBC SALES & PYMTS CLEARANCE | Reporting Divisions | - | - | - | - | - | - | - |
| 11513 WEX Card Sales | Reporting Divisions | - | - | - | - | - | - | - |
| 11515 A/R DISCOVER CARD SETTLEMENT | Reporting Divisions | (13,425,987) | - | - | (13,425,987) | - | - | - |
| 11516 A/R DISCOVER CARD SALES | Reporting Divisions | 13,423,611 | - | - | 13,423,611 | - | - | - |
| 11517 A/R DISCOVER CARD PAYMENTS | Reporting Divisions | - | - | - | - | - | - | - |
| 11518 A/R DISCOVER CARD DEL BILL | Reporting Divisions | - | - | - | - | - | - | - |
| 11519 A/R BARCLAYS | Reporting Divisions | - | - | - | - | - | - | - |
| 11525 A/R AMERICAN EXPRESS | Reporting Divisions | 415,124,805 | - | - | 415,124,805 | - | - | - |
| 11526 A/R AMERICAN EXPRESS SETTLEMEN | Reporting Divisions | (415,143,664) | - | - | (415,143,664) | - | - | - |
| 11527 A/R PAYPAL | Reporting Divisions | - | - | - | - | - | - | - |
| 11528 Ebillme Receivable | Reporting Divisions | - | - | - | - | - | - | - |
| 11530 A/R VISA MC SETTLEMENT | Reporting Divisions | (3,037,919,543) | - | - | (3,037,919,543) | - | - | - |
| 11531 A/R VISA MC SALES | Reporting Divisions | 3,037,965,897 | - | - | 3,037,965,897 | - | - | - |
| 11532 A/R VISA MC PRIOR MONTH | Reporting Divisions | - | - | - | - | - | - | - |
| 11535 A/R SEARS CARD | Reporting Divisions | 11,709 | - | - | 11,709 | - | - | - |
| 19310 Kmart Cash 3rd Party Recble | Reporting Divisions | - | - | - | - | - | - | - |
| **A01115 Bankcard Transactions** | Reporting Divisions | 27,152 | - | - | 27,152 | - | - | - |
| | | | | | | | | |
| 10470 CHARGE CARD DEPOSITS | Reporting Divisions | - | - | - | - | 89,403 | - | 89,403 |
| 10471 HSBC KMART | Reporting Divisions | - | - | - | - | 1 | - | 1 |
| 10472 CC 3RD PARTY IN-TRANSIT | Reporting Divisions | 50,301,742 | - | - | 50,301,742 | 13,888,793 | - | 13,888,793 |
| 10480 INSTALLMENT LOANS | Reporting Divisions | - | - | - | - | - | - | - |
| 10490 Other Charge Card Deposits | Reporting Divisions | - | - | - | - | - | - | - |
| **A01106 Credit Card Deposits in Transit** | Reporting Divisions | 50,301,742 | - | - | 50,301,742 | 13,978,197 | - | 13,978,197 |
| | | | | | | | | |
| 10333 BANK OF AMERICA #1 | Reporting Divisions | (7,980) | - | - | (7,980) | 1 | - | 1 |
| 10334 MELLON/RADIX(DISCOVER PYMT) | Reporting Divisions | - | - | - | - | - | - | - |
| **10334 MELLON/RADIX(DISCOVER PYMT)** | Reporting Divisions | (7,980) | - | - | (7,980) | 1 | - | 1 |
| | | | | | | | | |
| 10472 CC 3RD PARTY IN-TRANSIT | DIV6142 BARCLAYS | - | - | - | - | 1 | - | 1 |
| 10472 CC 3RD PARTY IN-TRANSIT | DIV6157 BLUE TARP F | 568,040 | - | - | 568,040 | - | - | - |
| | | | | | | | | |
| **Total Eligible Credit Card Receivables** | (L) | - | | | 49,752,874 | | | 13,978,197 |

memo:
Bankcard transactions represents Sears branded card sales (Citi) that settle 2-3 days after period close (approx)
Credit Card Deposits in Transit represent third party i.e. Visa, Amex (that settle 2-3 days after period close (approx)
We consider all of these transactions as credit card receivables in the calculation.

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Gift Card Liability**
As of 10/6/2018

| Type of Card | | Amount | |
|---|---|---|---|
| **Lands' End Summary Hist** | A02113 Gift Certificates | - | |
| **39001 SEARS GIFT CARD** | A02113 Gift Certificates | (34,519,453) | |
| **39002 KMART GIFT CARD** | A02113 Gift Certificates | (5,612,218) | |
| **39005 PUERTO RICO GIFT CAR** 21248 GC LIABILITY-SEARS PUERTO RICO | | (304,245) | |
| **39005 PUERTO RICO GIFT CAR** 21247 GC LIABILITY-KMART PUERTO RICO | | (140,749) | |
| | Sears Gift Card Liability | **(34,823,698)** | (M) |
| | Kmart Gift Card Liability | **(5,752,967)** | (M) |
| | Sears Gift Card Liability (50%) | **(17,411,849)** | |
| | Kmart Gift Card Liability (50%) | **(2,876,484)** | |

**JX 003-17**

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Distribution Rent Reserve**
As of 10/6/2018

| Location | Rent | DC Satellite Facility Rent | Storage Rent | Storage Rent | Total Full Year Rent | '2 Months If Inventory > $25M | | Location | Merchandise Inventory |
|---|---|---|---|---|---|---|---|---|---|
| 00007 ONTARIO - ONLIN | - | - | - | - | - | - | | 08287 ONTARIO RDC. | 34,310,150 |
| 08287 ONTARIO RDC | 1,711,500 | - | - | - | 1,711,500 | 285,250 | | 08287 ONTARIO RDC. | 34,310,150 |
| 08273 SPARKS RDC | - | - | - | - | - | - | | 08273 SPARKS RDC | - |
| 08273 LAWRENCE R | 305,256 | - | - | - | 305,256 | 50,876 | | 08273 LAWRENCE RS. | 26,686,500 |
| 08290 DENVER RDC | 4,030,475 | - | - | - | 4,030,475 | - | | 08290 DENVER RDC | - |
| 08299 SHAKOPEE R | - | - | - | - | - | - | | 08299 SHAKOPEE RE. | - |
| 08273 MORRISVILLE | 1,303,991 | - | - | - | 1,303,991 | 217,332 | | 08275 MORRISVILLE | 36,421,805 |
| 08276 KMART PUERTO | - | - | - | - | - | - | | 08975 RIO PIEDRAS PR | 16,557,605 |
| 08274 CANTON DC | - | - | - | - | - | - | | 08274 CANTON DC | - |
| 08299 GREENSBORO | - | - | - | - | - | - | | 08258 GREENSBORO | - |
| 08303 CORSICANA DC | - | - | - | - | - | - | | 08303 CORSICANA DC. | - |
| 08781 CHAMBERSBUR | 4,212,032 | - | - | 281,521 | 4,473,553 | 745,592 | | 08081 CHAMBERSBURG | 60,595,373 |
| 08936 GROVEPORT RS | 7,247 | - | - | - | 7,247 | - | | 08936 GROVEPORT RSC | - |
| 08837 FOREST PARK R | - | - | - | - | - | - | | 08937 FOREST PARK RE | - |
| 07991 EDISON (ADS) TPW-KM | - | - | - | - | - | - | | 07991 EDISON (ADS) TPW-KMA | - |
| 08780 MIRA LOMA RSC | 3,507,780 | - | - | - | 3,507,780 | 584,630 | | 08780 MIRA LOMA RSC | - |
| 07992 MIRA LOMA FDC-KMAR | - | - | - | - | - | - | | 07992 MIRA LOMA FDC-KMART | 47,151,141 |
| **Kmart Logistics** | **15,078,281** | **-** | **-** | **281,521** | **15,339,802** | **1,883,680** (R) | | | |
| | | | | | | | | | |
| 00020 COLUMBUS - ONLIN | - | - | - | - | - | - | | 00420 COLUMBUS - RRC | - |
| 45373 COLUMBUS RRC | - | - | - | - | - | - | | 00420 COLUMBUS - RRC | - |
| 45432 COLUMBUS DDC | 3,348,660 | - | - | - | 3,348,660 | - | | 08962 COLUMBUS - DDC | 15,301,064 |
| 08712 COLUMBUS - MDO | - | - | - | - | - | - | | 08712 COLUMBUS - MDO | 608,884 |
| 45081 COLUMBUS - MDO | 292,221 | - | - | - | 292,221 | - | | 08712 COLUMBUS - MDO | 608,684 |
| 00043 WILKES-BARRE - O | - | - | - | - | - | - | | 00043 WILKES-BARRE - RR | 45,429,562 |
| 45378 WILKES-BARRE RR | - | 3,528,290 | - | - | 3,528,290 | 588,048 | | 00043 WILKES-BARRE - RR | 45,429,562 |
| 00047 DC LUST DIR FULFI | - | - | - | - | - | - | | 00470 MANTENO CDFC | 30,341 |
| 45375 MANTENO RRC | 2,739,480 | - | - | - | 2,739,480 | 456,580 | | 00440 MANTENO - RRC | 45,275,165 |
| 00049 DELANO - ONLINE L | - | - | - | - | - | - | | 00449 DELANO RRC | 63,505,908 |
| 45379 DELANO RRC | 481,200 | - | - | - | 481,200 | 80,200 | | 00449 DELANO RRC | 63,505,908 |
| 08110 MIRA LOMA FDC-SEAR | - | - | - | - | - | - | | 08110 MIRA LOMA FDC-SEARS | - |
| 08710 GROVE CITY - CRC | - | - | - | - | - | - | | 08710 GROVEPORT - CRC | 2,172,981 |
| 08744 ALLENTOWN - MDO | - | - | - | - | - | - | | 08744 ALLENTOWN - MDO | 688,701 |
| 45177 ALLENTOWN - MDO | 350,352 | - | - | - | 350,352 | - | | 08744 ALLENTOWN - MDO | 688,701 |
| 08778 OLIVE BRANCH/MEMPHIS DDC | - | - | - | - | - | - | | 08778 OLIVE BRANCH DDC | 12,054,831 |
| 45431 OLIVE BRANCH DDC | 2,046,900 | - | - | - | 2,046,900 | - | | 08778 OLIVE BRANCH DDC | 12,054,631 |
| 08815 SUNRISE - MDO | - | - | - | - | - | - | | 08815 SUNRISE - MDO | 490,052 |
| 45149 SUNRISE - MDO | 573,891 | - | - | - | 573,891 | - | | 08815 SUNRISE - MDO | 490,052 |
| 08838 MDO - DOS INVENTOR | - | - | - | - | - | - | | 08838 MDO - DOS INVENTORY | 153,458 |
| 43165 CHESAPEAKE - MDO | 158,596 | - | - | - | 158,596 | - | | 08838 MDO - DOS INVENTORY | 163,456 |
| 08873 GOULDSBORO-DDC | - | - | - | - | - | - | | 08873 GOULDSBORO-DDC | 22,294,982 |
| 45504 GOULDSBORO DDC | 4,381,030 | - | - | - | 4,381,030 | - | | 08873 GOULDSBORO-DDC | 22,294,982 |
| 08975 RIO PIEDRAS PR | - | - | - | - | - | - | | 08975 RIO PIEDRAS PR | 16,557,860 |
| 45058 RIO PIEDRAS OPER | 527,283 | - | 61,020 | - | 588,303 | - | | 45058 RIO PIEDRAS OPER- | 4,402,858 |
| 00433 MIDDLETOWN - TD | - | - | - | - | - | - | | 00433 MIDDLETOWN - TDC | 4,402,858 |
| 45459 MIDDLETOWN - T | 2,313,313 | - | - | - | 2,313,313 | - | | 00433 MIDDLETOWN - TDC | -4,402,858 |
| 09323 WOODLAND - CRC | - | - | - | - | - | - | | 09323 WOODLAND - CRC | - |
| 09493 ATLANTA - CRC | - | - | - | - | - | - | | 09493 ATLANTA - CRC | - |
| 45460 ATLANTA - TDC | - | - | - | - | - | - | | 09493 ATLANTA - TDC (CLS | - |
| 45053 KENT ANNEX | - | - | - | - | - | - | | 45053 KENT ANNEX | - |
| 45415 KENT DDC | - | 463,624 | - | - | 463,624 | - | | 08709 KENT - DDC | 19,806,548 |
| 45055 JACKSONVILLE - | - | - | - | - | - | - | | 45055 JACKSONVILLE - | - |
| 45472 JACKSONVILLE DDC | 1,674,866 | - | - | - | 1,674,565 | - | | 08751 INNOVEL OCALA DDF | 14,663,406 |
| 45374 JACKSONVILLE RRC | - | 406,230 | - | - | 406,230 | 87,705 | | 00425 JACKSONVILLE RRC | 21,777,502 |
| 45417 ONTARIO - DDC | 3,709,572 | - | - | - | 3,709,572 | - | | 08729 ONTARIO - DDC | 22,027,362 |
| 45438 DALLAS DDC | 192,530 | - | - | - | 192,530 | - | | 08870 DALLAS - DDC | 24,941,286 |
| 45439 ROMEOVILLE - DDC | 2,887,040 | - | - | - | 2,887,040 | - | | 08871 ROMEOVILLE - DDC | 15,323,784 |
| 45440 PENDERGRASS DDC | 2,522,204 | - | - | - | 2,522,204 | - | | 08872 PENDERGRASS - DD | 15,063,608 |
| 45366 NAPERVILLE - SLS | 2,882,383 | - | - | - | 2,882,383 | - | | SONLOOM 09300 I | 12,591,654 |
| 45575 STOCKTON DDC | 3,241,073 | - | - | - | 3,241,073 | - | | 09015 STOCKTON DDC | 13,791,038 |
| 45377 MEMPHIS RRC | - | - | - | - | - | - | | 00440 MEMPHIS - RRC | - |
| 45378 GARLAND RRC | 1,485,943 | - | - | - | 1,485,943 | 347,641 | | 00447 GARLAND - RRC | 32,970,994 |
| 45443 NAPERVILLE-TGIDC - SLS | - | - | - | - | - | - | | 45443 NAPERVILLE-TGIDC - SLS | - |
| 45090 DART WAREHOUSE-KC | - | - | - | - | - | - | | 08198 NAPERVILLE(DART) TPW-KCE- | - |
| 08823 DULLES - MDO | - | - | - | - | - | - | | 08823 DULLES - MDO | 391,092 |
| 08897 KENT - MIXLOAD | - | - | - | - | - | - | | 08897 KENT - MIXLOAD | 852,197 |
| PRDIST 08976 ROYERS | 561,543 | - | - | - | 591,943 | - | | PRDIST 08976 ROYERS | 16,881,137 |
| 45303 SLS - TRANS RRC I/B OTH | - | - | - | - | - | - | | 45303 SLS - TRANS RRC I/B OTHF | - |
| **Sears Logistics** | **36,457,969** | **4,398,144** | **61,026** | **-** | **40,917,133** | **1,440,174** (R) | | | |
| | | | | | | | | | |
| **Total SHC** | **51,536,250** | **4,398,144** | **61,026** | **281,521** | **56,256,935** | **3,323,654** | | | |

JX 003-18

Sears Holdings Corporation
Borrowing Base Certificate
Store Rent Reserve
As of 10/6/2018

| | Rent | Rent | Rent | Percentage Rent | Common Area Maintenace | Common Area Maintenace | 2 Months Total | |
|---|---|---|---|---|---|---|---|---|
| Kmart Total | 1,367,883 | 155,663 | 1,523,546 | 78,715 | 2,936,832 | - | 3,549,683 | (O) |
| Sears Total | 405,662 | 312,259 | 717,921 | 74,475 | 3,688,128 | 31,347 | 2,125,637 | (O) |

**JX 003-19**

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**PACA PASA**
**As of 10/6/2018**

| DUNSNOX | VNAME | RAPS PENDING |
|---|---|---|
| 605709 | BELAU FARMS | 514.30 |
| 539874 | CHEF KO SAUSAGE COMPANY | -286.22 |
| 976824 | LA CONFISERIE INC | 654.02 |
| 130514110 | OROWEAT FOODS CO | 0.00 |

882   (P)

**JX 003-20**

Sears Holdings Corporation
Borrowing Base Certificate
Credit Card Receivables Owed to PR
As of 10/6/2018

| Location | Amount | 3 days of monthly revenue |
|---|---|---|
| INSIDEK 02525 CAYEY, PR | - | - |
| INSIDEK 02535 JUANA DIAZ, PR | (1,825) | (183) |
| INSIDEK 02575 VEGA ALTA, PR | (1,462) | (146) |
| INSIDEK 02585 YAUCO, PR | (1,719) | (172) |
| INSIDEK 02870 GUAYNABO, PR | (1,392) | (139) |
| INSIDEK 02871 BAYAMON, PR | (3,296) | (330) |
| INSIDEK 04738 CAROLINA, PR | (1,785) | (179) |
| INSIDEK 09072 RIO PIEDRAS, PR | (2,605) | (261) |
| **Total Monthly Revenues SPC - PR from Kmart** | (14,084) | (1,408) | (Q) |
| FLS    01085 CAGUAS, PR | (125,371) | (12,537) |
| FLS    01935 MAYAGUEZ, PR | (108,345) | (10,835) |
| FLS    01945 PONCE, PR | (109,118) | (10,912) |
| FLS    02355 HATILLO, PR | (73,118) | (7,312) |
| FLS    02675 GUAYAMA, PR | (19,488) | (1,949) |
| FLS    01905 SAN JUAN, PR | (249,107) | (24,911) |
| FLS    01915 BAYAMON, PR | (35,377) | (3,538) |
| FLS    01925 CAROLINA, PR | (93,098) | (9,310) |
| FLS    02085 FAJARDO, PR | (36,166) | (3,617) |
| FLS    08463 SAN JUAN, PR | - | - |
| FLSONLPR09313 MANTENO, IL | - | - |
| SVCCPA 08759 BAYAMON, PR | - | - |
| SVCCPA 09470 BAYAMON, PR | - | - |
| INSVCS 07472 GUAYNABO, PR | - | - |
| CSCTRS 04416 RIO PIEDRAS, PR | - | - |
| **Total Monthly Revenues SPC - PR from Sears** | (849,188) | (84,919) | (Q) |
| **Total SHC** | | (86,327) |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Letter of Credit % - OTW In-transit**
As of 10/6/2018

| | | |
|---|---|---|
| 186,131,477.71 W | Wire | 92.5% |
| 15,158,064.20 L | L.C | 7.5% |
| 15,575.50 F | Free goods | 0.0% |
| 201,305,117.41 | OTW As of 10/6/18 | |

(R)

**JX 003-22**

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Pharmacy Accounts Receivable**
As of 10/6/2018

Reporting Divisions
Kmart Operations
External Analysis
2018 Actuals
HTD(Sep)

**11110 A/R - PHARMACY RECEIVABLE**                    14,510,723      (S1)

**JX 003-23**

KMART CORPORATION - PHARMACY CLAIMS
AGING OF CLAIMS AND UNAPPLIED CASH - BY CARRIER AS OF 09/01/18

| | | September | | August | | July | | June | | May | | April | | March/February+ | | TOTAL | TOTAL | TRUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PDX | | CLAIMS | CHECKS | CLAIMS | CHECKS | CLAIMS | CHECKS | CLAIMS | CHECKS | CLAIMS | CHECKS | CLAIMS | CHECKS | CLAIMS | CHECKS | | | |
| Name | | 0-30 | 0-30 | 31-60 | 31-60 | 61-90 | 61-90 | 91-120 | 91-120 | 121-150 | 121-150 | 151-180 | 151-180 | 181+ | 181+ | CLAIMS | CHECKS | RECEIVABLE |

CHECKS ARE AGED BASED ON RECEIVE DATE. CLAIMS ARE AGED BASED ON FILL DATE

JX 003-24

## Tracking Summary

### Inventory Ineligibles

| | Sears | Kmart | Consolidated |
|---|---|---|---|
| Located at property not owned/leased by Loan Parties except Dealer Stores | $    - | $    - | $    - |
| Accrued inventory without receiver in stock ledger | $    - | $    - | $    - |
| Closed store inventory in excess of four weeks | $    11.9 | $    6.9 | $    18.9 |
| Pack away in excess of 12 months | $    - | $    - | $    - |
| Layaway, sold not delivered (1) | $    82.2 | $    1.4 | $    83.7 |
| Supplies, packaging, shipping materials (2) | $    - | $    - | $    - |
| Wholesale inventory as a percent of total inventory | | | 7.61% |

### Inventory Reserves

| | Sears | Kmart | Consolidated |
|---|---|---|---|
| Consignment A/P | $    - | $    0.5 | $    0.5 |
| Lottery A/P (3) | $    - | $    - | $    - |
| Ad Valorem Taxes (TX, TN, KY, AL) (4) | $    9.4 | $    - | $    9.4 |
| Royalty A/P | $    2.2 | $    3.1 | $    5.3 |
| Pension Liability (5) | $    1,179.3 | $    - | $    1,179.3 |
| Credit Card Receivable owed to PR | $    0.1 | $    0.0 | $    0.1 |
| Landing Costs | $    - | $    2.5 | $    2.5 |
| Dealer Store A/P | $    - | $    - | $    - |

(1) Amount reflected is unshipped, layaway is a non-stock ledger amount not reflected in BBC
(2) Supplies are removed from stock ledger
(3) Funded bank account, no liability outstanding
(4) Reflects 2016 annual payments, Sears and Kmart combined
(5) Contains both Kmart and Sears pension plans

JX 003-26