# Exhibit 5

**GOB Store Performance (Post-Ch. 11 Bankruptcy Filing)**

| Announce Date | Store Format | # GOB Stores | GOB Sales | Goods Available at Cost | Goods Available per Store | Gross Recovery % | Total GOB Expenses | GOB Expense per Store | Net Recovery % |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/18 | FLS | 77 | $ 251,199,766 | $ 205,725,578 | $ 2,671,761 | 122.1% | $ 49,128,863 | $ 638,037 | 98.6% |
| | Kmart | 65 | $ 197,658,880 | $ 171,692,459 | $ 2,641,422 | 115.1% | $ 36,852,757 | $ 566,965 | 94.8% |
| | FLS+Kmart | 142 | $ 448,858,646 | $ 377,418,037 | $ 2,657,874 | 118.9% | $ 85,981,620 | $ 605,504 | 96.9% |
| 11/8/18 | FLS | 29 | $ 71,762,679 | $ 58,587,791 | $ 2,020,269 | 122.5% | $ 12,736,335 | $ 439,184 | 100.6% |
| | Kmart | 11 | $ 40,583,110 | $ 34,358,332 | $ 3,123,485 | 118.1% | $ 8,281,100 | $ 752,827 | 95.2% |
| | FLS+Kmart | 40 | $ 112,345,789 | $ 92,946,123 | $ 2,323,653 | 120.9% | $ 21,017,435 | $ 525,436 | 98.6% |
| 12/27/18 | FLS | 43 | $ 98,267,824 | $ 81,372,001 | $ 1,892,372 | 120.8% | $ 20,878,800 | $ 485,553 | 96.1% |
| | Kmart | 37 | $ 74,586,254 | $ 65,463,890 | $ 1,769,294 | 113.9% | $ 16,155,319 | $ 436,630 | 91.4% |
| | FLS+Kmart | 80 | $ 172,854,078 | $ 146,835,891 | $ 1,835,449 | 117.7% | $ 37,034,119 | $ 462,926 | 94.0% |
| Totals | FLS | 149 | $ 390,050,700 | $ 321,455,911 | $ 2,157,422 | 121.3% | $ 78,288,763 | $ 525,428 | 97.6% |
| | Kmart | 113 | $ 384,590,923 | $ 330,102,472 | $ 2,921,261 | 116.5% | $ 74,025,510 | $ 655,093 | 95.2% |
| | FLS+Kmart | 262 | $ 774,641,623 | $ 651,558,383 | $ 2,486,864 | 118.9% | $ 152,314,273 | $ 581,352 | 96.4% |

JX 005-1



Δπ EXHIBIT 2
Deponent Henrich
Date 7/2/19  Rptr C
WWW.DEPOBOOK.COM

ESL_507B_00000001

7/1/2019

| | | | | GOB Period (12 Weeks) | | Announced 10/15/18 | |
|---|---|---|---|---|---|---|---|
| | | | | Begins | 10/21/18 | 65 Kmart Stores | |
| | | | | Ends | 01/06/19 | 77 FLS Stores | |

| | | Net Merchandise Sales | Total Beg Inv at Cost | Receipts at Cost | Gross Recov % incl End Inv | Total End Inv at Cost | Gross Recov % excl End Inv |
|---|---|---|---|---|---|---|---|
| Kmart Retail Old | STR03097 COUNCIL BLUFFS  IA | 2,923,070 | 1,725,651 | 927,989 | 110.2% | 83,924 | 113.8% |
| Kmart Retail Old | STR03133 BELLINGHAM  WA | 2,701,138 | 1,785,995 | 771,008 | 105.6% | 214,486 | 115.3% |
| Kmart Retail Old | STR03239 KANSAS CITY  MO | 2,128,470 | 1,312,549 | 527,598 | 115.7% | 49,913 | 118.9% |
| Kmart Retail Old | STR03251 INDIANAPOLIS  IN | 2,831,469 | 1,971,468 | 798,286 | 102.2% | 219,830 | 111.0% |
| Kmart Retail Old | STR03308 LAKE ORION  MI | 2,667,262 | 1,679,910 | 704,003 | 111.9% | 63,068 | 114.9% |
| Kmart Retail Old | STR03345 MODESTO  CA | 3,450,083 | 2,164,453 | 1,000,444 | 109.0% | 247,727 | 118.3% |
| Kmart Retail Old | STR03361 ALLENTOWN  PA | 2,707,676 | 1,560,585 | 802,325 | 114.6% | 46,376 | 116.9% |
| Kmart Retail Old | STR03393 GLASSBORO  NJ | 3,190,139 | 1,715,910 | 894,788 | 122.2% | (95,033) | 117.9% |
| Kmart Retail Old | STR03424 GAINESVILLE  FL | 3,832,139 | 2,159,503 | 970,361 | 122.4% | 76,037 | 125.5% |
| Kmart Retail Old | STR03483 ONTARIO  CA | 3,513,218 | 1,861,324 | 925,789 | 126.1% | (79,285) | 122.6% |
| Kmart Retail Old | STR03600 SCHENECTADY  NY | 4,118,988 | 2,109,835 | 1,347,337 | 119.1% | 34,186 | 120.3% |
| Kmart Retail Old | STR03654 OXON HILL  MD | 3,759,670 | 2,017,186 | 1,223,972 | 116.0% | 198,391 | 123.6% |
| Kmart Retail Old | STR03713 COVINGTON  GA | 3,174,606 | 2,077,751 | 613,280 | 118.0% | 110,661 | 123.0% |
| Kmart Retail Old | STR03793 MIAMI  FL | 4,194,331 | 2,417,410 | 1,275,576 | 113.6% | 216,684 | 120.7% |
| Kmart Retail Old | STR03807 PRINCE FREDERICK  MD | 3,413,459 | 1,966,329 | 772,144 | 124.6% | 20,887 | 125.6% |
| Kmart Retail Old | STR03808 STATESVILLE  NC | 2,796,116 | 1,747,791 | 653,212 | 116.5% | 104,387 | 121.7% |
| Kmart Retail Old | STR03820 CHARLEVOIX  MI | 2,104,209 | 1,603,740 | 487,028 | 100.6% | 14,289 | 101.3% |
| Kmart Retail Old | STR03823 JASPER  IN | 2,703,081 | 1,812,691 | 589,729 | 112.5% | 93,167 | 117.1% |
| Kmart Retail Old | STR03884 MATAMORAS  PA | 3,465,430 | 2,067,367 | 893,558 | 117.0% | 140,156 | 122.9% |
| Kmart Retail Old | STR03941 RUSSELL SPRINGS  KY | 2,331,813 | 1,631,756 | 654,081 | 102.0% | 178,686 | 110.7% |
| Kmart Retail Old | STR03945 DELANO  CA | 3,173,786 | 2,074,124 | 794,952 | 110.6% | 95,440 | 114.4% |
| Kmart Retail Old | STR03978 PEACHTREE CITY  GA | 2,736,952 | 1,672,816 | 576,173 | 121.7% | 27,343 | 123.2% |
| Kmart Retail Old | STR03982 LEMOORE  CA | 3,952,736 | 2,300,001 | 1,059,505 | 117.7% | 130,914 | 122.4% |
| Kmart Retail Old | STR04010 PITTSBURGH  PA | 2,544,283 | 1,491,267 | 822,354 | 110.0% | 83,403 | 114.1% |
| Kmart Retail Old | STR04026 ST JOSEPH  MO | 2,846,550 | 2,767,284 | 80,266 | 100.0% | 362,909 | 114.6% |
| Kmart Retail Old | STR04054 NEW KENSINGTON  PA | 2,950,429 | 1,743,429 | 706,097 | 120.4% | 83,627 | 124.7% |
| Kmart Retail Old | STR04112 ASHEVILLE  NC | 2,516,565 | 1,709,754 | 452,260 | 116.4% | 67,130 | 120.1% |
| Kmart Retail Old | STR04123 NIAGARA FALLS  NY | 3,465,610 | 2,250,260 | 658,972 | 119.1% | 90,274 | 122.9% |
| Kmart Retail Old | STR04150 ALTOONA  PA | 3,732,294 | 2,376,969 | 871,258 | 114.9% | 116,552 | 119.2% |
| Kmart Retail Old | STR04188 CHARLESTON  WV | 3,004,543 | 2,196,901 | 635,628 | 106.1% | 156,155 | 112.3% |
| Kmart Retail Old | STR04215 KANSAS CITY  KS | 2,882,664 | 1,916,733 | 636,440 | 112.9% | 226,549 | 123.9% |
| Kmart Retail Old | STR04257 CLEVELAND  OH | 3,325,427 | 1,793,907 | 939,283 | 121.7% | 111,749 | 126.9% |
| Kmart Retail Old | STR04297 MOLINE  IL | 3,118,587 | 1,789,066 | 838,845 | 118.7% | 31,181 | 120.1% |
| Kmart Retail Old | STR04304 FLORISSANT  MO | 3,779,698 | 2,670,669 | 699,231 | 112.2% | 216,038 | 119.8% |
| Kmart Retail Old | STR04433 QUINCY  IL | 3,284,600 | 2,195,045 | 610,225 | 117.1% | 101,770 | 121.5% |
| Kmart Retail Old | STR04450 RALEIGH  NC | 1,978,279 | 1,523,327 | 346,719 | 105.8% | 49,710 | 108.7% |
| Kmart Retail Old | STR04455 BEAVERTON  OR | 2,597,878 | 1,812,387 | 628,056 | 106.5% | 209,929 | 116.5% |
| Kmart Retail Old | STR04706 RIVERSIDE  CA | 4,284,367 | 2,192,447 | 1,348,475 | 121.0% | 172,618 | 127.2% |
| Kmart Retail Old | STR04736 CASPER  WY | 2,761,174 | 1,818,275 | 692,562 | 110.0% | 68,890 | 113.1% |
| Kmart Retail Old | STR04741 BATAVIA  NY | 3,553,579 | 2,229,363 | 749,372 | 119.3% | 43,903 | 121.1% |
| Kmart Retail Old | STR07043 ROCK HILL  SC | 2,881,493 | 1,885,793 | 584,890 | 116.6% | 102,729 | 121.7% |
| Kmart Retail Old | STR07169 SALINA  KS | 2,656,970 | 2,026,431 | 476,661 | 106.1% | 118,425 | 111.4% |
| Kmart Retail Old | STR07209 EAST LIVERPOOL  OH | 2,698,805 | 1,677,676 | 642,532 | 116.3% | 44,700 | 118.6% |
| Kmart Retail Old | STR07223 METAIRIE  LA | 3,325,741 | 1,942,996 | 830,983 | 119.9% | 94,296 | 124.1% |
| Kmart Retail Old | STR07229 GRAYSON  KY | 2,774,624 | 2,082,025 | 463,067 | 109.0% | 49,138 | 111.2% |
| Kmart Retail Old | STR07259 WILLIAMSBURG  VA | 2,660,267 | 1,666,506 | 590,755 | 117.9% | 82,208 | 122.3% |
| Kmart Retail Old | STR07274 MAULDIN  SC | 2,900,234 | 1,793,539 | 640,587 | 119.1% | 52,099 | 121.8% |
| Kmart Retail Old | STR07415 SPRINGFIELD  VA | 2,836,879 | 1,490,818 | 723,935 | 128.1% | 54,097 | 131.3% |
| Kmart Retail Old | STR07460 KNOXVILLE  TN | 2,377,731 | 1,625,186 | 447,354 | 114.7% | 104,316 | 120.8% |
| Kmart Retail Old | STR07470 HUMMELSTOWN  PA | 3,145,198 | 1,931,477 | 729,257 | 118.2% | 90,379 | 122.4% |
| Kmart Retail Old | STR07471 PLACERVILLE  CA | 3,181,605 | 1,666,787 | 1,018,544 | 118.5% | 101,585 | 123.1% |
| Kmart Retail Old | STR07717 WAYNESBORO  VA | 3,064,722 | 1,895,373 | 581,969 | 123.7% | 74,769 | 127.6% |
| Kmart Retail Old | STR07746 CARLISLE  PA | 2,835,361 | 1,731,510 | 609,043 | 121.1% | 53,441 | 124.0% |
| Kmart Retail Old | STR09222 CHEROKEE  IA | 1,599,177 | 1,013,018 | 446,140 | 109.6% | 15,492 | 110.8% |
| Kmart Retail Old | STR09309 WEBSTER CITY  IA | 1,681,825 | 1,037,589 | 463,776 | 112.0% | 17,127 | 113.3% |
| Kmart Retail Old | STR09348 NORRIDGE  IL | 5,487,530 | 2,801,864 | 1,808,284 | 119.0% | 122,123 | 122.3% |
| Kmart Retail Old | STR09354 GRIFFITH  IN | 4,215,648 | 2,368,989 | 1,288,905 | 115.2% | 89,111 | 118.1% |
| Kmart Retail Old | STR09392 WEST SENECA  NY | 4,511,137 | 2,906,833 | 966,248 | 116.5% | 179,764 | 122.1% |
| Kmart Retail Old | STR09409 PHOENIXVILLE  PA | 2,751,694 | 1,499,649 | 769,932 | 121.2% | (11,071) | 120.7% |
| Kmart Retail Old | STR09415 MAHOPAC  NY | 2,336,986 | 1,600,444 | 617,669 | 105.4% | 99,328 | 110.3% |
| Kmart Retail Old | STR09438 PLEASANT HILLS  PA | 3,036,277 | 1,934,277 | 714,889 | 114.6% | 163,360 | 122.1% |
| Kmart Retail Old | STR09521 MADAWASKA  ME | 1,562,401 | 1,172,487 | 448,578 | 96.4% | 23,381 | 97.8% |

JX 005-2

| | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|
| Kmart Retail Old | STR09539 THORNDALE   PA | 2,495,712 | 1,533,485 | 528,848 | 121.0% | 42,685 | 123.6% |
| Kmart Retail Old | STR09711 RUSSELLVILLE   AR | 2,482,779 | 1,481,713 | 576,806 | 120.6% | 24,341 | 122.1% |
| Kmart Retail Old | STR09761 VISALIA   CA | 3,661,716 | 2,137,495 | 926,438 | 119.5% | 93,195 | 123.3% |
| | | **197,658,880** | **122,817,188** | **48,875,271** | **115.1%** | **6,265,639** | **119.5%** |
| Full Line Stores Total Old | STR01004 GARDEN CITY   NY | 5,674,221 | 2,905,395 | 2,100,955 | 113.3% | 418,221 | 123.7% |
| Full Line Stores Total Old | STR01006 OCALA   FL | 3,383,201 | 1,776,700 | 1,097,214 | 117.7% | 116,866 | 122.7% |
| Full Line Stores Total Old | STR01019 PLEASANTON   CA | 2,253,798 | 2,034,358 | 504,477 | 88.8% | 628,680 | 118.0% |
| Full Line Stores Total Old | STR01052 SAINT PAUL   MN | 2,910,344 | 1,814,162 | 850,993 | 109.2% | 282,539 | 122.1% |
| Full Line Stores Total Old | STR01064 LANGHORNE   PA | 3,119,657 | 1,893,425 | 648,331 | 122.7% | 72,875 | 126.4% |
| Full Line Stores Total Old | STR01071 LAKEWOOD   CO | 3,715,941 | 2,512,740 | 892,132 | 109.1% | 500,699 | 128.0% |
| Full Line Stores Total Old | STR01078 MESA   AZ | 3,035,344 | 1,771,970 | 898,748 | 113.7% | 198,800 | 122.8% |
| Full Line Stores Total Old | STR01079 PORTLAND   OR | 4,877,087 | 2,431,509 | 1,705,658 | 117.9% | 250,122 | 125.5% |
| Full Line Stores Total Old | STR01080 FRISCO   TX | 2,538,914 | 1,458,709 | 564,846 | 125.5% | 66,692 | 129.7% |
| Full Line Stores Total Old | STR01112 MINNETONKA   MN | 2,864,168 | 1,557,108 | 864,180 | 118.3% | 138,413 | 125.5% |
| Full Line Stores Total Old | STR01115 CHATTANOOGA   TN | 2,645,361 | 1,377,541 | 806,720 | 121.1% | 58,766 | 124.5% |
| Full Line Stores Total Old | STR01131 CENTENNIAL   CO | 2,434,753 | 1,475,891 | 636,014 | 115.3% | 82,051 | 119.9% |
| Full Line Stores Total Old | STR01134 MILFORD   CT | 3,926,677 | 2,424,162 | 1,031,248 | 113.6% | 262,017 | 123.0% |
| Full Line Stores Total Old | STR01137 AUSTIN   TX | 2,313,514 | 1,370,347 | 608,314 | 116.9% | 49,877 | 119.9% |
| Full Line Stores Total Old | STR01146 MEMPHIS   TN | 4,572,100 | 2,331,970 | 1,392,369 | 122.8% | 225,345 | 130.7% |
| Full Line Stores Total Old | STR01151 TULSA   OK | 2,302,426 | 1,417,173 | 765,862 | 105.5% | 250,073 | 119.1% |
| Full Line Stores Total Old | STR01169 CHANDLER   AZ | 3,231,165 | 1,890,929 | 805,226 | 119.8% | 115,973 | 125.2% |
| Full Line Stores Total Old | STR01193 WATERFORD   CT | 4,034,591 | 2,071,128 | 982,223 | 132.1% | 26,187 | 133.3% |
| Full Line Stores Total Old | STR01227 DALLAS   TX | 3,500,147 | 2,178,968 | 813,239 | 117.0% | 248,801 | 127.6% |
| Full Line Stores Total Old | STR01229 BOISE   ID | 2,953,223 | 1,652,762 | 790,000 | 120.9% | 46,668 | 123.3% |
| Full Line Stores Total Old | STR01247 LUBBOCK   TX | 2,920,499 | 1,776,415 | 673,537 | 119.2% | 36,312 | 121.0% |
| Full Line Stores Total Old | STR01250 LINCOLN PARK   MI | 5,746,477 | 3,236,365 | 1,230,832 | 128.6% | 112,128 | 131.9% |
| Full Line Stores Total Old | STR01277 SAN ANTONIO   TX | 4,117,163 | 2,473,337 | 912,060 | 121.6% | 174,152 | 128.2% |
| Full Line Stores Total Old | STR01287 ALBUQUERQUE   NM | 2,901,099 | 1,506,422 | 869,862 | 122.1% | 47,682 | 124.6% |
| Full Line Stores Total Old | STR01318 BAKERSFIELD   CA | 5,826,680 | 3,172,042 | 1,159,020 | 134.5% | 108,082 | 138.0% |
| Full Line Stores Total Old | STR01357 AUSTIN   TX | 3,104,188 | 1,688,619 | 906,526 | 119.6% | 132,884 | 126.1% |
| Full Line Stores Total Old | STR01388 COSTA MESA   CA | 7,599,467 | 4,012,645 | 1,902,037 | 128.5% | 208,384 | 133.2% |
| Full Line Stores Total Old | STR01390 ANN ARBOR   MI | 3,616,191 | 1,992,176 | 820,328 | 128.6% | 116,555 | 134.1% |
| Full Line Stores Total Old | STR01395 KNOXVILLE   TN | 2,853,391 | 1,469,647 | 802,153 | 125.6% | 117,068 | 132.4% |
| Full Line Stores Total Old | STR01403 NATICK   MA | 2,830,416 | 1,347,320 | 843,791 | 129.2% | (19,454) | 128.0% |
| Full Line Stores Total Old | STR01405 FAYETTEVILLE   NC | 4,625,624 | 2,510,509 | 1,164,078 | 125.9% | 188,410 | 132.7% |
| Full Line Stores Total Old | STR01408 SACRAMENTO   CA | 4,908,080 | 2,796,316 | 1,132,358 | 124.9% | 265,159 | 134.0% |
| Full Line Stores Total Old | STR01414 NANUET   NY | 5,305,368 | 2,976,456 | 1,273,437 | 124.8% | 274,958 | 133.5% |
| Full Line Stores Total Old | STR01454 BENSALEM   PA | 3,426,706 | 1,925,928 | 770,994 | 127.1% | 93,544 | 131.6% |
| Full Line Stores Total Old | STR01464 DEPTFORD   NJ | 4,650,880 | 2,430,819 | 1,151,476 | 129.8% | 114,234 | 134.1% |
| Full Line Stores Total Old | STR01470 GREENWOOD   IN | 3,349,747 | 1,923,148 | 918,203 | 117.9% | 181,598 | 125.9% |
| Full Line Stores Total Old | STR01518 CERRITOS   CA | 6,237,462 | 3,402,049 | 1,513,348 | 126.9% | 107,460 | 129.7% |
| Full Line Stores Total Old | STR01564 NILES   OH | 2,317,210 | 1,249,364 | 753,091 | 115.7% | 73,152 | 120.1% |
| Full Line Stores Total Old | STR01574 MIDDLETOWN   NJ | 4,034,847 | 2,358,009 | 893,582 | 124.1% | 127,876 | 129.2% |
| Full Line Stores Total Old | STR01575 NEWPORT NEWS   VA | 3,775,262 | 2,349,660 | 885,071 | 116.7% | 174,685 | 123.4% |
| Full Line Stores Total Old | STR01618 MODESTO   CA | 4,899,653 | 3,074,000 | 971,633 | 121.1% | 261,595 | 129.5% |
| Full Line Stores Total Old | STR01646 PINEVILLE   NC | 3,235,644 | 1,632,782 | 955,511 | 125.0% | 96,840 | 129.9% |
| Full Line Stores Total Old | STR01658 SANTA ROSA   CA | 4,081,407 | 2,644,240 | 1,078,126 | 109.6% | 475,270 | 125.7% |
| Full Line Stores Total Old | STR01708 PHOENIX   AZ | 3,809,146 | 2,169,010 | 831,636 | 126.9% | 136,651 | 133.0% |
| Full Line Stores Total Old | STR01709 HENDERSON   NV | 2,658,152 | 1,648,588 | 607,615 | 117.8% | 168,867 | 127.3% |
| Full Line Stores Total Old | STR01740 JOLIET   IL | 4,199,304 | 2,217,796 | 1,168,388 | 124.0% | 83,047 | 127.1% |
| Full Line Stores Total Old | STR01790 LOUISVILLE   KY | 2,669,195 | 1,467,986 | 732,139 | 121.3% | 56,934 | 124.5% |
| Full Line Stores Total Old | STR01844 COLUMBIA   MD | 1,947,204 | 1,029,327 | 572,285 | 121.6% | 29,808 | 123.9% |
| Full Line Stores Total Old | STR01944 YORKTOWN HGT   NY | 2,587,514 | 1,435,549 | 678,337 | 122.4% | 61,680 | 126.1% |
| Full Line Stores Total Old | STR01955 LAKELAND   FL | 3,361,192 | 1,683,373 | 937,830 | 128.2% | (11,671) | 127.7% |
| Full Line Stores Total Old | STR01988 EL CENTRO   CA | 3,963,895 | 2,327,663 | 848,350 | 124.8% | 114,352 | 129.5% |
| Full Line Stores Total Old | STR01998 MONTEBELLO   CA | 4,493,797 | 2,409,815 | 1,127,739 | 127.0% | (40,571) | 125.6% |
| Full Line Stores Total Old | STR02034 BOWIE   MD | 3,300,089 | 1,949,373 | 906,709 | 115.5% | 187,222 | 123.7% |
| Full Line Stores Total Old | STR02047 SIERRA VISTA   AZ | 2,684,964 | 1,451,668 | 584,757 | 131.8% | 23,770 | 133.4% |
| Full Line Stores Total Old | STR02056 MARY ESTHER   FL | 2,919,262 | 1,489,167 | 758,744 | 129.9% | 76,286 | 134.4% |
| Full Line Stores Total Old | STR02078 YUMA   AZ | 3,045,112 | 1,490,959 | 806,780 | 132.5% | (25) | 132.5% |
| Full Line Stores Total Old | STR02119 SALEM   OR | 3,401,877 | 1,845,090 | 830,814 | 127.1% | 77,593 | 130.9% |
| Full Line Stores Total Old | STR02124 DU BOIS   PA | 1,881,717 | 1,007,362 | 493,946 | 125.3% | 27,860 | 127.7% |
| Full Line Stores Total Old | STR02147 IRVING   TX | 2,342,766 | 1,394,031 | 458,133 | 126.5% | 105,326 | 134.1% |
| Full Line Stores Total Old | STR02225 GOLDSBORO   NC | 2,302,576 | 1,257,434 | 523,020 | 129.3% | (21,750) | 127.8% |
| Full Line Stores Total Old | STR02245 MELBOURNE   FL | 3,384,428 | 1,563,245 | 1,058,375 | 129.1% | 53,509 | 131.8% |
| Full Line Stores Total Old | STR02298 MERCED   CA | 3,184,916 | 1,583,526 | 881,105 | 129.2% | (4,410) | 129.0% |
| Full Line Stores Total Old | STR02304 WESTOVER   WV | 1,670,781 | 924,976 | 467,872 | 120.0% | (27,433) | 117.6% |
| Full Line Stores Total Old | STR02306 GADSDEN   AL | 2,852,943 | 1,442,309 | 808,876 | 126.7% | 33,988 | 128.7% |
| Full Line Stores Total Old | STR02311 NORMAN   OK | 1,798,541 | 946,833 | 410,093 | 132.5% | (46,404) | 128.2% |
| Full Line Stores Total Old | STR02330 PUYALLUP   WA | 2,776,073 | 1,414,003 | 863,359 | 121.9% | 128,125 | 129.2% |
| Full Line Stores Total Old | STR02335 CLARKSVILLE   TN | 1,891,900 | 1,022,404 | 470,327 | 126.7% | 17,827 | 128.3% |

| | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|
| Full Line Stores Total Old | STR02341 CASPER    WY | 1,798,258 | 931,100 | 661,357 | 112.9% | 50,114 | 116.6% |
| Full Line Stores Total Old | STR02537 HARLINGEN    TX | 2,716,836 | 1,358,233 | 936,937 | 118.4% | 50,297 | 121.0% |
| Full Line Stores Total Old | STR02546 BOWLING GREEN   KY | 1,764,740 | 982,162 | 455,490 | 122.8% | 42,600 | 126.5% |
| Full Line Stores Total Old | STR02565 BRADENTON    FL | 2,083,013 | 1,062,202 | 703,714 | 118.0% | 20,795 | 119.4% |
| Full Line Stores Total Old | STR02584 LAKEWOOD    NY | 2,050,328 | 1,156,175 | 549,119 | 120.2% | 24,859 | 122.0% |
| Full Line Stores Total Old | STR02600 TERRE HAUTE   IN | 2,059,709 | 1,050,300 | 611,563 | 123.9% | 84,897 | 130.6% |
| Full Line Stores Total Old | STR02617 VICTORIA    TX | 2,018,502 | 1,089,648 | 545,600 | 123.4% | 33,308 | 126.0% |
| Full Line Stores Total Old | STR02663 NEWINGTON    NH | 3,190,702 | 1,715,587 | 926,544 | 120.8% | 45,983 | 122.9% |
| Full Line Stores Total Old | STR02805 PANAMA CITY   FL | (30) | 1,606,988 | (1,617,367) | 0.3% | 0 | 0.3% |
| Full Line Stores Total Old | STR02963 WESTMINSTER   MD | 1,740,271 | 901,557 | 464,935 | 127.4% | 15,021 | 128.8% |
| | | 251,199,766 | 141,320,654 | 64,404,924 | 122.1% | 9,106,694 | 127.8% |
| **Kmart + FLS** | | 448,858,646 | 264,137,842 | 113,280,195 | 118.9% | 15,372,333 | 124.0% |

JX 005-4

|  |  | GOB Period (12 Weeks) | |  |
|---|---|---|---|---|
|  |  | Begins | 11/11/18 | |
|  |  | Ends | 01/27/19 | |

| | | Net Merchandise Sales | Total Beg Inv at Cost | Receipts at Cost |
|---|---|---:|---:|---:|
| Kmart Retail Old | STR03371 CHICAGO IL | 4,258,396 | 2,421,379 | 1,049,893 |
| Kmart Retail Old | STR03380 WATERVILLE ME | 2,745,861 | 1,576,166 | 803,939 |
| Kmart Retail Old | STR03527 PHILADELPHIA PA | 3,479,291 | 1,847,165 | 932,231 |
| Kmart Retail Old | STR03828 TEMECULA CA | 3,376,606 | 1,784,030 | 843,342 |
| Kmart Retail Old | STR03896 SAN GERMAN PR | 4,297,439 | 3,280,759 | 662,961 |
| Kmart Retail Old | STR04048 SPRINGFIELD IL | 2,482,717 | 1,808,773 | 420,720 |
| Kmart Retail Old | STR04064 NORTH VERSAILLES PA | 2,974,930 | 1,836,553 | 607,430 |
| Kmart Retail Old | STR04395 CUDAHY WI | 2,352,014 | 1,607,608 | 351,605 |
| Kmart Retail Old | STR04490 GUAYNABO PR | 5,561,872 | 3,699,327 | 1,072,705 |
| Kmart Retail Old | STR04858 CAGUAS PR | 5,466,815 | 3,601,154 | 1,233,777 |
| Kmart Retail Old | STR09381 HUNTINGTON NY | 3,587,169 | 2,062,968 | 853,847 |
| | | **40,583,110** | **25,525,882** | **8,832,450** |
| Full Line Stores Total Old | STR01027 EL PASO TX | 2,769,077 | 1,651,272 | 899,581 |
| Full Line Stores Total Old | STR01043 MERIDEN CT | 3,053,847 | 1,542,434 | 874,942 |
| Full Line Stores Total Old | STR01065 GLEN ALLEN VA | 1,763,276 | 1,174,237 | 342,194 |
| Full Line Stores Total Old | STR01130 JANESVILLE WI | 1,815,750 | 1,000,777 | 480,398 |
| Full Line Stores Total Old | STR01166 MERIDIAN MS | 1,675,775 | 1,129,946 | 261,570 |
| Full Line Stores Total Old | STR01216 MEMPHIS TN | 2,273,164 | 1,387,767 | 533,006 |
| Full Line Stores Total Old | STR01315 CHATTANOOGA TN | 2,575,184 | 1,389,424 | 730,234 |
| Full Line Stores Total Old | STR01375 WINSTON SALEM NC | 3,770,157 | 2,301,731 | 710,901 |
| Full Line Stores Total Old | STR01424 BETHESDA MD | 3,982,205 | 2,519,613 | 965,748 |
| Full Line Stores Total Old | STR01484 READING PA | 3,210,111 | 1,664,530 | 743,279 |
| Full Line Stores Total Old | STR01755 BOYNTON BEACH FL | 2,511,374 | 1,635,820 | 505,096 |
| Full Line Stores Total Old | STR01768 PHOENIX AZ | 2,871,198 | 1,542,129 | 812,769 |
| Full Line Stores Total Old | STR01828 LAS VEGAS NV | 3,462,974 | 1,929,951 | 774,970 |
| Full Line Stores Total Old | STR02001 PIQUA OH | 1,648,105 | 1,041,853 | 421,252 |
| Full Line Stores Total Old | STR02040 BATTLE CREEK MI | 2,182,472 | 1,056,252 | 632,137 |
| Full Line Stores Total Old | STR02074 STROUDSBURG PA | 2,565,316 | 1,328,420 | 674,515 |
| Full Line Stores Total Old | STR02106 TUPELO MS | 1,880,066 | 994,405 | 555,163 |
| Full Line Stores Total Old | STR02138 SANTA BARBARA CA | 4,565,999 | 2,474,537 | 1,028,277 |
| Full Line Stores Total Old | STR02156 MARYVILLE TN | 1,766,869 | 761,873 | 634,695 |
| Full Line Stores Total Old | STR02173 SARATOGA SPGS NY | 2,270,976 | 1,189,746 | 580,204 |
| Full Line Stores Total Old | STR02226 MURFREESBORO TN | 1,803,700 | 917,994 | 462,193 |
| Full Line Stores Total Old | STR02278 IDAHO FALLS ID | 2,450,466 | 1,124,346 | 879,802 |
| Full Line Stores Total Old | STR02290 MICHIGAN CITY IN | 1,650,863 | 839,084 | 514,605 |
| Full Line Stores Total Old | STR02315 JENSEN BEACH FL | 2,806,686 | 1,522,219 | 738,339 |
| Full Line Stores Total Old | STR02421 GRAND ISLAND NE | 1,788,328 | 1,113,912 | 464,822 |
| Full Line Stores Total Old | STR02557 LONGVIEW TX | 2,171,964 | 1,115,272 | 659,138 |
| Full Line Stores Total Old | STR02683 WATERTOWN NY | 2,210,318 | 1,209,544 | 461,473 |
| Full Line Stores Total Old | STR02807 ROCK HILL SC | 1,729,944 | 963,356 | 433,044 |
| Full Line Stores Total Old | STR02819 FAIRBANKS AK | 2,536,515 | 1,893,272 | 397,728 |
| | | **71,762,679** | **40,415,716** | **18,172,075** |
| **Kmart + FLS** | | **112,345,789** | **65,941,598** | **27,004,525** |

JX 005-5

Announced 11/8/18
11 Kmart Stores
29 FLS Stores

| Gross Recovery Rate % |
|---|
| 122.7% |
| 115.4% |
| 125.2% |
| 128.5% |
| 109.0% |
| 111.4% |
| 121.7% |
| 120.0% |
| 116.6% |
| 113.1% |
| 123.0% |
| **118.1%** |
| 108.6% |
| 126.3% |
| 116.3% |
| 122.6% |
| 120.4% |
| 118.3% |
| 121.5% |
| 125.1% |
| 114.3% |
| 133.3% |
| 117.3% |
| 121.9% |
| 128.0% |
| 112.6% |
| 129.3% |
| 128.1% |
| 121.3% |
| 130.4% |
| 126.5% |
| 128.3% |
| 130.7% |
| 122.3% |
| 122.0% |
| 124.2% |
| 113.3% |
| 122.4% |
| 132.3% |
| 123.9% |
| 110.7% |
| **122.5%** |
| **120.9%** |

JX 005-6

|  |  | GOB Period (12 Weeks) | | Announced 12/27/18 |
|---|---|---|---|---|
|  |  | Begins | 01/03/19 | 37 Kmart Stores |
|  |  | Ends | 03/17/19 | 43 FLS Stores |

| | | Net Merchandise Sales | Total Beg Inv at Cost | Receipts at Cost | Gross Recovery Rate % |
|---|---|---|---|---|---|
| Kmart Retail Old | STR03013 CLEVELAND OH | 1,996,132 | 1,462,335 | 416,726 | 106.2% |
| Kmart Retail Old | STR03071 TOMS RIVER NJ | 2,234,867 | 1,603,810 | 380,128 | 112.6% |
| Kmart Retail Old | STR03147 KINGSPORT TN | 1,787,939 | 1,503,575 | 161,918 | 107.4% |
| Kmart Retail Old | STR03174 STOCKTON CA | 2,239,218 | 1,710,718 | 185,703 | 118.1% |
| Kmart Retail Old | STR03216 VERNON CT | 2,534,902 | 1,716,736 | 337,631 | 123.4% |
| Kmart Retail Old | STR03223 FORT WALTON BEACH FL | 1,771,653 | 1,262,516 | 267,485 | 115.8% |
| Kmart Retail Old | STR03256 BALTIMORE MD | 1,880,633 | 1,471,421 | 253,503 | 109.0% |
| Kmart Retail Old | STR03529 PITTSBURGH PA | 2,242,837 | 1,584,234 | 383,356 | 114.0% |
| Kmart Retail Old | STR03692 OCONOMOWOC WI | 2,014,053 | 1,564,611 | 269,608 | 109.8% |
| Kmart Retail Old | STR03699 APPLE VALLEY CA | 1,823,358 | 1,232,858 | 264,235 | 121.8% |
| Kmart Retail Old | STR03834 BURBANK CA | 2,598,843 | 1,714,137 | 262,875 | 131.5% |
| Kmart Retail Old | STR03839 CORVALLIS OR | 2,380,340 | 1,702,161 | 308,126 | 118.4% |
| Kmart Retail Old | STR03886 ASHEVILLE NC | 2,171,712 | 1,769,164 | 170,783 | 111.9% |
| Kmart Retail Old | STR04022 GRAND FORKS ND | 2,055,611 | 1,605,491 | 309,935 | 107.3% |
| Kmart Retail Old | STR04113 ERIE PA | 2,493,960 | 1,798,725 | 458,814 | 110.5% |
| Kmart Retail Old | STR04147 SPOKANE WA | 2,230,654 | 1,678,490 | 201,353 | 118.7% |
| Kmart Retail Old | STR04170 RAPID CITY SD | 2,249,400 | 1,997,179 | 185,204 | 103.1% |
| Kmart Retail Old | STR04351 ROCHESTER MN | 1,914,101 | 1,338,945 | 418,689 | 108.9% |
| Kmart Retail Old | STR04371 SANTA MARIA CA | 1,890,412 | 1,371,121 | 236,929 | 117.6% |
| Kmart Retail Old | STR04810 METAIRIE LA | 2,468,397 | 1,677,575 | 450,375 | 116.0% |
| Kmart Retail Old | STR04893 ELLENTON FL | 2,276,486 | 1,592,115 | 220,541 | 125.6% |
| Kmart Retail Old | STR04928 QUEENSBURY NY | 2,464,692 | 1,831,730 | 427,362 | 109.1% |
| Kmart Retail Old | STR04996 TUCSON AZ | 2,392,670 | 1,748,420 | 149,867 | 126.0% |
| Kmart Retail Old | STR07017 ROSWELL NM | 2,177,292 | 1,830,319 | 97,584 | 112.9% |
| Kmart Retail Old | STR07062 SUMTER SC | 2,058,055 | 1,414,291 | 261,651 | 122.8% |
| Kmart Retail Old | STR07065 HORSEHEADS NY | 1,941,096 | 1,351,491 | 402,173 | 110.7% |
| Kmart Retail Old | STR07677 WELLSVILLE NY | 2,465,171 | 2,142,345 | 120,606 | 108.9% |
| Kmart Retail Old | STR09030 PERU IN | 1,280,065 | 976,923 | 229,033 | 106.1% |
| Kmart Retail Old | STR09096 FOSTORIA OH | 1,410,967 | 1,040,484 | 245,539 | 109.7% |
| Kmart Retail Old | STR09274 GREENWICH NY | 1,272,286 | 935,604 | 271,319 | 105.4% |
| Kmart Retail Old | STR09319 ALLIANCE NE | 1,225,439 | 980,236 | 271,908 | 97.9% |
| Kmart Retail Old | STR09353 CRYSTAL CITY MO | 1,887,763 | 1,309,609 | 318,265 | 116.0% |
| Kmart Retail Old | STR09520 GULFPORT MS | 1,608,422 | 1,166,854 | 272,657 | 111.7% |
| Kmart Retail Old | STR09549 MORGANTON NC | 1,893,695 | 1,531,804 | 150,746 | 112.5% |
| Kmart Retail Old | STR09608 AUBURN CA | 1,918,084 | 1,352,539 | 177,696 | 125.3% |
| Kmart Retail Old | STR09619 MOREHEAD CITY NC | 1,634,310 | 1,480,208 | 33,573 | 108.0% |
| Kmart Retail Old | STR09735 SEVIERVILLE TN | 1,700,739 | 1,190,855 | 248,365 | 118.2% |
| | | 74,586,254 | 55,641,629 | 9,822,261 | 113.9% |
| Full Line Stores Total Old | STR01041 OMAHA NE | 1,554,785 | 1,071,004 | 308,793 | 112.7% |
| Full Line Stores Total Old | STR01045 DURHAM NC | 2,669,032 | 1,954,229 | 370,981 | 114.8% |
| Full Line Stores Total Old | STR01075 DAYTONA BEACH FL | 2,358,566 | 1,496,128 | 340,385 | 128.4% |
| Full Line Stores Total Old | STR01111 COLORADO SPRINGS CO | 2,238,194 | 1,430,117 | 432,399 | 120.2% |
| Full Line Stores Total Old | STR01120 DUBLIN OH | 2,000,945 | 1,454,572 | 310,024 | 113.4% |
| Full Line Stores Total Old | STR01161 WICHITA KS | 2,713,866 | 1,794,656 | 531,039 | 116.7% |
| Full Line Stores Total Old | STR01192 MUSKEGON MI | 1,945,488 | 1,281,136 | 292,094 | 123.7% |
| Full Line Stores Total Old | STR01207 RICHARDSON TX | 2,253,515 | 1,272,342 | 416,156 | 133.5% |
| Full Line Stores Total Old | STR01210 COLUMBUS OH | 2,802,196 | 2,132,327 | 447,597 | 108.6% |
| Full Line Stores Total Old | STR01221 COLORADO SPRINGS CO | 2,957,520 | 1,659,321 | 632,697 | 129.0% |
| Full Line Stores Total Old | STR01226 METAIRIE LA | 3,832,837 | 2,493,726 | 616,991 | 123.2% |
| Full Line Stores Total Old | STR01281 PUEBLO CO | 2,530,950 | 1,454,547 | 597,671 | 123.3% |
| Full Line Stores Total Old | STR01307 ABILENE TX | 2,316,688 | 1,312,692 | 679,650 | 116.3% |
| Full Line Stores Total Old | STR01328 LAS VEGAS NV | 2,532,927 | 1,715,844 | 347,362 | 122.8% |
| Full Line Stores Total Old | STR01337 PLANO TX | 1,965,646 | 1,420,789 | 215,420 | 120.1% |
| Full Line Stores Total Old | STR01367 WACO TX | 2,406,349 | 1,511,800 | 384,382 | 126.9% |
| Full Line Stores Total Old | STR01386 GOODLETTSVILLE TN | 2,026,329 | 1,305,835 | 432,937 | 116.5% |

JX 005-7

| | | | | | |
|---|---|---|---|---|---|
| Full Line Stores Total Old | STR01387 AMARILLO TX | 2,031,586 | 1,505,315 | 406,531 | 106.3% |
| Full Line Stores Total Old | STR01475 DURHAM NC | 1,797,632 | 1,131,981 | 364,972 | 120.1% |
| Full Line Stores Total Old | STR01585 TALLAHASSEE FL | 2,632,128 | 1,668,691 | 506,096 | 121.0% |
| Full Line Stores Total Old | STR01640 FAIRVIEW HEIGHTS IL | 2,694,346 | 1,554,433 | 673,873 | 120.9% |
| Full Line Stores Total Old | STR01644 LANCASTER PA | 2,558,318 | 1,424,602 | 527,798 | 131.0% |
| Full Line Stores Total Old | STR01714 GREENSBURG PA | 2,922,169 | 1,818,916 | 592,864 | 121.2% |
| Full Line Stores Total Old | STR01722 BLOOMINGTON MN | 2,586,077 | 1,843,378 | 430,665 | 113.7% |
| Full Line Stores Total Old | STR01745 TAMPA FL | 2,295,861 | 1,369,182 | 394,100 | 130.2% |
| Full Line Stores Total Old | STR01760 NOVI MI | 2,816,805 | 2,217,643 | 428,433 | 106.5% |
| Full Line Stores Total Old | STR01773 SALISBURY MD | 2,145,264 | 1,341,954 | 409,889 | 122.5% |
| Full Line Stores Total Old | STR01894 ROCHESTER NY | 2,897,505 | 1,594,712 | 796,170 | 121.2% |
| Full Line Stores Total Old | STR02036 JACKSON TN | 1,727,114 | 1,022,967 | 457,100 | 116.7% |
| Full Line Stores Total Old | STR02092 APPLETON WI | 2,058,630 | 1,402,003 | 388,834 | 115.0% |
| Full Line Stores Total Old | STR02145 PT CHARLOTTE FL | 2,064,865 | 1,105,063 | 490,984 | 129.4% |
| Full Line Stores Total Old | STR02179 MEDFORD OR | 2,371,039 | 1,355,013 | 616,801 | 120.2% |
| Full Line Stores Total Old | STR02191 LINCOLN NE | 2,204,112 | 1,329,529 | 467,918 | 122.6% |
| Full Line Stores Total Old | STR02329 KENNEWICK WA | 2,688,456 | 1,430,174 | 763,558 | 122.6% |
| Full Line Stores Total Old | STR02390 SPRINGFIELD OH | 1,278,346 | 736,252 | 217,410 | 134.0% |
| Full Line Stores Total Old | STR02422 SIOUX CITY IA | 2,358,961 | 1,466,800 | 462,869 | 122.2% |
| Full Line Stores Total Old | STR02435 CHARLOTTESVILLE VA | 1,776,520 | 1,191,938 | 145,793 | 132.8% |
| Full Line Stores Total Old | STR02487 KILLEEN TX | 2,226,634 | 1,082,842 | 587,807 | 133.3% |
| Full Line Stores Total Old | STR02494 ALTOONA PA | 2,461,198 | 1,466,809 | 517,579 | 124.0% |
| Full Line Stores Total Old | STR02505 GAINESVILLE GA | 1,458,550 | 938,338 | 234,510 | 124.4% |
| Full Line Stores Total Old | STR02637 PORT ARTHUR TX | 1,476,364 | 874,518 | 382,876 | 117.4% |
| Full Line Stores Total Old | STR02885 PORT RICHEY FL | 1,539,479 | 944,510 | 325,188 | 121.2% |
| Full Line Stores Total Old | STR02990 ROCKFORD IL | 2,094,032 | 1,283,481 | 562,696 | 113.4% |
| | | 98,267,824 | 61,862,109 | 19,509,892 | 120.8% |
| **Kmart + FLS** | | 172,854,078 | 117,503,738 | 29,332,153 | 117.7% |

JX 005-8