# Exhibit 10

```
ILDI        10/17/18      STOCK LEDGER DETAIL INQUIRY                09:46:25
LOCATION : 60503 YEAR : 2018 WEEK : 036 ACCOUNT : 00212

   SOURCE     DEPT    CATG              COST          SELLING VALUE
     54       687                  34,469.76             36,160.27
              688              12,974,665.20         42,911,887.22
              695              47,855,468.49         39,353,160.11
              696              29,489,230.14         68,349,252.73
              698                      86.86-            18,754.82-
              973              10,014,837.70                  0.00
              976              15,722,899.31                  0.00
              978              12,021,570.88                  0.00
              988              24,433,809.52             29,330.54-
              992                      55.98                 39.99
              998                     159.71              2,028.34-
     ***                    2,686,558,594.28✓       5,029,306,792.91
```

Exhibit No. 3h
Date: 7/10/19
Melissa Gilmore
Griffith

ROW 0136 OF 0147
PF3=MAIN MENU   PF7=BACKWARD   PF8=FORWARD

HIGHLY CONFIDENTIAL

SEARS_507B_00001514

JX 010-1

```
ILDI       10/17/18       STOCK LEDGER DETAIL INQUIRY                    09:47:26

LOCATION : 60504  YEAR : 2018  WEEK : 036  ACCOUNT : C0212

SOURCE     DEPT    CATG              COST             SELLING VALUE
  54        18                     942.00                      0.00
            29                   3,480.15                      0.00
            90                       1.15-                     0.00
            92               3,791,880.26-                    21.62-
            93                   7,624.16                      0.00
            95                      26.59-                 29,797.76
            97                   1,182.76-                     1.76-
           530               4,018,508.32- ✓                   0.00
           626                       0.00                    160.13
           992               5,389,255.63-                    39.99
  ***                       13,188,808.40-                 29,974.50


ROW 0001 OF 0011
PF3=MAIN MENU   PF7=BACKWARD   PF8=FORWARD
```

HIGHLY CONFIDENTIAL                                         SEARS_507B_00001515

JX 010-2

```
ILDI        10/17/18        STOCK LEDGER DETAIL INQUIRY              09:48:07

LOCATION : 60528 YEAR : 2018 WEEK : 036 ACCOUNT : 00212

SOURCE     DEPT    CATG              COST           SELLING VALUE
  54        293                114,592,219.29  √    114,833,289.60
  ***                          114,592,219.29  √    114,833,289.60




ROW 0001 OF 0002
PF3=MAIN MENU   PF7=BACKWARD   PF8=FORWARD
```

HIGHLY CONFIDENTIAL                                       SEARS_507B_00001516

**JX 010-3**

```
ILDI      10/17/18        STOCK LEDGER DETAIL INQUIRY                  09:46:56

LOCATION : 60503 YEAR : 2018 WEEK : 036 ACCOUNT : 00212

   SOURCE     DEPT    CATG            COST         SELLING VALUE
     54        34              8,131,594.79         18,626,032.00
               35             64,765,027.23        176,095,530.80
               36             11,207,938.68         24,244,160.98
               37                     0.08-                 0.09-
               38             56,630,183.98         95,176,541.83
               41             11,584,339.36         37,323,621.23
               42              2,805,269.67          8,150,185.83
               43              6,819,319.53         12,172,350.32
               44                   378.42-               389.19-
               45                 2,793.82-             3,296.03-
               46             89,928,788.17        194,972,767.28
               48             36,973,631.66         96,676,174.75
               49             46,142,496.67        111,008,031.81
               50                  6,192.04                 0.00
               51                339,292.45 ✓               0.00

ROW 0031  OF 0147
PF3=MAIN MENU   PF7=BACKWARD   PF8=FORWARD
```

HIGHLY CONFIDENTIAL

SEARS_507B_00001517

JX 010-4

```
ILDI        10/17/18         STOCK LEDGER DETAIL INQUIRY              09:48:27

LOCATION : 60361 YEAR : 2018 WEEK : 036 ACCOUNT : 00212

SOURCE    DEPT    CATG              COST         SELLING VALUE
  54       649              544,978.43                   0.00
           652            2,190,736.17                   0.00
           654            1,863,258.95                   0.00
           657                   43.25                   0.00
           667            7,139,003.50                   0.00
           671            3,217,165.20                   0.00
           675              136,278.28                   0.00
           676              363,896.90                   0.00
           677            2,489,703.96                   0.00
           688              839,724.30                   0.00
           696            1,071,910.97                   0.00
  ***                   121,557,641.84 ✓                 0.00


ROW 0031  OF 0042
PF3=MAIN MENU   PF7=BACKWARD   PF8=FORWARD
```

HIGHLY CONFIDENTIAL                                        SEARS_507B_00001518

**JX 010-5**

```
ILDI        10/17/18         STOCK LEDGER DETAIL INQUIRY                    09:48:43

LOCATION : 60597 YEAR : 2018 WEEK : 036 ACCOUNT : 00212

    SOURCE    DEPT    CATG              COST         SELLING VALUE
      54       33                    24,672.84            35,742.00
               35                 5,214,529.06        16,212,064.90
               42                   235,575.95           863,358.87
               43                       716.06             2,310.61
               46                 6,931,684.33        22,193,504.41
               48                 2,436,650.97         7,816,662.54
               49                 4,430,208.67        13,935,633.25
               70                   932,526.08         2,989,787.69
               80                   637,325.62         1,647,506.72
               82                    36,996.11            97,302.89
               89                   454,237.27         1,122,684.96
      ***                        47,445,981.93 √     141,466,185.87


    ROW 0016  OF 0027
    PF3=MAIN MENU   PF7=BACKWARD   PF8=FORWARD
```

HIGHLY CONFIDENTIAL                                                    SEARS_507B_00001519

JX 010-6

Bus_Format Margin Management                                                                Page 1 of 1

AppInfo | Back | History | Top | Favorites | Calendar | Grouping | Column Choice | Ranking | Find | Selection

| Mdse Hierarchy | Variance View | View Type | Benchmark | Scale | Year | |
|---|---|---|---|---|---|---|
| ○ ALT Merchant | ● Actual | All Locations ▼ | ● Plan | ● Ones | ● Current | Today: 17 Oct 2018 |
| ● Merchant | ○ Variance | | ○ Locked Forecast | ○ Thousands | ○ 3 Years | Last Update: 17 Oct 2018 |
| ○ VFS Merchant | ○ Percent | | | ○ Millions | | Bus_Format Margin Management (Final) |

RETTOT Total Retail

| WK36: 13 Oct 2018 | | WEEK | MTD | QTD | YTD | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NET MERCHANDISE SALES | | | INTERNAL MARGIN | | | MKDN $ @ RETAIL | | | RECEIPTS @ COST | | | MDSE INVENTORY @ COST | | |
| | MERCHANT | Act | Plan | LY | Act | Plan | LY | Act | Plan | LY | Act | Plan | LY | Act | Plan | LY |
| | YARD WORK | 105,491 | 145,051 | 165,302 | -14,795 | 43,414 | 54,721 | 17,311 | 21,511 | 39,391 | 45,651 | 102,905 | 42,930 | 3,885,955 | 5,541,124 | 5,334,671 |
| | LIVE PLANTS | 115,013 | 126,575 | 134,130 | -10,141 | 8,151 | -8,525 | 45,699 | 40,785 | 79,934 | 206,066 | 29,138 | 54,495 | 201,351 | 1,541,614 | 1,328,367 |
| | POWER LAWNCARE | 70,254 | 83,673 | 83,845 | 21,007 | 10,528 | 10,349 | 18,201 | 8,269 | 27,450 | -82,061 | 12,500 | 313,971 | 1,912,653 | 1,706,803 | 2,996,249 |
| | BIRD FEEDERS | 25,857 | 38,141 | 33,814 | 5,282 | 1,862 | 24,529 | 2,907 | 21,366 | 3,922 | 3,488 | 37,500 | 1,287 | 505,480 | 766,953 | 773,407 |
| | INSECT CONTROL | 28,709 | 64,032 | 65,514 | 5,075 | 18,285 | 18,611 | 5,104 | 4,813 | 10,275 | 151 | 76,034 | 44,702 | 936,022 | 1,906,375 | 2,498,682 |
| | LAWN & GARDEN | 346,354 | 437,775 | 482,605 | 6,428 | 82,240 | 99,685 | 90,222 | 94,424 | 160,981 | 164,295 | 258,077 | 457,256 | 8,441,701 | 12,262,88 | 12,931,37 |

Print | Excel | Help | Menu | Close

https://mykmart.com/eis/EISProjWeb/margin.do                                              10/17/2018

HIGHLY CONFIDENTIAL                                                         SEARS_507B_00001520

**JX 010-7**

Bus_Format Margin Management    Page 1 of 1

Bus_Format Margin Management (Final)

RETTOT Total Retail

WK36: 13 Oct 2018

| Merchant | NET MERCHANDISE SALES | | | INTERNAL MARGIN | | | MKDN $ @ RETAIL | | | RECEIPTS @ COST | | | MDSE INVENTORY @ COST | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Act | Plan | LY | Act | Plan | LY | Act | Plan | LY | Act | Plan | LY | Act | Plan | LY |
| PLANT ACCESSORIES | 73 | 0 | 88 | 24 | 0 | 18 | 4 | 0 | 17 | 13 | 0 | 0 | -196 | 1 | 1,174 |
| POTS | 587 | 0 | 11,667 | 105 | 0 | 21 | 314 | 0 | 18,919 | -17 | 1 | -118 | -560 | 247,383 | 69,061 |
| DECORATIVE FLOWERS | 4,491 | 4,623 | 7,369 | -1,011 | 1,252 | 3,475 | 6,545 | 3,086 | 1,938 | 32 | 11,431 | 92,293 | 61,838 | 153,015 | 300,895 |
| PLANTERS & GARDEN ACCES. | 5,151 | 4,623 | 19,124 | -882 | 1,252 | 3,514 | 6,864 | 3,086 | 20,874 | 28 | 11,432 | 92,175 | 61,082 | 400,399 | 371,130 |

https://mykmart.com/eis/EISProjWeb/margin.do    10/17/2018

HIGHLY CONFIDENTIAL    SEARS 507B 00001521

**JX 010-8**

18-23538-shl    Doc 5017-10    Filed 08/28/19    Entered 08/28/19 17:02:14    Exhibit 10
Pg 10 of 10

Bus_Format Margin Management                                                                                          Page 1 of 1

Bus_Format Margin Management (Final)

Today: 17 Oct 2018
Last Update: 17 Oct 2018

RETTOT Total Retail

WK36: 13 Oct 2018

| MERCHANT | NET MERCHANDISE SALES | | | INTERNAL MARGIN | | | MKDN $ @ RETAIL | | | RECEIPTS @ COST | | | MDSE INVENTORY @ COST | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Act | Plan | LY | Act | Plan | LY | Act | Plan | LY | Act | Plan | LY | Act | Plan | LY |
| GROCERY PERISHABLE | 12,882 | 23,382 | 18,915 | 773 | 5,589 | 1,484 | 0 | 0 | 0 | 16,343 | 17,706 | 15,954 | 16,507 | 9,809 | 31,496 |
| HOUSEHOLD | 3,764,771 | 4,557,836 | 5,147,473 | 465,416 | 1,046,717 | 1,017,103 | 236,882 | 186,278 | 308,831 | 608,278 | 3,020,342 | 4,196,154 | 54,336,37 | 66,166,83 | 70,661,64 |
| FOOD | 3,132,427 | 3,722,178 | 4,859,606 | 201,260 | 676,551 | 534,639 | 462,396 | 350,944 | 683,950 | 1,780,437 | 2,344,740 | 7,607,441 | 31,301,54 | 42,670,44 | 55,047,52 |
| TOBACCO & ALCOHOL | 177,109 | 199,435 | 238,648 | 35,615 | 31,850 | 37,116 | 10,525 | 14,885 | 27,012 | 120,847 | 154,542 | 139,393 | 1,798,103 | 2,063,647 | 2,770,341 |
| READERS MARKET | 158,867 | 101,818 | 242,767 | 44,505 | 81,630 | 58,272 | 12,724 | 4,178 | 17,041 | 27,174 | 77,008 | 52,909 | 1,584,461 | 949,809 | 4,430,217 |
| WHOLESALER FRT/FEES | 0 | 0 | 0 | 0 | 0 | -736 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39,054 |
| DRY GROCERY | 0 | 0 | 22,241 | -4 | 0 | 3,995 | 0 | 0 | 0 | 0 | 0 | 8,900 | 0 | 0 | 212,504 |
| FROZEN AND DAIRY | 0 | 0 | 7,857 | 0 | 0 | 1,433 | 0 | 0 | 0 | 0 | 0 | 3,859 | 0 | 0 | 43,008 |
| MEAT | 0 | 0 | 9,597 | 0 | 0 | 401 | 0 | 0 | 0 | 0 | 0 | 4,554 | 0 | 0 | 31,772 |
| PRODUCE | 0 | 0 | 3,654 | 0 | 0 | 1,017 | 0 | 0 | 0 | 0 | 0 | 3,296 | 0 | 0 | 11,735 |
| BAKERY | 0 | 0 | 3,388 | 0 | 0 | 1,030 | 0 | 0 | 0 | 0 | 0 | 1,298 | 0 | 0 | 26,908 |
| DELICATESSEN | 0 | 0 | 2,627 | 0 | 0 | 328 | 0 | 0 | 0 | 0 | 0 | 837 | 0 | 0 | 12,242 |
| SEAFOOD | 0 | 0 | 858 | 0 | 0 | 126 | 0 | 0 | 0 | 0 | 0 | 353 | 0 | 0 | 5,144 |
| FLORAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 3 | 0 | 15 |
| GROCERY & HOUSEHOLD | 7,246,670 | 8,703,648 | 10,555,93 | 747,567 | 1,842,037 | 1,654,488 | 722,527 | 556,288 | 1,036,874 | 2,553,070 | 5,624,339 | 12,087,85 | 89,035,95 | 111,880,5 | 134,513,7 |

https://mykmart.com/eis/EISProjWeb/margin.do                                                                           10/17/2018

HIGHLY CONFIDENTIAL                                                                                          SEARS_507B_00001522

JX 010-9