# Exhibit 12

## SEARS HOLDINGS



SUBJECT TO FRE 408; CONFIDENTIAL; DRAFT FOR DISCUSSION PURPOSES ONLY AND SUBJECT TO CHANGE

# Project Blue
# Actuals From Week ended January 26 through February 9

5/13/19



JX 012-1

SUBJECT TO FRE 408; CONFIDENTIAL; DRAFT FOR DISCUSSION PURPOSES ONLY AND SUBJECT TO CHANGE

# Actuals For 3 Weeks Prior to Close

| Retail Month | | January | | February | Total |
|---|---|---|---|---|---|
| **Budget Week** | | 15 | 16 | 17 | 15 - 17 |
| **Forecast / Actual** | | ACT | ACT | ACT | ACT |
| **Week Ending** | | 1/26/19 | 2/2/19 | 2/9/19 | 2/9/19 |
| **Retail Week** | | 201851 | 201852 | 201901 | |
| | **CASH RECEIPTS** | | | | |
| [1] | **Total Cash Receipts** | $116 | $133 | $150 | $399 |
| | **OPERATING DISBURSEMENTS** | | | | |
| [2] | Merchandise Vendors | ($61) | ($54) | ($8) | ($123) |
| [3] | Occupancy | 0 | 0 | (27) | (27) |
| [4] | Payroll, Taxes, and Benefits | (32) | (49) | (33) | (113) |
| [5] | Other SG&A Disbursements | (57) | (57) | (30) | (144) |
| [6] | GOB Rent | 0 | 0 | 0 | 0 |
| [7] | GOB Additional Expenses / Benefit | 0 | 0 | 0 | 0 |
| | **Total Operating Disbursements** | ($150) | ($160) | ($98) | ($408) |
| [8] | CapEx | (1) | (0) | 0 | (1) |
| | **Net Operating Cash Flow** | ($35) | ($28) | $52 | ($11) |
| | **NON-OPERATING CASH FLOW** | | | | |
| [9] | Utility Deposits | $0 | $0 | $0 | $0 |
| [10] | Professional Fees | (1) | (6) | (1) | (7) |
| [11] | KEIP / KERP | 0 | (3) | 0 | (3) |
| | **Chapter 11 Related Disbursements** | ($1) | ($8) | ($1) | ($10) |
| [12] | Cash Interest | ($2) | ($4) | ($5) | ($11) |
| [13] | Financing Fees | 0 | 0 | 0 | 0 |
| | **Other Non-Operating Disbursements** | ($2) | ($4) | ($5) | ($11) |
| | **Net Cash Flow Before Financing** | ($38) | ($41) | $47 | ($32) |
| [14] | Financing | (145) | 51 | (42) | (135) |
| | **Net Cash Flow** | ($182) | $10 | $5 | ($167) |
| | Available Cash | $0 | $8 | $0 | $0 |
| | Net Availability Before Buyer Financing | 164 | 115 | 84 | 84 |
| [15] | Buyer Financing | 0 | 0 | 0 | 0 |
| [16] | **Memo: Total Liquidity (Availability + Cash)** | $164 | $123 | $84 | $84 |
| [17] | Memo: Wind-down Account - Restricted Cash | $88 | $88 | $88 | $88 |
| [18] | Memo: Carve-Out Account - Restricted Cash | $107 | $109 | $120 | $120 |
| [19] | Memo: Sr. DIP & 1L Balance | $841 | $892 | $850 | $850 |
| [20] | Memo: Jr DIP Balance | $350 | $350 | $350 | $350 |

JX 012-2