# Exhibit 13



# Project Blue
## Rolling Cash Flow Budget (Week 15)

January 30, 2019

**SEARS HOLDINGS**

JX 013-1

**PRIVILEGED AND CONFIDENTIAL – DRAFT FOR DISCUSSION PURPOSES ONLY AND SUBJECT TO CHANGE**

# Executive Summary

- On January 11, 2019, the Company submitted its Revised DIP Budget. The assumptions below and on the following page, and actuals since January 11th are included as updates to the Revised DIP Budget (the "**Rolling 13-Week DIP Budget**").

- The Rolling 13-Week DIP Budget contained herein **reflects the go-forward business plan of 425 stores**. The 1st GOB wave of 142 stores ended in week 49, the 2nd **GOB wave of 40 stores ends in week 52 and the 3rd** wave of 80 stores ends in week 6 of 2019.

- Certain adjustments were incorporated into this Rolling 13-Week DIP Budget to adjust for timing and expectations:
    - All previous SG&A positive variances are assumed to be permanent.
    - Merchandise Inventory Receipts are adjusted to align with Company expectations
    - Critical Vendor Payments is updated to reflect the payment of certain 503(b)(9) claims
    - Occupancy is updated to reflect Sparrow rent while cash interest was lowered to reflect the corresponding change
    - Remaining hurricane Insurance proceeds and Rx proceeds are conservatively spread across weeks 16 and 17
    - The Q1 KERP payment is incorporated into the forecast, while the Q1 KEIP and Q2 KERP / KEIP payments will be included in Accrued Payroll

- All other financial assumptions are listed on the following Assumptions page

- Please refer to the Weekly Flash Report for a more detailed budget vs. actuals reporting



[*2.7.4.12] [ProjectWAY]e - Rolling 13-Week DIP Budget (Week 15) - v.F.pdf] [Page 2 of 8]

SEARS HOLDINGS    2

**JX 013-2**

**PRIVILEGED AND CONFIDENTIAL – DRAFT FOR DISCUSSION PURPOSES ONLY AND SUBJECT TO CHANGE**

# Rolling 13-Week DIP Budget (Assumptions)

**Cash Receipts**

| | | |
|---|---|---|
| [1] | Normal Course Merchandise Receipts | Includes ongoing sales for 687 stores until the 142 GOB Wave began in Week 38, 545 stores until the 40 GOB Wave began in Week 42, and 505 stores thereafter |
| | | Same-store sales comps assumes (15.0%) for Kmart and (15.0%) for Sears. Prior year Puerto Rico and Virgin Island stores adjusted for Hurricane Maria |
| [2] | GOB Sales Receipts | Wave 1 of GOBs includes 142 stores which commenced around October 26 and Wave 2 includes 40 around November 16. Both waves end in 11 weeks |
| | | Wave 3 of GOBs includes 80 stores which commence on or around January 6 and also ends in 11 weeks. Total NOLV for the Wave 3 closing stores is assumed at ~92% on a preliminary basis and the sales cadence is commensurate with the historical GOLV spread across the 11-week GOB period |
| | | Liquidator expenses assume assumption of the Abacus contract and continuation of the same business terms |
| [3] | PA Sales | PA Sales reflect new agreement with Assurant that allows sales to continue under different terms; actuals are estimated |
| [4] | Other Cash Receipts | Other ancillary business trended down in line with historical trends and seasonally adjusted |
| | | Other Revenues is further adjusted down to assume a negative "halo effect" adjustment to other services / merchandise sales from to a smaller store footprint. |
| [5] | Non-Operating Receipts | Citibank payments and insurance proceeds |
| [6] | TSA & CSA Receipts | Assumes no TSA & CSA receipts through 18 weeks after the Petition Date |

**Operating Disbursements**

| | | |
|---|---|---|
| [7] | Merchandise Vendors | Based on detailed store level build of COGS and assumes a majority of CIA payments for merchandise with a 1-week lead time |
| | | Assumes the current AP terms remain constant |
| [8] | Occupancy | Assumes all dark store leases are rejected and GOB leases are rejected at the end of the GOB sales period. Ongoing occupancy assumes go-forward rent, CAM, and tax roll |
| | | Occupancy also includes DC Rent and Sparrow rent |
| [9] | Payroll, Taxes, and Benefits | The Company's detailed Payroll, Taxes, and Benefits build as provided by HR. GOB store payroll is removed at the end of the GOB period. |
| | | November and January headcount reduction has been incorporated |
| [10] | Other SG&A Disbursements | Corporate SG&A reduced over time to reflect a decline in home office expense associated with servicing the stores and general reductions in force |
| | | Major line items include outside services, utilities, outside contractors, marketing, equipment expenses, and other non-merch expenses |
| [11] | GOB Rent | Contractual rent paid and per diem rent paid in the final month of the GOB sales |
| [12] | GOB Additional Expenses / Benefit | Includes additional GOB related expenses, net of isolated store expense add-backs |
| [13] | Capital Expenditures | Capex assumes historical levels with reductions in line with store closures |

**Non-Operating Disbursements**

| | | |
|---|---|---|
| [14] | Utility Deposits | $10.0mm was disbursed from the SHC cash account during week 43 and into a Utility Deposit account. Deposits will be paid from this restricted cash account. |
| [15] | Professional Fees | Professional Fees assumed to be paid from the SHC account and refunded by the Carve-Out restricted cash account. SHC funds through weekly Professional Fee accruals. |
| [16] | Critical Vendor Payments | $81mm of spend on critical vendor payments during the post-petition period |
| [17] | Insurance Payments | No additional health insurance claims assumed to be paid over the forecast period |
| [18] | Gift Card Redemptions | No additional weekly gift card redemptions are assumed over the forecast period. Results since the petition date have not deviated from historical results. |
| [19] | KEIP / KERP | ~$25mm of total KEIP / KERP was modeled based on the plan filed with Court. The first installment of the KERP is paid prior to Closing during week 52. |
| [20] | Credit Card Holdbacks | Assumes no additional holdbacks from credit card companies |
| [21] | Store PTO / Severance | Estimated store level PTO to be paid upon each GOB wave's completion |
| [22] | Corporate PTO / Severance | Estimated Corporate level WARN and Severance payments from the ~750 person headcount reduction during weeks 41-42 |
| [23] | Post-Petition TSA/CSA | Assumes no TSA & CSA costs through 18 weeks after the Petition Date for SHC businesses sold |
| [24] | IP Royalty Payment | Administrative claim subject to payment to KCD in satisfaction for using IP throughout the case. Assumed to be paid beyond Closing. |
| [25] | Cash Interest | Weekly cash interest assumed to be paid on the 1L and Cascade facilities, now excluding the $102mm UBS REMIC facility |
| | | L + 700 assumed on the $112mm Senior DIP term loan and L + 350 assumed on the post-petition ABL |
| | | L + 950 assumed on the $350mm Junior DIP term loan |
| | | 10% assumed interest rate on Buyer Financing (when applicable) |
| [26] | Financing Fee | Financing fee of 4% on the total capacity of the Senior DIP $300mm facility plus a $1.5mm agent fee |
| | | Financing fee of 3% on the Junior DIP facility, and Financing fee of 2% on Buyer Financing |

**Net Cash Flow & Liquidity**

| | | |
|---|---|---|
| [27] | Financing | Includes Sr. DIP/ABL Revolver draws / paydowns, and Junior DIP multi-draw financing facility |
| | | The 1L facilities were rolled-up with the DIP ABL facility concurrent with the Final Order hearing in Week 43 |
| [28] | Buyer Financing | Assumed loan that bridges the Company's net availability needs through the close of going concern sale by 2/9/19 |
| [29] | Memo: Total Liquidity | Total net availability under the new contemplated borrowing base agreement, including Buyer Financing |
| [30] | Memo: Wind-down Account - Restricted Cash | Includes proceeds from MTN sales, real estate sales, and sale of SHIP on January 6 (all proceeds from SHIP sale are allocated to the Wind-down reserve in week 47) |
| [31] | Memo: Carve-Out Account - Restricted Cash | During week 43, the Company funded ~$58mm in the Carve-Out Restricted Cash account. Prior to week 43, the majority was net against the Borrowing Base |
| | | Beyond week 43, the component of the carve-out reserve netted against the Borrowing Base includes the post-trigger notice fee cap plus trustee fees (total ~$21.5mm) |
| [34] | Memo: GOB NOLV | Weekly NOLV based on GOB proceeds (not including pharmacy assets), less GOB expenses as a percentage of weekly COGS. Does not include GOB expense add back. |
| [39] | Memo: Ending Stock Level Inventory | Ending Stock Level Inventory. Adjusted during January/February for seasonal clearance markdowns. |

K sears SHOP YOUR WAY

[4.12] [Project ... - Rolling 13-Week DIP Budget (Week 15) - v.F.pdf] [Page 3 of 8]

SEARS HOLDINGS    3

**JX 013-3**

PRIVILEGED AND CONFIDENTIAL – DRAFT FOR DISCUSSION PURPOSES ONLY AND SUBJECT TO CHANGE

# Rolling 13-Week DIP Budget

| Retail Month | October | | | November | | | | December | | | | | January | | | | February | | | | March | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | |
| Forecast / Actual | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST |
| Week Ending | 10/20/18 | 10/27/18 | 11/3/18 | 11/10/18 | 11/17/18 | 11/24/18 | 12/1/18 | 12/8/18 | 12/15/18 | 12/22/18 | 12/29/18 | 1/5/19 | 1/12/19 | 1/19/19 | 1/26/19 | 2/2/19 | 2/9/19 | 2/16/19 | 2/23/19 | 3/2/19 | 3/9/19 | 3/16/19 | 3/16/19 |
| Retail Week | 201837 | 201838 | 201839 | 201840 | 201841 | 201842 | 201843 | 201844 | 201845 | 201846 | 201847 | 201848 | 201849 | 201850 | 201851 | 201852 | 201901 | 201902 | 201903 | 201904 | 201905 | 201906 | 1-22 |

**KEY ASSUMPTIONS**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Go-Forward Same Store Sales Comps | -6% | -11% | -17% | -26% | -14% | -20% | -10% | -13% | -23% | -27% | -3% | -14% | -15% | -16% | -12% | -15% | -15% | -15% | -15% | -15% | -15% | -15% | |
| Forecast Gross Margin | NA | NA | NA | NA | NA | NA | NA | NA | 1% | NA | NA | NA | NA | NA | 29% | 29% | 29% | 29% | 29% | 29% | 29% | 29% | |
| Other Inflows Store Size Halo Impact | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | |
| Keep Stores | 687 | 687 | 545 | 545 | 545 | 505 | 505 | 505 | 505 | 505 | 505 | 505 | 425 | 425 | 425 | 425 | 425 | 425 | 425 | 425 | 425 | 425 | |
| Wave 1 Stores | 0 | 0 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Wave 2 Stores | 0 | 0 | 0 | 0 | 0 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Wave 3 Stores | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | |

**CASH RECEIPTS**

| Total Cash Receipts | $192 | $169 | $197 | $215 | $213 | $187 | $341 | $220 | $251 | $249 | $229 | $186 | $175 | $143 | $116 | $130 | $128 | $126 | $132 | $129 | $118 | $117 | $3,961 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**OPERATING DISBURSEMENTS**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [7] Merchandise Vendors | ($21) | ($71) | ($52) | ($87) | ($83) | ($80) | ($75) | ($75) | ($96) | ($72) | ($55) | ($58) | ($64) | ($60) | ($61) | ($55) | ($52) | ($56) | ($54) | ($55) | ($56) | ($59) | ($1,396) |
| [8] Occupancy | 0 | 0 | 0 | (24) | (2) | 0 | 0 | (1) | (24) | (1) | 0 | 0 | (34) | (17) | 0 | 0 | (19) | (16) | (1) | (1) | (19) | (7) | (168) |
| [9] Payroll, Taxes, and Benefits | (44) | (28) | (65) | (31) | (58) | (32) | (61) | (38) | (56) | (33) | (53) | (59) | (49) | (34) | (32) | (54) | (35) | (44) | (28) | (52) | (32) | (44) | (981) |
| [10] Other SG&A Disbursements | (15) | (55) | (46) | (45) | (65) | (50) | (68) | (53) | (50) | (57) | (45) | (38) | (54) | (47) | (57) | (46) | (49) | (42) | (50) | (44) | (50) | (47) | (1,075) |
| [11] GOB Rent | 0 | 0 | 0 | (9) | (1) | 0 | 0 | 0 | (9) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2) | (1) | 0 | 0 | 0 | 0 | (22) |
| [12] GOB Additional Expenses / Benefit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 | 5 | 5 | 4 | 4 | 4 | 32 |
| Total Operating Disbursements | ($80) | ($154) | ($163) | ($196) | ($209) | ($161) | ($204) | ($167) | ($236) | ($163) | ($162) | ($156) | ($202) | ($156) | ($150) | ($150) | ($152) | ($154) | ($129) | ($149) | ($154) | ($153) | ($3,591) |
| [13] CapEx | 0 | 0 | 0 | (1) | (0) | 0 | (0) | (0) | (2) | (1) | (0) | (1) | (0) | (0) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (13) |
| Net Operating Cash Flow | $111 | $15 | $34 | $18 | $3 | $26 | $136 | $53 | $13 | $84 | $76 | $30 | ($27) | ($13) | ($36) | ($21) | ($25) | ($29) | $2 | ($21) | ($37) | ($37) | $357 |

**NON-OPERATING CASH FLOW**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [14] Utility Deposits | $0 | $0 | $0 | $0 | $0 | $0 | ($10) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($10) |
| [15] Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 | (1) | 0 | (1) | (2) | 0 | (10) | 0 | (4) | (1) | (14) | 0 | 0 | (26) | 0 | 0 | 0 | (59) |
| [16] Critical Vendor Payments | 0 | (9) | 0 | (8) | (8) | (11) | (7) | 0 | 0 | (5) | 0 | (3) | 0 | 0 | 0 | 0 | (30) | 0 | 0 | 0 | 0 | 0 | (81) |
| [17] Insurance Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [18] Gift Card Redemptions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [19] KEIP / KERP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (4) | 0 | 0 | 0 | 0 | 0 | 0 | (4) |
| [20] Credit Card Holdbacks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [21] Store PTO / Severance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [22] Corporate PTO / Severance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (0) | 0 | 0 | 0 | 0 | 0 | 0 | (0) |
| [23] Post-Petition TSA/CSA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [24] IP Royalty Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Chapter 11 Related Disbursements | $0 | ($9) | $0 | ($8) | ($8) | ($11) | ($19) | $0 | ($1) | ($6) | $0 | ($13) | $0 | ($4) | ($1) | ($18) | ($30) | $0 | ($26) | $0 | $0 | $0 | ($155) |
| [25] Cash Interest | ($1) | ($1) | ($1) | ($13) | ($1) | $0 | ($10) | ($6) | $0 | $0 | $0 | ($3) | ($13) | ($2) | ($2) | ($3) | ($6) | ($3) | ($4) | ($4) | ($4) | ($4) | ($81) |
| [26] Financing Fees | (10) | 0 | 0 | (1) | 0 | 0 | (15) | (0) | (0) | 0 | (0) | (3) | (2) | 0 | 0 | 0 | 0 | (0) | 0 | 0 | 0 | 0 | (32) |
| Other Non-Operating Disbursements | ($11) | ($1) | ($1) | ($14) | ($1) | $0 | ($25) | ($6) | ($0) | $0 | ($0) | ($6) | ($15) | ($2) | ($2) | ($3) | ($6) | ($4) | ($4) | ($4) | ($4) | ($4) | ($113) |
| Net Cash Flow Before Financing | $100 | $5 | $33 | ($4) | ($6) | $15 | $92 | $46 | $12 | $78 | $76 | $10 | ($41) | ($20) | ($38) | ($42) | ($61) | ($33) | ($28) | ($24) | ($41) | ($41) | $89 |
| [27] Financing | 112 | 0 | 0 | (100) | 0 | 0 | (330) | (46) | (18) | (78) | (76) | (45) | 41 | 13 | (145) | 42 | 61 | 33 | 28 | 24 | 41 | 41 | (403) |
| Net Cash Flow | $212 | $5 | $33 | ($104) | ($6) | $15 | ($239) | $0 | ($6) | $0 | $0 | ($36) | $0 | ($7) | ($182) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($314) |

| Available Cash | $296 | $300 | $333 | $229 | $224 | $239 | $0 | $6 | $0 | $0 | $35 | $0 | $7 | $162 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Availability Before Buyer Financing | 167 | 120 | 37 | 87 | 57 | 52 | 324 | 225 | 213 | 210 | 189 | 80 | 92 | 26 | 164 | 132 | 30 | 0 | 0 | 0 | 0 | 0 | 0 |
| [28] Buyer Financing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 21 | 51 | 97 | 86 | 86 |
| [29] Memo: Total Liquidity (Availability + Cash) | $463 | $420 | $370 | $316 | $281 | $290 | $324 | $231 | $213 | $210 | $225 | $80 | $99 | $208 | $164 | $132 | $30 | $12 | $21 | $51 | $97 | $86 | $86 |
| [30] Memo: Wind-down Account - Restricted Cash | $0 | $0 | $0 | $0 | $0 | $0 | $81 | $81 | $81 | $81 | $81 | $81 | $81 | $81 | $88 | $88 | $88 | $97 | $106 | $115 | $124 | $134 | $134 |
| [31] Memo: Carve-Out Account - Restricted Cash | NA | NA | NA | NA | NA | NA | $58 | $58 | $75 | $82 | $88 | $84 | $96 | $100 | $107 | $99 | $103 | $107 | $85 | $89 | $94 | $98 | $98 |
| [35] Memo: Borrowing Base | $1,805 | $1,758 | $1,675 | $1,625 | $1,595 | $1,590 | $1,515 | $1,375 | $1,362 | $1,288 | $1,233 | $1,109 | $1,054 | $1,015 | $1,016 | $1,018 | $986 | $980 | $978 | $976 | $975 | $1,025 | $1,025 |
| [36] Memo: Loan to Value % | 79.5% | 81.9% | 85.7% | 83.2% | 84.6% | 84.9% | 89.9% | 74.0% | 74.5% | 74.0% | 74.8% | 79.0% | 79.8% | 84.5% | 73.5% | 76.1% | 83.8% | 86.2% | 86.2% | 86.2% | 86.7% | NA | NA |
| [37] Memo: Sr. DIP & 1L Balance | $1,638 | $1,638 | $1,638 | $1,538 | $1,538 | $1,538 | $1,191 | $1,151 | $1,149 | $1,078 | $1,044 | $994 | $954 | $978 | $841 | $875 | $940 | $977 | $982 | $1,011 | $1,056 | $1,101 | $1,101 |
| [37] Memo: Jr DIP Balance | $0 | $0 | $0 | $0 | $0 | $0 | $75 | $75 | $75 | $75 | $75 | $75 | $175 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| [38] Memo: Merch AP Balance | $11 | $29 | $30 | $34 | $63 | $59 | $73 | $61 | $72 | $70 | $76 | $119 | $124 | $123 | $63 | $81 | $82 | $83 | $84 | $83 | $84 | $84 | $84 |
| [39] Memo: Ending Stock Level Inventory | $2,610 | $2,519 | $2,458 | $2,403 | $2,358 | $2,254 | $2,168 | $2,151 | $1,999 | $1,900 | $1,830 | $1,787 | $1,739 | $1,709 | $1,668 | $1,660 | $1,644 | $1,637 | $1,633 | $1,632 | $1,633 | $1,635 | $1,635 |



[4.12] Project - Rolling 13-Week DIP Budget (Week 15) - v F.pdf] [Page 4 of 8]

SEARS HOLDINGS    4

**JX 013-4**



JX 013-5

**PRIVILEGED AND CONFIDENTIAL – DRAFT FOR DISCUSSION PURPOSES ONLY AND SUBJECT TO CHANGE**

# Summary Cash Receipts

| Retail Month | October | | | November | | | | December | | | | January | | | | February | | | | March | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | |
| Forecast / Actual | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST |
| Week Ending | 10/20/18 | 10/27/18 | 11/3/18 | 11/10/18 | 11/17/18 | 11/24/18 | 12/1/18 | 12/8/18 | 12/15/18 | 12/22/18 | 12/29/18 | 1/5/19 | 1/12/19 | 1/19/19 | 1/26/19 | 2/2/19 | 2/9/19 | 2/16/19 | 2/23/19 | 3/2/19 | 3/9/19 | 3/16/19 | 3/16/19 |
| Retail Week | 201837 | 201838 | 201839 | 201840 | 201841 | 201842 | 201843 | 201844 | 201845 | 201846 | 201847 | 201848 | 201849 | 201850 | 201851 | 201852 | 201901 | 201902 | 201903 | 201904 | 201905 | 201906 | 1-22 |

**KEY ASSUMPTIONS**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Go-Forward Same Store Sales Comps | -6% | -11% | -17% | -26% | -14% | -20% | -10% | -13% | -23% | -27% | -3% | -14% | -15% | -16% | -12% | -15% | -15% | -15% | -15% | -15% | -15% | -15% | |
| Forecast Gross Margin | NA | NA | NA | NA | NA | NA | NA | NA | 1% | NA | NA | NA | NA | NA | 29% | 29% | 29% | 29% | 29% | 29% | 29% | 29% | |
| Other Inflows Store Size Halo Impact | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | |
| Keep Stores | 687 | 687 | 545 | 545 | 545 | 505 | 505 | 505 | 505 | 505 | 505 | 505 | 425 | 425 | 425 | 425 | 425 | 425 | 425 | 425 | 425 | 425 | |
| Wave 1 Stores | 0 | 0 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Wave 2 Stores | 0 | 0 | 0 | 0 | 0 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Wave 3 Stores | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | |

**CASH RECEIPTS**

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] Normal Course Net Merchandise Receipts | $189 | $157 | $149 | $163 | $161 | $130 | $281 | $161 | $183 | $188 | $182 | $151 | $141 | $112 | $84 | $61 | $60 | $64 | $71 | $65 | $58 | $59 | $2,872 |
| [2] GOB Sales Receipts | 0 | 0 | 43 | 49 | 50 | 56 | 56 | 57 | 66 | 59 | 45 | 32 | 31 | 28 | 23 | 20 | 19 | 20 | 15 | 16 | 13 | 12 | 710 |
| [3] PA Sales | 2 | 11 | 5 | 3 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 7 | 8 | 8 | 7 | 84 |
| [4] Other Cash Receipts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38 | 37 | 39 | 39 | 39 | 39 | 39 | 269 |
| [5] Non-Operating Receipts | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 9 | 8 | 0 | 0 | 0 | 0 | 0 | 26 |
| [6] TSA & CSA Receipts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Cash Receipts** | **$192** | **$169** | **$197** | **$215** | **$213** | **$187** | **$341** | **$220** | **$251** | **$249** | **$229** | **$186** | **$175** | **$143** | **$116** | **$130** | **$128** | **$126** | **$132** | **$129** | **$118** | **$117** | **$3,961** |

**PRIVILEGED AND CONFIDENTIAL – DRAFT FOR DISCUSSION PURPOSES ONLY AND SUBJECT TO CHANGE**

## Summary Borrowing Base

| Retail Month | October | | | November | | | | December | | | | | January | | | | February | | | | March | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| Actual / Estimate / Forecast | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | EST | FCST | FCST | FCST | FCST | FCST | FCST |
| Week Ending | 10/20/18 | 10/27/18 | 11/3/18 | 11/10/18 | 11/17/18 | 11/24/18 | 12/1/18 | 12/8/18 | 12/15/18 | 12/22/18 | 12/29/18 | 1/5/19 | 1/12/19 | 1/19/19 | 1/26/19 | 2/2/19 | 2/9/19 | 2/16/19 | 2/23/19 | 3/2/19 | 3/9/19 | 3/16/19 |
| Retail Week | 201837 | 201838 | 201839 | 201840 | 201841 | 201842 | 201843 | 201844 | 201845 | 201846 | 201847 | 201848 | 201849 | 201850 | 201851 | 201852 | 201901 | 201902 | 201903 | 201904 | 201905 | 201906 |
| Borrowing Base Forecast Week | 201837 | 201838 | 201839 | 201840 | 201841 | 201842 | 201843 | 201844 | 201845 | 201846 | 201847 | 201848 | 201849 | 201850 | 201851 | 201852 | 201901 | 201902 | 201903 | 201904 | 201905 | |
| **Inventory Roll** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Inventory | $2,745 | $2,691 | $2,610 | $2,519 | $2,458 | $2,403 | $2,358 | $2,254 | $2,188 | $2,151 | $1,999 | $1,900 | $1,830 | $1,787 | $1,739 | $1,709 | $1,668 | $1,660 | $1,644 | $1,637 | $1,633 | $1,632 |
| Plus: Normal Course Merchandise Receipts | 85 | 54 | 42 | 61 | 82 | 99 | 75 | 90 | 88 | 75 | 84 | 76 | 50 | 47 | 43 | 52 | 54 | 49 | 55 | 55 | 54 | 55 |
| Plus: Timing for Delayed Merchandise Receipts | | | | | | | | | | | | | | | | (7) | | | | | | |
| Less: GOB Merchandise COGS | 0 | 0 | (20) | (28) | (29) | (35) | (43) | (38) | (53) | (55) | (50) | (50) | (35) | (29) | (19) | (9) | (9) | (10) | (11) | (13) | (14) | (13) |
| Less: Go-Forward Merchandise COGS | (98) | (98) | (78) | (78) | (81) | (80) | (164) | (99) | (86) | (99) | (116) | (70) | (72) | (52) | (54) | (59) | (43) | (45) | (51) | (46) | (41) | (42) |
| Less: Accounting Adjustments / Other | (41) | (37) | (35) | (16) | (27) | (30) | 29 | (19) | 14 | (73) | (17) | (26) | 14 | (13) | 0 | (18) | (10) | (10) | 0 | 0 | 0 | 0 |
| Adjusted Stock Level Ending Inventory (per BBC) | $2,691 | $2,610 | $2,519 | $2,458 | $2,403 | $2,358 | $2,254 | $2,188 | $2,151 | $1,999 | $1,900 | $1,830 | $1,787 | $1,739 | $1,709 | $1,668 | $1,660 | $1,644 | $1,637 | $1,633 | $1,632 | $1,633 |
| **BB Calculation** | | | | | | | | | | | | | | | | | | | | | | |
| In-transit Reserve | ($145) | ($140) | ($127) | ($119) | ($85) | ($63) | ($77) | ($61) | ($99) | ($45) | ($39) | ($45) | ($56) | ($64) | ($64) | ($71) | ($75) | ($75) | ($75) | ($75) | ($75) | ($75) |
| Ineligible Reserve | (165) | (139) | (132) | (168) | (150) | (149) | (173) | (170) | (142) | (142) | (132) | (118) | (166) | (178) | (180) | (155) | (156) | (150) | (152) | (152) | (151) | (105) |
| GOB Reserve | 0 | (16) | (24) | (21) | (20) | (20) | (84) | (84) | (74) | (79) | (103) | (88) | (50) | (35) | 0 | 0 | (34) | (32) | (30) | (27) | (23) | 0 |
| Deconto DC | 0 | 0 | 0 | 13 | 14 | 12 | 8 | 8 | 8 | 3 | 6 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| SRAC LC In-Transit | 10 | 10 | 9 | 8 | 7 | 5 | 6 | 6 | 5 | 3 | 4 | 4 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 | 5 |
| Total Ineligible Inventory | ($299) | ($285) | ($274) | ($286) | ($233) | ($215) | ($320) | ($300) | ($301) | ($259) | ($263) | ($244) | ($264) | ($267) | ($236) | ($218) | ($259) | ($249) | ($249) | ($245) | ($241) | ($172) |
| **Net Eligible Inventory** | $2,392 | $2,325 | $2,245 | $2,172 | $2,170 | $2,143 | $1,934 | $1,888 | $1,850 | $1,740 | $1,637 | $1,586 | $1,523 | $1,473 | $1,473 | $1,450 | $1,401 | $1,394 | $1,388 | $1,388 | $1,391 | $1,461 |
| Adj. NOLV % | 88.7% | 88.7% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 84.7% | 84.7% | 84.7% | 85.0% | 81.4% | 81.4% | 81.4% | 81.4% | 83.0% | 83.0% | 83.0% | 83.0% | 83.0% | 83.0% | 83.0% |
| NOLV of Net Eligible Inventory | $2,121 | $2,062 | $1,964 | $1,900 | $1,899 | $1,875 | $1,692 | $1,599 | $1,567 | $1,473 | $1,391 | $1,291 | $1,240 | $1,199 | $1,199 | $1,203 | $1,163 | $1,157 | $1,152 | $1,152 | $1,155 | $1,213 |
| 87.5% Advance Rate | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% |
| NOLV of Net Eligible Inv. Multiplied by 87.5% Advance Rate | $1,856 | $1,804 | $1,719 | $1,663 | $1,661 | $1,641 | $1,480 | $1,400 | $1,371 | $1,289 | $1,217 | $1,130 | $1,085 | $1,049 | $1,049 | $1,053 | $1,018 | $1,013 | $1,008 | $1,008 | $1,010 | $1,061 |
| **Inventory Contribution to Borrowing Base** | $1,856 | $1,804 | $1,719 | $1,663 | $1,661 | $1,641 | $1,480 | $1,400 | $1,371 | $1,289 | $1,217 | $1,130 | $1,085 | $1,049 | $1,049 | $1,053 | $1,018 | $1,013 | $1,008 | $1,008 | $1,010 | $1,061 |
| **Other Borrowing Base Components** | | | | | | | | | | | | | | | | | | | | | | |
| Credit Card Receivables (87.5% Advance Rate) | 47 | 49 | 51 | 72 | 47 | 60 | 112 | 51 | 61 | 68 | 82 | 50 | 42 | 42 | 39 | 37 | 41 | 40 | 42 | 41 | 38 | 37 |
| Pharmacy Receivables (87.5% Advance Rate) | 9 | 9 | 9 | 9 | 8 | 9 | 9 | 9 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Availability Reserve | (51) | (59) | (58) | (57) | (60) | (59) | (65) | (63) | (56) | (55) | (53) | (56) | (59) | (61) | (59) | (58) | (59) | (59) | (59) | (59) | (59) | (59) |
| Carveout Reserve | (46) | (46) | (46) | (52) | (52) | (62) | (22) | (22) | (22) | (22) | (22) | (22) | (22) | (22) | (22) | (22) | (22) | (22) | (22) | (22) | (22) | (22) |
| **Borrowing Base** | $1,805 | $1,758 | $1,675 | $1,635 | $1,595 | $1,590 | $1,515 | $1,375 | $1,362 | $1,288 | $1,233 | $1,109 | $1,054 | $1,015 | $1,016 | $1,018 | $986 | $980 | $978 | $976 | $975 | $1,025 |
| **Total Commitments** | 1,831 | 1,831 | 1,831 | 1,831 | 1,831 | 1,831 | 1,831 | 1,831 | 1,831 | 1,244 | 1,076 | 1,076 | 1,076 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 |
| Loan to Value % | 79.8% | 81.9% | 85.7% | 83.2% | 84.6% | 84.9% | 69.8% | 74.0% | 74.5% | 74.0% | 74.8% | 79.0% | 79.8% | 84.5% | 73.5% | 76.1% | 83.8% | 86.2% | 86.2% | 86.2% | 86.2% | 86.7% |
| GOLV (Includes CC and Pharmacy Receivables) | 2,185 | 2,129 | 2,033 | 1,992 | 1,962 | 1,954 | 1,830 | 1,668 | 1,645 | 1,559 | 1,494 | 1,356 | 1,297 | 1,255 | 1,252 | 1,254 | 1,218 | 1,212 | 1,209 | 1,208 | 1,206 | 1,264 |
| Total 1L Borrowings (Includes Reserves) | 1,744 | 1,743 | 1,741 | 1,657 | 1,659 | 1,658 | 1,278 | 1,235 | 1,227 | 1,154 | 1,118 | 1,072 | 1,035 | 1,061 | 921 | 954 | 1,021 | 1,045 | 1,042 | 1,041 | 1,040 | 1,096 |
| **PF 1L Debt Outstanding** | | | | | | | | | | | | | | | | | | | | | | |
| DIP / ABL | ($1,638) | ($1,638) | ($1,638) | ($1,538) | ($1,538) | ($1,538) | ($1,191) | ($1,151) | ($1,149) | ($1,078) | ($1,044) | ($994) | ($954) | ($978) | ($841) | ($875) | ($940) | ($977) | ($992) | ($1,011) | ($1,055) | ($1,101) |
| Holdback | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Buyer Financing | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 12 | 21 | 51 | 97 | 86 |
| FILO Pushdown | — | — | — | — | — | — | — | — | — | — | — | (2) | (7) | (11) | (11) | (11) | (15) | (16) | (15) | (15) | (15) | (10) |
| **Pro Forma Available to Borrow under ABL** | $167 | $120 | $37 | $87 | $57 | $52 | $324 | $225 | $213 | $210 | $189 | $80 | $92 | $26 | $164 | $132 | $30 | $0 | $0 | $0 | $0 | $0 |
| Line Cap | ($1,638) | ($1,638) | ($1,638) | ($1,538) | ($1,538) | ($1,538) | ($1,191) | ($1,151) | ($1,149) | ($1,078) | ($1,044) | ($995) | ($962) | ($990) | ($852) | ($896) | ($955) | ($990) | ($978) | ($976) | ($975) | ($1,025) |

**PRIVILEGED AND CONFIDENTIAL – DRAFT FOR DISCUSSION PURPOSES ONLY AND SUBJECT TO CHANGE**

# Summary Debt Schedule

| Retail Month | October | | | November | | | | December | | | | | January | | | | February | | | | March | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| Actual / Estimate / Forecast | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | EST | FCST | FCST | FCST | FCST | FCST | FCST |
| Week Ending | 10/20/18 | 10/27/18 | 11/3/18 | 11/10/18 | 11/17/18 | 11/24/18 | 12/1/18 | 12/8/18 | 12/15/18 | 12/22/18 | 12/29/18 | 1/5/19 | 1/12/19 | 1/19/19 | 1/26/19 | 2/2/19 | 2/9/19 | 2/16/19 | 2/23/19 | 3/2/19 | 3/9/19 | 3/16/19 |
| Retail Week | 201837 | 201838 | 201839 | 201840 | 201841 | 201842 | 201843 | 201844 | 201845 | 201846 | 201847 | 201848 | 201849 | 201850 | 201851 | 201852 | 201901 | 201902 | 201903 | 201904 | 201905 | 201906 |
| **Total Senior DIP** | | | | | | | | | | | | | | | | | | | | | | |
| Senior DIP Term Loan | $112 | $112 | $112 | $12 | $12 | $12 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Senior DIP Revolver | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Senior DIP | $112 | $112 | $112 | $12 | $12 | $12 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Junior DIP** | | | | | | | | | | | | | | | | | | | | | | |
| Junior DIP Multiple-Draw Term Loan | 0 | 0 | 0 | 0 | 0 | 0 | 75 | 75 | 75 | 75 | 75 | 75 | 175 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 |
| Total Junior DIP | $0 | $0 | $0 | $0 | $0 | $0 | $75 | $75 | $75 | $75 | $75 | $75 | $175 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 | $350 |
| **Total 1L ABL** | | | | | | | | | | | | | | | | | | | | | | |
| Pre-petition ABL Revolver | $836 | $836 | $836 | $836 | $836 | $836 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Post-petition ABL Revolver | 0 | 0 | 0 | 0 | 0 | 0 | 389 | 349 | 347 | 354 | 319 | 352 | 312 | 346 | 208 | 243 | 308 | 345 | 350 | 379 | 424 | 469 |
| Pre-petition Term Loan B | 571 | 571 | 571 | 571 | 571 | 571 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Post-petition Term Loan B | 0 | 0 | 0 | 0 | 0 | 0 | 683 | 683 | 683 | 605 | 605 | 523 | 523 | 513 | 513 | 513 | 513 | 513 | 513 | 513 | 513 | 513 |
| ABL Normal Course LC | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 |
| Total ABL 1L Credit Outstanding | $1,526 | $1,526 | $1,526 | $1,526 | $1,526 | $1,526 | $1,191 | $1,151 | $1,149 | $1,078 | $1,044 | $994 | $954 | $978 | $841 | $875 | $940 | $977 | $982 | $1,011 | $1,056 | $1,101 |
| Buyer Financing | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $12 | $21 | $51 | $97 | $86 |
| **Other 1L & 1.5L Credit** | | | | | | | | | | | | | | | | | | | | | | |
| ESL/Citi LC | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 | $271 |
| FILO | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Total Other 1L Credit Outstanding | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 | $396 |
| **Senior Real Estate Debt** | | | | | | | | | | | | | | | | | | | | | | |
| Cascade Loan | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 | $108 |
| UBS REMIC | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 |
| ESL Real Estate Loan | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 | 723 |
| Total 1L Real Estate Debt Outstanding | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 | $933 |