# Exhibit 21

# EXHIBIT G



**JOINT EX. 014**

**JX 021-1**



# Transform Transaction - Weekly Tracking

January 25 2019

**SEARS HOLDINGS**

**JX 021-2**

## Admin Solvency Tracker

Under the revised estimates, the Company is projecting a ($62mm) administrative shortfall; the Company has identified ~$201mm of potential mitigating items

| | Original Estimate | ESL Assumed Liabilities | Original Gap | Change in Estimates | Identified Favorable Variance | Revised Gap | Potential Mitigating Items | Notes |
|---|---|---|---|---|---|---|---|---|
| **Claims** | | | | | | | | |
| 503(b)9 | $ 173 | $ (139) | $ (34) | 1 | $ - | $ (33) | $ 5 | (1) |
| Accounts Payable | 196 | (166) | (30) | - | 30 | - | 15 | (2) |
| Severance & WARN | 28 | (28) | - | - | - | - | - | |
| Franchise Taxes | 3 | - | (3) | - | - | (3) | - | |
| Property Taxes | 135 | (135) | - | - | - | - | - | |
| RemainCo Winddown Costs | 80 | - | (80) | - | - | (80) | - | |
| ABL DIP | 950 | (850) | (100) | (29) | 25 | (104) | 118 | (3) |
| Junior DIP | 350 | (350) | - | - | - | - | - | |
| Professional Fees | 108 | - | (108) | 6 | - | (102) | - | (4) |
| Cure Costs | 200 | (200) | - | - | - | - | - | |
| Transfer Taxes (Purchase Price Deduction) | 19 | (19) | - | - | - | - | - | |
| Mechanics' Liens (Purchase Price Deduction) | 4 | (4) | - | - | - | - | - | |
| UCC Release Cash Consideration | 35 | (35) | - | - | - | - | - | |
| **Total** | 2,281 | (1,926) | (355) | (22) | 55 | (322) | 138 | |
| **Additional Value Identified** | | | | | | | | |
| Company Cash Available at Close | 50 | - | 50 | (50) | 30 | 30 | 20 | |
| Company Cash Available Post Close | 29 | - | 29 | - | - | 29 | - | |
| Professional Fee Carve-Out Account | 108 | - | 108 | (6) | - | 102 | - | |
| MTN Sale Proceeds | 81 | - | 81 | - | - | 81 | - | |
| U-Haul Sale Proceeds | 7 | - | 7 | - | - | 7 | - | |
| Insurance Proceeds | 13 | - | 13 | (8) | - | 5 | - | |
| SHIP Security Deposit | 6 | - | 6 | - | - | 6 | - | |
| GOB Inventory Post-Close | - | - | - | - | - | - | 43 | |
| **Total** | 294 | - | 294 | (64) | 30 | 260 | 63 | |
| **Solvency / (Gap)** | | | $ (61) | $ (86) | $ 85 | $ (62) | $ 201 | |

Notes:
(1) Potential mitigating items reflect $5mm in opportunity identified through the application of trapped vendor credits, and mitigation of amounts owed to 503(b)(9) claimants through identified cure
(2) Offsets and mitigating items reflect $15mm-30mm in opportunity identified through managing disputed payables, reducing non-essential spend and potentially recovering pre-petition cash deposits
(3) Pipeline initiatives of $118mm relate to $25mm of operating receipts, $20mm of operating disbursements, $20mm of pro-rata february rent, $15mm of AP headroom, $10mm of critical vendor payments, $9mm of Amazon Inventory Recovery, and $14mm in First Data proceeds (50% of total possible)
(4) Revised to reflect latest professional fee estimate

2

JX 021-3

## Conditions to Close Summary

| | Projected Balance at Close | Target per APA | Cushion / (Gap) | Identified Favorable Variance | Revised Cushion / (Gap) | Potential Mitigating Items | Notes |
|---|---:|---:|---:|---:|---:|---:|---|
| New ABL Collateral | $ 1,678 | $ 1,657 | $ 21 | $ - | $ 21 | $ 15 | (1) |
| Specified Receivables | 292 | 255 | 36 | - | 36 | 36 | (2) (A) |
| Warranty Receivables | 55 | 54 | 2 | - | 2 | - | (A) |
| Prepaid Inventory | 151 | 147 | 4 | - | 4 | - | (A) |
| ABL DIP | 954 | 850 | (104) | - | (104) | 118 | (3) |
| Junior DIP | $ 350 | $ 350 | $ - | $ - | $ - | $ - | |

**Notes:**
(1) Pipeline initiatives reflect $15mm estimated in additional borrowing base availability as a result of revised script appraisals
(2) Assumes $36mm in favorability related to credit balance negotiation and additional AR conversion to cash
(3) Pipeline initiatives of $118mm relate to $25mm of operating receipts, $20mm of operating disbursements, $20mm of pro-rata february rent, $15mm of AP headroom, $10mm of critical vendor payments, $9mm of Amazon Inventory Recovery, and $14mm in First Data proceeds (50% of total possible)
(A) In the event the Company delivers less than the target amount for these items, there will be a dollar for dollar reduction in ESL's obligation to first assume Severance liabilities, then 503(b)(9) claims. To the extent the Company delivers excess Prepaid Inventory or Warranty Receivables at close, this excess amount can be used to offset any shortfall in the other dollar for dollar.

3

JX 021-4

## Opportunity and Actions as of 1/25/19

| | Identified Favorable Variance | Identified Opportunity | Potential Actions | Responsible Parties | Comments |
|---|---|---|---|---|---|
| RX Scripts | NA | $0 - $15mm | Script Appraisal | Rob Riecker<br>Brian Griffith | Current borrowing base of $7.50/script, resulting in $25mm of availability. Appraisal expected 1/28 |
| Inventory | NA | $30mm | Sale of excess inventory<br>Transfer to GOB<br>Reduce or cancel P.O.s<br>Increase receiving days to 6 days per week | TJ Koreis<br>Brian Griffith<br>Chris Good | Inventory potentially higher in DIP budget than target<br>$9.4mm of Amazon inventory will be brought back into inventory and has already been paid for |
| GOBs | NA | $43mm | Continue to harvest GOBs after close | Abacus | GOB cash remains with estate |
| Specified Receivables | NA | TBD | Identify specific accounts receivable that can be monetized pre or post closing:<br>• UPS rebate ($8mm)<br>• SHO receivable ($34mm)<br>• Monark receivable (TBD) | Trent Bonnell<br>Jon Boffi<br>Chris Good<br>Bob Phelan | Convert A/R to cash to the extent above required target<br>Potential to use 503(b)(9) negotiation to reduce A/R<br>Look at timing of SHO, Citi and other AR payments |
| 503(b)(9) | NA | $5mm-$10mm | Review vendor credits<br>Mitigate through vendor cures | Enrique Acevedo | Use critical vendor payments to reduce 503(b)(9) liability<br>Potential to use A/R credits to offset balances |
| Accounts Payable | $30mm | NA | Manage AP balance based on deliverable under the APA | Jeff Butz<br>Chris Good | Decrease operating expense<br>Increase payables to offset DIP |
| Property Tax | NA | NA | Revised estimate from SHC Real Estate team for go-forward stores is approximately $60mm lower | Mike Morrie<br>Brian Griffith | Reviewing the revised schedule provided by SHC Real Estate team |
| Other Assets | NA | TBD | $245mm of Other balance sheet assets | Chris Good | Other assets on the balance sheet not identified in APA |
| Cash | $30mm | $20mm | Speed regional cash collection ($17mm)<br>Repatriate cash from Israel ($6mm)<br>Store cash ($17mm)<br>Utility deposits ($10mm)<br>Cash from 2/8/19 sales (TBD) | Rajat Prakash<br>Chris Good<br>Enrique A.<br>Naren Sinha | Working with armored carriers and regional banks to decrease the time it takes to make cash available<br>Determining amount of cash that would come in from sales on 2/8/19 |
| Senior DIP Balance | $25mm | $104mm | Operating Receipts ($25mm)<br>Operating Disbursement ($20mm)<br>Pro Rate February rent ($20mm)<br>Critical Vendors ($10mm)<br>Hurricane Proceeds ($5mm)<br>Accounts payable build ($15mm)<br>Amazon Inventory recovery ($9mm)<br>Reduction in other AR and other assets (TBD) | Rob Riecker<br>Naren Sinha<br>Rajat Prakash<br>Bob Walsh<br>Brian Griffith<br>Wesley Sima<br>Chris Good | Actively managing operating disbursements and potential conservatism in SG&A forecast, as well as receipt outperformance |
| | NA | $14mm (up to $28mm) | First Data Proceeds | Mo Meghji | Credit card holdback release<br>Look at other holdback release opportunities |
| Subtotal | $85mm | $231mm | | | |

4

JX 021-5

# 1/11/19 to 1/23/19 DIP Budget Bridge

| DIP Budget as of:<br>For Four Weeks Ending : | 1/11/19<br>2/9/19 | 1/23/19<br>2/9/19 | Variance<br>1/16 to 1/11 | Commentary |
|---|---|---|---|---|
| Total Operating Receipts | $512 | $512 | $0 | No change |
| Merch Vendors | (248) | (231) | 18 | Decreased merchandise spend estimate |
| Rent/Occupancy | (20) | (36) | (16) | Paid Sparrow rent |
| Payroll/Bens/Taxes | (151) | (159) | (8) | Decreased payroll estimate |
| Other SG&A Disbursements | (192) | (186) | 7 | Increased other SG&A estimate |
| CapEx | (4) | (4) | 1 | Updated for actuals |
| Total Operating Cash Flow | ($104) | ($102) | $1 | |
| **NON-OPERATING CASH FLOW** | | | | |
| Bankruptcy Related Disbursements | ($74) | ($43) | $30 | Removed KCD and decreased critical vendor estimate |
| Cash Interest | ($13) | ($12) | $1 | Slight increase of interest expense |
| Financing Fees | (0) | 0 | 0 | No Change |
| Professional Fees | (18) | (19) | (1) | Revised estimate |
| Intercompany Inflows | 0 | 0 | 0 | No Change |
| Total Other Non-Operating Disbursements | ($32) | ($31) | $1 | |
| Net Cash Flows before Financing | ($209) | ($176) | $33 | |
| Financing | 209 | 169 | (40) | NA |
| Net Cash Flow after Financing | $0 | ($7) | ($7) | |
| Beginning Cash | $0 | $7 | $7 | NA |
| Cash Flow Before Financing | (209) | (176) | 33 | NA |
| Financing | 209 | 169 | (40) | NA |
| Change in Carveout Account | 0 | 0 | 0 | NA |
| Ending Available Cash Balance | $0 | ($0) | ($0) | |
| Beginning ABL | $976 | $952 | ($24) | Updated for actuals |
| Draw (Paydown) | 16 | 2 | (14) | NA |
| Ending ABL | $992 | $954 | ($37) | |

5

JX 021-6