# Exhibit 23

## Expert Worksheet - DRAFT

| $ millions | | Schulte (ESL) | Griffith (Debtors) | Difference |
|---|---|---|---|---|
| **Collateral on the Petition Date:** | | | | |
| Cash | | $ 115.5 | $ - | $ 115.5 |
| Credit card receivables | | 64.2 [1] | 54.8 [1] | 9.4 [1] |
| Pharmacy accounts receivable | | 11.9 | - | 11.9 |
| Pharmacy scripts* | | 72.8 | - | 72.8 |
| Inventory (book value) | | 2,690.8 | 2,690.8 | - |
| Total Collateral at book value | A | $ 2,955.2 | $ 2,745.6 | $ 209.6 |
| Valuation discount | B | 95.5% book value of GOB inventory / 100% for other Collateral | 85% | |
| Collateral Value on the Petition Date | C=A*B | $ 2,926.0 | $ 2,333.8 | $ 592.2 |
| **First Lien Debt:** | | | | |
| Funded | | $ (1,531.8) | $ (1,531.8) | $ - |
| Unfunded ABL L/C Facility | | - | (123.8) | 123.8 |
| Unfunded Stand-Alone L/C Facility | | - | (271.1) | 271.1 |
| Total first lien debt | | $ (1,531.8) | $ (1,926.7) | $ 394.9 |
| Post petition interest | | - | (34.0) | 34.0 |
| Total first lien debt and post petition interest | D | $ (1,531.8) | $ (1,960.7) | $ 428.9 |
| Collateral Available to Second Lien Creditors on the Petition Date | C+D | $ 1,394.2 | $ 373.1 | $ 1,021.1 |



Griffith
Exhibit No. 61
Date: 7/10/19
Melissa Gilmore

JX 023-1