# Exhibit 25

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

D: +1 212 225 2416
soneal@cgsh.com

VICTOR I. LEWKOW
LEE C. BUCHHEIT
THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
EDWARD J. ROSEN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF

KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER

COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
    RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
RAHUL MUKHI
NEIL R. MARKEL
HUMAYUN KHALID
KENNETH S. BLAZEJEWSKI
ANDREA M. BASHAM
LAURA BAGARELLA
SHIRLEY M. LO
    RESIDENT COUNSEL

LOUISE M. PARENT
    OF COUNSEL

CONFIDENTIAL

November 2, 2018

BY EMAIL

Ray Schrock, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Re:  Designation of Go Forward Stores

Dear Mr. Schrock:

We write on behalf of ESL Investments, Inc., its affiliated investment funds (together, "ESL") and Edward S. Lampert in connection with the chapter 11 proceedings of Sears Holdings Corporation and certain of its affiliates (together, the "Debtors").

As you know, ESL has stated its intention to pursue a going concern bid for substantially all of the Debtors' assets, which would include certain owned and leased stores, inventory, business lines, real property and brands, among other things.  ESL believes that a going concern sale represents Sears' best chance for maximizing value for the estates, while also preserving jobs for thousands of working people.  A key component of any going concern bid will be the store footprint and the continued operation of the network of stores included in the footprint.

By this letter, ESL states its intention to include the 505 stores listed in Annex A attached hereto as part of any going concern bid and therefore requests that these stores not be included in any additional Store Rationalizations to take place prior to December 15, 2018, which is the deadline for the Debtors' receipt of a fully committed stalking horse bid relating to a sale of all or substantially all of the Debtors' assets pursuant to ABL DIP Financing Credit Agreement.  Upon

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

JX 026-1

Ray Schrock, Esq., page 2

submission of such a bid, ESL would further request that the Debtors not initiate any additional Store Rationalizations until January 15, 2019.

We understand that the Debtors' are currently exceeding their cash projections by more than $200 million. As such, there is no need to begin further store liquidations, lease rejections or employee terminations on an expedited basis. Instead, ESL believes that the Debtors' priority should be preserving the Debtors' going concern value through at least December 15. Accordingly, we see no economic or business justification to begin further liquidation sales prior to the going concern bid deadline and in fact believe that additional store liquidations would put at risk the Debtors' ability to recover the going concern value of the store network (and the potential to preserve the related jobs), whether from a bid from ESL or another bidder.

We understand that the ABL DIP Lenders have expressed the view that commencing additional GOB sales by November 18 is advisable in order to pay-down their debt and benefit from having the GOB sale period commence prior to "Black Friday" on November 23, 2018. ESL respectfully disagrees with that view for a number of reasons. The DIP budget anticipates that any further liquidations would result in realizing proceeds equal to approximately 89% of the cost of inventory. Given the realization rates in prior Sears GOB sales (approximately 95-100%), the DIP budget includes substantial cushion, whether or not any GOB sales are announced prior to Black Friday. We note that Sears has closed and liquidated the inventory at more than 1,000 stores in the last several years and that those sales have occurred at various times of the year, including off-season and outside of Black Friday but have consistently produced realization rates in excess of that which is reflected in the DIP budget. As a result, ESL sees no reason to commence the liquidation of any additional stores (or seeking to reject associated leases) prior to the December 15 milestone for going concern bids.

We look forward to discussing these matters with you.

Very truly yours,

Sean A. O'Neal

**JX 026-2**

cc:
Rob Riecker
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Brandon Aebersold
Lazard
30 Rockefeller Plaza
New York, NY 10112

Lawrence Chu
Moelis & Company
399 Park Avenue
New York, NY 10022

**JX 026-3**

**Annex A**

|  | Store Number | City | State |
|---|---|---|---|
| 1. | **1008** | Los Angeles | CA |
| 2. | **1018** | Los Angeles | CA |
| 3. | **1033** | N Attleboro | MA |
| 4. | **1035** | Augusta | GA |
| 5. | **1042** | Joplin | MO |
| 6. | **1048** | Pasadena | CA |
| 7. | **1055** | Coral Springs | FL |
| 8. | **1066** | Jacksonville | FL |
| 9. | **1068** | Palmdale | CA |
| 10. | **1074** | Waldorf | MD |
| 11. | **1085** | Caguas | PR |
| 12. | **1088** | Glendale | CA |
| 13. | **1098** | Clovis | CA |
| 14. | **1114** | Brooklyn | NY |
| 15. | **1125** | Miami | FL |
| 16. | **1127** | Houston | TX |
| 17. | **1141** | Aurora | CO |
| 18. | **1147** | Baton Rouge | LA |
| 19. | **1165** | Concord | NC |
| 20. | **1168** | North Hollywood | CA |
| 21. | **1170** | Lansing | MI |
| 22. | **1175** | Merritt Island | FL |
| 23. | **1176** | Pasadena | TX |
| 24. | **1187** | Mesquite | TX |
| 25. | **1208** | Fresno | CA |
| 26. | **1209** | Long Beach | CA |
| 27. | **1217** | Corpus Christi | TX |
| 28. | **1228** | Sacramento | CA |
| 29. | **1248** | Hayward | CA |
| 30. | **1268** | Buena Park | CA |
| 31. | **1274** | Richmond | VA |
| 32. | **1278** | Torrance | CA |
| 33. | **1285** | Orlando | FL |
| 34. | **1288** | Stockton | CA |
| 35. | **1298** | Riverside | CA |
| 36. | **1300** | Oak Brook | IL |
| 37. | **1304** | Silver Spring | MD |
| 38. | **1309** | Downey | CA |
| 39. | **1317** | El Paso | TX |
| 40. | **1321** | Peoria | IL |

| 41. | **1335** | Greensboro | NC |
| --- | --- | --- | --- |
| 42. | **1345** | Hialeah | FL |
| 43. | **1358** | Chula Vista | CA |
| 44. | **1368** | Concord | CA |
| 45. | **1374** | Bel Air | MD |
| 46. | **1377** | Houston | TX |
| 47. | **1378** | Orange | CA |
| 48. | **1398** | San Bernardino | CA |
| 49. | **1407** | Beaumont | TX |
| 50. | **1410** | Canton | OH |
| 51. | **1417** | Humble | TX |
| 52. | **1427** | San Antonio | TX |
| 53. | **1437** | Arlington | TX |
| 54. | **1443** | Manchester | CT |
| 55. | **1456** | Oviedo | FL |
| 56. | **1460** | Livonia | MI |
| 57. | **1467** | Fort Collins | CO |
| 58. | **1485** | Orange Park | FL |
| 59. | **1488** | San Jose | CA |
| 60. | **1508** | Northridge | CA |
| 61. | **1578** | Aiea | HI |
| 62. | **1595** | Greenville | SC |
| 63. | **1605** | Raleigh | NC |
| 64. | **1629** | Pharr | TX |
| 65. | **1678** | Carlsbad | CA |
| 66. | **1681** | Honolulu | HI |
| 67. | **1688** | Salinas | CA |
| 68. | **1710** | North Olmsted | OH |
| 69. | **1711** | Camp Hill | PA |
| 70. | **1733** | Yonkers | NY |
| 71. | **1738** | Kaneohe | HI |
| 72. | **1758** | Escondido | CA |
| 73. | **1764** | Rockaway | NJ |
| 74. | **1795** | Myrtle Beach | SC |
| 75. | **1818** | Rancho Cucamonga | CA |
| 76. | **1820** | West Dundee | IL |
| 77. | **1831** | Thornton | CO |
| 78. | **1840** | Chicago Ridge | IL |
| 79. | **1854** | Baltimore | MD |
| 80. | **1905** | San Juan | PR |
| 81. | **1915** | Bayamon | PR |
| 82. | **1924** | Valley Stream | NY |
| 83. | **1925** | Carolina | PR |
| 84. | **1935** | Mayaguez | PR |
| 85. | **1945** | Ponce | PR |

| | | | |
|---|---|---|---|
| 86. | **2027** | Wasilla | AK |
| 87. | **2028** | Hemet | CA |
| 88. | **2029** | Union Gap | WA |
| 89. | **2036** | Jackson | TN |
| 90. | **2068** | Visalia | CA |
| 91. | **2085** | Fajardo | PR |
| 92. | **2088** | Santa Maria | CA |
| 93. | **2104** | St Clairsville | OH |
| 94. | **2105** | Burlington | NC |
| 95. | **2135** | Sebring | FL |
| 96. | **2148** | Kahului | HI |
| 97. | **2175** | Greenville | NC |
| 98. | **2179** | Medford | OR |
| 99. | **2183** | S Portland | ME |
| 100. | **2197** | Texas City | TX |
| 101. | **2219** | Lacey | WA |
| 102. | **2238** | Yuba City | CA |
| 103. | **2247** | Laredo | TX |
| 104. | **2265** | Johnson City | TN |
| 105. | **2299** | Aberdeen | WA |
| 106. | **2309** | Silverdale | WA |
| 107. | **2329** | Kennewick | WA |
| 108. | **2355** | Hatillo | PR |
| 109. | **2385** | Naranjito | PR |
| 110. | **2388** | Hilo | HI |
| 111. | **2395** | Manassas | VA |
| 112. | **2485** | Brooksville | FL |
| 113. | **2497** | Brownsville | TX |
| 114. | **2527** | Las Cruces | NM |
| 115. | **2593** | Newburgh | NY |
| 116. | **2628** | Eureka | CA |
| 117. | **2637** | Port Arthur | TX |
| 118. | **2675** | Guayama | PR |
| 119. | **2744** | Horseheads | NY |
| 120. | **2745** | Leesburg | FL |
| 121. | **2784** | Winchester | VA |
| 122. | **2829** | Victorville | CA |
| 123. | **3013** | Cleveland | OH |
| 124. | **3021** | Auburn | ME |
| 125. | **3029** | Erlanger | KY |
| 126. | **3040** | Hyannis | MA |
| 127. | **3056** | Wayne | NJ |
| 128. | **3059** | St Paul | MN |
| 129. | **3086** | Chico | CA |
| 130. | **3136** | Shillington | PA |

| | | | |
|---|---|---|---|
| 131. | **3142** | Tallmadge | OH |
| 132. | **3155** | Belleville | MI |
| 133. | **3172** | Hagerstown | MD |
| 134. | **3202** | Westwood | NJ |
| 135. | **3216** | Vernon | CT |
| 136. | **3223** | Fort Walton Beach | FL |
| 137. | **3225** | Chambersburg | PA |
| 138. | **3243** | North Canton | OH |
| 139. | **3266** | Kingston | PA |
| 140. | **3268** | Wilkes Barre | PA |
| 141. | **3269** | Lantana | FL |
| 142. | **3286** | Brunswick | OH |
| 143. | **3301** | Santa Fe | NM |
| 144. | **3317** | Boca Raton | FL |
| 145. | **3379** | Waterford | MI |
| 146. | **3390** | Williamsport | PA |
| 147. | **3405** | Minneapolis | MN |
| 148. | **3412** | Salinas | CA |
| 149. | **3415** | Buffalo | NY |
| 150. | **3484** | Elkview | WV |
| 151. | **3499** | Kearny | NJ |
| 152. | **3501** | Petaluma | CA |
| 153. | **3529** | Pittsburgh | PA |
| 154. | **3592** | Las Vegas | NV |
| 155. | **3597** | Holmes | PA |
| 156. | **3678** | Ramona | CA |
| 157. | **3692** | Oconomowoc | WI |
| 158. | **3707** | Lake Havasu City | AZ |
| 159. | **3725** | Freedom | CA |
| 160. | **3737** | Doylestown | PA |
| 161. | **3744** | Kill Devil Hills | NC |
| 162. | **3748** | Hollister | CA |
| 163. | **3750** | Waupaca | WI |
| 164. | **3798** | Hyattsville | MD |
| 165. | **3810** | Willow Street | PA |
| 166. | **3818** | Hollywood | FL |
| 167. | **3819** | Hastings | MI |
| 168. | **3829** | St Thomas | VI |
| 169. | **3839** | Corvallis | OR |
| 170. | **3841** | Marshall | MI |
| 171. | **3842** | Oakdale | CA |
| 172. | **3851** | Racine | WI |
| 173. | **3853** | Guayama | PR |
| 174. | **3873** | Wilmington | DE |
| 175. | **3882** | Mayaguez | PR |

| | | | |
|---|---|---|---|
| 176. | **3888** | The Dalles | OR |
| 177. | **3911** | Columbia | PA |
| 178. | **3949** | Wind Gap | PA |
| 179. | **3954** | Walnutport | PA |
| 180. | **3963** | Elizabethtown | PA |
| 181. | **3972** | St Croix | VI |
| 182. | **3993** | Juana Diaz | PR |
| 183. | **4016** | Greenville | SC |
| 184. | **4022** | Grand Forks | ND |
| 185. | **4034** | Mattydale | NY |
| 186. | **4057** | Fargo | ND |
| 187. | **4141** | West Columbia | SC |
| 188. | **4170** | Rapid City | SD |
| 189. | **4206** | Warren | MI |
| 190. | **4272** | Bismarck | ND |
| 191. | **4349** | Redwood City | CA |
| 192. | **4353** | Minot | ND |
| 193. | **4355** | St Petersburg | FL |
| 194. | **4381** | Bridgeview | IL |
| 195. | **4389** | Mc Allen | TX |
| 196. | **4399** | Silver Spring | MD |
| 197. | **4407** | Brockton | MA |
| 198. | **4421** | North Hollywood | CA |
| 199. | **4442** | Charleston | WV |
| 200. | **4448** | Salem | NH |
| 201. | **4453** | Pueblo | CO |
| 202. | **4457** | Hayward | CA |
| 203. | **4470** | West Long Branch | NJ |
| 204. | **4478** | Trenton | NJ |
| 205. | **4494** | Trujillo Alto | PR |
| 206. | **4713** | Towanda | PA |
| 207. | **4725** | Key West | FL |
| 208. | **4726** | Jamestown | NY |
| 209. | **4728** | Miami | FL |
| 210. | **4732** | Aguadilla | PR |
| 211. | **4751** | Tehachapi | CA |
| 212. | **4782** | Clinton | OK |
| 213. | **4807** | Bear | DE |
| 214. | **4819** | Lakeport | CA |
| 215. | **4844** | Rio Piedras | PR |
| 216. | **4857** | Desert Hot Springs | CA |
| 217. | **4871** | Farmingville | NY |
| 218. | **4893** | Ellenton | FL |
| 219. | **4928** | Queensbury | NY |
| 220. | **7006** | Twin Falls | ID |

| | | | |
|---|---|---|---|
| 221. | **7016** | Hobbs | NM |
| 222. | **7017** | Roswell | NM |
| 223. | **7030** | Kalispell | MT |
| 224. | **7031** | Menominee | MI |
| 225. | **7033** | Lewiston | ID |
| 226. | **7034** | Walla Walla | WA |
| 227. | **7035** | Farmington | NM |
| 228. | **7042** | Valparaiso | IN |
| 229. | **7048** | West Lebanon | NH |
| 230. | **7062** | Sumter | SC |
| 231. | **7068** | Midland | MI |
| 232. | **7083** | New Castle | PA |
| 233. | **7098** | Concord | CA |
| 234. | **7104** | Acton | MA |
| 235. | **7109** | Watertown | CT |
| 236. | **7133** | Augusta | ME |
| 237. | **7139** | Jackson | WY |
| 238. | **7165** | Camarillo | CA |
| 239. | **7175** | Riverside | CA |
| 240. | **7177** | Belleville | NJ |
| 241. | **7192** | Easton | PA |
| 242. | **7208** | Clemmons | NC |
| 243. | **7243** | Kokomo | IN |
| 244. | **7246** | Richmond | IN |
| 245. | **7255** | Somerset | KY |
| 246. | **7294** | Vero Beach | FL |
| 247. | **7321** | Bradenton | FL |
| 248. | **7329** | Loveland | CO |
| 249. | **7372** | Leechburg | PA |
| 250. | **7374** | West Chester | PA |
| 251. | **7383** | Barberton | OH |
| 252. | **7390** | Mckinleyville | CA |
| 253. | **7397** | Grove City | OH |
| 254. | **7413** | St Croix | VI |
| 255. | **7419** | Caguas | PR |
| 256. | **7446** | Cayey | PR |
| 257. | **7477** | Marietta | OH |
| 258. | **7566** | Arecibo | PR |
| 259. | **7570** | Bayamon | PR |
| 260. | **7602** | Wall Township | NJ |
| 261. | **7616** | Lexington | SC |
| 262. | **7619** | Atascadero | CA |
| 263. | **7626** | Waynesville | NC |
| 264. | **7639** | Santa Paula | CA |
| 265. | **7644** | Harrison | OH |

| | | | |
|---|---|---|---|
| 266. | **7648** | Mauston | WI |
| 267. | **7649** | Ripon | WI |
| 268. | **7653** | Big Bear Lake | CA |
| 269. | **7665** | Carolina | PR |
| 270. | **7673** | Stevensville | MD |
| 271. | **7676** | Sidney | NY |
| 272. | **7677** | Wellsville | NY |
| 273. | **7699** | Lebanon | PA |
| 274. | **7705** | Tamuning | GU |
| 275. | **7713** | Edgewater | MD |
| 276. | **7741** | Ponce | PR |
| 277. | **7749** | New York | NY |
| 278. | **7752** | Yauco | PR |
| 279. | **7756** | Bishop | CA |
| 280. | **7767** | Charles City | IA |
| 281. | **7768** | Guaynabo | PR |
| 282. | **7777** | New York | NY |
| 283. | **7783** | San Juan | PR |
| 284. | **7784** | Vega Alta | PR |
| 285. | **7788** | Bayamon | PR |
| 286. | **7793** | St Thomas | VI |
| 287. | **9030** | Peru | IN |
| 288. | **9096** | Fostoria | OH |
| 289. | **9122** | Warsaw | IN |
| 290. | **9124** | Elwood | IN |
| 291. | **9153** | South Lake Tahoe | CA |
| 292. | **9161** | Berwick | PA |
| 293. | **9220** | Algona | IA |
| 294. | **9224** | Marathon | FL |
| 295. | **9255** | Palmer | MA |
| 296. | **9274** | Greenwich | NY |
| 297. | **9319** | Alliance | NE |
| 298. | **9353** | Crystal City | MO |
| 299. | **9385** | Clio | MI |
| 300. | **9394** | Fajardo | PR |
| 301. | **9416** | White Plains | NY |
| 302. | **9423** | Bridgehampton | NY |
| 303. | **9463** | Somers Point | NJ |
| 304. | **9549** | Morganton | NC |
| 305. | **9551** | Paradise | CA |
| 306. | **9557** | Grayling | MI |
| 307. | **9589** | Bath | NY |
| 308. | **9593** | Oscoda | MI |
| 309. | **9614** | Key Largo | FL |
| 310. | **9619** | Morehead City | NC |

| | | | |
|---|---|---|---|
| 311. | **9621** | Lebanon | TN |
| 312. | **9662** | Ephrata | PA |
| 313. | **9689** | International Falls | MN |
| 314. | **9692** | Webster | MA |
| 315. | **9693** | Marine City | MI |
| 316. | **9735** | Sevierville | TN |
| 317. | **9746** | Grass Valley | CA |
| 318. | **9794** | St George | UT |
| 319. | **9797** | Scotts Valley | CA |
| 320. | **1668** | Las Vegas | NV |
| 321. | **1725** | Annapolis | MD |
| 322. | **1728** | Tucson | AZ |
| 323. | **1765** | Palm Beach Gardens | FL |
| 324. | **3886** | Asheville | NC |
| 325. | **4113** | Erie | PA |
| 326. | **7654** | Bronx | NY |
| 327. | **9608** | Auburn | CA |
| 328. | **9808** | Hamilton | MT |
| 329. | **1011** | Grandville | MI |
| 330. | **1015** | Vero Beach | FL |
| 331. | **1023** | Dulles | VA |
| 332. | **1024** | Falls Church | VA |
| 333. | **1029** | Spokane | WA |
| 334. | **1038** | Spokane | WA |
| 335. | **1041** | Omaha | NE |
| 336. | **1044** | Jersey City | NJ |
| 337. | **1045** | Durham | NC |
| 338. | **1073** | Exton | PA |
| 339. | **1075** | Daytona Beach | FL |
| 340. | **1081** | Heath | OH |
| 341. | **1092** | Westland | MI |
| 342. | **1094** | Hackensack | NJ |
| 343. | **1095** | Douglasville | GA |
| 344. | **1097** | San Antonio | TX |
| 345. | **1104** | Marlborough | MA |
| 346. | **1108** | Temecula | CA |
| 347. | **1110** | Portage | MI |
| 348. | **1111** | Colorado Springs | CO |
| 349. | **1120** | Dublin | OH |
| 350. | **1121** | Independence | MO |
| 351. | **1133** | Leominster | MA |
| 352. | **1136** | Hoover | AL |
| 353. | **1148** | Ventura | CA |
| 354. | **1149** | Whittier | CA |
| 355. | **1154** | Whitehall | PA |

|   |   |   |   |
|---|---|---|---|
| 356. | **1155** | Kennesaw | GA |
| 357. | **1161** | Wichita | KS |
| 358. | **1172** | Bloomingdale | IL |
| 359. | **1182** | Saint Peters | MO |
| 360. | **1189** | West Covina | CA |
| 361. | **1192** | Muskegon | MI |
| 362. | **1195** | Ft Lauderdale | FL |
| 363. | **1204** | Freehold | NJ |
| 364. | **1206** | N Little Rock | AR |
| 365. | **1207** | Richardson | TX |
| 366. | **1210** | Columbus | OH |
| 367. | **1221** | Colorado Springs | CO |
| 368. | **1223** | Brockton | MA |
| 369. | **1224** | Harrisburg | PA |
| 370. | **1226** | Metairie | LA |
| 371. | **1243** | Hanover | MA |
| 372. | **1271** | Littleton | CO |
| 373. | **1281** | Pueblo | CO |
| 374. | **1283** | Braintree | MA |
| 375. | **1284** | Alexandria | VA |
| 376. | **1297** | Hurst | TX |
| 377. | **1303** | Danbury | CT |
| 378. | **1307** | Abilene | TX |
| 379. | **1313** | Nashua | NH |
| 380. | **1314** | New Brunswick | NJ |
| 381. | **1328** | Las Vegas | NV |
| 382. | **1333** | Poughkeepsie | NY |
| 383. | **1337** | Plano | TX |
| 384. | **1354** | Willow Grove | PA |
| 385. | **1364** | Lake Grove | NY |
| 386. | **1365** | Miami | FL |
| 387. | **1367** | Waco | TX |
| 388. | **1386** | Goodlettsville | TN |
| 389. | **1387** | Amarillo | TX |
| 390. | **1404** | Massapequa | NY |
| 391. | **1434** | Wayne | NJ |
| 392. | **1447** | Fort Worth | TX |
| 393. | **1463** | S Burlington | VT |
| 394. | **1475** | Durham | NC |
| 395. | **1494** | Moorestown | NJ |
| 396. | **1495** | Ft Myers | FL |
| 397. | **1570** | Schaumburg | IL |
| 398. | **1585** | Tallahassee | FL |
| 399. | **1590** | Saginaw | MI |
| 400. | **1614** | Livingston | NJ |

| 401. | **1624** | Staten Island | NY |
|---|---|---|---|
| 402. | **1634** | Baltimore | MD |
| 403. | **1640** | Fairview Heights | IL |
| 404. | **1644** | Lancaster | PA |
| 405. | **1650** | Merrillville | IN |
| 406. | **1674** | White Plains | NY |
| 407. | **1684** | Woodbridge | NJ |
| 408. | **1714** | Greensburg | PA |
| 409. | **1722** | Bloomington | MN |
| 410. | **1745** | Tampa | FL |
| 411. | **1748** | Montclair | CA |
| 412. | **1754** | Gaithersburg | MD |
| 413. | **1760** | Novi | MI |
| 414. | **1773** | Salisbury | MD |
| 415. | **1775** | Pembroke Pines | FL |
| 416. | **1788** | Richmond | CA |
| 417. | **1798** | Glendale | AZ |
| 418. | **1800** | Mishawaka | IN |
| 419. | **1804** | Barboursville | WV |
| 420. | **1810** | Cincinnati | OH |
| 421. | **1822** | Cape Girardeau | MO |
| 422. | **1834** | North Wales | PA |
| 423. | **1838** | Burbank | CA |
| 424. | **1853** | Wilmington | DE |
| 425. | **1868** | Moreno Valley | CA |
| 426. | **1894** | Rochester | NY |
| 427. | **1968** | Palm Desert | CA |
| 428. | **1974** | Roanoke | VA |
| 429. | **1984** | Buffalo | NY |
| 430. | **2010** | Mansfield | OH |
| 431. | **2023** | Concord | NH |
| 432. | **2049** | Everett | WA |
| 433. | **2059** | Tracy | CA |
| 434. | **2092** | Appleton | WI |
| 435. | **2114** | Washington | PA |
| 436. | **2126** | Hot Springs | AR |
| 437. | **2145** | Pt Charlotte | FL |
| 438. | **2191** | Lincoln | NE |
| 439. | **2203** | Brunswick | ME |
| 440. | **2215** | Key West | FL |
| 441. | **2218** | Prescott | AZ |
| 442. | **2232** | Madison | WI |
| 443. | **2288** | Antioch | CA |
| 444. | **2373** | N Dartmouth | MA |
| 445. | **2390** | Springfield | OH |

| | | | |
|---|---|---|---|
| 446. | **2422** | Sioux City | IA |
| 447. | **2435** | Charlottesville | VA |
| 448. | **2487** | Killeen | TX |
| 449. | **2494** | Altoona | PA |
| 450. | **2505** | Gainesville | GA |
| 451. | **2515** | Hickory | NC |
| 452. | **2597** | Farmington | NM |
| 453. | **2664** | Frederick | MD |
| 454. | **2694** | Fredericksburg | VA |
| 455. | **2755** | Jacksonville | NC |
| 456. | **2774** | Cumberland | MD |
| 457. | **2845** | Athens | GA |
| 458. | **2885** | Port Richey | FL |
| 459. | **2990** | Rockford | IL |
| 460. | **3071** | Toms River | NJ |
| 461. | **3074** | Miami | FL |
| 462. | **3088** | Kenosha | WI |
| 463. | **3127** | Temple City | CA |
| 464. | **3131** | Frederick | MD |
| 465. | **3147** | Kingsport | TN |
| 466. | **3174** | Stockton | CA |
| 467. | **3175** | Hooksett | NH |
| 468. | **3235** | West Covina | CA |
| 469. | **3256** | Baltimore | MD |
| 470. | **3288** | Billerica | MA |
| 471. | **3368** | Redlands | CA |
| 472. | **3433** | Holyoke | MA |
| 473. | **3438** | Avenel | NJ |
| 474. | **3471** | Chesapeake | VA |
| 475. | **3486** | Somerville | MA |
| 476. | **3667** | Raleigh | NC |
| 477. | **3699** | Apple Valley | VA |
| 478. | **3722** | Burlington | WA |
| 479. | **3785** | Tabb | VA |
| 480. | **3834** | Burbank | CA |
| 481. | **3862** | Bohemia | NY |
| 482. | **4047** | Costa Mesa | CA |
| 483. | **4147** | Spokane | WA |
| 484. | **4214** | Des Plaines | IL |
| 485. | **4351** | Rochester | MN |
| 486. | **4371** | Santa Maria | CA |
| 487. | **4810** | Metairie | LA |
| 488. | **4996** | Tucson | AZ |
| 489. | **7065** | Horseheads | NY |
| 490. | **7293** | Clifton Heights | PA |

| 491. | **7725** | Rehoboth Beach   | DE |
|------|----------|------------------|----|
| 492. | **9328** | Long Beach       | CA |
| 493. | **9413** | West Orange      | NJ |
| 494. | **9414** | Yorktown Heights | NY |
| 495. | **9420** | Bronx            | NY |
| 496. | **9520** | Gulfport         | MS |
| 497. | **1007** | Brandon          | FL |
| 498. | **1013** | Glen Burnie      | MD |
| 499. | **1053** | Saugus           | MA |
| 500. | **1139** | Tukwila          | WA |
| 501. | **1171** | Springfield      | MO |
| 502. | **1212** | North Riverside  | IL |
| 503. | **1213** | Auburn           | MA |
| 504. | **1478** | San Bruno        | CA |
| 505. | **1654** | Media            | PA |