# Exhibit 28

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT COMMUNICATION
WEIL DRAFT 1/14/19

**Proposed Final Ask from Restructuring Committee/Subcommittee to ESL**

1. **ADMINISTRATIVE CLAIM ISSUES**

   **OPTION A**

   ESL PAYS Transfer Taxes: Estimated $19MM
   ESL PAYS Mechanics Lien: Estimated $4MM
   No Expense Reimbursement of $30MM for ESL
   Two NY leases (Astor Place and Penn Plaza) to be sold to Seller Designees at Closing (Money for benefit of Estates)
   Buena Park, CA Lease to be sold to Seller Designee at Closing (Money for benefit of Estates)
   Leave CC Tort Claim with the Estates
   ESL PAYS $50MM Cash (from Borrowing under Newco ABL)
   $13MM Hurricane Insurance Proceeds is left with the Estates
   No purchase price reduction for any of these items

   **OPTION B**

   In lieu of the list above

   ESL Issues Administrative Claim Backstop to the Estates

   **OPTION C**

   In lieu of the list above

   ESL Pays $225MM (Cash) to the Estates at Closing

2. **CREDIT BID AND RELEASE ISSUES**

   ESL will bid 100% of all 2L claims against the Debtors as a credit bid
   ESL will waive all remaining claims against the Debtors, including all 507(b) claims, upon closing
   $35MM contribution previously proposed by ESL will be reserved for distribution to prepetition general unsecured creditors of the Estates
   ESL and its related parties (i.e., not Seritage or Lands End) will receive a release for all claims related to credit bidding debt party claims against that the Debtors (i.e., so that ESL and others may credit bid).
   ESL will not receive any further release as part of the sale.

3. **APA ISSUES**

HIGHLY CONFIDENTIAL

SEARS_UCC00306411
JX 036-1

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT COMMUNICATION
WEIL DRAFT 1/14/19

Satisfactory resolution of the issues in the Material Issues List provided by Weil to ESL on or about 4pm on January 14, 2019

HIGHLY CONFIDENTIAL

SEARS_UCC00306412

**JX 036-2**