# Exhibit 31

# *EXHIBIT A*

JX 039-1



## WILLIAM L. TRANSIER

bill@transieradvisors.com   Mobile: 713-201-6100

Executive with extensive management and board leadership experience:
- **Independent director** for almost three decades including roles as executive and non-executive chairman, lead director, audit and compensation committee's chairman, and special committees of independent directors.
- Extensive **restructuring experience** involving complex international capital structures with both public and private companies.
- **Co-founder**, *Chairman and CEO* of Endeavour, an international upstream energy company, a NYSE and LSE-listed international oil and gas company
- *Chief Financial Officer* of Ocean Energy, a NYSE-listed international oil and gas company
- KPMG International Auditing and Consulting; *Partner* and *Global Energy Industry Leader* with over twenty years of experience

### EXPERIENCE

**Transier Advisors, LLC (2015 to present)**
Founder and Chief Executive Officer
Dallas, Texas
http://transieradvisors.com

An independent advisory firm providing operational improvement, turnaround, restructuring and executive leadership services. Recent restructurings where Mr. Transier has served as an independent board member have included Sears Holdings Corporation, Westinghouse Electric Company, LLC, Waypoint Leasing Holdings, Ltd., Gastar Exploration Inc., Stonegate Production, LLC, Paragon Offshore PLC, CHC Group Ltd., The Brock Group, Inc., Country Fresh Acquisition Corp., and S-Evergreen Holding Company

**Endeavour International Corporation (2004 to 2015)**
Co-Founder, Chairman of the Board, Chief Executive Officer and President
Houston, Texas; Denver, Colorado; Aberdeen, Scotland and London, England

An international oil and gas exploration and production company with dual listings on the New York and London stock exchanges. The Company's strategy was to pursue mature petroleum systems through the development of green field, brownfield and stranded reserves. The original geographic focus was the North Sea and later expanded into two different unconventional plays in North America. The Company grew from a start-up into an

**JX 039-2**

integrated exploration and development company with production of approximately 20,000/boepd and an enterprise value of $1.6 billion in 2014. Endeavour was recognized as a successful exploration and development company that identified, explored for and developed new oil and gas fields in the North Sea that remain in production today.

**Ocean Energy, Inc. (1996 to 2003)**
Executive Vice President and Chief Financial Officer
Houston, Texas

An international upstream energy company that transformed itself into a focused and successful exploration and development company operating in the offshore and deep waters of the Gulf of Mexico, West Africa and Brazil. Enterprise value grew through a series of mergers, acquisitions and divestitures from approximately $500 million to $5.3 billion in less than seven years.

Transier was responsible for the Company's financial strategy that achieved investment grade status from the credit rating agencies. He was also directed the Company's business development activities, which included multiple mergers and acquisitions transactions. The Company's transformation eventually led to the successful merger with Devon Energy in 2003.

**KPMG LLP (1976 to 1996)**
Partner
Houston, Texas

Transier was a partner and leader of the Firm's global energy practice. In 1986, he was the lead partner overseeing the restructuring of Panhandle Pipeline Corporation resulting in the spinoff and recapitalization of Anadarko Petroleum Corporation. In 1991, he started the Firm's office in Moscow.

## BOARD LEADERSHIP

*Current Corporate Boards*

**Helix Energy Solutions Group, Inc.** (Offshore well intervention and specialized robotics since 2000)
Non-Executive Chairman of Board since July 2017
Former Lead Independent Director
Former Chairman and current member of Audit Committee
Former Chairman of Compensation Committee

**Sears Holding Corporation** (Retail general consumer goods since 2018)
Restructuring Committee and Subcommittee of Restructuring Committee member

**Stonegate Production Company, LLC** (Upstream oil and gas since 2016)
Sole independent director for private equity backed upstream company

**Westinghouse Electric Company, LLC** (Nuclear technology and services since 2018)
Chairman of Audit Committee

**Waypoint Leasing Holdings, LTD** (Helicopter leasing company since 2018)
Sole independent director, Chairman of Compensation Committee

**JX 039-3**

**Country Fresh Acquisition Corp** (a leading provider of fresh-cut fruit, apple slices, vegetable and snacking solutions in a variety of blends, sizes, and packaging options since 2019), Sole independent director

**S-Evergreen Holding Company** (the holding company for the Savers/Value Village family of thrift companies since 2019), Independent director

*Past Corporate Boards*

**Gastar Exploration Inc.** (Upstream oil and gas company) Audit and Reserve Committee member
**Westinghouse Electric Company, LLC** (Nuclear technology and services)
Chairman of Audit Committee and Compensation Committees, Member of the Special Committee of Board
**The Brock Group, Inc.** (Scaffolding, painting and insulation services for diverse industries)
Independent Director during out of court restructuring process.
**CHC Group, Ltd.** (Helicopter services) Member of Audit and Health, Safety and Environmental Committees
**Paragon Offshore PLC** (Offshore drilling) Chairman of Compensation Committee, Chairman of Finance and Risk Committee and member of Audit Committee
**Cal Dive International Corporation** (Offshore diving and marine contractor) Lead Independent Director, Chairman of Compensation Committee
**Reliant Energy, Inc.** (Wholesale and retail electric) Chairman of Audit and Compensation Committees and member of the Executive Committee
**Metals USA, Inc.** (Manufacturing specialty metals and components) Chairman of Audit Committee

*Past Non-Profit Boards*

**Child Advocates, Inc.** – Chairman
**Escape Family Resources** – Chairman
**Hobby Center for the Performing Arts** – Chairman
**Houston Ballet** – Vice Chairman
**Natural Gas Supply Association** – Chairman
**Texas Department of Information Resources (TDIR) and Texas Online Authority** – Chairman appointed by Governor Rick Perry

### EDUCATION

| | |
|---|---|
| 1998 | Regis University, Denver, Colorado<br>Master of Business Administration |
| 1991 | University of Pennsylvania's Wharton School of Business, Philadelphia, Pennsylvania<br>KPMG International Partners Program |
| 1976 | The University of Texas, Austin, Texas<br>Bachelor of Business Administration in Accounting |

### CERTIFICATIONS

Certified Public Accountant

### PERSONAL INTERESTS

Golf, hiking, travel, African photographic safaris and graduate studies in theology.

**JX 039-4**