# Exhibit 36

Page 36

1

2                  UNITED STATES BANKRUPTCY COURT

3                  SOUTHERN DISTRICT OF NEW YORK

4     --------------------------------X

5     In re:                        Chapter 11

6     SEARS HOLDINGS                 Case No:

7     CORPORATION, et al.,          18-23538 (RDD)

8                 Debtor.

9     --------------------------------X

10

11                  AUCTION PROCEEDING

12                  New York, New York

13                  January 15, 2019

14

15

16

17    Reported by:

18    MARY F. BOWMAN, RPR, CRR

19    JOB NO. 154062

20

21

22

23

24

25

JX 054-1

## Page 37

1
2
3
4                    January 15, 2019
5                    10:05 a.m.
6
7
8
9         Proceedings, held at the offices
10   of Weil, Gotshal & Manges, LLP, 767 Fifth
11   Avenue, New York, New York, before Mary F.
12   Bowman, a Registered Professional Reporter,
13   Certified Realtime Reporter, and Notary
14   Public of the State of New Jersey.
15
16
17
18
19
20
21
22
23
24
25

## Page 38

1
2             APPEARANCES (Speakers):
3
4    WEIL, GOTSHAL & MANGES
5    Attorneys for Debtors, and
6    Debtors-in-Possession:  Sears Holdings
7    Corporation, et al.,
8        767 Fifth Avenue
9        New York, New York 10153
10   BY: RAY SCHROCK, ESQ.
11
12   AKIN GUMP STRAUSS HAUER & FELD
13   Attorneys for Unsecured Creditors:
14       One Bryant Park
15       Bank of America Tower
16       New York, New York 10036
17   BY:  PHILIP DUBLIN, ESQ.
18
19   PAUL, WEISS, RIFKIND, WHARTON & GARRISON
20   Attorneys for the Subcommittee of the
21   Board of Sears Holdings
22       1285 Avenue of the Americas
23       New York, NY 10019
24   BY:  PAUL BASTA, ESQ.
25

## Page 39

1
2             APPEARANCES (Speakers):
3
4    CLEARY GOTTLIEB STEEN & HAMILTON
5    Attorneys for Defendants
6        One Liberty Plaza
7        New York, NY 10006
8    BY:  SEAN O'NEAL, ESQ.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 40

1             Proceedings - 1/15/19
2         MR. SCHROCK:  Let's go back on
3    the record.  It is January 15, 2019 at
4    approximately 10:05 a.m.
5         First of all, thank you to
6    everyone for your patience and working
7    with the debtors yesterday.  There has
8    been a significant amount of
9    back-and-forth between ESL, as well as
10   with the debtors and their consultation
11   parties.  And we decided late last
12   night to allow ESL overnight to put
13   together a response to the proposal
14   from the debtors, and at this time, we
15   will have them put that proposal on the
16   record, after which time we are going
17   to take a break, go discuss it with the
18   restructuring committee and the
19   consultation parties.
20        We will go back on the record
21   with the debtors' decision as to
22   whether or not the offer is higher or
23   better or a successful bid, a/k/a
24   successful bid, and from that, we will
25   make a decision about whether or not

**JX 054-2**

Page 41

1        Proceedings - 1/15/19
2    the auction will remain open or we will
3    close the action at that time.
4        Just a quick reminder, of course
5    the auction, as long as the auction
6    remains open, everyone remains bound by
7    the auction rules, especially the
8    duties of confidentiality that are
9    contained in the auction rules.
10        But thanks for your patience.
11   Shun.
12        MR. O'NEAL:  Good morning.  Sean
13   O'Neal, Cleary Gottlieb, on behalf of
14   ESL.
15        I do want to put some things on
16   the record because this is no ordinary
17   moment.  It's not an ordinary auction.
18   Really the fate of an American icon and
19   the fate of 45,000 employees hangs in
20   the balance.
21        Since December 28, ESL has
22   improved its bid, improved its offer in
23   response to an ever-increasing list of
24   demands.
25        Over the past few weeks, the

Page 42

1        Proceedings - 1/15/19
2    debtors have been singularly focused on
3    one thing, which is requiring ESL to
4    guarantee that the debtors will not
5    become administratively insolvent,
6    without acknowledging that their own
7    liquidation analysis, their own
8    alternatives would also lead to
9    administrative insolvency.
10        On January 7, when we had our
11   chambers conference, the alleged
12   administrative claims gap was
13   approximately 77 million.  It's on that
14   basis that ESL deposited 120 million
15   dollars.  Of that amount, approximately
16   17.9 million was described as
17   nonrefundable.
18        After the wire hit, the demands
19   grew, and as of last night, the alleged
20   gap in administrative expense claims
21   was at least 225 million.
22        As we have told the debtors --
23   and none of the things that I'm saying
24   will be news to the debtors or the
25   subcommittee -- as we have told them,

Page 43

1        Proceedings - 1/15/19
2    that we believe their purported
3    concerns about administrative
4    insolvency are belied by their own
5    analysis, their own liquidation
6    analysis, which ignores the statutory
7    priorities that recall ESL's adequate
8    protection super priority claims, as
9    well as the adequate protection super
10   priority claims of all second lien
11   lenders to be senior to all general
12   administrative claims.
13        In fact, by our read, the
14   debtors' liquidation analysis shows
15   that the proposed liquidation will
16   render them administratively insolvent.
17   They cannot pay ESL for Cyrus' adequate
18   protection claims.  They can only
19   purport to pay general administrative
20   claims by subordinating the second
21   lienholder adequate protection claims.
22        I will not belabor the point, but
23   we have certainly relayed it to the
24   debtors.  But we do feel compelled to
25   put that on the record today.

Page 44

1        Proceedings - 1/15/19
2        Now, at the beginning of the
3    auction, we described the ESL bid which
4    included numerous improvements focusing
5    on conditionality and employee-related
6    issues.
7        We were here on Friday, we were
8    here on Saturday, we were here on
9    Sunday.  We always had our principals
10   available, every moment.  And
11   yesterday, we had one of our lead
12   principals here all day until the early
13   morning hours.
14        During the day, from 8 a.m. until
15   well past midnight, we met with the
16   debtors extensively and their
17   professionals extensively.  We debated
18   and we argued and we fought, but we
19   also try to get to a deal, ESL tried to
20   get to a deal.
21        Last night, we received an
22   extraordinary fill or kill offer from
23   the debtors, including the
24   subcommittee.  I say extraordinary
25   because it simply cannot be accepted.

Page 45

Proceedings - 1/15/19

1
2   It was not an offer that could be
3   accepted. I will not take time to
4   describe that offer.
5       Nonetheless, in the interest of
6   trying to move things forward, ESL has
7   improved its bid and I will now
8   describe those modifications.
9       In response to concerns about
10  conditionality, we have made a number
11  of revisions and we made these
12  revisions late into the night.
13      Number one, we removed the
14  condition precedent requiring an
15  amendment to the Seritage master lease.
16      Number two, we have modified the
17  closing conditions relating to the
18  delivery of inventory and receivables
19  to make it easier for the debtors to
20  satisfy.
21      Number three, we provided the
22  estate with the benefit of any
23  inventory and receivables in excess of
24  amounts required to satisfy closing
25  conditions.

Page 46

Proceedings - 1/15/19

1
2       Number four, subject to lender
3   approval, we removed the marketing
4   period requirement and eased the
5   required information delivery
6   obligations for marketing the buyer's
7   financing.
8       Number five, we accelerated the
9   timing of assumed payment obligations
10  so, for example, the buyer would
11  reimburse severance as paid on the
12  current projected timeline when due.
13  The buyer will pay assumed
14  liabilities -- I am sorry, would pay
15  assumed payables when due and buyer
16  would pay 503(b)(9) obligations on the
17  earlier of 120 days after the closing
18  and plan confirmation.
19      Next, we removed the requirement
20  that holders of protection agreements
21  affirm their agreements before the
22  buyer will assume those obligations.
23      And finally, we extended the
24  obligation to continue compensation and
25  benefits through the fiscal year ending

Page 47

Proceedings - 1/15/19

1
2   2020.
3       In addition, we, on an economic
4   perspective, we improved the bid by 50
5   million dollars. We have eliminated
6   the 30 million dollar expense
7   reimbursement, and we have agreed not
8   to reduce the purchase price despite
9   the fact that the assets included in
10  the December 7 list that was provided
11  to us had 20 million in assets that had
12  already been sold and cannot be
13  transferred to NewCo.
14      Now, we have a copy of the APA
15  reflecting these improvements which we
16  will mark as an exhibit for the auction
17  proceedings.
18      (Exhibit A, document entitled
19  "Asset Purchase Agreement By and Among
20  Transform HoldCo LLC, Sears Holdings
21  Corporation, and its Subsidiary Parties
22  Hereto" marked for identification, as
23  of this date.)
24      MR. O'NEAL: Now, we hope that
25  Sears will accept this offer. We hope

Page 48

Proceedings - 1/15/19

1
2   that the debtors will accept this
3   offer.
4       We believe this is a pivotal
5   moment in the life of Sears. The
6   company and the board have the
7   opportunity to accept a compelling bid
8   that provides for more than 1.5 billion
9   in value in excess of the liquidation
10  analysis.
11      We believe that liquidation will
12  result only in less value to the
13  stakeholders. The experience of the
14  debtors in this auction process, as
15  well as virtually every single other
16  retail bankruptcy, make it abundantly
17  clear that liquidation results in lower
18  recoveries.
19      Here, the debtors are faced with
20  a going concern bid that pays in full
21  all senior creditors and provides some
22  value for unsecured creditors,
23  including through continued employment,
24  continued vendor relationships, and
25  continued customer relationships, and

JX 054-4

Page 49

Proceedings - 1/15/19

1
2 an opportunity for recoveries to other
3 unsecured creditors.
4         As we have told to the debtors,
5 to the extent that our offer is not
6 rejected -- or is not accepted, to the
7 extent that our offer is not accepted,
8 we will have no choice but to seek
9 redress.
10        That is all we have to say.
11 Thank you very much.
12        MR. SCHROCK: Ray Schrock for
13 Weil, for the debtors.
14        Thank you, Sean. We will review
15 the proposal and go through the steps
16 that I discussed before you went on the
17 record and we will respond more fully,
18 I'm sure at that time.
19        But in the meantime, you can
20 certainly take for the record that the
21 debtors disagree with much of what you
22 said about the actions of this process.
23        Thank you. We are adjourned.
24        (Recess)
25        MR. SCHROCK: Back on the record.

Page 50

Proceedings - 1/15/19

1
2         Good afternoon. Again, Ray
3 Schrock, Weil Gotshal on behalf of the
4 debtors, attorneys for Sears.
5         It is January 15, approximately
6 1:12 p.m. And I'm here to announce the
7 status of ESL's bid.
8         First, just a quick reminder
9 about the debtor's corporate governance
10 structure. The role of the
11 restructuring committee is to review
12 affiliate transactions, among other
13 items. The subcommittee is or the
14 restructuring committee is handling all
15 issues associated with credit bidding.
16        So with this announcement, I'm
17 going to ask Paul Basta on behalf of
18 the restructuring subcommittee to come
19 up here, and if the official committee
20 of unsecured creditors or other
21 consultation parties want to speak,
22 they are certainly free to do so.
23        At this time, unfortunately,
24 after consulting with the consultation
25 parties, the restructuring committee

Page 51

Proceedings - 1/15/19

1
2 has determined that the ESL bid is not
3 executable and is not otherwise higher
4 or better when compared to the
5 company's alternatives.
6         There are a number of significant
7 problems that the company has with the
8 ESL bid and we have tried, and I want
9 to say, so very hard to get there with
10 this deal. Everything depends on it.
11        This committee is put, you know,
12 in a very difficult position, one that
13 it accepts, to have to evaluate the
14 alternatives between a wind-down and
15 what's best for the stakeholders and a
16 going concern and we have been twisting
17 and turning and trying to find a way to
18 get the ESL bid done.
19        But when you have a negotiating
20 party that is buying all of the assets
21 and trying to ensure that you have
22 enough cash to get to the closing and,
23 you know, get past the close, it's an
24 extraordinarily difficult exercise.
25 And I think for both sides in fairness.

Page 52

Proceedings - 1/15/19

1
2         But when we run the company's
3 numbers and we are talking about a
4 closing that would occur as quickly as
5 February 8, there is simply not enough
6 cash to get to the closing. OK. We --
7 even if we wanted to accept the
8 transaction, there is not enough cash
9 to get to the closing. We're roughly,
10 at least 150 million dollars short.
11        There has been a lot of talk and
12 some hyperbole on the record about
13 goal-post moving. This is a
14 multi-billion dollar corporation. We
15 are talking about buying all of the
16 assets and then leaving the company
17 with basically a going concern, but
18 everything is gone and then to have the
19 estate be able to wind up
20 professionally, you know, allow the
21 parties and the stakeholders to have
22 what they have and get a plan
23 confirmed -- there is always going to
24 be movement on administrative claims in
25 a company of this size. But when we

Proceedings - 1/15/19

are talking about moving 20 million, 30
million dollars for a company with
billions of dollars in sales, things
change day to day.  So we are doing the
very best we can, but I'm proud of the
work that financial professionals and
the legal professionals have done
representing the committee.

On the financing front, I would
just note that we still think that even
though ESL has said their obligation or
their APA are not subject to financing,
there is conditioned obligations
related to the financing.  And the
ability to get the senior financing
closed, it is -- on NewCo, it is not
certain.  OK.  And that's a risk that
effectively the company was being asked
to bear.

The aggregate proceeds under
ESL's ABL financing were limited to 850
million.  We are trying to find a way
to manage-down to that number because
the company's projections showed it

Proceedings - 1/15/19

would be a much larger number.  And
there is some complicated calculations
that I won't go into.

I think the parties are working
very hard to try and get there but,
frankly, that risk and asking the
company to bear that risk to close, it
was not something that we felt was fair
or in the company's best interest to
take that risk.

The company's other major junior
DIP financing partner, Cyrus, I believe
was going to take up to 230 million of
the junior DIP and roll it.  We never
heard if it was officially 230, but I
will accept, you know, based on
conversations with counsel -- and I'm
getting a thumb's up for the record
from Cyrus that they would, in fact,
get to the 230 -- that still left us
with 120 of the junior DIP we were
going to have to repay and those are
our projections that we would draw the
full junior DIP.

Proceedings - 1/15/19

Having to pay off that junior DIP
at close was certainly a major hurdle
that we just couldn't clear in trying
to accept the transaction.  It's not
something where we could just say
that's the estate's problem.

There has been a lot of
discussion about administrative
insolvency, insolvency, and certainly
it is something that, as professionals
and for the company to be able to pay
and when we filed the company in the
Second Circuit, you know, a major
consideration for the board was paying
severance for employees, and the Second
Circuit is one of those jurisdictions
where administrative claims, you know,
include severance and it's very unique,
unlike Toys-R-Us and other
jurisdictions where it becomes
prepetition claims, and so getting this
wind-down account, being able to take a
care of the employees no matter what
happened, it was a fundamental working

Proceedings - 1/15/19

premise for the advisors, for the board
in engaging in this exercise.

And so when you hear the
restructuring committee and the
professionals talk about administrative
solvency, we want to make sure that we
are taking care of the employees.  We
ant to make sure we are wrapping up the
case.  It is not about just confirming
a plan.

But we believe and continue to
believe that we have a path to do so
under the company's alternatives, and I
would note the company's other
alternatives are conservative in their
assumptions.  We will let the record
speak for itself on exactly how you
parse through that, but there is
certainly upside, we believe, in the
liquidation analysis and certainly
other alternatives that could be
pursued.

But unfortunately, ESL and the
debtors we have not been able to agree

JX 054-6

Page 57

Proceedings - 1/15/19
1 Proceedings - 1/15/19
2 on what it's going to take and be able
3 to keep the company on the right side
4 of administrative insolvency.
5 When we looked at the
6 consideration that was being provided
7 for unencumbered assets or -- as for
8 unencumbered assets, most of those
9 assets were being purchased by ESL for
10 relatively little consideration. The
11 debtors already have indications of
12 interest for several hundred million
13 dollars on those assets, but we were
14 willing to try to find a way to bridge
15 the gap there on this.
16 But when you couple that with
17 having a party that's buying basically
18 all of the assets and we are left in
19 administratively insolvent position, we
20 believe that there was insufficient
21 consideration for the unencumbered
22 assets.
23 On the assumption of
24 administrative liabilities, I think we
25 made a lot of progress over the last

Page 58

1 Proceedings - 1/15/19
2 several days, and I think the changes
3 that ESL made were extremely helpful on
4 503(b)(9) claims, as well as the
5 assumption of liabilities for accounts
6 payable.
7 I think that's just the law. I
8 think that's the way it had to work and
9 I don't think the court has
10 jurisdiction to change those terms. So
11 while I appreciate the ESL made those
12 changes, I don't think the court really
13 had the ability to modify those terms
14 otherwise.
15 I know that we have taken the 30
16 million dollar expense reimbursement
17 off the table for the record. We agree
18 with that -- that expense reimbursement
19 was being requested in contravention of
20 the global asset bidding procedures
21 order.
22 On the employee front, that was
23 one of the primary benefits we
24 considered with the ESL transaction, of
25 course, and the ability to keep

Page 59

1 Proceedings - 1/15/19
2 everyone employed. It was a very
3 significant consideration for the
4 restructuring committee.
5 The EPA has revised -- I think
6 Mr. O'Neal mentioned that it was going
7 to -- that the benefits on severance
8 had been extended through 2020. But I
9 think just to correct, and this might
10 have been an oversight in his comments,
11 that it's really through the fiscal
12 2020, so really through February --
13 January 31, 2020. So it is really just
14 was a month change at the end of the
15 day.
16 The transfer taxes were still
17 going to be reduced, reduce the
18 purchase price. The tax liabilities
19 were there. The credit bid and release
20 issues remained unresolved as we
21 approached the finish line here. And
22 overall, on the closing risk, we just
23 felt that, listen, this was -- there
24 was still a lot of risk in the
25 transaction. That risk was primarily

Page 60

1 Proceedings - 1/15/19
2 being borne by the estate for getting
3 to the closing and without recourse to
4 the remainder of the deposit.
5 I take serious issue with any
6 kind of suggestion that we are like
7 moving goal posts or otherwise doing
8 things to get ESL 17.9 million dollars.
9 Frankly, I can't think of another
10 situation where a group has done more
11 to try and make a bid work. But it is
12 especially difficult to try and do that
13 in a situation where you have got an
14 insider and chairman, when, you know,
15 we are facing the potential litigation
16 with that very party while trying to
17 evaluate the bid.
18 There was an issue around KCD
19 which is the party that owns the
20 intellectual property, Kenmore, Die
21 Hard. They have asserted
22 administrative claim. We were going to
23 try to manage through that, frankly,
24 through some very aggressive legal
25 strategies. That's a 100-plus-million

JX 054-7

Page 61

1       Proceedings - 1/15/19
2   dollar administrative claim.  It's not
3   an attempt to hold anyone up.  It is
4   just a reality.  Listen, we have got
5   administrative claims.  These are
6   super-priority claims, even if they
7   were to become a get debtor under the
8   cash management offer.
9       There is no waiver, even after
10  the purchase of all these assets, there
11  was not waiver of 507(b) claims and
12  other claims in the estate after
13  purchasing the assets.
14      So that we would be left with
15  very significant claims that I guess
16  would still threaten to take
17  recoveries.  We were hopeful we could
18  bridge the gap on that, but at the end
19  of the day those still remained on the
20  table and remained an issue for
21  everyone.
22      And then finally, I just want to
23  note that this is not an exhaustive
24  list of issues, and after Mr. Basta
25  speaks, after we go speak to the judge,

Page 62

1       Proceedings - 1/15/19
2   this is all highly confidential until
3   the record is closed.
4       But after we speak to the judge,
5   we will come back on the record, we
6   will let you know the next steps.  But
7   I want to stress that -- I can speak
8   personally that we have done everything
9   we can to try and make this work.
10      So Paul.
11      MR. BASTA:  Hello everybody, Paul
12  Basta from Paul Weiss.  We represent
13  the subcommittee of the board of Sears
14  Holdings.
15      The mandate of the subcommittee
16  is to investigate and prosecute estate
17  causes of action including causes of
18  action against ESL and its affiliates.
19      As Ray mentioned, the mandate
20  also includes the authority to approve
21  or disapprove of any ESL transaction
22  that involves releases or the right to
23  credit bid.
24      The subcommittee has taken its
25  job incredibly seriously, the

Page 63

1       Proceedings - 1/15/19
2   subcommittee received approximately 1.1
3   million documents from relevant
4   counterparties and we have also
5   received and reviewed confidential and
6   previously undisclosed evidence.
7       The restructuring committee
8   conducted on-the-record interviews with
9   the creditors committee with a key
10  players in this unfolding saga,
11  including Mr. Lampert of ESL.
12      The subcommittee has reached the
13  conclusion that substantial claims
14  exist against ESL and its affiliates,
15  as well as other defendants relating to
16  ESL's abuse of its control of the
17  debtors and the transfer of hundreds of
18  million of dollars of assets to ESL and
19  its affiliates for inadequate
20  consideration.  Those transfers hurt
21  Sears and its employees.
22      As a result of this conclusion,
23  we find ourselves in the unique
24  situation where the sole going concern
25  bidder for Sears is a party for which

Page 64

1       Proceedings - 1/15/19
2   there are substantial claims against
3   which there are substantial claims.
4       Under normal circumstances, this
5   would be the end of the inquiry.  A
6   defendant would not be permitted as a
7   matter of fairness or under Bankruptcy
8   Code jurisprudence from credit bidding
9   for assets until the claims against
10  that party were resolved or if there
11  was a cash backstop to the credit bid.
12      The restructuring committee would
13  not accept that outcome because it
14  believes in the reorganization purpose
15  of the Bankruptcy Code, it owes a
16  fiduciary duty to Sears, and it cares
17  about Sears and its employees.
18      Accordingly, the subcommittee
19  proposed solutions to ESL.  The
20  subcommittee proposed that ESL could
21  credit bid, receive a release of
22  equitable subordination and
23  recharacterization claims if it
24  proposed a better transaction.  And a
25  better transaction is a transaction

JX 054-8

Page 65

Proceedings - 1/15/19

1
2  that can close, that would not leave
3  the company administratively insolvent,
4  that would provide a better recovery
5  for creditors other than ESL, and that
6  provided some direct consideration for
7  the opportunity to credit bid and
8  release the equitable subordination and
9  recharacterization claims.
10      The subcommittee also proposed to
11  ESL that it could receive a broader
12  release if it paid consideration for
13  such broader release.
14      Unfortunately, the proposed ESL
15  transaction meets none of the legal
16  requirements and primarily benefits
17  ESL.
18      It is unfortunate and sad that
19  its clear from the earlier record that
20  ESL intends to pay a blame game and
21  blame the fiduciaries who are trying to
22  reach the right outcome here for the
23  outcome, and in that process, ESL has
24  made a number of misstatements on the
25  prior record that require correction.

Page 66

Proceedings - 1/15/19

1
2      ESL suggested that their bid is
3  viable and it can close.  Any benefits
4  of the ESL transaction are ephemeral
5  for the reasons that Ray articulated
6  and that the company does not have
7  sufficient cash to close the
8  transaction.  Administrative solvency
9  is a commitment by the company to pay
10  back those parties that provide goods
11  and services to the estate
12  post-petition, so it can conduct a
13  reorganization and get to the other
14  side.  ESL's bid leaves the company
15  admittedly administratively insolvent.
16      While ESL acknowledges that
17  infirmity in the bid, they suggest that
18  the company would be administratively
19  insolvent in a wind-down.  That is not
20  the analysis of the subcommittee or its
21  advisors, and it's predicated on the
22  threat of a significant administrative
23  claim to be asserted by ESL when this
24  company has engaged in bankruptcy and
25  incurred substantial losses for the

Page 67

Proceedings - 1/15/19

1
2  purpose of trying to enable a going
3  concern bid by ESL.
4      ESL is assuming substantial
5  administrative claims and it has
6  suggested to the subcommittee that
7  those assumptions of liabilities should
8  be given credit in connection with
9  allowing credit bidding or a release.
10      The analysis of the subcommittee
11  and its financial advisors is that
12  while ESL is, in fact, assuming
13  liabilities, the unencumbered assets
14  that they are receiving in exchange
15  have a value that is greater than the
16  liabilities that ESL is assuming.
17      Another misstatement is that ESL
18  actually negotiated with the
19  subcommittee.  That did not occur.  ESL
20  has known the subcommittee's position
21  regarding credit bidding and releases
22  since the January 4 hearing.  The
23  subcommittee and its professionals sat
24  in a conference room all day Friday
25  waiting to negotiate with ESL and that

Page 68

Proceedings - 1/15/19

1
2  never happened.
3      The subcommittee was told to
4  return on Sunday morning to negotiate
5  with ESL.  The subcommittee came back,
6  spent all day in a conference room here
7  at Weil, and there was never any
8  negotiation.
9      The subcommittee was told to
10  return on Monday, late in the day on
11  Monday, after it waited around all day.
12  It was asked to provide a take-it or
13  leave-it.  It didn't give a take-it or
14  leave-it.  It was asked to provide a
15  take-it or leave-it, so we provided it
16  and it was rejected.
17      We agree with ESL that this is a
18  sad day for Sears and its employees.
19  The subcommittee hoped that ESL would
20  have been in a position to propose a
21  viable transaction that could have
22  closed and that could have given the
23  opportunity to credit bid.
24      MR. DUBLIN:  Good afternoon, Phil
25  Dublin, Akin Gump for the committee.

JX 054-9

Page 69

Proceedings - 1/15/19

1    I'll be very brief.  In short the
2    committee agrees with the debtors'
3    conclusion that the ESL bid is not the
4    highest and best alternative available
5    for Sears and its stakeholders.
6        Among other things, not even
7    taking into account what we believe is
8    woefully inadequate consideration under
9    the ESL bid for the proposed releases
10   and the right to credit bid, the
11   committee believes that the ESL bid
12   will receive the debtors' estates
13   administratively insolvent.
14       It is not executable in the short
15   term or actionable for the long term
16   and contains significant
17   conditionality, including conditions
18   outside the debtors' control.
19       Essentially, ESL's bid evidences
20   a one-way option for ESL to push the
21   debtors' estates at great risk.
22       The committee believes the
23   debtors' wind-down waterfall, while
24   conservative, evidences that sufficient

Page 70

Proceedings - 1/15/19

1    value will be obtained from such
2    process to ensure the debtors' estates
3    are not rendered administratively
4    insolvent.
5        The committee disagrees with
6    ESL's assertions that ESL was misled by
7    the debtors as to the administrative
8    solvency shortfall and numbers
9    appropriately updated for a company of
10   this size.
11       Since the filing of these cases,
12   there can be no dispute that the
13   company has bent over backwards to
14   enable ESL to submit an executable,
15   going concern bid which it has
16   repeatedly failed to do.
17       The time and money spent by the
18   debtors in pursuing the go-forward
19   process since these cases were
20   commenced was done for ESL's and its
21   partners benefit.
22       Throughout the process, the
23   debtors continually made their
24   professionals and principals available

Page 71

Proceedings - 1/16/19

1    to meet with ESL, including through the
2    last week and through the weekend to
3    engage with ESL on it bid.
4        In short, the committee believes
5    that ESL's bid is not the highest and
6    best alternative available for these
7    estates and it is not actionable.
8        MR. SCHROCK:  So we are going to
9    adjourn the auction at this time.  The
10   record is not closed.  And we will let
11   you know when we are reconvening.
12       Thanks.
13       (Recess)
14       MR. SCHROCK:  Good morning.  It
15   is January 16 at 12:47 a.m.  Continuing
16   the Sears Holding Corporation auction.
17   Ray Schrock, Weil Gotshal.
18       So we have been in discussions
19   with ESL, as well as consultation
20   parties over the last several hours.
21   We have had one private chambers
22   conference with the Court and I believe
23   at this time, ESL wishes to put a
24   revised offer on to the auction record.

Page 72

Proceedings - 1/16/19

1        MR. O'NEAL:  Good morning.  Thank
2    you for being here and thank you for
3    all of the efforts that have been
4    occurring throughout the day.  It has
5    been a long day and a long night and it
6    has been a series of long days and a
7    series of long nights.
8        And we do have the ESL bid and it
9    is the final bid.  The terms that ESL
10   is offering under this bid -- which has
11   not yet been reduced to written form in
12   an APA but can be -- include the
13   following:  NewCo to assume the
14   entirety of the 350 million dollars and
15   the junior DIP.  This stands as an
16   increase in 120 million dollars in the
17   junior DIP that will be rolled over
18   into NewCo.
19       Second, NewCo to pay 19 million
20   dollars in transfer taxes.
21       Third, NewCo to assume 4 million
22   dollars in mechanics liens.
23       Fourth, NewCo to purchase the
24   cash and the store registers, estimated

Page 73

Proceedings - 1/16/19

1
2  to be approximately 17 million dollars.
3       Next -- and I would -- I should
4  note that this stands as total
5  additional value beyond this morning's
6  bid of 156 million dollars.
7       In addition, the debtors to
8  retain 13 million dollars in hurricane
9  insurance proceeds.
10      And then finally, NewCo to
11  acquire the proceeds from the sale of
12  SHIP to Service.Com, and in the
13  event such sale is not closed on January 22,
14  NewCo to acquire SHIP.
15      In addition, there have been
16  extensive discussions concerning a
17  release, and I will now describe the
18  terms of the release that ESL has
19  proposed.
20      For a 35 million dollar cash
21  payment at closing, ESL would be
22  permitted to credit bid all of its debt
23  claims that would be allowed and there
24  would be no collateral attack on any
25  conversion of the debt into NewCo

Page 74

Proceedings - 1/16/19

1
2  equity or any transactions that are
3  approved by the court.
4       ESL would retain its deficiency
5  in 507(b) claims subject to certain
6  limitations that I will describe below.
7       ESL to waive recovery on account
8  of Section 507(b) claims from the
9  proceeds of litigation related to
10  Seritage, Lands End or other
11  transactions involving intentional
12  misconduct by ESL.
13      And ESL's recovery on account of
14  507(b) claims from the proceeds of
15  other litigation would be capped at 50
16  million dollars, and participation
17  beyond that amount in any kind of
18  recoveries for litigation claims
19  outside of the Seritage, Lands End or
20  those involving an intentional
21  misconduct by ESL would be shared pro
22  rata with unsecured claims, and then
23  finally, ESL to not use section 507(b)
24  claims to block any confirmation of any
25  plan by Sears.  I think that reflects

Page 75

Proceedings - 1/16/19

1
2  the terms of our offer.  I appreciate
3  your time and consideration.  Thank
4  you.
5       MR. SCHROCK:  OK.  Thanks, Sean.
6       And at this time, we will have a
7  brief adjournment just for the
8  restructuring committee to consider the
9  proposal that has been made on the
10  record and we will come back on with
11  the restructuring committee's decision.
12      Thanks.  So we stand adjourned.
13      (Pause)
14      MR. SCHROCK:  Back on the record
15  for just a moment.  I should have added
16  "and will consult with the consultation
17  parties before coming back on record."
18      (Recess)
19      MR. SCHROCK:  Let's go back on
20  the record.  Ray Schrock of Weil
21  Gotshal & Manges.  It is January 16 at
22  2:20 a.m.  Thanks once again for
23  everybody's patience.  I think ESL
24  wishes to make one clarification and
25  then I'll retake the podium.

Page 76

Proceedings - 1/16/19

1
2       MR. O'NEAL:  Sure.  I've been
3  asked to make a clarification of one of
4  the bullets that was stated at the
5  prior session.  Mr. Basta has requested
6  this to reflect actually the intent.
7       And I'll just read the revised
8  language.  This is the fourth component
9  of the credit bid concept.
10      And what it says is that ESL to
11  waive recovery on account of 507(b)
12  claims and deficiency claims from the
13  proceeds of litigation related to
14  Seritage, Lands End or other
15  transactions involving intentional
16  misconduct by ESL.  We are simply
17  adding "and deficiency claims" to that
18  sentence.  Thank you.
19      MR. SCHROCK:  Thanks Sean.
20      So on behalf of the debtors and
21  particularly the restructuring
22  committee, having considered ESL's
23  revised proposal and the material
24  increase and consideration that has
25  been put on the table, after

JX 054-11

Proceedings - 1/16/19

1  deliberation, the restructuring
2  committee has decided to accept the ESL
3  offer as a higher or better offer,
4  subject to, importantly, documentation.
5  The documentation has not been
6  completed for any of this. I think
7  that the parties need to -- are going
8  to have to continue working on it and
9  will attempt to finish the
10 documentation as quickly as possible
11 during the day today.
12     For that reason, the auction will
13 remain open until completion of that
14 documentation and we can hopefully
15 submit it as part of the record.
16     I do want to note this is not an
17 easy decision for the restructuring
18 committee. We do appreciate all of the
19 parties and the consultation parties on
20 what they have been able to put on the
21 table.
22     In making this decision, we did
23 take into account the Court's direction
24 at the chambers conference today and

Proceedings - 1/16/19

1  trying to come up with a solution where
2  the debtors could attempt to maximize
3  value, preserve thousands of jobs, and
4  also eliminate risk of administrative
5  insolvency where possible.
6     The Court did direct in chambers
7  that this is not an 1129 plan, that
8  there is going to be -- and there will
9  be and there is a risk for the debtors
10 on administrative solvency with this
11 bid and it's not free from risk in
12 terms of getting to the closing for the
13 debtors.
14     Now, with all of those things
15 being said, we do believe that the bid
16 is higher or better and it is the best
17 course of action for the estates.
18     I'll let the official unsecured
19 creditors committee step up. I'm sure
20 they want to make a statement.
21     MR. DIZENGOFF: Thanks, Ray. Ira
22 Dizengoff, Akin, Gump, Strauss Hauer &
23 Feld on behalf of unsecured creditors
24 committee.

Proceedings - 1/16/19

1     Just so the record is clear, the
2  debtor did not -- did not consult with
3  the creditors committee before making
4  decision to accept this bid. The bid
5  was put on the record, the debtor
6  adjourned and had its board calls and
7  restructuring committee calls and did
8  not ask for the input of its creditors
9  about that bid and this then made
10 conclusion to accept the bid. Just so
11 we are clear on that.
12     We think the bid suffers from the
13 same deficiencies as previously
14 articulated, not material movement from
15 this afternoon. Our math suggests,
16 your own math, excuse me, suggests that
17 the administrative deficiency here is
18 somewhere between 90 million and 200
19 million dollars and that this estate
20 will be rendered administratively
21 insolvent.
22     In addition, Judge Drain made
23 pretty clear that the company should
24 discuss conditionality and execution

Proceedings - 1/16/19

1  risks. Those comments, whether the
2  debtors addressed that or not, we have
3  no idea because we haven't seen an
4  asset purchase agreement, but those
5  were issues that he made pretty clear
6  that should be addressed and should be
7  addressed to us. We haven't seen that
8  yet.
9     As to the release, there is no
10 clarity in our mind what the terms of
11 the release are. We think that there
12 is inadequate consideration for the
13 credit bid. Per Judge Drain's explicit
14 instruction, there was supposed to be
15 an analysis.
16     But the value of the credit bid
17 under the ESL scenario versus the
18 wind-down scenario, we have not seen
19 that. So we think that there is
20 inadequate consideration for that
21 credit bid.
22     Those are some of the highlights
23 of our concerns with this. We reserve
24 all our rights to object to this

Page 81

Proceedings - 1/16/19

1  proposal and the path forward and this
2  sale.  That is all I have to say.
3     MR. SCHROCK:  Again, Ray Schrock,
4  just briefly.
5     We were very aware of the
6  unsecured creditors committee's views
7  and we took those into account in
8  making a decision.  But we will let the
9  record stand for itself.  There is
10  going to be plenty of time if people
11  want to argue about this as we approach
12  the sale hearing, but we will keep the
13  auction adjourned at this time subject
14  to anyone else wanting -- everybody's
15  rights are reserved, just to be clear.
16  No rights, no rights lost.
17     Just very briefly.
18     MR. O'NEAL:  Thank you very much.
19  Sean O'Neal, Clearly Gottlieb Steen &
20  Hamilton on behalf of ESL.
21     I just wanted to confirm, as has
22  been discussed, that while we have
23  reached agreement on the key terms
24  described in the record, it does remain

Page 82

Proceedings - 1/16/19

1  subject to full documentation and to be
2  agreed among the parties and also it
3  needs to be confirmed by the NewCo
4  financing sources which have been very
5  much involved in our discussions and we
6  anticipate occurring promptly.
7     Thank you.
8     MR. SCHROCK:  With that, we will
9  stand adjourned.
10     (Time noted:  2:26 a.m.)

Page 83

Proceedings - 1/16/19

CERTIFICATE

1  I, MARY F. BOWMAN, a Registered
2  Professional Reporter, Certified
3  Realtime Reporter, and Notary Public do
4  hereby certify:
5     The foregoing is a true record of
6  the testimony given by in these
7  proceedings.
8     I further certify that I am not
9  related to any of the parties to this
10  action by blood or marriage and that I
11  am in no way interested in the outcome
12  of this matter.
13     In witness whereof, I have
14  hereunto set my hand this 16th day of
15  January, 2019.


_____

MARY F. BOWMAN, RPR, CRR

**A**

**a.m (6)**
37:6 40:4 44:14 71:16
75:22 82:11
**a/k/a (1)**
40:23
**ability (3)**
53:16 58:13,25
**ABL (1)**
53:22
**able (6)**
52:19 55:12,23 56:25
57:2 77:21
**abundantly (1)**
48:16
**abuse (1)**
63:16
**accelerated (1)**
46:8
**accept (10)**
47:25 48:2,7 52:7
54:17 55:5 64:13
77:3 79:5,11
**accepted (4)**
44:25 45:3 49:6,7
**accepts (1)**
51:13
**account (7)**
55:23 69:8 74:7,13
76:11 77:24 81:8
**accounts (1)**
58:5
**acknowledges (1)**
66:16
**acknowledging (1)**
42:6
**acquire (2)**
73:11,14
**action (5)**
41:3 62:17,18 78:18
83:14
**actionable (2)**
69:16 71:8
**actions (1)**
49:22
**added (1)**
75:15
**adding (1)**
76:17
**addition (4)**
47:3 73:7,15 79:23
**additional (1)**
73:5
**addressed (3)**
80:3,7,8
**adequate (4)**

43:7,9,17,21
**adjourn (1)**
71:10
**adjourned (5)**
49:23 75:12 79:7
81:14 82:10
**adjournment (1)**
75:7
**administrative (22)**
42:9,12,20 43:3,12,19
52:24 55:9,18 56:6
57:4,24 60:22 61:2
61:5 66:8,22 67:5
70:8 78:5,11 79:18
**administratively (9)**
42:5 43:16 57:19 65:3
66:15,18 69:14 70:4
79:21
**admittedly (1)**
66:15
**advisors (3)**
56:2 66:21 67:11
**affiliate (1)**
50:12
**affiliates (3)**
62:18 63:14,19
**affirm (1)**
46:21
**afternoon (3)**
50:2 68:24 79:16
**aggregate (1)**
53:21
**aggressive (1)**
60:24
**agree (3)**
56:25 58:17 68:17
**agreed (2)**
47:7 82:3
**agreement (3)**
47:19 80:5 81:24
**agreements (2)**
46:20,21
**agrees (1)**
69:3
**Akin (3)**
38:12 68:25 78:23
**al (2)**
36:7 38:7
**alleged (2)**
42:11,19
**allow (2)**
40:12 52:20
**allowed (1)**
73:23
**allowing (1)**
67:9

**alternative (2)**
69:5 71:7
**alternatives (6)**
42:8 51:5,14 56:14,16
56:22
**amendment (1)**
45:15
**America (1)**
38:15
**American (1)**
41:18
**Americas (1)**
38:22
**amount (3)**
40:8 42:15 74:17
**amounts (1)**
45:24
**analysis (9)**
42:7 43:5,6,14 48:10
56:21 66:20 67:10
80:16
**announce (1)**
50:6
**announcement (1)**
50:16
**ant (1)**
56:9
**anticipate (1)**
82:7
**APA (3)**
47:14 53:13 72:13
**APPEARANCES (2)**
38:2 39:2
**appreciate (3)**
58:11 75:2 77:19
**approach (1)**
81:12
**approached (1)**
59:21
**appropriately (1)**
70:10
**approval (1)**
46:3
**approve (1)**
62:20
**approved (1)**
74:3
**approximately (6)**
40:4 42:13,15 50:5
63:2 73:2
**argue (1)**
81:12
**argued (1)**
44:18
**articulated (2)**
66:5 79:15

**asked (4)**
53:19 68:12,14 76:3
**asking (1)**
54:7
**asserted (2)**
60:21 66:23
**assertions (1)**
70:7
**asset (3)**
47:19 58:20 80:5
**assets (15)**
47:9,11 51:20 52:16
57:7,8,9,13,18,22
61:10,13 63:18 64:9
67:13
**associated (1)**
50:15
**assume (3)**
46:22 72:14,22
**assumed (3)**
46:9,13,15
**assuming (3)**
67:4,12,16
**assumption (2)**
57:23 58:5
**assumptions (2)**
56:17 67:7
**attack (1)**
73:24
**attempt (3)**
61:3 77:10 78:3
**attorneys (5)**
38:5,13,20 39:5 50:4
**auction (15)**
36:11 41:2,5,5,7,9,17
44:3 47:16 48:14
71:10,17,25 77:13
81:14
**authority (1)**
62:20
**available (4)**
44:10 69:5 70:25 71:7
**Avenue (3)**
37:11 38:8,22
**aware (1)**
81:6

**B**

**back (10)**
40:2,20 49:25 62:5
66:10 68:5 75:10,14
75:17,19
**back-and-forth (1)**
40:9
**backstop (1)**
64:11

**backwards (1)**
70:14
**balance (1)**
41:20
**Bank (1)**
38:15
**bankruptcy (5)**
36:2 48:16 64:7,15
66:24
**based (1)**
54:17
**basically (2)**
52:17 57:17
**basis (1)**
42:14
**Basta (6)**
38:24 50:17 61:24
62:11,12 76:5
**bear (1)**
53:20 54:8
**beginning (1)**
44:2
**behalf (6)**
41:13 50:3,17 76:20
78:24 81:21
**belabor (1)**
43:22
**belied (1)**
43:4
**believe (11)**
43:2 48:4,11 54:13
56:12,13,20 57:20
69:8 71:23 78:16
**believes (4)**
64:14 69:12,23 71:5
**benefit (2)**
45:22 70:22
**benefits (5)**
46:25 58:23 59:7
65:16 66:3
**bent (1)**
70:14
**best (6)**
51:15 53:6 54:10 69:5
71:7 78:17
**better (7)**
40:23 51:4 64:24,25
65:4 77:4 78:17
**beyond (1)**
73:5 74:17
**bid (48)**
40:23,24 41:22 44:3
45:7 47:4 48:7,20
50:7 51:2,8,18
59:19 60:1,17
62:23 64:11,21 65:7

66:2,14,17 67:3
68:23 69:4,10,11,12
69:20 70:16 71:4,6
72:9,10,11 73:6,22
76:9 78:12,16 79:5
79:5,10,11,13 80:14
80:17,22
**bidder (1)**
63:25
**bidding (5)**
50:15 58:20 64:8 67:9
67:21
**billion (1)**
48:8
**billions (1)**
53:4
**blame (2)**
65:20,21
**block (1)**
74:24
**blood (1)**
83:14
**board (6)**
38:21 48:6 55:15 56:2
62:13 79:7
**borne (1)**
60:2
**bound (1)**
41:6
**Bowman (4)**
36:18 37:12 83:5,22
**break (1)**
40:17
**bridge (2)**
57:14 61:18
**brief (2)**
69:2 75:7
**briefly (2)**
81:5,18
**broader (2)**
65:11,13
**Bryant (1)**
38:14
**bullets (1)**
76:4
**buyer (4)**
46:10,13,15,22
**buyer's (1)**
46:6
**buying (3)**
51:20 52:15 57:17

---
**C**
---
**calculations (1)**
54:3
**calls (2)**

79:7,8
**capped (1)**
74:15
**care (2)**
55:24 56:8
**cares (1)**
64:16
**case (2)**
36:6 56:10
**cases (2)**
70:12,20
**cash (8)**
51:22 52:6,8 61:8
64:11 66:7 72:25
73:20
**causes (2)**
62:17,17
**certain (2)**
53:18 74:5
**certainly (7)**
43:23 49:20 50:22
55:3,10 56:20,21
**CERTIFICATE (1)**
83:3
**Certified (2)**
37:13 83:6
**certify (2)**
83:8,12
**chairman (1)**
60:14
**chambers (4)**
42:11 71:22 77:25
78:7
**change (3)**
53:5 58:10 59:14
**changes (2)**
58:2,12
**Chapter (1)**
36:5
**choice (1)**
49:8
**Circuit (2)**
55:14,17
**circumstances (1)**
64:4
**claim (3)**
60:22 61:2 66:23
**claims (34)**
42:12,20 43:8,10,12
43:18,20,21 52:24
55:18,22 58:4 61:5
61:6,11,12,15 63:13
64:2,3,9,23 65:9
67:5 73:23 74:5,8
74:14,18,22,24
76:12,12,17

**clarification (2)**
75:24 76:3
**clarity (1)**
80:11
**clear (8)**
48:17 55:4 65:19 79:2
79:12,24 80:6 81:16
**Clearly (1)**
81:20
**Cleary (2)**
39:4 41:13
**close (7)**
41:3 51:23 54:8 55:3
65:2 66:3,7
**closed (5)**
53:17 62:3 68:22
71:11 73:13
**closing (11)**
45:17,24 46:17 51:22
52:4,6,9 59:22 60:3
73:21 78:13
**Code (2)**
64:8,15
**collateral (1)**
73:24
**come (4)**
50:18 62:5 75:10 78:2
**coming (1)**
75:17
**commenced (1)**
70:21
**comments (2)**
59:10 80:2
**commitment (1)**
66:9
**committee (26)**
40:18 50:11,14,19,25
51:11 53:9 56:5
59:4 63:7,9 64:12
68:25 69:3,12,23
70:6 71:5 75:8
76:22 77:3,19 78:20
78:25 79:4,8
**committee's (2)**
75:11 81:7
**company (19)**
48:6 51:7 52:16,25
53:3,19 54:8 55:12
55:13 57:3 65:3
66:6,9,14,18,24
70:10,14 79:24
**company's (7)**
51:5 52:2 53:25 54:10
54:12 56:14,15
**compared (1)**
51:4

**compelled (1)**
43:24
**compelling (1)**
48:7
**compensation (1)**
46:24
**completed (1)**
77:7
**completion (1)**
77:14
**complicated (1)**
54:3
**component (1)**
76:8
**concept (1)**
76:9
**concern (6)**
48:20 51:16 52:17
63:24 67:3 70:16
**concerning (1)**
73:16
**concerns (3)**
43:3 45:9 80:24
**conclusion (2)**
63:13,22 69:4 79:11
**condition (1)**
45:14
**conditionality (4)**
44:5 45:10 69:18
79:25
**conditioned (1)**
53:14
**conditions (3)**
45:17,25 69:18
**conduct (1)**
66:12
**conducted (1)**
63:8
**conference (5)**
42:11 67:24 68:6
71:23 77:25
**confidential (2)**
62:2 63:5
**confidentiality (1)**
41:8
**confirm (1)**
81:22
**confirmation (2)**
46:18 74:24
**confirmed (2)**
52:23 82:4
**confirming (1)**
56:10
**connection (1)**
67:8
**conservative (2)**

56:16 69:25
**consider (1)**
75:8
**consideration (13)**
55:15 57:6,10,21 59:3
63:20 65:6,12 69:9
75:3 76:24 80:13,21
**considered (2)**
58:24 76:22
**consult (2)**
75:16 79:3
**consultation (7)**
40:10,19 50:21,24
71:20 75:16 77:20
**consulting (1)**
50:24
**contained (1)**
41:9
**contains (1)**
69:17
**continually (1)**
70:24
**continue (3)**
46:24 56:12 77:9
**continued (3)**
48:23,24,25
**Continuing (1)**
71:16
**contravention (1)**
58:19
**control (2)**
63:16 69:19
**conversations (1)**
54:18
**conversion (1)**
73:25
**copy (1)**
47:14
**corporate (1)**
50:9
**corporation (5)**
36:7 38:7 47:21 52:14
71:17
**correct (1)**
59:9
**correction (1)**
65:25
**counsel (1)**
54:18
**counterparties (1)**
63:4
**couple (1)**
57:16
**course (3)**
41:4 58:25 78:18
**court (6)**

36:2 58:9,12 71:23
74:3 78:7
**Court's (1)**
77:24
**credit (17)**
50:15 59:19 62:23
64:8,11,21 65:7
67:8,9,21 68:23
69:11 73:22 76:9
80:14,17,22
**creditors (12)**
38:13 48:21,22 49:3
50:20 63:9 65:5
78:20,24 79:4,9
81:7
**CRR (2)**
36:18 83:22
**current (1)**
46:12
**customer (1)**
48:25
**Cyrus (3)**
43:17 54:13,20

──────── D ────────

**date (1)**
47:23
**day (15)**
44:12,14 53:5,5 59:15
61:19 67:24 68:6,10
68:11,18 72:5,6
77:12 83:18
**days (3)**
46:17 58:2 72:7
**deal (3)**
44:19,20 51:10
**debated (1)**
44:17
**debt (2)**
73:22,25
**debtor (4)**
36:8 61:7 79:3,6
**debtor's (1)**
50:9
**debtors (39)**
38:5 40:7,10,14,21
42:2,4,22,24 43:14
43:24 44:16,23
45:19 48:2,14,19
49:4,13,21 50:4
56:25 57:11 63:17
69:3,13,19,22,24
70:3,8,19,24 73:7
76:20 78:3,10,14
80:3
**Debtors-in-Possessi...**

38:6
**December (2)**
41:21 47:10
**decided (2)**
40:11 77:3
**decision (7)**
40:21,25 75:11 77:18
77:23 79:5 81:9
**defendant (1)**
64:6
**defendants (2)**
39:5 63:15
**deficiencies (1)**
79:14
**deficiency (4)**
74:4 76:12,17 79:18
**deliberation (1)**
77:2
**delivery (2)**
45:18 46:5
**demands (2)**
41:24 42:18
**depends (1)**
51:10
**deposit (1)**
60:4
**deposited (1)**
42:14
**describe (4)**
45:4,8 73:17 74:6
**described (3)**
42:16 44:3 81:25
**despite (1)**
47:8
**determined (1)**
51:2
**Die (1)**
60:20
**difficult (3)**
51:12,24 60:12
**DIP (7)**
54:13,15,22,25 55:2
72:16,18
**direct (2)**
65:6 78:7
**direction (1)**
77:24
**disagree (1)**
49:21
**disagrees (1)**
70:6
**disapprove (1)**
62:21
**discuss (2)**
40:17 79:25
**discussed (2)**

49:16 81:23
**discussion (1)**
55:9
**discussions (3)**
71:19 73:16 82:6
**dispute (1)**
70:13
**DISTRICT (1)**
36:3
**Dizengoff (2)**
78:22,23
**document (1)**
47:18
**documentation (5)**
77:5,6,11,15 82:2
**documents (1)**
63:3
**doing (2)**
53:5 60:7
**dollar (5)**
47:6 52:14 58:16 61:2
73:20
**dollars (17)**
42:15 47:5 52:10 53:3
53:4 57:13 60:8
63:18 72:15,17,21
72:23 73:2,6,8
74:16 79:20
**Drain (1)**
79:23
**Drain's (1)**
80:14
**draw (1)**
54:24
**Dublin (3)**
38:17 68:24,25
**due (2)**
46:12,15
**duties (1)**
41:8
**duty (1)**
64:16

──────── E ────────

**earlier (2)**
46:17 65:19
**early (1)**
44:12
**eased (1)**
46:4
**easier (1)**
45:19
**easy (1)**
77:18
**economic (1)**
47:3

**effectively (1)**
53:19
**efforts (1)**
72:4
**eliminate (1)**
78:5
**eliminated (1)**
47:5
**employed (1)**
59:2
**employee (1)**
58:22
**employee-related (1)**
44:5
**employees (7)**
41:19 55:16,24 56:8
63:21 64:17 68:18
**employment (1)**
48:23
**enable (2)**
67:2 70:15
**engage (1)**
71:4
**engaged (1)**
66:24
**engaging (1)**
56:3
**ensure (2)**
51:21 70:3
**entirety (1)**
72:15
**entitled (1)**
47:18
**EPA (1)**
59:5
**ephemeral (1)**
66:4
**equitable (2)**
64:22 65:8
**equity (1)**
74:2
**ESL (72)**
40:9,12 41:14,21 42:3
42:14 43:17 44:3,19
45:6 51:2,8,18
53:12 56:24 57:9
58:3,11,24 60:8
62:18,21 63:11,14
63:18 64:19,20 65:5
65:11,14,17,20,23
66:2,4,16,23 67:3,4
67:12,16,17,19,25
68:5,17,19 69:4,10
69:12,21 70:7,15
71:2,4,20,24 72:9
72:10 73:18,21 74:4

74:7,12,21,23 75:23
76:10,16 77:3 80:18
81:21
**ESL's (11)**
43:7 50:7 53:22 63:16
66:14 69:20 70:7,21
71:6 74:13 76:22
**especially (2)**
41:7 60:12
**ESQ (4)**
38:10,17,24 39:8
**Essentially (1)**
69:20
**estate (7)**
45:22 52:19 60:2
61:12 62:16 66:11
79:20
**estate's (1)**
55:7
**estates (5)**
69:13,22 70:3 71:8
78:18
**estimated (1)**
72:25
**et (2)**
36:7 38:7
**evaluate (2)**
51:13 60:17
**event (1)**
73:12
**ever-increasing (1)**
41:23
**everybody (1)**
62:11
**everybody's (2)**
75:23 81:15
**evidence (1)**
63:6
**evidences (2)**
69:20,25
**exactly (1)**
56:18
**example (1)**
46:10
**excess (2)**
45:23 48:9
**exchange (1)**
67:14
**excuse (1)**
79:17
**executable (3)**
51:3 69:15 70:15
**execution (1)**
79:25
**exercise (2)**
51:24 56:3

**exhaustive (1)**
61:23
**exhibit (2)**
47:16,18
**exist (1)**
63:14
**expense (4)**
42:20 46:7 58:16,18
**experience (1)**
48:13
**explicit (1)**
80:14
**extended (2)**
46:23 59:8
**extensive (1)**
73:16
**extensively (1)**
44:16,17
**extent (2)**
49:5,7
**extraordinarily (1)**
51:24
**extraordinary (2)**
44:22,24
**extremely (1)**
58:3

**F**

**F (4)**
36:18 37:11 83:5,22
**faced (1)**
48:19
**facing (1)**
60:15
**fact (4)**
43:13 47:9 54:20
  67:12
**failed (1)**
70:17
**fair (1)**
54:9
**fairness (2)**
51:25 64:7
**fate (2)**
41:18,19
**February (2)**
52:5 59:12
**feel (1)**
43:24
**Feld (2)**
38:12 78:24
**felt (2)**
54:9 59:23
**fiduciaries (1)**
65:21
**fiduciary (1)**

64:16
**Fifth (2)**
37:10 38:8
**filed (1)**
55:13
**filing (1)**
70:12
**fill (1)**
44:22
**final (1)**
72:10
**finally (4)**
46:23 61:22 73:10
  74:23
**financial (2)**
53:7 67:11
**financing (8)**
46:7 53:10,13,15,16
  53:22 54:13 82:5
**find (4)**
51:17 53:23 57:14
  63:23
**finish (2)**
59:21 77:10
**First (2)**
40:5 50:8
**fiscal (2)**
46:25 59:11
**five (1)**
46:8
**focused (1)**
42:2
**focusing (1)**
44:4
**following (1)**
72:14
**foregoing (1)**
83:9
**form (1)**
72:12
**forward (2)**
45:6 81:2
**fought (1)**
44:18
**four (1)**
46:2
**fourth (2)**
72:24 76:8
**frankly (3)**
54:7 60:9,23
**free (2)**
50:22 78:12
**Friday (2)**
44:7 67:24
**front (2)**
53:10 58:22

**full (3)**
48:20 54:25 82:2
**fully (1)**
49:17
**fundamental (1)**
55:25
**further (1)**
83:12

**G**

**game (1)**
65:20
**gap (4)**
42:12,20 57:15 61:18
**GARRISON (1)**
38:19
**general (2)**
43:11,19
**getting (3)**
54:19 55:22 60:2
  78:13
**give (1)**
68:13
**given (3)**
67:8 68:22 83:10
**global (1)**
58:20
**go (7)**
40:2,17,20 49:15 54:4
  61:25 75:19
**go-forward (1)**
70:19
**goal (1)**
60:7
**goal-post (1)**
52:13
**going (19)**
40:16 48:20 50:17
  51:16 52:17,23
  54:14,23 57:2 59:6
  59:17 60:22 63:24
  67:2 70:16 71:9
  77:8 78:9 81:11
**Good (5)**
41:12 50:2 68:24
  71:15 72:2
**goods (1)**
66:10
**Gotshal (5)**
37:10 38:4 50:3 71:18
  75:21
**Gottlieb (3)**
39:4 41:13 81:20
**governance (1)**
50:9
**great (1)**

69:22
**greater (1)**
67:15
**grew (1)**
42:19
**group (1)**
60:10
**guarantee (1)**
42:4
**guess (1)**
61:15
**Gump (3)**
38:12 68:25 78:23

**H**

**Hamilton (2)**
39:4 81:21
**hand (1)**
83:18
**handling (1)**
50:14
**hangs (1)**
41:19
**happened (2)**
55:25 68:2
**hard (3)**
51:9 54:6 60:21
**Hauer (2)**
38:12 78:23
**hear (1)**
56:4
**heard (1)**
54:16
**hearing (2)**
67:22 81:13
**held (1)**
37:9
**Hello (1)**
62:11
**helpful (1)**
58:3
**Hereto (1)**
47:22
**hereunto (1)**
83:18
**higher (4)**
40:22 51:3 77:4 78:17
**highest (2)**
69:5 71:6
**highlights (1)**
80:23
**highly (1)**
62:2
**hit (1)**
42:18
**hold (1)**

61:3
**HoldCo (1)**
47:20
**holders (1)**
46:20
**Holding (1)**
71:17
**Holdings (5)**
36:8 38:6,21 47:20
  62:14
**hope (2)**
47:24,25
**hoped (1)**
68:19
**hopeful (1)**
61:17
**hopefully (1)**
77:15
**hours (2)**
44:13 71:21
**hundred (1)**
57:12
**hundreds (1)**
63:17
**hurdle (1)**
55:3
**hurricane (1)**
73:8
**hurt (1)**
63:20
**hyperbole (1)**
52:12

**I**

**icon (1)**
41:18
**idea (1)**
80:4
**identification (1)**
47:22
**ignores (1)**
43:6
**importantly (1)**
77:5
**improved (4)**
41:22,22 45:7 47:4
**improvements (2)**
44:4 47:15
**inadequate (4)**
63:19 69:9 80:13,21
**include (2)**
55:19 72:13
**included (2)**
44:4 47:9
**includes (1)**
62:20

**including (6)**
44:23 48:23 62:17
63:11 69:18 71:2
**increase (2)**
72:17 76:24
**incredibly (1)**
62:25
**incurred (1)**
66:25
**indications (1)**
57:11
**infirmity (1)**
66:17
**information (1)**
46:5
**input (1)**
79:9
**inquiry (1)**
64:5
**insider (1)**
60:14
**insolvency (6)**
42:9 43:4 55:10,10
57:4 78:6
**insolvent (9)**
42:5 43:16 57:19 65:3
66:15,19 69:14 70:5
79:22
**instruction (1)**
80:15
**insufficient (1)**
57:20
**insurance (1)**
73:9
**intellectual (1)**
60:20
**intends (1)**
65:20
**intent (1)**
76:6
**intentional (3)**
74:11,20 76:15
**interest (3)**
45:5 54:10 57:12
**interested (1)**
83:15
**interviews (1)**
63:8
**inventory (2)**
45:18,23
**investigate (1)**
62:16
**involved (1)**
82:6
**involves (1)**
62:22

**involving (3)**
74:11,20 76:15
**Ira (1)**
78:22
**issue (3)**
60:5,18 61:20
**issues (5)**
44:6 50:15 59:20
61:24 80:6
**items (1)**
50:13

**J**

**January (11)**
36:13 37:5 40:3 42:10
50:5 59:13 67:22
71:16 73:13 75:21
83:19
**Jersey (1)**
37:14
**job (2)**
36:19 62:25
**jobs (1)**
78:4
**judge (4)**
61:25 62:4 79:23
80:14
**junior (7)**
54:12,15,22,25 55:2
72:16,18
**jurisdiction (1)**
58:10
**jurisdictions (2)**
55:17,21
**jurisprudence (1)**
64:8

**K**

**KCD (1)**
60:18
**keep (3)**
57:3 58:25 81:13
**Kenmore (1)**
60:20
**key (2)**
63:9 81:24
**kill (1)**
44:22
**kind (2)**
60:6 74:17
**know (10)**
51:11,23 52:20 54:17
55:14,18 58:15
60:14 62:6 71:12
**known (1)**
67:20

**L**

**Lampert (1)**
63:11
**Lands (3)**
74:10,19 76:14
**language (1)**
76:8
**larger (1)**
54:2
**late (3)**
40:11 45:12 68:10
**law (1)**
58:7
**lead (2)**
42:8 44:11
**lease (1)**
45:15
**leave (1)**
65:2
**leave-it (3)**
68:13,14,15
**leaves (1)**
66:14
**leaving (1)**
52:16
**left (3)**
54:21 57:18 61:14
**legal (3)**
53:8 60:24 65:15
**lender (1)**
46:2
**lenders (1)**
43:11
**Let's (2)**
40:2 75:19
**liabilities (7)**
46:14 57:24 58:5
59:18 67:7,13,16
**Liberty (1)**
39:6
**lien (1)**
43:10
**lienholder (1)**
43:21
**liens (1)**
72:23
**life (1)**
48:5
**limitations (1)**
74:6
**limited (1)**
53:22
**line (1)**
59:21
**liquidation (8)**
42:7 43:5,14,15 48:9

48:11,17 56:21
**list (3)**
41:23 47:10 61:24
**listen (2)**
59:23 61:4
**litigation (5)**
60:15 74:9,15,18
76:13
**little (1)**
57:10
**LLC (1)**
47:20
**LLP (1)**
37:10
**long (6)**
41:5 69:16 72:6,6,7,8
**looked (1)**
57:5
**losses (1)**
66:25
**lost (1)**
81:17
**lot (4)**
52:11 55:8 57:25
59:24
**lower (1)**
48:17

**M**

**major (3)**
54:12 55:3,14
**making (3)**
77:23 79:4 81:9
**manage (1)**
60:23
**manage-down (1)**
53:24
**management (1)**
61:8
**mandate (2)**
62:15,19
**Manges (3)**
37:10 38:4 75:21
**mark (1)**
47:16
**marked (1)**
47:22
**marketing (2)**
46:3,6
**marriage (1)**
83:14
**Mary (4)**
36:18 37:11 83:5,22
**master (1)**
45:15
**material (2)**

76:23 79:15
**math (2)**
79:16,17
**matter (3)**
55:24 64:7 83:16
**maximize (1)**
78:3
**mechanics (1)**
72:23
**meet (1)**
71:2
**meets (1)**
65:15
**mentioned (2)**
59:6 62:19
**met (1)**
44:15
**midnight (1)**
44:15
**million (28)**
42:13,14,16,21 47:5,6
47:11 52:10 53:2,3
53:23 54:14 57:12
58:16 60:8 63:3,18
72:15,17,20,22 73:2
73:6,8,20 74:16
79:19,20
**mind (1)**
80:11
**misconduct (3)**
74:12,21 76:16
**misled (1)**
70:7
**misstatement (1)**
67:17
**misstatements (1)**
65:24
**modifications (1)**
45:8
**modified (1)**
45:16
**modify (1)**
58:13
**moment (4)**
41:17 44:10 48:5
75:15
**Monday (2)**
68:10,11
**money (1)**
70:18
**month (1)**
59:14
**morning (5)**
41:12 44:13 68:4
71:15 72:2
**morning's (1)**

JX 054-18

73:5
**move (1)**
45:6
**movement (2)**
52:24 79:15
**moving (3)**
52:13 53:2 60:7
**multi-billion (1)**
52:14

### N
**need (1)**
77:8
**needs (1)**
82:4
**negotiate (2)**
67:25 68:4
**negotiated (1)**
67:18
**negotiating (1)**
51:19
**negotiation (1)**
68:8
**never (3)**
54:15 68:2,7
**New (12)**
36:3,12,12 37:11,11
    37:14 38:9,9,16,16
    38:23 39:7
**NewCo (11)**
47:13 53:17 72:14,19
    72:20,22,24 73:10
    73:14,25 82:4
**news (1)**
42:24
**night (5)**
40:12 42:19 44:21
    45:12 72:6
**nights (1)**
72:8
**nonrefundable (1)**
42:17
**normal (1)**
64:4
**Notary (2)**
37:13 83:7
**note (5)**
53:11 56:15 61:23
    73:4 77:17
**noted (1)**
82:11
**number (10)**
45:10,13,16,21 46:2,8
    51:6 53:24 54:2
    65:24
**numbers (2)**

52:3 70:9
**numerous (1)**
44:4
**NY (2)**
38:23 39:7

### O
**O'Neal (9)**
39:8 41:12,13 47:24
    59:6 72:2 76:2
    81:19,20
**object (1)**
80:25
**obligation (2)**
46:24 53:12
**obligations (5)**
46:6,9,16,22 53:14
**obtained (1)**
70:2
**occur (2)**
52:4 67:19
**occurring (2)**
72:5 82:7
**offer (14)**
40:22 41:22 44:22
    45:2,4 47:25 48:3
    49:5,7 61:8 71:25
    75:2 77:4,4
**offering (1)**
72:11
**offices (1)**
37:9
**official (2)**
50:19 78:19
**officially (1)**
54:16
**OK (3)**
52:6 53:18 75:5
**on-the-record (1)**
63:8
**once (1)**
75:22
**one-way (1)**
69:21
**open (3)**
41:2,6 77:14
**opportunity (4)**
48:7 49:2 65:7 68:23
**option (1)**
69:21
**order (1)**
58:21
**ordinary (2)**
41:16,17
**outcome (4)**
64:13 65:22,23 83:15

**outside (2)**
69:19 74:19
**overall (1)**
59:22
**overnight (1)**
40:12
**oversight (1)**
59:10
**owes (1)**
64:15
**owns (1)**
60:19

### P
**p.m (1)**
50:6
**paid (2)**
46:11 65:12
**Park (1)**
38:14
**parse (1)**
56:19
**part (1)**
77:16
**participation (1)**
74:16
**particularly (1)**
76:21
**parties (15)**
40:11,19 47:21 50:21
    50:25 52:21 54:5
    66:10 71:21 75:17
    77:8,20,20 82:3
    83:13
**partner (1)**
54:13
**partners (1)**
70:22
**party (6)**
51:20 57:17 60:16,19
    63:25 64:10
**path (2)**
56:13 81:2
**patience (3)**
40:6 41:10 75:23
**Paul (6)**
38:19,24 50:17 62:10
    62:11,12
**Pause (1)**
75:13
**pay (10)**
43:17,19 46:13,14,16
    55:2,12 65:20 66:9
    72:20
**payable (1)**
58:6

**payables (1)**
46:15
**paying (1)**
55:15
**payment (2)**
46:9 73:21
**pays (1)**
48:20
**people (1)**
81:11
**period (1)**
46:4
**permitted (2)**
64:6 73:22
**personally (1)**
62:8
**perspective (1)**
47:4
**Phil (1)**
68:24
**PHILIP (1)**
38:17
**pivotal (1)**
48:4
**plan (5)**
46:18 52:22 56:11
    74:25 78:8
**players (1)**
63:10
**Plaza (1)**
39:6
**plenty (1)**
81:11
**podium (1)**
75:25
**point (1)**
43:22
**position (4)**
51:12 57:19 67:20
    68:20
**possible (2)**
77:11 78:6
**post-petition (1)**
66:12
**posts (1)**
60:7
**potential (1)**
60:15
**precedent (1)**
45:14
**predicated (1)**
66:21
**premise (1)**
56:2
**prepetition (1)**
55:22

**preserve (1)**
78:4
**pretty (2)**
79:24 80:6
**previously (2)**
63:6 79:14
**price (2)**
47:8 59:18
**primarily (2)**
59:25 65:16
**primary (1)**
58:23
**principals (3)**
44:9,12 70:25
**prior (1)**
65:25 76:5
**priorities (1)**
43:7
**priority (2)**
43:8,10
**private (1)**
71:22
**pro (1)**
74:21
**problem (1)**
55:7
**problems (1)**
51:7
**procedures (1)**
58:20
**PROCEEDING (1)**
36:11
**proceedings (47)**
37:9 40:1 41:1 42:1
    43:1 44:1 45:1 46:1
    47:1,17 48:1 49:1
    50:1 51:1 52:1 53:1
    54:1 55:1 56:1 57:1
    58:1 59:1 60:1 61:1
    62:1 63:1 64:1 65:1
    66:1 67:1 68:1 69:1
    70:1 71:1 72:1 73:1
    74:1 75:1 76:1 77:1
    78:1 79:1 80:1 81:1
    82:1 83:1,11
**proceeds (6)**
53:21 73:9,11 74:9,14
    76:13
**process (6)**
48:14 49:22 65:23
    70:3,20,23
**Professional (2)**
37:12 83:6
**professionally (1)**
52:20
**professionals (7)**

44:17 53:7,8 55:11
56:6 67:23 70:25
**progress (1)**
57:25
**projected (1)**
46:12
**projections (2)**
53:25 54:24
**promptly (1)**
82:7
**property (1)**
60:20
**proposal (6)**
40:13,15 49:15 75:9
76:23 81:2
**propose (1)**
68:20
**proposed (8)**
43:15 64:19,20,24
65:10,14 69:10
73:19
**prosecute (1)**
62:16
**protection (5)**
43:8,9,18,21 46:20
**proud (1)**
53:6
**provide (4)**
65:4 66:10 68:12,14
**provided (5)**
45:21 47:10 57:6 65:6
68:15
**provides (2)**
48:8,21
**Public (2)**
37:14 83:7
**purchase (6)**
47:8,19 59:18 61:10
72:24 80:5
**purchased (1)**
57:9
**purchasing (1)**
61:13
**purport (1)**
43:19
**purported (1)**
43:2
**purpose (2)**
64:14 67:2
**pursued (1)**
56:23
**pursuing (1)**
70:19
**push (1)**
69:21
**put (9)**

40:12,15 41:15 43:25
51:11 71:24 76:25
77:21 79:6

_____
**Q**
_____
**quick (2)**
41:4 50:8
**quickly (2)**
52:4 77:11

_____
**R**
_____
**rata (1)**
74:22
**Ray (9)**
38:10 49:12 50:2
62:19 66:5 71:18
75:20 78:22 81:4
**RDD (1)**
36:7
**reach (1)**
65:22
**reached (2)**
63:12 81:24
**read (2)**
43:13 76:7
**reality (1)**
61:4
**really (5)**
41:18 58:12 59:11,12
59:13
**Realtime (2)**
37:13 83:7
**reason (1)**
77:13
**reasons (1)**
66:5
**recall (1)**
43:7
**receivables (2)**
45:18,23
**receive (3)**
64:21 65:11 69:13
**received (3)**
44:21 63:2,5
**receiving (1)**
67:14
**Recess (3)**
49:24 71:14 75:18
**recharacterization ...**
64:23 65:9
**reconvening (1)**
71:12
**record (28)**
40:3,16,20 41:16
43:25 49:17,20,25
52:12 54:19 56:17

58:17 62:3,5 65:19
65:25 71:11,25
75:10,14,17,20
77:16 79:2,6 81:10
81:25 83:9
**recourse (1)**
60:3
**recoveries (4)**
48:18 49:2 61:17
74:18
**recovery (4)**
65:4 74:7,13 76:11
**redress (1)**
49:9
**reduce (2)**
47:8 59:17
**reduced (2)**
59:17 72:12
**reflect (1)**
76:6
**reflecting (1)**
47:15
**reflects (1)**
74:25
**regarding (1)**
67:21
**Registered (2)**
37:12 83:5
**registers (1)**
72:25
**reimburse (1)**
46:11
**reimbursement (3)**
47:7 58:16,18
**rejected (2)**
49:6 68:16
**related (4)**
53:15 74:9 76:13
83:13
**relating (2)**
45:17 63:15
**relationships (2)**
48:24,25
**relatively (1)**
57:10
**relayed (1)**
43:23
**release (10)**
59:19 64:21 65:8,12
65:13 67:9 73:17,18
80:10,12
**releases (3)**
62:22 67:21 69:10
**relevant (1)**
63:3
**remain (3)**

41:2 77:14 81:25
**remainder (1)**
60:4
**remained (3)**
59:20 61:19,20
**remains (2)**
41:6,6
**reminder (2)**
41:4 50:8
**removed (3)**
45:13 46:3,19
**render (1)**
43:16
**rendered (2)**
70:4 79:21
**reorganization (2)**
64:14 66:13
**repay (1)**
54:23
**repeatedly (1)**
70:17
**Reported (1)**
36:17
**Reporter (4)**
37:12,13 83:6,7
**represent (1)**
62:12
**representing (1)**
53:9
**requested (2)**
58:19 76:5
**require (1)**
65:25
**required (2)**
45:24 46:5
**requirement (2)**
46:4,19
**requirements (1)**
65:16
**requiring (2)**
42:3 45:14
**reserve (1)**
80:24
**reserved (1)**
81:16
**resolved (1)**
64:10
**respond (1)**
49:17
**response (3)**
40:13 41:23 45:9
**restructuring (15)**
40:18 50:11,14,18,25
56:5 59:4 63:7
64:12 75:8,11 76:21
77:2,18 79:8

**result (2)**
48:12 63:22
**results (1)**
48:17
**retail (1)**
48:16
**retain (2)**
73:8 74:4
**retake (1)**
75:25
**return (2)**
68:4,10
**review (2)**
49:14 50:11
**reviewed (1)**
63:5
**revised (4)**
59:5 71:25 76:7,23
**revisions (2)**
45:11,12
**RIFKIND (1)**
38:19
**right (4)**
57:3 62:22 65:22
69:11
**rights (4)**
80:25 81:16,17,17
**risk (11)**
53:18 54:7,8,11 59:22
59:24,25 69:22 78:5
78:10,12
**risks (1)**
80:2
**role (1)**
50:10
**roll (1)**
54:15
**rolled (1)**
72:18
**room (2)**
67:24 68:6
**roughly (1)**
52:9
**RPR (2)**
36:18 83:22
**rules (2)**
41:7,9
**run (1)**
52:2

_____
**S**
_____
**sad (2)**
65:18 68:18
**saga (1)**
63:10
**sale (4)**

73:11,13 81:3,13
**sales (1)**
53:4
**sat (1)**
67:23
**satisfy (2)**
45:20,24
**Saturday (1)**
44:8
**saying (1)**
42:23
**says (1)**
76:10
**scenario (2)**
80:18,19
**Schrock (17)**
38:10 40:2 49:12,12
49:25 50:3 71:9,15
71:18 75:5,14,19,20
76:19 81:4,4 82:9
**Sean (6)**
39:8 41:12 49:14 75:5
76:19 81:20
**Sears (16)**
36:6 38:6,21 47:20,25
48:5 50:4 62:13
63:21,25 64:16,17
68:18 69:6 71:17
74:25
**second (5)**
43:10,20 55:14,16
72:20
**section (2)**
74:8,23
**seek (1)**
49:8
**seen (3)**
80:4,8,19
**senior (3)**
43:11 48:21 53:16
**sentence (1)**
76:18
**series (2)**
72:7,8
**serious (1)**
60:5
**seriously (1)**
62:25
**Seritage (4)**
45:15 74:10,19 76:14
**Service.Com (1)**
73:12
**services (1)**
66:11
**session (1)**
76:5

**set (1)**
83:18
**severance (4)**
46:11 55:16,19 59:7
**shared (1)**
74:21
**SHIP (2)**
73:12,14
**short (4)**
52:10 69:2,15 71:5
**shortfall (1)**
70:9
**showed (1)**
53:25
**shows (1)**
43:14
**Shun (1)**
41:11
**side (2)**
57:3 66:14
**sides (1)**
51:25
**significant (6)**
40:8 51:6 59:3 61:15
66:22 69:17
**simply (3)**
44:25 52:5 76:16
**single (1)**
48:15
**singularly (1)**
42:2
**situation (3)**
60:10,13 63:24
**size (2)**
52:25 70:11
**sold (1)**
47:12
**sole (1)**
63:24
**solution (1)**
78:2
**solutions (1)**
64:19
**solvency (4)**
56:7 66:8 70:9 78:11
**sorry (1)**
46:14
**sources (1)**
82:5
**SOUTHERN (1)**
36:3
**speak (5)**
50:21 56:18 61:25
62:4,7
**Speakers (2)**
38:2 39:2

**speaks (1)**
61:25
**spent (2)**
68:6 70:18
**stakeholders (4)**
48:13 51:15 52:21
69:6
**stand (3)**
75:12 81:10 82:10
**stands (2)**
72:16 73:4
**State (1)**
37:14
**stated (1)**
76:4
**statement (1)**
78:21
**STATES (1)**
36:2
**status (1)**
50:7
**statutory (1)**
43:6
**Steen (2)**
39:4 81:20
**step (1)**
78:20
**steps (2)**
49:15 62:6
**store (1)**
72:25
**strategies (1)**
60:25
**Strauss (2)**
38:12 78:23
**stress (1)**
62:7
**structure (1)**
50:10
**subcommittee (22)**
38:20 42:25 44:24
50:13,18 62:13,15
62:24 63:2,12 64:18
64:20 65:10 66:20
67:6,10,19,23 68:3
68:5,9,19
**subcommittee's (1)**
67:20
**subject (6)**
46:2 53:13 74:5 77:5
81:14 82:2
**submit (2)**
70:15 77:16
**subordinating (1)**
43:20
**subordination (2)**

64:22 65:8
**Subsidiary (1)**
47:21
**substantial (5)**
63:13 64:2,3 66:25
67:4
**successful (2)**
40:23,24
**suffers (1)**
79:13
**sufficient (2)**
66:7 69:25
**suggest (1)**
66:17
**suggested (2)**
66:2 67:6
**suggestion (1)**
60:6
**suggests (2)**
79:16,17
**Sunday (2)**
44:9 68:4
**super (2)**
43:8,9
**super-priority (1)**
61:6
**supposed (1)**
80:15
**sure (5)**
49:18 56:7,9 76:2
78:20

_____
**T**
**table (4)**
58:17 61:20 76:25
77:22
**take (10)**
40:17 45:3 49:20
54:11,14 55:23 57:2
60:5 61:16 77:24
**take-it (1)**
68:12,13,15
**taken (2)**
58:15 62:24
**talk (2)**
52:11 56:6
**talking (3)**
52:3,15 53:2
**tax (1)**
59:18
**taxes (2)**
59:16 72:21
**term (2)**
69:16,16
**terms (8)**
58:10,13 72:10 73:18

75:2 78:13 80:11
81:24
**testimony (1)**
83:10
**thank (10)**
40:5 49:11,14,23 72:2
72:3 75:3 76:18
81:19 82:8
**thanks (7)**
41:10 71:13 75:5,12
75:22 76:19 78:22
**thing (1)**
42:3
**things (7)**
41:15 42:23 45:6 53:4
60:8 69:7 78:15
**think (18)**
51:25 53:11 54:5
57:24 58:2,7,8,9,12
59:5,9 60:9 74:25
75:23 77:7 79:13
80:12,20
**Third (1)**
72:22
**thousands (1)**
78:4
**threat (1)**
66:22
**threaten (1)**
61:16
**three (1)**
45:21
**thumb's (1)**
54:19
**time (14)**
40:14,16 41:3 45:3
49:18 50:23 70:18
71:10,24 75:3,6
81:11,14 82:11
**timeline (1)**
46:12
**timing (1)**
46:9
**today (3)**
43:25 77:12,25
**told (5)**
42:22,25 49:4 68:3,9
**total (1)**
73:4
**Tower (1)**
38:15
**Toys-R-Us (1)**
55:20
**transaction (12)**
52:8 55:5 58:24 59:25
62:21 64:24,25,25

65:15 66:4,8 68:21
**transactions (4)**
50:12 74:2,11 76:15
**transfer (3)**
59:16 63:17 72:21
**transferred (1)**
47:13
**transfers (1)**
63:20
**Transform (1)**
47:20
**tried (2)**
44:19 51:8
**true (1)**
83:9
**try (7)**
44:19 54:6 57:14
60:11,12,23 62:9
**trying (9)**
45:6 51:17,21 53:23
55:4 60:16 65:21
67:2 78:2
**turning (1)**
51:17
**twisting (1)**
51:16
**two (1)**
45:16

**U**

**undisclosed (1)**
63:6
**unencumbered (4)**
57:7,8,21 67:13
**unfolding (1)**
63:10
**unfortunate (1)**
65:18
**unfortunately (3)**
50:23 56:24 65:14
**unique (2)**
55:19 63:23
**UNITED (1)**
36:2
**unresolved (1)**
59:20
**unsecured (8)**
38:13 48:22 49:3
50:20 74:22 78:19
78:24 81:7
**updated (1)**
70:10
**upside (1)**
56:20
**use (1)**
74:23

**V**

**value (8)**
48:9,12,22 67:15 70:2
73:5 78:4 80:17
**vendor (1)**
48:24
**versus (1)**
80:18
**viable (2)**
66:3 68:21
**views (1)**
81:7
**virtually (1)**
48:15

**W**

**waited (1)**
68:11
**waiting (1)**
67:25
**waive (2)**
74:7 76:11
**waiver (2)**
61:9,11
**want (9)**
41:15 50:21 51:8 56:7
61:22 62:7 77:17
78:21 81:12
**wanted (2)**
52:7 81:22
**wanting (1)**
81:15
**waterfall (1)**
69:24
**way (5)**
51:17 53:23 57:14
58:8 83:15
**We're (1)**
52:9
**week (1)**
71:3
**weekend (1)**
71:3
**weeks (1)**
41:25
**Weil (7)**
37:10 38:4 49:13 50:3
68:7 71:18 75:20
**Weiss (2)**
38:19 62:12
**went (1)**
49:16
**WHARTON (1)**
38:19
**whereof (1)**
83:17

**willing (1)**
57:14
**wind (1)**
52:19
**wind-down (5)**
51:14 55:23 66:19
69:24 80:19
**wire (1)**
42:18
**wishes (2)**
71:24 75:24
**witness (1)**
83:17
**woefully (1)**
69:9
**work (4)**
53:7 58:8 60:11 62:9
**working (4)**
40:6 54:5 55:25 77:9
**wrapping (1)**
56:9
**written (1)**
72:12

**X**

**X (2)**
36:4,9

**Y**

**year (1)**
46:25
**yesterday (2)**
40:7 44:11
**York (11)**
36:3,12,12 37:11,11
38:9,9,16,16,23
39:7

**Z**

**0**

**1**

**1.1 (1)**
63:2
**1.5 (1)**
48:8
**1/15/19 (31)**
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1

**1/16/19 (13)**
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1
**1:12 (1)**
50:6
**10:05 (2)**
37:6 40:4
**100-plus-million (1)**
60:25
**10006 (1)**
39:7
**10019 (1)**
38:23
**10036 (1)**
38:16
**10153 (1)**
38:9
**11 (1)**
36:5
**1129 (1)**
78:8
**12:47 (1)**
71:16
**120 (4)**
42:14 46:17 54:22
72:17
**1285 (1)**
38:22
**13 (1)**
73:8
**15 (4)**
36:13 37:5 40:3 50:5
**150 (1)**
52:10
**154062 (1)**
36:19
**156 (1)**
73:6
**16 (2)**
71:16 75:21
**16th (1)**
83:18
**17 (1)**
73:2
**17.9 (2)**
42:16 60:8
**18-23538 (1)**
36:7
**19 (1)**
72:20

**2**

**2:20 (1)**
75:22

**2:26 (1)**
82:11
**20 (2)**
47:11 53:2
**200 (1)**
79:19
**2019 (4)**
36:13 37:5 40:3 83:19
**2020 (4)**
47:2 59:8,12,13
**22 (1)**
73:13
**225 (1)**
42:21
**230 (3)**
54:14,16,21
**28 (1)**
41:21

**3**

**30 (3)**
47:6 53:2 58:15
**31 (1)**
59:13
**35 (1)**
73:20
**350 (1)**
72:15

**4**

**4 (2)**
67:22 72:22
**45,000 (1)**
41:19

**5**

**50 (2)**
47:4 74:15
**503(b)(9) (2)**
46:16 58:4
**507(b) (6)**
61:11 74:5,8,14,23
76:11

**6**

**7**

**7 (2)**
42:10 47:10
**767 (2)**
37:10 38:8
**77 (1)**
42:13

**8**

**8 (2)**

44:14 52:5
**850 (1)**
53:22

**9**

**90 (1)**
79:19