# Exhibit 40

This Document Has Been Produced In Native Format

HIGHLY CONFIDENTIAL

SEARS_507B_00001426

**JX 065-1**