# Exhibit 41

This Document Has Been Produced In Native Format

HIGHLY CONFIDENTIAL

SEARS_507B_00001427

**JX 066-1**