# Exhibit 42

This Document Has Been Produced In Native Format

HIGHLY CONFIDENTIAL

SEARS_507B_00001428

**JX 067-1**