# Exhibit 48

| Account | | | |
|---|---:|---:|---:|
| 11200 A/R - Landlord Maintenance | - | (1) | (1) |
| 11210 A/R - Insured Losses | - | - | - |
| 11220 A/R - Coupons | 1,222,891 | 1,212,967 | 1,323,151 |
| 11221 Coupon Reserve | (100,000) | (100,000) | (100,000) |
| 11222 A/R - eCoupons | 54,423 | 50,118 | 47,547 |
| 11228 Unapplied Checks | (4,726) | (5,728) | (3,833) |
| 11250 A/R - Bad Checks | 101,091 | 173,161 | 186,793 |
| 11251 A/R - Bad Check Exceptions | (14,779) | 11,570 | 2,759 |
| 11252 A/R - Store Receivable | 1,054,098 | 2,666,051 | 1,579,542 |
| 11253 ACCRUED OVER/SHORTAGES | 453,701 | 205,139 | 291,368 |
| 11254 CPI INSUFFICIENT CHECKS | - | - | - |
| 11255 A/R - 3RD PARTY GIFT CARDS | 2,255,099 | 1,743,555 | 1,806,137 |
| 11256 WHY NOT LEASE IT RECEIVABLE | 569,432 | 670,491 | 369,582 |
| 11257 MOBILE WALLET RECEIVABLE | 35 | - | - |
| 11258 Little Caesar's GC Receivable | 251 | (15) | (104) |
| 11259 INT'L CURRENCY RECEIVABLE | (32) | 22 | (2,748) |
| 11260 DHL Receivable | - | - | - |
| 11288 A/R-One Card Receivable | 31,535 | 16,720 | 25,240 |
| 11289 SBD Inventory Receivable | - | 2,974,620 | - |
| 11290 A/R - Loans and Advances | 179,858 | 93,184 | 96,291 |
| 11300 A/R - Miscellaneous | 109,407,206 | 106,737,535 | 94,606,599 |
| 11301 SBD Receivable | 1 | 1,010,167 | 764,355 |
| 11302 SHC - Seritage Receivables | - | (496,800) | 3,200 |
| 11304 Ebay Receivable | 15,688 | - | - |
| 11305 A/R LICENSED BUSINESSES | 2,062,858 | 1,463,692 | 1,568,552 |
| 11306 A/R DEALER CASH | (1) | - | - |
| 11310 A/R - Income Taxes | 7,080 | 13,852 | 13,881 |
| 11330 A/R NEW ACCOUNT BOUNTY | 3,016,882 | 3,828,003 | 4,989,963 |
| 11331 A/R CREDIT SALES REVENUE | 2,734,746 | 3,543,992 | 2,798,356 |
| 11332 0% FINANCE (NETS 11330/1) | (5,564,875) | (4,347,195) | (4,180,975) |
| 11333 A/R CITI OTHER RECEIVABLES | 3,494,737 | 11,015,375 | 13,519,998 |
| 11335 A/R - WIC | 217,031 | 262,068 | 262,567 |
| 11340 A/R - Super Kmart Claims | (1) | 9 | (1) |
| 11390 A/R CUSTOMER RECEIVABLES | 42,798,172 | 33,808,072 | 34,159,355 |
| 11395 SHO Receivable Inv/PA/SPP | 16,826,138 | 27,883,651 | 28,081,693 |
| 11400 CLEARING A/R - CHECKS | 23,903 | 14,916 | 46,042 |
| 11405 A/R - Coles | - | 898,245 | - |
| 11410 A/R - Federal Earned Income Cr | 79 | 92 | 87 |
| 11420 A/R WEX COMMERCIAL CREDIT | 3,411,837 | 2,700,558 | 2,661,116 |
| 11475 A/R - Other Companies | 3,138,853 | 3,602,495 | 3,067,395 |
| 11480 A/R SEARS CANADA | (988) | 928,831 | (100,328) |
| 11490 A/R PA INSTALLMENT | 9,469,274 | 7,602,712 | 9,679,652 |
| 11540 Amazon Diehard Core Receivable | - | - | - |
| 11542 Amazon Installation Receivable | 57,367 | - | - |
| 11600 COD ACCOUNTS | 2,114,629 | 837,593 | 897,233 |
| 11605 COD CHARGEOFF | (146,413) | (304,830) | (416,502) |
| 11610 COD RESERVE | (272,398) | (129,646) | (34,707) |
| 11615 A/R MERCHANT ACCOUNTS | 49,280 | (108) | 57,530 |
| 15300 SHC LANDSEND RECEIVABLES | 317,454 | 657,326 | 1,185,823 |
| 15330 A/R - SPUN | - | - | - |
| 15340 A/R WU Wire Transfer Payout | 234,038 | 200,398 | 181,747 |
| 23330 Layaway Sales | 4,654,474 | 9,586,882 | (7,664,810) |
| 23335 Layaway Sales Offset | (4,654,474) | (9,586,882) | 7,664,810 |
| A01110 Business and Other Receivables | 201,093,877 | 216,714,654 | 203,096,645 |
| 11128 A/R NCC-AE | 2,563,105 | 4,998,801 | 4,862,208 |
| 11129 A/R NCC-OEM | 10,396,024 | 6,113,843 | 7,761,286 |
| 11130 A/R L&G SITE | - | - | - |
| 11131 A/R 3rd Party Retail Installat | 558,001 | 603,103 | 574,944 |
| 11320 A/R - CIA Claims | 342,341 | 2,376,502 | 146,764 |
| 11321 A/R - A/P SYSTEMIC PAY&DEDUCTS | - | (142) | - |
| 11350 International Acct Receivables | 1,360,811 | 3,009,026 | 585,881 |
| 11364 Wholesale A/R Receivables | 11,219,732 | 4,200,456 | 7,377,341 |
| 11365 A/R - Merchandise Allowance | 1,865,264 | 2,419,318 | 9,836,526 |
| 11366 A/R - Super K Grocery | - | 7,712 | 9,985 |
| 11367 A/R VENDOR ALLOWANCE - IMPORT | 1,669,932 | 2,582,426 | 4,196,971 |
| 11368 CSI Receivable | 4,191,161 | 12,353,262 | 7,440,485 |
| 11482 A/P Vendor Reclass Post | 55,192,987 | 86,143,540 | 51,153,847 |
| 11488 Return Merchandise Receivable | 52,644,455 | 74,940,230 | 57,095,583 |
| 19545 Clr Acct - Mdse Allowance | - | - | - |
| 19581 Clr Acct - Grocery Allowance | 1 | 1,438 | 551 |

**JX 073-1**

| | | | |
|---|---|---|---|
| A01114 Vendor Receivables | 142,003,813 | 199,749,515 | 151,042,372 |
| 11110 A/R - Pharmacy Receivable | 14,510,723 | 23,222,724 | 16,305,565 |
| A01122 Pharmacy Receivables | 14,510,723 | 23,222,724 | 16,305,565 |
| 11303 Collateral Deposits | 9,249,999 | - | - |
| A01121 Collateral Deposits | 9,249,999 | - | - |
| 11500 A/R SEARS MASTERCARD | 799 | (4,563) | 23,124 |
| 11505 A/R COMMERCIAL ONE | - | 151 | 1,696 |
| 11506 BLUE TARP BASE COMM 1 | 2 | - | (1) |
| 11507 BLUE TARP BASE COMM 1 R | 7,028,415 | 6,742,104 | 4,566,454 |
| 11510 A/R DEBIT CARDS | 2,266,664,741 | 3,315,835,609 | 4,932,823,987 |
| 11511 A/R DEBIT CARDS SETTLEMENT | (2,266,676,286) | (3,315,851,272) | (4,932,833,083) |
| 11513 WEX Card Sales | - | 1 | 1,477 |
| 11515 A/R DISCOVER CARD SETTLEMENT | 20,859,262 | 46,520,593 | 69,207,029 |
| 11516 A/R DISCOVER CARD SALES | (20,861,639) | (46,523,353) | (69,209,211) |
| 11518 A/R DISCOVER CARD DEL BILL | 593,535 | 77,124 | 1,058,639 |
| 11519 A/R BARCLAYS | (1) | (449) | (907) |
| 11525 A/R AMERICAN EXPRESS | 459,044,159 | 603,623,842 | 868,808,759 |
| 11526 A/R AMERICAN EXPRESS SETTLEMEN | (459,063,018) | (603,616,591) | (868,829,243) |
| 11527 A/R PAYPAL | 209,967 | 195,745 | 188,154 |
| 11530 A/R VISA MC SETTLEMENT | (3,498,362,922) | (4,787,105,480) | (6,925,591,528) |
| 11531 A/R VISA MC SALES | 3,498,409,270 | 4,787,544,765 | 6,925,639,812 |
| 11535 A/R SEARS CARD | 11,707 | (25,360) | (2,673) |
| 11546 Shopify AR (First Data) | 9,050 | (74) | (2,653) |
| 19310 Kmart Cash 3rd Party Recble | - | (270) | - |
| A01115 Bankcard Transactions | 7,867,041 | 7,412,522 | 5,849,832 |
| 15248 A/R - Kmart.com | 1 | 1 | 1 |
| 15249 ST Note Receivable | 891,589 | 1,600,157 | 2,111,695 |
| A01117 Short-Term Notes Receivable | 891,590 | 1,600,158 | 2,111,696 |
| 11190 A/R - Accrued Interest | 370 | - | (1) |
| A01118 Interest Receivables | 370 | - | (1) |
| 11120 A/R - Pharmacy Recble Reserve | (2,623,114) | (7,101,936) | (2,093,275) |
| 11150 Allow for Dbtful Acct-Sub-Tena | (911,079) | (1,704,713) | (836,704) |
| 11370 Allow for Dbtful Acct-Vendors | (7,544,294) | (7,646,903) | (8,953,874) |
| 11385 Reserve for Bad Checks | 1 | 557 | 2 |
| 11415 Allowance Receivable Reserve | (571,462) | (1,377,150) | (1,087,000) |
| 11485 Rec'ble Vendor Alllow Reserve | (15,125,200) | (11,311,179) | (10,927,093) |
| 11541 ALLOW FOR BAD DEBT | (13,140,950) | (10,367,807) | (11,296,847) |

**JX 073-2**