# Exhibit 49

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Stock Ledger Reconciliation**
As of 10/6/2018

| | | A | B | A+B | E | (Remove from S/L) | (Remove from S/L) |
|---|---|---|---|---|---|---|---|
| | | | | | | | F |
| | | Kmart | Sears | Total | Home Services | Kmart Accounting Adjustments | Total Accounting Adjustments |
| STOCK LEDGER | 12110 Opening Inventory | 1,120,610,588 | 1,749,507,110 | 2,870,117,698 | 115,971,612 | (8,814,820) | (25,101,221) |
| | 12134 LOCAL PURCHASES | - | 23,643,938 | 23,643,938 | (127,403) | - | - |
| | 12135 Store Receipts | 1,384,185,182 | 6,342,501,735 | 7,726,686,917 | 320,624,776 | 3,532 | 3,532 |
| | 12136 Intransit to Store | 17,431,160 | 5,247,592 | 22,678,752 | - | - | - |
| | 12137 THIRD PARTY WHS MDSE IN TRANSIT | (17,431,030) | (5,247,592) | (22,678,622) | - | - | - |
| | 12138 Outlet Reduced Cost | - | - | - | - | - | - |
| | 12141 Inventory Receipts-Prior Cycle | (397,069) | - | (397,069) | - | - | - |
| | 12142 Royalties-Direct | 262 | - | 262 | - | - | - |
| | 12145 PY Yr Inv ADJ PY Codes | - | 142,533 | 142,533 | - | - | - |
| | 12146 PA PARTS | - | (49,425,050) | (49,425,050) | (49,394,196) | - | - |
| | 12149 Store Receipts Sears - Contra | - | - | - | - | - | - |
| | 12150 Invent COGS - Cost Depts | (14,171,375) | 1,462,564 | (12,708,811) | - | - | - |
| | 12155 Invent COGS - Retail Depts | (1,207,792,231) | (1,783,736,123) | (2,991,528,354) | (112,398,771) | - | - |
| | 12156 Inventory COGS Sears - Contra | 10,875,606 | - | 10,875,606 | - | - | - |
| | 12157 Invent COGS - OEM IW Parts | - | (834,131) | (834,131) | (834,207) | - | - |
| | 12166 Invent COGS - Unshipped Sales | - | (1,297,205) | (1,297,205) | 132,502 | - | - |
| | 12190 Contra Freight | (4,633) | 110 | (4,523) | 110 | - | - |
| | 12192 Outbnd Crossdock Freight-Store | 5,170,877 | 25,474,286 | 30,645,163 | - | - | - |
| | 12193 Inbound Freight-Store | 27,791,121 | 142,595,398 | 170,386,519 | 21,723,800 | - | - |
| | 12194 Outbound Freight-Store | 28,884,966 | 37,913,353 | 66,798,319 | 2,259 | - | - |
| | 12195 Vendor to Store Freight-SLS | 4,187,608 | 2,391,349 | 6,578,957 | - | - | - |
| | 12196 Vendor to Store Frt-Non SLS | 214,735 | 15,549 | 230,284 | - | - | - |
| | 12310 Physical Inventory Impact | (15,941,053) | (11,956,031) | (27,897,084) | - | - | - |
| | 12320 Waste Accrual | (18,006,519) | (19,239,594) | (37,246,113) | - | - | - |
| | 12413 SKU 991 Revaluation | - | 2,878,992 | 2,878,992 | - | - | - |
| | 12414 SKU 991 Markdowns | - | (12,959,010) | (12,959,010) | - | - | - |
| | 12415 Clearance Mkdn-Corp | (37,744,685) | (36,189,347) | (73,934,032) | 134,798 | - | - |
| | 12416 RIM Item Adjustment | - | (9,058,853) | (9,058,853) | - | - | - |
| | 12417 Clearance Mkdn-Stores Directed | (8,278,785) | (1,491,746) | (9,770,531) | (1,489,018) | - | - |
| | 12418 Hardline Discontinued Markdown | - | (7,320,668) | (7,320,668) | - | - | - |
| | 12430 NCC-3d PTY Markdowns Retail | - | (268,507) | (268,507) | (268,507) | - | - |
| | 12431 NCC-Recall Markdowns Retail | - | 60 | 60 | 60 | - | - |
| | 12432 NCC-HW Markdowns Retail | - | (3,524,705) | (3,524,705) | (3,524,705) | - | - |
| | 12433 NCC-AE Markdowns Retail | - | (1,461,539) | (1,461,539) | (1,461,539) | - | - |
| | 12434 NCC A&E L/G Markdowns Retail | - | (218) | (218) | (218) | - | - |
| | 12435 NCC A&E SIG Markdowns Retail | - | - | - | - | - | - |
| | 12436 NCC Non-Claim Mkdwn Retail | - | (2,338,539) | (2,338,539) | (2,338,539) | - | - |
| | 12437 NCC OEM Mkdwns Retail | - | (765,380) | (765,380) | (765,380) | - | - |
| | 12445 Advertised Sales | (239,646,910) | (859,841,162) | (1,099,488,072) | (483,851) | - | - |
| | 12450 Local Promotional Reductions | - | (50,750,912) | (50,750,912) | (7,840,672) | - | - |
| | 12455 Stolen Merchandise | (3,056,876) | - | (3,056,876) | - | - | - |
| | 12460 Salescheck Mardown | - | 201,097 | 201,097 | (127,809) | - | - |
| | 12461 IW Trade In Markdown | - | (19,604,012) | (19,604,012) | (19,590,643) | - | - |
| | 12462 PA Trade In Markdown | - | 75,874 | 75,874 | 75,874 | - | - |
| | 12470 Associate Discount Markdowns | (219,892) | (668,437) | (888,329) | (64,649) | - | - |
| | 12471 Non-Associate Discounts | - | (4,414,906) | (4,414,906) | (4,414,906) | - | - |
| | 12475 Double Coupon Markdowns | - | - | - | - | - | - |
| | 12476 Promotional Gift Card Markdowns | - | - | - | - | - | - |
| | 12477 Register Rewards Markdowns | (1,083,943) | - | (1,083,943) | - | - | - |
| | 12478 Loyalty Rewards Markdowns | (5,671,798) | - | (5,671,798) | - | - | - |
| | 12499 REDUCTION CONTRA SERVICE PRTS | - | (1,691,263) | (1,691,263) | (1,691,567) | - | - |
| | 12550 DC Purchases | 2,328,019,567 | 567,851,474 | 2,895,871,041 | - | - | - |
| | 12551 Royalties-DC | 3,777 | - | 3,777 | - | - | - |
| | 12555 Purchases Overhead-Prior Cycle | 5,283,884 | - | 5,283,884 | - | - | - |
| | 12580 Warehouse Shipments | (1,582,327,009) | (4,580,136,931) | (6,162,463,940) | (142,345,913) | - | - |

| Account | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| 12590 Opening Inventory - DCs | - | - | - | - | - | - | |
| 12599 RECEIPTS CONTRA SERVICE PARTS | - | 43 | 43 | 43 | - | - | |
| 12600 Import Inventory Upcharge | 73,492,726 | 36,637,331 | 110,130,057 | - | - | - | |
| 12603 IMPORT BANK DRAFT | - | - | - | - | - | - | |
| 12605 IMPORT CLEARING FACTOR CREDITS | - | - | - | - | - | - | |
| 12608 IMPORT COMMISSION | - | - | - | - | - | - | |
| 12609 IMPORT MISC. RECLASS | - | - | - | - | - | - | |
| 12612 IMPORT DUTY | - | - | - | - | - | - | |
| 12613 IMPORT USER FEES | - | - | - | - | - | - | |
| 12618 IMPORT ADD/CVD DUTIES | - | - | - | - | - | - | |
| 12620 Transhipments | (821,727,957) | - | (821,727,957) | - | - | - | |
| 12622 IMPORT OZONE DEPLETION TAX | - | - | - | - | - | - | |
| 12624 IMPORT SHARED SERVICE | - | - | - | - | - | - | |
| 12625 IMPORT TEMPORARY FREIGHT | - | - | - | - | - | - | |
| 12627 IMPORT FRITZ RECLASS | - | - | - | - | - | - | |
| 12628 IMPORT U.S. CUSTOMS | - | - | - | - | - | - | |
| 12629 IMPORT INV CLEAR/EXTEND TERM | - | - | - | - | - | - | |
| 12630 DC Shrinkage Results | 9,585,705 | 2,382,435 | 11,968,140 | - | - | - | |
| 12631 IMPORT UNDISTRIBUTEDSBANK | - | - | - | - | - | - | |
| 12632 IMPORT FILE MERCHANDISE | - | 461,848,134 | 461,848,134 | - | - | - | |
| 12633 IMPORT FILE DUTY | - | 20,139,586 | 20,139,586 | - | - | - | |
| 12634 IMPORT FILE OCEAN FREIGHT | - | 17,709,917 | 17,709,917 | - | - | - | |
| 12635 IMPORT FILE FACTOR | - | 15,672,414 | 15,672,414 | - | - | - | |
| 12636 IMPORT ROYALTY CONTRACT | - | 391,538 | 391,538 | - | - | - | |
| 12637 IMPORT FILE STORAGE CREDIT | - | (467,275,979) | (467,275,979) | - | - | - | |
| 12638 IMPORT BUSINESS INCREMENTS | - | 7,455,222 | 7,455,222 | - | - | - | |
| 12639 IMPORT COST CLAIMS | - | 339,178 | 339,178 | - | - | - | |
| 12670 Overstock Returns | 94,006 | 74,452,566 | 74,546,572 | - | - | - | |
| 12700 HOME OFFICE INVENTORY | - | - | - | - | - | - | |
| 12701 INVENTORY ADJUSTMENT | (743,748) | (4,504,328) | (5,248,076) | - | 2,406,809 | 9,976,594 | |
| 12705 SFI INVENTORY | - | 413,870 | 413,870 | 413,870 | - | - | |
| 12706 STORAGE SUB-SYSTEM CONTROL | - | - | - | - | - | - | |
| 12710 SAMPLE INVENTORY | - | - | - | - | - | - | |
| 12715 INVENTORY REVALUATION | - | - | - | - | - | - | |
| 12720 ESTIMATED INVENTORY RECOVERY | - | - | - | - | - | - | |
| 12780 Intra-Company Mdse In Transit | 54,926 | - | 54,926 | - | - | - | |
| 12781 In Transit Merchandise to RGC | 3,059,593 | 3,743,708 | 6,803,301 | - | - | - | |
| 12782 DC to DC In-Transit | 18,720,477 | 20,794,876 | 39,515,353 | - | - | - | |
| 12783 DC to DC In-Transit Contra | (18,720,727) | (20,794,876) | (39,515,603) | - | - | - | |
| 12784 Corporate Ledger In-Transit | 36,151,477 | 26,042,414 | 62,193,891 | - | - | - | |
| 12785 Sears DC to Store Intransit | 117,502 | 11,209,898 | 11,327,400 | - | - | - | |
| 12786 Sears RRC to Kmart | 504,393 | 2,765 | 507,158 | - | - | - | |
| 12787 TPW Intransit | - | (1) | (1) | - | - | - | |
| 12788 Online to Store Intransit | - | 8,146,450 | 8,146,450 | 7,704,963 | - | - | |
| **Inventory @ Cost GP Calculation (SL A01016)** | **1,081,473,898** | **1,652,488,314** | **2,733,962,212** | **117,622,174** | **(6,404,479)** | **(15,121,095)** | |

Adjustments to Stockledgers

| Account | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---|
| 19230 DC PURCHASE ADJUSTMENT | (605,139) | - | (605,139) | - | - | - | |
| 19232 IMPORT INVENTORY ALLOCATION | (244,436) | 3,672,210 | 3,427,774 | - | - | - | |
| 19450 Import In Transit | - | - | - | - | - | - | |
| 19654 UNALLOCATED STORE FREIGHT | (2,678) | (15) | (2,693) | - | - | - | |
| 12920 SHRINKAGE RESERVE | | | - | | | | |
| 12770 CONSIGNMENT MDSE INV - CONTRA | (2,500,000) | - | (2,500,000) | - | - | - | G |
| 12542 IMPORT INVENTORY RESERVE | - | - | - | - | - | - | |
| 12543 INVENTORY ELIMINATIONS | 9,135,800 | 10,351,606 | 19,487,406 | - | 9,135,800 | 18,910,098 | |
| 12546 INVENTORY ADJ - LAYAWAY | 10,157,150 | 27,904,923 | 38,062,073 | - | 79,646 | 27,984,569 | |
| 12547 CLOSE STORE/DISC INV RESERVE | (21,632,684) | (35,159,412) | (56,792,096) | (4,438,853) | (13,189,898) | (38,207,051) | |
| 12549 IMPORT CAPITAL FREIGHT | 4,907,834 | (2,452,111) | 2,455,723 | - | - | - | |
| 12660 CAPITALIZED COSTS - INVENTORY | 12,073,000 | 6,909,645 | 18,982,645 | - | 12,073,000 | 16,436,908 | |
| 12661 CAPITALIZED ALLOWANCES | (41,806,000) | (71,168,999) | (112,974,999) | - | (41,806,000) | (112,974,999) | |
| 12810 DOM INV - FOB SHIP IN-TRANSIT | 11,000,000 | 25,000,000 | 36,000,000 | - | 11,000,000 | 36,000,000 | |
| 12920 CRC AGED INVENTORY RESERVE | (1,026,555) | 27,022 | (999,533) | - | - | - | |
| 12562 PPD AGENCY FEES | - | 512,598 | 512,598 | - | - | - | |
| 12606 IMPORT DECON FREIGHT & FEES | - | - | - | - | - | - | |
| 12910 PURCH ACCOUNTING INV ADJ | - | 28,952,000 | 28,952,000 | - | - | 28,952,000 | |
| 12911 LIFO ADJUSTMENT | 0 | (31,053,000) | (31,053,000) | - | - | (31,053,000) | |
| **Other Non Calc SL accounts** | **(20,543,708)** | **(36,503,533)** | **(57,047,241)** | **(4,438,853)** | **(22,707,452)** | **(53,951,475)** | |
| | | | | | | | |
| **A01137 Merchandise inventories** | **1,060,930,190** | **1,615,984,781** | **2,676,914,971** | **113,183,321** | **(29,111,931)** | **(69,072,570)** | |

| | Kmart Segment | Sears Segment | Builder Distributors | Home Services | Kmart Accounting Adjus | Accounting Adjustments | |
|---|---:|---:|---:|---:|---:|---:|---|
| 24165 UNSHIPPED SALES RESERVE | (1,412,900) | (104,421,976) | (27,102,170) | (1,544,033) | (50,278) | (20,688,571) | H |
| 24166 CROSSFORMAT UNSHIPPED SALES | (93,848) | - | - | - | (93,848) | (93,848) | |
| Unshpped Cost Non-Quarter period - Sears only | 59,418,769 | | | | | | |
| Unshpped Margin Non-Quarter period - Sears only | 20,072,784 | | | | | | |
| Unshipped Margin % | 33.78% | | | | | | |
| | | | | | | | |
| Unshipped Margin Total SHC Non-Qtr period | | | | | | | |
| - Margin calculated for non-quarter month, ledger is only | (19,131,102) | | | | | | |
| | | | | | | | |
| Total Sales Reserve with Correct Adj Margin | (102,914,785) | | | | | | |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Stock Ledger Reconciliation**
As of 10/6/2018

| | | ON THE WATER | ON THE WATER | ON THE WATER |
|---|---|---:|---:|---:|
| | | **C** | **C1** | **D** |
| | | | Lands' End (Import | |
| | | **Sears Logistics** | **Only)** | **Kmart Logistics** |
| STOCK LEDGER | 12110 Opening Inventory | 64,577,831 | - | 62,753,063 |
| | 12134 LOCAL PURCHASES | - | - | - |
| | 12135 Store Receipts | - | - | - |
| | 12136 Intransit to Store | - | - | - |
| | 12137 THIRD PARTY WHS MDSE IN TRANSIT | - | - | - |
| | 12138 Outlet Reduced Cost | - | - | - |
| | 12141 Inventory Receipts-Prior Cycle | - | - | - |
| | 12142 Royalties-Direct | - | - | - |
| | 12145 PY Yr Inv ADJ PY Codes | - | - | - |
| | 12146 PA PARTS | - | - | - |
| | 12149 Store Receipts Sears - Contra | - | - | - |
| | 12150 Invent COGS - Cost Depts | - | - | - |
| | 12155 Invent COGS - Retail Depts | - | - | - |
| | 12156 Inventory COGS Sears - Contra | - | - | - |
| | 12157 Invent COGS - OEM IW Parts | - | - | - |
| | 12166 Invent COGS - Unshipped Sales | - | - | - |
| | 12190 Contra Freight | - | - | - |
| | 12192 Outbnd Crossdock Freight-Store | - | - | - |
| | 12193 Inbound Freight-Store | - | - | - |
| | 12194 Outbound Freight-Store | - | - | - |
| | 12195 Vendor to Store Freight-SLS | - | - | - |
| | 12196 Vendor to Store Frt-Non SLS | - | - | - |
| | 12310 Physical Inventory Impact | - | - | - |
| | 12320 Waste Accrual | - | - | - |
| | 12413 SKU 991 Revaluation | - | - | - |
| | 12414 SKU 991 Markdowns | - | - | - |
| | 12415 Clearance Mkdn-Corp | - | - | - |
| | 12416 RIM Item Adjustment | - | - | - |
| | 12417 Clearance Mkdn-Stores Directed | - | - | - |
| | 12418 Hardline Discontinued Markdown | - | - | - |
| | 12430 NCC-3d PTY Markdowns Retail | - | - | - |
| | 12431 NCC-Recall Markdowns Retail | - | - | - |
| | 12432 NCC-HW Markdowns Retail | - | - | - |
| | 12433 NCC-AE Markdowns Retail | - | - | - |
| | 12434 NCC A&E L/G Markdowns Retail | - | - | - |
| | 12435 NCC A&E SIG Markdowns Retail | - | - | - |
| | 12436 NCC Non-Claim Mkdwn Retail | - | - | - |
| | 12437 NCC OEM Mkdwns Retail | - | - | - |
| | 12445 Advertised Sales | - | - | - |
| | 12450 Local Promotional Reductions | - | - | - |
| | 12455 Stolen Merchandise | - | - | - |
| | 12460 Salescheck Mardown | - | - | - |
| | 12461 IW Trade In Markdown | - | - | - |
| | 12462 PA Trade In Markdown | - | - | - |
| | 12470 Associate Discount Markdowns | - | - | - |
| | 12471 Non-Associate Discounts | - | - | - |
| | 12475 Double Coupon Markdowns | - | - | - |
| | 12476 Promotional Gift Card Markdowns | - | - | - |
| | 12477 Register Rewards Markdowns | - | - | - |
| | 12478 Loyalty Rewards Markdowns | - | - | - |
| | 12499 REDUCTION CONTRA SERVICE PRTS | - | - | - |
| | 12550 DC Purchases | 181,541,561 | - | 415,759,079 |
| | 12551 Royalties-DC | - | - | - |
| | 12555 Purchases Overhead-Prior Cycle | - | - | - |
| | 12580 Warehouse Shipments | (203,113,519) | - | (496,509,216) |

| | Account | | Col1 | Col2 | Col3 |
|---|---|---|---:|---:|---:|
| | 12590 Opening Inventory - DCs | | - | - | - |
| | 12599 RECEIPTS CONTRA SERVICE PARTS | | - | - | - |
| | 12600 Import Inventory Upcharge | | 36,637,331 | - | 73,492,726 |
| | 12603 IMPORT BANK DRAFT | | - | - | - |
| | 12605 IMPORT CLEARING FACTOR CREDITS | | - | - | - |
| | 12608 IMPORT COMMISSION | | - | - | - |
| | 12609 IMPORT MISC. RECLASS | | - | - | - |
| | 12612 IMPORT DUTY | | - | - | - |
| | 12613 IMPORT USER FEES | | - | - | - |
| | 12618 IMPORT ADD/CVD DUTIES | | - | - | - |
| | 12620 Transhipments | | - | - | - |
| | 12622 IMPORT OZONE DEPLETION TAX | | - | - | - |
| | 12624 IMPORT SHARED SERVICE | | - | - | - |
| | 12625 IMPORT TEMPORARY FREIGHT | | - | - | - |
| | 12627 IMPORT FRITZ RECLASS | | - | - | - |
| | 12628 IMPORT U.S. CUSTOMS | | - | - | - |
| | 12629 IMPORT INV CLEAR/EXTEND TERM | | - | - | - |
| | 12630 DC Shrinkage Results | | - | - | - |
| | 12631 IMPORT UNDISTRIBUTEDSBANK | | - | - | - |
| | 12632 IMPORT FILE MERCHANDISE | | 461,848,134 | - | - |
| | 12633 IMPORT FILE DUTY | | 20,139,586 | - | - |
| | 12634 IMPORT FILE OCEAN FREIGHT | | 17,709,917 | - | - |
| | 12635 IMPORT FILE FACTOR | | 15,672,414 | - | - |
| | 12636 IMPORT ROYALTY CONTRACT | | 391,538 | - | - |
| | 12637 IMPORT FILE STORAGE CREDIT | | (467,275,979) | - | - |
| | 12638 IMPORT BUSINESS INCREMENTS | | 7,455,222 | - | - |
| | 12639 IMPORT COST CLAIMS | | 339,178 | - | - |
| | 12670 Overstock Returns | | - | - | - |
| | 12700 HOME OFFICE INVENTORY | | - | - | - |
| | 12701 INVENTORY ADJUSTMENT | | - | - | - |
| | 12705 SFI INVENTORY | | - | - | - |
| | 12706 STORAGE SUB-SYSTEM CONTROL | | - | - | - |
| | 12710 SAMPLE INVENTORY | | - | - | - |
| | 12715 INVENTORY REVALUATION | | - | - | - |
| | 12720 ESTIMATED INVENTORY RECOVERY | | - | - | - |
| | 12780 Intra-Company Mdse In Transit | | - | - | - |
| | 12781 In Transit Merchandise to RGC | | - | - | - |
| | 12782 DC to DC In-Transit | | - | - | - |
| | 12783 DC to DC In-Transit Contra | | - | - | - |
| | 12784 Corporate Ledger In-Transit | | - | - | - |
| | 12785 Sears DC to Store Intransit | | - | - | - |
| | 12786 Sears RRC to Kmart | | - | - | - |
| | 12787 TPW Intransit | | - | - | - |
| | 12788 Online to Store Intransit | | - | - | - |
| | **Inventory @ Cost GP Calculation (SL A01016)** | | **135,923,214** | **-** | **55,495,652** |

Adjustments to Stockledgers:

| | Account | | Col1 | Col2 | Col3 |
|---|---|---|---:|---:|---:|
| | 19230 DC PURCHASE ADJUSTMENT | | - | - | - |
| | 19232 IMPORT INVENTORY ALLOCATION | | (1) | - | - |
| | 19450 Import In Transit | | - | - | - |
| | 19654 UNALLOCATED STORE FREIGHT | | - | - | - |
| | 12920 SHRINKAGE RESERVE | | - | - | |
| G | 12770 CONSIGNMENT MDSE INV - CONTRA | | - | - | - |
| | 12542 IMPORT INVENTORY RESERVE | | - | - | - |
| | 12543 INVENTORY ELIMINATIONS | | - | - | - |
| | 12546 INVENTORY ADJ - LAYAWAY | | - | - | - |
| | 12547 CLOSE STORE/DISC INV RESERVE | | - | - | - |
| | 12549 IMPORT CAPITAL FREIGHT | | (2,452,111) | - | 4,907,834 |
| | 12660 CAPITALIZED COSTS - INVENTORY | | - | - | - |
| | 12661 CAPITALIZED ALLOWANCES | | - | - | - |
| | 12810 DOM INV - FOB SHIP IN-TRANSIT | | - | - | - |
| | 12920 CRC AGED INVENTORY RESERVE | | - | - | - |
| | 12562 PPD AGENCY FEES | | - | - | - |
| | 12606 IMPORT DECON FREIGHT & FEES | | - | - | - |
| | 12910 PURCH ACCOUNTING INV ADJ | | - | - | 0 |
| | 12911 LIFO ADJUSTMENT | | - | - | |
| | **Other Non Calc SL accounts** | | **(2,452,112)** | **-** | **4,907,834** |
| | | | | | |
| | **A01137 Merchandise inventories** | | **133,471,102** | **-** | **60,403,486** |

| | | | Kmart Accounting Adju | Accounting Adjustments |
|---|---|---|---:|---:|
| H | 24165 UNSHIPPED SALES RESERVE | DIV0092 SUPPLIES | (4,163,603) | (4,163,603) |
| | 24166 CROSSFORMAT UNSHIPPED SALES | DIV0093 SIGNS | 7,001 | 7,001 |
| | Unshpped Cost Non-Quarter period - Sears only | DIV0095 FOOD SUPPLIES | (27) | (27) |
| | Unshpped Margin Non-Quarter period - Sears only | DIV0100 CORPORATE ADJUSTMENT | (2,325,882) | (5,153,296) |
| | Unshipped Margin % | DIV0992 SERVICE SUPPLIES ( 092) | 70,292 | (5,818,910) |
| | | Reporting Divisions | (6,404,479) | (15,121,095) |

Unshipped Margin Total SHC Non-Qtr period
  - Margin calculated for non-quarter month, ledger is only

Total Sales Reserve with Correct Adj Margin

| | | Inventory @ Cost GP | Inventory @ Cost GP Calculation (SL A01016) |
|---|---|---:|---:|
| | | Internal Analysis | Internal Analysis |
| | | HTD(Sep) | HTD(Sep) |
| | | 2018 Actuals | 2018 Actuals |
| | | 35486 CORPORATE A | Accounting Adjustments |
| DIV0092 SUPPLIES | | - | (4,163,603) |
| DIV0093 SIGNS | | - | 7,001 |
| DIV0095 FOOD SUPPLIES | | - | (27) |
| DIV0100 CORPORATE ADJUSTMENT | | (397,801) | (4,755,495) |
| DIV0992 SERVICE SUPPLIES ( 092) | | - | (5,818,910) |
| Reporting Divisions | | (397,801) | (14,723,294) |