# Exhibit 52

| Store Count | | | Estimated Script Asset Value | | |
|---|---|---|---|---|---|
| 140 | | | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
| 7752 | YAUCO | PR | $ 1,700,585 | $ 203,008 | $ 1,903,593 |
| 7705 | TAMUNING | GU | $ 1,239,148 | $ 484,652 | $ 1,723,800 |
| 4026 | ST JOSEPH | MO | $ 968,566 | $ 518,230 | $ 1,486,796 |
| 7784 | VEGA ALTA | PR | $ 1,275,051 | $ 180,545 | $ 1,455,595 |
| 3954 | WALNUTPORT | PA | $ 1,038,794 | $ 235,575 | $ 1,274,369 |
| 9662 | EPHRATA | PA | $ 1,009,565 | $ 201,783 | $ 1,211,347 |
| 4494 | TRUJILLO ALTO | PR | $ 1,028,825 | $ 170,892 | $ 1,199,717 |
| 7570 | BAYAMON | PR | $ 973,814 | $ 210,166 | $ 1,183,980 |
| 7413 | ST CROIX | VI | $ 864,111 | $ 299,917 | $ 1,164,028 |
| 7446 | CAYEY | PR | $ 1,025,058 | $ 128,449 | $ 1,153,507 |
| 3982 | LEMOORE | CA | $ 969,923 | $ 162,032 | $ 1,131,955 |
| 7677 | WELLSVILLE | NY | $ 832,348 | $ 286,882 | $ 1,119,230 |
| 7676 | SIDNEY | NY | $ 734,400 | $ 330,995 | $ 1,065,395 |
| 4188 | CHARLESTON | WV | $ 831,891 | $ 209,034 | $ 1,040,925 |
| 3810 | WILLOW STREET | PA | $ 865,814 | $ 161,395 | $ 1,027,208 |
| 3851 | RACINE | WI | $ 643,569 | $ 323,818 | $ 967,387 |
| 4751 | TEHACHAPI | CA | $ 839,880 | $ 109,040 | $ 948,920 |
| 9746 | GRASS VALLEY | CA | $ 805,362 | $ 134,659 | $ 940,020 |
| 7673 | STEVENSVILLE | MD | $ 579,323 | $ 321,288 | $ 900,611 |
| 7665 | CAROLINA | PR | $ 759,157 | $ 126,243 | $ 885,400 |
| 7255 | SOMERSET | KY | $ 771,397 | $ 109,788 | $ 881,185 |
| 7033 | LEWISTON | ID | $ 719,238 | $ 154,865 | $ 874,104 |
| 7788 | BAYAMON | PR | $ 744,009 | $ 122,952 | $ 866,961 |
| 7031 | MENOMINEE | MI | $ 708,051 | $ 158,615 | $ 866,666 |
| 7083 | NEW CASTLE | PA | $ 698,552 | $ 166,248 | $ 864,801 |
| 7741 | PONCE | PR | $ 724,846 | $ 136,966 | $ 861,812 |
| 7006 | TWIN FALLS | ID | $ 698,428 | $ 138,763 | $ 837,191 |
| 9689 | INTERNATIONAL FA | MN | $ 674,585 | $ 138,211 | $ 812,796 |
| 7246 | RICHMOND | IN | $ 609,092 | $ 203,131 | $ 812,223 |
| 3911 | COLUMBIA | PA | $ 654,494 | $ 154,357 | $ 808,851 |
| 7768 | GUAYNABO | PR | $ 679,209 | $ 129,458 | $ 808,668 |
| 7626 | WAYNESVILLE | NC | $ 616,057 | $ 189,662 | $ 805,718 |
| 3993 | JUANA DIAZ | PR | $ 680,082 | $ 111,371 | $ 791,453 |
| 7017 | ROSWELL | NM | $ 603,900 | $ 182,661 | $ 786,561 |
| 3725 | FREEDOM | CA | $ 646,920 | $ 137,173 | $ 784,093 |
| 3266 | KINGSTON | PA | $ 635,912 | $ 140,492 | $ 776,404 |
| 7783 | HATO REY | PR | $ 670,154 | $ 102,377 | $ 772,531 |
| 3841 | MARSHALL | MI | $ 640,869 | $ 130,246 | $ 771,115 |
| 4844 | RIO PIEDROS | PR | $ 646,380 | $ 124,025 | $ 770,405 |
| 4442 | CHARLESTON | WV | $ 594,457 | $ 171,846 | $ 766,303 |
| 7229 | GRAYSON | KY | $ 585,166 | $ 181,110 | $ 766,276 |
| 7616 | LEXINGTON | SC | $ 598,334 | $ 157,473 | $ 755,807 |
| 9420 | BRONX | NY | $ 570,655 | $ 176,131 | $ 746,786 |
| 4741 | BATAVIA | NY | $ 537,549 | $ 209,114 | $ 746,663 |
| 3172 | HAGERSTOWN | MD | $ 606,406 | $ 127,694 | $ 734,100 |
| 7419 | CAGUAS | PR | $ 595,662 | $ 137,833 | $ 733,495 |
| 9354 | GRIFFITH | IN | $ 573,798 | $ 153,965 | $ 727,764 |
| 4782 | CLINTON | OK | $ 559,329 | $ 159,525 | $ 718,855 |
| 4113 | ERIE | PA | $ 585,443 | $ 127,093 | $ 712,536 |
| 4713 | TOWANDA | PA | $ 567,914 | $ 139,335 | $ 707,249 |
| 7209 | EAST LIVERPOOL | OH | $ 522,152 | $ 173,408 | $ 695,560 |
| 7372 | LEECHBURG | PA | $ 541,274 | $ 153,439 | $ 694,713 |
| 7477 | MARIETTA | OH | $ 565,228 | $ 124,449 | $ 689,676 |

**JX 077-1**

| Store Count | | | Estimated Script Asset Value | | |
|---|---|---|---|---|---|
| 140 | | | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
| 3136 | SHILLINGTON | PA | $ 516,614 | $ 168,549 | $ 685,163 |
| 4048 | SPRINGFIELD | IL | $ 544,029 | $ 137,400 | $ 681,429 |
| 3963 | ELIZABETHTOWN | PA | $ 527,968 | $ 149,024 | $ 676,992 |
| 9220 | ALGONA | IA | $ 487,565 | $ 187,922 | $ 675,487 |
| 3713 | COVINGTON | GA | $ 527,718 | $ 145,389 | $ 673,108 |
| 7699 | LEBANON | PA | $ 515,631 | $ 152,524 | $ 668,155 |
| 3886 | ASHEVILLE | NC | $ 523,869 | $ 140,357 | $ 664,226 |
| 4112 | ASHEVILLE | NC | $ 520,242 | $ 137,948 | $ 658,189 |
| 7717 | WAYNESBORO | VA | $ 534,046 | $ 116,114 | $ 650,160 |
| 9593 | OSCODA | MI | $ 487,468 | $ 157,360 | $ 644,828 |
| 4433 | QUINCY | IL | $ 528,702 | $ 115,986 | $ 644,687 |
| 3268 | WILKES BARRE | PA | $ 535,638 | $ 108,120 | $ 643,759 |
| 7169 | SALINA | KS | $ 476,128 | $ 161,739 | $ 637,867 |
| 7030 | KALISPELL | MT | $ 533,506 | $ 104,149 | $ 637,656 |
| 9394 | FAJARDO | PR | $ 518,954 | $ 112,147 | $ 631,101 |
| 7223 | METAIRIE | LA | $ 546,272 | $ 78,237 | $ 624,509 |
| 4736 | CASPER | WY | $ 485,086 | $ 133,765 | $ 618,852 |
| 3592 | LAS VEGAS | NV | $ 495,651 | $ 117,957 | $ 613,608 |
| 3750 | WAUPACA | WI | $ 469,855 | $ 142,927 | $ 612,782 |
| 4453 | PUEBLO | CO | $ 482,691 | $ 129,360 | $ 612,051 |
| 4304 | FLORISSANT | MO | $ 486,997 | $ 123,243 | $ 610,240 |
| 9619 | MOREHEAD CITY | NC | $ 464,511 | $ 140,644 | $ 605,155 |
| 4814 | HAVRE | MT | $ 493,546 | $ 105,271 | $ 598,817 |
| 7068 | MIDLAND | MI | $ 494,225 | $ 100,350 | $ 594,575 |
| 9438 | PLEASANT HILLS | PA | $ 437,857 | $ 148,540 | $ 586,397 |
| 4170 | RAPID CITY | SD | $ 430,989 | $ 150,594 | $ 581,584 |
| 3692 | OCONOMOWOC | WI | $ 445,320 | $ 130,071 | $ 575,391 |
| 9621 | LEBANON | TN | $ 457,283 | $ 117,111 | $ 574,394 |
| 7746 | CARLISLE | PA | $ 471,406 | $ 100,958 | $ 572,364 |
| 3823 | JASPER | IN | $ 435,323 | $ 127,900 | $ 563,223 |
| 3819 | HASTINGS | MI | $ 438,411 | $ 108,260 | $ 546,671 |
| 7289 | STEGER | IL | $ 427,320 | $ 118,936 | $ 546,256 Closing September |
| 4470 | WEST LONG BRANC | NJ | $ 380,063 | $ 164,984 | $ 545,047 |
| 3484 | ELKVIEW | WV | $ 379,689 | $ 143,751 | $ 523,440 |
| 3529 | PITTSBURGH | PA | $ 398,949 | $ 122,867 | $ 521,816 |
| 7043 | ROCK HILL | SC | $ 424,648 | $ 92,245 | $ 516,893 |
| 7767 | CHARLES CITY | IA | $ 400,431 | $ 114,648 | $ 515,079 |
| 7566 | ARECIBO | PR | $ 410,137 | $ 100,496 | $ 510,633 |
| 4871 | FARMINGVILLE | NY | $ 363,531 | $ 145,209 | $ 508,740 |
| 3088 | KENOSHA | WI | $ 411,023 | $ 96,347 | $ 507,370 |
| 4490 | SAN JUAN | PR | $ 413,405 | $ 90,957 | $ 504,362 |
| 4016 | GREENVILLE | SC | $ 386,086 | $ 118,057 | $ 504,143 |
| 7460 | KNOXVILLE | TN | $ 343,288 | $ 155,151 | $ 498,439 |
| 7397 | GROVE CITY | OH | $ 392,815 | $ 99,505 | $ 492,321 |
| 9348 | NORRIDGE | IL | $ 404,363 | $ 79,388 | $ 483,751 |
| 4214 | DES PLAINES | IL | $ 352,343 | $ 126,138 | $ 478,481 |
| 4064 | NO VERSAILLES | PA | $ 386,377 | $ 92,101 | $ 478,478 |
| 4141 | W COLUMBIA | SC | $ 360,471 | $ 116,384 | $ 476,855 |
| 4732 | AGUADILLA | PR | $ 428,234 | $ 46,189 | $ 474,422 |
| 9549 | MORGANTON | NC | $ 350,086 | $ 123,041 | $ 473,127 |
| 4381 | BRIDGEVIEW | IL | $ 366,286 | $ 94,761 | $ 461,047 |
| 3361 | ALLENTOWN | PA | $ 359,709 | $ 101,179 | $ 460,888 |
| 7042 | VALPARAISO | IN | $ 355,334 | $ 100,930 | $ 456,264 |
| 3785 | TABB | VA | $ 337,860 | $ 117,645 | $ 455,505 |
| 3239 | KANSAS CITY | MO | $ 345,309 | $ 110,082 | $ 455,391 |
| 7749 | NEW YORK | NY | $ 317,935 | $ 135,740 | $ 453,676 |

**JX 077-2**

| Store Count | | | Estimated Script Asset Value | | |
|---|---|---|---|---|---|
| 140 | | | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
| 3829 | ST. THOMAS | VI | $ 391,915 | $ 60,865 | $ 452,781 |
| 4395 | CUDAHY | WI | $ 328,486 | $ 107,659 | $ 436,145 |
| 4863 | GILLETTE | WY | $ 311,843 | $ 121,666 | $ 433,509 Closing September |
| 3862 | BOHEMIA | NY | $ 273,877 | $ 143,596 | $ 417,473 |
| 7644 | HARRISON | OH | $ 320,275 | $ 88,687 | $ 408,962 |
| 3882 | MAYAQUEZ | PR | $ 326,617 | $ 80,520 | $ 407,137 |
| 4399 | SILVER SPRINGS | MD | $ 287,197 | $ 114,400 | $ 401,597 |
| 4450 | RALEIGH | NC | $ 270,706 | $ 127,262 | $ 397,969 |
| 3155 | BELLEVILLE | MI | $ 303,009 | $ 83,278 | $ 386,287 |
| 3808 | STATESVILLE | NC | $ 291,905 | $ 91,276 | $ 383,181 |
| 7274 | MAULDIN | SC | $ 286,782 | $ 94,525 | $ 381,307 |
| 4150 | ALTOONA | PA | $ 281,312 | $ 93,165 | $ 374,477 |
| 9794 | SAINT GEORGE | UT | $ 285,314 | $ 82,623 | $ 367,937 |
| 3147 | KINGSPORT | TN | $ 256,085 | $ 111,354 | $ 367,438 |
| 3097 | COUNCIL BLUFFS | IA | $ 286,560 | $ 78,358 | $ 364,918 |
| 3256 | BALTIMORE | MD | $ 239,317 | $ 118,707 | $ 358,024 |
| 7649 | RIPON | WI | $ 231,078 | $ 125,096 | $ 356,174 |
| 3667 | RALEIGH | NC | $ 261,983 | $ 92,783 | $ 354,766 |
| 3707 | LAKE HAVASU CITY | AZ | $ 253,703 | $ 93,397 | $ 347,100 |
| 3308 | LAKE ORION | MI | $ 252,208 | $ 93,975 | $ 346,183 |
| 3896 | SAN GERMAN | PR | $ 256,597 | $ 85,014 | $ 341,611 |
| 3424 | GAINESVILLE | FL | $ 251,183 | $ 88,487 | $ 339,670 |
| 7329 | LOVELAND | CO | $ 244,675 | $ 93,303 | $ 337,978 |
| 7321 | BRADENTON | FL | $ 202,694 | $ 123,141 | $ 325,835 |
| 3820 | CHARLEVOIX | MI | $ 237,614 | $ 80,509 | $ 318,122 |
| 3021 | AUBURN | ME | $ 224,903 | $ 83,437 | $ 308,340 |
| 3317 | BOCA RATON | FL | $ 233,405 | $ 72,170 | $ 305,575 |
| 7777 | NEW YORK | NY | $ 185,358 | $ 117,287 | $ 302,645 |
| 3379 | WATERFORD | MI | $ 220,528 | $ 78,518 | $ 299,046 |
| 7208 | CLEMMONS | NC | $ 195,757 | $ 70,651 | $ 266,408 |
| 4858 | CAGUAS | PR | $ 192,088 | $ 70,867 | $ 262,955 |

**JX 077-3**

| Store Count | | | Estimated Script Asset Value | | |
|---|---|---|---|---|---|
| 140 | | | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
| 7752 | YAUCO | PR | $ 1,700,585 | $ 203,008 | $ 1,903,593 |
| 7705 | TAMUNING | GU | $ 1,239,148 | $ 484,652 | $ 1,723,800 |
| 4026 | ST JOSEPH | MO | $ 968,566 | $ 518,230 | $ 1,486,796 |
| 7784 | VEGA ALTA | PR | $ 1,275,051 | $ 180,545 | $ 1,455,595 |
| 3954 | WALNUTPORT | PA | $ 1,038,794 | $ 235,575 | $ 1,274,369 |
| 9662 | EPHRATA | PA | $ 1,009,565 | $ 201,783 | $ 1,211,347 |
| 4494 | TRUJILLO ALTO | PR | $ 1,028,825 | $ 170,892 | $ 1,199,717 |
| 7570 | BAYAMON | PR | $ 973,814 | $ 210,166 | $ 1,183,980 |
| 7413 | ST CROIX | VI | $ 864,111 | $ 299,917 | $ 1,164,028 |
| 7446 | CAYEY | PR | $ 1,025,058 | $ 128,449 | $ 1,153,507 |
| 3982 | LEMOORE | CA | $ 969,923 | $ 162,032 | $ 1,131,955 |
| 7677 | WELLSVILLE | NY | $ 832,348 | $ 286,882 | $ 1,119,230 |
| 7676 | SIDNEY | NY | $ 734,400 | $ 330,995 | $ 1,065,395 |
| 4188 | CHARLESTON | WV | $ 831,891 | $ 209,034 | $ 1,040,925 |
| 3810 | WILLOW STREET | PA | $ 865,814 | $ 161,395 | $ 1,027,208 |
| 3851 | RACINE | WI | $ 643,569 | $ 323,818 | $ 967,387 |
| 4751 | TEHACHAPI | CA | $ 839,880 | $ 109,040 | $ 948,920 |
| 9746 | GRASS VALLEY | CA | $ 805,362 | $ 134,659 | $ 940,020 |
| 7673 | STEVENSVILLE | MD | $ 579,323 | $ 321,288 | $ 900,611 |
| 7665 | CAROLINA | PR | $ 759,157 | $ 126,243 | $ 885,400 |
| 7255 | SOMERSET | KY | $ 771,397 | $ 109,788 | $ 881,185 |
| 7033 | LEWISTON | ID | $ 719,238 | $ 154,865 | $ 874,104 |
| 7788 | BAYAMON | PR | $ 744,009 | $ 122,952 | $ 866,961 |
| 7031 | MENOMINEE | MI | $ 708,051 | $ 158,615 | $ 866,666 |
| 7083 | NEW CASTLE | PA | $ 698,552 | $ 166,248 | $ 864,801 |
| 7741 | PONCE | PR | $ 724,846 | $ 136,966 | $ 861,812 |
| 7006 | TWIN FALLS | ID | $ 698,428 | $ 138,763 | $ 837,191 |
| 9689 | INTERNATIONAL FA | MN | $ 674,585 | $ 138,211 | $ 812,796 |
| 7246 | RICHMOND | IN | $ 609,092 | $ 203,131 | $ 812,223 |
| 3911 | COLUMBIA | PA | $ 654,494 | $ 154,357 | $ 808,851 |
| 7768 | GUAYNABO | PR | $ 679,209 | $ 129,458 | $ 808,668 |
| 7626 | WAYNESVILLE | NC | $ 616,057 | $ 189,662 | $ 805,718 |
| 3993 | JUANA DIAZ | PR | $ 680,082 | $ 111,371 | $ 791,453 |
| 7017 | ROSWELL | NM | $ 603,900 | $ 182,661 | $ 786,561 |
| 3725 | FREEDOM | CA | $ 646,920 | $ 137,173 | $ 784,093 |
| 3266 | KINGSTON | PA | $ 635,912 | $ 140,492 | $ 776,404 |
| 7783 | HATO REY | PR | $ 670,154 | $ 102,377 | $ 772,531 |
| 3841 | MARSHALL | MI | $ 640,869 | $ 130,246 | $ 771,115 |
| 4844 | RIO PIEDROS | PR | $ 646,380 | $ 124,025 | $ 770,405 |
| 4442 | CHARLESTON | WV | $ 594,457 | $ 171,846 | $ 766,303 |
| 7229 | GRAYSON | KY | $ 585,166 | $ 181,110 | $ 766,276 |
| 7616 | LEXINGTON | SC | $ 598,334 | $ 157,473 | $ 755,807 |
| 9420 | BRONX | NY | $ 570,655 | $ 176,131 | $ 746,786 |
| 4741 | BATAVIA | NY | $ 537,549 | $ 209,114 | $ 746,663 |
| 3172 | HAGERSTOWN | MD | $ 606,406 | $ 127,694 | $ 734,100 |
| 7419 | CAGUAS | PR | $ 595,662 | $ 137,833 | $ 733,495 |
| 9354 | GRIFFITH | IN | $ 573,798 | $ 153,965 | $ 727,764 |
| 4782 | CLINTON | OK | $ 559,329 | $ 159,525 | $ 718,855 |
| 4113 | ERIE | PA | $ 585,443 | $ 127,093 | $ 712,536 |
| 4713 | TOWANDA | PA | $ 567,914 | $ 139,335 | $ 707,249 |
| 7209 | EAST LIVERPOOL | OH | $ 522,152 | $ 173,408 | $ 695,560 |
| 7372 | LEECHBURG | PA | $ 541,274 | $ 153,439 | $ 694,713 |
| 7477 | MARIETTA | OH | $ 565,228 | $ 124,449 | $ 689,676 |

**JX 077-4**

| Store Count | | | Estimated Script Asset Value | | |
|---|---|---|---|---|---|
| 140 | | | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
| 3136 | SHILLINGTON | PA | $ 516,614 | $ 168,549 | $ 685,163 |
| 4048 | SPRINGFIELD | IL | $ 544,029 | $ 137,400 | $ 681,429 |
| 3963 | ELIZABETHTOWN | PA | $ 527,968 | $ 149,024 | $ 676,992 |
| 9220 | ALGONA | IA | $ 487,565 | $ 187,922 | $ 675,487 |
| 3713 | COVINGTON | GA | $ 527,718 | $ 145,389 | $ 673,108 |
| 7699 | LEBANON | PA | $ 515,631 | $ 152,524 | $ 668,155 |
| 3886 | ASHEVILLE | NC | $ 523,869 | $ 140,357 | $ 664,226 |
| 4112 | ASHEVILLE | NC | $ 520,242 | $ 137,948 | $ 658,189 |
| 7717 | WAYNESBORO | VA | $ 534,046 | $ 116,114 | $ 650,160 |
| 9593 | OSCODA | MI | $ 487,468 | $ 157,360 | $ 644,828 |
| 4433 | QUINCY | IL | $ 528,702 | $ 115,986 | $ 644,687 |
| 3268 | WILKES BARRE | PA | $ 535,638 | $ 108,120 | $ 643,759 |
| 7169 | SALINA | KS | $ 476,128 | $ 161,739 | $ 637,867 |
| 7030 | KALISPELL | MT | $ 533,506 | $ 104,149 | $ 637,656 |
| 9394 | FAJARDO | PR | $ 518,954 | $ 112,147 | $ 631,101 |
| 7223 | METAIRIE | LA | $ 546,272 | $ 78,237 | $ 624,509 |
| 4736 | CASPER | WY | $ 485,086 | $ 133,765 | $ 618,852 |
| 3592 | LAS VEGAS | NV | $ 495,651 | $ 117,957 | $ 613,608 |
| 3750 | WAUPACA | WI | $ 469,855 | $ 142,927 | $ 612,782 |
| 4453 | PUEBLO | CO | $ 482,691 | $ 129,360 | $ 612,051 |
| 4304 | FLORISSANT | MO | $ 486,997 | $ 123,243 | $ 610,240 |
| 9619 | MOREHEAD CITY | NC | $ 464,511 | $ 140,644 | $ 605,155 |
| 4814 | HAVRE | MT | $ 493,546 | $ 105,271 | $ 598,817 |
| 7068 | MIDLAND | MI | $ 494,225 | $ 100,350 | $ 594,575 |
| 9438 | PLEASANT HILLS | PA | $ 437,857 | $ 148,540 | $ 586,397 |
| 4170 | RAPID CITY | SD | $ 430,989 | $ 150,594 | $ 581,584 |
| 3692 | OCONOMOWOC | WI | $ 445,320 | $ 130,071 | $ 575,391 |
| 9621 | LEBANON | TN | $ 457,283 | $ 117,111 | $ 574,394 |
| 7746 | CARLISLE | PA | $ 471,406 | $ 100,958 | $ 572,364 |
| 3823 | JASPER | IN | $ 435,323 | $ 127,900 | $ 563,223 |
| 3819 | HASTINGS | MI | $ 438,411 | $ 108,260 | $ 546,671 |
| 7289 | STEGER | IL | $ 427,320 | $ 118,936 | $ 546,256 Closing September |
| 4470 | WEST LONG BRANC | NJ | $ 380,063 | $ 164,984 | $ 545,047 |
| 3484 | ELKVIEW | WV | $ 379,689 | $ 143,751 | $ 523,440 |
| 3529 | PITTSBURGH | PA | $ 398,949 | $ 122,867 | $ 521,816 |
| 7043 | ROCK HILL | SC | $ 424,648 | $ 92,245 | $ 516,893 |
| 7767 | CHARLES CITY | IA | $ 400,431 | $ 114,648 | $ 515,079 |
| 7566 | ARECIBO | PR | $ 410,137 | $ 100,496 | $ 510,633 |
| 4871 | FARMINGVILLE | NY | $ 363,531 | $ 145,209 | $ 508,740 |
| 3088 | KENOSHA | WI | $ 411,023 | $ 96,347 | $ 507,370 |
| 4490 | SAN JUAN | PR | $ 413,405 | $ 90,957 | $ 504,362 |
| 4016 | GREENVILLE | SC | $ 386,086 | $ 118,057 | $ 504,143 |
| 7460 | KNOXVILLE | TN | $ 343,288 | $ 155,151 | $ 498,439 |
| 7397 | GROVE CITY | OH | $ 392,815 | $ 99,505 | $ 492,321 |
| 9348 | NORRIDGE | IL | $ 404,363 | $ 79,388 | $ 483,751 |
| 4214 | DES PLAINES | IL | $ 352,343 | $ 126,138 | $ 478,481 |
| 4064 | NO VERSAILLES | PA | $ 386,377 | $ 92,101 | $ 478,478 |
| 4141 | W COLUMBIA | SC | $ 360,471 | $ 116,384 | $ 476,855 |
| 4732 | AGUADILLA | PR | $ 428,234 | $ 46,189 | $ 474,422 |
| 9549 | MORGANTON | NC | $ 350,086 | $ 123,041 | $ 473,127 |
| 4381 | BRIDGEVIEW | IL | $ 366,286 | $ 94,761 | $ 461,047 |
| 3361 | ALLENTOWN | PA | $ 359,709 | $ 101,179 | $ 460,888 |
| 7042 | VALPARAISO | IN | $ 355,334 | $ 100,930 | $ 456,264 |
| 3785 | TABB | VA | $ 337,860 | $ 117,645 | $ 455,505 |
| 3239 | KANSAS CITY | MO | $ 345,309 | $ 110,082 | $ 455,391 |
| 7749 | NEW YORK | NY | $ 317,935 | $ 135,740 | $ 453,676 |

**JX 077-5**

| Store Count | | | Estimated Script Asset Value | | | |
|---|---|---|---|---|---|---|
| 140 | | | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 | |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value | |
| 3829 | ST. THOMAS | VI | $ 391,915 | $ 60,865 | $ 452,781 | |
| 4395 | CUDAHY | WI | $ 328,486 | $ 107,659 | $ 436,145 | |
| 4863 | GILLETTE | WY | $ 311,843 | $ 121,666 | $ 433,509 | Closing September |
| 3862 | BOHEMIA | NY | $ 273,877 | $ 143,596 | $ 417,473 | |
| 7644 | HARRISON | OH | $ 320,275 | $ 88,687 | $ 408,962 | |
| 3882 | MAYAQUEZ | PR | $ 326,617 | $ 80,520 | $ 407,137 | |
| 4399 | SILVER SPRINGS | MD | $ 287,197 | $ 114,400 | $ 401,597 | |
| 4450 | RALEIGH | NC | $ 270,706 | $ 127,262 | $ 397,969 | |
| 3155 | BELLEVILLE | MI | $ 303,009 | $ 83,278 | $ 386,287 | |
| 3808 | STATESVILLE | NC | $ 291,905 | $ 91,276 | $ 383,181 | |
| 7274 | MAULDIN | SC | $ 286,782 | $ 94,525 | $ 381,307 | |
| 4150 | ALTOONA | PA | $ 281,312 | $ 93,165 | $ 374,477 | |
| 9794 | SAINT GEORGE | UT | $ 285,314 | $ 82,623 | $ 367,937 | |
| 3147 | KINGSPORT | TN | $ 256,085 | $ 111,354 | $ 367,438 | |
| 3097 | COUNCIL BLUFFS | IA | $ 286,560 | $ 78,358 | $ 364,918 | |
| 3256 | BALTIMORE | MD | $ 239,317 | $ 118,707 | $ 358,024 | |
| 7649 | RIPON | WI | $ 231,078 | $ 125,096 | $ 356,174 | |
| 3667 | RALEIGH | NC | $ 261,983 | $ 92,783 | $ 354,766 | |
| 3707 | LAKE HAVASU CITY | AZ | $ 253,703 | $ 93,397 | $ 347,100 | |
| 3308 | LAKE ORION | MI | $ 252,208 | $ 93,975 | $ 346,183 | |
| 3896 | SAN GERMAN | PR | $ 256,597 | $ 85,014 | $ 341,611 | |
| 3424 | GAINESVILLE | FL | $ 251,183 | $ 88,487 | $ 339,670 | |
| 7329 | LOVELAND | CO | $ 244,675 | $ 93,303 | $ 337,978 | |
| 7321 | BRADENTON | FL | $ 202,694 | $ 123,141 | $ 325,835 | |
| 3820 | CHARLEVOIX | MI | $ 237,614 | $ 80,509 | $ 318,122 | |
| 3021 | AUBURN | ME | $ 224,903 | $ 83,437 | $ 308,340 | |
| 3317 | BOCA RATON | FL | $ 233,405 | $ 72,170 | $ 305,575 | |
| 7777 | NEW YORK | NY | $ 185,358 | $ 117,287 | $ 302,645 | |
| 3379 | WATERFORD | MI | $ 220,528 | $ 78,518 | $ 299,046 | |
| 7208 | CLEMMONS | NC | $ 195,757 | $ 70,651 | $ 266,408 | |
| 4858 | CAGUAS | PR | $ 192,088 | $ 70,867 | $ 262,955 | |

**JX 077-6**