# Exhibit 56

## ESL Bid Versus Liquidation Comparison

- In order to compare the ESL bid to a potential winddown, the recovery to secured claims were reviewed separately from the administrative claim pool as a winddown would generate a different type/amount of claims
- Assuming recovery value is ascribed to the ESL credit bid amounts in full, the ESL bid would result in $975M of additional recovery to secured creditors and $1.486B to all creditors before admin claims

|  | (A) ESL Bid | | | | | (B) Wind Down | | | | | (A) - (B) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Creditors | Gross Claim | Total Recovery | Cash | % Recovery | Creditors | Gross Claim | Total Recovery | Cash | % Recovery | Total Recovery Var. |
| Senior DIP ABL | $ 1,023 | $ 1,023 | $ 1,023 | 100% | Senior DIP ABL | $ 855 | $ 855 | $ 855 | 100% | $ 168 |
| Junior DIP | 350 | 350 | 350 | 100% | Junior DIP | 350 | 350 | 350 | 100% | - |
| FILO (1.5) | 125 | 125 | - | 100% | FILO (1.5) | 125 | 125 | 125 | 100% | - |
| Citi LC Facility (1.75) | 271 | 271 | - | 100% | Citi LC Facility (1.75) | 176 | 88 | 88 | 50% | 183 |
| 2nd Lien Line of Credit Loans | 570 | 390 | - | 68% | 2nd Lien Line of Credit Loans | 570 | - | - | 0% | 390 |
| ESL 2nd Lien Term Loan (PIK) | 320 | 30 | - | 9% | ESL 2nd Lien Term Loan (PIK) | 320 | - | - | 0% | 30 |
| 2nd Lien Notes (PIK) | 175 | 17 | - | 10% | 2nd Lien Notes (PIK) | 175 | - | - | 0% | 17 |
| 2nd Lien Notes (2.5; Cash) | 89 | - | - | 0% | 2nd Lien Notes (2.5; Cash) | 89 | - | - | 0% | - |
| Dove Loans | 831 | 544 | - | 65% | Dove Loans | 831 | 429 | 429 | 52% | 115 |
| Sparrow Loans | - | - | - | 0% | Sparrow Loans | - | - | - | 0% | - |
| GL / IP Loan | 231 | 231 | - | 100% | GL / IP Loan | 241 | 159 | 159 | 66% | (72) |
| **Total Secured** | **3,985** | **2,981** | **1,373** | **75%** | **Total Secured** | **3,732** | **2,006** | **2,006** | **54%** | **975** |
| Protection Agreement Liability[1] | 430 | 430 | - | 100% | Protection Agreement Liability | - | - | - | 0% | 430 |
| SYW Points and Gift Cards | 81 | 81 | - | 100% | SYW Points and Gift Cards | - | - | - | 0% | 81 |
| Unsecured Claims Incl. Deficiency Claims | 4,535 | - | - | 0% | Unsecured Claims Incl. Deficiency Claims | 5,899 | - | - | 0% | - |
| **Total Less Admin Claims** | **9,031** | **3,492** | **1,373** | **39%** | **Total Less Admin Claims** | **9,631** | **2,006** | **2,006** | **21%** | **1,486** |
| **Reconciliation to Total Claims[2]** | | | | | | | | | | |
| Admin & Other Priority Claims | 583 | 583 | 583 | 100% | Admin & Other Priority Claims | 1,349 | 1,349 | 1,349 | 100% | (766) |
| 2nd Lien 507(b) Claim | - | - | - | 0% | 2nd Lien 507(b) Claim | 252 | 199 | 199 | 79% | (199) |
| **Total** | **$ 9,614** | **$ 4,075** | **$ 1,956** | **42%** | **Total** | **$ 11,232** | **$ 3,554** | **$ 3,554** | **32%** | **$ 521** |

[1] Protection agreement liability reflects the net present value of expected redemptions as opposed to gross book liability reflected in Debtor analysis
[2] Assumes ESL improves bid to avoid administrative insolvency. All other assumptions based on most current company projections

Privileged & Confidential                                   1                         Prepared at the request of Counsel in anticipation of litigation

Confidential

RS_UCC_00002826
JX 083-1

## ESL Bid Versus Liquidation Comparison (Alternative Approach)

- The following approach differs from prior page in that it assumes credit bid amounts for tranches of debt which receive no recovery under a liquidation would then similarly not be ascribed any value in the going concern bid
- Under this scenario, the ESL bid would result in $351M of additional recovery to secured creditors and $862M to all creditors before administrative claims

| | (A) ESL Bid | | | | | (B) Wind Down | | | | (A) - (B) |
|---|---|---|---|---|---|---|---|---|---|---|
| Creditors | Gross Claim | Total Recovery | Cash | % Recovery | Creditors | Gross Claim | Total Recovery | Cash | % Recovery | Total Recovery Var. |
| Senior DIP ABL | $ 1,023 | $ 1,023 | $ 1,023 | 100% | Senior DIP ABL | $ 855 | $ 855 | $ 855 | 100% | $ 168 |
| Junior DIP | 350 | 350 | 350 | 100% | Junior DIP | 350 | 350 | 350 | 100% | - |
| FILO (1.5) | 125 | 125 | - | 100% | FILO (1.5) | 125 | 125 | 125 | 100% | - |
| Citi LC Facility (1.75) | 271 | 271 | - | 100% | Citi LC Facility (1.75) | 176 | 88 | 88 | 50% | 183 |
| 2nd Lien Line of Credit Loans | 570 | - | - | 0% | 2nd Lien Line of Credit Loans | 570 | - | - | 0% | - |
| ESL 2nd Lien Term Loan (PIK) | 320 | - | - | 0% | ESL 2nd Lien Term Loan (PIK) | 320 | - | - | 0% | - |
| 2nd Lien Notes (PIK) | 175 | - | - | 0% | 2nd Lien Notes (PIK) | 175 | - | - | 0% | - |
| 2nd Lien Notes (2.5; Cash) | 89 | - | - | 0% | 2nd Lien Notes (2.5; Cash) | 89 | - | - | 0% | - |
| Dove Loans | 831 | 429 | - | 52% | Dove Loans | 831 | 429 | 429 | 52% | - |
| Sparrow Loans | - | - | - | 0% | Sparrow Loans | - | - | - | 0% | - |
| GL / IP Loan | 231 | 159 | - | 69% | GL / IP Loan | 241 | 159 | 159 | 66% | - |
| **Total Secured** | **3,985** | **2,357** | **1,373** | **59%** | **Total Secured** | **3,732** | **2,006** | **2,006** | **54%** | **351** |
| Protection Agreement Liability[1] | 430 | 430 | - | 100% | Protection Agreement Liability | - | - | - | 0% | 430 |
| SYW Points and Gift Cards | 81 | 81 | - | 100% | SYW Points and Gift Cards | - | - | - | 0% | 81 |
| Unsecured Claims Incl. Deficiency Claims | 4,535 | - | - | 0% | Unsecured Claims Incl. Deficiency Claims | 5,899 | - | - | 0% | - |
| **Total** | **9,031** | **2,868** | **1,373** | **32%** | **Total** | **9,631** | **2,006** | **2,006** | **21%** | **862** |
| **Reconciliation to Total Claims[2]** | | | | | | | | | | |
| Admin & Other Priority Claims | 583 | 583 | 583 | 100% | Admin & Other Priority Claims | 1,349 | 1,349 | 1,349 | 100% | (766) |
| 2nd Lien 507(b) Claim | - | - | - | 0% | 2nd Lien 507(b) Claim | 252 | 199 | 199 | 79% | (199) |
| **Total** | **$ 9,614** | **$ 3,451** | **$ 1,956** | **36%** | **Total** | **$ 11,232** | **$ 3,554** | **$ 3,554** | **32%** | **$ (103)** |

[1] Protection agreement liability reflects the net present value of expected redemptions as opposed to gross book liability reflected in Debtor analysis
[2] Assumes ESL improves bid to avoid administrative insolvency. All other assumptions based on most current company projections

Privileged & Confidential                    Prepared at the request of Counsel in anticipation of litigation

Confidential

RS_UCC_00002827

JX 083-2

2