# Exhibit 57

HIGHLY CONFIDENTIAL
NOT FOR DISTRIBUTION
SUBJECT TO FRE 408

# Project Transform – Creditor Recovery Side by Side Analysis

ANY INFORMATION REGARDING VALUATION, FORECASTS, PROJECTIONS, RECOVERIES OR TREATMENT IN THIS PRESENTATION IS FOR ILLUSTRATIVE AND DISCUSSION PURPOSES ONLY, AND ASSUMES THAT ALL TRANSACTIONS CONTEMPLATED HEREIN ARE EXECUTED IN A TIMELY MANNER AND THAT NO TRANSACTION WILL BE EXECUTED UNLESS ALL TRANSACTIONS ARE EXECUTED AS CONTEMPLATED HEREIN.

January 14, 2019

HIGHLY CONFIDENTIAL                                                                                                      ESL-UCC-00003956

JX 084-1

HIGHLY CONFIDENTIAL
NOT FOR DISTRIBUTION
SUBJECT TO FRE 408

# Disclaimer

This presentation has been prepared by ESL Investments ("ESL") based on confidential information provided by the Company and publicly available information. ESL and its representatives have not assumed any responsibility for independently verifying the information herein, ESL and its representatives make no representation or warranty as to the accuracy, completeness or reasonableness of the information herein and ESL and its representatives disclaim any liability with respect to the information herein. This presentation may include projections, forecasts or other forward-looking statements with respect to the Company and there can be no assurance as to ESL's or the Company's future performance. This presentation speaks only as of its date, and ESL and its representatives assume no obligation to update it or to advise any person that any of its conclusions has changed.

Sears has not approved or endorsed this document. Any action or response of Sears in connection with the items discussed in this presentation will require prior review and approval by Sears' Board, the Restructuring Sub-Committee, the Special Committee and/or the Related Party Committee. There can be no assurance that any action will be taken in response to ESL's proposals contained herein, and any action plan that is adopted could vary materially from the proposals described in this document.

This presentation is solely for informational purposes. This presentation is not intended to provide the basis for any decision on any transaction. The recipient should make its own independent business and legal decisions based on all other information, advice and the recipient's own judgment. **This presentation is not an offer to sell or a solicitation of an indication of interest to purchase any security, option, commodity, future, loan or currency. It is not a commitment to underwrite any security, to loan any funds or to make any investment.**

HIGHLY CONFIDENTIAL
NOT FOR DISTRIBUTION
SUBJECT TO FRE 408

# Creditor Recovery Side by Side Analysis

The ESL Going Concern bid offers the estate ~$5.1bn in value

*$ millions*

| Creditors | Debtors - Liquidation | | Priority Based Distribution - Liquidation | | ESL - Going Concern |
|---|---|---|---|---|---|
| | $ Recovery | % Recovery | $ Recovery | % Recovery | Recovery |
| DIP ABL | $894 | 100% | $894 | 100% | 100% |
| Junior DIP | 175 | 100% | 175 | 100% | Roll-Over / Cash Paydown |
| FILO (1.5) | 125 | 100% | 125* | 100% | 100% |
| Citi LC Facility (1.75) | 271 | 100% | 271* | 100% | 100% |
| Adequate Protection - 507(b)[1] | 136 | 41% | 413* | 100% | Recovery from previously unencumbered assets not in bid |
| 2nd Lien Line of Credit Loans | - | 0% | 349* | 61% | Full Recovery / Debt Extinguished |
| ESL 2nd Lien Term Loan (PIK) | - | 0% | 196* | 61% | Full Recovery / Debt Extinguished |
| 2nd Lien Notes (PIK) | - | 0% | 107* | 61% | Full Recovery / Debt Extinguished |
| Dove Loans - Tranche A | 108 | 100% | 108* | 100% | Full Recovery / Debt Extinguished |
| Dove Loans - Tranche B | 321 | 44% | 322* | 44% | Full Recovery / Debt Extinguished |
| Sparrow Loans | NA | NA | NA | NA | NA |
| GL / IP Loan - Tranche A | 79 | 100% | 79* | 100% | Full Recovery / Debt Extinguished |
| GL / IP Loan - Tranche B | 80 | 53% | 80* | 53% | Full Recovery / Debt Extinguished |
| Admin and Other Priority Claims | 1,405 | 100% | 476 | 34% | NewCo to assume substantially all admin claims |
| **Total Distributed Value to Secured Creditors** | **$3,594** | | **$3,594** | | **$4,000** |
| Assumption of PA Liability & Other Liabilities[2] | - | | - | | $1,100 |
| **Total Value To The Estate** | **$3,594** | | **$3,594** | | **$5,100** |

*Adhering to the priorities established by Bankruptcy code section 507(b) the estate has a ~$930mm administrative claim shortfall in a liquidation scenario, rendering the Debtors grossly administratively insolvent*

Note: Estimates of proceeds based on Lazard Wind Down Recoveries Analysis 2019/01/12
1. For the Priority Based Distribution, this number assumes collateral value ascribed in Debtors' liquidation analysis. **See Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief (Docket No. 955), paragraph 18; see also 11 U.S.C. § 507(b) (emphasis added)** ("If the trustee, under section 362, 363, or 364 of this title, provides adequate protection of the interest of a holder of a claim secured by a lien on property of the debtor and if, notwithstanding such protection, such creditor has a claim allowable under subsection (a)(2) of this section . . . then such creditor's claim under such subsection shall have priority over every other claim allowable under such subsection").
2. Other Liabilities include certain Gift Card liabilities and Shop Your Way rewards points

[2]

HIGHLY CONFIDENTIAL

ESL-UCC-00003958

**JX 084-3**

HIGHLY CONFIDENTIAL
NOT FOR DISTRIBUTION
SUBJECT TO FRE 408

## Lien Priority Chart

| | Prepetition Second Lien ABL Collateral (e.g., inventory) | Prepetition First Lien Encumbered Collateral (i.e., Dove, IP/GL collateral) | Prepetition Unencumbered Collateral (e.g., leases and other assets that were not collateral before the Petition Date) (Excluding Specified Collateral) | Specified Collateral (i.e., NY store leases, Credit Card litigation) |
|---|---|---|---|---|
| 1 | Carve-Out | Carve-Out | Carve-Out | Carve-Out |
| 2 | Senior Permitted Liens (e.g., mechanics' liens) | All valid and perfected prepetition liens | Senior Permitted Liens | Senior Permitted Liens |
| 3 | DIP ABL Liens | DIP ABL Liens | DIP ABL Liens | DIP ABL Liens, pari passu with Junior DIP Liens |
| 4 | Prepetition ABL Facilities Adequate Protection Liens | Junior DIP Liens | Junior DIP Liens | Prepetition ABL Facilities Adequate Protection Liens |
| 5 | 2018 FILO Adequate Protection Liens | Prepetition ABL Facilities Adequate Protection Liens | Prepetition ABL Facilities Adequate Protection Liens | 2018 FILO Adequate Protection Liens |
| 6 | Prepetition LC Facility Adequate Protection Liens | 2018 FILO Adequate Protection Liens | 2018 FILO Adequate Protection Liens | Prepetition LC Facility Adequate Protection Liens |
| 7 | Prepetition ABL Liens | Prepetition LC Facility Adequate Protection Liens | Prepetition LC Facility Adequate Protection Liens | Postpetition Intercompany Liens |
| 8 | Postpetition Intercompany Liens | Postpetition Intercompany Liens | Postpetition Intercompany Liens | Prepetition Second Lien Adequate Protection Liens (only with respect to property of Prepetition Second Lien Loan Parties) |
| 9 | Prepetition Second Lien Adequate Protection Liens | Prepetition Second Lien Adequate Protection Liens (only with respect to property of Prepetition Second Lien Loan Parties) | Prepetition Second Lien Adequate Protection Liens (only with respect to property of Prepetition Second Lien Loan Parties) | |
| 10 | Prepetition Second Lien Facilities Liens | | | |
| 11 | Junior DIP Liens | | | |

[ 3 ]

HIGHLY CONFIDENTIAL

ESL-UCC-00003959

JX 084-4

# Superpriority/ Administrative Priority Claim Priority Chart

**HIGHLY CONFIDENTIAL
NOT FOR DISTRIBUTION
SUBJECT TO FRE 408**

### Carve Out

1. ABL DIP Superpriority Claims / Junior DIP Superpriority Claims (against each of the DIP ABL Loan Parties)

2. Prepetition ABL Superpriority Adequate Protection Claims (against each of the DIP ABL Loan Parties)

3. Prepetition FILO Superpriority Adequate Protection Claims (against each of the DIP ABL Loan Parties)

4. Prepetition LC Facility Superpriority Adequate Protection Claims (against each of the DIP ABL Loan Parties)

5. Postpetition Intercompany Obligations (against the Postpetition Intercompany Borrower)

6. Section 506(c) Surcharge Claims against Prepetition Second Lien Collateral (actual and necessary costs of preserving or disposing of Second Lien Collateral to the extent beneficial to secured party)

7. Prepetition Second Lien Facilities Superpriority Adequate Protection Claims (against the Prepetition Second Lien Loan Parties)

8. Non-Superpriority Administrative Claims against any Debtor (costs of the estate, professional fees, etc. that are not Section 506(c) Surcharge Claims)