# Exhibit 58

PRIVILEGED AND HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES

# SEARS HOLDINGS

## CASH COLLATERAL – WEEKLY BUDGET VARIANCE REPORT

**July 10, 2019**




**JX 085-1**

PRIVILEGED AND HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES

## Weekly Cash Flow Variance to 6/29/19 Budget

| ($ in millions) | Forecast Week 1 Forecast: 6/29/19 6/23/19 - 6/29/19 | | | Forecast Week 2 Forecast: 6/29/19 6/30/19 - 7/6/19 | | | Total Weeks 1 - 2 Forecast: 6/29/19 6/23/19 - 7/6/19 | | |
|---|---|---|---|---|---|---|---|---|---|
| | ACT | FCST | Δ | ACT | FCST | Δ | ACT | FCST | Δ |
| **CASH RECEIPTS** | | | | | | | | | |
| Wave 3 GOB Inflows | $0 | $0 | $ - | $0 | $ - | $0 | $0 | $0 | $0 |
| Cash In Transit Proceeds | - | - | - | - | - | - | - | - | - |
| Cash from Israel | - | - | - | - | - | - | - | - | - |
| Credit Card Receivables | 1 | 1 | - | - | - | - | 1 | 1 | - |
| Cash In Stores | - | - | - | - | - | - | - | - | - |
| Real Estate Asset Sales | - | - | - | - | - | - | - | - | - |
| Excess Inventory Proceeds | - | - | - | - | - | - | - | - | - |
| ESL Closing Proceeds | - | - | - | - | - | - | - | - | - |
| TSA Proceeds | - | - | - | - | 0 | (0) | - | 0 | (0) |
| SHIP Deposit | - | - | - | - | - | - | - | - | - |
| Utility Deposit | - | - | - | - | - | - | - | - | - |
| Hoffman Estates Tax Credit | - | - | - | - | - | - | - | - | - |
| Calder Statue | - | - | - | - | - | - | - | - | - |
| Pro-Rated Rent | - | - | - | - | - | - | - | - | - |
| ESL Severance Assumption[1] | - | - | - | - | - | - | - | - | - |
| ESL 503b9 Assumption | - | - | - | - | - | - | - | - | - |
| Other Proceeds | 0 | 0 | - | 0 | - | 0 | 0 | 0 | 0 |
| **Total Oldco Receipts** | $1 | $1 | $ - | $0 | $0 | ($0) | $2 | $2 | ($0) |
| **CASH DISBURSEMENTS** | | | | | | | | | |
| OldCo Accrued Payroll & Benefits | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Taxes | - | - | - | (1) | - | (1) | (1) | - | (1) |
| GOB Operating Costs[1] | - | - | - | - | - | - | - | - | - |
| Professional Fee Carve Out Funding[2] | - | - | - | (4) | (7) | 4 | (4) | (7) | 4 |
| Post-Petition Payables | - | - | - | - | - | - | - | - | - |
| 503(b)(9) Claims | - | - | - | - | - | - | - | - | - |
| TSA Disbursements | - | - | - | - | - | - | - | - | - |
| Franchise Tax | - | - | - | - | - | - | - | - | - |
| Severance & WARN | (0) | (0) | - | - | - | - | (0) | (0) | - |
| US Trustee Fees | - | - | - | - | - | - | - | - | - |
| Board Fees | - | - | - | (0) | - | (0) | (0) | - | (0) |
| Net Prepaid Inventory Shortfall | - | - | - | - | - | - | - | - | - |
| Other Potential Liabilities | - | - | - | - | - | - | - | - | - |
| Other Liabilities and Expenses | (0) | (0) | - | (0) | - | (0) | (0) | (0) | (0) |
| **Total OldCo Disbursements** | ($0) | ($0) | $ - | ($5) | ($7) | $3 | ($5) | ($8) | $3 |
| **PASS-THROUGH RECEIPTS** | | | | | | | | | |
| NewCo Payroll Remittance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| NewCo Licensing Remittance | 3 | 3 | - | 3 | 3 | - | 6 | 6 | - |
| **Total Pass-Through Receipts** | $3 | $3 | $ - | $3 | $3 | $ - | $6 | $6 | $ - |
| **PASS-THROUGH DISBURSEMENTS** | | | | | | | | | |
| NewCo Payroll | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Licensing Payments For NewCo | (3) | (3) | - | (3) | (3) | - | (6) | (6) | - |
| **Total Pass-Through Disbursements** | ($3) | ($3) | $ - | ($3) | ($3) | $ - | ($6) | ($6) | $ - |
| **Net Cash Flow** | 1 | 1 | - | (4) | (7) | 3 | (3) | (6) | 3 |
| *Beginning Available Cash* | $68 | $68 | $ - | $69 | $69 | $ - | $68 | $68 | $ - |
| *Change In Available Cash* | 1 | 1 | - | (4) | (7) | 3 | (3) | (6) | 3 |
| *Ending Available Cash* | $69 | $69 | $ - | $65 | $62 | $3 | $65 | $62 | $3 |
| **ENDING CASH BALANCES** | | | | | | | | | |
| OldCo Operating Accounts | $13 | $13 | $ - | $8 | $5 | $3 | $8 | $5 | $3 |
| Consignment Accounts | 4 | 4 | - | 4 | 4 | - | 4 | 4 | - |
| Wind-Down Account | 53 | 53 | - | 53 | 53 | - | 53 | 53 | - |
| Professional Fee Carve Out Account | 68 | 68 | - | 72 | 72 | (1) | 72 | 72 | (1) |
| Total Cash | $137 | $137 | $ - | $137 | $135 | $2 | $137 | $135 | $2 |




1

**JX 085-2**

PRIVILEGED AND HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES

# Week 2 Budget Variance Report – Commentary

- The weekly actual amounts are measured against the 6/29/19 budget

**Receipts**

- Receipts for the week were ~$30k lower primarily due to timing
- The estate did not receive ~$250k of TSA proceeds not budgeted for the week due to timing
- The estate received ~$210k from Alight and ~$10k from store deposits

**Disbursements**

- For the week, the estate disbursed ~$2.8mm less than what was anticipated in the budget primarily related to timing
- The estate disbursed ~$3.7mm more related to funding the professional fee carve out than what was expected under the budget due to timing
- The estate disbursed ~$650k related to sales tax
- The estate disbursed ~$100k more than anticipated in the budget due to timing on board fees
- The estate disbursed ~$80k for other liabilities and expenses

**Net Cash Flow**

- Net cash flow for the two week period of weeks 1-2 equaled ($4.3mm), which is below the budgeted ($7.1mm) due primarily to timing




**JX 085-3**

PRIVILEGED AND HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES

## Week 1 Budget Variance Report – Commentary

- The weekly actual amounts are measured against the 6/29/19 budget

**Receipts**

- Given the new locked forecast for the week, there were no differences in receipts

**Disbursements**

- Given the new locked forecast for the week, there were no differences in disbursements

**Net Cash Flow**

- Net cash flow for week 1 equaled $1.2mm, which is in line with the budgeted $1.2mm




**JX 085-4**

PRIVILEGED AND HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES

## Weekly Cash Flow Budget – Base Case (as budgeted on 6/29/19)

| Retail Month | February | | | March | | | | | April | | | | May | | | | June | | | | July | | | | August | | | | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | | | | | |
| Forecast / Actual | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | | | | | |
| Week Ending | 2/16 | 2/23 | 3/2 | 3/9 | 3/16 | 3/23 | 3/30 | 4/6 | 4/13 | 4/20 | 4/27 | 5/4 | 5/11 | 5/18 | 5/25 | 6/1 | 6/8 | 6/15 | 6/22 | 6/29 | 7/6 | 7/13 | 7/20 | 7/27 | 8/3 | 8/10 | 8/17 | 8/24 | 8/31 | | | | | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wave 3 GOB Inflows | $5 | $17 | $14 | $11 | $9 | $2 | $0 | $0 | ($0) | $0 | $0 | ($0) | $0 | $0 | ($0) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $69 |
| Cash In Transit Proceeds | 9 | - | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 20 | - | - | - | - | - | - | - | - | 32 |
| Cash from Israel | - | - | - | 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| Credit Card Receivables | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 13 | - | - | 1 | - | 0 | - | - | - | - | - | - | - | - | - | - | - | 15 |
| Cash In Stores | 9 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9 |
| Real Estate Asset Sales | - | 4 | 5 | - | - | - | - | - | 3 | - | 2 | 2 | - | - | - | - | 1 | - | 0 | - | - | 1 | - | - | 19 | - | - | - | - | - | - | - | - | 37 |
| Excess Inventory Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 6 | - | - | - | - | - | - | - | - | 6 |
| ESL Closing Proceeds | 35 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 35 |
| TSA Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 | - | 0 | - | - | - | - | - | - | - | - | - | - | 1 |
| SHIP Deposit | - | - | - | 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5 |
| Utility Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 10 | - | - | - | - | - | - | - | - | - | 10 |
| Hoffman Estates Tax Credit | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | 6 |
| Calder Statue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4 | - | - | 4 |
| Pro-Rated Rent | - | - | - | - | - | - | 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 11 | - | - | - | - | - | - | - | - | 16 |
| ESL Severance Assumption[1] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 13 | - | - | 13 |
| ESL 503b9 Assumption | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 139 | - | - | 139 |
| Other Proceeds | - | - | - | - | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - | 2 |
| **Total Oldco Receipts** | **$58** | **$22** | **$19** | **$15** | **$13** | **$2** | **$8** | **$0** | **$3** | **$0** | **$2** | **$2** | **$0** | **$3** | **$1** | **$0** | **$15** | **$0** | **$0** | **$1** | **$0** | **$2** | **$0** | **$13** | **$66** | **$ -** | **$ -** | **$ -** | **$4** | **$ -** | **$152** | **$ -** | **$ -** | **$401** |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OldCo Accrued Payroll & Benefits | ($29) | ($14) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | ($42) |
| Taxes | - | (5) | (7) | - | (0) | - | (4) | - | - | (0) | (0) | (0) | (2) | - | - | (0) | (0) | (0) | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (19) |
| GOB Operating Costs[1] | - | - | (6) | (6) | (3) | (1) | (3) | (4) | - | - | - | (3) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (26) |
| Professional Fee Carve Out Funding[2] | - | - | (20) | - | (15) | - | (7) | - | - | - | - | - | (19) | (1) | - | (8) | - | (2) | (2) | - | (7) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (6) | (5) | - | - | (107) |
| Post-Petition Payables | - | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (13) | - | - | - | - | - | - | - | - | (14) |
| 503(b)(9) Claims | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (181) | - | - | (181) |
| TSA Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - | - | - | (1) |
| Franchise Tax | - | - | - | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | (1) | - | - | - | (2) | - | - | - | - | - | - | - | - | - | - | - | (3) |
| Severance & WARN | - | - | - | - | - | (1) | - | - | (1) | (1) | (8) | - | - | - | - | - | - | (0) | (0) | (0) | - | (1) | - | - | - | - | - | - | - | - | - | - | - | (13) |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | (0) | (2) | - | - | - | - | - | - | - | - | - | (1) | - | - | - | - | - | - | (1) | - | - | - | (3) |
| Board Fees | - | - | - | (0) | - | (0) | - | (0) | - | (0) | - | - | - | - | - | - | - | (0) | - | - | - | (1) | - | (0) | - | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (2) |
| Net Prepaid Inventory Shortfall | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (55) | - | - | (55) |
| Other Potential Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (10) | - | - | - | - | - | - | - | - | (10) |
| Other Liabilities and Expenses | (1) | (0) | - | - | - | (0) | - | (1) | - | (0) | - | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | - | - | (0) | - | - | - | - | - | - | - | - | - | - | - | (9) |
| **Total OldCo Disbursements** | **($29)** | **($19)** | **($33)** | **($6)** | **($18)** | **($7)** | **($10)** | **($4)** | **($4)** | **($2)** | **($9)** | **($6)** | **($2)** | **($20)** | **($2)** | **($8)** | **($0)** | **($3)** | **($3)** | **($0)** | **($7)** | **($7)** | **($2)** | **($3)** | **($25)** | **($2)** | **($2)** | **($2)** | **($2)** | **($6)** | **($241)** | **($0)** | **($0)** | **($486)** |
| **PASS-THROUGH RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NewCo Payroll Remittance | $5 | $11 | $26 | $23 | $28 | $24 | $27 | $23 | $23 | $29 | $25 | $33 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $276 |
| NewCo Licensing Remittance | 5 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 3 | 4 | 5 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 104 |
| **Total Pass-Through Receipts** | **$10** | **$14** | **$29** | **$26** | **$31** | **$27** | **$31** | **$26** | **$26** | **$32** | **$29** | **$37** | **$3** | **$4** | **$5** | **$3** | **$4** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$380** |
| **PASS-THROUGH DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NewCo Payroll | ($5) | ($11) | ($26) | ($23) | ($28) | ($24) | ($27) | ($23) | ($23) | ($29) | ($25) | ($33) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | ($276) |
| Licensing Payments For NewCo | (5) | (3) | (3) | (3) | (3) | (4) | (4) | (3) | (3) | (3) | (4) | (4) | (3) | (4) | (5) | (3) | (4) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (104) |
| **Total Pass-Through Disbursements** | **($10)** | **($14)** | **($29)** | **($26)** | **($31)** | **($27)** | **($31)** | **($26)** | **($26)** | **($32)** | **($29)** | **($37)** | **($3)** | **($4)** | **($5)** | **($3)** | **($4)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($380)** |
| **Net Cash Flow** | **28** | **2** | **(14)** | **9** | **(5)** | **(5)** | **(2)** | **(4)** | **(1)** | **(2)** | **(6)** | **(5)** | **(2)** | **(17)** | **(1)** | **(8)** | **15** | **(3)** | **(3)** | **1** | **(7)** | **(5)** | **(2)** | **11** | **41** | **(2)** | **(2)** | **(2)** | **2** | **(6)** | **(89)** | **(0)** | **(0)** | **(85)** |
| Beginning Available Cash | $92 | $120 | $123 | $108 | $117 | $112 | $107 | $105 | $101 | $100 | $98 | $92 | $87 | $85 | $68 | $67 | $59 | $74 | $71 | $68 | $69 | $62 | $57 | $55 | $66 | $107 | $105 | $103 | $101 | $103 | $96 | $7 | $7 | $92 |
| Change In Available Cash | 28 | 2 | (14) | 9 | (5) | (5) | (2) | (4) | (1) | (2) | (6) | (5) | (2) | (17) | (1) | (8) | 15 | (3) | (3) | 1 | (7) | (5) | (2) | 11 | 41 | (2) | (2) | (2) | 2 | (6) | (89) | (0) | (0) | (85) |
| Ending Available Cash | $120 | $123 | $108 | $117 | $112 | $107 | $105 | $101 | $100 | $98 | $92 | $87 | $85 | $68 | $67 | $59 | $74 | $71 | $68 | $69 | $62 | $57 | $55 | $66 | $107 | $105 | $103 | $101 | $103 | $96 | $7 | $7 | $7 | $7 |
| **ENDING CASH BALANCES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OldCo Operating Accounts | $28 | $31 | $16 | $21 | $15 | $11 | $9 | $5 | $11 | $9 | $0 | $9 | $7 | $5 | $4 | $3 | $17 | $14 | $11 | $13 | $5 | $ - | $ - | $11 | $32 | $30 | $28 | $26 | $28 | $22 | $ - | $ - | $ - | $ - |
| Consignment Accounts | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Wind-Down Account | 88 | 88 | 88 | 93 | 93 | 93 | 93 | 86 | 86 | 88 | 88 | 74 | 74 | 59 | 59 | 51 | 53 | 53 | 53 | 53 | 53 | 51 | 51 | 51 | 71 | 71 | 71 | 71 | 71 | 71 | 3 | 3 | 3 | 3 |
| Professional Fee Carve Out Account | 111 | 105 | 109 | 105 | 114 | 100 | 96 | 92 | 89 | 84 | 66 | 61 | 54 | 67 | 68 | 73 | 72 | 73 | 69 | 68 | 72 | 71 | 70 | 69 | 68 | 67 | 66 | 65 | 64 | 59 | - | - | - | - |
| **Total Cash** | **$231** | **$227** | **$217** | **$222** | **$226** | **$207** | **$201** | **$194** | **$190** | **$182** | **$158** | **$148** | **$139** | **$135** | **$135** | **$131** | **$146** | **$143** | **$137** | **$137** | **$135** | **$128** | **$126** | **$136** | **$175** | **$172** | **$169** | **$166** | **$167** | **$155** | **$7** | **$7** | **$7** | **$7** |

 

(1) All GOB expenses from week 9 – week 11 are assumed to be severance (2 weeks after the final store closure)
(2) $107mm of total funding represents ~$109mm of total accrual from February 2019 to October 2019 less ~$10mm of accruals for the 1st week of February less ~$2mm Lazard accrual plus ~$9mm of under funded balance for week ending 2/9

4

**JX 085-5**

**PRIVILEGED AND HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; DRAFT MATERIALS FOR DISCUSSION PURPOSES**

## Weekly Cash Flow Budget – Base Case (actualized through 7/8/19)

| Retail Month | February | | | March | | | | | April | | | | May | | | | June | | | | | July | | | | August | | | | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | | | | | |
| Forecast / Actual | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | | | | | |
| Week Ending | 2/16 | 2/23 | 3/2 | 3/9 | 3/16 | 3/23 | 3/30 | 4/6 | 4/13 | 4/20 | 4/27 | 5/4 | 5/11 | 5/18 | 5/25 | 6/1 | 6/8 | 6/15 | 6/22 | 6/29 | 7/6 | 7/13 | 7/20 | 7/27 | 8/3 | 8/10 | 8/17 | 8/24 | 8/31 | | | | | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wave 3 GOB Inflows | $5 | $17 | $14 | $11 | $9 | $2 | $0 | $0 | ($0) | $0 | $0 | ($0) | $0 | $0 | ($0) | $0 | $0 | $0 | $0 | $0 | $0 | $ - | $ - | $ - | $9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $69 |
| Cash In Transit Proceeds | 9 | - | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 20 | - | - | - | - | - | - | - | - | 32 |
| Cash from Israel | - | - | - | 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| Credit Card Receivables | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 13 | - | - | 1 | - | 0 | - | - | - | - | - | - | - | - | - | - | - | 15 |
| Cash In Stores | 9 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9 |
| Real Estate Asset Sales | - | 4 | 5 | - | - | - | - | - | 3 | - | 2 | 2 | - | - | - | - | 1 | - | 0 | - | - | 1 | - | - | 19 | - | - | - | - | - | - | - | - | 37 |
| Excess Inventory Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 6 | - | - | - | - | - | - | - | - | 6 |
| ESL Closing Proceeds | 35 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 35 |
| TSA Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 | 0 | - | - | - | - | - | - | - | - | - | - | 1 |
| SHIP Deposit | - | - | - | 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5 |
| Utility Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 10 | - | - | - | - | - | - | - | - | - | 10 |
| Hoffman Estates Tax Credit | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | 6 |
| Calder Statue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4 | - | - | 4 |
| Pro-Rated Rent | - | - | - | - | - | - | 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 11 | - | - | - | - | - | - | - | - | 16 |
| ESL Severance Assumption[1] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 13 | - | - | 13 |
| ESL 503b9 Assumption | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 139 | - | - | 139 |
| Other Proceeds | - | - | - | - | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - | - | - | - | - | - | - | - | 2 |
| **Total Oldco Receipts** | **$58** | **$22** | **$19** | **$15** | **$13** | **$2** | **$8** | **$0** | **$3** | **$0** | **$2** | **$2** | **$0** | **$3** | **$1** | **$0** | **$15** | **$0** | **$0** | **$1** | **$0** | **$2** | **$0** | **$14** | **$66** | **$ -** | **$ -** | **$ -** | **$4** | **$ -** | **$152** | **$ -** | **$ -** | **$401** |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OldCo Accrued Payroll & Benefits | ($29) | ($14) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | ($42) |
| Taxes | - | (5) | (7) | - | (0) | - | (4) | - | - | (0) | (0) | (0) | (2) | - | (0) | (0) | (0) | (0) | - | - | (1) | - | - | - | - | - | - | - | - | - | - | - | - | (20) |
| GOB Operating Costs[1] | - | - | (6) | (6) | (3) | (1) | (3) | (4) | - | - | - | (3) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (26) |
| Professional Fee Carve Out Funding[2] | - | - | (20) | - | (15) | - | (7) | - | - | - | - | - | (19) | (1) | - | (8) | - | (2) | (2) | - | (4) | (6) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (6) | (5) | - | - | (107) |
| Post-Petition Payables | - | - | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (13) | - | - | - | - | - | - | - | - | (14) |
| 503(b)(9) Claims | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (181) | - | - | (181) |
| TSA Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - | - | - | (1) |
| Franchise Tax | - | - | - | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | (1) | - | - | - | (2) | - | - | - | - | - | - | - | - | - | - | - | (3) |
| Severance & WARN | - | - | - | - | - | (1) | - | - | (1) | (1) | (8) | - | - | - | - | - | - | (0) | (0) | (0) | - | (1) | - | - | - | - | - | - | - | - | - | - | - | (13) |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | (0) | (2) | - | - | - | - | - | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - | - | (3) |
| Board Fees | - | - | - | (0) | - | (0) | - | (0) | (0) | - | - | (0) | - | - | - | - | (0) | - | - | - | (0) | (1) | - | (0) | - | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (2) |
| Net Prepaid Inventory Shortfall | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (55) | - | - | (55) |
| Other Potential Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (10) | - | - | - | - | - | - | - | - | (10) |
| Other Liabilities and Expenses | (1) | (0) | - | (0) | - | (0) | (1) | - | (0) | - | (1) | (0) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | - | - | - | - | - | - | - | - | - | - | (9) |
| **Total OldCo Disbursements** | **($29)** | **($19)** | **($33)** | **($6)** | **($18)** | **($7)** | **($10)** | **($4)** | **($4)** | **($2)** | **($9)** | **($6)** | **($2)** | **($20)** | **($2)** | **($8)** | **($0)** | **($3)** | **($3)** | **($0)** | **($5)** | **($11)** | **($2)** | **($3)** | **($25)** | **($2)** | **($2)** | **($2)** | **($2)** | **($6)** | **($241)** | **($0)** | **($0)** | **($486)** |
| **PASS-THROUGH RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NewCo Payroll Remittance | $5 | $11 | $26 | $23 | $28 | $24 | $27 | $23 | $23 | $29 | $25 | $33 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $276 |
| NewCo Licensing Remittance | 5 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 3 | 4 | 5 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 104 |
| **Total Pass-Through Receipts** | **$10** | **$14** | **$29** | **$26** | **$31** | **$27** | **$31** | **$26** | **$26** | **$32** | **$29** | **$37** | **$3** | **$4** | **$5** | **$3** | **$4** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$380** |
| **PASS-THROUGH DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NewCo Payroll | ($5) | ($11) | ($26) | ($23) | ($28) | ($24) | ($27) | ($23) | ($23) | ($29) | ($25) | ($33) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | ($276) |
| Licensing Payments For NewCo | (5) | (3) | (3) | (3) | (3) | (4) | (4) | (3) | (3) | (3) | (4) | (4) | (3) | (4) | (5) | (3) | (4) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (104) |
| **Total Pass-Through Disbursements** | **($10)** | **($14)** | **($29)** | **($26)** | **($31)** | **($27)** | **($31)** | **($26)** | **($26)** | **($32)** | **($29)** | **($37)** | **($3)** | **($4)** | **($5)** | **($3)** | **($4)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($380)** |
| **Net Cash Flow** | **28** | **2** | **(14)** | **9** | **(5)** | **(5)** | **(2)** | **(4)** | **(1)** | **(2)** | **(6)** | **(5)** | **(2)** | **(17)** | **(1)** | **(8)** | **15** | **(3)** | **(3)** | **1** | **(4)** | **(9)** | **(2)** | **11** | **41** | **(2)** | **(2)** | **(2)** | **2** | **(6)** | **(89)** | **(0)** | **(0)** | **(85)** |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Available Cash | $92 | $120 | $123 | $108 | $117 | $112 | $107 | $105 | $101 | $100 | $98 | $92 | $87 | $85 | $68 | $67 | $59 | $74 | $71 | $68 | $69 | $65 | $56 | $54 | $66 | $106 | $104 | $102 | $100 | $102 | $96 | $7 | $7 | $92 |
| Change In Available Cash | 28 | 2 | (14) | 9 | (5) | (5) | (2) | (4) | (1) | (2) | (6) | (5) | (2) | (17) | (1) | (8) | 15 | (3) | (3) | 1 | (4) | (9) | (2) | 11 | 41 | (2) | (2) | (2) | 2 | (6) | (89) | (0) | (0) | (85) |
| Ending Available Cash | $120 | $123 | $108 | $117 | $112 | $107 | $105 | $101 | $100 | $98 | $92 | $87 | $85 | $68 | $67 | $59 | $74 | $71 | $68 | $69 | $65 | $56 | $54 | $66 | $106 | $104 | $102 | $100 | $102 | $96 | $7 | $7 | $7 | |
| **ENDING CASH BALANCES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OldCo Operating Accounts | $28 | $31 | $16 | $21 | $15 | $11 | $9 | $5 | $11 | $9 | $0 | $9 | $7 | $5 | $4 | $3 | $17 | $14 | $11 | $13 | $8 | $ - | $ - | $11 | $33 | $31 | $29 | $27 | $29 | $22 | $ - | $ - | $ - | $ - |
| Consignment Accounts | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Wind-Down Account | 88 | 88 | 88 | 93 | 93 | 93 | 93 | 86 | 86 | 88 | 74 | 74 | 59 | 59 | 51 | 53 | 53 | 53 | 53 | 52 | 51 | 51 | 51 | 70 | 70 | 70 | 70 | 70 | 70 | 3 | 3 | 3 | 3 |
| Professional Fee Carve Out Account | 111 | 105 | 109 | 105 | 114 | 100 | 96 | 92 | 89 | 84 | 66 | 61 | 54 | 67 | 68 | 73 | 72 | 73 | 69 | 68 | 72 | 74 | 73 | 72 | 71 | 70 | 69 | 68 | 67 | 61 | - | - | - |
| **Total Cash** | | **$231** | **$227** | **$217** | **$222** | **$226** | **$208** | **$201** | **$194** | **$190** | **$183** | **$158** | **$149** | **$139** | **$136** | **$136** | **$132** | **$147** | **$144** | **$138** | **$137** | **$137** | **$131** | **$128** | **$138** | **$178** | **$175** | **$172** | **$168** | **$169** | **$157** | **$7** | **$7** | **$7** |

 

(1) All GOB expenses from week 9 – week 11 are assumed to be severance (2 weeks after the final store closure)
(2) $107mm of total funding represents ~$109mm of total accrual from February 2019 to October 2019 less ~$10mm of accruals for the 1st week of February less ~$2mm Lazard accrual plus ~$9mm of under funded balance for week ending 2/9

5

**JX 085-6**