# Exhibit 61

Page 1

1   UNITED STATES BANKRUPTCY COURT

    SOUTHERN DISTRICT OF NEW YORK

2   -----------------------------------x

3   In re:

4   SEARS HOLDINGS CORPORATION, et al.,

                    Debtor.

5

6                   Chapter 11

                    Case No. 18-23538 (RDD)

7

8   -----------------------------------x

9           ***HIGHLY CONFIDENTIAL***

10    30(b)(6) DEPOSITION OF ESL INVESTMENTS, INC.,

11        BY ITS CORPORATE REPRESENTATIVE

12              KUNAL KAMLANI

13           NEW YORK, NEW YORK

14        WEDNESDAY, JANUARY 23, 2019

15

16

17

18

19

20

21   Reported by:

22   MARK RICHMAN, CSR, RPR, CM

23   JOB NO:  154614

24

25

JX 095-1

Page 2

3    New York, New York
4    January 23, 2019
5    11:45 A.M.

7       30(b)(6) DEPOSITION of ESL INVESTMENTS,
8    INC. by its Corporate Representative KUNAL
9    KAMLANI, held at the offices of Akin Gump
10   Strauss Hauer & Feld LLP, One Bryant Park, New
11   York, New York, before MARK RICHMAN, a
12   Certified Shorthand Reporter, Registered
13   Professional Reporter and Notary Public of the
14   State of New York

Page 3

    APPEARANCES:

3    AKIN GUMP STRAUSS HAUER & FELD
4    Attorneys for Unsecured Creditors
5        One Bryant Park
6        Bank of America Tower
7        New York, New York 10036
8    BY:   ABID QURESHI, ESQ.
9          DEAN CHAPMAN, JR., ESQ.
10         JOHN KANE, ESQ.
11         JOSEPH SORKIN, ESQ.
12         CHRISTOPHER CARTY, ESQ.

Page 4

1    A P P E A R A N C E S (Continued):

3    WEIL, GOTSHAL & MANGES
4    Attorneys for Debtors
5    and Debtors-in-Posession: Sears Holdings
6    Corporation, et al.
7    200 Crescent Court
8    Dallas, Texas 75201
9    BY:   PAUL GENENDER, ESQ.
10        JENNIFER CROZIER, ESQ.

16   WEIL, GOTSHAL & MANGES
17   Attorneys for Debtors
18   and Debtors-in-Posession: Sears Holdings
19   Corporation, et al.
20       767 Fifth Avenue
21       New York, New York 10153
22   BY:   GARRETT FAIL, ESQ.

Page 5

1    A P P E A R A N C E S (Continued):
2    SKADDEN, ARPS, SLATE, MEAGHER & FLOM
3    Attorneys for the ABL Lenders
4        4 Times Square
5        New York, New York 10036
6    BY:   SHANA ELBERG, ESQ.

12   PAUL, WEISS, RIFKIND, WHARTON & GARRISON
13   Attorneys for the Restructuring Committee
14       1285 Avenue of the Americas
15       New York, New York 10019
16   BY:   DAVID GILLER, ESQ.
17        KAREN KING, ESQ.

JX 095-2

| Page 6 | Page 7 |
|---|---|

**Page 6**

1  A P P E A R A N C E S (Continued):

2

3  CLEARY GOTTLIEB STEEN & HAMILTON

4  Attorneys for ESL Investments, Inc.

5  and the Witness

6     One Liberty Plaza

7     New York, New York 10006

8  BY:  JAMES BROMLEY, ESQ.

9      LEWIS LIMAN, ESQ.

10      ILYA GLINCHENKO, ESQ.

11

12

13

14

15

16  PRESENT:

17  MICHAEL BAIRD, Pension Benefit Corp (via phone)

18  SAMUEL STAR, FTI Consulting

19  CHRISTA HART, FTI Consulting

20  MARSHALL EISLER, FTI Consulting

21  BRADLEY GEER, Houlihan Lokey

22  NATALIE WEELBORG, Houlihan Lokey

23

24

25

**Page 7**

1      KAMLANI (HIGHLY CONFIDENTIAL)

2      KUNAL KAMLANI, called as a

3  witness, having been first duly sworn

4  by the Notary Public (Mark Richman),

5  was examined and testified as

6  follows:

7      EXAMINATION BY MR. QURESHI:

8    Q.  Mr. Kamlani, good morning.  For

9  the record, my name is Abid Kureshi of

10  Akin Gump, and as I think you know we

11  represent the Official Committee of

12  Unsecured Creditors in these cases.

13  Sir, have you had your deposition taken

14  before?

15    A.  Not by you.

16    Q.  But you have been deposed before?

17    A.  I have.

18    Q.  Okay.  Then I am going to

19  dispense with reminding you of the rules

20  of the road for this type of proceeding,

21  other than to tell you that if you don't

22  understand a question that I ask you or

23  if you need a clarification, please ask

24  me and I'll be happy to restate or

25  clarify the question.  If you don't do

| Page 8 | Page 9 |
|---|---|

**Page 8**

1      KAMLANI (HIGHLY CONFIDENTIAL)

2  that, I'm going to assume that you've

3  understood what I asked you, okay?

4    A.  Yes, perfect.

5    Q.  And the other thing is let's just

6  try not to talk over one another so that

7  the court reporter can get down my

8  questions and your answers.  And with

9  that, let me hand you what we have

10  marked as UCC Exhibit 1 which is a

11  notice of 30(b)(6) deposition of ESL

12  Investments, Inc. and ask you, Mr.

13  Kamlani, whether this is a document you

14  have seen before?

15      (Exhibit 1, notice of 30(b)(6)

16    deposition of ESL Investments, Inc.

17    was marked for identification.)

18    A.  I have not read this document.

19    Q.  Let me direct your attention if I

20  could to two things.

21      First, paragraph 19 of the

22  document contains definition of the

23  defined term ESL, and you will see that

24  ESL is defined to include, among other

25  things, Transform Holdco.  You see that?

**Page 9**

1      KAMLANI (HIGHLY CONFIDENTIAL)

2    A.  I do.

3    Q.  What is Transform Holdco, if you

4  know?

5    A.  It is the entity that has been

6  set up to make the acquisition of

7  substantially all the assets of what's

8  commonly referred to as Sears Holdings.

9    Q.  Okay.  If I could direct your

10  attention to page 7 of the document you

11  will see the heading topics of

12  examination.  And there are seven

13  paragraphs.  Do you understand, sir,

14  that by this deposition notice you are

15  being asked to testify as a corporate

16  representative of ESL as we have defined

17  it, which is to say including Transform

18  Holdco?

19    A.  I do.

20    Q.  I want you to take a minute

21  please and take a look at the seven

22  topics that we have identified, just

23  read those to yourself, and when you are

24  done I will ask you my next question.

25    A.  I've read them.

**JX 095-3**

KAMLANI (HIGHLY CONFIDENTIAL)

1    Q.   Sir, as you sit here today, are
2  you prepared on behalf of ESL and its
3  affiliates and Transform Holdco to
4  testify on the subject matters
5  identified in those seven topics?
6    A.   I'll do so to the best of my
7  ability.  It depends on the level of
8  detail of your questions.
9    Q.   Well, to your knowledge, would
10  there be anybody else at ESL who would
11  be more knowledgeable than you with
12  respect to any one of the seven topics
13  listed here?
14    A.   I think depending on where you go
15  with your questions, there will be
16  details in the asset purchase agreement
17  that the lawyers could probably speak to
18  in far more detail than I could.
19    Q.   Okay.  But other than the
20  lawyers, your understanding is you would
21  be the person at ESL or Transform Holdco
22  knowledgeable with respect to these
23  topics?
24    A.   I should be, yes.

KAMLANI (HIGHLY CONFIDENTIAL)

1    Q.   Okay.  Thank you.  You can set
2  that aside.  Actually before you do, is
3  there anything in particular that you
4  did to prepare to testify as a corporate
5  representative with respect to any of
6  the seven topics outlined in UCC Exhibit
7  1?
8    A.   I spent some time with my
9  attorneys.
10    Q.   Anything beyond that?
11    A.   No.
12    Q.   Did you discuss your testimony
13  with respect to any of these seven
14  topics with Mr. Lampert outside of the
15  presence of your attorneys?
16    A.   I have not.
17    Q.   What is your present position at
18  ESL?
19    A.   President.
20    Q.   And what, if any, positions do
21  you presently hold at Sears?
22    A.   I am a director on the Sears
23  board.
24    Q.   And when did you become a

KAMLANI (HIGHLY CONFIDENTIAL)

1  director on the Sears board?
2    A.   Either November or December of
3  2014.  I don't know the official date.
4    Q.   And since being appointed to the
5  board of Sears, have you held any other
6  positions other than as a director of
7  Sears?
8    A.   Can you repeat the question.
9    Q.   Sure.  Since first being
10  appointed to the board of Sears --
11    A.   Right.
12    Q.   -- have you held any positions
13  other than being a director?
14        MR. BROMLEY:  You mean at Sears?
15    A.   As it relates to Sears?
16    Q.   At Sears.
17    A.   No.
18    Q.   No?
19    A.   No, I have not held any other
20  position at Sears or have been
21  affiliated with Sears other than my role
22  as a director.
23    Q.   And since the commencement of the
24  Chapter 11 proceedings of Sears, has

KAMLANI (HIGHLY CONFIDENTIAL)

1  your role changed in any way at Sears?
2    A.   It has not.
3    Q.   Has the board held -- excuse me.
4  Has the board of directors of Sears held
5  regular meetings as far as you are aware
6  since the petition date?
7    A.   The traditional calendar
8  postpetition I believe has been deviated
9  from given the governance structure that
10  was put in place postpetition.
11    Q.   And when you say deviated from,
12  can you explain what you mean by that?
13    A.   In prior years we would have had
14  a board meeting in Miami between the
15  October 15th period, you know, and
16  today, traditional two-day board
17  meeting.  That meeting did not occur.
18  There have been board calls during that
19  period that historically would not have
20  occurred in the prepetition period.
21    Q.   To the extent the board has had
22  meetings whether in person or by phone
23  subsequent to the petition date, to your
24  knowledge have you been invited to

JX 095-4

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  participate in those meetings?
3    A.   I have to my knowledge.
4    Q.   And have you continued since the
5  petition date to receive regular updates
6  from the company in the nature that you
7  would have received prior to the
8  petition date?
9    A.   Yes.
10    Q.   Okay.
11    A.   Well, yes.
12    Q.   Okay.  Has the nature of the
13  detail of the information that you as a
14  board member have received concerning
15  the company changed at all from the
16  prepetition to the postpetition period?
17    A.   No.
18    Q.   Okay.  And am I right, Mr.
19  Kamlani, that prior to your appointment
20  to the Sears board, you did not have any
21  prior experience in the retail sector,
22  correct?
23    A.   I did not.
24    Q.   Okay.  And I assume, but correct
25  me if I'm wrong, from that answer that

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  you have not had any experience prior to
3  Sears in putting together a business
4  plan for a retailer?
5    A.   I have not.
6    Q.   And is it fair to say that you
7  don't consider yourself to be an expert
8  in the retail space?
9    A.   How would you define expert?
10    Q.   Do you have an understanding of
11  what that term means?
12    A.   Not in the context of which
13  you're using it.
14    Q.   Well would you describe yourself
15  to others as an expert in retail?
16    A.   I've spent 25 years of my career
17  putting together business plans across
18  various industries.  I consider myself
19  an expert in putting together business
20  plans.  I may not be an expert in any
21  industry but I'm an expert in putting
22  together business plans.
23    Q.   Okay.  And how many business
24  plans have you put together in the
25  retail sector?

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    A.   I spent a fair amount of time on
3  the Staples board in my capacity as a
4  board member evaluating and shaping a
5  business plan.
6    Q.   And when did you serve on the
7  Staples board?
8    A.   2015 to 2017.
9    Q.   And during your tenure, sir, on
10  the Sears board, can you please describe
11  for me what role, if any, you had in the
12  development of business plans for Sears?
13    A.   I would review the business plans
14  that were put together by the management
15  team on a regular basis, whether it was
16  annual plan or monthly forecast.
17    Q.   And at some point subsequent to
18  your initial appointment to the Sears
19  board you became an employee of ESL,
20  correct?
21    A.   Correct.
22    Q.   And approximately when was that?
23    A.   March of 2016.
24    Q.   And what title did you assume at
25  ESL?

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    A.   President.
3    Q.   And since becoming president in
4  March of 2016, in that capacity what
5  role, if any, did you have with respect
6  to the development of business plans for
7  Sears?
8    A.   Exactly as I described in your
9  earlier question.
10    Q.   So no different in your capacity
11  as president of ESL than in your
12  capacity as a member of the board of
13  directors of Sears?
14    A.   Let's take a step back.
15    Q.   Sure.
16    A.   In my capacity as a member of
17  ESL, I had more involvement on a
18  day-to-day basis with the management
19  team in understanding what was going on
20  in the company, and therefore would have
21  in fact had more involvement than I had
22  prior to March of 2016 and only in my
23  capacity as a board member.  I may have
24  misunderstood your earlier question.
25    Q.   Okay.  And can you describe for

JX 095-5

Page 18

KAMLANI (HIGHLY CONFIDENTIAL)

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  me in any more detail than you just did
3  the nature of your involvement as
4  president of ESL in interacting with
5  management with respect to a business
6  plan?
7      A.   There would be opportunities
8  where the management team would present
9  their business plan, explain how they
10  were arriving at certain numbers, the
11  underlying strategy, operational
12  strategy to deliver on that business
13  plan, what you would expect sort of any
14  traditional corporate structure, owners,
15  etc. to review from the management team,
16  you know, as relates to putting together
17  a business plan.
18      Q.   Did you have any role in setting
19  targets to be included in business plans
20  for Sears?
21      A.   I did not.
22      Q.   Do you have an understanding of
23  what Mr. Lampert's role was in the
24  formation of business plans for Sears
25  during the time that you served as

Page 19

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  president of ESL, so from that period
3  subsequent?
4      A.   He typically had a view on what
5  the company had the potential to do.  He
6  would share that view with the
7  management team, and with that guidance
8  leave it to the management team to build
9  a plan.
10      Q.   And did Mr. Lampert's views as to
11  the potential that the company had find
12  their way into the business plans in the
13  form of targets?
14      A.   I don't know.  I suspect
15  sometimes they did and sometimes they
16  didn't.
17      Q.   And did you work with Mr. Lampert
18  in developing views on the potential of
19  the business, or was that something that
20  Mr. Lampert did on his own?
21      A.   In my capacity as a board member,
22  we would have discussions with respect
23  to the financial plan during the
24  financial planning process.
25      Q.   When you say we, do you mean you

Page 20

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  personally or do you mean the board as a
3  whole?
4      A.   We, the board as a whole.
5      Q.   And what about in your capacity
6  as president of ESL?
7      A.   Not specifically because my views
8  were known in my capacity as a board
9  member.
10      Q.   Okay.  I just want to talk for a
11  minute about Transform Holdco LLC.
12  That's the entity that is going to be
13  the acquirer of the assets under your
14  asset purchase agreement; is that
15  correct?
16      A.   That's my understanding, yes.
17      Q.   And who controls Transform
18  Holdco, if you know?
19      A.   ESL would be the majority
20  equityholder of Transform Holdco.
21      Q.   And who are the minority
22  equityholders of Transform Holdco?
23      A.   Cyrus, Tommy Tisch and
24  potentially other second lienholders
25  whose names I don't know.

Page 21

1  KAMLANI (HIGHLY CONFIDENTIAL)
2      Q.   And what percentage equity stake
3  does Cyrus have?
4      A.   Approximately four percent.
5      Q.   And what about Tommy Tisch?
6      A.   Approximately one and a half
7  percent.
8      Q.   Who is Tommy Tisch?
9      A.   Tommy Tisch is a member of the
10  board of Sears, a member of a well known
11  family in New York.
12      Q.   And you said that potentially
13  other second lienholders may come to
14  have an ownership stake in Transform
15  Holdco.  Is there a certain amount of
16  equity in Transform Holdco set aside for
17  those potential other second lien
18  lenders?
19      A.   I'm not sure it's set aside.  I
20  think it's a function of the way the
21  capital structure has been developed and
22  the credit bidding aspect of our, of the
23  second lien debt.
24      Q.   Well do you have any
25  understanding or expectation as to how

JX 095-6

Page 22

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   much of an ownership stake in Transform
3   Holdco other second lien lenders might
4   potentially take?
5     A.   It would be a hundred percent
6   minus the ESL portion minus the two
7   numbers I gave you.
8     Q.   I see, okay.  And have you had
9   any discussions with other second lien
10  lenders about that subject matter?
11    A.   I have not.
12    Q.   And do you have a title at
13  Transform Holdco?
14    A.   Actually, I would just revisit
15  that last question.
16    Q.   Sure.
17    A.   I have had a discussion with
18  Och-Ziff who is a second lienholder as
19  to whether or not they have an interest
20  in converting their second lien position
21  into an equity stake.
22    Q.   And what has Och-Ziff told you?
23    A.   Those discussions are ongoing.
24    Q.   Fair to say they are undecided at
25  the moment?

Page 23

KAMLANI (HIGHLY CONFIDENTIAL)

1
2     A.   Yes.
3     Q.   In arriving at the asset purchase
4   agreement that has been entered into
5   between Transform Holdco on the one hand
6   and the debtors on the other, describe,
7   if you could, your role in those
8   negotiations?
9     A.   I played the role of, at ESL,
10  taking guidance and direction from Mr.
11  Lampert in leading the negotiations for
12  ESL.
13    Q.   Fair to characterize you as the
14  lead negotiator on behalf of ESL?
15    A.   That would be a fair
16  characterization.
17    Q.   Fair also to say that the
18  positions you took in those negotiations
19  were at the direction of Mr. Lampert?
20    A.   For any material issue, yes.
21    Q.   Okay.
22    A.   There are lots of immaterial
23  issues that would not be the case.
24    Q.   And when did negotiations first
25  begin between ESL and the debtors

Page 24

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   concerning a potential bid for the
3   company?
4     A.   I don't know.
5     Q.   Well can you tell me if any such
6   negotiations occurred prepetition?
7     A.   There were no negotiations
8   prepetition.
9     Q.   So then, in the postpetition
10  period you don't recall when ESL -- let
11  me ask a different question.
12        Postpetition do you recall
13  approximately when ESL first indicated
14  to the debtors that it had an interest
15  in an acquisition?
16    A.   Very early on subsequent to the
17  petition date.
18    Q.   And with whom at or on behalf of
19  the debtors did you principally have
20  negotiations with concerning the
21  potential of an ESL acquisition of the
22  debtors?
23    A.   I want to make sure I understand
24  your question, which is you are asking
25  about the early days in conveying our

Page 25

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   view, not throughout the whole process.
3     Q.   Let's start with the early days.
4     A.   I would not have been the one to
5   convey in the early days what ESL's
6   intent was during that period of time.
7     Q.   Would that have been Mr. Lampert?
8     A.   It probably would have been Mr.
9   Lampert.
10    Q.   Okay.  And do you have an
11  understanding of with whom Mr. Lampert
12  during that period of time would have
13  had those conversations?
14    A.   There have been a lot of people
15  involved in this process, so I don't
16  want to speculate as to whom he would
17  have spoken to and when.
18    Q.   Okay.  Well do you recall that,
19  and I can show you the document to
20  refresh your recollection if you need
21  it, but that on December the 28th ESL
22  submitted a definitive bid letter to the
23  company?
24    A.   I'd like to see the document.
25    Q.   Sure.

JX 095-7

Page 26

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    MR. QURESHI:  We will mark as UCC
3    Exhibit 2 a letter dated December the
4    28th, 2018 from Transform Holdco to
5    Lazard and it bears the signature of
6    Mr. Lampert.
7    (Exhibit 2, letter dated December
8    the 28th, 2018 from Transform Holdco
9    to Lazard bearing the signature of
10    Mr. Lampert was marked for
11    identification.)
12    Q.   Mr. Kamlani, do you recognize UCC
13    Exhibit 2?
14    MR. BROMLEY:  Take your time.
15    Q.   Of course.
16    A.   I do recognize the document.
17    Q.   And does this document refresh
18    your recollection that on the 28th of
19    December ESL submitted a definitive bid
20    letter to the debtors?
21    A.   Yes.
22    Q.   And at this point in time, so in
23    the lead up to this letter, would that
24    all have been the period of time in
25    which Mr. Lampert was the one on behalf

Page 27

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    of ESL or Transform Holdco principally
3    involved in the negotiations as opposed
4    to you?
5    A.   No.  I would have been involved
6    in the negotiations leading up to this
7    letter, which is distinct from sometime
8    after October 15th which would have
9    conveyed ESL's intent on a going concern
10    bid.
11    Q.   Fair enough.  And do you recall
12    approximately how far in advance of this
13    letter you would have become involved in
14    negotiations with the company?
15    A.   Well in advance of this letter.
16    And after December -- October 15.
17    Q.   Okay.  So in the November time
18    frame would those discussions have been
19    under way?
20    A.   Sometime in the very late October
21    time frame to early November.
22    Q.   Okay.  And with whom at or on
23    behalf of the company would you have
24    principally interacted with in
25    connection with what came to be this bid

Page 28

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    letter on December the 28th?
3    A.   Weil Gotshal, Lazard,
4    representatives of Weil Gotshal,
5    representatives of Lazard,
6    representatives of MIII primarily.
7    Q.   And during that same time frame
8    did you interact directly with respect
9    to the bid with any members of the board
10    of directors of Sears?
11    A.   No, other than Eddie Lampert.
12    Q.   Okay.  Did you have any
13    discussions concerning this bid, again
14    in the lead up to this bid being
15    submitted on December the 28th, with any
16    officers of Sears, or were the
17    discussions entirely with the advisors
18    that you mentioned from Weil, Lazard and
19    MIII?
20    A.   So MIII has been integrated into
21    the company for probably two and a half
22    years, maybe longer.  So it wouldn't
23    have been unusual for me to have a call
24    with MIII and there would be members of
25    probably more often than not the finance

Page 29

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    staff within Sears on that call as
3    a part of a diligence call, more so a
4    diligence call than a negotiation call.
5    So not direct conversations, but
6    certainly diligence conversations.
7    Q.   Are you aware, sir, that sometime
8    at or around the petition date the
9    debtors formed what I believe they
10    referred to as a restructuring
11    subcommittee of the board of directors?
12    A.   I am.
13    Q.   And I believe there is both a
14    restructuring committee and a
15    subcommittee of the restructuring
16    committee; is that consistent with your
17    understanding?
18    A.   It is.
19    Q.   Have you had -- well did you have
20    any interactions with any members of the
21    restructuring committee?  And when I say
22    restructuring committee, I'm going to
23    include the subcommittee.
24    A.   Yep.
25    Q.   Just make sure you and I

JX 095-8

Page 30

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  understand that.
3      A.   Got it.
4      Q.   Did you have interactions with
5  any members of the restructuring
6  committee leading to the submission
7  of the December the 28th bid letter?
8          MR. BROMLEY:  Objection, asked
9  and answered.  You can answer.
10     A.   I have had a conversation between
11  October 15th and whatever yesterday's
12  date was, or the date that our offer
13  was, let's use the date that our offer
14  was on the record at the auction as
15  highest and best.
16     Q.   Okay.
17     A.   So between those two dates.
18     Q.   Yes.
19     A.   I did have a conversation or
20  conversations with members of the
21  restructuring committee.  It feels like
22  it's been one really long day between
23  that period of time so it's very hard
24  for me to tell you whether it was
25  specifically before the 28th or after

Page 31

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  the 28th, but hopefully that's helpful.
3      Q.   Can you identify the member or
4  members of the restructuring committee
5  with whom you had those conversations?
6      A.   I had a conversation at one point
7  with Alan Carr, conversation at one
8  point with Bill Transier, and had a
9  conversation at one point with Ann
10  Reese.
11     Q.   And let's take Mr. Carr in the
12  first instance.  Are you able to discern
13  in your memory whether any of the
14  conversations with Mr. Carr occurred
15  once the auction that took place at Weil
16  Gotshal's offices commenced?
17     A.   I don't recall having any direct
18  conversation with him of substance once
19  the auction commenced.
20     Q.   Same question with respect to Mr.
21  Transier?
22     A.   I had a conversation with Mr.
23  Transier.  I don't recall whether it was
24  before the auction commenced or
25  afterwards.

Page 32

KAMLANI (HIGHLY CONFIDENTIAL)

1
2      Q.   And what about with Ms. Reese, do
3  you recall whether you had a
4  conversation with her post commencement
5  of auction?
6      A.   I did have a conversation that I
7  recall with her after the commencement
8  of the auction.
9      Q.   Do you recall the substance of
10  that conversation?
11     A.   I do.
12     Q.   Please tell me.
13     A.   The day after we were declared as
14  the highest and best on the record
15  subject to documentation, the following
16  day we were all in Weil Gotshal's
17  offices to document the transaction.  I
18  had learned that sometime midmorning
19  that the committee was concerned about a
20  provision in the contract.  I didn't
21  make much of it in the morning because
22  there were no senior members from Weil
23  Gotshal in the offices.  There were no
24  members, senior members from Lazard in
25  the offices.  There were no members of

Page 33

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  the restructuring committee in the
3  offices as there had been in the
4  previous three to four days.
5          And so I didn't make much of the
6  issue that was hallway talk.
7          As the day went on it felt like
8  this issue was gaining steam.  And I
9  found it odd that there was no one from
10  the other side to actually discuss the
11  issue.  And my concern was that I didn't
12  know if it was a manufactured issue or
13  if it was a real issue.
14          So I called Ann Reese to let her
15  know that I'm hearing about this issue,
16  I don't know what to make of it, don't
17  know if she's aware of it, but I wanted
18  her to be aware that this issue seems to
19  be gaining steam.  There's no one here
20  in the building.  And that was the
21  extent of it.
22     Q.   What was the issue?
23     A.   The issue is, as a part of a
24  package of this transaction, at some
25  point there was a negotiation where ESL

Page 34

KAMLANI (HIGHLY CONFIDENTIAL)
1 assumed hundreds of millions of dollars
2 of liabilities, or Transform Holdco, if
3 you will.  And as a part of assuming
4 those liabilities, we had agreed that at
5 the time of closing, if the first lien
6 debt outstanding plus the junior DIP
7 outstanding was less than $1.2 billion,
8 that Newco, or Transformco would get a
9 dollar-for-dollar credit against the
10 liabilities that we were assuming as a
11 part of that negotiation.
12        On that last day where everything
13 was subject to documentation, I believe
14 Sunny Singh might have been in the
15 office, I'm not entirely sure, I think
16 that's where the issue was at least
17 being communicated through him, that
18 there was concern on someone's part
19 regarding that $1.2 billion provision.
20 And that the entire deal may fall apart
21 over that provision.
22        And given that there were no
23 senior people in the office, it felt
24 like this was a really high stakes poker

Page 35

KAMLANI (HIGHLY CONFIDENTIAL)
1 game to be playing.
2        And I wanted to make sure that at
3 least one person of the restructuring
4 committee was aware that there's an
5 issue brewing so that something didn't
6 just simply fall apart and no one knew
7 about it.
8    Q.    And was Ms. Reese aware of that
9 issue when you called her?
10    A.    I don't know.
11    Q.    Did you reach her?
12    A.    I did, and I specifically
13 remember telling her, I'm going to make
14 you aware of an issue that's brewing.
15 I'm not asking you to comment on it.
16 I'm not asking you to confirm it.  I'm
17 simply calling you to let you know that
18 this issue is brewing.  That's the
19 purpose of my call.  That's it.
20    Q.    And what, if anything, did she
21 say to you in response to hearing from
22 you the nature of this issue?
23    A.    I don't recall any explicit
24 reaction.

Page 36

KAMLANI (HIGHLY CONFIDENTIAL)
1    Q.    At the time the auction concluded
2 in the early hours of I assume the same
3 day and ESL was declared the highest and
4 best bid, it -- strike that.  Let me
5 reask the question.
6        At the time ESL was declared the
7 highest and best bidder, had the terms
8 of the APA been finally agreed upon?
9    A.    Yes.
10    Q.    And was it your understanding at
11 the time that the ESL bid was declared
12 the winning bid, that if the first lien
13 and the junior DIP was less than $1.2
14 billion in aggregate balance at the
15 closing date that the buyer, Transform
16 Holdco would get a dollar-for-dollar
17 credit in the amount of that, whatever
18 that delta is, against the liabilities
19 that it was taking on under the APA?
20    A.    That was my understanding.
21    Q.    Subsequent to your conversation
22 with Ann Reese, when did you next, if at
23 all, have a conversation about that
24 issue with any representative of the

Page 37

KAMLANI (HIGHLY CONFIDENTIAL)
1 debtors?
2    A.    Can you repeat that last part of
3 your question?
4    Q.    Sure.
5    A.    I want to make sure I got the
6 timing piece right.
7    Q.    Sure.  So you've testified that
8 the day, or again the same day the
9 auction concluded --
10    A.    Right.
11    Q.    -- you called Ms. Reese to alert
12 her to this issue.
13    A.    Right.
14    Q.    Subsequent to that conversation
15 with Ms. Reese, did you then speak with
16 any other representative of the debtors
17 or the restructuring committee
18 concerning that same issue?
19    A.    Certainly not with any other
20 members of the restructuring committee.
21 I made my views very clear to my lawyers
22 at Cleary before I left that evening,
23 which was sometime between 11 p.m. and 1
24 a.m.

JX 095-10

Page 38

KAMLANI (HIGHLY CONFIDENTIAL)

MR. BROMLEY: I caution you not to be disclosing any communications with counsel. If you need to, we can step out.

A. I don't -- I do not recall having any other subsequent conversations with representatives or the debtors or the restructuring committee after that conversation.

Q. And what, if anything, became of this issue as far as you are aware?

A. As I mentioned earlier, my understanding is that the asset purchase agreement was signed, as you described it.

Q. And so your understanding as you sit here today is that the way the asset purchase agreement works is if that DIP balance, the first lien plus the junior DIP, is less than 1.2 billion, the amount by which it is less operates as a credit dollar for dollar against liabilities that the buyer is assuming?

A. Correct.

Page 39

KAMLANI (HIGHLY CONFIDENTIAL)

Q. Did you ever come to learn, Mr. Kamlani, why it appeared to you that the restructuring committee had an issue with this provision in the APA?

MR. BROMLEY: Objection, misstates testimony.

Q. Let me rephrase the question. You testified earlier that you had heard that this issue that you have described with respect to the crediting against liabilities, I think your word was the word became an issue, right?

A. Yes.

Q. And did you ever --

A. I was made to believe it was an issue.

Q. By whom?

A. I believe it was -- I believe it was Sunny Singh.

Q. And did --

A. But we actually have to check if he was in the office that day because if he wasn't then it wasn't Sunny Singh.

Q. Whether it was Mr. Singh or

Page 40

KAMLANI (HIGHLY CONFIDENTIAL)

somebody else, did you ever come to understand why this had become an issue?

A. I was hearing things second and third hand.

Q. And --

A. So not in any definitive way.

Q. What did you hear second and third hand? What did you understand, if you formed an understanding, the nature of the concern to be based on those second hand conversations?

A. Based on the hearsay from which this information was coming to me, it was my understanding that the restructuring committee had concerns about this provision. But again, I didn't know what to make of it because no one from the restructuring committee or their senior lawyers or their senior bankers were around to have the discussion with me.

Q. Well if the aggregate amounts due under the first lien and the junior DIP are less than $1.2 billion as of the

Page 41

KAMLANI (HIGHLY CONFIDENTIAL)

closing date, doesn't that mean that the aggregate consideration coming from Transform Holdco goes down?

A. What it means is we shouldn't have assumed the amount of liabilities that we were being asked to assume.

Q. Let me -- we will get to the liability question. I'm just first with respect to consideration at closing. So you agree with me that if the DIP balance, and just shorthand when I say DIP balance I mean first lien and the junior DIP, okay, do you understand that?

A. The $1.2 billion.

Q. The 1.2.

A. Yes. Total amount of first lien plus junior DIP.

Q. So that is an obligation that the buyer assumes as of the closing date, correct?

A. That's correct.

Q. Okay. If that obligation is not 1.2 but is instead 1.1 --

JX 095-11

Page 42

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  A.    Actually let's back up.
3  Q.    Sure.
4  A.    It is not an obligation that we
5  assume at the closing date.
6  Q.    How would you characterize it?
7  A.    I would characterize it as
8  proceeds of the transaction will pay
9  down first lien debt.  The buyer will
10 not assume the first lien debt.
11 Q.    Fair enough.
12 A.    The buyer will assume the junior
13 DIP outstanding through some mechanism
14 that I cannot describe, but ultimately
15 will end up on Transform Holdco's
16 balance sheet.
17 Q.    So would it be a fair
18 characterization that whatever the
19 mechanics may be, the deal is that the
20 buyer will assume that $1.2 billion in
21 obligations, the total amount of the
22 first lien and the junior DIP?
23    MR. BROMLEY:  Objection,
24 misstates testimony.
25 A.    No.  No.  I'll repeat myself.

Page 43

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  Q.    Sure.
3  A.    The proceeds generated from our
4  financing sources will be used to pay
5  down the first lien debt outstanding.
6  And as a part of our asset purchase
7  agreement, Transform Holdco has agreed
8  to effectively assume the junior DIP
9  balance on to its balance sheet.
10 Q.    And the aggregate of those two
11 amounts, proceeds used to pay down the
12 first lien and junior DIPing assumed
13 cannot assume $1.2 billion, correct?
14 A.    Correct, in aggregate.
15 Q.    Okay.  Now do you agree with me
16 that if that aggregate amount is not
17 $1.2 billion but is instead $1.1
18 billion, that there's $100 million less
19 either in proceeds being used to pay
20 down the first lien or in the second
21 lien being assumed by Transformco?
22 A.    Yes, which means that the
23 liabilities that we agreed to assume
24 would have been a hundred million
25 dollars too high.

Page 44

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  Q.    So what I'm trying to understand
3  is why do you draw a connection between
4  the proceeds coming into the estate to
5  pay down the first lien and the
6  assumption of the junior DIP on the one
7  hand, and liabilities on the other?
8  A.    So this transaction was not put
9  together in an hour or a day.  The final
10 transaction was a negotiation that took
11 a course over several days if not weeks
12 to land in a final spot.
13    Along the way in that negotiation
14 there was several discussions about
15 Transformco assuming the liabilities of
16 the estate.
17    The estate was concerned that --
18 let me rephrase.
19    During the discussions with
20 respect to TransformCo's willingness to
21 take over liabilities of the estate, the
22 representatives of the estate provided
23 us with their view on what their debt
24 balances were going to be at closing and
25 what their cash was going to be at

Page 45

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  closing.
3    Rather than debate them on what
4  the debt balances were going to be at
5  closing, we agreed to just take their
6  numbers for face value.
7    And so the context here is very,
8  very important.  And the context was
9  that we would take the liabilities that
10 they were asking us to take because they
11 were showing us debt balances that would
12 not allow them to satisfy those
13 liabilities on their own, if in fact
14 their debt balances turned out to be
15 correct.
16    So in order to make sure that we
17 entered into a transaction that was fair
18 for both sides, if their debt balances
19 turned out to be correct, and we take
20 the liabilities, no adjustment is
21 needed.
22    However, we're not going to have
23 the benefit of hindsight until after the
24 closing date or at the closing date.
25    So if their debt balances are

| Page 46 |
|---|

KAMLANI (HIGHLY CONFIDENTIAL)

1
2 incorrect and they actually turn out to
3 be lower than $1.2 billion, and had we
4 known that X-weeks ago, then we wouldn't
5 have taken on the liabilities that they
6 asked us to take because they would have
7 had the cash to satisfy those
8 liabilities on their own. But they did
9 not want to take that risk.
10     The committee, as conveyed by the
11 advisors, is that they were extremely
12 risk averse to being in a position of
13 having liabilities that they could not
14 satisfy.
15     We are in the business of taking
16 risk. So we were willing to take that
17 risk with the caveat that if it turns
18 out that you would have had the cash to
19 satisfy those liabilities, then in fact
20 we should have a credit because we would
21 know that at the closing table when we
22 don't know it now.
23     Q.   And at the time these
24 negotiations were taking place did you
25 have an understanding as to the

| Page 47 |
|---|

KAMLANI (HIGHLY CONFIDENTIAL)

1
2 aggregate dollar amount of the
3 liabilities that you say were being
4 assumed by the buyer?
5     A.   I had an understanding of what we
6 were willing to assume.
7     Q.   And what was that understanding?
8     A.   It's not clear to me that we ever
9 had a good understanding of the
10 aggregate liabilities that they were
11 looking at. I don't think they ever
12 wanted to share that with us.
13     Q.   And how much was ESL willing to
14 assume, the buyer willing to assume?
15     A.   Well through the course of these
16 negotiations, depending on the week, we
17 assumed more and more and more and more
18 liabilities. So without a document in
19 front of me, it's very difficult for me
20 to tell you on what day what liability
21 we assumed because every week we were
22 assuming more and more liabilities.
23     Q.   But with respect to the final
24 form of APA that was ultimately agreed
25 to and declared the highest and best, do

| Page 48 |
|---|

KAMLANI (HIGHLY CONFIDENTIAL)

1
2 you have a recollection of an aggregate
3 dollar amount of liability that the
4 buyer was prepared to assume?
5     MR. BROMLEY: So wait, you're
6     talking about in general not with
7     respect to this particular exercise?
8     Q.   I'm talking about in general
9 without respect to categories of
10 liabilities, in aggregate amount, do you
11 have a recollection of, as you just
12 said, what ESL, what the buyer was
13 prepared to assume in liabilities?
14     A.   The asset purchase agreement I
15 believe documents in fairly granular
16 detail exactly what liabilities we
17 assumed. So I'd rather not speculate
18 and test my memory on exactly what the
19 number is.
20     Q.   Okay. We'll come back to that.
21     Just going back then to this day
22 where you had the conversation with Ms.
23 Reese, am I right from your testimony
24 that nobody from the company or the
25 restructuring committee came back to you

| Page 49 |
|---|

KAMLANI (HIGHLY CONFIDENTIAL)

1
2 seeking to try to renegotiate this
3 provision of the asset purchase
4 agreement that we've been talking about,
5 correct?
6     A.   Not to me.
7     Q.   Okay. Now, at the time of the
8 bid letter, December the 28th, that's
9 the letter that I've put in front of
10 you, do you have a recollection of how
11 many -- how many stores ESL as the buyer
12 was proposing to acquire?
13     A.   In the interests of time do you
14 recall if the store number is in this
15 letter somewhere?
16     Q.   You know, I don't. But why don't
17 we try it this way because we are very
18 short on time.
19     Do you recall --
20     A.   Well it says here 425. It says
21 purchased assets were -- the purchased
22 assets would include the go-forward
23 retail footprint of approximately 425
24 stores.
25     Q.   And do you recall generally, Mr.

JX 095-13

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  Kamlani, that there was a period of time
3  predating this letter where ESL was
4  interested in acquiring a footprint of
5  505 stores?
6    A.   I do.
7    Q.   And describe for me, if you could
8  please, if you know, how we ended up
9  from, going from a 505 store footprint
10  that the buyer was initially interested
11  in, to the 425 that we have in the APA?
12    A.   The debtors called ESL up at some
13  point in time to find out if they closed
14  another 80 stores, would we still be
15  interested in being a going concern
16  bidder for 425 stores, or would we walk
17  away, such that there would be no bidder
18  left.
19    Q.   With whom did that conversation
20  occur, if you know?
21    A.   I know I had that conversation
22  with Mo Meghji at some point.
23    Q.   Okay.
24    A.   I don't know if Brandon Aebersold
25  at Lazard called me on a different

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  occasion to have the same conversation.
3  I don't remember that.
4    Q.   And what was ESL's response?
5    A.   That we would continue to review
6  the acquisition a 425 store footprint.
7    Q.   And in terms of the business
8  rationale for ESL of making this
9  acquisition, was the reduction of 80
10  stores in the footprint a significant
11  item?
12    A.   It was significant.
13    Q.   How so?
14    A.   It was a reduction in almost 20
15  percent of the store base.
16    Q.   So what did ESL do in response to
17  being informed by the company that they
18  wanted to reduce the store count by 80?
19    A.   We recalibrated our purchase
20  price.
21    Just for the record, there were
22  other items that were moving at the
23  time.  That was not the only variable
24  that drove a recalibration of the
25  purchase price.  That was one of a few.

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    Q.   And in the course of the
3  negotiations that took place with the
4  company during and outside of the formal
5  auction, what role if any, did Cyrus
6  play?
7    MR. BROMLEY:  Objection,
8  foundation.
9    A.   A very, very minor role.
10    Q.   Can you describe what that role
11  was?
12    A.   Their only real interest, as
13  communicated to me, was making sure that
14  the junior DIP was satisfied in its
15  entirety as a part of any transaction.
16    Q.   Did Cyrus attend the auction?
17    A.   I can't recall if I saw Steve
18  Friedheim at the auction or not.  He may
19  have been there.  His counsel Milbank
20  was certainly there.
21    Q.   And, Mr. Kamlani, if this
22  transaction closes, are you -- would
23  that trigger an entitlement on your part
24  to any sort of incentive compensation or
25  bonus or other compensation outside of

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  the ordinary course of ESL?
3    A.   No.
4    Q.   You're aware of course, sir, that
5  the bid here includes a credit bid by
6  ESL of certain of its debt, correct?
7    A.   Yes.
8    Q.   Has ESL allocated the aggregate
9  purchase price that it is paying in this
10  deal among the various buckets of assets
11  that it is acquiring?
12    A.   Can you clarify your question?
13    Q.   Sure.  We know that what the
14  aggregate consideration is that is going
15  from the buyer to the seller.  You
16  understand that, right?
17    A.   Yes.
18    Q.   So my question is has the buyer,
19  and let's talk first just internally,
20  has the buyer allocated in any way that
21  purchase price among the various assets
22  that it is acquiring?
23    A.   It has not.
24    Q.   Is that something that the buyer
25  intends to do?

Page 54

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  A.   No, but let me be very specific.
3  Q.   Sure.
4  A.   So by virtue of credit bidding,
5  we know we're credit bidding for
6  inventory because you can only credit
7  bid second lien debt for inventory.  We
8  know what we're credit bidding for as
9  relates to real estate.
10  So there are cases where you can
11  look at the credit bid and associate it
12  with a certain asset.  But as an
13  example, if you take an asset like
14  Innovell, there's no allocation on any
15  schedule that I'm aware of that says
16  within our $5.2 billion bid we've
17  allocated Y value to Innovell.
18  So the most accurate answer is,
19  because credit bidding is a component of
20  this, for some assets value is ascribed
21  by virtue of credit bidding, and when
22  there is not credit bidding, there isn't
23  any value ascribed because there's no
24  reason to do so.
25  MR. QURESHI:  Let's mark as UCC

Page 55

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  Exhibit 3 a document called Material
3  Terms of the Successful Bid.  It was
4  filed on the docket in these cases as
5  docket number 1730.
6  (Exhibit 3, document entitled
7  Material Terms of the Successful Bid
8  filed on docket 1730 was marked for
9  identification.)
10  Q.   Mr. Kamlani, take a look and tell
11  me please if you've ever seen this
12  exhibit before?
13  A.   I've not looked at this exhibit
14  before.
15  Q.   I will represent to you that it's
16  a summary of the Material Terms of the
17  Successful Bid that was prepared by the
18  debtors and filed with the bankruptcy
19  court.  In the interest of time and
20  given the limits that your counsel has
21  placed on this deposition, I'd like to
22  use this document instead of the APA.
23  And in particular, direct your attention
24  to page 3.  And page 3, you see on the
25  left side it says purchase price and

Page 56

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  then below that section 3.1?
3  MR. BROMLEY:  This is the fourth
4  page of the document.
5  Q.   I'm sorry, yes?
6  MR. BROMLEY:  Fourth page of the
7  exhibit, third page of the document.
8  A.   So at the bottom of the page is a
9  page number.  What page should I be
10  looking at?
11  Q.   3.  And if you look in that
12  section paragraph B says subject to
13  bankruptcy court approval, the credit
14  bid pursuant to section 363 of the
15  bankruptcy code, and then it's got four
16  subparagraphs.  You see that?
17  A.   Yes.
18  Q.   If for any reason, by the way,
19  you think this is inaccurate let me know
20  and we'll get out the asset purchase
21  agreement.
22  A.   Okay.
23  Q.   What I'd like to understand, sir,
24  let's look at romanette i that refers to
25  a credit bid of approximately $231

Page 57

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  million on account of the IP/ground
3  lease term loan facility.  Do you see
4  that?
5  A.   I do.
6  Q.   Is it your understanding that
7  that is an amount that the buyer is
8  credit bidding?
9  A.   Yes.
10  Q.   And what assets is the buyer
11  credit bidding for on account of that
12  $231 million?
13  A.   A certain number of ground lease
14  that serves -- ground leases that serve
15  as collateral under this loan, as well
16  as all of the IP in the company,
17  excluding Kenmore and DieHard.
18  Q.   And has the buyer valued those
19  assets?
20  A.   Not to my knowledge.
21  Q.   Has the debtor, at any point in
22  the course of these negotiations, asked
23  the buyer to allocate the value that it
24  ascribes to the assets for which it is
25  credit bidding on account of this $231

JX 095-15

Page 58

KAMLANI (HIGHLY CONFIDENTIAL)

1    million?
2    A.   Not to my knowledge.
3    Q.   Is the buyer able to identify
4    with specificity the particular ground
5    leases for which it is credit bidding
6    this $231 million?
7    A.   We do know what leases serve as
8    collateral under this $231 million
9    facility.
10   Q.   Is it all of the leases that you
11   are credit bidding for or is it only a
12   subset of the leases?
13   A.   It's somewhere between 13 and 17
14   specific leases.
15   Q.   And why do you say it's somewhere
16   between 13 and 17 leases?
17   A.   Because my memory tells me it's
18   15 and 13 to 17 sounds like a good range
19   when I think it's 15.
20   Q.   So you just can't remember the
21   specific number?
22   A.   That's correct.
23   Q.   But your understanding is that
24   the buyer is credit bidding for all of

Page 59

KAMLANI (HIGHLY CONFIDENTIAL)

1    the ground leases that serve as
2    collateral for that loan?
3    A.   As well as the IP.
4    Q.   As well as the IP. Is it your
5    understanding that the ground leases and
6    the IP together have an aggregate value
7    of more than $231 million, or do you not
8    know?
9    A.   I don't know what the value of
10   that IP and those ground leases are
11   today.
12   Q.   Do you know if it's more or less
13   than $231 million?
14   A.   I don't.
15   Q.   In the course of negotiating the
16   APA, did the company, the debtors ever
17   articulate to you their view as to the
18   value of the ground leases or the
19   intellectual property?
20   A.   They did not.
21   Q.   Let's move on to romanette ii.
22   Romanette ii refers to obligations held
23   by buyer and its affiliates as of the
24   closing date under the FILO facility.

Page 60

KAMLANI (HIGHLY CONFIDENTIAL)

1    Do I understand correctly, sir, that the
2    buyer is credit bidding approximately
3    $125 of its debt under the FILO
4    facility?
5    A.   Yes, but just to be clear with
6    respect to the IP ground leases and the
7    FILO facility, ESL does not today
8    control 100 percent of those facilities.
9    The answer is yes.
10   Q.   And the $231 million just to go
11   back to the intellectual property ground
12   leases, is that just ESL's portion of
13   the facility?
14   A.   I believe it's the aggregate but
15   we should check the documents.
16   Q.   And assuming that it is the
17   aggregate, do you have any understanding
18   as to whether the other holders of that
19   debt in addition to ESL will also seek
20   to credit bid it?
21   A.   With respect to the 231, they
22   will not be credit bidding their piece.
23   Q.   And do you know approximately
24   what percentage of the 231 ESL holds or

Page 61

KAMLANI (HIGHLY CONFIDENTIAL)

1    its affiliates?
2    A.   Roughly 185 to $190 million of
3    it.
4    Q.   So do I understand correctly then
5    that approximately 185 to 190 million is
6    what is being credit bid on account of
7    the IP and the ground lease term loan
8    facility?
9    A.   ESL plans to take the
10   differential between that 231 and what
11   we hold today and buy the remaining
12   piece that's outstanding and then credit
13   bid the entire facility.
14   Q.   Ah, I see. And is ESL's
15   acquisition of that differential, is
16   that something that needs to occur prior
17   to the closing date?
18   A.   I don't know on the mechanics as
19   to how that will work.
20   Q.   Do you know who the holders are
21   of that amount, the differential between
22   the 231 and what ESL presently holds?
23   A.   I do.
24   Q.   Who's holding it?

Page 62

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    A.   Cyrus.
3    Q.   Ah, okay.  And Cyrus has agreed
4  that it will sell it to ESL?
5    A.   Yes.
6    Q.   At what price?
7    A.   Par plus accrued interest.
8    Q.   And does ESL have the financing
9  in place to make that acquisition?
10   A.   Yes.
11   Q.   Is that third-party financing or
12 is it resources that ESL has at hand?
13   A.   Resources at hand.
14   Q.   Okay.  Moving on then to the FILO
15 facility.  Do I understand correctly
16 that the buyer is credit bidding $125
17 million of the FILO facility?
18   A.   Yes.  Same discussion with the
19 ground lease facility; there are other
20 holders of the FILO.
21   Q.   What percentage of the FILO does
22 ESL hold, approximately?
23   A.   70 to 75 million.
24   Q.   And do you know who owns the
25 rest?

Page 63

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    A.   Great American owns a piece and
3  Tommy Tisch owns a piece.
4    Q.   And have Great American -- I'm
5  sorry.  Great American and Tommy Tisch
6  and ESL in the aggregate control all of
7  it?
8    A.   Correct.
9    Q.   Okay.
10   A.   To the best of my knowledge, yes.
11   Q.   And has Great American agreed to
12 sell its piece of that FILO facility to
13 ESL?
14   A.   I've not in a discussion with
15 Great American about how the mechanics
16 would work at the closing table.
17   Q.   So you don't know whether Great
18 American will be willing to sell that
19 piece or not?
20   A.   I do not.
21   Q.   Has Great American to your
22 knowledge agreed to credit bid that
23 piece?
24   A.   I do not believe they will be
25 credit bidding that piece.

Page 64

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    Q.   Okay.  Do you know -- so ESL I
3  believe you said controls 70 to 75
4  million?
5    A.   Correct.
6    Q.   Of that $125 million facility.
7  How much, if you know, does Great
8  American hold?
9    A.   I think it's 30 million.
10   Q.   And so your understanding is
11 Great American does not intend to credit
12 bid its $30 million of the FILO, and has
13 also not agreed to sell that piece to
14 ESL, correct?
15   A.   No, not correct.  I believe that
16 they are not interested in credit
17 bidding your piece.
18   Q.   Okay.
19   A.   I do not know where they stand
20 with respect to ultimately selling their
21 piece or not selling their piece.
22   Q.   What happens at the closing date
23 should Great American decide that it is
24 not willing to sell that piece of the
25 FILO facility to the buyer?

Page 65

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    A.   May I talk to counsel for a
3  minute?
4    Q.   We'll come back to it.
5    A.   Okay.
6    Q.   Absent talking to counsel, you
7  don't know I take it?
8       MR. BROMLEY:  Well we have to
9    have a conversation to understand
10   that.
11   Q.   Well you're not able to answer
12 the question?
13   A.   I'm not able to answer the
14 question.
15   Q.   Okay, that's what I need to know.
16      If Great American declines to sell
17 its piece to the buyer and declines to
18 credit bid it, would that be a $30
19 million obligation that the buyer would
20 then need to satisfy at closing?
21   A.   My understanding is that there
22 are various alternatives beyond the two
23 that you've mentioned, and so I can't
24 confirm what you just said without
25 getting an understanding from my counsel

JX 095-17

Page 66

KAMLANI (HIGHLY CONFIDENTIAL)

as to what those other alternatives are.

Q.    And without talking to counsel
you're not able to tell me what those
other alternatives are?

MR. BROMLEY:  That's what he
said.

A.    I don't know because I don't know
what the alternatives are other than
they're out there.

Q.    Okay, that's what I needed to
know.

With respect to Tommy Tisch, do
you have an understanding with Tommy
Tisch as to whether he is willing to
sell to ESL his piece of the $125
million FILO facility?

A.    It's my understanding that Mr.
Tisch will be credit bidding alongside
us.

Q.    Okay.  And whatever the aggregate
amount of that credit bid for the FILO
facility ends up being, for which assets
is the buyer credit bidding on account
of the FILO facility?

Page 67

KAMLANI (HIGHLY CONFIDENTIAL)

A.    Inventory and receivables under
the ABL.

Q.    And what is the value of the
inventory and receivables for which the
buyer is credit bidding the FILO
facility?

A.    Leaving the Great American piece
aside for a moment?

Q.    Correct.

A.    Either 90 million or 125 million.
Sorry, 95 million or 125 million,
depending on what happens with the Great
American piece.

Q.    Well, do you have an
understanding of the aggregate value of
inventory and receivables held by the
company?

A.    I do.

Q.    What's that number?

A.    Roughly, $1.65 billion is the
number in the APA as it relates to the
inventory and receivables that need to
be delivered at closing.

Q.    And of that whatever portion of

Page 68

KAMLANI (HIGHLY CONFIDENTIAL)

the FILO ends up -- so the Great
American piece aside, your understanding
is that you are credit bidding for
inventory and receivables up to whatever
the total amount is that's credit bid?

A.    Correct.

Q.    Let's talk then about the real
estate loan which is the next enumerated
item in this exhibit.  Do you
understand, sir, that the buyer is
proposing to credit bid $544 million of
what is referred to here as the real
estate loan 2020?

A.    Yes.

Q.    And how much of that real estate
loan is held by ESL?

A.    I don't know off the top of my
head.

Q.    Do you know -- do you believe
there to be other holders of that real
estate loan beyond ESL or its
affiliates?

A.    Yes, Cascade owns a piece of that
real estate.

Page 69

KAMLANI (HIGHLY CONFIDENTIAL)

Q.    Does anybody other than Cascade?

A.    Not to my knowledge.

Q.    Do you have an approximate order
of magnitude of what you think Cascade
might own?

A.    Pro forma for the U-Haul
transaction which just closed, I believe
that number is in the 70 to $75 million
range.

Q.    And do you have an understanding
of whether Cascade intends to credit bid
that amount?

A.    I do not believe they intend to
credit bid that amount.

Q.    Do you have an understanding of
whether Cascade intends to sell its
piece to ESL?

A.    I believe there is an
understanding, yes, that they will sell
it to us.

Q.    Do you know whether ESL's
acquisition of Cascade's piece of this
real estate loan needs to be consummated
prior to the closing date?

| Page 70 |
| --- |

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   A.   I believe that will happen at or
3   prior to closing.
4   Q.   And what is the source of funds
5   that ESL intends to use to purchase the
6   Cascade piece of the real estate loan?
7   A.   ESL's cash.
8   Q.   So no third party financing used
9   for that purpose?
10  A.   Not to my knowledge.
11  Q.   And for which assets is ESL
12  credit bidding on account of its holding
13  of the real estate loan?
14  A.   In romanette iii?
15  Q.   Yes.
16  A.   For the real estate collateral
17  that underlies this specific loan.
18  Q.   And what is the value of that
19  real estate collateral?
20  A.   I don't know the specific value
21  of that collateral off the top of my
22  head.
23  Q.   Well do you know whether that
24  collateral is something that ESL or the
25  buyer valued in connection with its bid?

| Page 71 |
| --- |

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   A.   We have not valued it.  The last
3   time we ordered an appraisal on the real
4   estate was well over a year ago.
5   Q.   And well over a year ago, do you
6   have a recollection of what the value of
7   the real estate was that serves as
8   collateral for this loan?
9   A.   Not off the top of my head.  We
10  have it but I just don't know off the
11  top of my head.
12  Q.   Do you know if the debtors have a
13  view as to what the value is of the real
14  estate that serves as collateral for
15  that real estate loan 2020?
16  A.   I don't know if they have a view
17  or not.
18  Q.   Do you know one way or the other
19  whether the value of that collateral is
20  more or less than $544 million?
21  A.   Well we just ordered appraisals
22  two days ago which will be in in the
23  next four to five weeks.  And once those
24  appraisals are in, we'll have a view.
25  Q.   And who's conducting those

| Page 72 |
| --- |

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   appraisals?
3   A.   Cushman & Wakefield.
4   Q.   When you say we ordered
5   appraisals, do you mean the buyer?
6   A.   Yes.
7   Q.   Let's move on to romanette iv.
8   Romanette iv refers to second lien term
9   loan and second lien line of credit
10  facility and second lien PIK note
11  obligations in the aggregate amount
12  $433,450,000.  Do you see that?
13  A.   I do.
14  Q.   Is it your understanding that the
15  buyer intends to credit bid that amount
16  of second lien obligations?
17  A.   We intend to credit bid the
18  amount that we hold.
19  Q.   And how much of that 433 million
20  approximately does ESL hold?
21  A.   Roughly, $350 million of this 433
22  belongs to ESL.
23  Q.   And do you have an understanding
24  of who controls the balance of the
25  second lien obligations?

| Page 73 |
| --- |

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   A.   Second largest holder is Cyrus.
3   Tommy Tisch owns a piece.  And I do not
4   know who is the remainder.
5   Q.   Cyrus, Tisch and ESL in the
6   aggregate, do you have an understanding
7   of what percentage of those overall
8   obligations the three of you control?
9   A.   The vast majority.
10  Q.   And do you have an understanding
11  as to whether Cyrus intends to credit
12  bid its piece of the second lien?
13  A.   It's my understanding that they
14  will.
15  Q.   And what about Mr. Tisch?
16  A.   It's my understanding that he
17  will.
18  Q.   Is there to your knowledge any
19  sort of contractual commitment by Cyrus
20  that it will credit bid its amount?
21  A.   I don't know the answer to that.
22  Q.   Would that be true with respect
23  to the other buckets of debt that we've
24  gone through where Cyrus holds a piece,
25  that you don't know one way or the other

JX 095-19

## Page 74

KAMLANI (HIGHLY CONFIDENTIAL)

whether Cyrus is contractually obligated
to credit bid?

A.    So where they hold a piece of
debt, I know the documents have been
signed with Cyrus.  Sitting here today I
couldn't tell you definitively whether
any of those documents address the issue
that you've raised.

Q.    Would the same be true of Mr.
Tisch's holdings?

A.    Correct.

Q.    And for which assets is the buyer
-- for which assets is ESL credit
bidding on account of its second lien
obligations?

A.    The inventory and receivables as
described in the asset purchase
agreement.

Q.    And has ESL or has the buyer
conducted any sort of a valuation of the
inventory and receivables for which it
is credit bidding its second lien
obligations?

A.    We have not.

## Page 75

KAMLANI (HIGHLY CONFIDENTIAL)

Q.    As you sit here today, do you
have any understanding of what the value
of that inventory and receivables is?

A.    Based on our experience with the
inventory and receivables of the company
over the last several years, we have a
view on what it's worth.  We did not do
anything -- we did not engage anyone to
do a special valuation for this purpose.

Q.    And did you have a discussion
with the debtor in the course of
negotiating the APA as to your view,
ESL's view of what that collateral is
worth?

A.    There was no explicit discussion
that I remember.  I put a value on it of
85 cents on the dollar.

Q.    I'm sorry, you put a value?

A.    Of 85 cents on the dollar for the
inventory and receivables.

Q.    And is that something that you
made clear to the company in the course
of negotiations?

A.    I believe that's in documents

## Page 76

KAMLANI (HIGHLY CONFIDENTIAL)

that went back and forth.

Q.    Mr. Kamlani, with respect to any
of the amounts that ESL is credit
bidding, in the course of negotiations
did the company ask ESL at any point to
post any type of collateral or to
backstop in any way what it was credit
bidding?

A.    They did.

Q.    Tell me about those negotiations.

A.    I was not intimately involved in
those aspects of the negotiations.  The
answer was we would not backstop.

Q.    And who was intimately involved,
if not you, in that aspect of the
negotiations?

A.    Our communications would have
been provided through our counsel at the
direction of Mr. Lampert or Mr. Lampert
may have spoken to the principals
directly.  I don't know.

Q.    And do you know what ask was made
of Mr. Lampert by the company in terms
of a backstop or other type of security

## Page 77

KAMLANI (HIGHLY CONFIDENTIAL)

for the credit bid?

A.    I do.

Q.    What was the asset?

A.    To backstop the credit bid with
all cash.

Q.    And to backstop the entirety of
the credit bid?

A.    I believe so.

Q.    Do you know from your
conversations with Mr. Lampert what the
counter was, if any?

A.    Yes.

Q.    What was it?

A.    We would not backstop the credit
bid with cash.

Q.    Did ESL offer to backstop the
credit bid in any way other than with
cash?

A.    No.

MR. QURESHI:  Jim, it's about ten
after one.

MR. BROMLEY:  And you're done.

MR. QURESHI:  I am --

MR. BROMLEY:  Excellent.

JX 095-20

Page 78

KAMLANI (HIGHLY CONFIDENTIAL)

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  MR. QURESHI: Thanks for coming.
3  Funny.
4  THE WITNESS: Not even going to
5  buy us lunch?
6  MR. QURESHI: There is indeed
7  lunch. Should we take a break?
8  MR. BROMLEY: Yes.
9  MR. QURESHI: Let's go off the
10  record.
11  (A recess was had.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 79

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  A F T E R N O O N   S E S S I O N
3  (1:08 p.m.)
4  MR. QURESHI: Back on the record.
5  KUNAL KAMLANI, resumed, having
6  been previously duly sworn, was
7  examined and testified further as
8  follows:
9  CONTINUED EXAMINATION
10  BY MR. QURESHI:
11  Q. Mr. Kamlani, you mentioned prior
12  to the break that you wanted to consult
13  with your counsel concerning an issue
14  related, I believe, to credit bidding.
15  Did you have the opportunity to do that?
16  A. I did.
17  Q. Is there clarification or answer
18  you'd like to give based on that
19  conversation?
20  A. There isn't.
21  Q. Before I move off of credit
22  bidding, the various buckets of credit
23  bid that we went through prior to the
24  break, for any of those, the assets for
25  which the buyer is credit bidding, is

Page 80

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  the buyer including any amount over and
3  above the credit bid? Do you understand
4  the question?
5  A. I do. We look at this
6  transaction holistically. There are
7  various forms of currencies. There's
8  credit bidding, there's cash, there's
9  assumption of liabilities, and so we
10  look at it holistically.
11  Q. Am I right, based on that answer,
12  Mr. Kamlani, that what the buyer then
13  has not done is attempt to allocate in
14  any way other non-credit bid
15  consideration that is being used to
16  acquire the assets for which it is also
17  credit bidding?
18  A. That would be accurate.
19  Q. All right. Let's move on to a
20  different subject area which is the
21  business planning. And before I get to
22  the ESL plan, are you aware that the
23  company/the debtors provided a what I
24  think was labeled a preliminary
25  go-forward business plan in November of

Page 81

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  2018?
3  A. I am aware they provided a
4  go-forward business plan. I can't speak
5  to the date.
6  Q. Did you in your capacity as a
7  member of the board of directors have
8  any involvement in the preparation of
9  that business plan?
10  A. None whatsoever.
11  Q. Did you -- were you in your
12  capacity as a board member asked to, or
13  was the board as a whole asked to
14  approve that business plan?
15  A. Not to my recollection.
16  Q. Do you recall whether in your
17  capacity as a board member you received
18  that business plan at or around the time
19  that it was completed?
20  A. I don't believe I received it in
21  my capacity as a board member.
22  Q. Did you ever, whether in your
23  capacity as a board member or an
24  employee of ESL, receive a presentation
25  from the company concerning that

Page 82

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  November business plan?
3       MR. BROMLEY:  Objection.  He
4  doesn't remember when it was.
5       MR. QURESHI:  Okay, fair point,
6  Jim, let's mark the document.  So we
7  are up to UCC Exhibit 4 and we will
8  mark as exhibit 4 a document entitled
9  Official Committee of Unsecured
10  Creditors Discussion Materials dated
11  November 12, 2018.
12       (Exhibit 4, document entitled
13  Official Committee of Unsecured
14  Creditors Discussion Materials dated
15  November 12, 2018 was marked for
16  identification.)
17  Q.   Mr. Kamlani, what I've marked as
18  exhibit 4 is in the form of a
19  presentation that was provided by the
20  debtors to the official creditors
21  committee.
22       Do you recall having seen this
23  document before?
24  A.   I don't recall seeing this
25  document.

Page 83

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  Q.   If you look at page 2 of the
3  document where it has the meeting
4  agenda, you will see item number 2 is
5  labeled preliminary go-forward business
6  plan?
7  A.   Yes.
8  Q.   If you then turn in to the
9  document itself, there is an executive
10  summary that runs a number of pages and
11  then after that you will see it gets
12  into the company's go-forward business
13  plan.
14       Understanding that you have not
15  seen the document in this form, do you
16  recall ever receiving, around this time
17  period, which is to say middle of
18  November of 2018, a go-forward business
19  plan from the company?
20  A.   Yes.
21  Q.   And flipping through the pages of
22  this document, does that tell you enough
23  to know whether this presentation that
24  was made to the committee is similar to
25  the go-forward business plan that you

Page 84

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  may have seen?
3  A.   There are a lot of pages here
4  that are very, very familiar.  I can't
5  speak for every single page, but there
6  are aspects of this that are very
7  familiar.
8  Q.   Okay.  Fair enough.  And do you
9  then recall receiving a presentation
10  from the company and its advisors
11  concerning a go-forward business plan?
12  A.   There was a go-forward business
13  plan that was put on the Intralinks due
14  diligence website that I had access to
15  as a buyer and presumably any other
16  bidder would have had access to as well.
17  Q.   So other than having access to
18  that business plan in the data room, did
19  you otherwise engage in any dialogue
20  with the company or its advisors
21  concerning that November plan?
22  A.   I spent three or four days at
23  Hoffman in the month of November with my
24  advisors from Moelis, I believe two
25  members of the Citibank retail team

Page 85

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  joined for that meeting as they were
3  considering participating in the ABL,
4  where we went through different aspects
5  of the business.
6       I can't tell you sitting here
7  today whether I had that business plan
8  in my hand before that meeting, got it
9  during that meeting or shortly
10  afterwards.
11       But that was the diligence we
12  performed and the business plan was in
13  or around that time frame.
14  Q.   So the three or four days that
15  you just testified you spent at Hoffman
16  in November, what was the purpose of
17  those meetings?
18  A.   To provide a basis for ESL to put
19  together its business plan in order to
20  create an ABL syndicate which was key to
21  financing a potential going-concern bid.
22  Q.   Fair to characterize those
23  meetings as diligence sessions?
24  A.   Yes.
25  Q.   And do you recall with whom on

Page 86

KAMLANI (HIGHLY CONFIDENTIAL)

1 KAMLANI (HIGHLY CONFIDENTIAL)
2 the company side you met during those
3 diligence meetings?
4 A.  Certainly not everybody.  They
5 were a long three or four days.  But I
6 recall some of the people who were
7 there.
8 Q.  Mr. Reicker?
9 A.  I'm sure he was there for some
10 period of time.
11 Q.  Did Mr. Lampert attend any
12 portion of these meetings?
13 A.  He did not.
14 Q.  Telephonically or in person?
15 A.  He did not.
16 MR. QURESHI:  Let's mark as UCC
17 Exhibit 5 company document dated
18 December 2018 labeled Preliminary
19 Business Plan.
20 (Exhibit 5, document dated
21 December 2018 labeled Preliminary
22 Business Plan was marked for
23 identification.)
24 Q.  Mr. Kamlani, I've marked as
25 exhibit 5 December 2018 preliminary

Page 87

1 KAMLANI (HIGHLY CONFIDENTIAL)
2 business plan.  Please take a moment,
3 look at the document, tell me if you
4 recall ever having seen it before?
5 A.  It's my understanding the
6 company's business plan evolved over a
7 period of time.  I've seen various
8 versions.  I can't tell you whether I've
9 seen this specific version, but it looks
10 familiar.
11 Q.  Okay.  Fair enough.  And as with
12 the prior exhibit that I showed you, the
13 November plan, is your recollection that
14 this is a document that was posted to
15 the data room and that's how you had
16 access to it?
17 A.  I don't believe this is actually
18 the document that was in the data room.
19 Q.  Okay.  Well, did you in your
20 capacity as a director of the debtors
21 receive December business plan?
22 A.  I received a business plan from
23 the company.  I can't tell you whether
24 it was November or December.  It was
25 probably November and not December.

Page 88

1 KAMLANI (HIGHLY CONFIDENTIAL)
2 Q.  Okay.
3 A.  But I couldn't tell you
4 definitively.
5 Q.  Okay.
6 A.  And to the extent there were
7 subsequent updates, I couldn't tell you
8 offhand what changed between them.
9 Q.  What I'm trying to get at for the
10 moment, Mr. Kamlani, is simply whether
11 in your capacity as a board member you
12 were being kept apprised of the
13 company's evolving business plan.  Were
14 those plans presented to the board as
15 they were developed?
16 A.  In my capacity as a board member,
17 I was not kept apprised of any business
18 plans that were being put together by
19 the company.
20 To be specific, I used the word
21 plan as a distinction from a financial
22 update.  Just to be clear.
23 Q.  Understood.
24 A.  In my capacity as a going concern
25 bidder at ESL, we were given access

Page 89

1 KAMLANI (HIGHLY CONFIDENTIAL)
2 through Intralinks to a data room in
3 which the debtor posted a business plan.
4 And that's what I had access to.
5 Q.  Am I correct in assuming from
6 that answer, Mr. Kamlani, that you, in
7 your capacity as a board member, had no
8 role in the development of the company's
9 business plans during this period of
10 time?
11 A.  That is correct.
12 Q.  Okay.  To your knowledge, did Mr.
13 Lampert have any role in developing any
14 of the company's business plans during
15 the postpetition period?
16 A.  Not to my knowledge.
17 MR. QURESHI:  Let's mark as UCC
18 Exhibit 6 what I understand to be the
19 ESL business plan.
20 (Exhibit 6, Project Transform -
21 Business Plan, January 2019 was
22 marked for identification.)
23 Q.  Mr. Kamlani, what is exhibit 6?
24 A.  It appears to be a copy of our
25 business plan as it stood in January.

JX 095-23

## Page 90

KAMLANI (HIGHLY CONFIDENTIAL)

Q.   You say as it stood in January.
Is there an updated version of this
document to your knowledge?

A.   If there is an updated, it is not
anything material.

Q.   Okay.  Do you know from looking
at this document when in January it was
finalized?

A.   I do not.

Q.   What role, if any, did you have
in the preparation of this document?

A.   We used company's business plan
that was posted to Intralinks as a basis
from which to create our own business
plan.  We made adjustments that we
thought made sense.  When I say we, I'm
referring to myself and the Moelis team
that worked with me in order to create a
business plan that was our own.

Q.   And when you say you used the
company's business plan posted to
Intralinks, do you recall whether that
was the December business plan that I
showed you or the November plan that I

## Page 91

KAMLANI (HIGHLY CONFIDENTIAL)

showed you or some other plan?

MR. BROMLEY:  Objection.

A.   It was whatever plan was posted
to the Intralinks data site.

Q.   As of when?

A.   Check the Intralinks site.  I
mean that -- I don't know.

Q.   When was exhibit 6, the ESL
business plan, when was that finalized,
if you know?

A.   Appreciate that this transaction
didn't get done in a day.  It morphed
over a period of time.  So again, the
primary purpose of this business plan
initially was to present to the banks to
lockdown a $1.3 billion ABL facility.

As the transaction evolved over
time, I think we made enough progress
with the banks that as it evolved over
time we were not constantly updating
this document.  So it's very difficult
for me to tell you what document was
alive and reflected reality when,
because every two or three days the deal

## Page 92

KAMLANI (HIGHLY CONFIDENTIAL)

was changing.

Q.   You testified that the way this
exhibit 6 business plan was prepared is
that you relied upon the company's
business plan and made certain changes
to it; is that correct?

A.   That's correct.

Q.   What role, if any, did Mr.
Lampert play in decisionmaking around
which adjustments ESL would make to the
company's business plan?

A.   Not a particularly large role.

Q.   Did Mr. Lampert ultimately
approve or sign-off on in some way this
version of the business plan that's been
marked as exhibit 6?

MR. BROMLEY:  You're saying this
specific version?

MR. QURESHI:  Yes.

A.   So whether it's this specific
version or any version, not in any
formal way.  Typically if Mr. Lampert
saw me carrying something out on behalf
of ESL that he didn't agree with, he

## Page 93

KAMLANI (HIGHLY CONFIDENTIAL)

would let me know.  He would not
formally sign-off in pen or verbally on
anything.

Q.   So fair to assume then that
you're understanding is that, whatever
the final form of the business plan may
be, that ESL's business plan for the new
Sears, if you will, for the go-forward
entity has the support of Mr. Lampert?

A.   Mr. Lampert is the only
individual at ESL that has the
authorization to execute asset purchase
agreements or the transfer of any funds.
So it's fair to assume that since he
released signature pages out of escrow,
that he was comfortable with a
go-forward business plan for the
company.

Q.   And can you describe for me in
any further detail the role that Moelis
played in the development of the ESL
business plan?  And just so our
terminology is clear, when I talk about
the ESL business plan I'm talking about

JX 095-24

Page 94

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  the go-forward business plan for the
3  entity that is being acquired.
4    A.   Yes.  Their associates and
5  analysts were extremely helpful in the
6  modeling of the go-forward plan as I was
7  working to put something together, a
8  business plan together for the banks
9  that represented ESL's view of the
10  potential of this business if we were to
11  be successful in our acquisition.
12    Q.   Mr. Kamlani, you had a role in
13  your capacity as a board member in the
14  prepetition period in reviewing and
15  approving business plans, correct?
16    A.   Yes.
17    Q.   And you'll recall from the
18  interview that you participated in in
19  connection with the restructuring
20  committee's investigation being shown
21  certain prior business plans from
22  earlier years, correct?
23    A.   Yes.
24    Q.   And you recall generally in your
25  interview there was reference to certain

Page 95

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  terminology used in those business plans
3  including what is referred to as
4  go-gets?
5    A.   I recall the term, yes.
6    Q.   By the way, just as an aside, I
7  know you weren't sworn in connection
8  with the testimony you gave in your
9  interview, but did you testify
10  truthfully, to the best of your ability?
11    A.   Absolutely.
12    Q.   Did you have the occasion to read
13  the transcript from that interview
14  subsequent to the interview?
15    A.   I have not.
16    Q.   What are go-gets as the company
17  historically used that term?
18    A.   They are components of the
19  business plan that are less certain than
20  other components of the business plan.
21  And so typically whether it's Sears or
22  any other organization I've worked at,
23  and every organization has its own
24  different vernacular but they all mean
25  the same thing, a task, a go-get, a

Page 96

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  stretch, is a component of revenue, a
3  reduction of expenses, an increase in
4  operating income that the management
5  team needs to work to put specific
6  actions by in order to realize the
7  objective.
8    Q.   And is unidentified initiative
9  another term in the Sears vernacular
10  that is used to describe the same thing
11  as a go-get?
12    A.   I haven't heard the term
13  unidentified initiative before, but it
14  wouldn't surprise me.
15    Q.   Okay.  And the company business
16  plan that ESL used as a baseline for the
17  development of the ESL plan, did that
18  business plan, as far as you understand,
19  include go-gets?
20    A.   Not to my knowledge.
21    Q.   And do you have an understanding
22  if historically -- well, back up.
23    Historically it's your
24  understanding that Sears business plans
25  would include go-gets, correct?

Page 97

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    A.   Yes.
3    Q.   Do you have an understanding as
4  to why that was no longer the case with
5  respect to the company's December
6  business plan?
7    A.   I don't.  I didn't have any role
8  at all in putting together that plan.
9    Q.   What's the basis for your
10  understanding that go-gets are not
11  included?
12    A.   I've never asked them the
13  question.
14    Q.   So you don't know one way or
15  another, or your understanding is that
16  there are no go-gets in that plan?
17    A.   My understanding is that there
18  are no go-gets in that plan.
19    Q.   And what's the basis of that
20  understanding?
21    A.   I've spent a fair amount of time
22  working through this plan which
23  ultimately evolved into ESL's go-forward
24  plan.  Multiple conversations with
25  Lazard, MIII.

JX 095-25

Page 98

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    Generally speaking, if I was
3    talking to management, MIII alongside
4    them.  And at no point did anyone ever
5    tell me that we have a identified task
6    or a go-get of, you know, X dollars
7    that's built into the plan.
8    Q.   Let's turn if we could in this
9    exhibit please to page 4 of the
10   document.  Mr. Kamlani, before we get
11   into the details, are you able to -- and
12   feel free to look at the document of
13   course in answering this question, but
14   are you able to identify for me the
15   categories, if you will, in the ESL plan
16   that results in a more positive outlook
17   when compared to the company's December
18   plan, in other words, the difference
19   between the two, can you identify the
20   categories that that's coming from?
21       MR. BROMLEY:  Objection, vague.
22   A.   I'm not sure there are plans more
23   positive than the company's plan.  And I
24   think your question either implicitly or
25   explicitly stated that our ESL plan is

Page 99

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    more positive than the company's plan.
3    I'm not sure that's the case.
4    Q.   Why is that?
5    A.   So by way of example, if I
6    remember correctly, the company's plan
7    had a build out of 100 new -- the new
8    small footprint stores within the first
9    two to three years, and I believe at
10   roughly the same capex number that we
11   have in our plan.  Again our plan, same
12   capex number.  But we don't have a build
13   out of a hundred small footprint stores.
14   That would be an area where we were
15   significantly more conservative than the
16   company's plan.
17       The second area would be the
18   company assumed that the Amazon growth
19   rate was like 2 to 3 to 4 to 5 times
20   higher than what we ultimately assumed
21   in our business plan.  We significantly
22   ratcheted down that growth rate.
23       Third example would be in SG&A.
24   We added somewhere in the neighborhood
25   of $10 to $15 million of SG&A to the

Page 100

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    company's numbers, recognizing that we
3    would want to complement the existing
4    management team with new management.
5    I can continue to give it some
6    more thought, but those are just three
7    examples of where, at least in the first
8    couple of years, we are I think more
9    conservative relative to the company's
10   plan.
11       MR. QURESHI:  Let's mark as UCC 7
12   a document labeled Project Transform
13   Liquidity Analysis.
14       (Exhibit 7, document labeled
15   Project Transform Liquidity Analysis
16   was marked for identification.)
17   Q.   Mr. Kamlani, can you tell me what
18   exhibit 7 is?
19   A.   We put together a liquidity
20   analysis for the banks and this analysis
21   was updated multiple times as the
22   economics of the deal changed, so that
23   our ABL bank partners were in the loop
24   as related to any material changes in
25   the transaction.  This is presumably one

Page 101

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    version of many versions that were
3    created.
4    Q.   Well, I'll represent to you that
5    this particular document, we have a
6    version of it that is attached to a
7    January the 16th email.  Do you know
8    whether there have been further changes
9    to this document subsequent to January
10   16th?
11   A.   Can I see the January 16th email?
12   Q.   Yes, of course.
13       MR. QURESHI:  Let's just mark it
14   as UCC 8.
15       (Exhibit 8, January 16, 2019
16   email was marked for identification.)
17       MR. BROMLEY:  Just so I'm clear,
18   you're representing that exhibit 7 is
19   one of the attachments to exhibit 8?
20       MR. QURESHI:  That is correct.
21   A.   Just bear with me for a minute.
22   Q.   Yes, of course.
23   A.   Because there were a lot of
24   moving pieces of this transaction.
25       If there is a subsequent version,

Page 102

KAMLANI (HIGHLY CONFIDENTIAL)
1
2 any change would be very minor relative
3 to this document.
4    Q.   And what was your role in the
5 development of this liquidity analysis?
6    A.   Moelis had their -- had the model
7 up and running and I would provide them
8 guidance as we were negotiating the
9 transaction on the changes that need to
10 be made to the model to reflect where
11 the deal stood at any point in time.
12    Q.   And did you have assistance from
13 the debtors in the development of this
14 liquidity analysis?
15    A.   I did not.
16    Q.   Do you know if Moelis did?
17    A.   Well when you say assistance, I'm
18 certain that they asked the debtors
19 questions in order to make changes.
20    Q.   Mr. Kamlani, let's go back to the
21 business plan and you're going to want
22 to keep both documents handy because I'm
23 going to bounce back and forth a little
24 bit between the business plan that's
25 exhibit 5 and the liquidity analysis

Page 103

KAMLANI (HIGHLY CONFIDENTIAL)
1
2 that's exhibit 6.  If I could direct you
3 in the business plan --
4    MR. BROMLEY:  I'm sorry, do you
5 mean exhibit 6, the ESL business
6 plan?
7    MR. QURESHI:  Yes.
8    MR. BROMLEY:  Or exhibit 5, the
9 business company plan?
10    MR. QURESHI:  I misspoke, Jim,
11 thank you.  The ESL exhibit 6 which
12 is the ESL business plan and the
13 liquidity analysis which is exhibit
14 7.
15    Q.   And in the ESL plan if you could
16 turn to page 4, please.  And this is the
17 executive summary.  And you'll see under
18 the first big bullet point it says base
19 case assumes brick and mortar same store
20 sales growth of minus 1 percent in 2019
21 based on its performance prior to
22 filing.  You see that?
23    A.   Yes.
24    Q.   Feel free in answering these
25 questions by the way to look at whatever

Page 104

KAMLANI (HIGHLY CONFIDENTIAL)
1
2 portion of the business plan or the
3 liquidity forecast that you need to.  My
4 question to you is how you arrived at a
5 forecast of same store sales growth for
6 2019 of minus 1 percent?
7    A.   So if we take a look at page 45.
8    Q.   Yes.
9    A.   45, top right quadrant,
10 illustrates the same store sales growth
11 year over year for 505 stores.  As you
12 know, at some point we were bidding for
13 505 stores.
14    From the period of February '18 to
15 September '18, which is -- I refer to as
16 the prepetition period, you'll see that
17 the Sears dark purple line was comping
18 on a same store sales basis a negative
19 15 percent in February, and by the time
20 we get to September comping at zero.
21 Fairly smooth upward trajectory from 15
22 to zero along the way.  You'll see that
23 K-Mart follows roughly that same
24 pattern.
25    It seemed and still seemed

Page 105

KAMLANI (HIGHLY CONFIDENTIAL)
1
2 reasonable today that Sears, given the
3 trajectory over that period of time to
4 be comping between zero and negative 1
5 percent, given all of the uncertainty
6 around the company during that time,
7 that it would be conservative to assume
8 that the company coming out of, emerging
9 from bankruptcy with fourish billion
10 dollars of less debt on its balance
11 sheet and no pension obligations, where
12 trust is a critical part of consumer
13 behavior given the categories that Sears
14 is in, that at a minimum we should be
15 able to drive the same same-store sales
16 growth with that type of healthy balance
17 sheet given that we were doing it under
18 a very distressed set of circumstances.
19    Q.   And in arriving at that negative
20 1 percent forecast for 2019, did you
21 consider at all the performance of the
22 debtors during the petition period?
23    A.   Yes, we took it into
24 consideration.
25    Q.   So do you know, for example, what

KAMLANI (HIGHLY CONFIDENTIAL)

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  the -- because the chart to which you
3  referred me only goes out to September.
4  Do you know how same-store sales
5  compares to the prior year for, for
6  example, December or the early weeks of
7  January?
8    A.   Not with specificity, but
9  significantly -- there was significant
10  deterioration heading into the October
11  15th filing date.
12    Q.   And your projection assumes that
13  that deterioration goes away immediately
14  and that commencing right away in
15  February of 2019 that same-store sales
16  number will bounce from wherever it is
17  today to negative 1 percent, correct?
18    A.   Yes and no.  The banks require,
19  in order to underwrite an ABL, that the
20  first year of operations be broken out
21  by month.
22    And I recognize that those were
23  not business people would like plans to
24  be reality.  But I do not have a crystal
25  ball and can't tell you with absolute

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  certainty that February, March and April
3  and May will turn out exactly as the way
4  it's in the business plan.  That's why
5  it's called a plan, it's not called
6  actions.
7    I feel comfortable, given what I
8  know, that full year '19, within a
9  couple of hundred basis points on either
10  side, this business should be able to
11  generate negative 1 percent comp store
12  sales.
13    Will it be negative 15 in February
14  and plus 30 in November-December?  It's
15  possible.
16    Could it be negative 5 in February
17  and plus 15 in June?  That's also
18  possible.
19    I don't have -- I'd be in a very
20  different business if I could tell you
21  with specificity what exactly would
22  happen over the next twelve months.
23    Q.   But other than what's in the
24  business plan that we're looking at, is
25  there any other backup that you or

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  Moelis has generated that causes you to
3  conclude that, irrespective of where the
4  first few months subsequent to a closing
5  date performance might be, that for the
6  year minus 1 percent is a realistic
7  estimate?
8    A.   The only other additional
9  information that I have is that in
10  preparing for the ABL syndication bank
11  meeting tomorrow, that the office of the
12  CEO is comfortable with that negative 1
13  percent number.
14    Q.   When you say the office of the
15  CEO, what are you referring to?
16    A.   The office of the CEO is made up
17  of Leena Munjal, Greg Ladley and Rob
18  Reicker.
19    Q.   So the debtors, as far as you
20  understand it, are comfortable with the
21  negative 1 percent number for 2019 in
22  the aggregate?
23    A.   Yes.
24    Q.   And how did you come to learn
25  that the debtors are comfortable with

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  that number?
3    A.   Because they're presenting it
4  tomorrow and I don't think they'd be
5  presenting a number they weren't
6  comfortable with.
7    Q.   And do you know what diligence
8  the debtors did in signing off on that
9  number?
10    A.   Each driven off of largely the
11  business plan that they put together.
12    Q.   Okay.
13    A.   Which I believe is actually more
14  aggressive than the negative 1 percent
15  if I remember correctly.
16    Q.   And that negative 1 percent
17  number that's in the ESL plan that we
18  are looking at, what does that assume in
19  terms of store count, retail footprint,
20  how many stores?
21    A.   Today, it assumes 425.
22    Q.   And does it assume 425 will be
23  the store count at the end of 2019?
24    A.   The store count at the end of
25  2019 will be a function of a couple of

Page 110

KAMLANI (HIGHLY CONFIDENTIAL)

factors. One is real estate that we may
sell and whether we lease it back or
don't lease it back, which will be a
function of value, and whether or not
the opportunity presents itself to build
out additional new small footprint
design stores.

Q.   So with respect to the first
category of real estate that may be
sold, have you or to your knowledge has
ESL developed any list of potential
parcels of real estate that it will
attempt to sell?

A.   We have not.

Q.   What assumptions, if any, does
your business plan make in terms of how
many parcels of real estate might be
sold?

A.   The business plan assumes that we
will sell $200 million worth of real
estate over the next -- each year over
the next three years.

The banks had a desire to reflect,
in some fashion, a change in the store

Page 111

KAMLANI (HIGHLY CONFIDENTIAL)

footprint that corresponded to that $200
million assumption.

Having said that, if we sell two
properties worth a hundred million
dollars each, that's two stores. If we
sell ten properties worth $200 million
each, then that's 20 stores.

I don't know what's going to sell
when and for how much. So I'm more
comfortable speaking to the $200 million
number than I am telling you what the
store footprint is going to be.

Q.   In testifying that the business
plan assumes $200 million in revenue
from real estate sales over each of the
next three years, what assumption if
any, does the business plan make about
the leasing back by the reorganized
entity of any of the locations that are
sold?

A.   I don't recall specifically if
there's a leaseback assumption or not
within our expenses, within our rent
expense for those sales.

Page 112

KAMLANI (HIGHLY CONFIDENTIAL)

Q.   So understanding your testimony,
the example you gave about --

A.   Can I just finish?

Q.   I'm sorry. Yes, of course.

A.   It's extremely important to note
that there are roughly -- there are over
a hundred dark properties that Newco
will assume as a part of this
acquisition.

Our focus will be to sell those
dark properties as soon as possible
because there's carrying costs
associated with holding those dark
properties. There are no employees
associated with those dark properties.

And so, to the extent that we can
sell those dark properties and generate
liquidity and cash flow, it would have
no impact on the 425 go-forward store
footprint.

Q.   Has ESL done any analysis of the
value that it hopes to recover on
account of selling those 100 dark
properties?

Page 113

KAMLANI (HIGHLY CONFIDENTIAL)

A.   So number is over a hundred, I
just don't know the exact number but
it's less than 2 and over 1. Roughly 70
to 80 are, serve as collateral for our
existing two real estate loans for which
we have the Cushman & Wakefield
appraisals for.

Q.   70 to 80 properties of the
hundred?

A.   70 to 80. Let's say the dark
property number is 140 for the purpose
of this conversation. 70 to 80 of those
properties serve as collateral today
under what we refer to as the Dove and
Sparrow facilities. We have Cushman &
Wakefield approvals going back 13, 14,
months, 15 months ago for those
properties. I don't know sitting here
today what the aggregate value of those
Cushman & Wakefield appraisals are, but
that information is available.

The remaining dark properties are
as of today with the estate,
unencumbered except for the fact that

Page 114

KAMLANI (HIGHLY CONFIDENTIAL)

1 KAMLANI (HIGHLY CONFIDENTIAL)
2 they serve as collateral under the
3 junior DIP and will come over and
4 presumably have some value.
5    Q.   And does Newco have an estimate
6 in terms of how quickly it will be able
7 to monetize those properties?
8    A.   Based on the historical run rate
9 at which Sears was monetizing properties
10 prepetition, we feel that we should be
11 able to continue to monetize properties
12 at close to that rate.
13    Q.   What is that rate?
14    A.   It was well over $200 million a
15 year.
16    Q.   So my question is not dollars
17 generated per year, Mr. Kamlani, but
18 instead how much time needed to sell the assets.
19       So you get to your closing date.
20 How much time do you assume that Newco
21 will need to properly market
22 and ultimately sell the dark properties
23 to which you are referring?
24    A.   I don't know the market at a
25 property level.  All I know is that

Page 115

1 KAMLANI (HIGHLY CONFIDENTIAL)
2 Sears on a prepetition basis was selling
3 real estate at a reasonable pace.  And I
4 don't have any reason to believe that
5 once the company emerges from
6 bankruptcy, something close to that pace
7 -- there's no reason that it shouldn't
8 continue.  Whether it's dark, whether
9 it's lit, whether it's in California,
10 Florida, that's a level of detail that I
11 am just not close enough to.
12    Q.   Who would be close enough to that
13 level of detail?
14    A.   Jane Borden, the head of real
15 estate.
16    Q.   At the company?
17    A.   At the company.
18    Q.   Assuming the business plan
19 projections of $200 million a year in
20 real estate sales over the course of,
21 for each of the next three years, do you
22 have an understanding of when we get to
23 the end of that $600 million in real
24 estate sales, that that would also
25 include what are currently lit

Page 116

1 KAMLANI (HIGHLY CONFIDENTIAL)
2 properties?
3    A.   That's probably a fair
4 assumption.
5    Q.   I know you testified, sir, that
6 the Cushman appraisal for the dark
7 properties is in the order of 15 months
8 old and you don't recall it generally.
9 But do you have a rough order of
10 magnitude recollection of the value of
11 the dark properties that Newco will
12 undertake to sell postclosing?
13    A.   I don't.  I don't.
14    Q.   Do you have a sense of when,
15 looking at that as part of the overall
16 bucket of $600 million of anticipated
17 real estate sales, what percentage
18 roughly the dark properties would
19 account for?
20    A.   I'd need to know the value of the
21 dark properties in order to give you a
22 percentage.  No, I don't.
23    Q.   You don't.  You couldn't tell me
24 whether it's 50-50 or --
25    A.   I could tell you the information

Page 117

1 KAMLANI (HIGHLY CONFIDENTIAL)
2 is definitively available.
3    Q.   Fair enough.
4    A.   I can't even begin to guess.
5    Q.   Going back to the example you
6 gave earlier of if you sell two
7 properties worth a hundred million
8 dollars, then you're obviously realizing
9 your $200 million by selling two
10 properties as opposed to 20 if there
11 were ten each, right?
12    A.   Yes.
13    Q.   But you'd agree with me, I take
14 it, that in terms of the -- in the case
15 of a lit store, the impact on your
16 business plan of selling ten active
17 stores that are generating revenue is
18 likely to be different than selling two?
19    A.   Yes.
20    Q.   So what planning or assumptions,
21 if any, are baked into the business plan
22 in terms of how much revenue will be
23 lost from closing lit locations in order
24 to realize the $600 million in real
25 estate sales that Newco forecasts over

JX 095-30

Page 118

KAMLANI (HIGHLY CONFIDENTIAL)

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  three years?
3   A.   We have not taken out revenue
4  from selling lit stores in part due to
5  the fact that it's a timing difference.
6      So ultimately everything is a
7  function of value.  So if someone offers
8  us $5 million for a store that generates
9  a million dollars of EBITDA, we probably
10  won't sell it.  If someone offers us a
11  hundred million dollars for a store that
12  generates a million dollars in EBITDA,
13  we probably would sell it.
14      We would take that hundred million
15  dollars and we would open de novo a
16  series of the new design small footprint
17  stores that have a higher return profile
18  than the existing hundred-plus thousand
19  square foot boxes.
20      And so it really is a timing
21  issue.  It's not a permanent difference.
22  And so I'm just not smart enough to be
23  able to know what 135,000 square foot
24  box is going to sell on what day for how
25  much and in what city and then how

Page 119

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  quickly, and then when it's going to
3  close so that we have the proceeds to
4  redeploy that into building X number of
5  new small format stores.  That's a level
6  of precision that I'm not capable of
7  rendering to a sheet of paper.
8   Q.   Do I understand your testimony
9  correctly that in not taking out any
10  revenue from the business plan on
11  account of real estate sales, that your
12  assumption is that whatever revenue is
13  lost from the sale of lit stores, will
14  be replaced by using the proceeds from
15  those sales to open the new format
16  smaller stores that will in turn
17  generate revenue?
18   A.   So I think there are two factors.
19  The first is, EBITDA minus capex pays
20  the bills, not revenue.
21      So if it's okay with you, let's
22  talk about EBITDA minus capex instead of
23  revenue.
24   Q.   Sure.
25   A.   Within the 425 lit stores that on

Page 120

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  an aggregate basis generate, on a
3  four-wall EBITDA basis, I think over a
4  hundred million dollars of EBITDA on a
5  trailing 12-month basis, there are
6  roughly 150 to 175 stores that generate
7  negative EBITDA individually.  Those
8  stores have asset value.  Unless we're
9  able to turn around those stores, their
10  franchise value is not worth much by
11  virtue of generating negative EBITDA
12  less capex.
13      So if we can sell underperforming
14  stores defined as negative EBITDA stores
15  less capex, that's negative, for a sum
16  of money that recognizes its asset
17  value, then we end up with a business
18  plan where we have understated our
19  EBITDA because we've taken out a store
20  that was negative, so we've understated
21  our EBITDA but we're still bringing in
22  the $200 million of cash.
23      So that's the first scenario.
24      So the more realistic outcome,
25  probable outcome is that when we sell

Page 121

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  stores, EBITDA goes up, it does not go
3  down.
4      You are correct in all
5  circumstances revenue will go down.  But
6  EBITDA pays the bills.
7      The second component is the one
8  that I started with which I mentioned,
9  which is ultimately the deployment of
10  billing out the new small new designed
11  footprint stores.
12   Q.   What assumption, if any, does
13  your business plan or your liquidity
14  forecast, and when I say business plan
15  you can assume I'm referring to both,
16  make in terms of what use the revenue
17  from real estate sales is put to?
18   A.   It does not explicitly detail
19  where the cash flow from real estate
20  sales will go, and that's because cash
21  is fungible, a business is a living
22  organism, and it will depend at that
23  time what investment opportunities lie
24  before the board and where that cash
25  would go.

JX 095-31

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  Q.   Does the business plan or any
3  data underlying it make any specific
4  assumptions about how many of the 150 to
5  175 stores that you've testified in an
6  EBITDA less capex basis are negative
7  will be sold?
8  A.   No.  Again we do not have a view
9  on where the demand is in the market by
10  store.  Not the lit stores, not the dark
11  stores.
12  Q.   Have you done any analysis to
13  understand the impact, if any, on the
14  overall network of Newco's assets by
15  selling certain parcels of real estate?
16  A.   My -- we've done a little bit of
17  analysis to corroborate my assumption
18  that the ecosystem in the long term will
19  create more value with a larger network
20  of stores than a smaller network of
21  stores.
22  Q.   You're aware, right, that the
23  liquidity analysis makes an assumption
24  of three stores closing per month in
25  2019?

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  A.   I am.
3  Q.   And can you tell me how that
4  assumption was arrived at?  Was that --
5  is that the number of properties that
6  you anticipate will generate the $200
7  million in sale proceeds, or was it
8  arrived at some other way?
9  A.   It was arrived at some other way.
10  Q.   How was it arrived at?  I believe
11  by the way it's page 7 of the liquidity
12  analysis, footnote 9, if I'm not
13  mistaken.  Yes.
14  A.   So first I'd point out to you
15  that -- so maybe we can go to page 6 for
16  a moment.
17  Q.   Sure.
18  A.   In the bottom of page 6, very
19  last line has the reduction of three
20  stores a month that I think you're
21  referring to.
22  Q.   Yes.
23  A.   If you look at page 4, you'll
24  notice that at the end of 2019 straight
25  to 2023 it says 425.  So there is an

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  inconsistency between page 4 and page 6.
3  Q.   Did notice that.
4  A.   The conversation I had with the
5  Moelis team was, the banks were going to
6  ask us at some point in time, how are
7  you generating $200 million worth of
8  real estate sales and you're not
9  shrinking your footprint?
10    So I said to the Moelis team,
11  let's head that question off at the
12  pass.  I don't know.  Pick three stores.
13  So we picked three stores.
14    I wish I can make it sound more
15  scientific than that, but I'm under
16  oath.
17  Q.   So what you're telling me is that
18  the real target is $200 million in
19  proceeds as opposed to any particular
20  number of locations?
21  A.   That's exactly correct.
22  Q.   And can you explain why the
23  assumption in the business plan is that
24  it will be $200 million in proceeds for
25  each of the three years, when your plan

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  goes out five?
3  A.   We had originally created a
4  three-year business plan.  I believe
5  Bank of America on behalf of the bank
6  group at some point said, look, it's a
7  requirement for the banks to have a
8  five-year business plan if we're going
9  to underwrite a five-year ABL for you.
10    And I think we did what most
11  people do to get from a three year plan
12  to a five year plan, which is grow out
13  the last two years by some growth rate
14  and you have a five year plan.
15  Q.   Understanding your testimony that
16  it's the $200 million as opposed to the
17  number of stores that drove this
18  analysis, would I be right in assuming
19  that no analysis was done in terms of
20  headcount reduction that would be
21  triggered by how ever many lit stores
22  end up being shut and sold?
23  A.   That's correct.  It clearly would
24  be our strong preference to sell all the
25  dark stores at the right value for lots

JX 095-32

1       KAMLANI (HIGHLY CONFIDENTIAL)
2   of reasons, one of which is it has no
3   impact on headcount.
4       MR. BROMLEY:  When you have a
5   chance, I think we'd like to take a
6   break.
7       MR. QURESHI:  Well, you're
8   asking.  Does the witness want a
9   break?  We can take a break, of
10  course.
11      MR. BROMLEY:  Great.
12      (A recess was had.)
13      MR. QURESHI:  Let's go back on
14  the record.
15      MR. BROMLEY:  Before we go any
16  further, I want to make sure I don't
17  forget, we're going to designate the
18  transcript as highly confidential.
19      MR. QURESHI:  No?  Okay.  All of
20  it?
21      MR. BROMLEY:  All of it.  Other
22  than that question.
23  Q.   Mr. Kamlani, am I right that your
24  business plan, ESL business plan
25  contemplates Newco hiring a new CEO?

1       KAMLANI (HIGHLY CONFIDENTIAL)
2   A.   It does.
3   Q.   Can you tell me please where
4   Newco is in the process of its search
5   for a new CEO?
6   A.   There were a handful of
7   candidates prepetition that different
8   members of the board had interviewed and
9   spent time with for the CEO job.  We may
10  relook at some of those.
11      In addition to that, through
12  Eddie's network, I'm aware that he's
13  speaking to people regularly.  The last
14  conversation I had with him was within
15  the last two to three days that perhaps
16  we should consider retaining Korn Ferri
17  or Russell Reynolds, Egon Zehnder, but
18  that decision hasn't been made yet.
19  Q.   So no outside search firm has
20  been retained as yet?
21  A.   Not yet.
22  Q.   Other than generalists with names
23  on them that the board may have
24  considered prepetition, do you know if
25  any particular candidates have been

1       KAMLANI (HIGHLY CONFIDENTIAL)
2   approached about their interest in the
3   position?
4   A.   I am not.  That would be
5   something that it's very possible
6   wouldn't surprise me if Eddie is down
7   the line on it.  I'm not aware of it.
8   Q.   Is there any possibility of Mr.
9   Lampert serving as CEO as far as you are
10  aware?
11  A.   On day one of the close which is
12  targeted to be February 8th, Eddie and I
13  have not had a specific conversation of
14  what he has in mind for Newco.  I think
15  it's fair to say that we will not have a
16  CEO on board given the tight time frame.
17  So I can't speak to who the CEO will be
18  on February 8th if that is in fact the
19  closing date.
20  Q.   And does the business plan or do
21  you make any assumptions about when you
22  think you will have a new CEO in place
23  or hope to have a new CEO in place?
24  A.   I hope to have a new CEO in place
25  sooner rather than later because the ABL

1       KAMLANI (HIGHLY CONFIDENTIAL)
2   documents, in effect, have conditions in
3   it that if we do not have a CEO in place
4   that's unaffiliated with ESL and one of
5   the three members of the current office
6   of the CEO were to leave the company,
7   then we must hire a chief restructuring
8   officer.  And those firms and those
9   people are not inexpensive, and that is
10  not a cost we have any interest in
11  bearing.
12  Q.   The business plan also makes
13  reference to certain core business units
14  requiring talent upgrades, I think is
15  the phrase used in the business plan.
16      Are you aware of where Newco is at
17  in terms of identifying other senior
18  executives that it needs to hire beyond
19  a CEO?
20  A.   We're not as far along as we
21  would like to be.  This process has been
22  all consuming in order to get to where
23  we are today.
24  Q.   Are you able to tell me how many
25  positions, senior executive positions

**JX 095-33**

Page 130

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  Newco is seeking to fill?
3     A.   I don't have a count.
4     Q.   Approximate, three, five?
5     A.   I honestly just don't have a
6  count.
7     Q.   Are you able to identify any
8  particular business units where Newco is
9  looking to hire new senior executives?
10    A.   Certainly the CEO position as we
11 discussed would be under consideration.
12 Potentially new senior leadership in
13 charge of retail operations.  And we
14 would look at current leadership across
15 the other major business units being
16 Sears Auto Centers, Innovel, Sears Home
17 Services, Kenmore and DieHard.
18    Q.   Has an outside recruiting firm
19 been retained to fill any of those
20 positions?
21    A.   No.
22    Q.   Is it the intention that you will
23 do so?
24    A.   I discussed it with Eddie in the
25 last couple of days.  I do not have a

Page 131

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  definitive answer one way or the other.
3     Q.   Do you expect to have any formal
4  role in Newco?
5     A.   I do not, other than potentially
6  serving on the board of Newco.
7     Q.   Let's turn to page 6 of the
8  business plan, please.
9        MR. BROMLEY:  This is exhibit 6?
10    A.   Page 6, right?
11       MR. BROMLEY:  Exhibit 6, page 6?
12       MR. QURESHI:  Yes, thank you.
13 Exhibit 6, page 6 which should be
14 labeled why Newco will be successful.
15    Q.   Do you see that?
16    A.   Yes.
17    Q.   Looking in particular at the
18 second item competitive advantage, can
19 you -- and there's a reference in the
20 second set of bullets to Amazon.  It
21 says Amazon and others continue to seek
22 to leverage Sears capabilities through
23 its Innovel network.
24       Can you just explain first of all,
25 is it anticipated that the competitive

Page 132

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  advantage to which you refer in that
3  item will drive initial revenue?
4     A.   Revenue and more importantly free
5  cash flow.
6     Q.   And what's the basis for that
7  assumption?
8     A.   There are not many logistics
9  companies that have a network across the
10 United States that have the ability to
11 deliver and install big bulky items in
12 white coats.  Innovel is one of
13 literally just maybe two or three.  And
14 so the Amazon relationship which got
15 struck a couple of years ago is a real
16 feather in the cap of that business
17 because generally in the marketplace if
18 Amazon has endorsed it, that's quite an
19 endorsement for the business.
20    Q.   To your knowledge have there been
21 any discussions with Amazon about
22 expanding the current relationship that
23 the company has with them?
24    A.   Yes.
25    Q.   What's your knowledge of those

Page 133

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  discussions?
3     A.   Those discussions were well
4  before the prepetition date.  I don't
5  know where they are today.
6     Q.   Have you personally been involved
7  in any discussions with Amazon since the
8  petition date?
9     A.   I have not spoken to Amazon since
10 the petition date.
11    Q.   Have you received any updates
12 from anybody at the company concerning
13 any conversations with Amazon subsequent
14 to the petition date?
15    A.   I received an update yesterday or
16 day before yesterday that our Amazon
17 business is significantly off because of
18 the filing.
19    Q.   And from whom did you receive
20 that update?
21    A.   Pierre Boutros.
22    Q.   And what position does he hold?
23    A.   He's held many so I can't tell
24 you which one he holds today.  But at
25 some point in time he was responsible

Page 134

KAMLANI (HIGHLY CONFIDENTIAL)

for the KCD business unit which stands
for Kenmore, Craftsman and DieHard. I
believe he still has responsibility for
that and other responsibilities as well.

Q.   Have there been any discussions
to your knowledge with any third parties
other than Amazon concerning use of the
Innovel network?

A.   Yes.

Q.   Which ones?

A.   Wayfair.

Q.   When did those discussions take
place?

A.   Prepetition.

Q.   And do you have any understanding
of whether any agreements were reached
with Wayfair prepetition?

A.   I don't believe that they reached
an agreement with Wayfair because the
company ended up filing.

Q.   In terms of your discussions
regarding the Amazon business, did you
get any detail in that conversation
around how far off the Amazon business

Page 135

KAMLANI (HIGHLY CONFIDENTIAL)

is?

A.   I didn't.

Q.   Does the fact that the Amazon
business is off by whatever margin
impact at all your confidence level in
what you project Newco will do with
Amazon?

A.   No, and the reason is I suspect
the Amazon business is off due to the
tension that the bankruptcy process
causes with respect to ordering
inventory from vendors.  And so once we
emerge and the supply chain is back to
normal, if not better than what it used
to be, that that issue should resolve
itself.  That is, my informed guess
tells me that that is a supply issue,
not a demand issue.

Q.   Let's go back on page 6 to the
last item on the page, technological
advancements.  Is this a reference to
technological advancements related to
the Shop Your Way program?

A.   Yes.

Page 136

KAMLANI (HIGHLY CONFIDENTIAL)

Q.   And can you describe for me in
any more specificity, and again feel
free to look at the document if you'd
like, what specific technological
advancements are being referred to here?

A.   So let's look at page 9.  The
company over the last several years, led
by Eddie's vision on what Shop Your Way,
you know, should and can be, has been
investing in providing additional
capabilities to that overall platform.

     In addition to that, the
partnership that we formed with Citi to
create the Shop Your Way Citi MasterCard
provides Citi with incentive to also
fund the development of capabilities in
the Shop Your Way platform because the
more that credit card is used, it inures
to their benefit as it does the company.

     I can't speak specifically to
initiative by initiative.  This is an
area of focus that is, you know, very
close to Eddie and he's very involved in
and he would probably be able to do a

Page 137

KAMLANI (HIGHLY CONFIDENTIAL)

far better job than I could.

Q.   Are you able to provide any
further detail on the level of capex
that, under this new business plan,
Newco anticipates putting into
technology related to the Shop Your Way
program?

A.   No.  The capex that I have
focused on in this business plan was
making sure that we reflected what the
management team and specifically the CIO
believed he needed in order to deliver
on streamlining the organization and
taking out SG&A from the IT
organization.

     And so there is $30 million of
capex solely related to IT in order to
effectuate take out of SG&A in that
organization.

Q.   If we look on page 9, some of the
initiatives that are highlighted on that
page like machine learning and data
insights, just to pick two examples, is
there specifically contemplated capex in

Page 138

1        KAMLANI (HIGHLY CONFIDENTIAL)
2    the Newco business plan to pursue these
3    initiatives?
4        A.   No, there isn't.  And the reason
5    is with respect to enhancing the Shop
6    Your Way platform, I didn't get into the
7    accounting as to what would be capex,
8    what would be opex and so the dollars
9    are in the budget.  Is it possible that
10   opex should be capex and capex should be
11   opex?  It's possible.
12       Q.   So whatever bucket it's in, your
13   testimony is that the initiatives that
14   are set forth, for example, on page 9
15   with respect to the Shop Your Way are
16   accounted for in the budget?
17       A.   They should be, yes.
18       Q.   And I take it from your answer
19   that you would not be able to by looking
20   at the budget tell me what bucket they
21   fall into?
22       A.   I would not.
23       Q.   And nor would you be able to tell
24   me whether individually or in the
25   aggregate how much is contemplated will

Page 139

1        KAMLANI (HIGHLY CONFIDENTIAL)
2    be spent on the various initiatives that
3    are set forth on page 9?
4        A.   That's correct.
5        Q.   And does that information exist
6    somewhere?
7        A.   I'd have to talk to the company.
8        Q.   Does it exist somewhere in the
9    ESL business plan?
10       A.   It does not.
11       Q.   Is it your understanding that the
12   initiatives that are set forth on page
13   9, are initiatives that the company was
14   already contemplating in its business
15   plan as distinct from ESL and the Newco
16   plan?
17       A.   Can you repeat the question?
18       Q.   Sure.  Trying to understand
19   whether the initiatives that are set
20   forth on page 9, are initiatives that
21   were already contemplated by the
22   company, or whether by the company in
23   its December or whatever version of its
24   business plan, or whether these are
25   initiatives that are initiatives of

Page 140

1        KAMLANI (HIGHLY CONFIDENTIAL)
2    Newco and are therefore in the Newco
3    business plan?
4        MR. BROMLEY:  Objection,
5    misstates testimony.
6        MR. QURESHI:  I wasn't restating
7    his testimony.
8        MR. BROMLEY:  Well, you are.
9        A.   So this page I created in
10   partnership with the Shop Your Way
11   business development team maybe 12 to 18
12   months ago.  It is a reflection of the
13   evolution of what Shop Your Way should
14   and will become over time.
15       So let's take one example.  Using
16   data insights to score members in real
17   time and power decisions and experience
18   through relevant marketing channels.
19       I don't believe that you need a
20   million dollars to do that.  I'm not
21   sure you need $10 to do that.
22       These are processes that are
23   already set up that, through refinement
24   and testing and learning, we can
25   understand consumer behavior and how to

Page 141

1        KAMLANI (HIGHLY CONFIDENTIAL)
2    impact consumer behavior in a way that
3    benefits the business.
4        So this slide should not be taken
5    as you need to buy a $50 million
6    mainframe in order to do X, Y or Z.
7        This is a path the company has
8    been on over a very -- quite a while,
9    and through testing and learning and
10   refining has been driving a better and
11   better Shop Your Way platform.
12       I think those who may have looked
13   at it, have taken this slide to indicate
14   that some X millions of dollars are
15   required to ultimately get to this type
16   of platform.  This platform exists.
17   Ultimately, it's how do you use it to
18   drive the right consumer behavior.
19       Q.   And your testimony is that the
20   substance of this slide was something
21   you discussed twelve to 18 months ago
22   with the management team?
23       A.   I put this slide together with BJ
24   Nadal who is the head of the Shop Your
25   Way business to prepare for one of

JX 095-36

Page 142

KAMLANI (HIGHLY CONFIDENTIAL)

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  several business development
3  opportunities when we were pitching to
4  Shop Your -- trying to add Shop Your Way
5  partners.
6      So literally hand drew this slide
7  with a piece of paper and pencil
8  probably over a year ago.
9  Q.   And how has Shop Your Way
10 performed historically as against your
11 expectations for what could be achieved
12 based on these or other initiatives?
13 A.   Shop Your Way has not yet
14 performed to my expectations.
15 Q.   And what is it that is changing
16 or is new or is different around the ESL
17 plan that causes you to think that Shop
18 Your Way, going forward as part of
19 Newco, will be able to improve as
20 compared to its historical performance?
21 A.   The thesis behind Shop Your Way
22 is to deliver an ecosystem around our
23 customers which we refer to as members,
24 Shop Your Way members, around our
25 members' lives to ultimately bring value

Page 143

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  and convenience to them.
3      In order to do that, the company
4  has to be in a position to sign up
5  partnerships with third parties to
6  become Shop Your Way partners.  The more
7  partnerships we sign up, then the more
8  places that a member can earn Shop Your
9  Way points.  The more places they can
10 earn more points, the more relevant it
11 is to their lives.
12     So an example would be we signed
13 up a partnership with Uber.  People who
14 have a Shop Your Way account who have
15 linked their Shop Your Way account to
16 their Uber app like live and die now by
17 Uber because every time you take an Uber
18 ride you earn $2 in Shop Your Way
19 points.  So if you take five Ubers a
20 week you earn $10 in points, $40 in
21 points a month, you can go to K-Mart,
22 middle class family, and buy all your
23 household goods for free, which you
24 wouldn't have been able to do unless you
25 had simply linked your account.  You're

Page 144

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  still paying for your Uber ride.  Now
3  you've just been given $40 in points.
4  We signed up a similar partnership with
5  Time Inc. so that people can by
6  magazines virtually for free.  You buy
7  $20 in magazines you get $20 in points
8  over the course of a month, the magazine
9  effectively is free.
10     The reason it has not met my
11 expectations is we should have had 50 of
12 those partnerships by now.  But Sears
13 has always been characterized in the
14 newspapers, the trade rags as about to
15 fall over any given day of the week for
16 the last several years, and that has
17 been an impediment to engendering the
18 confidence of partners to invest their
19 time and effort into a Shop Your Way
20 partnership.
21     We've gotten some major marquis
22 brand partnerships done, Citigroup,
23 Uber, Time Inc., a whole bunch of names
24 I can't recall off the top of my head,
25 but it should have been more.

Page 145

1  KAMLANI (HIGHLY CONFIDENTIAL)
2      When we come out with a balance
3  sheet that has not 5 plus billion
4  dollars of debt on it but about a
5  billion, no pension obligations because
6  that will be left with Remainco and a
7  minimum liquidity requirement on our ABL
8  of $400 million at close, I believe we
9  will have the confidence of
10 counterparties who are unwilling to
11 transact in the past, I think will have
12 that confidence going forward.
13 Q.   And what assumptions does the ESL
14 business plan make in terms of new
15 partnerships that will be able to be
16 entered into for the Shop Your Way
17 program?
18 A.   It's not at a level of detail
19 where we have, you know, X partnerships.
20 Q.   So are there any revenue or
21 margin or EBITDA assumptions built into
22 the plan based on partnerships and what
23 may or may not be achieved?
24 A.   Not specifically attributed to
25 partnerships.

JX 095-37

Page 146

KAMLANI (HIGHLY CONFIDENTIAL)

1
2     MR. QURESHI:  Let's mark as UCC 9
3   a Sears Holdings deck labeled SG&A.
4     (Exhibit 9, Sears Holdings deck
5   labeled SG&A was marked for
6   identification.)
7   Q.   Mr. Kamlani, have you seen this
8   document before?
9   A.   It certainly looks very familiar.
10  I've definitely seen aspects of it.
11  This specific one I can't tell you but
12  I'm familiar with its contents.
13  Q.   Well, more generally as part of
14  the ESL plan, ESL makes certain
15  assumptions around SG&A savings that can
16  be achieved, correct?
17  A.   Yes.
18  Q.   And can you describe for me
19  generally as part of the ESL plan how
20  you arrived at the assumptions that are
21  embedded in that plan around SG&A
22  savings?
23  A.   Yes.  We took the SG&A plan,
24  reduction plan that the company put in
25  place and walked us through certainly

Page 147

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   when we were in Hoffman in that November
3   time period.  They may have walked us
4   through it before then but definitely
5   during that time period, and became
6   comfortable with the actions that they
7   were taking that these SG&A reductions
8   were certainly possible and probable.
9     In fact, on page 2 where it says
10  wave 1 November 2018, while that wave 1
11  was going on the reduction in force over
12  those two days, those were the two days
13  -- two of those that we were in Hoffman
14  those two days.
15    So while I may have heard about
16  this plan walking into Hoffman, $84
17  million was done when I was walking out
18  of Hoffman.
19    Wave 2, it's my understanding that
20  this is largely also done.  So 84 plus
21  56, you know, 140, 140 is already done.
22    There's still quite a bit to go,
23  but so far the team has executed exactly
24  what they said they would be doing.
25  Q.   Do you know whether the ESL plan

Page 148

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   makes assumptions around SG&A cuts or
3   SG&A savings that are different than
4   what the company assumed in its most
5   recent plan?
6   A.   The only difference between the
7   two plans is that we have an additional
8   10 to $15 million of SG&A to bring in
9   additional senior management to
10  complement the existing management team.
11  Q.   Other than that, your
12  understanding is that ESL is not
13  forecasting any more aggressive SG&A
14  savings than the company?
15  A.   That's accurate.
16  Q.   If you look specifically on page
17  3 at Shop Your Way, it's toward the
18  bottom of the page under total home
19  services and other businesses, below
20  that you'll see a line item for Shop
21  Your Way.  Do you see that?
22  A.   I do.
23  Q.   Then if you go across the page
24  and you look at the variants, payroll
25  and then nonpayroll and then total, did,

Page 149

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   in your assumptions in the business plan
3   around the, what you believe Shop Your
4   Way can achieve for the company, how if
5   at all did those assumptions take into
6   account the SG&A forecasts that we see
7   on this page with respect to Shop Your
8   Way?
9   A.   So the Shop Your Way business
10  unit encompasses a number of things far
11  more than what we referred to on that
12  previous page 9 I think it was.
13  Q.   Yes.
14  A.   For example, there's a program
15  called Shop Your Way Relay.  I couldn't
16  tell you what the annual run rate costs
17  of Shop Your Way Relay is, but it was
18  negative operating cash flow not
19  positive.
20    I believe a lot of this reduction
21  is related to items that I would
22  consider not core to what Shop Your Way
23  really should be about going forward.
24  Q.   Would that statement be true also
25  of marketing expenses related to the

JX 095-38

Page 150

KAMLANI (HIGHLY CONFIDENTIAL)

Shop Your Way program?

A.    Can you just point out to me where you see marketing expenses related to Shop Your Way?

Q.    I can try.  Actually that line item is not referenced in here.  We have that number but I'm not, in the interests of time I'm going to keep moving.

Just generally speaking without looking at the specifics, do you have an understanding that historically marketing spend related to the Shop Your Way program has been decreasing?

A.    No.

Q.    What is your understanding?

A.    My understanding is we have been working to reduce the marketing spend to third parties such as Google, Yahoo, other similar outfits because we think through our partnership with Citi, which funds a significant amount of the Shop Your Way points on our behalf, a hundred cents on the dollar, that we will get a

Page 151

KAMLANI (HIGHLY CONFIDENTIAL)

better return on investment by putting Shop Your Way points, which is a form of marketing, in the pockets of consumers rather than taking dollars and putting it in the pockets of Google, hoping that someone finds a search work.

Q.    Go back if you could to the business plan, exhibit 6, and if you could to flip to page 47.  And you'll see page 47 is the slide detailing expected SG&A of 545 million in 2019, do you see that?

A.    Yes, I do.

Q.    If you look third row marketing, fiscal year '19, it looks like a budget of marketing expense is 65 million, you see that?

A.    I do.

Q.    And there's a footnote and the footnote says additional reduction of 48 million related to digital marketing is included in the marketing initiatives. Does that reduction in digital marketing impact Shop Your Way at all?  Trying to

Page 152

KAMLANI (HIGHLY CONFIDENTIAL)

figure out what's in that bucket?

A.    I believe that digital marketing refers to the Googles of the world, the Googles, the Yahoos, the Ebays, we have just not found those to be a great return, as a general rule of thumb. That's not true for every single business.  There are certain businesses that are effective in Google but as a rule of thumb not for the entire organization.

But just a real key point.  The amount of economics that Citi generates off of the Shop Your Way card is enormous.  They fund significant marketing dollars and reimburse the company a hundred cents on the dollar for every Shop Your Way point that a consumer comes into the company and uses to buy something.

And so a lot of the Shop Your Way funding does not come from the company, it comes from Citi.

Q.    Does ESL have specific headcount

Page 153

KAMLANI (HIGHLY CONFIDENTIAL)

forecasts that is tied to its business plan?

A.    Our expectation is that there will be approximately 45,000 employees at close.  And the spirit and I believe the letter of the contract is that we will extend all of them offers to remain with Newco.

Q.    When you say the letter of the contract, is it your understanding that Newco is contractually obligated to extend offers of employment to all current employees?

A.    That's the understanding I'm working under.  And when we retained E&Y two to three days ago on integration processing, I told them make sure in every one of your workstreams that we're ready to extend offers to everybody as soon as we can.

Q.    Has ESL done any forecasting of where it expects headcount to be in the future, one year out let's say?

A.    No.  Best number we have right

Page 154

KAMLANI (HIGHLY CONFIDENTIAL)

1  now is one given to us by the company
2  which is approximately 45,000 FTs at
3  close.  Of course those FTs are
4  stratified between part time, full time,
5  salaried, hourly, etc.  We will
6  replicate what is in place today for
7  those employees, except for the fact
8  that we will go back to a much more
9  lucrative severance plan than the
10  company currently has in place.
11  Q.  Turn to page 17, please, of
12  exhibit 6.  And you'll see the heading
13  on that page small store footprint, and
14  you referred in a number of your prior
15  answers to the small store format.  Is
16  what's described on this page what you
17  were referring to?
18  A.  Yes.
19  Q.  So when in the first bullet point
20  it describes these as smaller footprint
21  digital stores, can you tell me what you
22  mean by a digital store as it's used in
23  this document?
24  A.  Yes.  So just bear with me one

Page 155

KAMLANI (HIGHLY CONFIDENTIAL)

1  moment.
2  Q.  Sure.
3  A.  So today as outlined on page 17
4  we've opened four of these locations,
5  Texas, Colorado, Hawaii and
6  Pennsylvania.
7  I have not actually been in one of
8  these stores but I've seen videos of
9  them.  They provide a state of the art
10  consumer experience as it relates to
11  being able to buy appliances relative to
12  anything else in the marketplace.  They
13  are totally paperless.  You can sit down
14  and we can replicate to the exact specs
15  right down to the centimeter what your
16  kitchen looks like today.  A couple can
17  say I want that Kenmore refrigerator.
18  We can put that Kenmore refrigerator
19  visually on the display board.  We can
20  literally put the whole kitchen together
21  so they can see exactly what their
22  kitchen would look like as if we had
23  built it.
24  They can order that kitchen.  They

Page 156

KAMLANI (HIGHLY CONFIDENTIAL)

1  can buy protection agreements from our
2  Sears Home Services for that kitchen.
3  Before they walk out they can get a
4  service date for delivery of that
5  kitchen because we own the logistics
6  business Innovel and that kitchen will
7  be delivered.
8  There is to my knowledge no
9  experience like that in the market
10  today.  I think today you would probably
11  agree if you walked into Lowe's, Sears
12  or Home Depot you would be walking up
13  and down aisles to try to figure out
14  what refrigerator you want and you would
15  probably have a measuring tape to try to
16  figure out will it fit.
17  Q.  And what assumptions does the ESL
18  plan make in terms of the number of the
19  small footprint stores that will be
20  opened?
21  A.  Zero.
22  Q.  What assumptions does the ESL
23  plan make in terms of capex necessary to
24  pursue these small footprint stores?

Page 157

KAMLANI (HIGHLY CONFIDENTIAL)

1  A.  Zero.
2  Q.  And why is it being discussed at
3  all in the business plan?
4  A.  Because I believe ultimately we
5  will open these stores.  They'll get
6  open one of two ways.  There will be a
7  perfect market for this store and we
8  will put new money in the ground like
9  was done in the Hawaii store.  Or in the
10  process of where a landlord wants to buy
11  back, you know, their ground lease or
12  someone wants to buy us out of a store,
13  we sometimes get presented with the
14  opportunity to carve out 7500 to 12,000
15  square feet as a part of the transaction
16  to be able to remodel one of these new
17  design footprint stores so that we keep
18  our place in the market.  We shrink from
19  call it 130,000 square feet to 10,000
20  square feet and as a part of an overall
21  cash generating transaction, we actually
22  end up with a better business model in
23  that market.
24  Q.  Turn to page 15 of that business

Page 158

KAMLANI (HIGHLY CONFIDENTIAL)
1
2  plan, please.  You see on this page it's
3  got the real estate breakdown and then
4  two columns appraised lit value and
5  appraised dark value.  Are the appraised
6  values here as far as you understand a
7  reference back to the Cushman &
8  Wakefield appraisals to which you
9  referred earlier, do you know?
10  A.   Let me just look at it for one
11  second.
12  Q.   Sure.
13  A.   The appraised value of 1985, in
14  that number is definitely the Cushman &
15  Wakefield values that appraised -- that
16  I referenced earlier.
17       However, there are other
18  appraisals which are estimates of value
19  beyond the Cushman & Wakefield
20  appraisals in this 1985 because the 1985
21  corresponds to the 425 properties and
22  the Dove & Sparrow facilities that we
23  referenced earlier which have Cushman &
24  Wakefield appraisals, is only like 170
25  properties.

Page 159

KAMLANI (HIGHLY CONFIDENTIAL)
1
2       So the answer is yes, it's in
3  here, but this is not it.  There's other
4  stuff in here as well.
5  Q.   And does there exist somewhere a
6  schedule property by property that would
7  build to that 1.85 number?
8  A.   There may be.  I couldn't tell
9  you definitively.  There may be.
10  Q.   Well do you know if that's
11  information to which ESL had access in
12  putting this business plan together?
13  A.   If that exists, Moelis would have
14  it.
15  Q.   Turn to page 21, please, and
16  you'll see this is the Kenmore section
17  of the business plan.  Is there a
18  forecast of how much capex Newco intends
19  to spend on the Kenmore business?
20  A.   No.
21  Q.   What assumptions, if any, are
22  embedded in the business plan with
23  respect to spend that is required in
24  terms of the various initiatives that
25  are described in this section of the

Page 160

KAMLANI (HIGHLY CONFIDENTIAL)
1
2  business plan, page 21, 22 through 25
3  that relate to the Kenmore business?
4  A.   So Kenmore, unlike any other
5  major appliance brand of consequence in
6  the United States, is the only one
7  that's owned by a retailer.  So as you
8  know, Whirlpool, LG, Samsung, all owned
9  by OEMs.
10       The R&D and innovation of Kenmore
11  comes from the OEMs that manufacture
12  Kenmore, for the most part, it does not
13  come from Sears.  So, for example, our
14  connected products is largely the R&D
15  that is in LG products and LG shares
16  with us as part and parcel of
17  manufacturing hundreds of millions of
18  dollars of Kenmore products with LG.  So
19  -- I'll leave it at that.
20  Q.   So just as an example on page 21
21  there is, if you look on the far left,
22  that box that says how do we get there
23  and the third item down invest in
24  innovation particularly with respect to
25  connected living solutions.

Page 161

KAMLANI (HIGHLY CONFIDENTIAL)
1
2       Again what assumption, if any,
3  does your business plan make around what
4  the quantum of those investments will be
5  and over what period of time?
6  A.   The business plan assumes that
7  our OEM partners will continue to invest
8  as they have before; and therefore,
9  consistent with the past, the future
10  business plan does not have specific
11  dollars relating to, Newco dollars as it
12  relates to connected living solutions in
13  the business plan.
14  Q.   The pages we're looking at here
15  on Kenmore, pages 21 through 25, are
16  these pages as far as you know that were
17  taken from prior business plans that you
18  worked on?
19  A.   No.  21 I handwrote myself.
20       22 is directly from the company.
21       23 is a page that was created for
22  when we were marketing the Kenmore brand
23  for a partnership with an OEM except the
24  numbers have been updated for whatever
25  time period this is.

JX 095-41

Page 162

KAMLANI (HIGHLY CONFIDENTIAL)

And page 24 I handwrote myself to
have a discussion with LG to explain to
them why it is Sears in particular with
its collection of assets including the
ability to not simply sell an appliance
but to be able to sell protection
because we're a Sears Home Services
business, to provide customer
convenience because we own Innovel, the
logistics business, allows us to own the
lifecycle of the consumer rather than
simply having a transactional
relationship with them and that should
inure to their benefit and it should
inure to ours.

Q.   The Amazon case study that's
referenced on slide 24, is that also
part of what you handwrote?

A.   Where do you see the Amazon case
study? I see it, second bullet.

Q.  Yes.

A.   I couldn't tell you if I wrote
that bullet or not, but I certainly
agree with it.

Page 163

KAMLANI (HIGHLY CONFIDENTIAL)

Q.   Have you seen any or undertaken
any analysis of the profitability of
Kenmore sales through the Amazon channel
as compared to Kenmore sales through
your own retail outlets?

A.   It's been a while, but I have
seen an analysis that would -- that you
characterized.

Q.   And directionally, how do those
two compare?

A.   The Amazon relationship, or the
economic structuring of the Amazon
relationship has been set up such that
we should really be indifferent whether
a product, a Kenmore product sells
through Amazon or sells through Sears
directly.

Q.   Meaning that Sears will realize
the same margin regardless of the
channel it's sold in?

A.   There is some differential; it's
not material.  But what Amazon provides
in addition to simply providing largely
the same margin, is the largest

Page 164

KAMLANI (HIGHLY CONFIDENTIAL)

distribution channel in the United
States that Sears can tap into without
having to build like another 5,000
stores.

Q.   Let's go to exhibit 7, the
liquidity analysis.  And in particular
in exhibit 7, look at the second row
labeled Kenmore third party.

A.   Sorry, what page are you on?

Q.   Page 2.  You see the second row,
Kenmore third party?

A.   Yes.

Q.   The second bullet within that row
it reads assumes one additional third
party account coming online in 2020 with
expected sales of 500 million and a
billion in 2020 and 2021 respectively.

And my question to you, sir, is
are there any specific third parties
that ESL had in mind in that aspect of
its forecast?

A.   Our view is that one of the
national, large box appliance retailers
would have an interest in distributing

Page 165

KAMLANI (HIGHLY CONFIDENTIAL)

the Kenmore brand, similar to the way
that Lowe's was very, very excited to be
able to distribute the Craftsman brand.

Q.   And to your knowledge, has the
company had any conversations with any
third parties about distributing the
Kenmore brand?

A.   In March of 2016 we, the company,
put out a release that we were running a
public process to externalize the
Kenmore, Craftsman, DieHard brands and
the Sears Home Services business.  We
hired Citigroup to do that.  Ultimately
we sold Craftsman to Stanley,
Black+Decker for $900 million plus
however you valued the royalty stream
back from Stanley, Black+Decker.  Call
it a billion dollars round numbers.

As a part of that process, Citi
would have spoken to all of the logical
experts who would have an interest in
Kenmore and at the time and to today the
company has not been able to execute a
transaction.

JX 095-42

Page 166

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    Q.   And the assumption in the ESL
3    business plan is that post close, Newco
4    will be able to execute on that kind of
5    a transaction?
6    A.   Yeah, I don't see it happening,
7    you know, six months out of the gate.
8    This is a transaction that will take
9    some time but this is ultimately a
10   transaction I believe will get done.
11   Q.   And the forecast, your liquidity
12   forecast assumes comes on line in 2020,
13   correct?
14   A.   It does at a 4 percent royalty
15   rate.  So if I'm wrong, if my $500
16   million, the impact to the 2020 forecast
17   would be $20 million.  And so just for
18   my own context setting -- sorry, it's
19   really hard to read page 7 even though I
20   had a hand in putting it together.
21   It looks like in 2020, can't quite
22   read the number, but the unlevered free
23   cash flow looks like it's $274 million.
24   I don't know if someone can read it
25   better than I can.

Page 167

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    Q.   In 2020?
3    A.   The ending liquidity under the
4    revolver is 311 million, I think.  So if
5    we're wrong, that number is off by $20
6    million.  I just don't want anyone to
7    think if we're wrong the number is off
8    by $500 million.  We're off by $20
9    million.
10   Q.   And is there any backup, other
11   than what's in this deck, to that $500
12   million forecast?
13   A.   The backup is that Sears today
14   along with its, the other distribution
15   channels that Kenmore is sold through, I
16   believe does about $3 billion, two and a
17   half to $3 billion of retail.  Let's
18   assume that that was at 700 stores.  And
19   so if you take the logical suspects who
20   have a footprint that is much more --
21   much larger than a Sears footprint, for
22   someone to come out of the gate doing
23   1/6 of what Sears does today was a
24   conservative estimate.
25   Maybe we shoot for like 4:15, take

Page 168

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    a break?
3    Q.   Sure.  We will take a break
4    whenever you want it.  Let's talk about
5    Innovel.  If you turn back to the
6    business plan and go to page 31.  We
7    talked earlier, there's a reference in
8    how do we get there box to robotics
9    technology, again similar to what we
10   talked about earlier.  Is there any
11   specific capex sums in your forecast
12   around how much is going to need to be
13   spent to acquire that technology?
14   A.   No, and the reason why is that a
15   company had approached us at some point
16   in the last 12 to 18 months about
17   testing their own robotics technology
18   within a handful of our mini
19   distribution facilities or larger
20   distribution facilities that never got
21   any traction.  But that technology is
22   out there and can be structured via a
23   partnership if we so choose.  This is
24   not something that we would go invest
25   Newco dollars in.

Page 169

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    Q.   So the assumption is that Sears
3    will be able to acquire the benefit of
4    that technology essentially without any
5    capex outlay?
6    A.   Yes.
7    Q.   Let's flip to exhibit 7 again,
8    the liquidity analysis.
9    A.   Getting whiplash.
10   Q.   And go to the Innovel row, little
11   more than halfway down the page.
12   A.   Yes.
13   Q.   The assumption set forth here is
14   that Innovel increases third party
15   revenues and grows it to $300 million by
16   2021.  Do you see that?
17   A.   I do.
18   Q.   What's the backup, if you will,
19   or the build that leads to that
20   projection getting included in the ESL
21   plan?
22   A.   So the company has a build to get
23   to $500 million of incremental revenue
24   by 2021.  A significant portion of that
25   $500 million is by target customers.  It

JX 095-43

Page 170

KAMLANI (HIGHLY CONFIDENTIAL)

1
2 felt a little aggressive to me to go in
3 at 500 million.  I cut it back to 300
4 million.
5         This is a one of a kind business.
6 It cannot be replicated overnight.  Home
7 Depot is trying.  It doesn't take
8 capital, it takes time as well as
9 capital.
10        There is absolutely no reason.
11 There are retailers and there are
12 eTailers out there that need to get
13 goods into peoples' homes and there are
14 only a couple of people that can do it
15 and we're one of them.  I've got a lot
16 of confidence this will happen.
17   Q.    And beyond your personal
18 confidence level, is there any other
19 more detailed backup that shows more
20 specifically where those dollars are
21 coming from or when they're going to
22 appear?
23   A.    The company would have, the
24 Innovel business within the company
25 would have that schedule.

Page 171

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   Q.    Let's go within the liquidity
3 forecast page 2, let's look at the row
4 for Sears Auto Center.  It's about two
5 third of the way down the page.  You see
6 that?
7   A.   Yes.
8   Q.    And specifically the assumption
9 around 125 basis points of margin
10 improvement for 2019 and upwards from
11 there.  Can you explain how you arrived
12 at those margin improvement forecasts?
13 Were those new ESL forecasts or was that
14 taken from the company, if you know?
15   A.   I'm not sure if this was taken
16 from the company or if this was ESL.
17 But the Sears Auto Center business has
18 been underperforming for quite some
19 time.  I suspect if you were to
20 quadruple these assumptions it would
21 move the EBITDA number by less than like
22 4 or $5 million.  Within the Sears
23 umbrella this is just not a business
24 that is going to move the needle one way
25 or the other.  So it is probably the

Page 172

KAMLANI (HIGHLY CONFIDENTIAL)

1
2 business that I spent the least amount
3 of time on, with Monarch being the one
4 that I absolutely spent the least amount
5 of time on.
6   Q.    Go back to the business plan if
7 you could, please.  And in particular if
8 you turn to page 45.  And once you're
9 there you'll see a table at the bottom
10 of the page preliminary 2019 forecasted
11 financials.  Are you with me?
12   A.   Yes.
13   Q.    Look at the gross margin row and
14 the margin percentage, I should say.
15        Can you explain, so if you look at
16 the numbers across 2019 you'll see that
17 in August and September of 2019 there's
18 a dip to 26 percent margin and then it
19 ticks back up in October and then
20 ultimately back to 30 percent in
21 December.
22        Why does it go down to 26 in
23 August and September if you know?
24   A.   So Q3 tends to be the worst
25 quarter for Sears and I believe largely

Page 173

KAMLANI (HIGHLY CONFIDENTIAL)

1
2 all retailers.  I don't think it's
3 unique to us.  There's nothing as it
4 relates to major holidays that drive
5 traffic in that quarter and therefore, I
6 think that's why you're seeing the
7 margins dip.
8   Q.    On page 46 there's a description
9 of key initiatives.  Has there been any
10 analysis done or is there any backup
11 with respect to any of these
12 initiatives, how they will impact
13 revenue or how they will impact EBITDA
14 or how they will impact margins?
15   A.   So the first one on SG&A we were
16 well aware of and diligenced when I was
17 in Hoffman and so have been factored
18 into our overall business plan.
19        I don't know a specific
20 attribution analysis on we got this much
21 of SG&A we'll do this, impact the
22 business in that way.
23        But the business plan contemplates
24 this level of SG&A takeout.
25        The gross margin improvements

**JX 095-44**

Page 174

KAMLANI (HIGHLY CONFIDENTIAL)

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  reflect number 2 assortment
3  optimization.  The gross margin
4  improvements reflect assortment
5  optimization.  I make the similar
6  comment for number 3.
7      Q.    And is that analysis that exists
8  anywhere in writing as far as you know?
9  Is there a model that would show us that
10  detail?
11     A.   No.  Well, the company may have
12  one, but ESL does not have a detailed
13  model, for example, on, you know,
14  calibrating SKUs across the company and
15  if you take out these SKUs this happens
16  to gross margin.  We don't have that.
17     Q.   So am I correct you're making an
18  assumption if these changes are made it
19  will be a positive benefit to gross
20  margin, it's just not quantified?
21     A.   My assumption is that the
22  leadership at the company has this
23  correct.
24     Q.   Do you know if the company in its
25  business plan has attempted to quantify

Page 175

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  the benefit that would be achieved from
3  that initiative?
4      A.   I do not.
5      Q.   Or quantify the impact on gross
6  margin from that initiative?
7      A.   I don't have that detail.
8      Q.   I think you testified earlier,
9  but please correct me if I'm wrong, Mr.
10  Kamlani, that ESL in its business plan
11  has essentially adopted the company's
12  forecast for SG&A reduction; is that
13  right?
14     A.   Except for the additions to SG&A
15  that we put on to complement management.
16     Q.   So your understanding is that
17  SG&A -- sorry.
18     Your understanding is that ESL is
19  not forecasting any more aggressive SG&A
20  reductions than is the company; to the
21  contrary, you're assuming some
22  additional SG&A related to new hires?
23     A.   That's accurate.
24     Q.   I'm going to ask you to do a
25  comparison here between two documents.

Page 176

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  So if you can take out the ESL business
3  plan that you have and turn to page 47,
4  and if you can also pull out the
5  December, a company December plan which
6  is exhibit 5.
7      A.   What page in the company plan?
8      Q.   In the company plan?
9          MR. BROMLEY:  Are we done with
10  the liquidity plan for now?
11         MR. QURESHI:  Never.
12         MR. BROMLEY:  For now?
13         MR. QURESHI:  You can put it away
14  for now.
15         THE WITNESS:  It's going to be
16  around for years, I can promise you.
17     Q.   Page 19 of the 2018 business
18  plan.  So if you -- so in the December
19  plan I want you to look at the line item
20  for call centers.  So it's just above
21  the halfway point of the page where you
22  see it says total back office, if you go
23  two rows above that.
24     A.   Yes, I see it.
25     Q.   See call centers, and then if you

Page 177

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  look at fiscal year '19 annual it shows
3  $23 million in SG&A for the call center.
4      A.   Are you referring to the
5  company's business plan?
6      Q.   Yes.
7      A.   Okay.  So I see 7 million in Q4
8  of '18.  I'm making my way left to right
9  across.  I see the 23, yes.  Got it.
10     Q.   If you look at the annual, that's
11  the annual number for fiscal '19,
12  correct?
13     A.   Yes.
14     Q.   Okay.  Now go back to the ESL
15  plan, and in the ESL plan on page 47 I
16  need you to look at footnote 3.  And
17  footnote 3 says that call centers it's
18  not allocated and its primarily composed of
19  21 million on line that goes on from
20  there.  Do you see that?
21     A.   I do.
22     Q.   So my question is in the ESL
23  plan, first of all, does the ESL plan
24  assume the continued existence of call
25  centers?

JX 095-45

Page 178

KAMLANI (HIGHLY CONFIDENTIAL)

A.   It does.

Q.   And then the next question is, if
you can tell me where in the ESL plan
that I'm looking at I can find the
allocation of SG&A relating to the call
centers?

A.   Unless you see it, I can't find
footnote 3 on page 47 of the ESL
document.

Q.   There should be three really
small font footnotes at the bottom of
the page?

A.   But I mean where is the
corresponding reference on the page.
Because the footnote says --

Q.   I see what you're saying.  Well
you're not alone.

A.   Primarily composed of 21 million
of online.

Q.   I'm trying to --

A.   It's in here somewhere.  I know
where you're going.

Q.   That's what I'm trying to figure
out is where to go?

Page 179

KAMLANI (HIGHLY CONFIDENTIAL)

A.   I'm looking for the missing
footnote 3 which you are as well.  So
I'm not sure I can help you on this
point, but there's a missing footnote 3.

I'll let you know what at least
gives me confidence that it's in here.
The full year '19 total home office in
the ESL plan is 506.  In the total full
year '19 in the company plan, home
office is 474.  So that's a difference
of $32 million.  So I've got confidence
that we didn't forget $23 somewhere.
But I acknowledge the point I'm unable
to tell you what number it's in sitting
here at this point in time.

MR. QURESHI:  All right, it's
4:15 which I believe was the
requested time for Mr. Bromley's
break so why don't we do that.

(A recess was had.)

MR. QURESHI:  Let's go back on
the record.

Q.   Mr. Kamlani, I'm going to try to
shortcut this a little bit and see if we

Page 180

KAMLANI (HIGHLY CONFIDENTIAL)

can skip some of the documents.

Do you know in the ESL business
plan how many distribution centers ESL
plans to retain?

A.   There are two sets of
distribution centers.  There are
conveyable distribution centers and then
I guess nonconveyable.

Q.   So of the conveyable varieties?

A.   I know they're reducing the
conveyables.  I don't know the exact
number.

Q.   So let's go quickly if we can to
two documents.  Let's go to the December
2018 business plan which is exhibit 5, I
think.

A.   What page?

Q.   Page 19.  And on page 19, under
total home office, bottom of the page
you see where it says supply chain DC
operations?

A.   Yes.

Q.   If you go across the page to the
annualized number, there's 227 million

Page 181

KAMLANI (HIGHLY CONFIDENTIAL)

for fiscal year 2019.

A.   Correct.

Q.   See that?

A.   I do.

Q.   So that is, and tell me if you
agree, what the company in this plan
forecasts SG&A to be for the supply
chain DC operations for fiscal year
2019, correct?

A.   Yes, that's my understanding.

Q.   So that's 227 million.  Now let's
go to in the same deck back to slide 7.
And in the very bottom row of slide 7,
in the right hand column there's a
second bullet point where the underlined
text is supply chain and logistics.  Do
you see that?

A.   Yes, 9 going to 5.

Q.   That's right.  So can we agree
that in the 9 going to 5 conveyable
distribution centers scenario, the
company's SG&A forecast for fiscal 2019
is 227 million?

A.   Yes, we could.

Page 182

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    Q.    Now let's go back to the ESL
3    business plan.  And in the ESL plan
4    which is exhibit 6, I believe, let's go
5    to slide 47.  I'm sorry, let's go to
6    page 33 first.  On page 33 of the ESL
7    plan, under key figures on this page
8    there's a reference to 11 middle mile
9    distribution centers placed across the
10   country.  Do you see that basis point?
11   A.    I do.
12   Q.    So what I'm trying to understand
13   through comparing these documents is,
14   are you guys going from 11 to 5 of
15   conveyable DCs like the company business
16   plan suggests, or are you staying at 11,
17   or am I looking at two different things
18   here?
19   A.    It's apples and oranges.  Two
20   different things.
21   Q.    Okay.
22   A.    The company assumption of 9 to 5
23   which in part reduces the, was it $127
24   million?
25   Q.    227.

Page 183

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    A.    227 on that previous page?
3    Q.    Yes.
4    A.    Would largely foot on page 47 the
5    ESL plan of 228.  We were off by $1
6    million.  227 versus 228.
7    Page 33 is the Innovel footprint
8    which relies on 11 middle mile
9    distribution centers in 108 I guess what
10   is referred to as final mile cross dot
11   centers.  Those 11 middle mile
12   distribution centers I do not believe
13   are the conveyable distribution centers.
14   Q.    Okay.
15   A.    The conveyable distribution
16   centers is a different animal.  This 11
17   is yet another.  That's the apples, this
18   is the orange.
19   Q.    So where the company is
20   forecasting going from 9 to 5 conveyable
21   distribution centers, that's an
22   assumption that carries through?
23   A.    Absolutely.
24   Q.    In the ESL plan?
25   A.    Correct.

Page 184

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    Q.    Got it.  Thank you.  Sticking
3    with the ESL plan for a minute, let's go
4    to page 49 of that plan, and this is on
5    IT.  And here we see right below the
6    table in the box 30 in investment, tries
7    to achieve a 96 million reduction in
8    annual spend to an annual run rate of
9    $63 million.  Do you see that?
10   A.    I do.
11   Q.    Is that a projection of -- is
12   that a projection that comes from the
13   company or is that an ESL projection?
14   A.    Comes from the company.
15   Q.    And that's something that ESL
16   believes can be achieved in its plan?
17   A.    Correct.
18   Q.    And do you have or have you seen
19   the backup for that assumption, or is
20   there backup for that assumption?
21   A.    There is backup.  We did review
22   it in Hoffman with the CIO.  I do not
23   have it.  But we have reviewed it.
24   Q.    Okay.  Let's put the business
25   plan aside and switch gears and talk

Page 185

KAMLANI (HIGHLY CONFIDENTIAL)

1
2    about some of the provisions of the
3    asset purchase agreement.  First of all,
4    and I think we covered this, but you
5    were the principal negotiator of the APA
6    on ESL's behalf; is that fair?
7    A.    Along with my financial advisors
8    and my lawyers, yes.
9    Q.    And this entity that we talked
10   about earlier called Transform Holdco
11   LLC, that is the buying entity?
12   A.    That is my understanding of that,
13   yes.
14   Q.    And we talked earlier about the
15   equity ownership in Transform Holdco, so
16   I want to come back to that and talk
17   about its capital structure.
18   How post closing do you expect
19   Transform Holdco to be capitalized?
20   A.    Do you mind if I refer to the
21   liquidity analysis?
22   Q.    Not at all.  Look at whatever you
23   need to to help you answer the question.
24   A.    Perfect.  So why don't we look at
25   exhibit 7.

JX 095-47

Page 186

1      KAMLANI (HIGHLY CONFIDENTIAL)
2    Q.   Okay.
3    A.   And let's go to page 7.  Can I
4  underline a couple of numbers while I'm
5  doing this?
6      MR. BROMLEY:  Actually, why don't
7   you just describe it on the record.
8      THE WITNESS:  Okay.
9    A.   So let's start talking about the
10  equity.
11    Q.   Okay.
12    A.   ESL will take, rough numbers,
13  approximately $2 billion of senior debt
14  in the existing capital structure today
15  and subordinate that senior debt and its
16  associated claims to the most junior
17  position in the capital structure of
18  Newco in the form of equity.  That is by
19  and large the majority of the equity
20  contribution which is the conversion of
21  that senior debt to equity plus cash
22  required to purchase out other senior
23  debtholders who would prefer not to do
24  what ESL is doing which is to convert to
25  equity, they want to be cashed out as we

Page 187

1      KAMLANI (HIGHLY CONFIDENTIAL)
2  discussed earlier.  So that's the equity
3  piece.
4      The debt part of the capital
5  structure, and let's for this
6  conversation if it's okay assume closing
7  day one what the cap balance sheet
8  should look like.
9    Q.   Okay.
10    A.   There will be outstanding LCs of
11  $118 million within the revolving credit
12  facility.  I'm looking at the top left
13  at page 7.
14    Q.   Mm-hmm.
15    A.   There will be a $271 million
16  facility where Citi is the issuing bank
17  on the balance sheet.  We will have real
18  estate debt of $175 million on the
19  balance sheet, long-term debt it will
20  have a three-year maturity.
21      There will be a FILO term loan of
22  at least $250 million.  The $1.3 billion
23  ABL facility, as of today, $750 million
24  is committed of the revolver of that
25  $1.3.  $250 million will definitely come

Page 188

1      KAMLANI (HIGHLY CONFIDENTIAL)
2  in the form of a FILO term loan.  So
3  that's a billion.
4      What we don't know, that we will
5  know, is that last 300 million, will it
6  come in the form of a revolving dollars
7  by other banks, or will it come in the
8  form of a FILO term loan from other
9  institutional holders?
10      Either way, at the closing table,
11  the three joint lead underwriters will
12  fund the billion-three.  The syndication
13  process ultimately will provide for the
14  mix of a billion-three not to be less
15  than $750 million of revolving dollars.
16      No one should confuse that with
17  that there's going to be $1.3 billion of
18  ABL outstanding at close.
19      The model contemplates that $250
20  million of FILO term loan will be
21  outstanding at close, and the revolver
22  draw at close will be, it's hard to read
23  but I think it says 478.  And you'll see
24  underneath the 478, two or three lines
25  down, it says ending ABL availability of

Page 189

1      KAMLANI (HIGHLY CONFIDENTIAL)
2  402.  We have a condition in our ABL
3  agreement that on the day of close we
4  must have at least $400 million of
5  availability under the revolver.  That's
6  why that number is just above $400
7  million.
8      The last part of the debt stack is
9  the junior debt that's rolling over into
10  Newco's balance sheet.
11      Back at the top left quadrant,
12  last line, there's a label there called
13  exit financing, $350 million.  That is
14  the junior DIP that's rolling over.
15      So if you add up starting with the
16  exit financing, working my way up, 350,
17  the 250, the 175, plus the amount of
18  draw on the revolver on day 1, that's
19  the total amount of debt.  Depending on
20  who you talk to, the Citi LC facility of
21  271 million, some financial executives
22  consider that debt, some do not.  The
23  ABL lenders as an example do not
24  consider that debt.  I'll let you decide
25  where you want to place that.

Page 190

KAMLANI (HIGHLY CONFIDENTIAL)

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  So that's the debt and the equity
3  of the balance sheet. I can try and
4  spend some time on the liabilities and
5  the assets if you like.
6  Let me stop there.
7  Q.  Let's do that. What is your
8  understanding of the liabilities and the
9  assets?
10  A.  So as we've discussed through the
11  course of the day, this is an asset-rich
12  business by virtue of the real estate
13  which today is largely encumbered, but
14  as a result of ESL subordinating its
15  positions, it becomes unencumbered
16  except for the 175 million that we will
17  put on it for the purposes of close. So
18  that's a significant asset.
19  All of the IP will continue to be
20  an asset of the business. The
21  liabilities that we are assuming between
22  the protection agreement liability which
23  is I think just a bit over a billion
24  dollars, that's protection agreement
25  liability. The 2008 vintage of gift

Page 191

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  cards that were issued plus Shop Your
3  Way points, that's in the 75 to $80
4  million range.
5  And then through the process of
6  negotiations with the company, we have
7  assumed 503(b)(9) claims, accounts
8  payable that the company has run up
9  through the postpetition period,
10  employee severance. I believe that
11  makes up the majority of it.
12  There's a schedule I'm sure that's
13  available and is probably available in
14  this room on exactly what those numbers
15  are, so I don't want to speculate or
16  guess. But those numbers are all in the
17  asset purchase agreement.
18  Q.  Sure. How much cash, if any, is
19  ESL putting into this bid, of its own
20  cash?
21  A.  Hundreds of millions of dollars.
22  Less than a billion. In the hundreds.
23  Q.  And by cash, I mean not coming
24  from third party financing sources?
25  A.  Yes, cash.

Page 192

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  Q.  What do you believe the total to
3  be?
4  A.  Well, there's pro forma for the
5  U-Haul transaction. Cascade needs to be
6  bought out to the tune of let's say $75
7  million. One way or another, Great
8  American will get cash of $30 million.
9  So help me keep track as we're going
10  along here. That's $105 million.
11  The IP ground lease facility needs
12  to be bought out by Ochs-Ziff, let's
13  just call that $40 million. My number
14  is off there, but round numbers.
15  Within the last couple of weeks
16  knowing that we were heading in this
17  direction there was another holder in
18  the intellectual property ground lease
19  facility. We wanted to make sure there
20  wasn't any issue there so we bought them
21  out. That was roughly $35 million.
22  Q.  Who was that?
23  A.  Kawa, K-A-W-A.
24  Q.  Okay.
25  A.  A few weeks before that, having a

Page 193

1  KAMLANI (HIGHLY CONFIDENTIAL)
2  vantage point on where we were heading,
3  we funded roughly $102 million to buy
4  UBS out of the Sparrow facility in order
5  to credit bid that facility.
6  We agreed to $19 million in
7  transfer taxes.
8  We agreed to a $35 million payment
9  as a part of the settlement in order to
10  credit bid our debt.
11  While I'm continuing to think, can
12  you give me a sum total of what you have
13  there so far?
14  Q.  Roughly 325.
15  A.  North of $300 million sounds
16  about right. I don't think I'm missing
17  a number that would take us over 4. But
18  there are significant deal expenses that
19  only get triggered if a transaction gets
20  completed that would add to that.
21  Q.  Now you mentioned a condition in
22  your ABL that at closing there would be
23  at least $400 million in availability
24  under the revolver; do you recall that?
25  A.  I do but I just want to go back

JX 095-49

KAMLANI (HIGHLY CONFIDENTIAL)
1
2   to the last question for a moment.
3     Q.   Sure.
4     A.   We will fund 87 and a half
5   million dollars with respect to the real
6   estate loan at the closing table.  The
7   other 87 and a half million dollars will
8   be funded by Cyrus.  That was a major
9   number that I forgot as we were going
10  through these numbers.
11    Q.   Thank you.  So just to restate
12  the revolver question, you testified
13  earlier that it is a condition with your
14  ABL lenders that at closing there be at
15  least $400 million of availability under
16  the revolver; is that correct?
17    A.   Correct.
18    Q.   As you sit here today do you have
19  an understanding of what the company
20  forecasts availability to be on that
21  date?
22    A.   I want to ask you to clarify the
23  question.
24    Q.   Sure.
25    A.   The availability under their

KAMLANI (HIGHLY CONFIDENTIAL)
1
2   revolver?
3     Q.   Well --
4     A.   Because I -- the availability
5   under their revolver is irrelevant to
6   me.
7     Q.   Fair point.  Is it ESL's
8   anticipation that there will be 400
9   million in availability at the closing
10  date?
11    A.   Yes.  We have $120 million
12  deposit up that says there will be $400
13  million in availability at the closing
14  date.
15    Q.   And ESL's assumption of
16  availability under the revolver, that
17  assumes what total size of revolving
18  facility?
19    A.   1.3 billion.
20    Q.   So I'm happy to put a copy of the
21  asset purchase agreement in front of you
22  if it's helpful, or why don't we go back
23  to, we've used that at the outset, that
24  summary of material terms of the
25  transaction.

KAMLANI (HIGHLY CONFIDENTIAL)
1
2     A.   Yep, I got it.
3          MR. KANE:  Exhibit 3.
4     Q.   And I want to direct you in this
5   form to page 5.  I think it's page 5.
6   Yes.  So the assumption of liabilities
7   section, the summary of those provisions
8   starts on page 4 and it carries over
9   from there.  And in particular I want to
10  focus for a minute on assumed 503(b)(9)
11  liabilities which are set forth in the
12  top box on page 5.
13    A.   I see it.
14    Q.   See it?
15    A.   Yep.
16    Q.   And in particular you'll see the
17  description of assumed liabilities
18  includes $13 million for 503(b)(9)
19  claims.  And my question for you is, do
20  you have an understanding of how that
21  $139 million number that is in the APA
22  was arrived at?
23    A.   I do.  I do.
24    Q.   How?
25    A.   A week prior to that it was a

KAMLANI (HIGHLY CONFIDENTIAL)
1
2   lesser number.
3     Q.   When you say it was a lesser
4   number, the company told you --
5     A.   It was less than $13 million.
6     Q.   According to the company?
7     A.   That we were asked to assume.
8     Q.   I see, okay.
9     A.   On this date I couldn't tell you
10  exactly what the company's number is.
11  I'm not privy to that, but what we were
12  asked to assume.
13       Over the course of that next call
14  it three to seven days, it was conveyed
15  to us that if we wanted to get a
16  transaction done we would need to
17  consider assuming more 503(b)(9) claims
18  than we had originally assumed.
19       Ultimately we agreed to assume
20  $139 million not to be exceeded.
21    Q.   And do you know the total quantum
22  of 503(b)(9) claims that have been
23  asserted against the company?
24    A.   I do not.
25    Q.   You said at one point in time the

Page 198

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  debtor asked you to assume a lower
3  amount of 503(b)(9) claims.  Do you know
4  what that lower amount was, do you
5  recall?
6     A.   I don't.
7     Q.   Did you receive, as far as you
8  can recall, any explanation as to why
9  that number increased from whatever it
10  was to the 139 million?
11    A.   I may be confusing two issues.
12  But one of the liabilities we were asked
13  to assume, which could have been the
14  503(b)(9) claims, we were told the
15  company initially had applied a credit
16  against 503(b)(9) claims which was
17  erroneous on a report that they had
18  generated when we'd had the initial
19  negotiation, and that when that report
20  was corrected the number ended up being
21  larger.
22       That was not all of the variance.
23  That was a part of the variance.
24    Q.   Is it your understanding that the
25  company's intention in seeking 139 in

Page 199

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  assumed 503(b)(9) liabilities, that that
3  amount will be sufficient to satisfy all
4  such liabilities of the estate?
5       MR. BROMLEY:  If you know.
6     Q.   If you know.
7     A.   I don't know.
8     Q.   Has ESL undertaken any analysis
9  independent of the company of 503(b)(9)
10  liabilities of the estate?
11    A.   Not to my knowledge.
12    Q.   What happens to 503(b)(9)
13  claimants if total 503(b)(9) liabilities
14  exceed $139 million?
15       MR. BROMLEY:  Objection, that
16  asks for a legal conclusion.
17    Q.   If you know.
18    A.   I don't.
19    Q.   But your understanding is that
20  ESL's obligation to satisfy those
21  amounts is capped at 139?
22    A.   Yes.
23    Q.   And is it your understanding that
24  ESL is actually assuming those
25  obligations, such that a 503(b)(9)

Page 200

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  claimant can look to ESL to satisfy that
3  obligation, or is it an obligation to
4  reimburse the estate, if you know?
5       MR. BROMLEY:  Objection, the
6  agreement speaks for itself.
7     A.   So I agree we should look at the
8  agreement.  But one clarification.  It
9  would be Transformco, not ESL.
10    Q.   Fair enough.  Well was it a point
11  of negotiation as far as you are aware
12  whether 503(b)(9) liabilities would
13  actually be assumed by ESL as opposed to
14  triggering a reimbursement obligation?
15    A.   I don't recall that being a point
16  of contention.
17    Q.   If you look at that same
18  provision in the exhibit, that same
19  paragraph that describes 503(b)(9), in
20  item C it refers to other payables that
21  shall not exceed 166 million in the
22  aggregate.  Do you see that?
23    A.   I do.
24    Q.   Do you have an understanding of
25  what's encompassed in that other

Page 201

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  payables bucket?
3     A.   I do.
4     Q.   Can you please describe that?
5     A.   These other payables are accounts
6  payables to vendors associated with
7  inventory that the company is expected
8  to put in purchase orders for, but shall
9  not have received as of the closing
10  date.  We agreed to take payables not to
11  exceed $166 million.
12    Q.   And can you tell me how in the
13  course of negotiations the 166 was
14  arrived at?
15    A.   It started as a lower number and
16  it grew over time.
17    Q.   Were you provided in the course
18  of the discussions with the debtor any
19  estimate of the debtor's of what they
20  expected those other payables to be at
21  the closing date?
22    A.   My understanding is that as they
23  continued to refine their numbers, the
24  numbers they were providing us with was
25  their estimation of what the obligation

JX 095-51

Page 202

1      KAMLANI (HIGHLY CONFIDENTIAL)
2    of the estate would be to vendors as of
3    the closing date that they were asking
4    Newco to pick up so that the liability
5    would not be left with the estate.
6      Q.   Again in that same paragraph in
7    the exhibit there's a reference to
8    severance reimbursement obligations not
9    exceeding $43 million.  Do you see that?
10     A.   I do.
11     Q.   Please provide for me your
12   understanding of the severance
13   obligations that the company is assuming
14   -- sorry, that the ESL or Newco is
15   undertaking?
16     A.   There was a point in the
17   negotiation where they represented to us
18   that they would have $43 million of
19   severance obligations and that in order
20   to get a transaction done, we should
21   strongly consider assuming
22   responsibility for those severance
23   obligations.  We ultimately agreed to do
24   so.  But again, not to exceed $43
25   million.

Page 203

1      KAMLANI (HIGHLY CONFIDENTIAL)
2      Q.   So it's your understanding the 43
3    million represents the company's
4    estimate of what actual severance
5    obligations would be at closing?
6      A.   That is my understanding.
7      Q.   And again, do you recall it being
8    a point in the negotiations with the
9    debtors as to whether ESL or Newco would
10   actually assume the severance
11   obligation, such that an employee owed
12   obligations would look to Newco or
13   whether it would be a reimbursement
14   obligation?
15       MR. BROMLEY:  Objection, the
16     document says reimbursement
17     obligation.
18       MR. QURESHI:  I understand what
19     the documents say.
20     Q.   My question is whether it was a
21   point of negotiation?
22     A.   There was a discussion regarding
23   the timing of which Newco would make
24   these payments.  Newco -- ESL on behalf
25   of Newco would have preferred to make

Page 204

1      KAMLANI (HIGHLY CONFIDENTIAL)
2    them later.  The estate would have
3    preferred to have them earlier, and
4    ultimately the document, the APA
5    reflects where we end.
6      Q.   And do you recall or can you give
7    me your understanding of when Newco's
8    obligated to make those payments?
9      A.   The overriding theme is that we
10   agreed to step into the shoes, if you
11   will, of the estate and make them in the
12   same time frame that the estate would
13   have had to make them.  That was the
14   spirit of the architecture of the final
15   deal.
16     Q.   Do you know whether it is
17   structured in such a way that the estate
18   will receive from Newco the cash to make
19   the severance payment in advance of
20   Newco's obligation to make those
21   payments?
22       MR. BROMLEY:  Objection.  I mean
23     the document speaks for itself.  So
24     we have a lot to do here.  Why are we
25     asking him what the document says?

Page 205

1      KAMLANI (HIGHLY CONFIDENTIAL)
2      A.   I don't know how the lawyers
3    ultimately structured the mechanics.
4        MR. QURESHI:  Let's mark the APA,
5      please.
6        (Exhibit 10, Asset Purchase
7      Agreement was marked for
8      identification.)
9      Q.   Mr. Kamlani, let's turn to --
10   let's see if I can find the section.  If
11   you can turn to page 42 please of the
12   APA.  Actually go back to page 40 first
13   so I can just orient you.  Actually page
14   39, section 2.3 begins on page 39, and
15   that is the assumption of liabilities
16   section.
17     A.   Yes.
18     Q.   So if we can go over to
19   subsection K which starts on page 40,
20   and then romanette vi which is over on
21   page 41.  We talked actually at the
22   outset of today about the DIP shortfall
23   amount so I'll skip over that.  But if
24   you go to romanette vii, that addresses
25   the specified receivables shortfall

JX 095-52

Page 206

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    amount.
3    A.   Yes.
4    Q.   Do you see that?
5    A.   Yes.
6    Q.   And so as I understand it, and
7    I'm not looking for your interpretation
8    of the document, I'm after what happened
9    in negotiations.
10   A.   Sure.
11   Q.   But as I understand it just to
12   level set how the APA is intended to
13   function, if specified receivables are
14   less than the specified amount which if
15   we go back to the definitions, I believe
16   it's $255.2 million.  Let me just
17   double-check to make sure I've got that
18   right.
19      MR. BROMLEY:  Why don't you turn
20      to page 31.
21   A.   Do you guys know where schedule
22   1.1 K is?
23   Q.   I don't.  It's not attached here.
24   But I'm referring to the specified
25   receivable shortfall amount which if you

Page 207

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    look on that page is $255 million.
3    A.   Yes, I see it.
4    Q.   So if specified receivable
5    shortfall amount is less than that, then
6    ESL's or the buyer's obligation to
7    assume the severance reimbursement
8    obligations and the 503(b)(9) claims is
9    reduced dollar for dollar; is that
10   consistent with your business
11   understanding of --
12   A.   This is romanette vii, right?
13   Q.   Yes.
14      MR. BROMLEY:  If I can just make
15   an objection here.  You said that the
16   specified receivable shortfall amount
17   is $255 million.  It's actually $255
18   million less the amount of the
19   specified receivables.
20      MR. QURESHI:  Correct, you're
21   right.
22      MR. BROMLEY:  Okay.
23   Q.   So is it your understanding, Mr.
24   Kamlani, that the way this is set up is
25   if that specified receivables shortfall

Page 208

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    amount, that if that ends up being
3    different than what is contemplated,
4    there is a dollar for dollar reduction
5    in the --
6    A.   Let me read romanette vii.
7    Q.   Sure.
8    A.   That is my understanding of how
9    it works.
10   Q.   So describe for me if you could
11   the back and forth with the company with
12   respect to this provision, to the extent
13   there was specific negotiation on this
14   item?
15   A.   The negotiation took place around
16   a series of items of which this was part
17   of it.
18      The company signed up to deliver
19   an inventory number and eligible
20   receivables under the ABL, which are
21   different receivables than these
22   receivables.
23      So eligible receivables under the
24   ABL are credit card receivables and
25   pharmacy receivables.  Those are

Page 209

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    primarily the two.
3    At the same time, they signed up
4    to deliver the $250 million-odd of
5    account receivables that we just
6    discussed.
7    They did that, I believe, so that
8    we would assume the hundreds of millions
9    of dollars of liabilities that we just
10   walked through.
11   And so the discussion was making
12   sure that there was a fair and equitable
13   mechanic in place that if we're going to
14   assume all of these liabilities, in
15   exchange for a set of assets, that to
16   the extent that the assets came in short
17   of what we had bargained for, then the
18   liabilities should be reduced in a
19   corresponding manner.  That's the
20   symmetry.
21   Q.   So if you look at romanette vi,
22   xii, viii, ix, right, you'll see that
23   all four of these romanettes operate in
24   the same way in that they all have the
25   possibility of there being a dollar for

Page 210

KAMLANI (HIGHLY CONFIDENTIAL)

1  dollar reduction in the liabilities that
2  Newco will assume, you agree with me?
3     A.   I'll take your word for it in the
4  interests of time.
5     Q.   In the course of negotiations,
6  did the company at any point take a
7  position that Newco needs to assume all
8  of the liabilities, period, full stop,
9  without any mechanism in place for the
10  potential reduction of those assumed
11  liabilities on account of any of the
12  items set forth in romanettes vi through
13  ix in this provision of the APA?
14     A.   They did.
15     Q.   Describe for me how that
16  negotiation played out?
17     A.   We rejected that proposal.
18     Q.   And is what Newco countered with
19  what's set forth in the APA?
20     A.   There was lot of back and forth
21  over a five to seven day time period
22  that all felt like one really long day,
23  so I can't tell you what countered on
24  what hour of what day, but this is where

Page 211

KAMLANI (HIGHLY CONFIDENTIAL)

1  we landed.
2     This was a very challenging, long
3  negotiation.
4     Q.   Let's to make this a little
5  easier go back to exhibit 3 which is the
6  summary of the material terms.  And
7  let's look at the closing conditions
8  that are summarized on page 6.  Let's
9  deal first with the KCD IP.
10     A.   Yep.
11     Q.   So summarized on this page are
12  various arrangements that the sellers
13  shall have with respect to the KCD IP.
14  Can you if you are able to give me your
15  business understanding of what it is
16  Newco is looking to have by way of
17  rights to the intellectual property in
18  KCD in order to have the obligation to
19  close?
20     A.   The business understanding is
21  that Newco should have the same exact
22  rights that Sears had to that IP on a
23  prepetition basis.  That's it.
24     Q.   And you understand that KCD is a

Page 212

KAMLANI (HIGHLY CONFIDENTIAL)

1  nondebtor?
2     A.   I'm aware of that.
3     Q.   And was there a discussion in the
4  course of negotiations between ESL and
5  the company as to how the company
6  intended to deliver the necessary
7  consent from KCD in order to transfer
8  those rights to Newco?
9     A.   This is a really, really
10  technical area and those conversations
11  were largely between the lawyers.
12     Q.   Well, do you know whether the
13  consent of the PBGC is required in order
14  for KCD to consent to giving Newco the
15  rights that are summarized on this page?
16     A.   I do not.
17     MR. BROMLEY:  Objection, asks for
18  a legal conclusion.
19     A.   I don't know.
20     Q.   And again, I don't intend to ask
21  you for your legal conclusion.  What I
22  do --
23     A.   I don't have one.
24     Q.   I didn't think so.

Page 213

KAMLANI (HIGHLY CONFIDENTIAL)

1     A.   I drove by a law school once.
2     Q.   What I do want to know is what
3  happened in negotiations.  So in
4  negotiations did the company ever say we
5  can't promise a delivery of these rights
6  from KCD because consent of PBGC is
7  required and we don't know if they're
8  going to get it?
9     A.   So again, this is a very
10  technical area.  On behalf of ESL, Eddie
11  made it very clear what he was looking
12  for from a business point of view.  I
13  echoed his remarks when the topic came
14  up and he may not have been there.  How
15  ultimately this got documented between
16  lawyers, I can't really shed any
17  additional light on that.
18     Q.   So from a business perspective,
19  what comfort, if any, did you get that
20  these rights that KCD has in the IP will
21  be able to be conveyed to Newco?
22     MR. BROMLEY:  I caution the
23  witness not to -- if it touches on
24  legal advice, let me know.

JX 095-54

Page 214

KAMLANI (HIGHLY CONFIDENTIAL)

1   A.   This is entire legal advice
2   conversation.
3   Q.   So separate and apart from
4   discussions you may have had with your
5   counsel, and I am not interested in
6   that, you're not able to tell me how,
7   from a business perspective, or whether
8   from a business perspective you got
9   comfortable in the course of
10  negotiations that KCD would be able to
11  convey to Newco the rights to use the IP
12  that are summarized in this exhibit?
13  A.   I can't answer the question
14  without sharing with you the
15  conversation I had with my lawyers.
16  Q.   Fair enough.  Then we will move
17  on.  Let's go back to the asset purchase
18  agreement, just because the provision I
19  want to take you to is not summarized,
20  to page 100, which should be part 10
21  which is labeled conditions precedent to
22  the obligation of buyer to close.
23  A.   Yes.
24  Q.   And the lead in there it says

Page 215

KAMLANI (HIGHLY CONFIDENTIAL)

1   buyer's obligation to consummate the
2   transaction is subject to the
3   satisfaction or waiver as of closing of
4   each of the following conditions, and
5   then it goes on from there to list a
6   whole lot of conditions.  And my lead-in
7   question is simply as you sit here
8   today, has the buyer agreed to waive any
9   of the conditions to closing?
10  A.   I'm assuming the conditions
11  you're referring to stop at section
12  10.10.
13  Q.   Yes.
14  A.   To my knowledge, we've not waived
15  any conditions.
16  Q.   To your knowledge, has the buyer
17  been asked by the debtors to waive any
18  of the conditions to closing?
19  A.   Not to my knowledge.
20  Q.   To your knowledge, has the buyer
21  been told by the debtors that the
22  debtors may in the future ask the buyer
23  to waive any of the conditions of
24  closing?

Page 216

KAMLANI (HIGHLY CONFIDENTIAL)

1   A.   Not to my knowledge.
2   Q.   Let's look at section 10.6 in
3   particular, and you'll see section 10.6
4   is called sellers' deliveries and it
5   references back to --
6   A.   Can you give me a page number?
7   Q.   I'm sorry, 101.
8   A.   Lawyers never like to give page
9   numbers.
10  Q.   101.
11  A.   Thank you.
12  Q.   It's in the same article that we
13  were looking at.
14  A.   All right, fair enough.
15  Q.   Conditions precedent to the
16  obligation of buyer to close.  And 10.6
17  called seller's deliveries, you'll see
18  it refers back to section 4.3, and
19  section 4.3 is way back on page 54.  And
20  there is a whole --
21  A.   You said page 64?
22  Q.   54?
23  A.   54, sorry.
24  Q.   Starts on 54 in the middle, see

Page 217

KAMLANI (HIGHLY CONFIDENTIAL)

1   there it's called sellers' deliveries
2   and it goes over to 55 and there are
3   items A through P.
4   A.   Let me catch up with you.  I can
5   see you've kept the Mensa puzzle until
6   the end so let me follow this.  Okay,
7   I'm with you on page 54.
8   Q.   So my question is simply, and you
9   can take a look at the various sellers'
10  deliveries, there are subsections A
11  through P under 4.3, my question is
12  simply the extent to which, if at all,
13  these items were the subject of
14  negotiations that you were involved with
15  between the buyer and the seller?
16  A.   The only item on page 55 would be
17  N as in Nancy, the PA liability services
18  agreement.  For a period of time ESL on
19  behalf of Newco wanted to assume the PA
20  liabilities with a condition that the
21  holders of those liabilities have an
22  affirmation period so that over some
23  period of time they would be -- they
24  would get a letter of some sort.  They

**JX 095-55**

Page 218

KAMLANI (HIGHLY CONFIDENTIAL)

1 would have to call the company and say,
2 yes, we hold a PA liability.  My name is
3 John Doe, here's my phone number.  And
4 that PA liability is affirmed and we
5 would service it.
6    So the extent that the affirmation
7 period expired and certain PA holders
8 didn't call in, we would not have had a
9 legal responsibility to fulfill the
10 obligations under the protection
11 agreement.  The company was adamant that
12 we not have any sort of affirmation
13 provision.
14    We accepted PA liabilities in
15 their totality.  Ultimately we agreed.
16  Q.   Turn if you could to page 102.
17 So we're back again within Article 10 to
18 the conditions precedent to buyer to
19 close.  This time I'd like to direct you
20 to 10.9 which is on page 102 and it's
21 titled inventory and receivables.  See
22 that?
23  A.   Yes.
24  Q.   And this provision details

Page 219

KAMLANI (HIGHLY CONFIDENTIAL)

1 amounts of credit card receivables and
2 pharmacy receivables.  You see that?
3  A.   I do.
4  Q.   So can you describe for me in the
5 course of negotiations how the parties
6 arrived at the minimum amount for the
7 inventory and receivables referred to
8 here?
9  A.   Yes.  It was a series of
10 forecasts that the company provided.  We
11 took those forecasts for face value.
12 And we needed to be certain that the
13 inventory we were signing up to buy was
14 going to be there on the closing date.
15    The reason that was critically
16 important is that the ABL facility that
17 we had structured with the three joint
18 lead arrangers, like any ABL facility is
19 based on inventory.  From the inventory
20 you derive a borrowing base.  And we
21 need that borrowing base to draw down on
22 the revolver in order to fund the
23 purchase of the acquisition, in this
24 case inventory and receivables.

Page 220

KAMLANI (HIGHLY CONFIDENTIAL)

1    So if we signed up a deal and the
2 company comes in short and we don't have
3 the borrowing base, then we're stuck
4 because we wouldn't have the
5 availability under the revolver to fund
6 the acquisition.
7    So this was as much for the
8 company's benefit as it was for -- the
9 seller's benefit as it was for the
10 buyer.
11    To the extent that the company
12 delivers more than a billion-657, we
13 took the position that this is
14 symmetrical.  We're not paying for more
15 than a billion-657, so the estate can
16 keep anything over a billion-657.
17    The company conveyed through its
18 advisors a level of concern regarding
19 having to hit a very specific inventory
20 number and having to hit a very specific
21 receivable number.  It has never been
22 ESL's intent to try and trip up the
23 seller into not being able to deliver.
24 And so we agreed to allow them to net

Page 221

KAMLANI (HIGHLY CONFIDENTIAL)

1 those two numbers such that if the
2 receivables were short but the inventory
3 was over, it was okay because our
4 objective was to be able to get to a
5 place where we could fund based on the
6 borrowing base, which is ultimately why
7 this provision is here.
8  Q.   Let's turn to 10.10 which is the
9 next section in the APA on the same page
10 102, and that one is entitled
11 outstanding DIP indebtedness.  Do you
12 see that?
13  A.   Yes.
14  Q.   And this provision says that the
15 aggregate amount required to be paid to
16 fully satisfy the existing indebtedness
17 of sellers under the DIP credit
18 agreement shall be no greater than $850
19 million.
20    What is the most recent forecast,
21 if any, you have seen as to outstanding
22 amount on the DIP as of the anticipated
23 closing date?
24  A.   The latest company forecast only

Page 222

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  goes through February 1st, and as of
3  last night if you do the math on that
4  forecast, it's about $800 million.
5    Q.   And how was that 850 number
6  arrived at?
7    A.   Again, going back a few weeks ago
8  to the negotiation, the company asked us
9  to assume a certain amount of
10  liabilities.  They told us that the DIP
11  forecast produced by MIII, which is
12  different from the forecast that comes
13  from the company ever day, assumed that
14  the $350 million junior DIP revolver
15  would be fully drawn, which it is today,
16  and that ultimately $850 million of
17  first lien debt would be outstanding.
18    This goes back to the billion-2
19  conversation that we had earlier.
20    Q.   Yep.
21    A.   So we took the position that it
22  wasn't an unreasonable ask for us to
23  assume the liabilities we were being
24  asked to assume, if in fact the first
25  lien debt plus the junior DIP was going

Page 223

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  to be 1.2 billion.
3    However, to the extent it was
4  going to be something less, that means
5  the estate would have had the capacity
6  to deal with liabilities that we were
7  otherwise being asked to assume.  So
8  that's how we got to these numbers.
9    Q.   Let's switch gears again and talk
10  about credit bidding and releases.
11    A.   Sure.
12    Q.   Was there a point in the course
13  of negotiations between ESL and the
14  company that ESL sought --
15    MR. BROMLEY:  Before we -- I'm
16  assuming this is like the last
17  section?
18    MR. QURESHI:  Close.
19    MR. BROMLEY:  We might want to
20  take a break and then power through
21  the end.
22    MR. QURESHI:  Okay.  If you guys
23  want to take a break now we can do
24  that.
25    MR. BROMLEY:  We'll be quick.

Page 224

1    KAMLANI (HIGHLY CONFIDENTIAL)
2    (A recess was had.)
3    MR. QURESHI:  Let's go back on
4  the record.
5    Q.   Let's go to exhibit 7 which is
6  your liquidity analysis which I think is
7  --
8    A.   I'll find it.
9    Q.   I think that might be it.  And
10  once you have that document out, if you
11  could turn to page 8 which is the
12  monthly working capital budget.
13    A.   Yep.
14    Q.   Sorry, go to page 7 first, and
15  this is hard to see.  But if you look
16  sort of toward the middle of the page
17  under the breakdown of consolidated
18  EBITDA, there's a line item that says
19  change in AP and for February of 2019
20  it's $275 million.  Do you see that?
21    A.   I do.
22    Q.   My understanding of that and tell
23  me if you agree is that what that is
24  supposed to represent is change in
25  payables from the closing date to the

Page 225

1    KAMLANI (HIGHLY CONFIDENTIAL)
2  end of the month?
3    A.   Bear with me for a moment.
4    Q.   Sure.
5    A.   So the largest part of that is
6  the $166 million that we described in
7  exhibit, talked about in exhibit 3.
8    Q.   Yep.
9    A.   Of AP.
10    Q.   Yep.
11    A.   The remainder, call it 109, some
12  of that will be terms that we expect to
13  just get back.
14    Q.   Right.
15    A.   The model assumes 10 day terms.
16    Q.   So my question is this.  If you
17  look on page 8 of the liquidity
18  forecast.
19    A.   Yes.
20    Q.   And you look at accounts payable,
21  at closing the forecast is $166 million?
22    A.   Right.
23    Q.   And at end of month, February,
24  the forecast is $274 million, you see
25  that?

JX 095-57

Page 226

KAMLANI (HIGHLY CONFIDENTIAL)

1   KAMLANI (HIGHLY CONFIDENTIAL)
2   A.   I do.
3   Q.   And so what I'm trying to
4   understand going back to page 7 where we
5   have that line item that I took you to,
6   the change in AP, why is it 275 as
7   opposed to the difference between the
8   274 forecast for month end February and
9   the 166 million which is the forecast at
10  closing?
11  A.   So the AP in February is 275 on
12  page 7.
13  Q.   Yes.
14  A.   There's no change in AP on the
15  closing day itself, right?  So I think
16  the way to reconcile those two pages is
17  not to take the change from the 166 to
18  the 274 on page 8.  Because on the
19  previous page there is no real closing
20  day AP balance.
21  So that 166 on the closing day on
22  page 8 is part and parcel of the 275
23  that you see on page 7.  That is built
24  into that 275.  Because right now we
25  have assumed that the closing date is on

Page 227

1   KAMLANI (HIGHLY CONFIDENTIAL)
2   February 8th.  And we're looking at a
3   February month end statement.
4   And so we have not modeled out
5   what happens day by day from February
6   8th to February 28th.
7   Q.   So on page 8 where accounts
8   payable at closing is listed at 166
9   million, is that a good estimate as far
10  as you're aware?
11  A.   It's definitely a good estimate
12  because contractually we're picking up
13  that 166 million.  So that's a
14  certainty.
15  Q.   Okay.  Staying with page 8 and
16  just switching issues, if you look at
17  accounts payable days and you head out
18  to July, accounts payable days get
19  extended all the way up to 32 days, see
20  in February it starts at ten and goes up
21  from there and by July you hit 32, do
22  you see that?
23  A.   Yes, I do.
24  Q.   If you then go to page 3.  This
25  is the key assumptions page.  For

Page 228

1   KAMLANI (HIGHLY CONFIDENTIAL)
2   accounts payable days it says
3   prepetition DPO was 22 days.  So what
4   I'm trying to understand is the basis
5   for the assumption that postclosing
6   accounts payable days gets extended to
7   32?
8   A.   On a prepetition basis, from the
9   day I joined the board, got more into
10  the details once I was with ESL, the
11  vendor relationships had been strained.
12  And as the company became more levered
13  and there was not the type of marked
14  improvement in operating performance
15  that we had expected, days payable
16  continued to contract over time.
17  So coming out with a balance sheet
18  that is circa $4 billion less in debt
19  and no pension obligations and a minimum
20  availability requirement under the
21  revolver of $400 million, gives me
22  confidence that, at a minimum, at a bare
23  minimum, we should be able to get better
24  payable terms, credit terms from the
25  vendor community who presumably view

Page 229

1   KAMLANI (HIGHLY CONFIDENTIAL)
2   strategically their landscape much
3   better off with Sears in it than with
4   Sears not in it.
5   Q.   Okay.  Let's put the liquidity
6   analysis aside hopefully for good and go
7   back to exhibit 3, the summary of
8   material terms.  And in particular, page
9   7.  And page 7 summarizes the APA
10  provisions related to release and
11  consideration for ability to credit.  Do
12  you see that?
13  A.   I do.
14  Q.   So before we get into the details
15  of what's in this APA, was there a point
16  in the negotiations where ESL had with
17  the company where ESL asked for a
18  complete release of all potential estate
19  claims against it?
20  A.   Yes.
21  Q.   And what was the debtor's
22  response to that request?
23  A.   So Eddie took the lead largely
24  lock, stock and barrel with respect to
25  the negotiations around the release.

Page 230

KAMLANI (HIGHLY CONFIDENTIAL)

1   Q.   Do you know who he was
2   negotiating with specifically?
3   A.   I believe this was handled
4   through the lawyers.  I don't know if
5   there was ever a principal-to-principal
6   discussion on this point.  I can't tell
7   you definitively.
8       There was a counteroffer that came
9   back at some point in the hundreds of
10  millions of dollars.  But because I was
11  not close to it, I couldn't tell you
12  whether that was a counteroffer for a
13  global release or something else.  I
14  just was not involved in those details.
15  Q.   And what about with respect to
16  consideration being requested from ESL
17  for the ability to credit bid, were
18  those discussions also led by Mr.
19  Lampert?
20  A.   Yes.
21  Q.   And so the provisions that are in
22  this APA and that are summarized in
23  exhibit 3, were those items things that,
24  again, Mr. Lampert handled the

Page 231

KAMLANI (HIGHLY CONFIDENTIAL)

1   negotiations and you were not involved
2   with?
3   A.   Yes.
4   Q.   So you would not be able to tell
5   me then what the back and forth was with
6   the company that ultimately led to
7   landing at the $35 million and the other
8   provisions described in the supplement?
9   A.   I would not.
10  Q.   Are you able to give me your
11  business understanding, separate and
12  apart from what your counsel may have
13  told you, as to what claims if any, the
14  debtors have given up as against ESL, or
15  is that beyond the scope of your
16  knowledge?
17  A.   My understanding is that the
18  release that has been agreed to allows
19  us to credit bid the facilities that
20  we've discussed today.  And so
21  therefore, any claims with respect to
22  recharacterization of our debt,
23  subordination of our debt, those claims
24  would be given up.

Page 232

KAMLANI (HIGHLY CONFIDENTIAL)

1   Q.   So back to the APA.  We're
2   getting close but only because Mr.
3   Bromley has advised me that I must
4   release in 30 minutes.
5       Exhibit G is the very last page of
6   the document, and that is the one I'd
7   like to direct your attention to.
8       And you'll see that exhibit G is a
9   schedule of ESL's allowed claims against
10  the debtors, do you see that?
11  A.   I do.
12  Q.   Do you have an understanding, and
13  I'm not looking for your interpretation
14  of the APA, but do you have an
15  understanding as to whether the allowed
16  claims of ESL include amounts in
17  addition to what ESL is credit bidding?
18  A.   I'm not even sure of what the
19  definition of allowed claims is.
20  Q.   Well was this provision related
21  to ESL allowed claims one about which
22  you recall there being negotiations?
23  A.   I don't know what allowed claims
24  are.  If you can define allowed claims

Page 233

KAMLANI (HIGHLY CONFIDENTIAL)

1   for me, I might be able to be helpful.
2   Q.   All right.  Let's move away from
3   that topic and switch to another one.
4   Sticking with the APA at least, if we
5   can go to page 11 of the APA, and just
6   to orient you there is a definition on
7   page 11 of designatable lease about two
8   thirds of the way down the page?
9   A.   Yes.
10  Q.   You can read to yourself what
11  that proceedings -- what that defined
12  term means.  My question is do you
13  recall negotiating with the debtors for
14  the ability under the APA to assign
15  leases to third parties?
16  A.   Let me read the definition.
17      So can you repeat the question?
18  Q.   Sure.  There are provisions in
19  the APA I will represent to you, and we
20  can look at them, that give the buyer a
21  right for a certain period of time, for
22  60 days, to designate leases that the
23  debtor then needs to assume and assign
24  to a third party.

Page 234

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   A.   Okay.
3   Q.   And my question for you is was it
4   the subject matter of negotiations, to
5   your knowledge, between the buyer and
6   the company, that the buyer have the
7   ability to designate certain leases of
8   the debtors to be assumed and assigned
9   to third parties?
10  A.   Yes.
11  Q.   Describe for me from a business
12  perspective why ESL, the buyer, wanted
13  the ability to do that?
14  A.   ESL is of the view that it may
15  make sense to keep some of these leases.
16  And we need the ability to have
17  discussions with landlords on possible
18  concessions, which, you know, if
19  provided may make sense to keep some of
20  these leases.
21      And to the extent progress is not
22  made, then to reject these leases.
23      And so we were looking for a
24  period of time to be able to have those
25  discussions.

Page 235

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   Q.   And what was the debtor's
3   position in the negotiations?
4   A.   We were open to the concept, but
5   we want you to drastically reduce the
6   number of properties for which you're
7   asking for designation rights and
8   minimize the time period to a very short
9   period of time.
10  Q.   And what's your understanding of
11  the number of properties for which ESL
12  or Newco has designation rights?
13  A.   I don't recall the number of
14  properties.  I do recall the 60 days.
15  Even if you hadn't said it, I would have
16  known it was 60 days, but I don't recall
17  the number of properties.
18  Q.   Describe for me the course of
19  negotiations that led to 60 days?
20  A.   I think we had asked for months,
21  I don't remember exactly how many, but
22  probably more than three.  They wanted
23  as close to zero as possible.  We landed
24  on 60 days.
25  Q.   Was one of the intentions of the

Page 236

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   buyer in negotiating this provision
3   to have a period of time in order to
4   market leases to potential third parties
5   third parties to acquire them?
6   A.   I have no idea what the
7   intentions of the buyer -- sorry.  You
8   said the intentions of the buyer?
9   Q.   Yes.
10  A.   So my understanding of
11  designation rights is limited.  This is
12  a provision that I know was important to
13  Eddie and his understanding and
14  motivations probably expand upon, you
15  know, my -- what I can share with you.
16      My understanding is these are
17  leases from an operating perspective
18  that may in fact may make sense to
19  reopen these stores, refill with
20  inventory, to the extent that we can get
21  certain concessions from the landlord.
22  And if we can't, then you don't reopen
23  these stores.
24      As it relates to this notion of
25  what I think you said which was the

Page 237

KAMLANI (HIGHLY CONFIDENTIAL)

1
2   ability to step in and sell these
3   leases, is an area of focus that is not
4   an area that I focused on or am aware
5   of.
6   Q.   Is this a provision of the APA or
7   an issue in the APA where the
8   negotiations were principally handled by
9   Eddie as opposed to you?
10  A.   Yes, more Eddie than myself.
11  Q.   And do you know with whom Mr.
12  Lampert had negotiations concerning the
13  designation provisions?
14  A.   I do not.
15      MR. QURESHI:  Off the record.
16      (A recess was had.)
17      MR. QURESHI:  Let's go back on
18  the record.
19  Q.   Mr. Kamlani, in the event that
20  the ESL transaction closes, do you have
21  an understanding of what happens with
22  the $120 million deposit that ESL has
23  paid?  Does that cash come back to ESL
24  and is then replaced by other
25  consideration or does that cash stay

Page 238

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  with the company and reduce what would
3  otherwise come in on the closing date?
4  A.   So I don't know the exact
5  mechanics of how all the wiring will
6  work.  The net effect is that 120
7  million should be applied toward cash
8  that's required at closing.
9  Q.   Over the course of today you had
10 mentioned a couple of areas of the
11 negotiations concerning the APA that
12 were principally handled by Mr. Lampert,
13 the two that I recall as I sit here is
14 the credit bidding, I guess it's three,
15 the credit bidding, the release and the
16 lease designation rights, correct?
17 A.   Yes.
18 Q.   Are there any other areas of the
19 negotiations concerning the APA that you
20 recall Mr. Lampert to have been
21 particularly involved in?
22 A.   My recollection is those are the
23 primary ones.
24     MR. QURESHI:  That is all I have.
25 Thank you very much for your time.

Page 239

KAMLANI (HIGHLY CONFIDENTIAL)

1
2     THE WITNESS:  Thank you,
3  appreciate it.
4     MR. QURESHI:  Anybody else?
5  Anybody on the phone have any
6  questions?  Then we shall go off the
7  record and call it a day.
8     MR. BROMLEY:  Thank you much.
9     (Time noted:6:20 p.m.)
10
11  _____
12    KUNAL KAMLANI
13
14  Subscribed and sworn to
15  before me this _____
16  day of _____, 2019.
17
18  _____
19    Notary Public
20
21
22
23
24
25

Page 240

KAMLANI (HIGHLY CONFIDENTIAL)

1
2
3     E X H I B I T S
4  NUMBER   DESCRIPTION       PAGE
5  EXHIBIT 1   Notice of 30(b)(6)     8
6         deposition of ESL
7         Investments, Inc.
8  EXHIBIT 2   Letter dated December the  26
9         28th, 2018 from Transform
10        Holdco to Lazard bearing
11        the signature of Mr.
12        Lampert
13 EXHIBIT 3   Document entitled Material  55
14        Terms of the Successful Bid
15        filed on docket 1730
16 EXHIBIT 4   Document entitled Official  82
17        Committee of Unsecured
18        Creditors Discussion
19        Materials dated November
20        12, 2018
21 EXHIBIT 5   Document dated December   86
22        2018 labeled Preliminary
23        Business Plan
24 EXHIBIT 6   Project Transform -     89
25        Business Plan, January 2019

Page 241

KAMLANI (HIGHLY CONFIDENTIAL)

1
2  EXHIBIT 7   Document labeled Project    100
3         Transform Liquidity
4         Analysis
5  EXHIBIT 8   January 16, 2019 email    101
6  EXHIBIT 9   Sears Holdings deck labeled  146
7         SG&A
8  EXHIBIT 10   Asset Purchase Agreement   205
9
10
11     PREVIOUSLY MARKED EXHIBITS
12 NONE
13     I N D E X
14
15
16 WITNESS   EXAMINATION BY       PAGE
17
18 KUNAL KAMLANI  QURESHI       7
19
20     REQUESTS
21  Page       Line
22     NONE
23
24
25

Page 242

1       KAMLANI (HIGHLY CONFIDENTIAL)
2            CERTIFICATION
3  STATE OF NEW YORK   )
              : ss.
4  COUNTY OF NEW YORK  )
5     I, MARK RICHMAN, Certified Shorthand
6  Reporter, Registered Professional Reporter
7  and Notary Public for and within the State
8  of New York, do hereby certify:
9     That the witness whose testimony is
10 herein set forth, was duly sworn by me; and
11 that the within transcript is a true record
12 of the testimony given by said witness.
13    I further certify that I am not related
14 to any of the parties to this action by
15 blood or marriage, and that I am in no way
16 interested in the outcome of this matter.
17    IN WITNESS WHEREOF, I have hereunto set
18 my hand this 23rd day of JANUARY, 2019.
19
20     _____
21    MARK RICHMAN, CSR, RPR, CM
22      *   *   *
23
24
25

Page 243

1  NAME OF CASE:
2  DATE OF DEPOSITION:
3  NAME OF WITNESS:
4  Reason Codes:
5     1. To clarify the record.
6     2. To conform to the facts.
7     3. To correct transcription errors.
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10 Page _____ Line _____ Reason _____
11 From _____ to _____
12 Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
17 From _____ to _____
18 Page _____ Line _____ Reason _____
19 From _____ to _____
20 Page _____ Line _____ Reason _____
21 From _____ to _____
22 Page _____ Line _____ Reason _____
23 From _____ to _____
24
25      _____

**A**

**$1 (1)**
183:5
**$1.1 (1)**
43:17
**$1.2 (9)**
34:8,20 36:14 40:25
41:16 42:20 43:13
43:17 46:3
**$1.3 (4)**
91:17 187:22,25
188:17
**$1.65 (1)**
67:21
**$10 (3)**
99:25 140:21 143:20
**$100 (1)**
43:18
**$102 (1)**
193:3
**$105 (1)**
192:10
**$118 (1)**
187:11
**$120 (2)**
195:11 237:22
**$125 (4)**
60:4 62:16 64:6 66:16
**$127 (1)**
182:23
**$13 (2)**
196:18 197:5
**$139 (3)**
196:21 197:20 199:14
**$15 (2)**
99:25 148:8
**$166 (3)**
201:11 225:6,21
**$175 (1)**
187:18
**$19 (1)**
193:6
**$190 (1)**
61:3
**$2 (2)**
143:18 186:13
**$20 (5)**
144:7,7 166:17 167:5
167:8
**$200 (14)**
110:21 111:2,7,11,15
114:14 115:19
117:9 120:22 123:6
124:7,18,24 125:16
**$23 (2)**
177:3 179:13

**$231 (8)**
56:25 57:12,25 58:7,9
59:8,14 60:11
**$250 (4)**
187:22,25 188:19
209:4
**$255 (3)**
207:2,17,17
**$255.2 (1)**
206:16
**$271 (1)**
187:15
**$274 (2)**
166:23 225:24
**$275 (1)**
224:20
**$3 (2)**
167:16,17
**$30 (4)**
64:12 65:18 137:17
192:8
**$300 (2)**
169:15 193:15
**$32 (1)**
179:12
**$35 (3)**
192:21 193:8 231:8
**$350 (3)**
72:21 189:13 222:14
**$4 (1)**
228:18
**$40 (3)**
143:20 144:3 192:13
**$400 (7)**
145:8 189:4,6 193:23
194:15 195:12
228:21
**$43 (3)**
202:9,18,24
**$433,450,000 (1)**
72:12
**$5 (2)**
118:8 171:22
**$5.2 (1)**
54:16
**$50 (1)**
141:5
**$500 (5)**
166:15 167:8,11
169:23,25
**$544 (2)**
68:12 71:20
**$600 (3)**
115:23 116:16 117:24
**$63 (1)**
184:9

**$75 (2)**
69:9 192:6
**$750 (2)**
187:23 188:15
**$80 (1)**
191:3
**$800 (1)**
222:4
**$84 (1)**
147:16
**$850 (2)**
221:19 222:16
**$900 (1)**
165:16
**a.m (2)**
2:5 37:25
**Abid (2)**
3:8 7:9
**ability (11)**
10:8 95:10 132:10
162:6 229:11
230:18 233:15
234:7,13,16 237:2
**ABL (22)**
5:3 67:3 85:3,20
91:17 100:23
106:19 108:10
125:9 128:25 145:7
187:23 188:18,25
189:2,23 193:22
194:14 208:20,24
219:17,19
**able (40)**
31:12 58:4 65:11,13
66:4 98:11,14
105:15 107:10
114:6,11 118:23
120:9 129:24 130:7
136:25 137:3
138:19,23 142:19
143:24 145:15
155:12 157:17
162:7 165:4,24
166:4 169:3 211:15
213:22 214:7,11
220:24 221:5
228:23 231:5,11
232:3 234:24
**Absent (1)**
65:6
**absolute (1)**
106:25
**absolutely (4)**
95:11 170:10 172:4
183:23
**accepted (1)**

218:15
**access (7)**
84:14,16,17 87:16
88:25 89:4 159:11
**account (17)**
57:2,11,25 61:7 66:24
70:12 74:15 112:24
116:19 119:11
143:14,15,25 149:6
164:16 209:5
210:12
**accounted (1)**
138:16
**accounting (1)**
138:7
**accounts (8)**
191:7 201:5 225:20
227:7,17,18 228:2,6
**accrued (1)**
62:7
**accurate (4)**
54:18 80:18 148:15
175:23
**achieve (2)**
149:4 184:7
**achieved (5)**
142:11 145:23 146:16
175:2 184:16
**acknowledge (1)**
179:14
**acquire (5)**
49:12 80:16 168:13
169:3 236:5
**acquired (1)**
94:3
**acquirer (1)**
20:13
**acquiring (3)**
50:4 53:11,22
**acquisition (12)**
9:6 24:15,21 51:6,9
61:16 62:9 69:23
94:11 112:10
219:24 220:7
**action (1)**
242:14
**actions (3)**
96:6 107:6 147:6
**active (1)**
117:16
**actual (1)**
203:4
**adamant (1)**
218:12
**add (3)**
142:4 189:15 193:20

**added (1)**
99:24
**addition (5)**
60:20 127:11 136:13
163:24 232:18
**additional (9)**
108:8 110:7 136:11
148:7,9 151:21
164:15 175:22
213:18
**additions (1)**
175:14
**address (1)**
74:8
**addresses (1)**
205:24
**adjustment (1)**
45:20
**adjustments (2)**
90:16 92:11
**adopted (1)**
175:11
**advance (3)**
27:12,15 204:19
**advancements (3)**
135:22,23 136:6
**advantage (2)**
131:18 132:2
**advice (2)**
213:25 214:2
**advised (1)**
232:4
**advisors (7)**
28:17 46:11 84:10,20
84:24 185:7 220:19
**Aebersold (1)**
50:24
**affiliated (1)**
12:22
**affiliates (4)**
10:4 59:24 61:2 68:23
**affirmation (3)**
217:23 218:7,13
**affirmed (1)**
218:5
**agenda (1)**
83:4
**aggregate (26)**
36:15 40:23 41:3
43:10,14,16 47:2,10
48:2,10 53:8,14
59:7 60:15,18 63:6
66:21 67:16 72:11
73:6 108:22 113:20
120:2 138:25
200:22 221:16

**aggressive (4)**
109:14 148:13 170:2
175:19
**ago (11)**
46:4 71:4,5,22 113:18
132:15 140:12
141:21 142:8
153:17 222:7
**agree (11)**
41:11 43:15 92:25
117:13 156:12
162:25 181:7,20
200:7 210:3 224:23
**agreed (20)**
34:5 36:9 43:7,23
45:5 47:24 62:3
63:11,22 64:13
193:6,8 197:19
201:10 202:23
204:10 215:9
218:16 220:25
231:19
**agreement (25)**
10:17 20:14 23:4
38:15,19 43:7 48:14
49:4 56:21 74:19
134:20 185:3 189:3
190:22,24 191:17
195:21 200:6,8
205:7 214:19
217:19 218:12
221:19 241:8
**agreements (3)**
93:14 134:17 156:2
**Ah (2)**
61:15 62:3
**aisles (1)**
156:14
**Akin (3)**
2:9 3:3 7:10
**al (3)**
1:4 4:6,19
**Alan (1)**
31:7
**alert (1)**
37:12
**alive (1)**
91:24
**allocate (2)**
57:23 80:13
**allocated (4)**
53:8,20 54:17 177:18
**allocation (2)**
54:14 178:6
**allow (2)**
45:12 220:25

**allowed (6)**
232:10,16,20,22,24
232:25
**allows (2)**
162:11 231:19
**alongside (2)**
66:19 98:3
**alternatives (4)**
65:22 66:2,5,9
**Amazon (23)**
99:18 131:20,21
132:14,18,21 133:7
133:9,13,16 134:8
134:23,25 135:4,8
135:10 162:17,20
163:4,12,13,17,23
**America (2)**
3:6 125:5
**American (15)**
63:2,4,5,11,15,18,21
64:8,11,23 65:16
67:8,14 68:3 192:8
**Americas (1)**
5:14
**amount (44)**
16:2 21:15 36:18
38:22 41:6,18 42:21
43:16 47:2 48:3,10
57:7 61:22 66:22
68:6 69:13,15 72:11
72:15,18 73:20 80:2
97:21 150:23
152:14 172:2,4
189:17,19 198:3,4
199:3 205:23 206:2
206:14,25 207:5,16
207:18 208:2 219:7
221:16,23 222:9
**amounts (6)**
40:23 43:11 76:4
199:21 219:2
232:17
**analysis (27)**
100:13,15,20,20
102:5,14,25 103:13
112:22 122:12,17
122:23 123:12
125:18,19 163:3,8
164:7 169:8 173:10
173:20 174:7
185:21 199:8 224:6
229:6 241:4
**analysts (1)**
94:5
**animal (1)**
183:16

**Ann (3)**
31:9 33:14 36:23
**annual (7)**
16:16 149:16 177:2
177:10,11 184:8,8
**annualized (1)**
180:25
**answer (16)**
14:25 30:9 54:18
60:10 65:11,13
73:21 76:14 79:17
80:11 89:6 131:2
138:18 159:2
185:23 214:14
**answered (1)**
30:9
**answering (2)**
98:13 103:24
**answers (2)**
8:8 154:16
**anticipate (1)**
123:6
**anticipated (3)**
116:16 131:25 221:23
**anticipates (1)**
137:6
**anticipation (1)**
195:8
**anybody (5)**
10:11 69:2 133:12
239:4,5
**AP (6)**
224:19 225:9 226:6
226:11,14,20
**APA (31)**
36:9,20 39:5 47:24
50:11 55:22 59:17
67:22 75:13 185:5
196:21 204:4 205:4
205:12 206:12
210:14,20 221:10
229:9,15 230:23
232:2,15 233:5,6,15
233:20 237:6,7
238:11,19
**apart (4)**
34:21 35:7 214:4
231:13
**app (1)**
143:16
**appear (1)**
170:22
**APPEARANCES (1)**
3:1
**appeared (1)**
39:3

**appears (1)**
89:24
**apples (2)**
182:19 183:17
**appliance (3)**
160:5 162:6 164:24
**appliances (1)**
155:12
**applied (2)**
198:15 238:7
**appointed (2)**
12:5,11
**appointment (2)**
14:19 16:18
**appraisal (2)**
71:3 116:6
**appraisals (10)**
71:21,24 72:2,5 113:8
113:21 158:8,18,20
158:24
**appraised (5)**
158:4,5,5,13,15
**appreciate (2)**
91:12 239:3
**apprised (2)**
88:12,17
**approached (2)**
128:2 168:15
**approval (1)**
56:13
**approvals (1)**
113:17
**approve (2)**
81:14 92:15
**approving (1)**
94:15
**approximate (2)**
69:4 130:4
**approximately (15)**
16:22 21:4,6 24:13
27:12 49:23 56:25
60:3,24 61:6 62:22
72:20 153:5 154:3
186:13
**April (1)**
107:2
**architecture (1)**
204:14
**area (8)**
80:20 99:14,17
136:23 212:11
213:11 237:3,4
**areas (2)**
238:10,18
**ARPS (1)**
5:2

**arrangements (1)**
211:13
**arrangers (1)**
219:19
**arrived (11)**
104:4 123:4,8,9,10
146:20 171:11
196:22 201:14
219:7 222:6
**arriving (3)**
18:10 23:3 105:19
**art (1)**
155:10
**article (2)**
216:13 218:18
**articulate (1)**
59:18
**ascribed (2)**
54:20,23
**ascribes (1)**
57:24
**aside (8)**
11:3 21:16,19 67:9
68:3 95:6 184:25
229:6
**asked (20)**
8:3 9:15 30:8 41:7
46:6 57:22 81:12,13
97:12 102:18 197:7
197:12 198:2,12
215:18 222:8,24
223:7 229:17
235:20
**asking (8)**
24:24 35:16,17 45:10
126:8 202:3 204:25
235:7
**asks (2)**
199:16 212:18
**aspect (3)**
21:22 76:16 164:21
**aspects (4)**
76:13 84:6 85:4
146:10
**asserted (1)**
197:23
**asset (24)**
10:17 20:14 23:3
38:14,18 43:6 48:14
49:3 54:12,13 56:20
74:18 77:4 93:13
120:8,16 185:3
190:18,20 191:17
195:21 205:6
214:18 241:8
**asset-rich (1)**

190:11
**assets (23)**
9:7 20:13 49:21,22
53:10,21 54:20
57:10,19,24 66:23
70:11 74:13,14
79:24 80:16 114:18
122:14 162:5 190:5
190:9 209:15,16
**assign (2)**
233:15,24
**assigned (1)**
234:8
**assistance (2)**
102:12,17
**associate (1)**
54:11
**associated (4)**
112:14,16 186:16
201:6
**associates (1)**
94:4
**assortment (2)**
174:2,4
**assume (45)**
8:2 14:24 16:24 36:3
41:7 42:5,10,12,20
43:8,13,23 47:6,14
47:14 48:4,13 93:5
93:15 105:7 109:18
109:22 112:9
114:20 121:15
167:18 177:24
187:6 197:7,12,19
198:2,13 203:10
207:7 209:8,14
210:3,8 217:20
222:9,23,24 223:7
233:24
**assumed (21)**
34:2 41:6 43:12,21
47:4,17,21 48:17
99:18,20 148:4
191:7 196:10,17
197:18 199:2
200:13 210:11
222:13 226:25
234:8
**assumes (11)**
41:21 103:19 106:12
109:21 110:20
111:15 161:6
164:15 166:12
195:17 225:15
**assuming (17)**
34:4,11 38:24 44:15

47:22 60:17 89:5
115:18 125:18
175:21 190:21
197:17 199:24
202:13,21 215:11
223:16
**assumption (28)**
44:6 80:9 111:3,17,23
116:4 119:12
121:12 122:17,23
123:4 124:23 132:7
161:2 166:2 169:2
169:13 171:8
174:18,21 182:22
183:22 184:19,20
195:15 196:6
205:15 228:5
**assumptions (16)**
110:16 117:20 122:4
128:21 145:13,21
146:15,20 148:2
149:2,5 156:18,23
159:21 171:20
227:25
**attached (2)**
101:6 206:23
**attachments (1)**
101:19
**attempt (2)**
80:13 110:14
**attempted (1)**
174:25
**attend (2)**
52:16 86:11
**attention (4)**
8:19 9:10 55:23 232:8
**attorneys (8)**
3:4 4:4,17 5:3,13 6:4
11:10,16
**attributed (1)**
145:24
**attribution (1)**
173:20
**auction (11)**
30:14 31:15,19,24
32:5,8 36:2 37:10
52:5,16,18
**August (2)**
172:17,23
**authorization (1)**
93:13
**Auto (3)**
130:16 171:4,17
**availability (12)**
188:25 189:5 193:23
194:15,20,25 195:4

195:9,13,16 220:6
228:20
**available (4)**
113:22 117:2 191:13
191:13
**Avenue (2)**
4:20 5:14
**averse (1)**
46:12
**aware (22)**
13:6 29:7 33:17,18
35:5,9,15 38:12
53:4 54:15 80:22
81:3 122:22 127:12
128:7,10 129:16
173:16 200:11
212:3 227:10 237:4

_____

**B**

**B (2)**
56:12 240:3
**back (60)**
17:14 42:2 48:20,21
48:25 60:12 65:4
76:2 79:4 96:22
102:20,23 110:3,4
111:19 113:17
117:5 126:13
135:14,20 151:8
154:9 157:12 158:7
165:18 168:5 170:3
172:6,19,20 176:22
177:14 179:22
181:13 182:2
185:16 189:11
193:25 195:22
205:12 206:15
208:11 210:21
211:6 214:18 216:6
216:19,20 218:18
222:7,18 224:3
225:13 226:4 229:7
230:10 231:6 232:2
237:17,23
**backstop (7)**
76:8,14,25 77:5,7,15
77:17
**backup (9)**
107:25 167:10,13
169:18 170:19
173:10 184:19,20
184:21
**BAIRD (1)**
6:17
**baked (1)**
117:21

**balance (18)**
36:15 38:20 41:12,13
42:16 43:9,9 72:24
105:10,16 145:2
187:7,17,19 189:10
190:3 226:20
228:17
**balances (6)**
44:24 45:4,11,14,18
45:25
**ball (1)**
106:25
**bank (6)**
3:6 100:23 108:10
125:5,5 187:16
**bankers (1)**
40:21
**bankruptcy (7)**
1:1 55:18 56:13,15
105:9 115:6 135:11
**banks (9)**
91:16,20 94:8 100:20
106:18 110:24
124:5 125:7 188:7
**bare (1)**
228:22
**bargained (1)**
209:17
**barrel (1)**
229:24
**base (6)**
51:15 103:18 219:21
219:22 220:4 221:7
**based (11)**
40:11,13 75:5 79:18
80:11 103:21 114:8
142:12 145:22
219:20 221:6
**baseline (1)**
96:16
**basis (19)**
16:15 17:18 85:18
90:14 97:9,19
104:18 107:9 115:2
120:2,3,5 122:6
132:6 171:9 182:10
211:24 228:4,8
**bear (3)**
101:21 154:25 225:3
**bearing (3)**
26:9 129:11 240:10
**bears (1)**
26:5
**becoming (1)**
17:3
**begins (1)**

205:14
**behalf (12)**
10:3 23:14 24:18
26:25 27:23 92:24
125:5 150:24 185:6
203:24 213:11
217:20
**behavior (4)**
105:13 140:25 141:2
141:18
**believe (48)**
13:9 29:9,13 34:14
39:16,19,19 48:15
60:15 63:24 64:3,15
68:20 69:8,14,19
70:2 75:25 77:9
79:14 81:20 84:24
87:17 99:9 109:13
115:4 123:10 125:4
134:4,19 140:19
145:8 149:3,20
152:3 153:6 157:5
166:10 167:16
172:25 179:18
182:4 183:12
191:10 192:2
206:15 209:7 230:4
**believed (1)**
137:13
**believes (1)**
184:16
**belongs (1)**
72:22
**benefit (9)**
6:17 45:23 136:20
162:15 169:3
174:19 175:2 220:9
220:10
**benefits (1)**
141:3
**best (9)**
10:7 30:15 32:14 36:5
36:8 47:25 63:10
95:10 153:25
**better (9)**
135:15 137:2 141:10
141:11 151:2
157:23 166:25
228:23 229:3
**beyond (7)**
11:11 65:22 68:22
129:18 158:19
170:17 231:16
**bid (55)**
24:2 25:22 26:19
27:10,25 28:9,13,14

30:7 36:5,12,13
49:8 53:5,5 54:7,11
54:16 55:3,7,17
56:14,25 60:21 61:7
61:14 63:22 64:12
65:18 66:22 68:6,12
69:12,15 70:25
72:15,17 73:12,20
74:3 77:2,5,8,16,18
79:23 80:3,14 85:21
191:19 193:5,10
230:18 231:20
240:14

**bidder (5)**
36:8 50:16,17 84:16
88:25

**bidding (37)**
21:22 54:4,5,8,19,21
54:22 57:8,11,25
58:6,12,25 60:3,23
62:16 63:25 64:17
66:19,24 67:6 68:4
70:12 74:15,23 76:5
76:9 79:14,22,25
80:8,17 104:12
223:10 232:18
238:14,15

**big (2)**
103:18 132:11

**Bill (1)**
31:8

**billing (1)**
121:10

**billion (30)**
34:8,20 36:15 38:21
40:25 41:16 42:20
43:13,17,18 46:3
54:16 67:21 91:17
105:9 145:3,5
164:18 165:19
167:16,17 186:13
187:22 188:3,17
190:23 191:22
195:19 223:2
228:18

**billion-2 (1)**
222:18

**billion-657 (3)**
220:13,16,17

**billion-three (2)**
188:12,14

**bills (2)**
119:20 121:6

**bit (5)**
102:24 122:16 147:22
179:25 190:23

**BJ (1)**
141:23

**Black+Decker (2)**
165:16,18

**blood (1)**
242:15

**board (44)**
11:24 12:2,6,11 13:4
13:5,15,17,19,22
14:14,20 16:3,4,7
16:10,19 17:12,23
19:21 20:2,4,8
21:10 28:9 29:11
81:7,12,13,17,21,23
88:11,14,16 89:7
94:13 121:24 127:8
127:23 128:16
131:6 155:20 228:9

**bonus (1)**
52:25

**Borden (1)**
115:14

**borrowing (4)**
219:21,22 220:4
221:7

**bottom (7)**
56:8 123:18 148:18
172:9 178:12
180:20 181:14

**bought (3)**
192:6,12,20

**bounce (2)**
102:23 106:16

**Boutros (1)**
133:21

**box (6)**
118:24 160:22 164:24
168:8 184:6 196:12

**boxes (1)**
118:19

**BRADLEY (1)**
6:21

**brand (6)**
144:22 160:5 161:22
165:2,4,8

**Brandon (1)**
50:24

**brands (1)**
165:12

**break (11)**
78:7 79:12,24 126:6,9
126:9 168:2,3
179:20 223:20,23

**breakdown (2)**
158:3 224:17

**brewing (3)**

35:6,15,19

**brick (1)**
103:19

**bring (2)**
142:25 148:8

**bringing (1)**
120:21

**broken (1)**
106:20

**Bromley (49)**
6:8 12:15 26:14 30:8
38:2 39:6 42:23
48:5 52:7 56:3,6
65:8 66:6 77:23,25
78:8 82:3 91:3
92:18 98:21 101:17
103:4,8 126:4,11,15
126:21 131:9,11
140:4,8 176:9,12
186:6 199:5,15
200:5 203:15
204:22 206:19
207:14,22 212:18
213:23 223:15,19
223:25 232:4 239:8

**Bromley's (1)**
179:19

**Bryant (2)**
2:10 3:5

**bucket (5)**
116:16 138:12,20
152:2 201:2

**buckets (3)**
53:10 73:23 79:22

**budget (5)**
138:9,16,20 151:16
224:12

**build (8)**
19:8 99:7,12 110:6
159:7 164:4 169:19
169:22

**building (2)**
33:20 119:4

**built (4)**
98:7 145:21 155:24
226:23

**bulky (1)**
132:11

**bullet (6)**
103:18 154:20 162:21
162:24 164:14
181:16

**bullets (1)**
131:20

**bunch (1)**
144:23

**business (195)**
15:3,17,19,22,23 16:5
16:12,13 17:6 18:5
18:9,12,17,19,24
19:12,19 46:15 51:7
80:21,25 81:4,9,14
81:18 82:2 83:5,12
83:18,25 84:11,12
84:18 85:5,7,12,19
86:19,22 87:2,6,21
87:22 88:13,17 89:3
89:9,14,19,21,25
90:13,15,20,22,24
91:10,15 92:4,6,12
92:16 93:7,8,18,23
93:25 94:2,8,10,15
94:21 95:2,19,20
96:15,18,24 97:6
99:21 102:21,24
103:3,5,9,12 104:2
106:23 107:4,10,20
107:24 109:11
110:17,20 111:14
111:18 115:18
117:16,21 119:10
120:17 121:13,14
121:21 122:2
124:23 125:4,8
126:24,24 128:20
129:12,13,15 130:8
130:15 131:8
132:16,19 133:17
134:2,23,25 135:5
135:10 137:5,10
138:2 139:9,14,24
140:3,11 141:3,25
142:2 145:14 149:2
149:9 151:9 152:9
153:2 156:7 157:4
157:23,25 159:12
159:17,19,22 160:2
160:3 161:3,6,10,13
161:17 162:9,11
165:13 166:3 168:6
170:5,24 171:17,23
172:2,6 173:18,22
173:23 174:25
175:10 176:2,17
177:5 180:3,16
182:3,15 184:24
190:12,20 207:10
211:16,21 213:13
213:19 214:8,9
231:12 234:11
240:23,25

**businesses (2)**

148:19 152:9

**buy (12)**
61:12 78:5 141:5
143:22 144:6
152:21 155:12
156:2 157:11,13
193:3 219:14

**buyer (56)**
36:16 38:24 41:21
42:9,12,20 47:4,14
48:4,12 49:11 50:10
53:15,18,20,24 57:7
57:10,18,23 58:4,25
59:24 60:3 62:16
64:25 65:17,19
66:24 67:6 68:11
70:25 72:5,15 74:13
74:20 79:25 80:2,12
84:15 214:23 215:9
215:17,21,23
216:17 217:16
218:19 220:11
233:21 234:5,6,12
236:2,7,8

**buyer's (2)**
207:15 215:2

**buying (1)**
185:11

---

C

**C (4)**
4:1 5:1 6:1 200:20

**calendar (1)**
13:8

**calibrating (1)**
174:14

**California (1)**
115:9

**call (20)**
28:23 29:2,3,4,4
35:20 157:20
165:18 176:20,25
177:3,17,24 178:6
192:13 197:13
218:2,9 225:11
239:7

**called (15)**
7:2 33:14 35:10 37:12
50:12,25 55:2 107:5
107:5 149:15
185:10 189:12
216:5,18 217:2

**calling (1)**
35:18

**calls (1)**
13:19

**candidates (2)**
127:7,25
**cap (2)**
132:16 187:7
**capabilities (3)**
131:22 136:12,17
**capable (1)**
119:6
**capacity (21)**
16:3 17:4,10,12,16,23
19:21 20:5,8 81:6
81:12,17,21,23
87:20 88:11,16,24
89:7 94:13 223:5
**capex (18)**
99:10,12 119:19,22
120:12,15 122:6
137:4,9,18,25 138:7
138:10,10 156:24
159:18 168:11
169:5
**capital (8)**
21:21 170:8,9 185:17
186:14,17 187:4
224:12
**capitalized (1)**
185:19
**capped (1)**
199:21
**card (4)**
136:19 152:15 208:24
219:2
**cards (1)**
191:2
**career (1)**
15:16
**Carr (3)**
31:7,11,14
**carries (2)**
183:22 196:8
**carrying (2)**
92:24 112:13
**CARTY (1)**
3:12
**carve (1)**
157:15
**Cascade (7)**
68:24 69:2,5,12,17
70:6 192:5
**Cascade's (1)**
69:23
**case (10)**
1:6 23:23 97:4 99:3
103:19 117:14
162:17,20 219:25
243:1

**cases (3)**
7:12 54:10 55:4
**cash (27)**
44:25 46:7,18 70:7
77:6,16,19 80:8
112:19 120:22
121:19,20,24 132:5
149:18 157:22
166:23 186:21
191:18,20,23,25
192:8 204:18
237:23,25 238:7
**cashed (1)**
186:25
**catch (1)**
217:5
**categories (4)**
48:9 98:15,20 105:13
**category (1)**
110:10
**causes (3)**
108:2 135:12 142:17
**caution (2)**
38:2 213:23
**caveat (1)**
46:17
**center (3)**
171:4,17 173:3
**centers (17)**
130:16 176:20,25
177:17,25 178:7
180:4,7,8 181:22
182:9 183:9,11,12
183:13,16,21
**centimeter (1)**
155:16
**cents (4)**
75:18,20 150:25
152:18
**CEO (16)**
108:12,15,16 126:25
127:5,9 128:9,16,17
128:22,23,24 129:3
129:6,19 130:10
**certain (20)**
18:10 21:15 53:6
54:12 57:13 92:6
94:21,25 95:19
102:18 122:15
129:13 146:14
152:9 218:8 219:13
222:9 233:22 234:7
236:21
**certainly (9)**
29:6 37:20 52:20 86:4
130:10 146:9,25

147:8 162:24
**certainty (2)**
107:2 227:14
**CERTIFICATION...**
242:2
**Certified (2)**
2:12 242:5
**certify (2)**
242:8,13
**chain (4)**
135:14 180:21 181:9
181:17
**challenging (1)**
211:3
**chance (1)**
126:5
**change (7)**
102:2 110:25 224:19
224:24 226:6,14,17
**changed (4)**
13:2 14:15 88:8
100:22
**changes (6)**
92:6 100:24 101:8
102:9,19 174:18
**changing (2)**
92:2 142:15
**channel (3)**
163:4,21 164:2
**channels (2)**
140:18 167:15
**CHAPMAN (1)**
3:9
**Chapter (2)**
1:6 12:25
**characterization (2)**
23:16 42:18
**characterize (4)**
23:13 42:6,7 85:22
**characterized (2)**
144:13 163:9
**charge (1)**
130:13
**chart (1)**
106:2
**check (3)**
39:22 60:16 91:7
**chief (1)**
129:7
**choose (1)**
168:23
**CHRISTA (1)**
6:19
**CHRISTOPHER (1)**
3:12
**CIO (2)**

137:12 184:22
**circa (1)**
228:18
**circumstances (2)**
105:18 121:5
**Citi (9)**
136:14,15,16 150:22
152:14,24 165:20
187:16 189:20
**Citibank (1)**
84:25
**Citigroup (2)**
144:22 165:14
**city (1)**
118:25
**claimant (1)**
200:2
**claimants (1)**
199:13
**claims (19)**
186:16 191:7 196:19
197:17,22 198:3,14
198:16 207:8
229:19 231:14,22
231:24 232:10,17
232:20,22,24,25
**clarification (3)**
7:23 79:17 200:8
**clarify (4)**
7:25 53:12 194:22
243:5
**class (1)**
143:22
**clear (8)**
37:22 47:8 60:6 75:23
88:22 93:24 101:17
213:12
**clearly (1)**
125:23
**Cleary (2)**
6:3 37:23
**close (24)**
114:12 115:6,11,12
119:3 128:11
136:24 145:8 153:6
154:4 166:3 188:18
188:21,22 189:3
190:17 211:20
214:23 216:17
218:20 223:18
230:12 232:3
235:23
**closed (2)**
50:13 69:8
**closes (2)**
52:22 237:20

**closing (54)**
34:6 36:16 41:2,10,21
42:5 44:24 45:2,5
45:24,24 46:21
59:25 61:18 63:16
64:22 65:20 67:24
69:25 70:3 108:4
114:19 117:23
122:24 128:19
185:18 187:6
188:10 193:22
194:6,14 195:9,13
201:9,21 202:3
203:5 211:8 215:4
215:10,19,25
219:15 221:24
224:25 225:21
226:10,15,19,21,25
227:8 238:3,8
**CM (2)**
1:22 242:21
**coats (1)**
132:12
**code (1)**
56:15
**Codes (1)**
243:4
**collateral (15)**
57:15 58:9 59:3 70:16
70:19,21,24 71:8,14
71:19 75:14 76:7
113:5,14 114:2
**collection (1)**
162:5
**Colorado (1)**
155:6
**column (1)**
181:15
**columns (1)**
158:4
**come (17)**
21:13 39:2 40:2 48:20
65:4 108:24 114:3
145:2 152:23
160:13 167:22
185:16 187:25
188:6,7 237:23
238:3
**comes (8)**
152:20,24 160:11
166:12 184:12,14
220:3 222:12
**comfort (1)**
213:20
**comfortable (9)**
93:17 107:7 108:12

108:20,25 109:6
111:11 147:6
214:10
**coming (10)**
40:14 41:3 44:4 78:2
98:20 105:8 164:16
170:21 191:23
228:17
**commenced (3)**
31:16,19,24
**commencement (3)**
12:24 32:4,7
**commencing (1)**
106:14
**comment (2)**
35:16 174:6
**commitment (1)**
73:19
**committed (1)**
187:24
**committee (25)**
5:13 7:11 29:14,16,21
29:22 30:6,21 31:4
32:19 33:2 35:5
37:18,21 38:9 39:4
40:16,19 46:10
48:25 82:9,13,21
83:24 240:17
**committee's (1)**
94:20
**commonly (1)**
9:8
**communicated (2)**
34:18 52:13
**communications (2)**
38:3 76:18
**community (1)**
228:25
**comp (1)**
107:11
**companies (1)**
132:9
**company (115)**
14:6,15 17:20 19:5,11
24:3 25:23 27:14,23
28:21 48:24 51:17
52:4 57:16 59:17
67:18 75:6,23 76:6
76:24 81:25 83:19
84:10,20 86:2,17
87:23 88:19 93:19
95:16 96:15 99:18
103:9 105:6,8 115:5
115:16,17 129:6
132:23 133:12
134:21 136:8,20

139:7,13,22,22
141:7 143:3 146:24
148:4,14 149:4
152:18,20,23 154:2
154:11 161:20
165:6,9,24 168:15
169:22 170:23,24
171:14,16 174:11
174:14,22,24
175:20 176:5,7,8
179:10 181:7
182:15,22 183:19
184:13,14 191:6,8
194:19 197:4,6,23
198:15 199:9 201:7
202:13 208:11,18
210:7 212:6,6 213:5
218:2,12 219:11
220:3,12,18 221:25
222:8,13 223:14
228:12 229:17
231:7 234:6 238:2
**company's (24)**
83:12 87:6 88:13 89:8
89:14 90:13,22 92:5
92:12 97:5 98:17,23
99:2,6,16 100:2,9
175:11 177:5
181:23 197:10
198:25 203:3 220:9
**company/the (1)**
80:23
**compare (1)**
163:11
**compared (3)**
98:17 142:20 163:5
**compares (1)**
106:5
**comparing (1)**
182:13
**comparison (1)**
175:25
**compensation (2)**
52:24,25
**competitive (2)**
131:18,25
**comping (3)**
104:17,20 105:4
**complement (3)**
100:3 148:10 175:15
**complete (1)**
229:18
**completed (2)**
81:19 193:20
**component (3)**
54:19 96:2 121:7

**components (2)**
95:18,20
**composed (2)**
177:18 178:19
**concept (1)**
235:4
**concern (7)**
27:9 33:11 34:19
40:11 50:15 88:24
220:19
**concerned (2)**
32:19 44:17
**concerning (14)**
14:14 24:2,20 28:13
37:19 79:13 81:25
84:11,21 133:12
134:8 237:12
238:11,19
**concerns (1)**
40:16
**concessions (2)**
234:18 236:21
**conclude (1)**
108:3
**concluded (2)**
36:2 37:10
**conclusion (3)**
199:16 212:19,22
**condition (4)**
189:2 193:21 194:13
217:21
**conditions (12)**
129:2 211:8 214:22
215:5,7,10,11,16,19
215:24 216:16
218:19
**conducted (1)**
74:21
**conducting (1)**
71:25
**confidence (9)**
135:6 144:18 145:9
145:12 170:16,18
179:7,12 228:22
**confidential (238)**
1:9 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1

51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1,18 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1

230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1
**confirm (2)**
35:17 65:24
**conform (1)**
243:6
**confuse (1)**
188:16
**confusing (1)**
198:11
**connected (3)**
160:14,25 161:12
**connection (5)**
27:25 44:3 70:25
94:19 95:7
**consent (4)**
212:8,14,15 213:7
**consequence (1)**
160:5
**conservative (4)**
99:15 100:9 105:7
167:24
**consider (9)**
15:7,18 105:21
127:16 149:22
189:22,24 197:17
202:21
**consideration (9)**
41:3,10 53:14 80:15
105:24 130:11
229:11 230:17
237:25
**considered (1)**
127:24
**considering (1)**
85:3
**consistent (3)**
29:16 161:9 207:10
**consolidated (1)**
224:17
**constantly (1)**
91:21
**consult (1)**
79:12
**Consulting (3)**
6:18,19,20
**consumer (7)**
105:12 140:25 141:2
141:18 152:20
155:11 162:12
**consumers (1)**
151:4
**consuming (1)**

129:22
**consummate (1)**
215:2
**consummated (1)**
69:24
**contains (1)**
8:22
**contemplated (4)**
137:25 138:25 139:21
208:3
**contemplates (3)**
126:25 173:23 188:19
**contemplating (1)**
139:14
**contention (1)**
200:16
**contents (1)**
146:12
**context (4)**
15:12 45:7,8 166:18
**continue (7)**
51:5 100:5 114:11
115:8 131:21 161:7
190:19
**continued (8)**
4:1 5:1 6:1 14:4 79:9
177:24 201:23
228:16
**continuing (1)**
193:11
**contract (4)**
32:20 153:7,11
228:16
**contractual (1)**
73:19
**contractually (3)**
74:2 153:12 227:12
**contrary (1)**
175:21
**contribution (1)**
186:20
**control (3)**
60:9 63:6 73:8
**controls (3)**
20:17 64:3 72:24
**convenience (2)**
143:2 162:10
**conversation (29)**
30:10,19 31:6,7,9,18
31:22 32:4,6,10
36:22,24 37:15
38:10 48:22 50:19
50:21 51:2 65:9
79:19 113:13 124:4
127:14 128:13
134:24 187:6 214:3

214:16 222:19
**conversations (13)**
25:13 29:5,6 30:20
31:5,14 38:7 40:12
77:11 97:24 133:13
165:6 212:11
**conversion (1)**
186:20
**convert (1)**
186:24
**converting (1)**
22:20
**convey (2)**
25:5 214:12
**conveyable (7)**
180:8,10 181:21
182:15 183:13,15
183:20
**conveyables (1)**
180:12
**conveyed (5)**
27:9 46:10 197:14
213:22 220:18
**conveying (1)**
24:25
**copy (2)**
89:24 195:20
**core (2)**
129:13 149:22
**Corp (1)**
6:17
**corporate (5)**
1:11 2:8 9:15 11:5
18:14
**Corporation (3)**
1:4 4:6,19
**correct (50)**
14:22,24 16:20,21
20:15 38:25 41:22
41:23 43:13,14
45:15,19 49:5 53:6
58:23 63:8 64:5,14
64:15 67:10 68:7
74:12 89:5,11 92:7
92:8 94:15,22 96:25
101:20 106:17
121:4 124:21
125:23 139:4
146:16 166:13
174:17,23 175:9
177:12 181:3,10
183:25 184:17
194:16,17 207:20
238:16 243:7
**corrected (1)**
198:20

**correctly (6)**
60:2 61:5 62:15 99:6
109:15 119:9
**corresponded (1)**
111:2
**corresponding (2)**
178:15 209:19
**corresponds (1)**
158:21
**corroborate (1)**
122:17
**cost (1)**
129:10
**costs (2)**
112:13 149:16
**counsel (11)**
38:4 52:19 55:20 65:2
65:6,25 66:3 76:19
79:13 214:6 231:13
**count (6)**
51:18 109:19,23,24
130:3,6
**counter (1)**
77:12
**countered (2)**
210:19,24
**counteroffer (2)**
230:9,13
**counterparties (1)**
145:10
**country (1)**
182:10
**COUNTY (1)**
242:4
**couple (10)**
100:8 107:9 109:25
130:25 132:15
155:17 170:14
186:4 192:15
238:10
**course (30)**
26:15 44:11 47:15
52:2 53:2,4 57:22
59:16 75:12,23 76:5
98:13 101:12,22
112:5 115:20
126:10 144:8 154:4
190:11 197:13
201:13,17 210:6
212:5 214:10 219:6
223:12 235:18
238:9
**court (5)**
1:1 4:7 8:7 55:19
56:13
**covered (1)**

185:4
**Craftsman (4)**
134:3 165:4,12,15
**create (5)**
85:20 90:15,19
122:19 136:15
**created (4)**
101:3 125:3 140:9
161:21
**credit (81)**
21:22 34:10 36:18
38:23 46:20 53:5
54:4,5,6,8,11,19,21
54:22 56:13,25 57:8
57:11,25 58:6,12,25
60:3,21,23 61:7,13
62:16 63:22,25
64:11,16 65:18
66:19,22,24 67:6
68:4,6,12 69:12,15
70:12 72:9,15,17
73:11,20 74:3,14,23
76:4,8 77:2,5,8,15
77:18 79:14,21,22
79:25 80:3,8,17
136:19 187:11
193:5,10 198:15
208:24 219:2
221:18 223:10
228:24 229:11
230:18 231:20
232:18 238:14,15
**crediting (1)**
39:11
**creditors (6)**
3:4 7:12 82:10,14,20
240:18
**Crescent (1)**
4:7
**critical (1)**
105:12
**critically (1)**
219:16
**cross (1)**
183:10
**CROZIER (1)**
4:10
**crystal (1)**
106:24
**CSR (2)**
1:22 242:21
**currencies (1)**
80:7
**current (4)**
129:5 130:14 132:22
153:14

**currently (2)**
115:25 154:11
**Cushman (9)**
72:3 113:7,16,21
116:6 158:7,14,19
158:23
**customer (1)**
162:9
**customers (2)**
142:23 169:25
**cut (1)**
170:3
**cuts (1)**
148:2
**Cyrus (14)**
20:23 21:3 52:5,16
62:2,3 73:2,5,11,19
73:24 74:2,6 194:8

---

**D**

**D (1)**
241:13
**Dallas (1)**
4:8
**dark (18)**
104:17 112:8,12,14
112:16,18,24
113:11,23 114:22
115:8 116:6,11,18
116:21 122:10
125:25 158:5
**data (8)**
84:18 87:15,18 89:2
91:5 122:3 137:23
140:16
**date (43)**
12:4 13:7,24 14:5,8
24:17 29:8 30:12,12
30:13 36:16 41:2,21
42:5 45:24,24 59:25
61:18 64:22 69:25
81:5 106:11 108:5
114:19 128:19
133:4,8,10,14 156:5
194:21 195:10,14
197:9 201:10,21
202:3 219:15
221:24 224:25
226:25 238:3 243:2
**dated (9)**
26:3,7 82:10,14 86:17
86:20 240:8,19,21
**dates (1)**
30:17
**DAVID (1)**
5:16

day (35)
30:22 32:13,16 33:7
34:13 36:4 37:9,9
39:23 44:9 47:20
48:21 91:13 118:24
128:11 133:16
144:15 187:7 189:3
189:18 190:11
210:22,23,25
222:13 225:15
226:15,20,21 227:5
227:5 228:9 239:7
239:16 242:18
day-to-day (1)
17:18
days (29)
24:25 25:3,5 33:4
44:11 71:22 84:22
85:14 86:5 91:25
127:15 130:25
147:12,12,14
153:17 197:14
227:17,18,19 228:2
228:3,6,15 233:23
235:14,16,19,24
DC (2)
180:21 181:9
DCs (1)
182:15
de (1)
118:15
deal (11)
34:21 42:19 53:10
91:25 100:22
102:11 193:18
204:15 211:10
220:2 223:6
DEAN (1)
3:9
debate (1)
45:3
debt (37)
21:23 34:7 42:9,10
43:5 44:23 45:4,11
45:14,18,25 53:6
54:7 60:4,20 73:23
74:5 105:10 145:4
186:13,15,21 187:4
187:18,19 189:8,9
189:19,22,24 190:2
193:10 222:17,25
228:18 231:23,24
debtholders (1)
186:23
debtor (7)
1:4 57:21 75:12 89:3

198:2 201:18
233:24
debtor's (3)
201:19 229:21 235:2
debtors (33)
4:4,17 23:6,25 24:14
24:19,22 26:20 29:9
37:2,17 38:8 50:12
55:18 59:17 71:12
80:23 82:20 87:20
102:13,18 105:22
108:19,25 109:8
203:9 215:18,22,23
231:15 232:11
233:14 234:8
Debtors-in-Posessio...
4:5,18
December (28)
12:3 25:21 26:3,7,19
27:16 28:2,15 30:7
49:8 86:18,21,25
87:21,24,25 90:24
97:5 98:17 106:6
139:23 172:21
176:5,5,18 180:15
240:8,21
decide (2)
64:23 189:24
decision (1)
127:18
decisionmaking (1)
92:10
decisions (1)
140:17
deck (5)
146:3,4 167:11
181:13 241:6
declared (5)
32:13 36:4,7,12 47:25
declines (2)
65:16,17
decreasing (1)
150:15
define (2)
15:9 232:25
defined (5)
8:23,24 9:16 120:14
233:12
definitely (5)
146:10 147:4 158:14
187:25 227:11
definition (4)
8:22 232:20 233:7,17
definitions (1)
206:15
definitive (4)

25:22 26:19 40:7
131:2
definitively (5)
74:7 88:4 117:2 159:9
230:8
deliver (8)
18:12 132:11 137:13
142:22 208:18
209:4 212:7 220:24
delivered (2)
67:24 156:8
deliveries (4)
216:5,18 217:2,11
delivers (1)
220:13
delivery (2)
156:5 213:6
delta (1)
36:19
demand (2)
122:9 135:19
depend (1)
121:22
depending (4)
10:15 47:16 67:13
189:19
depends (1)
10:8
deployment (1)
121:9
deposed (1)
7:16
deposit (2)
195:12 237:22
deposition (9)
1:10 2:7 7:13 8:11,16
9:14 55:21 240:6
243:2
Depot (2)
156:13 170:7
derive (1)
219:21
describe (18)
15:14 16:10 17:25
23:6 42:14 50:7
52:10 93:20 96:10
136:2 146:18 186:7
201:4 208:10
210:16 219:5
234:11 235:18
described (8)
17:8 38:15 39:10
74:18 154:17
159:25 225:6 231:9
describes (2)
154:21 200:19

description (3)
173:8 196:17 240:4
design (3)
110:8 118:16 157:18
designatable (1)
233:8
designate (3)
126:17 233:23 234:7
designation (5)
235:7,12 236:11
237:13 238:16
designed (1)
121:10
desire (1)
110:24
detail (14)
10:9,19 14:13 18:2
48:16 93:21 115:10
115:13 121:18
134:24 137:4
145:18 174:10
175:7
detailed (2)
170:19 174:12
detailing (1)
151:11
details (6)
10:17 98:11 218:25
228:10 229:14
230:15
deterioration (2)
106:10,13
developed (3)
21:21 88:15 110:12
developing (2)
19:18 89:13
development (10)
16:12 17:6 89:8 93:22
96:17 102:5,13
136:17 140:11
142:2
deviated (2)
13:9,12
dialogue (1)
84:19
die (1)
143:16
DieHard (4)
57:17 130:17 134:3
165:12
difference (6)
98:18 118:5,21 148:6
179:11 226:7
different (17)
17:10 24:11 50:25
80:20 85:4 95:24

107:20 117:18
127:7 142:16 148:3
182:17,20 183:16
208:3,21 222:12
differential (4)
61:11,16,22 163:22
difficult (2)
47:19 91:22
digital (5)
151:22,24 152:3
154:22,23
diligence (8)
29:3,4,6 84:14 85:11
85:23 86:3 109:7
diligenced (1)
173:16
dip (25)
34:7 36:14 38:19,21
40:24 41:11,13,14
41:19 42:13,22 43:8
44:6 52:14 114:3
172:18 173:7
189:14 205:22
221:12,18,23
222:10,14,25
DIPing (1)
43:12
direct (9)
8:19 9:9 29:5 31:17
55:23 103:2 196:4
218:20 232:8
direction (4)
23:10,19 76:20
192:17
directionally (1)
163:10
directly (4)
28:8 76:22 161:20
163:18
director (6)
11:23 12:2,7,14,23
87:20
directors (5)
13:5 17:13 28:10
29:11 81:7
discern (1)
31:12
disclosing (1)
38:3
discuss (2)
11:13 33:10
discussed (5)
130:11,24 141:21
157:3 187:2 190:10
209:6 231:21
discussion (14)

22:17 40:22 62:18
63:14 75:11,16
82:10,14 162:3
203:22 209:11
212:4 230:7 240:18
**discussions (20)**
19:22 22:9,23 27:18
28:13,17 44:14,19
132:21 133:2,3,7
134:6,13,22 201:18
214:5 230:19
234:17,25
**dispense (1)**
7:19
**display (1)**
155:20
**distinct (2)**
27:7 139:15
**distinction (1)**
88:21
**distressed (1)**
105:18
**distribute (1)**
165:4
**distributing (2)**
164:25 165:7
**distribution (14)**
164:2 167:14 168:19
168:20 180:4,7,8
181:22 182:9 183:9
183:12,13,15,21
**DISTRICT (1)**
1:1
**docket (4)**
55:4,5,8 240:15
**document (56)**
8:13,18,22 9:10 25:19
25:24 26:16,17
32:17 47:18 55:2,6
55:22 56:4,7 82:6,8
82:12,23,25 83:3,9
83:15,22 86:17,20
87:3,14,18 90:4,8
90:12 91:22,23
98:10,12 100:12,14
101:5,9 102:3 136:4
146:8 154:24
178:10 203:16
204:4,23,25 206:8
224:10 232:7
240:13,16,21 241:2
**documentation (2)**
32:15 34:14
**documented (1)**
213:16
**documents (12)**

48:15 60:16 74:5,8
75:25 102:22 129:2
175:25 180:2,15
182:13 203:19
**Doe (1)**
218:4
**doing (5)**
105:17 147:24 167:22
186:5,24
**dollar (14)**
38:23,23 47:2 48:3
75:18,20 150:25
152:18 207:9,9
208:4,4 209:25
210:2
**dollar-for-dollar (2)**
34:10 36:17
**dollars (32)**
34:2 43:25 98:6
105:10 111:6
114:16 117:8 118:9
118:11,12,15 120:4
138:8 140:20
141:14 145:4 151:5
152:17 160:18
161:11,11 165:19
168:25 170:20
188:6,15 190:24
191:21 194:5,7
209:9 230:11
**dot (1)**
183:10
**double-check (1)**
206:17
**Dove (2)**
113:15 158:22
**DPO (1)**
228:3
**drastically (1)**
235:5
**draw (4)**
44:3 188:22 189:18
219:22
**drawn (1)**
222:15
**drew (1)**
142:6
**drive (4)**
105:15 132:3 141:18
173:4
**driven (1)**
109:10
**driving (1)**
141:10
**drove (3)**
51:24 125:17 213:2

**due (4)**
40:23 84:13 118:4
135:10
**duly (3)**
7:3 79:6 242:10

----

**E**

**E (10)**
4:1,1 5:1,1 6:1,1 79:2
79:2 240:3 241:13
**E&Y (1)**
153:16
**earlier (18)**
17:9,24 38:13 39:9
94:22 117:6 158:9
158:16,23 168:7,10
175:8 185:10,14
187:2 194:13 204:3
222:19
**early (7)**
24:16,25 25:3,5 27:21
36:3 106:6
**earn (4)**
143:8,10,18,20
**easier (1)**
211:6
**Ebays (1)**
152:5
**EBITDA (18)**
118:9,12 119:19,22
120:3,4,7,11,14,19
120:21 121:2,6
122:6 145:21
171:21 173:13
224:18
**echoed (1)**
213:14
**economic (1)**
163:13
**economics (2)**
100:22 152:14
**ecosystem (2)**
122:18 142:22
**Eddie (10)**
28:11 128:6,12
130:24 136:24
213:11 229:23
236:13 237:9,10
**Eddie's (2)**
127:12 136:9
**effect (2)**
129:2 238:6
**effective (1)**
152:10
**effectively (2)**
43:8 144:9

**effectuate (1)**
137:19
**effort (1)**
144:19
**Egon (1)**
127:17
**EISLER (1)**
6:20
**either (6)**
12:3 43:19 67:11
98:24 107:9 188:10
**ELBERG (1)**
5:6
**eligible (2)**
208:19,23
**email (4)**
101:7,11,16 241:5
**embedded (2)**
146:21 159:22
**emerge (1)**
135:14
**emerges (1)**
115:5
**emerging (1)**
105:8
**employee (4)**
16:19 81:24 191:10
203:11
**employees (4)**
112:15 153:5,14
154:8
**employment (1)**
153:13
**encompassed (1)**
200:25
**encompasses (1)**
149:10
**encumbered (1)**
190:13
**ended (3)**
50:8 134:21 198:20
**endorsed (1)**
132:18
**endorsement (1)**
132:19
**ends (3)**
66:23 68:2 208:2
**engage (2)**
75:9 84:19
**engendering (1)**
144:17
**enhancing (1)**
138:5
**enormous (1)**
152:16
**entered (3)**

23:4 45:17 145:16
**entire (4)**
34:21 61:14 152:11
214:2
**entirely (2)**
28:17 34:16
**entirety (2)**
52:15 77:7
**entitled (6)**
55:6 82:8,12 221:11
240:13,16
**entitlement (1)**
52:23
**entity (7)**
9:5 20:12 93:10 94:3
111:20 185:9,11
**enumerated (1)**
68:9
**equitable (1)**
209:12
**equity (11)**
21:2,16 22:21 185:15
186:10,18,19,21,25
187:2 190:2
**equityholder (1)**
20:20
**equityholders (1)**
20:22
**erroneous (1)**
198:17
**errors (1)**
243:7
**escrow (1)**
93:16
**ESL (169)**
1:10 2:7 6:4 8:11,16
8:23,24 9:16 10:3
10:11,22 11:19
16:19,25 17:11,17
18:4 19:2 20:6,19
22:6 23:9,12,14,25
24:10,13,21 25:21
26:19 27:2 33:25
36:4,7,12 47:13
48:12 49:11 50:3,12
51:8,16 53:2,6,8
60:8,20,25 61:10,23
62:4,8,12,22 63:6
63:13 64:2,14 66:16
68:17,22 69:18 70:5
70:11,24 72:20,22
73:5 74:14,20 76:4
76:6 77:17 80:22
81:24 85:18 88:25
89:19 91:9 92:11,25
93:12,22,25 96:16

JX 095-71

96:17 98:15,25
103:5,11,12,15
109:17 110:12
112:22 126:24
129:4 139:9,15
142:16 145:13
146:14,14,19
147:25 148:12
152:25 153:22
156:18,23 159:11
164:21 166:2
169:20 171:13,16
174:12 175:10,18
176:2 177:14,15,22
177:23 178:4,9
179:9 180:3,4 182:2
182:3,6 183:5,24
184:3,13,15 186:12
186:24 190:14
191:19 199:8,24
200:2,9,13 202:14
203:9,24 212:5
213:11 217:19
223:13,14 228:10
229:16,17 230:17
231:15 232:17,18
232:22 234:12,14
235:11 237:20,22
237:23 240:6
**ESL's (18)**
25:5 27:9 51:4 60:13
61:15 69:22 70:7
75:14 93:8 94:9
97:23 185:6 195:7
195:15 199:20
207:6 220:23
232:10
**ESQ (14)**
3:8,9,10,11,12 4:9,10
4:22 5:6,16,17 6:8,9
6:10
**essentially (2)**
169:4 175:11
**estate (55)**
44:4,16,17,21,22 54:9
68:9,14,16,22,25
69:24 70:6,13,16,19
71:4,7,14,15 110:2
110:10,13,18,22
111:16 113:6,24
115:3,15,20,24
116:17 117:25
119:11 121:17,19
122:15 124:8 158:3
187:18 190:12
194:6 199:4,10

200:4 202:2,5 204:2
204:11,12,17
220:16 223:5
229:18
**estimate (7)**
108:7 114:5 167:24
201:19 203:4 227:9
227:11
**estimates (1)**
158:18
**estimation (1)**
201:25
**et (3)**
1:4 4:6,19
**eTailers (1)**
170:12
**evaluating (1)**
16:4
**evening (1)**
37:23
**event (1)**
237:19
**everybody (2)**
86:4 153:20
**evolution (1)**
140:13
**evolved (4)**
87:6 91:18,20 97:23
**evolving (1)**
88:13
**exact (5)**
113:3 155:15 180:12
211:22 238:4
**exactly (11)**
17:8 48:16,18 107:3
107:21 124:21
147:23 155:22
191:14 197:10
235:21
**examination (4)**
7:7 9:12 79:9 241:16
**examined (2)**
7:5 79:7
**example (15)**
54:13 99:5,23 105:25
106:6 112:3 117:5
138:14 140:15
143:12 149:14
160:13,20 174:13
189:23
**examples (2)**
100:7 137:24
**exceed (4)**
199:14 200:21 201:11
202:24
**exceeded (1)**

197:20
**exceeding (1)**
202:9
**Excellent (1)**
77:25
**exchange (1)**
209:15
**excited (1)**
165:3
**excluding (1)**
57:17
**excuse (1)**
13:4
**execute (3)**
93:13 165:24 166:4
**executed (1)**
147:23
**executive (3)**
83:9 103:17 129:25
**executives (3)**
129:18 130:9 189:21
**exercise (1)**
48:7
**exhibit (74)**
8:10,15 11:7 26:3,7
26:13 55:2,6,12,13
56:7 68:10 82:7,8
82:12,18 86:17,20
86:25 87:12 89:18
89:20,23 91:9 92:4
92:17 98:9 100:14
100:18 101:15,18
101:19 102:25
103:2,5,8,11,13
131:9,11,13 146:4
151:9 154:13 164:6
164:8 169:7 176:6
180:16 182:4
185:25 196:3
200:18 202:7 205:6
211:6 214:13 224:5
225:7,7 229:7
230:24 232:6,9
240:5,8,13,16,21,24
241:2,5,6,8
**EXHIBITS (1)**
241:11
**exist (3)**
139:5,8 159:5
**existence (1)**
177:24
**existing (6)**
100:3 113:6 118:18
148:10 186:14
221:17
**exists (3)**

141:16 159:13 174:7
**exit (2)**
189:13,16
**expand (1)**
236:14
**expanding (1)**
132:22
**expect (4)**
18:13 131:3 185:18
225:12
**expectation (2)**
21:25 153:4
**expectations (3)**
142:11,14 144:11
**expected (5)**
151:11 164:17 201:7
201:20 228:15
**expects (1)**
153:23
**expense (2)**
111:25 151:17
**expenses (5)**
96:3 111:24 149:25
150:4 193:18
**experience (6)**
14:21 15:2 75:5
140:17 155:11
156:10
**expert (6)**
15:7,9,15,19,20,21
**experts (1)**
165:22
**expired (1)**
218:8
**explain (7)**
13:13 18:9 124:22
131:24 162:3
171:11 172:15
**explanation (1)**
198:8
**explicit (2)**
35:24 75:16
**explicitly (2)**
98:25 121:18
**extend (3)**
153:8,13,20
**extended (2)**
227:19 228:6
**extent (12)**
13:22 33:21 88:6
112:17 208:12
209:16 217:13
218:7 220:12 223:3
234:21 236:20
**externalize (1)**
165:11

**extremely (3)**
46:11 94:5 112:6

---

**F**

**F (1)**
79:2
**face (2)**
45:6 219:12
**facilities (6)**
60:9 113:16 158:22
168:19,20 231:20
**facility (31)**
57:3 58:10 59:25 60:5
60:8,14 61:9,14
62:15,17,19 63:12
64:6,25 66:17,23,25
67:7 72:10 91:17
187:12,16,23
189:20 192:11,19
193:4,5 195:18
219:17,19
**fact (11)**
17:21 45:13 46:19
113:25 118:5
128:18 135:4 147:9
154:8 222:24
236:18
**factored (1)**
173:17
**factors (2)**
110:2 119:18
**facts (1)**
243:6
**FAIL (1)**
4:22
**fair (26)**
15:6 16:2 22:24 23:13
23:15,17 27:11
42:11,17 45:17 82:5
84:8 85:22 87:11
93:5,15 97:21 116:3
117:3 128:15 185:6
195:7 200:10
209:12 214:17
216:15
**fairly (2)**
48:15 104:21
**fall (4)**
34:21 35:7 138:21
144:15
**familiar (5)**
84:4,7 87:10 146:9,12
**family (2)**
21:11 143:22
**far (20)**
10:19 13:6 27:12

38:12 96:18 108:19
128:9 129:20
134:25 137:2
147:23 149:10
158:6 160:21
161:16 174:8
193:13 198:7
200:11 227:9
**fashion (1)**
110:25
**feather (1)**
132:16
**February (18)**
104:14,19 106:15
107:2,13,16 128:12
128:18 222:2
224:19 225:23
226:8,11 227:2,3,5
227:6,20
**feel (5)**
98:12 103:24 107:7
114:10 136:3
**feels (1)**
30:21
**feet (3)**
157:16,20,21
**Feld (2)**
2:10 3:3
**felt (4)**
33:7 34:24 170:2
210:23
**Ferri (1)**
127:16
**Fifth (1)**
4:20
**figure (4)**
152:2 156:14,17
178:24
**figures (1)**
182:7
**filed (4)**
55:4,8,18 240:15
**filing (4)**
103:22 106:11 133:18
134:21
**fill (2)**
130:2,19
**FILO (19)**
59:25 60:4,8 62:14,17
62:20,21 63:12
64:12,25 66:17,22
66:25 67:6 68:2
187:21 188:2,8,20
**final (6)**
44:9,12 47:23 93:7
183:10 204:14

**finalized (2)**
90:9 91:10
**finally (1)**
36:9
**finance (1)**
28:25
**financial (5)**
19:23,24 88:21 185:7
189:21
**financials (1)**
172:11
**financing (8)**
43:4 62:8,11 70:8
85:21 189:13,16
191:24
**find (6)**
19:11 50:13 178:5,8
205:10 224:8
**finds (1)**
151:7
**finish (1)**
112:4
**firm (2)**
127:19 130:18
**firms (1)**
129:8
**first (41)**
7:3 8:21 12:10 23:24
24:13 31:12 34:6
36:13 38:20 40:24
41:9,13,18 42:9,10
42:22 43:5,12,20
44:5 53:19 99:8
100:7 103:18
106:20 108:4 110:9
119:19 120:23
123:14 131:24
154:20 173:15
177:23 182:6 185:3
205:12 211:10
222:17,24 224:14
**fiscal (6)**
151:16 177:2,11
181:2,9,23
**fit (1)**
156:17
**five (7)**
71:23 125:2,12,14
130:4 143:19
210:22
**five-year (2)**
125:8,9
**flip (2)**
151:10 169:7
**flipping (1)**
83:21

**FLOM (1)**
5:2
**Florida (1)**
115:10
**flow (5)**
112:19 121:19 132:5
149:18 166:23
**focus (4)**
112:11 136:23 196:10
237:3
**focused (2)**
137:10 237:4
**follow (1)**
217:7
**following (2)**
32:15 215:5
**follows (3)**
7:6 79:8 104:23
**font (1)**
178:12
**foot (3)**
118:19,23 183:4
**footnote (9)**
123:12 151:20,21
177:16,17 178:9,16
179:3,5
**footnotes (1)**
178:12
**footprint (23)**
49:23 50:4,9 51:6,10
99:8,13 109:19
110:7 111:2,13
112:21 118:16
121:11 124:9
154:14,21 156:20
156:25 157:18
167:20,21 183:7
**force (1)**
147:11
**forecast (25)**
16:16 104:3,5 105:20
121:14 159:18
164:22 166:11,12
166:16 167:12
168:11 171:3
175:12 181:23
221:21,25 222:4,11
222:12 225:18,21
225:24 226:8,9
**forecasted (1)**
172:10
**forecasting (4)**
148:13 153:22 175:19
183:20
**forecasts (9)**
117:25 149:6 153:2

171:12,13 181:8
194:20 219:11,12
**forget (2)**
126:17 179:13
**forgot (1)**
194:9
**form (11)**
19:13 47:24 82:18
83:15 93:7 151:3
186:18 188:2,6,8
196:5
**forma (2)**
69:7 192:4
**formal (3)**
52:4 92:23 131:3
**formally (1)**
93:3
**format (3)**
119:5,15 154:16
**formation (1)**
18:24
**formed (3)**
29:9 40:10 136:14
**forms (1)**
80:7
**forth (14)**
76:2 102:23 138:14
139:3,12,20 169:13
196:11 208:11
210:13,20,21 231:6
242:10
**forward (3)**
142:18 145:12 149:23
**found (2)**
33:9 152:6
**foundation (1)**
52:8
**four (9)**
21:4 33:4 56:15 71:23
84:22 85:14 86:5
155:5 209:23
**four-wall (1)**
120:3
**fourish (1)**
105:9
**fourth (2)**
56:3,6
**frame (6)**
27:18,21 28:7 85:13
128:16 204:12
**franchise (1)**
120:10
**free (8)**
98:12 103:24 132:4
136:4 143:23 144:6
144:9 166:22

**Friedheim (1)**
52:18
**front (3)**
47:19 49:9 195:21
**FTI (3)**
6:18,19,20
**FTs (2)**
154:3,4
**fulfill (1)**
218:10
**full (5)**
107:8 154:5 179:8,9
210:9
**fully (2)**
221:17 222:15
**function (5)**
21:20 109:25 110:5
118:7 206:13
**fund (7)**
136:17 152:16 188:12
194:4 219:23 220:6
221:6
**funded (2)**
193:3 194:8
**funding (1)**
152:23
**funds (3)**
70:4 93:14 150:23
**fungible (1)**
121:21
**Funny (1)**
78:3
**further (6)**
79:7 93:21 101:8
126:16 137:4
242:13
**future (3)**
153:24 161:9 215:23

**G**

**G (2)**
232:6,9
**gaining (2)**
33:8,19
**game (1)**
35:2
**GARRETT (1)**
4:22
**GARRISON (1)**
5:12
**gate (1)**
166:7 167:22
**gears (2)**
184:25 223:9
**GEER (1)**
6:21

JX 095-73

**GENENDER (1)**
4:9
**general (3)**
48:6,8 152:7
**generalists (1)**
127:22
**generally (8)**
49:25 94:24 98:2
116:8 132:17
146:13,19 150:11
**generate (6)**
107:11 112:18 119:17
120:2,6 123:6
**generated (4)**
43:3 108:2 114:17
198:18
**generates (3)**
118:8,12 152:14
**generating (4)**
117:17 120:11 124:7
157:22
**getting (4)**
65:25 169:9,20 232:3
**gift (1)**
190:25
**GILLER (1)**
5:16
**give (10)**
79:18 100:5 116:21
193:12 204:6
211:15 216:7,9
231:11 233:21
**given (16)**
13:10 34:23 55:20
88:25 105:2,5,13,17
107:7 128:16 144:3
144:15 154:2
231:15,25 242:12
**gives (2)**
179:7 228:21
**giving (1)**
212:15
**GLINCHENKO (1)**
6:10
**global (1)**
230:14
**go (54)**
10:15 60:11 78:9
102:20 121:2,5,20
121:25 123:15
126:13,15 135:20
143:21 147:22
148:23 151:8 154:9
164:6 168:6,24
169:10 170:2 171:2
172:6,22 176:22

177:14 178:25
179:22 180:14,15
180:24 181:13
182:2,4,5 184:3
186:3 193:25
195:22 205:12,18
205:24 206:15
211:6 214:18 224:3
224:5,14 227:24
229:6 233:6 237:17
239:6
**go-forward (15)**
49:22 80:25 81:4 83:5
83:12,18,25 84:11
84:12 93:9,18 94:2
94:6 97:23 112:20
**go-get (3)**
95:25 96:11 98:6
**go-gets (7)**
95:4,16 96:19,25
97:10,16,18
**goes (11)**
41:4 106:3,13 121:2
125:2 177:19 215:6
217:3 222:2,18
227:20
**going (54)**
7:18 8:2 17:19 20:12
27:9 29:22 35:14
44:24,25 45:4,22
48:21 50:9,15 53:14
78:4 88:24 102:21
102:23 111:9,13
113:17 117:5
118:24 119:2 124:5
125:8 126:17
142:18 145:12
147:11 149:23
150:9 168:12
170:21 171:24
175:24 176:15
178:23 179:24
181:19,21 182:14
183:20 188:17
192:9 194:9 209:13
213:9 219:15 222:7
222:25 223:4 226:4
**going-concern (1)**
85:21
**good (6)**
7:8 47:9 58:19 227:9
227:11 229:6
**goods (2)**
143:23 170:13
**Google (3)**
150:20 151:6 152:10

**Googles (2)**
152:4,5
**Gotshal (5)**
4:3,16 28:3,4 32:23
**Gotshal's (2)**
31:16 32:16
**gotten (1)**
144:21
**GOTTLIEB (1)**
6:3
**governance (1)**
13:10
**granular (1)**
48:15
**great (17)**
63:2,4,5,11,15,17,21
64:7,11,23 65:16
67:8,13 68:2 126:11
152:6 192:7
**greater (1)**
221:19
**Greg (1)**
108:17
**grew (1)**
201:16
**gross (6)**
172:13 173:25 174:3
174:16,19 175:5
**ground (15)**
57:13,14 58:5 59:2,6
59:11,19 60:7,12
61:8 62:19 157:9,12
192:11,18
**group (1)**
125:6
**grow (1)**
125:12
**grows (1)**
169:15
**growth (7)**
99:18,22 103:20
104:5,10 105:16
125:13
**guess (6)**
117:4 135:17 180:9
183:9 191:16
238:14
**guidance (1)**
19:7 23:10 102:8
**Gump (3)**
2:9 3:3 7:10
**guys (3)**
182:14 206:21 223:22

――――――――――
**H**
――――――――――
**H (1)**

240:3
**half (5)**
21:6 28:21 167:17
194:4,7
**halfway (2)**
169:11 176:21
**hallway (1)**
33:6
**HAMILTON (1)**
6:3
**hand (13)**
8:9 23:5 40:5,9,12
44:7 62:12,13 85:8
142:6 166:20
181:15 242:18
**handful (2)**
127:6 168:18
**handled (4)**
230:4,25 237:8
238:12
**handwrote (3)**
161:19 162:2,19
**handy (1)**
102:22
**happen (3)**
70:2 107:22 170:16
**happened (2)**
206:8 213:4
**happening (1)**
166:6
**happens (5)**
64:22 67:13 174:15
199:12 227:5
237:21
**happy (2)**
7:24 195:20
**hard (4)**
30:23 166:19 188:22
224:15
**HART (1)**
6:19
**Hauer (2)**
2:10 3:3
**Hawaii (2)**
155:6 157:10
**head (9)**
68:19 70:22 71:9,11
115:14 124:11
141:24 144:24
227:17
**headcount (4)**
125:20 126:3 152:25
153:23
**heading (5)**
9:11 106:10 154:13
192:16 193:2

**healthy (1)**
105:16
**hear (1)**
40:8
**heard (3)**
39:9 96:12 147:15
**hearing (3)**
33:15 35:22 40:4
**hearsay (1)**
40:13
**held (10)**
2:9 12:6,13,20 13:4,5
59:23 67:17 68:17
133:23
**help (3)**
179:4 185:23 192:9
**helpful (4)**
31:2 94:5 195:22
233:2
**hereunto (1)**
242:17
**high (2)**
34:25 43:25
**higher (2)**
99:20 118:17
**highest (5)**
30:15 32:14 36:4,8
47:25
**highlighted (1)**
137:22
**highly (238)**
1:9 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1

105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1,18 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1
**hindsight (1)**
45:23
**hire (3)**
129:7,18 130:9
**hired (1)**
165:14
**hires (1)**
175:22
**hiring (1)**

126:25
**historical (2)**
114:8 142:20
**historically (6)**
13:20 95:17 96:22,23
142:10 150:13
**hit (3)**
220:20,21 227:21
**Hoffman (8)**
84:23 85:15 147:2,13
147:16,18 173:17
184:22
**hold (9)**
11:22 61:12 62:22
64:8 72:18,20 74:4
133:22 218:3
**Holdco (25)**
8:25 9:3,18 10:4,22
20:11,18,20,22
21:15,16 22:3,13
23:5 26:4,8 27:2
34:3 36:17 41:4
43:7 185:10,15,19
240:10
**Holdco's (1)**
42:15
**holder (2)**
73:2 192:17
**holders (7)**
60:19 61:21 62:20
68:21 188:9 217:22
218:8
**holding (3)**
61:25 70:12 112:14
**holdings (8)**
1:4 4:5,18 9:8 74:11
146:3,4 241:6
**holds (4)**
60:25 61:23 73:24
133:24
**holidays (1)**
173:4
**holistically (2)**
80:6,10
**home (10)**
130:16 148:18 156:3
156:13 162:8
165:13 170:6 179:8
179:10 180:20
**homes (1)**
170:13
**honestly (1)**
130:5
**hope (2)**
128:23,24
**hopefully (2)**

31:2 229:6
**hopes (1)**
112:23
**hoping (1)**
151:6
**Houlihan (2)**
6:21,22
**hour (2)**
44:9 210:25
**hourly (1)**
154:6
**hours (1)**
36:3
**household (1)**
143:23
**hundred (14)**
22:5 43:24 99:13
107:9 111:5 112:8
113:2,10 117:7
118:11,14 120:4
150:24 152:18
**hundred-plus (1)**
118:18
**hundreds (6)**
34:2 160:17 191:21
191:22 209:8
230:10

---

**I**

**idea (1)**
236:6
**identification (10)**
8:17 26:11 55:9 82:16
86:23 89:22 100:16
101:16 146:6 205:8
**identified (3)**
9:22 10:6 98:5
**identify (5)**
31:3 58:4 98:14,19
130:7
**identifying (1)**
129:17
**ii (2)**
59:22,23
**iii (1)**
70:14
**illustrates (1)**
104:10
**ILYA (1)**
6:10
**immaterial (1)**
23:22
**immediately (1)**
106:13
**impact (13)**
112:20 117:15 122:13

126:3 135:6 141:2
151:25 166:16
173:12,13,14,21
175:5
**impediment (1)**
144:17
**implicitly (1)**
98:24
**important (4)**
45:8 112:6 219:17
236:12
**importantly (1)**
132:4
**improve (1)**
142:19
**improvement (3)**
171:10,12 228:14
**improvements (2)**
173:25 174:4
**inaccurate (1)**
56:19
**incentive (2)**
52:24 136:16
**include (7)**
8:24 29:23 49:22
96:19,25 115:25
232:17
**included (4)**
18:19 97:11 151:23
169:20
**includes (2)**
53:5 196:18
**including (4)**
9:17 80:2 95:3 162:5
**income (1)**
96:4
**inconsistency (1)**
124:2
**incorrect (1)**
46:2
**increase (1)**
96:3
**increased (1)**
198:9
**increases (1)**
169:14
**incremental (1)**
169:23
**indebtedness (2)**
221:12,17
**independent (1)**
199:9
**indicate (1)**
141:13
**indicated (1)**
24:13

**indifferent (1)**
163:15
**individual (1)**
93:12
**individually (2)**
120:7 138:24
**industries (1)**
15:18
**industry (1)**
15:21
**inexpensive (1)**
129:9
**information (7)**
14:13 40:14 108:9
113:22 116:25
139:5 159:11
**informed (2)**
51:17 135:17
**initial (3)**
16:18 132:3 198:18
**initially (3)**
50:10 91:16 198:15
**initiative (6)**
96:8,13 136:22,22
175:3,6
**initiatives (15)**
137:22 138:3,13
139:2,12,13,19,20
139:25,25 142:12
151:23 159:24
173:9,12
**innovation (2)**
160:10,24
**Innovel (11)**
130:16 131:23 132:12
134:9 156:7 162:10
168:5 169:10,14
170:24 183:7
**Innovell (2)**
54:14,17
**insights (2)**
137:24 140:16
**install (1)**
132:11
**instance (1)**
31:12
**institutional (1)**
188:9
**integrated (1)**
28:20
**integration (1)**
153:17
**intellectual (4)**
59:20 60:12 192:18
211:18
**intend (4)**

**JX 095-75**

64:11 69:14 72:17
212:21
**intended (2)**
206:12 212:7
**intends (7)**
53:25 69:12,17 70:5
72:15 73:11 159:18
**intent (3)**
25:6 27:9 220:23
**intention (2)**
130:22 198:25
**intentions (3)**
235:25 236:7,8
**interact (1)**
28:8
**interacted (1)**
27:24
**interacting (1)**
18:4
**interactions (2)**
29:20 30:4
**interest (9)**
22:19 24:14 52:12
55:19 62:7 128:2
129:10 164:25
165:22
**interested (6)**
50:4,10,15 64:16
214:6 242:16
**interests (3)**
49:13 150:9 210:5
**internally (1)**
53:19
**interpretation (2)**
206:7 232:14
**interview (5)**
94:18,25 95:9,13,14
**interviewed (1)**
127:8
**intimately (2)**
76:12,15
**Intralinks (6)**
84:13 89:2 90:14,23
91:5,7
**inure (2)**
162:15,16
**inures (1)**
136:19
**inventory (24)**
54:6,7 67:2,5,17,23
68:5 74:17,22 75:4
75:6,21 135:13
201:7 208:19
218:22 219:8,14,20
219:20,25 220:20
221:3 236:20

**invest (4)**
144:18 160:23 161:7
168:24
**investigation (1)**
94:20
**investing (1)**
136:11
**investment (3)**
121:23 151:2 184:6
**investments (7)**
1:10 2:7 6:4 8:12,16
161:4 240:7
**invited (1)**
13:25
**involved (12)**
25:15 27:3,5,13 76:12
76:15 133:6 136:24
217:15 230:15
231:2 238:21
**involvement (4)**
17:17,21 18:3 81:8
**IP (14)**
57:16 59:4,5,7,11
60:7 61:8 190:19
192:11 211:10,14
211:23 213:21
214:12
**IP/ground (1)**
57:2
**irrelevant (1)**
195:5
**irrespective (1)**
108:3
**issue (33)**
23:20 33:6,8,11,12,13
33:15,18,22,23
34:17 35:6,10,15,19
35:23 36:25 37:13
37:19 38:12 39:4,10
39:13,17 40:3 74:8
79:13 118:21
135:16,18,19
192:20 237:7
**issued (1)**
191:2
**issues (3)**
23:23 198:11 227:16
**issuing (1)**
187:16
**item (15)**
51:11 68:10 83:4
131:18 132:3
135:21 148:20
150:7 160:23
176:19 200:20
208:14 217:17

224:18 226:5
**items (8)**
51:22 132:11 149:21
208:16 210:13
217:4,14 230:24
**iv (2)**
72:7,8
**ix (2)**
209:22 210:14

---

**J**

**JAMES (1)**
6:8
**Jane (1)**
115:14
**January (14)**
1:14 2:4 89:21,25
90:2,8 101:7,9,11
101:15 106:7
240:25 241:5
242:18
**JENNIFER (1)**
4:10
**Jim (3)**
77:21 82:6 103:10
**job (3)**
1:23 127:9 137:2
**John (2)**
3:10 218:4
**joined (1)**
85:2 228:9
**joint (2)**
188:11 219:18
**JOSEPH (1)**
3:11
**JR (1)**
3:9
**July (2)**
227:18,21
**June (1)**
107:17
**junior (18)**
34:7 36:14 38:20
40:24 41:14,19
42:12,22 43:8,12
44:6 52:14 114:3
186:16 189:9,14
222:14,25

---

**K**

**K (2)**
205:19 206:22
**K-A-W-A (1)**
192:23
**K-Mart (2)**
104:23 143:21

**Kamlani (270)**
1:12 2:9 7:1,2,8 8:1
8:13 9:1 10:1 11:1
12:1 13:1 14:1,19
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
26:12 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1,3
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1,2
51:1 52:1,21 53:1
54:1 55:1,10 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
76:3 77:1 78:1 79:1
79:5,11 80:1,12
81:1 82:1,17 83:1
84:1 85:1 86:1,24
87:1 88:1,10 89:1,6
89:23 90:1 91:1
92:1 93:1 94:1,12
95:1 96:1 97:1 98:1
98:10 99:1 100:1,17
101:1 102:1,20
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
114:17 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1,23 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1,7 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1

175:10 176:1 177:1
178:1 179:1,24
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1,9 206:1
207:1,24 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1,19
238:1 239:1,12
240:1 241:1,17
242:1
**KANE (2)**
3:10 196:3
**KAREN (1)**
5:17
**Kawa (1)**
192:23
**KCD (10)**
134:2 211:10,14,19
211:25 212:8,15
213:7,21 214:11
**keep (7)**
102:22 150:9 157:18
192:9 220:17
234:15,19
**Kenmore (24)**
57:17 130:17 134:3
155:18,19 159:16
159:19 160:3,4,10
160:12,18 161:15
161:22 163:4,5,16
164:9,12 165:2,8,12
165:23 167:15
**kept (3)**
88:12,17 217:6
**key (5)**
85:20 152:13 173:9
182:7 227:25
**kind (2)**
166:4 170:5
**KING (1)**
5:17

JX 095-76

**kitchen (7)**
155:17,21,23,25
156:3,6,7
**knew (1)**
35:7
**know (134)**
7:10 9:4 12:4 13:16
18:16 19:14 20:18
20:25 24:4 33:12,15
33:16,17 35:11,18
40:18 46:21,22
49:16 50:8,20,21,24
53:13 54:5,8 56:19
58:8 59:9,10,13
60:24 61:19,21
62:24 63:17 64:2,7
64:19 65:7,15 66:8
66:8,12 68:18,20
69:22 70:20,23
71:10,12,16,18 73:4
73:21,25 74:5 76:22
76:23 77:10 83:23
90:7 91:8,11 93:2
95:7 97:14 98:6
101:7 102:16
104:12 105:25
106:4 107:8 109:7
111:9 113:3,19
114:24,25 116:5,20
118:23 124:12
127:24 133:5
136:10,13 145:19
147:21,25 157:12
158:9 159:10 160:8
161:16 166:7,24
171:14 172:23
173:19 174:8,13,24
178:22 179:6 180:3
180:11,12 188:4,5
197:21 198:3 199:5
199:6,7,17 200:4
204:16 205:2
206:21 212:13,20
213:3,8,25 230:2,5
232:24 234:18
236:12,15 237:11
238:4
**knowing (1)**
192:16
**knowledge (28)**
10:10 13:25 14:3
57:20 58:3 63:10,22
69:3 70:10 73:18
89:12,16 90:4 96:20
110:11 132:20,25
134:7 156:9 165:5

199:11 215:15,17
215:20,21 216:2
231:17 234:5
**knowledgeable (2)**
10:12,23
**known (4)**
20:8 21:10 46:4
235:16
**Korn (1)**
127:16
**KUNAL (6)**
1:12 2:8 7:2 79:5
239:12 241:17
**Kureshi (1)**
7:9

_____
L
_____

**label (1)**
189:12
**labeled (14)**
80:24 83:5 86:18,21
100:12,14 131:14
146:3,5 164:9
214:22 240:22
241:2,6
**Ladley (1)**
108:17
**Lampert (30)**
11:15 19:17,20 23:11
23:19 25:7,9,11
26:6,10,25 28:11
76:20,20,24 77:11
86:11 89:13 92:10
92:14,23 93:10,11
128:9 230:20,25
237:12 238:12,20
240:12
**Lampert's (2)**
18:23 19:10
**land (1)**
44:12
**landed (2)**
211:2 235:23
**landing (1)**
231:8
**landlord (2)**
157:11 236:21
**landlords (1)**
234:17
**landscape (1)**
229:2
**large (3)**
92:13 164:24 186:19
**largely (9)**
109:10 147:20 160:14
163:24 172:25

183:4 190:13
212:12 229:23
**larger (4)**
122:19 167:21 168:19
198:21
**largest (3)**
73:2 163:25 225:5
**late (1)**
27:20
**latest (1)**
221:25
**law (1)**
213:2
**lawyers (11)**
10:18,21 37:22 40:20
185:8 205:2 212:12
213:17 214:16
216:9 230:5
**Lazard (9)**
26:5,9 28:3,5,18
32:24 50:25 97:25
240:10
**LC (1)**
189:20
**LCs (1)**
187:10
**lead (7)**
23:14 26:23 28:14
188:11 214:25
219:19 229:23
**lead-in (1)**
215:7
**leadership (3)**
130:12,14 174:22
**leading (3)**
23:11 27:6 30:6
**leads (1)**
169:19
**learn (2)**
39:2 108:24
**learned (1)**
32:18
**learning (3)**
137:23 140:24 141:9
**lease (11)**
57:3,13 61:8 62:19
110:3,4 157:12
192:11,18 233:8
238:16
**leaseback (1)**
111:23
**leases (22)**
57:14 58:6,8,11,13,15
58:17 59:2,6,11,19
60:7,13 233:16,23
234:7,15,20,22

236:4,17 237:3
**leasing (1)**
111:19
**leave (3)**
19:8 129:6 160:19
**Leaving (1)**
67:8
**led (4)**
136:8 230:19 231:7
235:19
**Leena (1)**
108:17
**left (9)**
37:23 50:18 55:25
145:6 160:21 177:8
187:12 189:11
202:5
**legal (6)**
199:16 212:19,22
213:25 214:2
218:10
**lenders (6)**
5:3 21:18 22:3,10
189:23 194:14
**lesser (2)**
197:2,3
**let's (67)**
8:5 17:14 25:3 30:13
31:11 42:2 53:19
54:25 56:24 59:22
68:8 72:7 78:9
80:19 82:6 86:16
89:17 98:8 100:11
101:13 102:20
113:11 119:21
124:11 126:13
131:7 135:20 136:7
140:15 146:2
153:24 164:6
167:17 168:4 169:7
171:2,3 179:22
180:14,15 181:12
182:2,4,5 184:3,24
186:3,9 187:5 190:7
192:6,12 205:4,9,10
211:5,8,9 214:18
216:3 221:9 223:9
224:3,5 229:5 233:3
237:17
**letter (18)**
25:22 26:3,7,20,23
27:7,13,15 28:2
30:7 49:8,9,15 50:3
153:7,10 217:25
240:8
**level (12)**

10:8 114:25 115:10
115:13 119:5 135:6
137:4 145:18
170:18 173:24
206:12 220:19
**leverage (1)**
131:22
**levered (1)**
228:12
**LEWIS (1)**
6:9
**LG (5)**
160:8,15,15,18 162:3
**liabilities (51)**
34:3,5,11 36:19 38:24
39:12 41:6 43:23
44:7,15,21 45:9,13
45:20 46:5,8,13,19
47:3,10,18,22 48:10
48:13,16 80:9 190:4
190:8,21 196:6,11
196:17 198:12
199:2,4,10,13
200:12 205:15
209:9,14,18 210:2,9
210:12 217:21,22
218:15 222:10,23
223:6
**liability (9)**
41:9 47:20 48:3
190:22,25 202:4
217:18 218:3,5
**Liberty (1)**
6:6
**lie (1)**
121:23
**lien (30)**
21:17,23 22:3,9,20
34:6 36:13 38:20
40:24 41:13,18 42:9
42:10,22 43:5,12,20
43:21 44:5 54:7
72:8,9,10,16,25
73:12 74:15,23
222:17,25
**lienholder (1)**
22:18
**lienholders (2)**
20:24 21:13
**lifecycle (1)**
162:12
**light (1)**
213:18
**LIMAN (1)**
6:9
**limited (1)**

236:11
**limits (1)**
55:20
**line (21)**
72:9 104:17 123:19
128:7 148:20 150:6
166:12 176:19
177:19 189:12
224:18 226:5
241:20 243:8,10,12
243:14,16,18,20,22
**lines (1)**
188:24
**linked (2)**
143:15,25
**liquidity (24)**
100:13,15,19 102:5
102:14,25 103:13
104:3 112:19
121:13 122:23
123:11 145:7 164:7
166:11 167:3 169:8
171:2 176:10
185:21 224:6
225:17 229:5 241:3
**list (2)**
110:12 215:6
**listed (2)**
10:14 227:8
**lit (10)**
115:9,25 117:15,23
118:4 119:13,25
122:10 125:21
158:4
**literally (3)**
132:13 142:6 155:21
**little (6)**
102:23 122:16 169:10
170:2 179:25 211:5
**live (1)**
143:16
**lives (2)**
142:25 143:11
**living (3)**
121:21 160:25 161:12
**LLC (2)**
20:11 185:11
**LLP (1)**
2:10
**loan (20)**
57:3,15 59:3 61:8
68:9,14,17,22 69:24
70:6,13,17 71:8,15
72:9 187:21 188:2,8
188:20 194:6
**loans (1)**

113:6
**locations (4)**
111:20 117:23 124:20
155:5
**lock (1)**
229:24
**lockdown (1)**
91:17
**logical (2)**
165:21 167:19
**logistics (4)**
132:8 156:6 162:11
181:17
**Lokey (2)**
6:21,22
**long (5)**
30:22 86:5 122:18
210:23 211:3
**long-term (1)**
187:19
**longer (2)**
28:22 97:4
**look (49)**
9:21 54:11 55:10
56:11,24 80:5,10
83:2 87:3 98:12
103:25 104:7
123:23 125:6
130:14 136:4,7
137:21 148:16,24
151:15 155:23
158:10 160:21
164:8 171:3 172:13
172:15 176:19
177:2,10,16 185:22
185:24 187:8 200:2
200:7,17 203:12
207:2 209:21 211:8
216:3 217:10
224:15 225:17,20
227:16 233:21
**looked (2)**
55:13 141:12
**looking (22)**
47:11 56:10 90:7
107:24 109:18
116:15 130:9
131:17 138:19
150:12 161:14
178:5 179:2 182:17
187:12 206:7
211:17 213:12
216:14 227:2
232:14 234:23
**looks (6)**
87:9 146:9 151:16

155:17 166:21,23
**loop (1)**
100:23
**lost (2)**
117:23 119:13
**lot (9)**
25:14 84:3 101:23
149:20 152:22
170:15 204:24
210:21 215:7
**lots (2)**
23:22 125:25
**Lowe's (2)**
156:12 165:3
**lower (4)**
46:3 198:2,4 201:15
**lucrative (1)**
154:10
**lunch (2)**
78:5,7

———————

**M**
**machine (1)**
137:23
**magazine (1)**
144:8
**magazines (2)**
144:6,7
**magnitude (2)**
69:5 116:10
**mainframe (1)**
141:6
**major (5)**
130:15 144:21 160:5
173:4 194:8
**majority (4)**
20:19 73:9 186:19
191:11
**making (6)**
51:8 52:13 137:11
174:17 177:8
209:11
**management (16)**
16:14 17:18 18:5,8,15
19:7,8 96:4 98:3
100:4,4 137:12
141:22 148:9,10
175:15
**MANGES (2)**
4:3,16
**manner (1)**
209:19
**manufacture (1)**
160:11
**manufactured (1)**
33:12

**manufacturing (1)**
160:17
**March (5)**
16:23 17:4,22 107:2
165:9
**margin (14)**
135:5 145:21 163:20
163:25 171:9,12
172:13,14,18
173:25 174:3,16,20
175:6
**margins (2)**
173:7,14
**mark (15)**
1:22 2:11 7:4 26:2
54:25 82:6,8 86:16
89:17 100:11
101:13 146:2 205:4
242:5,21
**marked (16)**
8:10,17 26:10 55:8
82:15,17 86:22,24
89:22 92:17 100:16
101:16 146:5 205:7
228:13 241:11
**market (8)**
114:21,24 122:9
156:10 157:8,19,24
236:4
**marketing (14)**
140:18 149:25 150:4
150:14,19 151:4,15
151:17,22,23,24
152:3,17 161:22
**marketplace (2)**
132:17 155:13
**marquis (1)**
144:21
**marriage (1)**
242:15
**MARSHALL (1)**
6:20
**MasterCard (1)**
136:15
**material (11)**
23:20 55:2,7,16 90:6
100:24 163:23
195:24 211:7 229:8
240:13
**Materials (3)**
82:10,14 240:19
**math (1)**
222:3
**matter (3)**
22:10 234:4 242:16
**matters (1)**

10:5
**maturity (1)**
187:20
**MEAGHER (1)**
5:2
**mean (14)**
12:15 13:13 19:25
20:2 41:2,13 72:5
91:8 95:24 103:5
154:23 178:14
191:23 204:22
**Meaning (1)**
163:19
**means (5)**
15:11 41:5 43:22
223:4 233:13
**measuring (1)**
156:16
**mechanic (1)**
209:13
**mechanics (5)**
42:19 61:19 63:15
205:3 238:5
**mechanism (2)**
42:13 210:10
**meeting (8)**
13:15,18,18 83:3 85:2
85:8,9 108:11
**meetings (7)**
13:6,23 14:2 85:17,23
86:3,12
**Meghji (1)**
50:22
**member (20)**
14:14 16:4 17:12,16
17:23 19:21 20:9
21:9,10 31:3 81:7
81:12,17,21,23
88:11,16 89:7 94:13
143:8
**members (18)**
28:9,24 29:20 30:5,20
31:4 32:22,24,24,25
37:21 84:25 127:8
129:5 140:16
142:23,24,25
**memory (3)**
31:13 48:18 58:18
**Mensa (1)**
217:6
**mentioned (7)**
28:18 38:13 65:23
79:11 121:8 193:21
238:10
**met (2)**
86:2 144:10

**Miami (1)**
13:15
**MICHAEL (1)**
6:17
**middle (7)**
83:17 143:22 182:8
183:8,11 216:25
224:16
**midmorning (1)**
32:18
**MIII (7)**
28:6,19,20,24 97:25
98:3 222:11
**Milbank (1)**
52:19
**mile (4)**
182:8 183:8,10,11
**million (154)**
43:18,24 57:2,12 58:2
58:7,9 59:8,14
60:11 61:3,6 62:17
62:23 64:4,6,9,12
65:19 66:17 67:11
67:11,12,12 68:12
69:9 71:20 72:19,21
99:25 110:21 111:3
111:5,7,11,15
114:14 115:19,23
116:16 117:7,9,24
118:8,9,11,12,14
120:4,22 123:7
124:7,18,24 125:16
137:17 140:20
141:5 145:8 147:17
148:8 151:12,17,22
164:17 165:16
166:16,17,23 167:4
167:6,8,9,12 169:15
169:23,25 170:3,4
171:22 177:3,7,19
178:19 179:12
180:25 181:12,24
182:24 183:6 184:7
184:9 187:11,15,18
187:22,23,25 188:5
188:15,20 189:4,7
189:13,21 190:16
191:4 192:7,8,10,13
192:21 193:3,6,8,15
193:23 194:5,7,15
195:9,11,13 196:18
196:21 197:5,20
198:10 199:14
200:21 201:11
202:9,18,25 203:3
206:16 207:2,17,18

221:20 222:4,14,16
224:20 225:6,21,24
226:9 227:9,13
228:21 231:8
237:22 238:7
**million-odd (1)**
209:4
**millions (6)**
34:2 141:14 160:17
191:21 209:8
230:11
**mind (3)**
128:14 164:21 185:20
**mini (1)**
168:18
**minimize (1)**
235:8
**minimum (6)**
105:14 145:7 219:7
228:19,22,23
**minor (2)**
52:9 102:2
**minority (1)**
20:21
**minus (7)**
22:6,6 103:20 104:6
108:6 119:19,22
**minute (6)**
9:20 20:11 65:3
101:21 184:3
196:10
**minutes (1)**
232:5
**missing (3)**
179:2,5 193:16
**misspoke (1)**
103:10
**misstates (3)**
39:7 42:24 140:5
**mistaken (1)**
123:13
**misunderstood (1)**
17:24
**mix (1)**
188:14
**Mm-hmm (1)**
187:14
**Mo (1)**
50:22
**model (7)**
102:6,10 157:23
174:9,13 188:19
225:15
**modeled (1)**
227:4
**modeling (1)**

94:6
**Moelis (9)**
84:24 90:18 93:21
102:6,16 108:2
124:5,10 159:13
**moment (8)**
22:25 67:9 87:2 88:10
123:16 155:2 194:2
225:3
**Monarch (1)**
172:3
**monetize (2)**
114:7,11
**monetizing (1)**
114:9
**money (2)**
120:16 157:9
**month (10)**
84:23 106:21 122:24
123:20 143:21
144:8 225:2,23
226:8 227:3
**monthly (2)**
16:16 224:12
**months (10)**
107:22 108:4 113:18
113:18 116:7
140:12 141:21
166:7 168:16
235:20
**morning (2)**
7:8 32:21
**morphed (1)**
91:13
**mortar (1)**
103:19
**motivations (1)**
236:14
**move (8)**
59:22 72:7 79:21
80:19 171:21,24
214:17 233:3
**moving (4)**
51:22 62:14 101:24
150:10
**multiple (2)**
97:24 100:21
**Munjal (1)**
108:17

_____

**N**

**N (8)**
4:1 5:1 6:1 79:2,2,2
217:18 241:13
**Nadal (1)**
141:24

**name (4)**
7:9 218:3 243:1,3
**names (3)**
20:25 127:22 144:23
**Nancy (1)**
217:18
**NATALIE (1)**
6:22
**national (1)**
164:24
**nature (5)**
14:6,12 18:3 35:23
40:10
**necessary (2)**
156:24 212:7
**need (20)**
7:23 25:20 38:4 65:15
65:20 67:23 102:9
104:3 114:21
116:20 140:19,21
141:5 168:12
170:12 177:16
185:23 197:16
219:22 234:16
**needed (5)**
45:21 66:11 114:18
137:13 219:13
**needle (1)**
171:24
**needs (8)**
61:17 69:24 96:5
129:18 192:5,11
210:8 233:24
**negative (18)**
104:18 105:4,19
106:17 107:11,13
107:16 108:12,21
109:14,16 120:7,11
120:14,15,20 122:6
149:18
**negotiating (6)**
59:16 75:13 102:8
230:3 233:14 236:2
**negotiation (14)**
29:4 33:25 34:12
44:10,13 198:19
200:11 202:17
203:21 208:13,15
210:17 211:4 222:8
**negotiations (42)**
23:8,11,18,24 24:6,7
24:20 27:3,6,14
46:24 47:16 52:3
57:22 75:24 76:5,11
76:13,17 191:6
201:13 203:8 206:9

210:6 212:5 213:4,5
214:11 217:15
219:6 223:13
229:16,25 231:2
232:23 234:4 235:3
235:19 237:8,12
238:11,19
**negotiator (2)**
23:14 185:5
**neighborhood (1)**
99:24
**net (2)**
220:25 238:6
**network (7)**
122:14,19,20 127:12
131:23 132:9 134:9
**never (5)**
97:12 168:20 176:11
216:9 220:22
**new (46)**
1:1,13,13 2:3,3,10,11
2:14 3:7,7 4:21,21
5:5,5,15,15 6:7,7
21:11 93:8 99:7,7
100:4 110:7 118:16
119:5,15 121:10,10
126:25 127:5
128:22,23,24 130:9
130:12 137:5
142:16 145:14
157:9,17 171:13
175:22 242:3,4,8
**Newco (48)**
34:9 112:8 114:5,20
116:11 117:25
126:25 127:4
128:14 129:16
130:2,8 131:4,6,14
135:7 137:6 138:2
139:15 140:2,2
142:19 153:9,12
159:18 161:11
166:3 168:25
186:18 202:4,14
203:9,12,23,24,25
204:18 210:3,8,19
211:17,22 212:9,15
213:22 214:12
217:20 235:12
**Newco's (4)**
122:14 189:10 204:7
204:20
**newspapers (1)**
144:14
**night (1)**
222:3

**non-credit (1)**
80:14
**nonconveyable (1)**
180:9
**nondebtor (1)**
212:2
**nonpayroll (1)**
148:25
**normal (1)**
135:15
**North (1)**
193:15
**Notary (4)**
2:13 7:4 239:19 242:7
**note (2)**
72:10 112:6
**noted:6:20 (1)**
239:9
**notice (6)**
8:11,15 9:14 123:24
124:3 240:5
**notion (1)**
236:24
**November (18)**
12:3 27:17,21 80:25
82:2,11,15 83:18
84:21,23 85:16
87:13,24,25 90:25
147:2,10 240:19
**November-Decemb...**
107:14
**novo (1)**
118:15
**number (67)**
48:19 49:14 55:5 56:9
57:13 58:22 67:20
67:22 69:9 83:4,10
99:10,12 106:16
108:13,21 109:2,5,9
109:17 111:12
113:2,3,12 119:4
123:5 124:20
125:17 149:10
150:8 153:25
154:15 156:19
158:14 159:7
166:22 167:5,7
171:21 174:2,6
177:11 179:15
180:13,25 189:6
192:13 193:17
194:9 196:21 197:2
197:4,10 198:9,20
201:15 208:19
216:7 218:4 220:21
220:22 222:5 235:6

235:11,13,17 240:4
**numbers (18)**
18:10 22:7 45:6 100:2
161:24 165:19
172:16 186:4,12
191:14,16 192:14
194:10 201:23,24
216:10 221:2 223:8

---

**O**

**O (3)**
79:2,2,2
**oath (1)**
124:16
**objection (14)**
30:8 39:6 42:23 52:7
82:3 91:3 98:21
140:4 199:15 200:5
203:15 204:22
207:15 212:18
**objective (2)**
96:7 221:5
**obligated (3)**
74:2 153:12 204:8
**obligation (18)**
41:20,24 42:4 65:19
199:20 200:3,3,14
201:25 203:11,14
203:17 204:20
207:6 211:19
214:23 215:2
216:17
**obligations (20)**
42:21 59:23 72:11,16
72:25 73:8 74:16,24
105:11 145:5
199:25 202:8,13,19
202:23 203:5,12
207:8 218:11
228:19
**obviously (1)**
117:8
**occasion (2)**
51:2 95:12
**occur (2)**
13:18 50:20 61:17
**occurred (3)**
13:21 24:6 31:14
**Och-Ziff (2)**
22:18,22
**Ochs-Ziff (1)**
192:12
**October (7)**
13:16 27:8,16,20
30:11 106:10
172:19

**odd (1)**
33:9
**OEM (2)**
161:7,23
**OEMs (2)**
160:9,11
**offer (3)**
30:12,13 77:17
**offers (5)**
118:7,10 153:8,13,20
**offhand (1)**
88:8
**office (11)**
34:16,24 39:23
108:11,14,16 129:5
176:22 179:8,11
180:20
**officer (1)**
129:8
**officers (1)**
28:16
**offices (6)**
2:9 31:16 32:17,23,25
33:3
**official (6)**
7:11 12:4 82:9,13,20
240:16
**okay (67)**
7:18 8:3 9:9 10:20
11:2 14:10,12,18,24
15:23 17:25 20:10
22:8 23:21 25:10,18
27:17,22 28:12
30:16 41:14,24
43:15 48:20 49:7
50:23 56:22 62:3,14
63:9 64:2,18 65:5
65:15 66:11,21 82:5
84:8 87:11,19 88:2
88:5 89:12 90:7
96:15 109:12
119:21 126:19
177:7,14 182:21
183:14 184:24
186:2,8,11 187:6,9
192:24 197:8
207:22 217:7 221:4
223:22 227:15
229:5 234:2
**old (1)**
116:8
**once (9)**
31:15,18 71:23 115:5
135:13 172:8 213:2
224:10 228:10
**ones (2)**

134:11 238:23
**ongoing (1)**
22:23
**online (2)**
164:16 178:20
**open (5)**
118:15 119:15 157:6
157:7 235:4
**opened (2)**
155:5 156:21
**operate (1)**
209:23
**operates (1)**
38:22
**operating (4)**
96:4 149:18 228:14
236:17
**operational (1)**
18:11
**operations (4)**
106:20 130:13 180:22
181:9
**opex (3)**
138:8,10,11
**opportunities (3)**
18:7 121:23 142:3
**opportunity (3)**
79:15 110:6 157:15
**opposed (7)**
27:3 117:10 124:19
125:16 200:13
226:7 237:9
**optimization (2)**
174:3,5
**orange (1)**
183:18
**oranges (1)**
182:19
**order (26)**
45:16 69:4 85:19
90:19 96:6 102:19
106:19 114:21
116:7,9,21 117:23
129:22 137:13,18
141:6 143:3 155:25
193:4,9 202:19
211:19 212:8,14
219:23 236:3
**ordered (3)**
71:3,21 72:4
**ordering (1)**
135:12
**orders (1)**
201:8
**ordinary (1)**
53:2

**organism (1)**
121:22
**organization (6)**
95:22,23 137:14,16
137:20 152:12
**orient (2)**
205:13 233:7
**originally (2)**
125:3 197:18
**outcome (3)**
120:24,25 242:16
**outfits (1)**
150:21
**outlay (1)**
169:5
**outlets (1)**
163:6
**outlined (2)**
11:7 155:4
**outlook (1)**
98:16
**outset (2)**
195:23 205:22
**outside (5)**
11:15 52:4,25 127:19
130:18
**outstanding (11)**
34:7,8 42:13 43:5
61:13 187:10
188:18,21 221:12
221:22 222:17
**overall (6)**
73:7 116:15 122:14
136:12 157:21
173:18
**overnight (1)**
170:6
**overriding (1)**
204:9
**owed (1)**
203:11
**owned (2)**
160:7,8
**owners (1)**
18:14
**ownership (3)**
21:14 22:2 185:15
**owns (5)**
62:24 63:2,3 68:24
73:3

---

**P**

**P (8)**
4:1,1 5:1,1 6:1,1
217:4,12
**p.m (3)**

JX 095-80

37:24 79:3 239:9
**PA (6)**
217:18,20 218:3,5,8
218:15
**pace (2)**
115:3,6
**package (1)**
33:24
**page (141)**
9:10 55:24,24 56:4,6
56:7,8,9,9 83:2 84:5
98:9 103:16 104:7
123:11,15,18,23
124:2,2 131:7,10,11
131:13 135:20,21
136:7 137:21,23
138:14 139:3,12,20
140:9 147:9 148:16
148:18,23 149:7,12
151:10,11 154:12
154:14,17 155:4
157:25 158:2
159:15 160:2,20
161:21 162:2
164:10,11 166:19
168:6 169:11 171:3
171:5 172:8,10
173:8 176:3,7,17,21
177:15 178:9,13,15
180:18,19,19,20,24
182:6,6,7 183:2,4,7
184:4 186:3 187:13
196:5,5,8,12 205:11
205:12,13,14,19,21
206:20 207:2 211:9
211:12 212:16
214:21 216:7,9,20
216:22 217:8,17
218:17,21 221:10
224:11,14,16
225:17 226:4,12,18
226:19,22,23 227:7
227:15,24,25 229:8
229:9 232:6 233:6,8
233:9 240:4 241:16
241:20 243:8,10,12
243:14,16,18,20,22
**pages (8)**
83:10,21 84:3 93:16
161:14,15,16
226:16
**paid (2)**
221:16 237:23
**paper (2)**
119:7 142:7
**paperless (1)**

155:14
**Par (1)**
62:7
**paragraph (4)**
8:21 56:12 200:19
202:6
**paragraphs (1)**
9:13
**parcel (2)**
160:16 226:22
**parcels (3)**
110:13,18 122:15
**Park (2)**
2:10 3:5
**part (32)**
29:3 33:23 34:4,12,19
37:3 43:6 52:15,23
105:12 112:9
116:15 118:4
142:18 146:13,19
154:5 157:16,21
160:12,16 162:19
165:20 182:23
187:4 189:8 193:9
198:23 208:16
214:21 225:5
226:22
**participate (1)**
14:2
**participated (1)**
94:18
**participating (1)**
85:3
**particular (16)**
11:4 48:7 55:23 58:5
101:5 124:19
127:25 130:8
131:17 162:4 164:7
172:7 196:9,16
216:4 229:8
**particularly (3)**
92:13 160:24 238:21
**parties (11)**
134:7 143:5 150:20
164:20 165:7 219:6
233:16 234:9 236:4
236:5 242:14
**partners (5)**
100:23 142:5 143:6
144:18 161:7
**partnership (8)**
136:14 140:10 143:13
144:4,20 150:22
161:23 168:23
**partnerships (8)**
143:5,7 144:12,22

145:15,19,22,25
**party (7)**
70:8 164:9,12,16
169:14 191:24
233:25
**pass (1)**
124:12
**path (1)**
141:7
**pattern (1)**
104:24
**PAUL (2)**
4:9 5:12
**pay (5)**
42:8 43:4,11,19 44:5
**payable (9)**
191:8 225:20 227:8
227:17,18 228:2,6
228:15,24
**payables (7)**
200:20 201:2,5,6,10
201:20 224:25
**paying (3)**
53:9 144:2 220:15
**payment (2)**
193:8 204:19
**payments (3)**
203:24 204:8,21
**payroll (1)**
148:24
**pays (2)**
119:19 121:6
**PBGC (2)**
212:14 213:7
**pen (1)**
93:3
**pencil (1)**
142:7
**Pennsylvania (1)**
155:7
**pension (4)**
6:17 105:11 145:5
228:19
**people (10)**
25:14 34:24 86:6
106:23 125:11
127:13 129:9
143:13 144:5
170:14
**peoples (1)**
170:13
**percent (20)**
21:4,7 22:5 51:15
60:9 103:20 104:6
104:19 105:5,20
106:17 107:11

108:6,13,21 109:14
109:16 166:14
172:18,20
**percentage (7)**
21:2 60:25 62:21 73:7
116:17,22 172:14
**perfect (3)**
8:4 157:8 185:24
**performance (5)**
103:21 105:21 108:5
142:20 228:14
**performed (3)**
85:12 142:10,14
**period (38)**
13:16,20,21 14:16
19:2 24:10 25:6,12
26:24 30:23 50:2
83:17 86:10 87:7
89:9,15 91:14 94:14
104:14,16 105:3,22
147:3,5 161:5,25
191:9 210:9,22
217:19,23,24 218:8
233:22 234:24
235:8,9 236:3
**permanent (1)**
118:21
**person (4)**
10:22 13:23 35:4
86:14
**personal (1)**
170:17
**personally (2)**
20:2 133:6
**perspective (5)**
213:19 214:8,9
234:12 236:17
**petition (10)**
13:7,24 14:5,8 24:17
29:8 105:22 133:8
133:10,14
**pharmacy (2)**
208:25 219:3
**phone (4)**
6:17 13:23 218:4
239:5
**phrase (1)**
129:15
**pick (3)**
124:12 137:24 202:4
**picked (1)**
124:13
**picking (1)**
227:12
**piece (29)**
37:7 60:23 61:13 63:2

63:3,12,19,23,25
64:13,17,21,21,24
65:17 66:16 67:8,14
68:3,24 69:18,23
70:6 73:3,12,24
74:4 142:7 187:3
**pieces (1)**
101:24
**Pierre (1)**
133:21
**PIK (1)**
72:10
**pitching (1)**
142:3
**place (19)**
13:11 31:15 46:24
52:3 62:19 128:22,23
128:24 129:3
134:14 146:25
154:7,11 157:19
189:25 208:15
209:13 210:10
221:6
**placed (2)**
55:21 182:9
**places (2)**
143:8,9
**plan (196)**
15:4 16:5,16 18:6,9
18:13,17 19:9,23
80:22,25 81:4,9,14
81:18 82:2 83:6,13
83:19,25 84:11,13
84:18,21 85:7,12,19
86:19,22 87:2,6,13
87:21,22 88:13,21
89:3,19,21,25 90:13
90:16,20,22,24,25
91:2,4,10,15 92:4,6
92:12,16 93:7,8,18
93:23,25 94:2,6,8
95:19,20 96:16,17
96:18 97:6,8,16,18
97:22,24 98:7,15,18
98:23,25 99:2,6,11
99:11,16,21 100:10
102:21,24 103:3,6,9
103:12,15 104:2
107:4,5,24 109:11
109:17 110:17,20
111:15,18 115:18
117:16,21 119:10
120:18 121:13,14
122:2 124:23,25
125:4,8,11,12,14
126:24,24 128:20

JX 095-81

129:12,15 131:8
137:5,10 138:2
139:9,15,16,24
140:3 142:17
145:14,22 146:14
146:19,21,23,24
147:16,25 148:5
149:2 151:9 153:3
154:10 156:19,24
157:4 158:2 159:12
159:17,22 160:2
161:3,6,10,13 166:3
168:6 169:21 172:6
173:18,23 174:25
175:10 176:3,5,7,8
176:10,18,19 177:5
177:15,15,23,23
178:4 179:9,10
180:4,16 181:7
182:3,3,7,16 183:5
183:24 184:3,4,16
184:25 240:23,25

**planning (3)**
19:24 80:21 117:20

**plans (24)**
15:17,20,22,24 16:12
16:13 17:6 18:19,24
19:12 61:10 88:14
88:18 89:9,14 94:15
94:21 95:2 96:24
98:22 106:23 148:7
161:17 180:5

**platform (6)**
136:12,18 138:6
141:11,16,16

**play (2)**
52:6 92:10

**played (3)**
23:9 93:22 210:17

**playing (1)**
35:2

**Plaza (1)**
6:6

**please (20)**
7:23 9:21 16:10 32:12
50:8 55:11 87:2
98:9 103:16 127:3
131:8 154:12 158:2
159:15 172:7 175:9
201:4 202:11 205:5
205:11

**plus (13)**
34:7 38:20 41:19 62:7
107:14,17 145:3
147:20 165:16
186:21 189:17

191:2 222:25

**pockets (2)**
151:4,6

**point (44)**
16:17 26:22 31:6,8,9
33:25 50:13,22
57:21 76:6 82:5
98:4 102:11 103:18
104:12 123:14
124:6 125:6 133:25
150:3 152:13,19
154:20 168:15
176:21 179:5,14,16
181:16 182:10
193:2 195:7 197:25
200:10,15 202:16
203:8,21 210:7
213:13 223:12
229:15 230:7,10

**points (12)**
107:9 143:9,10,19,20
143:21 144:3,7
150:24 151:3 171:9
191:3

**poker (1)**
34:25

**portion (6)**
22:6 60:13 67:25
86:12 104:2 169:24

**position (13)**
11:18 12:21 22:20
46:12 128:3 130:10
133:22 143:4
186:17 210:8
220:14 222:21
235:3

**positions (8)**
11:21 12:7,13 23:18
129:25,25 130:20
190:15

**positive (5)**
98:16,23 99:2 149:19
174:19

**possibility (2)**
128:8 209:25

**possible (9)**
107:15,18 112:12
128:5 138:9,11
147:8 234:17
235:23

**post (4)**
32:4 76:7 166:3
185:18

**postclosing (2)**
116:12 228:5

**posted (5)**

87:14 89:3 90:14,22
91:4

**postpetition (7)**
13:9,11 14:16 24:9,12
89:15 191:9

**potential (12)**
19:5,11,18 21:17 24:2
24:21 85:21 94:10
110:12 210:11
229:18 236:4

**potentially (5)**
20:24 21:12 22:4
130:12 131:5

**power (2)**
140:17 223:20

**precedent (3)**
214:22 216:16 218:19

**precision (1)**
119:6

**predating (1)**
50:3

**prefer (1)**
186:23

**preference (1)**
125:24

**preferred (2)**
203:25 204:3

**preliminary (7)**
80:24 83:5 86:18,21
86:25 172:10
240:22

**preparation (2)**
81:8 90:12

**prepare (2)**
11:5 141:25

**prepared (5)**
10:3 48:4,13 55:17
92:4

**preparing (1)**
108:10

**prepetition (16)**
13:21 14:16 24:6,8
94:14 104:16
114:10 115:2 127:7
127:24 133:4
134:15,18 211:24
228:3,8

**presence (1)**
11:16

**present (4)**
6:16 11:18 18:8 91:16

**presentation (4)**
81:24 82:19 83:23
84:9

**presented (2)**
88:14 157:14

**presenting (2)**
109:3,5

**presently (2)**
11:22 61:23

**presents (1)**
110:6

**president (7)**
11:20 17:2,3,11 18:4
19:2 20:6

**presumably (4)**
84:15 100:25 114:4
228:25

**previous (4)**
33:4 149:12 183:2
226:19

**previously (2)**
79:6 241:11

**price (6)**
51:20,25 53:9,21
55:25 62:6

**primarily (4)**
28:6 177:18 178:19
209:2

**primary (2)**
91:15 238:23

**principal (1)**
185:5

**principal-to-princi...**
230:6

**principally (5)**
24:19 27:2,24 237:8
238:12

**principals (1)**
76:21

**prior (18)**
13:14 14:7,19,21 15:2
17:22 61:17 69:25
70:3 79:11,23 87:12
94:21 103:21 106:5
154:15 161:17
196:25

**privy (1)**
197:11

**pro (2)**
69:7 192:4

**probable (2)**
120:25 147:8

**probably (16)**
10:18 25:8 28:21,25
87:25 116:3 118:9
118:13 136:25
142:8 156:11,16
171:25 191:13
235:22 236:14

**proceeding (1)**
7:20

**proceedings (2)**
12:25 233:12

**proceeds (10)**
42:8 43:3,11,19 44:4
119:3,14 123:7
124:19,24

**process (11)**
19:24 25:2,15 127:4
129:21 135:11
157:11 165:11,20
188:13 191:5

**processes (1)**
140:22

**processing (1)**
153:18

**produced (1)**
222:11

**product (2)**
163:16,16

**products (3)**
160:14,15,18

**Professional (2)**
2:13 242:6

**profile (1)**
118:17

**profitability (1)**
163:3

**program (6)**
135:24 137:8 145:17
149:14 150:2,15

**progress (2)**
91:19 234:21

**project (6)**
89:20 100:12,15
135:7 240:24 241:2

**projection (5)**
106:12 169:20 184:11
184:12,13

**projections (1)**
115:19

**promise (2)**
176:16 213:6

**properly (1)**
114:21

**properties (30)**
111:5,7 112:8,12,15
112:16,18,25 113:9
113:14,19,23 114:7
114:9,11,22 116:2,7
116:11,18,21 117:7
117:10 123:5
158:21,25 235:6,11
235:14,17

**property (8)**
59:20 60:12 113:12
114:25 159:6,6

192:18 211:18
**proposal (1)**
210:18
**proposing (2)**
49:12 68:12
**protection (5)**
156:2 162:7 190:22
190:24 218:11
**provide (7)**
85:18 102:7 137:3
155:10 162:9
188:13 202:11
**provided (8)**
44:22 76:19 80:23
81:3 82:19 201:17
219:11 234:19
**provides (2)**
136:16 163:23
**providing (3)**
136:11 163:24 201:24
**provision (18)**
32:20 34:20,22 39:5
40:17 49:3 200:18
208:12 210:14
214:19 218:14,25
221:8,15 232:21
236:2,12 237:6
**provisions (7)**
185:2 196:7 229:10
230:22 231:9
233:19 237:13
**public (5)**
2:13 7:4 165:11
239:19 242:7
**pull (1)**
176:4
**purchase (26)**
10:17 20:14 23:3
38:14,19 43:6 48:14
49:3 51:19,25 53:9
53:21 55:25 56:20
70:5 74:18 93:13
185:3 186:22
191:17 195:21
201:8 205:6 214:18
219:24 241:8
**purchased (2)**
49:21,21
**purple (1)**
104:17
**purpose (6)**
35:20 70:9 75:10
85:16 91:15 113:12
**purposes (1)**
190:17
**pursuant (1)**

56:14
**pursue (2)**
138:2 156:25
**put (28)**
13:11 15:24 16:14
44:8 49:9 75:17,19
84:13 85:18 88:18
94:7 96:5 100:19
109:11 121:17
141:23 146:24
155:19,21 157:9
165:10 175:15
176:13 184:24
190:17 195:20
201:8 229:5
**putting (12)**
15:3,17,19,21 18:16
97:8 137:6 151:2,5
159:12 166:20
191:19
**puzzle (1)**
217:6

_____

**Q**

**Q3 (1)**
172:24
**Q4 (1)**
177:7
**quadrant (2)**
104:9 189:11
**quadruple (1)**
171:20
**quantified (1)**
174:20
**quantify (2)**
174:25 175:5
**quantum (2)**
161:4 197:21
**quarter (2)**
172:25 173:5
**question (44)**
7:22,25 9:24 12:9
17:9,24 22:15 24:11
24:24 31:20 36:6
37:4 39:8 41:9
53:12,18 65:12,14
80:4 97:13 98:13,24
104:4 114:16
124:11 126:22
139:17 164:19
177:22 178:3
185:23 194:2,12,23
196:19 203:20
214:14 215:8 217:9
217:12 225:16
233:13,18 234:3

**questions (6)**
8:8 10:9,16 102:19
103:25 239:6
**quick (1)**
223:25
**quickly (3)**
114:6 119:2 180:14
**quite (5)**
132:18 141:8 147:22
166:21 171:18
**QURESHI (41)**
3:8 7:7 26:2 54:25
77:21,24 78:2,6,9
79:4,10 82:5 86:16
89:17 92:20 100:11
101:13,20 103:7,10
126:7,13,19 131:12
140:6 146:2 176:11
176:13 179:17,22
203:18 205:4
207:20 223:18,22
224:3 237:15,17
238:24 239:4
241:17

_____

**R**

**R (4)**
4:1 5:1 6:1 79:2
**R&D (2)**
160:10,14
**rags (1)**
144:14
**raised (1)**
74:9
**range (3)**
58:19 69:10 191:4
**ratcheted (1)**
99:22
**rate (9)**
99:19,22 114:8,12,13
125:13 149:16
166:15 184:8
**rationale (1)**
51:8
**RDD (1)**
1:6
**reach (1)**
35:12
**reached (2)**
134:17,19
**reaction (1)**
35:25
**read (11)**
8:18 9:23,25 95:12
166:19,22,24
188:22 208:6

233:11,17
**reads (1)**
164:15
**ready (1)**
153:20
**real (44)**
33:13 52:12 54:9 68:8
68:13,16,21,25
69:24 70:6,13,16,19
71:3,7,13,15 110:2
110:10,13,18,21
111:16 113:6 115:3
115:14,20,23
116:17 117:24
119:11 121:17,19
122:15 124:8,18
132:15 140:16
152:13 158:3
187:17 190:12
194:5 226:19
**realistic (2)**
108:6 120:24
**reality (2)**
91:24 106:24
**realize (2)**
96:6 117:24 163:19
**realizing (1)**
117:8
**really (11)**
30:22 34:25 118:20
149:23 163:15
166:19 178:11
210:23 212:10,10
213:17
**reask (1)**
36:6
**reason (19)**
54:24 56:18 115:4,7
135:9 138:4 140:10
168:14 170:10
219:16 243:4,8,10
243:12,14,16,18,20
243:22
**reasonable (2)**
105:2 115:3
**reasons (1)**
126:2
**recalibrated (1)**
51:19
**recalibration (1)**
51:24
**recall (43)**
24:10,12 25:18 27:11
31:17,23 32:3,7,9
35:24 38:6 49:14,19
49:25 52:17 81:16

82:22,24 83:16 84:9
85:25 86:6 87:4
90:23 94:17,24 95:5
111:22 116:8
144:24 193:24
198:5,8 200:15
203:7 204:6 232:23
233:14 235:13,14
235:16 238:13,20
**receivable (4)**
206:25 207:4,16
220:22
**receivables (27)**
67:2,5,17,23 68:5
74:17,22 75:4,6,21
205:25 206:13
207:19,25 208:20
208:21,22,23,24,25
209:5 218:22 219:2
219:3,8,25 221:3
**receive (6)**
14:5 81:24 87:21
133:19 198:7
204:18
**received (8)**
14:7,14 81:17,20
87:22 133:11,15
201:9
**receiving (2)**
83:16 84:9
**recess (5)**
78:11 126:12 179:21
224:2 237:16
**recharacterization ...**
231:23
**recognize (3)**
26:12,16 106:22
**recognizes (1)**
120:16
**recognizing (1)**
100:2
**recollection (10)**
25:20 26:18 48:2,11
49:10 71:6 81:15
87:13 116:10
238:22
**reconcile (1)**
226:16
**record (15)**
7:9 30:14 32:14 51:21
78:10 79:4 126:14
179:23 186:7 224:4
237:15,18 239:7
242:11 243:5
**recover (1)**
112:23

JX 095-83

recruiting (1)
130:18
redeploy (1)
119:4
reduce (4)
51:18 150:19 235:5
238:2
reduced (2)
207:9 209:18
reduces (1)
182:23
reducing (1)
180:11
reduction (15)
51:9,14 96:3 123:19
125:20 146:24
147:11 149:20
151:21,24 175:12
184:7 208:4 210:2
210:11
reductions (2)
147:7 175:20
Reese (8)
31:10 32:2 33:14 35:9
36:23 37:12,16
48:23
refer (5)
104:15 113:15 132:2
142:23 185:20
reference (9)
94:25 129:13 131:19
135:22 158:7 168:7
178:15 182:8 202:7
referenced (4)
150:7 158:16,23
162:18
references (1)
216:6
referred (11)
9:8 29:10 68:13 95:3
106:3 136:6 149:11
154:15 158:9
183:10 219:8
referring (9)
90:18 108:15 114:23
121:15 123:21
154:18 177:4
206:24 215:12
refers (6)
56:24 59:23 72:8
152:4 200:20
216:19
refill (1)
236:19
refine (1)
201:23

refinement (1)
140:23
refining (1)
141:10
reflect (4)
102:10 110:24 174:2
174:4
reflected (2)
91:24 137:11
reflection (1)
140:12
reflects (1)
204:5
refresh (2)
25:20 26:17
refrigerator (3)
155:18,19 156:15
regarding (4)
34:20 134:23 203:22
220:19
regardless (1)
163:20
Registered (2)
2:12 242:6
regular (3)
13:6 14:5 16:15
regularly (1)
127:13
Reicker (2)
86:8 108:18
reimburse (2)
152:17 200:4
reimbursement (5)
200:14 202:8 203:13
203:16 207:7
reject (1)
234:22
rejected (1)
210:18
relate (1)
160:3
related (14)
79:14 100:24 135:23
137:7,18 149:21,25
150:4,14 151:22
175:22 229:10
232:21 242:13
relates (8)
12:16 18:16 54:9
67:22 155:11
161:12 173:4
236:24
relating (2)
161:11 178:6
relationship (5)
132:14,22 162:14

163:12,14
relationships (1)
228:11
relative (3)
100:9 102:2 155:12
Relay (2)
149:15,17
release (8)
165:10 229:10,18,25
230:14 231:19
232:5 238:15
released (1)
93:16
releases (1)
223:10
relevant (2)
140:18 143:10
relied (1)
92:5
relies (1)
183:8
relook (1)
127:10
remain (1)
153:8
Remainco (1)
145:6
remainder (2)
73:4 225:11
remaining (2)
61:12 113:23
remarks (1)
213:14
remember (8)
35:14 51:3 58:21
75:17 82:4 99:6
109:15 235:21
reminding (1)
7:19
remodel (1)
157:17
rendering (1)
119:7
renegotiate (1)
49:2
rent (1)
111:24
reopen (2)
236:19,22
reorganized (1)
111:19
repeat (5)
12:9 37:3 42:25
139:17 233:18
rephrase (2)
39:8 44:18

replaced (2)
119:14 237:24
replicate (2)
154:7 155:15
replicated (1)
170:6
report (2)
198:17,19
Reported (1)
1:21
reporter (3)
2:12,13 8:7 242:6,6
represent (5)
7:11 55:15 101:4
224:24 233:20
representative (6)
1:11 2:8 9:16 11:6
36:25 37:17
representatives (5)
28:4,5,6 38:8 44:22
represented (2)
94:9 202:17
representing (1)
101:18
represents (1)
203:3
request (1)
229:22
requested (2)
179:19 230:17
REQUESTS (1)
241:19
require (1)
106:18
required (7)
141:15 159:23 186:22
212:14 213:8
221:16 238:8
requirement (3)
125:7 145:7 228:20
requiring (1)
129:14
resolve (1)
135:16
resources (2)
62:12,13
respect (36)
10:13,23 11:6,14 17:5
18:5 19:22 28:8
31:20 39:11 41:10
44:20 47:23 48:7,9
60:7,22 64:20 66:13
73:22 76:3 97:5
110:9 135:12 138:5
138:15 149:7
159:23 160:24

173:11 194:5
208:12 211:14
229:24 230:16
231:22
respectively (1)
164:18
response (4)
35:22 51:4,16 229:22
responsibilities (1)
134:5
responsibility (3)
134:4 202:22 218:10
responsible (1)
133:25
rest (1)
62:25
restate (2)
7:24 194:11
restating (1)
140:6
restructuring (20)
5:13 29:10,14,15,21
29:22 30:5,21 31:4
33:2 35:4 37:18,21
38:9 39:4 40:16,19
48:25 94:19 129:7
result (1)
190:14
results (1)
98:16
resumed (1)
79:5
retail (10)
14:21 15:8,15,25
49:23 84:25 109:19
130:13 163:6
167:17
retailer (2)
15:4 160:7
retailers (3)
164:24 170:11 173:2
retain (1)
180:5
retained (3)
127:20 130:19 153:16
retaining (1)
127:16
return (3)
118:17 151:2 152:7
revenue (17)
96:2 111:15 117:17
117:22 118:3
119:10,12,17,20,23
121:5,16 132:3,4
145:20 169:23
173:13

**revenues (1)**
169:15
**review (4)**
16:13 18:15 51:5
184:21
**reviewed (1)**
184:23
**reviewing (1)**
94:14
**revisit (1)**
22:14
**revolver (15)**
167:4 187:24 188:21
189:5,18 193:24
194:12,16 195:2,5
195:16 219:23
220:6 222:14
228:21
**revolving (4)**
187:11 188:6,15
195:17
**Reynolds (1)**
127:17
**Richman (5)**
1:22 2:11 7:4 242:5
242:21
**ride (2)**
143:18 144:2
**RIFKIND (1)**
5:12
**right (39)**
12:12 14:18 37:7,11
37:14 39:13 48:23
53:16 80:11,19
104:9 106:14
117:11 122:22
125:18,25 126:23
131:10 141:18
153:25 155:16
175:13 177:8
179:17 181:15,20
184:5 193:16
206:18 207:12,21
209:22 216:15
225:14,22 226:15
226:24 233:3,22
**rights (11)**
211:18,23 212:9,16
213:6,21 214:12
235:7,12 236:11
238:16
**risk (4)**
46:9,12,16,17
**road (1)**
7:20
**Rob (1)**

108:17
**robotics (2)**
168:8,17
**role (21)**
12:22 13:2 16:11 17:5
18:18,23 23:7,9
52:5,9,10 89:8,13
90:11 92:9,13 93:21
94:12 97:7 102:4
131:4
**rolling (2)**
189:9,14
**romanette (11)**
56:24 59:22,23 70:14
72:7,8 205:20,24
207:12 208:6
209:21
**romanettes (2)**
209:23 210:13
**room (5)**
84:18 87:15,18 89:2
191:14
**rough (2)**
116:9 186:12
**roughly (12)**
61:3 67:21 72:21
99:10 104:23 112:7
113:4 116:18 120:6
192:21 193:3,14
**round (2)**
165:19 192:14
**row (8)**
151:15 164:8,11,14
169:10 171:3
172:13 181:14
**rows (1)**
176:23
**royalty (2)**
165:17 166:14
**RPR (2)**
1:22 242:21
**rule (2)**
152:7,11
**rules (1)**
7:19
**run (4)**
114:8 149:16 184:8
191:8
**running (2)**
102:7 165:10
**runs (1)**
83:10
**Russell (1)**
127:17

—————————————
**S**
—————————————

**S (7)**
4:1 5:1 6:1 79:2,2,2
240:3
**salaried (1)**
154:6
**sale (2)**
119:13 123:7
**sales (22)**
103:20 104:5,10,18
105:15 106:4,15
107:12 111:16,25
115:20,24 116:17
117:25 119:11,15
121:17,20 124:8
163:4,5 164:17
**same-store (3)**
105:15 106:4,15
**Samsung (1)**
160:8
**SAMUEL (1)**
6:18
**satisfaction (1)**
215:4
**satisfied (1)**
52:14
**satisfy (9)**
45:12 46:7,14,19
65:20 199:3,20
200:2 221:17
**savings (4)**
146:15,22 148:3,14
**saw (2)**
52:17 92:24
**saying (2)**
92:18 178:17
**says (24)**
49:20,20 54:15 55:25
56:12 103:18
123:25 131:21
147:9 151:21
160:22 176:22
177:17 178:16
180:21 188:23,25
195:12 203:16
204:25 214:25
221:15 224:18
228:2
**scenario (2)**
120:23 181:22
**schedule (6)**
54:15 159:6 170:25
191:12 206:21
232:10
**school (1)**
213:2
**scientific (1)**

124:15
**scope (1)**
231:16
**score (1)**
140:16
**search (3)**
127:4,19 151:7
**Sears (67)**
1:4 4:5,18 9:8 11:22
11:23 12:2,6,8,11
12:15,16,17,21,22
12:25 13:2,5 14:20
15:3 16:10,12,18
17:7,13 18:20,24
21:10 28:10,16 29:2
93:9 95:21 96:9,24
104:17 105:2,13
114:9 115:2 130:16
130:16 131:22
144:12 146:3,4
156:3,12 160:13
162:4,8 163:17,19
164:3 165:13
167:13,21,23 169:2
171:4,17,22 172:25
211:23 229:3,4
241:6
**second (32)**
20:24 21:13,17,23
22:3,9,18,20 40:4,8
40:12 43:20 54:7
72:8,9,10,16,25
73:2,12 74:15,23
99:17 121:7 131:18
131:20 158:11
162:21 164:8,11,14
181:16
**section (16)**
56:2,12,14 159:16,25
196:7 205:10,14,16
215:12 216:3,4,19
216:20 221:10
223:17
**sector (2)**
14:21 15:25
**security (1)**
76:25
**see (79)**
8:23,25 9:11 22:8
25:24 55:24 56:16
57:3 61:15 72:12
83:4,11 101:11
103:17,22 104:16
104:22 131:15
148:20,21 149:6
150:4 151:10,12,18

154:13 155:22
158:2 159:16
162:20,21 164:11
166:6 169:16 171:5
172:9,16 176:22,24
176:25 177:7,9,20
178:8,17 179:25
180:21 181:4,18
182:10 184:5,9
188:23 196:13,14
196:16 197:8
200:22 202:9
205:10 206:4 207:3
209:22 216:4,18,25
217:6 218:22 219:3
221:13 224:15,20
225:24 226:23
227:19,22 229:12
232:9,11
**seeing (2)**
82:24 173:6
**seek (2)**
60:20 131:21
**seeking (3)**
49:2 130:2 198:25
**seen (15)**
8:14 55:11 82:22
83:15 84:2 87:4,7,9
146:7,10 155:9
163:2,8 184:18
221:22
**sell (30)**
62:4 63:12,18 64:13
64:24 65:16 66:16
69:17,20 110:3,14
110:21 111:4,7,9
112:11,18 114:18
114:22 116:12
117:6 118:10,13,24
120:13,25 125:24
162:6,7 237:2
**seller (3)**
53:15 217:16 220:24
**seller's (2)**
216:18 220:10
**sellers (5)**
211:13 216:5 217:2
217:10 221:18
**selling (9)**
64:20,21 112:24
115:2 117:9,16,18
118:4 122:15
**sells (2)**
163:16,17
**senior (14)**
32:22,24 34:24 40:20

JX 095-85

40:20 129:17,25
130:9,12 148:9
186:13,15,21,22
**sense (5)**
90:17 116:14 234:15
234:19 236:18
**separate (2)**
214:4 231:12
**September (5)**
104:15,20 106:3
172:17,23
**series (3)**
118:16 208:16 219:10
**serve (7)**
16:6 57:14 58:8 59:2
113:5,14 114:2
**served (1)**
18:25
**serves (3)**
57:14 71:7,14
**service (2)**
156:5 218:6
**services (6)**
130:17 148:19 156:3
162:8 165:13
217:18
**serving (2)**
128:9 131:6
**sessions (1)**
85:23
**set (21)**
9:6 11:2 21:16,19
105:18 131:20
138:14 139:3,12,19
140:23 163:14
169:13 196:11
206:12 207:24
209:15 210:13,20
242:10,17
**sets (1)**
180:6
**setting (2)**
18:18 166:18
**settlement (1)**
193:9
**seven (8)**
9:12,21 10:6,13 11:7
11:14 197:14
210:22
**severance (10)**
154:10 191:10 202:8
202:12,19,22 203:4
203:10 204:19
207:7
**SG&A (29)**
99:23,25 137:15,19

146:3,5,15,21,23
147:7 148:2,3,8,13
149:6 151:12
173:15,21,24
175:12,14,17,19,22
177:3 178:6 181:8
181:23 241:7
**SHANA (1)**
5:6
**shaping (1)**
16:4
**share (3)**
19:6 47:12 236:15
**shares (1)**
160:15
**sharing (1)**
214:15
**shed (1)**
213:17
**sheet (12)**
42:16 43:9 105:11,17
119:7 145:3 187:7
187:17,19 189:10
190:3 228:17
**shoes (1)**
204:10
**shoot (1)**
167:25
**Shop (43)**
135:24 136:9,15,18
137:7 138:5,15
140:10,13 141:11
141:24 142:4,4,9,13
142:17,21,24 143:6
143:8,14,15,18
144:19 145:16
148:17,20 149:3,7,9
149:15,17,22 150:2
150:5,14,23 151:3
151:25 152:15,19
152:22 191:2
**short (5)**
49:18 209:16 220:3
221:3 235:8
**shortcut (1)**
179:25
**shortfall (6)**
205:22,25 206:25
207:5,16,25
**shorthand (3)**
2:12 41:12 242:5
**shortly (1)**
85:9
**show (2)**
25:19 174:9
**showed (3)**

87:12 90:25 91:2
**showing (1)**
45:11
**shown (1)**
94:20
**shows (2)**
170:19 177:2
**shrink (1)**
157:19
**shrinking (1)**
124:9
**shut (1)**
125:22
**side (4)**
33:10 55:25 86:2
107:10
**sides (1)**
45:18
**sign (2)**
143:4,7
**sign-off (2)**
92:15 93:3
**signature (4)**
26:5,9 93:16 240:11
**signed (7)**
38:15 74:6 143:12
144:4 208:18 209:3
220:2
**significant (8)**
51:10,12 106:9
150:23 152:16
169:24 190:18
193:18
**significantly (4)**
99:15,21 106:9
133:17
**signing (2)**
109:8 219:14
**similar (6)**
83:24 144:4 150:21
165:2 168:9 174:5
**simply (10)**
35:7,18 88:10 143:25
162:6,13 163:24
215:8 217:9,13
**Singh (4)**
34:15 39:20,24,25
**single (2)**
84:5 152:8
**sir (11)**
7:13 9:13 10:2 16:9
29:7 53:4 56:23
60:2 68:11 116:5
164:19
**sit (7)**
10:2 38:18 75:2

155:14 194:18
215:8 238:13
**site (2)**
91:5,7
**sitting (4)**
74:6 85:6 113:19
179:15
**six (1)**
166:7
**size (1)**
195:17
**SKADDEN (1)**
5:2
**skip (2)**
180:2 205:23
**SKUs (2)**
174:14,15
**SLATE (1)**
5:2
**slide (10)**
141:4,13,20,23 142:6
151:11 162:18
181:13,14 182:5
**small (11)**
99:8,13 110:7 118:16
119:5 121:10
154:14,16 156:20
156:25 178:12
**smaller (3)**
119:16 122:20 154:21
**smart (1)**
118:22
**smooth (1)**
104:21
**sold (8)**
110:11,19 111:21
122:7 125:22
163:21 165:15
167:15
**solely (1)**
137:18
**solutions (2)**
160:25 161:12
**somebody (1)**
40:2
**someone's (1)**
34:19
**soon (2)**
112:12 153:21
**sooner (1)**
128:25
**SORKIN (1)**
3:11
**sorry (15)**
56:5 63:5 67:12 75:19
103:4 112:5 164:10

166:18 175:17
182:5 202:14 216:8
216:24 224:14
236:7
**sort (7)**
18:13 52:24 73:19
74:21 217:25
218:13 224:16
**sought (1)**
223:14
**sound (1)**
124:14
**sounds (2)**
58:19 193:15
**source (1)**
70:4
**sources (2)**
43:4 191:24
**SOUTHERN (1)**
1:1
**space (1)**
15:8
**Sparrow (3)**
113:16 158:22 193:4
**speak (6)**
10:18 37:16 81:4 84:5
128:17 136:21
**speaking (4)**
98:2 111:11 127:13
150:11
**speaks (2)**
200:6 204:23
**special (1)**
75:10
**specific (22)**
54:2 58:15,22 70:17
70:20 87:9 88:20
92:19,21 96:5 122:3
128:13 136:5
146:11 152:25
161:10 164:20
168:11 173:19
208:13 220:20,21
**specifically (12)**
20:7 30:25 35:13
111:22 136:21
137:12,25 145:24
148:16 170:20
171:8 230:3
**specificity (4)**
58:5 106:8 107:21
136:3
**specifics (1)**
150:12
**specified (8)**
205:25 206:13,14,24

207:4,16,19,25
**specs (1)**
155:15
**speculate (3)**
25:16 48:17 191:15
**spend (6)**
150:14,19 159:19,23
184:8 190:4
**spent (11)**
11:9 15:16 16:2 84:22
85:15 97:21 127:9
139:2 168:13 172:2
172:4
**spirit (2)**
153:6 204:14
**spoken (4)**
25:17 76:21 133:9
165:21
**spot (1)**
44:12
**square (6)**
5:4 118:19,23 157:16
157:20,21
**ss (1)**
242:3
**stack (1)**
189:8
**staff (1)**
29:2
**stake (4)**
21:2,14 22:2,21
**stakes (1)**
34:25
**stand (1)**
64:19
**stands (1)**
134:2
**Stanley (2)**
165:15,18
**Staples (2)**
16:3,7
**STAR (1)**
6:18
**start (2)**
25:3 186:9
**started (2)**
121:8 201:15
**starting (1)**
189:15
**starts (4)**
196:8 205:19 216:25
227:20
**state (4)**
2:14 155:10 242:3,7
**stated (1)**
98:25

**statement (2)**
149:24 227:3
**States (4)**
1:1 132:10 160:6
164:3
**stay (1)**
237:25
**staying (2)**
182:16 227:15
**steam (2)**
33:8,19
**STEEN (1)**
6:3
**step (4)**
17:14 38:5 204:10
237:2
**Steve (1)**
52:17
**Sticking (2)**
184:2 233:5
**stock (1)**
229:24
**stood (3)**
89:25 90:2 102:11
**stop (3)**
190:6 210:9 215:12
**store (27)**
49:14 50:9 51:6,15,18
103:19 104:5,10,18
107:11 109:19,23
109:24 110:25
111:13 112:20
117:15 118:8,11
120:19 122:10
154:14,16,23 157:8
157:10,13
**stores (50)**
49:11,24 50:5,14,16
51:10 99:8,13
104:11,13 109:20
110:8 111:6,8
117:17 118:4,17
119:5,13,16,25
120:6,8,9,14,14
121:2,11 122:5,10
122:11,20,21,24
123:20 124:12,13
125:17,21,25
154:22 155:9
156:20,25 157:6,18
164:5 167:18
236:19,23
**straight (1)**
123:24
**strained (1)**
228:11

**strategically (1)**
229:2
**strategy (2)**
18:11,12
**stratified (1)**
154:5
**Strauss (2)**
2:10 3:3
**stream (1)**
165:17
**streamlining (1)**
137:14
**stretch (1)**
96:2
**strike (1)**
36:5
**strong (1)**
125:24
**strongly (1)**
202:21
**struck (1)**
132:15
**structure (7)**
13:10 18:14 21:21
185:17 186:14,17
187:5
**structured (4)**
168:22 204:17 205:3
219:18
**structuring (1)**
163:13
**stuck (1)**
220:4
**study (2)**
162:17,21
**stuff (1)**
159:4
**subcommittee (3)**
29:11,15,23
**subject (9)**
10:5 22:10 32:15
34:14 56:12 80:20
215:3 217:14 234:4
**submission (1)**
30:6
**submitted (3)**
25:22 26:19 28:15
**subordinate (1)**
186:15
**subordinating (1)**
190:14
**subordination (1)**
231:24
**subparagraphs (1)**
56:16
**Subscribed (1)**

239:14
**subsection (1)**
205:19
**subsections (1)**
217:11
**subsequent (13)**
13:24 16:17 19:3
24:16 36:22 37:15
38:7 88:7 95:14
101:9,25 108:4
133:13
**subset (1)**
58:13
**substance (3)**
31:18 32:9 141:20
**substantially (1)**
9:7
**successful (6)**
55:3,7,17 94:11
131:14 240:14
**sufficient (1)**
199:3
**suggests (1)**
182:16
**sum (2)**
120:15 193:12
**summarized (6)**
211:9,12 212:16
214:13,20 230:23
**summarizes (1)**
229:9
**summary (7)**
55:16 83:10 103:17
195:24 196:7 211:7
229:7
**sums (1)**
168:11
**Sunny (3)**
34:15 39:20,24
**supplement (1)**
231:9
**supply (5)**
135:14,18 180:21
181:8,17
**support (1)**
93:10
**supposed (1)**
224:24
**sure (46)**
12:10 17:15 21:19
22:16 24:23 25:25
29:25 34:16 35:3
37:5,6,8 42:3 43:2
45:16 52:13 53:13
54:3 86:9 98:22
99:3 119:24 123:17

126:16 137:11
139:18 140:21
153:18 155:3
158:12 168:3
171:15 179:4
191:12,18 192:19
194:3,24 206:10,17
208:7 209:12
223:11 225:4
232:19 233:19
**surprise (2)**
96:14 128:6
**suspect (3)**
19:14 135:9 171:19
**suspects (1)**
167:19
**switch (3)**
184:25 223:9 233:4
**switching (1)**
227:16
**sworn (5)**
7:3 79:6 95:7 239:14
242:10
**symmetrical (1)**
220:15
**symmetry (1)**
209:20
**syndicate (1)**
85:20
**syndication (2)**
108:10 188:12

---

**T**

**T (2)**
79:2 240:3
**table (6)**
46:21 63:16 172:9
184:6 188:10 194:6
**take (49)**
9:20,21 17:14 22:4
26:14 31:11 44:21
45:5,9,10,19 46:6,9
46:16 54:13 55:10
61:10 65:7 78:7
87:2 104:7 117:13
118:14 126:5,9
134:13 137:19
138:18 140:15
143:17,19 149:5
166:8 167:19,25
168:3 170:7 174:15
176:2 186:12
193:17 201:10
210:4,7 214:20
217:10 223:20,23
226:17

JX 095-87

**taken (9)**
7:13 46:5 118:3
120:19 141:4,13
161:17 171:14,15
**takeout (1)**
173:24
**takes (1)**
170:8
**talent (1)**
129:14
**talk (14)**
8:6 20:10 33:6 53:19
65:2 68:8 93:24
119:22 139:7 168:4
184:25 185:16
189:20 223:9
**talked (6)**
168:7,10 185:9,14
205:21 225:7
**talking (8)**
48:6,8 49:4 65:6 66:3
93:25 98:3 186:9
**tap (1)**
164:3
**tape (1)**
156:16
**target (2)**
124:18 169:25
**targeted (1)**
128:12
**targets (2)**
18:19 19:13
**task (2)**
95:25 98:5
**taxes (1)**
193:7
**team (17)**
16:15 17:19 18:8,15
19:7,8 84:25 90:18
96:5 100:4 124:5,10
137:12 140:11
141:22 147:23
148:10
**technical (2)**
212:11 213:11
**technological (3)**
135:21,23 136:5
**technology (6)**
137:7 168:9,13,17,21
169:4
**Telephonically (1)**
86:14
**tell (45)**
7:21 24:5 30:24 32:12
47:20 55:10 66:4
74:7 76:11 83:22

85:6 87:3,8,23 88:3
88:7 91:23 98:5
100:17 106:25
107:20 116:23,25
123:3 127:3 129:24
133:23 138:20,23
146:11 149:16
154:22 159:8
162:23 178:4
179:15 181:6 197:9
201:12 210:24
214:7 224:22 230:7
230:12 231:5
**telling (3)**
35:14 111:12 124:17
**tells (2)**
58:18 135:18
**ten (5)**
77:21 111:7 117:11
117:16 227:20
**tends (1)**
172:24
**tension (1)**
135:11
**tenure (1)**
16:9
**term (15)**
8:23 15:11 57:3 61:8
72:8 95:5,17 96:9
96:12 122:18
187:21 188:2,8,20
233:13
**terminology (2)**
93:24 95:2
**terms (27)**
36:8 51:7 55:3,7,16
76:24 109:19
110:17 114:6
117:14,22 121:16
125:19 129:17
134:22 145:14
156:19,24 159:24
195:24 211:7
225:12,15 228:24
228:24 229:8
240:14
**test (1)**
48:18
**testified (10)**
7:5 37:8 39:9 79:7
85:15 92:3 116:5
122:5 175:8 194:12
**testify (4)**
9:15 10:5 11:5 95:9
**testifying (1)**
111:14

**testimony (14)**
11:13 39:7 42:24
48:23 95:8 112:2
119:8 125:15
138:13 140:5,7
141:19 242:9,12
**testing (3)**
140:24 141:9 168:17
**Texas (2)**
4:8 155:6
**text (1)**
181:17
**thank (9)**
11:2 103:11 131:12
184:2 194:11
216:12 238:25
239:2,8
**Thanks (1)**
78:2
**theme (1)**
204:9
**thesis (1)**
142:21
**they'd (1)**
109:4
**thing (3)**
8:5 95:25 96:10
**things (7)**
8:20,25 40:4 149:10
182:17,20 230:24
**think (47)**
7:10 10:15 21:20
34:16 39:12 47:11
56:19 58:20 64:9
69:5 80:24 91:19
98:24 100:8 109:4
119:18 120:3
123:20 125:10
126:5 128:14,22
129:14 141:12
142:17 145:11
149:12 150:21
156:11 167:4,7
173:2,6 175:8
180:17 185:4
188:23 190:23
193:11,16 196:5
212:25 224:6,9
226:15 235:20
236:25
**third (23)**
40:5,9 56:7 70:8
99:23 134:7 143:5
150:20 151:15
160:23 164:9,12,15
164:20 165:7

169:14 171:5
191:24 233:16,25
234:9 236:4,5
**third-party (1)**
62:11
**thirds (1)**
233:9
**thought (2)**
90:17 100:6
**thousand (1)**
118:18
**three (30)**
33:4 73:8 84:22 85:14
86:5 91:25 99:9
100:6 110:23
111:17 115:21
118:2 122:24
123:19 124:12,13
124:25 125:11
127:15 129:5 130:4
132:13 153:17
178:11 188:11,24
197:14 219:18
235:22 238:14
**three-year (2)**
125:4 187:20
**thumb (2)**
152:7,11
**ticks (1)**
172:19
**tied (1)**
153:2
**tight (1)**
128:16
**time (85)**
11:9 16:2 18:25 25:6
25:12 26:14,22,24
27:17,21 28:7 30:23
34:6 36:2,7,12
46:23 49:7,13,18
50:2,13 51:23 55:19
71:3 81:18 83:16
85:13 86:10 87:7
89:10 91:14,19,21
97:21 102:11
104:19 105:3,6
114:18,20 121:23
124:6 127:9 128:16
133:25 140:14,17
143:17 144:5,19,23
147:3,5 150:9 154:5
154:5 161:5,25
165:23 166:9 170:8
171:19 172:3,5
179:16,19 190:4
197:25 201:16

204:12 209:3 210:5
210:22 217:19,24
218:20 228:16
233:22 234:24
235:8,9 236:3
238:25 239:9
**times (3)**
5:4 99:19 100:21
**timing (4)**
37:7 118:5,20 203:23
**Tisch (12)**
20:23 21:5,8,9 63:3,5
66:13,15,19 73:3,5
73:15
**Tisch's (1)**
74:11
**title (2)**
16:24 22:12
**titled (1)**
218:22
**today (35)**
10:2 13:17 38:18
59:12 60:8 61:12
74:6 75:2 85:7
105:2 106:17
109:21 113:14,20
113:24 129:23
133:5,24 154:7
155:4,17 156:11,11
165:23 167:13,23
186:14 187:23
190:13 194:18
205:22 215:9
222:15 231:21
238:9
**told (7)**
22:22 153:18 197:4
198:14 215:22
222:10 231:14
**Tommy (9)**
20:23 21:5,8,9 63:3,5
66:13,14 73:3
**tomorrow (2)**
108:11 109:4
**top (9)**
68:18 70:21 71:9,11
104:9 144:24
187:12 189:11
196:12
**topic (2)**
213:14 233:4
**topics (7)**
9:11,22 10:6,13,24
11:7,15
**total (15)**
41:18 42:21 68:6

148:18,25 176:22
179:8,9 180:20
189:19 192:2
193:12 195:17
197:21 199:13
**totality (1)**
218:16
**totally (1)**
155:14
**touches (1)**
213:24
**Tower (1)**
3:6
**track (1)**
192:9
**traction (1)**
168:21
**trade (1)**
144:14
**traditional (3)**
13:8,17 18:14
**traffic (1)**
173:5
**trailing (1)**
120:5
**trajectory (2)**
104:21 105:3
**transact (1)**
145:11
**transaction (28)**
32:17 33:24 42:8 44:8
44:10 45:17 52:15
52:22 69:8 80:6
91:12,18 100:25
101:24 102:9
157:16,22 165:25
166:5,8,10 192:5
193:19 195:25
197:16 202:20
215:3 237:20
**transactional (1)**
162:13
**transcript (3)**
95:13 126:18 242:11
**transcription (1)**
243:7
**transfer (3)**
93:14 193:7 212:8
**Transform (31)**
8:25 9:3,17 10:4,22
20:11,17,20,22
21:14,16 22:2,13
23:5 26:4,8 27:2
34:3 36:16 41:4
42:15 43:7 89:20
100:12,15 185:10

185:15,19 240:9,24
241:3
**Transformco (1)**
34:9 43:21 44:15
200:9
**TransformCo's (1)**
44:20
**Transier (3)**
31:8,21,23
**tries (1)**
184:6
**trigger (1)**
52:23
**triggered (2)**
125:21 193:19
**triggering (1)**
200:14
**trip (1)**
220:23
**true (5)**
73:22 74:10 149:24
152:8 242:11
**trust (1)**
105:12
**truthfully (1)**
95:10
**try (9)**
8:6 49:2,17 150:6
156:14,16 179:24
190:3 220:23
**trying (11)**
44:2 88:9 139:18
142:4 151:25 170:7
178:21,24 182:12
226:3 228:4
**tune (1)**
192:6
**turn (20)**
46:2 83:8 98:8 103:16
107:3 119:16 120:9
131:7 154:12
157:25 159:15
168:5 172:8 176:3
205:9,11 206:19
218:17 221:9
224:11
**turned (2)**
45:14,19
**turns (1)**
46:17
**twelve (2)**
107:22 141:21
**two (46)**
8:20 22:6 28:21 30:17
43:10 65:22 71:22
84:24 91:25 98:19

99:9 111:4,6 113:6
117:6,9,18 119:18
125:13 127:15
132:13 137:24
147:12,12,13,14
148:7 153:17 157:7
158:4 163:11
167:16 171:4
175:25 176:23
180:6,15 182:17,19
188:24 198:11
209:2 221:2 226:16
233:8 238:13
**two-day (1)**
13:17
**type (6)**
7:20 76:7,25 105:16
141:15 228:13
**typically (1)**
19:4 92:23 95:21

_____
**U**

**U-Haul (2)**
69:7 192:5
**Uber (6)**
143:13,16,17,17
144:2,23
**Ubers (1)**
143:19
**UBS (1)**
193:4
**UCC (11)**
8:10 11:7 26:2,12
54:25 82:7 86:16
89:17 100:11
101:14 146:2
**ultimately (26)**
42:14 47:24 64:20
92:14 97:23 99:20
114:22 118:6 121:9
141:15,17 142:25
157:5 165:14 166:9
172:20 188:13
197:19 202:23
204:4 205:3 213:16
218:16 221:7
222:16 231:7
**umbrella (1)**
171:23
**unable (1)**
179:14
**unaffiliated (1)**
129:4
**uncertainty (1)**
105:5
**undecided (1)**

22:24
**underlies (1)**
70:17
**underline (1)**
186:4
**underlined (1)**
181:16
**underlying (2)**
18:11 122:3
**underneath (1)**
188:24
**underperforming (2)**
120:13 171:18
**understand (31)**
7:22 9:13 24:23 30:2
40:3,9 41:14 44:2
53:16 56:23 60:2
61:5 62:15 65:9
68:11 80:3 89:18
96:18 108:20 119:8
122:13 139:18
140:25 158:6
182:12 203:18
206:6,11 211:25
226:4 228:4
**understanding (92)**
10:21 15:10 17:19
18:22 20:16 21:25
25:11 29:17 36:11
36:21 38:14,17
40:10,15 46:25 47:5
47:7,9 57:6 58:24
59:6 60:18 64:10
65:21,25 66:14,18
67:16 68:3 69:11,16
69:20 72:14,23 73:6
73:10,13,16 75:3
83:14 87:5 93:6
96:21,24 97:3,10,15
97:17,20 112:2
115:22 125:15
134:16 139:11
147:19 148:12
150:13,17,18
153:11,15 175:16
175:18 181:11
185:12 190:8
194:19 196:20
198:24 199:19,23
200:24 201:22
202:12 203:2,6
204:7 207:11,23
208:8 211:16,21
224:22 231:12,18
232:13,16 235:10
236:10,13,16

237:21
**understated (2)**
120:18,20
**understood (2)**
8:3 88:23
**undertake (1)**
116:12
**undertaken (2)**
163:2 199:8
**undertaking (1)**
202:15
**underwrite (2)**
106:19 125:9
**underwriters (1)**
188:11
**unencumbered (2)**
113:25 190:15
**unidentified (2)**
96:8,13
**unique (1)**
173:3
**unit (2)**
134:2 149:10
**United (4)**
1:1 132:10 160:6
164:2
**units (3)**
129:13 130:8,15
**unlevered (1)**
166:22
**unreasonable (1)**
222:22
**Unsecured (5)**
3:4 7:12 82:9,13
240:17
**unusual (1)**
28:23
**unwilling (1)**
145:10
**update (3)**
88:22 133:15,20
**updated (4)**
90:3,5 100:21 161:24
**updates (3)**
14:5 88:7 133:11
**updating (1)**
91:21
**upgrades (1)**
129:14
**upward (1)**
104:21
**upwards (1)**
171:10
**use (7)**
30:13 55:22 70:5
121:16 134:8

JX 095-89

141:17 214:12
**uses (1)**
152:20

---

**V**

**vague (1)**
98:21
**valuation (2)**
74:21 75:10
**value (36)**
45:6 54:17,20,23
  57:23 59:7,10,19
  67:4,16 70:18,20
  71:6,13,19 75:3,17
  75:19 110:5 112:23
  113:20 114:4
  116:10,20 118:7
  120:8,10,17 122:19
  125:25 142:25
  158:4,5,13,18
  219:12
**valued (4)**
57:18 70:25 71:2
  165:17
**values (2)**
158:6,15
**vantage (1)**
193:2
**variable (1)**
51:23
**variance (2)**
198:22,23
**variants (1)**
148:24
**varieties (1)**
180:10
**various (11)**
15:18 53:10,21 65:22
  79:22 80:7 87:7
  139:2 159:24
  211:13 217:10
**vast (1)**
73:9
**vendor (2)**
228:11,25
**vendors (3)**
135:13 201:6 202:2
**verbally (1)**
93:3
**vernacular (2)**
95:24 96:9
**version (10)**
87:9 90:3 92:16,19,22
  92:22 101:2,6,25
  139:23
**versions (2)**

87:8 101:2
**versus (1)**
183:6
**vi (3)**
205:20 209:21 210:13
**videos (1)**
155:9
**view (17)**
19:4,6 25:2 44:23
  59:18 71:13,16,24
  75:8,13,14 94:9
  122:8 164:23
  213:13 228:25
  234:14
**views (4)**
19:10,18 20:7 37:22
**vii (3)**
205:24 207:12 208:6
**viii (1)**
209:22
**vintage (1)**
190:25
**virtually (1)**
144:6
**virtue (4)**
54:4,21 120:11
  190:12
**vision (1)**
136:9
**visually (1)**
155:20

---

**W**

**wait (1)**
48:5
**waive (3)**
215:9,18,24
**waived (1)**
215:15
**waiver (1)**
215:4
**Wakefield (8)**
72:3 113:7,17,21
  158:8,15,19,24
**walk (2)**
50:16 156:4
**walked (4)**
146:25 147:3 156:12
  209:10
**walking (3)**
147:16,17 156:13
**want (28)**
9:20 20:10 24:23
  25:16 37:6 46:9
  100:3 102:21 126:8
  126:16 155:18

156:15 167:6 168:4
  176:19 185:16
  186:25 189:25
  191:15 193:25
  194:22 196:4,9
  213:3 214:20
  223:19,23 235:5
**wanted (10)**
33:17 35:3 47:12
  51:18 79:12 192:19
  197:15 217:20
  234:12 235:22
**wants (2)**
157:11,13
**wasn't (5)**
39:24,24 140:6
  192:20 222:22
**wave (3)**
147:10,10,19
**way (88)**
13:2 19:12 21:20
  27:19 38:18 40:7
  44:13 49:17 53:20
  56:18 71:18 73:25
  76:8 77:18 80:14
  92:3,15,23 95:6
  97:14 99:5 103:25
  104:22 107:3 123:8
  123:9,11 131:2
  135:24 136:9,15,18
  137:7 138:6,15
  140:10,13 141:2,11
  141:25 142:4,9,13
  142:18,21,24 143:6
  143:9,14,15,18
  144:19 145:16
  148:17,21 149:4,8,9
  149:15,17,22 150:2
  150:5,15,24 151:3
  151:25 152:15,19
  152:22 165:2 171:5
  171:24 173:22
  177:8 188:10
  189:16 191:3 192:7
  204:17 207:24
  209:24 211:17
  216:20 226:16
  227:19 233:9
  242:15
**Wayfair (3)**
134:12,18,20
**ways (1)**
157:7
**we'll (6)**
48:20 56:20 65:4
  71:24 173:21

223:25
**we're (24)**
45:22 54:5,8 107:24
  120:8,21 125:8
  126:17 129:20
  153:19 161:14
  162:8 167:5,7,8
  170:15 192:9
  209:13 218:18
  220:4,15 227:2,12
  232:2
**we've (12)**
49:4 54:16 73:23
  120:19,20 122:16
  144:21 155:5
  190:10 195:23
  215:15 231:21
**website (1)**
84:14
**WEDNESDAY (1)**
1:14
**week (5)**
47:16,21 143:20
  144:15 196:25
**weeks (6)**
44:11 71:23 106:6
  192:15,25 222:7
**WEELBORG (1)**
6:22
**Weil (8)**
4:3,16 28:3,4,18
  31:15 32:16,22
**WEISS (1)**
5:12
**went (4)**
33:7 76:2 79:23 85:4
**weren't (2)**
95:7 109:5
**WHARTON (1)**
5:12
**whatsoever (1)**
81:10
**WHEREOF (1)**
242:17
**whiplash (1)**
169:9
**Whirlpool (1)**
160:8
**white (1)**
132:12
**willing (7)**
46:16 47:6,13,14
  63:18 64:24 66:15
**willingness (1)**
44:20
**winning (1)**

36:13
**wiring (1)**
238:5
**wish (1)**
124:14
**witness (13)**
6:5 7:3 78:4 126:8
  176:15 186:8
  213:24 239:2
  241:16 242:9,12,17
  243:3
**word (4)**
39:12,13 88:20 210:4
**words (1)**
98:18
**work (6)**
19:17 61:20 63:16
  96:5 151:7 238:6
**worked (3)**
90:19 95:22 161:18
**working (6)**
94:7 97:22 150:19
  153:16 189:16
  224:12
**works (2)**
38:19 208:9
**workstreams (1)**
153:19
**world (1)**
152:4
**worst (1)**
172:24
**worth (8)**
75:8,15 110:21 111:5
  111:7 117:7 120:10
  124:7
**wouldn't (6)**
28:22 46:14 96:14
  128:6 143:24 220:5
**writing (1)**
174:8
**wrong (5)**
14:25 166:15 167:5,7
  175:9
**wrote (1)**
162:23

---

**X**

**x (9)**
1:2,8 98:6 119:4
  141:6,14 145:19
  240:3 241:13
**X-weeks (1)**
46:4
**xii (1)**
209:22

JX 095-90

**Y**

**Y (2)**
54:17 141:6
**Yahoo (1)**
150:20
**Yahoos (1)**
152:5
**Yeah (1)**
166:6
**year (23)**
71:4,5 104:11,11
106:5,20 107:8
108:6 110:22
114:15,17 115:19
125:11,12,14 142:8
151:16 153:24
177:2 179:8,10
181:2,9
**years (17)**
13:14 15:16 28:22
75:7 94:22 99:9
100:8 110:23
111:17 115:21
118:2 124:25
125:13 132:15
136:8 144:16
176:16
**Yep (8)**
29:24 196:2,15
211:11 222:20
224:13 225:8,10
**yesterday (2)**
133:15,16
**yesterday's (1)**
30:11
**York (22)**
1:1,13,13 2:3,3,11,11
2:14 3:7,7 4:21,21
5:5,5,15,15 6:7,7
21:11 242:3,4,8

**Z**

**Z (1)**
141:6
**Zehnder (1)**
127:17
**zero (6)**
104:20,22 105:4
156:22 157:2
235:23

**0**

**1**

**1 (21)**
8:10,15 11:8 37:24

103:20 104:6 105:4
105:20 106:17
107:11 108:6,12,21
109:14,16 113:4
147:10,10 189:18
240:5 243:5
**1.1 (2)**
41:25 206:22
**1.2 (4)**
38:21 41:17,25 223:2
**1.3 (1)**
195:19
**1.85 (1)**
159:7
**1/6 (1)**
167:23
**1:08 (1)**
79:3
**10 (6)**
148:8 205:6 214:21
218:18 225:15
241:8
**10,000 (1)**
157:20
**10.10 (2)**
215:13 221:9
**10.6 (3)**
216:3,4,17
**10.9 (1)**
218:21
**100 (5)**
60:9 99:7 112:24
214:21 241:2
**10006 (1)**
6:7
**10019 (1)**
5:15
**10036 (2)**
3:7 5:5
**101 (3)**
216:8,11 241:5
**10153 (1)**
4:21
**102 (3)**
218:17,21 221:11
**108 (1)**
183:9
**109 (1)**
225:11
**11 (11)**
1:6 12:25 37:24 182:8
182:14,16 183:8,11
183:16 233:6,8
**11:45 (1)**
2:5
**12 (5)**

82:11,15 140:11
168:16 240:20
**12-month (1)**
120:5
**12,000 (1)**
157:15
**120 (1)**
238:6
**125 (3)**
67:11,12 171:9
**1285 (1)**
5:14
**13 (4)**
58:14,17,19 113:17
**130,000 (1)**
157:20
**135,000 (1)**
118:23
**139 (3)**
198:10,25 199:21
**14 (1)**
113:17
**140 (3)**
113:12 147:21,21
**146 (1)**
241:6
**15 (10)**
27:16 58:19,20
104:19,21 107:13
107:17 113:18
116:7 157:25
**150 (2)**
120:6 122:4
**154614 (1)**
1:23
**15th (4)**
13:16 27:8 30:11
106:11
**16 (2)**
101:15 241:5
**166 (7)**
200:21 201:13 226:9
226:17,21 227:8,13
**16th (3)**
101:7,10,11
**17 (5)**
58:14,17,19 154:12
155:4
**170 (1)**
158:24
**1730 (3)**
55:5,8 240:15
**175 (4)**
120:6 122:5 189:17
190:16
**18 (6)**

104:14,15 140:11
141:21 168:16
177:8
**18-23538 (1)**
1:6
**185 (2)**
61:3,6
**19 (10)**
8:21 107:8 151:16
176:17 177:2,11
179:8,10 180:19,19
**190 (1)**
61:6
**1985 (3)**
158:13,20,20
**1st (1)**
222:2

**2**

**2 (14)**
26:3,7,13 83:2,4
99:19 113:4 147:9
147:19 164:11
171:3 174:2 240:8
243:6
**2.3 (1)**
205:14
**20 (3)**
51:14 111:8 117:10
**200 (1)**
4:7
**2008 (1)**
190:25
**2014 (1)**
12:4
**2015 (1)**
16:8
**2016 (4)**
16:23 17:4,22 165:9
**2017 (1)**
16:8
**2018 (15)**
26:4,8 81:2 82:11,15
83:18 86:18,21,25
147:10 176:17
180:16 240:9,20,22
**2019 (26)**
1:14 2:4 89:21 101:15
103:20 104:6
105:20 106:15
108:21 109:23,25
122:25 123:24
151:12 171:10
172:10,16,17 181:2
181:10,23 224:19
239:16 240:25

241:5 242:18
**2020 (8)**
68:14 71:15 164:16
164:18 166:12,16
166:21 167:2
**2021 (3)**
164:18 169:16,24
**2023 (1)**
123:25
**205 (1)**
241:8
**21 (7)**
159:15 160:2,20
161:15,19 177:19
178:19
**22 (3)**
160:2 161:20 228:3
**227 (6)**
180:25 181:12,24
182:25 183:2,6
**228 (2)**
183:5,6
**23 (4)**
1:14 2:4 161:21 177:9
**231 (4)**
60:22,25 61:11,23
**23rd (1)**
242:18
**24 (2)**
162:2,18
**25 (3)**
15:16 160:2 161:15
**250 (1)**
189:17
**26 (3)**
172:18,22 240:8
**271 (1)**
189:21
**274 (2)**
226:8,18
**275 (4)**
226:6,11,22,24
**28th (12)**
25:21 26:4,8,18 28:2
28:15 30:7,25 31:2
49:8 227:6 240:9

**3**

**3 (21)**
55:2,6,24,24 56:11
99:19 148:17 174:6
177:16,17 178:9
179:3,5 196:3 211:6
225:7 227:24 229:7
230:24 240:13
243:7

**3.1 (1)**
56:2
**30 (5)**
64:9 107:14 172:20
184:6 232:5
**30(b)(6) (5)**
1:10 2:7 8:11,15
240:5
**300 (2)**
170:3 188:5
**31 (2)**
168:6 206:20
**311 (1)**
167:4
**32 (3)**
227:19,21 228:7
**325 (1)**
193:14
**33 (3)**
182:6,6 183:7
**350 (1)**
189:16
**363 (1)**
56:14
**39 (2)**
205:14,14

**4**

**4 (15)**
5:4 82:7,8,12,18 98:9
99:19 103:16
123:23 124:2
166:14 171:22
193:17 196:8
240:16
**4.3 (3)**
216:19,20 217:12
**4:15 (2)**
167:25 179:18
**40 (2)**
205:12,19
**400 (1)**
195:8
**402 (1)**
189:2
**41 (1)**
205:21
**42 (1)**
205:11
**425 (11)**
49:20,23 50:11,16
51:6 109:21,22
112:20 119:25
123:25 158:21
**43 (1)**
203:2

**433 (2)**
72:19,21
**45 (3)**
104:7,9 172:8
**45,000 (2)**
153:5 154:3
**46 (1)**
173:8
**47 (7)**
151:10,11 176:3
177:15 178:9 182:5
183:4
**474 (1)**
179:11
**478 (2)**
188:23,24
**48 (1)**
151:21
**49 (1)**
184:4

**5**

**5 (19)**
86:17,20,25 99:19
102:25 103:8
107:16 145:3 176:6
180:16 181:19,21
182:14,22 183:20
196:5,5,12 240:21
**5,000 (1)**
164:4
**50 (1)**
144:11
**50-50 (1)**
116:24
**500 (2)**
164:17 170:3
**503(b)(9) (16)**
191:7 196:10,18
197:17,22 198:3,14
198:16 199:2,9,12
199:13,25 200:12
200:19 207:8
**505 (4)**
50:5,9 104:11,13
**506 (1)**
179:9
**54 (5)**
216:20,23,24,25
217:8
**545 (1)**
151:12
**55 (3)**
217:3,17 240:13
**56 (1)**
147:21

**6**

**6 (25)**
89:18,20,23 91:9 92:4
92:17 103:2,5,11
123:15,18 124:2
131:7,9,10,11,11,13
131:13 135:20
151:9 154:13 182:4
211:9 240:24
**60 (5)**
233:23 235:14,16,19
235:24
**64 (1)**
216:22
**65 (1)**
151:17

**7**

**7 (26)**
9:10 100:11,14,18
101:18 103:14
123:11 164:6,8
166:19 169:7 177:7
181:13,14 185:25
186:3 187:13 224:5
224:14 226:4,12,23
229:9,9 241:2,17
**70 (7)**
62:23 64:3 69:9 113:4
113:9,11,13
**700 (1)**
167:18
**75 (3)**
62:23 64:3 191:3
**7500 (1)**
157:15
**75201 (1)**
4:8
**767 (1)**
4:20

**8**

**8 (11)**
101:14,15,19 224:11
225:17 226:18,22
227:7,15 240:5
241:5
**80 (7)**
50:14 51:9,18 113:5,9
113:11,13
**82 (1)**
240:16
**84 (1)**
147:20
**85 (2)**
75:18,20

**850 (1)**
222:5
**86 (1)**
240:21
**87 (2)**
194:4,7
**89 (1)**
240:24
**8th (4)**
128:12,18 227:2,6

**9**

**9 (15)**
123:12 136:7 137:21
138:14 139:3,13,20
146:2,4 149:12
181:19,21 182:22
183:20 241:6
**90 (1)**
67:11
**95 (1)**
67:12
**96 (1)**
184:7