# Exhibit 63

**PRIVILEGED AND CONFIDENTIAL; PREPARED AT THE REQUEST OF COUNSEL; SUBJECT TO FRE 408**

## Value under Article X, Section 10.9

*($ in Millions)*
*Tracker as of February 10, 2019*

| Borrowing Base Start Date for Roll-Forward | | | 2/2/2019 | |
|---|---|---|---|---|
| **Inventory as of 2/10/19** | | | | |
| | **Beginning** | **Receipts** | **COGS** | **Ending** |
| Total Stock Ledger Inventory as of February 2, 2019 | | | | $1,637 |
| Total Inventory Receipts and COGS on February 3, 2019 | 1,637 | 4 | (10) | 1,631 |
| Total Inventory Receipts and COGS on February 4, 2019 | 1,631 | 7 | (8) | 1,630 |
| Total Inventory Receipts and COGS on February 5, 2019 | 1,630 | 7 | (8) | 1,628 |
| Total Inventory Receipts and COGS on February 6, 2019 | 1,628 | 7 | (8) | 1,628 |
| Total Inventory Receipts and COGS on February 7, 2019 | 1,628 | 11 | (8) | 1,631 |
| Total Inventory Receipts and COGS on February 8, 2019 | 1,631 | 5 | (9) | 1,627 |
| Total Inventory Receipts and COGS on February 9, 2019 | 1,627 | 0 | (13) | 1,615 |
| Total Inventory Receipts and COGS on February 10, 2019 | 1,615 | 4 | (9) | **$1,609** |
| Less: Remaining GOB Inventory: | | | | ($62) |
| Plus: Amazon Inventory | | | | 9 |
| Adj. Total Stock Ledger Inventory as of February 10, 2019: | | | | **$1,557** |

| **Est. Credit Card Receivables as of 2/10/19** | |
|---|---|
| | **Ending** |
| First Data Receivables | $101 |
| Amex Receivables | 9 |
| Discover Receivables | 4 |
| Citi Receivables | 1 |
| Adjustment for Unposted Transactions | (55) |
| **Total Credit Card Receivables** | **$60** |

| **Pharmacy Receivables as of 2/8/19** | |
|---|---|
| Pharmacy Receivables | $11 |
| Pharmacy Scripts | 37 |
| **Total Pharmacy Receivables** | **$47** |

| **Summary - Total Value under Article X** | |
|---|---|
| **Deliverable Value under Article X, Section 10.9** | **$1,664** |
| **Closing Threshold** | **$1,657** |
| *Cushion / (Gap)* | *7* |

*1L Debt*

|  | Amount | % of Total |
|---|---:|---:|
| Wells LC | $29,293,212 | 3% |
| BAML LC | 88,296,093 | 10% |
| Revolver | 219,048,719 | 26% |
| TL | 513,118,726 | 60% |
| Total | 849,756,751 | 100% |
|  |  |  |
| FILO | 125,000,000 | 100% |
| Total | $125,000,000 | 100% |

**JX 097-2**

### *2L Debt*

|                  | Total O/S + Accrued | % of Total |
|------------------|--------------------:|-----------:|
| Term Loan        | $332,627,555.30     | 30%        |
| Line of Credit   | 527,954,692         | 48%        |
| Alternative (OZ) | 46,803,791          | 4%         |
| 6 5/8th PIK Notes| 184,965,819         | 17%        |
| Total            | $1,092,351,857.26   | 100%       |

**Sears Holdings Corporation**  
Borrowing Base Certificate  
As of October 13, 2018  
(millions)

Date: 10/18/2018

| | Sears | Kmart | Consolidated | |
|---|---|---|---|---|
| Inventory per Stock Ledger | | | $ 2,576.2 | (1) |
| Home Services | $ 114.6 | | $ 114.6 | |
| Total Stock Ledger Inventory | | | $ 2,690.8 | |
| Less Ineligible Inventory: | | | | |
|   Consigned Inventory | $ - | $ 2.2 | $ 2.2 | |
|   Inventory in Foreign Location | $ - | $ - | $ - | |
|   Store Closure Sale inventory in excess of four weeks | $ 11.9 | $ 6.9 | $ 18.9 | |
|   Inventory paid for in advance of shipment | $ 82.2 | $ 1.4 | $ 83.7 | |
|   Live plants, nursery, floral | $ - | $ 1.3 | $ 1.3 | |
|   Seafood | $ - | $ - | $ - | |
|   Restaurant | $ - | $ 0.3 | $ 0.3 | |
|   Readers Market | $ - | $ 1.6 | $ 1.6 | |
|   Wholesaler Frt/Fees | $ - | $ - | $ - | |
|   Gasoline | $ - | $ - | $ - | |
|   50% Home Services | $ 57.3 | $ - | $ 57.3 | |
|   Other | $ - | $ - | $ - | |
| Eligible Inventory before Reserves | | | $ 2,525.6 | |
| | | | | |
| Less Inventory Reserves: | | | | |
|   Shrink | $ - | $ - | $ - | |
|   In-Transit Reserve | $ 103.3 | $ 41.2 | $ 144.6 | (2) |
| | | | | |
| Total Imported In-Transit Inventory | $ 103.3 | $ 41.2 | $ 144.6 | |
| % Relating to SRAC L/C's | 7.4% | 7.4% | | |
| SRAC L/C's | $ 7.7 | $ 3.1 | $ 10.7 | |
|   Add: SRAC L/C's (net of 2.73% reserve) | $ 7.5 | $ 3.0 | $ 10.4 | |
| | | | | |
| Net Eligible Inventory | | | $ 2,391.5 | |
| NOLV | | | 88.70% | |
| Advance Rate (Lesser of 70% or 80% of NOLV) | | | 70.00% | |
| | | | | |
| Inventory Availability | | | $ 1,674.0 | |
| | | | | |
| Eligible Credit Card Receivables | $ 41.1 | $ 13.7 | $ 54.8 | |
| Advance Rate | | | 85% | |
| | | | | |
| Credit Card Availability | | | $ 46.5 | |
| | | | | |
| Pharmacy Accounts Receivable | $ - | $ 14.5 | $ 14.5 | |
| Less Ineligibles: | | | | |
|   Outstanding for more than 90 days past invoice date or 60 days past due | | $ 2.5 | $ 2.5 | |
|   Cross-Age | | $ 1.0 | $ 1.0 | |
|   Disputed Pharmacy Receivables | | | $ - | |
|   Medicare, Medicaid, or other Governmental Authorities | | $ 0.5 | $ 0.5 | |
|   Pharmacy Receivables due from outside United States | | | $ - | |
|   Other | | | $ - | |
| | | | | |
| Net Eligible Pharmacy Accounts Receivable | | | 10.5 | |
| Advance Rate | | | 85% | |
| | | | | |
| Third Party Pharmacy Accounts Receivable Availability | | | 8.9 | |
| | | | | |
| Availability Reserves | | | | |
|   Gift Card Liability (50%) | $ 16.7 | $ 2.8 | $ 19.5 | |
|   2 Months Store Rent Reserve (Landlord Lien States WA, VA, PA) | $ 2.1 | $ 3.5 | $ 5.7 | |
|   Unshipped Customer Deposits (15%) | $ 15.0 | $ 0.2 | $ 15.3 | |
|   DC Rent Reserve (2 months) | $ 1.4 | $ 1.9 | $ 3.3 | |
|   PACA/PASA | $ - | $ 0.0 | $ 0.0 | |
|   Credit Card Receivables owed to PR | $ 0.1 | $ 0.0 | $ 0.1 | |
|   SHIP Customer Deposits | $ 15.0 | $ - | $ 15.0 | |
|   Installation Customer Deposits | $ 1.6 | $ - | $ 1.6 | |
|   Reserve for FILO | $ - | | $ - | |
| | | | | |
| Borrowing Base | | | $ 1,669.1 | |

(1) Includes inventory in trailers on premises at DCs.  
(2) Adjusted for Decon to DC Inventory (net of reserves)

### Preliminary 507(b) Calculation

($ in Millions)

|  | Historical NOLV |
|---|---:|
| **10/13/15 Borrowing Base (Filed 10/18/18)** | |
| Net Eligible Inventory | $2,392 |
| NOLV | 92% |
| Liquidation Value of Net Eligible Inventory | $2,200 |
|  | |
| Plus: CC Receivables | $55 |
| Plus: Pharmacy Receivables | 11 |
| Less: Ineligible Inventory & Reserves | (107) |
| **Net Collateral Value** | **$2,159** |
|  | |
| **September 30  2018 - Monthly Ending Cap Table** | |
| ABL Revolving Credit Facility[1] | ($836) |
| ABL Term Loan B | (571) |
| ABL Normal Course LC | (121) |
| FILO | (125) |
| Citi LC[2] | (176) |
| **Total 1L** | **($1,828)** |
|  | |
| **507(b) Calculation** | |
| Implied 2L Recovery | $331 |
| Less: 2L Recovery (Wind Down) | 0 |
| **Est. 2L 507(b) Claim** | **$331** |

(1) Revolver amount outstanding as of 10/15/18

(2) Preliminary estimate of liability: $271mm of written LCs reduced by $75mm of workers' comp and $20mm customs bond

(3) From Company estimate provided with estimated expenses