# Exhibit 64

| Date | LC Number | Issuer | Amount | Beneficiary |
|---|---|---|---|---|
| 10/26/2018 | 68136692 | BAML | $ 39,419.40 | Pacificorp/PacificPower |
| 10/26/2018 | 68136691 | BAML | $ 22,922.32 | Pacificorp/PacificPower |
| 10/31/2018 | 68136840 | BAML | $ 79,710.18 | Madison Title Agency |
| 10/31/2018 | 68141658 | BAML | $ 62,119.60 | MP2 Energy Texas |
| 11/1/2018 | 68141658 | BAML | $ 17,467.40 | MP2 Energy Texas |
| 11/1/2018 | 68141658 | BAML | $ 1,774.47 | MP2 Energy Texas |
| 11/1/2018 | 68141658 | BAML | $ 16,343.71 | MP2 Energy Texas |
| 11/5/2018 | 68108136 | BAML | $ 68,713.68 | Arizona Public Service |
| 11/6/2018 | 68141658 | BAML | $ 9,432.96 | MP2 Energy Texas |
| 11/6/2018 | 68142039 | BAML | $ 57,162.95 | Union Electric Co |
| 11/8/2018 | 68141658 | BAML | $ 98,590.39 | MP2 Energy Texas |
| 11/14/2018 | 68138656 | BAML | $ 116,964.00 | PECO |
| 11/14/2018 | 68138657 | BAML | $ 20,253.00 | PECO |
| 11/14/2018 | 68141658 | BAML | $ 25,756.28 | MP2 Energy Texas |
| 11/20/2018 | 68141658 | BAML | $ 111,048.32 | MP2 Energy Texas |
| 11/21/2018 | 68141658 | BAML | $ 34,026.73 | MP2 Energy Texas |
| 11/21/2018 | 68114723 | BAML | $ 82,283.27 | San Diego Gas&Electric |
| 11/26/2018 | 68141658 | BAML | $ 31,048.09 | MP2 Energy Texas |
| 12/3/2018 | 68141658 | BAML | $ 64,063.47 | MP2 Energy Texas |
| 12/17/2018 | 68142039 | BAML | $ 1,949.87 | Union Electric Co |
| 12/19/2018 | 68114723 | BAML | $ 39,048.85 | San Diego Gas&Electric |
| 12/19/2018 | 68136692 | BAML | $ 43,580.60 | Pacificorp/PacificPower |
| 12/19/2018 | 68136991 | BAML | $ 13,077.68 | Pacificorp/PacificPower |
| 12/19/2018 | 68136840 | BAML | $ 337,018.83 | Madison Title Agency |
| 12/27/2018 | 68130499 | BAML | $ 317,970.50 | Direct Energy Business |
| 3/26/2019 | 1325141 | BAML | $ 850,000.00 | State of Montana - Kmart self-insured WC |
| 4/18/2019 | 68113887 | BAML | $ 2,553,000.00 | Beede Group |
| 5/13/2019 | 1410419 | BAML | $ 277,137.37 | Travelers Casualty and Surety |
| 5/23/2019 | 68133798 | BAML | $ 875.00 | National Fuel Resources |
|  |  | **TOTAL BAML** | **$ 5,392,758.92** |  |
| 10/19/2018 | SM238634W | Wells Fargo | $ 1,400,000.00 | Treasurer of State Of Maine - Kmart self-insured WC |
| 10/29/2018 | SM238635W | Wells Fargo | $ 750,000.00 | State of Maine - Sears old self-insured WC |
|  |  | **TOTAL WELLS-FARGO** | **$ 2,150,000.00** |  |
|  |  | **TOTAL BAML - WELLS** | **$ 7,542,758.92** |  |
| 11/30/2018 | 69613171 | Citi | $ 1,048,828.33 | Southern California Edison |
| 1/11/2019 | 69613060 | Citi | $ 261,347.00 | ARGONAUT INSURANCE COMPANY |
| 2/7/2019 | 69613280 | Citi | $ 277,482.70 | Direct Energy |
|  |  | **TOTAL CITI** | **$ 1,587,658.03** |  |
|  |  | **TOTAL DRAWS TO DATE** | **$ 9,130,416.95** |  |

**ONE DRAW PENDING:**

| Pending | 68134076 | BAML | $ 10,500.00 | Vectren |

CONFIDENTIAL

CYRUS_507B_00000003

**JX 098-1**