# Exhibit 65

**Sears Holding Corporation**
**Collateral Report**
As of October 6, 2018

| CO | Issuer | LOC# | Beneficiary | End. Bal. As of 2/3/2018 | Increase | Decrease | End. Bal. As of 10/15/2018 | Action Plans / Comments |
|---|---|---|---|---|---|---|---|---|
| | | | *Standby Letters of Credit* | | | | | |
| K | B | 1323574 | State of Arkansas Kmart self-insured WC- | 300,000.00 | | | 300,000.00 | |
| S-SHC | B | 1323699 | State of Nevada - Kmart self-insured WC | 289,000.00 | 13,000.00 | | 302,000.00 | |
| K | B | 1324583 | State of West Virginia - Kmart self-insured | 1,000,000.00 | | | 1,000,000.00 | |
| K | B | 1325141 | State of Montana - Kmart self-insured WC | 850,000.00 | | | 850,000.00 | |
| K | B | 1332963 | South Dakota Dept of Labor - Kmart self- | 323,281.00 | | | 323,281.00 | |
| K | B | 1352861 | South Carolina - Kmart self-insured WC | 500,000.00 | | | 500,000.00 | |
| K | B | 1388910 | Old Republic Insurance Company - Kmart TX | 1,000,000.00 | | (1,000,000.00) | - | |
| K | B | 1410419 | Travelers Casualty and Surety | 13,365,629.00 | | | 13,365,629.00 | |
| K | B | 1437447 | Safety National excess WC 2002-2004 | 1,250,000.00 | | (1,250,000.00) | - | |
| K | B | 64032603 | RLI Surety - (court bond exposure left) | 500,000.00 | | | 500,000.00 | |
| K | B | 64032610 | LINCOLN GEN INS CO (In Liquidation) | 500,000.00 | | | 500,000.00 | |
| K | B | 64032614 | Rhode Island - Kmart self-insured WC | 1,250,000.00 | | | 1,250,000.00 | |
| K | B | 64032616 | State of Pennsylvania | 6,200,000.00 | | (6,200,000.00) | - | |
| K | B | 64032617 | State of LA | 600,000.00 | | | 600,000.00 | |
| K | B | 64032618 | Safety National | 100,000.00 | | (100,000.00) | - | |
| K | B | 64032619 | State of VA | 1,000,000.00 | | | 1,000,000.00 | |
| K | B | 64032622 | State of MS | 1,000,000.00 | | | 1,000,000.00 | |
| S | B | 64032623 | State of WV | 1,000,000.00 | | | 1,000,000.00 | |
| SHGS | B | 64032626 | Bank of America | 1,219,212.01 | | (483.35) | 1,218,728.66 | source: BOA debit notifcation letter from SL |
| S | B | 68005940 | State of RI - Sears old self-insured WC | 750,000.00 | | | 750,000.00 | |
| S | B | 68005943 | State of Washington - Sears old self-insured | 4,826,000.00 | | | 4,826,000.00 | |
| S | B | 68005944 | State of California - Sears old self-insured | 1,399,924.00 | | (1,399,924.00) | - | |
| S-Srein | B | 68006025 | Hibernia Bk - Sears Re/Lib Mutual (auto liab | 1,400,000.00 | | (300,000.00) | 1,100,000.00 | |
| K | B | 68007653 | XL Specialty Insurance - Kmart surety bond | 4,893,000.00 | | (4,893,000.00) | - | |
| S | B | 68014846 | State of MS | 50,000.00 | | | 50,000.00 | |
| S | B | 68056707 | Ohio Bureau of Workers Compensation | 6,800,000.00 | | (6,800,000.00) | - | |
| S-SHC | B | 68064745 | AE P | 173,922.00 | | | 173,922.00 | |
| K | B | 68104412 | Minnesota | 3,500,000.00 | | | 3,500,000.00 | |
| S=SHC | B | 68108136 | Arizona Public Service | 342,609.00 | | | 342,609.00 | |
| K | B | 68108141 | North Carolina Dept of Insurance | 1,193,000.00 | | | 1,193,000.00 | |
| S | B | 68113887 | Beede Site Group | 2,553,000.00 | | | 2,553,000.00 | |
| S-SHC | B | 68114445 | Portland General Electric Company | 153,000.00 | | (6,000.00) | 147,000.00 | |
| S-SHMC | B | 68114723 | San Diego Gas&Electric | 500,000.00 | | | 500,000.00 | |
| S | B | 68125863 | Hudson Insurance Co | 26,000,000.00 | | (26,000,000.00) | - | |
| S | B | 68129110 | North Central Electric Power | 39,000.00 | | | 39,000.00 | |
| S | B | 68130499 | Direct Energy Business | 1,300,000.00 | | (982,029.50) | 317,970.50 | |
| S | B | 68133665 | Argonaut Insurance Company | 10,058,273.50 | | (10,058,273.50) | - | |
| S | B | 68133798 | National Fuel Resources | 26,325.00 | | | 26,325.00 | |
| S | B | 68134076 | Vectren Energy of IN | 108,716.00 | | | 108,716.00 | |
| S | B | 68134078 | Atlantic Specialty Ins Co | 1,812,144.00 | | (1,812,144.00) | - | |
| S | B | 68134510 | RPI Carlsbad | 75,000.00 | | (75,000.00) | - | |
| S | B | 68134511 | RSE Independence | 28,000.00 | | (28,000.00) | - | |
| S | B | 68134512 | MT.Shasta Anchor | 30,000.00 | | (30,000.00) | - | |
| S | B | 68134513 | North Plains Mall | 49,000.00 | | (49,000.00) | - | |
| S | B | 68136692 | Pacificorp/PacificPower | 83,000.00 | | | 83,000.00 | |

**Sears Holding Corporation**
**Collateral Report**
As of October 6, 2018

| CO | Issuer | LOC# | Beneficiary | End. Bal. As of 2/3/2018 | Increase | Decrease | End. Bal. As of 10/15/2018 | Action Plans / Comments |
|---|---|---|---|---:|---:|---:|---:|---|
| K | B | 68136991 | Pacificorp/PacificPower | 36,000.00 | | | 36,000.00 | |
| S | B | 68136840 | Madison Title Agency | 1,064,197.16 | | | 1,064,197.16 | |
| S | B | 68137656 | PECO an Exelon Co (Srs) | - | 20,253.00 | | 20,253.00 | |
| K | B | 68137657 | PECO an Exelon Co (Kmrt) | - | 116,964.00 | | 116,964.00 | |
| S | B | 68138034 | Constellation New Energy | - | 20,000.00 | | 20,000.00 | |
| S | B | 68138937 | New Jersey Dept of Environmental | - | 30,000.00 | | 30,000.00 | |
| S | B | 68141292 | CITIBANK, N.A. | - | 25,000,000.00 | | 25,000,000.00 | |
| S | B | 68141318 | Atlantic Specialty Ins Co | - | 18,000,000.00 | | 18,000,000.00 | |
| S | B | 68141658 | MP2 Energy Texas | - | 676,000.00 | | 676,000.00 | |
| S | B | 68142038 | Union Electric Co | - | 80,166.00 | | 80,166.00 | |
| S | B | 68142039 | Union Electric Co | - | 137,632.00 | | 137,632.00 | |
| S | B | 68142291 | ACE American Ins Co | - | 2,722,876.00 | | 2,722,876.00 | |
| S | B | 68142767 | Centerpoint Properties | - | 3,500,000.00 | | 3,500,000.00 | |
| K | W | IS0012725 | State of CA (Kmart) | 16,680,940.00 | | (16,680,940.00) | - | |
| S-SHC | W | SM238598 | Southern California Edison | 2,347,500.00 | | (2,347,500.00) | - | |
| S | W | SM238605W | NY - Sears disability self-insurance | 88,000.00 | | | 88,000.00 | |
| K | W | SM238611W | Georgia Self-Insurers Guaranty | 3,320,000.00 | | | 3,320,000.00 | |
| K | W | SM238624W | State of IL - Kmart self-insured WC | 2,700,000.00 | | (2,700,000.00) | - | |
| S | W | SM238633W | NY-Chair WC Board-(Self ins til/1/86 | 2,847,402.00 | | (2,847,402.00) | - | |
| K | W | SM238634W | Treasurer of State Of Maine - Kmart self- | 1,400,000.00 | | | 1,400,000.00 | |
| S | W | SM238635W | State of Maine - Sears old self-insured WC | 750,000.00 | | | 750,000.00 | |
| K | W | SM238640W | State of AZ | 1,022,774.00 | | | 1,022,774.00 | |
| K | W | SM238642W | State of TX - Kmart WC self-insured 1993-03 | 6,900,000.00 | | | 6,900,000.00 | |
| K | W | SM238724W | State of OR | 1,200,000.00 | | | 1,200,000.00 | |
| K | W | SM238725W | National Union Fire Ins Co. - Kmart ins'd | 2,505,438.00 | | | 2,505,438.00 | |
| S-SHC | W | SM238727W | Safeco - Sears surety bond program | 28,128,006.00 | | (28,128,006.00) | - | |
| S | W | SM238728W | Liberty- Sears 2004 casualty swing plan | 3,700,000.00 | | (3,700,000.00) | - | |
| K | W | SM238729W | Travelers Indemnity Company - Kmart WC | 1,699,000.00 | | (142,000.00) | 1,557,000.00 | |
| K | W | SM238732W | State of Florida Self Insurer's Guaranty - | 20,065,316.00 | | (20,065,316.00) | - | |
| K | W | SM238735W | State of New York - Kmart self-insured WC | 7,087,560.00 | | (7,087,560.00) | - | |
| K | W | SM238736W | Dept of Consumer & Ind - Michigan | 3,000,000.00 | | (3,000,000.00) | - | |
| K | W | SM238737W | State of OH | 9,500,000.00 | | (9,500,000.00) | - | |
| K | W | SM238739W | State of Kentucky | 9,000,000.00 | | | 9,000,000.00 | |
| S-SHMC | W | WSM217858W | Trinity Reit, Inc | - | | | - | |
| K | W | WSM217902W | Tennessee Dept of Commerce & Ins | 5,000,000.00 | | | 5,000,000.00 | |

# Sears Holding Corporation
## Collateral Report
As of October 6, 2018

| CO | Issuer | LOC# | Beneficiary | End. Bal. As of 2/3/2018 | Increase | Decrease | End. Bal. As of 10/15/2018 | Action Plans / Comments |
|---|---|---|---|---|---|---|---|---|
| S-SHC | W | WSM234025W | ACE | 146,234,852.00 | | (146,234,852.00) | - | |
| S | C | 69608878 | ACE | 200,000,000.00 | | (106,269,756.00) | 93,730,244.00 | |
| S | C | 69609912 | Warranty Group | 51,067,000.00 | | (18,067,000.00) | 33,000,000.00 | |
| S | C | 69610085 | AtlanticSpecialty/One Beacon | 20,000,000.00 | 1,812,144.00 | | 21,812,144.00 | |
| K | C | 69612935 | Office of Self Insurance Plans | - | 14,794,176.00 | | 14,794,176.00 | |
| K | C | 69613026 | Florida Self-Insurers | - | 17,955,118.00 | | 17,955,118.00 | |
| S | C | 69613027 | Liberty Mutual Ins Co | - | 3,385,000.00 | | 3,385,000.00 | |
| S | C | 69613028 | Liberty Mutual Ins Co | - | 23,723,059.00 | | 23,723,059.00 | |
| K | C | 69613052 | XL Specialty Insurance Co | - | 4,893,000.00 | | 4,893,000.00 | |
| S | C | 69613060 | Argonaut Insurance Company | - | 10,058,273.50 | | 10,058,273.50 | |
| K | C | 69613076 | Chair, Workers' Comp Board | - | 7,087,560.00 | | 7,087,560.00 | |
| K | C | 69613077 | Self Insurance Division | - | 6,200,000.00 | | 6,200,000.00 | |
| K | C | 69613082 | Department of Energy | - | 3,000,000.00 | | 3,000,000.00 | |
| K | C | 69613083 | Ohio Bureau of Workers Compensation | - | 9,500,000.00 | | 9,500,000.00 | |
| S | C | 69613085 | Chair, Workers' Comp Board | - | 2,847,402.00 | | 2,847,402.00 | |
| S | C | 69613086 | Ohio Bureau of Workers Compensation | - | 6,800,000.00 | | 6,800,000.00 | |
| S | C | 69613092 | Office of Self Insurance Plans | - | 3,910,494.00 | | 3,910,494.00 | |
| S | C | 69613171 | Office of Self Insurance Plans | - | 2,347,500.00 | | 2,347,500.00 | |
| K | C | 69613258 | Safety National | - | 1,350,000.00 | | 1,350,000.00 | |
| K | C | 69613274 | Old Republic | - | 1,000,000.00 | | 1,000,000.00 | |
| K | C | 69613278 | State of IL | - | 2,700,000.00 | | 2,700,000.00 | |
| S | C | 69613280 | Direct Energy | - | 982,029.50 | | 982,029.50 | |
| | | | Sub total | 647,735,020.67 | $ 174,662,647.00 | $ (427,754,186.35) | 394,643,481.32 | |
| | | | | | | | | |
| | | | TOTAL BAML/WELLS BANK ISSUED LC's | 376,668,020.67 | 50,316,891.00 | (303,417,430.35) | 123,567,481.32 | BAML CREDIT FACILITY |
| | | | TOTAL CITI BANK ISSUED LC's | 271,067,000.00 | 124,345,756.00 | (124,336,756.00) | 271,076,000.00 | CITI CREDIT FACILITY |
| | | | | | | | | |
| | | | | 647,735,020.67 | 174,662,647.00 | (427,754,186.35) | 394,643,481.32 | |