# Exhibit 68

**Sears Holdings Corporation**
**Total Company**
**Summary of Total Estimated Net Recovery Values on Retail Store GOB Inventory**
**Draft - Subject to Further Refinement**

12/15/2018 9:27 AM

| | SearsHC / Abacus ||| (505 Stores) 11/16/2018 Tiger Report |||
|---|---|---|---|---|---|---|
| | (000's Omitted) ||| (000's Omitted) |||
| | Inventory at Cost | Inventory at Cost | Adjusted Inventory at Retail | Inventory at Cost | | Adjusted Inventory at Retail |
| **Total GOB Eligible Inventory** | 1,572,018 | 1,572,018 | 2,945,250 | 1,621,391 | | 3,078,728 |
| | (Scenario 1) 120.7% | (Scenario 2) 123.7% | | | 123.7% | 65.1% |
| | Total $ / % of Elig. Inv. at Cost | Total $ / % of Elig. Inv. at Cost | % of Elig. Inv. at Retail | Total $ | % of Elig. Inv. at Cost | % of Elig. Inv. at Retail |
| **Projected Combined GOB Gross Recovery** | 1,897,426 / 120.7% | 1,944,600 / 123.7% | 64.4% | 2,005,400 | 123.7% | 65.1% |
| **Controllable Expenses:** | | | | | | |
| Store payroll | 157,000 * / 10.0% | 157,000 * / 10.0% | 5.3% | 157,000 | 9.7% | 5.1% |
| Store payroll taxes and benefits | 30,900 * / 2.0% | 30,900 * / 2.0% | 1.0% | 30,900 | 1.9% | 1.0% |
| Incentive & retention bonus | 15,000 / 1.0% | 15,000 / 1.0% | 0.5% | 15,700 | 1.0% | 0.5% |
| Subtotal - Payroll | 202,900 / 12.9% | 202,900 / 12.9% | 6.9% | 203,600 | 12.6% | 6.6% |
| Advertising & promotional costs | 25,000 / 1.6% | 25,000 / 1.6% | 0.8% | 59,400 | 3.7% | 1.9% |
| Store occupancy expense | 118,700 * / 7.6% | 118,700 * / 7.6% | 4.0% | 118,700 | 7.3% | 3.9% |
| Store miscellaneous expense | 10,000 / 0.6% | 10,000 / 0.6% | 0.3% | 14,300 | 0.9% | 0.5% |
| Central Services | 0 / 0.0% | 0 / 0.0% | 0.0% | 230 | 0.0% | 0.0% |
| Merchandise transfers | 30,000 / 1.9% | 30,000 / 1.9% | 1.0% | 47,500 | 2.9% | 1.5% |
| Credit card fees | 28,800 / 1.8% | 28,800 / 1.8% | 1.0% | 28,800 | 1.8% | 0.9% |
| Security | 3,500 / 0.2% | 3,500 / 0.2% | 0.1% | 8,600 | 0.5% | 0.3% |
| Inventory insurance | 0 / 0.0% | 0 / 0.0% | 0.0% | 3,300 | 0.2% | 0.1% |
| Independent inventory costs | 0 / 0.0% | 0 / 0.0% | 0.0% | 1,700 | 0.1% | 0.1% |
| Subtotal - Other Operating | 72,300 / 4.6% | 72,300 / 4.6% | 2.5% | 104,430 | 6.4% | 3.4% |
| On-site supervision | 16,600 / 1.1% | 16,600 / 1.1% | 0.6% | 18,000 | 1.1% | 0.6% |
| **Total Combined Direct Sale Expenses** | 435,500 / 27.7% | 435,500 / 27.7% | 14.8% | 504,130 | 31.1% | 16.4% |
| **Estimated Total Company GOB Net Recovery Before Other Adjustments and Corporate Expenses** | 1,461,926 / 93.0% | 1,509,100 / 96.0% | 49.6% | 1,501,270 | 92.6% | 48.8% |
| **Less: Other Adjustments** | | | | | | |
| Redemption of Gift Certificates/Cash Card Royalty Payments | 4,000 * / 0.3% | 4,000 * / 0.3% | 0.1% | 4,000 | 0.2% | 0.1% |
| Total Other Adjustments | 4,000 / 0.3% | 4,000 / 0.3% | 0.1% | 4,000 | 0.2% | 0.1% |
| **Estimated Blended Net Recovery Before Estimated Liquidation Fees and Corporate Expenses** | 1,457,926 / 92.7% | 1,505,100 / 95.7% | 49.5% | 1,497,270 | 92.3% | 48.6% |
| **Less: Estimated Base Liquidation Fee** | 900 / 0.1% | 900 / 0.1% | 0.0% | 12,600 | 0.8% | 0.4% |
| **Estimated Blended Net Recovery Before Corporate Expenses** | 1,457,026 / 92.7% | 1,504,200 / 95.7% | 49.5% | 1,484,670 | 91.6% | 48.2% |
| **Less: Corporate Expenses** | | | | | | |
| Corporate Occupancy | / 0.0% | / 0.0% | 0.0% | 10,200 | 0.6% | 0.3% |
| Corporate Overhead | / 0.0% | / 0.0% | 0.0% | 26,000 | 1.6% | 0.8% |
| Other Closing Costs | / 0.0% | / 0.0% | 0.0% | 12,000 | 0.7% | 0.4% |
| Total Corporate Expenses | 40,000 / 2.5% | 40,000 / 2.5% | 1.4% | 48,200 | 3.0% | 1.6% |
| **Blended Net Recovery For Combined Retail Store GOB Inventory** | 1,417,026 / 90.1% | 1,464,200 / 93.1% | 48.1% | 1,436,470 | 88.6% | 46.7% |

**Notes:**
* - Used Tiger's numbers

HIGHLY CONFIDENTIAL

SEARS_507B_00000131
**JX 102-1**