| | |
|---|---|
| ARCHER & GREINER, P.C.<br>630 Third Avenue<br>New York, New York 10017<br>Tel: (212) 682-4940<br>Allen G. Kadish<br>Lance A. Schildkraut<br>Email:  akadish@archerlaw.com<br>            lschildkraut@archerlaw.com | **Hearing Date and Time: October 23, 2019 at 10:00 a.m.**<br>**Response Deadline:  October 16, 2019** |

*Attorneys for Globant LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**NOTICE OF MOTION OF GLOBANT, LLC
TO ALLOW AND COMPEL PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM FOR
POST-PETITION SERVICES PROVIDED TO THE DEBTORS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On August 29, 2019, GLOBANT LLC ("**Globant**"), filed the annexed motion (the "**Motion**"), to allow and compel payment of its administrative expense claim (the "**Administrative Claim**") in the amount of $66,595.00, pursuant to Section 503(b)(1)(A) of Title 11 of the United States Code, and to compel Sears Holdings Corporation, et al., debtors-in-possession herein, to pay such expense on an administrative basis.

2. A hearing to consider the relief sought in the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **October 23, 2019 at 10:00 A.M.** (the "**Hearing Date**").

3. Responses to the Motion must be made in writing, with a hard copy delivered to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; conform to the Federal Rules, the Bankruptcy Rules and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York; be filed with the Bankruptcy Court; and be served in accordance with the provisions of General Order M-399 of this Court upon Archer & Greiner, P.C., counsel for Globant, LLC, 630 Third Avenue, New York, New York 10017 (Attn: Allen G. Kadish), on or before **5:00 P.M. on October 16, 2019** (the "**Response Deadline**").

4. If a response is not timely filed and served by the Response Deadline, the Bankruptcy Court may grant the relief sought in the Motion and enter an Order accordingly on the Hearing Date. Responding parties are required to attend on the Hearing Date and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York  
       August 29, 2019

ARCHER & GREINER, P.C.

By: /s/ Allen G. Kadish  
    Allen G. Kadish  
    Lance A. Schildkraut  
630 Third Avenue  
New York, New York 10017  
Tel: (212) 682-4940  
Email: akadish@archerlaw.com  
       lschildkraut@archerlaw.com

*Attorneys for Globant LLC*