# **EXHIBIT A**

## **Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
|  | (Jointly Administered) |
| Debtors. |  |

# ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF GLOBANT LLC AND COMPELLING DEBTORS' IMMEDIATE PAYMENT THEREOF

Upon the motion (the "**Motion**")[1] of GLOBANT LLC ("**Globant**"), pursuant to Section 503(b)(1)(A) of the United States Bankruptcy Code (the "**Bankruptcy Code**"), for an order allowing an administrative expense claim for administrative services rendered to the Debtors post-petition in the amount of $66,595.00 for services rendered in accordance with a certain *Master Services* Agreement (the "**Agreement**") and *Scope of Work* addenda thereunder through and including March 31, 2019, and compelling immediate payment of such claim; and good and sufficient cause appearing; and good and proper notice and service of the Motion having been provided; and following a hearing held before this Court; and upon the record thereof; and upon the record of this case and the pleadings previously filed herein; and any objection having been withdrawn or overruled; it is hereby

ORDERED, that the Motion is granted, and it is further

ORDERED, that pursuant to Section 503(b)(1)(A) of the Bankruptcy Code, (i) the administrative expense claim of Globant is hereby allowed in the amount of $66,595.00, and (ii) the Debtors are hereby compelled, within ten days hence, to make payment of $66,595.00 to Globant; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, that the relief provided herein is without prejudice to the proofs of claim filed on behalf of Globant in these Chapter 11 cases; and it is further

ORDERED, that this Court shall retain jurisdiction to resolve any issues with respect to the relief provided by this order.

Dated: White Plains, New York
       October ___, 2019

_____
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE