CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225 2000
Facsimile: (212) 225 3999
Luke A. Barefoot, Esq.
Andrew Weaver, Esq.

*Attorneys for Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re                                                         :
                                                              :   **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                     :
                                                              :   **Case No. 18-23538 (RDD)**
                                                              :
                   Debtors.[1]                                :   **(Jointly Administered)**
------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF MOTION TO FILE UNDER SEAL
(I) CERTAIN EXHIBITS TO THE DECLARATION OF JEFF BUTZ IN SUPPORT OF
TRANSFORM HOLDCO LLC'S REPLY BRIEF IN FURTHER SUPPORT OF THE
ADVERSARY COMPLAINT AND (II) CERTAIN EXHIBITS TO THE DECLARATION
OF ANDREW WEAVER IN SUPPORT OF TRANSFORM HOLDCO LLC'S
<u>REPLY BRIEF IN FURTHER SUPPORT OF THE ADVERSARY COMPLAINT</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that Transform Holdco LLC, by and through its undersigned counsel, hereby withdraws the *Motion to File Under Seal (I) Certain Exhibits to the Declaration of Jeff Butz in Support of Transform Holdco LLC's Reply Brief in Further Support of the Adversary Complaint and (II) Certain Exhibits to the Declaration of Andrew Weaver in Support of Transform Holdco LLC's Reply Brief in Further Support of the Adversary Complaint* (the "Reply Brief Motion to Seal") as filed at Docket Nos. 4475 and 4483.

**PLEASE TAKE FURTHER NOTICE** that the Reply Brief Motion to Seal was also filed at Docket No. 4494, which version has been submitted for entry by the United States Bankruptcy Court for the Southern District of New York.

Dated: August 29, 2019
New York, New York

                                             */s/ Andrew Weaver*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225 2000
Facsimile: (212) 225 3999
Luke A. Barefoot, Esq.
Andrew Weaver, Esq.

*Attorneys for Transform Holdco LLC*