ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Allen G. Kadish
Lance A. Schildkraut
Email:  akadish@archerlaw.com
         lschildkraut@archerlaw.com

*Attorneys for Globant LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CHRISTIAN HANSEN, being duly sworn, deposes and says that:

I am not a party to this action, am over 18 years of age and reside in New York, New York.

On August 29, 2019, I served true and correct copies of the *Motion of Globant LLC to Allow and Compel Payment of Administrative Expense Claim for Post-Petition Services Provided to the Debtors* [Docket No. 5027] by email on the parties identified on the service list attached hereto.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Christian Hansen
　　　　　　　　　　　　　　　　　　　　　　　Christian Hansen

Sworn to before me this
  29th   day of August, 2019

    /s/ Lance Aaron Schildkraut
Notary Public

Lance Aaron Schildkraut
Notary Public, State of New York
No. 02SC6115102
Qualified in Queens County
Commission Expires August 30, 2020

# SERVICE LIST

| | | |
|---|---|---|
| harrisj12@michigan.gov | kutnera@ballardspahr.com | rmccord@certilmanbalin.com |
| idizengoff@akingump.com | knewman@barclaydamon.com | rnosek@certilmanbalin.com |
| pdublin@akingump.com | mowens@btlaw.com | appleby@chapman.com |
| aqureshi@akingump.com | emiller@bayardlaw.com | wilamowsky@chapman.com |
| sbrauner@akingump.com | russ@bsavory.com | brotenberg@csglaw.com |
| courts@alderman.com | jsolomon@bbwg.com | szuber@csglaw.com |
| bnkatty@aldineisd.org | llindenberg@bbwg.com | ksimard@choate.com |
| jarnold@aldridgepite.com | rmills@bellnunnally.com | jmarshall@choate.com |
| laura.hall@allenovery.com | mbarrie@beneschlaw.com | hchoi@choiandpark.com |
| joseph.badtke-berkow@allenovery.com | kcapuzzi@beneschlaw.com | cpark@choiandpark.com |
| | wschonberg@beneschlaw.com | lkleist@choiandpark.com |
| James.Vincequerra@alston.com | Ernie.park@bewleylaw.com | mstein@chuhak.com |
| leib.lerner@alston.com | Tgaa@bbslaw.com | eschnitzer@ckrlaw.com |
| ajd@ansellgrimm.com | michael@bindermalter.com | gsaydah@ckrlaw.com |
| ajd@ansellgrimm.com | julie@bindermalter.com | srichman@clarkhill.com |
| akadish@archerlaw.com | JRhodes@BlankRome.com | srichman@clarkhill.com |
| lschildkraut@archerlaw.com | Tarr@BlankRome.com | nbencze@clarkhill.com |
| beth.brownstein@arentfox.com | EZucker@BlankRome.com | duane.brescia@clarkhillstrasburger.com |
| brian.lohan@arnoldporter.com | bleusandassociates@gmail.com | dblau@clarkhill.com |
| ginger.clements@arnoldporter.com | bankruptcy@borgeslawllc.com | liman@cgsh.com |
| jaronauer@ayllp.com | wborges@borgeslawllc.com | amainoo@cgsh.com |
| CSchael@AshfordNJLaw.com | schin@borgeslawllc.com | lbarefoot@cgsh.com |
| eneiger@askllp.com | arainone@bracheichler.com | soneal@cgsh.com |
| jchristian@askllp.com | jjorissen@briggs.com | aweaver@cgsh.com |
| jsteinfeld@askllp.com | bsilverberg@brownrudnick.com | tmoloney@cgsh.com |
| gunderdahl@askllp.com | spohl@brownrudnick.com | soneal@cgsh.com |
| bmcgrath@askllp.com | pweiser@buchalter.com | aweaver@cgsh.com |
| kcasteel@askllp.com | schristianson@buchalter.com | rmukhi@cgsh.com |
| eneiger@askllp.com | christopher.schueller@bipc.com | jkpark@cgsh.com |
| mudem@askllp.com | terry.shulsky@bipc.com | tmoloney@cgsh.com |
| Jg5786@att.com | tyler.dischinger@bipc.com | wkelleher@cohenlaw.com |
| mcuellar45@austinenterpriseslp.com | Eric.Waxman@cwt.com | hward@cohenlaw.com |
| mfrankel@bfklaw.com | Anthony.Deleo@cwt.com | rseltzer@cwsny.com |
| egoodman@bakerlaw.com | rdavis@cafarocompany.com | jbienstock@coleschotz.com |
| fkhan@bakerlaw.com | jlevitin@cahill.com | mwarner@coleschotz.com |
| pollack@ballardspahr.com | rstieglitz@cahill.com | scf@cohmlaw.com |
| marriott@ballardspahr.com | joan.huh@cdtfa.ca.gov | Michael.smith2@computershare.com |
| branchd@ballardspahr.com | sjk@carmodymacdonald.com | kbifferato@connollygallagher.com |
| heilmanl@ballardspahr.com | MKurzman@carmodylaw.com | kconlan@connollygallagher.com |
| summersm@ballardspahr.com | tsansone@carmodylaw.com | cgriffiths@connollygallagher.com |
| daluzt@ballardspahr.com | mcatalfimo@carterconboy.com | svanaalten@cooley.com |
| roglenl@ballardspahr.com | gadsden@clm.com | scarnes@cooley.com |
| mcclambc@ballardspahr.com | bankruptcy@clm.com | rco@crlawpr.com |
| harnerp@ballardspahr.com | Dennis.roemlein@bnymellon.com | dcoffino@cov.com |
| aclark@cov.com | mherz@foxrothschild.com | arthur.rosenberg@hklaw.com |
| mfelger@cozen.com | nreid@foxswibel.com | Marc.Antonecchia@hklaw.com |
| pzumbro@cravath.com | jfrank@fgllp.com | barbra.parlin@hklaw.com |
| davidtaxin@dahannowick.com | jkleinman@fgllp.com | elvin.ramos@hklaw.com |
| daniel@dmsilverlaw.com | deggert@freeborn.com | jose.casal@hklaw.com |
| dhw@dhclegal.com | brad.eric.scheler@friedfrank.com | jjalemany@hklaw.com |
| jwcohen@daypitney.com | scott.luftglass@friedfrank.com | llichtman@honigman.com |
| Ksummers@dflaw.com | peter.siroka@friedfrank.com | chris.gartman@hugheshubbard.com |
| mcto@debevoise.com | tking@fbtlaw.com | neil.oxford@hugheshubbard.com |

| | | |
|---|---|---|
| eweisgerber@debevoise.com | rgold@fbtlaw.com | dustin.smith@hugheshubbard.com |
| bethsolomon@discover.com | awebb@fbtlaw.com | bgross@HuntonAK.com |
| crubio@diamondmccarthy.com | pmartin@fmdlegal.com | mlegge@huntonak.com |
| sgiugliano@diamondmccarthy.com | lbrymer@fmdlegal.com | ghesse@huntonak.com |
| adiamond@diamondmccarthy.com | zgelber@gelbersantillo.com | caleb.holzaepfel@huschblackwell.com |
| Richard.Chesley@dlapiper.com | ksantillo@gelbersantillo.com | lynn.butler@huschblackwell.com |
| Rachel.Albanese@dlapiper.com | gseitz@gsbblaw.com | Daniel.Swetnam@icemiller.com |
| Craig.Martin@dlapiper.com | mgensburg@gcklegal.com | taxcollector@co.imperial.ca.us |
| marita.erbeck@dbr.com | btheisen@gibbonslaw.com | alex.macias@impremedia.com |
| LJKotler@duanemorris.com | nsongonuga@gibbonslaw.com | jgildea@interactions.com |
| WMSimkulak@duanemorris.com | hcohen@gibbonslaw.com | Mimi.M.Wong@irscounsel.treas.gov |
| WMSimkulak@duanemorris.com | dcampbell@ghclaw.com | Mimi.M.Wong@irscounsel.treas.gov |
| Cheitzenrater@duanemorris.com | tnixon@gklaw.com | Bankruptcy2@ironmountain.com |
| emunozPSC@gmail.com | tomf@goldmclaw.com | hgj@jasneflorio.com |
| lmay@eisemanlevine.com | jflaxer@golenbock.com | dlk@jasneflorio.com |
| rxza@elliottgreenleaf.com | mweinstein@golenbock.com | brownsvalleyorchards@aol.com |
| sak@elliottgreenleaf.com | gfox@goodwinlaw.com | elkinj@mac.com |
| ems@elliottgreenleaf.com | bbazian@goodwinlaw.com | robert.honeywell@klgates.com |
| sbc@eblawyers.com | mgoldstein@goodwinlaw.com | atureaud@kblaw.com |
| aentwistle@entwistle-law.com | wweintraub@goodwinlaw.com | tkorkhov@kellerrohrback.com |
| jporter@entwistle-law.com | searsnotice@gouldratner.com | KDWBankruptcyDepartment@KelleyDrye.com |
| Leopold.matt@Epa.gov | drosner@goulstonstorrs.com | bfeder@kelleydrye.com |
| lbercovich@epicor.com | thoffmann@goulstonstorrs.com | jacarlino@kslnlaw.com |
| ppascuzzi@ffwplaw.com | phillip.bohl@gpmlaw.com | jcurley@kacllp.com |
| gchico@ferraiuoli.com | tannweiler@greerherz.com | ssouthard@klestadt.com |
| mark.wilson@fisherbroyles.com | jfigueiredo@hahnhessen.com | lkiss@klestadt.com |
| patricia.fugee@fisherbroyles.com | ahalperin@halperinlaw.net | brian.koenig@koleyjessen.com |
| dlwright@foley.com | lgu@halperinlaw.net | kurtzman@kurtzmansteady.com |
| kcatanese@foley.com | dlieberman@halperinlaw.net | brunnquellw@lanepowell.com |
| emorabito@foley.com | joia.johnson@hanes.com | dgragg@langleybanack.com |
| msmall@foley.com | ktompsett@harrisbeach.com | jfifarek@laskyfifarek.com |
| plabov@foley.com | sodonnell@herrick.com | rzucker@lasserhochman.com |
| tscannell@foley.com | sselbst@herrick.com | christopher.harris@lw.com |
| aguon@foxrothschild.com | ssmith@herrick.com | rakim.johnson@lw.com |
| plabov@foxrothschild.com | msekowski@herrick.com | peter.gilhuly@lw.com |
| thoran@foxrothschild.com | elio@higgslaw.com | ted.dillman@lw.com |
| mhall@foxrothschild.com | cfenlon@hinckleyallen.com | gillazarus@gmail.com |
| kevin@ksnpc.com | cjm@msf-law.com | rdaversa@orrick.com |
| william.fennell@fennelllaw.com | nkenworthy@mrrlaw.net | lily@pacogarment.com |
| luralene.schultz@fennelllaw.com | cprice@milbank.com | chipford@parkerpoe.com |
| office@fennelllaw.com | RLiubicic@milbank.com | andrewtenzer@paulhastings.com |
| cgruen@gruenlaw.com | sdnyecf@dor.mo.gov | shlomomaza@paulhastings.com |
| dtabachnik@dttlaw.com | ssmith@mwlaw.com | pbasta@paulweiss.com |
| pstarkesq@gmail.com | eschnitzer@mmwr.com | kcornish@paulweiss.com |
| hlazarus@lazarusandlazarus.com | laura.mccarthy@morganlewis.com | lclayton@paulweiss.com |
| harlan.lazarus@gmail.com | neil.herman@morganlewis.com | sbuergel@paulweiss.com |
| ilan.markus@leclairryan.com | smiller@morrisjames.com | rbritton@paulweiss.com |
| niclas.ferland@leclairryan.com | cmiller@mnat.com | jhurwitz@paulweiss.com |
| janice.grubin@leclairryan.com | jbarsalona@mnat.com | lbyrne@pedersenhoupt.com |
| alex.chase@leclairryan.com | jmarines@mofo.com | jdelnero@pedersenhoupt.com |
| jjorissen@losgs.com | bbutterfield@mofo.com | jaffeh@pepperlaw.com |
| kr@lnbyb.com | bankruptcy@morrisoncohen.com | listwakk@pepperlaw.com |
| sanantonio.bankruptcy@publicans.com | mro@prbankruptcy.com | ecobb@pbfcm.com |
| dallas.bankruptcy@publicans.com | bradley.schneider@mto.com | jbanks@pbfcm.com |
| houston_bankruptcy@publicans.com | thomas.walper@mto.com | ecobb@pbfcm.com |
| jfarnum@linowes-law.com | dperry@munsch.com | lmbkr@pbfcm.com |

| | | |
|---|---|---|
| jmueller@lippes.com | klippman@munsch.com | osonik@pbfcm.com |
| braynor@lockelord.com | kcordry@naag.org | dpick@picklaw.net |
| asmith@lockelord.com | jody.bedenbaugh@nelsonmullins.com | jon@piercemccoy.com |
| ira.greene@lockelord.com | shane.ramsey@nelsonmullins.com | rsteinberg@pricemeese.com |
| jfroehlich@lockelord.com | enid.stuart@ag.ny.gov | searsteam@primeclerk.com |
| sbryant@lockelord.com | cdesiderio@nixonpeabody.com | serviceqa@primeclerk.com |
| bbuechler@lowenstein.com | dsklar@nixonpeabody.com | gerald.kennedy@procopio.com |
| echafetz@lowenstein.com | lcisz@nixonpeabody.com | lr@pryormandelup.com |
| bnathan@lowenstein.com | rpedone@nixonpeabody.com | rlp@pryormandelup.com |
| alexandra.bigas@gmail.com | bob.bruner@nortonrosefulbright.com | mhofsdal@pryorcashman.com |
| awilda.ramos@aguadillamallpr.com | eric.daucher@nortonrosefulbright.com | susheelkirpalani@quinnemanuel.com |
| dmiller@lubinolson.com | francisco.vazquez@nortonrosefulbright.com | jonpickhardt@quinnemanuel.com |
| david@mhlaw-ny.com | howard.seife@nortonrosefulbright.com | andrewcorkhill@quinnemanuel.com |
| tleday@mvbalaw.com | christy.rivera@nortonrosefulbright.com | matthewscheck@quinnemanuel.com |
| sbodker@mcdowellrice.com | stephen.castro@nortonrosefulbright.com | ellisonmerkel@quinnemanuel.com |
| jbernstein@mdmc-law.com | david.rosenzweig@nortonrosefulbright.com | cfilardi@rrlawpc.com |
| nleonard@mdmc-law.com | cmomjian@attorneygeneral.gov | greiss@reisspreuss.com |
| bmcgrath@mcglinchey.com | bk-jstern@oag.texas.gov | etikkanen@reisspreuss.com |
| kromano@mcglinchey.com | sherri.simpson@oag.texas.gov | cpugatch@rprslaw.com |
| mchaney@mcglinchey.com | richard.morrissey@usdoj.gov | hmagaliff@r3mlaw.com |
| raguilar@mcglinchey.com | paul.schwartzberg@usdoj.gov | kflorey@robbins-schwartz.com |
| rcerone@mcglinchey.com | apetrakov@offitkurman.com | nsmith@robbins-schwartz.com |
| hjschwartz@mckoolsmith.com | smetz@offitkurman.com | Robert.e.michael.esq@gmail.com |
| jsmith@mckoolsmith.com | sokeefe@okeefelc.com | Aron.hume@gmail.com |
| echollander@orrick.com | dpatrick@omm.com | fbr@robinsonbrog.com |
| efua@orrick.com | jtaylor@omm.com | rms@robinsonbrog.com |
| mfechik@orrick.com | mkremer@omm.com | se@robinsonbrog.com |
| gregg.galardi@ropesgray.com | darolf@sorlinglaw.com | Lawrence.Fogelman@usdoj.gov |
| kimberly.kodis@ropesgray.com | pmryan@sorlinglaw.com | Peter.Aronoff@usdoj.gov |
| sam.ashuraey@ropesgray.com | mary.callahan@bnymellon.com | Linda.Riffkin@usdoj.gov |
| james.wilton@ropesgray.com | mary.callahan@bnymellon.com | jdunn@vedderprice.com |
| patricia.chen@ropesgray.com | tonder@stark-stark.com | ketzel@vedderprice.com |
| ssally@ropesgray.com | jlemkin@stark-stark.com | mschein@vedderprice.com |
| joshua.sturm@ropesgray.com | charles.chamberlin@nebraska.gov | marva.m.levine@verizon.com |
| nicholas.berg@ropesgray.com | cp@stevenslee.com | cohen@wmllp.com |
| timothy.farrell@ropesgray.com | thomas.salerno@stinson.com | jlibou@wmllp.com |
| srosen@rosenpc.com | darrell.clark@stinson.com | notice@waldrepllp.com |
| prubin@rubinlawllc.com | streusand@slollp.com | sfalanga@walsh.law |
| mamato@rmfpc.com | khansen@stroock.com | gtoering@wnj.com |
| skelly@s-d.com | jcanfield@stroock.com | Dclarke@wjslaw.com |
| mmccann@swc-law.com | sbhattacharyya@stroock.com | ray.schrock@weil.com |
| rabiuso@swc-law.com | pkslyne@ssbny.com | garrett.fail@weil.com |
| jweinblatt@sakar.com | dietdericha@sullcrom.com | jacqueline.marcus@weil.com |
| cbelmonte@ssbb.com | zylberbergd@sullcrom.com | sunny.singh@weil.com |
| asnow@ssbb.com | dkupetz@sulmeyerlaw.com | JeriLeigh.Miller@weil.com |
| pbosswick@ssbb.com | ckwu@sulmeyerlaw.com | jessica.liou@weil.com |
| ksadeghi@schiffhardin.com | lawyer@surilawoffice.com | Paloma.VanGroll@weil.com |
| secbankruptcy@sec.gov | bsattin@szaferman.com | Jared.Friedmann@weil.com |
| NYROBankruptcy@sec.gov | Riela@thsh.com | Jessie.Mishkin@weil.com |
| bankruptcynoticeschr@sec.gov | aconway@taubman.com | mbrofman@weisszarett.com |
| ashmead@sewkis.com | tf@lawtaf.com | sfink@weltman.com |
| alves@sewkis.com | Starr.Judith@pbgc.gov | vandermarkj@whiteandwilliams.com |
| emfox@seyfarth.com | mccarron.william@pbgc.gov | cajones@wtplaw.com |
| sparadise@seyfarth.com | efile@pbgc.gov | klewis@wtplaw.com |
| rhermann@sbwh.law | joe@sarachehlawfirm.com | sgerald@wtplaw.com |
| mkish@sbwh.law | mtsang@tsanglawfirm.com | bankruptcy@evict.net |

| | | |
|---|---|---|
| jshafer@sbwh.law | Curtis.Tuggle@ThompsonHine.com | awilliams@williamsadvisors.com |
| floridaservice@sbwh.law | ltirelli@tw-lawgroup.com | alipkin@willkie.com |
| fsosnick@shearman.com | powerwangtxks@vip.126.com | gbrunswick@willkie.com |
| sara.coelho@shearman.com | AGBankNewYork@ag.tn.gov | phealy@wsfsbank.com |
| afeld@sheppardmullin.com | dtobias@tobiaslawpc.com | scimalore@wilmingtontrust.com |
| tcohen@sheppardmullin.com | frankoswald@teamtogut.com | mark.ledwin@wilsonelser.com |
| rreinert@shutts.com | neilberger@teamtogut.com | ncwitte@wittelaw.com |
| rtucker@simon.com | mnester@teamtogut.com | saron@wrslawyers.com |
| mshriro@singerlevick.com | jpruski@trainorfairbrook.com | JLawlor@wmd-law.com |
| dplon@sirlinlaw.com | kay.brock@traviscountytx.gov | BAxelrod@wmd-law.com |
| Paul.Leake@skadden.com | amy.williams@troutman.com | CPostighone@wmd-law.com |
| Shana.Elberg@skadden.com | Brett.Goodman@troutman.com | tom@attorneyzim.com |
| George.Howard@skadden.com | Alissa.Piccione@troutman.com | |
| enotices@skijain.com | David.Jones6@usdoj.gov | |
| pstrok@swelawfirm.com | Jeffrey.Oestericher@usdoj.gov | |
| rkinas@swlaw.com | Joseph.Cordaro@usdoj.gov | |
| bk@svllaw.com | Carina.Schoenberger@usdoj.gov | |

217041940v1