**Exhibit A**

## Agreement
*See Attached*

3189900.8