DocuSign Envelope ID: 068D7713-27E5-4530-8832-4AA5ACEAD...

## Exhibit B

## SERVICES

Contractor shall provide service to Company for the planned and unplanned maintenance for Company's motorized material handling equipment ("**MMHE**"). Company's MMHE is managed by Company business units including, but not limited to, Sears (including Sears Auto, The Great Indoors and Sears Outlet), Kmart and Market Delivery Operations (MDO). Company's MMHE fleet consists of the following types of MMHE:

- Class I:    All electric 3 & 4 wheel rider counter-balanced fork trucks
- Class II:   Narrow aisle trucks and order pickers
- Class III:  Motorized walk behind fork trucks
- Class IV:  All cushion tire internal combustion fork trucks, regardless of fuel type
- Class V:   All pneumatic internal combustion fork trucks, regardless of fuel type
- Other:     Crown Work Assist Vehicles, JLG, Bil-Jax and Mobi-Dock

At its discretion, Company may add or remove units of MMHE and Locations to this Agreement. Company shall notify Contractor the addition or removal of units of MMHE or Locations in writing. Once a unit of MMHE or Location has been added via written notification from Company to Contractor, Company and Contractor agree that the new unit of MMHE or Locations be subject to the terms of this Agreement.

### 1.  Standard Asset Tracking

a.      Contractor shall perform standard asset tracking of each unit of MMHE in accordance with the terms of this Agreement. Contractor will enter the asset tracking information collected from each unit of MMHE into Contractor's MMHE database ("**MMHE Database**") and Contractor shall provide to "**Authorized Company Representatives**" (to be provided to Contractor by Company in accordance with this Exhibit B), online access to Contractor's MMHE Database and allow Company the ability to extract data from the MMHE Database to develop the same reports as described in Section 13. The information collected during pursuant to the standard asset tracking to be included in the MMHE Database includes the following:

- Company Store ID Number
- Manufacturer Name of MMHE
- Manufacture Date of MMHE *
- Model Number of MMHE
- Serial Number of MMHE
- Acquisition/Disposition Date of MMHE (when applicable)
- Fuel Type of MMHE
- Manufacturer Suggested Maintenance Schedule of MMHE
- Manufacturer Warranty Expiration Date of MMHE (when applicable)
- Hours of use history of MMHE
- Repair History of MMHE for Planned and Unplanned Maintenance organized by repair category (e.g., oil Filters, load bearing wheels, etc…)

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-885C-148CA57976A3

b.       Contractor will use commercially reasonable efforts to identify the manufacture date of the unit of MMHE. To the extent that this information is not readily available, Contractor will notify Company of the units of MMHE that Contractor was unable to ascertain a manufacture date. If Contractor identifies any MMHE units that were manufactured prior to 1971, Contractor will immediately take that the pre-1971 unit of MMHE out of service with proper lock out tag out protocols and immediately notify Company.

c.       Contractor shall provide its asset tracking tool, "FleetSTATS" to Company for fleet maintenance tracking system and the accurate capture of total maintenance costs for individual trucks and entire fleets over multiple locations. The FleetSTATS system shall provide different levels of tracking dependent on the FleetSTATS Package chosen. Any applicable fees shall be set forth in a Table below.

**2.  Planned Maintenance**

a.       Planned Maintenance is the scheduled maintenance and repairs to MMHE conducted by Contractor on at least an <u>annual basis</u> for <u>each</u> piece of MMHE ("**Planned Maintenance**"). Upon Company's request, Contractor shall provide Planned Maintenance on a more frequent basis. Contractor shall provide Company a comprehensive monthly report ("**Comprehensive Preventative Maintenance Report**") that identifies the units with a Planned Maintenance completed during set time period. This is called a PM Yes/No report and shall be included with the FleetSTATS system.

b.       Contractor is to conduct the Planned Maintenance in accordance with **Table 1: Company Periodic Maintenance Checklist**.
The Planned Maintenance shall include:
- Visual Inspection of the MMHE.
- Safety inspection of the MMHE.
- Fluid/ Oil change
- Lubrication (as needed)
- Contractor will note any deficiencies, required or suggested repairs regarding the MMHE using the Company Periodic Maintenance Checklist and will notify Company of any such notations. These will be found on the invoice within FleetSTATS.

c.       The costs associated with conducting the Planned Maintenance for the various classes of MMHE are identified in **Table 2: Planned Maintenance Fees.** The cost for the Planned Maintenance for each piece of MMHE shall be <u>all-inclusive</u>, <u>except that</u> Contractor shall issue a separate invoice clearly identifying each Routine Supply installed by Contractor during any Planned Maintenance servicing visit at each scheduled Location. All PM invoices will be entered into the FleetSTATS system for approval by Company. Company has defined "all-inclusive" at a minimum, to include:
- All labor associated with Routine Supplies replaced or repaired under the Planned Maintenance;
- All labor costs associated with the Planned Maintenance;
- All disposal fees of any kind associated with the Planned Maintenance including but not limited to, the disposal of the MMHE upon request or by approval of Company;
- All fuel and fuel surcharges; and
- Travel time and expenses (except in accordance with Section V of this Agreement).

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8832-A4AA56AC04FA

### 3. Unplanned Maintenance

a.      Unplanned Maintenance is all other maintenance and repairs of MMHE, including but not limited to, operator error, correction of defects identified or performance of repairs deemed necessary during the Planned Maintenance inspection, which are then performed by Contractor pursuit to the prior written approval (email acceptable) of Company (**"Unplanned Maintenance"**). Unplanned Maintenance shall be performed by Contractor on a time and material basis.

b.      Contractor shall provide Company a monthly report (**"Unplanned Maintenance Report"**) that identifies all completed Unplanned Maintenance for all Locations including actual and estimated Unplanned Maintenance costs. Crown will provide a L5 PM/Serial # history report on-line through the FleetSTATS system. In addition, ad hoc reports will be available upon request.

### 4. Parts for Unplanned Maintenance:

a.      Contractor will provide Fleets Parts Pricing, which shall apply an average of 15% discount for all **Crown** parts associated with the Unplanned Maintenance of MMHE components that need to be replaced or repaired. Regarding Crown parts and non-Crown parts, Company may request from time to time and Contractor shall provide a document or CD that lists all parts that may be used for Unplanned Maintenance showing original and discounted pricing. Invoices for parts to Company shall be clear and indicate the discounted prices. Contractor shall extend Contractor's best parts pricing (if lower than the National Fleet Parts Pricing) to Company for all Extraordinary Parts installed within the scope of Services rendered hereunder.

b.      Contractor may use re-built or aftermarket **non-Crown** Extraordinary Parts in Unplanned Maintenance, and invoices shall indicate whether the part is re-built or aftermarket, and the discount provided.

c.      Parts audits may be conducted by Company within the guidelines of the Agreement. On occasion, it may be in the best interests of Company to use remanufactured parts for some repairs. Examples of this type of repairs could include radiator work on IC units, pumps, electric motors, and cylinders. In such instances, Contractor shall advise Company. Contractor will utilize the most cost advantageous parts or resources that are available. All part replacements shall be on an exchange basis with new or refurbished items.

d.      Contractor shall provide Company a comprehensive monthly report (**"Cost by Part Report"**) that identifies by Location the (A) cost by Routine Supply for all Planned Maintenance, and (B) cost by Extraordinary Part for all Unplanned Maintenance.

### 5. Labor Rates and Charges associated with Unplanned Maintenance

a.      The labor rates Contractor charges Company to perform Unplanned Maintenance are identified in **Table 3: Contractor Unplanned Maintenance Rates**. Contractor shall not charge Company "travel rates", defined herein as any charges associated with mileage, fuel or travel time or expenses incurred by Contractor or Dealer to travel to or from a Company Location for the purpose of performing Services under this Agreement. Contractor shall not charge Company "drayage rates", defined herein as any charges associated with mileage, fuel, travel time, transport fees or expenses incurred by Contractor or Dealer to travel to or from a Company Location for the purpose of performing Services under this Agreement.

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

b.      Contractor shall charge no more than a maximum of 1-hour flat maximum rate of travel for each Unplanned Maintenance repair visit with the exception of remote store locations which will be specifically identified on the Location list. The 1-hour flat max rate is set forth in the Table below.

### 6. Safety Issues Identified by Contractor during Planned or Unplanned Maintenance

If during the Planned or Unplanned Maintenance, Contractor identifies any defects, repairs, or conditions that would cause or contribute the MMHE to be operated in an unsafe manner, Contractor will repair or replace any unsafe conditions. If Company approval of any such repairs or replacements is required pursuant to this Agreement Contractor will remove the unsafe MMHE from service with proper lock out tag out protocols and immediately notify Authorized Company Representatives. Unsafe conditions include but are not limited to:

- Low/excessive levels of fluids (Oil, Coolant, battery fluid);
- Unsafe Air filter;
- Problems with propane gas cylinder (Leaking gas cylinder, improper connections);
- Unsafe Tire condition and performance (Severely worn tires, lack of tread);
- Malfunctioning or defective transmission;
- Malfunctioning or defective MMHE operational controls (hoist control, tilt control, drive control);
- Malfunctioning or defective steering;
- Malfunctioning or defective brakes;
- Malfunctioning or defective overhead guard;
- Malfunctioning, defective or missing seatbelts or operator seat;
- Malfunctioning, defective or missing operator harness or operator cage;
- Malfunctioning, defective or missing backup alarm, horn, or other MMHE warning devices;
- Malfunctioning, defective or damaged forks or MMHE attachments.

### 7. Planned and Unplanned Maintenance for Locations beyond Contractor's Dealer Service Area

Contractor shall provide Company with a list of the Contractor Dealer ("**Dealer**") locations and the distance from the closest Dealer to all Company Locations to be serviced under this Agreement. If Company or Contractor determines that the Company Location is beyond the Dealer's Service area or is too far for the Dealer to provide Services adequately under this Agreement, Company may elect to utilize a Third Party Contractor to conduct Planned and Unplanned Maintenance for MMHE, Company will notify Contractor in writing of those Locations including a list of make, model, serial number, and type of MMHE identified at those Locations. Although Contractor may be able to cover all Locations, in the event that a Third Party Contractor is used by Company, Contractor agrees to enter the MMHE asset tracking information collected by the Third Party Contractor on behalf of Company into Contactor's MMHE Database and allow Company to access and use the MMHE information in accordance with this Agreement.

### 8. Dedicated Customer Support

a.      Company requires Contractor to maintain dedicated customer support to include a toll free number staffed with personnel ("Customer Support Line"). Contractor must maintain the Customer Support Line Monday through Friday, except nationally observed holidays, during the hours as follows: 8:00AM -

DocuSign Envelope ID: 068D7713-27E5-4530-8832-D14AF5F6A7C4

9:00PM Central Standard Time for the 48 contiguous states. Coverage for Hawaii and Alaska shall be from 8:00AM – 6:00 PM Hawaii-Aleutian Standard Time for Monday through Friday, except nationally observed holidays.

b.       The Customer Support Line for weekend and nationally observed holidays shall be limited to the following hours: 8:00AM - 12:00PM Local Time.

c.       Crown offers E-commerce dispatching at no charge which involves an e-mail based dispatch. Crown shall provide at no additional cost a 1-800 based national phone # should Company elect to use the FleetSTATS system.

### 9.   Response Time for Unplanned Maintenance

a.       Company requires that Contractor respond to Company requests for Unplanned Maintenance within 4 hours, (meaning an actual on-site visit and technical assessment, or a call back to the Location), if the request for Unplanned Maintenance was initiated Monday-Friday by 12:00 pm. If Company initiates a request for Unplanned Maintenance after 12:00 pm Monday – Friday or anytime during Saturday or Sunday, Contractor will respond to the request within 24 hours (“**Response Requirements**”).

b.       Contractor shall create a report (“**Response Rate Report**”), upon the request of Company, that contains the number of Company requests submitted to Contractor for Unplanned Maintenance and the applicable Contractor Response times compared to the Response Requirements. Contractor must maintain at least a 95% compliance rate with the Response Requirements. Failure to comply with Response Requirements may lead to contract termination.

c.       If Contractor fails to meet the Response Requirements, Company reserves the right to seek services from a Third Party Contractor and chargeback the differences of all related costs (e.g. labor, parts, environmental fees, etc.) to Contractor.

d.       Crown’s response time averages 4 hours or less and our average repair time is 75% completion within the first 24 hours. The response time is the time from when the Company makes its request for a repair, until the time when the technician arrives at the Company’s site..

### 10. Emergency Provisions

Contractor shall have the capability to dispatch a service technician after Contractor’s normal operating business hours when authorized by the Authorized Company Representatives. For MDO Locations only, the Authorized Company Representatives are the District Operating Manager, to be provided by Company. If required, rental equipment shall be made available within 24 hours from time of authorization.

### 11. Rental Provisions

a.       Contractor shall supply rental MMHE to Locations as needed or any time the MMHE is required to be taken out of service or otherwise inoperable for any reason including for repairs, service, or unsafe conditions pursuant to Contractor’s Planned or Unplanned Maintenance, for a period of more than seventy-two (72) hours.

b.       Company requires Contractor to determine whether next day service is less expensive than renting MMHE. Once Contractor recommends renting MMHE, the equipment shall be delivered no later than the next day by 11:00AM local time. Rental period shall conclude when the Authorized Company Representative has notified Contractor of the rental cancellation.

c.       For MDO Locations, Contractor shall supply rental MMHE only if the Authorized Company

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8820-248A877CB77E

Representatives (the MDO District Operation Manger) approves the request for rental MMHE submitted by Contractor.

d.      Rental rates shall be established for daily, weekly and monthly rentals. See **Table 4 – Contractor Rental Rate Structure** for additional details.

e.      If Contractor cannot provide its own rental MMHE within the terms of this Agreement, Contractor will procure suitable similar MMHE from a Third Party Contractor and will notify Company Representative and provide a reasonable estimate of when Contractor will be able to provide such suitable rental MMHE from a Third Party Contractor at no more than the rate as set forth in Table 4, provided that the Third Party's MMHE is similar to that listed on Table 4.

### 12. Repair Authorization Threshold

a.      Repair estimates provided by Contractor for Company MMHE that are lower than Five Hundred Dollars ($500.00) for Kmart Locations or Seven Hundred and Fifty Dollars ($750.00) for Sears Locations may be conducted by Contractor without Company approval ("**Repair Authorization Threshold**" or "**RAT**", respectively as to each of Kmart and Sears). Any MMHE repair estimated to exceed the respective Company business unit Repair Authorization Threshold must be approved by an Authorized Company Representative, to be provided, before Contractor may conduct the repair.

b.      For MDOs, the Repair Authorization Threshold will be Seven Hundred and Fifty Dollars ($750.00) and any repair <u>lower than</u> the Repair Authorization Threshold must be approved by the MDO Location Manager, to be provided. For MDOs, any MMHE repair <u>estimated to exceed</u> the Seven Hundred and Fifty Dollars ($750.00) Repair Authorization Threshold must be approved by the MDO District Operation Manager.

c.      At its discretion, Company may change the Repair Authorization Thresholds with written notification to Contractor. Contractor shall provide Company with a monthly Repair Authorization Threshold Report that enables Company to determine the percentage of repairs that exceed the respective Company business unit Repair Authorization Thresholds.

d.      Dealers will provide reasonable repair estimates, including, estimated labor time and complete list of parts, consistent with industry standards and best practices. For those repairs that exceed the respective Company business unit Repair Authorization Thresholds, Company reserves the right to seek a repair estimate from a Third Party Contractor for the same services and repairs recommended by Contractor. If Contractor does not agree to meet the Third Party Contractor's repair estimate or does not have the adequate training, knowledge or expertise to conduct the Unplanned Maintenance, Company may, at its discretion, use the Third Party Contractor to perform the Unplanned Maintenance on the MMHE. Company will notify Contractor in writing of the MMHE to be serviced by the Third Party Contractor including a list of make, model, serial number, and type of MMHE. Contractor agrees to enter the MMHE asset tracking information collected by the Third Party Contractor on behalf of Company into Contactor's MMHE Database and allow Company to access and use the MMHE information in accordance with this Agreement. Company agrees to submit the MMHE asset tracking information in a format agreed upon by Company and Contractor.

e.      For further clarification regarding dispatching of Dealers to Locations, submission of quotes for amounts over the RAT, rejection of quotes and approvals of quotes for repairs **over** the set RAT amount, refer to Table 5.

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8832-2034AA9E7A0C

## 13. Reporting

a.      Contractor at a minimum shall provide on a monthly basis the following reports, (as such reports are described in the foregoing sections):

- Comprehensive Preventative Maintenance Report
- Unplanned Maintenance Report
- Costs by Parts Report
- Rental Report
- Repair Authorization Threshold Report

b.      Contractor shall email all reports described above ("**Reports**") on a monthly basis to Authorized Company Representatives, to be provided. Reports are due by the 20th business day of each month. Each Report must illustrate year-to-date data.

c.      In the event that Company requires additional information related to Services provided under this Agreement or revised reports, Contractor shall comply and provide such information or revision to Company at no charge.

d.      As required, Company may request ad hoc reports (such as a Response Rate Report) that are within existing reporting parameters or within existing data collected by Contractor. Ad hoc reports shall be submitted to Company via email by Contractor within 10 business days from request date. Contractor shall provide ad hoc reports to Company at no charge.

e.      All monthly and ad hoc reports shall be user friendly, normalized and consistently formatted in Microsoft Excel, and emailed to the respective Authorized Company Representatives in a timely manner. At its discretion, Company may require all monthly and ad hoc reports to be formatted on a CD and submitted to Company via carrier.

f.      Contractor shall provide online access the Reports via the MMHE Database to other Company personnel upon request by Company at no additional charge.

## 14. Program Implementation & Discovery

During Contractor's implementation of this Agreement or the addition of Company Locations and units of MMHE after the initial implementation, Contractor will take the following actions:

0.  Contractor will upload all existing available Company MMHE and Location data into the Contractor database.
1.  The Contractor Dealers will be asked to conduct site surveys of the identified locations to confirm the equipment inventory (by serial number and type) and to establish a relationship with Company local personnel.
2.  Survey results will be confirmed and communicated back to Contractor for review and adjustment of information as required.

- Any adjustments to the equipment profile will be shared with Company.
- Uploading of past maintenance history is dependent on the format sent to Crown and timeline for completion. Within sixty days of receipt Contractor shall upload all historical and equipment data by serial # into the FleetSTATS system.

## 15. Business Reviews

Contractor shall participate in <u>monthly</u> business review meetings with Company to evaluate past

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8832CAE4855A7728

performance, to reconcile all outstanding compliance issues and to make recommendations on ways to maintain the costs. All monthly business reviews shall occur within twenty (20) days of month closing. Contractor shall designate an account manager to attend the monthly business review meetings and to provide the following in each monthly business review:

- An update on strategic initiatives designed to maintain the costs for Company
- Updates on performance which will explain any anomalies, suggest solutions, and identify issues
- Review contract performance data (i.e., reports)

Monthly business review meetings shall occur via conference call unless Company or Contractor requests an onsite meeting. Onsite meetings shall occur at Sears Holdings in Hoffman Estates, Illinois.
Contractor shall actively participate in quarterly business review meetings with Company to evaluate past performance, to reconcile all outstanding compliance issues and to make recommendations on ways to maintain the costs for Company. All quarterly business reviews shall occur within fifteen (15) days of month closing. The account manager shall provide the following in each quarterly business review:

- An update on strategic initiatives designed to maintain the costs for Company;
- Updates on performance which will explain any anomalies, suggest solutions, and identify issues;
- Review contract performance data (i.e., reports).

During the month when a quarterly business review is scheduled, a monthly business review may be cancelled at Company's discretion. Additional requirements (e.g., reporting, performance-related initiatives etc...) for quarterly business reviews shall be determined at Company's discretion. Quarterly business review meetings shall occur at Sears Holdings in Hoffman Estates, Illinois.

### 16. Contractor Responsibilities

Successful implementation of this Agreement depends strongly upon the continuous communication between Contractor and Company at all levels. Contractor shall assign a dedicated Contractor National Account Representative for Company to coordinate the Services under this Agreement. Contractor shall hold quarterly meetings with Company to discuss current status, trends, continuous improvement, and cost savings opportunities.
Contractor shall provide Dealer representative's training credentials upon request. Company reserves the right to remove any Dealer from conducting Unplanned Maintenance on any unit of MMHE or Location if Company determines that Dealer does not have sufficient knowledge, training or expertise to conduct Unplanned Maintenance on any unit of MMHE. If Company removes a Dealer from conducting Unplanned Maintenance, Contractor will arrange to have an alternative Dealer provide Unplanned Maintenance at no additional cost to Company. If Contractor is unable to provide an alternative Dealer, Company may use a Third Party Contractor for Unplanned Maintenance. Company will notify Contractor in writing of the MMHE to be serviced by the Third Party Contractor including a list of make, model, serial number, and type of MMHE. Contractor agrees enter the MMHE asset tracking information collected by the Third Party Contractor on behalf of Company into Contactor's MMHE Database and allow Company to access and use the MMHE information in accordance with this Agreement.

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8832-7E14AF8A0FBE

## Table 1

### PLANNED MAINTENANCE CHECKLIST

| Planned Maintenance (PM) Checklist --Internal Combustion | | | | | |
|---|---|---|---|---|---|
| **(Sample)** | | | | | |
| **Visual Inspection** | | **Drive Unit** | | **Hydraulic System** | |
| Oil Leaks/Fluid | | Fluid Level | | Oil Level & Condition | |
| Overhead Guard | | Leaks | | Leaks | |
| Mast Assembly | | Secure Motor Mountings | | Breather Cap | |
| Forks & Latches | | Brush & Armature Conditions | | Hoses & Fittings | |
| Load Backrest | | Wheel Lug Bolts | | Filters | |
| Tire & Wheel Condition/pressure | | Blow Brush Dust From Motor | | | |
| Drive Tire L.H. | | | | | |
| Drive Tire R.H. | | **Brakes** | | **Mast Assembly** | |
| Steer Tires | | | | | |
| Parking Brake | | Pedal Operation | | Roller & Tracking - Wear or Damage | |
| Lift Chain | | Brake Switch Adjustment | | |
| Battery Retainer | | Adjustment | | Lift Chain Condition - Wear | |
| Seat Belt | | Brake R.H. | | Lift Chain Adjustment | |
| Safety Decals & Capacity Plates in Place | | Brake L. H. | | Mast Cables & Hoses | |
| Safety Decals match condition & capacity of truck | | Brake Pads | | Limit Switch | |
| **Fuel System** | | Brake Rotors | | Lift & Tilt Cylinder & Mount Condition | |
| | | Brake R.H. | | | |
| Fuel leaks | | Brake L. H. | | Mounting Bolt to Power Unit Secure | |
| LP tank condition | | Parking Brake Adjustment | | |
| Condition of fuel system parts | | | | Overhead Guard Bolts Tight | |
| **Clean & Lubricate** | | **Steering** | | **Operational Check & Test Drive** | |
| Blow off Truck | | Power Steering Operation | | Discharge Indicator | |
| | | Steering Control Unit | | Horn | |
| Lubricate All Zerk Fittings | | Pump & Motor Secure | | Power Steering Operation | |
| Lubricate Brake Linkage | | Steering Column | | Brake Switch | |
| Lift/Titl/Aux. Lever Assembly | | Steering Column Position Lock | | Verify Brake Operation | |
| Lubricate Mast & Roller Assembly | | Brush & Armature Condition | | Stopping Distance | |
| Lubricate Lift Chains | | Adjustment | | Lift/Tilt Aux. Operation | |

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

| | | | | | |
|---|---|---|---|---|---|
| | | Steer Wheel Lug Bolts | | Lift/Tilt Aux. Switches | |
| | | | | Creep Speed | |
| **Hydraulic Pump & Motor** | | **Other** | | Directional Switches | |
| | | Other items in accordance with | | Plugging | |
| Mounting Secure | | ITSDF or ANSI B56.1 | | Rated Capacity | |
| Hoses & Fitting Conditions | | | | Directional Control | |
| Leaks | | | | Tail Lights | |
| Brush & Armature Condition | | | | Work Lights | |
| Blow Brush Dust from Motor | | | | | |
| Cable Connections | | | | | |
| Pump Operation | | | | | |

**Planned Maintenance (PM) Checklist --Aerial Lift**

**(Sample)**

| Operational Check & Test Drive | | Visual Inspection and Adjustment | | Visual Inspection and Adjustment | |
|---|---|---|---|---|---|
| Horn | | | | | |
| Parking Brake | | | | Power Cables | |
| Regenerative Brake | | **Front Chasis** | | Wire Conditions | |
| Verify Brake Operation | | | | Wire Connections Secure | |
| Stopping Distance | | Service Panel | | Power Cable Conditions | |
| | | | | Power Cable Connection Secure | |
| Lift/Lower - Including Override | | Mounting Secure | | | |
| Travel | | Hour Meter | | | |
| Above 20" Gate Open | | LEDs | | | |
| Above 20" Gate Closed | | Switches | | **Operator Platform** | |
| Below 20" Gate Open | | Receptacle | | Foot Pedal Switches | |
| Below 20" Gate Closed | | Fuses | | Height Switch 20" | |
| Safety Decals & Capacity Plates in Place | | Cord Reel | | Floor Mat | |
| Steering | | Strobe Light | | Raise Cutout Switch | |
| Load Tray | | System Controller | | Control Pods (Traction, Steer) | |
| Strobe Lights | | Battery Charger | | Horn | |
| Cord Reel | | Wet/Sealed | | Lower | |
| Hour Meter | | Circuit Breaker | | Raise | |
| Manual Lowering Valve | | LEDs | | Emergency Disconnect | |
| Floorboard Cushion | | Battery & Cables | | Key Switch | |
| Alarms (Opt.) See Data Plate | | Battery Condition | | Display | |

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8824-38148A7C9270

Charger
Safety Interlocks

Hand Sensors
Foot Pedals
Display
Gates
Battery Connector

Key Switch
Emergency Disconnect Switches
Service Panel
Traction Pod
Rabbit/Turtle Switch
Presence Override Switch
Security Codes (If Applicable)

**Clean & Lubricate**

Wipe off Truck
Lubricate Front Axle
Lubricate Aisle Guide Wheels (Opt)
Hydraulic Filter
Top Four Inches of Mast All Stages
All Lift Chains
Hydraulic Reservoir

---

Water Level Electrolyte
Water Added

Cable Condition
Hydraulic System
Pump & Motor Mounting Secure
Oil Level & Condition
Leaks - Cylinder & Hydraulic Unit

Hose & Fitting Conditions
Motor Brushes & Armature
Solenoids
Contactor Panel
Horn
Emergency Disconnect
Power Fuses
Alarm/Suppressor
Emergency Disconnect Contactor/Tip Condition
Cables to Controller
Control Wiring & Control Cables
Terminal Boards

Wire Conditions
Wire Connections Secure

Control Cable Conditions & Tension
Control Cable Connection Secure
Ground Strap
Covers and Bumpers
Load Deck
Front Axel Secure

**Drive Unit Compartment**

Switches
Lower Cutout Switches
Chain Slack Switches
Chain Anchors/Chain
Rail Guidance

---

Platform Guides
Mast Guides
Control Wiring & Control Cables
Terminal Boards
Wire Conditions
Wire Connections Secure
Control Cable Conditions
Control Cable Connection Secure
Operator Manual In Place
Service Manual In Place
Decals/Data Plate
Height Switch
Chain Slack Switches

**Wipe Off Truck & Clean Area**

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8890-E023A45FA7C8

| | | |
|---|---|---|
| Drive Unit | | |
| Fluid Level | | |
| Check for Leaks | | |
| Drive Unit Mounting Secure | | |
| Rear Bumper | | |
| Lower Cutout Shield | | |
| Drive Motors | | |
| Motor Mounting Secure | | |
| Inspect Brushes & Armature | | |
| Blow Out Brush Dust | | |
| Brakes | | |
| Parking Brake/Delay Time | | |
| Air Gap | | |
| Gate Switches | | |
| Tire & Wheel Conditions | | |
| Drive Tires | | |
| Caster Wheels | | |

**Planned Maintenance (PM) Checklist --Electric Forklift / Electric Lifts w/ Clamp Attachments**

(Sample)

| Visual Inspection | | Drive Unit | | Hydraulic System | |
|---|---|---|---|---|---|
| Oil Leaks | | Fluid Level | | Oil Level & Condition | |
| Overhead Guard | | Leaks | | Leaks | |
| Mast Assembly | | Secure Motor Mountings | | Breather Cap | |
| Forks & Latches | | Brush & Armature Conditions | | Hoses & Fittings | |
| Load Backrest | | Wheel Lug Bolts | | Filters | |
| Tire & Wheel Condition | | Blow Brush Dust From Motor | | | |
| Drive Tire L.H. | | **Power Cables & Control Wiring** | | **Mast Assembly** | |
| Drive Tire R.H. | | | | | |
| Steer Tires | | Power Cable Conditions | | Roller & Tracking - Wear or Damage | |
| Parking Brake | | Power Cable Connections Secure | | | |
| Lift Chain | | Wiring Conditions | | Lift Chain Condition - Wear | |
| Battery Retainer | | Wiring Connections Secure | | Lift Chain Adjustment | |
| Seat Belt | | | | | |

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

| | | | | | |
|---|---|---|---|---|---|
| Safety Decals & Capacity Plates in Place | | | | Mast Cables & Hoses | |
| Camber | | | | | |
| Platen stabilizer pads | | | | | |
| Platen plates / metal surface | | | | | |
| Rubber on platens - rotate / replace | | | | | |
| Bearing strips | | | | Limit Switch | |
| **Battery** | | **Contactor Panel & Power Contactors** | | Lift & Tilt Cylinder & Mount Condition | |
| Battery Condition | | Pump Tip Condition | | Mounting Bolt to Power Unit Secure | |
| Electrolyte Level | | Line Tip Condition | | | |
| Water Added | | | | Overhead Guard Bolts Tight | |
| Cable Connections | | **Brakes** | | | |
| Receptacle Conditions | | | | **Operational Check & Test Drive** | |
| Battery Retainer | | Pedal Operation | | Discharge Indicator | |
| Battery Retainer Condition | | Brake Switch Adjustment | | Horn | |
| All Wire Harness Connections | | Adjustment | | Power Steering Operation | |
| Battery Rollers | | Brake R.H. | | Brake Switch | |
| | | Brake L. H. | | Verify Brake Operation | |
| **Clean & Lubricate** | | Brake Pads | | Stopping Distance | |
| | | Brake Rotors | | Lift/Tilt Aux. Operation | |
| Blow off Truck | | Brake R.H. | | | |
| Blow Low Pressure Air Over All Electrical Panels | | Brake L. H. | | Lift/Tilt Aux. Switches | |
| Lubricate All Zerk Fittings | | Parking Brake Adjustment | | Creep Speed | |
| Lubricate Brake Linkage | | | | Directional Switches | |
| Lift/Titl/Aux. Lever Assembly | | | | Plugging | |
| Lubricate Mast & Roller Assembly | | **Steering** | | Rated Capacity | |
| Lubricate Lift Chains | | | | Directional Control | |
| | | Power Steering Operation | | Tail Lights | |
| **Hydraulic Pump & Motor** | | Steering Control Unit | | Work Lights | |
| Clamping pressure | | Pump & Motor Secure | | | |
| Mounting Secure | | Steering Column | | | |
| Hoses & Fitting Conditions | | Steering Column Position Lock | | | |
| Leaks | | Brush & Armature Condition | | | |
| Brush & Armature Condition | | Adjustment | | | |
| Blow Brush Dust from Motor | | Steer Wheel Lug Bolts | | | |
| Cable Connections | | | | | |
| Pump Operation | | | | | |

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-88A0-B7280A4F5A7C8

## Planned Maintenance (PM) Checklist --Order Picker

| Electrical | | Hydraulic | |
|---|---|---|---|
| | | | |
| Battery Charger | ☐ | Lift Cylinder | ☐ |
| Battery Connectors | ☐ | Frame Grommets | ☐ |
| Hour Meter | ☐ | Pump | ☐ |
| AC Charger Cord | ☐ | Hydraulic Lines | ☐ |
| Wiring and Cables | ☐ | Hang-Up Valve | ☐ |
| Key switch | ☐ | Oil Filter | ☐ |
| EPD Energize Button | ☐ | Breather Cap/Dipstick | ☐ |
| Frame Grommets | ☐ | Oil Level | ☐ |
| Lift Motor Brushes | ☐ | | |
| Drive Motor Brushes | ☐ | **Safety** | |
| Contactors - FWD/REV | ☐ | | |
| Contactors - 2nd/3rd Speed | ☐ | Brake | ☐ |
| Batteries | ☐ | Emergency Lowering Valve | ☐ |
| | | Stop Button (Operator Platform) | ☐ |
| **Mechanical** | | Strobe Light | ☐ |
| | | Rope Snaps Chain | ☐ |
| | | Safety Decals and ID Plate | ☐ |
| Lift Chains | ☐ | Horn | ☐ |
| Platform & Mast Rollers | ☐ | Drive Speed Limit Switch | ☐ |
| Mast Channel | ☐ | Guards and Compartment Covers | ☐ |
| Drive Wheel | ☐ | | |
| Load Wheels | ☐ | | |
| Transmission | ☐ | | |
| Brake Linkage | ☐ | | |
| Brake Disc and Pads | ☐ | | |
| Inspection Covers | ☐ | | |
| Steering Position Indicator | ☐ | | |
| | | | |
| **Lubrication** | | | |
| | | | |
| Transmission | ☐ | | |
| Mast Channels | ☐ | | |
| Hydraulic Tank | ☐ | | |
| Ram Head Sheaves | ☐ | | |
| Platform Rollers | ☐ | | |
| Lift Chains | ☐ | | |

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8825-1248484B7F7C

**Planned Maintenance (PM) Checklist --Motorized Pallet Jack (Walkie)**

**(Sample)**

| Visual Inspection | | Drive Unit | | Mast Assembly | |
|---|---|---|---|---|---|
| Oil Leaks | | Fluid Level | | Wear or Damage | |
| Safety Shield | | Leaks | | Lift Chain Condition | |
| Mast Assembly | | Secure Motor Mountings | | Lift Chain Adjustment | |
| Chain Roller Bar | | Mounting to Power Unit Secure | | Cylinder & Mount Conditions | |
| Lift Chain | | Blow/Brush Dust From Motor | | Cylinder Leaks | |
| Tire & Wheel Condition | | Remove Tape & String From Around Axle | | Mounting Secure (Bolts & Welds) | |
| Drive Tire | | Rollers | | Safety Latches | |
| Load Wheel R.H. | | | | Poly Stops | |
| Load Wheel L.H. | | | | Limit Switch | |
| Caster R.H. | | | | | |
| Caster L.H. | | **Power Cables & Control Wiring** | | **Operational Check & Test Drive** | |
| Lift Chain | | | | | |
| Load Backrest | | Power Cable Conditions | | Hour Meter | |
| Forks | | Power Cable Connections Secure | | Horn | |
| Limit Switch | | Wiring Conditions | | Safety Reversing Switch | |
| Control Handle | | Wiring Connections Secure | | Lift - Lower Operation | |
| Hose Guide | | Remote Coil Cord & Switch Condition | | Power Disconnect | |
| Safety Decals & Capacity Plates in Place | | | | | |
| | | **Contactor Panel & Power Contactors** | | Verify Brake Operation | |
| | | | | Stopping Distance | |
| | | | | Brake Switch | |
| | | F & R Tip Condition | | Limit Switch Cut Out | |
| | | Pump Contactor Tip Condition | | Contactor Operation | |
| **Battery & Cables** | | Time Delay Relay | | | |
| | | | | Travel Speed (1st, 2nd, 3rd) | |
| Battery Condition | | | | | |
| Electrolyte Level | | | | Rated Capacity | |
| Water Added | | | | Charger | |
| Cable Condition | | **Brakes** | | | |
| | | | | **Wipe Off Truck & Clean Area** | |
| Receptacle Conditions | | | | | |
| | | Linkage | | | |
| | | Adjustment | | | |

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8826-4C234455A7C8

| | | | | |
|---|---|---|---|---|
| | Shoes | | | |
| | Switch | | | |
| | Split Bushing Key | | | |
| **Clean & Lubricate** | | | | |
| | | | | |
| Blow off Truck | | | | |
| Lubricate all Lube Fittings | | | | |
| Load Wheels | | | | |
| Drive Unit - Rollers & Axle | | | | |
| Lubricate Break Linkage | | | | |
| Lubricate Door Hinges | **SCR Panel** | | | |
| Lubricate Mast Channels | | | | |
| Lubricate Battery Rollers | Blow Dust Off Panel | | | |
| Lubricate Lift Chain | Card Adjustments Sealed | | | |
| Mast Free Lift Stud (TL) | Creep Speed | | | |
| Roller Bar | Plugging | | | |
| Mast Latch | Current Limit | | | |
| Apply Armorall or Clear Guard to Mast Cables & Hoses | **Control Handle** | | | |
| | | | | |
| **Hydraulic System** | Switch Condition | | | |
| | Linkage Adjustment | | | |
| Blow/Brush Dust from Motor | Spring Return | | | |
| Brush & Armature Condition | | | | |
| Pump & Motor Mounting Secure | | | | |
| Oil Level & Condition | | | | |
| Hoses & Fitting Condition | | | | |
| Leaks – Cylinder | | | | |
| Breather Cap | | | | |
| Oil Filter | | | | |

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8820-8248A5A7CA7C

| Planned Maintenance (PM) Checklist -Mobi Dock | | | |
|---|---|---|---|
| **Mobi Dock Electrical** | | **Mobi Dock Hydraulic** | |
| Wiring and Cables | | Lift Cylinder | |
| Key switch | | Pump | |
| Lift Motor | | Hydraulic Lines | |
| **Mechanical** | | Oil Filter | |
| Lift Chains | | Oil Level | |
| Platform | | **Safety** | |
| Inspection Covers | | Brake | |
| **Lubrication** | | Emergency Lowering Valve | |
| Hydraulic Tank | | Stop Button (Operator Platform) | |
| Platform | | Safety Decals and ID Plate | |
| Lift Chains | | Guards and Compartment Covers | |

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8831-BC28A4E5A7C8

## Table 2
### Contractor Planned Maintenance Fees

### Table 2
### Contractor Planned Maintenance Fees

| CLASS TYPE | PM COST* |
|---|---|
| I –ONE | $85.00 |
| II –TWO | $75.00 |
| III –THREE | $65.00 |
| IV –FOUR | $110.00 |
| V –FIVE | $110.00 |
| | |
| NO CLASS: JLG | $88.00 |
| NO CLASS: Wave | $88.00 |
| NO CLASS: Bil Jax | $88.00 |
| Unknown: DEFAULT TO CLASS I | $88.00 |

| | |
|---|---|
| Class I: | All electric 3 & 4 wheel rider counter-balanced fork trucks |
| Class II: | Narrow aisle trucks and order pickers |
| Class III: | Motorized walk behind fork trucks |
| Class IV: | All cushion tire internal combustion fork trucks, regardless of fuel type |
| Class V: | All pneumatic internal combustion fork trucks, regardless of fuel type |
| Other: | Crown Work Assist Vehicles, JLG, Bil-Jax and Mobi-Dock |

**\* Cost MUST include travel and labor**

**Dedicated Customer Support**

Company requires Contractor to maintain dedicated customer support to include a toll free number staffed with personnel ("Customer Support Line"). Contractor must maintain the Customer Support Line Monday through Friday, except nationally observed holidays are as follows: 8:00AM - 9:00PM Central Standard Time for the 48 contiguous states. Coverage for Hawaii and Alaska shall be from 8:00AM – 6:00 PM Hawaii-Aleutian Standard Time for Monday through Friday, except nationally observed holidays.
The Customer Support Line for weekend and nationally observed holidays shall be limited to the following hours:
8:00AM - 12:00PM Local Time.

**Fee for this support
$60,000 Annually for ALL locations**

DocuSign Envelope ID: 068D7713-27E5-4530-8826-1248852670CA

## Table 3
### Contractor Unplanned Maintenance Rates
### (Attached)

Crown Proposed Labor discount: 15% off published rate

- 15% discount locked in for the term of the 3-year contract
- Rates listed include 15% discount off published rate
- Published rate subject to change
- Reference Exhibit B for current Labor Rate spreadsheet by store/location

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8833-BC28A46BA7C8

| Table 4 | | | | |
|---|---|---|---|---|
| **Contractor Rental Rate Structure** | | | | |
| If unit is determined to be inoperable, a status update completion report must be given and include the ETA on when the equipment will be returned in operational status. If equipment will need to be rented for more than 48 hours, this must also be indicated on the status report. | | | | |
| | **Rental Rate** | | | |
| **Equipment** | **Daily (24 hours), not to exceed weekly rate when used consecutively** | **Weekly (7 calendar days) not to exceed monthly rate when used consecutively** | **Monthly (30 calendar days)** | **Transportation Fees** |
| **4-Wheel Sit-Down Liquid Propane Internal Combustion Forklift** | $ 100.00 | $ 300.00 | $ 850.00 | $ 365.00 |
| **3-Wheel Electric Sit-Down Forklift** | $ 85.00 | $ 360.00 | $ 1,100.00 | $ 365.00 |
| **4 wheel electric sit down** | $ 90.00 | $ 400.00 | $ 1,150.00 | $ 365.00 |
| **Pallet Stacker/Walk Behind Reach Truck** | $ 65.00 | $ 185.00 | $ 600.00 | $ 365.00 |
| **Aerial Lift** | $ 100.00 | $ 250.00 | $ 508.00 | $ 365.00 |
| **Order Picker** | $ 100.00 | $ 365.00 | $ 1,050.00 | $ 365.00 |
| **Battery** | $ 30.00 | $ 100.00 | $ 300.00 | $ 365.00 |
| **For transportation fees, $390 round trip, under 150 miles round trip.** | | | | |
| | | | | |
| *If unit is to be disposed of, absolutely no separate drayage fees will be accepted.* | | | | |

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA

DocuSign Envelope ID: 068D7713-27E5-4530-8820-1248MSA7dca

## TABLE 5

| *FleetSTATS Repair Process - Sears Holdings* | *Ownership* |
|---|---|
| 1. Sears Store, Kmart Store or MDO (Market Delivery Ops) Managers / Delegates call the Crown 1-800 Hotline for a truck down | Sears Holdings |
| 2. The Crown Hotline dispatches out the correct Crown dealer/branch | Crown Corporate |
| 3. Crown technician reviews breakdown. If the repair is determined to go over the RAT amount, a quote will have to be completed. If the repair is under the RAT amount, the unit is fixed and the work order is signed by the Crown Tech and Sears Manager / Delegate | Crown Retailer |
| 4. If repair is over the RAT amount, the Crown Dealer logs into the Crown partner site and completes a quote on the FleetSTATS/NTE Quotes form. | Crown Retailer |
| 5. The Quote is populated in the FleetSTATS system and sent via e-mail to the assigned FleetSTATS Manager who in turn forwards the quote via e-mail to the appropriate Sears contact, Kmart contact or MDO District Ops Manager (DOM). | Crown Corporate |
| 6. The Sears contact, Kmart contact or MDO DOM reviews the quote and responds back via e-mail if they approve or reject the quote. | Sears Holdings |
| 7. If quote was approved, The Crown technician goes back to the store / MDO and completes the repair. | Crown Retailer |
| 8. Once the repair is completed, the Crown dealer enters the invoice in the Crown FleetSTATS database. The Crown corporate assigned FleetSTATS Manager reviews the invoice, checks to make sure the quote was approved by Sears, and approves/rejects the invoices for the appropriate terms. | Crown Retailer/Corporate |
| 9. If an invoice is rejected, this gets kicked back to the Crown Dealer to adjust their invoice and resubmit for approval once again by the Crown FleetSTATS Manager. | Crown Retailer |
| 10. All invoices that are approved by the assigned FleetSTATS manager gets consolidated at month end and sent to Sears Corporate for payment. | Crown Corporate |

WIN-91PKE6392EJ04e4abef-4570-47ce-93a6-430e89f510afCrown Equipment Corporation - CW2274461 - MSA