# FIRST AMENDMENT TO THE MASTER SERVICES AGREEMENT
*For Maintenance of Forklift / Material Handling Equipment*

**THIS FIRST AMENDMENT TO THE MASTER SERVICES AGREEMENT** (this "Amendment") is to be in effect as of October 31, 2017 ("**Effective Date**") **Sears Holdings Management Corporation** for and on behalf of its subsidiaries and affiliates, including, but not limited to, **Sears, Roebuck and Co.**, a New York corporation ("Sears"), **Kmart Corporation**, a Michigan corporation ("Kmart"), and **Innovel Solutions, Inc. f/m/a Sears Logistics Services, Inc**., a Delaware corporation ("SLS") (individually and/or collectively, Sears, Kmart and SLS are referred to herein as (the "**Company**") and **Crown Equipment Corporation** ("**Contractor**"), a Ohio corporation. Company and Contractor may herein be referred to individually as a "Party" or collectively as the "Parties."

WHEREAS, Company and Contractor have heretofore entered into that certain Master Services Agreement effective November 1, 2014 (the "**Agreement**") whereby Contractor agreed to provide maintenance for forklifts and material handling equipment as set forth therein; and

WHEREAS, the term of the Agreement expires on October 31, 2017; and

WHEREAS, the Parties mutually desire to amend the Agreement to extend the Term.

NOW THEREFORE, in consideration of the foregoing and the mutual promises contained herein, the parties hereto agree as follows:

The Agreement is hereby amended as follows:

1. **Paragraph 6.1 (Term)**. Section 6.1 of the Agreement is deleted in its entirety and replaced with the following:

    **6.1 Term.** The term of this Agreement shall commence on November 1, 2014, and shall continue until April 30, 2018, unless sooner terminated hereunder (the "**Term**").

2. All capitalized terms appearing in this Amendment shall have the meaning which they have in the Agreement unless otherwise defined herein.

3. Except to the extent specifically provided to the contrary in this Amendment, all terms and conditions of the Agreement shall remain in full force and effect, without modification or limitation.

[Signature Page Follows]

IN WITNESS WHEREOF, the parties hereto have executed this Amendment on the date first above written.

**SEARS, ROEBUCK AND CO.**
**KMART CORPORATION**
**INNOVEL SOLUTIONS, INC.**
**f/k/a Sears Logistics Services, Inc.**

**By: Sears Holdings Management Corporation their Agent**

By: _____

Name: _____

Title: _____

**CROWN EQUIPMENT CORPORATION**

By: *Tom Keller* (DocuSigned by: F708985D1AAA4C4...)

Name: Tom Keller

Title: Vice President-Global Accounts

- 2 -

![DocuSign SECURED]

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 071239AA1272427CB5F5019402310D75 | | Status: Sent |
| Subject: Crown Equipment  - CW2274461 - Amendment 01 | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Sears - Contract Management - S |
| AutoNav: Enabled | | 3333 Beverly Rd. |
| EnvelopeId Stamping: Enabled | | Hoffman Estates, IL  60179 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | sumon.bhattacharjee@searshc.com |
| | | IP Address: 115.110.194.35 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>            10/26/2017 9:27:42 AM | Holder: Sears - Contract Management - S<br>            sumon.bhattacharjee@searshc.com | Location: DocuSign |

## Signer Events | Signature | Timestamp

Tom Keller
tom.keller@crown.com
Vice President-Global Accounts
Security Level: Email, Account Authentication (None)

*DocuSigned by: Tom Keller*
F70893F1DAAA4C4...

Using IP Address: 206.51.157.12

Sent: 11/6/2017 10:10:04 AM
Resent: 11/6/2017 10:10:56 AM
Viewed: 11/6/2017 12:41:18 PM
Signed: 11/9/2017 6:28:03 AM

**Electronic Record and Signature Disclosure:**
      Not Offered via DocuSign

*In Process*

Sears - Contract Management - S
sumon.bhattacharjee@searshc.com
Manager
Sears - Procurement
Security Level: Email, Account Authentication (None)

Sent: 11/9/2017 6:28:04 AM

**Electronic Record and Signature Disclosure:**
      Not Offered via DocuSign

Bob Walsh
RobertB.Walsh@searshc.com
Security Level: Email, Account Authentication (None)

**Electronic Record and Signature Disclosure:**
      Not Offered via DocuSign

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Andrea Cuervo<br>Andrea.Cuervo@searshc.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 11/9/2017 6:28:04 AM |

**Electronic Record and Signature Disclosure:**

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Not Offered via DocuSign | | |

Andrea Cuervo

Andrea.Cuervo@searshc.com

Security Level: Email, Account Authentication (None)

**Electronic Record and Signature Disclosure:**
     Not Offered via DocuSign

Andrea Cuervo

Andrea.Cuervo@searshc.com

Security Level: Email, Account Authentication (None)

**Electronic Record and Signature Disclosure:**
     Not Offered via DocuSign

procurement savings team

procurementsavings@searshc.com

Security Level: Email, Account Authentication (None)

**Electronic Record and Signature Disclosure:**
     Not Offered via DocuSign

shc contract management

shccontractmgmt@searshc.com

Security Level: Email, Account Authentication (None)

**Electronic Record and Signature Disclosure:**
     Not Offered via DocuSign

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/9/2017 6:28:04 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

In Process