# SEARS HOLDINGS

Anthony Dattilo
Sears Holdings Management Corporation
3333 Beverly Road
Hoffman Estates, IL  60179
Direct : (847) 286-2500

June 29, 2018

Crown Equipment Corporation
44 South Washington Street
New Bremen, Ohio, USA 45869
Attn: Tom Keller, VP- Global Accounts

Re:  Payment Accommodation

Dear Mr. Keller,

Sears Holdings Management Corporation for and on behalf of its subsidiaries and affiliates, including, but not limited to, Sears, Roebuck and Co., ("**Sears**"), Kmart Corporation, ("**Kmart**"), and Innovel Solutions, Inc., f/k/a Sears Logistics Services, Inc., ("**Innovel**") (collectively, the "**Company**") have agreed that for services provided by Crown Equipment Corporation ("**Contractor**") under the Master Services Agreement effective November 1, 2014 ("**MSA**"), Company will pay Contractor's invoices on the 25th day following receipt of invoice plus a five (5) day float with respect to invoices received after the date of Contractor's execution below ("**Effective Date**") until July 31, 2019 (the "**Modified Terms Period**").

Company and Contractor agree that the terms of this Payment Accommodation are Confidential Business Information of Company, which Contractor is restricted from disclosing under Section 7 ("**Confidentiality**") of the MSA. The MSA and any previous amendments are hereby confirmed as originally written, except as amended by this Payment Accommodation.

Please countersign below and return one original of this letter to indicate Contractor's agreement to these terms.

Sincerely,

*Anthony Dattilo*
Anthony Dattilo, VP-Innovel

Acknowledged and Agreed:
Crown Equipment Corporation

By: *Tom Keller*
Its: Tom Keller
Effective Date: 7/12/2018