**Exhibit B**

## Summary of Invoices

| Invoice Date | Invoice # | Billing Entity | Branch Name | Customer # | Customer Name | Open Amount |
|---|---|---|---|---|---|---|
| 20181117 | 144407A | FleetStats | | 30616 | Sears MDO Estate | $3,433.52 |
| 20181215 | 145840A | FleetStats | | 30615 | KMart Stores Estate | $748.63 |
| 20190118 | 150486453 | Branch - Direct Bill | Ontario | 246646 | Sears 45417 Estate | $65.00 |
| 20190118 | 150486454 | Branch - Direct Bill | Ontario | 246646 | Sears 45417 Estate | $65.00 |
| 20190118 | 150486455 | Branch - Direct Bill | Ontario | 246646 | Sears 45417 Estate | $65.00 |
| 20190118 | 150486456 | Branch - Direct Bill | Ontario | 246646 | Sears 45417 Estate | $60.00 |
| 20190118 | 150486457 | Branch - Direct Bill | Ontario | 246646 | Sears 45417 Estate | $65.00 |
| 20190118 | 150486458 | Branch - Direct Bill | Ontario | 246646 | Sears 45417 Estate | $65.00 |
| 20190118 | 150486459 | Branch - Direct Bill | Ontario | 246646 | Sears 45417 Estate | $60.00 |
| 20190128 | 136419276 | Branch - Direct Bill | Joliet | 131025 | Sears DC 45439 Estate | $1,343.81 |
| 20190128 | 136419278 | Branch - Direct Bill | Joliet | 131025 | Sears DC 45439 Estate | $180.00 |
| 20190131 | 148492 | FleetStats | | 30439 | Sears Stores Estate | $7,993.13 |
| 20190131 | 148496 | FleetStats | | 30615 | KMart Stores Estate | $8,812.74 |
| 20190213 | 116473598 | Branch - Direct Bill | Dallas | 103814 | Sears- Estate | $1,524.80 |
| 20190305 | 650017369 | Branch - Direct Bill | Ontario | 234237 | Sears Roebuck Co - Estate | ($899.71) |
| 20190315 | 157747 | FleetStats | | 30439 | Sears Stores Estate | $6,111.66 |
| 20190315 | 157749 | FleetStats | | 30615 | KMart Stores Estate | $6,470.61 |
| 20190315 | 157750 | FleetStats | | 30616 | Sears MDO Estate | $34,078.47 |
| 20190325 | 144342553 | Branch - Direct Bill | Long Beach | 333570 | Sears PartsDirect Estate | $223.87 |
| 20190331 | 161411 | FleetStats | | 30616 | Sears MDO Estate | $40,918.47 |
| 20190331 | 161412 | FleetStats | | 30615 | KMart Stores Estate | $12,936.31 |
| 20190331 | 161416 | FleetStats | | 30439 | Sears Stores Estate | $9,338.57 |
| 20190412 | 196000377 | Branch - Direct Bill | Reno | 494692 | Sears MDO Estate | $85.00 |
| 20190415 | 164889 | FleetStats | | 30616 | Sears MDO Estate | $38,156.41 |
| 20190415 | 164890 | FleetStats | | 30615 | KMart Stores Estate | $5,137.24 |
| 20190415 | 164892 | FleetStats | | 30439 | Sears Stores Estate | $11,207.72 |
| 20190430 | 168660 | FleetStats | | 30616 | Sears MDO Estate | $35,765.79 |
| 20190430 | 168661 | FleetStats | | 30615 | KMart Stores Estate | $7,679.10 |
| 20190430 | 168665 | FleetStats | | 30439 | Sears Stores Estate | $5,818.39 |
| 20190516 | 172396 | FleetStats | | 30439 | Sears Stores Estate | $2,160.28 |

3189900.8

**Exhibit B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20190516 | 172397 | FleetStats | | 30615 | KMart Stores Estate | $10,423.01 |
| 20190516 | 172398 | FleetStats | | 30616 | Sears MDO Estate | $20,587.34 |
| 20190520 | 173072 | FleetStats | | 30615 | KMart Stores Estate | $173.33 |
| 20190520 | 173073 | FleetStats | | 30616 | Sears MDO Estate | $5,929.29 |
| | | | | | | $276,782.78 |

3189900.8