UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
                               :

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

---------------------------------------X

# ORDER GRANTING MOTION OF CROWN EQUIPMENT CORPORATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 503(a), 503(b)(1), AND 507(a)(2)

Upon consideration of the Motion of Crown Equipment Corporation for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S. C. §§ 503(A), 503(B)(1), and 507(A)(2) (the "Motion")[1] for payment of the Requested Fees, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided and no further notice being required; and upon the Court's review of the Motion and all responses thereto; and upon the Court's determination that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Capitalized term used but not otherwise defined herein shall have the meanings given to such terms in the Motion.

3193279.3

2. Crown shall have an allowed administrative expense claim under Bankruptcy Code Section 503(b)(1) in the amount of the Requested Fees ("**Crown's Administrative Expense Claim**").

3. The Debtors shall pay Crown's Administrative Expense Claim within five (5) business days of the entry of this Order.

4. This Court shall retain exclusive jurisdiction to hear and decide all matters arising from or related to this Order.

Dated: _____, 2019

      White Plains, New York

                                      HONORABLE ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE