John G. McCarthy
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
(212) 907-9700

jmccarthy@sgrlaw.com

and

Robert G. Hanseman
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
40 N. Main Street
Dayton, Ohio 45423
(937) 222-2500
Robert Hanseman
rhanseman@ssdlaw.com

*Attorneys for Crown Equipment Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re:     :     Chapter 11

    SEARS HOLDING CORPORATION, et al.,     :     Case No. 18-23538 (RDD)

               Debtors.     :     (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### NOTICE OF CROWN EQUIPMENT CORPORATION'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 503(a), 503(b)(1), AND 507(a)(2)

**PLEASE TAKE NOTICE** that a hearing on the above-referenced motion dated August 30,

2019 of Crown Equipment Corporation for Allowance and Payment of Administrative Expense Claims

(the "**Motion**") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at

the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300

Quarropas Street, White Plains, New York, 10601, on October 23, 2019 at 10:00 a.m. (the "**Hearing**").

**PLEASE TAKE NOTICE** that any objections to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court, and shall be served in accordance with the Amended Order Implementing Certain Notice and Case Management Procedures [Docket No. 405] (the "**Amended Case Management Order**"), so as to be filed and received no later than October 16, 2019 at 5:00 p.m. (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not filed and served by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing pursuant the Amended Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: New York, New York
        August 29, 2019

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
        John G. McCarthy
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
(212) 907-9700
JMcCarthy@SGRlaw.com

and

Robert G. Hanseman (Ohio Bar #0071825)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
40 N. Main Street
Dayton, Ohio 45423
(937) 222-2500
rhanseman@ssdlaw.com

*Attorneys for Crown Equipment Corporation*