Eric R. Reimer (admitted pro hac vice)
Thomas R. Kreller (admitted pro hac vice)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone (424) 386-4000

Brian Kinney
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone (212) 530-5000
 Facsimile (212) 530-5219

*Counsel to Cyrus Capital Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 18-23538 (RDD)<br>)<br>) (Jointly Administered)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                              ) SS.
COUNTY OF NEW YORK  )

        MONICA ALSTON, being duly sworn, deposes and says

    I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases.  I am employed by the law firm of Milbank, LLP, Counsel to Cyrus Capital Partners, L.P., in the above-captioned cases.

    On the 28th of August 2019, I caused a copy of the following documents:

*Cyrus Capital Partners, L.P.'s Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal [Dkt. Nos. 5017, 5018, 5019, 5020, 5023, 5024]*,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, and to be served upon the party identified on Exhibit B attached hereto by Hand Delivery.

/s/ Monica Alston
MONICA ALSTON

SWORN TO AND SUBSCRIBED before me
this 30th of August 2019

/s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 01BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2023

## Exhibit A

ray.schrock@weil.com
garrett.fail@weil.com
jessica.liou@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
pbasta@paulweiss.com
kcasteel@askllp.com
bmcgrath@askllp.com
jsteinfeld@askllp.com
gunderdahl@askllp.com
gunderdahl@askllp.com
arwolf@wlrk.com
richard.morrissey@usdoj.gov
jared.friedmann@weil.com
paul.genender@weil.com
david.lender@weil.com

**Exhibit B**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Sears Bankruptcy Team