FOX ROTHSCHILD LLP
Kathleen M. Aiello
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7900

Michael R. Herz
49 Market Street
Morristown, New Jersey 07960
(973) 548-3330

*Attorneys for Aspen Marketing Services, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                             :
                                                  :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,[1]          :
                                                  :   Case No. 18-23538 (RDD)
                                      Debtors.    :
                                                  :   (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY      )
                         ) ss.:
COUNTY OF MORRIS         )

      Cathi Brown, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

Active\101785250.v1-8/30/19

I am not a party to this action, am over eighteen years of age, am a resident New York County, New York and an employee of Fox Rothschild LLP, 49 Market Street, Morristown, New Jersey 07960.

On August 30, 2019, I caused to be served a true copy of ***Joinder of Aspen Marketing Services, Inc. To Objection of Alpine Creations Ltd. to Confirmation of Debtor's Second Amended Joint Chapter 11 Plan of Sears Holding Corporation and its Affiliated Debtors*** [ECF No. 5041] (the "Aspen Joinder") via the following methods:

1. Upon the parties to this action who receive electronic service through CM/ECF.

2. Served by FedEx on the United Stated Bankruptcy Court for the Southern District of New York, Chambers of Honorable Robert D. Drain, Sears Chambers Copy, United States Bankruptcy Judge, 300 Quarropas Street, Room 248, White Plains, New York 10601.

3. On **August 30, 2019**, Kathleen Aiello served a true and correct copy of the Aspen Joinder via E-Mail upon the parties below, at the E-Mail addresses designated for that purpose:

ray.schrock@weil.com
jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com
Alexander.Lewitt@weil.com

2

                                                  */s/ Cathi Brown*
                                                  Cathi Brown

Sworn to before me this
30th day of August, 2019

*/s/ Patricia Passaro*

Patricia Passaro
Notary Public, State of New Jersey
No.2397536
Commission Expires June 18, 2020

3