**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:  
SEARS HOLDINGS CORPORATION, et al.

                         Debtor

---------------------------------------------------------------x

                        Plaintiff

                v.

                        Defendant

---------------------------------------------------------------x

Case No.: 18-23538 (RDD)

Chapter 11

Jointly Administered

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joaquin J. Alemany, request admission, *pro hac vice*, before Honorable Robert D. Drain, to represent Plaza las Americas, Inc. and Plaza del Caribe, S.E. creditors in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Florida and, if applicable, the bar of the U.S. District Court for the Southern District of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 8/30/2019

New York, New York

/s/Joaquin J. Alemany

*Mailing Address:*
Holland & Knight LLP

701 Brickell Ave., Suite 3300

Miami, Florida 33131

*E-mail address:* joaquin.alemany@hklaw.com

*Telephone number:* (305) 789-7763