UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

\---------------------------------------------------------------x

In re:                                                                           Case No.: __18-23538 (RDD)__

   SEARS HOLDINGS COPORATION, et al.,
                                                                                         Chapter __11__

                                                   Debtor                    Jointly Administered

\---------------------------------------------------------------x

                                                                                           Adversary Proceeding No.: _____

                                           Plaintiff

                              v.

                                          Defendant

\---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

        Upon the motion of __Joaquin J. Alemany__, to be admitted, *pro hac vice*, to represent __Plaza las Americas, Inc. and Plaza del Caribe, S.E.__ (the "Client") a __creditor__ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __Florida__ and, if applicable, the bar of the U.S. District Court for the __Southern__ District of __Florida__ _____, it is hereby

        **ORDERED**, that __Joaquin J. Alemany__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York         /s/ _____

                                                                         UNITED STATES BANKRUPTCY JUDGE