UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                          :
                                                               :    Case No. 18-23538 (RDD)
                                                               :
                        Debtors.[1]                            :    (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF NATALIE J. SPEARS,

### BEHALF OF DENTONS US LLP

STATE OF ILLINOIS )
                  ) s.s.:
COUNTY OF COOK    )

Natalie J. Spears, being duly sworn, upon his oath, deposes and says as follows:

1. I am a Partner in the Chicago Office of Dentons US LLP, located at 233 S. Wacker Drive, Suite 5900, Chicago, Illinois 60606 (the "**Firm**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2. Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), requested that the Firm provide litigation and corporate consulting services to the Debtors, and the Firm consented to provide such services (the "**Services**").

3. During the Debtors' chapter 11 cases, the Services provided by the Firm included, but were not limited to, the following: representing the Debtors in two lawsuits pending in Florida; providing advice regarding ServiceLive LLC (Dentons Canada LLP and Dentons UKME LLP also provide advice regarding ServiceLive LLC); and providing other litigation and transactional services as requested by the Debtors. As of the date of this affidavit, the Firm no longer provides these Services to the Debtors. The Firm notes that it may in the future represent creditors of the Debtors in matters unrelated to the aforementioned services provided to the Debtors.

4. The Firm and Dentons Canada LLP currently represent the Debtors in providing corporate transactional services and advice in Canada.

5. The Firm currently provides legal services for Transform SR Holdings, including Transform SR LLC and Transform Operating Stores LLC, the buyer of the Debtors' assets. None of the work is adverse to the Debtors or their estates.

6. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases.

In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

8. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

9. As of the commencement of this chapter 11 case, the Debtors owed the Firm $384,216.44 in respect of prepetition services rendered to the Debtors.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

109696752\V-5

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on August 21, 2019, at Chicago, Illinois.

_____
Natalie J. Spears

SWORN TO AND SUBSCRIBED before
Me this 21st day of August, 2019

_____
Notary Public

> OFFICIAL SEAL
> WENDY A. JOHNSON
> NOTARY PUBLIC, STATE OF ILLINOIS
> My Commission Expires 12-22-2019

4

109696752\V-5