Christopher M. Hemrick
WALSH PIZZI O'REILLY FALANGA LLP
140 Broadway, 46th Floor
New York, NY 10005
Tel.: (973) 757-1100
chemrick@walsh.law
*Counsel to GroupBy USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, et al.,** | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATION OF SERVICE

Christopher M. Hemrick, of full age, hereby certifies as follows:

1. I am a partner of the law firm of Walsh Pizzi O'Reilly Falanga LLP, counsel to GroupBy USA, Inc. ("GroupBy") in the above-captioned cases.

2. On September 3, 2019, I caused the *Joinder of GroupBy USA, Inc. to Objection of Alpine Creations Ltd. to Confirmation of Debtors' Second Amended Joint Chapter 11 Plan* (Dkt. No. 5048) (the "GroupBy Objection") to be electronically filed with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all CM/ECF participants in these chapter 11 cases.

3. On September 3, 2019, I further caused a true and correct copy of the GroupBy Objection to be served via electronic mail on the Standard Parties, as defined in the *Amended Order Implementing Certain Notice and Case Management Procedures* (Dkt. No. 405).

4. On September 3, 2019, I further caused a true and correct copy of the GroupBy Objection to be served via first class mail, postage prepaid, on the following parties:

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2019                     /s/ Christopher M. Hemrick
                                             Christopher M. Hemrick