EXHIBIT A-1 A-2, A-3, A-4, A-5- Claims

EXHIBIT B- Detail of transactions between Sears and the Claimants from July 2018 to October, 2018.

EXHIBIT C- Sears Agreement  [INTENTIONALLY OMITTED due to confidentiality]

EXHIBIT D- Riders executed with Transform and Ergode Inc., AMI Ventures, Inc., Fast Media, Inc., and Zabvia, Inc. [INTENTIONALLY OMITTED due to confidentiality]