| EFT Data 01-Jul-18 to 31-Oct-2018 | | | | |
|---|---|---|---|---|
| EFT # | Date | EFT Amount | Bank date | Payment Cycle |
| E81414 | 02/Jul/18 | 10,099.00 | 7/12/18 | 10 |
| E82577 | 03/Jul/18 | 5,901.23 | 7/13/18 | 10 |
| E83593 | 05/Jul/18 | 2,775.30 | 7/17/18 | 12 |
| E84266 | 06/Jul/18 | 2,530.72 | 7/17/18 | 11 |
| E84989 | 09/Jul/18 | 10,760.89 | 7/23/18 | 14 |
| E86068 | 10/Jul/18 | 7,941.29 | 7/24/18 | 14 |
| E86781 | 11/Jul/18 | 2,378.59 | 7/25/18 | 14 |
| E87627 | 12/Jul/18 | 2,524.58 | 7/26/18 | 14 |
| E88314 | 13/Jul/18 | 510.60 | 7/26/18 | 13 |
| E89014 | 16/Jul/18 | 6,565.10 | 7/30/18 | 14 |
| E89968 | 17/Jul/18 | 1,925.43 | 7/31/18 | 14 |
| E90498 | 18/Jul/18 | 5,180.82 | 8/1/18 | 14 |
| E91407 | 19/Jul/18 | 1,835.98 | 8/2/18 | 14 |
| E92127 | 20/Jul/18 | 1,009.89 | 8/2/18 | 13 |
| E92857 | 23/Jul/18 | 10,854.28 | 8/6/18 | 14 |
| E93969 | 24/Jul/18 | 5,027.52 | 8/7/18 | 14 |
| E94692 | 25/Jul/18 | 4,405.88 | 8/8/18 | 14 |
| E95521 | 26/Jul/18 | 2,323.40 | 8/9/18 | 14 |
| E96218 | 27/Jul/18 | 745.03 | 8/9/18 | 13 |
| E96936 | 30/Jul/18 | 8,661.87 | 8/15/18 | 16 |
| E98020 | 31/Jul/18 | 4,278.61 | 8/16/18 | 16 |
| E98719 | 01/Aug/18 | 2,174.88 | 8/17/18 | 16 |
| E99472 | 02/Aug/18 | 747.99 | 8/20/18 | 18 |
| E00159 | 03/Aug/18 | 1,660.27 | 8/20/18 | 17 |
| E00855 | 06/Aug/18 | 7,007.26 | 8/22/18 | 16 |
| E01894 | 07/Aug/18 | 5,112.95 | 8/23/18 | 16 |
| E02562 | 08/Aug/18 | 1,170.84 | 8/24/18 | 16 |
| E03322 | 09/Aug/18 | 1,693.31 | 8/27/18 | 18 |
| E04710 | 13/Aug/18 | 6,527.22 | 8/29/18 | 16 |
| E05764 | 14/Aug/18 | 4,878.39 | 8/30/18 | 16 |
| E06458 | 15/Aug/18 | 3,250.61 | 9/4/18 | 20 |
| E07303 | 16/Aug/18 | 1,557.54 | 9/4/18 | 19 |
| E07998 | 17/Aug/18 | 126.82 | 9/4/18 | 18 |
| E08716 | 20/Aug/18 | 7,513.91 | 9/5/18 | 16 |
| E09780 | 21/Aug/18 | 5,547.48 | 9/6/18 | 16 |
| E10506 | 22/Aug/18 | 3,665.92 | 9/7/18 | 16 |
| E11921 | 24/Aug/18 | 1,800.31 | 9/10/18 | 17 |
| E12741 | 27/Aug/18 | 8,361.53 | 9/12/18 | 16 |
| E13825 | 28/Aug/18 | 6,069.72 | 9/13/18 | 16 |
| E14576 | 29/Aug/18 | 5,070.96 | 9/14/18 | 16 |
| E15360 | 30/Aug/18 | 122.72 | 9/17/18 | 18 |
| E16022 | 31/Aug/18 | 3,509.63 | 9/17/18 | 17 |
| E16703 | 04/Sep/18 | 17,959.38 | 9/20/18 | 16 |
| E17858 | 05/Sep/18 | 3,716.22 | 9/21/18 | 16 |
| E18589 | 06/Sep/18 | 2,152.86 | 9/24/18 | 18 |
| E19191 | 07/Sep/18 | 3,258.33 | 9/24/18 | 17 |
| E19718 | 10/Sep/18 | 8,597.09 | 10/2/18 | 22 |
| EFT # | Date | EFT Amount | Bank date | Payment Cycle |

| | | | | |
|---|---|---|---|---|
| E20722 | 11/Sep/18 | 7,184.02 | 10/3/18 | 22 |
| E21397 | 12/Sep/18 | 4,922.49 | | |
| E22143 | 13/Sep/18 | 1,585.30 | | |
| E22805 | 14/Sep/18 | 2,833.94 | | |
| E23410 | 17/Sep/18 | 7,366.28 | | |
| E24367 | 18/Sep/18 | 6,831.36 | | |
| E25060 | 19/Sep/18 | 9,617.95 | | |
| E25811 | 20/Sep/18 | 1,408.36 | | |
| E26415 | 21/Sep/18 | 920.72 | | |
| E27012 | 24/Sep/18 | 10,357.03 | | |
| E27971 | 25/Sep/18 | 2,603.63 | | |
| E28636 | 26/Sep/18 | 2,869.43 | | |
| E29329 | 27/Sep/18 | 1,013.32 | | |
| E29902 | 28/Sep/18 | 997.24 | | |
| E30472 | 01/Oct/18 | 4,688.15 | | |
| E31372 | 02/Oct/18 | 1,271.01 | | |
| E31967 | 03/Oct/18 | 1,324.91 | | |
| E32583 | 04/Oct/18 | 2,213.69 | | |
| E33614 | 08/Oct/18 | 5,656.16 | | |
| E34498 | 09/Oct/18 | 4,169.53 | | |
| E50016 | 24/Oct/18 | 40.77 | 10/26/18 | 2 |
| E50262 | 25/Oct/18 | 8,594.53 | 10/29/18 | 4 |
| E50800 | 26/Oct/18 | 385.32 | 10/29/18 | 3 |
| E51125 | 29/Oct/18 | 13,407.95 | 10/31/18 | 2 |
| E51887 | 30/Oct/18 | 9,151.40 | 11/1/18 | 2 |
| E52450 | 31/Oct/18 | 6,497.12 | 11/2/18 | 2 |
| **Grand Total** | | **329,401.76** | | |