| EFT Data 01-Jul-18 to 31-Oct-2018 | | | | |
|---|---|---|---|---|
| EFT # | Date | EFT Amount | Bank Date | Payment Cycle |
| E81064 | 02/Jul/18 | 6,591.84 | 12/Jul/18 | 10 |
| E82263 | 03/Jul/18 | 9,534.51 | 13/Jul/18 | 10 |
| E83356 | 05/Jul/18 | 1,884.90 | 17/Jul/18 | 12 |
| E84125 | 06/Jul/18 | 2,331.82 | 17/Jul/18 | 11 |
| E84640 | 09/Jul/18 | 7,542.84 | 23/Jul/18 | 14 |
| E85864 | 10/Jul/18 | 5,076.52 | 24/Jul/18 | 14 |
| E86547 | 11/Jul/18 | 5,475.86 | 25/Jul/18 | 14 |
| E87386 | 12/Jul/18 | 1,596.53 | 26/Jul/18 | 14 |
| E88676 | 16/Jul/18 | 6,649.61 | 30/Jul/18 | 14 |
| E89858 | 17/Jul/18 | 588.12 | 31/Jul/18 | 14 |
| E90225 | 18/Jul/18 | 2,809.04 | 01/Aug/18 | 14 |
| E91162 | 19/Jul/18 | 1,995.28 | 02/Aug/18 | 14 |
| E91981 | 20/Jul/18 | 810.23 | 02/Aug/18 | 13 |
| E92502 | 23/Jul/18 | 5,320.72 | 06/Aug/18 | 14 |
| E93763 | 24/Jul/18 | 1,738.10 | 07/Aug/18 | 14 |
| E94448 | 25/Jul/18 | 3,523.03 | 08/Aug/18 | 14 |
| E95287 | 26/Jul/18 | 4,083.63 | 09/Aug/18 | 14 |
| E96595 | 30/Jul/18 | 4,363.44 | 15/Aug/18 | 16 |
| E97803 | 31/Jul/18 | 4,803.05 | 16/Aug/18 | 16 |
| E98535 | 01/Aug/18 | 659.19 | 17/Aug/18 | 16 |
| E99236 | 02/Aug/18 | 2,375.10 | 20/Aug/18 | 18 |
| E00038 | 03/Aug/18 | 910.70 | 20/Aug/18 | 17 |
| E00520 | 06/Aug/18 | 5,643.05 | 22/Aug/18 | 16 |
| E01716 | 07/Aug/18 | 4,678.57 | 23/Aug/18 | 16 |
| E02354 | 08/Aug/18 | 2,933.59 | 24/Aug/18 | 16 |
| E03103 | 09/Aug/18 | 2,003.70 | 27/Aug/18 | 18 |
| E04366 | 13/Aug/18 | 8,708.11 | 29/Aug/18 | 16 |
| E05573 | 14/Aug/18 | 3,304.16 | 30/Aug/18 | 16 |
| E06220 | 15/Aug/18 | 4,187.56 | 04/Sep/18 | 20 |
| E07075 | 16/Aug/18 | 307.94 | 04/Sep/18 | 19 |
| E07864 | 17/Aug/18 | 1,407.45 | 04/Sep/18 | 18 |
| E08371 | 20/Aug/18 | 11,093.80 | 05/Sep/18 | 16 |
| E09585 | 21/Aug/18 | 5,880.55 | 06/Sep/18 | 16 |
| E10261 | 22/Aug/18 | 4,550.27 | 07/Sep/18 | 16 |
| E11748 | 24/Aug/18 | 1,863.94 | 10/Sep/18 | 17 |
| E12400 | 27/Aug/18 | 12,067.98 | 12/Sep/18 | 16 |
| E13624 | 28/Aug/18 | 5,627.43 | 13/Sep/18 | 16 |
| E14342 | 29/Aug/18 | 5,423.41 | 14/Sep/18 | 16 |
| E15124 | 30/Aug/18 | 269.97 | 17/Sep/18 | 18 |
| E15896 | 31/Aug/18 | 2,808.39 | 17/Sep/18 | 17 |
| E16349 | 04/Sep/18 | 15,410.40 | 20/Sep/18 | 16 |
| E17648 | 05/Sep/18 | 7,649.60 | 21/Sep/18 | 16 |
| E18372 | 06/Sep/18 | 2,159.45 | 24/Sep/18 | 18 |
| E19117 | 07/Sep/18 | 2,549.57 | 24/Sep/18 | 17 |
| E19398 | 10/Sep/18 | 7,608.65 | 02/Oct/18 | 22 |
| E20552 | 11/Sep/18 | 4,733.21 | 03/Oct/18 | 22 |
| E21175 | 12/Sep/18 | 4,168.21 | #N/A | |

| E21934 | 13/Sep/18 | 2,236.48 | #N/A | |
| E22682 | 14/Sep/18 | 185.65 | #N/A | |
| E23116 | 17/Sep/18 | 5,118.28 | #N/A | |
| E24179 | 18/Sep/18 | 5,407.73 | #N/A | |
| E24838 | 19/Sep/18 | 2,755.59 | #N/A | |
| E25620 | 20/Sep/18 | 3,821.97 | #N/A | |
| E26316 | 21/Sep/18 | 2,339.29 | #N/A | |
| E26707 | 24/Sep/18 | 11,203.76 | #N/A | |
| E27778 | 25/Sep/18 | 7,561.81 | #N/A | |
| E28441 | 26/Sep/18 | 3,956.71 | #N/A | |
| E29137 | 27/Sep/18 | 953.44 | #N/A | |
| E29805 | 28/Sep/18 | 1,879.34 | #N/A | |
| E30170 | 01/Oct/18 | 5,486.42 | #N/A | |
| E31216 | 02/Oct/18 | 1,558.60 | #N/A | |
| E31789 | 03/Oct/18 | 3,282.25 | #N/A | |
| E32410 | 04/Oct/18 | 916.96 | #N/A | |
| E33009 | 05/Oct/18 | 134.89 | #N/A | |
| E33341 | 08/Oct/18 | 7,808.68 | #N/A | |
| E34315 | 09/Oct/18 | 3,551.61 | #N/A | |
| E50049 | 25/Oct/18 | 6,563.44 | 29/Oct/18 | 4 |
| E50781 | 26/Oct/18 | 431.71 | 29/Oct/18 | 3 |
| E50878 | 29/Oct/18 | 13,958.46 | 31/Oct/18 | 2 |
| E51717 | 30/Oct/18 | 6,531.38 | 01/Nov/18 | 2 |
| E52289 | 31/Oct/18 | 5,921.96 | 02/Nov/18 | 2 |
| **Grand Total** | | **311,269.43** | | |