| EFT Data 01-Jul-18 to 31-Oct-2018 | | | | |
|---|---|---|---|---|
| EFT # | Date | EFT Amount | Bank Date | Payment Cycle |
| E82196 | 02/Jul/18 | 9,903.30 | 12/07/2018 | 10 |
| E83309 | 03/Jul/18 | 8,367.88 | 13/07/2018 | 10 |
| E84087 | 05/Jul/18 | 1,363.55 | 17/07/2018 | 12 |
| E84583 | 06/Jul/18 | 1,081.63 | 17/07/2018 | 11 |
| E85817 | 09/Jul/18 | 4908.17 | 23/07/2018 | 14 |
| E86494 | 10/Jul/18 | 6,148.77 | 24/07/2018 | 14 |
| E87335 | 11/Jul/18 | 4,267.28 | 25/07/2018 | 14 |
| E88146 | 12/Jul/18 | 1,202.15 | 26/07/2018 | 14 |
| E88618 | 13/Jul/18 | 144.87 | 26/07/2018 | 13 |
| E89821 | 16/Jul/18 | 6,761.72 | 30/07/2018 | 14 |
| E90179 | 17/Jul/18 | 1,351.13 | 31/07/2018 | 14 |
| E91102 | 18/Jul/18 | 2,128.04 | 01/08/2018 | 14 |
| E91947 | 19/Jul/18 | 1,904.09 | 02/08/2018 | 14 |
| E92438 | 20/Jul/18 | 673.96 | 02/08/2018 | 13 |
| E93712 | 23/Jul/18 | 6,971.06 | 06/08/2018 | 14 |
| E94394 | 24/Jul/18 | 2,797.34 | 07/08/2018 | 14 |
| E95238 | 25/Jul/18 | 2,363.22 | 08/08/2018 | 14 |
| E96058 | 26/Jul/18 | 1,781.69 | 09/08/2018 | 14 |
| E96531 | 27/Jul/18 | 51.26 | 09/08/2018 | 13 |
| E97747 | 30/Jul/18 | 8,705.52 | 15/08/2018 | 16 |
| E98490 | 31/Jul/18 | 5,997.43 | 16/08/2018 | 16 |
| E99183 | 01/Aug/18 | 2,472.85 | 17/08/2018 | 16 |
| E00005 | 02/Aug/18 | 1,430.39 | 20/08/2018 | 18 |
| E00463 | 03/Aug/18 | 2,260.27 | 20/08/2018 | 17 |
| E01669 | 06/Aug/18 | 6,514.94 | 22/08/2018 | 16 |
| E02311 | 07/Aug/18 | 2,896.28 | 23/08/2018 | 16 |
| E03045 | 08/Aug/18 | 2,291.34 | 24/08/2018 | 16 |
| E03833 | 09/Aug/18 | 1,565.04 | 27/08/2018 | 18 |
| E04302 | 10/Aug/18 | 405.86 | 27/08/2018 | 17 |
| E05522 | 13/Aug/18 | 6,033.80 | 29/08/2018 | 16 |
| E06171 | 14/Aug/18 | 2,688.77 | 30/08/2018 | 16 |
| E07021 | 15/Aug/18 | 4,908.17 | 04/09/2018 | 20 |
| E07830 | 16/Aug/18 | 521.48 | 04/09/2018 | 19 |
| E08310 | 17/Aug/18 | 1,001.78 | 04/09/2018 | 18 |
| E09536 | 20/Aug/18 | 7,023.55 | 05/09/2018 | 16 |
| E10214 | 21/Aug/18 | 4,513.04 | 06/09/2018 | 16 |
| E11067 | 22/Aug/18 | 4,182.96 | 07/09/2018 | 16 |
| E12332 | 24/Aug/18 | 1,822.05 | 10/09/2018 | 17 |
| E13568 | 27/Aug/18 | 7,174.86 | 12/09/2018 | 16 |
| E14297 | 28/Aug/18 | 4,556.41 | 13/09/2018 | 16 |
| E15079 | 29/Aug/18 | 3,878.79 | 14/09/2018 | 16 |
| E15868 | 30/Aug/18 | 171.69 | 17/09/2018 | 18 |
| E16286 | 31/Aug/18 | 2,323.98 | 17/09/2018 | 17 |
| E17595 | 04/Sep/18 | 14,167.18 | 20/09/2018 | 16 |
| E18326 | 05/Sep/18 | 6,212.01 | 21/09/2018 | 16 |
| E19093 | 06/Sep/18 | 1,310.39 | 24/09/2018 | 18 |

| | | | | |
|---|---|---:|---|---:|
| E19342 | 07/Sep/18 | 1,428.37 | 24/09/2018 | 17 |
| E20494 | 10/Sep/18 | 9,427.21 | 02/10/2018 | 22 |
| E21129 | 11/Sep/18 | 3,342.49 | 03/10/2018 | 22 |
| E21890 | 12/Sep/18 | 4,266.44 | | |
| E22642 | 13/Sep/18 | 1,204.68 | | |
| E24125 | 17/Sep/18 | 5,946.66 | | |
| E24792 | 18/Sep/18 | 2,483.82 | | |
| E25574 | 19/Sep/18 | 6,398.23 | | |
| E26285 | 20/Sep/18 | 1,015.29 | | |
| E26650 | 21/Sep/18 | 673.12 | | |
| E27728 | 24/Sep/18 | 9,572.53 | | |
| E28399 | 25/Sep/18 | 5,898.91 | | |
| E29090 | 26/Sep/18 | 2,819.00 | | |
| E29775 | 27/Sep/18 | 2,424.60 | | |
| E31172 | 01/Oct/18 | 7,549.56 | | |
| E31744 | 02/Oct/18 | 2,106.80 | | |
| E32367 | 03/Oct/18 | 5,217.66 | | |
| E32982 | 04/Oct/18 | 594.23 | | |
| E33293 | 05/Oct/18 | 127.78 | | |
| E34265 | 08/Oct/18 | 6,688.85 | | |
| E34908 | 09/Oct/18 | 5,733.12 | | |
| E50004 | 18/Oct/18 | 259.84 | | |
| E50759 | 25/Oct/18 | 9,669.23 | 29/10/2018 | 4 |
| E50842 | 26/Oct/18 | 1,339.39 | 29/10/2018 | 3 |
| E51672 | 29/Oct/18 | 9,197.06 | 31/10/2018 | 2 |
| E52258 | 30/Oct/18 | 7,715.00 | 01/11/2018 | 2 |
| E52796 | 31/Oct/18 | 5,292.68 | 02/11/2018 | 2 |
| **Total** | | **289,594.49** | | |