| EFT Data 01-Jul-18 to 31-Oct-2018 | | | | |
|---|---|---|---|---|
| EFT # | Date | EFT Amount | Bank Date | Payment Cycle |
| E81381 | 02/Jul/18 | 7,490.18 | 12/Jul/18 | 10 |
| E82546 | 03/Jul/18 | 7,092.22 | 13/Jul/18 | 10 |
| E83572 | 05/Jul/18 | 1,805.24 | 17/Jul/18 | 12 |
| E84255 | 06/Jul/18 | 653.26 | 17/Jul/18 | 11 |
| E84956 | 09/Jul/18 | 5,982.74 | 23/Jul/18 | 14 |
| E86045 | 10/Jul/18 | 4,691.43 | 24/Jul/18 | 14 |
| E86755 | 11/Jul/18 | 2,181.73 | 25/Jul/18 | 14 |
| E87605 | 12/Jul/18 | 1,157.21 | 26/Jul/18 | 14 |
| E88986 | 16/Jul/18 | 6,659.53 | 30/Jul/18 | 14 |
| E89956 | 17/Jul/18 | 2,143.51 | 31/Jul/18 | 14 |
| E90473 | 18/Jul/18 | 2,291.09 | 01/Aug/18 | 14 |
| E91382 | 19/Jul/18 | 2,141.88 | 02/Aug/18 | 14 |
| E92115 | 20/Jul/18 | 1,216.55 | 02/Aug/18 | 13 |
| E92819 | 23/Jul/18 | 7,281.63 | 06/Aug/18 | 14 |
| E93952 | 24/Jul/18 | 4,732.47 | 07/Aug/18 | 14 |
| E94669 | 25/Jul/18 | 4,048.01 | 08/Aug/18 | 14 |
| E95499 | 26/Jul/18 | 1,830.93 | 09/Aug/18 | 14 |
| E96203 | 27/Jul/18 | 924.03 | 09/Aug/18 | 13 |
| E96909 | 30/Jul/18 | 3,488.49 | 15/Aug/18 | 16 |
| E97999 | 31/Jul/18 | 3,216.77 | 16/Aug/18 | 16 |
| E98698 | 01/Aug/18 | 1,451.26 | 17/Aug/18 | 16 |
| E99449 | 02/Aug/18 | 1,277.38 | 20/Aug/18 | 18 |
| E00148 | 03/Aug/18 | 657.69 | 20/Aug/18 | 17 |
| E00824 | 06/Aug/18 | 7,841.30 | 22/Aug/18 | 16 |
| E01874 | 07/Aug/18 | 3,481.62 | 23/Aug/18 | 16 |
| E02540 | 08/Aug/18 | 1,750.64 | 24/Aug/18 | 16 |
| E03301 | 09/Aug/18 | 1,289.04 | 27/Aug/18 | 18 |
| E03989 | 10/Aug/18 | 56.58 | 27/Aug/18 | 17 |
| E04680 | 13/Aug/18 | 5,683.04 | 29/Aug/18 | 16 |
| E05748 | 14/Aug/18 | 3,012.35 | 30/Aug/18 | 16 |
| E06435 | 15/Aug/18 | 3,071.42 | 04/Sep/18 | 20 |
| E07280 | 16/Aug/18 | 742.74 | 04/Sep/18 | 19 |
| E07988 | 17/Aug/18 | 1,428.25 | 04/Sep/18 | 18 |
| E08683 | 20/Aug/18 | 5,661.30 | 05/Sep/18 | 16 |
| E09763 | 21/Aug/18 | 4,763.56 | 06/Sep/18 | 16 |
| E10476 | 22/Aug/18 | 3,136.30 | 07/Sep/18 | 16 |
| E11905 | 24/Aug/18 | 609.53 | 10/Sep/18 | 17 |
| E12711 | 27/Aug/18 | 9,667.06 | 12/Sep/18 | 16 |
| E13807 | 28/Aug/18 | 6,137.89 | 13/Sep/18 | 16 |
| E14551 | 29/Aug/18 | 2,569.05 | 14/Sep/18 | 16 |
| E15336 | 30/Aug/18 | 154.56 | 17/Sep/18 | 18 |
| E16009 | 31/Aug/18 | 1,897.74 | 17/Sep/18 | 17 |
| E16669 | 04/Sep/18 | 10,088.25 | 20/Sep/18 | 16 |
| E17833 | 05/Sep/18 | 6,964.93 | 21/Sep/18 | 16 |

| | | | | |
|---|---|---|---|---|
| E18567 | 06/Sep/18 | 1,352.58 | 24/Sep/18 | 18 |
| E19183 | 07/Sep/18 | 2,486.24 | 24/Sep/18 | 17 |
| E19689 | 10/Sep/18 | 5,229.59 | 02/Oct/18 | 22 |
| E20699 | 11/Sep/18 | 1,931.29 | 03/Oct/18 | 22 |
| E21382 | 12/Sep/18 | 3,059.79 | | |
| E22125 | 13/Sep/18 | 1,001.52 | | |
| E23384 | 17/Sep/18 | 2,766.06 | | |
| E24350 | 18/Sep/18 | 2,364.95 | | |
| E25036 | 19/Sep/18 | 5,729.26 | | |
| E25792 | 20/Sep/18 | 828.12 | | |
| E26984 | 24/Sep/18 | 7,503.46 | | |
| E27954 | 25/Sep/18 | 4,259.76 | | |
| E28616 | 26/Sep/18 | 4,349.58 | | |
| E29316 | 27/Sep/18 | 737.83 | | |
| E29895 | 28/Sep/18 | 543.24 | | |
| E30444 | 01/Oct/18 | 7,788.16 | | |
| E31358 | 02/Oct/18 | 1,684.26 | | |
| E31949 | 03/Oct/18 | 2,162.66 | | |
| E32566 | 04/Oct/18 | 1,814.89 | | |
| E33584 | 08/Oct/18 | 4,805.56 | | |
| E34480 | 09/Oct/18 | 3,224.72 | | |
| E50005 | 19/Oct/18 | 13.03 | 26/Oct/18 | 7 |
| E50236 | 25/Oct/18 | 5,632.61 | 29/Oct/18 | 4 |
| E50797 | 26/Oct/18 | 115.93 | 29/Oct/18 | 3 |
| E51099 | 29/Oct/18 | 8,794.59 | 31/Oct/18 | 2 |
| E51871 | 30/Oct/18 | 4,355.33 | 01/Nov/18 | 2 |
| E52433 | 31/Oct/18 | 3,806.51 | 02/Nov/18 | 2 |
| **Grand Total** | | **242,763.90** | | |