FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile:  (787) 766-7001
Email: scolon@ferraiuoli.com

Attorneys for *Luan Investment, SE*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that, Sonia E. Colón of Ferraiuoli, LLC, hereby enters her appearance as

counsel on behalf of Luan Investment, SE ("Luan Investment"), in the above-referenced matter, and pursuant to 11

U.S.C. Section 1109 and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, demands that all

notices that are required to be given and all pleadings and orders that are required to be served in this case, be served at

the address listed below:

Sonia E. Colón
**Ferraiuoli, LLC**
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-700
scolon@ferraiuoli.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notice,

pleadings and orders referred to in the Rules specified above, but also includes, without limitation, all other

notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone facsimile, telex, electronic means or otherwise, which affects the above-captioned estates' property or the administration of the Debtors' bankruptcy case.

Respectfully submitted.
Dated: September 4, 2019.

**Ferraiuoli** LLC

390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

-and-

221 Ponce de León Avenue
5th Floor
San Juan, PR 00917
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon*
Sonia E. Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

Attorneys for
*Luan Investment, SE*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

Respectfully submitted.
Dated: September 4, 2019.

**Ferraiuoli** LLC

390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Phone: (407) 982-7310
Fax: (787) 766-7001

-and-

221 Ponce de León Avenue
5th Floor
San Juan, PR 00917
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon*
Sonia E. Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

Attorneys for
*Luan Investment, SE*