# LUAN INVESTMENT S.E.
**AGUADILLA MALL**
**P.O. Box 362983**
**San Juan P.R. 00939-2983**
**787-6229600 / Fax 787-622-3674**

## INVOICE

| | | | |
|---|---|---|---|
| **Tenant:** | Kmart Corporation | **Invoice Date:** | 10/15/2018 |
| **Store #:** | 4732 | **Invoice Number:** | 2018-15-10B |
| **Leasable Area (s.f.):** | 87,448.67 | **For Period:** | From 10/15/2018 to 10/31/2018 |
| **Commencement:** | 12/9/1992 | **Concept:** | Account Reconciliation |

## INVOICE CONCEPT:

**Tenant's pro-rata share of the Exterior Common Areas Maintenance cost for period from 10/15/2018 to 10/31/2018**

### Exterior CAM Expenses

| | |
|---|---|
| Security | 17,701.57 |
| Salaries & Payroll | 3,915.43 |
| Landscaping | 1,351.66 |
| Exterior General Maintenance | 334.68 |
| Electric Maintenance | - |
| Electric Power, Exterior Illumination | - |
| Total Exterior Cam Expenses | 23,303.35 |
| Times Kmart's Pro-rata Basis | 31.9205% |
| Equals: Total K-Mart Contribution for Exterior Maintenance | 7,438.55 |
| Plus 2018 Post - petition Insurance | 1,366.91 |
| Plus Electric Power, Exterior Illumination | 1,218.97 |

**Backup for the full month of October 2018 was previously submitted
with Prepetition Invoice # 2018-15-10A**

| | | |
|---|---|---|
| **TOTAL CHARGES PAYABLE** | **$** | **10,024.43** |

Make Your Check Payable To:    **Luan Investment, S.E.**