**LUAN INVESTMENT S.E.**
AGUADILLA MALL
P.O. Box 362983
San Juan P.R. 00939-2983
787-6229600 / Fax 787-622-3674

## INVOICE

| | | | |
|---|---|---|---|
| **Tenant:** | Kmart Corporation | **Invoice Date:** | 1/31/2019 |
| **Store #:** | 4732 | **Invoice Number:** | 2018-19-03 |
| **Leasable Area (s.f.):** | 87,448.67 | **For Period:** | From 11/01/2018 to 01/01/2019 |
| **Commencement:** | 12/9/1992 | **Concept:** | Account Reconciliation |

**INVOICE CONCEPT:**
Tenant's pro-rata share of the Exterior Common Areas Maintenance cost for period from 11/2018 to 01/2019

**Exterior CAM Expenses**

| | |
|---|---:|
| Security | 64,395.38 |
| Salaries & Payroll | 11,243.86 |
| Landscaping | 7,394.40 |
| Exterior General Maintenance | 336.73 |
| Electric System Maintenance | 3,228.00 |
| Electric Power, Exterior Illumination | 14,749.66 |
| Total Exterior Cam Expenses | 101,348.03 |
| Times Kmart's Pro-rata Basis | 31.9205% |
| Equals: Total K-Mart Contribution for Exterior Maintenance | 32,350.83 |

**TOTAL CHARGES PAYABLE**                                        **$     32,350.83**

Make Your Check Payable To:          **Luan Investment, S.E.**