**LUAN INVESTMENT S.E.**
AGUADILLA MALL
P.O. Box 362983
San Juan P.R. 00939-2983
787-277-9600 / Fax 787-277-9601

## INVOICE

| | | | |
|---|---|---|---|
| **Tenant:** | Kmart Corporation | **Invoice Date:** | 4/30/2019 |
| **Store #:** | 4732 | **Invoice Number:** | 2019-INS |
| **Commencement:** | 12/9/1992 | **Leasable Area (s.f.):** | 87,919.00 |
| | | **For Period:** | 1/1/09 - 12/31/19 |

**Enclosed:**

   **Invoice of tenant**

**Item**        **COMPUTATION OF CHARGES PAYABLE**

I. PUBLIC LIABILITY INSURANCE PREMIUM FOR THE EXTERIOR COMMON AREAS:

   As per letter of 06/17/98 by terry donoghue, Kmart Corp

| | | |
|---|---|---:|
| Premium Rate Basis | | 14.065 |
| Times : Premium Basis (As per letter of 06/17/98 by Terry Dononoghue) | | 834.255 |
| Insurance Premium | | $11,733.80 |
| | | |
| Plus: P.R. Assestment Charge | | 82.14 |
| Total Premium To be Pro-rated | | $11,815.94 |

II. PRO RATA FORMULA DENOMINATOR

| | | |
|---|---|---:|
| Gross Leasable Area in Shopping Center | s.f. | 269,517 |
| Plus Common Areas | s.f. | 40,226 |
| Equals: Total Gross Floor Area Buildings | | 309,743 |
| | | |
| Minus: Area of Tenants Building: | s.f. | 87,919 |
| Equals: Pro-rata Formula Denominator: | | 221,824 |

III. COMPUTATION OF TENANT'S PRO RATA SHARE

| | | |
|---|---|---:|
| Tenants Leasable Area | | 87,919 |
| Divided by: Pro-Rata Formula Denominator | s.f. | 221,824 |
| Equals: Tenant's Pro Rata Basis | | 39.6346% |
| Multiplied by: Insurance Premium | | 11,815.94 |
| Equals: Tenant's Pro Rata Share of Insurance Premium | | 4,683.20 |

**TOTAL INSURANCE PREMIUM PAYABLE**                                                                        4,683.20

# LUAN INVESTMENT S.E.

AGUADILLA MALL
P.O. Box 362983
San Juan P.R. 00939-2983
787-277-9600 / Fax 787-277-9601

## INVOICE

| | | | |
|---|---|---|---|
| **Tenant:** | Kmart Corporation | **Invoice Date:** | **4/30/2019** |
| **Store #:** | 4732 | **Invoice Number:** | **2019-INS** |
| **Commencement:** | 12/9/1992 | **Leasable Area (s.f.):** | **87,919.00** |
| | | **For Period:** | **1/1/09 - 12/31/19** |

**Enclosed:**

   **Invoice of tenant**

**Item**    **COMPUTATION OF CHARGES PAYABLE**

I. PUBLIC LIABILITY INSURANCE PREMIUM FOR THE EXTERIOR COMMON AREAS:

   As per letter of 06/17/98 by terry donoghue, Kmart Corp

| | | |
|---|---|---:|
| Premium Rate Basis | | 14.065 |
| Times : Premium Basis (As per letter of 06/17/98 by Terry Dononoghue) | | 834.255 |
| Insurance Premium | | $11,733.80 |
| | | |
| Plus: P.R. Assestment Charge | | 82.14 |
| Total Premium To be Pro-rated | | $11,815.94 |

II. PRO RATA FORMULA DENOMINATOR

| | | |
|---|---|---:|
| Gross Leasable Area in Shopping Center | s.f. | 269,517 |
| Plus Common Areas | s.f. | 40,226 |
| Equals: Total Gross Floor Area Buildings | | 309,743 |
| | | |
| Minus: Area of Tenants Building: | s.f. | 87,919 |
| Equals: Pro-rata Formula Denominator: | | 221,824 |

III. COMPUTATION OF TENANT'S PRO RATA SHARE

| | | |
|---|---|---:|
| Tenants Leasable Area | | 87,919 |
| | | |
| Divided by: Pro-Rata Formula Denominator | s.f. | 221,824 |
| | | |
| Equals: Tenant's Pro Rata Basis | | 39.6346% |
| | | |
| Multiplied by: Insurance Premium | | 11,815.94 |
| | | |
| Equals: Tenant's Pro Rata Share of Insurance Premium | | 4,683.20 |

**TOTAL INSURANCE PREMIUM PAYABLE from 01/01/19 to 02/10/19**     526.06

**LUAN INVESTMENT S.E.**
AGUADILLA MALL
P.O. Box 362983
San Juan P.R. 00939-2983
787-277-9600 / Fax 787-277-9601

## INVOICE

| | | | |
|---|---|---|---|
| **Tenant:** | Transform SAC Properties, LLC | **Invoice Date:** | 4/30/2019 |
| **Store #:** | 4732 | **Invoice Number:** | 2019-INS-01 |
| **Commencement:** | 12/9/1992 | **Leasable Area (s.f.):** | 87,919.00 |
| | | **For Period:** | 1/1/09 - 12/31/19 |

**Enclosed:**

**Invoice of tenant**

| Item | COMPUTATION OF CHARGES PAYABLE | | |
|---|---|---|---|
| I. PUBLIC LIABILITY INSURANCE PREMIUM FOR THE EXTERIOR COMMON AREAS: | | | |
| | As per letter of 06/17/98 by terry donoghue, Kmart Corp | | |
| | Premium Rate Basis | | 14.065 |
| | Times : Premium Basis (As per letter of 06/17/98 by Terry Dononoghue) | | 834.255 |
| | Insurance Premium | | $11,733.80 |
| | Plus: P.R. Assetment Charge | | 82.14 |
| | Total Premium To be Pro-rated | | $11,815.94 |
| II. PRO RATA FORMULA DENOMINATOR | | | |
| | Gross Leasable Area in Shopping Center | s.f. | 269,517 |
| | Plus Common Areas | s.f. | 40,226 |
| | Equals: Total Gross Floor Area Buildings | | 309,743 |
| | Minus: Area of Tenants Building: | s.f. | 87,919 |
| | Equals: Pro-rata Formula Denominator: | | 221,824 |
| III. COMPUTATION OF TENANT'S PRO RATA SHARE | | | |
| | Tenants Leasable Area | | 87,919 |
| | Divided by: Pro-Rata Formula Denominator | s.f. | 221,824 |
| | Equals: Tenant's Pro Rata Basis | | 39.6346% |
| | Multiplied by: Insurance Premium | | 11,815.94 |
| | Equals: Tenant's Pro Rata Share of Insurance Premium | | 4,683.20 |
| **TOTAL INSURANCE PREMIUM PAYABLE  from 02/11/19 to 12/31/19** | | | 4,157.14 |