**LUAN INVESTMENT, S.E.**
**AGUADILLA MALL**
**PO BOX 362983**
**SAN JUAN, PR 00936-2983**
**TEL 787-622-9600 / FAX 787-277-9601**

**INVOICE**

| | | | |
|---|---|---|---|
| **Tenant** | Kmart Corporation | **Invoice Date** | 5/31/2019 |
| **Store #** | 4732 | **Invoice Number** | 2019-01 |
| **Leasable Area (s.f.)** | 87,449 | **For Period** | 1/1/19-06/30/19 |
| **Commencement** | 12/9/1992 | **Concept** | Account Reconciliation |

**INVOICE CONCEPT:**
Real Estate Property Taxes for period 1/1/19 to 06/30/19, as per official invoice
Taxable premises #045-000-004-85-901 & 045-000-004-85-002.

Based on reappraisal of the taxable premises (tenant's Building, improvements and equipment,
and land) by Mr. Antonio Font Ramirez, CRIM Regional Office (Aguadilla) on 5/22/98 and
effective July 1, 1998.

**I.  Computation of tenant's liability**

| Property | | Total Value | | Value to Tenant |
|---|---|---|---|---|
| Land | | $    151,047.00 | x 30% | $    45,314.10 |
| Kmart Building | (87448.67 sf X $8.25/sq/ft) | 721,451.53 | | 721,451.53 |
| Kmart Improvements | | 141,635.00 | | 141,635.00 |
| Kmart Equipment | | 73,661.00 | | 73,661.00 |
| Total | | 1,087,794.53 | | 982,061.63 |
| Aguadilla Mall Rate | | | | |
| TIMES:  Tax Rate (Aguadilla) | | | | 0.1033 |
| **EQUALS:  Tenant's Property Tax Liability (Full Year)** | | | | 101,446.97 |
| **Tenant's Property Tax for the period from January 1, 2018 through June 30, 2018** | | | | 50,723.48 |
| **Tax liability after 10% Early Payment Discount** | | | | 45,651.13 |

| | |
|---|---|
| **TOTAL CHARGE PAYABLE** | **$    45,651.13** |

**Invierte en ti**
**CRIM**
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

GOBIERNO DE PUERTO RICO

**CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES**

Notificación y Requerimiento de Pago De La Contribución Sobre la Propiedad Inmueble

Notification and Demand for Payment of Real Property Tax

**2**

| REGULAR 2018-2019 | | | FECHAS / DATES | |
|---|---|---|---|---|
| | | | FECHA DE NOTIFICACION / NOTIFICATION DATE | FECHA DE VENCIMIENTO / DUE DATE |
| | | | 01/07/2018 | 01/01/2019 |
| NUMERO DE CATASTRO / PIN NUMBER | AÑO FISCAL / BILL YEAR | | TASACION Y CONTRIBUCION SOBRE LA PROPIEDAD INMUEBLE | ASSESMENT AND TAX AMOUNT FOR REAL PROPERTY |
| 045-000-004-85-901 | 2018-2019 02 | | | |
| | MUNICIPIO / MUNICIPALITY | | TIERRAS / LAND | EXONERACION / EXONERATION |
| | 01 AGUADILLA | | 151,047 | 0 |
| SEGURO SOCIAL / SOCIAL SECUR | BANCO / BANK | NUMERO DE PRESTAMO / LOAN NUMBER | ESTRUCTURAS / STRUCTURES | VALOR NETO TRIBUTABLE / NET TAXABLE VALUE |
| XXX-XX-0524 | | | 3,249,871 | 3,779,432 |
| TIPO / RATE | | DIST. ESPECIAL / SPECIAL DISTRICT | MAQUINARIA / MACHINERY | CONTRIBUCIÓN / TAX AMOUNT 1er SEMESTRE |
| 10.330 | | | 378,514 | 195,207.67 |
| USO / USE | | CABIDA / LAND SIZE | VALOR TOTAL / TOTAL VALUE | CONTRIBUCION / TAX AMOUNT 2do SEMESTRE |
| 3017 | | 25.82C | 3,779,432 | 195,207.66 |
| NOMBRE / NAME: LUAN INVEST S E | | | EXENCION / EXEMPTION | CONT. ANUAL/ANNUAL TAX |
| | | | 0 | 390,415.33 |
| LOCALIZACION / LOCATION: BO CAIMITAL ALTO AGUADILLA | | | VALOR TRIBUTARIO / TAXABLE VALUE | * SEE IMPORTANT INFORMATION ON THE BACK |
| | | | 3,779,432 | * VEA INFORMACION AL DORSO |

RECEIVED JUL 10 2018 COMMERCIAL CENTERS

| CONTRIBUCION ADEUDADA / AÑO CORRIENTE / CURRENT TAX DUE | |
|---|---|
| FECHA / DATE | CANTIDAD ADEUDADA / AMOUNT DUE |
| HASTA / BY 31/01/2019 | 175,686.90 |
| HASTA / BY 02/03/2019 | 185,447.28 |
| HASTA / BY 01/04/2019 | 195,207.66 |

Haga su pago al CRIM dentro de los 60 días a partir de la fecha de vencimiento para acogerse a los beneficios de descuento por ley. Incluya en el sobre predirigido el talonario de la notificación con su pago debidamente identificado.

A partir de 91 días después de la fecha de vencimiento se computarán intereses y despúes de 120 días de la fecha de vencimiento se computarán recargos. Contribución de años anteriores no aparece en ésta factura.

| PRINCIPAL Y RECARGOS DEL AÑO CORRIENTE / CURRENT TAX AND SURCHARGE OUTSTANDING | | PRINCIPAL Y RECARGOS DE AÑOS ANTERIORES / PRIOR YEARS TAX AND SURCHARGE OUTSTANDING | |
|---|---|---|---|
| 0 | EXCLUYE INTERESES / EXCLUDING INTEREST | 0 | EXCLUYE INTERESES / EXCLUDING INTEREST |

EL PAGO SE PUEDE HACER POR CORREO USANDO EL SOBRE ADJUNTO O EN CUALQUIER INSTITUCION FINANCIERA PARTICIPANTE.
PAYMENT CAN BE MADE BY MAIL USING THE ENCLOSED ENVELOPE OR AT SELECTED FINANCIAL INSTITUTIONS.

---

PARA PAGOS POR CORREO, HAGALO A FAVOR DEL: C.R.I.M.
FOR PAYMENT BY MAIL MAKE REMITTANCE PAYABLE TO: C.R.I.M.

**CUPON DE PAGO**

DEVUELVA ESTA PORCION CON SU PAGO
RETURN COUPON WITH YOUR PAYMENT

INCLUYA EL NUMERO DE CATASTRO EN SU CHEQUE O GIRO
INCLUDE PIN NUMBER ON YOUR CHECK

NUMERO DE CATASTRO / PIN NUMBER  045-000-004-85-901
REGULAR
2018-2019

MUNICIPIO / MUNICIPALITY  01 AGUADILLA

REC

| FECHA VENCIMIENTO / DUE DATE | AÑO FISCAL / BILL YEAR |
|---|---|
| 01/07/2018 | 2018-2019 02 |

| FECHA / DATE | IMPORTE ADEUDADA / AMOUNT DUE | IMPORTE PAGADO / AMOUNT PAID |
|---|---|---|
| HASTA / BY 31/01/2019 | 175,686.90 | |
| HASTA / BY 02/03/2019 | 185,447.28 | |
| HASTA / BY 01/04/2019 | 195,207.66 | |

Puede realizar su pago a través de nuestra página de Internet www.crimpr.net o llamando a nuestro sistema de pagos automatizado al 787-625-0060.

Online Payments by www.crimpr.net or call our interactive voice response payments system (IVR) at 787-625-0060.

LUAN INVEST S E
PO BOX 362983
SAN JUAN PR 00936-2983

B T110 31826 G12

**2**

⑃ 2019024⑃ ⑇021502118⑇ 045000004859019⑃ 1

**Centro De Recaudación Ingresos Municipales (CRIM)**

 

## Pago Completado

Guarde la siguiente información como evidencia del pago realizado al comercio.

| Cliente | Cuenta | Correo Electrónico | Descripción | Monto Pagado |
|---|---|---|---|---|
| CCM Realty S en C | 04500000485901 | crabassa@ccmpr.com | 2018 01I-CRIM Pago Deuda Online | $175,686.90 |

| Fecha de Transacción | Número de Autorización | Método de Pago | Número de Referencia |
|---|---|---|---|
| 29/01/2019 12:15:35 p.m. | 965965 | COMERCIAL (xxxxxx3019) | bc3eaa264a6e927 |

**GOBIERNO DE PUERTO RICO**
**CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES**

Notificación y Requerimiento de Pago De La Contribución Sobre la Propiedad Inmueble

Notification and Demand for Payment of Real Property Tax

Invierte en ti — CRIM

**2**

| REGULAR 2018-2019 | | | FECHAS / DATES | |
|---|---|---|---|---|
| NUMERO DE CATASTRO / PIN NUMBER | AÑO FISCAL / BILL YEAR | | FECHA DE NOTIFICACION / NOTIFICATION DATE | FECHA DE VENCIMIENTO / DUE DATE |
| 045-000-004-85-002 | 2018-2019 02 | | 01/07/2018 | 01/01/2019 |
| | MUNICIPIO / MUNICIPALITY | | TASACION Y CONTRIBUCION SOBRE LA PROPIEDAD INMUEBLE | ASSESMENT AND TAX AMOUNT FOR REAL PROPERTY |
| | 01 AGUADILLA | | TIERRAS / LAND | EXONERACION / EXONERATION |
| SEGURO SOCIAL / SOCIAL SECUR | BANCO / BANK | NUMERO DE PRESTAMO / LOAN NUMBER | 0 | 0 |
| XXX-XX-0524 | | | ESTRUCTURAS / STRUCTURES | VALOR NETO TRIBUTABLE / NET TAXABLE VALUE |
| TIPO / RATE | DIST. ESPECIAL / SPECIAL DISTRICT | | 1,052,854 | 1,101,431 |
| 10.330 | | | MAQUINARIA / MACHINERY | CONTRIBUCIÓN / TAX AMOUNT 1er SEMESTRE |
| USO / USE | CABIDA / LAND SIZE | | 48,577 | 56,888.91 |
| 3004 | 0.000 | | VALOR TOTAL / TOTAL VALUE | CONTRIBUCION / TAX AMOUNT 2do SEMESTRE |
| NOMBRE / NAME: LUAN INVEST S E | | | 1,101,431 | 56,888.91 |
| | | | EXENCION / EXEMPTION | CONT. ANUAL/ANNUAL TAX |
| LOCALIZACION / LOCATION: BO CAIMITAL ALTO EST AGUDILLA MALL AGUADILLA PR | | | 0 | 113,777.82 |
| | | | VALOR TRIBUTABLE / TAXABLE VALUE | * SEE IMPORTANT INFORMATION ON THE BACK * VEA INFORMACION AL DORSO |
| | | | 1,101,431 | |

RECEIVED JUL 1 0 2018 COMMERCIAL CENTERS

Favor de comunicarse con su banco hipotecario antes de efectuar el pago. En el caso en que el banco no pague las contribuciones, es su responsabilidad pagarlas. Debe incluir el talonario de la notificación con su pago debidamente identificado.

A partir de 91 dias despúes de la fecha de vencimiento se computarán intereses y después de 120 dias de la fecha de vencimiento se computarán recargos. Contribución de años anteriores no aparece en ésta factura.

| CONTRIBUCION ADEUDADA / AÑO CORRIENTE / CURRENT TAX DUE | |
|---|---|
| FECHA / DATE | CANTIDAD ADEUDADA / AMOUNT DUE |
| HASTA / BY 31/01/2019 | 51,200.01 |
| HASTA / BY 02/03/2019 | 54,044.46 |
| HASTA / BY 01/04/2019 | 56,888.91 |

| PRINCIPAL Y RECARGOS DEL AÑO CORRIENTE CURRENT TAX AND SURCHARGE OUTSTANDING | | PRINCIPAL Y RECARGOS DE AÑOS ANTERIORES PRIOR YEARS TAX AND SURCHARGE OUTSTANDING | |
|---|---|---|---|
| 0 | EXCLUYE INTERESES / EXCLUDING INTEREST | 0 | EXCLUYE INTERESES / EXCLUDING INTEREST |

EL PAGO SE PUEDE HACER POR CORREO USANDO EL SOBRE ADJUNTO O EN CUALQUIER INSTITUCION FINANCIERA PARTICIPANTE.
PAYMENT CAN BE MADE BY MAIL USING THE ENCLOSED ENVELOPE OR AT SELECTED FINANCIAL INSTITUTIONS.

---

PARA PAGOS POR CORREO, HAGALO A FAVOR DEL: C.R.I.M.
FOR PAYMENT BY MAIL MAKE REMITTANCE PAYABLE TO: C.R.I.M.

**DEVUELVA ESTA PORCION CON SU PAGO / RETURN COUPON WITH YOUR PAYMENT**
**INCLUYA EL NUMERO DE CATASTRO EN SU CHEQUE O GIRO / INCLUDE PIN NUMBER ON YOUR CHECK**

NUMERO DE CATASTRO / PIN NUMBER: 045-000-004-85-002
REGULAR 2018-2019

MUNICIPIO / MUNICIPALITY    01 AGUADILLA

REC

**CUPON DE PAGO**

| FECHA VENCIMIENTO / DUE DATE | AÑO FISCAL / BILL YEAR | |
|---|---|---|
| 01/07/2018 | 2018-2019 02 | |
| FECHA / DATE | IMPORTE ADEUDADA / AMOUNT DUE | IMPORTE PAGADO / AMOUNT PAID |
| HASTA / BY 31/01/2019 | 51,200.01 | |
| HASTA / BY 02/03/2019 | 54,044.46 | |
| HASTA / BY 01/04/2019 | 56,888.91 | |

Puede realizar su pago a través de nuestra página de Internet www.crimpr.net o llamando a nuestro sistema de pagos automatizado al 787-625-0060.

Online Payments by www.crimpr.net or call our interactive voice response payments system (IVR) at 787-625-0060.

LUAN INVEST S E
PO BOX 362983
SAN JUAN PR 00936-2983

B T110 31825 G12

**2**

‖ 2019024 ‖  :021502118:  045000004850028 ‖ 1

**Centro De Recaudación Ingresos Municipales (CRIM)**




## Pago Completado

Guarde la siguiente información como evidencia del pago realizado al comercio.

| Cliente | Cuenta | Correo Electrónico | Descripción | Monto Pagado |
|---|---|---|---|---|
| CCM Realty S en C | 04500000485002 | crabassa@ccmpr.com | 2018 01I-CRIM Pago Deuda Online | $51,200.01 |

| Fecha de Transacción | Número de Autorización | Método de Pago | Número de Referencia |
|---|---|---|---|
| 29/01/2019 12:17:27 p.m. | 965991 | COMERCIAL (xxxxxx3019) | 1968c0b9d1a6ffe |

**LUAN INVESTMENT, S.E.**
**AGUADILLA MALL**
**PO BOX 362983**
**SAN JUAN, PR 00936-2983**
**TEL 787-622-9600 / FAX 787-277-9601**

**INVOICE**

| | | | |
|---|---|---|---|
| **Tenant** | Kmart Corporation | **Invoice Date** | 5/31/2019 |
| **Store #** | 4732 | **Invoice Number** | 2019-TAX-01 |
| **Leasable Area (s.f.)** | 87,449 | **For Period** | 01/1/19-06/30/19 |
| **Commencement** | 12/9/1992 | **Concept** | Account Reconciliation |

**INVOICE CONCEPT:**
Real Estate Property Taxes for period 1/1/19 to 06/30/19, as per official invoice
Taxable premises #045-000-004-85-901 & 045-000-004-85-002.

Based on reappraisal of the taxable premises (tenant's Building, improvements and equipment,
and land) by Mr. Antonio Font Ramirez, CRIM Regional Office (Aguadilla) on 5/22/98 and
effective July 1, 1998.

**I. Computation of tenant's liability**

| Property | | Total Value | | Value to Tenant |
|---|---|---|---|---|
| Land | | $ 151,047.00 | x 30% | $ 45,314.10 |
| Kmart Building | (87448.67 sf X $8.25/sq/ft) | 721,451.53 | | 721,451.53 |
| Kmart Improvements | | 141,635.00 | | 141,635.00 |
| Kmart Equipment | | 73,661.00 | | 73,661.00 |
| Total | | 1,087,794.53 | | 982,061.63 |
| Aguadilla Mall Rate | | | | |
| TIMES: Tax Rate (Aguadilla) | | | | 0.1033 |
| **EQUALS: Tenant's Property Tax Liability (Full Year)** | | | | 101,446.97 |
| **Tenant's Property Tax for the period from January 1, 2019 through June 30, 2019** | | | | 50,723.48 |
| **Tax liability after 10% Early Payment Discount** | | | | 45,651.13 |

| | |
|---|---|
| **TOTAL CHARGE PAYABLE from 01/01/19 to 02/10/19** | **$ 10,340.86** |

**LUAN INVESTMENT, S.E.**
**AGUADILLA MALL**
PO BOX 362983
SAN JUAN, PR 00936-2983
TEL 787-622-9600 / FAX 787-277-9601

**INVOICE**

| | | | |
|---|---|---|---|
| **Tenant** | Transform SAC Properties, LLC | **Invoice Date** | 5/31/2019 |
| **Store #** | 4732 | **Invoice Number** | 2019-TAX-01 |
| **Leasable Area (s.f.)** | 87,449 | **For Period** | 01/1/19-06/30/19 |
| **Commencement** | 12/9/1992 | **Concept** | Account Reconciliation |

**INVOICE CONCEPT:**
Real Estate Property Taxes for period 1/1/19 to 06/30/19, as per official invoice
Taxable premises #045-000-004-85-901 & 045-000-004-85-002.

Based on reappraisal of the taxable premises (tenant's Building, improvements and equipment, and land) by Mr. Antonio Font Ramirez, CRIM Regional Office (Aguadilla) on 5/22/98 and effective July 1, 1998.

**I. Computation of tenant's liability**

| Property | Total Value | | Value to Tenant |
|---|---|---|---|
| Land | $ 151,047.00 | x 30% | $ 45,314.10 |
| Kmart Building  (87448.67 sf X $8.25/sq/ft) | 721,451.53 | | 721,451.53 |
| Kmart Improvements | 141,635.00 | | 141,635.00 |
| Kmart Equipment | 73,661.00 | | 73,661.00 |
| Total | 1,087,794.53 | | 982,061.63 |
| Aguadilla Mall Rate | | | |
| TIMES:  Tax Rate (Aguadilla) | | | 0.1033 |
| **EQUALS:  Tenant's Property Tax Liability (Full Year)** | | | 101,446.97 |
| **Tenant's Property Tax for the period from January 1, 2019 through June 30, 2019** | | | 50,723.48 |
| **Tax liability after 10% Early Payment Discount** | | | 45,651.13 |

| | |
|---|---|
| **TOTAL CHARGE PAYABLE from 02/11/19 to 06/30/19** | **$ 35,310.27** |