WILLKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Alan J. Lipkin
Gabriel Brunswick

*Attorneys for Drayton Plains (MI), LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :
                                                   :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al.,*              :
                                                   :   Case No. 18-23538 (RDD)
                                                   :
        Debtors.[1]                                :   (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that Willkie Farr & Gallagher LLP hereby withdraws its

appearance as counsel to Drayton Plains (MI), LLC in the above-captioned cases and requests to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

be removed from all service lists in these cases, including all electronic service lists and the ECF notification system.

Dated: September 4, 2019
      New York, New York

                      Respectfully submitted,

                      **WILLKIE FARR & GALLAGHER LLP**

                      By: /s/ Alan J. Lipkin
                          Alan J. Lipkin
                          Gabriel Brunswick
                          787 Seventh Avenue
                          New York, New York 10019
                          Telephone: (212) 728-8000
                          Facsimile: (212) 728-8111

                          *Attorneys for Drayton Plains (MI), LLC*