AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Philip C. Dublin
Joseph L. Sorkin
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO DEBTORS' STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc.(4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to *The Debtors' Statement of Issues to Be Presented and Designation of Items to Be Included in the Record on Appeal* [ECF No. 5064] (the "Statement and Designation").  In support of this Joinder, the Creditors' Committee respectfully states as follows:

1. The Creditors' Committee is a party to the Court's *Order Determining the Amount to Surcharge Second-Lien Collateral Pursuant to Section 506(C) of the Bankruptcy Code*, dated August 8, 2019 [ECF No. 4793] (the "506(c) Order"), from which the Creditors' Committee and Debtors have commenced separate appeals in the U.S. District Court for the Southern District of New York.

2. The Creditors' Committee agrees with the statement of issues to be presented and designation of items to be included in the record on appeal, as set forth in the Debtors' Statement and Designation, attached hereto as **Exhibit A**.  Accordingly, the Creditors' Committee files this Joinder to the Statement and Designation in connection with the Creditors' Committee's appeal at Case No. 7:19-cv-08237-UA.

3. The Creditors' Committee expressly reserves the right to amend, supplement, and/or modify this Joinder, and to file in the future additional appropriate pleadings.

| | |
|---|---|
| New York, New York<br>Dated: September 5, 2018 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>/s/ *Ira S. Dizengoff*<br>Ira S. Dizengoff<br>Philip C. Dublin<br>Joseph L. Sorkin<br>Sara L. Brauner<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>E-mail: idizengoff@akingump.com<br>    pdublin@akingump.com<br>    jsorkin@akingump.com<br>    sbrauner@akingump.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.* |

**Exhibit A**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
David Lender
Paul R. Genender
Jared R. Friedmann
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

\---------------------------------------------------------------x
In re                                                                              :
                                                                                        :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,         :
                                                                                        :    **Case No. 18-23538 (RDD)**
                                                                                        :
                                    Debtors.[1]                              :    **(Jointly Administered)**
\---------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

# THE DEBTORS' STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Federal Rules**"), and Rule 8009-1 of the Local Rules of the Southern District of New York, (the "**Local Rules**"), Sears Holdings Corporation and its debtor and non-debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully submit this statement of issues to be presented and designation of items to be included in the record on appeal with respect to the appeal from the August 8, 2019 *Order Determining the Amount to Surcharge Second-Lien Collateral Pursuant to Section 506(c) of the Bankruptcy* Code [ECF No. 4793] (the "**506(c) Order**"), before the United States District Court for the Southern District of New York (the "**District Court**") at Case No. 19-cv-08002-UA.

## I.  Statement of Issues to be Presented on Appeal

1. Whether the bankruptcy court (the "**Bankruptcy Court**") erred in denying the portion of *The Debtors' Motion to Estimate Certain 507(b) Claims for Reserve Purposes* [ECF No. 4034] ("**Rule 3012 Motion**") seeking the imposition of a surcharge of the Second-Lien Holders' collateral under 11 U.S.C. § 506(c).

## II.  Designation of Items to be Included in the Record on Appeal

2. The Debtors designate the following items for inclusion in the record on appeal. Each designated items shall also include any and all exhibits and documents annexed to and referenced within such items.

A. Documents Filed in Bankruptcy Court

| ECF Docket No. | Date | Description |
|---|---|---|
| 3198 | 04/15/19 | Declaration of Brian J. Griffith in Support of Debtors' Objection to Motion of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent to Prohibit or Condition Debtors' Continued Use of Collateral, Including Cash Collateral [and Exhibits 1-2 thereto, annexed as Exhibit A to Debtors' Objection to Motion of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent to Prohibit of Condition Debtors' Continued Use of Collateral, Including Cash Collateral] |
| 3205 | 04/15/19 | First Application of Alvarez and Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 15, 2018 through February 28, 2019 |
| 4034 | 05/26/19 | The Debtors' Motion to Estimate Certain 507(b) Claims for Reserve Purposes |
| 4035 | 05/26/19 | Declaration of Brian J. Griffith in Support of the Debtors' Motion to Estimate Certain 507(b) Claims for Reserve Purposes [and Exhibit A thereto] |
| 4102 | 06/02/19 | Stipulation and Order Concerning the Resolution of Certain Section 507(b) Claims |
| 4272 | 06/18/19 | Common Memorandum of Law on Behalf of the Second Lien Parties: (A) In Support of Their Requests to Determine the Amount of Their Second Lien Secured Claims Under Section 506(a) and Their Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012; and (B) In Opposition to Debtors' Motion to Surcharge Their Collateral Pursuant to Section 506(c) |
| 4273 | 06/18/19 | Supplemental Memorandum of Law on Behalf of ESL Investments, Inc. in Support of Its Requests to Determine the Amount of its Second Lien Secured Claims Under Section 506(a) and its Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012; and In Opposition to the Debtors' Motion to Surcharge its Collateral Pursuant to Section 506(c) |
| 4275 | 06/18/19 | Declaration of Katherine R. Lynch on Behalf of ESL Investments, Inc. In Support of The Second Lien Parties' Requests to Determine the Amount of Their Second Lien Secured Claims Under Section 506(a) and Their Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012; and In Opposition to Debtors' Motion to Surcharge Its Collateral Pursuant to Section 506(c) [with Exhibits 1 to 25] |

| ECF Docket No. | Date | Description |
|---|---|---|
| 4276 | 06/18/19 | Demand for Payment of ESL Investments, Inc. |
| 4278 | 06/18/19 | Request for Payment of Cyrus Capital Partners, LP |
| 4279 | 06/18/19 | Request of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent for Payment of an Administrative Expense Pursuant to 11 U.S.C. § 503(a) with Priority Over All Other Administrative Expenses Pursuant to 11 U.S.C. § 507(b) and for Allowance of a Secured Claim to the Extent of Remaining Collateral Pursuant to 1 U.S.C. § 506(a) [with all exhibits thereto, UNREDACTED] |
| 4280 | 06/18/19 | Supplemental Memorandum of Law of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent, (I) In Support of Motion Pursuant to Bankruptcy Rule 3012 for Determination of Amount of Secured Claim Pursuant to 11 U.S.C. § 506(a) and Amount of Claim Entitled to Priority Pursuant to 11 U.S.C. § 507(b) and (II) In Opposition to Debtors' Motion Pursuant to 11 U.S.C. § 506(c) [with all exhibits thereto, UNREDACTED] |
| 4316 | 06/20/19 | Stipulation and Order By and Among Sears Holdings Corporation and Wilmington Trust, National Association, Cyrus Capital Partners, L.P. and ESL Investments, Inc. and certain of its affiliated entities (including JPP, LLC and JPP II, LLC) Concerning the Resolution of Certain Section 507(b) Claims |
| 4372 | 06/27/19 | Expert Report of David M. Schulte in Support of Supplemental Memorandum of Law on Behalf of ESL Investments, Inc. in Support of its Requests to Determine the Amount of its Second Lien Secured Claims Under Section 506(a) and its Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012; and in Opposition to the Debtors' Motion to Surcharge its Collateral Pursuant to Section 506(c) |
| 4381 | 06/27/19 | Debtors' (I) Opposition to Second-Lien Holders' Requests to Determine Amount of Second-Lien Secured Claims Under Section 506(a) and Section 507(b) Administrative Claims and (II) Reply in Support of Debtors' Rule 3012 Motion to Determine the Amount, if any, of 507(b) Claims and to Surcharge Second-Lien Collateral Pursuant to Section 506(c) |
| 4382 | 06/27/19 | Supplemental Declaration of Brian J. Griffith in Support of the Debtors' (I) Opposition to Second-Lien Holders' Requests to Determine Amount of Second-Lien Secured Claims Under Section 506(a) and Section 507(b) Administrative Claims and (II) Reply in Support of Debtors' Rule 3012 Motion to Determine the Amount, if any, of 507(b) Claims and to Surcharge the Second-Lien Collateral Pursuant to Section 506(c), with Exhibits A-C thereto |

| ECF Docket No. | Date | Description |
|---|---|---|
| 4383 | 06/27/19 | Declaration of Brandon Aebersold [with Exhibits A-C thereto] |
| 4385 | 06/27/19 | The Creditors' Committee's (I) Qualified Joinder to the Debtors' Objection to the Second Lien Parties' Requests to Determine Claims Under Section 506(A) and Section 507(B) and Reply in Support of the Debtors' Rule 3012 Motion and (II) Supplemental Objection to the Second Lien Parties' Request to Determine Claims Under Section 506(A) and Section 507(B) [with exhibits thereto – UNREDACTED] |
| 4439 | 07/03/19 | Common Reply Memorandum of Law on Behalf of the Second Lien Parties: (a) in Further Support of Their Requests to Determine the Amount of Their Second Lien Secured Claims Under Section 506(a) and Their Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012; and (b) in Opposition to Debtors' Motion to Surcharge Their Collateral Pursuant to Section 506(c) |
| 4440 | 07/03/19 | Supplemental Reply Memorandum of Law on Behalf of ESL Investments, Inc. in Further Support of Its Request to Determine the Amount of Its Second Lien Secured Claims Under Section 506(a) and its Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012; and in Opposition to the Debtors' Motion to Surcharge its Collateral Pursuant to Section 506(c) |
| 4441 | 07/03/19 | Memorandum of Law / Reply Brief of Cyrus Capital Partners, L.P. in Support of Request to Determine the Amount of Secured Claims under Section 506(a) and Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012 and in Opposition to Debtors' Request to Surcharge Collateral Pursuant to Section 506(c) |
| 4442 | 07/04/19 | Supplemental Reply Memorandum of law in Further Support of the Request of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent for Payment of an Administrative Expense Pursuant to 11 U.S.C. § 503(a) with Priority Over all other Administrative Expenses Pursuant to 11 U.S.C. § 507(b) and for Allowance of a Secured Claim to the Extent of Remaining Collateral Pursuant to 11 U.S.C. § 506(a) [with exhibits thereto] |
| 4445 | 07/06/19 | Supplemental Reply Memorandum of Law in Further Support of the Request of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent for Payment of an Administrative Expense Pursuant to 11 U.S.C. § 503(a) With Priority Over All Other Administrative Expenses Pursuant to 11 U.S.C. § 507(a) and For Allowing of A Secured Claim to the Extent of Remaining Collateral Pursuant to 11 U.S.C. § 506(a) (Corrected) |

| ECF Docket No. | Date | Description |
|---|---|---|
| 4504 | 06/20/19 | Memorandum of Law in Support of Request of Cyrus Capital Partners, L.P. to Determine the Amount of Secured Claims Under Section 506(a) and Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012 and in Opposition to Debtors' Request to Surcharge Collateral Pursuant to Section 506(c) (unredacted version of Dkt. No. 4313) |
| 4505 | 06/20/19 | Expert Report of Marti P. Murray in Support of Memorandum of Law in Support of Request of Cyrus Capital Partners, L.P. to Determine the Amount of Secured Claims Under Section 506(a) and Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012 and in Opposition to Debtors' Request to Surcharge Collateral Pursuant to Section 506(c) (unredacted version of Dkt. No. 4314) |
| 4538 | 07/15/19 | The Creditors' Committee's (I) Qualified Joinder to the Debtors' Objection to the Second Lien Parties' Requests to Determine Claims Under Section 506(a) and Section 507(b) and Reply in Support of Debtors' Rule 3012 Motion and (II) Supplemental Objection to the Second Lien Parties' Request to Determine the Claims Under Section 506(a) and Section 507(b) |
| 4563 | 07/18/19 | Stipulated Facts [with Exhibits A-J thereto] |
| 4564 | 07/18/19 | Motion of Cyrus Capital Partners, L.P., ESL Investments, Inc. and Wilmington Trust, National Association in Limine to Exclude Certain Testimony and Strike Certain Portions of the Declarations by the Debtors' Fact Witness Brian Griffith |
| 4565 | 07/18/19 | Debtors' Supplemental Brief on Expert Discovery and in Further Support of (I) Opposition to Second-Lien Holders' Requests to Determine Amount of Second-Lien Secured Claims Under Section 506(a) and Section 507(b) Administrative Claims and (II) Reply in Support of the Debtors' Rule 3012 Motion to Determine the Amount, if any, of 507(b) Claims and to Surcharge Second-Lien Collateral Pursuant to Section 506(c) |
| 4566 | 07/18/19 | Declaration of Katherine R. Lynch in Support of the Motion of Cyrus Capital Partners, L.P., ESL Investments, Inc. and Wilmington Trust, National Association in Limine to Exclude Certain Testimony and Strike Certain Portions of the Declarations by the Debtors' Fact Witness Brian Griffith [with Exhibits A-E thereto] |

| ECF Docket No. | Date | Description |
|---|---|---|
| 4567 | 07/18/19 | Second Supplemental Declaration of Brian J. Griffith in Support of the Debtors' (I) Opposition to Second-Lien Holders' Requests to Determine Amount of Second-Lien Secured Claims Under Section 506(a) and Section 507(b) Administrative Claims and (II) Reply in Support of Debtors' Rule 3012 Motion to Determine the Amount, if any, of 507(b) Claims and to Surcharge the Second-Lien Collateral Pursuant to Section 506(c) [with Exhibits A-I thereto] |
| 4568 | 07/18/19 | Debtors' Motion to Strike Second-Lien Holders' Experts in Connection with July 23, 2019, Hearing on Rule 507(b) Determination |
| 4569 | 07/18/19 | Declaration of David M. Schulte in Support of ESL's Requests to Determine the Amount of Its Second Lien Secured Claims Under Section 506(a) and Its Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012 and ESL's Joinder to the Motion of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent to Prohibit or Condition Debtors' Continued Use of Collateral, Including Case Collateral; and in Opposition to the Debtors' Motion to Surcharge ESL's Collateral Pursuant to Section 506(c), dated July 18, 2019 [with Exhibits A-D thereto] |
| 4570 | 07/18/19 | Common Supplemental Brief of the Second Lien Parties Addressing Discovery: (A) In Connection with Their Requests to Determine the Amount of Their Second Lien Secured Claims Under Section 506(a) and Their Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012; and (B) In Opposition to Debtors' Motion to Surcharge Their Collateral Pursuant to Section 506(c) |
| 4571 | 07/18/19 | Declaration of Marti P. Murray in Support of Cyrus Capital Partners, L.P.'s Request to Determine the Amount of Secured Claims Under Section 506(a) and Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012 and In Opposition to Debtors' Request to Surcharge Collateral Pursuant to Section 506(c) [with Exhibit A thereto] |
| 4573 | 07/18/19 | Declaration of William Henrich (I) in Support of the Request of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent For Payment of An Administrative Expense Pursuant to 11 U.S.C. § 503(a) With Priority Over All Other Administrative Expenses Pursuant to 11 U.S.C. § 507(b) and For Allowance of a Secured Claim to the Extent of Remaining Collateral Pursuant to 11 U.S.C. § 506(a) and (II) In Opposition to the Debtors' Motion Pursuant to 11 U.S.C. § 506(c) [with Exhibits A-L thereto] |

| ECF Docket No. | Date | Description |
|---|---|---|
| 4586 | 07/19/19 | Request of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent for Payment of an Administrative Expense Pursuant to 11 U.S.C. § 503(a) With Priority Over All Other Administrative Expenses Pursuant to 11 U.S.C. § 507(b) and For Allowance of a Secured Claim to the Extent of Remaining Collateral Pursuant to 11 U.S.C. § 506(a), with Exhibits A-J thereto (unredacted version of Dkt. No. 4279) |
| 4587 | 07/19/19 | Supplemental Memorandum of Law of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent, (I) In Support of Motion Pursuant to Bankruptcy Rule 3012 for Determination of Amount of Secured Claim Pursuant to 11 U.S.C. § 506(a) and Amount of Claim Entitled to Priority Pursuant to 11 U.S.C. § 507(b) and (II) In Opposition to the Debtors Motion Pursuant to 11 U.S.C. § 506(c) (unredacted version of Dkt. No. 4280) |
| 4598 | 07/22/19 | Notice of Amended Agenda of Matters Scheduled for Hearing on July 23, 2019 at 10:00 a.m. |
| 4740 | 08/05/19 | Order Determining the Amount of Second-Lien Holders' Section 507(B) Administrative Claims Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure |
| 4793 | 08/08/19 | Order Determining the Amount to Surcharge Second-Lien Collateral Pursuant to Section 506(c) of the Bankruptcy Code |
| 4832 | 08/14/19 | Notice of Appeal (ESL) |
| 4839 | 08/14/19 | Notice of Appeal (Wilmington Trust) |
| 4845 | 08/14/19 | Notice of Appeal (Cyrus) |
| 4928 | 08/21/19 | Transcript of Hearing held on July 23, 2019 |
| 4941 | 08/21/19 | Notice of Appeal (Sears Holdings Corporation) |
| 5007 | 08/28/19 | Transcript of Hearing held on July 31, 2019 |
| n/a | n/a | Copy of Bankruptcy Court Docket Report through August 22, 2019 |

B.    Joint Exhibits ("**JX**") from the July 23, 2019 and July 31, 2019 hearings

| Joint Ex. No. | Date | Description |
|---|---|---|
| JX 001 | | GOB Inventory Recovery Rates |
| JX 002 | | External Analysis |
| JX 003 | 10/13/18 | Borrowing Base Certificate |
| JX 004 | 09/28/18 | Tiger – Inventory Appraisal |

| Joint Ex. No. | Date | Description |
|---|---|---|
| JX 005 | | GOB Store Performance (Post-Ch. 11 Bankruptcy Filing) |
| JX 006 | 03/20/18 | Second Lien Security Agreement |
| JX 007 | 07/21/15 | First Lien Security Agreement |
| JX 008 | 01/02/19 | ESL presentation entitled "Project Transform – ESL Bid Presentation" |
| JX 009 | 12/2018 | ESL presentation entitled "Project Transform – Sources and Uses" |
| JX 010 | 10/17/18 | Stock Ledger Detail Inquiry |
| JX 011 | 12/13/18 | ESL Bid Analysis – Project Blue |
| JX 012 | 05/13/19 | Project Blue – Actuals from Week ended January 26 through February 9 |
| JX 013 | 01/30/19 | Project Blue – Rolling Cash Flow Budget (Week 15) |
| JX 014 | 01/12/19 | Wind Down Recoveries |
| JX 015 | 11/28/18 | Project Blue – Rolling 13-Week Cash Flow Forecast (Week 6) |
| JX 016 | 01/5/19 | DRAFT – Minutes of a Meeting of the Restructuring Committee |
| JX 017 | 12/2018 | Project Blue – Liquidation Bids Review |
| JX 018 | 01/09/19 | Correspondence from Transform to Lazard |
| JX 019 | 12/28/18 | Correspondence from Transform to Lazard |
| JX 020 | 02/04/19 | Tiger – Inventory Appraisal |
| JX 021 | 01/25/19 | Transform Transaction – Weekly Tracking |
| JX 022 | 02/10/19 | Correspondence from Sears to Transform |
| JX 023 | | Expert Worksheet – Draft |
| JX 024 | 06/21/19 | Stipulation and Order Concerning the Resolution of Certain Section 507(b) Claims |
| JX 025 | 01/07/19 | ESL January 7 Letter – Exhibit C to Aebersold Decl |
| JX 026 | 11/02/18 | ESL November 2 Letter – Exhibit B to Aebersold Decl |
| JX 027 | 10/31/18 | ESL October 31 Letter – Exhibit A to Aebersold Decl |
| JX 028 | | Week 36 Borrowing Base Certificate – Exhibit A to Griffith Suppl. Decl |
| JX 029 | | Stipulation and Order Concerning Debtors' Continuing Use of Cash Collateral |
| JX 030 | 05/28/19 | Second Amended Joint Chapter 11 Plan |
| JX 031 | | Response of the Restructuring Subcommittee |
| JX 032 | 04/17/19 | Disclosure Statement Motion |

| Joint Ex. No. | Date | Description |
|---|---|---|
| JX 033 | 04/15/19 | Debtors' Objection to Motion of Wilmington Trust, National Association, as Indenture Trustee and collateral Agent to Prohibit or Condition Debtors' Continued Use of Collateral, including Cash Collateral |
| JX 034 | 01/17/19 | Order (I) Approving the Asset Purchase Agreement among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection therewith and (IV) Granting Related Relief |
| JX 035 | 02/01/19 | ESL's Omnibus Response in Support of the Going Concern Sale Transaction |
| JX 036 | 01/14/19 | January 14 Proposed Final Ask – Exhibit D to Transier Decl. |
| JX 037 |  | Global Sale Process: Bid Qualification Overview – Exhibit C to Transier Decl. |
| JX 038 |  | Business plans – Composite B to Transier Decl. |
| JX 039 |  | Transier Resume – Exhibit A |
| JX 040 | 02/01/19 | Declaration of William L. Transier |
| JX 041 | 10/10/18 | Board Resolution – Exhibit A to Aebersold Decl. |
| JX 042 | 02/01/19 | Declaration of Brandon Aebersold [Aebersold Sale Decl.] |
| JX 043 | 02/01/19 | Debtors' Omnibus Reply in Support of the Going Concern Sale Transaction |
| JX 044 | 02/01/19 | Declaration of Alan J. Carr |
| JX 045 | 11/30/18 | Final DIP Order |
| JX 046 | 11/27/18 | DIP Intercreditor Agreement |
| JX 047 | 11/21/18 | Global Bidding Procedures Process Letter |
| JX 048 | 11/19/18 | Bidding Procedures |
| JX 049 | 11/16/18 | Critical Vendors Order |
| JX 050 | 11/02/18 | Utilities Order |
| JX 051 | 10/15/18 | Brandon Aebersold – First Day Declaration |
| JX 052 | 10/15/18 | DIP Motion |
| JX 053 | 04/18/19 | Hearing Transcript |
| JX 054 | 01/15/19 | Hearing Transcript |
| JX 055 | 01/14/19 | Auction Transcript |

| Joint Ex. No. | Date | Description |
|---|---|---|
| JX 056 | 01/08/19 | Hearing Transcript |
| JX 057 | 04/15/19 | First Interim Application of Houlihan Lokey Capital, Inc. |
| JX 058 | 04/15/19 | First Interim Application of FTI Consulting, Inc. |
| JX 059 | 04/15/19 | First Interim Fee Application of Evercore Group L.L.C. |
| JX 060 | 04/15/19 | First Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| JX 061 | 04/15/19 | First Interim Fee Application of Lazard Freres & Co, LLC |
| JX 062 | 04/15/19 | First Application of Weil, Gotshal & Manges LLP |
| JX 063 | 03/20/18 | Second Amended and Restated Intercreditor Agreement |
| JX 064 | 12/28/16 | Citi – Cash Collateral Agreement |
| JX 065 | | Vendor List |
| JX 066 | | Forecast List |
| JX 067 | | Management Forecast |
| JX 068 | 10/15/18 | ESL Investments, Inc. and Edward S. Lampert Statement on Chapter 11 Reorganization Filing by Sears Holdings Corporation – press release |
| JX 069 | 11/04/18 | Correspondence from Sean O'Neal to Ray Schrock |
| JX 070 | | Exhibit B – Summary of Agreed Terms -- to Project Transform Commitment Letter, dated January 17, 2019 |
| JX 071 | | Exhibit A – Description of Transaction – to Project Transform Commitment Letter, dated January 17, 2019 |
| JX 072 | 02/07/19 | Hearing Transcript |
| JX 073 | | General Ledger |
| JX 074 | 10/13/2018 | Borrowing Base Certificate |
| JX 075 | 10/13/2018 | Borrowing Base Certificate Page 1 Signed |
| JX 076 | 6/4/2019 | Second Lien Parties' First Consolidated Request for Production of Documents Directed to the Debtors |
| JX 077 | | Estimated Script Asset Value |
| JX 078 | 10/15/2019 | Declaration of Mohsin Y. Meghji in Support of Debtors' Motion for Authority to (A) Obtain Postpetition Financing, (b) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties and (D) Schedule Second Interim Hearing and Final Hearing |
| JX 079 | 2/1/2019 | Declaration of Mohsin Y. Meghji |

| Joint Ex. No. | Date | Description |
|---|---|---|
| JX 080 | 10/15/2018 | Motion of Debtors for Authorization to (I) Continue, Maintain, and Renew their Insurance Policies and Workers' Compensation Programs; (II) Honor all Obligations with Respect thereto; and (III) Modify the Automatic stay with Respect to The Workers' Compensation Programs |
| JX 081 | 3/23/2018 | Sears Holdings Corporation, Annual Report (Form 10-K) |
| JX 082 | 1/14/2019 | Wind Down Recoveries |
| JX 083 | 1/14/2019 | ESL Bid vs. Liquidation Comparison |
| JX 084 | 1/14/2019 | Project Transform - Creditor Recovery Side by Side Analysis |
| JX 085 | 7/10/2019 | Cash Collateral – Weekly Budget Variance Report |
| JX 086 | 2/4/2019 | Hearing Transcript |
| JX 087 | 10/16/2018 | Interim Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief |
| JX 088 | 12/28/2018 | Final Junior DIP Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Grant Secured Priming Liens and Superpriority Administrative Expense Claims; (II) Modifying the Automatic Stay; and (III) Granting Related Relief |
| JX 089 | 1/18/2019 | Notice of Successful Bidder and Sale Hearing |
| JX 090 | 2/1/2019 | Declaration of Kunal S. Kamlani in Support of ESL's Omnibus Response in Support of the Going Concern Sale Transaction |
| JX 091 | 2/7/2019 | Amendment to the Asset Purchase Agreement |
| JX 092 | 2/6/2019 | Hearing Transcript |
| JX 093 | 12/17/2018 | Creditor Recovery Considerations |
| JX 094 | 2/6/2019 | Project Blue – Rolling Cash Flow Budget (Week 16) |
| JX 095 | 1/23/2019 | Kamlani Deposition Transcript |
| JX 096 | 1/31/2019 | Aebersold Deposition Transcript |
| JX 097 | 10/13/2018 | Sears Holdings Corp., PWP Requests 3-5 Spreadsheet |
| JX 098 | 6/16/2018 | Excel Spreadsheet of LC Draws |
| JX 099 | 10/15/2018 | Excel Spreadsheet of LC Summary |
| JX 100 | 12/2018 | Project Blue — Liquidation Sale Process Update |

| Joint Ex. No. | Date | Description |
|---|---|---|
| JX 101 | 12/15/2018 | Abacus Advisors, Indication of Interest Letter to Mohsin Y. Meghji and Colin M. Adams with attached Sears Holdings Corporation Total Company Summary of Total Estimated Net Recovery Values on Retail Stores GOB Inventory, Draft – Subject to Further Refinement |
| JX 102 | 12/15/2018 | Abacus Advisors, Summary of Total Estimated Net Recovery Values on Retail Store GOB Inventory, Draft – Subject to Further Refinement |
| JX 103 | 12/14/2018 | Tiger Inventory Appraisal, Prepared for Bank of America Merrill Lynch |
| JX 104 | 11/16/2018 | Tiger Inventory Appraisal, Prepared for Bank of America Merrill Lynch |
| JX 105 | 1/11/2019 | Illustrative Recovery Considerations |
| JX 106 | 12/17/18 | Minutes of the Meeting of the Restructuring Committee of the Board of Directors of Sears Holdings Corp. |
| JX 107 | 12/30/2018 | Minutes of the Meeting of the Restructuring Committee |
| JX 108 | 1/5/2019 | Advisory Bid Comparison |
| JX 109 | 10/15/2018 | Declaration of Robert A. Riecker |
| JX 110 | 11/23/2018 | Declaration of Robert A. Riecker in Support of Debtors' Omnibus Reply |
| JX 111 | 2/1/2019 | Declaration of Sunny Singh in Support of the Going Concern Sale Transaction |
| JX 112 | 5/28/2019 | Disclosure Statement for Second Amended Joint Chapter 11 Plan |
| JX 113 | 6/14/2019 | Debtors' Monthly Operating Reports for April 7–May 4, 2019 |
| JX 114 | 9/13/2018 | Sears Holdings Corporation, Annual Report (Form 10-Q) for the period ending Aug. 4, 2018 |
| JX 115 | 9/1/2016 | Second Lien Credit Agreement |
| JX 116 | 8/1/2017 | Second Amendment to Letter of Credit and Reimbursement Agreement (LC Facility Agreement) |
| JX 117 | 1/29/19 | Mohsin Meghji Deposition Transcript |
| JX 118 | 10/12/2010 | Indenture dated as of October 12, 2010 |
| JX 119 | 4/5/2011 | First Supplemental Indenture dated as of April 5, 2011 |
| JX 120 | 7/7/2015 | Second Supplemental Indenture dated as of July 7, 2015 |
| JX 121 | 9/19/2016 | Third Supplemental Indenture dated as of September 19, 2016 |
| JX 122 | 1/9/2018 | Fourth Supplemental Indenture dated as of January 9, 2018 |
| JX 123 | 3/20/2018 | Fifth Supplemental Indenture dated as of March 20, 2018 |
| JX 124 | 6/25/2014 | Instrument of Resignation, Appointment, and Acceptance dated as of June 25, 2014 |

| *Joint Ex. No.* | *Date* | *Description* |
|---|---|---|
| JX 125 | 3/20/2018 | Indenture dated as of March 20, 2018 ($6^{5/8}$% Senior Secured Convertible PIK Toggle Notes due 2019) |
| JX 126 | 3/20/2018 | Amended and Restated Security Agreement dated as of March 20, 2018 |
| JX 127 | | Chart of UCC-1 financing statements and UCC-3 continuation statements |
| JX 128 | 10/17/2018 | Order Authorizing Debtors to (I) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices, and (II) Pay and Honor Related Prepetition Obligations |
| JX 129 | 12/24/2018 | Proof of Claim of JPP, LLC, executed December 24, 2018 and filed with Prime Clerk LLC on January 4, 2019 |
| JX 130 | | Debtors' Slides Presented at Sale Hearing on February 7, 2019: Consideration Provided by ESL in the Sale Transaction, pages 13-14 |
| JX 131 | | Debtors' Slides Presented at Sale Hearing on February 7, 2019: The Benefits of the Sale Transaction Outweigh an Orderly Winddown, pages 15-16 |
| JX 132 | 2/20/2019 | Proof of Claim of Wilmington Trust, as Indenture Trustee and Collateral Agent for the Second Lien Notes executed February 20, 2019 and electronically filed on the Bankruptcy Court's Claims Register on February 20, 2019 |
| JX 133 | 4/1/2019 | Proof of Claim of Computershare Trust Company, N.A., as Indenture Trustee for the Second Lien PIK Notes executed April 1, 2019 and filed with Prime Clerk LLC on April 4, 2019 |
| JX 134 | 1/10/2019 | Project Blue - Wind Down Budget<br>January 10, 2019 |
| JX 135 | 5/13/2019 | Project Blue<br>Actuals from Weeks ended January 26 through February 9<br>May 13, 2019 |
| JX 136 | 7/10/2019 | Sears Holdings<br>Admin Solvency Tracker and Budget Update<br>July 10, 2019 |
| JX 137 | | Sears Holdings Corporation and Affiliates - Schedules of Assets and Liabilities |
| | | GOB Store Performance (Post-Ch. 11 Bankruptcy Filing)<br>(Fixed final) |

C. Deposition Transcripts

| Date | Deponent |
|---|---|
| 06/29/19 | Transcript of the Deposition of David M. Schulte, taken on June 29, 2019, with the Second Lien-Holders' designations and the Debtors' counter-designations |
| 07/02/19 | Transcript of the Deposition of William Henrich, taken on July 2, 2019, with the Second-Lien Holders' designations and the Debtors' counter-designations |
| 07/03/19 | Transcript of the Deposition of Marti Murray, taken on July 3, 2019, with the Second-Lien Holders' designations and the Debtors' counter-designations |
| 07/10/19 | Transcript of the Deposition of Brian J. Griffith, taken on July 10, 2019, with the Debtors' designations and the Second-Lien Holders' counter-designations |
| 07/10/19 | Transcript of the Deposition of Brandon Aebersold, taken on July 10, 2019, with the Debtors' designations and the Second-Lien Holders' counter-designations |

Dated: September 4, 2019
Dallas, Texas

**WEIL, GOTSHAL & MANGES LLP**

Ray C. Schrock, P.C.
David J. Lender
Jared R. Friedmann
Sunny Singh
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

   */s/ Paul R. Genender*
Paul R. Genender (*pro hac vice*)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7877
Facsimile: (214) 746-7777

*Attorneys for the Debtors
and Debtors in Possession*