**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
10 Bank Street, Suite 700
White Plains, New York 10606
Telephone: (914) 286-6443
Facsimile: (914) 949-5424
Christopher F. Graham, Esq.

919 East Main Street, Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-9636
Christopher L. Perkins, Esq.

**LECLAIRRYAN**
919 East Main Street, Twenty-Fourth Floor
Richmond, Virginia 23219
Telephone: (804) 783-7550
Facsimile: (804) 783-7686
Mobile: (804) 248-8699
Christopher L. Perkins, Esq.

*Counsel for CSC, a DXC Technology Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | |

**SUBSTITUTION OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS**

**TO THE CLERK OF THE BANKRUPTCY COURT**
**AND TO ALL PARTIES IN INTEREST:**

  **PLEASE** withdraw the appearance of Christopher L. Perkins, Esq., of LeClairRyan on behalf of CSC, a DXC Technology Company, and enter the appearance of Christopher F. Graham, Esq., and Christopher L. Perkins, Esq., of Eckert Seamans Cherin & Mellott,

1

LLC on behalf of DXC Technology. Please update the Court records to reflect counsel's current contact information and address as indicated below.

| | |
|---|---|
| Dated: White Plains, New York<br>September 5, 2019 | Respectfully submitted,<br><br>/s/ Christopher F. Graham<br>Christopher F. Graham<br>Eckert Seamans Cherin & Mellott, LLC<br>10 Bank Street, Suite 700<br>White Plains, New York 10606<br>Telephone: (914) 286-6443<br>Facsimile: (914) 949-5424<br>Email: cgraham@eckertseamans.com |
| Dated: Richmond, Virginia<br>September 5, 2019 | /s/ Christopher L. Perkins<br>Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 East Main Street, Suite 1300<br>Richmond, Virginia 23219<br>Telephone: (804) 788-9636<br>Email: cperkins@eckertseamans.com<br><br>*Substitution Counsel for CSC, a DXC Technology Company* |
| Dated: Richmond, Virginia<br>September 5, 2019 | /s/ Christopher L. Perkins<br>Christopher L. Perkins<br>LeClairRyan<br>919 East Main Street, Twenty-Fourth Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-7550<br>Facsimile: (804) 783-7686<br>Mobile: (804) 248-8699<br>Email: Christopher.Perkins@leclairryan.com<br><br>*Withdrawing Counsel* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2019, a copy of the foregoing Substitution of Counsel and Request for Service of Papers was duly served on all parties receiving electronic notification in these cases via the Court ECF system.

/s/ Christopher F. Graham
Christopher F. Graham