8/30/19         18-23538, 18-23539, 18-23549
                                et al.

U.S. Bankruptcy Court
of the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Dear Judge Robert D. Drain,

My name is Sharfah Salahuddin & I am one of the creditors in the Sears Holding Corporation cases 18-23553, etc. I am asking that my cases/claims be removed & transferred to the EEOC for them to determine the amounts for these cases, as an ADA, ADAAA, Section 504 of the Rehab. Litation Act reasonable accommodation. SHC & its related parties have continued their retaliation, harassment & discrimination + other assorted violations that are of an ongoing, continuous nature & distinct, discrete pattern of discriminatory acts, including workers' compensation & documentation too numerous to be heard here. My disabilities have negatively impacted & impeded my submissions & participation, especially as this bankruptcy case becomes more complex. The facts surrounding Sears/Kmart employment discrimination, harassment & retaliation involve mental illnesses/disorders that are suited for the EEOC federal venue so that I am not overwhelmed nor suffer/endure a relapse of any physical/psychological/psychiatric symptoms. I do not have an attorney so I cannot handle it all. Thank you in advance for your time & empathy.

                                Sharfah Salahuddin



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
Fax: (212) 336-3625
1-800-669-4000

Respondent: KMART CORPORATION/SEARS HOLDINGS CORPORATION
EEOC Charge No.: 520-2019-04579
FEPA Charge No.:

August 20, 2019

Shaifah Salahuddin
P.O. Box 70759
Brooklyn, NY 11207

Dear Ms. Salahuddin:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

| | |
|---|---|
| [X] | Title VII of the Civil Rights Act of 1964 (Title VII) |
| [X] | The Age Discrimination in Employment Act (ADEA) |
| [X] | The Americans with Disabilities Act (ADA) |
| [ ] | The Equal Pay Act (EPA) |
| [ ] | The Genetic Information Nondiscrimination Act (GINA) |

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

Please be aware that we will send a copy of the charge to New York State Division Of Human Rights Federal Contract Unit One Fordham Plaza, 4 Fl. Bronx, NY 10458 as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

The quickest and most convenient way to obtain the contact information and the status of your charge is to use EEOC's Online Charge Status System, which is available 24/7. You can access the system via this link (https://publicportal.eeoc.gov/portal) or by selecting the "My Charge Status" button on EEOC's Homepage (www.eeoc.gov). To sign in, enter your EEOC charge number, your zip code and the security response. An informational brochure is enclosed that provides more information about this system and its features.

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Loresa A. Lockett
Investigator
(212) 336-3776

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s):