**HEARING DATE: October 23, 2019 at 10:00 a.m.**
**OBJECTION DEADLINE: October 16, 2019 at 4:00 p.m.**

**Richard E. Weltman (rew@weltmosk.com)**
**Michael L. Moskowitz (mlm@weltmosk.com)**
**Melissa A. Guseynov (mag@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for ARS eCommerce, LLC*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:  )<br> )<br>SEARS HOLDING CORPORATION., *et al.*,  )<br> )<br>Debtors.  )<br> ) | Chapter 11 Case<br><br>Case No. 18-23538 (RDD) |

**NOTICE OF HEARING ON MOTION OF ARS eCOMMERCE, LLC FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**
**PURSUANT TO 11 U.S.C. § 503(B)(1)**

TO:    THE HONORABLE ROBERT D. DRAIN
       UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that a hearing on the annexed motion ("Motion") of ARS eCommerce, LLC ("ARS"), by and through its counsel, Weltman & Moskowitz, LLP, submits this Motion, for an order: (i) allowing ARS' administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) and directing immediate payment of same, and (ii) such other and further relief as may be proper under the circumstances, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on October 23, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system,

electronically in accordance with General Order M–399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M–399, to the extent applicable, and served in accordance with General Order M-399, so as to be so filed and received no later than **October 16, 2019 at 4:00 p.m. (Eastern Time)** ("Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served, Debtor may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:   New York, New York
         September 5, 2019

**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for ARS eCommerce, LLC*

By: */s/ Michael L. Moskowitz*
  **MICHAEL L. MOSKOWITZ**
270 Madison Avenue, Suite 1400
New York, New York 10016
(212) 684-7800