# EXHIBIT C

**From:** Megan Ryan mryan@aislerocket.com
**Subject:** Re: Sears PMS 2019 Hosting and Maintenance Agreement
**Date:** August 29, 2019 at 11:15 AM
**To:** Lubeck, Martin Martin.Lubeck@searshc.com
**Cc:** Biondo, Jessica Jessica.Biondo@searshc.com, Kashif Zaman kzaman@aislerocket.com

Hi Jessica!

Just wanted to follow up on getting a formal signature for this agreement.

Thank you,
Megan

On Tue, Jun 18, 2019 at 12:37 PM Megan Ryan <mryan@aislerocket.com> wrote:
> Hi there!
>
> We have updated this. Let us know if you need anything else for us to get this routed for signature.
>
> Thank you,
> Megan
>
> On Wed, Jun 12, 2019 at 11:29 AM Lubeck, Martin <Martin.Lubeck@searshc.com> wrote:
>> Hi Megan, sorry for the delay in getting back to you.  Can we update the terms so we have a 30 day termination notice?
>>
>> **From:** Megan Ryan <mryan@aislerocket.com>
>> **Date:** Wednesday, June 12, 2019 at 11:27 AM
>> **To:** "Biondo, Jessica" <Jessica.Biondo@searshc.com>
>> **Cc:** "Lubeck, Martin" <Martin.Lubeck@searshc.com>, Kashif Zaman <kzaman@aislerocket.com>
>> **Subject:** Re: Sears PMS 2019 Hosting and Maintenance Agreement
>>
>> **Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.
>>
>> Hi Jessica!
>>
>> Just wanted to follow up on this maintenance agreement. We are continuing to invoice, but want to make sure that we are able to route for signatures.
>>
>> Thank you,
>>
>> Megan
>>
>> On Fri, May 10, 2019 at 12:38 PM Biondo, Jessica <Jessica.Biondo@searshc.com> wrote:
>>> Hey Megan, sorry we haven't gotten back to you! Marty is ooo today – can we loop back on Monday?
>>>
>>> **From:** Megan Ryan [mailto:mryan@aislerocket.com]
>>> **Sent:** Monday, May 06, 2019 10:52 AM
>>> **To:** Lubeck, Martin <Martin.Lubeck@searshc.com>; Biondo, Jessica <Jessica.Biondo@searshc.com>
>>> **Cc:** Kashif Zaman <kzaman@aislerocket.com>
>>> **Subject:** Re: Sears PMS 2019 Hosting and Maintenance Agreement