# EXHIBIT D



# Invoice

| Date | Invoice # |
|---|---|
| 5/16/2019 | 5337 |

ARS ePromo, LLC
4100 Mountain View Avenue
Chattanooga, TN 37415

Jessica Biondo
Sears Holdings Corporation
Kmart
3333 Beverly Road
Hoffman Estates, IL 60179

| Description | Amount |
|---|---|
| Job#: SRS_24879<br><br>PMS maintenance and hosting for May 2019<br><br>Maintenance - $5,250<br>Hosting - $5,500 | 10,750.00 |
| **Total** | **$10,750.00** |



# Invoice

| Date | Invoice # |
|---|---|
| 7/16/2019 | 5361 |

ARS ePromo, LLC
4100 Mountain View Avenue
Chattanooga, TN 37415

Jessica Biondo
Sears Holdings Corporation
Kmart
3333 Beverly Road
Hoffman Estates, IL 60179

| Description | Amount |
|---|---|
| Job#: SRS_24879  PMS maintenance and hosting for July 2019  Maintenance - $5,250 Hosting - $5,500 | 10,750.00 |
| **Total** | **$10,750.00** |



# **Invoice**

| Date | Invoice # |
|---|---|
| 8/19/2019 | 5380 |

ARS ePromo, LLC
4100 Mountain View Avenue
Chattanooga, TN 37415

Jessica Biondo
Sears Holdings Corporation
Kmart
3333 Beverly Road
Hoffman Estates, IL 60179

| Description | Amount |
|---|---|
| Job#: SRS_24879 | 10,750.00 |
| | |
| PMS maintenance and hosting for August 2019 | |
| | |
| Maintenance - $5,250 | |
| Hosting - $5,500 | |
| **Total** | **$10,750.00** |