**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDING CORPORATION., *et al.,*<br><br>Debtors. | Chapter 11 Case<br><br>Case No. 18-23538 (RDD) |

**ORDER ALLOWING AND COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF ARS eCommerce, LLC PURSUANT TO 11 U.S.C. § 503(B)(1)**

Upon the Motion of ARS eCommerce, LLC ("ARS"), for Allowance and Payment of Administrative Expense Claim under 11 U.S.C. § 503(b)(1) ("Motion"); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved, or overruled; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and the Court having determined the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and upon the record of the hearing held on October 23, 2019; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that ARS is granted an allowed administrative expense claim against Debtors pursuant to 11 U.S.C. § 503(b)(1) in the amount of $33,250.00; and it is further

**ORDERED** that Debtors are directed to pay ARS $33,250.00 within three (3) days of the date of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2019
       New York, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE