Richard E. Weltman (rew@weltmosk.com)
Michael L. Moskowitz (mlm@weltmosk.com)
Melissa A. Guseynov (mag@weltmosk.com)
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for ARS eCommerce, LLC*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| SEARS HOLDING CORPORATION., *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                   ) ss:
COUNTY OF NEW YORK )

JESSICA CARRION, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age, and reside in the County of Queens and State of New York.

2. On September 5, 2019, I served a true copy of the Motion of ARS eCommerce LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(1), by First-Class Mail postage prepaid, by depositing same in an official depository of the United States Postal Service upon the last-known addresses of the addressee as follows:

Paul M. Basta, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
*Counsel for Debtor*
1285 Avenue of the Americas
New York, NY 10019

Kara E. Casteel, Esq.
Joseph L. Steinfeld, Jr., Esq.
Gary D. Underdahl, Esq.
ASK LLP
*Counsel for Debtor*
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

Brigette McGrath, Esq.
ASK LLP
*Counsel for Debtor*
151 West 46th Street, 4th Floor
New York, NY 10036

Scott K. Charles, Esq.
Wachtell, Lipton, Rosen & Katz
*Counsel for Debtor*
51 West 52nd Street
New York, NY 10019

Garrett A. Fail, Esq.
Jessica Liou, Esq.
Jacqueline Marcus, Esq.
Ray C. Shrock, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
*Counsel for Debtor*
767 Fifth Avenue
New York, NY 10153

Amy R. Wolf, Esq.
Wachtell, Lipton, Rosen & Katz
*Counsel for Debtor*
51 W. 52nd Street
New York, NY 10019

Richard C. Morrissey, Esq.
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Elise S. Frejka
Frejka PLLC
*Consumer Privacy Ombudsman*
420 Lexington Avenue - Suite 310
New York, NY 10170

Ira S. Dizengoff, Esq.
Lacy Martin Lawrence, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
*Counsel for Official Committee of Unsecured Creditors*
One Bryant Park
New York, NY 10036

3. On September 5, 2019, I served true copy of the Motion of ARS eCommerce LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(1, by CM/ECF on the parties who filed a Notice of Appearance.

_____
JESSICA CARRION

Sworn to before me this
5th day of September, 2019

_____
Notary Public

MICHAEL L. MOSKOWITZ
Notary Public, State of New York
No. 4763946
Qualified in Nassau County
Commission Expires Feb. 28, 2023