**CARLY S. EVERHARDT, ESQ.**
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Telephone: (212)338-3499
Facsimile: (212) 687-2329
Email: ceverhardt@foley.com

**MARK J. WOLFSON** (FBN 352756) (*pro hac* pending)
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 225-4119
Facsimile: (813) 221-4210
E-mail:  mwolfson@foley.com

*Counsel to Hain Capital Investors Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816);  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4840-9075-0113.1

I, Mark J. Wolfson, request admission to practice, *pro hac vice*, before the Honorable Robert D. Drain, to represent Hain Capital Investors Master Fund, Ltd., a creditor in the above-referenced cases.

I certify that I am a member in good standing of the Florida Bar. I am also admitted to practice in the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, and the United States Court of Appeals for the Eleventh Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Date:  September 5, 2019
Tampa, Florida

*/s/ Mark J. Wolfson*
**MARK J. WOLFSON, ESQ.** (FBN 352756) (*pro hac* pending)
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 225-4119
Facsimile: (813) 221-4210
E-mail:  mwolfson@foley.com

4840-9075-0113.1