**Hearing Date and Time: October 23, 2019 at 10:00 a.m. (Eastern Time)**
**Objection Deadline Date and Time: October 16, 2019 at 4:00 p.m. (Eastern Time)**

FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Counsel for *Luan Investment SE*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING OF MOTION TO COMPEL AND ALLOW PAYMENT OF ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. 503(b)(1)(A) AND (b)(1)(B) FOR SERVICES PERFORMED POST-PETITION**

PLEASE TAKE NOTICE that on September 4, 2019, Luan Investment, SE ("Luan"), filed a *Motion to Compel and Allow Payment of Administrative Expense Under 11 U.S.C. 503(b)(1)(A) and (b)(1)(B) for Services Performed Post-Petition* (the "*Motion*", Docket No. 5060).

PLEASE TAKE FURTHER NOTICE that a hearing to consider the *Motion* will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court") on **October 23, 2019 at 10:00 A.M. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections (the "Objections") to the *Motion* may be asserted in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov),

and (b) by all other parties in interest, on a CD-ROM, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the Amended Order Implementing Certain Notice and Case Management Procedures, entered on November 1, 2018 (Docket No. 405), so as to be filed and received no later than **October 16, 2019 at 4:00 P.M. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no Objections are timely filed and served with respect to the *Motion*, Luan may, on or after the Objection Deadline, submit to the Bankruptcy Court a proposed order, which may be entered without further notice or opportunity to be heard.

Respectfully submitted.
Dated: September 5, 2019.

**Ferraiuoli LLC**

390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

-and-

221 Ponce de León Avenue
5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Sonia E. Colón Colón*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for
*Luan Investment SE*