## UNITED STATES BANKRUPTCY COURT
Southern District of New York

*In re Sears Holdings Corporation, et al.,*                    Case Number: 18-23538

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

**VonWin Capital Management, L.P.**
Name of Transferee

Name and Address where notices to
transferee should be sent:

**261 Fifth Avenue, 22nd Floor**
**New York, NY 10016**

Phone: **(212) 889-1601**
Last Four Digits of Acct #: __N/A__

Name and Address where transferee
Payments should be sent (if
different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

**Ningbo Splendid Home Textiles Co., Ltd**
Name of Transferor

Scheduled Claim #:    **808218**
Scheduled Amount:    **$29,700.00**
Proof of Claim #:    **900, 2711, 2693**
Debtor: **Kmart Corporation**

Phone: **86-574-87857178**
Last Four Digits of Acct #: __N/A__

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: __9/5/19.__
Transferee/Transferee's Agent