UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION,

                        Debtor,

Case No.: 18-23538

Chapter: 11

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jennifer S. Koockogey, request admission, ***pro hac vice***, before the Honorable Robert R .Drain, to represent R.S., a minor child of Joanna Samuel, S.S., a minor child of Joanna Samuel, T.S., a minor child of Joanna Samuel, Juan Rosario, Aubain Scotland, Aquita Williams, Peter Archer, Lee J. Rohn and Richard Samuel, O'Rosia Figueroa, tort claimant creditors in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Minnesota and the Territory of the U.S. Virgin Islands and, if applicable, the bar of the U.S. District Court for the District of the Virgin Islands and the U.S. District Court for the District of Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:
    September 6, 2019    ,

/s/ Jennifer S. Koockogey
Jennifer S. Koockogey, Esq
Mailing: 1108 King Street, Third Floor
Physical: 56 King Street, Third Floor
Christiansted, **St. Croix** VI 00820
*jennifer@rohnlaw.com*
*340-778-8855*