**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re:                                                                 Case No.: 18-23538
                                                                       Chapter: 11

                                      Debtor
-----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jennifer S. Koockogey, to be admitted, ***pro hac vice***, to represent R.S., a minor child of Joanna Samuel, S.S., a minor child of Joanna Samuel, T.S., a minor child of Joanna Samuel, Juan Rosario, Aubain Scotland, Aquita Williams, Peter Archer, Lee J. Rohn and Richard Samuel, O'Rosia Figueroa, (the "Clients") tort claimant creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and the Territory of the U.S. Virgin Islands and, the bar of the U.S. District Court for the District of the Minnesota and the U.S. District Court of the Virgin Islands, it is hereby.

**ORDERED**, that Jennifer S. Koockogey, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York                    /s/ _____
                                                                       ROBERT D. DRAIN
                                                                       UNITED STATES BANKRUPTCY JUDGE