**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

In Re:                                                                                          Chapter 11

SEARS HOLDING CORPORATION

                                                                                                 Case No. 18-23538

   Debtor

### WITHDRAWAL OF CLAIM 3607 FILED BY THE COUNTY OF HENDERSON, TEXAS

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for The County of Henderson, Texas and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws its claim against this debtor as this claim has been satisfied.

Date: September 9, 2019

                                                            Respectfully submitted,

                                                            **McCREARY, VESELKA, BRAGG**
                                                            **& ALLEN, P.C.**

                                                        By: */s/ Tara LeDay*
                                                            Tara LeDay (TX 24106701)
                                                            P. O. Box 1269
                                                            Round Rock, TX 78680
                                                            Telephone: (512) 323-3200
                                                            Fax: (512) 323-3205
                                                            Email: tleday@mvbalaw.com

                                                            *Attorneys for The County of*
                                                            *Henderson, Texas*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 9, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, White Plains Division.

                                      */s/ Tara LeDay*
                                      Tara LeDay