# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# WHITE PLAINS DIVISION

In Re:                                                                          Chapter 11

SEARS HOLDING CORPORATION

                                                                                                            Case No. 18-23538

    Debtor

## WITHDRAWAL OF CLAIM 3605 FILED BY THE COUNTY OF HAYS, TEXAS

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for The County of Hays, Texas and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws its claim against this debtor as this claim has been satisfied.

Date:  September 9, 2019

                                                        Respectfully submitted,

                                                        **McCREARY, VESELKA, BRAGG & ALLEN, P.C.**

                                       By:  */s/ Tara LeDay*
                                           Tara LeDay (TX 24106701)
                                           P. O. Box 1269
                                           Round Rock, TX 78680
                                           Telephone:  (512) 323-3200
                                           Fax: (512) 323-3205
                                           Email: tleday@mvbalaw.com

                                           *Attorneys for The County of Hays, Texas*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 9, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, White Plains Division.

                                                        */s/ Tara LeDay*
                                                        Tara LeDay