**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

In Re:                                                                                              Chapter 11

SEARS HOLDING CORPORATION

                                                                     Case No. 18-23538

    Debtor

## WITHDRAWAL OF CLAIM 3533 FILED BY THE COUNTY OF CHEROKEE, TEXAS

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for The County of Cherokee, Texas and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws its claim against this debtor as this claim has been satisfied.

Date: September 9, 2019

                                                 Respectfully submitted,

                                                 **McCREARY, VESELKA, BRAGG
                                                 & ALLEN, P.C.**

                                        By: */s/ Tara LeDay*
                                           Tara LeDay (TX 24106701)
                                           P. O. Box 1269
                                           Round Rock, TX 78680
                                           Telephone: (512) 323-3200
                                           Fax: (512) 323-3205
                                           Email: tleday@mvbalaw.com

                                           *Attorneys for The County of Cherokee, Texas*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 9, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, White Plains Division.

                                                  */s/ Tara LeDay*
                                                  Tara LeDay