**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

In Re:                                                                    Chapter 11

SEARS HOLDING CORPORATION

                                                                Case No. 18-23538

   Debtor

## WITHDRAWAL OF CLAIM 4722 FILED BY THE COUNTY OF WILLIAMSON, TEXAS

1.   The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for The County of Williamson, Texas and is authorized to withdraw this claim on behalf of claimant.

2.   Therefore, the claimant withdraws its claim against this debtor as this claim has been satisfied.

 Date:  September 9, 2019

                                        Respectfully submitted,

                                        **McCREARY, VESELKA, BRAGG & ALLEN, P.C.**

                                        By: _/s/ Tara LeDay_
                                             Tara LeDay (TX 24106701)
                                             P. O. Box 1269
                                             Round Rock, TX 78680
                                             Telephone:  (512) 323-3200
                                             Fax: (512) 323-3205
                                             Email: tleday@mvbalaw.com

                                             _Attorneys for The County of_
                                             _Williamson, Texas_

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, White Plains Division.

*/s/ Tara LeDay*
Tara LeDay