IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In Re:                                                                                          Chapter 11

SEARS HOLDING CORPORATION
                                                                                                Case No. 18-23538

Debtor


### WITHDRAWAL OF CLAIM 3787 FILED BY THE COUNTY OF MIDLAND CENTRAL APPRAISAL DISTRICT, TEXAS

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for The County of Midland Central Appraisal District, Texas and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws its claim against this debtor as this claim has been satisfied.

Date: September 9, 2019

Respectfully submitted,

**McCREARY, VESELKA, BRAGG & ALLEN, P.C.**

By: */s/ Tara LeDay*
Tara LeDay (TX 24106701)
P. O. Box 1269
Round Rock, TX 78680
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: tleday@mvbalaw.com

*Attorneys for The County of Midland Central Appraisal District, Texas*

### **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 9, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, White Plains Division.

*/s/ Tara LeDay*
Tara LeDay
