Kyle R. Hosmer (Colorado Bar No. 53214)
FAEGRE BAKER DANIELS LLP
1144 Fifteen Street, Suite 3400
Denver, CO 80202
Telephone: 303.607.6500
Email: kyle.hosmer@faegrebd.com

*Counsel for Peoria Industrial, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.* | : | Case No. 18–23538 (RDD) |
| | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |

# MOTION OF KYLE R. HOSMER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Kyle R. Hosmer, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Peoria Industrial, Inc., as counsel in the above-captioned case.

***I certify that I am a member in good standing*** of the bars of the State of Colorado and the Commonwealth of Virginia and, if applicable, the U.S. District Courts for the District of Colorado, Eastern District of Virginia, and Western District of Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  September 9, 2019         By:  _____
          Denver, Colorado                  Kyle R. Hosmer (Colorado Bar No. 53214)
                                                       FAEGRE BAKER DANIELS LLP
                                                       1144 Fifteen Street, Suite 3400
                                                       Denver, Colorado 80202
                                                       Telephone: 303.607.6500
                                                       Email: kyle.hosmer@faegrebd.com

                                                       *Counsel for Peoria Industrial, Inc*