# EXHIBIT "A"

**KURTZMAN | STEADY, LLC**
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

**Hearing Date: October 23, 2019**
**Hearing Time: 10:00 a.m. (EST)**

*Attorneys for PREIT Services, LLC, as agent for PR Jacksonville Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| SEARS HOLDINGS CORPORATION, INC., et al.,       Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**ORDER ALLOWING AND COMPELLING PAYMENT OF CURE CLAIM OF PREIT SERVICES, LLC, AS AGENT FOR PR JACKSONVILLE LLC**

Upon the motion (the "Motion") of PREIT Services, LLC, as agent for PR Jacksonville, LLC ("PR Jacksonville"), pursuant to Section 365(b)(1) of the United States Code (the "Bankruptcy Code"), for an order allowing a cure claim in the amount of $108,290.04 the ("Cure Claim") under the assumed lease described in the Motion and compelling the immediate payment of such claim; and good and sufficient cause appearing; and good and proper notice and service of the Motion having been provided; and following a hearing held before this Court; and upon the record thereof; and upon the record of this case and the pleadings previously filed herein; and any objection having been withdrawn or overruled; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that pursuant to Section 365(b)(1) of the Bankruptcy Code, (i) the Cure Claim of PR Jacksonville is hereby allowed in the amount of $108,290.04, and (ii) Transform

Holdco LLC is hereby directed, within five days hereof, to satisfy the Cure Claim; and it is further

ORDERED, that this Court shall retain jurisdiction to resolve any issues with respect to the relief provided by this order.

Dated: White Plains, New York
      October ____, 2019

_____
ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE