# EXHIBIT "B"

**Fill in this information to identify the case:**

Debtor 1: SEARS, ROEBUCK AND CO.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of New York

Case number: 18-23537 (RDD)

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[✓] No Copy Provided



Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
PR JACKSONVILLE LIMITED PARTNERSHIP
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
[✓] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

RECEIVED
MAY 23 2019
PRIME CLERK LLC

Where should notices to the creditor be sent?
Jeffrey Kurtzman, Esquire
Name
401 S. 2nd Street, Suite 200
Number  Street
Philadelphia   PA   19147
City   State   ZIP Code

Contact phone (215) 839-1222
Contact email kurtzman@kurtzmansteady.com

Where should payments to the creditor be sent? (if different)
Name _____
Number Street _____
City State ZIP Code _____
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
[ ] No
[✓] Yes. Claim number on court claims registry (if known) 3789   Filed on 10/31/2018
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[✓] No
[ ] Yes. Who made the earlier filing? _____

Claim Number: 19564

Official Form 410    Proof of Claim    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. Do you have any number you use to identify the debtor?

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?    $ 108,290.04.    Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Lease obligations (cure claim)

9. Is all or part of the claim secured?

☑ No
☐ Yes.    The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $ _____
Amount of the claim that is secured:    $ _____

Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $ _____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☐ No
☑ Yes. Amount necessary to cure any default as of the date of the petition.    $ 363.33

11. Is this claim subject to a right of setoff?

☑ No
☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No ☐ Yes. Check one: | Amount entitled to priority |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☒ Other. Specify subsection of 11 U.S.C. § 507(a)(2) that applies. | $ 108,290.04 |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/20/2019
                 MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name     Christiana                                    Uy
         First name         Middle name                Last name

Title    Director, Legal & Paralegal

Company  PREIT Services, LLC
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  200 S. Broad Street, 3rd Floor
         Number       Street
         Philadelphia                          PA       19102
         City                                  State    ZIP Code

Contact phone  (215) 454-1249             Email  uyc@preit.com

# STATEMENT

Date - 5/20/2019
Tenant No - 31889
Statement No - 902567
Page - 1

**Make Check Payable To:**
PR JACKSONVILLE LP
PO BOX 951696
CLEVELAND OH 44193-1696

**From:**
JACKSONVILLE MALL
375 JACKSONVILLE MALL
JACKSONVILLE NC 28546

**To:**
Transform Operating Stores LLC
3333 Beverly Road: Store
Hoffman Estates IL 60179

**Tenant:** Sears #2755

Amount Remitted: _____
Remit top portion with payment.

## DETAIL CHARGE

Jacksonville Mall          Lease 00004388        DBA: Sears #2755

| Invoice Date | Bill Code | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 1/1/2010 | | Balance Forward | | | .00 | |
| 9/1/2018 | HVAC | HVAC | 131.67 | | 131.67 | |
| 9/1/2018 | MISC | MISCELLANEOUS INCOME | 50.00 | | 50.00 | |
| 10/1/2018 | HVAC | HVAC | 131.67 | | 131.67 | |
| 10/1/2018 | MISC | MISCELLANEOUS INCOME | 50.00 | | 50.00 | |
| 3/18/2019 | XCAM | 2018 CAM | 2,565.80 | | 2,565.80 | |
| 3/31/2019 | XRE | 2018 RE Reconciliation | 133,764.53 | (28,585.30) | 105,179.23 | 140106942 |
| 5/1/2019 | MISC | MISCELLANEOUS INCOME | 50.00 | | 50.00 | |
| 5/1/2019 | HVAC | HVAC | 131.67 | | 131.67 | |

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 1/1/2010 | .00 |
| Plus Charges From | 1/1/2010 | 136,875.34 |
| Less Payments / Credits From | 1/1/2010 | (28,585.30) |
| **AMOUNT DUE:** | | **108,290.04** |

## ACCOUNT AGING

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| | 181.67 | 105,179.23 | 2,565.80 | | 363.34 |

## ADDENDUM TO PROOF OF CLAIM

The lease documents which form the basis of this claim are voluminous and will be furnished to any party requesting a copy thereof. All such requests should be made to the claimant's counsel at the following address:

>Jeffrey Kurtzman, Esquire
>**KURTZMAN | STEADY, LLC**
>401 S. 2nd Street, Suite 200
>Philadelphia, PA  19147
>Telephone:  (215) 939-1222
>Email:  kurtzman@kurtzmansteady.com