# EXHIBIT "C"

# Jeffrey Kurtzman

| | |
|---|---|
| **From:** | Banaszak, Tammi <Tammi.Banaszak@searshc.com> |
| **Sent:** | Wednesday, May 29, 2019 10:21 AM |
| **To:** | Gayle Tiernan; Marian E. Purzycki |
| **Cc:** | Christiana Uy |
| **Subject:** | RE: PREIT cure payments |

2755—pre petition taxes of 105,179.23 will be processed thru the cure process
2018 CAM is received and will be processed asap

We are currently reviewing those items as quickly as possible


*Thank you,*
*Tammi Banaszak*
*DIRECTOR-REAL ESTATE*
*Transform SR Holding Management LLC*

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Gayle Tiernan [mailto:Gayle.Tiernan@preit.com]
**Sent:** Wednesday, May 29, 2019 9:02 AM
**To:** Marian E. Purzycki <Marian.Purzycki@preit.com>; Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Cc:** Christiana Uy <Christiana.Uy@preit.com>
**Subject:** RE: PREIT cure payments


**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Hi Tammi,

I am not seeing that Marian answered your question about Jacksonville. It is Sears #2755.

| | | | | |
|---|---|---|---|---|
| 09/01/2018 | MISC | 50.00 | 50.00 | MISCELLANEOUS INCOME |
| 09/01/2018 | HVAC | 131.67 | 131.67 | HVAC |
| 10/01/2018 | MISC | 50.00 | 50.00 | MISCELLANEOUS INCOME |
| 10/01/2018 | HVAC | 131.67 | 131.67 | HVAC |
| 03/18/2019 | XCAM | 2,565.80 | 2,565.80 | 2018 CAM |
| 03/31/2019 | XRE | 133,764.53 | 105,179.23 | 2018 RE Reconciliation |

Thanks!

1

Gayle

---

**From:** Marian E. Purzycki
**Sent:** Tuesday, May 28, 2019 3:56 PM
**To:** Banaszak, Tammi
**Cc:** Christiana Uy; Gayle Tiernan; Diane Gilbert
**Subject:** RE: PREIT cure payments

For Exton #1073, total rent was $8,816.30 including an annual rental payment of $1,000. We received the $7,816.30 common area maintenance payment but not the $1,000 annual rent. With the $917.00 payment, a balance of $83 remains due.

For Moorestown #1494, total rent was $3,489.58 including a monthly rental payment of $166.66. We received $3,489.58 for January. With the $167.00 payment, a credit balance of $137 remains.

---

**From:** Banaszak, Tammi [mailto:Tammi.Banaszak@searshc.com]
**Sent:** Tuesday, May 28, 2019 2:50 PM
**To:** Marian E. Purzycki
**Cc:** Christiana Uy
**Subject:** RE: PREIT cure payments

When we filed in December 2018 we pulled our in house accruals to note what would be due the Landlords for Jan 2019—It was one month's rent

Jacksonville Kmart or Sears ?

*Thank you,*
*Tammi Banaszak*
*DIRECTOR-REAL ESTATE*
*Transform SR Holding Management LLC*

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Marian E. Purzycki [mailto:Marian.Purzycki@preit.com]
**Sent:** Tuesday, May 28, 2019 1:27 PM
**To:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Cc:** Christiana Uy <Christiana.Uy@preit.com>
**Subject:** RE: PREIT cure payments


**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

---

Thanks, Tammi.

I have a few questions.
What I meant by "Accrual estimation"?

2

Can you update me on the status of payment for Jacksonville's real estate tax?

---

**From:** Banaszak, Tammi [mailto:Tammi.Banaszak@searshc.com]
**Sent:** Tuesday, May 28, 2019 12:32 PM
**To:** Marian E. Purzycki
**Cc:** Christiana Uy
**Subject:** RE: PREIT cure payments

S 1073-$917.00 Accrual estimation ; should have created credit on our account –please verify
S 1494-$167.00 Accrual estimation ; should have created credit on our account –please verify
S 1711 $8905.41=Utilities for 10.1.17-3.21.19
S 2373 $134,307.44= Tax of $122,649.49 1/1/18-10.14.18; Utility of $11,657.95 for 4.1.18-12.31.18
    For Dartmouth, the total tax billing was $155,982.80.  We received a partial payment of $33,070.55 leaving $122,912.25 due.  Why is there a difference in payment.
S 2664 $70,379.46= Tax of $12,062.99 7.1.18-10.14.18; Utility of $54,884.58 4.27.18-3.26.18; Misc. account charges  $3431.89
    For Francis Scott Key, the total tax billing was $75,259.19.  We received a partial payment of $16,082.79 leaving $59,176.40 due.  Why is there a difference in payment?

*Thank you,*
*Tammi Banaszak*
*DIRECTOR-REAL ESTATE*
*Transform SR Holding Management LLC*

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Marian E. Purzycki [mailto:Marian.Purzycki@preit.com]
**Sent:** Monday, May 20, 2019 12:14 PM
**To:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Cc:** Christiana Uy <Christiana.Uy@preit.com>
**Subject:** PREIT cure payments

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

---

Tammi,
We received the attached cure checks today.

Would you have any detail on what these payments are covering?

There are several items, both pre and post-petition for all locations and we want to be sure these are applied properly.

Thanks.

Marian E Purzycki
Director, Property Accounting

3

This message, including any attachments, is the property of Transform HoldCo LLC and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Transform HoldCo LLC and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Transform HoldCo LLC and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

To: Banaszak, Tammi <Tammi.Banaszak@searshc.com>
Subject: Re: Sears-Jacksonville Mall 2018 CAM & RE Balance

Please see attached for proof of claim.
It's Claim #19564 replacing Claim #3789 in the Claims Agent's database


JEANNIE CAMPBELL
Property Bookkeeper
Jacksonville Mall, Jacksonville NC
Valley View Mall, La Crosse WI
Wyoming Valley Mall, Wilkes-Barre PA
☎ phone: 910.353.2478 Ext 205 | 🖷 fax: 910.353.1021 | ✉ e-mail: jeannie.campbell@preit.com

---

**From:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Sent:** Thursday, July 11, 2019 7:43 AM
**To:** Jeannie Campbell <Jeannie.Campbell@preit.com>; Property Tax <propertytax@searshc.com>
**Subject:** RE: Sears-Jacksonville Mall 2018 CAM & RE Balance

Please provide a copy of the claim or objection filed regarding any 2018 charges


*Thank you,*
*Tammi Banaszak*
*DIRECTOR-REAL ESTATE*
*Transform SR Holding Management LLC*

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

---

**From:** Jeannie Campbell [mailto:Jeannie.Campbell@preit.com]
**Sent:** Tuesday, July 02, 2019 7:36 AM
**To:** Property Tax <propertytax@searshc.com>; Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Subject:** Fw: Sears-Jacksonville Mall 2018 CAM & RE Balance
**Importance:** High

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

---

Good morning,
Please provide an update on the balance.
Thank you in advance


JEANNIE CAMPBELL

2

18-23538-shl    Doc 5103-3    Filed 09/10/19    Entered 09/10/19 12:06:55    Exhibit C
Pg 7 of 10

Property Bookkeeper
Jacksonville Mall, Jacksonville NC
Valley View Mall, La Crosse WI
Wyoming Valley Mall, Wilkes-Barre PA
☎ phone: 910.353.2478 Ext 205 | 🖷 fax: 910.353.1021 | ✉ e-mail: jeannie.campbell@preit.com

---

**From:** Jeannie Campbell
**Sent:** Friday, June 28, 2019 2:13 PM
**To:** propertytax@searshc.com; Banaszak, Tammi
**Subject:** Fw: Sears-Jacksonville Mall 2018 CAM & RE Balance

Hi, Can you verify the balance has been processed?
Thank you


JEANNIE CAMPBELL
Property Bookkeeper
Jacksonville Mall, Jacksonville NC
Valley View Mall, La Crosse WI
Wyoming Valley Mall, Wilkes-Barre PA
☎ phone: 910.353.2478 Ext 205 | 🖷 fax: 910.353.1021 | ✉ e-mail: jeannie.campbell@preit.com

---

**From:** Jeannie Campbell
**Sent:** Tuesday, June 18, 2019 12:22 PM
**To:** Banaszak, Tammi; propertytax@searshc.com
**Subject:** Fw: Sears-Jacksonville Mall 2018 CAM & RE Balance

Please provide a payment update per the attached.
Thank you


JEANNIE CAMPBELL
Property Bookkeeper
Jacksonville Mall, Jacksonville NC
Valley View Mall, La Crosse WI
Wyoming Valley Mall, Wilkes-Barre PA
☎ phone: 910.353.2478 Ext 205 | 🖷 fax: 910.353.1021 | ✉ e-mail: jeannie.campbell@preit.com

---

**From:** Jeannie Campbell
**Sent:** Wednesday, May 22, 2019 11:27 AM
**To:** Banaszak, Tammi
**Subject:** Sears-Jacksonville Mall 2018 CAM & RE Balance

Hi Tammi,

3

$28,585.30 check #140106942 was a partial payment for 2018 real estate. The lease has been assumed so balance is expected.
Also, 2018 CAM has not been received. Can you provide an update on both?
Thank you


JEANNIE CAMPBELL
Property Bookkeeper
Jacksonville Mall, Jacksonville NC
Valley View Mall, La Crosse WI
Wyoming Valley Mall, Wilkes-Barre PA
☎ phone: 910.353.2478 Ext 205 | 🖨 fax: 910.353.1021 | ✉ e-mail: jeannie.campbell@preit.com

This message, including any attachments, is the property of Transform HoldCo LLC and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

4

~~~Forwarded message:~~~

**From:** "Banaszak, Tammi" <Tammi.Banaszak@searshc.com>
**Date:** September 5, 2019 at 3:01:36 AM EDT
**To:** "Marian E. Purzycki" <Marian.Purzycki@preit.com>, Gayle Tiernan <Gayle.Tiernan@preit.com>
**Cc:** Christiana Uy <Christiana.Uy@preit.com>
**Subject: RE: PREIT cure payments 2755**

Post-petition RE Tax was processed in March 2019 prior to assignment or assumption by Transform — invoiced 133,764.53 of which 105,179.23 is pre-petition under the C11 filing of Sears Holdings

For the Jacksonville unit # 2755 the items listed as open for the months of 9.1.18-3.31.19 are barred per paragraph 12 of the May 13, 2019 assignment and assumption order [$108,108.37]

Both schedules attached for this unit noted $0.00 cure amounts or objections

1

## Jeffrey Kurtzman

**From:** Christiana Uy <Christiana.Uy@preit.com>
**Sent:** Thursday, September 5, 2019 1:27 PM
**To:** Jeffrey Kurtzman
**Subject:** FW: Sears-Jacksonville Mall 2018 CAM & RE Balance
**Attachments:** Proof of Claim.PDF; Statement.pdf

For your motion.

**From:** Jeannie Campbell
**Sent:** Thursday, September 05, 2019 11:43 AM
**To:** Christiana Uy
**Cc:** Gayle Tiernan; Marian E. Purzycki
**Subject:** Fw: Sears-Jacksonville Mall 2018 CAM & RE Balance

I've sent e-mails to Tammi for quite sometime. The only response I've received was in July when she requested the proof of claim. I sent it to her on 7/23. She has not responded since it was sent to her.


JEANNIE CAMPBELL
Property Bookkeeper
Jacksonville Mall, Jacksonville NC
Valley View Mall, La Crosse WI
Wyoming Valley Mall, Wilkes-Barre PA
• phone: 910.353.2478 Ext 205 | 7 fax: 910.353.1021 | • e-mail: jeannie.campbell@preit.com

**From:** Jeannie Campbell
**Sent:** Thursday, August 15, 2019 2:07:16 PM
**To:** Christiana Uy <Christiana.Uy@preit.com>
**Cc:** Gayle Tiernan <Gayle.Tiernan@preit.com>
**Subject:** Fw: Sears-Jacksonville Mall 2018 CAM & RE Balance

Hi Christiana, Please see the chain of e-mails below. I have attached the proof of claim sent to the tenant and a current statement of open charges.


JEANNIE CAMPBELL
Property Bookkeeper
Jacksonville Mall, Jacksonville NC
Valley View Mall, La Crosse WI
Wyoming Valley Mall, Wilkes-Barre PA
☎ phone: 910.353.2478 Ext 205 | 🖨 fax: 910.353.1021 | ✉ e-mail: jeannie.campbell@preit.com

**From:** Jeannie Campbell
**Sent:** Tuesday, July 23, 2019 11:18 AM

1