UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors[1]. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

TO THE HONORABLE COURT:

I, Carlos R. Ríos Gautier (the "Applicant"), request admission *pro hac vice*, before Honorable Robert D. Drain, to represent Santa Rosa Mall LLC ("Santa Rosa Mall"), a creditor in the captioned case, and in support, submit as follows:

1. *I certify that I am a member in good standing* of the bar in the Commonwealth of Puerto Rico, Supreme Court and, the bar of the following jurisdictions:

| Jurisdiction | Year admitted |
|---|---|
| US District Court for the District of Puerto Rico | 1966 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

In Re Sears Holding Corp. (Case No. 18-23538 (RDD))
Motion for Admission To Practice, Pro Hac Vice
Page **2** of **2**

18-23538-shl    Doc 5105    Filed 09/10/19    Entered 09/10/19 12:59:37    Main Document
Pg 2 of 2

2. In support of this document, the Applicant is submitting an affidavit stating (a) whether the applicant has ever been convicted of a felony, (b) whether the Applicant has ever been censured, suspended, disbarred or denied admission or readmission by any court, (c) whether there are any disciplinary proceedings presently against the Applicant and (d) the facts and circumstances surrounding any affirmative responses to (a) through (c) (the "Affidavit"). The Affidavit is attached hereto as **Exhibit I**.

3. Also in support of this document, Applicant is submitting Good Standing Certificate from the Commonwealth of Puerto Rico, Supreme Court, which is attached hereto as composite **Exhibit II**.

4. I have submitted the filing fee of $200.00 with this *pro hac vice* admission.

Respectfully submitted.
Dated: August 29, 2019.

27 González Giusti Street, Suite 300
Guaynabo, Puerto Rico 00968-3076
Phone: (787) 753-7750
Facsimile: (787) 759-6768

_____
Carlos R. Ríos Gautier
USDC No. 112606
Email: riosgautierlaw@yahoo.com

Affidavit No. -153-

Sworn and subscribed before me by Carlos R. Ríos Gautier, of legal age, married, attorney and resident of San Juan, Puerto Rico, whom I personally know.

In Guaynabo, Puerto Rico on August 29, 2019

_____
Notary Public
My commission does not expire