EXHIBIT I

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
| --- | --- |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors[1]. | |

**AFFIDAVIT OF APPLICANT IN SUPPORT OF**
**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

TO THE HONORABLE COURT:

I, Carlos R. Ríos Gautier, declare as follows under penalty of perjury:

1. I am an attorney and principal partner of the Ríos Gautier & Cestero C.S.P., which has its principal office at 27 González Giusti Street, Suite 300, Guaynabo, Puerto Rico.

2. This Declaration is being submitted in connection with the Motion for Admission to Practice, *Pro Hac Vice* on behalf of Santa Rosa Mall, LLC ("Santa Rosa Mall"), a creditor in the above referenced case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

18-23538-shl    Doc 5105-1    Filed 09/10/19    Entered 09/10/19 12:59:37    Exhibit I-
Affidavit    Pg 2 of 2

In Re: Sears Holding Corp. (Case No. 18-23538 (RDD))
Affidavit of Applicant in Support of Motion for Admission Pro Hac Vice
Page **2** of **2**

3. I certify that (a) I have not ever been convicted of a felony; (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; (c) there are not are any disciplinary proceedings presently against me; and (d) the facts and circumstances surrounding any affirmative responses to (a) through (c).

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| Respectfully submitted.<br>Dated: August 29, 2019. | 27 González Giusti Street, Suite 300<br>Guaynabo, Puerto Rico 00968-3076<br>Phone: (787) 753-7750<br>Facsimile: (787) 759-6768<br><br>_____<br>Carlos R. Ríos Gautier<br>USDC No. 112606<br>Email: riosgautierlaw@yahoo.com |

Affidavit No. -154-

Sworn and subscribed before me by Carlos R. Ríos Gautier, of legal age, married, attorney and resident of San Juan, Puerto Rico, whom I personally know.

In Guaynabo, Puerto Rico on August 29, 2019



_____
Notary Public
My commission does not expire