**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**In the Matter of an Application to Bring
an Electronic Device(s) into the
Hon. Charles L. Brieant, Jr. Federal
Building and Courthouse for
Use in a Trial or Proceeding.**

Order No. _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use during the hearing in proceeding in the case entitled *In re Sears Holdings Corporation, et al.*, Case No. 18-23538 (RDD), which is anticipated to begin and conclude on September 12, 2019.

| Attorneys for Akin Gump | Device(s) |
|---|---|
| Ira Dizengoff | Laptop/Ipad/smart phone/MiFi |
| Phil Dublin | Laptop/Ipad/smart phone/MiFi |
| Zach Lanier | Laptop/Ipad/smart phone/MiFi |
| Joseph Sorkin | Laptop/Ipad/smart phone/MiFi |
| Lacy Lawrence | Laptop/Ipad/smart phone/MiFi |
| John Kane | Laptop/Ipad/smart phone/MiFi |
| Sara Brauner | Laptop/Ipad/smart phone/MiFi |

*(Attach Extra Sheet if Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

This Order does not authorize any attorney or law firm to bring more than three GPCDs into the Courthouse unless its receipt has been acknowledged by the Chair of the Court's Technology Committee.

Dated: September 6, 2019

**SO ORDERED**
**/s/Robert D. Drain**
**United States Bankruptcy Judge**

**Additional Provisions**

1. The term General Purpose Computing Device ("GPCD") as used in this Order is defined as set forth in the United States District Court's Local Civil Rule 1.8.

2. GPCD screens and monitors are limited to one screen or monitor per GPCD and shall not obstruct vision or otherwise interfere with the proceedings.

3. Printers, scanners other noise-emitting devices shall not be connected to authorized GPCDs while GPCDs are in a courtroom.

4. No GPCD shall be connected to the Court's computer network or any device connected thereto. No GPCD that is connected to a court reporter's device for the purpose of receiving a real-time feed may be networked with any other GPCD or Personal Electronic Device.