David W. Dykhouse (dwdykhouse@pbwt.com)
Daniel A. Lowenthal (dalowenthal@pbwt.com)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel: (212) 336-2000
Fax: 9212) 336-2222

**Hearing Date and Time:**
**September18, 2019 at 10:00 a.m.**

**Objection Deadline:**
**September 16, 2019 at 12:00 p.m.**

Thomas J. Flynn (tflynn@larkinhoffman.com)
LARKIN HOFFMAN DALY & LINDGREN, LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, Minnesota 55437-1060
Tel: (952) 835-3800
Fax: (952) 896-3333

*Attorneys for MOAC Mall Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

### NOTICE OF HEARING ON MOTION OF MOAC MALL HOLDINGS LLC (I) FOR A STAY PENDING APPEAL; AND (II) TO EXPEDITE TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

11297731v.1

**PLEASE TAKE NOTICE THAT** a hearing on the annexed motion (the "Motion")[2] of MOAC Mall Holding LLC ("MOAC") for an order pursuant to 28 U.S.C. § 158 and Federal Rules of Bankruptcy Procedure 8007, 8010, and 9006, (a) staying the Assignment Order [ECF No. 5074] pending appeal, (b) ordering the Clerk of the Bankruptcy Court to transmit a copy of the record on appeal to the Clerk of the District Court immediately upon the expiration of the deadline for appellees' designation of additional items to be included in the record on appeal, and (c) granting MOAC such other and further relief as is just and equitable, all as more fully set forth in the Motion, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on **September 18, 2019 at 10:00 a.m. (Eastern Time)** (the "**Hearing**"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) by all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

2.

11297731v.1

*Procedures*, entered on November 1, 2018 (ECF No. 405), so as to be filed and received no later than **September 16, 2019 at 12:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, MOAC may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

Dated:  September 10, 2019            Respectfully submitted,
        Minneapolis, Minnesota

                                                */e/Thomas J. Flynn*
                                                Thomas J. Flynn
                                                Admitted *pro hac vice* on December 26, 2018
                                                Alexander J. Beeby
                                                Admitted *pro hac vice* on August 28, 2019
                                                Larkin Hoffman Daly & Lindgren, Ltd.
                                                8300 Norman Center Drive
                                                Suite 1000
                                                Minneapolis, Minnesota  55437-1060
                                                (952) 835-3800
                                                tflynn@larkinhoffman.com


Dated:  September 10, 2019            */e/David W. Dykhouse*
                                                David W. Dykhouse
                                                Daniel A. Lowenthal
                                                Patterson Belknap Webb & Tyler LLP
                                                1133 Avenue of the Americas
                                                New York, New York  10036-6710
                                                (212) 336-2000
                                                dwdykhouse@pbwt.com
                                                dalowenthal@pbwt.com

                                                *Attorneys for MOAC Mall Holdings LLC*