UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11<br>) Case No. 18-23538 (RDD)<br>) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) (Jointly Administered)<br>) |
| Debtors.[1] | ) |

### ORDER GRANTING EXPEDITED HEARING ON MOTION OF MOAC MALL HOLDINGS LLC (I) FOR A STAY PENDING APPEAL AND (II) TO EXPEDITE TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Upon the motion (the "**Motion**")[2] of MOAC Mall Holdings LLC ("**MOAC**") for an expedited hearing on a motion (the "**Stay Motion**") for an order (a) staying the Assignment Order pending appeal, (b) ordering the Clerk of the Bankruptcy Court to transmit a copy of the record on appeal to the Clerk of the District Court immediately upon the expiration of the deadline for appellees' designation of additional items to be included in the record on appeal, and (c) granting MOAC such other and further relief as is just and equitable; and the Court having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Stay Motion.

11297792v.1

jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the hearing (the "**Hearing**") to consider the Stay Motion shall be held on **September 18, 2019, at 10:00 a.m (Eastern Time)** before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140, or as soon thereafter as counsel may be heard; and it is further

**ORDERED** that responses or objections (the "**Objections**"), if any, to the Stay Motion shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) by all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405), so as to be filed and received no later than **September 16, 2019 at 12:00 p.m. (Eastern Time)** (the "**Objection Deadline**"); and it is further

**ORDERED** that if no Objections are timely filed and served with respect to the Motion, MOAC may, on or after the Objection Deadline, submit to the Bankruptcy Court an order

2.

11297792v.1

substantially in the form of the proposed order annexed to the Stay Motion, which order may be entered without further notice or opportunity to be heard; and it is further

**ORDERED** that any appeal filed within 14 days after the entry of the order authorizing assumption and assignment of the MOAC lease, filed as ECF No. 5074, shall not be rendered moot during the Court's consideration of the Stay Motion; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters related to the interpretation of this Order.

Dated: September ____, 2019  
       White Plains, New York

                                      THE HONORABLE ROBERT D. DRAIN  
                                      UNITED STATES BANKRUPTCY JUDGE