UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
MIDWOOD MANAGEMENT CORP., AS AGENT :
FOR EXPRESSWAY PLAZA I, LLC AND :
FARMINGVILLE ASSOCIATES PHASE I, LLC, :
AS TENANTS IN COMMON, : Civ. Case No.: 19-cv-02065-CS
:
                        Appellants, :
:
v. :
:
SEARS HOLDINGS CORPORATION, *et al.*,[1] :
:
                        Appellees. :
----------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that, pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the above-captioned appeal is voluntarily dismissed, with each party bearing its own costs.

---

[1] The appellees, along with the last four digits of each appellee's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: August 7, 2019

| FARRELL FRITZ, P.C. | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| *(signed)* | |
| Patrick Collins | Jacqueline Marcus |
| Veronique A. Urban | Jared R. Friedmann |
| 400 RXR Plaza | 767 Fifth Ave |
| Uniondale, New York 11556 | New York, New York 10153 |
| Telephone: (516) 227-0700 | Telephone: (212) 310-8000 |
| *Attorneys for Appellants Midwood Management Corp., as agent for Expressway Plaza I, LLC and Farmingville Associates Phase I, LLC as tenants in common* | *Attorneys for Appellees Sears Holdings Corporation and its affiliated debtors and debtors in possession* |

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

*(signed)*

Luke A. Barefoot
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2829

*Attorneys for Appellee Transform Holdco LLC*

2

FF\8589768.3

Dated: August __ , 2019

**FARRELL FRITZ, P.C.**                    **WEIL, GOTSHAL & MANGES LLP**

_____              _/s/ Jacqueline Marcus_____
Patrick Collins                              Jacqueline Marcus
Veronique A. Urban                           Jared R. Friedmann
400 RXR Plaza                                767 Fifth Ave
Uniondale, New York 11556                    New York, New York 10153
Telephone: (516) 227-0700                    Telephone: (212) 310-8000

*Attorneys for Appellants Midwood*           *Attorneys for Appellees Sears Holdings*
*Management Corp., as agent for Expressway*  *Corporation and its affiliated debtors and*
*Plaza I, LLC and Farmingville Associates*   *debtors in possession*
*Phase I, LLC as tenants in common*


**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**


_____
Luke A. Barefoot
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2829

*Attorneys for Appellee Transform Holdco LLC*


SO ORDERED.

_/s/ Cathy Seibel_____
CATHY SEIBEL, U.S.D.J.

8/9/2019

2