# COMMERCIAL CENTERS MANAGEMENT, INC.

P O Box 362983, San Juan Puerto Rico 00936-2983
Phone: (787) 300-6141  Fax: (787) 622-3674
Email: emoitt@ccmpr.com

4/17/2008

Sears Homelife #1915,
PO BOX 660200
Dallas, TX 75266-0200

Re:   Santa Rosa Mall
      Insurance Certificate Policy
      Tenant Name: Sears Homelife #1915,
      Tenant #:    600-060
      Unit #:      37

Dear Tenant:

Effective January 1, 2008 the above referenced property is owned by Santa Rosa Mall LLC, therefore it is required that your insurance company includes the new owner as an additional certificate holder.

We hereby request that you change your policy to include Santa Rosa Mall LLC, and Commercial Centers Management, Inc. (as Landlord) as an additional insured., then remit to us updated copies of your insuranse Policy.

Also, please include tenant number (600-060) and name ( Sears Homelife #1915, ) on the certificate of insurance.

Cordially,

Edward Moitt
Leasing Department

| ACORD™ EVIDENCE OF COMMERCIAL PROPERTY INSURANCE | | DATE (MM/DD/YYYY) 08/02/2005 |
|---|---|---|

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

**PRODUCER NAME, CONTACT PERSON AND ADDRESS**
LOCKTON COMPANIES,LLC-K CHICAGO
525 W. Monroe, Suite 600
CHICAGO IL 60661

PHONE (A/C, No, Ext): (312) 669-6900
FAX (A/C, No, Ext):
EMAIL ADDRESS:

**COMPANY NAME AND ADDRESS**
RECEIVED
 10 2007
See Attached**
Commercial Centers

NAIC NO:

CODE:    SUB CODE:
AGENCY CUSTOMER ID #: SEAHO59

**NAMED INSURED AND ADDRESS**
1002413
Sears Holdings Corporation
d/b/a Sears Holdings Management Corporation
d/b/a Sears, Roebuck and Co.
Attn: Dept. 765X Office B6-334A
3333 Beverly Rd.
Hoffman Estates IL 60179

ADDITIONAL NAMED INSURED(S)

IF MULTIPLE COMPANIES COMPLETE SEPARATE FORM FOR EACH

LOAN NUMBER

POLICY NUMBER
See Attachment

EFFECTIVE DATE    EXPIRATION DATE
06/29/2007    06/01/2008

CONTINUED UNTIL TERMINATED IF CHECKED

THIS REPLACES PRIOR EVIDENCE DATED:

**PROPERTY INFORMATION** (Use additional sheets if more space is required)    C7
LOCATION/DESCRIPTION

| COVERAGE INFORMATION | CAUSE OF LOSS FORM | BASIC | | BROAD | X | SPECIAL | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 50,000,000 | | | | | | | | DED: | |

| | YES | NO | | | | |
|---|---|---|---|---|---|---|
| BUSINESS INCOME / RENTAL VALUE | X | | If YES, | LIMIT: See Remarks | X Actual Loss Sustained | # of months: 12 |
| BLANKET COVERAGE | | X | If YES, indicate amount of Insurance on properties identified above: $ | | | |
| TERRORISM COVERAGE | | X | Attached signed Disclosure Notice / DEC | | | |
| IS COVERAGE PROVIDED FOR "CERTIFIED ACTS" ONLY? | | X | If YES, | SUB LIMIT: | DED: | |
| IS COVERAGE A STAND ALONE POLICY? | | X | If YES, | LIMIT: | DED: | |
| DOES COVERAGE INCLUDE DOMESTIC TERRORISM? | | X | If YES, | SUB LIMIT: | DED: | |
| COVERAGE FOR MOLD | | X | If YES, | LIMIT: | DED: | |
| MOLD EXCLUSION (If "YES", specify organization's form used) | X | | | | | |
| REPLACEMENT COST | X | | | | | |
| AGREED AMOUNT | | X | | | | |
| COINSURANCE | | X | If YES, | % | | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | If YES, | LIMIT: Included | DED: | |
| LAW AND ORDINANCE - Coverage for loss to undamaged portion of building | X | | If YES, | LIMIT: Included | DED: | |
| - Demolition Costs | X | | If YES, | LIMIT: Included | DED: | |
| - Incr. Cost of Construction | X | | If YES, | LIMIT: Included | DED: | |
| EARTHQUAKE (If Applicable) | X | | If YES, | LIMIT: Included | DED: | |
| FLOOD (If Applicable) | X | | If YES, | LIMIT: Included | DED: | |
| WIND/HAIL (If Separate Policy) | X | | If YES, | LIMIT: Included | DED: | |
| PERMISSION TO WAIVE SUBROGATION PRIOR TO LOSS | X | | | | | |

**REMARKS** - Including Special Conditions (Use additional sheets if more space is required)
Limited to Rental Value and Rental Income. Real and/or personal property, including Improvements and Betterments, Boiler Machinery, Extra Expense, Rental Income situated at: Unit 1915, Santa Rosa Mall, Ave. Aguas Buenas, Bayamon, PR 00959.

**CANCELLATION**
THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW ___30___ DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

**ADDITIONAL INTEREST**    [M85229]

| NAME AND ADDRESS | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|
| 23411 Real Estate Equity SE c/o Commercial Centers Management, Inc. Plaza Caparra FD Roosevelt Ave., Corner of Park Side Street Guaynabo PR 00968 | |
| MORTGAGEE LOSS PAYEE | AUTHORIZED REPRESENTATIVE |

ACORD 28 (2003/10)    For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'SEAHO59' © ACORD CORPORATION 2003

Sears Holding Corporation
Policy Period: June 29, 2007 - June 1, 2008
Property Limit: $50,000,000

| Primary $50,000,000 All Risk | Policy Number |
|---|---|
| Allied World Assurance Company | P003839-004 |
| Continental Casualty | RMP2068254067 |
| Landmark American Insurance Company | LHD353618 |
| Axis Reinsurance Company | RNB733560-07 |
| Everest Reinsurance Company | DP800608A |
| Lloyd's of London | JA002760V |
| Lexington Insurance Company | JA002650W |
| Ironshore | JA002670W |

**Coverage/Perils:**

Blanket Building and Personal Property
Replacement Cost Valuation
No Coinsurance
Waiver of Subrogation - Included
Mold Coverage - Excluded

All real and personal property owned, acquired by, used by, intended for use by the insured, including real and personal property of others in the insured's care, custody or control; extra expenses, contingent extra expense, rents, rental income, leasehold interests, valuable papers, and records, accounts receivable and other coverages further described in the policy form.



# Santa Rosa Mall, LLC

P O Box 362983, San Juan Puerto Rico 00936-2983
Phone: (787) 300-6122 Fax: (787) 622-3661
Email: wrodriguez@ccmpr.com

March 10, 2014

Sears Roebuck and Co. #1915,
Sears C/O FNIS
PO Box 2254
Omaha, NE 68103-2254

Re:    Insurance Certificate Policy
       Tenant Name: Sears Roebuck and Co. #1915, Santa Rosa Mall, LLC
       Tenant: 600-061

Dear Tenant:

Effective 01/01/2014 all Insurance endorsement must include Commercial Centers Management Realty S. n C. as an additional insured. Please remove Commercial Centers Management, Inc (previous additional insured entity).

In accordance with your lease, Tenant must have an Insurance coverage of $2,000,000 and the Landlord must be included as an additional Insured, as follows,

        a. Santa Rosa Mall, LLC
        b. 3 Pals Caribe, LLC
        c. Commercial Center Management Realty S. n C.

Please make all necessary arrangements with your insurance company, and provide a copy of your insurance coverage in the following 5 days.

Cordially,

*Waldemar Rodríguez*
Lease Administration

# Jose Aguilu

| | |
|---|---|
| **From:** | Jessy Peral |
| **Sent:** | Thursday, June 19, 2014 5:07 PM |
| **To:** | cyndi_beattner@ars.aon.com |
| **Cc:** | Jose Aguilu; Waldemar Rodríguez |
| **Subject:** | Insurance - Sears Roebuk #1915 & Sears Homelife #4660 |

Dear Tenant,

We have sent various notifications requesting an updated Certificate of Insurance. As of today we have not received it from you or we have received a new Certificate of Insurance that does not comply with the lease requirements.

Note that effective 01/01/2014 all Insurance endorsement must include Commercial Centers Management Realty S. en C. as an additional insured. You must remove Commercial Centers Management, Inc. (previous additional insured entity) from your Certificate of Insurance.

In accordance with your lease, Tenant must have an Insurance coverage of $2,000,000 and the Landlord must be included as an additional Insured, as follows,

a. 3 Pals Caribe, LLC
b. Santa Rosa Mall, LLC
c. Commercial Centers Management Realty S. en C.

It is imperative that you provide the Landlord with an updated a copy of your Certificate of Insurance within the following 5 days. You may send the requested document via email to Mr. Waldemar Rodriguez at wrodriguez@ccmpr.com or via certified mail to

***Commercial Centers Management Realty S. en C.***
**Attn: Mr. Waldemar Rodriguez**
**P.O. Box 362983**
**San Juan, PR 00936-2983**

Cordially,

Mr. Waldemar Rodriguez
Lease Administrator
787-300-6122

José Aguilú
Lease Administration Supervisor
787-300-6115



*Jessy Peral*
*Accounts Receivable Collector*
**Commercial Centers Management**
**Realty S en C**
*P.O. Box 362983, San Juan PR 00936*
*Tel (787 )300-6141 Fax (787) 277-9601*
*Email: jperal@ccmpr.com*

 **Go Green! Please don't print this e-mail unless you really need to.**

2

## Juan C. Cintron

| | |
|---|---|
| **From:** | Juan C. Cintron <jccintron@ccmpr.com> |
| **Sent:** | Thursday, May 12, 2016 4:33 PM |
| **To:** | Cyndi Beattner |
| **Cc:** | shldre@searshc.com; afshaw@searshc.com |
| **Subject:** | RE: Sears Roebuck # 1915 - Certificate of Insurance |
| **Attachments:** | image001.png |

Hi Cyndi,

The certificate Holder and additional insured should be: Santa Rosa Mall, LLC,  3 Pals Caribe, LLC and Commercial Centers Management Realty, SenC.

The address is:

PO Box 362983
San Juan, PR 009336-2983

Thank you.



*Juan C. Cintrón Díaz*
*Lease Administrator*
*Commercial Centers Management*
*P: 787.622.9600 x 139*
*D: 787.300.6139*
*F: 787.277.9601*
*E: jccintron@ccmpr.com*

PRIVILEGED AND CONFIDENTIAL: This communication, including attachments, is for the exclusive use of the intended addressee and may contain proprietary, confidential or privileged information of Commercial Centers Management and its affiliated entities. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies.



1

**From:** Cyndi Beattner [mailto:cyndi.beattner@aon.com]
**Sent:** Thursday, May 12, 2016 4:05 PM
**To:** Juan C. Cintron
**Cc:** shldre@searshc.com; afshaw@searshc.com
**Subject:** RE: Sears Roebuck # 1915 - Certificate of Insurance

Hi Juan,

Who is the cert holder? What is the cert. holders complete address information?

Thanks

**Cyndi Beattner | Administrative Assistant**
**Aon Risk Solutions**
200 East Randolph | Chicago, IL 60601
t +1.312.381.4256 | f +1.312.381.6216
Cyndi.Beattner@aon.com | aon.com
Aon Risk Services Central, Inc. | Illinois Division

**From:** Juan C. Cintron [mailto:jccintron@ccmpr.com]
**Sent:** Thursday, May 12, 2016 2:44 PM
**To:** Cyndi Beattner
**Cc:** shldre@searshc.com; afshaw@searshc.com
**Subject:** Sears Roebuck # 1915 - Certificate of Insurance

Good afternoon,

I will like to formally request the current certificate of insurance for Sears Store # 1915 located in Bayamon, PR.

Per our records, we don't have the renewal document which should be effective on August 2015.

If you can please forward it to my email, or if you can give me the name of the right contact person for this matter I will appreciate it.

Thank you for your help in this matter.

2



*Juan C. Cintrón Díaz*
*Lease Administrator*
**Commercial Centers Management**
*P: 787.622.9600 x 139*
*D: 787.300.6139*
*F: 787.277.9601*
*E: jccintron@ccmpr.com*

PRIVILEGED AND CONFIDENTIAL: This communication, including attachments, is for the exclusive use of the intended addressee and may contain proprietary, confidential or privileged information of Commercial Centers Management and its affiliated entities. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies.

please don't print this e-mail unless you really need to

3