Exhibit IV

# Jose Aguilu

| | |
|---|---|
| **From:** | Betsy Alvarez |
| **Sent:** | Tuesday, October 03, 2017 10:40 AM |
| **To:** | Vadim Nikitine; Harold Fournier; tshymansky@ccmgroupllc.com |
| **Cc:** | Jorge Fournier; Jose Aguilu; Cindya Denis |
| **Subject:** | FW: Sears 1915 Bayamon, PR DOL 9-21-2017  /  Hurricane Maria |
| **Importance:** | High |

Mr. Elliot Feliciano, Operations Manager, informed Jose Aguilu that they are doing a new roof. Process of damage assessment started. Still in process is environmental and risk management to visit the location to have a full scope of work. At that time they will be able to provide timing.
They have contracted North Star for the moisture assessment testing.
Betsy Alvarez, CPA, MBA
Senior VP Operations & Finance
Commercial Centers Management
CCM is green. Please do not print. Help protect our planet for future generations. Thank you.

**From:** Jose Aguilu
**Sent:** Monday, October 2, 2017 2:04 PM
**To:** Betsy Alvarez <balvarez@ccmpr.com>
**Cc:** Alan Muñoz <amunoz@ccmpr.com>
**Subject:** FW: Sears 1915 Bayamon, PR DOL 9-21-2017 / Hurricane Maria

FYI

**From:** Lodi, Michael [mailto:Michael.Lodi@searshc.com]
**Sent:** Monday, October 02, 2017 1:28 PM
**To:** Jose Aguilu
**Cc:** Menendez, Dale
**Subject:** Sears 1915 Bayamon, PR DOL 9-21-2017 / Hurricane Maria

Jose,
Per our conversation Sears acknowledges its duty to insure and repair the building for damage caused by Hurricane Maria. As discussed, Sears District Facility Manager, Luis Almanza, is your primary contact for questions about Sears scheduling to complete building repair.
His cell phone # is (305) 725-0523. Please contact me should you have any questions.
Michael Lodi
Property Analyst-Risk Management
3333 Beverly Road, E3-272A
Hoffman Estates, IL 60179
Phone: 847-286-2603
Fax: 847-747-1119
EMAIL: Michael.Lodi@searshc.com

**SEARS HOLDINGS**

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.