18-23538-shl    Doc 5124-11    Filed 09/11/19    Entered 09/11/19 13:10:40    Exhibit XI-
Letter from Debtors to CCM dated 06/06/18    Pg 1 of 2

Exhibit XI

# SEARS HOLDINGS CORPORATION

June 6, 2018

**CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**
# 7016 2070 0000 0797 8848

Commercial Centers Management
PO Box 362983
San Juan, PR 00936

Via Email: ymelendez@ccmpr.com
balvarez@ccmpr.com

Re:   Sears 1915
      Location: Bayamon, PR
      Date of Loss: 9/21/2017
      Type of Loss: Hurricane Maria / Wind

Dear Ms. Melendez,

This letter is intended to provide a brief recap of our telephone conversation on June 5, 2018.

As discussed, in Section 6.4 of the Lease the Tenant's Parent Corporation, Sears Holdings Corporation, is not required to place insurance money into a special account for building repairs as a result of fire or other casualty. Our letter of June 1st explains in detail. The Certificate of Insurance confirms Sears Holdings Corporation is the insured. Please let me know if there are any further questions.

As to the progress of the building repairs, we believe we have been proceeding in a diligent fashion. In order to assure Landlord of our intent and diligence, and as promised in our call attached you will find a Construction Schedule from the Sears Construction Team. The Construction Schedule provides the approximate dates Sears expects to have specific repair items completed. As you can see, Sears anticipates having a Grand Reopening on January 1, 2019. As stated in our prior letter, Sears Holdings Corporation will provide all monies required to restore and rebuild as required by the Lease. Should you or others at your company have any Construction specific questions please feel free to contact the Sears Project Manager, Barry Brunson. His cell phone number # is (817) 689-3108, and he has working knowledge of the construction progress.

Please contact me should you have any questions. At this juncture, if Tenant does not hear from Landlord to the contrary within 5 days from the date of this letter, Tenant will consider any default alluded to in Landlord's letter dated June 1, 2018, cured and rescinded.

Sincerely,

Dale Menendez, CPCU, MBA
Director, Property Claims - Risk Mgmt
Sears Holdings Management Corporation
3333 Beverly Road, E3-240B
Hoffman Estates, IL 60179

1915 Sears Bayamon, PR

Hurricane Repair and Build Back

Sears Holdings Corporation have undertaken significant steps in restoring the Bayamon property to original condition. See below for reference on the timeline and milestones for the build-back:

- Mold Remediation - 11/2017 start, now Complete
- Interior Building Demo – 1/2018 start, now Complete
- Roof Replacement: Upper Level – 1/2018 start, now Complete
- ACM Environmental Abatement –3/2018 start, now Complete 6/15
- Architectural and Mechanical Permit Plans – Complete 6/29/2018
- Submit for Permits – 7/2 Start
- Pre-Bid Meeting – 7/06
- Material Orders Released – 7/09 Start
- Major Construction – 7/27 Start
- Roof Replacement: Lower Level – 8/3 Start
- Exterior Building Repairs – 8/6 Start
- Exterior Signs – 8/24 Start
- Merchandise Receipt: 10/15 Start

Planned date for Certificate of Occupancy to be complete is end of Calendar Year 2018