Exhibit XII

# FILED UNDER

# PENDING

# MOTION TO SEAL



**AGREEMENT**







14.



































