18-23538-shl    Doc 5124-14    Filed 09/11/19    Entered 09/11/19 13:10:40    Exhibit XIV- Letter from CCM to Aon dated 05/14/19    Pg 1 of 2

Exhibit XIV

**SANTA ROSA MALL, LLC**
**PO Box 362983**
**San Juan, PR. 00936-2983**

May 14, 2019

**PRIORITY MAIL:**

**AON RISK SERVICES CENTRAL, INC.**
**C/O Resident Agent: Illinois Corporation Service**
801 Adlai Stevenson Drive
Springfield, Illinois  62703
&
Chicago IL Office
200 East Randolph
Chicago, IL  60601

RE:   Certificate of Property Insurance # 570069032839
      Insurance Policy No. PTNAM1701557, effective from 06/01/2017-06/01/2018
      Insurance Policy No. PTNAM1802875, effective from 06/01/2018-06/01/2019

To Whom It May Concern:

The purpose of this letter is to share with you, for information purposes only, the predicament that Santa Rosa Mall, LLC ("SRM") faces on account of the omission of the insurers of the above captioned insurance policies to acknowledge that SRM is among the named insureds in the above captioned Insurance Certificate ("Certificate") issued by Aon Risk Services, Inc. evidencing property insurance coverage for the benefit of Sears, Roebuck, as Lessee and SRM's reversionary interest as Lessor of a parcel of land wherein Lessee erected Sears Store 1915.

As you may be aware, Store 1915 has remained closed since September 2017, due to damages suffered during Hurricane María. Relying on the language of the Certificate, SRM and/or Commercial Centers Management timely notified the occurrence to the parties concerned.

Considering the significant role played by Aon and its numerous affiliates in the placement and administration of the above captioned insurance policies, I believe it to be in the best interest of both Aon and SRM to discuss the foregoing.  This letter is not a demand for payment.

Since time is of the essence your customary prompt response to this letter within the next 10 days will be greatly appreciated.

A copy of this letter is also being sent for information purposes only to Aon UK Limited by email to *aon.gbc.noc.@aon.co.uk*., and Aon Risk Solutions of Puerto Rico, Inc., Aon Center 304 Ponce de León Ave. Suite 1000, San Juan, Puerto Rico 00918

1

Cordially,

Jorge L. Fournier
Vice-President

cc:   **AIG EUROPE LIMITED**
      The AIG Building
      58 Fenchurch Street
      London EC3M 4AB

2