18-23538-shl    Doc 5124-15    Filed 09/11/19    Entered 09/11/19 13:10:40    Exhibit XV-
Letter from Aon to CCM dated 07/02/19    Pg 1 of 1

Exhibit XV



Kelly M. Ross | Senior Counsel - Litigation

July 2, 2019

**VIA FEDERAL EXPRESS**

Jorge L. Fournier
Vice President
Santa Rosa Mall, LLC
PO Box 362983
San Juan, Puerto Rico 00936-2983

Re:    Santa Rosa Mall, LLC – Certificate of Property Insurance #570069032839

Dear Mr. Fournier:

We are in receipt of your letter dated May 14, 2019 with respect to the above-captioned Certificate of Property Insurance. We have searched our records and have no record of a certificate being issued with Santa Rosa Mall as the certificate holder. Please provide a copy of the certificate referred to in your letter so we can better assess your position. In order to expedite this process, you can email a copy of the certificate to kelly.ross1@aon.com.

Very truly yours,

*Kelly M. Ross*

Kelly M. Ross

Aon Service Corporation | Law Department
200 East Randolph Street | 8th Floor | Chicago, Illinois | 60601