David W. Dykhouse (dwdykhouse@pbwt.com)
Daniel A. Lowenthal (dalowenthal@pbwt.com)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel: (212) 336-2000
Fax: 9212) 336-2222

Thomas J. Flynn (tflynn@larkinhoffman.com)
LARKIN HOFFMAN DALY & LINDGREN, LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, Minnesota 55437-1060
Tel: (952) 835-3800
Fax: (952) 896-3333

*Attorneys for MOAC Mall Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | |
| | (Jointly Administered) |
| Debtors.[1] | |

# NOTICE OF APPEAL
# OF FINAL ORDER
# AUTHORIZING ASSUMPTION AND ASSIGNMENT
# OF LEASE WITH MOAC MALL HOLDINGS LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

11307430v.1

**PLEASE TAKE NOTICE THAT** MOAC Mall Holdings LLC ("MOAC"), a creditor in the above-captioned case, appeals to the United States District Court for the Southern District of New York from the Order attached hereto as Exhibit A (I) Authorizing Assumption and Assignment of Lease with MOAC Mall Holdings LLC and (II) Granting Related Relief [ECF No. 5074], entered in this case on September 5, 2019, pursuant to Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a)(1). A copy of the order appealed from is included with this notice. The parties to the order appealed from and their respective counsel are as follows:

| **Name of Party:** | **Attorney(s):** |
|---|---|
| **MOAC Mall Holdings LLC** | **Larkin Hoffman Daly & Lindgren Ltd.**<br>Thomas J. Flynn<br>Alexander J. Beeby<br>8300 Norman Center Drive, Suite 1000<br>Minneapolis, Minnesota 55437-1060<br>(952) 835-3800<br><br>and<br><br>**Patterson Belknap Webb & Tyler LLP**<br>David W. Dykhouse<br>Daniel A. Lowenthal<br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>(212) 336-2000 |

2.

| **Sears Holdings Corporation,** *et al* (as captioned above) | **Weil, Gotchal & Manges LLP** Ray C. Schrock, P.C. Jacqueline Marcus Garrett A. Fail Sunny Singh 767 Fifth Avenue New York, NY 10153 (212) 310-8000 |
|---|---|
| **Transform Holdco LLC** (an affiliate of subsidiary Transform Leaseco LLC to whom the subject lease was assigned) | **DLA Piper LLP (US)** Richard A. Chesley R. Craig Martin Rachel Ehrlich Albanese Alana M. Friedberg 1251 Avenue of the Americas, 27th Floor New York, NY 10020-1104 (212) 335-4500 |

Dated: September 12, 2019          Respectfully submitted,
       Minneapolis, Minnesota

                         */e/Thomas J. Flynn*
                         Thomas J. Flynn
                         Admitted *pro hac vice* on December 26, 2018
                         Alexander J. Beeby
                         Admitted *pro hac vice* on August 28, 2019
                         Larkin Hoffman Daly & Lindgren, Ltd.
                         8300 Norman Center Drive
                         Suite 1000
                         Minneapolis, Minnesota 55437-1060
                         (952) 835-3800
                         tflynn@larkinhoffman.com

Dated: September 12, 2019          */e/David W. Dykhouse*
                         David W. Dykhouse
                         Daniel A. Lowenthal
                         Patterson Belknap Webb & Tyler LLP
                         1133 Avenue of the Americas
                         New York, New York 10036-6710
                         (212) 336-2000
                         dwdykhouse@pbwt.com
                         dalowenthal@pbwt.com

                         *Attorneys for MOAC Mall Holdings LLC*

3.