IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23538 (RDD) |
| SEARS HOLDING CORPORATION, et al. | : | |
| | : | |
| Debtors[1]. | : | |
| | : | |
| | : | Chapter 11 (Jt. Admin.) |
| | : | Document No. |
| | : | Related Docket no: 4776 |
| | : | **Hearing Date:** |
| | : | **Response Deadline:** |

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE

I, Salene Rae Mazur Kraemer, (the "Applicant") request admission pro hac vice, before the

Honorable Robert D. Drain to represent VIR Ventures, Inc. ("VIR") and AMI Ventures, Inc.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

("AMI") (taken together, "Claimants" or "Sellers"), creditors in the above-captioned case and in support, submit as follows:

1. I am a member in good standing of the bars in the State of New Jersey, Supreme Court, State of West Virginia, Supreme Court, Commonwealth of Pennsylvania, Supreme Court, and the State of New York, Supreme Court and in the following jurisdictions:

| Jurisdiction | Date Admitted: |
| --- | --- |
| U.S. District Court for the Northern District of West Virginia | 03/01/2011 |
| U.S. District Court for the Southern District of West Virginia | 07/01/2016 |
| U.S. District Court for the Eastern District of Pennsylvania | 12/01/2000 |
| U.S. District Court for the Western District of Pennsylvania | 03/01/2004 |
| U.S. District Court for the Northern District of New Jersey | 11/01/2000 |

2. In support of this document the Applicant is submitting an affidavit stating (a) whether the applicant has ever been convicted of a felony, (b) whether the Applicant has ever been censured, suspended, disbarred or denied admission or readmission by any court, (c) whether there are any disciplinary proceedings presently against the Applicant and (d) the facts and circumstances surrounding any affirmative responses (a) through (c) (the "Affidavit"). The Affidavit is attached hereto as EXHIBIT 1.

3. Also, in support of this document, Applicant is submitting Good Standing Certificates from the states of WV, NJ, NY and PA, which are attached hereto as EXHIBIT 2.

4. I have submitted the filing fee of $200 with this pro hac vice admission.

Respectfully submitted,

**MAZURKRAEMER BUSINESS LAW**

By: /s/ Salene R.M. Kraemer

Salene R.M. Kraemer, Esquire
NY ID No. 5228580
331 Jonquil Place,
Pittsburgh, PA 15228
Phone: (412) 427-7075
salene@mazurkraemer.com
Counsel to Vir Ventures, Inc. and
AMI Ventures, Inc.

Date: September 12, 2019

AFFIDAVIT NO

Sworn and subscribed before me by Salene Rae Mazur Kraemer of legal age, unmarried, attorney and resident of Pittsburgh, PA.

In Pittsburgh, PA on 09/13/2019

_____
Notary Public
My commission expires on: 06/03/2023

Commonwealth of Pennsylvania - Notary Seal
Paul H. McCoy, Notary Public
Allegheny County
My commission expires June 3, 2023
Commission number 1290843
Member, Pennsylvania Association of Notaries

3