## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23538 (RDD) |
| SEARS HOLDING CORPORATION, et al. | : | |
| | : | |
| Debtors[2]. | : | |
| | : | |
| | : | Chapter 11 (Jt. Admin.) |
| | : | Document No. |
| | : | Related Docket no: 4776 |
| | : | **Hearing Date:** |
| | : | **Response Deadline:** |
| | : | |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

TO THE HONORABLE COURT:

I, Salene Rae Mazur Kraemer, declare as follows under penalty of perjury:

1. I am an attorney and principal founding partner of MAZURKRAEMER BUSINESS LAW, which

   has its principal office at 331 Jonquil Place, Pittsburgh, PA 15228.

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4

2.  This Declaration is being submitted in connection with the Motion for Admission to Practice, Pro Hac Vice on behalf of Vir Ventures, Inc. and AMI Ventures, Inc., creditors in the above-referenced case.

3.  I certify that (a) I have not ever been convicted of a felony; (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; (c) there are not any disciplinary proceedings presently against me; and (d) the facts and circumstances surrounding any affirmative responses to (a) through (c).

4.  Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

MAZURKRAEMER BUSINESS LAW

By: /s/ Salene R.M. Kraemer

Salene R.M. Kraemer, Esquire
NY ID No. 5228580
331 Jonquil Place,
Pittsburgh, PA 15228
Phone: (412) 427-7075
salene@mazurkraemer.com
Counsel to Vir Ventures, Inc. and
AMI Ventures, Inc.

Date: September 12, 2019

AFFIDAVIT NO

Sworn and subscribed before me by Salene Rae Mazur Kraemer of legal age, unmarried, attorney and resident of Pittsburgh, PA.

In Pittsburgh, PA on 09/13/2019

_____
Notary Public
My commission expires on: 06/03/2023

Commonwealth of Pennsylvania - Notary Seal
Paul H. McCoy, Notary Public
Allegheny County
My commission expires June 3, 2023
Commission number 1290843

5

Member, Pennsylvania Association of Notaries