## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br>    SEARS HOLDING CORPORATION,<br>    et al.,<br><br>              Debtors[3]. | Bankruptcy No. 18-23538 (RDD)<br><br><br><br><br>Chapter 11 (Jt. Admin.)<br>Document No.<br>Related Docket no:<br>**Hearing Date:**<br>**Response Deadline:** |

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Salene Rae Mazur Kraemer, (the "Applicant") to be admitted, pro hac vice, to represent VIR Ventures, Inc. ("VIR") and AMI Ventures, Inc. ("AMI") (taken together, "Claimants" or "Sellers"), creditors in the above-captioned case and upon movant's certification that the movant is a member in good standing of the bars of the State of New Jersey, Supreme

---

[3] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Court, State of West Virginia, Supreme Court, Commonwealth of Pennsylvania, Supreme Court, and the State of New York, Supreme Court and in the following jurisdictions:

| Jurisdiction | Date Admitted: |
|---|---|
| U.S. District Court for the Northern District of West Virginia | 03/01/2011 |
| U.S. District Court for the Southern District of West Virginia | 07/01/2016 |
| U.S. District Court for the Eastern District of Pennsylvania | 12/01/2000 |
| U.S. District Court for the Western District of Pennsylvania | 03/01/2004 |
| U.S. District Court for the Northern District of New Jersey | 11/01/2000 |

It is hereby ORDERED, that Salene Rae Mazur Kraemer, Esquire, is admitted to practice, pro hac vice, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated:

White Plains, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

7