JUDITH R. STARR
General Counsel
CHARLES L. FINKE
Deputy General Counsel
WILLIAM MCCARRON, JR.
GARTH D. WILSON
KELLY R. CUSICK
Assistant General Counsels
MICHAEL I. BAIRD
COURTNEY L. MORGAN
ERIN C. KIM
Attorneys
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone: (202) 326-4020, ext. 6222
Facsimile: (202) 326-4112
Emails: baird.michael@pbgc.gov *and* efile@pbgc.gov

− and −

Brian A. Raynor (*admitted pro hac vice*)
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, Illinois 60606
Telephone: 312-443-0700
Facsimile: 312-443-0336
Email: braynor@lockelord.com

*Counsel to Pension Benefit Guaranty Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of September, 2019, the Pension Benefit Guaranty

Corporation's Statement in Support of Confirmation of the Modified Second Amended Chapter

11 Plan of Sears Holdings Corporation and Its Affiliated Debtors was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing and served via a third party carrier on the following parties:

| | |
|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Court for the<br>Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, New York 10601 | Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, Illinois 60179<br>Attn: Stephen Sitley, Esq.<br>        Luke J. Valentino, Esq. |

/s/ Michael I. Baird
Michael I. Baird