**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**JULY 1, 2019 THROUGH JULY 31, 2019**

| | | |
|---|---|---|
| **Name of Applicant:** | **Houlihan Lokey Capital, Inc.** | |
| **Applicant's Role in Case:** | **Investment Banker for the Official Committee of Unsecured Creditors** | |
| **Date of Retention:** | **December 19, 2018,** *nunc pro tunc* **to October 29, 2018** | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **7/1/19** | **7/31/19** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| **Total fees requested in this statement:** | **$100,000.00 (80% of $125,000.00)** |
| **Total expenses requested in this statement:** | **$0.00** |
| **Total fees and expenses requested in this statement (inclusive of holdback amount):** | **$125,000.00** |
| Summary of Professional Fees Requested: | |
| **Total professional fees requested in this statement:** | **$125,000.00** |

## Summary of Expenses for the Fee Period

| Expense Categories | Amount |
|---|---|
| Airfare | $0.00 |
| Lodging | 0.00 |
| Ground Transportation | 0.00 |
| Travel and Overtime Meals | 0.00 |
| Travel Telephone and Data | 0.00 |
| Delivery | 0.00 |
| **Total** | **$0.00** |

## Summary of Payment Requested

| Fee Period | Current Fee (Net of Holdback) | Holdback | Expenses | Prepayment | Amount |
|---|---|---|---|---|---|
| 7/1-7/31 | $100,000.00 | $25,000.00 | $0.00 | NA | $125,000.00 |
| **Total** | **$100,000.00** | **$25,000.00** | **$0.00** | **NA** | **$125,000.00** |

## Summary of Hours for the Fee Period

| Name of Professional | Position | Amount |
|---|---|---|
| Saul Burian | Managing Director | 24.0 |
| Eric Siegert | Senior Managing Director | 0.0 |
| Brad Geer | Managing Director | 0.0 |
| Surbhi Gupta | Director | 0.0 |
| Greg Rinsky | Director | 0.0 |
| Tom Hedus | Senior Vice President | 41.0 |
| Ross Rosenstein | Associate | 32.5 |
| Ryan Conroy | Associate | 0.0 |
| John Hartigan | Associate | 38.0 |
| Ahmed Mumtaz | Associate | 0.0 |
| Tanya Wong | Associate | 0.0 |
| Jack Foster | Analyst | 0.0 |
| James Lai | Analyst | 45.5 |
| Natalie Weelborg | Analyst | 0.0 |
| Andrew Felman | Analyst | 0.0 |
| Jenner Currier | Analyst | 0.0 |
| Matthew Stadtmauer | Analyst | 0.0 |
| **Total** | | **181.0** |

**Summary of Hours for the Fee Period**

| Task Category | Amount |
|---|---:|
| General Case Administration | 20.5 |
| Correspondence with Debtor and Other Stakeholders | 0.0 |
| Correspondence with Official Committee of Unsecured Creditors | 10.0 |
| Analysis, Presentations, and Due Diligence | 56.0 |
| Financing Diligence and Analysis | 0.0 |
| Litigation Diligence and Analysis | 94.5 |
| Real Estate Analysis | 0.0 |
| **Total** | **181.0** |

Respectfully Submitted,

Dated: September 13, 2019

Saul E. Burian, Managing Director
Houlihan Lokey Capital, Inc.
245 Park Ave.
20th Floor
New York, NY 10167

*Investment Banker for the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

## Exhibit A



**Invoice #  33513**

**PERSONAL & CONFIDENTIAL**                                          August 26, 2019

The Official Committee (the "Committee") of Unsecured Creditors          Client #  63300
of Sears Holding Corporation                                             Case #  87394
and its affiliated debtors and debtors-in-possession
(the "Debtors")

**Professional Fees**

| | | |
|---|---|---|
| Monthly Fee due on July 28, 2019 | $   250,000.00 | |
| Less: Monthly Fee Credit | (125,000.00) | |
| Less 20% Holdback | (25,000.00) | |
| Professional Fees Due | | $   100,000.00 |

**Out of Pocket Expenses**

| | | |
|---|---|---|
| Out of Pocket Expenses Due | | $            - |

**TOTAL AMOUNT DUE AND PAYABLE**                              **$   100,000.00**

### PAYMENT DUE UPON RECEIPT

Please Send Checks To:                          Wire Transfer Instructions:
Houlihan Lokey Capital, Inc.                          Bank of America
Accounts Receivable Department                 Wire Transfer ABA #026009593
10250 Constellation Boulevard, 5th Floor              ACH ABA #121000358
Los Angeles, California 90067-6802              fbo Houlihan Lokey Capital, Inc.
                                                      Account #1453120593
                                        Swift Code (Int'l Wires Only): BOFAUS3N
                                                      Federal ID #95-4024056

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**<u>Exhibit B</u>**

**Sears Holdings Corporation**                                      *Privileged and Confidential*
*Houlihan Lokey Work Hours Summary*                                 *(Jul 01, 2019 - Jul 31, 2019)*

**Houlihan Lokey - Sears Holdings Corporation Work Hours Summary**
**(Jul 01, 2019 - Jul 31, 2019)**

| Employee | A | B | C | D | E | F | G | Total |
|---|---|---|---|---|---|---|---|---|
| Saul Burian | 2.0 | 0.0 | 2.0 | 9.0 | 0.0 | 11.0 | 0.0 | 24.0 |
| Eric Siegert | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Brad Geer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Surbhi Gupta | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Greg Rinsky | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tom Hedus | 3.5 | 0.0 | 2.0 | 13.5 | 0.0 | 22.0 | 0.0 | 41.0 |
| Ross Rosenstein | 0.0 | 0.0 | 2.0 | 10.0 | 0.0 | 20.5 | 0.0 | 32.5 |
| Ryan Conroy | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| John Hartigan | 2.5 | 0.0 | 2.0 | 12.5 | 0.0 | 21.0 | 0.0 | 38.0 |
| Ahmed Mumtaz | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tanya Wong | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jack Foster | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| James Lai | 12.5 | 0.0 | 2.0 | 11.0 | 0.0 | 20.0 | 0.0 | 45.5 |
| Natalie Weelborg | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Andrew Felman | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jenner Currier | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Matthew Stadtmauer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **20.5** | **0.0** | **10.0** | **56.0** | **0.0** | **94.5** | **0.0** | **181.0** |

Legend

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Saul Burian** |
| **Total Hours:** | **24.0** |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, July 03, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Debtors' Brief in Support of Motion to Enforce APA |
| Wednesday, July 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors' Amended Liquidation Plan |
| Friday, July 05, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Second Lien Parties' Supplemental Briefing Regarding 507b Claims |
| Friday, July 05, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Tuesday, July 09, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Regarding 507b Claims and APA Disputes |
| Wednesday, July 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors' Amended Plan and Disclosure Statement |
| Friday, July 12, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review Summaries of the Court Hearing Re: APA Obligations |
| Friday, July 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Conference Call with UCC Re: Hearing on APA Obligations |
| Friday, July 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: Hearing on APA Obligations |
| Friday, July 12, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Sunday, July 14, 2019 | A | General Case Administration | 1.0 | Review June Fee Statement Draft and Record Maintenance |
| Thursday, July 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Conference Call with UCC Re: Sears Holding Canada Litigation |
| Thursday, July 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Sears Holding Canada Documents |
| Thursday, July 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: Sears Holding Canada Litigation |
| Friday, July 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Tuesday, July 23, 2019 | F | Litigation Diligence and Analysis | 6.5 | Court Hearing Re: 507b Claim Treatment |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Saul Burian** |
| **Total Hours:** | **24.0** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, July 23, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review Summaries of the Court Hearing Re: 507b Claim Treatment |
| Tuesday, July 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: 507b Claims Hearing |
| Wednesday, July 24, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, July 26, 2019 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Eric Siegert** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Brad Geer** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | Hours for: | **Surbhi Gupta** |
|---|---|---|
|  | **Total Hours:** | 0.0 |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Greg Rinsky** |
| **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| Hours for: | Tom Hedus |
|---|---|
| Total Hours: | 41.0 |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, July 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Healthcare Cost Recovery Opportunity |
| Wednesday, July 03, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Debtors' Brief in Support of Motion to Enforce APA |
| Wednesday, July 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors' Amended Liquidation Plan |
| Friday, July 05, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Second Lien Parties' Supplemental Briefing Regarding 507b Claims |
| Friday, July 05, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Sunday, July 07, 2019 | A | General Case Administration | 1.0 | Review May Fee Statement Draft and Record Maintenance |
| Tuesday, July 09, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Regarding 507b Claims and APA Disputes |
| Wednesday, July 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors' Amended Plan and Disclosure Statement |
| Thursday, July 11, 2019 | F | Litigation Diligence and Analysis | 7.0 | Court Hearing Re: Obligations Under the Asset Purchase Agreement |
| Friday, July 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Conference Call with UCC Re: Hearing on APA Obligations |
| Friday, July 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: Hearing on APA Obligations |
| Friday, July 12, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Monday, July 15, 2019 | A | General Case Administration | 1.0 | Review June Fee Statement Draft and Record Maintenance |
| Monday, July 15, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Committee Joinder to Debtors' 507b Objection |
| Monday, July 15, 2019 | A | General Case Administration | 0.5 | Internal Conversation Re: 2nd Fee Application |
| Wednesday, July 17, 2019 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| Hours for: | Tom Hedus | |
| Total Hours: | 41.0 | |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, July 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Conference Call with UCC Re: Sears Holding Canada Litigation |
| Thursday, July 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Sears Holding Canada Documents |
| Thursday, July 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: Sears Holding Canada Litigation |
| Friday, July 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Tuesday, July 23, 2019 | F | Litigation Diligence and Analysis | 6.5 | Court Hearing Re: 507b Claim Treatment |
| Tuesday, July 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: 507b Claims Hearing |
| Tuesday, July 23, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Healthcare Cost Recovery Discussion |
| Wednesday, July 24, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, July 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Letter to Court Re: Impasse as to Transform Holdco, LLC |
| Friday, July 26, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Meeting Re: Impasse as to Transform Holdco, LLC |
| Monday, July 29, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Discuss and Review Plan Supplement in reference to Second Amended Joint Chapter 11 |
| Wednesday, July 31, 2019 | F | Litigation Diligence and Analysis | 6.5 | Court Hearing Re: 507b Claim Treatment Resolution |
| Wednesday, July 31, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Meeting Re: 507b Claims Hearing Resolution |
| Wednesday, July 31, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | Hours for: | Ross Rosenstein |
| | Total Hours: | 32.5 |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|---------------------------|
| Wednesday, July 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors' Amended Liquidation Plan |
| Friday, July 05, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Second Lien Parties' Supplemental Briefing Regarding 507b Claims |
| Friday, July 05, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Thursday, July 11, 2019 | F | Litigation Diligence and Analysis | 7.0 | Court Hearing Re: Obligations Under the Asset Purchase Agreement |
| Friday, July 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Conference Call with UCC Re: Hearing on APA Obligations |
| Friday, July 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: Hearing on APA Obligations |
| Friday, July 12, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Thursday, July 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Conference Call with UCC Re: Sears Holding Canada Litigation |
| Thursday, July 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Sears Holding Canada Documents |
| Thursday, July 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: Sears Holding Canada Litigation |
| Friday, July 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Tuesday, July 23, 2019 | F | Litigation Diligence and Analysis | 6.5 | Court Hearing Re: 507b Claim Treatment |
| Tuesday, July 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: 507b Claims Hearing |
| Wednesday, July 24, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, July 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Letter to Court Re: Impasse as to Transform Holdco, LLC |
| Friday, July 26, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Meeting Re: Impasse as to Transform Holdco, LLC |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | Hours for: | **Ross Rosenstein** |
|---|---|---|
| | Total Hours: | **32.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, July 29, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Discuss and Review Plan Supplement in reference to Second Amended Joint Chapter 11 |
| Wednesday, July 31, 2019 | F | Litigation Diligence and Analysis | 6.5 | Court Hearing Re: 507b Claim Treatment Resolution |
| Wednesday, July 31, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Meeting Re: 507b Claims Hearing Resolution |
| Wednesday, July 31, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | Ryan Conroy | |
| **Total Hours:** | 0.0 | |

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | John Hartigan |
| **Total Hours:** | 38.0 |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, July 03, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Debtors' Brief in Support of Motion to Enforce APA |
| Wednesday, July 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors' Amended Liquidation Plan |
| Friday, July 05, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Tuesday, July 09, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Regarding 507b Claims and APA Disputes |
| Wednesday, July 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors' Amended Plan and Disclosure Statement |
| Thursday, July 11, 2019 | F | Litigation Diligence and Analysis | 7.0 | Court Hearing Re: Obligations Under the Asset Purchase Agreement |
| Friday, July 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Conference Call with UCC Re: Hearing on APA Obligations |
| Friday, July 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: Hearing on APA Obligations |
| Friday, July 12, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Monday, July 15, 2019 | A | General Case Administration | 0.5 | Internal Conversation Re: 2nd Fee Application |
| Thursday, July 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Conference Call with UCC Re: Sears Holding Canada Litigation |
| Thursday, July 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Sears Holding Canada Documents |
| Thursday, July 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: Sears Holding Canada Litigation |
| Thursday, July 18, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Friday, July 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Tuesday, July 23, 2019 | F | Litigation Diligence and Analysis | 6.5 | Court Hearing Re: 507b Claim Treatment |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **John Hartigan** | |
| **Total Hours:** | **38.0** | |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, July 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: 507b Claims Hearing |
| Tuesday, July 23, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Healthcare Cost Recovery Discussion |
| Wednesday, July 24, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, July 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Letter to Court Re: Impasse as to Transform Holdco, LLC |
| Friday, July 26, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Meeting Re: Impasse as to Transform Holdco, LLC |
| Monday, July 29, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Discuss and Review Plan Supplement in reference to Second Amended Joint Chapter 11 |
| Monday, July 29, 2019 | A | General Case Administration | 1.5 | Record Maintenance |
| Wednesday, July 31, 2019 | F | Litigation Diligence and Analysis | 6.5 | Court Hearing Re: 507b Claim Treatment Resolution |
| Wednesday, July 31, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Meeting Re: 507b Claims Hearing Resolution |
| Wednesday, July 31, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ahmed Mumtaz** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|---------------------------|
| | | | | |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Tanya Wong** |
| **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Jack Foster** | |
| **Total Hours:** | **0.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| Hours for: | James Lai | |
| Total Hours: | 45.5 | |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, July 05, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Tuesday, July 09, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Regarding 507b Claims and APA Disputes |
| Tuesday, July 09, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Wednesday, July 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors' Amended Plan and Disclosure Statement |
| Wednesday, July 10, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Thursday, July 11, 2019 | F | Litigation Diligence and Analysis | 7.0 | Court Hearing Re: Obligations Under the Asset Purchase Agreement |
| Friday, July 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Conference Call with UCC Re: Hearing on APA Obligations |
| Friday, July 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: Hearing on APA Obligations |
| Friday, July 12, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Monday, July 15, 2019 | A | General Case Administration | 3.0 | Prepare and Review 2nd Fee Application |
| Monday, July 15, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Monday, July 15, 2019 | A | General Case Administration | 0.5 | Internal Conversation Re: 2nd Fee Application |
| Tuesday, July 16, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Thursday, July 18, 2019 | A | General Case Administration | 2.0 | Record Maintenance |
| Thursday, July 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Conference Call with UCC Re: Sears Holding Canada Litigation |
| Thursday, July 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Sears Holding Canada Documents |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | Hours for: | James Lai |
| | Total Hours: | 45.5 |

**Task Reference Table**

| A | General Case Administration |
|---|---|
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, July 18, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: Sears Holding Canada Litigation |
| Thursday, July 18, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Friday, July 19, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Friday, July 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Tuesday, July 23, 2019 | F | Litigation Diligence and Analysis | 6.5 | Court Hearing Re: 507b Claim Treatment |
| Tuesday, July 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Meeting Re: 507b Claims Hearing |
| Wednesday, July 24, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Thursday, July 25, 2019 | A | General Case Administration | 2.0 | Record Maintenance |
| Friday, July 26, 2019 | A | General Case Administration | 2.0 | Record Maintenance |
| Friday, July 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Letter to Court Re: Impasse as to Transform Holdco, LLC |
| Friday, July 26, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Meeting Re: Impasse as to Transform Holdco, LLC |
| Monday, July 29, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Discuss and Review Plan Supplement in reference to Second Amended Joint Chapter 11 |
| Wednesday, July 31, 2019 | F | Litigation Diligence and Analysis | 6.5 | Court Hearing Re: 507b Claim Treatment Resolution |
| Wednesday, July 31, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Meeting Re: 507b Claims Hearing Resolution |
| Wednesday, July 31, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Natalie Weelborg** |
| **Total Hours:** | **0.0** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Andrew Felman** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Jenner Currier** |
| **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Matthew Stadtmauer** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|