# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 9/18/2019 |
| Case: 18–23538–rdd | Form ID: tranapl | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty        Thomas J. Moloney        maofiling@cgsh.com

TOTAL: 1