# Notice Recipients

District/Off: 0208–7 | User: | Date Created: 9/18/2019
Case: 18–23538–rdd | Form ID: tranapl | Total: 1

**Recipients of Notice of Electronic Filing:**
aty      Edward M. Fox      emfox@seyfarth.com

TOTAL: 1