**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Sears Holdings Corporation                                   CASE NO.: 18–23538–rdd

   aka   Print Procurement Company, LLC
   aka   Print Production Company, LLC
   aka   Relay LLC
   aka   Shop Your Way Local, LLC
   aka   Austin Technology Center
   aka   Bath and Kitchen Elegance
   aka   Bath and Kitchen Elegance of the Desert
   aka   Big Beaver of Caguas Development Corporation
   aka   Big Beaver of Caguas Development Corporation II
   aka   Big Kmart
   aka   Big Kmart (#3680)
   aka   Central Wholesale Appliance Supply, Inc.
   aka   Chantell Marketing
   aka   Circle of Beauty Inc.
   aka   Delver
   aka   Delver.com
   aka   Designer Depot
   aka   Eblon Technologies India Private Limited
   aka   Evoke Productions
   aka   FitStudio by Sears

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  11
20–1920798

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**

All documents regarding the notice of appeal filed in the above referenced proceeding on 8/14/19, document number 4845, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 19–cv–07782 assigned to the Honorable Vincent L. Briccetti.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: September 18, 2019                                             Vito Genna
                                                                                                                      Clerk of the Court