# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: | Date Created: 9/18/2019 |
| Case: 18−23538−rdd | Form ID: tranapl | Total: 1 |

**Recipients of Notice of Electronic Filing:**

aty          Thomas R. Kreller          tkreller@milbank.com

TOTAL: 1