UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)
----------------------------------------------------------------X

In re:                                                              Chapter 11

    SEARS HOLDINGS CORPORATION, et al.,                     Case No. 18-23538 (RDD)


                       Debtors.
----------------------------------------------------------------X

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

      PLEASE TAKE NOTICE, that pursuant to 11 U.S.C. § 1109(b) and Rules 9007 and 9010(b) of the Bankruptcy Rules, AMANDA GONZALES, party in interest (the "Party"), hereby appears in the above-captioned case and requests that notice of all matters arising herein be duly served upon the undersigned attorney on behalf of the Party, at the address set forth below.

      Request is hereby made for copies of all other papers, including, but not limited to, notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and copies of all reports, pleadings, motions, notices or applications, petitions, requests, complaints, demands, disclosure statements, answering and reply papers, whether formal or informal, written or oral, and by whatever means transmitted, filed in the above-captioned case, and in any adversary proceedings or contested matters therein.

      This Notice of Appearance and Demand for Service of Papers shall not constitute or be deemed or construed to be a waiver of the Party's rights: (1) to have any final orders in noncore matters entered only after *de novo* review by a United States District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the

reference in any matter subject to mandatory or discretionary withdrawal; (4) to contend that jurisdiction or venue in this Court is improper or inappropriate; or (5) to any other claims, actions, defenses, rights, remedies, setoffs or recoupments to which the Party is or may be entitled, in law or in equity, all of which claims, actions, defenses, rights, remedies, setoffs, and recoupments the Party expressly reserves.

Dated:  New York, New York
        September 18, 2019

Yours, etc.

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.
*Attorneys for AMANDA GONZALES*

By: _____
    JEFFREY C. CHANCAS
    377 Broadway
    New York, New York 10013
    (212) 965-2663

SEARS HOLDINGS CORPORATION
*Debtor*
3333 Beverly Road
Hoffman Estates, IL  60179

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
*Attorneys for Debtor*
1285 Avenue of the Americas
New York, NY  10019
Attn:  Paul M. Basta, Esq.
(212) 373-3000

ASK LLP
Attorneys for Debtor
2600 Eagan Woods Drive - Suite 400
St. Paul, MN  55121
Attn:  Kara E. Casteel, Esq.
(651) 289-3846

WACHTELL, LIPTON, ROSEN & KATZ
Attorneys for Debtor
51 West 52nd Street
New York, NY 10019
Attn: Scott K. Charles, Esq.
(212) 403-1202

WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtor
767 Fifth Avenue
New York, NY 10153
Attn: Garrett A. Fail, Esq.
(212) 310-8000

PRIME CLERK LLC
Claims and Noticing Agent
One Grand Central Place
60 East 42nd Street – Suite 1440
New York, NY 10165
Attn: Adam M. Adler, Esq.
(212) 257-5465

FREJKA PLLC
Attorneys for Consumer Privacy Ombudsman
420 Lexington Avenue – Suite 310
New York, NY 10170
Attn: Elise S. Frejka, Esq.
(212) 641-0848

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
Attorneys for Official Committee of Unsecured Creditors of
Sears Holdings Corporation, et al.
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff, Esq.
(212) 872-1000

WOLLMUTH MAHER & DEUTSCH, LLP
Attorneys for The Official Committee Retirees with
Life Insurance Benefits
One Gateway Center – 9th Floor
Newark, NJ 07102
Attn: James N. Lawlor, Esq.
(973) 733-9200

UNITED STATES TRUSTEE
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street - Room 1006
New York, New York 10014
Attn: Richard C. Morrissey, Esq.
(212) 510-0500

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2019, a true and correct copy of the above Notice was served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

I also hereby certify that a copy was mailed via United States Postal Service to all parties named above.

_____
JEFFREY C. CHANCAS

## ADMISSION OF SERVICE

The undersigned acknowledges receipt of *a copy of* the within

on _____ 20 ____

at _____ o'clock _____ M.

.............................................................
Attorney(s) for

by: .......................................................

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK
COUNTY OF

_____ being sworn, says:
I am not a party to this action; I am over 18 years of age; I reside at

On _____ 20 ____ I served the within

upon

the attorney(s) for
action, at

the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

.............................................................
Type or Print Name Below Signature

Sworn to before me
this _____ day of _____ 20 ____

---

Index No.    18-23538 (RDD)    Year 20

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WHITE PLAINS

CHAPTER-11

In Re:

SEARS HOLDINGS CORPORATION, et al.,

Debtors.

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.
*Attorney(s) for* AMANDA GONZALES
*Office and Post Office Address*
377 BROADWAY
NEW YORK, NY 10013-3993
(212) 431-1300
FAX NUMBER: (212) 334-0960

Please refer all communications

To:    JEFFFREY C. CHANCAS    Esq.
Ext.    611

or: _____ Esq.
Ext.

To:

Attorney(s) for

---

## ATTORNEY'S CERTIFICATION

STATE OF NEW YORK, COUNTY OF

undersigned, an attorney admitted to practice State of New York, does hereby certify, pursuant to Section 2105 CPLR, that I have compared this

the original and have found it to be a true and ___ copy thereof.

. _____ 20 ____

.............................................................
Type or Print Name Below Signature

## NOTICE OF ENTRY OR SETTLEMENT
[Check and complete appropriate box and section]

Madam(s):

PLEASE TAKE NOTICE that a ___ch the within is a (true) (certified) copy

**NOTICE OF ENTRY**
duly entered in the within named court ___ 20 ____

**NOTICE OF SETTLEMENT**
presented for settlement to the Hon.

the judges of the within named court at the ___ ouse at

_____ o'clock _____ M.
___ 20 ____

Yours, etc.,

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.
*y(s) for*—
*Office and Post Office Address*
377 BROADWAY
NEW YORK, NY 10013-3993
(212) 431-1300
FAX NUMBER: (212) 334-0960

y(s) for