WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
James N. Lawlor
Cassandra Postighone

- and -

THE LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
Telephone: 312-263-0272
Michael M. Mulder*
Elena N. Liveris*
*Pro hac application forthcoming

*Proposed Counsel to the Official Committee of Retirees with Life Insurance Benefits of the Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No: 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the following documents were filed electronically with the United States Bankruptcy Court for the Southern District of New York and were served via electronic mail on all parties on the attached Service List, pursuant to the *Amended Case Management Order* (ECF 405).

1. Certificate of No Objection Regarding the Application of the Official Committee of Retirees with Life Insurance Benefits of the Sears Holdings Corporation, et al. to Retain and Employ Wollmuth Maher & Deutsch LLP as Co-Counsel, Nunc Pro Tunc to July 9, 2019 *(ECF 5167).*

2. *Certificate of No Objection Regarding the Application of the Official Committee of Retirees with Life Insurance Benefits of the Sears Holdings Corporation, et al. to Retain and Employ the Law Offices of Michael M. Mulder as Co-Counsel, Nunc Pro Tunc to July 9, 2019* (ECF 5174).

/s/ Cassandra Postighone

James N. Lawlor
Cassandra Postighone
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

- and -

Michael M. Mulder*
Elena N. Liveris*
THE LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
Telephone:  312-263-0272

*Proposed Counsel to the Official Committee of Retirees with Life Insurance Benefits of the Sears Holdings Corporation, et al.*
*Pro hac application pending

**Service List**

| Counsel | Phone | Fax | Email |
|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br>Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner<br>One Bryant Park<br>New York, NY 10036<br><br>*Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.* | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |
| Herrick, Feinstein LLP<br>Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski<br>2 Park Avenue<br>New York, NY 10016<br><br>*Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.* | 212-592-1400 | 212-592-1500 | sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>msekowski@herrick.com |
| ASK LLP<br>Attn: Joseph L. Steinfeld, Jr., Esq., Gary D. Underdahl, Esq., Kara E. Casteel, Esq., Brigette G. McGrath. Esq., Edward E. Neiger, Esq. & Marianna Udem, Esq.<br>2600 Eagan Woods Drive<br>Suite 400<br>St. Paul, MN 55121<br><br>*Counsel for Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession* | 651-406-9665 | 651-406-9676 | jsteinfeld@askllp.com<br>gunderdahl@askllp.com<br>bmcgrath@askllp.com<br>kcasteel@askllp.com<br>eneiger@askllp.com<br>mudem@askllp.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz<br>1285 Avenue of the Americas<br>New York, NY 10019<br><br>*Proposed Conflict Counsel for Debtors and Debtors in Possession* | 212-373-3000 | 212-757-3990 | pbasta@paulweiss.com<br>kcornish@paulweiss.com<br>lclayton@paulweiss.com<br>sbuergel@paulweiss.com<br>rbritton@paulweiss.com<br>jhurwitz@paulweiss.com |

| Weil, Gotshal & Manges LLP<br>Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br><br>*Counsel to Debtors* | 212-310-8000 | 212-310-8007 | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com |