UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>CERTIFICATE OF SERVICE |

I, Jonathan H. Miller, an attorney admitted to practice in the State of New York, hereby certify that:

1. On September 17, 2019, the *Notice and Motion of Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory Company, Ltd., Samil Solutions, Shanghai Fochier, Purcell Murray, A&A HK Industrial, Mingle Fashion, Mansheen Industries, Ltd. and AMW Vietnam Co. Ltd. for Entry of an Order Pursuant to 11 U.S.C. §§ 1112(b) Either Dismissing The Case or Converting the Case to a Chapter 7 Liquidation* were filed and served electronically via CM/ECF on all parties registered to receive notices in this case and was served via electronic mail upon:

harrisj12@michigan.gov; idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com; courts@alderman.com; bnkatty@aldineisd.org; jarnold@aldridgepite.com; laura.hall@allenovery.com; joseph.badtke-berkow@allenovery.com; James.Vincequerra@alston.com; leib.lerner@alston.com; ajd@ansellgrimm.com; ajd@ansellgrimm.com; akadish@archerlaw.com; lschildkraut@archerlaw.com; beth.brownstein@arentfox.com; brian.lohan@arnoldporter.com; ginger.clements@arnoldporter.com; jaronauer@ayllp.com; CSchael@AshfordNJLaw.com; eneiger@askllp.com; jchristian@askllp.com; jsteinfeld@askllp.com; gunderdahl@askllp.com; bmcgrath@askllp.com; kcasteel@askllp.com; eneiger@askllp.com; mudem@askllp.com; Jg5786@att.com; mcuellar45@austinenterpriseslp.com; mfrankel@bfklaw.com; egoodman@bakerlaw.com; fkhan@bakerlaw.com; pollack@ballardspahr.com; marriott@ballardspahr.com; branchd@ballardspahr.com; heilmanl@ballardspahr.com; summersm@ballardspahr.com; daluzt@ballardspahr.com; roglenl@ballardspahr.com; mcclambc@ballardspahr.com; harnerp@ballardspahr.com; kutnera@ballardspahr.com; knewman@barclaydamon.com; mowens@btlaw.com; emiller@bayardlaw.com; russ@bsavory.com; jsolomon@bbwg.com; llindenberg@bbwg.com; rmills@bellnunnally.com; mbarrie@beneschlaw.com; kcapuzzi@beneschlaw.com; wschonberg@beneschlaw.com; Ernie.park@bewleylaw.com; Tgaa@bbslaw.com; michael@bindermalter.com;

julie@bindermalter.com; JRhodes@BlankRome.com; Tarr@BlankRome.com; EZucker@BlankRome.com; bleusandassociates@gmail.com; bankruptcy@borgeslawllc.com; wborges@borgeslawllc.com; schin@borgeslawllc.com; arainone@bracheichler.com; jjorissen@briggs.com; bsilverberg@brownrudnick.com; spohl@brownrudnick.com; pweiser@buchalter.com; schristianson@buchalter.com; christopher.schueller@bipc.com; terry.shulsky@bipc.com; tyler.dischinger@bipc.com; Eric.Waxman@cwt.com; Anthony.Deleo@cwt.com; rdavis@cafarocompany.com; jlevitin@cahill.com; rstieglitz@cahill.com; joan.huh@cdtfa.ca.gov; sjk@carmodymacdonald.com; MKurzman@carmodylaw.com; tsansone@carmodylaw.com; mcatalfimo@carterconboy.com; gadsden@clm.com; bankruptcy@clm.com; Dennis.roemlein@bnymellon.com; rmccord@certilmanbalin.com; rnosek@certilmanbalin.com; appleby@chapman.com; wilamowsky@chapman.com; brotenberg@csglaw.com; szuber@csglaw.com; ksimard@choate.com; jmarshall@choate.com; hchoi@choiandpark.com; cpark@choiandpark.com; lkleist@choiandpark.com; jaykim@e-daewoo.com; taicho7@aol.com; mstein@chuhak.com; eschnitzer@ckrlaw.com; gsaydah@ckrlaw.com; srichman@clarkhill.com; srichman@clarkhill.com; nbencze@clarkhill.com; duane.brescia@clarkhillstrasburger.com; dblau@clarkhill.com; liman@cgsh.com; amainoo@cgsh.com; lbarefoot@cgsh.com; soneal@cgsh.com; aweaver@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com; tmoloney@cgsh.com; wkelleher@cohenlaw.com; hward@cohenlaw.com; rseltzer@cwsny.com; jbienstock@coleschotz.com; mwarner@coleschotz.com; scf@cohmlaw.com; Michael.smith2@computershare.com; kbifferato@connollygallagher.com; kconlan@connollygallagher.com; cgriffiths@connollygallagher.com; svanaalten@cooley.com; scarnes@cooley.com; rco@crlawpr.com; dcoffino@cov.com; aclark@cov.com; mfelger@cozen.com; pzumbro@cravath.com; davidtaxin@dahannowick.com; daniel@dmsilverlaw.com; dhw@dhclegal.com; jwcohen@daypitney.com; Ksummers@dflaw.com; mcto@debevoise.com; eweisgerber@debevoise.com; bethsolomon@discover.com; crubio@diamondmccarthy.com; sgiugliano@diamondmccarthy.com; adiamond@diamondmccarthy.com; Richard.Chesley@dlapiper.com; Rachel.Albanese@dlapiper.com; Craig.Martin@dlapiper.com; marita.erbeck@dbr.com; LJKotler@duanemorris.com; WMSimkulak@duanemorris.com; WMSimkulak@duanemorris.com; Cheitzenrater@duanemorris.com; emunozPSC@gmail.com; lmay@eisemanlevine.com; rxza@elliottgreenleaf.com; sak@elliottgreenleaf.com; ems@elliottgreenleaf.com; sbc@eblawyers.com; aentwistle@entwistle-law.com; jporter@entwistle-law.com; Leopold.matt@Epa.gov ; lbercovich@epicor.com; ppascuzzi@ffwplaw.com; gchico@ferraiuoli.com; scolon@ferraiuoli.com; mark.wilson@fisherbroyles.com; patricia.fugee@fisherbroyles.com; dlwright@foley.com; kcatanese@foley.com; emorabito@foley.com; msmall@foley.com; plabov@foley.com; tscannell@foley.com; aguon@foxrothschild.com; plabov@foxrothschild.com; thoran@foxrothschild.com; mhall@foxrothschild.com; mherz@foxrothschild.com; nreid@foxswibel.com; jfrank@fgllp.com; jkleinman@fgllp.com; deggert@freeborn.com; brad.eric.scheler@friedfrank.com; scott.luftglass@friedfrank.com; michael.keats@friedfrank.com; brad.eric.scheler@friedfrank.com; scott.luftglass@friedfrank.com; peter.siroka@friedfrank.com; tking@fbtlaw.com; rgold@fbtlaw.com; awebb@fbtlaw.com; pmartin@fmdlegal.com; lbrymer@fmdlegal.com; zgelber@gelbersantillo.com; ksantillo@gelbersantillo.com; gseitz@gsbblaw.com; mgensburg@gcklegal.com; btheisen@gibbonslaw.com; nsongonuga@gibbonslaw.com; hcohen@gibbonslaw.com; dcampbell@ghclaw.com; tnixon@gklaw.com; tomf@goldmclaw.com; jflaxer@golenbock.com; mweinstein@golenbock.com; gfox@goodwinlaw.com; bbazian@goodwinlaw.com; mgoldstein@goodwinlaw.com; wweintraub@goodwinlaw.com;

searsnotice@gouldratner.com; drosner@goulstonstorrs.com; thoffmann@goulstonstorrs.com;
phillip.bohl@gpmlaw.com; tannweiler@greerherz.com; jfigueiredo@hahnhessen.com;
ahalperin@halperinlaw.net; lgu@halperinlaw.net; dlieberman@halperinlaw.net;
joia.johnson@hanes.com; ktompsett@harrisbeach.com; sodonnell@herrick.com;
sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com; elio@higgslaw.com;
arthur.rosenberg@hklaw.com; Marc.Antonecchia@hklaw.com; barbra.parlin@hklaw.com;
elvin.ramos@hklaw.com; jose.casal@hklaw.com; jjalemany@hklaw.com; mgurgel@hsgllp.com;
vlevy@hsgllp.com; mshuster@hsgllp.com; llichtman@honigman.com;
chris.gartman@hugheshubbard.com; neil.oxford@hugheshubbard.com;
dustin.smith@hugheshubbard.com; bgross@HuntonAK.com; mlegge@huntonak.com;
ghesse@huntonak.com; paulsilverstein@huntonak.com; brianclarke@huntonak.com;
caleb.holzaepfel@huschblackwell.com; lynn.butler@huschblackwell.com;
Daniel.Swetnam@icemiller.com; taxcollector@co.imperial.ca.us; alex.macias@impremedia.com;
jgildea@interactions.com; Mimi.M.Wong@irscounsel.treas.gov;
Mimi.M.Wong@irscounsel.treas.gov; Bankruptcy2@ironmountain.com; hgj@jasneflorio.com;
dlk@jasneflorio.com; brownsvalleyorchards@aol.com; gjoseph@jha.com; csolomon@jha.com;
elkinj@mac.com; robert.honeywell@klgates.com; atureaud@kblaw.com;
tkorkhov@kellerrohrback.com; KDWBankruptcyDepartment@KelleyDrye.com;
bfeder@kelleydrye.com; jacarlino@kslnlaw.com; jcurley@kacllp.com; ssouthard@klestadt.com;
lkiss@klestadt.com; brian.koenig@koleyjessen.com; kurtzman@kurtzmansteady.com;
brunnquellw@lanepowell.com; dgragg@langleybanack.com; jfifarek@laskyfifarek.com;
rzucker@lasserhochman.com; christopher.harris@lw.com; rakim.johnson@lw.com;
peter.gilhuly@lw.com; ted.dillman@lw.com; gillazarus@gmail.com; kevin@ksnpc.com;
william.fennell@fennelllaw.com; luralene.schultz@fennelllaw.com; office@fennelllaw.com;
cgruen@gruenlaw.com; dtabachnik@dttlaw.com; pstarkesq@gmail.com; saulreiss@verizon.net;
hlazarus@lazarusandlazarus.com; harlan.lazarus@gmail.com; ilan.markus@leclairryan.com;
niclas.ferland@leclairryan.com; janice.grubin@leclairryan.com; alex.chase@leclairryan.com;
lee@rohnlaw.com; jjorissen@losgs.com; kr@lnbyb.com; sanantonio.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; jfarnum@linowes-
law.com; jmueller@lippes.com; braynor@lockelord.com; asmith@lockelord.com;
ira.greene@lockelord.com; jfroehlich@lockelord.com; sbryant@lockelord.com;
bbuechler@lowenstein.com; echafetz@lowenstein.com; bnathan@lowenstein.com;
alexandra.bigas@gmail.com; awilda.ramos@aguadillamallpr.com; dmiller@lubinolson.com;
luskin@lsellp.com; hornung@lsellp.com; david@mhlaw-ny.com; salene@mazurkraemer.com;
tleday@mvbalaw.com; sbodker@mcdowellrice.com; jbernstein@mdmc-law.com;
nleonard@mdmc-law.com; bmcgrath@mcglinchey.com; kromano@mcglinchey.com;
mchaney@mcglinchey.com; raguilar@mcglinchey.com; rcerone@mcglinchey.com;
hjschwartz@mckoolsmith.com; jsmith@mckoolsmith.com; cjm@msf-law.com;
nkenworthy@mrrlaw.net; cprice@milbank.com; RLiubicic@milbank.com;
jfarnum@milesstockbridge.com; sdnyecf@dor.mo.gov; ssmith@mwlaw.com;
eschnitzer@mmwr.com; laura.mccarthy@morganlewis.com; neil.herman@morganlewis.com;
smiller@morrisjames.com; cmiller@mnat.com; jbarsalona@mnat.com; jmarines@mofo.com;
bbutterfield@mofo.com; bankruptcy@morrisoncohen.com; mro@prbankruptcy.com;
bradley.schneider@mto.com; thomas.walper@mto.com; dperry@munsch.com;
klippman@munsch.com; kcordry@naag.org; jody.bedenbaugh@nelsonmullins.com;
shane.ramsey@nelsonmullins.com; enid.stuart@ag.ny.gov; cdesiderio@nixonpeabody.com;
dsklar@nixonpeabody.com; lcisz@nixonpeabody.com; rpedone@nixonpeabody.com;
bob.bruner@nortonrosefulbright.com; eric.daucher@nortonrosefulbright.com;
francisco.vazquez@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com;

christy.rivera@nortonrosefulbright.com; stephen.castro@nortonrosefulbright.com; david.rosenzweig@nortonrosefulbright.com; cmomjian@attorneygeneral.gov; bk-jstern@oag.texas.gov; sherri.simpson@oag.texas.gov; richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov; apetrakov@offitkurman.com; smetz@offitkurman.com; sokeefe@okeefelc.com; afrackman@omm.com; belias@omm.com; lwagner@omm.com; dshamah@omm.com; dpatrick@omm.com; jtaylor@omm.com; mkremer@omm.com; klyons@ohdbslaw.com; echollander@orrick.com; efua@orrick.com; mfechik@orrick.com; rdaversa@orrick.com; lily@pacogarment.com; chipford@parkerpoe.com; andrewtenzer@paulhastings.com; shlomomaza@paulhastings.com; pbasta@paulweiss.com; kcornish@paulweiss.com; lclayton@paulweiss.com; sbuergel@paulweiss.com; rbritton@paulweiss.com; jhurwitz@paulweiss.com; lbyrne@pedersenhoupt.com; jdelnero@pedersenhoupt.com; jaffeh@pepperlaw.com; listwakk@pepperlaw.com; ecobb@pbfcm.com; jbanks@pbfcm.com; ecobb@pbfcm.com; lmbkr@pbfcm.com; osonik@pbfcm.com; dpick@picklaw.net; jon@piercemccoy.com; rsteinberg@pricemeese.com; searsteam@primeclerk.com; serviceqa@primeclerk.com; gerald.kennedy@procopio.com; lr@pryormandelup.com; rlp@pryormandelup.com; mhofsdal@pryorcashman.com; susheelkirpalani@quinnemanuel.com; jonpickhardt@quinnemanuel.com; andrewcorkhill@quinnemanuel.com; matthewscheck@quinnemanuel.com; ellisonmerkel@quinnemanuel.com; cfilardi@rrlawpc.com; greiss@reisspreuss.com; etikkanen@reisspreuss.com; cpugatch@rprslaw.com; hmagaliff@r3mlaw.com; kflorey@robbins-schwartz.com; nsmith@robbins-schwartz.com; Robert.e.michael.esq@gmail.com; Aron.hume@gmail.com; fbr@robinsonbrog.com; rms@robinsonbrog.com; se@robinsonbrog.com; gregg.galardi@ropesgray.com; kimberly.kodis@ropesgray.com; sam.ashuraey@ropesgray.com; james.wilton@ropesgray.com; patricia.chen@ropesgray.com; ssally@ropesgray.com; joshua.sturm@ropesgray.com; nicholas.berg@ropesgray.com; timothy.farrell@ropesgray.com; srosen@rosenpc.com; prubin@rubinlawllc.com; mamato@rmfpc.com; skelly@s-d.com; mmccann@swc-law.com; rabiuso@swc-law.com; jweinblatt@sakar.com; cbelmonte@ssbb.com; asnow@ssbb.com; pbosswick@ssbb.com; ksadeghi@schiffhardin.com; secbankruptcy@sec.gov; NYROBankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; ashmead@sewkis.com; alves@sewkis.com; hyland@sewkis.com; hooper@sewkis.com; czarny@sewkis.com; gayda@sewkis.com; emfox@seyfarth.com; sparadise@seyfarth.com; rhermann@sbwh.law; mkish@sbwh.law; jshafer@sbwh.law; floridaservice@sbwh.law; fsosnick@shearman.com; sara.coelho@shearman.com; afeld@sheppardmullin.com; tcohen@sheppardmullin.com; rreinert@shutts.com; rtucker@simon.com; mshriro@singerlevick.com; dplon@sirlinlaw.com; Paul.Leake@skadden.com; Shana.Elberg@skadden.com; George.Howard@skadden.com; enotices@skijain.com; pstrok@swelawfirm.com; rkinas@swlaw.com; bk@svllaw.com; darolf@sorlinglaw.com; pmryan@sorlinglaw.com; mary.callahan@bnymellon.com; mary.callahan@bnymellon.com; tonder@stark-stark.com; jlemkin@stark-stark.com; charles.chamberlin@nebraska.gov; cp@stevenslee.com; thomas.salerno@stinson.com; darrell.clark@stinson.com; streusand@slollp.com; khansen@stroock.com; jcanfield@stroock.com; sbhattacharyya@stroock.com; pkslyne@ssbny.com; dietdericha@sullcrom.com; zylberbergd@sullcrom.com; sacksr@sullcrom.com; gluecksteinb@sullcrom.com; dkupetz@sulmeyerlaw.com; ckwu@sulmeyerlaw.com; lawyer@surilawoffice.com; bsattin@szaferman.com; Riela@thsh.com; aconway@taubman.com; tf@lawtaf.com; Starr.Judith@pbgc.gov; mccarron.william@pbgc.gov; efile@pbgc.gov; joe@saracheklawfirm.com; mtsang@tsanglawfirm.com; Curtis.Tuggle@ThompsonHine.com; ltirelli@tw-lawgroup.com; powerwangtxks@vip.126.com; AGBankNewYork@ag.tn.gov; dtobias@tobiaslawpc.com; frankoswald@teamtogut.com; neilberger@teamtogut.com; mnester@teamtogut.com; jpruski@trainorfairbrook.com; kay.brock@traviscountytx.gov;

amy.williams@troutman.com; Brett.Goodman@troutman.com; Alissa.Piccione@troutman.com; David.Jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Carina.Schoenberger@usdoj.gov; Lawrence.Fogelman@usdoj.gov; Peter.Aronoff@usdoj.gov; Linda.Riffkin@usdoj.gov; jdunn@vedderprice.com; ketzel@vedderprice.com; mschein@vedderprice.com; marva.m.levine@verizon.com; cohen@wmllp.com; jlibou@wmllp.com; notice@waldrepllp.com; sfalanga@walsh.law; gtoering@wnj.com; Dclarke@wjslaw.com; ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com; mbrofman@weisszarett.com; sfink@weltman.com; vandermarkj@whiteandwilliams.com; cajones@wtplaw.com; klewis@wtplaw.com; sgerald@wtplaw.com; bankruptcy@evict.net; awilliams@williamsadvisors.com; alipkin@willkie.com; gbrunswick@willkie.com; philip.anker@wilmerhale.com; noah.levine@wilmerhale.com; phealy@wsfsbank.com; scimalore@wilmingtontrust.com; mark.ledwin@wilsonelser.com; ncwitte@wittelaw.com; saron@wrslawyers.com; JLawlor@wmd-law.com; BAxelrod@wmd-law.com; CPostighone@wmd-law.com; tom@attorneyzim.com;

2. On September 17, 2019, a true and correct copies of the aforesaid documents were personally delivered to the Clerk of the United States Bankruptcy Court for the Southern District of New York for service upon:

> Honorable Robert D. Drain
> U.S. Bankruptcy Court
> For the Southern District of New York
> 300 Quarropas Street
> White Plains, New York 10601

3. On September 17, 2019, true and correct copies of the aforesaid documents were served also by First Class Mail upon:

> Office of the United States Trustee
> 201 Varick Street, Room 1006
> New York, New York 10014
>
> Stephen Sitley, Esq.
> Luke J. Valentino, Esq.
> Sears Holding Corporation
> 3333 Beverly Road
> Hoffman Estates, IL 60179

5

Dated: New York, New York
September 18, 2019

/s/Jonathan H. Miller
Jonathan H. Miller
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY 10178
(646) 517-5420
jon@saracheklawfirm.com
