**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING SANTA ROSA MALL'S**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

Upon the *Motion for Leave to File Under Seal* (the "*Motion for Leave*", Docket No. 5123), dated September 11, 2019 (the "Motion") filed by Santa Rosa Mall, LLC ("Santa Rosa Mall"), seeking entry of an order (this "*Order*") authorizing Santa Rosa Mall redact and file under seal Paragraphs 26, 50, 51, 82, 83 and 119, Footnote 4 and 7, and **Exhibit XII** of the *Supplemental Motion for an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum in Support Thereof* [Docket No. 5124] (the "Supplemental Stay Relief Motion") and to file the redacted version of the Supplemental Stay Relief Motion on the public docket of these cases, pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code, Fed. R. Bankr. P. 9018, SDNY LBR 9018-1, and Paragraph 13 of the *Amended Stipulated Protective Order* [Docket No. 1084]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157()-(b) and 1334(b), as a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the proposed redactions contain commercial information properly protected from public disclosure under Section 107(b)(1) of the Bankruptcy Code; and good and sufficient cause appearing; and no additional notice or a hearing being required, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Santa Rosa Mall is authorized to file **Exhibit XII** of the *Supplemental Stay Relief Motion* under seal by providing a copy to the Clerk of the United States Bankruptcy Court located at 300 Quarropas Street, White Plains, NY, Attn. Mimi Correa along with a copy of this Order in an envelope (either paper or electronic) marked "TO BE FILED UNDER SEAL."

3. Santa Rosa Mall is authorized to file a redacted version of the *Supplemental Stay Relief Motion* on the public docket of this case provided that Santa Rosa Mall redact only Paragraphs 26, 50, 51, 82, 83 and 119, Footnote 4 and 7, and **Exhibit XII** thereto, subject to further order of the Court, pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code, Fed. R. Bankr. P. 9018, SDNY LBR 9018-1, and Paragraph 13 of the *Amended Stipulated Protective Order* (Docket No. 1084).

4. Except upon further order of the Court, the foregoing sealed documents shall remain under seal, and shall not be made available to anyone without the consent of the Debtors, with the exception that unredacted copies of such documents shall be provided to (a) Chambers, (b) the United States Trustee, and (c) any other party in interest as may be ordered by the Court or agreed to by the Debtors.

5. Santa Rosa Mall is authorized to take all actions necessary to effectuate this Order.

6. This Order is without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the sealed documents or any part thereof.

7. Santa Rosa Mall shall contact the Clerk's Office regarding the return or disposition of the sealed documents within 10 days after resolution of the *Supplemental Stay Relief Motion*. Upon Santa Rosa Mall's failure to do so, the Clerk of the Court is authorized to destroy the sealed documents.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:   September 19, 2019
         White Plains, New York

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE