# EXHIBIT 5

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☒ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

CALAMP WIRELESS NETWORKS CORPORATION
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| 1100 Wilshire Blvd., #2403<br>Los Angeles, CA 90017-1961 | 15635 Alton Parkway, #250<br>Irvine, CA 92618 |
| Contact phone 213-346-8300 | Contact phone 949-600-5635 |
| Contact email bovitz@bovitz-spitzer.com | Contact email smoran@calamp.com |

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 831,040.12 . Does this amount include interest or other charges?

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Contract (fleet)

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Modified Form 410              Proof of Claim              page 2

| | | | Amount entitled to priority |
|---|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies.    $_____

\* Amounts are subject to adjustment on 04/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $ 148,476.19

---

| **Part 3:** | **Sign Below** |
|---|---|

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____
J. Scott Bovitz (Jan 21, 2019)

Email: bovitz@bovitz.com

_____
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | J.<br>First name | Scott<br>Middle name | Bovitz<br>Last name |
|---|---|---|---|

| Title | Senior Partner |
|---|---|

| Company | Bovitz & Spitzer |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 1100 Wilshire Blvd., #2403 |
|---|---|
| | Number        Street |
| | Los Angeles        CA        90017-1961 |
| | City        State        ZIP Code |

| Contact phone | 213-346-8300 | Email | bovitz@bovitz-spitzer.com |
|---|---|---|---|

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ have supporting documentation.
  (attach below)

☐ do **not** have supporting documentation.

🖇 **Attachment**

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT
ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS
ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING
DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show
only the last four digits of any social-security, individual's tax-identification, or financial-account number,
only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on
the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid
embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain
information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of
Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel.
Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this
Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the
disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk
of the Court discover that personal identifier data or information concerning a minor individual has been
included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to
redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                    12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.**

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

## Do not file these instructions with your form

**20821**          **SEARS, ROEBUCK AND CO./CalAmp Networks Corporation**

| Inv Number | Inv Date | Type | Description | | Inv Amount |
|---|---|---|---|---|---|
| I0208719 (Exhibit 1) | 12/12/2016 | | DIRECT BILL | $ | 650.00 |
| I0269136 (Exhibit 2) | 4/30/2018 | | FO Order Type | $ | 606.88 |
| I0279252 (Exhibit 3) | 7/30/2018 | IN | DIRECT BILL | $ | 11,556.30 |
| I0279253 (Exhibit 4) | 7/30/2018 | IN | DIRECT BILL | $ | 228,760.77 |
| I0279641 (Exhibit 5) | 8/2/2018 | | FO Order Type | $ | 153.12 |
| I0282278 (Exhibit 6) | 8/24/2018 | IN | DIRECT BILL | $ | 11,497.50 |
| I0282279 (Exhibit 7) | 8/24/2018 | IN | DIRECT BILL | $ | 228,760.77 |
| I0282627 (Exhibit 8) | 8/28/2018 | | FO Order Type | $ | 401.87 |
| I0286240 (Exhibit 9) | 9/30/2018 | IN | DIRECT BILL | $ | 228,760.77 |
| I0286241 (Exhibit 10) | 9/30/2018 | IN | DIRECT BILL | $ | 11,451.30 |
| I0288883 (Exhibit 11) | 10/24/2018 | IN | DIRECT BILL | $ | 5,121.90 |
| I0288884 (Exhibit 12) | 10/24/2018 | IN | DIRECT BILL | $ | 103,318.94 |
| | | | | $ | 831,040.12 |



**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax: (805) 987-8359

# INVOICE

| | |
|---|---|
| Invoice No. | I0208719 |
| Date | 12/12/2016 |
| Order No. | O0178585 |
| Shipper ID | S0216171 |
| Order Type | DIRECT BILL |
| Customer ID | WNG004908 |

**BILL TO:**

SEARS DC #33166
SEARS - AP ARIBA
P.O. BOX 2176
SEARS - DISBURSEMENTS PO
OMAHA, NE  68103-2176

DEBRA HARDY

SEARS - AP ARIBA - SEARS DC#33166 SEARS

PART AND REPAIR 09512 4786 FIRST AVE S

SEATTLE, WA  98134-2304

Notes:    Add_Purchase_Cable Only_WNG004908_SEARS_SQ 5208                                    PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Origin Freight Prepay | Electronic Delivery | | PO 369240 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 11/23/2016 | Net 30 Days | Lew Blumstein | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 350-001-0005 | 5 | EA | 5 | 0 | 130.00 | 0.00 | 650.00 |
| TRI-MODE ANTENNA | | | | | | | |

Remit to:
CalAmp Wireless Networks Corp.
75 Remittance Drive Suite 6316
Chicago IL 60675-6316

Wires/ACH:
Receiver
ABA/Routing #
Beneficiary
            Square 1 Bank

            CalAmp Wireless Networks Corp.
            1401 N. Rice Avenue
            Oxnard, CA 93030
S.W.I.F.T.
            Square 1 Bank
            406 Blackwell St., Suite 240
            Durham, NC 27701

| | |
|---|---|
| Sales Total | 650.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 650.00 |
| Less Paid Amount | 0.00 |

WNG004908        I0208719

| TOTAL | 650.00  USD |
|---|---|



*connecting tomorrow today*

CalAmp Wireless Networks Corp
1401 N Rice Ave.
Oxnard, CA 93030
United States

# Sales Quote

| | |
|---|---|
| **Date** | 08/22/2016 |
| **Sales Quote #** | 00005208 |
| | |
| **Expires** | 08/31/2016 |
| **Salesperson** | Lew Blumstein |
| **Contract Months** | 12 |
| **Primary Contact Phone** | |

## Customer Name

Sears - AP Ariba - Sears DC#33166

| **Bill To:** | **Ship To:** |
|---|---|
| Sears - AP Ariba - Sears DC#33166 | Sears Parts & Repair #09512 |
| aparibainv@searshc.com | Debra Hardy |
| Omaha,  NE  68103 | 4786 First Ave S |
| US | Seattle, WA 32792 |
| | US |

| Category | Device Type | Item | Description | Quantity | Rate | Tax Rate | Amount |
|---|---|---|---|---|---|---|---|
| Accessory | Cable | 350-001-0005 | Tri Mode Antenna Stud Mount (GPS +CELL+802.11) | 5 | 130.00 | 0.00% | $650.00 |
| | | TOTAL | ONE-TIME FEES | | | | $650.00 |
| | | TOTAL | MONTHLY RECURRING FEES | | | | $0.00 |

| **Notes** | | **Total** | **$650.00** |
|---|---|---|---|

SHIPPING, APPLICABLE TAX, USF AND OTHER CHARGES WILL BE ADDED TO INVOICE

Additional hardware and services may be purchased at this price for 12 months after execution of this Sales Quote.

If Communication Network services are purchased, overage fees of $0.02/KB for Cellular services shall apply as applicable. Any waived or discounted fees provided in this Sales Quote shall apply only to the initial Order.

This Sales Quote ("Order") shall be attached to the CalAmp Contract Cover Page, which together along with the Terms and Conditions referenced in the Contract Cover Page constitutes the Master Agreement. If the Terms and Conditions are posted on the CalAmp website, subscriber's rights and obligations are governed by the version of the Terms and Conditions in force at the time of the most recent Order. Subscriber's placement and CalAmp's acceptance of this Order, or any subsequent Order constitutes Subscriber's acceptance of the latest version of the Terms and Conditions including all updates and changes made since the date of Subscriber's latest prior Order, and agreement that the latest version of the Terms and Conditions will govern the services and related products contained in all Orders under which Subscriber is then entitled to receive active services. The most current version of the Terms and Conditions should be reviewed in conjunction with the placement of all new Orders.

---

CalAmp Signature/Title/Date

---

Subscriber Signature/Title/Date

---

Subscriber State of Incorporation

---

Subscriber Taxpayer federal Identification Number (EIN)

1

## SEARS HOLDINGS

# ORDER NO. PO369240
Issued on Fri, 19 Aug, 2016
Created on Fri, 19 Aug, 2016 by DEBRA HARDY

**SUPPLIER:**                                                    **TOTAL AMOUNT**
CALAMP WIRELESS DATA SYSTEMS INC-1000835272          **$650.000 USD**
PO BOX 80411
CITY OF INDUSTRY, CA 91716
United States
Contact: Mike Dunn - 6.29.15

**SHIP TO:**                                  **BILL TO:**
Sears Parts & Repair #09512               Send Invoice To: aparibainv@searshc.com
4786 FIRST AVE S                          ,
Seattle, WA 32792                         United States
United States
Phone: 102067683245
Fax: 100000000000

**DELIVER TO:**                               Worklenz / JIRA Id:
DEBRA HARDY _ Seattle;WA _
Debra.Hardy@searshc.com _
+1 206 764 7652

Payment Terms: Per Agreement
Alternate Receiver:
AlternateReceiver :
DerivedAlternateReceiver:
Supplier Contact Email Address: Efax_contracts_Pending@calAmp.com;Accountsreceivable@calamp.com
LDAP ID: dhardy

## LINE ITEM DETAILS (1 LINE ITEMS)

| NO. | DESCRIPTION | PART NUMBER | QTY | NEED-BY DATE | UNIT PRICE | AMOUNT |
|-----|-------------|-------------|-----|--------------|-----------|--------|
| 1 | antenna | 350-001-0005 | 5 each | - | $130.000 USD | $650.000 USD |

Full Description: antenna

Req. Line No.: 1
Requester: DEBRA HARDY
PR No.: PR318656
Phone: +1 206 764 7652

                                                              **TOTAL AMOUNT**
                                                              **$650.000 USD**

## TERMS AND CONDITIONS OF PURCHASE

Visit our website http://searsholdings.com/docs/NonMerchPOTermsandConditions.pdf



**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax: (805) 987-8359

# INVOICE

| | |
|---|---|
| Invoice No. | I0269136 |
| Date | 4/30/2018 |
| Order No. | O0231236 |
| Shipper ID | S0278836 |
| Order Type | FO Order Type |
| Customer ID | WNG004908 |

| BILL TO: | SHIP TO: |
|---|---|
| SEARS DC #33166<br>SEARS - AP ARIBA<br>P.O. BOX 2176<br>SEARS - DISBURSEMENTS PO<br>OMAHA, NE 68103-2176 | ANGELO NIEVES ACEVEDO<br>PUERTO RICO-SVC DISTRICT-#08935<br>ROAD 169 KM 6.7<br>CAMARONE<br>GUAYNABO, RQ 00969<br>Puerto Rico |

Notes:    Add-on_Accessory-Order_WNG0004908_SEARS_~SQ                                   PAGE 1
8604~_12_ House Clean

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Origin Freight Prepay | FedEx Ground Service | | PO820694 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 4/26/2018 | Net 30 Days | | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 820-100-0141 | 3 | EA | 3 | 0 | 175.00 | 0.00 | 525.00 |
| KIT, C1K UPFITTER | | | | | | | |

FRTT        Shipping And Hndl Charges                                                   81.88

| Remit to:<br>CalAmp Wireless Networks Corporation<br>29582 Network Place.<br>Chicago IL 60673-1295 | ACH Delivery:<br>Bank Routing Number:<br>Account Number:<br>Account Name:     CalAmp Wireless Networks<br>                          Corporation<br>Wire Transfer:<br>Bank Routing Number:<br>SWIFT Code:<br>General Bank Address:JPMorgan Chase New York,<br>                          NY 10004<br>Account Number:<br>Account Name:     CalAmp Wireless Networks<br>                          Corporation | | Sales Total | 525.00 |
|---|---|---|---|---|
| | | | Shipping & Handling | 0.00 |
| | | | Misc. Charges | 81.88 |
| | | | Tax Total | 0.00 |
| | | | | 606.88 |
| | | | Less Paid Amount | 0.00 |
| WNG004908        I0269136 | | | **TOTAL** | 606.88 USD |



**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA  93030
Phone:  (805) 987-9000
Fax:  (805) 987-8359

# INVOICE

| | |
|---|---|
| Invoice No. | I0279252 |
| Date | 7/30/2018 |
| Order No. | O0240915 |
| Shipper ID | S0289194 |
| Order Type | DIRECT BILL |
| Customer ID | 20821 |

| BILL TO: | SHIP TO: |
|---|---|
| Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 | Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 |

PAGE  1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | | June 18 Fleet Outlook Charges | C41127_V7_CW2300408 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 7/28/2018 | Net 60 Days | | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 000-303 | 1,597 | EA | 1,597 | 0 | 2.10 | 0.00 | 3,353.70 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| 000-303 | 1,591 | EA | 1,591 | 0 | 2.10 | 0.00 | 3,341.10 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| 000-303 | 1,916 | EA | 1,916 | 0 | 2.10 | 0.00 | 4,023.60 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| 000-303 | 399 | EA | 399 | 0 | 2.10 | 0.00 | 837.90 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |

**Remit to:**
CalAmp Wireless Networks Corporation
29582 Network Place.
Chicago IL 60673-1295

20821          I0279252

**ACH Delivery:**
Bank Routing Number:
Account Number:
Account Name:          CalAmp Wireless Networks
                       Corporation
**Wire Transfer:**
Bank Routing Number:
SWIFT Code:
General Bank Address: JPMorgan Chase New York,
                       NY 10004
Account Number:
Account Name:          CalAmp Wireless Networks
                       Corporation

| | |
|---|---|
| Sales Total | 11,556.30 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 11,556.30 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 11,556.30  USD |



**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax: (805) 987-8359

# INVOICE

| | |
|---|---|
| Invoice No. | I0279253 |
| Date | 7/30/2018 |
| Order No. | O0240916 |
| Shipper ID | S0289195 |
| Order Type | DIRECT BILL |
| Customer ID | 20821 |

| BILL TO: | SHIP TO: |
|---|---|
| Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 | Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | | July 2018 Data Pump Service | C41218_V3_CW2320950 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 7/28/2018 | Net 60 Days | | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 000-714 | 8,500 | EA | 8,500 | 0 | 14.45 | 0.00 | 122,825.00 |
| FLEETOUTLOOK-DATA PUMP | | | | | | | |
| 000-100 | 8,500 | EA | 8,500 | 0 | 3.50 | 0.00 | 29,750.00 |
| Terrestrial Management Fee | | | | | | | |
| 000-103 | 330 | EA | 330 | 0 | 11.99 | 0.00 | 3,956.70 |
| GSM Network Communications | | | | | | | |
| 000-192 | 2,730 | EA | 2,730 | 0 | 10.24 | 0.00 | 27,955.20 |
| US CDMA | | | | | | | |
| 000-804 | 5,440 | EA | 5,440 | 0 | 7.44 | 0.00 | 40,473.60 |
| Verizon VPP 5 MB Plan;Monthly | | | | | | | |
| RCRS | 72,386 | EA | 72,386 | 0 | 0.05 | 0.00 | 3,800.27 |
| REGULATORY COST RECOVERY SURCHARGE, (RCRS .0525%) | | | | | | | |

| Remit to:<br>CalAmp Wireless Networks Corporation<br>29582 Network Place.<br>Chicago IL 60673-1295 | **ACH Delivery:**<br>Bank Routing Number:<br>Account Number:<br>Account Name: CalAmp Wireless Networks Corporation<br>**Wire Transfer:**<br>Bank Routing Number:<br>SWIFT Code:<br>General Bank Address: JPMorgan Chase New York, NY 10004<br>Account Number:<br>Account Name: CalAmp Wireless Networks Corporation | Sales Total | 228,760.77 |
|---|---|---|---|

| | |
|---|---|
| Sales Total | 228,760.77 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 228,760.77 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 228,760.77  USD |

20821        I0279253

# Cal/Amp

**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax: (805) 987-8359

# INVOICE

| | |
|---|---|
| Invoice No. | I0279641 |
| Date | 8/2/2018 |
| Order No. | O0241190 |
| Shipper ID | S0289607 |
| Order Type | FO Order Type |
| Customer ID | WNG004908 |

| BILL TO: | SHIP TO: |
|---|---|
| SEARS DC #33166<br>SEARS - AP ARIBA<br>P.O. BOX 2176<br>SEARS - DISBURSEMENTS PO<br>OMAHA, NE 68103-2176 | LORI CONTRERAS<br>SEARS - AP ARIBA - SEARS DC# 33166<br>16555 PARK ROW<br>HOUSTON, TX 77084 |

Notes:    Accesory Order_Purchase_WNG004908_~SQ 4244~_12

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Origin Freight Prepay | FedEx Ground Service | | PO864110 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 8/1/2018 | Net 30 Days | | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 350-001-0005<br>TRI-MODE ANTENNA | 1 | EA | 1 | 0 | 130.00 | 0.00 | 130.00 |

| FRTT | Shipping And Hndl Charges | | 11.45 |
|---|---|---|---|

| Remit to:<br>CalAmp Wireless Networks Corporation<br>29582 Network Place.<br>Chicago IL 60673-1295 | ACH Delivery:<br>Bank Routing Number:<br>Account Number:<br>Account Name: CalAmp Wireless Networks Corporation<br>Wire Transfer:<br>Bank Routing Number:<br>SWIFT Code:<br>General Bank Address: JPMorgan Chase New York, NY 10004<br>Account Number:<br>Account Name: CalAmp Wireless Networks Corporation | | |
|---|---|---|---|

| | | |
|---|---|---|
| Sales Total | | 130.00 |
| Shipping & Handling | | 0.00 |
| Misc. Charges | | 11.45 |
| Tax Total | | 11.67 |
| | | 153.12 |
| Less Paid Amount | | 0.00 |
| **TOTAL** | | 153.12  USD |

WNG004908    I0279641

# Purchase Order: PO864110

*This purchase order was delivered by Ariba Network.   For more information about Ariba and Ariba Network, visit http://www.ariba.com.*

| | | |
|---|---|---|
| **From:**<br>Send Invoice To: aparibainv@searshc.com<br><br>Email: aparibainv@searshc.com | **To:**<br>**CALAMP WIRELESS NETWORKS CORP**<br>1401 N RICE AVE<br>Oxnard , CA 93030<br>United States<br>Phone: +1 (703) 2624063<br>Fax:<br>Email: radhap@calamp.com,<br>Efax_Contracts_pending@CalAmp.com, mdunn@CalAmp.com | **Purchase Order**<br>(Invoiced)<br>PO864110<br>Amount: $ 130.00  USD<br>Version: 1 |

**Payment Terms**
NET 0

**Comments**
Comment Type:
General
Comment Body:

Comment By:
LORI CONTRERAS
Comment Date:
2018-07-27T13:23:11-07:00

Comment Type: Terms and Conditions
Body:Visit our website http://searsholdings.com/docs/NonMerchPOTermsandConditions.pdf

**Other Information**
LDAP ID:                    lcontr1

**ATTACHMENTS**
CalAMP_quote.pdf (application/pdf)

| ┌─ SHIP ALL ITEMS TO ─ | ┌─ BILL TO ─ | ┌─ DELIVER TO ─ |
|---|---|---|
| **SEARS Service Center 8107**<br>16555 Park Row<br>Houston , TX 77084<br>United States<br>Ship To Code:  AD82983268<br>Phone:  +1 (281) 6471420<br>Email:  Lori.contreras@seaershc.com | Send Invoice To:<br>aparibainv@searshc.com<br>Email:<br>aparibainv@searshc.com | LORI CONTRERAS _ _ lori.<br>contreras@searshc.com _<br>SEARS Service Center 8107 |

**Line Items**

| Line # | Part # / Description | Type | Qty (Unit) | Need By | Price | Subtotal |
|--------|---------------------|------|-----------|---------|-------|----------|
| 1 | 350-001-0005 | Material | 1 (EA) | 3 Aug 2018 | $130.00 USD | $130.00 USD |
|   | Tri Mode Antenna | | | | | |

**STATUS**

1 Invoiced    Amount: $130.00 USD

1
Unconfirmed

**Other Information**

| Req. Line No.: | 1 |
| Requester: | LORI CONTRERAS |
| PR No.: | PR591113 |

Order submitted on: Tuesday 31 Jul 2018 9:35 PM GMT-04:00
Received by Ariba Network on: Tuesday 31 Jul 2018 9:36 PM GMT-04:00
This Purchase Order was sent by Sears Holdings Corporation (Non-Merchandise) AN01007090221 and delivered by Ariba Network.
There are attachment(s) associated with this order that can be viewed online.

| Sub-total: | $ | 130.00 | USD |
| Total Invoiced: | $ | 130.00 | USD |

PDF generated by Radha Persaud on Saturday 20 Oct 2018 9:36 PM GMT-04:00

# Cal/Amp

**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax: (805) 987-8359

| | |
|---|---|
| **INVOICE** | |
| Invoice No. | I0282278 |
| Date | 8/24/2018 |
| Order No. | O0243503 |
| Shipper ID | S0292295 |
| Order Type | DIRECT BILL |
| Customer ID | 20821 |

| BILL TO: | SHIP TO: |
|---|---|
| Attn: Brad Brodie | Attn: Brad Brodie |
| SEARS, ROEBUCK AND CO. | SEARS, ROEBUCK AND CO. |
| 3333 Beverly Road, Attn: A4-355A | 3333 Beverly Road, Attn: A4-355A |
| Hoffman Estates, IL  60179 | Hoffman Estates, IL  60179 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | | Aug 2018 Fleet Outlook Charges | C41127_V7_CW2300408 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 8/24/2018 | Net 60 Days | | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 000-303 | 1,568 | EA | 1,568 | 0 | 2.10 | 0.00 | 3,292.80 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| Notes:    North | | | | | | | |
| 000-303 | 1,613 | EA | 1,613 | 0 | 2.10 | 0.00 | 3,387.30 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| Notes:    South | | | | | | | |
| 000-303 | 1,918 | EA | 1,918 | 0 | 2.10 | 0.00 | 4,027.80 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| Notes:    West | | | | | | | |
| 000-303 | 376 | EA | 376 | 0 | 2.10 | 0.00 | 789.60 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| Notes:    HVAC | | | | | | | |



Remit to:
CalAmp Wireless Networks Corporation
29582 Network Place.
Chicago IL 60673-1295

20821          I0282278

ACH Delivery:
Bank Routing Number:
Account Number:
Account Name:          CalAmp Wireless Networks
                              Corporation
Wire Transfer:
Bank Routing Number:
SWIFT Code:
General Bank Address:JPMorgan Chase New York,
NY 10004
Account Number:
Account Name:          CalAmp Wireless Networks
                              Corporation

| | |
|---|---|
| Sales Total | 11,497.50 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 11,497.50 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **11,497.50**  USD |



**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax: (805) 987-8359

# INVOICE

| | |
|---|---|
| Invoice No. | I0282279 |
| Date | 8/24/2018 |
| Order No. | O0243504 |
| Shipper ID | S0292296 |
| Order Type | DIRECT BILL |
| Customer ID | 20821 |

| BILL TO: | SHIP TO: |
|---|---|
| Attn: Brad Brodie | Attn: Brad Brodie |
| SEARS, ROEBUCK AND CO. | SEARS, ROEBUCK AND CO. |
| 3333 Beverly Road, Attn: A4-355A | 3333 Beverly Road, Attn: A4-355A |
| Hoffman Estates, IL  60179 | Hoffman Estates, IL  60179 |

PAGE  1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | | Aug 2018 Data Pump Service | C41218_V3_CW2320950 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 8/24/2018 | Net 60 Days | | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 000-714 | 8,500 | EA | 8,500 | 0 | 14.45 | 0.00 | 122,825.00 |
| FLEETOUTLOOK-DATA PUMP | | | | | | | |
| 000-100 | 8,500 | EA | 8,500 | 0 | 3.50 | 0.00 | 29,750.00 |
| Terrestrial Management Fee | | | | | | | |
| 000-103 | 330 | EA | 330 | 0 | 11.99 | 0.00 | 3,958.70 |
| GSM Network Communications | | | | | | | |
| 000-192 | 2,730 | EA | 2,730 | 0 | 10.24 | 0.00 | 27,955.20 |
| US CDMA | | | | | | | |
| 000-804 | 5,440 | EA | 5,440 | 0 | 7.44 | 0.00 | 40,473.60 |
| Verizon VPP 5 MB Plan;Monthly | | | | | | | |
| RCRS | 72,386 | EA | 72,386 | 0 | 0.05 | 0.00 | 3,800.27 |
| REGULATORY COST RECOVERY SURCHARGE, (RCRS .0525%) | | | | | | | |



Remit to:
CalAmp Wireless Networks Corporation
29582 Network Place.
Chicago IL 60673-1295

ACH Delivery:
Bank Routing Number:
Account Number:
Account Name:          CalAmp Wireless Networks
                       Corporation
Wire Transfer:
Bank Routing Number
SWIFT Code:
General Bank Address:JPMorgan Chase New York,
                     NY 10004
Account Number:
Account Name:          CalAmp Wireless Networks
                       Corporation

20821        I0282279

| | |
|---|---|
| Sales Total | 228,760.77 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 228,760.77 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 228,760.77  USD |



**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax: (805) 987-8359

# INVOICE

| | |
|---|---|
| Invoice No. | I0282627 |
| Date | 8/28/2018 |
| Order No. | O0243716 |
| Shipper ID | S0292709 |
| Order Type | FO Order Type |
| Customer ID | WNG004908 |

| BILL TO: | SHIP TO: |
|---|---|
| SEARS DC #33166<br>SEARS - AP ARIBA<br>P.O. BOX 2176<br>SEARS  - DISBURSEMENTS PO<br>OMAHA, NE  68103-2176 | SHANTELLE RAMIREZ<br>SEARS - APR ARIABA - SEARS DC#33166<br>952 E BASELINE RD<br># 111<br>MESA, AZ  85204 |

Notes:    Accesory Order_Purchase_WNG004908_~SQ 9682~_12                                                                        PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Origin Duties Unpaid | FedEx Ground Service | | PO877249 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 8/27/2018 | Net 30 Days | HOUSE ACCOUNT | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 350-001-0005<br>TRI-MODE ANTENNA | 3 | EA | 3 | 0 | 130.00 | 0.00 | 390.00 |

FRTT        Shipping And Hndl Charges                                                                                          11.87

| Remit to:<br>CalAmp Wireless Networks Corporation<br>29582 Network Place.<br>Chicago IL 60673-1295 | ACH Delivery:<br>Bank Routing Number:<br>Account Number:<br>Account Name: CalAmp Wireless Networks Corporation<br>Wire Transfer:<br>Bank Routing Number:<br>SWIFT Code:<br>General Bank Address: JPMorgan Chase New York, NY 10004<br>Account Number:<br>Account Name: CalAmp Wireless Networks Corporation | | |
|---|---|---|---|
| | | Sales Total | 390.00 |
| | | Shipping & Handling | 0.00 |
| | | Misc. Charges | 11.87 |
| | | Tax Total | 0.00 |
| WNG004908        I0282627 | | | 401.87 |
| | | Less Paid Amount | 0.00 |
| | | **TOTAL** | 401.87  USD |

# Purchase Order: PO877249

_This purchase order was delivered by Ariba Network.  For more information about Ariba and Ariba Network, visit http://www.ariba.com._

| From: | To: | Purchase Order |
|---|---|---|
| Send Invoice To: aparibainv@searshc.com | CALAMP WIRELESS NETWORKS CORP | (Invoiced) |
| | 1401 N RICE AVE | PO877249 |
| Email:  aparibainv@searshc.com | Oxnard , CA 93030 | Amount: $ 390.00 USD |
| | United States | Version: 1 |
| | Phone: +1 (703) 2624063 | |
| | Fax: | |
| | Email: radhap@calamp.com, | |
| | Efax_Contracts_pending@CalAmp. | |
| | com, mdunn@CalAmp.com | |

**Payment Terms**
NET 0

**Comments**
Comment Type: Terms and Conditions
Body:Visit our website http://searsholdings.com/docs/NonMerchPOTermsandConditions.p
df

**Other Information**
LDAP ID:                sramir2

| ┌SHIP ALL ITEMS TO | ┌BILL TO | ┌DELIVER TO |
|---|---|---|
| Shantelle Ramirez | Send Invoice To: | SHANTELLE RAMIREZ _ _ shantelle. |
| 952 E Baseline Rd | aparibainv@searshc.com | ramirez@searshc.com _ |
| #111 | Email: | Shantelle Ramirez |
| Mesa , AZ 85204 | aparibainv@searshc.com | |
| United States | | |
| Ship To Code:  AD78860215 | | |
| Phone:  +1 (480) 4977765 | | |
| Email:  Shantelle.Ramirez@searshc.com | | |

**Line Items**

| Line # | Part # / Description | Type | Qty (Unit) | Price | Subtotal |
|---|---|---|---|---|---|
| 1 | 350-001-0005 | Material | 3 (EA) | $130.00 USD | $390.00 USD |
| | Tri Mode Antenna | | | | |

STATUS

| 3 Invoiced | Amount:  $390.00 USD |
|---|---|
| 3 Shipped | (Carrier Name: FedEx ) Tracking Number: 449845737977 Shipment Id: 449845737977 |
| 3 Confirmed As Is | |

Other Information
Req. Line No.:           1
Requester:              SHANTELLE RAMIREZ
PR No.:                 PR598273

Order submitted on: Monday 27 Aug 2018 2:03 PM GMT-04:00
Received by Ariba Network on: Monday 27 Aug 2018 2:03 PM GMT-04:
00
This Purchase Order was sent by Sears Holdings Corporation (Non-
Merchandise) AN01007090221 and delivered by Ariba Network.

| | | | |
|---|---|---|---|
| Sub-total: | $ | 390.00 | USD |
| Total Invoiced: | $ | 390.00 | USD |

**PDF generated by Radha Persaud on Saturday 20 Oct 2018 9:33 PM GMT-04:00**



**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax: (805) 987-8359

# INVOICE

| | |
|---|---|
| Invoice No. | I0286240 |
| Date | 9/30/2018 |
| Order No. | O0246896 |
| Shipper ID | S0296474 |
| Order Type | DIRECT BILL |
| Customer ID | 20821 |

| BILL TO: | SHIP TO: |
|---|---|
| Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 | Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | | Sept 2018 Data Pump Service | C41218_V3_CW2320950 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 9/28/2018 | Net 60 Days | | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 000-714<br>FLEETOUTLOOK-DATA PUMP | 8,500 | EA | 8,500 | 0 | 14.45 | 0.00 | 122,825.00 |
| 000-100<br>Terrestrial Management Fee | 8,500 | EA | 8,500 | 0 | 3.50 | 0.00 | 29,750.00 |
| 000-103<br>GSM Network Communications | 330 | EA | 330 | 0 | 11.99 | 0.00 | 3,956.70 |
| 000-192<br>US CDMA | 2,730 | EA | 2,730 | 0 | 10.24 | 0.00 | 27,955.20 |
| 000-804<br>Verizon VPP 5 MB Plan;Monthly | 5,440 | EA | 5,440 | 0 | 7.44 | 0.00 | 40,473.60 |
| RCRS<br>REGULATORY COST RECOVERY SURCHARGE, (RCRS .0525%) | 72,386 | EA | 72,386 | 0 | 0.05 | 0.00 | 3,800.27 |



Remit to:
CalAmp Wireless Networks Corporation
29582 Network Place.
Chicago IL 60673-1295

20821        I0286240

ACH Delivery:
Bank Routing Number:
Account Number:
Account Name:          CalAmp Wireless Networks
                              Corporation
Wire Transfer:
Bank Routing Number:
SWIFT Code:
General Bank Address:JPMorgan Chase New York,
                              NY 10004
Account Number:
Account Name:          CalAmp Wireless Networks
                              Corporation

| | |
|---|---|
| Sales Total | 228,760.77 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 228,760.77 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 228,760.77  USD |

# Cal/Amp

**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax: (805) 987-8359

## INVOICE

| | |
|---|---|
| Invoice No. | I0286241 |
| Date | 9/30/2018 |
| Order No. | O0246897 |
| Shipper ID | S0296475 |
| Order Type | DIRECT BILL |
| Customer ID | 20821 |

| BILL TO: | SHIP TO: |
|---|---|
| Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 | Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | | Sept 2018 Fleet Outlook Charges | C41127_V7_CW2300408 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 9/28/2018 | Net 60 Days | | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 000-303 | 1,557 | EA | 1,557 | 0 | 2.10 | 0.00 | 3,269.70 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| 000-303 | 1,618 | EA | 1,618 | 0 | 2.10 | 0.00 | 3,397.80 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| 000-303 | 1,905 | EA | 1,905 | 0 | 2.10 | 0.00 | 4,000.50 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| 000-303 | 373 | EA | 373 | 0 | 2.10 | 0.00 | 783.30 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |

Remit to:
CalAmp Wireless Networks Corporation
29582 Network Place.
Chicago IL 60673-1295

20821        I0286241

**ACH Delivery:**
Bank Routing Number:
Account Number:
Account Name: CalAmp Wireless Networks Corporation

**Wire Transfer:**
Bank Routing Number
SWIFT Code:
General Bank Address: JPMorgan Chase New York, NY 10004
Account Number:
Account Name: CalAmp Wireless Networks Corporation

| | |
|---|---|
| Sales Total | 11,451.30 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 11,451.30 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 11,451.30  USD |

# Cal/Amp®

**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax:  (805) 987-8359

## INVOICE

| | |
|---|---|
| Invoice No. | I0288883 |
| Date | 10/14/2018 |
| Order No. | O0249239 |
| Shipper ID | S0299172 |
| Order Type | DIRECT BILL |
| Customer ID | 20821 |

| BILL TO: | SHIP TO: |
|---|---|
| Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 | Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | | 1st-14th Oct 2018 FO Charge | C41127_V7_CW2300408 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 10/24/2018 | Net 45 Days | | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 000-303 | 700 | EA | 700 | 0 | 2.10 | 0.00 | 1,470.00 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| 000-303 | 721 | EA | 721 | 0 | 2.10 | 0.00 | 1,514.10 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| 000-303 | 849 | EA | 849 | 0 | 2.10 | 0.00 | 1,782.90 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |
| 000-303 | 169 | EA | 169 | 0 | 2.10 | 0.00 | 354.90 |
| FleetOutlook Silver package includes Vehicle Maintenance Mo | | | | | | | |

| | |
|---|---|
| Remit to:<br>CalAmp Wireless Networks Corporation<br>29582 Network Place.<br>Chicago IL 60673-1295<br><br>20821        I0288883 | **ACH Delivery:**<br>Bank Routing Number:<br>Account Number:<br>Account Name:        CalAmp Wireless Networks<br>                          Corporation<br>**Wire Transfer:**<br>Bank Routing Number:<br>SWIFT Code:<br>General Bank Address: JPMorgan Chase New York,<br>                          NY 10004<br>Account Number:<br>Account Name:        CalAmp Wireless Networks<br>                          Corporation |

| | |
|---|---|
| Sales Total | 5,121.90 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 5,121.90 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 5,121.90  USD |



**CalAmp Wireless Networks Corp.**
1401 N Rice Avenue
Oxnard, CA 93030
Phone: (805) 987-9000
Fax: (805) 987-8359

# INVOICE

| | |
|---|---|
| Invoice No. | I0288884 |
| Date | 10/14/2018 |
| Order No. | O0249240 |
| Shipper ID | S0299173 |
| Order Type | DIRECT BILL |
| Customer ID | 20821 |

| BILL TO: | SHIP TO: |
|---|---|
| Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 | Attn: Brad Brodie<br>SEARS, ROEBUCK AND CO.<br>3333 Beverly Road, Attn: A4-355A<br>Hoffman Estates, IL  60179 |

PAGE  1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | | 1st-14th Oct 2018 Data Pump Ch | C41218_V3_CW2320950 |

| ORDER DATE | TERMS | SALES PERSON | SITE |
|---|---|---|---|
| 10/24/2018 | Net 45 Days | | 1110 |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 000-714<br>FLEETOUTLOOK-DATA PUMP | 3,839 | EA | 3,839 | 0 | 14.45 | 0.00 | 55,473.55 |
| 000-100<br>Terrestrial Management Fee | 3,839 | EA | 3,839 | 0 | 3.50 | 0.00 | 13,436.50 |
| 000-103<br>GSM Network Communications | 149 | EA | 149 | 0 | 11.99 | 0.00 | 1,786.51 |
| 000-192<br>US CDMA | 1,233 | EA | 1,233 | 0 | 10.24 | 0.00 | 12,625.92 |
| 000-804<br>Verizon VPP 5 MB Plan;Monthly | 2,457 | EA | 2,457 | 0 | 7.44 | 0.00 | 18,280.08 |
| RCRS<br>REGULATORY COST RECOVERY SURCHARGE, (RCRS .0525%) | 32,693 | EA | 32,693 | 0 | 0.05 | 0.00 | 1,716.38 |



| Remit to:<br>CalAmp Wireless Networks Corporation<br>29582 Network Place.<br>Chicago IL 60673-1295 | **ACH Delivery:**<br>Bank Routing Number:<br>Account Number:<br>Account Name: CalAmp Wireless Networks Corporation<br><br>**Wire Transfer:**<br>Bank Routing Number:<br>SWIFT Code:<br>General Bank Address: JPMorgan Chase New York, NY 10004<br>Account Number:<br>Account Name: CalAmp Wireless Networks Corporation | | |
|---|---|---|---|
| | | Sales Total | 103,318.94 |
| | | Shipping & Handling | 0.00 |
| | | Misc. Charges | 0.00 |
| | | Tax Total | 0.00 |
| | | | 103,318.94 |
| | | Less Paid Amount | 0.00 |
| 20821        I0288884 | | **TOTAL** | 103,318.94  USD |

# Electronic Proof of Claim

Adobe Sign Document History                    01/21/2019

| | |
|---|---|
| Created: | 01/21/2019 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAaWC64R7yr9DKPTAMKTKeLZDBRohRbG-p |

## "Electronic Proof of Claim" History

Widget created by Sears Claims (searsclaims@primeclerk.com)
01/21/2019 - 9:45:37 PM EST

J. Scott Bovitz (bovitz@bovitz-spitzer.com) uploaded the following supporting documents:
Attachment
01/21/2019 - 9:53:56 PM EST

Widget filled in by J. Scott Bovitz (bovitz@bovitz-spitzer.com)
01/21/2019 - 9:53:56 PM EST- IP address: 104.172.47.247

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/71.0.3578.98 Safari/537.36)
01/21/2019 - 9:53:59 PM EST- IP address: 104.172.47.247

Signed document emailed to J. Scott Bovitz (bovitz@bovitz-spitzer.com) and Sears Claims
(searsclaims@primeclerk.com)
01/21/2019 - 9:53:59 PM EST

Prime Clerk    POWERED BY Adobe Sign