Deloitte & Touche LLP
2200 Ross Ave. Ste. 1600
Dallas, Texas 75201-6703
Telephone: 214.840.7360
Facsimile: 214.880.5360
Jimmy Berry

*Independent Audit and Advisory Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Chapter 11 |
| Debtors. | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |

**EIGHTH COMBINED MONTHLY FEE STATEMENT OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT AUDITOR AND ADVISORY SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD**
**FROM JULY 1, 2019 THROUGH AUGUST 31, 2019**

| | |
|---|---|
| Name of Applicant: | Deloitte & Touche LLP |
| Authorized to Provide Services as: | Independent Audit and Advisory Services Provider to the Debtors |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 15, 2018 by Order entered January 22, 2019 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2019 through August 31, 2019 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $ 28,780.00 |
| 80% of Fees Sought: | $ 23,024.00 |
| Amount of Expense Reimbursement Sought: | $ 0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$ 28,780.00** |
| 20% Holdback Amount: | $ 5,756.00 |

**PRIOR FEE APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/15/19 Dkt. 2855 | 10/15/18 – 11/30/18 | $1,411,044.00 | $20,031.02 | $1,128,835.20 | $20,031.02 |
| 04/03/19 Dkt. 3025 | 12/01/18 – 12/31/18 | $580,935.00 | $11,451.92 | $464,748.00 | $11,451.92 |
| 04/15/19 Dkt. 3221 | 01/01/19 – 01/31/19 | $173,211.50 | $9,300.27 | $138,569.20 | $9,300.27 |
| 04/15/19 Dkt. 3222 | 02/01/19 – 02/28/19 | $159,580.00 | $6,371.45 | $127,664.00 | $6,371.45 |
| 07/08/19 Dkt. 4447 | 03/01/19 – 03/31/19 | $80,195.50 | $0.00 | $64,156.40 | $0.00 |
| 07/17/19 Dkt. 4548 | 04/01/19 – 05/31/19 | $8,790.00 | $0.00 | $7,032.00 | $0.00 |
| 08/05/19 Dkt. 4736 | 06/01/19 – 06/30/19 | $2,380.00 | $0.00 | $1,904.00 | $0.00 |

2

**CUMULATIVE TIME SUMMARY BY PROFESSIONAL**
For the Period from July 1, 2019 through August 31, 2019

## *Out of Scope Audit Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Barton, Trevor | Partner/Principal | $600.00 | 0.5 | $300.00 |
| Berrill, Liz | Partner/Principal | $600.00 | 2.5 | $1,500.00 |
| Feller, Jon | Managing Director | $600.00 | 3.5 | $2,100.00 |
| Garrett, Brad | Partner/Principal | $600.00 | 0.7 | $420.00 |
| Goldberg, Rob | Managing Director | $600.00 | 2.2 | $1,320.00 |
| Kohn, Barry | Partner/Principal | $600.00 | 2.5 | $1,500.00 |
| Anderson, Jenifer | Senior Manager | $500.00 | 1.8 | $900.00 |
| Lauret, Kyle | Senior Manager | $500.00 | 30.6 | $15,300.00 |
| Berland, Taylor | Manager | $400.00 | 6.9 | $2,760.00 |
| Thompson, Kara | Manager | $400.00 | 0.7 | $280.00 |
| Nanda, Priyanka | Manager | $160.00 | 15.0 | $2,400.00 |
| **Professional Subtotal :** | | | **66.9** | **$28,780.00** |

**CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period from July 1, 2019 through August 31, 2019

| Categories | Hours | Fees |
|---|---:|---:|
| Out of Scope Audit Services | 66.9 | $28,780.00 |
| **Fee's Category Subtotal :** | **66.9** | **$28,780.00** |

# Sears Holdings Corporation

# Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 07/22/2019 | | | | |
| Lauret, Kyle | Prepare initial agenda of discussion topics regarding working paper review access to successor auditors. | $500.00 | 1.1 | $550.00 |
| 07/23/2019 | | | | |
| Berland, Taylor | Review request for workpaper access by successor auditor in accordance with auditing standards. | $400.00 | 0.6 | $240.00 |
| Berrill, Liz | Research requirements related to providing workpaper access. | $600.00 | 1.0 | $600.00 |
| Lauret, Kyle | Update (to consider additional discussion points) initial agenda of discussion topics regarding working paper review access to successor auditors. | $500.00 | 0.3 | $150.00 |
| Lauret, Kyle | Review request for workpaper access by successor auditor in accordance with auditing standards. | $500.00 | 2.1 | $1,050.00 |
| 07/24/2019 | | | | |
| Barton, Trevor | Review request for workpaper access by successor auditor in accordance with auditing standards. | $600.00 | 0.5 | $300.00 |
| Berland, Taylor | Discuss firm policy related to workpaper access reviews with K. Lauret, J. Berry, and E. Berrill (Deloitte). | $400.00 | 0.7 | $280.00 |
| Berrill, Liz | Discuss firm policy related to workpaper access reviews with K. Lauret, J. Berry, B. Garrett, T. Barton, R. Young and B. Goldberg (Deloitte). | $600.00 | 1.0 | $600.00 |
| Garrett, Brad | Discuss firm policy related to workpaper access reviews with K. Lauret, J. Berry, and E. Berrill (Deloitte) | $600.00 | 0.7 | $420.00 |
| Goldberg, Rob | Discuss firm policy related to workpaper access reviews with K. Lauret, J. Berry, and E. Berrill (Deloitte). | $600.00 | 0.7 | $420.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 07/24/2019 | | | | |
| Lauret, Kyle | Discuss firm policy related to workpaper access reviews with K. Lauret, J. Berry, and E. Berrill (all Deloitte). | $500.00 | 0.7 | $350.00 |
| Thompson, Kara | Review request for workpaper access by successor auditor in accordance with auditing standards. | $400.00 | 0.7 | $280.00 |
| 07/25/2019 | | | | |
| Lauret, Kyle | Draft summary of successor auditors workpaper access request to provide to the Audit Committee of Sears Holdings Corporation. | $500.00 | 1.4 | $700.00 |
| 07/26/2019 | | | | |
| Lauret, Kyle | Update draft summary of successor auditor workpaper access request to provide to the Audit Committee of Sears Holdings Corporation. | $500.00 | 0.4 | $200.00 |
| 08/09/2019 | | | | |
| Anderson, Jenifer | Coordinate with J. Feller (Deloitte) on Sears workpaper access review for successor auditor. | $500.00 | 0.5 | $250.00 |
| Lauret, Kyle | Provide instructions to T. Berland (Deloitte) on next steps related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 0.9 | $450.00 |
| 08/12/2019 | | | | |
| Lauret, Kyle | Provide instructions to P. Nanda (Deloitte) regarding Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 0.9 | $450.00 |
| 08/15/2019 | | | | |
| Lauret, Kyle | Draft memorandum documenting procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 3.9 | $1,950.00 |

2

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 08/16/2019 | | | | |
| Berland, Taylor | Create the letters to coordinate workpaper access review to successor auditors. | $400.00 | 2.3 | $920.00 |
| 08/19/2019 | | | | |
| Berland, Taylor | Prepare letters that gives consent to share Deloitte audit workpapers with successor auditor. | $400.00 | 2.7 | $1,080.00 |
| Lauret, Kyle | Review draft listing of working papers in the Kmart Puerto Rico Ops audit file as part of procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 0.9 | $450.00 |
| Lauret, Kyle | Review draft listing of working papers in the Sears Protection Company Puerto Rico audit file as part of procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 1.1 | $550.00 |
| Lauret, Kyle | Review draft listing of working papers in the Kmart Puerto Rico audit file as part of procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 0.9 | $450.00 |
| Lauret, Kyle | Review draft listing of working papers in the Sears Puerto Rico Ops audit file as part of procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 0.9 | $450.00 |
| Lauret, Kyle | Draft memorandum documenting procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 0.8 | $400.00 |

3

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 08/19/2019 | | | | |
| Lauret, Kyle | Review draft listing of working papers in the Sears Puerto Rico audit file as part of procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 0.9 | $450.00 |
| 08/20/2019 | | | | |
| Berland, Taylor | Prepare the letter where successor auditor acknowledges the review of access to Deloitte's working papers. | $400.00 | 0.6 | $240.00 |
| Berrill, Liz | Meet with B. Kohn (Deloitte) to discuss successor auditor access to workpapers | $600.00 | 0.5 | $300.00 |
| Feller, Jon | Create workpaper review plan for successor auditor. | $600.00 | 0.8 | $480.00 |
| Kohn, Barry | Meet with E. Berrill (Deloitte) to discuss successor auditor access to workpapers | $600.00 | 1.5 | $900.00 |
| Lauret, Kyle | Began to coordinate logistics related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 1.9 | $950.00 |
| Lauret, Kyle | Revise memorandum documenting procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 1.3 | $650.00 |
| 08/21/2019 | | | | |
| Lauret, Kyle | Review updated listing of working papers in certain statutory audit files as part of procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 0.7 | $350.00 |
| 08/22/2019 | | | | |
| Anderson, Jenifer | Prepare audit file for successor auditor review. | $500.00 | 1.3 | $650.00 |

4

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 08/23/2019 | | | | |
| Feller, Jon | Continue planning for workpaper access by successor auditor in accordance with auditing standards. | $600.00 | 0.5 | $300.00 |
| Nanda, Priyanka | Prepare statutory audit workpaper review of Sears File for granting access to successor auditor. | $160.00 | 6.0 | $960.00 |
| 08/26/2019 | | | | |
| Feller, Jon | Review Plan for Workpaper Preparation for successor auditor inspection. | $600.00 | 0.7 | $420.00 |
| Lauret, Kyle | Additional revisions based on reviewer comments (B. Garrett, R. Young, B. Kohn, all Deloitte) to memo documenting procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 0.8 | $400.00 |
| 08/27/2019 | | | | |
| Kohn, Barry | Review Plan for Workpaper Preparation for successor auditor inspection. | $600.00 | 0.5 | $300.00 |
| Lauret, Kyle | Review draft listing of working papers in the Sears Holdings fiscal 2017 audit file as part of procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 0.6 | $300.00 |
| Lauret, Kyle | Review draft listing of working papers in the Sears Holdings fiscal year 2018 interim review files as part of procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 2.2 | $1,100.00 |
| Nanda, Priyanka | Prepare draft listing of fiscal 2018 working papers for successor auditors | $160.00 | 1.0 | $160.00 |

5

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 08/28/2019 | | | | |
| Goldberg, Rob | Review of memo regarding access successor auditor access to successor auditor, and review of client authorization letters and successor auditor access letters. | $600.00 | 1.5 | $900.00 |
| Lauret, Kyle | Draft additional updates based on reviewer comments (K. Thompson, R. Goldberg, all Deloitte) to memorandum documenting procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor | $500.00 | 2.3 | $1,150.00 |
| Nanda, Priyanka | Prepare draft listing of statutory audit working papers for successor auditors. | $160.00 | 3.0 | $480.00 |
| 08/29/2019 | | | | |
| Feller, Jon | Review workpaper index for submission to Corporate Team for successor auditor. | $600.00 | 1.5 | $900.00 |
| Kohn, Barry | Review of memo regarding access successor auditor access to successor auditor, and review of client authorization letters and successor auditor access letters. | $600.00 | 0.5 | $300.00 |
| Lauret, Kyle | Review draft listing of working papers in the Sears Savings Plans audit file as part of procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 2.2 | $1,100.00 |
| Nanda, Priyanka | Make edits to client authorization letter for successor auditor review. | $160.00 | 2.0 | $320.00 |
| 08/30/2019 | | | | |
| Lauret, Kyle | Review updated draft listing of working papers in the Sears Holdings Corporation audit file as part of procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $500.00 | 1.4 | $700.00 |

6

## Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 08/30/2019 | | | | |
| Nanda, Priyanka | Make additional edits to memorandum documenting procedures around successor auditor workpaper reviews. | $160.00 | 3.0 | $480.00 |
| Subtotal for Out of Scope Audit Services: | | | 66.9 | $28,780.00 |
| **Total** | | | 66.9 | $28,780.00 |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Barton, Trevor | $600.00 | 0.5 | $300.00 |
| Berrill, Liz | $600.00 | 2.5 | $1,500.00 |
| Feller, Jon | $600.00 | 3.5 | $2,100.00 |
| Garrett, Brad | $600.00 | 0.7 | $420.00 |
| Goldberg, Rob | $600.00 | 2.2 | $1,320.00 |
| Kohn, Barry | $600.00 | 2.5 | $1,500.00 |
| Anderson, Jenifer | $500.00 | 1.8 | $900.00 |
| Lauret, Kyle | $500.00 | 30.6 | $15,300.00 |
| Berland, Taylor | $400.00 | 6.9 | $2,760.00 |
| Thompson, Kara | $400.00 | 0.7 | $280.00 |
| Nanda, Priyanka | $160.00 | 15.0 | $2,400.00 |