**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|                                      |   |                        |
|--------------------------------------|---|------------------------|
| In re:                               | : | Chapter 11             |
| SEARS HOLDING CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD)|
| Debtors.                             | : | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Kristen Strine, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 20th day of September, 2019, I served copies of:

- Response of Haier US Appliance Solutions, Inc. d/b/a GE Appliances to Debtors' First Omnibus Objection to Proofs of Claim [Docket No. 5194]

by electronic mail upon the parties listed on **Schedule A**.

3. On the 20th day of September, 2019, I served copies of:

- Response of Haier US Appliance Solutions, Inc. d/b/a GE Appliances to Debtors' First Omnibus Objection to Proofs of Claim [Docket No. 5194]

by Federal Express, overnight delivery upon the party listed on **Schedule B**.

                                                                    */s/Kristen Strine*
                                                                    Kristen Strine

Sworn to and subscribed before me this
20th day of September, 2019

*/s/Christopher J. Reilly*
Notary Public, State of New York
No. 02RE6297793
Qualified in Kings County
Commission Expires March 3, 2022

**Schedule A**

Weil, Gotshal, & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Ray C. Schrock, Esq., ray.schrock@weil.com
        Jacqueline Marcus, Esq., jacqueline.marcus@weil.com
        Garrett A. Fail, Esq., garrett.fail@weil.com
        Sunny Singh, Esq., sunny.singh@weil.com

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn:   Philip C. Dublin, Esq., pdublin@akingump.com
        Ira Dizengoff, Esq., idizengoff@akingump.com
        Sara Lynne Brauner, Esq., sbrauner@akingump.com

**Schedule B**

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
Attn:    The Honorable Robert D. Drain