# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   A&E FACTORY SERVICE, LLC          Case No:_____7:2018 bk 23543
Debtor(s)_____/                        Chapter:       11

## MOTION TO APPEAR PRO HAC VICE

Comes Now, Don D. G. James, Esquire, pursuant to Local Rules 2090-1 (B)(2) and 9013-1 (C)(9), moves for special admission to appear in this case as counsel for Samantha S. Parchment  and states as follows:

    1.      Movant is an attorney licensed to practice law in the State of Florida and has been a member in good standing of the Florida Bar since May 18, 1998.

    2.      Movant requests waiver of local counsel designation requirement for the reason, that he has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other state nor from any United States Bankruptcy Court, District Court or Court of Appeals.

    4.      Movant certifies further that he is conversant with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the New York Bar.

WHEREFORE, Movant respectfully requests entry of the attached proposed order, authorizing his special admission to practice in this case.

*Don D.G. James, Esq.*
Don D. G. James, Esquire, Movant herein
Law Office of Don D. G. James, P.A.
2655 Lejeune Road, Suite 516
Coral Gables, Florida 33134
Telephone (305) 441-6666