UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

SEARS HOLDING CORPORATION, et al.,

Debtor(s).

-------------------------------------------------------X

Chapter 11

Case No. 18-23538 (RDD)

Jointly Administered

## DECLARATION OF SERVICE

I, Dillon Cove, being duly sworn state as follows:

1. I am over 18 years of age and not a party to this case.

2. On September 20, 2019, I served a copy of the following document(s) to the individuals and entities listed on the annexed service list in the manner indicated:

**OPPOSITION OF CALAMP WIRELESS NETWORKS CORPORATION TO DEBTOR'S FIFTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS); REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  Astoria, New York
        September 20, 2019

_/s/ Dillon Cove_
Dillon Cove

Service List

| NAME | METHOD OF SERVICE | NAME | METHOD OF SERVICE |
|---|---|---|---|
| Weil, Gotshal & Manges, LLP<br>Ray C. Schrock<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>ray.schrock@weil.com | First Class Mail<br>E-mail | Weil, Gotshal & Manges, LLP<br>Jacqueline Marcus<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>jacqueline.marcus@weil.com | First Class Mail<br>E-mail |
| Weil, Gotshal & Manges, LLP<br>Garrett A. Fail<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>garrett.fail@weil.com | First Class Mail<br>E-Mail | Weil, Gotshal & Manges, LLP<br>Sunny Singh<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>sunny.singh@weil.com | First Class Mail<br>E-mail |
| Akin Gump Strauss Hauer & Feld, LLP<br>Philip C. Dublin<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>pdublin@akingump.com | First Class Mail<br>E-mail | Akin Gump Strauss Hauer & Feld LLP<br>Ira Dizengoff<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>idizengoff@akingump.com | First Class Mail<br>E-Mail |
| Akin Gump Strauss Hauer & Feld LLP<br>Sara Lynne Brauner<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>sbrauner@akingump.com | First Class Mail<br>Email | U.S. Bankruptcy Court for the Southern District of New York<br>Hon. Robert D. Drain<br>300 Quarropas St.<br>White Plains, NY 10601-1410<br>rdd.chambers@nysb.uscourts.gove | First Class Mail<br>E-mail |