**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **Sears Holding Corporation**, et al        Case No:  7:2018 bk 23538 (RDD)

Debtor(s)*_____/        Chapter:  11

Related Document No.: 5205

**AMENDED APPLICATION TO PRACTICE PRO HAC VICE**

I, Don D. G. James, Esquire, request admission, *pro hac vice*, before the Honorable Judge Robert Drain, to represent Samantha S. Parchment, a Claimant / Creditor in the above-referenced case proceeding.

*I certify that I am a member in good standing*, of the Bar of the State of Florida and if applicable, the Bar of the U.S. District Court of the Southern District of Florida.

I have submitted the filing fee of $200.00 with the application for *pro hac vice* admission.

Dated: September 20th, 2019

*Don D.G. James, Esq.*
Don D. G. James, Esquire,
Florida Bar Number 140661
Law Office of Don James, P.A.
2655 Lejeune Road, Suite 516
Coral Gables, Florida 33134
Telephone (305) 441-6666
*E-mail address: donjamespa@aol.com*