FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Luan Investment SE*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 20, 2019, I electronically filed the *Notice of Presentment of Stipulation and Order by and among Buyer and Luan Investment, SE Clarifying Square Footage of Store No. 4732* (the "*Notice of Presentment*", Docket No. 5195) on behalf of Luan Investment, SE ("Luan"), with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

I FURTHER CERTIFY, that on September 20, 2019, I caused a true and correct copy of the *Notice of Presentment* to be served via Priority Mail and/or electronic mail to the parties listed on the attached **Exhibit A** pursuant to the *Amended Case Management Order* (Docket No. 405).

I FURTHER CERTIFY, that on September 20, 2019, I caused a true and correct copy of the *Notice of Presentment* to be served via Priority Mail and/or electronic mail to the parties listed on the attached **Exhibit B** pursuant to the *Amended Case Management Order* (Docket No. 405).

[Signatures on the following page]

Respectfully submitted.
Dated: September 23, 2019.

**Ferraiuoli** LLC

390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

-and-

221 Ponce de León Avenue
5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon Colon*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for
*Luan Investment, SE*