**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.* | Case No. 18–23538 (RDD) |
|  | Jointly Administered |
| Debtors. |  |

# ORDER GRANTING KYLE R. HOSMER
# ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Kyle R. Hosmer to be admitted, *pro hac vice*, to represent Peoria Industrial, Inc., in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State Colorado and the Commonwealth of Virginia, and the U.S. District Courts for the District of Colorado, Eastern District of Virginia, and Western District of Virginia, it is hereby:

**ORDERED**, that Kyle R. Hosmer, Esq. is admitted to practice, *pro hac vice*, in the above-captioned cases to represent Peoria Industrial, Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       September 23, 2019

                                         /s/ Robert D. Drain
                                         THE HONORABLE ROBERT D. DRAIN
                                         UNITED STATES BANKRUPTCY JUDGE