

Leslie A. Berkoff
Partner
NY & CT bars
Email: lberkoff@moritthock.com

September 24, 2019

**VIA ECF & FEDERAL EXPRESS**
Chambers of the Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

    Re:    **Sears Holdings Corporation**
                **Case No. 18-23538 (RDD)**

Dear Judge Drain:

    This firm represents BRE 312 Owner LLC ("BRE") in the above-referenced matter. This will confirm that the Motion of BRE 312 Owner LLC For Relief From Automatic Stay (the "Motion") [Docket No. 3435] is hereby withdrawn in light of the Stipulation, Agreement, and Order Approving Settlement Agreement and Mutual Release approved by this court on September 11, 2019 [Docket No. 5128].

    This letter has been electronically filed on the Court's docket. If there are any questions regarding the foregoing, please have a member of your Chambers contact the undersigned.

                                                     Very truly yours,

                                                     s/Leslie A. Berkoff
                                                     Leslie A. Berkoff

cc: Jacqueline Marcus, Esq. (Counsel for Debtor) (via ECF & email)
    Mark A. Frankel, Esq. (Counsel for 233 S. Wacker, LLC) (via ECF & email)
    Matthew A. Olins, Esq. (Counsel for 233 S. Wacker, LLC) (via ECF & email)
    Christopher B. Wick, Esq. (Co-counsel for BRE 312 Owner LLC) (via ECF & email)

LAB:dca
2036160v3