United States Bankruptcy Court

Southern District of New York

In re:

SEARS HOLDINGS COPORATION, ET AL.,

Debtors.

Chapter 11

Case No. 18-23538(RDD)

Jointly Administered

Creditor; Reed, Mary (Ref 157, 158, claim# 1685, 1986)

## PARTIAL OBJECTION TO DISSALLOWANCE AND EXPUNGEMENT OF SPECIFIC CLAIM(S)

COMES NOW, Creditor, Mary Reed, and hereby objects to disallowance and expungement of ONE of 2 duplicative claims, showing the court as follows:

1.

Creditor received an omnibus objection seeking to disallow and expunge certain filed Proofs of Claim.

2.

The provided matrix of Claims does include two duplicative claims by Mary Reed. TO WIT: Reference 157 Claim #1685 for $19,384.62, as well as Reference 158, Claim #1986, also for the amount of $19,384.62.

1

3.

Said duplicative claims resulted from the filing of Proofs of Claim in Response to Duplicative Notices by Debtor, and as such, one claim should be purged, and one claim should remain. (Creditor submits that Reference 158 Claim 1986 should be purged as the second of the two claims filed.)

4.

A copy hereof shall be provided to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, with a copy to Weil, Gotshall, & Manges LLP, 767 5th Avenue, New York, NY 10153; Attention Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq. and Sunny Singh, Esq.; as well as a copy to Aiken Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036; Attention Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sarah Lynne Brauner, Esq..

RESPECTFULLY SUBMITTED this 23rd day of Sept, 2019

_____

Eric K. Krasle

Attorney for Creditor Mary Reed

Georgia Bar #004230

12 Simonton Bridge Road

Watkinsville, GA 30677

(706) 310-1684

United States Bankruptcy Court

Southern District of New York

In re:

SEARS HOLDINGS COPORATION, ET AL.,

Debtors.

Chapter 11

Case No. 18-23538(RDD)

Jointly Administered

Creditor; Reed, Mary (Ref 157, 158, claim# 1685, 1986)

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Service of Process and accompanying paper upon counsel of record by placing same in an envelope for delivery by placing same in an envelope with proper postage affixed thereto and mailing via U.S. Mail to:

Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York,

300 Quarropas Street,

White Plains, New York 10601

Weil, Gotshall, & Manges LLP,

767 5th Avenue,

3

New York, NY 10153; Attention Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq. and Sunny Singh, Esq.;

Aiken Gump Strauss Hauer & Feld LLP,

One Bryant Park,

New York, NY 10036; Attention Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sarah Lynne Brauner, Esq..

RESPECTFULLY SUBMITTED this 22nd day of Sept, 2019

_____
Eric K. Krasle

Attorney for Creditor Mary Reed

Georgia Bar #004230

12 Simonton Bridge Road

Watkinsville, GA 30677

(706) 310-1684

c:\users\dan\desktop\my documents\current files\eric krasle\partial objection mary reed 09-19-19.doc

4