PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Kelley A. Cornish
Lewis R. Clayton

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.** [1] | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

**ELEVENTH MONTHLY FEE STATEMENT OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTORS
FOR PERIOD FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365), and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 16, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | August 1, 2019 through August 31, 2019 |
| Monthly Fees Incurred: | $73,937.00 |
| 20% Holdback: | $14,787.40 |
| Total Compensation Less 20% Holdback: | $59,149.60 |
| Monthly Expenses Incurred: | $46,798.98 |
| Total Fees and Expenses Due: | $105,948.58 |

This is a:  __X__ monthly ____interim _____final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby submits this eleventh monthly fee statement (the "Eleventh Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors, for the period from August 1, 2019 through August 31, 2019 (the "Eleventh Monthly Fee Period"). By this Eleventh Monthly Fee Statement, and after taking into account certain voluntary reductions, Paul, Weiss seeks payment in the amount of $105,948.58, which comprises (i) $59,149.60, representing eighty percent (80%) of the total amount of compensation sought for actual and

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

necessary services rendered during the Eleventh Monthly Fee Period, subject to certain voluntary reductions, and (ii) reimbursement of $46,798.98, representing one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

### Services Rendered and Expenses Incurred

1.      Attached as <u>Exhibit A</u> is a summary of Paul, Weiss's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Eleventh Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Paul, Weiss's current billing rates, (iv) amount of fees earned by each Paul, Weiss professional, and (v) the year of bar admission for each attorney.  The blended hourly billing rate of Paul, Weiss attorneys during the Eleventh Monthly Fee Period is approximately $987.38.  The blended hourly rate of staff attorneys, paralegals, and other non-legal staff during the Eleventh Monthly Fee Period is approximately $378.68.

2.      Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Eleventh Monthly Fee Period.

3.      Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Eleventh Monthly Fee Period.

4.      Attached as <u>Exhibit D</u> is itemized time detail of Paul, Weiss professionals for the Eleventh Monthly Fee Period and summary materials related thereto.

### Notice and Objection Procedures

Notice of this Eleventh Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, <u>Attention</u>: Rob Riecker (email: Rob.Riecker@searshc.com) and

Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

Objections to this Eleventh Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **October 9, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Eleventh Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Eleventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of Eleventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: September 24, 2019          */s/   Paul M. Basta*
New York, New York                 PAUL, WEISS, RIFKIND, WHARTON &
                                   GARRISON LLP
                                   1285 Avenue of the Americas
                                   New York, New York 10019
                                   Tel: 212-373-3000
                                   Fax: 212-757-3990
                                   Paul M. Basta
                                   Kelley A. Cornish
                                   Lewis R. Clayton

                                   *Counsel for the Debtors, Acting at the
                                   Direction of the Restructuring Sub-Committee*

## Exhibit A

**Compensation by Professional**

**SUMMARY OF MONTHLY FEE STATEMENT OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR
SERVICES RENDERED FOR THE PERIOD
FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Kelley Cornish | Partner | Bankruptcy | 1984 | 1,560 | 4.0 | 6,240.00 |
| Paul Basta | Partner | Bankruptcy | 1993 | 1,560 | 6.8 | 10,608.00 |
| Lewis Clayton | Partner | Litigation | 1979 | 1,560 | 1.8 | 2,808.00 |
| Robert Britton | Partner | Bankruptcy | 2008 | 1,165 | 4.1 | 4,776.50 |
| Jonathan Hurwitz | Counsel | Litigation | 1987 | 1,160 | 3.1 | 3,596.00 |
| Karen King | Counsel | Ligation | 2001 | 1,160 | 0.6 | 696.00 |
| **Total Partners and Counsel:** | | | | | **20.4** | **28,724.50** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Jonathan Silberstein-Loeb | Litigation | 2015 | 940 | 7.2 | 6,768.00 |
| Emily Hoyle | Litigation | 2018 | 735 | 3.2 | 2,352.00 |
| David Giller | Litigation | 2015 | 940 | 4.2 | 3,948.00 |
| Caitlin Toto | Bankruptcy | 2019 | 640 | 17.2 | 11,008.00 |
| Spencer Young | Litigation | Not admitted | 640 | 2.5 | 1,600.00 |
| Teresa Lii | Bankruptcy | 2014 | 920 | 5.8 | 5,336.00 |
| **Total Associates:** | | | | **40.1** | **31,012.00** |

| Name of Staff Attorneys, Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Madhuri Pavamani | 490 | 4.8 | 2,352.00 |
| Francine Murray | 490 | 1.0 | 490.00 |
| Joseph Monzione | 365 | 21.1 | 7,701.50 |
| Alan Wilbur | 345 | 10.6 | 3,657.00 |
| **Total Staff Attorneys, Paralegals and Other Non-Legal Staff:** | | **37.5** | **14,200.50** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,408.06 | 20.4 | 28,724.50 |
| Associates | 773.37 | 40.1 | 31,012.00 |
| Staff Attorneys/Paralegals/ Non-Legal Staff | 378.68 | 37.5 | 14,200.50 |
| Blended Attorney Rate | 987.38 | | |
| **Total Fees Incurred** | | **98.0** | **73,937.00** |

## Exhibit B

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration | 23.3 | 11,243.50 |
| Conflict Matters: General | 0.3 | 349.50 |
| Conflict Matters: Investigations & Discovery | 11.6 | 4,147.00 |
| Fee/Employment Applications (Paul, Weiss) | 14.2 | 9,742.00 |
| Fee/Employment Applications (Other) | 8.2 | 5,892.00 |
| Plan and Disclosure Statement | 0.8 | 596.00 |
| Litigation | 27.4 | 24,120.00 |
| Corporate Governance | 12.2 | 17,847.00 |
| **TOTAL** | **98.0** | **73,937.00** |

**Exhibit C**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| Expenses Category | Total Expenses ($) |
|---|---|
| Professional Services | 45,332.50 |
| Court Costs & Litigation Expenses | 70.00 |
| Information Retrieval Services | 1,107.37 |
| Overtime Expenses | 60.00 |
| Duplicating Expenses | 28.40 |
| Communications | 42.02 |
| Business Expenses | 158.69 |
| **TOTAL** | **46,798.98** |

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC            Proforma: 7420952                        (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

```
        Total                                 0.00
```

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L

| Period | Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|---|---|---|---|---|---|---|---|---|---|
| 0919 | AlixPartners LLP<br>Vendor: AlixPartners LLP - Hosting,<br>productions, and professional fees for July | Silberstein-Loeb, J S | 01 | B | 08/26/19 | 45,332.50 | 56331142 | 1633313 | 09/06/19 |
| | 1114 Electronic Discovery Total : | | | | | 45,332.50 | | | |
| 0819 | Maurice Tattnall<br>Telephonic appearance fee for T. Lii | Tattnall, M | 01 | B | 08/12/19 | 70.00 | 56196255 | 1629627 | 08/21/19 |
| | 1299 Misc Court Expense Total : | | | | | 70.00 | | | |
| 0819 | LexisNexis Risk Solution<br>Vendor: LexisNexis Risk Solutions GA, Inc. -<br>Accurint Services, June, 2019 Inv# | Olsen, M O | 01 | B | 06/30/19 | 631.26 | 56325820 | 1632847 | 09/05/19 |
| | 1406 Library Services Total : | | | | | 631.26 | | | |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/01/19 | 0.11 | 56182469 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/01/19 | 0.11 | 56182470 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/01/19 | 1.63 | 56182471 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/01/19 | 1.85 | 56182472 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/09/19 | 3.27 | 56182473 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/10/19 | 1.63 | 56182474 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/10/19 | 3.27 | 56182475 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/11/19 | 0.22 | 56182476 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/12/19 | 0.54 | 56182477 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/12/19 | 0.22 | 56182478 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/15/19 | 3.27 | 56182479 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/15/19 | 3.27 | 56182480 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/15/19 | 1.63 | 56182481 | | 08/20/19 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation              Resp Prtnrs: PMB SMB LRC          Proforma: 7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L

| Period | Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|--------|--------------------------------|----------|-----|----|------|-------|-------|----------|----------|
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/15/19 | 0.22 | 56182482 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/15/19 | 2.94 | 56182483 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/15/19 | 3.27 | 56182484 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/15/19 | 1.85 | 56182485 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/15/19 | 3.27 | 56182486 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/16/19 | 3.27 | 56182487 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/16/19 | 0.65 | 56182488 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/16/19 | 0.22 | 56182489 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/19/19 | 0.11 | 56182490 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/19/19 | 0.33 | 56182491 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/19/19 | 1.09 | 56182492 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/22/19 | 0.11 | 56182493 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/22/19 | 0.11 | 56182494 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/22/19 | 0.22 | 56182495 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/22/19 | 3.27 | 56182496 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/22/19 | 3.27 | 56182497 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/22/19 | 3.27 | 56182498 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.11 | 56182499 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.11 | 56182500 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.11 | 56182501 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.11 | 56182502 | | 08/20/19 |

alp_212: Matter Analysis Sheet 18-23538-shl   Doc 5226 Filed 09/24/19 Entered 09/24/19 16:49:44   Main Document

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Pg 16 of 34

PAGE   17
LEAF   17

Run Date & Time: 09/18/19 14:52:57                    Worked thru: 08/31/19

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC              Proforma: 7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L

| Period | Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|---|---|---|---|---|---|---|---|---|---|
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 1.52 | 56182503 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 3.27 | 56182504 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.11 | 56182505 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.33 | 56182506 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.33 | 56182507 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 1.09 | 56182508 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.33 | 56182509 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.33 | 56182510 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.22 | 56182511 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 1.96 | 56182512 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 1.52 | 56182513 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.33 | 56182514 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.22 | 56182515 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 3.27 | 56182516 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.11 | 56182517 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 2.07 | 56182518 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.22 | 56182519 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 2.29 | 56182520 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 0.33 | 56182521 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 3.27 | 56182522 | | 08/20/19 |
| 0819 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 07/23/19 | 3.27 | 56182523 | | 08/20/19 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma: 7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

                                        1418 Docketing Retrieval Total :                    75.32


U N B I L L E D   D I S B U R S E M E N T S   D E T A I L

| Period | Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|--------|-------------------------------|----------|-----|----|------|-------|-------|----------|----------|
| 0819 | CourtAlert.com, Inc. | Conniff, D C | 01 | B | 08/31/19 | 2.88 | 56323044 | 1632439 | 09/05/19 |
|      | DOCKETING RESEARCH-COURTALERT | | | | | | | | |
| 0819 | CourtAlert.com, Inc. | Conniff, D C | 01 | B | 08/31/19 | 2.88 | 56323045 | 1632439 | 09/05/19 |
|      | DOCKETING RESEARCH-COURTALERT | | | | | | | | |
| 0819 | CourtAlert.com, Inc. | Conniff, D C | 01 | B | 08/31/19 | 389.27 | 56323046 | 1632439 | 09/05/19 |
|      | DOCKETING RESEARCH-COURTALERT | | | | | | | | |
| 0819 | CourtAlert.com, Inc. | Conniff, D C | 01 | B | 08/31/19 | 2.88 | 56323047 | 1632439 | 09/05/19 |
|      | DOCKETING RESEARCH-COURTALERT | | | | | | | | |
| 0819 | CourtAlert.com, Inc. | Conniff, D C | 01 | B | 08/31/19 | 2.88 | 56323048 | 1632439 | 09/05/19 |
|      | DOCKETING RESEARCH-COURTALERT | | | | | | | | |

                                        1422 General Info Databases Total :               400.79

| 0819 | | Hurwitz, J | 01 | B | 08/06/19 | 20.00 | 56142531 | | 08/14/19 |
|      | BUSINESS MEAL CHARGES (JR) | | | | | | | | |

                                        1707 Overtime Meals Total :                        20.00

| 0819 | Teresa Lii | Lii, T L | 01 | B | 07/12/19 | 20.00 | 56139450 | 1628069 | 08/13/19 |
|      | Overtime dinner re: working for client, Sears | | | | | | | | |
|      | Holdings Corp. | | | | | | | | |
| 0819 | Sharebite, Inc. | Young, S E | 01 | B | 08/01/19 | 20.00 | 56152943 | 1628357 | 08/14/19 |
|      | SHAREBITE TKT#:946180 One Thai Chef | | | | | | | | |

                                        1715 Overtime Meals - In Office Total :            40.00

| 0819 | | Williams Wells, Z W | 01 | B | 08/15/19 | 0.70 | 56204674 | | 08/22/19 |
|      | Copies-Office i-3233 | | | | | | | | |
| 0819 | | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204675 | | 08/22/19 |
|      | Copies-Office i-3233 | | | | | | | | |
| 0819 | | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204676 | | 08/22/19 |
|      | Copies-Office i-3233 | | | | | | | | |
| 0819 | | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204677 | | 08/22/19 |
|      | Copies-Office i-3233 | | | | | | | | |
| 0819 | | Williams Wells, Z W | 01 | B | 08/15/19 | 0.70 | 56204678 | | 08/22/19 |
|      | Copies-Office i-3233 | | | | | | | | |
| 0819 | | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204679 | | 08/22/19 |
|      | Copies-Office i-3233 | | | | | | | | |
| 0819 | | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204680 | | 08/22/19 |
|      | Copies-Office i-3233 | | | | | | | | |
| 0819 | | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204681 | | 08/22/19 |
|      | Copies-Office i-3233 | | | | | | | | |

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma: 7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L
Period Cost Type/ Vendor / Description                Employee        Off  St    Date      Costs        Index      Voucher#  Fin Date

| Period | Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|---|---|---|---|---|---|---|---|---|---|
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204682 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204683 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204684 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204686 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204687 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204688 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204689 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204690 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204691 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204692 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204693 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204694 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204695 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204696 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204697 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204699 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.70 | 56204700 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204701 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.70 | 56204702 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204703 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.90 | 56204704 | | 08/22/19 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation          Resp Prtnrs: PMB SMB LRC          Proforma: 7420952          (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L

| Period | Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|--------|--------------------------------|----------|-----|-----|------|-------|-------|----------|----------|
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204705 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.90 | 56204706 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204707 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.70 | 56204708 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204709 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.70 | 56204711 | | 08/22/19 |
| 0819 | Copies-Office i-3233 | Williams Wells, Z W | 01 | B | 08/15/19 | 0.80 | 56204712 | | 08/22/19 |
| | 1801 Reproduction Exp Total : | | | | | 28.40 | | | |
| 0819 | Two Rivers Conferencing, TELEPHONE TOLLS | Hurwitz, J | 01 | B | 07/19/19 | 3.03 | 56273678 | 1631764 | 08/30/19 |
| 0819 | Two Rivers Conferencing, TELEPHONE TOLLS | Hurwitz, J | 01 | B | 07/19/19 | 4.89 | 56273679 | 1631764 | 08/30/19 |
| 0819 | Jonathan Silberstein-Loe Cell phone charges for international service while traveling | Silberstein-Loeb, J S | 01 | B | 07/28/19 | 34.10 | 56271645 | 1631515 | 08/30/19 |
| | 1901 Telephone Tolls Total : | | | | | 42.02 | | | |
| 0819 | FLIK International (B) BUSINESS MEAL-Add Ons          RM# 2909 (18) | Giller, D G | 01 | B | 08/01/19 | 158.69 | 56111889 | 1626361 | 08/06/19 |
| | 1723 Conference Room Catering Total : | | | | | 158.69 | | | |
| | Matter Total : | | | | | 46,798.98 | | | |

## **Exhibit D**

**Time Detail**

Client: 022429 Sears Holdings Corporation                      Resp Prtnrs: PMB SMB LRC           Proforma: 7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E                     ----- Input since 08/01/2019 ----   --------------------- Total Unbilled ---------------------

| Emp Id | Employee Name | Off | Dp | Group | Hours | Amount | Oldest | Latest | Hours | Amount |
|--------|---------------|-----|-----|-------|-------|--------|--------|--------|-------|--------|
| 00079 | Cornish, Kelley A | NY | Bkcy | PARTNER | 4.00 | 6,240.00 | 08/19/19 | 08/27/19 | 4.00 | 6,240.00 |
| 00309 | Basta, Paul M. | NY | Bkcy | PARTNER | 1.00 | 1,560.00 | 07/31/19 | 08/28/19 | 6.80 | 10,608.00 |
| 00421 | Clayton, Lewis R | NY | Lit | PARTNER | 1.80 | 2,808.00 | 08/23/19 | 08/27/19 | 1.80 | 2,808.00 |
| 08028 | Britton, Robert | NY | Bkcy | PARTNER | 4.10 | 4,776.50 | 08/06/19 | 08/27/19 | 4.10 | 4,776.50 |
| 02234 | Hurwitz, Jonathan | NY | Lit | COUNSEL | 3.10 | 3,596.00 | 08/01/19 | 08/27/19 | 3.10 | 3,596.00 |
| 05716 | King, Karen | NY | Lit | COUNSEL | 0.60 | 696.00 | 08/20/19 | 08/20/19 | 0.60 | 696.00 |
| 07220 | Silberstein-Loeb, Jo | NY | Lit | ASSOCIATE | 7.20 | 6,768.00 | 08/01/19 | 08/23/19 | 7.20 | 6,768.00 |
| 07317 | Hoyle, Emily M. | NY | Lit | ASSOCIATE | 3.20 | 2,352.00 | 08/01/19 | 08/15/19 | 3.20 | 2,352.00 |
| 07446 | Giller, David | NY | Lit | ASSOCIATE | 4.20 | 3,948.00 | 08/01/19 | 08/12/19 | 4.20 | 3,948.00 |
| 07585 | Toto, Caitlin J. | NY | Bkcy | ASSOCIATE | 17.20 | 11,008.00 | 08/01/19 | 08/29/19 | 17.20 | 11,008.00 |
| 07597 | Young, Spencer E. | NY | Lit | ASSOCIATE | 2.50 | 1,600.00 | 08/01/19 | 08/02/19 | 2.50 | 1,600.00 |
| 08075 | Lii, Teresa | NY | Bkcy | ASSOCIATE | 5.80 | 5,336.00 | 08/03/19 | 08/22/19 | 5.80 | 5,336.00 |
| 04279 | Pavamani, Madhuri | NY | Lit | STAFF ATTY | 4.80 | 2,352.00 | 08/01/19 | 08/16/19 | 4.80 | 2,352.00 |
| 04719 | Murray, Francine N. | NY | Lit | STAFF ATTY | 1.00 | 490.00 | 08/01/19 | 08/08/19 | 1.00 | 490.00 |
| 02444 | Monzione, Joseph | NY | Bkcy | PARALEGAL | 20.70 | 7,555.50 | 07/12/19 | 08/30/19 | 21.10 | 7,701.50 |
| 54217 | Wilbur, Alan D. | DC | EDP | PARALGL | 10.60 | 3,657.00 | 08/01/19 | 08/29/19 | 10.60 | 3,657.00 |
| | Total: | | | | 91.80 | 64,743.00 | | | 98.00 | 73,937.00 |

Sub-Total Hours  :    16.70 Partners;      3.70 Counsels;       40.10 Assocs;        21.10 Paralgls;     16.40 Others

U N B I L L E D   D I S B U R S E M E N T S          Input since 08/01/2019     ------------------- Total Unbilled -------------------

| Code | Disbursement Name | Amount | Oldest Entry | Latest Entry | Amount |
|------|-------------------|--------|--------------|--------------|--------|
| | Professional Services | | | | |
| 1114 | Electronic Discovery | 0.00 | 08/26/19 | 08/26/19 | 45,332.50 |
| | Total Professional Services | | | | 45,332.50 |
| | Court Costs & Lit Expenses | | | | |
| 1299 | Misc Court Expense | 70.00 | 08/12/19 | 08/12/19 | 70.00 |
| | Total Court Costs & Lit Expenses | | | | 70.00 |
| | Information Retrieval Services | | | | |
| 1406 | Library Services | 631.26 | 06/30/19 | 06/30/19 | 631.26 |
| 1418 | Docketing Retrieval | 75.32 | 07/01/19 | 07/23/19 | 75.32 |
| 1422 | General Info Databases | 400.79 | 08/31/19 | 08/31/19 | 400.79 |
| | Total Information Retrieval Services | | | | 1,107.37 |
| | Overtime Expenses | | | | |
| 1707 | Overtime Meals | 20.00 | 08/06/19 | 08/06/19 | 20.00 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

```
alp_212: Matter Analysis Sheet                        PAUL WEISS RIFKIND WHARTON GARRISON LLP                    PAGE      2
                                                                                                                 LEAF      2
Run Date & Time: 09/18/19 14:52:56                    Worked thru: 08/31/19
```

```
Client: 022429 Sears Holdings Corporation              Resp Prtnrs: PMB SMB LRC         Proforma: 7420952              (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B
```

| U N B I L L E D   D I S B U R S E M E N T S | Input since 08/01/2019 | ------------------- Total Unbilled ------------------- | | |
| Code  Disbursement Name | Amount | Oldest Entry | Latest Entry | Amount |
|---|---|---|---|---|
| Overtime Expenses | | | | |
| 1715  Overtime Meals - In Office | 40.00 | 07/12/19 | 08/01/19 | 40.00 |
| Total Overtime Expenses | | | | 60.00 |
| Duplicating Expenses | | | | |
| 1801  Reproduction Exp | 28.40 | 08/15/19 | 08/15/19 | 28.40 |
| Total Duplicating Expenses | | | | 28.40 |
| Communications | | | | |
| 1901  Telephone Tolls | 42.02 | 07/19/19 | 07/28/19 | 42.02 |
| Total Communications | | | | 42.02 |
| Business Expenses | | | | |
| 1723  Conference Room Catering | 158.69 | 08/01/19 | 08/01/19 | 158.69 |
| Total Business Expenses | | | | 158.69 |
| Total | 1,466.48 | | | 46,798.98 |

```
Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp
```

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC              Proforma:  7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   S U M M A R Y
| Employee Name | Off | Dp | Position | Oldest Entry | Latest Entry | Hours |
|---|---|---|---|---|---|---|
| Cornish, Kelley A | NY | Bkcy | PARTNER | 08/19/19 | 08/27/19 | 4.00 |
| Basta, Paul M. | NY | Bkcy | PARTNER | 07/31/19 | 08/28/19 | 6.80 |
| Clayton, Lewis R | NY | Lit | PARTNER | 08/23/19 | 08/27/19 | 1.80 |
| Britton, Robert | NY | Bkcy | PARTNER | 08/06/19 | 08/27/19 | 4.10 |
| Hurwitz, Jonathan | NY | Lit | COUNSEL | 08/01/19 | 08/27/19 | 3.10 |
| King, Karen | NY | Lit | COUNSEL | 08/20/19 | 08/20/19 | 0.60 |
| Silberstein-Loeb, Jo | NY | Lit | ASSOCIATE | 08/01/19 | 08/23/19 | 7.20 |
| Hoyle, Emily M. | NY | Lit | ASSOCIATE | 08/01/19 | 08/15/19 | 3.20 |
| Giller, David | NY | Lit | ASSOCIATE | 08/01/19 | 08/12/19 | 4.20 |
| Toto, Caitlin J. | NY | Bkcy | ASSOCIATE | 08/01/19 | 08/29/19 | 17.20 |
| Young, Spencer E. | NY | Lit | ASSOCIATE | 08/01/19 | 08/02/19 | 2.50 |
| Lii, Teresa | NY | Bkcy | ASSOCIATE | 08/03/19 | 08/22/19 | 5.80 |
| Pavamani, Madhuri | NY | Lit | STAFF ATTY | 08/01/19 | 08/16/19 | 4.80 |
| Murray, Francine N. | NY | Lit | STAFF ATTY | 08/01/19 | 08/08/19 | 1.00 |
| NON-LEGAL SUPPORT | | | | 07/12/19 | 08/30/19 | 31.70 |
| | | | | | | --------- |
| | Total: | | | | | 98.00 |

U N B I L L E D   T I M E   D E T A I L
| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Monzione, Joseph | Bkcy | PARALEGAL | 07/12/19 | Creation of pdf files containing significant court papers and distribution of pdf files requested by Ms. Lii and Ms. Toto. | 0.40 | 701 |
| Basta, Paul M. | Bkcy | PARTNER | 07/31/19 | Telephone conference with Weil re case updates. | 1.00 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/01/19 | Review docket for relevant filings. | 0.20 | 701 |
| | | | 08/02/19 | Review docket for relevant filings. | 0.30 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 08/02/19 | Preparation and distribution of pdf files containing selected court papers requested by Ms. Lii and Ms. Toto. | 0.50 | 701 |
| | | | 08/05/19 | Creation and distribution of pdf files containing significant court papers and distribution of files to Ms. Lii and Ms. Toto. | 0.40 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/07/19 | Review docket for relevant filings | 0.30 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 08/07/19 | Creation and distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto. | 0.40 | 701 |
| | | | 08/08/19 | Creation of pdf files containing significant court papers; and distribution of files to Ms. Lii and Ms. Toto. | 0.40 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/09/19 | Review docket for relevant filings | 0.20 | 701 |

alp_212: Matter Analysis Sheet    18-23538-shl    Doc 5226    Filed 09/24/19    Entered 09/24/19 16:49:44    Main Document    PAGE    4
                                            PAUL WEISS RIFKIND WHARTON &amp; GARRISON LLP        Pg 24 of 34                                LEAF    4
Run Date &amp; Time: 09/18/19 14:52:56                              Worked thru: 08/31/19

Client: 022429 Sears Holdings Corporation                        Resp Prtnrs: PMB SMB LRC              Proforma:  7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Monzione, Joseph | Bkcy | PARALEGAL | 08/09/19 | Making arrangements for telephonic hearings on 08/12/19 and 08/16/19 (1.1); and creation / distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto (0.4). | 1.50 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/12/19 | Review docket for relevant filings. | 0.10 | 701 |
| Lii, Teresa | Bkcy | ASSOCIATE | 08/12/19 | Review hearing logistics (.1); correspond with J. Kellner re same (.1). | 0.20 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 08/12/19 | Preparation and distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto (0.2); setting up new hearing dates with CourtSolutions and docketing new dates for upcoming hearings (0.5). | 0.70 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/13/19 | Review docket for relevant filings (.1); attention to professional fee estimates (.2). | 0.30 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 08/13/19 | Making arrangements for telephonic hearings requested by Ms. Lii (0.6); and preparation / distribution of pdf files containing court papers requested by Ms. Lii (0.2). | 0.80 | 701 |
|  |  |  | 08/14/19 | Preparation and distribution of requests for compensation (1.2); and preparation and distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto (0.3). | 1.50 | 701 |
|  |  |  | 08/15/19 | Preparation and distribution of pdf files containing docket court papers requested by Ms, Lii and Ms. Toto (0.3); making arrangements and adding to diary dates of upcoming hearing (0.7). | 1.00 | 701 |
|  |  |  | 08/16/19 | Creation of pdf files containing court papers and distribution of pdf files requested by Ms. Lii and Ms. Toto (0.3); and revising list of upcoming court hearing dates (using notices of adjournment and notices of hearing on docket) in preparation of making arrangements for telephonic court hearings (0.9). | 1.20 | 701 |
| Cornish, Kelley A | Bkcy | PARTNER | 08/19/19 | Correspond with T. Lii re case updates | 0.30 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 08/19/19 | Creation and distribution of daily docket summary report requested by Ms. Lii and Ms. Toto (0.3); and email exchange with Ms. Lii and Ms. Toto regarding attendance of PW counsel at hearing on 08/22/19 (0.3). | 0.60 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/20/19 | Review docket for relevant filings. | 0.20 | 701 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Monzione, Joseph | Bkcy | PARALEGAL | 08/20/19 | Preparation and distribution of pdf files containing court papers requested by Ms.Lii and Ms. Toto (0.3); and preparation of binder containing hearing adjournment court paper with related list of adjourned hearing dates (0.6). | 0.90 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/21/19 | Review docket for relevant filings. | 0.20 | 701 |
| Lii, Teresa | Bkcy | ASSOCIATE | 08/21/19 | Review hearing logistics (.1); correspond with J. Monzione re same (.1). | 0.20 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 08/21/19 | Making arrangement for telephonic court hearing with CourtCall for 08/22/19 and 08/23/19 because of change requested by Judge Drain (1.2); and preparation/ distribution of daily docket summary report requested by Ms. Lii and Ms. Toto (0.3). | 1.50 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/22/19 | Review docket for relevant filings. | 0.20 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 08/22/19 | Making final arrangement for telephonic court hearing and monitoring call to ensure adequate connectivity (1.5); and creation of pdf files containing court papers and distribution of pdf files requested by Ms. Lii and Ms. Toto (0.3); and contacts with CourtCall regarding upcoming hearing on 08/23/19 (0.2). | 2.00 | 701 |
| | | | 08/23/19 | Making final arrangements for telephonic court hearing (0.2); monitoring telephonic court hearing to ensure continuous connectivity (3.0); and preparation / distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto (0.3). | 3.50 | 701 |
| Cornish, Kelley A | Bkcy | PARTNER | 08/26/19 | Correspond with P. Basta regarding case update | 0.30 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/26/19 | Review docket for relevant filings. | 0.20 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 08/26/19 | Creation of pdf files containing court papers and distribution of files to Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 08/29/19 | Preparation and filing tenth monthly fee statement with USBC/SDNY. | 1.00 | 701 |
| | | | 08/30/19 | Preparation and distribution of pdf files containing significant court papers (0.3); and distribution of tenth fee statement requested by Ms. Lii and Ms. Toto (0.2). | 0.50 | 701 |
| | | | | Total | 23.30 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC            Proforma:  7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D    T I M E    D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Britton, Robert | Bkcy | PARTNER | 08/23/19 | Correspondence re litigation and transfer issues. | 0.30 | 702 |
| | | | | Total | 0.30 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Murray, Francine N. | Lit | STAFF ATTY | 08/01/19 | Email correspondence with J. Silberstein-Loeb, A. Wilbur and M. Pavamani re: document production to board member. | 0.20 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 08/01/19 | Correspond with PW team, compile documents, and draft request to vendor to produce additional documents to counsel for Tisch (0.7); receive and control production from vendor, conduct quality control, coordinate service, and advise case team (1.2); investigate subpoena history and advise case team (0.4); follow up on vendor invoices (0.3); correspond with PW team regarding production specifications (0.3); create database overlay for Akin for original Bates numbers and RSSHC Bates numbers, and transmit to case team (0.6). | 3.50 | 703 |
| Murray, Francine N. | Lit | STAFF ATTY | 08/02/19 | Correspond with J. Silberstein-Loeb re: document production to board member. | 0.20 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 08/02/19 | Correspond with PW team re metadata in third party productions with case team, investigate historical treatment of third party productions, and draft request to vendor regarding metadata mapping records | 1.10 | 703 |
| | | | 08/05/19 | Analyze mapping of third party metadata fields and advise case team. | 0.50 | 703 |
| Murray, Francine N. | Lit | STAFF ATTY | 08/06/19 | Email correspondence with J. Silberstein-Loeb, A. Wilbur and M. Pavamani re: document production to board member. | 0.30 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 08/06/19 | Review field mapping of third party productions by vendor, compare to debtor productions, and correspond with PW team regarding available metadata (0.8); export overlay of available metadata (0.4). | 1.20 | 703 |
| Murray, Francine N. | Lit | STAFF ATTY | 08/08/19 | Email correspondence with J. Silberstein-Loeb re: discovery meeting with Akin Gump. | 0.30 | 703 |
| Wilbur, Alan D. | EDP | PARALGL | 08/08/19 | Run searches to identify potential documents for Tisch production, coordinate production, conduct quality control and coordinate file transfer, and correspond with PW team re same | 0.10 | 703 |
| | | | 08/12/19 | Review questions from Simpson Thacher and advise case team regarding details of productions received and sent | 0.70 | 703 |
| | | | 08/15/19 | Discuss privilege redactions with case team and draft and discuss request to vendor to create overlay production. | 1.00 | 703 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC           Proforma:  7420952                          (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Wilbur, Alan D. | EDP | PARALGL | 08/16/19 | Finalize quality control on production, discuss with case team, encrypt production, and correspond with PW team regarding service. | 0.80 | 703 |
| | | | 08/19/19 | Coordinate service of overlay production | 0.70 | 703 |
| | | | 08/20/19 | Correspond with PW team regarding produced documents and discuss overlay production with Akin Gump | 0.60 | 703 |
| | | | 08/29/19 | Email and call with accounting group to approve Quislex invoice | 0.40 | 703 |
| | | | | Total | 11.60 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

**Client: 022429 Sears Holdings Corporation**       Resp Prtnrs: PMB SMB LRC      Proforma: 7420952       (00309)
**Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.**Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/02/19 | Review second interim fee application | 0.80 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 08/05/19 | Review and revise second interim fee application. | 1.60 | 705 |
| Britton, Robert | Bkcy | PARTNER | 08/06/19 | Review, analyze and revise fee statement. | 0.50 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 08/06/19 | Review interim fee application issues (.1); correspond with PW team re same (.1); revise same (.3). | 0.50 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/09/19 | Review time entries for privilege (.5); review interim fee application (1.1) | 1.60 | 705 |
|  |  |  | 08/12/19 | Review interim fee app (.3); review time entries for privilege (.8); correspond with billing department re same (.3) | 1.40 | 705 |
|  |  |  | 08/13/19 | Review second interim fee statement (.5); review time entries for privilege (1); correspond with team re bill (.4) | 1.90 | 705 |
| Monzione, Joseph | Bkcy | PARALEGAL | 08/13/19 | Review time entries for privilege. | 2.00 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/14/19 | Prepare PW interim fee statement for filing (.5); coordinate with team re same (.3); review July time entries for privilege (.4) | 1.20 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 08/14/19 | Review PW interim fee application (.2); correspond with C. Toto, A. Carr, W. Transier re same (.1). | 0.30 | 705 |
|  |  |  | 08/22/19 | Review monthly fee application (.3); correspond with C. Toto re same (.1). | 0.40 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/22/19 | Review fee statement. | 0.60 | 705 |
| Britton, Robert | Bkcy | PARTNER | 08/26/19 | Review fee application. | 0.30 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/26/19 | Implement comments to PW fee statement, and review same. | 0.40 | 705 |
|  |  |  | 08/28/19 | Finalize fee statement for filing. | 0.20 | 705 |
|  |  |  | 08/29/19 | Prepare and review excel sheet for fee examiner review. | 0.50 | 705 |

Total      14.20

alp_212: Matter Analysis Sheet 18-23538-shl    Doc 5226    Filed 09/24/19    Entered 09/24/19 16:49:44    Main Document
PAUL WEISS RIFKIND WHARTON GARRISON LLP
Pg 30 of 34
PAGE    10
LEAF    10
Run Date & Time: 09/18/19 14:52:56                    Worked thru: 08/31/19

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et. Bill Frq: MClass: 1001 Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/01/19 | Correspond with EVR, Stout, and A&M re interim fee application. | 0.30 | 706 |
| Lii, Teresa | Bkcy | ASSOCIATE | 08/09/19 | Review A&M interim fee application. | 0.20 | 706 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/09/19 | Review and edit A&M interim fee statement (1.2); correspond with J. Kravette re same (.2) | 1.40 | 706 |
| | | | 08/12/19 | Review A&M interim fee statement and correspond with J. Kravette re same (.5); emails with Stout re interim fee statement (.3) | 0.80 | 706 |
| | | | 08/13/19 | Review and revise Stout interim fee application (1.7); correspond with Stout re same (.2); prepare A&M fee statement for filing (.2). | 2.10 | 706 |
| Lii, Teresa | Bkcy | ASSOCIATE | 08/13/19 | Review Stout interim fee application (.2); correspond with C. Toto re same (.1); review Evercore interim fee application (.9). | 1.20 | 706 |
| | | | 08/14/19 | Review Evercore interim fee application (.4); correspond with C. Toto, Evercore re same (.2). | 0.60 | 706 |
| | | | 08/19/19 | Review A&M fee application (.2); correspond with J. Kravette re same (.1). | 0.30 | 706 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/21/19 | Review and summarize objection to interim fee applications. | 0.50 | 706 |
| | | | 08/26/19 | Review Evercore fee statement (.2); correspond with team re same (.2). | 0.40 | 706 |
| | | | 08/28/19 | Review and summarize joinders/objections to interim fee application. | 0.40 | 706 |

|  |  | Total |  | 8.20 |  |

Run Date & Time: 09/18/19 14:52:56                    Worked thru: 08/31/19

Client: 022429 Sears Holdings Corporation              Resp Prtnrs: PMB SMB LRC          Proforma:  7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 08/02/19 | Review and summarize ESL objection. | 0.50 | 709 |
| Lii, Teresa | Bkcy | ASSOCIATE | 08/03/19 | Review ESL objection (.2); correspond with R. Britton, C. Toto re same (.1). | 0.30 | 709 |
| | | | | Total | 0.80 | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

alp_212: Matter Analysis Sheet    18-23538-shl    Doc 5226    Filed 09/24/19    Entered 09/24/19 16:49:44    Main Document

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Pg 32 of 34

PAGE    12
LEAF    12

Run Date & Time: 09/18/19 14:52:56                Worked thru: 08/31/19

Client: 022429 Sears Holdings Corporation                Resp Prtnrs: PMB SMB LRC        Proforma:  7420952                (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Hurwitz, Jonathan | Lit | COUNSEL | 08/01/19 | Emails re production of Board materials to Tisch (.2); conference with Akin re document collection and review and prepare for same (1.3); telephone conference with J. Silberstein-Loeb re follow-up (.3). | 1.70 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 08/01/19 | Preparing for meeting with Akin re document collection and production | 1.20 | 710 |
| | | | 08/01/19 | Conference with Akin re document collection and production (1.3); telephone conference with J. Hurwitz re same (.3). | 1.60 | 710 |
| | | | 08/01/19 | Responding to requests from Akin Gump | 0.10 | 710 |
| Young, Spencer E. | Lit | ASSOCIATE | 08/01/19 | Email correspondence from E. Hoyle re: subpoenas (0.1); email correspondence with D. Giller re: assignment (0.2); reviewed expert presentations (1.1) | 1.40 | 710 |
| Hoyle, Emily M. | Lit | ASSOCIATE | 08/01/19 | Creating work product containing all discovery requests and subpoenas sent in course of investigation, and responses thereto, to help with transition of case to Akin | 2.10 | 710 |
| Giller, David | Lit | ASSOCIATE | 08/01/19 | Attended meeting with UCC Counsel re litigation hand off | 1.50 | 710 |
| Pavamani, Madhuri | Lit | STAFF ATTY | 08/01/19 | Run searches and gather documents re: supplemental TT production; prepare production request and discuss with outside vendor (1.2); prepare documents and background for meeting with AG (1.1) | 2.30 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 08/02/19 | Emails with PW working group re producing documents to Akin. | 0.50 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 08/02/19 | Assembling materials requested by Akin | 1.10 | 710 |
| Young, Spencer E. | Lit | ASSOCIATE | 08/02/19 | Reviewed presentations and circulated to J. Hurwitz and D. Giller | 1.10 | 710 |
| Hoyle, Emily M. | Lit | ASSOCIATE | 08/02/19 | Creating work product containing all discovery requests and subpoenas sent in course of investigation, and responses thereto, to help with transition of case to Akin | 0.60 | 710 |
| Giller, David | Lit | ASSOCIATE | 08/02/19 | Telephone conference with Stout re status of litigation (.2); reviewed potential files to be sent to UCC (.9) | 1.10 | 710 |
| Pavamani, Madhuri | Lit | STAFF ATTY | 08/02/19 | Correspond with PW team re past production of board materials and the details/processes of collection and production. | 1.20 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 08/05/19 | Preparing for meeting with Akin | 0.30 | 710 |
| Giller, David | Lit | ASSOCIATE | 08/05/19 | Telephone conference with experts re materials and presentations | 0.20 | 710 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                Resp Prtnrs: PMB SMB LRC          Proforma: 7420952              (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Hurwitz, Jonathan | Lit | COUNSEL | 08/06/19 | Emails with J. Silberstein-Loeb re production of Board materials (.1). attention to emails re document production in Sears Canada case (.1). | 0.20 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 08/06/19 | Preparing for discovery hand over with Akin | 0.60 | 710 |
|  |  |  | 08/07/19 | Correspondence with Akin regarding discovery issues | 0.20 | 710 |
|  |  |  | 08/07/19 | Reviewing further requests from Akin | 0.10 | 710 |
|  |  |  | 08/08/19 | Responding to discovery requests from Akin | 0.20 | 710 |
|  |  |  | 08/09/19 | Responding to document requests from Akin | 0.60 | 710 |
| Hoyle, Emily M. | Lit | ASSOCIATE | 08/09/19 | Working on transition of case to Akin | 0.10 | 710 |
| Giller, David | Lit | ASSOCIATE | 08/09/19 | Telephone conference with Evercore and experts re materials (.2); compiled materials to be sent to Akin (.3). | 0.50 | 710 |
| Hoyle, Emily M. | Lit | ASSOCIATE | 08/12/19 | Working on transition of case to Akin | 0.20 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 08/12/19 | Responding to Akin discovery-related requests | 0.20 | 710 |
| Giller, David | Lit | ASSOCIATE | 08/12/19 | Email with S. Buergel and J. Hurwitz re production and experts (.3); email with Akin re same (.3); correspond with L. Clayton re same (.3) | 0.90 | 710 |
| Hoyle, Emily M. | Lit | ASSOCIATE | 08/15/19 | Working on transitioning discovery to Akin | 0.20 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 08/15/19 | Responding to discovery requests from Akin | 0.10 | 710 |
|  |  |  | 08/16/19 | Responding to Akin's discovery-related requests | 0.10 | 710 |
| Pavamani, Madhuri | Lit | STAFF ATTY | 08/16/19 | Prepare small production of documents re: board materials. | 1.30 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 08/19/19 | Producing redacted document to defendants | 0.20 | 710 |
| King, Karen | Lit | COUNSEL | 08/20/19 | Email with Akin re third party discovery and local counsel in HK | 0.60 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 08/22/19 | Correspond with J. Hurwitz to discuss email re privilege from R. Perio | 0.10 | 710 |
| Clayton, Lewis R | Lit | PARTNER | 08/23/19 | Emails with PW team regarding privileged document | 0.20 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 08/23/19 | Emails with J. Silberstein-Loeb to discuss response to defendants re privilege and revise email in response. | 0.50 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 08/23/19 | Emails with PW team regarding privileged document. | 0.50 | 710 |
| Clayton, Lewis R | Lit | PARTNER | 08/27/19 | Correspond with K. Cornish, P. Basta, R. Britton regarding litigation issues (0.8); call with RSC re same (0.6); telephone conference with J. Hurwitz regarding litigation developments (0.2). | 1.60 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 08/27/19 | Telephone conference with L. Clayton re case developments. | 0.20 | 710 |

|  |  |  |  | Total | 27.40 |  |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Run Date & Time: 09/18/19 14:52:56                    Worked thru: 08/31/19

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC        Proforma: 7420952                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | | Code |
|---|---|---|---|---|---|---|---|
| Britton, Robert | Bkcy | PARTNER | 08/07/19 | Attend board call. | 0.70 | | 716 |
| Basta, Paul M. | Bkcy | PARTNER | 08/07/19 | Prepare for restructuring committee call (.3); attend same (.7). | 1.00 | | 716 |
| | | | 08/14/19 | Weekly restructuring committee call. | 1.00 | | 716 |
| | | | 08/21/19 | Weekly restructuring committee call. | 1.00 | | 716 |
| Cornish, Kelley A | Bkcy | PARTNER | 08/27/19 | Review materials for RC call (1.20); attend same (1.20); follow-up correspondence with Paul, Weiss Team and B. Transier regarding next steps (1.00) | 3.40 | | 716 |
| Britton, Robert | Bkcy | PARTNER | 08/27/19 | Prepare for board call (.7); attend board call (partial) (1); follow up with PW team regarding same (.6). | 2.30 | | 716 |
| Basta, Paul M. | Bkcy | PARTNER | 08/27/19 | Restructuring committee call (1.2); follow up with PW team re same (.6). | 1.80 | | 716 |
| | | | 08/28/19 | Restructuring committee call. | 1.00 | | 716 |
| | | | | Total | 12.20 | | |
| | | | | Matter Total | 98.00 | | |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp