UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
SEARS HOLDINGS CORPORATION, et al.,                :     Case No. 18-23538 (RDD)
                                                   :
          Debtors.:                                :     (Jointly Administered)
                                                   :
                                                   :     JUDGE:  Hon. Robert D. Drain
                                                   :
                                                   :
-------------------------------------------------------------x

## ORDER PURSUANT TO 11 U.S.C § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion, dated September 20, 2019 (the "Motion"), of Brian Coke Ng, for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in allowing it to proceed to file a "Request For Assistance By Injured Worker" and the accompanying complaint with the State Of New York Workers' Compensation Board, and to allow for the Creditor's enforcement of its rights, and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on October 23, 2019, at 10:00 am, [and there being no opposition to the Motion;] and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the motion is granted as provided herein; and it is further

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the Creditor's interests and rights with respect to the Creditor's enforcement of his rights, and to file a "Request

For Assistance By Injured Worker" and the accompanying complaint with the State Of New York Workers' Compensation Board, and it is further

**ORDERED** that a copy of this motion papers and its accompanying exhibits shall be a supporting part of the claims stated in the Creditor's pending adversary proceeding (Adv. Pro. No. 19-08269),

Dated: _____, 2019
      White Plains, New York

                                            _____
                                            THE HONORABLE ROBERT D. DRAIN
                                            UNITED STATES BANKRUPTCY JUDGE