UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                   :       Chapter 11
                                                                            :
SEARS HOLDINGS CORPORATION, et al.,          :       Case No. 18-23538 (RDD)
                                                                            :
    Debtors.:                                              :       (Jointly Administered)
                                                                            :
                                                                            :       JUDGE:   Hon. Robert D. Drain
                                                                            :
                                                                            :
                                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Brian Coke Ng, hereby certify that on September 20th 2019, I caused true, complete and accurate copies of the following documents:

1. A Notice of Motion To Lift Automatic Stay, with its attached Affidavit In Support of Motion To Lift Automatic Stay and each and every parts of its exhibits, including a Proposed Order Granting Relief from the Automatic Stay, and with the Workers Compensation Request For Assistance By Injured Worker and its accompanying 8 separate exhibits;

to be served upon all the parties of interest on the master service list, including the following parties by causing copies of the same to be filed on the electronic filing system (CM/ECF) of the United States Bankruptcy Court for the Southern District of New York, which in turn sent copies of each of the foregoing to the following parties and/or their counsel:

    Counsel to Kmart Holding Corporation
    Sears Holdings Corporation (Debtors)
    Weil Gotshall & Manges, LLP

    Attorneys for Defendants PDX, Inc., and
    National Health Information Network, Inc.
    Kirby Aisner & Curley LLP

And also upon the following parties by causing copies of the same to be deposited in a sealed, prepaid envelope in an official depository under the exclusive care and custody of the United States Postal Service, to be delivered by overnight delivery addressed to each of the following:

Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601
(Marked as "Chambers Copy")

    Counsel to Kmart Holding Corporation
    Sears Holdings Corporation (Debtors)
    Weil Gotshall & Manges, LLP
    767 5th Avenue
    New York, N.Y. 10153

    Kirby Aisner & Curley LLP
    700 Post Road, Suite 237
    Scarsdale, New York 10583
    Attorneys for Defendants PDX, Inc., and National Health Information Network, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York

Dated: September 20, 2019

_____
Brian Coke Ng