Gilbert R. Saydah Jr., Esq.
**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**
437 Madison Avenue
New York, NY 10022
T: (212) 867-9500
F: (212) 599-5085
E: gsaydah@mmwr.com

and

Ivo Keller, Esq.
**SSL LAW FIRM LLP**
575 Market Street, Suite 2700
San Francisco, California 94105
T: (415) 814-6400
F: (415) 814-6401
E: ivo@ssllawfirm.com

*Counsel to RREEF America REIT II Portfolio L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered)<br><br>Related to Document No. 3463 |

**NOTICE OF WITHDRAWAL OF THE**
**OBJECTION TO CURE AMOUNT FOR STORE #87099/8709 IN KENT,**
**WASHINGTON, BY RREEF AMERICA REIT II PORTFOLIO L.P.**

**PLEASE TAKE NOTICE** that, on May 1, 2019, RREEF America REIT II Portfolio L.P. ("RREEF") filed its *Objection To Cure Amount For Store # 87099/8709 In Kent, Washington, By RREEF America REIT II Portfolio L.P* (Docket No. 3463) (the "Objection") to the following notices: the *Seventh Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in connection with Global Sale Transaction* (Docket No. 3330), and the *Amended Notice of Assumption and Assignment of*

*Additional Designatable Leases* (Docket No. 3331), filed by Transform Holdco LLC as Docket No. 3463 in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that, in light of payment of the amounts required to cure the defaults required under the Lease, RREEF hereby withdraws the Objection.

| | |
|---|---|
| Dated: September 25, 2019<br>New York, New York | Respectfully submitted, |

By */s/ Gilbert R. Saydah Jr.*
Gilbert R. Saydah Jr.
**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**
437 Madison Avenue
New York, NY 10022
Telephone: (212) 867-9500
Facsimile: (212) 599-5085
Email: gsaydah@mmwr.com

and

Ivo Keller, Esq.
SSL LAW FIRM LLP
575 Market Street, Suite 2700
San Francisco, California 94105
Telephone: (415) 814-6400
Facsimile: (415) 814-6401
ivo@ssllawfirm.com

*Attorneys for RREEF America REIT II Portfolio L.P.*