WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                :

**In re**                                             :          **Chapter 11**
                                                :
**SEARS HOLDINGS CORPORATION**, *et al.*,   :          **Case No. 18-23538 (RDD)**
                                                :
                    **Debtors.**[1]                       :          **(Jointly Administered)**
                                                 :
------------------------------------------------------------x

**NOTICE OF CANCELLATION AND RESCHEDULING OF HEARING ON**
**(I) CONFIRMATION OF MODIFIED SECOND AMENDED JOINT CHAPTER 11**
**PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS**
**AND (II) MOTION OF DEBTORS FOR MODIFICATION OF RETIREE BENEFITS**

---

[1] The Debtors in the Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

WEIL:\97199107\3\73217.0004

**PLEASE TAKE NOTICE** that the hearing to consider (1) confirmation of the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (the "**Confirmation Hearing**") and (2) the *Motion of Debtors for Modification of Retiree Benefits* (the "**1114 Hearing**" together, with the Confirmation Hearing, the "**Hearing**") originally scheduled for September 27, 2019 at 11:00 a.m. (prevailing Eastern Time) and October 3, 2019 at 10:00 a.m. (prevailing Eastern Time) **will go forward on October 3, 2019 at 10:00 a.m. (prevailing Eastern Time)**. **The hearing scheduled for September 27, 2019 at 11:00 a.m. has been cancelled.**

**PLEASE TAKE FURTHER NOTICE** that the short adjournment of the Hearing is intended to facilitate ongoing, productive negotiations with an ad hoc group of administrative expense claimants regarding resolution of confirmation objections and a framework to expedite the chapter 11 plan effective date. The Debtors believe that the brief adjournment will provide the parties in interest with the time necessary to finalize discussions, file supplemental pleadings describing the settlement (should it be finalized), with sufficient time for the Court and stakeholders to review, and is in the overall best interests of these estates.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than through adjournments announced in open Court or as indicated in any notice filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: September 25, 2019
     New York, New York

                                                */s/ Sunny Singh*
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York  10153
                                                Telephone:  (212) 310-8000
                                                Facsimile:  (212) 310-8007
                                                Ray C. Schrock, P.C.
                                                Jacqueline Marcus
                                                Garrett A. Fail
                                                Sunny Singh

                                                *Attorneys for Debtors*
                                                *and Debtors in Possession*