# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x  Chapter 11

In re:

Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, et al.

(Jointly Administered)

Debtors

----------------------------------------------------------x

## **WITHDRAWAL OF CLAIM NO. 18168 FILED BY DART WAREHOUSE CORPORATION**

DART Warehouse Corporation ("DART"), creditor hereby gives notice of the withdrawal of it's claim, which has been assigned No. 18168.

Dated: September 26, 2019
      San Diego, CA

LAW OFFICE OF WILLIAM P. FENNELL, APLC

By: /s/William P. Fennell
William P. Fennell, Esq.
600 West Brodway, Suite 930
San Diego, CA 92101
Telephone: (619) 325-1560
Facsimile: (619) 325-1558
Email:  william.fennell@fennelllaw.com

*Attorneys for DART Warehouse Corporation*