UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

---

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL. | CASE NO. 18-23538 (RDD) |
| DEBTORS.[1] | (Jointly administered) |

---

### JEFFREY PFEIFFER'S NOTICE OF WITHDRAWAL OF HIS MOTION TO LIFT AUTOMATIC STAY, WITHDRAW CLAIM, and REQUEST REMOVAL FROM CM/ECF LISTS

Jeffery Pfeiffer, by his undersigned attorney, hereby submits this Notice of Withdrawal of his Motion to Lift the Automatic Stay, Withdrawal of Claim, and Request for Removal from CM/ECF Case Management List and Special Service List.

1. The Motion of Jeffery Pfeiffer for Relief from Stay (the "Motion") [ECF No. 2633] is hereby withdrawn in light of the Stipulation, Agreement, and Order Granting Limited Relief from the Automatic Stay approved by this Court on September 24, 2019 [ECF No. 5228].

2. The undersigned, David J. Gallagher of Motherway & Napleton, LLP, is the attorney for Jeffrey Pfeiffer and is authorized to withdraw this claim on behalf of claimant. Therefore, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart stores of Texas LLC (8915); MyGofer LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

claimant withdraws his claim [claim number 8839] against the debtors pursuant to the terms of the stipulation [ECF No. 5228].

3. Claimant's attorney, David J. Gallagher, whose email address is dgallagher@mnlawoffice.com, requests that he be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system and service of papers via first class mail on behalf of Jeffrey Pfeiffer.

Respectfully submitted,

/s/ David J. Gallagher
David J. Gallagher (Ill. Bar 6294250)
MOTHERWAY & NAPLETON, LLP.
140 S. Dearborn Street, Suite 1500
Chicago, Illinois 60603
Dgallagher@mnlawoffice.com
Telephone:  (312) 726-2699
Fax:  (312) 726-6851