**UNITED STATES BANKRUPTCTY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

---------------------------------------------------------------

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL. | CASE NO. 18-23538 (RDD) |
| DEBTOR | (Jointly administered) |

---------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2019, the **JEFFREY PFEIFFER'S NOTICE OF WITHDRAWAL OF HIS MOTION TO LIFT AUTOMATIC STAY, WITHDRAW CLAIM, and REQUEST REMOVAL FROM CM/ECF LISTS**, was filed on behalf of Jeffrey Pfeiffer, and was served through the Court's ECF system.

Dated:       September 26, 2019

        Chicago, Illinois.

/s/ David J. Gallagher
David J. Gallagher (Ill. Bar 6294250)
MOTHERWAY & NAPLETON, LLP.
140 S. Dearborn Street, Suite 1500
Chicago, Illinois 60603
Dgallagher@mnlawoffice.com
Telephone:  (312) 726-2699
Facsimile:   (312) 726-6851

1