

Post Office Box 926
Silver Springs, Florida 34489-0926

September 10, 2019

**RE Claim # 10290**

**Name of the Bankruptcy Court:**

United States Bankruptcy Court
Southern District of New York

**Name of Debtor:**

Sears Holdings Corporation

**Case #**

18-23538 (RDD)

**Title of Objection to which response is directed:**

Reclassification of certain filed proofs of claim as general unsecured claim

**Name of Claimant:**

Silver Springs Bottled Water Co Inc

**Basis for Amount of Claim and Reason Why it should not be Reclassified:**

Claim filed as a 503 (b) (9) administrative priority claim for $ 39,223.44 representing goods sold (bottled water) in the ordinary course of business to debtor within 20 days before date of commencement of the case.
All evidence including invoices and bill of ladings were previously filed with the Bankruptcy Court (our claim # 10290)

**Name and Contact Information of person having authority to discuss and settle claim:**

Michael Lender
PO Box 926
Silver Springs FL 34489
Office 352-509-3110
Email: mike.lender@ssbwc.com

*/s/ M. Lender* 9-10-19

(352) 368-6806                                                                                              Fax (352) 368-2374