**Hearing Date: Oct. 23, 2019, 10:00 a.m. EST**
                                                                                       **Response Deadline: Oct. 16, 2019, 5p.m. EST**

MAZURKRAEMER BUSINESS LAW
Salene R.M. Kraemer, Esquire
NY ID No. 5228580
331 Jonquil Place,
Pittsburgh, PA 15228
Phone: (412) 427-7075
salene@mazurkraemer.com
Counsel to Vir Ventures, Inc. and
AMI Ventures, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23538 (RDD) |
| SEARS HOLDING CORPORATION, et al. | : | |
| | : | Related Document No: |
| | : | Docket No.: |
| Debtors. | : | |
| | : | |
| | : | Chapter 11 (Jt. Admin.) |
| | : | Document No. |
| | : | |
| | : | |

**ORDER GRANTING JOINT MOTION OF VIR VENTURES, INC.
AND AMI VENTURES, INC.
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS
<u>PURSUANT TO 11 U.S.C. §§503(a), 503( b)(1) & 507(a)</u>**

Upon consideration of the Motion of **JOINT MOTION OF VIR VENTURES, INC. AND AMI VENTURES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS <u>PURSUANT TO 11 U.S.C. §§503(a), 503( b)(1) & 507(a)</u>** (the "Motion"), and, notice appearing appropriate and good cause appearing therefor, it is hereby ORDERED that

1. The MOTION IS GRANTED;

2. AMI Ventures, Inc. and VIR Ventures, Inc. shall have an Allowed Administrative in these Chapter 11 Cases in the amount of $95,362.30;

3. Such Allowed Administrative Claim shall be paid on or before _____.

Date: _____

United States Bankruptcy Judge