9-22-19
Case # 18-23538 (RDD)

**Elizabeth Rogal**
**Claim#10430**
**249 S 17th Street**
**St Charles, IL 60174**

U.S. BANKRUPTCY COURT
FILED
2019 SEP 24  A 11:33

    This letter is directed to the **United States Bankruptcy Court Southern District of NewYork**. This is in regards to **Sears Holdings Corporation** filing for debtors Seventh Omnibus Objection proof of claims. I, **Elizabeth Rogal** with the surviving claim **#10430** oppose the expungement of the **$9,583.34** of lost severance that I have been owed. On Friday September 14, 2018 I signed a written statement that on my official last day working for Sears Holdings Corporation I was promised a total of $15,000 in severance for my 12 years of loyal commitment to this company. I was told on May 31, 2018 that my Kmart store located on 5909 E. State St Rockford, IL would be closing and that I, being the sole manager would be needed to stay till the end to properly run my team through liquidation sales. I was offered comparable jobs in between the closing however with my loyalty and commitment to my team I declined offers knowing I would have 3 months to actively research companies and send out resumes.

    On October 26, 2018 I received a call from a previous associate saying that all severences were stopped due to Sears Holdings recent bankruptcy. I was in shock there was no letter or email that had come to my attention. I myself called the associate online services to be told the same horrifying news. My world had now been turned upside down. I had rent coming automatically out of my account just a few days later and now what funds would be there to pay it. This was not only a disappointment but anger rushed through me. All the extra days and hours that were put in over the years not always by choice but expected, and loyalty and commitment that was given now all seemed like a waste. I did not receive a letter in the mail about anything that had to do with my situation till a week after I was supposed to receive a paycheck. Sears Holdings filed bankruptcy on October 15, 2018. Would they not even have the decency to tell their associates on this day about severance. We were previously denied unemployment due to severance and since it takes a good 2 weeks to even get through the approval process to receive some sort of paycheck. I was the main bread winner in my family and now having 1 paycheck for weeks becomes an emotional strain. I didn't have time to react and find a job that was comparable to the one I had. I had to find a minimum wage paying job just to get some sort of income fast. We had to move out of our apartment and back in with family, we had no choice in the matter due to the negligence of this company. I need this remaining 9,583.34 in order to get my families life back in order. Need to pay down some of the credit cards I had to max out due to no paycheck and still having bills to pay. I am owed this severance and should not be expunged this money from a company that is trying to make false promises to the world that they can still exist. No they should not exist if they can not properly take care of the employees past or present especially when our termination was not by our poor choices but those that were in higher management positions.

Sincerely,
    Elizabeth Rogal

# SEARS HOLDINGS

## Personal Statement of Benefits Eligibility

**Associate's Name: ELIZABETH ROGAL**      **Emp ID: 11002963241**

**Unit: 04423**      **Department: 04423100**

**Job Title: Store General Manager I, RS**      **Job Code: 2052**

**Service Date: 7/3/2006**      **Emp Type: Salaried**

**Annual Base Salary : $65000.00**      **Benefit Rate/Hour: $26.04**

**Retirement eligible as of last day worked:  NO**
(Age>=50, Years of service>=10)

---

**Weeks of severance due: 12**

**Transition Pay Plan Severance Pay: $15000.00**

- **Calculation for Salaried Associates (Exempt and Non-Exempt):** 1 week of pay x weeks due = severance allowance

- **Calculation for Hourly Associates (Hourly Benefit Plus/Non-HBP):** Weekly standard hours x hourly rate x weeks due = severance allowance

**IMPORTANT NOTES:**

- See your Summary Plan Description for more details as to this calculation.
- Calculations are based on information available as of the print date of 8/23/2018. Refer to the Transition Pay Plan Summary for details.

Field 3

KMart Support Center
c/o Conduent
PO Box 30690
Salt Lake City, UT 84130-0690


Thursday, May 31, 2018

Elizabeth Rogal
507 S 19Th St Apt D
St Charles IL 60174


Re: **Facility Closure Notice # 04423**


Dear Elizabeth,

Please be advised that due to a change in business circumstances, the Company will permanently cease its entire operations at Kmart store 04423 - 5909 E State Street, Rockford, IL 61108 on or about September 02, 2018. We hope to accomplish this closing with the least possible disruption to the lives of our associates and the community.

Based on an September 02, 2018 closing date, we anticipate employment separations to occur between August 26, 2018 and September 16, 2018. These dates are subject to change and we will notify you as soon as possible of any changes.

If you have any questions or need further information, please contact Michael Smith (630) 364 9036.

_5/31/18_
Date of Notice

_[signature]_
Supervisor Signature

_[signature]_
Associate Signature

11002963241
11 Digit Employee id of Associate


Employment at the Company is at will. It is indefinite and terminable at the will of either the Company or its associates, with or without notice, and with or without cause at any time.