Vivek Suri, Esq.
Attorney for Infiiloom India Private Ltd.
20 Vesey Street
Suite 300
New York, NY 10007
T: 212.537.6936
E: lawyer@surilawoffice.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X          Case No. 18-23538 (RDD)
In re:

SEARS HOLDINGS CORPORATION Et. Al.,                          **NOTICE OF**
                                                            **APPEARANCE**

                                        Debtors.
-------------------------------------------------------------X

   **PLEASE TAKE NOTICE** that creditor Infiiloom India Private Ltd. appears in this

action by Vivek Suri, Esq., who has been retained as attorney by the defendant.

   **PLEASE TAKE FURTHER NOTICE** that defendant demands that all papers in this

action should be served upon Vivek Suri, Esq. at the address set forth below.

Dated: New York, New York
   September 26, 2019

/s/ Vivek Suri_____
Vivek Suri, Esq.

To:  All Counsel of Record    via ECF