HEARING DATE: OCTOBER 23, 2019
AT: 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# JOINDER OF SERTA, INC., SIMMONS COMPANY AND SIMMONS CARIBBEAN BEDDING, INC. TO THE MOTION OF MIEN CO. LTD., HELEN ANDREWS, STRONG PROGRESS GARMENT FACTORY COMPANY, LTD, SAMIL SOLUTIONS, SHANGHAI FOCHIER, PURCELL MURRAY, A&A HK INDUSTRIAL, MINGLE FASHION, MANSHEEN INDUSTRIES, LTD. AND AMW VIETNAM CO. LTD. FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 1112(b) EITHER DISMISSING THE CASE OR CONVERTING THE CASE TO A <u>CHAPTER 7 LIQUIDATION</u>

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

TO THE HONORABLE ROBERT D.
DRAIN, UNITED STATES
BANKRUPTCY JUDGE:

    For the reasons set forth in the *Motion of Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory Company, Ltd., Samil Solutions, Shanghai Fochier, Purcell Murray, A&A HK Industrial, Mingle Fashion, Mansheen Industries, Ltd. and AMW Vietnam Co. Ltd. for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) Either Dismissing the Case or Converting the Case to a Chapter 7 Liquidation* [ECF No. 5161] (the "Conversion Motion"), Serta, Inc., Simmons Company and Simmons Caribbean Bedding, Inc. (collectively, "Simmons"), the holders of claims entitled to administrative priority pursuant to section 503(b)(9) of title 11 of the United States Code (the "Bankruptcy Code"), by its undersigned counsel, hereby submits this joinder to the Conversion Motion as to the dismissal of this case. The factual and legal arguments and authorities set forth in the Conversion Motion as to the dismissal of this case are incorporated by reference as though set forth fully herein.

This 27th day of September, 2019.

                                              **ROGERS LAW OFFICES**

                                              By: */s/Beth E. Rogers*
                                              Beth E. Rogers
                                              Georgia Bar No. 612092
                                              The Equitable Building
                                              100 Peachtree Street, Ste. 1950
                                              Atlanta, Georgia 30303
                                              770-685-6320 phone
                                              678-990-9959 fax
                                              brogers@berlawoffice.com
                                              *Attorney for Simmons*

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

| | |
|---|---|
| *In re* <br><br> **SEARS HOLDINGS CORPORATION,** *et al.*, <br><br> **(RDD) Debtors.**[1] | Chapter 11 <br><br> Case No. 18-23538 <br><br> (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Beth E. Rogers, hereby certify that on September 27, 2019, I caused true, complete and accurate copies of the **JOINDER OF SERTA, INC., SIMMONS COMPANY AND SIMMONS CARIBBEAN BEDDING, INC. TO THE MOTION OF MIEN CO. LTD., HELEN ANDREWS, STRONG PROGRESS GARMENT FACTORY COMPANY, LTD, SAMIL SOLUTIONS, SHANGHAI FOCHIER, PURCELL MURRAY, A&A HK INDUSTRIAL, MINGLE FASHION, MANSHEEN INDUSTRIES, LTD. AND AMW VIETNAM CO. LTD. FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 1112(b) EITHER DISMISSING THE CASE OR CONVERTING THE CASE TO A CHAPTER 7 LIQUIDATION** to be served upon each of the parties listed below via pre-paid properly addressed U.S. mail:

| |
|---|
| The Honorable Robert D. Drain <br> United States Bankruptcy Judge <br> United States Bankruptcy Court, S.D.N.Y. <br> 300 Quarropas Street <br> White Plains, NY 10601 |
| Sears Holdings Corporation <br> 3333 Beverly Road <br> Hoffman Estates, IL 60179 <br> Attn: Stephen Sitley Esq. <br>         Luke J. Valentino, Esq. |

| |
|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock, P.C.<br>　　　Jacqueline Marcus, Esq.<br>　　　Garret A. Fail, Esq. Sunny<br>　　　Singh, Esq. |
| Office of the United States Trustee for Region 2<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>*Attorneys for Bank of America, N.A.*<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.<br>　　　Shana A. Elberg, Esq.<br>　　　George R. Howard, Esq. |
| Davis Polk & Wardell LLP<br>*Attorneys for Citibank, N.A.*<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attn: Marshall S. Huebner, Esq.<br>　　　Eli J. Vonnegut, Esq. |
| Cleary, Gottlieb<br>*Attorneys for JPP, LLC*<br>One Liberty Plaza New<br>York, NY, 10006<br>Attn: Sean A. O'Neal, Esq. |
| Kelley Drye & Warren LLP<br>Attorneys for Computershare Trust Company, N.A.<br>101 Park Avenue<br>New York, NY 1017<br>Attn: Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq. T. Charlie Liu, Esq. |
| Seyfarth Shaw LLP<br>Attorneys for Wilmington Trust, National Association<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox, Esq. |
| Carter Ledyard & Milburn LLP<br>Attorneys for the Bank of New York Mellon Trust Company<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq. |

| |
|---|
| Locke Lord LLP<br>Attorneys for the Pension Benefit Guaranty Corporation<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq. |
| Akin Gump Strauss Hauer & Feld LLP<br>Attorneys for the Official Committee of Unsecured Creditors<br>One Bryant Park<br>New York, NY 10036<br>Attn: Philip C. Dublin, Esq. |

I declare under penalty of perjury that the foregoing is true and correct.

This 27th day of September, 2019.

By: */s/Beth E. Rogers*
Beth E. Rogers