IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION,** *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sherrie L. Timm, certify that on this 25th day of September, 2019, I caused a true and correct copy of the documents listed below to be served on the parties listed on the attached service list via the method indicated on the Master Service List attached hereto as **Exhibit A.**

- Notice of Motion of Securian Life Insurance Company and Minnesota Life Insurance Company to Allow and Compel Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B);

- Motion of Securian Life Insurance Company and Minnesota Life Insurance Company to Allow and Compel Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B);

- Exhibit A (Summary of outstanding amount due); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Exhibit B (Proposed Order Granting the Motion of Securian Life Insurance Company and Minnesota Life Insurance Company to allow and Compel Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)).

*Sherrie Timm* (signature)
Sherrie Timm

Subscribed and sworn to before me
this 27th day of September, 2019

*Cynthia L. Thomas* (signature)
Notary Public

CYNTHIA L. THOMAS
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020

68080988 v1