**Hearing Date: October 23, 2019 at 10:00 am (ET)**
**Objection Deadline: October 16, 2019 at 4:00 pm (ET)**

**PORZIO, BROMBERG & NEWMAN, P.C.**
156 West 56th Street, Suite 803
New York, NY 10019-3800
(212) 265-6888
(212) 957-3983 Facsimile
John S. Mairo, Esq. (jsmairo@pbnlaw.com)
*Attorneys for Optiv Security Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
                    :
In re:                   :      Chapter 11
                    :
SEARS HOLDINGS CORPORATION,  :
*et al.[1]*,            :      Case No.: 18-23538 (RDD)
                    :      Jointly Administered
          Debtor.     :
                    :
-------------------------------------------------------X

### NOTICE OF HEARING ON THE MOTION OF OPTIV SECURITY INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

**PLEASE TAKE NOTICE** that a hearing on the above-referenced Motion Of Optiv Security Inc. For Allowance Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(B)(1) (the "Motion") filed on September 27, 2019 on behalf of Optiv Security Inc. ("Optiv") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York 10601, on **October 23, 2019 at 10:00 a.m. (EST)** (the "Hearing").

**PLEASE TAKE NOTICE** that any objections to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court, and shall be served in accordance with the Amended Order Implementing Certain Notice and Case Management Procedures [Dkt. 405] (the "Amended Case Management Order"), so as to be filed and received **no later than October 16, 2019, at 4:00 p.m. (EST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not filed and served by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing pursuant to the Amended Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: New York, New York
　　　　September 27, 2019

**PORZIO,  BROMBERG  &  NEWMAN,  P.C.**

By:　　　 */s/ John S. Mairo*
　　　　John S. Mairo
　　　　156 West 56th Street
　　　　Suite 803
　　　　New York, New York 10019
　　　　(212) 265-6888
　　　　(212) 957-3983 Facsimile
　　　　jsmairo@pbnlaw.com

　　　　-and-

**SHOOK, HARDY & BACON L.L.P.**

　　　　Mark Moedritzer
　　　　2555 Grand Boulevard
　　　　Kansas City, Missouri 64108
　　　　(816) 474-6550
　　　　(816) 421-5547 Facsimile
　　　　mmoedritzer@shb.com

　　　　*Attorneys for Optiv Security Inc.*

3

4292946