Dustin P. Branch (Cal. Bar No. 174909)
*admitted pro hac vice*
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Direct: 424.204.4354
Facsimile: 424.204.4350
E-mail: branchd@ballardspahr.com

*Attorneys for Brooks Shopping Centers, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
**SEARS HOLDINGS CORPORATION,** *et al.*, :    Case No. 18-23538 (RDD)
                                         :
                    Debtors.[1]          :    (Jointly Administered)
                                         :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 17836

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 3006, Brooks Shopping Centers, LLC hereby withdraws Proof of Claim No. 17836, filed on April 10,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2019, in Jointly Administered Case No. 18-23537.

|  |  |
|---|---|
| Dated: September 27, 2019<br>Los Angeles, California | Respectfully submitted,<br><br>/s/ Dustin P. Branch<br>Dustin P. Branch (Cal. Bar No. 174909)<br>*admitted pro hac vice*<br>**BALLARD SPAHR LLP**<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909<br>Direct: 424.204.4354<br>Facsimile: 424.204.4350<br>E-mail: branchd@ballardspahr.com<br><br>*Attorneys for Brooks Shopping Centers, LLC* |

## CERTIFICATE OF SERVICE

I, Dustin P. Branch, Esquire, do hereby certify that, on this 27th day of September 2019, I caused a true and correct copy of the foregoing ***NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 17836*** to be served via the Court's CM/ECF system upon all parties requesting electronic notice of all filings in this case.

Dated: September 27, 2019

                                                                     */s/ Dustin P. Branch*
                                                                       Dustin P. Branch
                                                                       BALLARD SPAHR LLP