**EXHIBIT A**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: September 23, 2019
Invoice No.: 20190905838

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:   Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:   Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $53,766.00 |
| Total Current Charges | $53,766.00 |
| **TOTAL AMOUNT DUE** | **$53,766.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employement Applications** | | | | | |
| Harner,P.E. | 08/19/19 | Multiple extended telephone conferences and correspondence with P. Schwartzberg, V. Marriott, T. Daluz and C. McClamb regarding Ballard Spahr interim fee and expense application (.80); review and analyze interim fee and expense applications (1.30). | 1,305.00 | 2.10 | 2,740.50 |
| **Total B160** | | | | **2.10** | **$2,740.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 08/01/19 | Telephone conferences and correspondence with C. McClamb and C. Pollard regarding interim fee applications and review process (.40); review and analyze same, to prepare preliminary reports (2.10). | 1,305.00 | 2.50 | 3,262.50 |
| Harner,P.E. | 08/02/19 | Review and analyze interim fee and expense applications and results of electronic analysis, to prepare preliminary reports. | 1,305.00 | 3.20 | 4,176.00 |
| Harner,P.E. | 08/05/19 | Review and analyze interim fee and expense applications and results of electronic analysis, to prepare preliminary reports. | 1,305.00 | 1.90 | 2,479.50 |
| Harner,P.E. | 08/06/19 | Telephone conferences and correspondence with T. Daluz regarding Stout Risius fee and expense applications (.20); further review and analysis of interim fee and expense applications and results of electronic review, to prepare preliminary reports (2.60). | 1,305.00 | 2.80 | 3,654.00 |
| Harner,P.E. | 08/07/19 | Further review and analysis of interim fee and expense applications and results of electronic review. | 1,305.00 | 1.80 | 2,349.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 08/08/19 | Further review and analysis of interim fee and expense applications and results of electronic review; initial preparation of related preliminary reports. | 1,305.00 | 2.90 | 3,784.50 |
| Harner,P.E. | 08/09/19 | Correspondence with T. Daluz and V. Marriott regarding preparation of preliminary reports on interim fee applications (.20); review and analyze Wachtell Lipton first interim fee application, for compliance with fee guidelines and open issues (2.30); correspondence with C. Jiminez regarding same (.10). | 1,305.00 | 2.60 | 3,393.00 |
| Harner,P.E. | 08/22/19 | Prepare for and participate in conference call with V. Marriott and T. Daluz regarding fee application review and preparation of preliminary reports (.70); review and analyze interim fee application (2.60). | 1,305.00 | 3.30 | 4,306.50 |
| Harner,P.E. | 08/23/19 | Multiple extended telephone conferences and correspondence with V. Marriott, T. Daluz, C. McClamb and K. Neitzel regarding Paul Weiss, Weil Gotshal, Akin Gump and other interim fee and expense applications and related issues (1.30); further review and analysis of interim fee and expense applications and preparation of related preliminary reports (3.30). | 1,305.00 | 4.60 | 6,003.00 |
| Harner,P.E. | 08/26/19 | Further review and analysis of interim fee and expense applications and preparation of related preliminary reports. | 1,305.00 | 2.20 | 2,871.00 |
| Harner,P.E. | 08/27/19 | Further review and analysis of interim fee and expense applications and preparation of related preliminary reports, including review and revision of report template. | 1,305.00 | 3.00 | 3,915.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 08/28/19 | Telephone conferences and correspondence with V. Marriott, T. Daluz and V. Marriott regarding fee application review reports and timeline (.60); further review and analysis of interim fee and expense applications and preparation of related preliminary reports, including review and revision of report template (2.00). | 1,305.00 | 2.60 | 3,393.00 |
| Harner,P.E. | 08/29/19 | Review and analyze interim fee and expense applications and prepare related preliminary reports. | 1,305.00 | 2.40 | 3,132.00 |
| Harner,P.E. | 08/30/19 | Prepare for and participate in follow-up conference call with V. Marriott and T. Daluz regarding fee application review and preparation of preliminary reports (.60); further review and analysis of interim fee applications, to prepare preliminary reports (3.10). | 1,305.00 | 3.30 | 4,306.50 |
| **Total B170** | | | | **39.10** | **$51,025.50** |
| | | **Total Fees** | | **41.20** | **53,766.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B160 - Fee/Employment Applications** | | | |
| Harner,P.E. | 1,305.00 | 2.10 | 2,740.50 |
| **Total Task: B160** | | **2.10** | **$2,740.50** |
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,305.00 | 39.10 | 51,025.50 |
| **Total Task: B170** | | **39.10** | **$51,025.50** |
| **Total Fees** | | **41.20** | **$53,766.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Harner, P.E. | 1,305.00 | 41.20 | 53,766.00 |
| **Total Fees** | | **41.20** | **$53,766.00** |

| | | | |
|---|---|---|---:|
| **Total Current Charges:** | | | **$53,766.00** |