**EXHIBIT B**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: September 23, 2019
Invoice No.: 20190905837

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:   Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---|
| Fee and Expense Review and Reporting (00317415) | $115,635.50 |
| Total Current Charges | $115,635.50 |
| **TOTAL AMOUNT DUE** | **$115,635.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employement Applications** | | | | | |
| Daluz,T.M. | 08/02/19 | Oversee filing of fee application. | 895.00 | 1.00 | 895.00 |
| McClamb,C.D. | 08/02/19 | Review filing copy of second monthly fee application | 445.00 | 0.20 | 89.00 |
| Maddox,M. | 08/02/19 | Revise 2nd monthly fee application. | 270.00 | 0.50 | 135.00 |
| Maddox,M. | 08/02/19 | Perfect e-filing and service of 2nd monthly fee application | 270.00 | 0.40 | 108.00 |
| Daluz,T.M. | 08/06/19 | Address form of preliminary report. | 895.00 | 0.50 | 447.50 |
| Daluz,T.M. | 08/07/19 | Attend to fee application issues. | 895.00 | 0.50 | 447.50 |
| McClamb,C.D. | 08/07/19 | Emails with P. Harner, V. Marriott and T. Daluz re: fee application | 445.00 | 0.10 | 44.50 |
| Maddox,M. | 08/08/19 | E-mails with M. Savva, C. McClmab and T. Daluz re: fee app and invoice | 270.00 | 0.10 | 27.00 |
| Daluz,T.M. | 08/08/19 | Attend to prep of schedules for fee application. | 895.00 | 1.00 | 895.00 |
| Daluz,T.M. | 08/09/19 | Review and revise third monthly fee application. | 895.00 | 1.00 | 895.00 |
| Maddox,M. | 08/09/19 | Review interim comp order. | 270.00 | 0.30 | 81.00 |
| Maddox,M. | 08/09/19 | Draft third monthly fee application. | 270.00 | 1.00 | 270.00 |
| Maddox,M. | 08/12/19 | Draft e-mail to T. Daluz and C. McClamb re: May fee application payment (.10); Calendar fee objection deadlines (.10) | 270.00 | 0.20 | 54.00 |
| Maddox,M. | 08/12/19 | Research re: interim fee application examples (.20); Draft First Interim fee application (2.90) | 270.00 | 3.10 | 837.00 |
| Maddox,M. | 08/12/19 | Review docket for interim hearing date and interim fee order (.10); Review interim fee order (.10); Revise interim fee application (.20) | 270.00 | 0.40 | 108.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Maddox,M. | 08/12/19 | Review T. Daluz edits to the July fee application (.10); E-mail with T. Daluz re: same (.10) | 270.00 | 0.20 | 54.00 |
| Maddox,M. | 08/12/19 | Research rules re: payment after objection deadline (.10); E-mail to A. Ambeault re: same (.10) | 270.00 | 0.20 | 54.00 |
| Maddox,M. | 08/12/19 | Perfect e-filing and service of July fee application | 270.00 | 0.50 | 135.00 |
| Maddox,M. | 08/12/19 | Draft e-mail to C. McClamb re: interim fee application | 270.00 | 0.10 | 27.00 |
| Maddox,M. | 08/13/19 | Review interim compensation order and Examiner order | 270.00 | 0.30 | 81.00 |
| Maddox,M. | 08/13/19 | Review docket for notice of 2nd interim fee hearing | 270.00 | 0.10 | 27.00 |
| McClamb,C.D. | 08/14/19 | Review and revise first interim fee application | 445.00 | 6.90 | 3,070.50 |
| McClamb,C.D. | 08/14/19 | Prepare, file and serve first interim fee application | 445.00 | 0.50 | 222.50 |
| Marriott, III,V.J. | 08/14/19 | Review fee application | 985.00 | 0.50 | 492.50 |
| McClamb,C.D. | 08/14/19 | Multiple emails with P. Harner, V. Marriott and T. Daluz re: first interim fee application | 445.00 | 0.50 | 222.50 |
| Maddox,M. | 08/14/19 | E-mails with V. Marriott and C. McClamb re: interim fee app | 270.00 | 0.10 | 27.00 |
| Maddox,M. | 08/14/19 | E-mails with C. McClamb re: fee exhibit to interim fee application (.2); prepare fee exhibit (.3) | 270.00 | 0.50 | 135.00 |
| Maddox,M. | 08/14/19 | Call with V. Marriott re: interim fee application | 270.00 | 0.10 | 27.00 |
| Maddox,M. | 08/14/19 | Revise interim fee application | 270.00 | 0.20 | 54.00 |
| Maddox,M. | 08/14/19 | Revise interim fee exhibit (.2); Further e-mails with C. McClamb re: same (.1) | 270.00 | 0.30 | 81.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Maddox,M. | 08/14/19 | Calendar interim fee application deadlines | 270.00 | 0.10 | 27.00 |
| Marriott, III,V.J. | 08/19/19 | Review issues re: Ballard fee application | 985.00 | 0.40 | 394.00 |
| McClamb,C.D. | 08/19/19 | Draft exhibits to first interim fee application | 445.00 | 2.80 | 1,246.00 |
| Daluz,T.M. | 08/19/19 | Attend to issues concerning interim fee application. | 895.00 | 0.50 | 447.50 |
| Daluz,T.M. | 08/20/19 | Attend to fee application issues. | 895.00 | 0.50 | 447.50 |
| Maddox,M. | 08/20/19 | E-mail to C. McClamb and T. Daluz re: objection deadline and payment of June fee application | 270.00 | 0.10 | 27.00 |
| Daluz,T.M. | 08/22/19 | Attend to Ballard fee application issues. | 895.00 | 0.30 | 268.50 |
| Daluz,T.M. | 08/28/19 | Address Ballard fee application issues | 895.00 | 0.20 | 179.00 |
| Maddox,M. | 08/28/19 | E-mail to T. Daluz and C. McClamb re: payment of 3rd monthly fee application | 270.00 | 0.10 | 27.00 |
| **Total B160** | | | | **26.30** | **$13,107.00** |

**B170 - Fee/Employment Objections**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Salah,M. | 08/01/19 | Review professional fees. | 415.00 | 0.50 | 207.50 |
| McClamb,C.D. | 08/01/19 | Phone call with S. Charles re: WLRK fee information | 445.00 | 0.20 | 89.00 |
| Kearney,B.N. | 08/01/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 7.20 | 2,412.00 |
| Greenfield,M.G. | 08/01/19 | Review of fee petition time entries | 445.00 | 2.80 | 1,246.00 |
| Kearney,B.N. | 08/02/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 0.70 | 234.50 |
| Pollard,C.P. | 08/02/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Kearney,B.N. | 08/02/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 6.00 | 2,010.00 |
| Greenfield,M.G. | 08/02/19 | Review of fee petition time entries | 445.00 | 2.00 | 890.00 |
| Kearney,B.N. | 08/03/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 4.00 | 1,340.00 |
| Kearney,B.N. | 08/04/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 5.20 | 1,742.00 |
| McClamb,C.D. | 08/05/19 | Phone call with N. Snyder re: Wachtell fee information | 445.00 | 0.10 | 44.50 |
| Daluz,T.M. | 08/05/19 | Review Deloitte tagged entries. | 895.00 | 2.50 | 2,237.50 |
| Greenfield,M.G. | 08/05/19 | Review of fee petition time entries | 445.00 | 3.10 | 1,379.50 |
| Jimenez,C. | 08/05/19 | Review time entries for Stout Risius Ross, LLC (1.4); review time entries for Young Conaway Stargatt & Taylor (1.4) | 365.00 | 2.80 | 1,022.00 |
| Kearney,B.N. | 08/05/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 4.20 | 1,407.00 |
| Neitzel,K.N. | 08/05/19 | Prepare Wachtell data to be formatted for Relativity database for attorney review | 350.00 | 1.40 | 490.00 |
| Pollard,C.P. | 08/05/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| Daluz,T.M. | 08/06/19 | Prepare schedules for fee application. | 895.00 | 1.00 | 895.00 |
| Daluz,T.M. | 08/06/19 | Review Stout Risius fee application report and retention order. | 895.00 | 1.50 | 1,342.50 |
| Pollard,C.P. | 08/06/19 | Prepare Wachtell time entries for review (id correspondence, meetings, calls, block billing and more than 12 hours in a day; check for discrepancy in billing amounts, set off near duplicate analysis) | 310.00 | 1.10 | 341.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 08/06/19 | Draft instructions for identifying records for review | 310.00 | 0.90 | 279.00 |
| Jimenez,C. | 08/06/19 | Review Young Conaway Stargatt & Taylor, LLP fees for compliance with UST Guidelines and retention order | 365.00 | 3.00 | 1,095.00 |
| Kearney,B.N. | 08/06/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 5.70 | 1,909.50 |
| McClamb,C.D. | 08/06/19 | Emails with M. Salah re: status of review | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 08/06/19 | Emails with C. Jimenez re: review data | 445.00 | 0.20 | 89.00 |
| Neitzel,K.N. | 08/06/19 | Telephone conference with C. Pollard re: updating index and searches in Relativity in preparation for attorney review | 350.00 | 0.40 | 140.00 |
| Greenfield,M.G. | 08/06/19 | Review of fee petitioner time entries | 445.00 | 2.50 | 1,112.50 |
| Neitzel,K.N. | 08/06/19 | Prepare Wachtell data to be formatted for Relativity database for attorney review | 350.00 | 0.70 | 245.00 |
| Pollard,C.P. | 08/07/19 | Review: prepare review status report, send to legal team | 310.00 | 0.10 | 31.00 |
| Pollard,C.P. | 08/07/19 | Continue drafting document outlining steps for identifying time entries for review | 310.00 | 1.40 | 434.00 |
| Kearney,B.N. | 08/07/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 2.60 | 871.00 |
| Pollard,C.P. | 08/08/19 | Review: prepare review status report, send to legal team | 310.00 | 0.10 | 31.00 |
| Jimenez,C. | 08/08/19 | Review Wachtell, Lipton, Rosen & Katz time entries for compliance with the UST Guidelines and Order approving retention | 365.00 | 1.40 | 511.00 |
| Kearney,B.N. | 08/08/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 9.10 | 3,048.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 08/08/19 | Review Deloitte entries flagged for further review. | 895.00 | 1.80 | 1,611.00 |
| Jimenez,C. | 08/09/19 | Review Wachtell, Lipton, Rosen & Katz time entries for compliance with the UST Guidelines and Order approving retention | 365.00 | 1.80 | 657.00 |
| Pollard,C.P. | 08/09/19 | Review: add new dashboard tracking service provider/review status; prepare review status report, send to legal team | 310.00 | 0.70 | 217.00 |
| Greenfield,M.G. | 08/09/19 | Review of fee petitioner time entries | 445.00 | 1.30 | 578.50 |
| Kearney,B.N. | 08/09/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 9.50 | 3,182.50 |
| Daluz,T.M. | 08/09/19 | Address issues regarding preliminary report. | 895.00 | 0.30 | 268.50 |
| Salah,M. | 08/09/19 | Review fee reports for Deloitte Tax. | 415.00 | 0.80 | 332.00 |
| Kearney,B.N. | 08/10/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 1.00 | 335.00 |
| Kearney,B.N. | 08/11/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 1.00 | 335.00 |
| McClamb,C.D. | 08/12/19 | Draft form preliminary report | 445.00 | 4.50 | 2,002.50 |
| Pollard,C.P. | 08/12/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| Salah,M. | 08/12/19 | Review fee reports for Deloitte Tax. | 415.00 | 1.80 | 747.00 |
| Kearney,B.N. | 08/12/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 6.60 | 2,211.00 |
| McClamb,C.D. | 08/13/19 | Draft form preliminary report | 445.00 | 5.40 | 2,403.00 |
| Salah,M. | 08/13/19 | Review fee reports for Deloitte Tax. | 415.00 | 1.90 | 788.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 08/13/19 | Review: prepare review status report, send to legal team | 310.00 | 0.10 | 31.00 |
| Kearney,B.N. | 08/13/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 4.90 | 1,641.50 |
| Greenfield,M.G. | 08/13/19 | Review fee petitioner time entries | 445.00 | 1.60 | 712.00 |
| Kearney,B.N. | 08/14/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 7.00 | 2,345.00 |
| Pollard,C.P. | 08/14/19 | Review: prepare review status report, send to legal team | 310.00 | 0.10 | 31.00 |
| Neitzel,K.N. | 08/15/19 | Prepare and import supplemental Paul Weiss fee and expense data into Relativity database for attorney review | 350.00 | 1.20 | 420.00 |
| Kearney,B.N. | 08/15/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 4.80 | 1,608.00 |
| Greenfield,M.G. | 08/15/19 | Review of fee petitioner's time entries | 445.00 | 1.10 | 489.50 |
| Neitzel,K.N. | 08/15/19 | Prepare and import supplemental Alvarez & Marsal fee and expense data into Relativity database for attorney review | 350.00 | 0.70 | 245.00 |
| Maddox,M. | 08/15/19 | Retrieve all interim fee applications | 270.00 | 0.30 | 81.00 |
| Pollard,C.P. | 08/15/19 | Review: prepare review status report, send to legal team | 310.00 | 0.10 | 31.00 |
| Pollard,C.P. | 08/15/19 | Review: prepare report for C. McClamb re: reviewer progress on fee review for each service provider | 310.00 | 0.50 | 155.00 |
| Neitzel,K.N. | 08/16/19 | Prepare supplemental Akin Gump fee data to be imported into Relativity for attorney review | 350.00 | 0.90 | 315.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Kearney,B.N. | 08/16/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 6.60 | 2,211.00 |
| Pollard,C.P. | 08/16/19 | Review: prepare review status report, send to legal team | 310.00 | 0.10 | 31.00 |
| Maddox,M. | 08/16/19 | Review docket and retrieve Weil interim fee application | 270.00 | 0.20 | 54.00 |
| Greenfield,M.G. | 08/19/19 | Review of Akin application and order in preparation for review of Akin's fee petitioner time entries | 445.00 | 0.70 | 311.50 |
| Kearney,B.N. | 08/19/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 5.20 | 1,742.00 |
| Daluz,T.M. | 08/19/19 | Review flagged Deloitte tax entries. | 895.00 | 1.00 | 895.00 |
| Marriott, III,V.J. | 08/20/19 | Review correspondence re: fee objections | 985.00 | 0.30 | 295.50 |
| Daluz,T.M. | 08/20/19 | Review Deloitte tax entries. | 895.00 | 1.00 | 895.00 |
| Greenfield,M.G. | 08/20/19 | Review fee petitioner time entries for Akin | 445.00 | 3.20 | 1,424.00 |
| McClamb,C.D. | 08/21/19 | Review objection to interim fee applications and joinder | 445.00 | 0.30 | 133.50 |
| Greenfield,M.G. | 08/21/19 | Review Akin fee petitioners time entries | 445.00 | 1.70 | 756.50 |
| Kearney,B.N. | 08/21/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 2.40 | 804.00 |
| Daluz,T.M. | 08/21/19 | Attend to fee application entry review. | 895.00 | 1.50 | 1,342.50 |
| Neitzel,K.N. | 08/22/19 | Generate reports of reviewed time entries for V. Marriot and P. Harner review | 350.00 | 0.80 | 280.00 |
| Greenfield,M.G. | 08/22/19 | Review of Akin fee petitioner time entries | 445.00 | 0.60 | 267.00 |
| Marriott, III,V.J. | 08/22/19 | Conference with McAndrew firm re: fee application issues | 985.00 | 0.50 | 492.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Kearney,B.N. | 08/22/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 3.80 | 1,273.00 |
| Daluz,T.M. | 08/22/19 | Review flagged entries for Deloitte entity. | 895.00 | 2.50 | 2,237.50 |
| Greenfield,M.G. | 08/23/19 | Review of Akin fee petitioners time entries | 445.00 | 2.60 | 1,157.00 |
| Marriott, III,V.J. | 08/23/19 | Review analysis of Akin Gump fee application | 985.00 | 1.00 | 985.00 |
| McClamb,C.D. | 08/23/19 | Draft preliminary report template | 445.00 | 3.00 | 1,335.00 |
| Neitzel,K.N. | 08/23/19 | Format reports of reviewed time entries for P. Harner and V. Marriot | 350.00 | 0.30 | 105.00 |
| Pollard,C.P. | 08/23/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| McClamb,C.D. | 08/23/19 | Emails with M. Walters re: submission of Stout interim fee application data | 445.00 | 0.20 | 89.00 |
| Kearney,B.N. | 08/23/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 0.80 | 268.00 |
| Kearney,B.N. | 08/24/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 5.30 | 1,775.50 |
| Kearney,B.N. | 08/25/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 9.70 | 3,249.50 |
| Daluz,T.M. | 08/26/19 | Review objections to interim fee applications | 895.00 | 0.30 | 268.50 |
| Daluz,T.M. | 08/26/19 | Team correspond re: total value of flagged entries | 895.00 | 0.20 | 179.00 |
| Daluz,T.M. | 08/26/19 | Correspond with debtors' counsel re: same | 895.00 | 0.30 | 268.50 |
| Daluz,T.M. | 08/26/19 | Analyze time recordation issues | 895.00 | 0.30 | 268.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 08/26/19 | Emails with M. Walters re: Stout fee application data | 445.00 | 0.10 | 44.50 |
| Salah,M. | 08/26/19 | Review professional fees for Deloitte Tax. | 415.00 | 0.50 | 207.50 |
| Kearney,B.N. | 08/26/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 6.70 | 2,244.50 |
| Salah,M. | 08/27/19 | Review professional fees for Deloitte Tax. | 415.00 | 1.30 | 539.50 |
| Daluz,T.M. | 08/27/19 | Review flagged time entries | 895.00 | 3.00 | 2,685.00 |
| McClamb,C.D. | 08/27/19 | Emails with M. Salah re: status of fee application review | 445.00 | 0.20 | 89.00 |
| Pollard,C.P. | 08/27/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 08/27/19 | Report on reviewer hours and documents remaining to be reviewed per service provider | 310.00 | 0.30 | 93.00 |
| Greenfield,M.G. | 08/27/19 | Review of Akin fee petitioners time entries | 445.00 | 1.80 | 801.00 |
| Kearney,B.N. | 08/27/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 5.00 | 1,675.00 |
| Marriott, III,V.J. | 08/28/19 | Conference with T. Daluz re: status | 985.00 | 0.20 | 197.00 |
| McClamb,C.D. | 08/28/19 | Emails with C. Pollard re: interim fee application data | 445.00 | 0.20 | 89.00 |
| Salah,M. | 08/28/19 | Review professional fees for Deloitte Tax. | 415.00 | 2.20 | 913.00 |
| Kearney,B.N. | 08/28/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 8.20 | 2,747.00 |
| Greenfield,M.G. | 08/28/19 | Review of Akin fee petitioner time entries | 445.00 | 0.60 | 267.00 |
| Daluz,T.M. | 08/29/19 | Review and revise summary of applicable deadlines | 895.00 | 0.50 | 447.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 08/29/19 | Draft email regarding status of case review and timelines | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 08/29/19 | Conference with T. Daluz re: status of case review and timelines | 445.00 | 0.20 | 89.00 |
| Salah,M. | 08/29/19 | Review professional fees for Deloitte Tax. | 415.00 | 1.50 | 622.50 |
| Kearney,B.N. | 08/29/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 8.10 | 2,713.50 |
| Daluz,T.M. | 08/30/19 | Conference call with P. Harner and V. Marriott re: status of review and preliminary reports | 895.00 | 0.60 | 537.00 |
| Daluz,T.M. | 08/30/19 | Follow up communication with team re: same | 895.00 | 0.40 | 358.00 |
| McClamb,C.D. | 08/30/19 | Emails with P. Harner, V. Marriott, T. Daluz, M. Greenfield, B. Kearney, C. Jiminez, M. Salah, C. Pollard and K. Neitzel re: deadlines for review and reporting | 445.00 | 0.50 | 222.50 |
| Kearney,B.N. | 08/30/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 0.10 | 33.50 |
| Salah,M. | 08/30/19 | Review professional fees for Deloitte Tax. | 415.00 | 4.60 | 1,909.00 |
| Kearney,B.N. | 08/30/19 | Review C. McLamb email re: timetable for remainder of review | 335.00 | 0.10 | 33.50 |
| Salah,M. | 08/31/19 | Review professional fees for Deloitte Tax. | 415.00 | 2.50 | 1,037.50 |
| Salah,M. | 08/31/19 | Review professional fees for Alvarez & Marsal. | 415.00 | 3.10 | 1,286.50 |
| Kearney,B.N. | 08/31/19 | Continue review of Weil Gotshal timekeeping entries re: Sears bankruptcy matter | 335.00 | 5.30 | 1,775.50 |

**Total B170**                                                                                                    251.90        $102,528.50

|  | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Total Fees** |  | **278.20** | **115,635.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 445.00 | 11.00 | 4,895.00 |
| Maddox,M. | 270.00 | 8.90 | 2,403.00 |
| Daluz,T.M. | 895.00 | 5.50 | 4,922.50 |
| Marriott, III,V.J. | 985.00 | 0.90 | 886.50 |
| **Total Task: B160** | | **26.30** | **$13,107.00** |
| **Task: B170 - Fee/Employment Objections** | | | |
| Kearney,B.N. | 335.00 | 146.80 | 49,178.00 |
| McClamb,C.D. | 445.00 | 15.70 | 6,986.50 |
| Jimenez,C. | 365.00 | 9.00 | 3,285.00 |
| Pollard,C.P. | 310.00 | 6.50 | 2,015.00 |
| Neitzel,K.N. | 350.00 | 6.40 | 2,240.00 |
| Greenfield,M.G. | 445.00 | 25.60 | 11,392.00 |
| Maddox,M. | 270.00 | 0.50 | 135.00 |
| Salah,M. | 415.00 | 20.70 | 8,590.50 |
| Daluz,T.M. | 895.00 | 18.70 | 16,736.50 |
| Marriott, III,V.J. | 985.00 | 2.00 | 1,970.00 |
| **Total Task: B170** | | **251.90** | **$102,528.50** |
| **Total Fees** | | **278.20** | **$115,635.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 895.00 | 24.20 | 21,659.00 |
| Marriott, III,V.J. | 985.00 | 2.90 | 2,856.50 |
| Greenfield,M.G. | 445.00 | 25.60 | 11,392.00 |
| Jimenez,C. | 365.00 | 9.00 | 3,285.00 |
| Kearney,B.N. | 335.00 | 146.80 | 49,178.00 |
| McClamb,C.D. | 445.00 | 26.70 | 11,881.50 |
| Salah,M. | 415.00 | 20.70 | 8,590.50 |
| Neitzel,K.N. | 350.00 | 6.40 | 2,240.00 |
| Pollard,C.P. | 310.00 | 6.50 | 2,015.00 |
| Maddox,M. | 270.00 | 9.40 | 2,538.00 |

|  |  |  |
|---|---:|---:|
| **Total Fees** | **278.20** | **$115,635.50** |
|  |  |  |
| **Total Current Charges:** |  | **$115,635.50** |