**GZJ KDKV'E"**

# Ballard Spahr
### LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: September 23, 2019
Invoice No.: 20190905836

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:    Sears Fee Examiner  (071820.03)

Matter:    Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2019

### INVOICE SUMMARY

FEES

DISBURSEMENTS

| | | |
|---|---|---|
| Delivery Service | $70.43 | |
| Total Disbursements | | $70.43 |
| Total Current Charges | | $70.43 |
| **TOTAL AMOUNT DUE** | | **$70.43** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|------|-------------|--------|
| 07/11/19 | Delivery Service FedEx Invoice #: 661763342, 07/19/2019, Tracking #: 788430920166, Rob Riecker & Luke Valentino, Sears Holdings Corporation, 3333 Beverly Road, HOFFMAN ESTATES, IL 60179 | 14.31 |
| 07/11/19 | Delivery Service FedEx Invoice #: 661763342, 07/19/2019, Tracking #: 788430952600, Ray C Schrock, Weil, Gotshal & Manges LLP, 767 Fifth Ave, NEW YORK CITY, NY 10153 | 14.03 |
| 07/11/19 | Delivery Service FedEx Invoice #: 661763342, 07/19/2019, Tracking #: 788431026980, Paul Schwartzberg, The Office of the U S Trustee, 201 Varick Street, NEW YORK CITY, NY 10014 | 14.03 |
| 07/11/19 | Delivery Service FedEx Invoice #: 661763342, 07/19/2019, Tracking #: 788431065998, Philip C Dublin, Akin Gump Strauss Hauer, & Feld LLP, NEW YORK, NY 10036 | 14.03 |
| 07/11/19 | Delivery Service FedEx Invoice #: 661763342, 07/19/2019, Tracking #: 788431106513, Paul D Leake, Skadden, Arps, Slate,, Meagher & Flom LLP, NEW YORK, NY 10036 | 14.03 |
| | **Total Disbursements** | **$70.43** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|-------------|--------|
| Delivery Service | 70.43 |
| **Total Disbursements** | **$70.43** |
| **Total Current Charges:** | **$70.43** |