**OBJECTION TO: DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM**

United States Bankruptcy Court Southern District of New York
300 Quarropas Street
White Plains, NM 10601
NOTICE OF HEARING ON DEBTORS' SEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (AMENDED AND SUPERSEDED CLAIMS

SEARS HOLDINGS CORPORATION, et al.,
Case No. 18-23538 (RDD) Debtors

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); Service Live Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**TITLE OF OBJECTION**: Severance Due to Martha Salazar.

    RE:    Page 12 of 49 of above referenced court and case number documentation
            Line No. 209. SALAZAR, MARTHA
            Claim No. 4149
            Last 4 SSN: 7614
            Asserted Priority Claim Amount $12,500.00

**CONCISE REASON**:
The severance package was a legal obligation between Kmart and my employment. I am entitled to this benefit that was included with my service and has been documented in my employee file with Kmart. This documentation has been provided from my initial claim to Kmart and Sears Holding Corporation.

In summary, I was employed with Kmart from 1975 to 2018. I served multiple positions including management. I am strongly opposing to the dismissal of my claim of $12,500.00.

**ADDITIONAL INFORMATION:**
Please respond to my address / email / phone number that is on file.

I am also authorizing my sister Gina Greenwood to assist me with my claim in Bankruptcy Court as referenced above.

Her information is as follows:
Gina Greenwood
6694 S Quail Way
Littleton CO  80127
Email: gina.greenwood@comcast.net
303-523-8958

Signed:

*Martha E Salazar*

Please accept this e-signature as indicating I am fully award of the contents of this message. My email is also on file.

Also enclosed is a copy of my driver's license