September 26, 2019

Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

**Chapter 11 Case No. 18-23538    SEARS HOLDINGS CORPORATION,** *et al.*

**OMNIBUS OBJECTION SEEKING TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM**

Claimant:         Antonio Romo
Claim #:          4603
Claim Amount:     $5152.00 Wages, salaries, or commissions.  11 U. S. C. § 507(a)(4).

Claimant's point of contact:
Antonio Romo
4644 Jeanne St.
Virginia Beach, VA 23462
(757) 652-7296

Honorable Robert D. Drain:

   I, Antonio Romo, hereby object to disallowing and expunging of claim# 4603, Ref# 201 in Exhibit A.

   On April 1, 2019, I submitted claim# 12469, listed as Surviving Claim in Exhibit A, to add the "Amount entitled to priority" information in item 12, page 3 of claim# 4603.

   On April 23, 2019, I discovered an error in claim# 12469 referencing an incorrect claim number to be amended. In error, claim# 6403 was entered instead of claim# 4603. Fearing claim# 12469 might be construed as a second claim or worst, that it might affect the owner of claim# 6403, I submitted a Claim Withdrawal Form to void and cancel claim# 12469. Please see attachments.

Respectfully request Claim #12469 be considered invalid and non-binding in relation to my original claim #4603 and other Claimant's claim# 6403 thus nullifying and voiding any effect both claims.

If claim #12469 is to be accepted as a valid amendment of claim# 4603 and carried forward as "Surviving Claim" in Exhibit A after the error has been brought to light and a Claim Withdrawal Form filed, I respectfully request that Claim #12469 be restored to the state in which it was originally submitted on April 23, 2019 and for the full claim amount of $5152.00 instead of amount of $0.00 recorded in exhibit A.

Very Respectfully,

*[signature]*

Antonio Romo

# United States Bankruptcy Court for the Southern District of New York

**Fill in this information to identify the debtor**

Select a Debtor

# Claim Withdrawal Form

## Part 1: Identify the Claim

**Creditor Name and Address:**
Antonio Romo
Name
4644 Jeanne St
Address
Virginia Beach    VA    23462
City    State    Zip Code

**Claim Number (if known):** 12469

**Date Claim Filed:** 04/01/2019 (mm/dd/yyyy)

**Total Amount of Claim Filed:** $ 5152.00

## Part 2: Sign Below

The person completing this form must sign and date it.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date 04/23/2019 (mm/dd/yyyy)

Antonio Romo    Digitally signed by Antonio Romo
                Date: 2019.04.23 21:27:24 -04'00'
Signature

Antonio Romo
Print Name

N/A
Title (if applicable)

## DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

Completed claim withdrawal forms can be sent to the following address:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Or by email to:

searsinfo@primeclerk.com

**From:** Sears Info [searsinfo@primeclerk.com]
**Sent:** Wednesday, April 24, 2019 11:14 AM
**To:** antromo@att.net
**Cc:** requestqa@primeclerk.com
**Subject:** RE: Claim Withdrawal Request ICW Claim# 12469

Tony,

Thank you for your inquiry. Prime Clerk is the Claims and Noticing agent appointed in the chapter 11 cases of Sears Holdings Corporation and its affiliated Debtors. As such, we are not permitted to provide legal or financial advice.

Information on the chapter 11 proceedings and any relevant pleadings may be found on the Prime Clerk website here:
https://restructuring.primeclerk.com/sears/Home-Index

We have received your withdrawal form and will process it accordingly.

**PLEASE NOTE: The deadline for filing general proofs of claim expired as of April 10, 2019 at 5:00 PM (ET). All claims must have been received by Prime Clerk PRIOR to this deadline in order to be considered timely filed. Prime Clerk will process proofs of claim received after the deadline, however the Debtors may object to such claims for lateness, among other reasons.**

**PLEASE NOTE: Prime Clerk is not permitted to accept claims via email or fax, and any such information provided will not constitute a claim in these chapter 11 proceedings.**

Regards,

Prime Clerk Inquiries
Prime Clerk
830 Third Avenue, 9th Floor
New York, NY 10022
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
*For more information click here:* http://primeclerk.com/raising-the-bar/

--------------- Original Message ---------------
**From:** Tony [antromo@att.net]
**Sent:** 4/23/2019 10:30 PM
**To:** searsinfo@primeclerk.com
**Subject:** Claim Withdrawal Request ICW Claim# 12469

Dear Sears Holdings Corporation Claims Processing Center / Prime Clerk, LLC,

Please accept my claim withdrawal for Claim #12469, (attached), as I had submitted such claim on 04/01/2019 to amend Original Claim #4603 submitted on 11/11/2018. While re-checking my information on claim #12469, I realized that I had incorrectly identified the claim # to be amend as claim #6403 instead of the correct claim

#4603.  Please withdraw claim #12469 and leave Claim #4603 as it is.  Your attention and assistance in this matter is greatly appreciated.   Thank you.

Very respectfully,

Antonio Romo

ref:_00D1N1uIqY._5001Nro4e0:ref