# United States Bankruptcy Court for the Southern District of New York

**Fill in this information to identify the debtor**

Kmart Corporation (Case No. 18-23549)

# Claim Withdrawal Form

## Part 1: Identify the Claim

**Creditor Name and Address:**

INFIILOOM INDIA PRIVATE LIMITED
Name

GAT NO 1231 (PART), SANASWADI, TALUKA SHIRUR
Address

PUNE INDIA         MH         412208
City              State       Zip Code

**Claim Number (if known):** 2924

**Date Claim Filed:** 29/10/2018 (mm/dd/yyyy)

**Total Amount of Claim Filed:** $ 91307.16

## Part 2: Sign Below

**The person completing this form must sign and date it.**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date 11/09/2019 (mm/dd/yyyy)

Signature
BOBBY SHAH
Print Name
DIRECTOR SALES
Title (if applicable)

*[Stamp: INFIILOOM INDIA PVT. LTD.]*

### DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

Completed claim withdrawal forms can be sent to the following address:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Or by email to:

searsinfo@primeclerk.com