| | |
|---|---|
| Edward L. Schnitzer<br>**Montgomery McCracken Walker & Rhoads LLP**<br>437 Madison Avenue, 24th Floor<br>New York, New York 10022<br>(212) 867-9500<br>eschnitzer@mmwr.com | **Hearing Date and Time:**<br>October 3, 2019 at 10:00 a.m. |

*Attorneys for BST International Fashion Ltd*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                         Chapter 11

SEARS HOLDING CORPORATION, *et al.*,          Case No. 18-23538 (RDD)

               Debtors.                    (Jointly Administered)
---------------------------------------------------------X

### JOINDER BY BST INTERNATIONAL FASHION LTD TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD. *ET AL.* TO CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS AND TO TERMINATE EXCLUSIVITY [DOC 5266]

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

      BST International Fashion Ltd ("BST"), by its attorneys, Montgomery McCracken Walker & Rhoads LLP, submits this joinder to the supplemental objection of Mien Co. Ltd., *et al.* to confirmation of the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* [ECF No. 4476] (the "Plan") and to terminate exclusivity (the "Mien Supplemental Objection") [ECF No. 5266], and states as follows:

1. BST is an administrative creditor of this estate. BST joins in and supports the Mien Supplemental Objection.

2. The Court should <u>not</u> confirm the Plan.

Dated: New York, New York
October 1, 2019

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP

By: */s/ Edward L. Schnitzer*
    Edward L. Schnitzer
437 Madison Avenue, 24th Floor
New York, New York  10022
(212) 867-9500
eschnitzer@mmwr.com

*Attorneys for BST International Fashion Ltd*