| | |
|---|---|
| Deborah J. Michelson, Esq.<br>MILLER GOLER FAEGES LAPINE LLP<br>1301 East 9th Street, Suite 2700<br>Cleveland, Ohio 44114-1835<br>Phone: (216) 696-3366<br>*Attorney for Creditor Arca Industrial (NJ), Inc.* | **Hearing Date and Time:**<br>October 3, 2019 at 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------X

**JOINDER BY ARCA INDUSTRIAL (NJ), INC. TO MIEN CO. LTD. *ET AL.'s*
SUPPLEMENTAL OBJECTION TO CONFIRMATION OF THE MODIFIED
SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS
CORPORATION AND ITS AFFILIATED DEBTORS AND TO
<u>TERMINATE EXCLUSIVITY [DOC NO. 5266]</u>**

**TO:    THE HONORABLE ROBERT D. DRAIN,
           UNITED STATES BANKRUPTCY JUDGE:**

Arca Industrial (NJ), Inc. ("<u>Arca Industrial</u>"), by and through its attorney, Deborah J. Michelson, submits this joinder to Mien Co. Ltd. *et al.'s* Supplemental Objection to Confirmation of the Modified Second Amended Joint Chapter 11 Plan (the "<u>Plan</u>") of Sears Holdings Corporation and its affiliated debtors and to terminate exclusivity (the "<u>Supplemental Objection to Confirmation</u>") [Doc No. 5266], and represents and says as follows:

1. Arca Industrial is an administrative vendor creditor of this bankruptcy estate and timely filed proof of claim numbers 2957 and 5167.

2. Arca Industrial joins in and supports the Supplemental Objection to Confirmation.

3. There is a fundamental unfairness when professionals for the estate are paid hundreds of millions of dollars, and the vendor creditors on whose backs this has been carried out are asked to wait and see whether there might be any money recovered in the future for them.

4. Without limiting the Supplemental Objection to Confirmation, which arguments and authorities are incorporated herein by this reference, the Plan as proposed is just a further effort by the professionals to take every last penny for themselves, and leave the vendor creditors with nothing.

5. The Court should <u>not</u> confirm the Plan including for the reasons above and as set forth in the Supplemental Objection to Confirmation.

Dated: Cleveland, Ohio.
October 1, 2019

                                        MILLER GOLER FAEGES LAPINE LLP

                                        By: */s/ Deborah J. Michelson*
                                             Deborah J. Michelson, Esq.
                                             1301 East 9th Street, Suite 2700
                                             Cleveland, Ohio 44114-1835
                                             Phone: (216) 696-3366
                                             Michelson@MGFL-law.com
                                             *Attorney for Creditor Arca Industrial (NJ), Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                          Chapter 11

SEARS HOLDING CORPORATION, *et al.*,        Case No. 18-23538 (RDD)

                              Debtors.              (Jointly Administered)
---------------------------------------------------------X

      I, Deborah J. Michelson, an attorney admitted to practice in the State of New York, hereby certify that, on October 1, 2019, I caused true and complete copies of the Joinder by Arca Industrial (NJ), Inc. to Mien Co. Ltd. et al.'s Supplemental Objection to Confirmation of the Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors and to Terminate Exclusivity [Doc 5266] to be served upon each of the parties listed below via pre-paid properly addressed U.S. mail:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
    Attn: Ray C. Schrock
        Jacqueline Marcus
        Garret A. Fail
        Sunny Singh

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Bank of America, N.A.
4 Times Square
New York, NY 10036
Attn: Paul D. Leake

Kelley Drye & Warren LLP
Attorneys for Computershare Trust Co., N.A.
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson

Cleary Gottlieb Steen & Hamilton
Attorneys for JPP, LLC, JPP II, LLC,
and ESL Investments, Inc.
One Liberty Plaza
New York, NY, 10006
Attn: Sean A. O'Neal

3

Office of United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg

Seyfarth Shaw LLP
Attorneys for Wilmington Trust, N.A.
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox

Davis Polk & Wardell LLP
Attorneys for Citibank, N.A.
450 Lexington Avenue
New York, NY, 10017
Attn: Eli J. Vonnegut

Locke Lord LLP
Attorneys for the Pension Benefit Guaranty Corp.
111 South Wacker Drive
Chicago, IL 60606
Attn: Aaron C. Smith

Carter Ledyard & Milburn LLP
Attorneys for Bank of New York Mellon Trust Co.
2 Wall Street
New York, NY 10005
Attn: James Gadsden

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff

Dated: Cleveland, Ohio.
October 1, 2019

MILLER GOLER FAEGES LAPINE LLP

By: */s/ Deborah J. Michelson*
Deborah J. Michelson, Esq.
1301 East 9th Street, Suite 2700
Cleveland, Ohio 44114-1835
Phone: (216) 696-3366
Michelson@MGFL-law.com
*Attorney for Creditor Arca Industrial (NJ), Inc.*

4