**RONALD A. SPINNER**
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7829
Fax: (313) 496-8452
Email: spinner@millercanfield.com

*Counsel to EPI Printers, Inc.*

**Hearing Date: October 3, 2019 at 10:00 A.M.**

**Related to Doc. Nos. 5266, 5272, 5273**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

**JOINDER OF EPI PRINTERS, INC. TO THE SUPPLEMENTAL OBJECTION OF MIEN CO. LTD., HELEN ANDREWS, STRONG PROGRESS GARMENT FACTORY COMPANY, LTD, SAMIL SOLUTIONS, SHANGHAI FOCHIER, PURCELL MURRAY, A&A HK INDUSTRIAL, MINGLE FASHION, MANSHEEN INDUSTRIES, LTD., AMW VIETNAM CO. LTD., AUXO INTERNATIONAL LTD., HOLDSUN GROUP LTD, BEAUTY GEM, INC. TO CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDING CORPORATION AND ITS AFFILIATED DEBTORS AND TO TERMINATE EXCLUSIVITY**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816); The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**TO: THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE**

EPI Printers, Inc. ("EPI") submits this joinder to the *Supplemental Objection of Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory Company, Ltd, Samil Solutions, Shanghai Fochier, Purcell Murray, A&A HK Industrial, Mingle Fashion, Mansheen Industries, Ltd, AMW Vietnam Co. Ltd, Auxo International Ltd., Holdsun Group Ltd, Beauty Gem, Inc. to Confirmation of the Modified Second Amended Joint Chapter 11 Plan of Sears Holding Corporation and Its Affiliated Debtors and to Terminate Exclusivity* [ECF No. 5266] (the "Supplemental Objection") which objects to confirmation of the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* [ECF No. 4476] (the "Plan"). EPI holds a claim entitled to administrative priority under 11 U.S.C. § 503(b)(9) and a claim for other unpaid administrative expenses that have accrued in this bankruptcy case. However, the Debtors have not shown these claims will be paid in full as required for confirmation, and EPI has not agreed to any other treatment. Thus, EPI submits this joinder to the Objection, incorporating its arguments and authorities by reference. The Court should not confirm the Plan.

Dated: Detroit, Michigan.
October 1, 2019

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Ronald A. Spinner
Ronald A. Spinner
Mich. Bar No. P73198 (*pro hac vice*)
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
Attorneys for Creditor EPI Printers, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 1, 2019, he caused true and complete copies of the *Joinder of EPI Printers, Inc. to the Supplemental Objection of Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory Company, Ltd, Samil Solutions, Shanghai Fochier, Purcell Murray, A&A HK Industrial, Mingle Fashion, Mansheen Industries, Ltd, AMW Vietnam Co. Ltd, Auxo International Ltd., Holdsun Group Ltd, Beauty Gem, Inc. to Confirmation of the Modified Second Amended Joint Chapter 11 Plan of Sears Holding Corporation and Its Affiliated Debtors and to Terminate Exclusivity* to be served upon each of the parties listed below via pre-paid properly addressed U.S. mail:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816); The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock
Jacqueline Marcus
Garret A. Fail
Sunny Singh

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Bank of America, N.A.
4 Times Square
New York, NY 10036
Attn: Paul D. Leake

Kelley Drye & Warren LLP
Attorneys for Computershare Trust Co., N.A.
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson

Cleary Gottlieb Steen & Hamilton
Attorneys for JPP, LLC, JPP II, LLC,
and ESL Investments, Inc.
One Liberty Plaza
New York, NY, 10006
Attn: Sean A. O'Neal

Office of United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg

Seyfarth Shaw LLP
Attorneys for Wilmington Trust, N.A.
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox

Davis Polk & Wardell LLP
Attorneys for Citibank, N.A.
450 Lexington Avenue
New York, NY, 10017
Attn: Eli J. Vonnegut

Locke Lord LLP
Attorneys for the Pension Benefit Guaranty Corp.
111 South Wacker Drive
Chicago, IL 60606
Attn: Aaron C. Smith

Carter Ledyard & Milburn LLP
Attorneys for Bank of New York Mellon Trust Co.
2 Wall Street
New York, NY 10005
Attn: James Gadsden

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff

By:/s/ Ronald A. Spinner
Ronald A. Spinner
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
Attorneys for Creditor EPI Printers, Inc.

Date: October 1, 2019