| | |
|---|---|
| VILARINO & ASSOCIATES LLC<br>PO BOX 9022515<br>San Juan, PR 00902-2515<br>(787) 565-9894<br>Javier Vilarino, Esq. (jvilarino@vilarinolaw.com)<br>*Attorney for Edgewell Personal Care Puerto Rico Inc.* | **Hearing Date and Time:**<br>October 3, 2019 at 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------X

**JOINDER BY EDGEWELL PERSONAL CARE PUERTO RICO INC. TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD. *ET AL.* TO CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS AND TO TERMINATE EXCLUSIVITY**
**[DOC 5266]**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Edgewell Personal Care Puerto Rico Inc. ("Edgewell"), through the undersigned attorney, submits this joinder to the supplemental objection of Mien Co. Ltd. *et al.* to confirmation of the modified second amended joint chapter 11 plan ("Plan") of Sears Holdings Corporation and its affiliated debtors and to terminate exclusivity (the "Mien Supplemental Objection") [Dkt. 5266], and represents and says as follows:

1. Edgewell is an administrative creditor of this estate, and on August 2, 2019 filed a limited objection to the Plan as proposed by the Debtors. [Dkt. 4720] Edgewell hereby reinstates and reincorporates the statements in its objection in docket #4720 as if fully transcribed herein at length.

1

2. Furthermore, Edgewell joins in and supports the Mien Supplemental Objection to the Plan.

3. The Court should <u>not</u> confirm the Plan.

Dated: New York, New York
October 1, 2019

*/s/ Javier Vilariño*
JAVIER VILARIÑO
USDC NUM. 223503

**VILARIÑO & ASSOCIATES LLC**
PO BOX 9022515
San Juan, PR 00902-2515
Tel. 787-565-9894
E-mail: jvilarino@vilarinolaw.com