DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
David H. Wander
dhw@dhclegal.com
*Attorneys for Pearl Global Industries Limited,*
*Eric Jay LTD, Electronics For Imaging, Inc.,*
*Maggie Garcia, Jayden Eveningstar and*
*Stolaas Company dba Tic-Tok*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                    Chapter 11

SEARS HOLDING CORPORATION, *et al.*,         Case No. 18-23538 (RDD)

                               Debtors[1].         (Jointly Administered)
---------------------------------------------------------X

### VERIFIED STATEMENT OF DAVIDOFF HUTCHER & CITRON LLP
### PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Davidoff Hutcher & Citron LLP ( the "Firm") hereby submits this verified statement (the "Verified Statement") and states as follows:

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc.(4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).

1

1.      Attached hereto as **Exhibit A** is a list of creditors in this case represented by the Firm.

2.      The Firm reserves its right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: New York, NY
       October 1, 2019

DAVIDOFF HUTCHER & CITRON LLP

By: /s/ David H. Wander
       David H. Wander
605 Third Avenue
New York, New York 10158
(212) 557-7200
dhw@dhclegal.com
*Attorneys for Pearl Global Industries Limited, Eric Jay LTD, Electronics For Imaging, Inc., Maggie Garcia, Jayden Eveningstar and Stolaas Company dba Tic-Tok*

In re Sears Holding Corporation, *et al,* Case No. 18-23538 (RDD)
Exhibit A to Verified Statement of Davidoff Hutcher & Citron LLP
Pursuant to Bankruptcy Rule 2019

| Name | Address | Nature and Amount of Disclosable Economic Interests ($) |
|---|---|---|
| Eric Jay Ltd | 115 River Road Bldg No. 10, Ste. 1026 Edgewater, NJ 07020 | 102,053.70 |
| Pearl Global Industries Limited | 499 7th Avenue, Fl. 7N New York, NY 10018 | §503(b)(1) 961,625.92 §503(b)(9) 630,897.00 Unsecured 1,019,381.00 |
| Stolaas Company d/b/a Tic-Tok | 6105 N Wickham Rd #410460 Melbourne, FL 32940 | §503(b)(9) 154,248.42 |
| Electronics For Imaging, Inc. | 6750 Dumbarton Circle Fremont, CA 94555 | Unsecured 50,628.00 |
| Maggie Garcia | c/o Coulter Harsh Law 403 Hill Street Reno, Nevada 89501 | Personal Injury |
| Jayden Eveningstar | c/o Coulter Harsh Law 403 Hill Street Reno, Nevada 89501 | Personal Injury |