DAVIDOFF HUTCHER & CITRON LLP  
605 Third Avenue  
New York, New York 10158  
(212) 557-7200  
David H. Wander, Esq. (dhw@dhclegal.com)  
Garrett Kingman, Esq. (gk@dhclegal.com)  
*Attorneys for Eric Jay Ltd.*

**Hearing Date and Time:**  
October 3, 2019 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------X  
In re:                                                      Chapter 11

SEARS HOLDING CORPORATION, *et al.*,                        Case No. 18-23538 (RDD)

                Debtors.                        (Jointly Administered)  
-----------------------------------------------------------X

## JOINDER BY ERIC JAY LTD TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD. *ET AL* TO CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS AND TO TERMINATE EXCLUSIVITY [DOC 5266]

TO THE HONORABLE ROBERT D. DRAIN,  
UNITED STATES BANKRUPTCY JUDGE:

    Eric Jay Ltd ("Eric Jay"), by its attorneys, Davidoff Hutcher & Citron LLP, submits this joinder to the supplemental objection of Mien Co. Ltd. *et al* to confirmation of the modified second amended joint chapter 11 plan ("Plan") of Sears Holdings Corporation and its affiliated debtors and to terminate exclusivity (the "Mien Supplemental Objection") [Doc 5266], and represents and says as follows:

667174v.1

1. Eric Jay is an administrative creditor of this estate. Eric Jay joins in and supports the Mien Supplemental Objection.

2. The Court should <u>not</u> confirm the Plan.

Dated: New York, New York
      October 1, 2019

DAVIDOFF HUTCHER & CITRON LLP

By: <u>/s/ David H. Wander</u>
      David H. Wander
605 Third Avenue
New York, New York 10158
(212) 557-7200
dhw@dhclegal.com
*Attorneys for Eric Jay Ltd.*