**GODFREY & KAHN, S.C.**
200 South Washington Street, Suite 100
Green Bay, WI 54301
Green Bay 920.436.7693
Timothy F. Nixon, Esq.

*Counsel to A.O. Smith Corporation*

**Hearing Date and Time:**
October 3, 2019 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
In re:

SEARS HOLDING CORPORATION, *et al.*,

                Debtors.
--------------------------------------------------------X

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

**JOINDER BY A.O. SMITH CORPORATION TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD. *ET AL* TO CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS AND TO <u>TERMINATE EXCLUSIVITY [DOC 5266]</u>**

      A.O. Smith Corporation ("A.O. Smith"), a creditor with a pending 11 U.S.C. §503(b)(9) claim of $608,749.87 filed March 29, 2019 as claim no. 12509, submits this joinder to the supplemental objection of Mien Co. Ltd. *et al* to confirmation of the modified second amended joint chapter 11 plan ("Plan") of Sears Holdings Corporation and its affiliated debtors and to terminate exclusivity (the "Mien Supplemental Objection") [Doc 5266], and represents and states as follows:

      1.     Despite the efforts of the parties, and their advisors, the Plan does not comply with 11 U.S.C. § 1129(a)(9)(A). It must.

2. There is a sort of Roman Empire Praetorian Guard quality to the case. Please refer to ¶ 7 of the *Mien Supplemental Objection*. Creditors should not be treated worse than the professionals. Bankruptcy is about the creditors.

3. A large dollar amount of unsecured creditors with claims voted against the Plan

4. The Court should not confirm the Plan, as proposed, at this time.

Dated: Green Bay, Wisconsin
October 1, 2019

**GODFREY & KAHN, S.C.**

*/s/ Timothy F. Nixon*
Timothy F. Nixon (NYB #4436390)
200 South Washington Street, Suite 100
Green Bay, WI 54301
Green Bay 920.436.7693
FAX • 414.273.5198
EMAIL • tnixon@gklaw.com

21276054.1