| | |
|---|---|
| LEVENE, NEALE, BENDER, YOO & BRILL<br>Todd M. Arnold<br>Cal. Bar No. 221868<br>(pro hac vice approved) [Dkt. 4790]<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>T: 310-229-1234<br>E: tma@LNBYB.com | **Hearing Date and Time:**<br>October 3, 2019 at 10:00 a.m. |

*Attorneys for Weihai Lianqiao International Coop. Group Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

SEARS HOLDING CORPORATION, *et al.*,            Case No. 18-23538 (RDD)

                             Debtors.                                (Jointly Administered)
-----------------------------------------------------------X

**JOINDER BY WEIHAI LIANQIAO INTERNATIONAL COOP. GROUP CO., LTD. TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD. *ET AL* TO CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS AND TO <u>TERMINATE EXCLUSIVITY [DOC 5266]</u>**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

      Weihai Lianqiao International Coop. Group Co., Ltd. ("<u>WLI</u>"), by its attorneys, submits this joinder to the supplemental objection of Mien Co. Ltd. *et al* to confirmation of the modified second amended joint chapter 11 plan ("<u>Plan</u>") of Sears Holdings Corporation and its affiliated debtors and to terminate exclusivity (the "<u>Mien Supplemental Objection</u>") [Doc 5266], and represents and says as follows:

1. WLI is an administrative creditor of this estate. WLI joins in and supports the Mien Supplemental Objection.

2. The Court should <u>not</u> confirm the Plan.

Dated: Los Angeles, California
October 1, 2019

                                                LEVENE, NEALE, BENDER, YOO
                                                  &BRILL

By: */s/ Todd M. Arnold*
Todd M. Arnold
Cal. Bar No. 221868
(*pro hac vice* approved) [Dkt. 4790]
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
T: 310-229-1234
E: tma@LNBYB.com

*Attorneys for Weihai Lianqiao International Coop. Group Co., Ltd.*