| | |
|---|---|
| **Martin A. Eliopulos, Esq.**<br>(*pro hac vice*)<br>**HIGGS, FLETCHER & MACK LLP**<br><br>401 West "A" St., Suite 2500<br>San Diego, CA 92101<br>Telephone: (619) 236-1551<br>Facsimile: (619)696-1410<br>Email: elio@higgslaw.com<br><br>*Counsel for*<br>*BH North America Corporation* | **Hearing Date and Time:**<br>October 3, 2019 at 10:00 a.m.<br><br>**Michael J. Catalfimo, Esq.**<br>**CARTER CONBOY CASE BLACKMORE**<br>**MALONEY & LAIRD, P.C.**<br><br>20 Corporate Woods Blvd.<br>Albany, New York 12211<br>Telephone: (518) 465-3484<br>Facsimile (518) 465-1843<br>Email: mcatalfimo@carterconboy.com<br><br>*Local Counsel for*<br>*BH North American Corporation* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                              Chapter 11

SEARS HOLDING CORPORATION, *et al.*,    Case No. 18-23538 (RDD)

                Debtors.[1]                          (Jointly Administered)
-------------------------------------------------------X

### JOINDER BY BH NORTH AMERICAN CORPORATION TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD. *ET AL* TO CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS AND TO <u>TERMINATE EXCLUSIVITY [DOC 5266]</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816); The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

BH NORTH AMERICAN CORPORATION ("BH NA"), by its attorneys, Higgs, Fletcher & Mack LLP, submits this joinder to the supplemental objection of Mien Co. Ltd. *et al* to confirmation of the modified second amended joint chapter 11 plan ("Plan") of Sears Holdings Corporation and its affiliated debtors and to terminate exclusivity (the "Mien Supplemental Objection") [Doc 5266], and represents and says as follows:

1. BH NA is an administrative creditor of this estate. BH NA joins in and supports the Mien Supplemental Objection.

2. The Court should not confirm the Plan.

Dated: Saratoga Springs, New York
October 1, 2019

Respectfully submitted,

CARTER, CONBOY CASE,
BLACKMORE, MALONEY &
LAIRD, P.C.

/s/ Michael J. Catalfimo
Michael J. Catalfimo, Esq.
20 Corporate Woods Blvd., Suite 500
Albany, New York 12211
Telephone: (518) 465-3484
Facsimile (518) 465-1843
Email: mcatalfimo@carterconboy.com
*Local Counsel for BH North American Corporation*

-and-

HIGGS FLETCHER & MACK LLP
Martin A. Eliopulos, Esq.
(pro hac vice)
401 West "A" Street, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
Email: elio@higgslaw.com
*Counsel for BH North American Corporation*