| | |
|---|---|
| **Martin A. Eliopulos, Esq.** (*pro hac vice*) **HIGGS, FLETCHER & MACK LLP** | **Michael J. Catalfimo, Esq.** **CARTER CONBOY CASE BLACKMORE MALONEY & LAIRD, P.C.** |
| 401 West "A" St., Suite 2500 San Diego, CA 92101 Telephone: (619) 236-1551 Facsimile: (619)696-1410 Email: elio@higgslaw.com | 20 Corporate Woods Blvd. Albany, New York 12211 Telephone: (518) 465-3484 Facsimile (518) 465-1843 Email: mcatalfimo@carterconboy.com |
| *Counsel for* *BH North America Corporation* | *Local Counsel for* *BH North American Corporation* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SEARS HOLDINGS CORPORATION, *et* a*l.*, Debtors.[1] | Case No. 18-23538 (RDD) Chapter 11 (Jointly Administered) |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816); The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Heather L. McLenithan, hereby certify that I am employed by Carter, Conboy, Case, Blackmore, Maloney & Laird, P.C., local counsel for BH North American Corporation.

On October 1, 2019, I electronically filed the annexed Joinder By BH North American Corporation To Supplemental Objection of Mein Co Ltd. et al To Confirmation of the Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors and To Terminate Exclusivity [DOC 5266] (the "BH North American Joinder") using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. On said date I also caused copies of the BH North American Joinder to be served upon the persons designated below by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing at an official depository of the United States Postal Service, at Saratoga Springs, New York, addressed as follows:

| | |
|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court, S.D.N.Y.<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601 | Office of United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg |
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn: Stephen Sitley | Seyfarth Shaw LLP<br>Attorneys for Wilmington Trust, N.A.<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock<br>     Jacqueline Marcus<br>     Garret A. Fail<br>     Sunny Singh | Davis Polk & Wardell LLP<br>Attorneys for Citibank, N.A.<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attn: Eli J. Vonnegut |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attorneys for Bank of America, N.A.<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake | Locke Lord LLP<br>Attorneys for the Pension Benefit Guaranty Corp.<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Aaron C. Smith |

Kelley Drye & Warren LLP
Attorneys for Computershare Trust Co., N.A.
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson

Carter Ledyard & Milburn LLP
Attorneys for Bank of New York Mellon
Trust Co.
2 Wall Street
New York, NY 10005
Attn: James Gadsden

Cleary Gottlieb Steen & Hamilton
Attorneys for JPP, LLC, JPP II, LLC,
   and ESL Investments, Inc.
One Liberty Plaza
New York, NY, 10006
Attn: Sean A. O'Neal

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of
Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn:  Ira S. Dizengoff

Dated:  October 1, 2019

 /s/  Heather L. McLenithan
Heather L. McLenithan

**CARTER CONBOY CASE BLACKMORE MALONEY & LAIRD, P.C.**
20 Corporate Woods Boulevard
Albany, New York 12211
Telephone:  (518) 465-3484
Facsimile: (518) 465-1843
Email:     mcatalfimo@carterconboy.com

*Local Counsel for BH North American Corporation*