Hearing Date:  Oct. 23, 2019, 10:00 a.m. EST<br>
Response Deadline: Oct. 16, 2019, 5p.m. EST

MAZURKRAEMER BUSINESS LAW
Salene R.M. Kraemer, Esquire
NY ID No. 5228580
331 Jonquil Place,
Pittsburgh, PA 15228
Phone: (412) 427-7075
salene@mazurkraemer.com
Counsel to Vir Ventures, Inc. and
AMI Ventures, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23538 (RDD) |
| SEARS HOLDING CORPORATION, et al. | : | |
| | : | Related Document No: |
| | : | Docket No.: |
| Debtors. | : | |
| | : | |
| | : | Chapter 11 (Jt. Admin.) |
| | : | Document No. |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON JOINT MOTION OF VIR VENTURES, INC. AND AMI VENTURES, INC.
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS
<u>PURSUANT TO 11 U.S.C. §§503(a), 503( b)(1) & 507(a)</u>**

I certify under penalty of perjury that I served the foregoing documents

**JOINT MOTION OF VIR VENTURES, INC.  AND AMI VENTURES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. §§503(a), 503( b)(1) & 507(a)**
(the "Motion"),

upon the attached addressees, via United States Mail on October 2, 2019 and/or email as indicated.

1

EXECUTED ON: October 2, 2019  /s/ Salene Mazur Kraemer
Salene Kraemer, Esq.
MAZURKRAEMER Business Law
 331 Jonquil Place
 Pittsburgh, PA
 (412)-427-7075
 salene@mazurkraemer.com
 NY ID 5228580