MARGULIES FAITH LLP  
16030 Ventura Blvd., Suite 470  
Encino, CA 91436  
(818) 705-2777  
Craig G. Margulies, Esq.(craig@marguliesfaithlaw.com)  
Noreen A. Madoyan, Esq.  
(noreen@marguliesfaithlaw.com)  
*Attorneys for Capital Brands, LLC*

**Hearing Date and Time:**  
October 3, 2019 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------X  

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------X

**JOINDER BY CAPITAL BRANDS, LLC TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD. *ET AL* TO CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS AND TO <u>TERMINATE EXCLUSIVITY [DOC 5266]</u>**

TO THE HONORABLE ROBERT D. DRAIN,  
UNITED STATES BANKRUPTCY JUDGE:

Capital Brands, LLC ("<u>Capital Brands</u>"), by its attorneys, Margulies Faith LLP, submits this joinder to the supplemental objection of Mien Co. Ltd. *et al* to confirmation of the modified second amended joint chapter 11 plan ("<u>Plan</u>") of Sears Holdings Corporation and its affiliated debtors and to terminate exclusivity (the "<u>Mien Supplemental Objection</u>") [Doc 5266], and represents and says as follows:

1. Capital Brands is an administrative creditor of this estate. Capital Brands joins in and supports the Mien Supplemental Objection.

2. The Court should <u>not</u> confirm the Plan.

Dated: Encino, Los Angeles, California

October 1, 2019

                                    MARGULIES FAITH, LLP

                                    By: _____
                                          Craig G. Margulies, Esq.
                                          Noreen A. Madoyan, Esq.
16030 Ventura Blvd. Suite 470
Encino, CA 91436
(818) 705-2777
craig@marguliesfaithlaw.com
*Attorneys for Capital Brands, LLC*