**Hearing Date and Time:**
October 3, 2019 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                               Chapter 11

SEARS HOLDING CORPORATION, *et al.*,                Case No. 18-23538 (RDD)

                             Debtors.                                   (Jointly Administered)
---------------------------------------------------------X

**JOINDER BY WIRELESS HUB INC. TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD. *ET AL* TO CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS AND TO <u>TERMINATE EXCLUSIVITY [DOC 5266]</u>**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

      Wireless Hub Inc. ("<u>Wireless Hub</u>") submits this joinder to the supplemental objection of Mien Co. Ltd. *et al* to confirmation of the modified second amended joint chapter 11 plan ("<u>Plan</u>") of Sears Holdings Corporation and its affiliated debtors and to terminate exclusivity (the "<u>Mien Supplemental Objection</u>") [Doc 5266], and represents and says as follows:

1. Wireless Hub is an administrative creditor of this estate. Wireless Hub joins in and supports the Mien Supplemental Objection.

2. The Court should <u>not</u> confirm the Plan.

Dated: New York, New York
October 1, 2019

By: _____
Ibrahim S. Khwaja
32 Princeton Drive
Syosset, New York 11791
(516) 507-9250
Ibrahim.Khwaja@hotmail.com