**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, New York 10019-6102
(212) 440-4400
Christopher P. Schueller, Esq.
(christopher.schueller@bipc.com)
*Attorneys for Gokaldas Exports Ltd.*

**Hearing Date and Time:**
October 3, 2019 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

SEARS HOLDING CORPORATION, *et al.*,[1]

                     Debtors.
-------------------------------------------------------X

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

## CERTIFICATION OF SERVICE

      I hereby certify that on October 2, 2019, a true and correct copy of the Joinder By Gokaldas Exports Ltd. To Supplemental Objection Of Mien Co. Ltd., et al. To Confirmation Of The Modified Second Amended Joint Chapter 11 Plan Of Sears Holdings Corporation And Its Affiliated Debtors And To Terminate Exclusivity [Doc. No. 5266] was filed and served

---

[1] The Debtors ("Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

electronically via CM/ECF on all those registered to receive notices in this case, and on the

parties listed on the attached service list via the method noted thereon.


Dated: October 2, 2019
New York, New York

                                              BUCHANAN INGERSOLL & ROONEY PC

                                              By: */s/ Christopher P. Schueller*
                                              Christopher P. Schueller
                                              640 5th Avenue, 9th Floor
                                              New York, New York 10019-6102
                                              (212) 440-4400
                                              christopher.schueller@bipc.com
                                              *Attorneys for Gokaldas Exports Ltd.*

Service List

Via email:

All parties listed in the Sears Holding Corporation Master Service List as of October 2, 2019 located at https://restructuring.primeclerk.com/sears/

Standard Parties:

Via overnight mail:

Honorable Robert D. Drain
U.S. Bankruptcy Court for the Southern District of New York
300 Quarropas Street. Rm. 248
White Plains, NY 10601-4140


Via overnight mail and electronic mail:

Debtors c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley, Esq. (stephen.sitley@searshc.com)
Luke Valentino. Esq.(luke.valentino@searshc.com)

Via electronic mail:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
Garrett A. Fail, Esq. (garrett.fail@weil.com)
Sunny Singh, Esq. (sunny.singh@weil.com)
Counsel to the Debtors

United States Trustee
Southern District of New York
Office of The United States Trustee for Region 2
201 Varick St. Ste. 1006
New York, NY 10014
Attn: Paul Schwartzberg, (paul.schwartzberg@usdoj.gov)

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park,
New York, NY 10036
Attn: Philip C. Dublin, Esq. (pdublin@akingump.com)
Ira Dizengoff, Esq. (idizengoff@akingump.com)
Pdublin@akingump.com)
Sara Lynne Brauner, Esq. (sbrauner@akingump.com)
Counsel to the Official Committee of Unsecured Creditors