# Exhibit 2

| | |
|---|---|
| **From:** | Roman, Eric |
| **To:** | Terry Smouter; Hatton, Bob |
| **Cc:** | JinHyuk Lee (Ayden); Nicholas Farella; Elysia Kim; Hyung Don Cho |
| **Subject:** | Hankook |
| **Date:** | Tuesday, February 12, 2019 11:32:18 AM |
| **Attachments:** | image001.png |
| | image005.png |
| | image006.png |
| | image007.jpg |

Thank you Terry,
That information was just in time for our fiscal year-end processing!

Would you have time for a call later this week?

Eric Roman
Category Manager – Tires
847-286-3658  |  D4-108B
Eric.Roman@searshc.com

**From:** Terry Smouter [mailto:Terry.Smouter@hankooktireusa.com]
**Sent:** Thursday, January 31, 2019 6:23 PM
**To:** Roman, Eric <Eric.Roman@searshc.com>; Hatton, Bob <Bob.Hatton@searshc.com>
**Cc:** JinHyuk Lee (Ayden) <jhlee@hankooktireusa.com>; Nicholas Farella <Nicholas.Farella@hankooktireusa.com>; Elysia Kim <ekim@hankooktireusa.com>; Hyung Don Cho <noah.cho@hankooktireusa.com>
**Subject:** RE: 2018 Hankook Subsidies

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Eric,
My sincere apologies for the delayed response.  This is unacceptable!
We still need to have a call and have a formal introduction.  I will send an invite this time. ;o)
Here are the signed documents you requested.  I have also attached the subsidy credits for 2018 (total of $**665,503.89**).
These credits will go toward your open invoices to reduce your open balance.
It appears that Sears still owes $376K after 2018 subsidy credits are applied.  Please let us know when those outstanding amounts will be paid.
Let me know if you have any questions and thank you for your business!

Best,

**Terry Smouter         Director**

Sales Mangement Team, PC / LT, America HQ

**HANKOOK TIRE AMERICA CORP**.
333 Commerce Street, Suite 600
Nashville, TN 37201, USA
Phone : 615-496-2813
Mail : Terry.Smouter@HankookTireUSA.com

  

**From:** Roman, Eric <Eric.Roman@searshc.com>
**Sent:** Tuesday, January 29, 2019 9:46 AM
**To:** Terry Smouter <Terry.Smouter@hankooktireusa.com>; Chang Yool Han <cyhan@hankooktireusa.com>; Hatton, Bob <Bob.Hatton@searshc.com>
**Cc:** JinHyuk Lee (Ayden) <jhlee@hankooktireusa.com>; Nicholas Farella <Nicholas.Farella@hankooktireusa.com>
**Subject:** RE: 2018 Hankook Subsidies

Terry / Hankook Team,
Would you be able to provide an update on signatures for 2018 subsidies owed?

Eric Roman
Category Manager – Tires
847-286-3658  |  D4-108B
Eric.Roman@searshc.com

**From:** Roman, Eric
**Sent:** Thursday, January 24, 2019 5:15 PM
**To:** 'Terry Smouter' <Terry.Smouter@hankooktireusa.com>; Chang Yool Han <cyhan@hankooktireusa.com>; Hatton, Bob <Bob.Hatton@searshc.com>
**Cc:** JinHyuk Lee (Ayden) <jhlee@hankooktireusa.com>; Nicholas Farella <Nicholas.Farella@hankooktireusa.com>
**Subject:** 2018 Hankook Subsidies
**Importance:** High

Good evening Terry!

I know we haven't had a chance to connect yet but I hope to very soon! Attached are 4 promotional agreements we'll need your signature on for the 2018 subsidies. Please let me know if you have any questions.

Regards
Eric Roman
Category Manager – Tires
847-286-3658  |  D4-108B
Eric.Roman@searshc.com

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.