# Exhibit 4

| Agreement #: | PA00232260 | | System Creation Date: | Sep/07/2017 |
|---|---|---|---|---|
| Vendor: HANKOOK TIRE AMERICA CORP | 000983569 | **SEARS HOLDINGS MANAGEMENT CORP** Subsidy Program Agreement 3333 Beverly Road Hoffman Estates, IL 60179 | | |
| Factor: HANA FINANCIAL INC | | | | |

| Account Manager Address: 333 Commerce St Nashville, TN 37201 | Account Manager: Kim, Eric | | Phone: 615-432-0773 | Extension: |
|---|---|---|---|---|
| | Account Manager Email: erickim@hankooktireusa.com | | Fax: | |
| Buyer Name: Cushman, Jim | Buyer Email: jcushma@ searshc.com | Buyer Phone: 827-286-6103 | Buyer Fax: | Dept: | Location: |

General Desc: Hankook agrees to pay a 5% rebate on all Optimo H724 purchases.

| Desc: Vendor shall rebate to SHMC a percent of SHMC net purchases of merchandise from vendor during the effective term. Purchases are deemed to occur based on the date vendor invoice is accepted into the SHMC Accounts Payable system for the merchandise. Net purchases equal the total dollar amount of SHMC merchandise purchases less one or more of the following: source quantity claims$ source cost claims$ and returned goods. | **Detailed Billing Information** | | | |
|---|---|---|---|---|
| | Amount | Bill Date | Amount | Bill Date |
| | TBD | 05/08/17 | TBD | 08/07/17 |
| | TBD | 11/06/17 | TBD | 02/05/18 |

Terms and Conditions:   Feb/01/2017 - Jan/31/2018
Category:  Volume Discount - Percent of Purchases
Formula: Percent of Purchases - Net
Subsidy Est.: $250.00       Cap:
Billing Method: SHMC Debit Memo    JA:
VBU/Division/Line/Item:  628/095//

Tiers:

1. Effective Term: Vendor's obligations under this Subsidy Program Agreement (the "Agreement") shall accrue throughout the Effective Term specified above (and any applicable renewal term indicated in the Program Description), but the provisions regarding billing and payment of Vendor funding shall continue in effect until 30 days after the last "Date to be Billed" shown above (the "Billing Date").
2. Billing/Payment Terms. All Vendor funding payable under each Program above shall be immediately due and payable on the Billing Date. SHMC may collect such funding through the Billing Method described above or SHMC may demand payments of such amounts by check at any time after the Billing Date. The amounts to be billed under some Programs shown above are based on SHMC good faith estimates of future purchases, sales or costs. If so, within 10 days after the end of the term, SHMC shall calculate the actual Vendor funding accrued under such Program, and Vendor shall pay any additional amounts due immediately upon demand.
3. Estimated Subsidy. Any estimates of Program subsidies are for SHMC internal planning purposes only and are not binding on either party. The amounts and terms of any Vendor funding shall be determined solely in accordance with the Program Description above.

| Vendor - By: [signature] | Title: SENIOR BUYER | Date: 12/18/2017 |
|---|---|---|
| SHMC - By: | Title: | Date: |
| SHMC - By: | Title: | Date: |
| SHMC - By: [signature] | Title: Assc Buyer | Date: 9/7/17 |
| SHMC - By: | Title: | Date: |

| | |
|---|---|
| Agreement #: PA00232256 | System Creation Date: Sep/07/2017 |

| | |
|---|---|
| Vendor: 000983569<br>HANKOOK TIRE AMERICA CORP | **SEARS HOLDINGS MANAGEMENT CORP**<br>Subsidy Program Agreement<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 |
| Factor:<br>HANA FINANCIAL INC | |

| Account Manager Address:<br>333 Commerce St<br><br>Nashville, TN    37201 | Account Manager:<br>Kim, Eric | Phone:<br>615-432-0773 | Extension: |
|---|---|---|---|
| | Account Manager Email:<br>erickim@hankooktireusa.com | Fax: | |

| Buyer Name:<br>Cushman, Jim | Buyer Email:<br>jcushma@searshc.com | Buyer Phone:<br>827-286-6103 | Buyer Fax: | Dept: | Location: |
|---|---|---|---|---|---|

General Desc: Hankook agrees to pay 5% freight credit on all special orders

| Desc: Vendor shall rebate to SHMC a percent of SHMC net purchases of merchandise from vendor during the effective term. Purchases are deemed to occur based on the date vendor invoice is accepted into the SHMC Accounts Payable system for the merchandise. Net purchases equal the total dollar amount of SHMC merchandise purchases less one or more of the following: source quantity claims$ source cost claims$ and returned goods. | **Detailed Billing Information** | | | |
|---|---|---|---|---|
| | Amount | Bill Date | Amount | Bill Date |
| | TBD | 05/08/17 | TBD | 08/07/17 |
| | TBD | 11/06/17 | TBD | 02/05/18 |

| Terms and Conditions:    Feb/01/2017 - Jan/31/2018<br>Category: Volume Discount - Percent of Purchases<br>Formula: Percent of Purchases - Net<br>Subsidy Est.: $50,000.00    Cap:<br>Billing Method: SHMC Debit Memo    JA:<br>VBU/Division/Line/Item:    628/095// | Tiers: |
|---|---|

1. Effective Term. Vendor's obligations under this Subsidy Program Agreement (the "Agreement") shall accrue throughout the Effective Term specified above (and any applicable renewal term indicated in the Program Description), but the provisions regarding billing and payment of Vendor funding shall continue in effect until 30 days after the last "Date to be Billed" shown above (the "Billing Date").
2. Billing/Payment Terms. All Vendor funding payable under each Program above shall be immediately due and payable on the Billing Date. SHMC may collect such funding through the Billing Method described above or SHMC may demand payments of such amounts by check at any time after the Billing Date. The amounts to be billed under some Programs shown above are based on SHMC good faith estimates of future purchases, sales or costs. If so, within 10 days after the end of the term, SHMC shall calculate the actual Vendor funding accrued under such Program, and Vendor shall pay any additional amounts due immediately upon demand.
3. Estimated Subsidy. Any estimates of Program subsidies are for SHMC internal planning purposes only and are not binding on either party. The amounts and terms of any Vendor funding shall be determined solely in accordance with the Program Description above.

| Vendor - By: | Title: SB Hook Director | Date: 12/12/17 |
|---|---|---|
| SHMC - By: | Title: | Date: |
| SHMC - By: | Title: | Date: |
| SHMC - By: | Title: Assc Buyer | Date: 9/7/17 |
| SHMC - By: | Title: | Date: |

| Agreement #: | PA00232257 | | System Creation Date: | Sep/07/2017 |
|---|---|---|---|---|
| Vendor: 000983569 HANKOOK TIRE AMERICA CORP | | **SEARS HOLDINGS MANAGEMENT CORP** Subsidy Program Agreement 3333 Beverly Road Hoffman Estates, IL 60179 | | |
| Factor: HANA FINANCIAL INC | | | | |

| Account Manager Address: 333 Commerce St Nashville, TN    37201 | Account Manager: Kim, Eric | | Phone: 615-432-0773 | | Extension: |
|---|---|---|---|---|---|
| | Account Manager Email: erickim@hankooktireusa.com | | Fax: | | |
| Buyer Name: Cushman, Jim | Buyer Email: jcushma@ searshc.com | Buyer Phone: 827-286-6103 | Buyer Fax: | Dept: | Location: |

General Desc: Hankook agrees to pay a 3% credit of all purchases for marketing support of RoadHandler and Laufenn brand tires.

| Desc: Vendor shall rebate to SHMC a percent of SHMC net purchases of merchandise from vendor during the effective term. Purchases are deemed to occur based on the date vendor invoice is accepted into the SHMC Accounts Payable system for the merchandise. Net purchases equal the total dollar amount of SHMC merchandise purchases less one or more of the following: source quantity claims$ source cost claims$ and returned goods. | **Detailed Billing Information** | | | |
|---|---|---|---|---|
| | Amount | Bill Date | Amount | Bill Date |
| | TBD | 05/08/17 | TBD | 08/07/17 |
| | TBD | 11/06/17 | TBD | 02/05/18 |

| Terms and Conditions: Feb/01/2017 - Jan/31/2018 Category: Volume Discount - Percent of Purchases Formula: Percent of Purchases - Net Subsidy Est.: $450,000.00    Cap: Billing Method: SHMC Debit Memo    JA: VBU/Division/Line/Item: 628/095// | Tiers: |
|---|---|

1. Effective Term. Vendor's obligations under this Subsidy Program Agreement (the "Agreement") shall accrue throughout the Effective Term specified above (and any applicable renewal term indicated in the Program Description), but the provisions regarding billing and payment of Vendor funding shall continue in effect until 30 days after the last "Date to be Billed" shown above (the "Billing Date").
2. Billing/Payment Terms. All Vendor funding payable under each Program above shall be immediately due and payable on the Billing Date. SHMC may collect such funding through the Billing Method described above or SHMC may demand payments of such amounts by check at any time after the Billing Date. The amounts to be billed under some Programs shown above are based on SHMC good faith estimates of future purchases, sales or costs. If so, within 10 days after the end of the term, SHMC shall calculate the actual Vendor funding accrued under such Program, and Vendor shall pay any additional amounts due immediately upon demand.
3. Estimated Subsidy. Any estimates of Program subsidies are for SHMC internal planning purposes only and are not binding on either party. The amounts and terms of any Vendor funding shall be determined solely in accordance with the Program Description above.

| Vendor - By: [signature] | Title: SENIOR DIRECTOR | Date: 12/18/17 |
|---|---|---|
| SHMC - By: [signature] | Title: | Date: |
| SHMC - By: [signature] | Title: | Date: |
| SHMC - By: [signature] | Title: Assc Buyer | Date: 9/7/17 |
| SHMC - By: [signature] | Title: | Date: |

| | |
|---|---|
| Agreement #: PA00232259 | System Creation Date: Sep/07/2017 |

| Vendor: 000983569<br>HANKOOK TIRE AMERICA CORP | **SEARS HOLDINGS MANAGEMENT CORP**<br>Subsidy Program Agreement<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | | | |
|---|---|---|---|---|
| Factor:<br>HANA FINANCIAL INC | | | | |
| Account Manager Address:<br>333 Commerce St<br>Nashville, TN   37201 | Account Manager:<br>Kim, Eric | | Phone:<br>615-432-0773 | Extension: |
| | Account Manager Email:<br>erickim@hankooktireusa.com | | Fax: | |
| Buyer Name:<br>Cushman, Jim | Buyer Email:<br>jcushma@ searshc.com | Buyer Phone:<br>827-286-6103 | Buyer Fax: | Dept: | Location: |

General Desc: Hankook agrees to pay Sears 4% merchandising support of the invoice prices of all products delivered to and received by Sears.

Desc: Vendor shall rebate to SHMC a percent of SHMC net purchases of merchandise from vendor during the effective term. Purchases are deemed to occur based on the date vendor invoice is accepted into the SHMC Accounts Payable system for the merchandise. Net purchases equal the total dollar amount of SHMC merchandise purchases less one or more of the following: source quantity claims$ source cost claims$ and returned goods.

**Detailed Billing Information**

| Amount | Bill Date | Amount | Bill Date |
|---|---|---|---|
| TBD | 05/08/17 | TBD | 08/07/17 |
| TBD | 11/06/17 | TBD | 02/05/18 |

Terms and Conditions:   Feb/01/2017 - Jan/31/2018
Category: Volume Discount - Percent of Purchases
Formula: Percent of Purchases - Net
Subsidy Est.: $1,000,000.00   Cap:
Billing Method: SHMC Debit Memo   JA:
VBU/Division/Line/Item: 628/095//

Tiers:

1. Effective Term. Vendor's obligations under this Subsidy Program Agreement (the "Agreement") shall accrue throughout the Effective Term specified above (and any applicable renewal term indicated in the Program Description), but the provisions regarding billing and payment of Vendor funding shall continue in effect until 30 days after the last "Date to be Billed" shown above (the "Billing Date").
2. Billing/Payment Terms. All Vendor funding payable under each Program above shall be immediately due and payable on the Billing Date. SHMC may collect such funding through the Billing Method described above or SHMC may demand payments of such amounts by check at any time after the Billing Date. The amounts to be billed under some Programs shown above are based on SHMC good faith estimates of future purchases, sales or costs. If so, within 10 days after the end of the term, SHMC shall calculate the actual Vendor funding accrued under such Program, and Vendor shall pay any additional amounts due immediately upon demand.
3. Estimated Subsidy. Any estimates of Program subsidies are for SHMC internal planning purposes only and are not binding on either party. The amounts and terms of any Vendor funding shall be determined solely in accordance with the Program Description above.

| | | | |
|---|---|---|---|
| Vendor - By: [signature] | Title: SENIOR DIRECTOR | Date: 9/8/17 |
| SHMC - By: | Title: | Date: |
| SHMC - By: [signature] | Title: | Date: |
| SHMC - By: [signature] | Title: ASSC Buyer | Date: 9/7/17 |
| SHMC - By: [signature] | Title: | Date: |

| | |
|---|---|
| Agreement #: PA00232262 | System Creation Date: Sep/07/2017 |
| Vendor: 000983569<br>HANKOOK TIRE AMERICA CORP | **SEARS HOLDINGS MANAGEMENT CORP**<br>Subsidy Program Agreement<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 |
| Factor:<br>HANA FINANCIAL INC | |

| Account Manager Address:<br>333 Commerce St<br>Nashville, TN   37201 | Account Manager:<br>Kim, Eric | | Phone:<br>615-432-0773 | Extension: |
| --- | --- | --- | --- | --- |
| | Account Manager Email:<br>erickim@hankooktireusa.com | | Fax: | |
| Buyer Name:<br>Cushman, Jim | Buyer Email:<br>jcushma@searshc.com | Buyer Phone:<br>827-286-6103 | Buyer Fax: | Dept: | Location: |

General Desc: Hankook agrees to pay $4/tire support on all Laufenn LD01 unit purchases through 2017.

| Desc: Vendor shall pay SHMC the following dollar amount to support the sale of the following merchandise during the effective term. | | **Detailed Billing Information** | | | |
| --- | --- | --- | --- | --- | --- |
| | | Amount | Bill Date | Amount | Bill Date |
| | | TBD | 09/13/17 | | |

| Terms and Conditions:   Feb/01/2017 - Apr/30/2017<br>Category: Marketing Support - Marketing Support<br>Formula: Fixed Amount<br>Subsidy Est.: $182,124.00    Cap:<br>Billing Method: SHMC Debit Memo   JA:<br>VBU/Division/Line/Item:  628/095// | Tiers: |
| --- | --- |

1. Effective Term. Vendor's obligations under this Subsidy Program Agreement (the "Agreement") shall accrue throughout the Effective Term specified above (and any applicable renewal term indicated in the Program Description), but the provisions regarding billing and payment of Vendor funding shall continue in effect until 30 days after the last "Date to be Billed" shown above (the "Billing Date").
2. Billing/Payment Terms. All Vendor funding payable under each Program above shall be immediately due and payable on the Billing Date. SHMC may collect such funding through the Billing Method described above or SHMC may demand payments of such amounts by check at any time after the Billing Date. The amounts to be billed under some Programs shown above are based on SHMC good faith estimates of future purchases, sales or costs. If so, within 10 days after the end of the term, SHMC shall calculate the actual Vendor funding accrued under such Program, and Vendor shall pay any additional amounts due immediately upon demand.
3. Estimated Subsidy. Any estimates of Program subsidies are for SHMC internal planning purposes only and are not binding on either party. The amounts and terms of any Vendor funding shall be determined solely in accordance with the Program Description above.

| | | | |
|---|---|---|---|
| Vendor - By: [signature] | Title: GENERAL DIRECTOR | Date: 12/K/17 |
| SHMC - By: [signature] | Title: | Date: |
| SHMC - By: | Title: | Date: |
| SHMC - By: [signature] | Title: HSSC Buyer | Date: 9/7/17 |
| SHMC - By: [signature] | Title: | Date: |

| Agreement #: | PA00232261 | | System Creation Date: | Sep/07/2017 |
|---|---|---|---|---|

| Vendor: 000983569 HANKOOK TIRE AMERICA CORP | **SEARS HOLDINGS MANAGEMENT CORP** Subsidy Program Agreement 3333 Beverly Road Hoffman Estates, IL 60179 |
|---|---|
| Factor: HANA FINANCIAL INC | |

| Account Manager Address: 333 Commerce St Nashville, TN   37201 | Account Manager: Kim, Eric | Phone: 615-432-0773 | Extension: |
|---|---|---|---|
| | Account Manager Email: erickim@hankooktireusa.com | Fax: | |

| Buyer Name: Cushman, Jim | Buyer Email: jcushma@ searshc.com | Buyer Phone: 827-286-6103 | Buyer Fax: | Dept: | Location: |
|---|---|---|---|---|---|

General Desc: Hankook agrees to pay a 5% opening order discount on Laufenn LD01 purchases

| Desc: Vendor shall rebate to SHMC a percent of SHMC net purchases of merchandise from vendor during the effective term. Purchases are deemed to occur based on the date vendor invoice is accepted into the SHMC Accounts Payable system for the merchandise. Net purchases equal the total dollar amount of SHMC merchandise purchases less one or more of the following: source quantity claims$ source cost claims$ and returned goods. | **Detailed Billing Information** | | | |
|---|---|---|---|---|
| | Amount | Bill Date | Amount | Bill Date |
| | TBD | 05/08/17 | TBD | 08/07/17 |
| | TBD | 11/06/17 | TBD | 02/05/18 |

| Terms and Conditions:    Feb/01/2017  - Jan/31/2018 Category:  Volume Discount - Percent of Purchases Formula: Percent of Purchases - Net Subsidy Est.: $250,000.00    Cap: Billing Method:  SHMC Debit Memo   JA: VBU/Division/Line/Item:  628/095// | Tiers: |
|---|---|

1. Effective Term. Vendor's obligations under this Subsidy Program Agreement (the "Agreement") shall accrue throughout the Effective Term specified above (and any applicable renewal term indicated on the Program Description), but the provisions regarding billing and payment of Vendor funding shall continue in effect until 30 days after the last "Date to be Billed" shown above (the "Billing Date")
2. Billing/Payment Terms. All Vendor funding payable under each Program above shall be immediately due and payable on the Billing Date. SHMC may collect such funding through the Billing Method described above or SHMC may demand payments of such amounts by check at any time after the Billing Date. The amounts to be billed under some Programs shown above are based on SHMC good faith estimates of future purchases, sales or costs. If so, within 10 days after the end of the term, SHMC shall calculate the actual Vendor funding accrued under such Program, and Vendor shall pay any additional amounts due immediately upon demand.
3. Estimated Subsidy. Any estimates of Program subsidies are for SHMC internal planning purposes only and are not binding on either party. The amounts and terms of any Vendor funding shall be determined solely in accordance with the Program Description above.

| Vendor - By: | Title: SENIOR DIRECTOR | Date: 12/8/17 |
|---|---|---|
| SHMC - By: | Title: | Date: |
| SHMC - By: | Title: | Date: |
| SHMC - By: | Title: Assc Buyer | Date: 9/7/17 |
| SHMC - By: | Title: | Date: |

| | |
|---|---|
| Agreement #: PA00232258 | System Creation Date: Sep/07/2017 |
| Vendor: 000983569<br>HANKOOK TIRE AMERICA CORP | **SEARS HOLDINGS MANAGEMENT CORP**<br>Subsidy Program Agreement<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 |
| Factor: HANA FINANCIAL INC | |

| Account Manager Address: | Account Manager: | Phone: | Extension: |
|---|---|---|---|
| 333 Commerce St | Kim, Eric | 615-432-0773 | |
| Nashville, TN      37201 | Account Manager Email: erickim@hankooktireusa.com | Fax: | |

| Buyer Name: | Buyer Email: | Buyer Phone: | Buyer Fax: | Dept: | Location: |
|---|---|---|---|---|---|
| Cushman, Jim | jcushma@searshc.com | 827-286-6103 | | | |

General Desc: Hankook agrees to pay a 3% credit of purchases for promotional support on all RoadHandler and Laufenn tires

Desc: Vendor shall rebate to SHMC a percent of SHMC net purchases of merchandise from vendor during the effective term. Purchases are deemed to occur based on the date vendor invoice is accepted into the SHMC Accounts Payable system for the merchandise. Net purchases equal the total dollar amount of SHMC merchandise purchases less one or more of the following: source quantity claims$ source cost claims$ and returned goods.

**Detailed Billing Information**

| Amount | Bill Date | Amount | Bill Date |
|---|---|---|---|
| TBD | 05/08/17 | TBD | 08/07/17 |
| TBD | 11/06/17 | TBD | 02/05/18 |

Terms and Conditions: Feb/01/2017 - Jan/31/2018
Category: Volume Discount - Percent of Purchases
Formula: Percent of Purchases - Net
Subsidy Est.: $450,000.00      Cap:
Billing Method: SHMC Debit Memo    JA:
VBU/Division/Line/Item: 628/095//

Tiers:

1. Effective Term. Vendor's obligations under this Subsidy Program Agreement (the "Agreement") shall accrue throughout the Effective Term specified above (and any applicable renewal term indicated in the Program Description), but the provisions regarding billing and payment of Vendor funding shall continue in effect until 30 days after the last "Date to be Billed" shown above (the "Billing Date").
2. Billing/Payment Terms. All Vendor funding payable under each Program above shall be immediately due and payable on the Billing Date. SHMC may collect such funding through the Billing Method described above or SHMC may demand payments of such amounts by check, at any time after the Billing Date. The amounts to be billed under some Programs shown above are based on SHMC good faith estimates of future purchases, sales or costs. If so, within 10 days after the end of the term, SHMC shall calculate the actual Vendor funding accrued under such Program, and Vendor shall pay any additional amounts due immediately upon demand.
3. Estimated Subsidy. Any estimates of Program subsidies are for SHMC internal planning purposes only and are not binding on either party. The amounts and terms of any Vendor funding shall be determined solely in accordance with the Program Description above.

| | | | |
|---|---|---|---|
| Vendor - By: [signature] | Title: SENIOR DIRECTOR | | Date: 12/18/17 |
| SHMC - By: [signature] | Title: | | Date: |
| SHMC - By: [signature] | Title: | | Date: |
| SHMC - By: [signature] | Title: ASSC BUYER | | Date: 9/7/17 |
| SHMC - By: [signature] | Title: | | Date: |

| Agreement #: | PA00233588 | | System Creation Date: | Dec/06/2017 |
|---|---|---|---|---|
| Vendor: HANKOOK TIRE AMERICA CORP | 000983569 | **SEARS HOLDINGS MANAGEMENT CORP** Subsidy Program Agreement 3333 Beverly Road Hoffman Estates, IL 60179 | | |
| Factor: HANA FINANCIAL INC | | | | |

| Account Manager Address: 333 Commerce St Nashville, TN 37201 | Account Manager: Kim, Eric | | Phone: 615-432-0773 | Extension: |
|---|---|---|---|---|
| | Account Manager Email: erickim@hankooktireusa.com | | Fax: | |
| Buyer Name: Roman, Eric | Buyer Email: zz@searshc.com | Buyer Phone: | Buyer Fax: | Dept: | Location: |

General Desc: Vendor agrees to pay $2/Tire Support of Laufenn(LH01,LH41) purchases

Desc: Vendor shall pay SHMC the following dollar amount to support the sale of the following merchandise during the effective term.

**Detailed Billing Information**

| Amount | Bill Date | Amount | Bill Date |
|---|---|---|---|
| $99,332.00 | 12/15/17 | TBD | 02/06/18 |

Terms and Conditions: Feb/01/2017 - Jan/31/2018
Category: Volume Discount - Percent of Purchases
Formula: Fixed Amount
Subsidy Est.: $150,000.00    Cap:
Billing Method: SHMC Debit Memo    JA:
VBU/Division/Line/Item: 628/095//

Tiers:

1. Effective Term. Vendor's obligations under this Subsidy Program Agreement (the "Agreement") shall accrue throughout the Effective Term specified above (and any applicable renewal term indicated in the Program Description), but the provisions regarding billing and payment of Vendor funding shall continue in effect until 30 days after the last "Date to be Billed" shown above (the "Billing Date").
2. Billing/Payment Terms. All Vendor funding payable under each Program above shall be immediately due and payable on the Billing Date. SHMC may collect such funding through the Billing Method described above or SHMC may demand payments of such amounts by check at any time after the Billing Date. The amounts to be billed under some Programs shown above are based on SHMC good faith estimates of future purchases, sales or costs. If so, within 10 days after the end of the term, SHMC shall calculate the actual Vendor funding accrued under such Program, and Vendor shall pay any additional amounts due immediately upon demand.
3. Estimated Subsidy. Any estimated Program subsidies are for SHMC internal planning purposes only and are not binding on either party. The amounts and terms of any Vendor funding shall be determined solely in accordance with the Program Description above.

| Vendor - By: | Title: SENIOR DIRECTOR | Date: 12/18/201 |
|---|---|---|
| SHMC - By: | Title: | Date: |
| SHMC - By: | Title: | Date: |
| SHMC - By: | Title: | Date: |
| SHMC - By: | Title: | Date: |