# Exhibit 5

# Hankook

Hankook Tire America Corp.    Phone:    (615) 432-0700
333 Commerce St, Suite 600    Fax:      (615) 242-8709
Nashville, TN 37201, USA     Internet: www.hankooktireusa.com

BILL TO :
SEARS ROEBUCK & CO DBA SEARS HOLDI
2162
3333 BEVERLY ROAD
HOFFMAN ESTATES IL   60179

Tel : 1-847-286-7307
Fax :

SHIP TO :

**Credit memo**

Credit/Debit no.
**60162476**
Posting Date
02/08/2018
Credit/Debit History no.
CR18226375
Your account with us
**207862**

Dear Sir/Madam,

We have credited the amounts listed below to your account.  Please remember to deduct these amounts from your next payment.

_____

```
    Credit amount    :        250,000.00
    Other amount     :              0.00
    FET amount       :              0.00
                              _____
    Total            :        250,000.00   USD
```

Reason : SPIFF & PROMOTION

Note : CREDIT FOR 2017 BLACK FRIDAY SUPPORT

Approved by _____