# Exhibit 6

**From:** Chang Yool Han <cyhan@hankooktireusa.com>
**Sent:** Monday, August 8, 2016 10:51 AM
**To:** Yongchan Kim <erickim@hankooktireusa.com>; Jin Hyuk Lee <jhlee@hankooktireusa.com>; Elysia Kim <ekim@hankooktireusa.com>
**Subject:** FW: Sears Credit

FYI

Best regards

**C.Y. Han**
General Manager / Sales Management Team



**Hankook Tire America Corp.**
333 Commerce Street, Suite 600
Nashville, Tennessee 37201

Phone: +1 615 432 0771
Fax: +1 615 242 8709

Out of State Toll Free
Phone: 1 800 HANKOOK
Fax: 1 800 TIRES OK

E-Mail: cyhan@hankooktireusa.com

**From:** Cushman, James D [mailto:James.Cushman@searshc.com]
**Sent:** Monday, August 8, 2016 10:23 AM
**To:** Shawn Denlein
**Cc:** Chang Yool Han
**Subject:** RE: Sears Credit

This will work for us. Treasury will draw up and NDA for the terms and I'll forward to you for signature as soon

as I get it.

---

**From:** Shawn Denlein [mailto:sdenlein@hankooktireusa.com]
**Sent:** Thursday, August 04, 2016 5:59 PM
**To:** Cushman, James D
**Cc:** Chang Yool Han
**Subject:** Sears Credit

Jim,

Our proposal is below for Sears credit.

- Cash terms
- 4% cash and 4% anticipation, bringing the total to 8%
- Hankook understand that the time would be 5 days. This is based on receipt of goods by Sears
- Hankook would hold 500k in subsidy and at the end of each quarter the subsidy dollars would be calculated and Hankook would release any amount over 500k
- Orders would be regulated based on the 500k

Let me know as soon as you can.

*Shawn Denlein*
*SVP Sales*
*Hankook Tire America Corp.*
*333 Commerce Street*
*Nashville, TN*
*phone: 615 432-0703*

**Hankook**
driving emotion

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

**From:** Chang Yool Han <cyhan@hankooktireusa.com>
**Sent:** Thursday, September 13, 2018 8:01 AM
**To:** 'Roman, Eric' <Eric.Roman@searshc.com>
**Cc:** Elysia Kim <ekim@hankooktireusa.com>; Tabarah Johnson <Tabarah.Johnson@hankooktireusa.com>; JinHyuk Lee (Ayden) <jhlee@hankooktireusa.com>
**Subject:** RE: SEARS-207862

Eric,

Thanks for the feedback.
I added one more worksheet where you can see all open invoices excluding any short payment. – Document # is invoice #.
Please see attached list.

Any feedback would be really appreciated.
Thanks.
CY

**Chang Yool (C.Y.) Han**  |  General Manager     

Sales Management Team

HANKOOK TIRE AMERICA Corp.

333 Commerce Street, Suite 600, Nashville, Tennessee 37201

Phone : +1-615-432-0771

Mobile : +1-973-970-5828
Fax : +1-615-242-8709

E-Mail : cyhan@hankooktireusa.com/ chang@hankooktire.com

Out of State Toll Free
Phone : 1-800-HANKOOK
Fax : 1-800-TIRES OK

**From:** Roman, Eric [mailto:Eric.Roman@searshc.com]
**Sent:** Wednesday, September 12, 2018 4:44 PM
**To:** Chang Yool Han
**Cc:** Elysia Kim; Tabarah Johnson; JinHyuk Lee (Ayden)
**Subject:** RE: SEARS-207862

All of the short payments would have to come through me for review. Anything you have that has a late payment I can follow up with our accounting team on; I will just need help separating this out.

Underpaid invoices appear to be the majority. Starting with those:
If it was because of a quantity claim we would just need proof of delivery.
If it was because of a cost claim; we would just need proof that the price changed (and we were notified of the change in advance) before the purchase date.

Eric Roman
Category Manager – Tires
847-286-3658  |  D4-108B
Eric.Roman@searshc.com

**From:** Chang Yool Han [mailto:cyhan@hankooktireusa.com]
**Sent:** Wednesday, September 12, 2018 3:54 PM
**To:** Roman, Eric <Eric.Roman@searshc.com>
**Cc:** Elysia Kim <ekim@hankooktireusa.com>; Tabarah Johnson <Tabarah.Johnson@hankooktireusa.com>; JinHyuk Lee (Ayden) <jhlee@hankooktireusa.com>
**Subject:** FW: SEARS-207862

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Eric,

I am not sure if you can help this out.
Normally our AR department is communicating with AP from Sears, but recently we haven't gotten payments and we have quite a few open invoices remaining unpaid.

Can you please look into it? If you find any issue on our invoices, then let us know it.
I would really appreciate your support.

Thanks.

CY

### Chang Yool (C.Y.) Han   |   General Manager



Sales Management Team

**HANKOOK TIRE AMERICA Corp.**

333 Commerce Street, Suite 600, Nashville, Tennessee 37201

Phone : +1-615-432-0771
Mobile : +1-973-970-5828
Fax : +1-615-242-8709

E-Mail : cyhan@hankooktireusa.com/ chang@hankooktire.com

Out of State Toll Free
Phone : 1-800-HANKOOK
Fax : 1-800-TIRES OK

---

**From:** Tabarah Johnson
**Sent:** Wednesday, September 12, 2018 3:28 PM
**To:** Chang Yool Han
**Cc:** Elysia Kim
**Subject:** SEARS-207862

Please see the attached open item list for sears.

Also, below see the point of contact that I use.

Kannan, Sathish (Contractor); Kumria, Besjan; Ajik, Sheik Mohamed (Contractor); SearsHC@ap-audit.com; Louretha Pillow; Samara Buckner; Whitney Geter;

APHelp <aphelp@searshc.com>

Thank you

*Tabarah Johnson*
**Hankook Tire America Corp.**
**A/R Credit Department**
**Office: 615-432-0783**
**Fax: 615-242-8649**
Tabarah.Johnson@hankooktireusa.com

Going forward, you can send your check remittance to the following AR Team email
AHQ_Credit_AR@hankooktireusa.com

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.