# Exhibit B



Hankook Tire America Corp.  Phone:  (615) 432-0700
333 Commerce St, Suite 600  Fax:  (615) 242-8709
Nashville, TN 37201, USA  Internet:  www.hankooktireusa.com

# INVOICE

**Billing Address**

Company
**207862**,  Tel) 1-847-286-7307, Fax) 18472866691
**SEARS ROEBUCK & CO DBA SEARS HOLDINGS**
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

**Information**

| | |
|---|---|
| Invoice No | 9111798238 |
| Sales Order No | 1100037084  (04/05/2016) |
| Purchase Order No | 379019 |
| Invoice Issue Date | 08/19/2016 |
| Shipping Date | 08/19/2016 |
| Plant Name | 2440  (DFC PLANT) |
| Due Date | 08/19/2016 |
| Shipping Condition | 01  (PRE-PAID) |
| Container No. | TCNU6249845 |
| Payment Terms | HCA1 (Cash) |
|     Up to 08/19/2016 | $      71825.60 |

**Shipping Address**

Company
**212631**,  Tel) 1-904-751-8590
**SEARS LOGISTICS SERVICES INC. #0425**
10512 BUSCH DRIVE
JACKSONVILLE, FL 32218

1 / 2

**Invoice Details**

| No. | Material | Description | Discount | Qty/EA | Price/EA | FET/EA | FET AMT | Sales AMT |
|---|---|---|---|---|---|---|---|---|
| 10 | 1013962 (1018684) | P205/60R16V,04,H725,L,B,IL,HK | | 140 | 76.46 | | | 10,704.40 |
| 20 | 1013957 (1018664) | P185/65R14T,04,H725,L,B,IL,HK | | 130 | 53.71 | | | 6,982.30 |
| 30 | 1013976 (1018734) | P235/65R17H,04,H725,L,B,IL,HK | | 120 | 104.91 | | | 12,589.20 |
| 40 | 1013960 (1018676) | P205/65R15H,04,H725,L,B,IL,HK | | 120 | 69.87 | | | 8,384.40 |
| 50 | 1013961 (1018680) | P205/55R16H,04,H725,L,B,IL,HK | | 100 | 86.20 | | | 8,620.00 |
| 60 | 1013970 (1018710) | P235/65R16T,04,H725,L,B,IL,HK | | 80 | 90.14 | | | 7,211.20 |
| 70 | 1013968 (1018702) | P235/60R16T,04,H725,L,B,IL,HK | | 60 | 87.51 | | | 5,250.60 |
| 80 | 1013969 (1018706) | P215/65R16T,04,H725,L,B,IL,HK | | 50 | 77.01 | | | 3,850.50 |
| 90 | 1013966 (1018696) | P235/60R17T,04,H725,L,B,IL,HK | | 40 | 99.62 | | | 3,984.80 |
| 100 | 1013984 (1018738) | P215/70R15T,04,H725,L,B,IL,HK | | 20 | 69.40 | | | 1,388.00 |
| 110 | 1013973 (1018722) | P225/60R17T,04,H725,L,B,IL,HK | | 20 | 97.73 | | | 1,954.60 |
| 120 | 1013974 (1018726) | P215/65R17T,04,H725,L,B,IL,HK | | 10 | 90.56 | | | 905.60 |

-----------------------------------------------
**Merchant Total**       71,825.60
-----------------------------------------------
**Total Qty**   890    **Total Amount**   $     71,825.60

* * * * * *    SPECIAL NOTICE    * * * * *

THIS INVOICE IS NOT SUBJECT TO CASH DISCOUNT ON DUE DATE PAYMENT.

**MAKE CHECKS PAYABLE TO HANKOOK TIRE AMERICA CORP., AND MAIL THEM TO
Dept. LA 24406, Pasadena, CA 91185-4406.**
THIS ACCOUNT HAS BEEN ASSIGNED TO OUR FACTOR Hana Financial Inc.,1000 Wilshire Blvd.20th Floor,
Los Angeles, CA 90017-2407 ,TO WHOM PROMPT WRITTEN NOTICE MUST BE GIVEN OF ANY OBJECTION TO PAYMENT.

TO WHOM NOTICE MUST BE GIVEN OF ANY MERCHANDISE RETURNS, CLAIMS FOR SHORTAGES, NON-DELIVERY OR FOR OTHER
GROUNDS.



Hankook Tire America Corp.,  
333 Commerce St, Suite 600  
Nashville, TN 37201, USA  

Phone:  (615) 432-0700  
Fax:    (615) 242-8709  
Internet:  www.hankooktireusa.com  

# INVOICE

| Billing Address | |
|---|---|
| Company | |
| **207862**,  Tel) 1-847-286-7307, Fax) 18472866691 | |
| **SEARS ROEBUCK & CO DBA SEARS HOLDINGS** | |
| 3333 BEVERLY ROAD | |
| HOFFMAN ESTATES,  IL 60179 | |

| Information | |
|---|---|
| Invoice No | 9111798238 |
| Sales Order No | 1100037084  (04/05/2016) |
| Purchase Order No | 379019 |
| Invoice Issue Date | 08/19/2016 |
| Shipping Date | 08/19/2016 |
| Plant Name | 2440  (DFC PLANT) |
| Due Date | 08/19/2016 |
| Shipping Condition | 01  (PRE-PAID) |
| Container No. | TCNU6249845 |
| Payment Terms | HCA1 (Cash) |
| Up to 08/19/2016 | $      71825.60 |

| Shipping Address | |
|---|---|
| Company | |
| **212631**,  Tel) 1-904-751-8590 | |
| **SEARS LOGISTICS SERVICES INC. #0425** | |
| 10512 BUSCH DRIVE | |
| JACKSONVILLE,  FL 32218 | |

2 / 2

### Invoice Details

| No. | Material | Description | Discount | Qty/EA | Price/EA | FET/EA | FET AMT | Sales AMT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Our responsibility ends upon delivery to common carrier. All risks on these goods,  
whether held or shipped by carrier are assumed by purchaser.

DIRECT ALL BILLING INQUIRIES  
TO THE ABOVE ADDRESS

All claims must be made within 30 days upon receipt of goods.  
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN AUTHORIZATION.

LCRADM



Hankook Tire America Corp.  
333 Commerce St, Suite 600  
Nashville, TN 37201, USA  

Phone: (615) 432-0700  
Fax: (615) 242-8709  
Internet: www.hankooktireusa.com  

# INVOICE

| Billing Address | | Information | |
|---|---|---|---|
| Company | | Invoice No | 9140987267 |
| **207862**, Tel) 1-847-286-7307, Fax) 18472866691 | | Sales Order No | 3106140505  (07/12/2018) |
| **SEARS ROEBUCK & CO DBA SEARS HOLDIN** | | Purchase Order No | 548724 |
| 3333 BEVERLY ROAD | | Invoice Issue Date | 07/27/2018 |
| HOFFMAN ESTATES,  IL 60179 | | Shipping Date | 07/27/2018 |
| | | Plant Name | 21R1  (Rancho Cucamonga DC (HK)) |
| | | Due Date | 07/27/2018 |
| **Shipping Address** | | Shipping Condition | N2  (COLLECT) |
| Company | | Payment Terms | F000 (Immediately Due Net) |
| **210076**, Tel) 1-661-721-5923 | | Up to 07/27/2018 | $        59613.97 |
| **SEARS LOGISTICS SERVICES INC #449** | | | |
| TDC | | | |
| 1700 SCHUSTER RD DELANO INDUSTRIAL | | | |
| DELANO,  CA 93215 | | | 1 / 2 |

## Invoice Details

| No. | Material | Description | Discount | Qty/EA | Price/EA | FET/EA | FET AMT | Sales AMT |
|---|---|---|---|---|---|---|---|---|
| 10 | 1017230 (1017230) 36157 | 255/70R16T,04,LD01,L,B,I-,LF | | 100 | 80.51 | | | 8,051.00 |
| 20 | 1017228 (1017228) 36159 | 245/75R16T,04,LD01,L,B,I-,LF | | 60 | 65.26 | | | 3,915.60 |
| 30 | 1017235 (1017235) 36162 | 245/65R17T,04,LD01,L,B,I-,LF | | 100 | 84.00 | | | 8,400.00 |
| 40 | 1019688 (1019688) 36168 | 215/70R16H,04,LD01,L,B,I-,LF | | 20 | 64.05 | | | 1,281.00 |
| 50 | 1019690 (1019690) 36169 | 225/70R16H,04,LD01,L,B,I-,LF | | 200 | 56.58 | | | 11,316.00 |
| 60 | 1019694 (1019694) 36171 | 245/70R16T,04,LD01,L,B,I-,LF | | 140 | 67.07 | | | 9,389.80 |
| 70 | 1017214 (1017214) 36186 | 215/45ZR17W XL,04,LH01,L,B,I-, | | 68 | 48.72 | | | 3,312.96 |
| 80 | 1016754 (1016754) 36222 | 195/65R15H,04,LH41,L,B,I-,LF | | 58 | 36.94 | | | 2,142.52 |
| 100 | 1019026 (1019026) 36246 | 225/50R17H,04,LH41,L,B,I-,LF | | 249 | 47.41 | | | 11,805.09 |
| | | | | | | | **Merchant Total** | **59,613.97** |
| | | | | **Total Qty** | **995** | **Total Amount** | **$** | **59,613.97** |

\* \* \* \* \* \*   SPECIAL NOTICE   \* \* \* \* \*

THIS INVOICE IS NOT SUBJECT TO CASH DISCOUNT ON DUE DATE PAYMENT.

TO WHOM NOTICE MUST BE GIVEN OF ANY MERCHANDISE RETURNS, CLAIMS FOR SHORTAGES, NON-DELIVERY OR FOR OTHER GROUNDS.



Hankook Tire America Corp.,  Phone:   (615) 432-0700
333 Commerce St, Suite 600   Fax:     (615) 242-8709
Nashville, TN 37201, USA     Internet: www.hankooktireusa.com

# INVOICE

| Billing Address | Information | |
|---|---|---|
| Company<br>**207862**,  Tel) 1-847-286-7307, Fax) 18472866691<br>SEARS ROEBUCK & CO DBA SEARS HOLDIN<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,  IL 60179 | Invoice No<br>Sales Order No<br>Purchase Order No<br>Invoice Issue Date<br>Shipping Date<br>Plant Name<br>Due Date | 9140987267<br>3106140505  (07/12/2018)<br>548724<br>07/27/2018<br>07/27/2018<br>21R1  (Rancho Cucamonga DC (HK))<br>07/27/2018 |
| **Shipping Address** | Shipping Condition<br>Payment Terms | N2  (COLLECT)<br>F000 (Immediately Due Net) |
| Company<br>**210076**,  Tel) 1-661-721-5923<br>SEARS LOGISTICS SERVICES INC #449<br>TDC<br>1700 SCHUSTER RD DELANO INDUSTRIAL<br>DELANO,  CA 93215 | Up to 07/27/2018 | $    59613.97 |

2 / 2

### Invoice Details

| No. | Material | Description | Discount | Qty/EA | Price/EA | FET/EA | FET AMT | Sales AMT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Our responsibility ends upon delivery to common carrier. All risks on these goods,   DIRECT ALL BILLING INQUIRIES
whether held or shipped by carrier are assumed by purchaser.                         TO THE ABOVE ADDRESS

All claims must be made within 30 days upon receipt of goods.
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN AUTHORIZATION.



Hankook Tire America Corp.  Phone:    (615) 432-0700
333 Commerce St, Suite 600  Fax:      (615) 242-8709
NASHVILLE, TN 37201, USA    Internet: www.hankooktireusa.com

# INVOICE

## Billing Address
Company
**207862**, Tel) 1-847-286-7307, Fax) 18472866691
**SEARS ROEBUCK & CO DBA SEARS HOLDIN**
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

## Shipping Address
Company
**210076**, Tel) 1-661-721-5923
**SEARS LOGISTICS SERVICES INC #449**
TDC
1700 SCHUSTER RD DELANO INDUSTRIAL
DELANO, CA 93215

## Information
| | |
|---|---|
| Invoice No | 9141056477 |
| Sales Order No | 3500048552  (06/21/2018) |
| Purchase Order No | 540663 |
| Invoice Issue Date | 08/30/2018 |
| Shipping Date | 08/30/2018 |
| Plant Name | 21Z0  (DFC PLANT (US)) |
| Due Date | 08/30/2018 |
| Shipping Condition | N2  (COLLECT) |
| Payment Terms | F000 (Immediately Due Net) |
| Up to 08/30/2018 | $     42350.57 |

1 / 1

## Invoice Details

| No. | Material | Description | Discount | Qty/EA | Price/EA | FET/EA | FET AMT | Sales AMT |
|---|---|---|---|---|---|---|---|---|
| 10 | 1017210 (1017210) 36185 | 205/50ZR17W XL,04,LH01,L,B,I-, | | 106 | 52.42 | | | 5,556.52 |
| 20 | 1017214 (1017214) 36186 | 215/45ZR17W XL,04,LH01,L,B,I-, | | 222 | 48.72 | | | 10,815.84 |
| 30 | 1017211 (1017211) 36187 | 215/50ZR17W XL,04,LH01,L,B,I-, | | 324 | 50.21 | | | 16,268.04 |
| 40 | 1017216 (1017216) 36192 | 235/45ZR17W,04,LH01,L,B,I-,LF | | 80 | 54.05 | | | 4,324.00 |
| 50 | 1018998 (1018998) 36205 | 235/60R18V XL,04,LH01,L,B,I-,L | | 87 | 61.91 | | | 5,386.17 |
| | | | | | | | **Merchant Total** | **42,350.57** |
| | | | **Total Qty** | **819** | | **Total Amount** | **$** | **42,350.57** |

\* \* \* \* \* \*    **SPECIAL NOTICE**    \* \* \* \* \*

THIS INVOICE IS NOT SUBJECT TO CASH DISCOUNT ON DUE DATE PAYMENT.

TO WHOM NOTICE MUST BE GIVEN OF ANY MERCHANDISE RETURNS, CLAIMS FOR SHORTAGES, NON-DELIVERY OR FOR OTHER GROUNDS.

Our responsibility ends upon delivery to common carrier. All risks on these goods,        DIRECT ALL BILLING INQUIRIES
whether held or shipped by carrier are assumed by purchaser.                              TO THE ABOVE ADDRESS

All claims must be made within 30 days upon receipt of goods.
NO RETURNS WILL BE ACCEPTED WITHOUT OUR WRITTEN AUTHORIZATION.