# Exhibit A



**Hankook Tire America Corp.**

1450 Valley Road
Wayne, NJ 07470
TEL 973-633-9000  FAX 973-633-0028
hankooktireusa.com

July 20, 2016

Dear Hankook Tire (Dealer Partner),

This letter is to inform you of Hankook Tire America's upcoming headquarters relocation.

After twenty one years in Wayne, New Jersey, Hankook Tire America will be moving its headquarters to Nashville, Tennessee. The Wayne, New Jersey headquarters will close at the end of the business day on Friday, July 29th, 2016. The new headquarters in Nashville, Tennessee will open on Monday, August 1st, 2016.

This relocation will support Hankook Tire's rapid growth and planned opening of its first U.S.-based production facility in Clarksville, Tennessee. Nashville, Tennessee's central U.S. location will enable Hankook Tire to more efficiently serve its original equipment and retail customers and better align its manufacturing operations with sales, marketing and other functions.

Below please find Hankook Tire America's Nashville, headquarters address and contact information:

Hankook Tire America Corporation
333 Commerce Street
Suite 600
Nashville, TN 37201

Tel. 1-615-432-0700
       1-800-HANKOOK


Thank you for your continued support

Sincerely,

Hee-se Ahn
President
Hankook Tire America Corporation