ALSTON & BIRD LLP
Leib M. Lerner (*Admitted Pro Hac Vice*)
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com

-and-
James J. Vincequerra
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: James.Vincequerra@alston.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

**Hearing Date and Time:**
October 3, 2019 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                    Chapter 11

SEARS HOLDING CORPORATION, *et al.*,         Case No. 18-23538 (RDD)

                                              Debtors.            (Jointly Administered)
-------------------------------------------------------X

**JOINDER OF TWENTIETH CENTURY FOX HOME ENTERTAINMENT
LLC TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD. *ET AL* TO
CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT
CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS
AFFILIATED DEBTORS AND TO
<u>TERMINATE EXCLUSIVITY [DOC 5266]</u>**

**TO: THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:**

Twentieth Century Fox Home Entertainment LLC, ("**Fox**"), by its attorneys, Alston & Bird LLP, submits this joinder to the supplemental objection of Mien Co. Ltd. *et al* to confirmation of the modified second amended joint chapter 11 plan ("**Plan**") of Sears Holdings Corporation and

its affiliated debtors and to terminate exclusivity (the "**Mien Supplemental Objection**") [Doc 5266], and represents and says as follows:

1. Fox is an administrative creditor of this estate. Fox joins in and supports the Mien Supplemental Objection.

2. The Court should <u>not</u> confirm the Plan.

Dated: New York, New York
October 2, 2019

                                  ALSTON & BIRD LLP

                                  By: _/s/ James J. Vincequerra, Esq._
                                  James J. Vincequerra
                                  90 Park Avenue
                                  New York, NY 10016-1387
                                  Telephone: (212) 210-9400
                                  Facsimile: (212) 210-9444
                                  Email: James.Vincequerra@alston.com

                                           *- and –*

                                  Leib M. Lerner (Admitted Pro Hac Vice)
                                  333 South Hope Street, 16th Floor
                                  Los Angeles, CA  90071
                                  Telephone: (213) 576-1000
                                  Facsimile: (213) 576-1100
                                  Email: Leib.Lerner@alston.com
                                  *Attorneys for Twentieth Century Fox Home Entertainment LLC*