# **CERTIFICATE OF SERVICE**

     I hereby caused a true and correct copy of the foregoing Joinder to be served upon the parties listed below via first class mail and ECF Notification on October 2, 2019.

                                                     /s/ James J. Vincequerra
                                                      James J. Vincequerra

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock<br>      Jacqueline Marcus<br>      Garret A. Fail<br>      Sunny Singh | Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Paul Schwartzberg |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Attn: Ira Dizengoff<br>      Philip Dublin<br>      Sara Brauner | The Sarachek Law Firm<br>101 Park Avenue, 27th Floor<br>New York, NY 10178<br>Attn: Joseph E. Sarachek |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attorneys for Bank of America, N.A.<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake | Seyfarth Shaw LLP<br>Attorneys for Wilmington Trust, N.A.<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox |
| Kelley Drye & Warren LLP<br>Attorneys for Computershare Trust Co., N.A.<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson | Davis Polk & Wardell LLP<br>Attorneys for Citibank, N.A.<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attn: Eli J. Vonnegut |
| Cleary Gottlieb Steen & Hamilton<br>Attorneys for JPP, LLC, JPP II, LLC,<br>   and ESL Investments, Inc.<br>One Liberty Plaza<br>New York, NY, 10006<br>Attn: Sean A. O'Neal | Locke Lord LLP<br>Attorneys for the Pension Benefit Guaranty Corp.<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Aaron C. Smith |

| | |
|---|---|
| Carter Ledyard & Milburn LLP<br>Attorneys for Bank of New York Mellon Trust Co.<br>2 Wall Street<br>New York, NY 10005<br>Attn: James Gadsden | Akin Gump Strauss Hauer & Feld LLP<br>Attorneys for the Official Committee of Unsecured Creditors<br>One Bryant Park<br>New York, NY 10036<br>Attn: Ira S. Dizengoff |