Hearing Date and Time:
October 3, 2019 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------){

In re:                                                    Chapter 11

SEARS HOLDING CORPORATION, *et al.,*                      Case No. 18-23538 (RDD)

                              Debtors.                    (Jointly Administered)

---------------------------------------------------------}{


**JOINDER BY SERTA SIMMONS BEDDING, LLC, SERTA, INC.,
SIMMONS BEDDING COMPANY, LLC AND SSB MANUFACTURING
COMPANY TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD.
*ET AL* TO CONFIRMATION OF THE MODIFIED SECOND
AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS
CORPORATION AND ITS AFFILIATED DEBTORS AND TO
TERMINATE EXCLUSIVITY [DOC 5266]**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Serta Simmons Bedding, LLC, Serta, Inc., Simmons Bedding Company, LLC and SSB Manufacturing Company (collectively, "Simmons"), submit this joinder to the supplemental objection of Mien Co. Ltd. *et al* to confirmation of the modified second amended joint chapter 11 plan ("Plan") of Sears Holdings Corporation and its affiliated debtors and to terminate exclusivity (the "Mien Supplemental Objection") [Doc 5266], and represents and says as follows:

1. Simmons is an administrative creditor of this estate. Simmons joins in and supports the Mien Supplemental Objection.

2. The Court should not confirm the Plan.

October 2, 2019.

**ROGERS LAW OFFICES**

By: */s/Beth E. Rogers*
Beth E. Rogers
Georgia Bar No. 612092
The Equitable Building
100 Peachtree Street, Ste. 1950
Atlanta, Georgia 30303
770-685-6320 phone
678-990-9959 fax
brogers@berlawoffice.com
*Attorney for Simmons*

**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 |
| (RDD) Debtors.[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Beth E. Rogers, hereby certify that on October 2, 2019, I caused true, complete and accurate copies of the **JOINDER OF SERTA SIMMONS BEDDING, LLC, SERTA, INC., SIMMONS BEDDING COMPANY, LLC AND SSB MANUFACTURING COMPANY TO SUPPLEMENTAL OBJECTION OF MIEN CO. LTD.** *ET AL* **TO CONFIRMATION OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS AND TO TERMINATE EXCLUSIVITY [DOC 5266]** to be served upon each of the parties listed below via pre-paid properly addressed U.S. mail:

| |
|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court, S.D.N.Y.<br>300 Quarropas Street<br>White Plains, NY 10601 |
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn: Stephen Sitley Esq.<br>        Luke J. Valentino, Esq. |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock, P.C.<br>        Jacqueline Marcus, Esq.<br>        Garret A. Fail, Esq. Sunny<br>        Singh, Esq. |
| Office of the United States Trustee for Region 2<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq. |

| |
|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>*Attorneys for Bank of America, N.A.*<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.<br>      Shana A. Elberg, Esq.<br>      George R. Howard, Esq. |
| Davis Polk & Wardell LLP<br>*Attorneys for Citibank, N.A.*<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attn: Marshall S. Huebner, Esq.<br>      Eli J. Vonnegut, Esq. |
| Cleary, Gottlieb<br>*Attorneys for JPP, LLC*<br>One Liberty Plaza New<br>York, NY, 10006<br>Attn: Sean A. O'Neal, Esq. |
| Kelley Drye & Warren LLP<br>Attorneys for Computershare Trust Company, N.A.<br>101 Park Avenue<br>New York, NY 1017<br>Attn: Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq. T. Charlie Liu, Esq. |
| Seyfarth Shaw LLP<br>Attorneys for Wilmington Trust, National Association<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox, Esq. |
| Carter Ledyard & Milburn LLP<br>Attorneys for the Bank of New York Mellon Trust Company<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq. |
| Locke Lord LLP<br>Attorneys for the Pension Benefit Guaranty Corporation<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq. |
| Akin Gump Strauss Hauer & Feld LLP<br>Attorneys for the Official Committee of Unsecured Creditors<br>One Bryant Park<br>New York, NY 10036<br>Attn: Philip C. Dublin, Esq. |

I declare under penalty of perjury that the foregoing is true and correct.

This 2nd day of October, 2019.

                                                    By: */s/Beth E. Rogers*
                                                   Beth E. Rogers