# Exhibit A

| DATE | INVOICE | STORE | AMOUNT |
|---|---|---|---:|
| 9/25/2018 | 803433225 | 007749 | 1,624.92 |
| 9/25/2018 | 803433233 | 007749 | 790.96 |
| 9/25/2018 | 302403208 | 004483 | 232.68 |
| 9/25/2018 | 313146552 | 007654 | 1,222.17 |
| 9/25/2018 | 377212756 | 003793 | 669.60 |
| 9/25/2018 | 313146569 | 009420 | 69.12 |
| 9/25/2018 | 774518797 | 007673 | 73.85 |
| 9/25/2018 | 221913562 | 009381 | 679.67 |
| 9/26/2018 | 871614780 | 007653 | 123.12 |
| 9/26/2018 | 156431843 | 003884 | 148.59 |
| 9/26/2018 | 783215865 | 004706 | 367.16 |
| 9/26/2018 | 501208875 | 007225 | 146.70 |
| 9/27/2018 | 803433245 | 007749 | 1,966.90 |
| 9/27/2018 | 595134571 | 009414 | 521.28 |
| 9/27/2018 | 591809139 | 007177 | 602.64 |
| 9/27/2018 | 446927784 | 009420 | 15.78 |
| 9/27/2018 | 190038006 | 007749 | 306.22 |
| 9/27/2018 | 653100059 | 009423 | 93.72 |
| 9/27/2018 | 390914547 | 007175 | 178.20 |
| 9/27/2018 | 379401738 | 003483 | 138.24 |
| 9/28/2018 | 362311040 | 009614 | 180.26 |
| 9/28/2018 | 390040911 | 003737 | 563.40 |
| 9/28/2018 | 337920541 | 004751 | 181.44 |
| 9/28/2018 | 134531134 | 003486 | 95.52 |
| 9/28/2018 | 520400356 | 004819 | 359.16 |
| 9/29/2018 | 774518801 | 007673 | 35.74 |
| 9/30/2018 | 684601821 | 003301 | 264.72 |
| 9/30/2018 | 345303453 | 007777 | 2,212.86 |
| 10/1/2018 | 446927868 | 009420 | 18.35 |
| 10/2/2018 | 803433302 | 007749 | 680.98 |
| 10/2/2018 | 803433290 | 007749 | 1,774.06 |
| 10/2/2018 | 197291086 | 007777 | 148.04 |
| 10/2/2018 | 774518824 | 007673 | 116.13 |
| 10/2/2018 | 302011901 | 003131 | 72.84 |
| 10/2/2018 | 313146616 | 009420 | 521.52 |
| 10/2/2018 | 313146619 | 007654 | 673.32 |
| 10/2/2018 | 871614801 | 007653 | 185.04 |
| 10/4/2018 | 640644294 | 003074 | 367.92 |
| 10/4/2018 | 424301919 | 003954 | 314.82 |
| 10/5/2018 | 803433315 | 007749 | 1,075.00 |
| 10/5/2018 | 803433316 | 007749 | 423.96 |
| 10/5/2018 | 446927945 | 009420 | 18.56 |
| 10/5/2018 | 190038111 | 007749 | 356.91 |
| 10/5/2018 | 310153472 | 004857 | 87.84 |
| 10/6/2018 | 803433327 | 007749 | 581.20 |
| 10/6/2018 | 827805531 | 004782 | 263.52 |
| 10/6/2018 | 774518843 | 007673 | 44.28 |

| Date | | | |
|---|---|---|---|
| 10/8/2018 | 500423362 | 004871 | 324.42 |
| 10/9/2018 | 803433353 | 007749 | 1,124.92 |
| 10/9/2018 | 803433362 | 007749 | 565.24 |
| 10/9/2018 | 446928018 | 009420 | 45.41 |
| 10/9/2018 | 774518856 | 007673 | 56.91 |
| 10/10/2018 | 694636471 | 003888 | 653.04 |
| 10/10/2018 | 444801109 | 003828 | 166.32 |
| 10/10/2018 | 871614828 | 007653 | 188.64 |
| 10/10/2018 | 513901799 | 004470 | 345.36 |
| 10/10/2018 | 134531208 | 003486 | 120.96 |
| 10/10/2018 | 702130479 | 003235 | 147.60 |
| 10/10/2018 | 591809215 | 007177 | 322.80 |
| 10/11/2018 | 508401239 | 009348 | 316.70 |
| 10/11/2018 | 786101466 | 007756 | 322.80 |
| 10/11/2018 | 313146689 | 007654 | 488.76 |
| 10/12/2018 | 687025823 | 004810 | 372.10 |
| 10/12/2018 | 625400300 | 003527 | 200.52 |
| 10/12/2018 | 446928059 | 009420 | 10.52 |
| 10/12/2018 | 190038202 | 007749 | 308.54 |
| 10/13/2018 | 803433389 | 007749 | 617.76 |
| 10/13/2018 | 803433374 | 007749 | 730.68 |
| 10/13/2018 | 328116453 | 009354 | 214.80 |