IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:                                                : Bankruptcy No. 18-23538 (RDD)
    SEARS HOLDING CORPORATION,    :
    et al.                                     :
                Debtors.           :
                                                      :
                                                      : Chapter 11 (Jt. Admin.)
                                                      : Document No.
                                                      : Related Docket no: 4776
                                                      : Hearing Date: October 23, 2019,
                                                      : 10:00 am EST
                                                      : Response Deadline: Sept. 3, 2019[1]

**VERIFICATION OF RUPESH SANGHAVI
IN SUPPORT OF JOINT RESPONSE OF VIR VENTURES, INC. AND AMI VENTURES, INC. IN
OPPOSITION TO DEBTORS' SECOND OMNIBUS OBJECTION TO
PROOFS OF CLAIMS**

_____ (Rupesh Sanghavi) duly sworn, deposes and says:

    I have read the foregoing **JOINT RESPONSE OF VIR VENTURES, INC. AND AMI VENTURES, INC. IN OPPOSITION TO DEBTORS' SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIMS** and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous.

_____
Signature.

RUPESH SANGHAVI
Name (Printed)

Sworn to before me this

25 day of September 2019

_____
Notary Public (Signature)

Dennis Patel
Notary Public Name (Printed)

DENNIS C PATEL
Notary ID #129259336
My Commission Expires
March 20, 2021

---

[1] Response deadline extended pursuant to email agreement with Debtors' counsel.

Scanned by CamScanner

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: : Bankruptcy No. 18-23538 (RDD)
   SEARS HOLDING CORPORATION, :
   et al. :
         Debtors. :
: Chapter 11 (Jt. Admin.)
: Document No.
: Related Docket no: 4776
: Hearing Date: October 23, 2019,
  10:00 am EST
: Response Deadline:

**VERIFICATION OF RUPESH SANGHAVI IN SUPPORT OF JOINT MOTION OF VIR VENTURES, INC. AND AMI VENTURES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §503(b)(1)**

_Rupesh Sanghavi_ (Rupesh Sanghavi) duly sworn, deposes and says:

I have read the foregoing **JOINT MOTION OF VIR VENTURES, INC. AND AMI VENTURES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §503(b)(1)** and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous.

_Rupesh Sanghavi_
Signature.

RUPESH SANGHAVI
Name (Printed)

Sworn to before me this

25 day of September, 2019

DENNIS C PATEL
Notary ID #129259336
My Commission Expires
March 20, 2021

Notary Public (Signature)

Scanned by CamScanner

Dennis Patel
**Notary Public Name (Printed)**

Scanned by CamScanner