UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## SUBSTITUTION OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS

**TO THE CLERK OF THE BANKRUPTCY COURT
AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Hyun Suk Choi, Esq., of Choi & Park, LLC, hereby withdraws as counsel to creditor, Winiadaewoo Electronics America, Inc. ("Winiadaewoo") and gives notice that Perry R. Clark, Esq., of the Law Offices of Perry R. Clark, is hereby substituted as counsel to Winiadaewoo. Please update the Court records to reflect counsel's current contact information and address as indicated below.

Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedures, Winiadaewoo requests that copies of all

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

143322 2

notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

>Perry Clark, Esq.
>Law Offices of Perry R. Clark
>825 San Antonio Road
>Palo Alto, California 94303
>Tel.: 650.248.5817
>Email: perry@perryclarklaw.com

The pro hac vice application of Perry Clark was filed on September 27, 2019 (Doc. 5252).

>Substituting Counsel for
>Winiadaewoo Electronics America, Inc.
>
>_____
>Perry Clark, Esq.
>Law Offices of Perry R. Clark
>825 San Antonio Road
>Palo Alto, California 94303
>Tel.: 650.248.5817
>Email: perry@perryclarklaw.com

Dated: _____October 3___, 2019

>Withdrawing Counsel
>
>_____
>Hyun Suk Choi, Esq.
>Choi & Park, LLC
>11 Broadway, Suite 615
>New York, New York
>Tel.: 212.695.0010
>Email: hchoi@choiandpark.com
>         cpark@choiandpark.com
>         lkleist@choiandpark.com

Dated: September 30, 2019

2

143322 2