**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## NINTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2019 THROUGH JULY 31, 2019

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | July 1, 2019 through July 31, 2019 |
| Monthly Fees Incurred: | $116,633.50 |
| Monthly Expenses Incurred: | $720.00 |
| Total Fees and Expenses: | $117,353.50 |

This is a: __X__ monthly _____ interim _____ final application

      This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

      1.    The fees and expenses for the period from July 1, 2019 through and including July 31, 2019 (the "**Ninth Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $116,633.50 |
| Expenses | 720.00 |
| **TOTAL** | **$117,353.50** |

      2.    In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

|                          |             |
|--------------------------|-------------|
| Professional Fees at 80% | $93,306.80  |
| Expenses at 100%         | 720.00      |
| **TOTAL**                | **$94,026.80** |

3.  The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Ninth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4.  A summary of aggregate hours worked and aggregate hourly fees for each task code during the Ninth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5.  Detailed time entry by task code during the Ninth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6.  A summary of expenses incurred during the Ninth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7.  Detailed breakdown of the expenses incurred during the Ninth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8.  FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Ninth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9.      Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10.     Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than October 21, 2019 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11.     If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12.     If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        October 4, 2019

                        FTI CONSULTING, INC.
                        Financial Advisors to the Official Committee of
                        Unsecured Creditors of Sears Holdings Corporation

                        By:     */s/ Matthew Diaz*
                                Matthew Diaz, Senior Managing Director
                                Three Times Square, 10th Floor
                                New York, New York 10036
                                Telephone: (212) 499-3611
                                Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Greenspan, Ronald F | Sr Managing Dir | Real Estate | $ 1,195 | 0.5 | $ 597.50 |
| Simms, Steven | Sr Managing Dir | CF - Core | 1,195 | 2.5 | 2,987.50 |
| Star, Samuel | Sr Managing Dir | CF - Core | 1,095 | 4.6 | 5,037.00 |
| Joffe, Steven | Sr Managing Dir | CF - Tax | 1,095 | 1.0 | 1,095.00 |
| Diaz, Matthew | Sr Managing Dir | CF - Core | 1,050 | 17.0 | 17,850.00 |
| Nelson, Cynthia A | Sr Managing Dir | Real Estate | 1,050 | 1.9 | 1,995.00 |
| Gotthardt, Gregory | Sr Managing Dir | Real Estate | 775 | 5.8 | 4,495.00 |
| Eisler, Marshall | Senior Director | CF - Core | 795 | 27.4 | 21,783.00 |
| Khazary, Sam | Senior Director | CF - Core | 795 | 4.8 | 3,816.00 |
| Peterson, Stephen | Senior Director | Real Estate | 560 | 2.0 | 1,120.00 |
| McCaskey, Morgan | Sr Consultant | CF - Core | 595 | 2.5 | 1,487.50 |
| Kaneb, Blair | Consultant | CF - Core | 400 | 41.8 | 16,720.00 |
| Kim, Ye Darm | Consultant | CF - Core | 400 | 92.2 | 36,880.00 |
| Hellmund-Mora, Marili | Project Asst | CF - Core | 275 | 2.8 | 770.00 |
| **GRAND TOTAL** | | | | **206.8** | **$ 116,633.50** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**

**SUMMARY OF HOURS BY TASK**

**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 5 | Real Estate Issues | 13.5 | $ 8,851.00 |
| 11 | Prepare for and Attend Court Hearings | 2.1 | $ 2,364.50 |
| 13 | Analysis of Other Miscellaneous Motions | 6.8 | $ 2,720.00 |
| 14 | Analysis of Claims/Liab Subject to Compr | 0.6 | $ 630.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 4.8 | $ 4,410.00 |
| 17 | Wind Down Monitoring | 20.2 | $ 9,636.50 |
| 18 | Potential Avoidance Actions & Litigation | 128.6 | $ 68,838.00 |
| 19 | Case Management | 5.0 | $ 5,313.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 0.6 | $ 630.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 7.4 | $ 5,749.00 |
| 22 | Meetings with Other Parties | 0.7 | $ 786.50 |
| 24 | Preparation of Fee Application | 16.5 | $ 6,705.00 |
|  | **GRAND TOTAL** | **206.8** | **116,633.50** |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 7/15/2019 | Kaneb, Blair | 1.5 | Analyze documents related to monetized ground leases. |
| 5 | 7/16/2019 | Khazary, Sam | 0.8 | Review analysis related to monetized ground leases. |
| 5 | 7/18/2019 | Nelson, Cynthia A | 0.3 | Review and respond to email from W. Gallagher regarding proposed sale of real property. |
| 5 | 7/18/2019 | Khazary, Sam | 1.0 | Review analysis the proposed Vernon, CA real estate transaction. |
| 5 | 7/18/2019 | Khazary, Sam | 1.0 | Review analysis of the JLL property management proposal. |
| 5 | 7/18/2019 | Kaneb, Blair | 0.9 | Review and analyze the Debtors proposed real estate sales and transactions. |
| 5 | 7/19/2019 | Nelson, Cynthia A | 0.5 | Review and respond to emails from Debtor's advisors with respect to proposed management agreement with JLL. |
| 5 | 7/26/2019 | Nelson, Cynthia A | 0.5 | Review and respond to inquiries from the Debtors regarding approval of real estate transactions. |
| 5 | 7/26/2019 | Khazary, Sam | 1.0 | Review and analysis of the proposed Texarkana, TX real estate transaction. |
| 5 | 7/30/2019 | Nelson, Cynthia A | 0.3 | Participate in internal meeting re: ongoing real estate sales. |
| 5 | 7/30/2019 | Khazary, Sam | 1.0 | Review and analyze the proposed Lithuania, GA real estate transaction. |
| 5 | 7/30/2019 | Peterson, Stephen | 2.0 | Provide analysis of Debtors' proposed sale of the Sears store at the Mall at Stonecrest and current developments at the mall. |
| 5 | 7/30/2019 | Kaneb, Blair | 1.5 | Review status of ongoing real estate sales. |
| 5 | 7/31/2019 | Nelson, Cynthia A | 0.3 | Review and respond to debtor inquiries regarding proposed real estate sales. |
| 5 | 7/31/2019 | Kaneb, Blair | 0.9 | Create analysis of Lithonia, GA sale price. |
| **5 Total** | | | **13.5** | |
| 11 | 7/23/2019 | Simms, Steven | 1.1 | Attend hearing telephonically on 507B claims. |
| 11 | 7/23/2019 | Diaz, Matthew | 1.0 | Attend hearing on 507B claims telephonically. |
| **11 Total** | | | **2.1** | |
| 13 | 7/15/2019 | Kim, Ye Darm | 2.3 | Analyze IP/Ground Lease Term Loan sources and uses. |
| 13 | 7/16/2019 | Kim, Ye Darm | 2.3 | Analyze IP/Ground Lease term loan credit amendments. |
| 13 | 7/16/2019 | Kim, Ye Darm | 1.1 | Continue analysis of IP/Ground Lease term loan sources and uses. |
| 13 | 7/16/2019 | Kim, Ye Darm | 1.1 | Continue review of IP/Ground Lease term loan credit amendments. |
| **13 Total** | | | **6.8** | |
| 14 | 7/26/2019 | Diaz, Matthew | 0.6 | Perform review of tax claims filed. |
| **14 Total** | | | **0.6** | |
| 16 | 6/11/2019 | Kim, Ye Darm | 1.2 | Review counsel's memo on outstanding APA disputes between Debtors and Transform. |
| 16 | 7/1/2019 | Simms, Steven | 0.6 | Review outstanding plan confirmation issues re: APA disputes. |
| 16 | 7/3/2019 | Diaz, Matthew | 1.1 | Review the Debtors' brief in connection with the Transform dispute. |
| 16 | 7/10/2019 | Star, Samuel | 0.4 | Review summary of Transform APA issues and impact on estate solvency. |
| 16 | 7/10/2019 | Star, Samuel | 0.2 | Review Debtors' revised disclosure statement. |
| 16 | 7/10/2019 | Diaz, Matthew | 0.5 | Review Debtors' revised disclosure statement. |
| 16 | 7/11/2019 | Star, Samuel | 0.5 | Review summary of Transform APA hearing and asses potential impact on estate. |
| 16 | 7/12/2019 | Star, Samuel | 0.3 | Review updated solvency tracker for information on treatment of open Transform APA issues. |
| **16 Total** | | | **4.8** | |
| 17 | 7/8/2019 | Diaz, Matthew | 0.5 | Review updated administrative solvency tracker provided by the Debtors |
| 17 | 7/11/2019 | Star, Samuel | 0.1 | Review and compare latest solvency tracker to projected cash at emergence in disclosure statement. |
| 17 | 7/18/2019 | Simms, Steven | 0.3 | Participate in internal meeting re: administrative solvency issues. |
| 17 | 7/18/2019 | Star, Samuel | 0.3 | Participate in internal meeting re: administrative solvency issues. |
| 17 | 7/19/2019 | Kim, Ye Darm | 2.8 | Review Debtors and 2L responses and motions re: APA disputes. |
| 17 | 7/24/2019 | Kim, Ye Darm | 1.7 | Prepare responses to Counsel's request re: solvency tracker. |
| 17 | 7/24/2019 | Kim, Ye Darm | 2.0 | Continue preparation of responses to Counsel's request re: solvency tracker. |
| 17 | 7/24/2019 | Kim, Ye Darm | 3.6 | Prepare sensitivity analysis of latest estimates re: APA disputes. |
| 17 | 7/24/2019 | Kim, Ye Darm | 1.8 | Create analysis of solvency estimate per latest APA estimates. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 7/25/2019 | Diaz, Matthew | 1.1 | Perform detailed review of the updated solvency tracker analysis. |
| 17 | 7/25/2019 | Kim, Ye Darm | 2.4 | Prepare additional summary slides re: APA disputes. |
| 17 | 7/25/2019 | Kaneb, Blair | 1.5 | Create summary analysis of latest solvency tracker for Counsel. |
| 17 | 7/27/2019 | Kim, Ye Darm | 2.1 | Process revisions to summary slides re: APA disputes. |
| **17 Total** | | | **20.2** | |
| 18 | 7/1/2019 | Eisler, Marshall | 1.8 | Analyze counsel's memo re: outstanding APA dispute items. |
| 18 | 7/2/2019 | Eisler, Marshall | 1.4 | Participate in call with admin creditor re: outstanding APA disputes. |
| 18 | 7/2/2019 | Eisler, Marshall | 1.8 | Review documents identified by counsel re: purchase price allocation. |
| 18 | 7/2/2019 | Kim, Ye Darm | 1.6 | Review purchase price sources and uses of prepetition transactions. |
| 18 | 7/5/2019 | Gotthardt, Gregory | 2.3 | Review additional discovery documents and participate in discussion with Counsel regarding relevance to litigation claims. |
| 18 | 7/7/2019 | Eisler, Marshall | 2.3 | Prepare exhibit re: historical stock ownership by insiders. |
| 18 | 7/8/2019 | Kim, Ye Darm | 1.1 | Create analysis of Sears historical market cap. |
| 18 | 7/10/2019 | Diaz, Matthew | 1.0 | Review summary slides of Sears' prepetition transactions. |
| 18 | 7/12/2019 | Diaz, Matthew | 2.5 | Participate in discussion re: estimation of litigation proceeds from causes of action. |
| 18 | 7/12/2019 | McCaskey, Morgan | 1.0 | Review debt refinancing transactions analysis. |
| 18 | 7/12/2019 | Gotthardt, Gregory | 2.3 | Review of solvency information and call with Akin Gump to discuss solvency issues and litigation proceeds. |
| 18 | 7/12/2019 | Kim, Ye Darm | 3.2 | Prepare responses to Counsel's request re: prepetition transactions. |
| 18 | 7/12/2019 | Kim, Ye Darm | 3.5 | Continue to prepare responses to Counsel's request re: prepetition transactions. |
| 18 | 7/15/2019 | Kim, Ye Darm | 0.9 | Prepare summary of Sears historical asset dispositions. |
| 18 | 7/15/2019 | Eisler, Marshall | 1.7 | Review exhibit summarizing sources and uses for recent debt financing. |
| 18 | 7/15/2019 | Eisler, Marshall | 0.9 | Review draft responses to diligence questions posed by Counsel. |
| 18 | 7/16/2019 | Eisler, Marshall | 1.1 | Participate in call with Akin re: questions re: transactions investigations. |
| 18 | 7/16/2019 | Eisler, Marshall | 1.9 | Prepare for call with Counsel re: diligence questions for prepetition investigations. |
| 18 | 7/16/2019 | Eisler, Marshall | 1.7 | Provide revisions to exhibit showing benefits received by non-guarantors of certain facilities. |
| 18 | 7/16/2019 | McCaskey, Morgan | 0.5 | Review responses re: Akin questions crafted by FTI team. |
| 18 | 7/16/2019 | Kim, Ye Darm | 1.3 | Review analysis of ESL debt holdings. |
| 18 | 7/16/2019 | Kaneb, Blair | 3.2 | Prepare summary of responses to Counsel's requests. |
| 18 | 7/17/2019 | Kim, Ye Darm | 0.9 | Research historical equity ownership of Sears. |
| 18 | 7/17/2019 | Kim, Ye Darm | 1.2 | Continue preparation of investigations responses to Counsel's request. |
| 18 | 7/19/2019 | Eisler, Marshall | 2.7 | Review exhibits summarizing diligence repsonses to Akin |
| 18 | 7/19/2019 | Kim, Ye Darm | 1.8 | Analyze certain accounting disclosures per Counsel's request. |
| 18 | 7/19/2019 | Kim, Ye Darm | 0.9 | Research stock transfer agent for prepetition transactions. |
| 18 | 7/22/2019 | Kim, Ye Darm | 1.4 | Continue to analyze historical equity ownership. |
| 18 | 7/22/2019 | Eisler, Marshall | 1.9 | Analyze complaint against ESL and related parties as filed by the Restructuring Committee. |
| 18 | 7/22/2019 | Diaz, Matthew | 1.3 | Review of responses to counsel re: prepetition transactions litigation. |
| 18 | 7/22/2019 | Kim, Ye Darm | 1.6 | Prepare response re: Sears transaction transfer agent research. |
| 18 | 7/22/2019 | Kim, Ye Darm | 2.4 | Prepare summary slides of responses to Counsel re: prepetition transactions. |
| 18 | 7/22/2019 | Kim, Ye Darm | 2.1 | Analyze restructuring subcommittee's complaint to ESL and other parties. |
| 18 | 7/22/2019 | Kim, Ye Darm | 1.6 | Continue analysis of restructuring subcommittee's complaint to ESL and other parties. |
| 18 | 7/22/2019 | Kaneb, Blair | 2.2 | Research and prepare summary of a prepetition spin-off transaction. |
| 18 | 7/22/2019 | Kaneb, Blair | 2.3 | Continue research and prepare summary of a prepetition spin-off transaction. |
| 18 | 7/23/2019 | Diaz, Matthew | 0.5 | Review summary of a prepetition spin-off transaction. |
| 18 | 7/23/2019 | Kim, Ye Darm | 2.3 | Prepare response for counsel re: historical ownership of Sears debt. |
| 18 | 7/23/2019 | Kim, Ye Darm | 1.4 | Continue preparation of analysis re: historical ownership of Sears debt. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 7/23/2019 | Kim, Ye Darm | 1.4 | Continue preparation of responses re: Sears historical solvency. |
| 18 | 7/23/2019 | Kaneb, Blair | 2.7 | Prepare slides re: recent debt transactions. |
| 18 | 7/23/2019 | Kaneb, Blair | 2.5 | Continue preparation of slides re: recent debt transactions. |
| 18 | 7/24/2019 | Kaneb, Blair | 3.5 | Process revisions for slides re: prepetition spin-off transaction. |
| 18 | 7/24/2019 | Kaneb, Blair | 3.4 | Process revisions to slides re: debt financing transactions. |
| 18 | 7/25/2019 | Eisler, Marshall | 2.1 | Analyze latest solvency tracker as provided by M3 re: forecasted liquidity. |
| 18 | 7/25/2019 | Kim, Ye Darm | 3.7 | Prepare additional summary slides re: prepetition transactions. |
| 18 | 7/25/2019 | Kim, Ye Darm | 2.9 | Prepare additional summary slides re: solvency analyses for counsel. |
| 18 | 7/26/2019 | Kim, Ye Darm | 2.5 | Create analysis of estimated damages to Debtors re: prepetition transactions. |
| 18 | 7/26/2019 | Kim, Ye Darm | 2.3 | Create analysis of estimated damages to Debtors re: prepetition spin-off transaction. |
| 18 | 7/26/2019 | Kim, Ye Darm | 2.3 | Create analysis of estimated damages to Debtors re: prepetition rights-offering transaction. |
| 18 | 7/26/2019 | Kaneb, Blair | 1.0 | Process revisions to summary slides re: prepetition transactions. |
| 18 | 7/29/2019 | Kim, Ye Darm | 1.8 | Review Sears historical earnings call transcripts. |
| 18 | 7/29/2019 | Kim, Ye Darm | 2.4 | Continue review of Sears' historical earnings call transcripts and presentations. |
| 18 | 7/29/2019 | Kim, Ye Darm | 1.6 | Create summary of observations re: historical earnings call transcripts. |
| 18 | 7/29/2019 | Kaneb, Blair | 2.3 | Prepare summary of observations re: outstanding requests. |
| 18 | 7/29/2019 | Eisler, Marshall | 2.1 | Reconcile summary of D&P's solvency opinion to source documents. |
| 18 | 7/29/2019 | Diaz, Matthew | 1.1 | Review open items and next steps on the requests by Counsel re: potential litigation proceeds. |
| 18 | 7/29/2019 | Kim, Ye Darm | 2.1 | Review Debtors' internal solvency memos and prepare summary of observations. |
| 18 | 7/29/2019 | Kim, Ye Darm | 1.9 | Continue review of internal solvency memos and prepare summary of observations. |
| 18 | 7/30/2019 | Kim, Ye Darm | 2.2 | Continue review of Sears historical earnings calls. |
| 18 | 7/30/2019 | Eisler, Marshall | 2.2 | Review historical 10Q's and 10K's in order to respond to Counsel's dligence request. |
| 18 | 7/30/2019 | Greenspan, Ronald F | 0.5 | Participate in internal meeting re: litigation proceeds. |
| 18 | 7/30/2019 | Kim, Ye Darm | 1.2 | Review Sears historical financial statements. |
| 18 | 7/31/2019 | Eisler, Marshall | 1.8 | Continue review historical 10Q's and 10K's in order to respond to Counsel's diligence request. |
| 18 | 7/31/2019 | Kim, Ye Darm | 2.3 | Prepare response re: public disclosures by certain parties. |
| 18 | 7/31/2019 | Kim, Ye Darm | 1.8 | Continue preparing response re: historical financial statements analysis. |
| 18 | 7/31/2019 | Kim, Ye Darm | 1.6 | Continue preparation of research request for counsel. |
| 18 | 7/31/2019 | Kim, Ye Darm | 1.9 | Review historical analyst reports of Sears. |
| **18 Total** | | | **128.6** | |
| 19 | 7/9/2019 | Star, Samuel | 0.3 | Participate in internal meeting re: preparation for UCC call. |
| 19 | 7/9/2019 | Diaz, Matthew | 0.5 | Participate in internal meeting to discuss the case status and related next steps. |
| 19 | 7/10/2019 | Star, Samuel | 0.1 | Participate in internal meeting re: status of workstreams and adjustments needed subject to outcome of Transform hearing. |
| 19 | 7/11/2019 | Diaz, Matthew | 0.6 | Review hearing summary and prepare work plan re: next steps. |
| 19 | 7/22/2019 | Star, Samuel | 0.5 | Participate in internal meeting re: case status. |
| 19 | 7/22/2019 | Diaz, Matthew | 0.8 | Participate in internal meeting to discuss case next steps and priorities. |
| 19 | 7/30/2019 | Star, Samuel | 0.5 | Prepare work plan re: outstanding case issues. |
| 19 | 7/30/2019 | Diaz, Matthew | 0.5 | Participate in internal team meeting to discuss the Sears litigation and related next steps. |
| 19 | 7/31/2019 | Diaz, Matthew | 1.2 | Review of status of all requests by Counsel and update workplan. |
| **19 Total** | | | **5.0** | |
| 20 | 7/25/2019 | Diaz, Matthew | 0.6 | Participate on call with M-III re: updated solvency tracker analysis. |
| **20 Total** | | | **0.6** | |
| 21 | 7/12/2019 | Joffe, Steven | 0.5 | Participate in UCC meeting re: potential tax issues from APA disputes. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 7/12/2019 | Star, Samuel | 0.4 | Participate in conference call with UCC re: hearing on Transform APA disputes, MTN investigation and ESL litigation. |
| 21 | 7/16/2019 | Simms, Steven | 0.3 | Participate in discussion with counsel re: litigation proceeds. |
| 21 | 7/16/2019 | Star, Samuel | 0.5 | Participate in call with Akin re: various debt raise transactions and potential claims. |
| 21 | 7/16/2019 | McCaskey, Morgan | 1.0 | Participate in call with Akin re: questions re: transactions investigations. |
| 21 | 7/16/2019 | Gotthardt, Gregory | 1.2 | Participate in call re: solvency after transactions with Counsel. |
| 21 | 7/16/2019 | Kim, Ye Darm | 1.1 | Participate in call with Counsel re: outstanding requests on prepetition transactions. |
| 21 | 7/16/2019 | Kaneb, Blair | 1.0 | Participate in call with Counsel re: outstanding requests on prepetition transactions. |
| 21 | 7/25/2019 | Joffe, Steven | 0.5 | Participate in call with Counsel re: potential tax issues from APA disputes. |
| 21 | 7/25/2019 | Diaz, Matthew | 0.5 | Participate in a call with the UCC to discuss the 507b hearing, plan issues and other topics. |
| 21 | 7/25/2019 | Diaz, Matthew | 0.4 | Participate on call with counsel to discuss the next steps re: litigation proceeds. |
| **21 Total** | | | **7.4** | |
| 22 | 7/1/2019 | Star, Samuel | 0.1 | Participate in call with vendor representative re: case status. |
| 22 | 7/2/2019 | Star, Samuel | 0.3 | Participate in call with vendor representative re: case status. |
| 22 | 7/8/2019 | Star, Samuel | 0.1 | Participate in call with trade creditors representative re: case status. |
| 22 | 7/23/2019 | Simms, Steven | 0.2 | Participate in correspondence with creditor on outstanding case issues. |
| **22 Total** | | | **0.7** | |
| 24 | 7/1/2019 | Hellmund-Mora, Marili | 0.5 | Prepare exhibits for June fee application in compliance with bankruptcy court guidelines. |
| 24 | 7/9/2019 | Hellmund-Mora, Marili | 0.5 | Prepare exhibits for June fee application in compliance with bankruptcy court guidelines. |
| 24 | 7/9/2019 | Kaneb, Blair | 1.8 | Prepare and review time detail in June fee application in compliance with bankruptcy court guidelines. |
| 24 | 7/9/2019 | Kaneb, Blair | 0.3 | Prepare and review time detail in June fee application in compliance with bankruptcy court guidelines. |
| 24 | 7/16/2019 | Kaneb, Blair | 0.2 | Prepare and review time detail in June fee application in compliance with bankruptcy court guidelines. |
| 24 | 7/17/2019 | Kaneb, Blair | 1.5 | Prepare and review time detail in June fee application in compliance with bankruptcy court guidelines. |
| 24 | 7/22/2019 | Kaneb, Blair | 0.5 | Finalize preparation of June fee application in compliance with bankruptcy code guidelines. |
| 24 | 7/23/2019 | Diaz, Matthew | 0.7 | Review final draft of June fee application. |
| 24 | 7/23/2019 | Kaneb, Blair | 1.7 | Prepare interim fee application in accordance with bankruptcy court guidelines. |
| 24 | 7/24/2019 | Kaneb, Blair | 1.3 | Prepare interim fee application in accordance with bankruptcy court guidelines. |
| 24 | 7/25/2019 | Hellmund-Mora, Marili | 0.8 | Finalize exhibits for the June fee application. |
| 24 | 7/25/2019 | Kaneb, Blair | 0.5 | Continue preparation of interim fee application in accordance with bankruptcy court guidelines. |
| 24 | 7/29/2019 | Kaneb, Blair | 1.1 | Prepare interim fee application in accordance to bankruptcy court guidelines. |
| 24 | 7/30/2019 | Hellmund-Mora, Marili | 0.5 | Prepare exhibits for the interim fee application in accordance to bankruptcy court guidelines. |
| 24 | 7/30/2019 | Kaneb, Blair | 0.2 | Prepare exhibits for the interim fee application in accordance to bankruptcy court guidelines. |
| 24 | 7/31/2019 | Hellmund-Mora, Marili | 0.5 | Prepare exhibits for the interim fee application in accordance to bankruptcy court guidelines. |
| 24 | 7/31/2019 | Kim, Ye Darm | 1.6 | Draft summaries for certain interim fee app task codes. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 7/31/2019 | Kaneb, Blair | | 1.1 Prepare interim fee application in accordance with bankruptcy court guidelines. |
| 24 | 7/31/2019 | Kaneb, Blair | | 1.2 Process revisions to interim fee application to adhere to bankruptcy court guidelines. |
| **24 Total** | | | **16.5** | |
| **Grand Total** | | | **206.8** | |

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

| Expense Type | Amount |
| --- | --- |
| Working Meals[1] | $ 720.00 |
| **Grand Total** | **$ 720.00** |

[1]Overtime meals over $20.00 have been reduced to $20.00.

**EXHIBIT E**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**

**EXPENSE DETAIL**

**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 4/23/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | $ 20.00 |
| 4/24/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 4/25/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/5/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/5/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/5/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/5/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/5/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/5/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/5/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/5/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/6/2019 | Diaz, Matthew | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/6/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/6/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/6/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/6/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/7/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/13/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/14/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/14/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/15/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/15/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/16/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/16/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/20/2019 | Diaz, Matthew | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/20/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/20/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/20/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 5/20/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 6/2/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 6/2/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 6/9/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 6/23/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 6/23/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 6/23/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 6/30/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| | | **Working Meals Total** | | **$ 720.00** |
| | | **Grand Total** | | **$ 720.00** |

Note: Dates for working meals reflect invoices in billing system and not when meal was incurred.