# ALONSO, ANDALKAR & FACHER, P.C.

ATTORNEYS AT LAW
42 BROADWAY
NEW YORK, NEW YORK 10004
(212) 598-5900
WWW.ALONSOLEGAL.COM

MARK J. ALONSO *
MANOJ R. ANDALKAR *< *
CATANIA T. FACHER * †
CARI A. LEWIS *

ROBERT J. MAGRANE * <
JESSICA BREUER *

TELECOPIER  (212) 598-4675
EMAIL: CFACHER@ALONSOLEGAL.COM

ERIN MAC AVOY
OF COUNSEL

* MEMBER OF THE NY BAR
< MEMBER OF THE NJ BAR
† MEMBER OF THE FL BAR
* MEMBER OF THE MA, PA AND AZ BARS

October 2, 2019

*Via ECF and Email* (rdd.chambers@nysb.uscourts.gov)
Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601-4140

Re:   In re: Sears Holding Corporation, et al.
      Case No.: 18-23538 (RDD)

Dear Sir or Madam:

This law firm represented creditor William S. Juiris with respect to claim no. 12025 filed on March 25, 2019 in the above-referenced matter. On or about August 15, 2019 the aforementioned claim was withdrawn. Accordingly, please accept this letter as my request to be removed from the Court's Electronic Case Filing (ECF) system notification list for this action and any and all other electronic or print mailing/notification lists in connection with this action.

If you have any questions, please feel free to call myself or Catania T. Facher, Esq. at (212) 598-5900.

Very truly yours,

Catania T. Facher