**PORZIO, BROMBERG & NEWMAN, P.C.**
156 West 56th Street, Suite 803
New York, NY 10019-3800
(212) 265-6888
(212) 957-3983 Facsimile
John S. Mairo, Esq. (jsmairo@pbnlaw.com)
*Attorneys for Optiv Security Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
In re:                                               :    Chapter 11
                                                     :
SEARS HOLDINGS CORPORATION,                          :
et al.[1],                                           :    Case No.: 18-23538 (RDD)
                                                     :    Jointly Administered
            Debtor.                                  :
                                                     :
------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                       ) ss.:
COUNTY OF MORRIS       )

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4298824

**Peri N. Balala**, being duly sworn, says: I am not a party to the action, and am over the age of 18 years.

The following pleading (the "Motion") was served on the "Master Service List" as that term is defined in the Amended Order Implementing Certain Notice And Case Management Procedures [Dkt. No. 405] and in the manner provided therein and further detailed below.

- **Motion Of Optiv Security Inc. For Allowance Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(B)(1)**

On October 3, 2019, I caused to be served a copy of the Motion on those parties listed on the attached Exhibit B via electronic mail.

On October 4, 2019, I caused to be served a copy of the Motion on those parties listed on the attached Exhibit A via First Class Regular Mail.

_____
Peri N. Balala

Sworn to before me this
8th day of October, 2019.

_____
NOTARY PUBLIC

**MARIA DERMATIS**
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 50057947
MY COMMISSION EXPIRES MARCH 31, 2022

4298824