# EXHIBIT A

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Counsel to Amanda Gonzales | Borah, Goldstein, Altschuler, Nahins & Goidel, P.C. | Attn: Jeffrey C. Chancas | 377 Broadway | | New York | NY | 10013 | |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate | 350 N. Orleans St. | Suite 300 | Chicago | IL | 60654-1607 | |
| BST International Fashion Ltd. | BST International Fashion Ltd. | Attn: A.R. Shrinivasan | Managing Director | 39 Wang Kwong Rd, Ste 2301B, Skyline Tower, Kowloon Bay | Kowloon | | | Hong Kong |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Sears Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | |
| Counsel to Movant Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4) | Fein, Such & Crane, LLP | Attn: Tammy L. Terrell Benoza, Esq. | 1400 Old Country Road | Suite C103 | Westbury | NY | 11590 | |
| Counsel to Movant Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4) | Fein, Such & Crane, LLP | Attn: Tammy L. Terrell Benoza, Esq. | 7 Century Drive | Suite 201 | Parsippany | NJ | 07054 | |
| Counsel to Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2, Mortgage Pass-Through Certificates | Frenkel, Lambert, Weiss, Weisman & Gordon, LLP | Attn: Michelle C. Marans, Esq. | 53 Gibson Street | | Bay Shore | NY | 11706 | |
| Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen, Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 | |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc | 1850 K Street, NW | Suite 1100 | Washington | DC | 20006 | |
| Counsel to Creditor Hudson Concourse, LLC | Montee & Associates | Attn: Kevin P. Montee, Esq. | 1250-I Newell Ave. | Suite 149 | Walnut Creek | CA | 94596 | |
| Counsel to Ohio Department of Taxation | Ohio Department of Taxation | Attn: Office of the Ohio Attorney General | 1600 Carew Tower | 441 Vine Street | Cincinnati | OH | 45202 | |
| Debtors | Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | |
| Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration | 101 Barclay St., Floor 8W | | New York | NY | 10286 | |
| Indenture Trustee for the Second Lien Notes | Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | Corporate Capital Markets | 50 South Sixth Street, Suite 1290 | Minneapolis | MN | 55402 | |
| Counsel to Eastview Mall, LLC, Greece Ridge, LLC & The Marketpalce | Wilmorite Management Group LLC | Attn: Donald C. Cowan, Jr. | 1265 Scottsville Road | | Rochester | NY | 14624 | |