**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
10 Bank Street, Suite 700
White Plains, NY 10606
Telephone: (914) 286-6443
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

919 East Main Street, Suite 1300
Richmond, VA 23219
Telephone: (804) 788-9636
Christopher L. Perkins, Esq.
cperkins@eckertseamans.com

*Counsel for DXC Technology Services, LLC,
Successor-in-interest to Computer Sciences Corporation
and CSC Covansys Corporation*

Hearing Date: November 20, 2019
Hearing Time: 10:00 a.m.

Objection Date and Time:
November 13, 2019 at 5:00 p.m.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive, Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF HEARING TO CONSIDER MOTION OF DXC TECHNOLOGY SERVICES, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that a hearing will be held on **November 20, 2019 at 10:00 a.m. (EST)** before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, White Plains, NY 10601-4140, to consider the Motion of DXC Technology Services, LLC, for Allowance of Administrative Expense Claim.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Applications must be filed with the Bankruptcy Court in accordance with the local rules and served so as to be received on or before **November 13, 2019 at 5:00 p.m.**

Dated: White Plains, New York
October 9, 2019

                                          Respectfully submitted,

                                          **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

                                          By: */s/ Christopher F. Graham*
                                               Christopher F. Graham, Esq.
                                               Sarah H. Morrissey, Esq.

                                               10 Bank Street, Suite 700
                                             White Plains, New York 10606
                                             (914) 949-2909
                                             cgraham@eckertseamans.com
                                             smorrissey@eckertseamans.com

                                             *Attorneys for DXC Technology Services, LLC*

2

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
10 Bank Street, Suite 700
White Plains, NY 10606
Telephone: (914) 286-6443
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

919 East Main Street, Suite 1300
Richmond, VA 23219
Telephone: (804) 788-9636
Christopher L. Perkins, Esq.
cperkins@eckertseamans.com

*Counsel for DXC Technology Services, LLC,*
*Successor-in-interest to Computer Sciences Corporation*
*and CSC Covansys Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | |
|---|---|
| SEARS HOLDINGS CORPORATION, et al., Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive, Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## MOTION OF DXC TECHNOLOGY SERVICES, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

DXC Technology Services, LLC, successor-in-interest to Computer Sciences Corporation and CSC Covansys Corporation ("DXC"), by and through its undersigned counsel, hereby moves (the "Motion") this Court for entry of an order, substantially in the form of the proposed order submitted herewith, allowing the administrative expense owed to DXC by Sears Holdings Corporation (the "Debtors" and separately, a "Debtor") pursuant to section 503(b) of the U.S. Bankruptcy Code (the "Code"). In support of the Motion, DXC respectfully states as follows:

### BACKGROUND

1. On October 15, 2018 (the "Petition Date"), the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

2. Following the Petition Date, the Debtors continued to operate their business and manage their employees, property and other assets, as a debtor-in-possession under sections 1107 and 1108 of the Bankruptcy Code, in the same manner as they did prior to the Petition Date.

3. DXC provided information technology services to the Debtors both pre-petition and post-petition.

4. This is a claim for amounts owed for services provided to the Debtors post-petition and thus an administrative expense pursuant to section 503 of the Bankruptcy Code.

5. With respect to post-petition services provided to the Debtors, DXC provided $57,740.83 worth of post-petition services to the Debtors (the "DXC Administrative Claim"), which remains unpaid. (Copies of the applicable invoices are attached hereto as **Exhibit A** and are incorporated by reference as if fully restated herein at length).

2

## RELIEF REQUESTED AND BASIS THEREFOR

6. DXC respectfully requests that the Court enter an order allowing the payment of the Administrative Claim as an administrative expense.

7. 11 U.S.C. § 503 permits the allowance of claims with administrative expense priority, and provides that "[a]n entity may timely file a request for payment of an administrative expense[.]" 11 U.S.C. § 503(a).

8. More specifically, 11 U.S.C. § 503(b) sets forth the requirements that must be met before a claim will receive priority over other claims. Section 503(b) provides that an administrative expense claim must be: (a) an actual, necessary cost and expense of preserving the estate; which was (b) rendered after the commencement of the bankruptcy.

9. In this instance, DXC provided services to the Debtors.

10. Certainly, informational technology services are a necessary cost and expense of preserving the estate of an operating business.

11. DXC provided the services in question after the Petition Date, resulting in the Administrative Claim.

12. The DXC Administrative Claim remains unpaid.

**WHEREFORE**, DXC Technology Services, LLC, successor-in-interest to Computer Sciences Corporation and CSC Covansys Corporation, respectfully requests that the Court enter an order allowing an administrative claim against the Debtors in the amount of $57,740.83, and granting such other and further relief as this Court finds just, proper and equitable.

Dated: White Plains, New York
       October 9, 2019

3

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: /s/ Christopher F. Graham
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.

10 Bank Street, Suite 700
White Plains, New York 10606
(914) 949-2909
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

*Attorneys for DXC Technology Services, LLC*

4

# EXHIBIT A

Reprint



Invoice

Invoice Date:  01/07/2019                                              Invoice No.  70121182

Client: 10001237 / 10001237

Sears Holdings Management                                     Computer Sciences Corporation
Corporation                                                              CSC Covansys Corporation
MAIL STATION B4-262A                                         25800 Northwestern Hwy, Ste 525
3333 Beverly Rd                                                        Southfield MI  48075-8400
Hoffman Estates IL  60179-0001


Terms:  60 days due net


Purchase Order:  PO884068
Services Rendered: 12/01/2018 to 12/31/2018


| Pos | Description | Qty | Unit | Price | Amount(USD) |
|---|---|---|---|---|---|
| Invoice for the following: | | | | | |
| Description: Home Service Applications | | | | | |
| WBS Element: R-010000228.0241 | | | | | |
| 241 | Home Service Applications | 1.00 | EA | 31,495.00 | 31,495.00 |
| Project Total | | | | | 31,495.00 |
| Sum of Items | | | | | 31,495.00 |
| Taxes: | | | | | |
| Net Total: | | | | | 31,495.00 |

Inquiries: ARAMERICAS@CSC.COM

1 of 1

Reprint



# Invoice

| Invoice Date: 01/25/2019 | Invoice No. 70124492 |

Client: 10001237 / 10001237

Sears Holdings Management
Corporation
MAIL STATION B4-262A
3333 Beverly Rd
Hoffman Estates IL  60179-0001

Computer Sciences Corporation
CSC Covansys Corporation
25800 Northwestern Hwy, Ste 525
Southfield MI  48075-8400

Terms:  60 days due net

Purchase Order:  PO884068
Services Rendered: 10/15/2018 to 10/31/2018

| Pos | Description | Qty | Unit | Price | Amount(USD) |
|---|---|---|---|---|---|
| | Invoice for the following: | | | | |
| | Description: Home Service Applications | | | | |
| | WBS Element: R-010000228.0241 | | | | |
| 241 | Home Service Applications | 1.00 | EA | 15,747.50 | 15,747.50 |
| | Project Total | | | | 15,747.50 |

Sum of Items                                                                                             15,747.50
Taxes:
Net Total:                                                                                                  15,747.50

Inquiries: ARAMERICAS@CSC.COM

Reprint



# Invoice

Invoice Date: 02/05/2019                                   Invoice No. 70125290

Client: 10001237 / 10001237

Sears Holdings Management                    Computer Sciences Corporation
Corporation                                           CSC Covansys Corporation
MAIL STATION B4-262A                    25800 Northwestern Hwy, Ste 525
3333 Beverly Rd                                        Southfield MI  48075-8400
Hoffman Estates IL  60179-0001

Terms:  60 days due net

Purchase Order:   PO884068
Services Rendered: 01/01/2019 to 01/31/2019

| Pos | Description | Qty | Unit | Price | Amount(USD) |
|---|---|---|---|---|---|
| **Invoice for the following:** | | | | | |
| Description: Home Service Applications | | | | | |
| WBS Element: R-010000228.0241 | | | | | |
| 241 | Home Service Applications | 1.00 | EA | 31,495.00 | 31,495.00 |
| **Project Total** | | | | | 31,495.00 |
| Sum of Items | | | | | 31,495.00 |
| Taxes: | | | | | |
| Net Total: | | | | | 31,495.00 |

Inquiries: ARAMERICAS@CSC.COM

Reprint



## Invoice

Invoice Date:  04/10/2019                                      Invoice No.  70136539

Client: 10001237 / 10001237

Transform Holdco                                           Computer Sciences Corporation
3333 Beverly Rd                                                  CSC Covansys Corporation
Hoffman Estates IL  60179-0001                          25800 Northwestern Hwy, Ste 525
                                                                      Southfield MI  48075-8400

Terms:  60 days due net

Purchase Order:  PO884068
Services Rendered: 02/01/2019 to 02/10/2019

| Pos | Description | Qty | Unit | Price | Amount(USD) |
|---|---|---|---|---|---|
| Invoice for the following: | | | | | |
| Description: Home Service Applications | | | | | |
| WBS Element: R-010000228.0241 | | | | | |
| 241 | Home Service Applications | 1.00 | EA | 9,448.50 | 9,448.50 |
| Project Total | | | | | 9,448.50 |
| Sum of Items | | | | | 9,448.50 |
| Taxes: | | | | | |
| Net Total: | | | | | 9,448.50 |

Inquiries: ARAMERICAS@CSC.COM

Reprint



## Invoice

**Invoice Date:** 05/14/2019                                                                                   **Invoice No.**  70140778

Client: 10009634 / 10009634

Transform Holdco                                                                                            Computer Sciences Corporation
3333 Beverly Rd                                                                                                  CSC Covansys Corporation
Hoffman Estates IL  60179-0001                                                                          25800 Northwestern Hwy, Ste 525
                                                                                                                              Southfield MI  48075-8400

Terms:  30 days due net

Services Rendered: 01/21/2019 to 02/10/2019

| Pos | Description | Qty | Unit | Price | Amount(USD) |
|---|---|---|---|---|---|
| | **Invoice for the following:** | | | | |
| | Description: Mainframe Apps Migration assesment | | | | |
| | WBS Element: R-010126646.0001 | | | | |
| 1 | Mainframe Apps Migration assesment | 1.00 | EA | 17,500.00 | 17,500.00 |
| | **Project Total** | | | | 17,500.00 |
| | | | | | |
| | **Sum of Items** | | | | 17,500.00 |
| | **Taxes:** | | | | |
| | **Net Total:** | | | | 17,500.00 |

Inquiries: ARAMERICAS@CSC.COM

1 of 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SEARS HOLDINGS CORPORATION, et al.,
Debtors.[1]

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

**ORDER GRANTING MOTION OF DXC TECHNOLOGY SERVICES, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

**UPON** consideration of the Motion of DXC Technology Services, LLC (the "Movant") for Allowance of Administrative Claim, and responses thereto, it is hereby:

**ORDERED**, that Movant is granted an allowed administrative claim against the Debtors in the amount of $57,740.83.

Dated: White Plains, New York
       October ___, 2019

                                                          _____
                                                          United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive, Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
10 Bank Street, Suite 700
White Plains, NY 10606
Telephone: (914) 286-6443
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

919 East Main Street, Suite 1300
Richmond, VA 23219
Telephone: (804) 788-9636
Christopher L. Perkins, Esq.
cperkins@eckertseamans.com

*Counsel for DXC Technology Services, LLC,*
*Successor-in-interest to Computer Sciences Corporation*
*and CSC Covansys Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive, Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am over the age of 18 years old and that on the 9th day of October, 2019, I caused a true and correct copy of DXC Technology Services, LLC's *Notice of Hearing to Consider Motion of DXC Technology Services, LLC for Allowance of Administrative Expense Claim* to be served via ECF upon all parties registered to receive service in this case.

Dated: White Plains, New York
October 9, 2019

By: /s/ *Christopher F. Graham*
Christopher F. Graham, Esq.