Perry R. Clark (California Bar No. 197101)
*Pro Hac Vice Application filed September 27, 2019 (Doc. 5252)*
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA  94303
Telephone: (650) 248-5817
Email: perry@perryclarklaw.com

*Counsel for WiniaDaewoo Electronics America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Perry Clark, Esq., hereby certify that on October 9, 2019, the *Supplemental Authority in Support of Amended Brief in Support of the Response of Winiadaewoo to Debtors' First*

---

[1] The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Omnibus Objection to Proofs of Claim (Satisfied Claims)* was served as follows:

1. The parties requesting ECF notifications via the Court's CM/ECF case notification system;

2. The parties set forth below by overnight delivery:

   a. Chambers of the Honorable Robert D. Drain
      United States Bankruptcy Court for the Southern District of New York
      300 Quarropas Street, Room 248
      White Plains, New York 10601

   b. Debtors' Counsel
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn: Ray C. Schrock, Esq.
      Jacqueline Marcus, Esq.
      Garret A. Fail, Esq.
      Sunny Singh, Esq.
      ray.schrock@weil.com; garrett.fail@weil.com;
      jacqueline.marcus@weil.com; sunny.singh@weil.com

   c. Sears Holdings Corporation 3333 Beverly Road
      Hoffman Estates, Illinois 60179
      Attn: Stephen Sitley Esq.
      Luke J. Valentino, Esq.

   d. Attorneys for the Official Committee of Unsecured Creditors
      Akin Gump Strauss Hauer & Feld LLP
      One Bryant Park
      New York, New York 10036
      Attn: Philip C. Dublin, Esq.
      Ira Dizengoff, Esq.
      Sara Lynne Brauner, Esq.
      pdublin@akingump.com; idizengoff@akingump.com;
      sbrauner@akingump.com

   e. Office of the United States Trustee for Region 2
      201 Varick Street, Suite 1006
      New York, New York 10014
      Attn: Paul Schwartzberg, Esq.

3. The parties set forth below by electronic mail:

    a. Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square New York, NY 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com

    b. Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility
Davis Polk & Wardell LLP
450 Lexington Avenue New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com

    c. Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility
Cleary, Gottlieb
One Liberty Plaza New York, NY 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

    d. Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes
Kelley Drye & Warren LLP
101 Park Avenue New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com

    e. Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes Seyfarth Shaw, LLP
620 Eighth Avenue New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com

    f.      Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes
Carter Ledyard & Milburn LLP
2 Wall Street New York, NY 10015
Attn: James Gadsden, Esq.
gadsden@clm.com

    g.      Attorneys for the Pension Benefit Guaranty Corporation
Locke Lord LLP
111 South Wacker Drive Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com

    h.      Attorneys to Wells Fargo Bank, National Association
Choate, Hall & Stewart LLP
Two International Place Boston, MA 02110
ksimard@choate.com; jmarshall@choate.com

    i.      Debtors' Investment Banker
Lazard Frères & Co., LLC
30 Rockefeller Plaza, New York, New York 10112
Attn: Brandon Aebersold
Levi Quaintance
project.blue.rx@lazard.com

    j.      Buyer
Transform Holdco LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200 Bay Harbor Islands, FL 33154
Attn.: Kunal S. Kamlani
Harold Talisman
kunal@eslinvest.com; harold@eslinvest.com

Dated: October 9, 2019
       Palo Alto, California        Respectfully submitted,

              */s/ Perry R. Clark*
              Perry R. Clark
              Email: perry@perryclarklaw.com
              Law Offices of Perry R. Clark
              825 San Antonio Road

Palo Alto, CA 94303
Tel.: 650-248-5817

*Attorney for Creditor*
Winiadaewoo Electronics America, Inc.