UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Nora Hafez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 7, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Transform Holdco LLC's Notice of Hearing for Assumption and Assignment of Designatable Contracts between Debtors and DART Warehouse Corporation [Docket No. 5339]

*(The remainder of this page is intentionally left blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: October 10, 2019

Nora Hafez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 10, 2019, by Nora Hafez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20____

2

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Amanda Gonzales | Borah, Goldstein, Altschuler, Nahins & Goidel, P.C. | Attn: Jeffrey C. Chancas<br>377 Broadway<br>New York NY 10013 | | First Class Mail |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate<br>350 N. Orleans St.<br>Suite 300<br>Chicago IL 60654-1607 | | First Class Mail |
| BST International Fashion Ltd. | BST International Fashion Ltd. | Attn: A.R. Shrinivasan<br>Managing Director<br>39 Wang Kwong Rd, Ste 2301B, Skyline Tower, Kowloon Bay<br>Kowloon Hong Kong | | First Class Mail |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq.<br>2 Wall Street<br>New York NY 10005 | gadsden@clm.com<br>bankruptcy@clm.com<br>Dennis.roemlein@bnymellon.com | First Class Mail and Email |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust<br>2950 Express Drive South, Suite 210<br>Islandia NY 11749 | Michael.smith2@computershare.com | First Class Mail and Email |
| Counsel to Movant Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4) | Fein, Such & Crane, LLP | Attn: Tammy L. Terrell Benoza, Esq.<br>1400 Old Country Road<br>Suite C103<br>Westbury NY 11590 | | First Class Mail |
| Counsel to Movant Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4) | Fein, Such & Crane, LLP | Attn: Tammy L. Terrell Benoza, Esq.<br>7 Century Drive<br>Suite 201<br>Parsippany NJ 07054 | | First Class Mail |
| Counsel to Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2, Mortgage Pass-Through Certificates | Frenkel, Lambert, Weiss, Weisman & Gordon, LLP | Attn: Michelle C. Marans, Esq.<br>53 Gibson Street<br>Bay Shore NY 11706 | | First Class Mail |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel<br>1000 East Hanes Mill Road<br>Winston Salem NC 27105 | joia.johnson@hanes.com | First Class Mail and Email |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019, McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge<br>200 Park Avenue<br>New York NY 10166 | bgross@HuntonAK.com<br>mlegge@huntonak.com | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen, Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders<br>P.O. Box 17428<br>Austin TX 78760 | | First Class Mail |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc<br>1850 K Street, NW<br>Suite 1100<br>Washington DC 20006 | | First Class Mail |
| Counsel to Creditor Hudson Concourse, LLC | Montee & Associates | Attn: Kevin P. Montee, Esq.<br>1250-I Newell Ave.<br>Suite 149<br>Walnut Creek CA 94596 | | First Class Mail |
| Counsel to Ohio Department of Taxation | Ohio Department of Taxation | Attn: Office of the Ohio Attorney General<br>1600 Carew Tower<br>441 Vine Street<br>Cincinnati OH 45202 | | First Class Mail |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: Lily Wang<br>No 9 Yueyang Road, Building B<br>Qingdao Shandong 266071 China | lily@pacogarment.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York NY 10286 | | First Class Mail |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | Starr.Judith@pbgc.gov<br>mccarron.william@pbgc.gov<br>efile@pbgc.gov | First Class Mail and Email |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang<br>No. 2 Jianshe Road Baodi District<br>Tianjin Tianjin 301800 China | powerwangtxks@vip.126.com | First Class Mail and Email |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov | First Class Mail and Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Indenture Trustee for the Second Lien Notes | Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator Corporate Capital Markets 50 South Sixth Street, Suite 1290 Minneapolis MN 55402 | | First Class Mail |
| Counsel to Eastview Mall, LLC, Greece Ridge, LLC & The Marketpalce | Wilmorite Management Group LLC | Attn: Donald C. Cowan, Jr. 1265 Scottsville Road Rochester NY 14624 | | First Class Mail |