**DLA PIPER LLP (US)**
Richard A. Chesley
R. Craig Martin
Rachel Ehrlich Albanese
Alana M. Friedberg
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500

*Counsel to Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**APPELLEE TRANSFORM HOLDCO LLC'S DESIGNATION OF
ADDITIONAL DOCUMENTS TO BE INCLUDED IN THE RECORD ON APPELLANT
MOAC MALL HOLDINGS LLC'S APPEAL OF THE BANKRUPTCY COURT'S
ORDER (I) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF LEASE WITH
MOAC MALL HOLDINGS LLC AND (II) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Transform Holdco LLC ("**Buyer**"), for itself and on behalf of its affiliate Transform Leaseco LLC, submits this designation of additional documents to be included in the record on MOAC Mall Holdings LLC's ("**MOAC**") appeal of the bankruptcy court's *Order (I) Authorizing Assumption and Assignment of Lease With MOAC Mall Holdings LLC and (II) Granting Related Relief* (ECF No. 5074) entered on September 5, 2019, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York.

## DESIGNATION OF ADDITIONAL DOCUMENTS TO BE INCLUDED IN THE RECORD ON APPEAL[2]

| ECF Number | Document Name | Date Filed |
|---|---|---|
| 118 | Order Directing Joint Administration of Related Chapter 11 Cases | October 16, 2018 |
| 429 | Debtors' Motion for Approval of Global Bidding Procedures | November 1, 2018 |
| 776 | Order Extending Time to Assume or Reject Unexpired Leases and Subleases of Nonresidential Real Property | November 16, 2018 |
| 816 | Order Approving Global Bidding Procedures and Granting Related Relief | November 19, 2018 |
| 862 | Notice of Filing of Global Bidding Procedures Process Letter | November 21, 2018 |
| 1079 | Application of Debtors for Authority to Retain and Employ A&G Realty Partners, LLC as Real Estate Consultant and Advisor, Effective as of November 6, 2018 | December 6, 2018 |
| 1438 | Order Authorizing the Retention and Employment of A&G Realty Partners, LLC as the Debtors' Real Estate Consultant and Advisor, Effective as of November 6, 2018 | December 28, 2018 |

---

[2] All documents designated in the Designation of Additional Documents to Be Included in the Record on Appeal include all exhibits and submissions attached thereto.
    Buyer reserves the right to (i) supplement the Designation of Additional Documents to Be Included in the Record on Appeal and (ii) adopt the designation of any documents designated by MOAC.

| 1730 | Notice of Successful Bidder and Sale Hearing | January 18, 2019 |
|---|---|---|
| 2599 | Notice of Filing Executed (I) Employee Lease Agreement, (II) Services Agreement, and (III) Amendment No. 1 to the Asset Purchase Agreement | February 14, 2019 |
| 3171 | Notice of Amendment to Asset Purchase Agreement Extending Certain Deadlines | April 12, 2019 |
| 3823 | Stipulation and Order By and Among Sellers, Buyer, and Landlord MOAC Mall Holding LLC (I) Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property and (II) Setting Briefing Schedule | May 13, 2019 |
| 3880 | Notice of Filing Second Amendment to the Asset Purchase Agreement | May 15, 2019 |
| 4354 | Stipulation and Order By and Among Sellers, Buyer, and MOAC Mall Holdings LLC Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property | June 25, 2019 |
| 4528 | Order Granting Motion to Exceed Page Limit for Transform Holdco LLC's Reply to MOAC Mall Holdings LLC's Objections to Assumption and Assignment | July 12, 2019 |
| 4687 | Stipulation and Order By and Among Sellers, Buyer, and MOAC Mall Holdings LLC Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property | August 1, 2019 |

Dated: New York, NY
       October 10, 2019

**DLA PIPER LLP (US)**

 /s/ R. Craig Martin
Richard A. Chesley
R. Craig Martin
Rachel Ehrlich Albanese
Alana M. Friedberg
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500

*Counsel for the Buyer*