**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>AUGUST 1, 2019 THROUGH AUGUST 31, 2019</u>**

Name of Applicant:                           FTI Consulting, Inc.

Authorized to provide Professional Services        Official Committee of Unsecured Creditors
to:

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | August 1, 2019 through August 31, 2019 |
| Monthly Fees Incurred: | $235,131.00 |
| Monthly Expenses Incurred: | $323.20 |
| Total Fees and Expenses: | $235,454.20 |

This is a: __X__ monthly _____ interim _____ final application

       This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

       1.      The fees and expenses for the period from August 1, 2019 through and including August 31, 2019 (the "**Tenth Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $235,131.00 |
| Expenses | 323.20 |
| **TOTAL** | **$235,454.20** |

       2.      In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---:|
| Professional Fees at 80% | $188,104.80 |
| Expenses at 100% | 323.20 |
| **TOTAL** | **$188,428.00** |

3.      The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Tenth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4.      A summary of aggregate hours worked and aggregate hourly fees for each task code during the Tenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5.      Detailed time entry by task code during the Tenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6.      A summary of expenses incurred during the Tenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7.      Detailed breakdown of the expenses incurred during the Tenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8.      FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Tenth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9.      Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10.      Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than October 28, 2019 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11.     If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12.     If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        October 11, 2019

FTI CONSULTING, INC.
Financial Advisors to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation

By:     */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        Three Times Square, 10th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**

**SEARS HOLDINGS CORPORATION, et al.  - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Greenspan, Ronald F | Sr Managing Dir | Real Estate | 1,195 | 2.0 | 2,390.00 |
| Simms, Steven | Sr Managing Dir | CF - Core | 1,195 | 2.0 | 2,390.00 |
| Joffe, Steven | Sr Managing Dir | CF - Tax | 1,095 | 3.7 | 4,051.50 |
| Star, Samuel | Sr Managing Dir | CF - Core | 1,095 | 16.8 | 18,396.00 |
| Nelson, Cynthia A | Sr Managing Dir | Real Estate | 1,050 | 1.2 | 1,260.00 |
| Diaz, Matthew | Sr Managing Dir | CF - Core | 1,050 | 28.1 | 29,505.00 |
| Friedland, Scott D. | Sr Managing Dir | Forensics - IP | 940 | 30.7 | 28,858.00 |
| Carr, Emre | Sr Managing Dir | Forensics - IP | 840 | 38.3 | 32,172.00 |
| Eisler, Marshall | Senior Director | CF - Core | 795 | 100.2 | 79,659.00 |
| Khazary, Sam | Senior Director | CF - Core | 795 | 0.6 | 477.00 |
| Kim, Ye Darm | Consultant | CF - Core | 400 | 59.1 | 23,640.00 |
| Shapiro, Jill | Consultant | CF - Core | 400 | 24.9 | 9,960.00 |
| Kaneb, Blair | Consultant | CF - Core | 400 | 4.9 | 1,960.00 |
| Hellmund-Mora, Marili | Project Asst | CF - Core | 275 | 1.5 | 412.50 |
| **TOTAL** | | | | **314.0** | **$ 235,131.00** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 5 | Real Estate Issues | 2.9 | $ 2,177.00 |
| 10 | Analysis of Tax Issues | 3.7 | $ 4,051.50 |
| 14 | Analysis of Claims/Liab Subject to Compr | 39.8 | $ 25,928.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 85.8 | $ 66,338.50 |
| 17 | Wind Down Monitoring | 26.7 | $ 18,718.00 |
| 18 | Potential Avoidance Actions & Litigation | 144.0 | $ 111,838.00 |
| 19 | Case Management | 1.7 | $ 1,027.50 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 1.1 | $ 440.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 0.5 | $ 547.50 |
| 22 | Meetings with Other Parties | 0.6 | $ 657.00 |
| 24 | Preparation of Fee Application | 7.2 | $ 3,407.50 |
| | **TOTAL** | **314.0** | **$ 235,131.00** |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 8/1/2019 | Nelson, Cynthia A | 0.3 | Correspond with Debtors regarding proposed real estate sales. |
| 5 | 8/8/2019 | Nelson, Cynthia A | 0.3 | Correspond with Debtor and with FTI team regarding case status and analysis of proposed real estate transaction. |
| 5 | 8/9/2019 | Khazary, Sam | 0.6 | Analyze proposed real estate transaction. |
| 5 | 8/9/2019 | Nelson, Cynthia A | 0.3 | Correspond with Debtors' advisors regarding real estate sales. |
| 5 | 8/20/2019 | Shapiro, Jill | 1.1 | Create a build-up of all real property Transform bought as part of the sale. |
| 5 | 8/28/2019 | Nelson, Cynthia A | 0.3 | Prepare analysis re: proposed remnant contract with Debtors. |
| **5 Total** | | | **2.9** | |
| 10 | 8/7/2019 | Joffe, Steven | 3.1 | Review amended plan supplement, liquidating trust, Transform claims regarding cash dispute, and claims of retirees for potential tax issues. |
| 10 | 8/12/2019 | Joffe, Steven | 0.6 | Participate in liquidity discussion with UCC for potential tax issues. |
| **10 Total** | | | **3.7** | |
| 14 | 8/1/2019 | Star, Samuel | 0.1 | Assess impact of 507(b) claim under court ruling on administrative solvency. |
| 14 | 8/1/2019 | Star, Samuel | 0.4 | Review Akin memorandum summarizing court ruling on 507(b) claim calculations. |
| 14 | 8/2/2019 | Kim, Ye Darm | 3.2 | Review transcript of 507(b) claims hearing. |
| 14 | 8/5/2019 | Kim, Ye Darm | 2.0 | Prepare summary of 507(b) hearing and court's decision. |
| 14 | 8/6/2019 | Diaz, Matthew | 0.6 | Review updated 503(b)(9) claims analysis. |
| 14 | 8/7/2019 | Star, Samuel | 0.5 | Participate in call with M-III and Weil re: 503(b)(a) claim reconciliation, potential claim reductions and status of transfer negotiations. |
| 14 | 8/7/2019 | Star, Samuel | 0.2 | Participate in call with Akin re: 503(b)(a) claim reconciliation, potential claim reductions and status of transfer negotiations. |
| 14 | 8/8/2019 | Star, Samuel | 0.5 | Debrief with team on latest identify/ask in transform APA dispute negotiation. |
| 14 | 8/9/2019 | Diaz, Matthew | 0.6 | Continue to review updated 503(b)(9) claims analysis. |
| 14 | 8/12/2019 | Diaz, Matthew | 1.2 | Continue reviewing updated 503(b)(9) claims analysis. |
| 14 | 8/12/2019 | Diaz, Matthew | 0.6 | Participate in the Sears UCC call to discuss the status of confirmation and the claims reconciliation process. |
| 14 | 8/13/2019 | Diaz, Matthew | 1.3 | Participate in a call with M-III, Akin and Weil to discuss the claims reconciliation process. |
| 14 | 8/13/2019 | Diaz, Matthew | 0.5 | Participate in a call with Akin to discuss the claims reconciliation process. |
| 14 | 8/13/2019 | Diaz, Matthew | 1.1 | Review claim analysis to prepare for the claims call with M-III. |
| 14 | 8/16/2019 | Diaz, Matthew | 1.0 | Participate in a call with the Debtors' professionals to discuss the recovery analysis. |
| 14 | 8/16/2019 | Diaz, Matthew | 1.5 | Review 503(b)(9) claim analysis for certain vendors. |
| 14 | 8/16/2019 | Diaz, Matthew | 0.8 | Review updated estimates for claims that need to be on reserve at emergence. |
| 14 | 8/16/2019 | Star, Samuel | 0.5 | Participate in conference call with Weil, M-III and Akin re: status of 503(b)(a) claims reconciliations. |
| 14 | 8/16/2019 | Eisler, Marshall | 2.1 | Analyze estimated claims analysis re: projected 503(b)(9). |
| 14 | 8/19/2019 | Diaz, Matthew | 1.5 | Review 503(b)(9) claims analysis. |
| 14 | 8/21/2019 | Shapiro, Jill | 1.3 | Prepare administrative claim analysis. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 8/21/2019 | Star, Samuel | 0.2 | Participate in discussions with counsel re: administrative claim settlement process. |
| 14 | 8/22/2019 | Shapiro, Jill | 0.3 | Revise administrative claim analysis. |
| 14 | 8/22/2019 | Shapiro, Jill | 2.6 | Prepare administrative claim analysis presentation for the UCC. |
| 14 | 8/23/2019 | Star, Samuel | 0.8 | Review appeal for 506(c) surcharge ruling. |
| 14 | 8/26/2019 | Kim, Ye Darm | 2.8 | Review potential cure costs for 503(b)(9) claimants. |
| 14 | 8/27/2019 | Kim, Ye Darm | 1.1 | Prepare diligence questions re: 503(b)(9) reconciliation. |
| 14 | 8/27/2019 | Kim, Ye Darm | 0.4 | Revise diligence questions re: 503(b)(9) claims reconciliation. |
| 14 | 8/27/2019 | Kim, Ye Darm | 1.8 | Review Debtors' analysis of assignment to buyer calculation of 503(b)(9) claims. |
| 14 | 8/27/2019 | Shapiro, Jill | 1.2 | Perform diligence on latest estimate re: 503(b)(9) claims. |
| 14 | 8/28/2019 | Shapiro, Jill | 0.8 | Continue to diligence 503(b)(9) claims. |
| 14 | 8/29/2019 | Kim, Ye Darm | 1.9 | Analyze vendor-by-vendor adjustments of 503(b)(9) claims. |
| 14 | 8/30/2019 | Kim, Ye Darm | 1.1 | Prepare diligence questions re: 503(b)(9) claims adjustments. |
| 14 | 8/30/2019 | Kim, Ye Darm | 1.2 | Participate in internal discussion re: diligence of vendor-by-vendor adjustments of 503(b)(9) claims. |
| 14 | 8/30/2019 | Shapiro, Jill | 2.1 | Review 503(b)(9) claims and support files to diligence reconciliations. |
| **14 Total** | | | **39.8** | |
| 16 | 8/1/2019 | Eisler, Marshall | 2.2 | Provide comments to presentation re: impact of APA dispute |
| 16 | 8/2/2019 | Eisler, Marshall | 2.9 | Analyze transcript of 507b hearing re: Judge's claim determination methodology. |
| 16 | 8/5/2019 | Kim, Ye Darm | 0.7 | Participate in discussions with M-III re: latest APA disputes estimates. |
| 16 | 8/5/2019 | Eisler, Marshall | 0.7 | Participate in discussions with M-III re: latest APA disputes estimates. |
| 16 | 8/6/2019 | Star, Samuel | 0.2 | Review motion to extend exclusivity. |
| 16 | 8/7/2019 | Star, Samuel | 0.6 | Meet with team re: status of Transform dispute, potential settlement and other confirmation issues in preparation for call with Debtors. |
| 16 | 8/8/2019 | Diaz, Matthew | 1.3 | Participate in a call with M-III to discuss the proposed settlement with Transform. |
| 16 | 8/9/2019 | Eisler, Marshall | 2.1 | Analyze impact of Debtors' counterproposal to transform re: APA disputes. |
| 16 | 8/9/2019 | Eisler, Marshall | 0.8 | Participate in call with Counsel re: Debtors' counterproposal to Transform re: APA disputes. |
| 16 | 8/10/2019 | Eisler, Marshall | 1.4 | Revise presentation for UCC re: Solvency forecasts |
| 16 | 8/11/2019 | Eisler, Marshall | 2.6 | Provide comments to slides outlining treatment of Admin creditors in comparable cases. |
| 16 | 8/12/2019 | Eisler, Marshall | 1.8 | Update presentation to the UCC re: solvency forecasts, incorporating received comments. |
| 16 | 8/12/2019 | Eisler, Marshall | 0.5 | Participate in call with UCC re: administrative solvency analysis and administrative creditor settlement discussions. |
| 16 | 8/12/2019 | Eisler, Marshall | 1.3 | Analyze sizing exhibit for potential 503(b)(9) claims. |
| 16 | 8/13/2019 | Star, Samuel | 0.4 | Participate in call with Akin re: potential administrative claim settlement structure. |
| 16 | 8/13/2019 | Eisler, Marshall | 0.5 | Participate in a call with Akin to discuss the claims reconciliation process. |
| 16 | 8/13/2019 | Eisler, Marshall | 1.3 | Participate in a call with M-III, Akin and Weil to discuss the claims reconciliation process. |
| 16 | 8/13/2019 | Eisler, Marshall | 1.3 | Continue review of claims analysis as provided by MIII. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/14/2019 | Eisler, Marshall | 1.8 | Review Debtors' historical balance sheets. |
| 16 | 8/16/2019 | Eisler, Marshall | 1.0 | Participate in a call with the Debtors' professionals to discuss the recovery analysis. |
| 16 | 8/16/2019 | Eisler, Marshall | 0.5 | Participate in conference call with Weil, M-III and Akin re: status of 503(b)(a) claims reconciliations. |
| 16 | 8/16/2019 | Eisler, Marshall | 1.2 | Correspond with Counsel re: preliminary claims summary. |
| 16 | 8/19/2019 | Star, Samuel | 0.6 | Develop work plan on administrative claim level and cash for potential settlement. |
| 16 | 8/19/2019 | Eisler, Marshall | 1.4 | Analyze 503b9 reconciliation files as provided by MIII. |
| 16 | 8/21/2019 | Star, Samuel | 0.3 | Meet with team re: analysis of administrative solvency, case timeline and meetings with stakeholder to resolve confirmation issues. |
| 16 | 8/21/2019 | Shapiro, Jill | 0.8 | Participate in internal discussions re: potential case outcomes. |
| 16 | 8/21/2019 | Eisler, Marshall | 2.8 | Analyze 503b9 claims re: admin solvency |
| 16 | 8/21/2019 | Eisler, Marshall | 2.9 | Create exhibit sensitizing admin solvency scenarios. |
| 16 | 8/21/2019 | Eisler, Marshall | 0.7 | Participate in call with Akin re: admin solvency issues. |
| 16 | 8/21/2019 | Eisler, Marshall | 1.2 | Reconcile Debtors' estimate for cash on hand at emergence. |
| 16 | 8/22/2019 | Star, Samuel | 1.3 | Review and comment on analysis of cash available for distribution to creditors at confirmation and subsequent to emergence for Chapter 11. |
| 16 | 8/22/2019 | Friedland, Scott D. | 0.6 | Process revisions to solvency report. |
| 16 | 8/22/2019 | Greenspan, Ronald F | 1.4 | Review and provide revisions on the draft report. |
| 16 | 8/22/2019 | Eisler, Marshall | 2.8 | Analyze Debtor's illustrative settlement proposal. |
| 16 | 8/22/2019 | Eisler, Marshall | 1.6 | Review 503b9 claims summary provided by M-III. |
| 16 | 8/22/2019 | Eisler, Marshall | 2.1 | Reconcile Debtors' remaining assets between the solvency tracker and the APA schedules. |
| 16 | 8/23/2019 | Eisler, Marshall | 1.9 | Review latest admin claims estimate analysis. |
| 16 | 8/23/2019 | Eisler, Marshall | 1.7 | Review impact of supplemental declarations filed by Transform and MIII. |
| 16 | 8/26/2019 | Shapiro, Jill | 1.9 | Prepare deck for UCC re: Distributable Value Update. |
| 16 | 8/26/2019 | Eisler, Marshall | 2.2 | Provide comments to admin insolvency presentation. |
| 16 | 8/26/2019 | Eisler, Marshall | 2.1 | Analyze 503b9 exhibit provided by MIII. |
| 16 | 8/26/2019 | Eisler, Marshall | 1.8 | Review potential claims reductions identified by the Debtors re: general reconciliation items. |
| 16 | 8/27/2019 | Eisler, Marshall | 0.7 | Participate in call w/ MIII re: preference actions |
| 16 | 8/27/2019 | Eisler, Marshall | 0.9 | Review remnant asset collection agreement |
| 16 | 8/27/2019 | Eisler, Marshall | 2.1 | Correspond with Akin re: Debtors' 503(b)(9) analysis |
| 16 | 8/27/2019 | Eisler, Marshall | 2.3 | Evaluate updated declarations re: APA dispute |
| 16 | 8/28/2019 | Shapiro, Jill | 1.2 | Continue preparing presentation re: Distributable Value Update. |
| 16 | 8/28/2019 | Shapiro, Jill | 1.0 | Participate in call with counsel re: Distributable value and conversion. |
| 16 | 8/28/2019 | Kim, Ye Darm | 1.1 | Participate in call with M-III re: 503(b)(9) and admin claims estimates. |
| 16 | 8/28/2019 | Eisler, Marshall | 1.1 | Participate in call with M-III re: 503(b)(9) and admin claims estimates. |
| 16 | 8/28/2019 | Eisler, Marshall | 0.8 | Correspond with Counsel re: remnant asset provider. |
| 16 | 8/28/2019 | Eisler, Marshall | 2.6 | Provide comments to presentation re: solvency forecasts. |
| 16 | 8/29/2019 | Shapiro, Jill | 1.2 | Update distributable value presentation based on updated solvency tracker provided by M-III. |
| 16 | 8/29/2019 | Shapiro, Jill | 1.9 | Review updated solvency tracker provided by M-III. |
| 16 | 8/29/2019 | Eisler, Marshall | 2.6 | Correspond with counsel re: cash projections at emergence. |
| 16 | 8/29/2019 | Eisler, Marshall | 2.8 | Analyze impact of APA dispute on solvency projections. |

EXHIBIT C
### SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
### DETAIL OF TIME ENTRIES
### FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/30/2019 | Eisler, Marshall | 1.2 | Correspond with counsel re: potential fee objections. |
| 16 | 8/30/2019 | Eisler, Marshall | 3.1 | Revise presentation for UCC re: solvency forecasts. |
| **16 Total** | | | **85.8** | |
| 17 | 8/1/2019 | Diaz, Matthew | 0.5 | Review updated admin tracker provided by Debtors. |
| 17 | 8/1/2019 | Diaz, Matthew | 0.9 | Review and provide comments to the admin solvency presentation to the UCC. |
| 17 | 8/1/2019 | Kim, Ye Darm | 2.3 | Prepare analysis of current status of APA disputes re: impact on Debtors' solvency. |
| 17 | 8/1/2019 | Kim, Ye Darm | 1.2 | Prepare presentation re: current APA dispute status impact on solvency. |
| 17 | 8/2/2019 | Kim, Ye Darm | 1.3 | Process revisions to presentation re: current APA dispute status and impact on solvency. |
| 17 | 8/5/2019 | Diaz, Matthew | 0.8 | Review updated admin solvency analysis provided by Debtors. |
| 17 | 8/8/2019 | Diaz, Matthew | 0.6 | Review updated admin tracker provided by Debtors. |
| 17 | 8/8/2019 | Diaz, Matthew | 0.9 | Review responses to Akin on the investigation. |
| 17 | 8/9/2019 | Diaz, Matthew | 1.1 | Review the presentation to the UCC re: admin solvency. |
| 17 | 8/9/2019 | Star, Samuel | 0.6 | Review status of solvency given status of Transform APA disputes. |
| 17 | 8/9/2019 | Diaz, Matthew | 0.9 | Review responses to Akin on the investigation. |
| 17 | 8/10/2019 | Diaz, Matthew | 1.0 | Review admin solvency presentation to the UCC. |
| 17 | 8/11/2019 | Diaz, Matthew | 1.5 | Review updated admin solvency presentation to the UCC. |
| 17 | 8/11/2019 | Kaneb, Blair | 3.9 | Prepare bankruptcy comps for admin solvency presentation. |
| 17 | 8/11/2019 | Star, Samuel | 0.3 | Review Akin comments to draft UCC report in administrative solvency and administrative creditors settlements in other cases. |
| 17 | 8/12/2019 | Diaz, Matthew | 1.1 | Analyze possible scenarios for admin solvency at emergence. |
| 17 | 8/15/2019 | Diaz, Matthew | 0.5 | Review updated admin tracker provided by Debtors. |
| 17 | 8/16/2019 | Star, Samuel | 0.7 | Review estimate of cash available at emergence for administrative claims. |
| 17 | 8/22/2019 | Shapiro, Jill | 0.6 | Participate in discussion re: APA Dispute questions. |
| 17 | 8/23/2019 | Shapiro, Jill | 0.9 | Revise solvency update presentation. |
| 17 | 8/26/2019 | Star, Samuel | 0.8 | Review draft presentation on distributable value available for creditors at confirmation. |
| 17 | 8/29/2019 | Kim, Ye Darm | 2.1 | Prepare updated analysis and slides re: latest solvency tracker. |
| 17 | 8/30/2019 | Kim, Ye Darm | 2.2 | Finalize presentation re: latest admin solvency tracker analysis. |
| **17 Total** | | | **26.7** | |
| 18 | 8/1/2019 | Kim, Ye Darm | 1.4 | Prepare response and analysis re: Sears public disclosures. |
| 18 | 8/1/2019 | Kim, Ye Darm | 0.9 | Draft response re: historical stock price analysis. |
| 18 | 8/1/2019 | Kim, Ye Darm | 1.3 | Review and research additional historical analyst coverage on Sears. |
| 18 | 8/1/2019 | Kim, Ye Darm | 1.9 | Prepare analysis re: historical security ownership. |
| 18 | 8/1/2019 | Eisler, Marshall | 1.2 | Analyze historical bond prices. |
| 18 | 8/2/2019 | Diaz, Matthew | 0.8 | Review of responses to Akin's requests on the investigation. |
| 18 | 8/2/2019 | Kim, Ye Darm | 2.7 | Review LoC agreement and amendments. |
| 18 | 8/2/2019 | Kim, Ye Darm | 0.5 | Prepare analysis re: Sears historical creditors. |
| 18 | 8/2/2019 | Star, Samuel | 1.2 | Research disclosures and accounting for prepetition transaction. |
| 18 | 8/2/2019 | Eisler, Marshall | 1.2 | Review historical financials re: Prepetition transactions. |
| 18 | 8/5/2019 | Carr, Emre | 0.5 | Review Accounting Statement Updates. |
| 18 | 8/5/2019 | Carr, Emre | 0.5 | Discuss with team re: Accounting Statement Updates. |
| 18 | 8/5/2019 | Carr, Emre | 3.1 | Perform analysis of historical financials. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/5/2019 | Carr, Emre | 2.4 | Continue to perform analysis of historical financials. |
| 18 | 8/5/2019 | Diaz, Matthew | 0.7 | Review responses re: public filing analysis. |
| 18 | 8/5/2019 | Kim, Ye Darm | 2.3 | Continue review of LoC agreement and amendments. |
| 18 | 8/5/2019 | Kim, Ye Darm | 2.1 | Continue review of historical analyst reports re: public sentiment. |
| 18 | 8/5/2019 | Star, Samuel | 0.9 | Review various objections to confirmation and related draft memorandum by counsel. |
| 18 | 8/5/2019 | Eisler, Marshall | 2.2 | Analyze historical equity analyst research reports re: Prepetition Transactions. |
| 18 | 8/6/2019 | Carr, Emre | 3.3 | Analyze Sears historical solvency. |
| 18 | 8/6/2019 | Carr, Emre | 1.5 | Perform comparison of different insolvency methodologies. |
| 18 | 8/6/2019 | Diaz, Matthew | 0.8 | Review of updated responses to Akin on the investigation workstreams. |
| 18 | 8/6/2019 | Friedland, Scott D. | 1.7 | Review Debtors' internal going concern assessment. |
| 18 | 8/6/2019 | Friedland, Scott D. | 1.6 | Review accounting and auditing pronouncements for investigations. |
| 18 | 8/6/2019 | Friedland, Scott D. | 0.5 | Review overview of accounting and auditing pronouncements for investigations with team. |
| 18 | 8/6/2019 | Kim, Ye Darm | 2.6 | Prepare analysis re: historical interest payments. |
| 18 | 8/6/2019 | Kim, Ye Darm | 1.7 | Process revisions to interest payment analysis. |
| 18 | 8/6/2019 | Kim, Ye Darm | 1.8 | Process revisions to prepetition transactions summary slides. |
| 18 | 8/6/2019 | Eisler, Marshall | 2.4 | Review historical interest payment analysis. |
| 18 | 8/6/2019 | Eisler, Marshall | 0.8 | Review documents re: historical general ledger entries. |
| 18 | 8/7/2019 | Carr, Emre | 1.7 | Examine audited financial statements re: prepetition transactions. |
| 18 | 8/7/2019 | Diaz, Matthew | 0.6 | Participate in meeting to discuss the Transform litigation and the ESL complaint. |
| 18 | 8/7/2019 | Friedland, Scott D. | 1.3 | Review of the Debtors' internal going concern assessment. |
| 18 | 8/7/2019 | Friedland, Scott D. | 1.6 | Draft summary of preliminary observations re: Sears' disclosures and internal analyses. |
| 18 | 8/7/2019 | Kim, Ye Darm | 1.3 | Review legal entity trial balances. |
| 18 | 8/7/2019 | Kim, Ye Darm | 2.3 | Continue analysis of legal entity trial balances. |
| 18 | 8/7/2019 | Kim, Ye Darm | 1.2 | Prepare revised analysis of historical interest payments. |
| 18 | 8/7/2019 | Simms, Steven | 0.4 | Correspond with internal team on outstanding administrative solvency issues. |
| 18 | 8/7/2019 | Eisler, Marshall | 2.1 | Review internal memo re: SEC disclosures. |
| 18 | 8/8/2019 | Kim, Ye Darm | 2.4 | Prepare summary of prepetition forecasts. |
| 18 | 8/8/2019 | Eisler, Marshall | 1.9 | Provide comments to presentation re: latest solvency forecasts. |
| 18 | 8/9/2019 | Carr, Emre | 1.9 | Prepare summary of preliminary observations and suggested next steps re: prepetition transactions public filings. |
| 18 | 8/9/2019 | Friedland, Scott D. | 1.4 | Revise summary on Sears internal going concern assessment. |
| 18 | 8/11/2019 | Eisler, Marshall | 1.6 | Analyze historical interest payments. |
| 18 | 8/12/2019 | Carr, Emre | 0.4 | Review and process revisions to draft summary re: prepetition transactions public filings. |
| 18 | 8/12/2019 | Carr, Emre | 0.8 | Prepare summary charts of public disclosures for meeting with counsel. |
| 18 | 8/12/2019 | Carr, Emre | 0.7 | Participate in internal discussion with team re: investigations. |
| 18 | 8/12/2019 | Friedland, Scott D. | 0.9 | Participate in internal discussion with team re: investigations and additional workstreams. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/12/2019 | Friedland, Scott D. | 0.9 | Revise solvency related analysis based on discussions with engagement team members. |
| 18 | 8/12/2019 | Simms, Steven | 0.3 | Review outstanding administrative solvency issues. |
| 18 | 8/12/2019 | Star, Samuel | 1.0 | Participate in discussion with team re: analysis supporting causes of action. |
| 18 | 8/12/2019 | Eisler, Marshall | 1.0 | Participate in discussion with team re: prepetition transactions analyses. |
| 18 | 8/12/2019 | Eisler, Marshall | 0.5 | Participate in internal meeting re: workstream status. |
| 18 | 8/13/2019 | Carr, Emre | 1.4 | Prepare analysis on historical financials. |
| 18 | 8/13/2019 | Carr, Emre | 1.5 | Prepare workplan for investigation workstreams re: Sears. |
| 18 | 8/13/2019 | Carr, Emre | 0.5 | Prepare materials for proposed complaint. |
| 18 | 8/13/2019 | Friedland, Scott D. | 0.8 | Review prepetition investigation Solvency Presentation. |
| 18 | 8/13/2019 | Friedland, Scott D. | 1.2 | Review relevant sections of proposed draft complaint. |
| 18 | 8/13/2019 | Friedland, Scott D. | 1.4 | Process edits to preliminary analysis included in draft complaint. |
| 18 | 8/13/2019 | Simms, Steven | 0.4 | Participate on call re: administrative claims issues. |
| 18 | 8/14/2019 | Carr, Emre | 1.5 | Finalize equity market value analysis. |
| 18 | 8/14/2019 | Friedland, Scott D. | 0.8 | Respond to request re: preliminary solvency analysis. |
| 18 | 8/14/2019 | Friedland, Scott D. | 1.3 | Review latest draft of preliminary solvency analysis and make revisions. |
| 18 | 8/14/2019 | Friedland, Scott D. | 1.1 | Continue revisions of preliminary solvency assessment. |
| 18 | 8/14/2019 | Friedland, Scott D. | 1.2 | Continue revisions of preliminary solvency assessment. |
| 18 | 8/14/2019 | Friedland, Scott D. | 1.4 | Continue revisions of preliminary solvency assessment. |
| 18 | 8/14/2019 | Friedland, Scott D. | 0.9 | Respond to request re: going concern disclosures and requirements under GAAP. |
| 18 | 8/14/2019 | Eisler, Marshall | 2.3 | Analyze historical interest payments. |
| 18 | 8/15/2019 | Carr, Emre | 1.2 | Perform credit default swap analysis. |
| 18 | 8/15/2019 | Carr, Emre | 1.5 | Revise market value section of draft analysis. |
| 18 | 8/15/2019 | Friedland, Scott D. | 1.9 | Perform final revisions to preliminary solvency assessment. |
| 18 | 8/15/2019 | Friedland, Scott D. | 0.5 | Participate in discussion re: additional points to make in the preliminary solvency analysis. |
| 18 | 8/15/2019 | Friedland, Scott D. | 2.1 | Review and process revisions to latest draft of preliminary solvency analysis. |
| 18 | 8/16/2019 | Diaz, Matthew | 0.6 | Review responses to counsel on certain investigation questions. |
| 18 | 8/18/2019 | Diaz, Matthew | 0.8 | Review responses to counsel re: historical interest payments. |
| 18 | 8/19/2019 | Carr, Emre | 0.4 | Prepare chart denoting the share price activity. |
| 18 | 8/19/2019 | Carr, Emre | 2.6 | Examine stock prices of Sears around the prepetition transactions. |
| 18 | 8/19/2019 | Carr, Emre | 2.1 | Create timeline from historical financials and other filings about various rights offerings re: prepetition transactions. |
| 18 | 8/19/2019 | Diaz, Matthew | 0.9 | Review next steps and open items on the investigation. |
| 18 | 8/19/2019 | Star, Samuel | 1.4 | Review initial assessment of solvency given stock trading levels. |
| 18 | 8/20/2019 | Carr, Emre | 1.0 | Meet with the FTI team regarding prepetition transactions. |
| 18 | 8/20/2019 | Carr, Emre | 2.2 | Review historical SEC correspondence. |
| 18 | 8/20/2019 | Carr, Emre | 2.8 | Analyze prepetition transactions SEC filings, subscription rights procedures, and list of reported values for property. |
| 18 | 8/20/2019 | Friedland, Scott D. | 1.6 | Revise preliminary solvency assessment draft based on internal team discussions. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/20/2019 | Friedland, Scott D. | 1.1 | Meet with internal team to review preliminary solvency assessment draft. |
| 18 | 8/20/2019 | Star, Samuel | 1.0 | Evaluate solvency assessment related to prepetition transaction. |
| 18 | 8/20/2019 | Shapiro, Jill | 1.0 | Participate in internal meeting regarding investigation. |
| 18 | 8/20/2019 | Eisler, Marshall | 0.8 | Analyze debt facilities. |
| 18 | 8/20/2019 | Eisler, Marshall | 1.6 | Review initial memo discussing potential insolvency arguments. |
| 18 | 8/20/2019 | Eisler, Marshall | 1.2 | Analyze SEC filings re: Sears' market price. |
| 18 | 8/20/2019 | Eisler, Marshall | 0.9 | Provide comments to property schedule analysis. |
| 18 | 8/20/2019 | Eisler, Marshall | 0.9 | Create exhibit analyzing trial balances for Kmart and Roebuck. |
| 18 | 8/21/2019 | Carr, Emre | 1.4 | Incorporate prepetition transaction summary to summary notes. |
| 18 | 8/21/2019 | Friedland, Scott D. | 0.2 | Draft additional edits to preliminary solvency assessment provided by internal team. |
| 18 | 8/21/2019 | Friedland, Scott D. | 0.5 | Review final draft of preliminary solvency assessment. |
| 18 | 8/21/2019 | Simms, Steven | 0.3 | Review outstanding administrative creditor issues. |
| 18 | 8/21/2019 | Simms, Steven | 0.4 | Correspond on outstanding administrative solvency items. |
| 18 | 8/21/2019 | Eisler, Marshall | 1.1 | Review updated draft of memo regarding causes of action |
| 18 | 8/22/2019 | Shapiro, Jill | 2.1 | Prepare EBITDA comparison analysis. |
| 18 | 8/22/2019 | Star, Samuel | 0.7 | Review revised list of solvency points at time of prepetition transactions. |
| 18 | 8/23/2019 | Shapiro, Jill | 0.5 | Prepare forecast comparisons focusing on EBITDA and revenue. |
| 18 | 8/23/2019 | Shapiro, Jill | 1.6 | Prepare revisions to historical interest payments presentation. |
| 18 | 8/23/2019 | Carr, Emre | 0.9 | Revise summary note to solvency presentation. |
| 18 | 8/23/2019 | Carr, Emre | 0.5 | Review latest revisions to solvency presentation. |
| 18 | 8/23/2019 | Greenspan, Ronald F | 0.6 | Review summary note and provide revisions. |
| 18 | 8/23/2019 | Eisler, Marshall | 1.7 | Provide comments to exhibit analyzing historical financial projections. |
| 18 | 8/23/2019 | Eisler, Marshall | 2.3 | Analyze memo detailing prepetition transactions parties. |
| 18 | 8/26/2019 | Simms, Steven | 0.2 | Correspond with internal team re: administrative claims items. |
| 18 | 8/28/2019 | Kim, Ye Darm | 1.2 | Prepare updated slide re: historical interest payments. |
| 18 | 8/28/2019 | Eisler, Marshall | 1.1 | Review exhibit re: interest payments on historical debt facilities. |
| 18 | 8/30/2019 | Friedland, Scott D. | 2.2 | Review workpapers relating to assessment of going concern assumption. |
| **18 Total** | | | **144.0** | |
| 19 | 8/1/2019 | Kim, Ye Darm | 1.2 | Prepare tracker of progress on all outstanding requests from Counsel. |
| 19 | 8/12/2019 | Star, Samuel | 0.5 | Participate in internal meeting re: workstream status. |
| **19 Total** | | | **1.7** | |
| 20 | 8/7/2019 | Kim, Ye Darm | 1.1 | Participate in discussion with M-III re: latest APA dispute estimates. |
| **20 Total** | | | **1.1** | |
| 21 | 8/12/2019 | Star, Samuel | 0.5 | Participate in call with UCC re: administrative solvency analysis and administrative creditor settlement discussions. |
| **21 Total** | | | **0.5** | |
| 22 | 8/13/2019 | Star, Samuel | 0.2 | Participate in call with creditor representative re: case status. |
| 22 | 8/21/2019 | Star, Samuel | 0.1 | Participate in call with trade administrative claim purchaser. |
| 22 | 8/21/2019 | Star, Samuel | 0.3 | Discuss with administrative creditor group representative re: case status. |
| **22 Total** | | | **0.6** | |
| 24 | 8/2/2019 | Diaz, Matthew | 1.1 | Review of draft interim fee application. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 8/6/2019 | Kaneb, Blair | 1.0 | Incorporate updates to the Interim Fee Application. |
| 24 | 8/14/2019 | Hellmund-Mora, Marili | 0.4 | Prepare exhibits for the interim fee application. |
| 24 | 8/23/2019 | Hellmund-Mora, Marili | 0.5 | Continue preparation of exhibits for the interim fee application. |
| 24 | 8/26/2019 | Kim, Ye Darm | 0.9 | Prepare exhibits for July fee applications. |
| 24 | 8/26/2019 | Kim, Ye Darm | 1.1 | Review July fee application. |
| 24 | 8/26/2019 | Shapiro, Jill | 0.3 | Review July fee application. |
| 24 | 8/27/2019 | Hellmund-Mora, Marili | 0.6 | Prepare additional exhibits for July fee application. |
| 24 | 8/27/2019 | Kim, Ye Darm | 0.8 | Review July fee application. |
| 24 | 8/27/2019 | Shapiro, Jill | 0.5 | Prepare weekly fee estimate for Debtor's forecasting process. |
| **24 Total** | | | **7.2** | |
| **Grand Total** | | | **314.0** | |

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Expense Type | Amount |
|---|---|
| Transportation | $ 203.20 |
| Working Meals [1] | $ 120.00 |
| **Grand Total** | **$ 323.20** |

[1]Overtime meals over $20.00 have been reduced to $20.00.

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 7/9/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late in the office on the case. | $ 11.99 |
| 7/9/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late in the office on the case. | $ 10.22 |
| 7/11/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late in the office on the case. | $ 13.76 |
| 7/15/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late in the office on the case. | $ 10.22 |
| 7/16/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late in the office on the case. | $ 10.22 |
| 7/22/2019 | Kim, Ye Darm | Transportation | Taxi from office to home after working late in the office on the case. | $ 16.63 |
| 7/31/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the case. | $ 27.50 |
| 8/6/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the case. | $ 26.90 |
| 8/12/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the case. | $ 27.50 |
| 8/20/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the case. | $ 20.76 |
| 8/26/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late in the office on the case. | $ 27.50 |
| | | **Transportation Total** | | **203.20** |
| 7/21/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | $ 20.00 |
| 7/22/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | $ 20.00 |
| 7/23/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | $ 20.00 |
| 7/24/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | $ 20.00 |
| 8/5/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | $ 20.00 |
| 8/6/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | $ 20.00 |
| | | **Working Meals Total** | | |
| | | | | **120.00** |
| | | **Grand Total** | | |
| | | | | **$ 323.20** |