RJB LAWYER, LLC.  
Robert J. Bruce, Esq.  
1543 Champa Street Suite 400  
Denver, Colorado 80202  
(303) 573-5498  
(303) 571-1001 Facsimile  
*Attorney for Synergetic Staffing, LLC*

Hearing Date: November 20, 2019  
Objection Deadline: November 1, 2019

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al., | : |
| | : (Jointly Administered) |
| Debtors.1 | : |
| | : |

## NOTICE OF HEARING ON MOTION OF SYNERGETIC STAFFING, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE THAT** a hearing on the above-referenced *Motion of Synergetic Staffing, LLC for Allowance and Payment of administrative Expense Claim* (the "Motion"), filed on October 14, 2019, on behalf of Synergetic Staffing, LLC also doing business as ARA, Inc. ("Synergetic Staffing") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge at the United States

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York 10601, on **November 20, 2019 at 10:00 a.m. (EST)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE THAT** any objections to the Motion shall be in writing and shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Court and shall be served in accordance with the Amended Order Implementing Certain Case Notice and Case Management Procedures [Docket No. 405] (the "Amended Case Management Order") so as to be filed and received by, inter alia, undersigned counsel by **no later than November 1, 2019 at 4:00 p.m. (EST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not filed and served by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing pursuant to the Amended Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: October 14, 2019
Denver, Colorado

>RJB LAWYER, LLC,
>Attorney for Synergetic Staffing, LLC
>
>By: /s/ *Robert J. Bruce*
>Robert J. Bruce, Esq.
>1543 Champa Street, Suite 400
>Denver, CO 80202
>E-mail: bobbruce@rjblawyerllc.com
>(303) 573-5498
>(303) 571-1001 Facsimile