# Statement

Synergetic Staffing, LLC
P.O Box 1033
Brighton, CO  80601

| Date |
| --- |
| 10/23/2019 |

| To: |
| --- |
| Sears Holdings<br>Bruce Honnibal<br>18875 Bromely Lane, Suite A<br>Brighton, CO  80601 |

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | $89,785.57 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 01/01/2019 | INV #31601280. Due 01/01/2019. Orig. Amount $6,965.37. | 6,965.37 | 6,965.37 |
| 01/01/2019 | INV #31601288. Due 01/01/2019. Orig. Amount $9,237.87. | 9,237.87 | 16,203.24 |
| 01/02/2019 | INV #31601297. Due 01/02/2019. Orig. Amount $5,097.60. | 5,097.60 | 21,300.84 |
| 01/02/2019 | INV #31601299. Due 01/02/2019. Orig. Amount $432.90. | 432.90 | 21,733.74 |
| 01/09/2019 | INV #31601306. Due 01/09/2019. Orig. Amount $9,852.66. | 9,852.66 | 31,586.40 |
| 01/16/2019 | INV #31601314. Due 01/16/2019. Orig. Amount $15,515.91. | 15,515.91 | 47,102.31 |
| 01/23/2019 | INV #31601321. Due 01/23/2019. Orig. Amount $15,776.91. | 15,776.91 | 62,879.22 |
| 01/30/2019 | INV #31601328. Due 01/30/2019. Orig. Amount $15,988.95. | 15,988.95 | 78,868.17 |
| 05/22/2019 | INV #FC 1. Due 05/22/2019. Orig. Amount $4,927.84. Finance Charge | 4,927.84 | 83,796.01 |
| 06/03/2019 | INV #FC 3. Due 06/03/2019. Orig. Amount $466.73. Finance Charge | 466.73 | 84,262.74 |
| 06/17/2019 | INV #FC 5. Due 06/17/2019. Orig. Amount $544.51. Finance Charge | 544.51 | 84,807.25 |
| 06/24/2019 | INV #FC 7. Due 06/24/2019. Orig. Amount $272.24. Finance Charge | 272.24 | 85,079.49 |
| 07/01/2019 | INV #FC 9. Due 07/01/2019. Orig. Amount $272.24. Finance Charge | 272.24 | 85,351.73 |
| 07/08/2019 | INV #FC 11. Due 07/08/2019. Orig. Amount $272.24. Finance Charge | 272.24 | 85,623.97 |
| 07/15/2019 | INV #FC 13. Due 07/15/2019. Orig. Amount $272.24. Finance Charge | 272.24 | 85,896.21 |
| 07/29/2019 | INV #FC 15. Due 07/29/2019. Orig. Amount $544.51. Finance Charge | 544.51 | 86,440.72 |
| 08/05/2019 | INV #FC 17. Due 08/05/2019. Orig. Amount $272.24. Finance Charge | 272.24 | 86,712.96 |
| 08/22/2019 | INV #FC 19. Due 08/22/2019. Orig. Amount $661.20. Finance Charge | 661.20 | 87,374.16 |
| 08/30/2019 | INV #FC 21. Due 08/30/2019. Orig. Amount $311.15. Finance Charge | 311.15 | 87,685.31 |
| 10/01/2019 | INV #FC 23. Due 10/01/2019. Orig. Amount $1,244.59. Finance Charge | 1,244.59 | 88,929.90 |
| 10/23/2019 | INV #FC 25. Due 10/23/2019. Orig. Amount $855.67. Finance Charge | 855.67 | 89,785.57 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 855.67 | 1,244.59 | 311.15 | 1,477.95 | 85,896.21 | $89,785.57 |

Exhibit C

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 12/19/2018 | 31601279 |
| **Customer #** | **Invoice Amt** |
| 169146 | $2,510.64 |

| Please remit payment to: |
|---|
| ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Invoice # | 31601279 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 12/19/2018 | | **Please Pay** |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$2,510.64** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 12/9/2018** | | | | | |
| Guerra, Joel | Maintenance Technician | 32.00 | $34.87 | 0.00 | $52.31 | $1,115.84 |
| | **WeekendDate: 12/16/2018** | | | | | |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |

| | **Please Pay** | **$2,510.64** |
|---|---|---|

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Exhibit C

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 12/26/2018 | 31601287 |
| **Customer #** | **Invoice Amt** |
| 169146 | $2,789.60 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Please remit payment to: |
|---|
| ARA, Inc.<br>P.O. Box 52584<br>Phoenix, AZ 85072-2584 |

| Invoice # | 31601287 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 12/26/2018 | | **Please Pay** |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$2,789.60** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | WeekendDate: 12/23/2018 | | | | | |
| Kochevar, Christopher | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| | | | | **Please Pay** | | $2,789.60 |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Exhibit C

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/2/2019 | 31601296 |
| Customer # | Invoice Amt |
| 169146 | $1,673.76 |

Please remit payment to:

ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Invoice # | 31601296 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/2/2019 | | Please Pay |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | $1,673.76 |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | WeekendDate: 12/30/2018 | | | | | |
| Kochevar, Christopher | Maintenance Technician | 24.00 | $34.87 | 0.00 | $52.31 | $836.88 |
| Rau, Martin | Maintenance Technician | 24.00 | $34.87 | 0.00 | $52.31 | $836.88 |
| | | | | Please Pay | | $1,673.76 |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Exhibit C

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/9/2019 | 31601305 |
| Customer # | Invoice Amt |
| 169146 | $1,673.76 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

Please remit payment to:

ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

| Invoice # | 31601305 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/9/2019 | | **Please Pay** |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$1,673.76** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | WeekendDate: 1/6/2019 | | | | | |
| Kochevar, Christopher | Maintenance Technician | 24.00 | $34.87 | 0.00 | $52.31 | $836.88 |
| Rau, Martin | Maintenance Technician | 24.00 | $34.87 | 0.00 | $52.31 | $836.88 |

| | | | | | **Please Pay** | **$1,673.76** |
|---|---|---|---|---|---|---|

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Exhibit C

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-847-9496

| Invoice Date | Invoice # |
|---|---|
| 1/16/2019 | 31601313 |
| **Customer #** | **Invoice Amt** |
| 169146 | $2,894.60 |

Please remit payment to:
ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Invoice # | 31601313 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/16/2019 | | **Please Pay** |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$2,894.60** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 1/13/2019** | | | | | |
| Kochevar, Christopher | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| Kochevar, Christopher | DrugScreen - | 0.00 | $0.00 | 0.00 | $0.00 | $60.00 |
| Kochevar, Christopher | BGR - | 0.00 | $0.00 | 0.00 | $0.00 | $45.00 |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |

| | Please Pay | $2,894.60 |
|---|---|---|

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Exhibit C

Synergetic Staffing LLC
3140 Neil Armstrong Blvd. Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/23/2019 | 31601320 |
| Customer # | Invoice Amt |
| 169146 | $2,719.86 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

Please remit payment to:

ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584

| Invoice # | 31601320 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 1/23/2019 | | Please Pay |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | $2,719.86 |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | WeekendDate: 1/20/2019 | | | | | |
| Kochevar, Christopher | Maintenance Technician | 38.00 | $34.87 | 0.00 | $52.31 | $1,325.06 |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| | | | | Please Pay | | $2,719.86 |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Exhibit C

Synergetic Staffing LLC
3140 Nell Armstrong Blvd. Suite 203
Eegan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 1/30/2019 | 31601327 |
| **Customer #** | **Invoice Amt** |
| 169146 | $2,754.73 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO   80601

| Please remit payment to: |
|---|
| ARA, Inc.<br>P.O. Box 52584<br>Phoenix, AZ 85072-2584 |

| | | | |
|---|---|---|---|
| Invoice # | 31601327 | Sears Holdings | |
| Invoice Date | 1/30/2019 | | **Please Pay** |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | **$2,754.73** |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | **WeekendDate: 1/27/2019** | | | | | |
| Kochevar, Christopher | Maintenance Technician | 39.00 | $34.87 | 0.00 | $52.31 | $1,359.93 |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |

| | | |
|---|---|---|
| | **Please Pay** | **$2,754.73** |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Exhibit C

Synergetic Staffing LLC
3140 Neil Armstrong Blvd, Suite 203
Eagan, MN 55121
Phone: 303-647-9496

| Invoice Date | Invoice # |
|---|---|
| 2/6/2019 | 31601333 |
| Customer # | Invoice Amt |
| 169146 | $2,719.86 |

| Please remit payment to: |
|---|
| ARA, Inc.
P.O. Box 52584
Phoenix, AZ 85072-2584 |

Robert Taylor
Sears Holdings
18875 Bromley Lane, Suite A
Brighton, CO    80601

| Invoice # | 31601333 | Sears Holdings | |
|---|---|---|---|
| Invoice Date | 2/6/2019 | | Please Pay |
| Customer # | 169146 | Net 60 Days From Date of Invoice 1.5% Late Fee | $2,719.86 |

| Employee | Description | Reg Hrs | Rate | OT Hrs | OT Rate | Total |
|---|---|---|---|---|---|---|
| | WeekendDate: 2/3/2019 | | | | | |
| Kochevar, Christopher | Maintenance Technician | 38.00 | $34.87 | 0.00 | $52.31 | $1,325.06 |
| Rau, Martin | Maintenance Technician | 40.00 | $34.87 | 0.00 | $52.31 | $1,394.80 |
| | | | | | Please Pay | $2,719.86 |

This invoice has been sold and assigned to ARA, Inc. dba Lone Oak Payroll, and is payable only in United States dollars.
All payments must be made to ARA, Inc. dba Lone Oak Payroll c/o Wells Fargo Bank, N.A. and sent to:
Post Office Box 52584 Phoenix, AZ 85072-2584.

Exhibit C



# SYNERGETIC STAFFING, LLC
Working together

109 E Bridge Street
Brighton, CO 80601

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/3/2019 | 31601297 |

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/3/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | Finance Charge |  | 1,343.14 | 1,343.14 |

| | Total | $1,343.14 |
|--|-------|-----------|

Exhibit C



# SYNERGETIC STAFFING, LLC
Working Together

109 E Bridge Street
Brighton, CO 80601

# Invoice

| Date | Invoice # |
|---|---|
| 6/10/2019 | 31601298 |

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 6/10/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Finance Charge | | 68.14 | 68.14 |

| | Total | $68.14 |
|---|---|---|

Exhibit C



# SYNERGETIC STAFFING, LLC
W o r k i n g   t o g e t h e r

109 E Bridge Street
Brighton, CO 80601

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/17/2019 | 31601299 |

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  |  |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | Finance Charge |  | 68.14 | 68.14 |

| | Total | $68.14 |
|---|---|---|

Exhibit C



SYNERGETIC
STAFFING, LLC
Working Together

109 E Bridge Street
Brighton, CO 80601

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/24/2019 | 31601301 |

| Bill To | Ship To |
|---------|---------|
| Sears Holding<br>18875 Bromley Lane, Suite A<br>Brighton, CO 80601 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 6/24/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 68.14 | 68.14 |

| | Total | $68.14 |
|---|-------|--------|

Exhibit C



# SYNERGETIC STAFFING, LLC
## Working Together

109 E Bridge Street
Brighton, CO 80601

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/1/2019 | 31601302 |

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 7/1/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 68.14 | 68.14 |

| | **Total** | **$68.14** |
|--|-----------|------------|

Exhibit C



# SYNERGETIC
# STAFFING, LLC
Working Together

# Invoice

109 E Bridge Street
Brighton, CO 80601

| Date | Invoice # |
|---|---|
| 7/8/2019 | 31601303 |

| Bill To |
|---|
| Sears Holding |
| 18875 Bromley Lane, Suite A |
| Brighton, CO 80601 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/8/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Finance Charge | | 68.14 | 68.14 |

| | | | **Total** | $68.14 |
|---|---|---|---|---|

Exhibit C



# SYNERGETIC
# STAFFING, LLC
Working Together

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2019 | 31601304 |

109 E Bridge Street
Brighton, CO 80601

| Bill To | Ship To |
|---------|---------|
| Sears Holding<br>18875 Bromley Lane, Suite A<br>Brighton, CO 80601 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 7/15/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 68.14 | 68.14 |

| | Total | $68.14 |
|---|-------|--------|

Exhibit C



# SYNERGETIC STAFFING, LLC
Working Together

109 E Bridge Street
Brighton, CO 80601

# Invoice

| Date | Invoice # |
|---|---|
| 7/22/2019 | 31601305 |

| Bill To |
|---|
| Sears Holding<br>18875 Bromley Lane, Suite A<br>Brighton, CO 80601 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/22/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Finance Charge | | 68.14 | 68.14 |

| | Total | $68.14 |
|---|---|---|

Exhibit C



**SYNERGETIC STAFFING, LLC**
W o r k i n g   T o g e t h e r

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2019 | 31601306 |

109 E Bridge Street
Brighton, CO 80601

| Bill To |
|---------|
| Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 68.14 | 68.14 |

| | Total | $68.14 |
|--|-------|--------|

Exhibit C



# SYNERGETIC STAFFING, LLC
Working together

# Invoice

| Date | Invoice # |
|---|---|
| 8/5/2019 | 31601307 |

109 E Bridge Street
Brighton, CO 80601

| Bill To |
|---|
| Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 8/5/2019 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  | Finance Charge |  | 68.14 | 68.14 |

| | Total | $68.14 |
|---|---|---|

Exhibit C



# SYNERGETIC STAFFING, LLC
Working together

109 E Bridge Street
Brighton, CO 80601

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/22/2019 | 31601308 |

| Bill To | Ship To |
|---------|---------|
| Sears Holding<br>18875 Bromley Lane, Suite A<br>Brighton, CO 80601 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 8/22/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 165.46 | 165.46 |

| | Total | $165.46 |
|--|-------|---------|

Exhibit C

# SYNERGETIC STAFFING, LLC
### Working Together

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/30/2019 | 31601338 |

109 E Bridge Street
Brighton, CO 80601

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 10/23/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 77.86 | 77.86 |

| | **Total** | **$77.86** |
|--|------------|-------------|

Exhibit C



# SYNERGETIC STAFFING, LLC
### Working Together

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2019 | 31601339 |

109 E Bridge Street
Brighton, CO 80601

| Bill To |
|---|
| Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 10/23/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | Finance Charge | | 311.45 | 311.45 |

**Total** $311.45

Exhibit C



# Invoice

**SYNERGETIC STAFFING, LLC**
Working Together

109 E Bridge Street
Brighton, CO 80601

| Date | Invoice # |
|------|-----------|
| 10/23/2019 | 31601340 |

**Bill To**

Sears Holding
18875 Bromley Lane, Suite A
Brighton, CO 80601

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 10/23/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Finance Charge | | 214.14 | 214.14 |

| | **Total** | **$214.14** |
|---|---|---|

Exhibit C