**KURTZMAN | STEADY, LLC**
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

*Attorneys for PREIT Services, LLC, as agent for*
*PR Jacksonville Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
|  | :     Chapter 11 |
|  | : |
| SEARS HOLDINGS CORPORATION, | :     Case No. 18-23538 (RDD) |
| INC., et al.,[1] | : |
|  | :     (Jointly Administered) |
| Debtors. | : |
|  | : |

**NOTICE OF WITHDRAWAL OF MOTION OF PREIT SERVICES, LLC,**
**AS AGENT FOR PR JACKSONVILLE LIMITED PARTNERSHIP,**
**FOR AN ORDER COMPELLING IMMEDIATE PAYMENT OF CURE**
**OBLIGATIONS UNDER AN ASSUMED NONRESIDENTIAL REAL**
**PROPERTY LEASE PURSUANT TO 11 U.S.C. §365(b)(1)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC(6546); Sears Operations LLC(4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc.(0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE NOTICE that PREIT Services, LLC ("PREIT"), as agent for PR

Jacksonville Limited Partnership ("PR Jacksonville"), by and through its undersigned attorneys,

hereby withdraws its Motion for an Order Compelling the Immediate Payment of Cure

Obligations Under an Assumed Nonresidential Real Property Lease Pursuant to 11 U.S.C. §

365(b)(l) filed at Docket No. 5103, with prejudice.


Dated:  Philadelphia, Pennsylvania          **KURTZMAN | STEADY, LLC**
           October 15, 2019

By: _____
       Jeffrey Kurtzman, Esquire
       401 S. 2nd Street, Suite 200
       Philadelphia, PA  19147
       Telephone: (215) 839-1222
       Email:  kurtzman@kurtzmansteady.com

Attorneys for PREIT Services, LLC, as agent for
PR Jacksonville Limited Partnership