

**CALIFORNIA**

**COMMERCIAL**

**ROOFING**

SYSTEMS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**Honorable Robert D. Drain**

**In Re:**
**SEARS HOLDING CORPORATION, ET AL,**
**DEBTORS**

FILED
U.S. BANKRUPTCY COURT

2019 OCT 15 A 9 40

S.D. OF N.Y.

**CHAPTER 11**
**CASE NO. 18-23538CRDD**
**JOINTLY ADMINISTERED**

2747 SHERWIN AVE.

**Debtors Council Asserts**
**"The claim does not relate to goods received".**
**Document 5236 Page 5 #6 Attached as Exhibit "B"**

**Claimant**

**Exteriors By Design, Inc. dba: California Commercial Roofing**
**Systems**

UNIT #8

**Reasons statement that claim should not be reclassified.**
**California Commercial Roofing Systems provided not only roofing**
**materials (goods), but provided trained service technicians, without**
**which the materials (goods) would be of no value to Sears Holdings**
**Corporation, as Sears Holdings Corporation has no trained**
**employees who can install and weld Thermoplastic TPO membrane,**
**EFIS or plaster.  Without our technicians, the material (goods) are**
**simply rolls of material and buckets of plaster.**

VENTURA, CA. 93003

**The installation of the materials & goods requires specialized**
**welding and electrical equipment of which SHC does not have at any**
**of the hundreds of sites we have worked.**

**PHOTOS OF CLAIM AND PROOF SEARS HOLDINGS**
**CORPORATION DID NOT HAVE SKILL SET TO REPAIR THE**
**THERMOPLASTIC ROOF MEMBRANE.**

(805) 644-1640

**Further proof Exteriors By Design, Inc. dba: California Commercial**
**Roofing Systems skilled tradesman installed the material (goods)**
**preventing water intrusion at the entire perimeter of the facility.**
**Should this work have not been completed, this facility would need**
**to be closed due to slip & fall hazard and exposure of the electrical**
**panels controlling the entire store to become saturated with rain**
**water.**

FAX (805) 644-1740

This "Entire Claim" is goods driven. We purchased, delivered and installed goods necessary for the store to remain open. We have included photos, the product which our technicians installed onto the real property have no value without placement by those technicians and the owner, then Sears Holding Corporation, now Transformer Holdco, LLC. would not realize any value unless placed and welded into place by our technicians. The product was not supplied for resale, or use on the premises by SHC employees. The product, once expertly installed, allowed the facility at Montclair, California to remain open without endangering employees & customers.

This claim is 100% goods. These items were installed and made part of real property for which we were given a signed contract. Exhibit "A", dated December 3rd, well after the filing of Bankruptcy, which should have no bearing on this claim.

Page 4 of 6 of Exhibit "A" bullet points clearly state 12 inch – 16 in membrane (goods) welded to old membrane and glued to walls. Replace missing termination bars (goods)  Install new stucco (goods). Install new EFIS and plaster (goods)

All work was beyond the 20 days counsel for SHC alleges.

Exhibit A dated 11/27/2019

Sears Ventura, California 1/15/2019

Sears Santa Maria, California 1/16/2019

Sears Freedom, California 1/19/2019

All goods and good related work was done to allow the stores to remain open and keep customers and employees safe.

Respectfully Submitted,

CALIFORNIA COMMERCIAL ROOFING SYSTEMS

Dewayne Weaver
President

DocuSign Envelope ID: FC03DF3C-E06D-4858-8F3B-0CF5E17D099B

# Exhibit "A"

## Sears Holdings Management Corporation

## Major Maintenance Agreement
## Sears Holdings Management Corporation and Contractor

| | |
|---|---|
| **Project Information:** | **SMART Ticket Number:** 9295218 |
| | **Funding Number:** 1800012 |
| | **Description:** Roof Repairs |
| | **Facility Type:** Sears (Sears, Kmart, TGI...) |
| | **Store#:** 1748  **District:** 231 |
| | **City, State:** Montclair, CA |
| | **Consultant:** NA |
| | **Sears/Kmart Project Manager:** Jorge Belda |
| **Contractor:** | **Business Name:** Exteriors by Design, Inc. |
| | dba California Commercial Roofing Systems |
| | **Fed. Tax ID:** 77-0214693 |
| | **Address:** 2747 Sherwin Ave. #8 |
| | **City:** Ventura    **State:** CA    **Zip:** 93003 |
| | **Phone:** 805-644-1640 |
| | **email:** dweaver@calcommercialroofing.com |

**THIS AGREEMENT,** dated November 27, 2018, by and between Exteriors by Design, Inc., a California corporation dba California Commercial Roofing Systems ("Contractor"), and Sears Holdings Management Corporation, on behalf of itself and its affiliates, including but not limited to Sears, Roebuck and Co., a New York corporation, Sears Roebuck de Puerto Rico, Inc., a Delaware corporation, or Sears Operations LLC, a Delaware limited liability company as applicable in the case of work performed at a Sears Facility and Kmart Corporation, a Michigan corporation, or Kmart Operations LLC, a Delaware limited liability company, as applicable in the case of work performed at a Kmart Facility (in either case referred to as "Company") is made for good and sufficient consideration.

1.   The date of commencement of the Work is December 3, 2018 ("Date of Commencement"), and the Work shall be satisfactorily and substantially completed by December 31, 2018 ("Date of Substantial Completion"). Final Completion shall be achieved by Contractor no later than 10 days after the Date of Substantial Completion ("Date of Final Completion").

2.   Company shall be entitled to liquidated damages in the amount of one thousand five hundred dollars ($1500.00) per day for each calendar day beyond the Date of Substantial Completion that the work is not Substantially Complete. This liquidated damage amount is a reasonable estimate by the parties of the damages Company will suffer should Contractor delay in completing its work by the Date of Substantial Completion. Such damages include, without limitation, lost revenue, alternative warehousing expenses, or fixturing charges. The parties acknowledge that it would be difficult to calculate Company's actual damages caused by Contractor's delay and agree that the liquidated

# Sears Holdings Management Corporation

damage amount will become due and payable regardless of the type and amount of actual damages suffered by Company.

3. Contractor shall perform the Work as described in Exhibit A attached hereto and as more fully set forth in the Technical Specifications and Drawings incorporated herein and identified by title and date in Exhibit A.

4. Company shall pay the sum of *FORTY THREE THOUSAND, EIGHT FIVE DOLLARS AND 00/100 ($43,085.00)* ("Contract Sum") for the Work. The Contract Sum includes demolition, materials, labor and all charges for applicable taxes, freight, licenses, permits and other fees.

5. Contractor shall submit its Applications for Payment in accordance with the terms set forth in the Contract Documents. Contractor agrees to accept payment from either Company or Sears Procurement Services, Inc. ("SPS"), a wholly owned subsidiary of Sears, Roebuck and Co. Any invoices sent directly to SPS will be free of any sales or use tax, provided that SPS has furnished Contractor with the applicable sales tax exemption certificate. Applications for Payment shall be submitted to:

Jorge Belda
Jorge.Belda@searshc.com

6. Contractor shall procure and maintain, subject to the terms of the General Conditions, the types and minimum limits of insurance identified in the General Conditions.

7. Contractor agrees to indemnify and defend Company, the Owner of the Facility, landlord and mortgagee (if any), and their respective affiliates as set forth in the General Conditions.

8. This Agreement comprises the entire and integrated agreement between Company and Contractor and supersedes all prior negotiations, bids, representations, or agreements, either written or oral. Any and all bids, proposals, and purchase orders submitted by the Contractor prior to the execution of this Agreement are not part of the Contract Documents.

9. The General Conditions to this Agreement, revised August, 2015, an executed **original** of AIA Document A305: Contractor's Qualification Statement," 1986 edition (if required), all exhibits referenced below in Items 14 and 15, and all other existing Contract Documents as defined in the General conditions are incorporated herein by reference.

10. Contractor hereby acknowledges receipt of all Contract Documents. Terms used in the Contract Documents are as defined in this Agreement or in the General Conditions to this Agreement.

# Sears Holdings Management Corporation

11. Unless otherwise prohibited by applicable Laws, Contractor and Subcontractors waive all mechanics' lien rights on the Site (as defined in the General Conditions) and against Company.

12. Notices to Company shall be sent to the Company Project Manager, the Company Consultant, and to:

DVP, Facilities Services & Major Maintenance
Sears Holdings Management Corporation
3333 Beverly Road, A2-361A
Hoffman Estates, IL 60179

13. Notices to Contractor shall be sent to the Contractor's project manager for the Project or other higher authority of Contractor.

14. **Attached hereto and incorporated within this Agreement are:**

Scope of Work (Exhibit A)
Contractor's Schedule of Values (Exhibit B)
Subcontractor List (Exhibit C)

15. **Incorporated within this Agreement by reference are the following documents, copies of which have been received by Contractor:**

Major Maintenance Bidding Documents 2 of 2

Contractor: **Exteriors by Design, Inc. dba California Commercial Roofing Systems**

By: _Dewayne Weaver_

Printed Name: Dewayne Weaver

Title: President

Date Signed: 11/28/18

**Sears Holdings Management Corporation on behalf of itself and its Affiliates:**

By: _Mark P. Conway_
—8F170B12AB2F428...

Printed Name: Mark P. Conway

Title: Sr. Director, Facilities

Date Signed: 12/4/2018

# Sears Holdings Management Corporation

**Exhibit A**
**Major Maintenance**
**Scope of Work**

**Store#:** 1748 **District:** 231
**City, State:** Montclair, CA

**Brief Description of Project:** Roof Repairs – Currently there are active roof leaks along the perimeter of the store. This project will clear back ballast along the perimeter, install new membrane to the existing shrinking roof, install perimeter attachment, adhere membrane to the plywood parapet wall, then install/re-install metals, as needed, and move the ballast back into place.

**Scope of Work:** California Commercial Roofing Systems will provide all material and labor to complete the following work:

- Clear back ballast 5ft. to allow ample room to fasten perimeter and install new membrane to the shrunken away system.
- Install perimeter attachment with 3in. insulation plates and screws that will pass through the deck 1in.
- Clean old membrane with cleaner activator to receive new welded membrane.
- Depending on location, install a 12in. – 16in. piece to old membrane and adhere to plywood parapet wall.
- Reinstall good termination bars and replace damaged or missing termination bars
- Reinstall existing Kynar overflashing.
- Some locations have damaged stucco termination and the stucco. Install as necessary new metal and install new stucco coat over pulled out areas.
- One area the EFIS has been damaged. Contractor will fill the void and coat over with new plaster.
- Move ballast back into place.

Whenever "Exhibit A" is referred to in the Agreement, it shall include the terms and provisions of all Addenda referenced above.

**Contractor's signature below indicates Contractor's acknowledgement of receipt of the Technical Specifications and Drawings and Addenda noted above.**

Signed: _____   **Print Name:** Dewayne Weaver _____
EXTERIORS BY DESIGN, INC.
**Contractor:** California Commercial Roofing Systems _____   **Date:** 11/28/18 _____

# Sears Holdings Management Corporation

### Exhibit B
### Major Maintenance
### Contractor's Schedule of Values

**Store#: 1748 District:** 231
**City, State:** Montclair, CA

| Description | Total Dollars | Provider/Installer | % of Work |
|---|---|---|---|
| MOBILIZATION | 2,183.00 | Cal Commercial Roofing Sys | 5% |
| MATERIAL | 18,362.00 | " | 43% |
| SALES TAX | 1,149.00 | " | 2.5% |
| LABOR | 21,391.00 | " | 49.5% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 100.00% |

Signed: _Dewayne Weaver_     Print Name: _Dewayne Weaver_
EXTERIORS BY DESIGN, INC.
Contractor: _California Commercial Roofing Systems_ Date: _11/28/18_

# Sears Holdings Management Corporation

### Exhibit C
### Major Maintenance
### Contractor's List of Subcontractors

**Store#:** 1748  **District:** 231
**City, State:** Montclair, CA

| Subcontractor: N/A | | Work: | |
|---|---|---|---|
| Supervisor: | | Address: | |
| City: | State: | | City: |
| Phone: | Fax: | | Phone: |
| Value of Work: | | % of Contract: | |
| 51% or More Minority Owned:  Y    N | | 51% or More Woman Owned:  Y    N | |

| Subcontractor: | | Work: | |
|---|---|---|---|
| Supervisor: | | Address: | |
| City: | State: | | City: |
| Phone: | Fax: | | Phone: |
| Value of Work: | | % of Contract: | |
| 51% or More Minority Owned:  Y    N | | 51% or More Woman Owned:  Y    N | |

| Subcontractor: | | Work: | |
|---|---|---|---|
| Supervisor: | | Address: | |
| City: | State: | | City: |
| Phone: | Fax: | | Phone: |
| Value of Work: | | % of Contract: | |
| 51% or More Minority Owned:  Y    N | | 51% or More Woman Owned:  Y    N | |

| Subcontractor: | | Work: | |
|---|---|---|---|
| Supervisor: | | Address: | |
| City: | State: | | City: |
| Phone: | Fax: | | Phone: |
| Value of Work: | | % of Contract: | |
| 51% or More Minority Owned:  Y    N | | 51% or More Woman Owned:  Y    N | |

Signed: _____  Print Name: Dewayne Weaver

Contractor: EXTERIORS BY DESIGN, INC.    Date: 11/28/18
California Commercial Roofing Systems

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 11/27/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
Andreini & Company-Oxnard
500 Esplanade Drive, Suite 900
Oxnard CA 93036

CONTACT NAME: Dee Vitrano
PHONE (A/C, No, Ext): 805-981-6242   FAX (A/C, No): 805-981-0161
E-MAIL ADDRESS: dvitrano@andreini.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: American Fire and Casualty Co | 24066 |
| INSURER B: RSUI Indemnity Company | 22314 |
| INSURER C: Navigators Specialty Ins. Co. | 36056 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

INSURED
Exteriors by Design, Inc.   CALIF08
California Commercial Roofing
2747 Sherwin Ave. #8
Ventura CA 93003

## COVERAGES   CERTIFICATE NUMBER: 933114677   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| C | X COMMERCIAL GENERAL LIABILITY | | Y | LA18CGL253669IC | 7/10/2018 | 6/7/2019 | EACH OCCURRENCE | $1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | | | | | | | MED EXP (Any one person) | $ excluded |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | POLICY PROJECT LOC OTHER: | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| A | AUTOMOBILE LIABILITY | | | BAS57305066 | 6/7/2018 | 6/7/2019 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | UMBRELLA LIAB X OCCUR | | | NHA245364 | 7/10/2018 | 6/7/2019 | EACH OCCURRENCE | $5,000,000 |
| | X EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $5,000,000 |
| | DED RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Roof Repairs at Sears #1748, 5080 E. Montclair Plaza Ln, Montclair, CA 91763
Sears Roebuck & Co., Sears Operations, LLC, Kmart Corporation, Kmart Operations LLC, the Project Consultant (if any), the landlords (if any), the owners of the facilities where the work is being performed and their respective affiliates and designees are Additional Insureds as required by written contract per endorsements CG2037 0413 and CG2038 0413.

## CERTIFICATE HOLDER

Sears Roebuck & Co.
Attn: Facilities Mail Stop A2-370B
3333 Beverly Rd
Hoffman Estates IL 60179

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
*Dee Vitrano*

ACORD 25 (2016/03)   © 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS FOR OTHER PARTIES WHEN REQUIRED IN WRITTEN CONSTRUCTION AGREEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II - Who Is An Insured** is amended to include as an additional insured:

1. Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and

2. Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph 1. above.

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

   a. Your acts or omissions; or

   b. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:

   a. Only applies to the extent permitted by law; and

   b. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for the person or organization described in Paragraph 1. above are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

   a. The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   b. Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

2. "Bodily injury" or "property damage" occurring after:

   a. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

© Insurance Services Office, Inc., 2012

b.  That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

C.  With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

1.  Required by the contract or agreement described in Paragraph A.1.; or

2.  Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER:LA18CGL253669IC

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| Any person or organization for whom you are performing "commercial construction" during the period of this policy and have agreed in a written contract to add as an additional insured for products-completed operations. "Commercial construction" does not include any habitational or residential construction other than hotels or apartments. | |
| | |
| | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

required by the contract or agreement to
provide for such additional insured.

© Insurance Services Office, Inc., 2012

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
11/28/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Bouchard Insurance for Frank Crum<br>101 Starcrest Drive<br>Clearwater, FL 33758 | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | E-MAIL ADDRESS: | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A: Zurich-American Insurance Company | 16535 |
| FrankCrum 11, Inc. Labor Contractor, for co-employees of: Exteriors by Design, Inc dba:<br>California Commercial Roofing Systems<br>100 South Missouri Avenue<br>Clearwater, FL 33756 | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

**COVERAGES    CERTIFICATE NUMBER: 18FL080945034    REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | X | WC 01-31-476-01 | 08/01/2018 | 08/01/2019 | X PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT $ | 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE $ | 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT $ | 1,000,000 |
| | | | | Location Coverage Period: | 08/01/2018 | 08/01/2019 | Client# A0H16-CA | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Coverage is provided for only those co-employees of, but not subcontractors to:

Exteriors by Design, Inc dba: California Commercial    Re: Sears #1748, 5080 E Montclair Plaza Lane, Montclair, CA 91763
Roofing Systems
2747 Sherwin Ave  Ste 8
Ventura, CA 93003

Endorsements: Waiver of Subrogation

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Sears Roebuck & Co., Sears Operations LLC, Kmart Corporation, Kmart Operations LLC<br>Facilities, Mail Stop A2-370B<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

**WORKERS' COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 04 03 06
(Ed. 4-84)

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT – CALIFORNIA

We have the right to recover our payments from anyone liable for an injury covered by this policy.  We will not enforce our right against the person or organization named in the schedule (This agreement applies only to the extent that you per-form work under a written contract that requires you to obtain this agreement from us.)

You must maintain payroll records accurately segregating the remuneration of your employees while engaged in the work described in the Schedule.

The additional premium for this endorsement shall be ____ $0 ____ of the California workers' compensation premium otherwise due on such remuneration.

### SCHEDULE

| Person or Organization | Job Description |
|---|---|
| IN FAVOR OF: | Re: Sears #1748, 5080 E Montclair Plaza Lane, Montclair, CA  91763 |
| Sears Roebuck & Co., Sears Operations LLC, Kmart Corporation, Kmart Operations LLC Facilities, Mall Stop A2-370B 3333 Beverly Road Hoffman Estates, IL 60179 | |

·This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
  (The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Endorsement Effective: 11/28/2018          Policy No: WC 01-31-476-01          Endorsement No:

Insured:  FrankCrum 11, Inc. Labor Contractor, for co-employees of: Exteriors by Design, Inc
          dba: California Commercial Roofing Systems

Insurance Company: Zurich-American Insurance Company          Countersigned by

WC 04 03 06

Copyright 1983 National Council on Compensation Insurance

Debtors' Ninth Omnibus Objection to Claims
Exhibit A - Reclassified Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | Schedule of 503(b)(9) and Administrative Claims to be Reclassified* | | | | |
|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Asserted Administrative Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 1. | 2401 South Stemmons, LLC | 5650 | Sears Holdings Management Corporation | $13,833.32 | | $13,833.32 | The Claim does not relate to the receipt of "goods". |
| 2. | 310 Carolina St LLC | 5071 | California Builder Appliances, Inc. | $11,928.05 | | $11,928.05 | The Claim does not relate to the receipt of "goods". |
| 3. | ADRIAN CITY SUMMER | 14404 | Sears Holdings Corporation | $13,170.17 | | $13,170.17 | The Claim does not relate to the receipt of "goods". |
| 4. | CURA, LAURIE | 12705 | Sears Holdings Corporation | | Unliquidated | Entire Claim | The Claim relates to prepetition period. |
| 5. | Eric Jay Ltd | 16591 | Kmart Holding Corporation | $102,053.70 | | $102,053.70 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 6. | EXTERIORS BY DESIGN, INC. DBA CALIFORNIA COMMERCIAL ROOFING SYSTEMS | 9832 | Sears Holdings Corporation | Unliquidated | | Entire Claim | The Claim does not relate to the receipt of "goods". |
| 7. | Forklifts ETC | 15134 | Sears Holdings Corporation | $1,962.70 | | $1,962.70 | The Claim does not relate to the receipt of "goods". |
| 8. | FULLER, CONNIE | 11348 | Sears Holdings Corporation | $1,314.09 | | $1,314.09 | The Claim does not relate to the receipt of "goods". |
| 9. | IZUO BROTHERS LTD | 16376 | Sears Holdings Corporation | $1,727.35 | | $1,727.35 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 10. | J & M SALES CO INC (A GALLO & CO. LLC) | 12731 | Kmart Corporation | $128.07 | | $128.07 | The Claim does not relate to the receipt of "goods". |
| 11. | Kidiway Inc. | 3881 | Sears Holdings Corporation | $11,250.00 | | $11,250.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 12. | KRAUSE WATCH CO. | 1477 | Sears Holdings Corporation | $8,164.00 | | $8,164.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 13. | LBG Distribution, Inc. | 2805 | Sears Home & Business Franchises, Inc. | $7,229.14 | | $7,229.14 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 14. | Lux-Bed | 4889 | Sears Holdings Corporation | $549.71 | | $549.71 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1



**Tarp has been in place at least 6-8 months. This is the only repair SHC employees can facilitate.**

**Termination bar & roof membrane have pulled away due to failed membrane.**



**Termination bar pulled away due to membrane failure.**

**New membrane installed, welded, glued and attached for watertight finish.**



**Termination bar pulled away due to failed membrane.**





**Termination bar pulled away due to failed membrane.**

**Termination bar pulled away due to failed membrane.**



**New membrane installed, welded, glued and attached for watertight finish.**



New membrane installed, welded, glued and attached for watertight finish.



New membrane installed, welded, glued and attached for watertight finish.

Larger area done to accommodate failed membrane at penetration.





**Termination bar pulled away due to failed membrane.**

**Store employees did not have the technical expertise to do membrane repairs. All they could do was put up tarp.**



**Termination bar pulled away due to membrane failure.**



**Termination bar & roof membrane have pulled
away due to failed membrane.**

**Tarp has been in place
at least 6-8 months. This
is the only repair SHC
employees can facilitate.**



New membrane installed, welded, glued and attached for watertight finish.



**Termination bar pulled away and partially missing due to failed membrane.**

New membrane installed, welded, glued and attached for watertight finish.



**Typical of perimeter of building.
Membrane failed.**



Failed EFIS





**Termination bar pulled away due to failed membrane.**



**Termination bar pulled away due to membrane failure.**



**Termination bar pulled away due to failed membrane.**

Store employees did not have
the technical expertise to do
membrane repairs. All they could
do was put up tarp.

Termination bar pulled away due to
failed membrane.



New membrane installed, welded, glued and attached for watertight finish.



**Finishing off top of new termination bar.**

**New membrane installed, welded, glued and attached for watertight finish.**





**Termination bar pulled away due to failed membrane.**



**Termination bar & roof membrane have pulled away due to failed membrane.**

**Tarp has been in place at least 6-8 months. This is the only repair SHC employees can facilitate.**



**Termination bar pulled away due to membrane failure.**



**Failed attachment**



**Termination bar pulled away due to
failed membrane.**

**Termination bar pulled away due to failed membrane.**



**Termination bar pulled away due to failed membrane.**





**Termination bar has pulled away due to failed membrane.**

**Termination bar pulled away due to failed membrane.**





Termination bar & roof membrane pulled
away due to failed membrane.

Tarp has been in place
at least 6-8 months.
This is the only repair
SHC employees can
facilitate.



**Termination bar pulled away due to membrane failure.**