**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

In Re:                                                                                Chapter 11

SEARS HOLDING CORPORATION
                                                                                        Case No. 18-23538

    Debtor


## WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM 7039 FILED BY THE COUNTY OF BRAZOS, TEXAS


1.   The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for The County of Brazos, Texas and is authorized to withdraw this claim on behalf of claimant.

2.  Therefore, the claimant withdraws its claim against this debtor as this claim has been satisfied.

Date:  October 15, 2019

                                        Respectfully submitted,

                                        **McCREARY, VESELKA, BRAGG**
                                        **& ALLEN, P.C.**

                    By:  */s/ Tara LeDay*
                        Tara LeDay (TX 24106701)
                        P. O. Box 1269
                        Round Rock, TX 78680
                        Telephone:  (512) 323-3200
                        Fax: (512) 323-3205
                        Email: tleday@mvbalaw.com

                        *Attorneys for The County of Brazos, Texas*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, White Plains Division.

*/s/ Tara LeDay*
Tara LeDay