Hearing Date and Time: October 23, 2019 at 10:00 a.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jared R. Friedmann
Sunny Singh
Jessie B. Mishkin

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                             :
                                                  :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,         :
                                                  :    **Case No. 18-23538 (RDD)**
                                                  :
Debtors.[1]                                       :    **(Jointly Administered)**
------------------------------------------------------------x

## NOTICE OF HEARING ON STIPULATION AND ORDER BY AND AMONG THE VILLAGE OF HOFFMAN ESTATES, THE DEBTORS, AND THE COMMUNITY UNIT SCHOOL DISTRICT 300 CONCERNING 2017 EDA FUNDS HELD IN THE SPECIAL TAX ALLOCATION FUND AND RELATED MATTERS [ECF NO. 5322]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that on October 3, 2019, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed on notice of presentment the *Stipulation and Order by and Among the Village of Hoffman Estates, the Debtors, and the Community Unit School District 300 Concerning 2017 EDA Funds Held in the Special Tax Allocation Fund and Related Matters* [*ECF No. 5322*] (the "**Stipulation and Order**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), with an objection deadline of October 10, 2019 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that Transform Holdco LLC has timely filed and served the *Limited Objection and Reservation of Rights of Transform Holdco LLC to the Proposed Stipulation and Order by and among the Village of Hoffman Estates, the Debtors. And the Community Unit School District 300 Concerning 2016 EDA Funds Held in the Special Tax Allocation Fund* [*ECF No. 5352*] with the Bankruptcy Court (the "**Objection**").

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Stipulation and Order and the Objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom TBD, 300 Quarropas Street, White Plains, New York 10601 on **October 23, 2019 at 10:00 a.m.** (prevailing Eastern Time) (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: October 15, 2019
      New York, New York

                                                 */s/ Sunny Singh*
                                                 WEIL, GOTSHAL & MANGES LLP
                                                 767 Fifth Avenue
                                                 New York, New York  10153
                                                 Telephone:  (212) 310-8000
                                                 Facsimile:  (212) 310-8007
                                                 Ray C. Schrock, P.C.
                                                 Jared R. Friedmann
                                                 Sunny Singh
                                                 Jessie B. Mishkin

                                                 *Attorneys for Debtors*
                                                 *and Debtors in Possession*