UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
------------------------------------------------------------x

In re:   Sears Holdings Corporation, *et al*.

Debtors,

------------------------------------------------------------x

Chapter 11

Case No. 18-23538

(Jointly Administered)

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that the undersigned attorney for Plaintiff Vivian Hilken, hereby withdraws her motion for an order granting relief from the automatic stay, filed in the above-captioned matter on July 23rd 2019 and scheduled to be held on August 22nd at 10 A.M. and adjourned to October 23rd at 10 A.M., it is hereby withdrawn without prejudice.

Dated: New York, New York
October 15th 2019

**DANIEL M. SILVERSHEIN, Attorney at Law**

By: _____
Daniel M. Silvershein
262 W 38th Street, Suite 1007
New York, New York 10018
(212) 387-7880