10/16/2019    18-23538-shl    Doc 5394-1    Filed 10/16/19    Entered 10/16/19 15:52:40    Exhibit 1 -
Gmail - FW: K mart Sears / arrival date required for
Invoices to K-Mart & Sears    Pg 1 of 6



Vivek Suri <legalinfo@gmail.com>

## FW: K mart Sears / arrival date required for

**Deependra Roychoudhary** <deependra.roychoudhary@infiiloom.com>  
To: Vivek Suri <info@viveksuri.com>  
Cc: Rohit Pal <rohitpal@infiiloom.com>, Pratap Dasgupta <pratap.dasgupta@infiiloom.com>, Sandip Bhurse <sandip.bhurse@infiiloom.com>

Wed, Oct 9, 2019 at 12:45 PM

Dear Vivek

Please find below the Sailing dates for Sears

| Sr. No. | Customer Name | PO No | Invoice No. | Inv Date | Invoice Value (USD) | BL NO./ Cargo Receipt | BL / Sailing Date | Date of Arrival at Destination | Payment Recd | Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | SEARS, ROEBUCK & CO | SG9419 | 18100192 | 17-Jul-18 | 6,233.76 | 7795564557 | 23-Jul-18 | 22-Aug-18 | 6,233.76 | - |
| 8 | SEARS, ROEBUCK & CO | SG9419 | 18100201 | 23-Jul-18 | 5,377.68 | 7795691442 | 31-Aug-18 | 04-Sep-18 | 5,377.68 | - |
| 9 | SEARS, ROEBUCK & CO | SG9418 | 18100219 | 30-Jul-18 | 32,809.86 | 7795678858 | 07-Aug-18 | 04-Sep-18 | 32,809.86 | - |
| 10 | SEARS, ROEBUCK & CO | SG9319 | 18100220 | 30-Jul-18 | 13,575.84 | 7795678858 | 07-Aug-18 | 04-Sep-18 | 13,575.84 | - |
| 11 | SEARS, ROEBUCK & CO | SG9395 | 18100221 | 30-Jul-18 | 8,256.30 | 7795678858 | 07-Aug-18 | 04-Sep-18 | 8,256.30 | - |
| 12 | SEARS, ROEBUCK & CO | SG9395 | 18100227 | 31-Jul-18 | 79,511.76 | 7795661643 | 07-Aug-18 | 07-Sep-18 | 79,511.76 | - |
| 13 | SEARS, ROEBUCK & CO | SG9395 | 18100228 | 31-Jul-18 | 76,173.48 | 7795691244 | 31-Aug-18 | 05-Sep-18 | 65,911.88 | 10,261.60 |
| 14 | SEARS, ROEBUCK & CO | SG9463 | 18100320 | 06-Sep-18 | 32,154.72 | 7795977849 | 10-Sep-18 | 09-Oct-18 | | 32,154.72 |
| 15 | SEARS, ROEBUCK & CO | SG9462 | 18100321 | 06-Sep-18 | 56,502.00 | 7795977849 | 10-Sep-18 | 09-Oct-18 | | 56,502.00 |
| | | | | Total | 310,595.40 | | | | 211,677.08 | 98,918.32 |

10/16/2019 18-23538-shl    Doc 5394-1    Filed 10/16/19    Entered 10/16/19 15:52:40    Exhibit 1 - Invoices to K-Mart & Sears    Pg 2 of 6

Gmail - K Mart Sears arrival date required for

Regards

Deependra

**From:** Vivek Suri [mailto:info@viveksuri.com]
**Sent:** 09 October 2019 09:58 PM
**To:** Deependra Roychoudhary
**Cc:** Rohit Pal; Pratap Dasgupta; Sandip Bhurse
**Subject:** Re: K mart Sears / arrival date required for

For invoices number 7-15 to Sears when were the goods shipped? Sailing date is unclear.

Thanks

Best Regards

Vik

-------
Best Regards

Vivek Suri
Attorney at Law
20 Vesey Street
Suite 300
New York, NY 10007

T 212.537.6936
F 646.356.6914
E info@viveksuri.com
----------------------
Admitted to practice law in NEW YORK and NEW JERSEY

------------------------

1. Attorney-Client Relationship. We do not represent you unless a mutually executed engagement letter exists. Formal engagement letters govern all of the Firm's representations.

2. Unlicensed Staff Cannot Give Advice. The Firm occasionally employs staff with legal education not yet licensed to practice law. Unless the sender of an e-mail is licensed to practice law, the sender is not allowed by law, regulation, or firm policy to render any legal or tax advice.

3. Wire Transfers. We strongly encourage you to confirm all wire transfers by phone to prevent theft by cyber-criminals.

4. No Electronic Signature. Any e-mail originating from the Firm is not meant as an "Electronic Signature," as such term is used is 15 U.S.C. § 7001. Pursuant to § 309 of the New York State Technology Law and § 5-1501 of the New York General Obligations Law, the Firm does not consent to any e-mail communication being used as an electronic signature or electronic ratification of a contract unless expressly stated otherwise in the body

of the message.

5. Unintended Receipt. Any e-mail message is intended only for the recipient(s) to whom it is addressed. If you have received this message in error, take the following steps: (1) contact the sender immediately using the information above and (2) destroy all records of this message (electronic, physical, or otherwise).

6. No Waiver. An e-mail message may contain legally privileged, confidential, or otherwise sensitive information. Any inadvertent transmission of this message to any party other than the intended recipient(s) is not meant to be a waiver of any legal right or privilege.

7. Tax Advice. E-mail messages are not opinions of counsel. Unless stated otherwise in the body of the message, any e-mail message addressing a tax matter does not stem from thorough contemporaneous research of the matter at hand and would only be based on the sender's general knowledge of, and experience with, the particular subject. Before acting or relying on any tax advice the Firm may render to you, carefully consider obtaining comprehensive research and/or a thorough written analysis from the Firm.

---------------------------------

On Wed, Oct 9, 2019 at 8:44 AM Deependra Roychoudhary <deependra.roychoudhary@infiiloom.com> wrote:

Dear Sir

The unpaid invoices have been marked in yellow colour

| Sr. No. | Customer Name | PO No | Invoice No. | Inv Date | Invoice Value (USD) | BL NO./ Cargo Receipt | BL / Sailing Date | Date of Arrival at Destination | Payment Recd | Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KMART CORPORATION | IN3PA | 18100223 | 31-Jul-18 | 100453.28 | 7795661621 | 07-Aug-18 | 07-Sep-18 | 100,453.28 | - |
| 2 | KMART CORPORATION | IN3NV | 18100224 | 31-Jul-18 | 76517.28 | 7795661632 | 06-Aug-18 | 07-Sep-18 | 76,517.28 | - |
| 3 | KMART CORPORATION | IN3NV | 18100225 | 31-Jul-18 | 76517.28 | 7795661632 | 06-Aug-18 | 07-Sep-18 | 76,517.28 | - |
| 4 | KMART CORPORATION | IN33PB,IN3NV | 18100226 | 31-Jul-18 | 65465.48 | 7795661632 | 06-Aug-18 | 07-Sep-18 | 65,465.48 | - |
| 5 | KMART CORPORATION | IN3YS | 18100316 | 06-Sep-18 | 41438.88 | 7795978751 | 11-Sep-18 | 10-Dec-18 | 3,266.10 | 38,172.78 |
| 6 | KMART CORPORATION | IN3YR | 18100317 | 06-Sep-18 | 53134.38 | 7795978751 | 11-Sep-18 | 10-Dec-18 | | 53,134.38 |

| | | | | Total | 413626.58 | | | | 322219.42 | 91307.16 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sr. No. | Customer Name | PO No | Invoice No. | Inv Date | Invoice Value (USD) | BL NO./ Cargo Receipt | BL / Sailing Date | Date of Arrival at Destination | Payment Recd | Outstanding |
| 7 | SEARS, ROEBUCK & CO | SG9419 | 18100192 | 43298 | 6,233.76 | 7795564557 | 43304 | 22-Aug-18 | 6,233.76 | - |
| 8 | SEARS, ROEBUCK & CO | SG9419 | 18100201 | 43304 | 5,377.68 | 7795691442 | 43708 | 04-Sep-18 | 5,377.68 | - |
| 9 | SEARS, ROEBUCK & CO | SG9418 | 18100219 | 43311 | 32,809.86 | 7795678858 | 43319 | 04-Sep-18 | 32,809.86 | - |
| 10 | SEARS, ROEBUCK & CO | SG9319 | 18100220 | 43311 | 13,575.84 | 7795678858 | 43319 | 04-Sep-18 | 13,575.84 | - |
| 11 | SEARS, ROEBUCK & CO | SG9395 | 18100221 | 43311 | 8,256.30 | 7795678858 | 43319 | 04-Sep-18 | 8,256.30 | - |
| 12 | SEARS, ROEBUCK & CO | SG9395 | 18100227 | 43312 | 79,511.76 | 7795661643 | 43319 | 07-Sep-18 | 79,511.76 | - |
| 13 | SEARS, ROEBUCK & CO | SG9395 | 18100228 | 43312 | 76,173.48 | 7795691244 | 43708 | 05-Sep-18 | 65,911.88 | 10,261.60 |
| 14 | SEARS, ROEBUCK & CO | SG9463 | 18100320 | 43349 | 32,154.72 | 7795977849 | 43353 | 09-Oct-18 | | 32,154.72 |
| 15 | SEARS, ROEBUCK & CO | SG9462 | 18100321 | 43349 | 56,502.00 | 7795977849 | 43353 | 09-Oct-18 | | 56,502.00 |
| | | | | Total | 310,595.40 | | | | 211,677.08 | 98,918.32 |

Regards

Deependra

**From:** Rohit Pal
**Sent:** 09 October 2019 05:51 PM
**To:** Deependra Roychoudhary

**Cc:** info@viveksuri.com; Pratap Dasgupta; Sandip Bhurse
**Subject:** Re: K mart Sears / arrival date required for

Deependra

Which os these pertain to the chapter 11 unpaid invoices?

Sent from my iPhone

On 09-Oct-2019, at 2:07 PM, Deependra Roychoudhary <deependra.roychoudhary@infiiloom.com> wrote:

Dear Mr Vivek

Please find below the K Mart and Sears Invoice wise Despatch Details

| Sr. No. | Customer Name | PO No | Invoice No. | Inv Date | Invoice Value (USD) | BL NO./ Cargo Receipt | BL / Sailing Date | Date of Arrival at Destination |
|---|---|---|---|---|---|---|---|---|
| 1 | KMART CORPORATION | IN3PA | 18100223 | 31-Jul-18 | 1,00,453.28 | 7795661621 | 7-Aug-18 | 7-Sep-18 |
| 2 | KMART CORPORATION | IN3NV | 18100224 | 31-Jul-18 | 76,517.28 | 7795661632 | 6-Aug-18 | 7-Sep-18 |
| 3 | KMART CORPORATION | IN3NV | 18100225 | 31-Jul-18 | 76,517.28 | 7795661632 | 6-Aug-18 | 7-Sep-18 |
| 4 | KMART CORPORATION | IN33PB,IN3NV | 18100226 | 31-Jul-18 | 65,465.48 | 7795661632 | 6-Aug-18 | 7-Sep-18 |
| 5 | KMART CORPORATION | IN3YS | 18100316 | 6-Sep-18 | 41,438.88 | 7795978751 | 11-Sep-18 | 10-Dec-18 |
| 6 | KMART CORPORATION | IN3YR | 18100317 | 6-Sep-18 | 53,134.38 | 7795978751 | 11-Sep-18 | 10-Dec-18 |
| 7 | SEARS, ROEBUCK & CO | SG9419 | 18100192 | 17-Jul-18 | 6,233.76 | 7795564557 | 23-Jul-18 | 22-Aug-18 |
| 8 | SEARS, ROEBUCK & CO | SG9419 | 18100201 | 23-Jul-18 | 5,377.68 | 7795691442 | 31-Aug-19 | 04-Sep-18 |
| 9 | SEARS, ROEBUCK & CO | SG9418 | 18100219 | 30-Jul-18 | 32,809.86 | 7795678858 | 7-Aug-18 | 04-Sep-18 |
| 10 | SEARS, | SG9319 | 18100220 | 30-Jul-18 | | 7795678858 | 7-Aug-18 | 04-Sep-18 |

10/16/2019　　　　　　　　18-23538-shl　　Doc 5394-1　　Filed 10/16/19　　Entered 10/16/19 15:52:40　　Exhibit 1 -
　　　　　　　　　　　　　　　　　　　　　　　Email of K-Mart Sears/Anchal Required to
　　　　　　　　　　　　　　　　　　　　Invoices to K-Mart & Sears　　Pg 6 of 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | SEARS, ROEBUCK & CO | | | | 10,675.84 | | |
| 11 | SEARS, ROEBUCK & CO | SG9395 | 18100221 | 30-Jul-18 | 8,256.30 | 7795678858 | 7-Aug-18 | 04-Sep-18 |
| 12 | SEARS, ROEBUCK & CO | SG9395 | 18100227 | 31-Jul-18 | 79,511.76 | 7795661643 | 7-Aug-18 | 07-Sep-18 |
| 13 | SEARS, ROEBUCK & CO | SG9395 | 18100228 | 31-Jul-18 | 76,173.48 | 7795691244 | 31-Aug-19 | 05-Sep-18 |
| 14 | SEARS, ROEBUCK & CO | SG9463 | 18100320 | 6-Sep-18 | 32,154.72 | 7795977849 | 10-Sep-18 | 09-Oct-18 |
| 15 | SEARS, ROEBUCK & CO | SG9462 | 18100321 | 6-Sep-18 | 56,502.00 | 7795977849 | 10-Sep-18 | 09-Oct-18 |

Regards

Deependra

Infiiloom India

**Notice:** This email and any files that may have been attached with it are private and confidential. The contents of the e-mail and the files that may be attached therein are intended solely for the use of the individual or entity to whom this e-mail is addressed. In case you are not the intended recipient, kindly note that any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. The contents of this mail and/or any attachment may have any inclusions which may be the intellectual property of the sender and the sender shall have the sole right with regard to the usage of such content. If you have received this email by error, please notify us immediately. Kindly permanently delete the message and any attachments.

**Notice:** This email and any files that may have been attached with it are private and confidential. The contents of the e-mail and the files that may be attached therein are intended solely for the use of the individual or entity to whom this e-mail is addressed. In case you are not the intended recipient, kindly note that any dissemination, use, review, distribution, printing or copying of the information contained in this e-mail message and/or attachments to it are strictly prohibited. The contents of this mail and/or any attachment may have any inclusions which may be the intellectual property of the sender and the sender shall have the sole right with regard to the usage of such content. If you have received this email by error, please notify us immediately. Kindly permanently delete the message and any attachments.