**DIAMOND MCCARTHY LLP**
*Counsel to Team Worldwide Corporation*
295 Madison Avenue, 27th Floor
New York, New York 10017
(212) 430-5400
Allan B. Diamond
Charles M. Rubio
Sheryl P. Giugliano
adiamond@diamondmccarthy.com
crubio@diamondmccarthy.com
sgiugliano@diamondmccarthy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.* | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that on June 24, 2019, Team Worldwide Corporation ("Team Worldwide"), a creditor of Sears Holdings Corporation and Sears, Roebuck and Co., filed the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Motion of Team Worldwide to Modify Automatic Stay Pursuant to 11 U.S.C. §362* (ECF Doc. No. 4344) (the "Stay Relief Motion");

**PLEASE TAKE FURTHER NOTICE** that the Stay Relief Motion was scheduled to be heard July 11, 2019 pursuant to a *Notice of Hearing* (ECF Doc. No. 4345), and was adjourned to October 23, 2019 by *Notice of Adjournment* (ECF Doc. No. 4699);

**PLEASE TAKE FURTHER NOTICE** that on October 15, 2019, the Court entered the *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors and (II) Granting Related Relief* (ECF Doc. No. 5370) (the "Confirmation Order"); the Confirmation Order resolves the Stay Relief Motion;

**PLEASE TAKE FURTHER NOTICE** that Team Worldwide hereby withdraws the Stay Relief Motion, without prejudice.[2]

Dated: October 16, 2019
       New York, New York

**DIAMOND McCARTHY LLP**

By:   *s/Charles M. Rubio*
Allan B. Diamond
Charles M. Rubio
Sheryl P. Giugliano
295 Madison Avenue, 27th Floor
New York, New York 10017
(212) 430-5400

*Counsel to Team Worldwide Corporation*

---

[2] As of the date hereof, the Confirmation Order is not a final order. If the Confirmation does not become a final order, then Team Worldwide reserves its rights to continue to request the relief requested in the Stay Relief Motion.