Hearing Date: November 20, 2019 at 10:00 am (ET)

Edward L. Schnitzer
**Montgomery McCracken Walker & Rhoads LLP**
437 Madison Ave
New York, New York 10022
(212) 551-7781
eschnitzer@mmwr.com

*Attorneys for Hankook Tire America Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-23538 (RDD)<br><br>Jointly Administered<br><br>Related to Dkt. Nos. 5310 and 5311 |

**NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF
HANKOOK TIRE AMERICA CORP. FOR RELIEF FROM (A) THE
ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT AMONG
SELLERS AND BUYER, (II) AUTHORIZING THE SALE OF CERTAIN OF THE
DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS INTERESTS AND
ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND LEASES IN
CONNECTION THEREWITH AND (IV) GRANTING RELATED RELIEF; AND
(B) RELATED SALE AND ASSUMPTION/ASSIGNMENT PLEADINGS AND ORDERS**

**PLEASE TAKE NOTICE** that the hearing on the motion (the "Motion") [Dkt. No. 5310] of Hankook Tire America Corp. ("Hankook"), by its counsel Montgomery McCracken Walker & Rhoads LLP, for an order granting Hankook relief from the Sale Order[1] and any related pleadings/orders, pursuant to Fed. R. Civ. P. 60, made applicable herein by Fed. R. Bankr. P. 9024, which was scheduled for October 23, 2019, has been adjourned to the omnibus hearing on **November 20, 2019 at 10:00 a.m.,** and will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, in his courtroom at the United States Bankruptcy Court

---

[1] All undefined capitalized terms used herein shall have the meaning ascribed to them in the accompanying Motion.

for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion were required to be filed on or before **October 16, 2019 by 4:00 p.m.** pursuant to the *Notice of Hearing on the Motion of Hankook Tire America Corp. for Relief from (A) the Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief; and (B) Related Sale and Assumption/Assignment Pleadings and Orders* (the "Original Notice") [Dkt. No. 5311]; **provided however** that the deadline to file objections, if any, by either the above-captioned debtors (the "Debtors") or Transform Holdco LLC ("Transform") to the relief requested in the Motion was previously extended by agreement to October 18, 2019 by 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, by either the Debtors or Transform, must be made in accordance with the Original Notice and must be served upon Edward L. Schnitzer, Esq., Montgomery McCracken Walker & Rhoads LLP, 437 Madison Avenue, New York, New York  10022, so as to be actually received no later than **November 1, 2019 by 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted without a hearing if no Objection is timely filed and served in accordance with the Amended Case Management Order.

| | |
|---|---|
| Dated: October 17, 2019<br>New York, New York | **MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**<br><br>By: _/s/ Edward L. Schnitzer_<br>Edward L. Schnitzer<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 551-7781<br>Facsimile: (212) 599-5085<br>Email: eschnitzer@mmwr.com<br><br>*Counsel for Hankook Tire America Corp.* |