# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.

Debtors

---------------------------------------------------------x

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

## <u>CERTIFICATE OF SERVICE</u>

I William P. Fennell, certify that I am not less than 18 years of age, and that service of the following documents:

**NOTICE OF ACKNOWLEDGMENT OF RESOLUTION OF OBJECTIONS TO CURE AND ADEQUATE ASSURANCE IN RESPONSE TO TRANSFORM HOLDCO, LLC'S NOTICE OF HEARING ON ASSUMPTION AND ASSIGNMENT**

was caused to be made on October 17, 2019, in the manner indicated upon the entities identified below.

Dated: October 17, 2019
      San Diego, CA

By: /s/William P. Fennell
William P. Fennell, Esq.

**Via Court Notice of Electronic Filing ("NEF")**

Robin S. Abramowitz    abramowitz@larypc.com, fox@larypc.com

Neil H. Ackerman    nackerman@ackermanfox.com, kfox@ackermanfox.com;r52605@notify.bestcase.com

David G. Aelvoet    sanantonio.bankruptcy@publicans.com

Jaime Agnew    jaimeagnew21@gmail.com

Richard A. Aguilar    raguilar@mcglinchey.com, aparish@mcglinchey.com

Kathleen M. Aiello    kaiello@foxrothschild.com, dfiore@foxrothschild.com

Luma Al-Shibib    lal-shibib@andersonkill.com, dflynn@andersonkill.com;Dfraser@andersonkill.com;Msilverschotz@andersonkill.com

Justin Alaburda    jmalaburda@bmdllc.com

Rachel Ehrlich Albanese    rachel.albanese@dlapiper.com, rachel-albanese-9956@ecf.pacerpro.com

Myles H Alderman    myles.alderman@alderman.com

Joaquin J Alemany    joaquin.alemany@hklaw.com

John C. Allerding    john.allerding@thompsonhine.com

Arlene Rene Alves    alves@sewkis.com

Michael S. Amato    mamato@rmfpc.com, dolsen@rmfpc.com;smcgrath@rmfpc.com

Michele Angell    mangell@kasowitz.com, courtnotices@kasowitz.com

Philip D. Anker    philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com

Tara B. Annweiler    tannweiler@greerherz.com

Laura E. Appleby    appleby@chapman.com

Jenelle C Arnold    bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Todd Morris Arnold    tma@lnbyb.com

Simon Aron    saron@wrslawyers.com, jnarcise@wrslawyers.com

Joseph Aronauer    jaronauer@aryllp.com

Peter M. Aronoff    peter.aronoff@usdoj.gov

Kory A. Atkinson    kaa@koryatkinson.com

Joseph Badtke-Berkow    joseph.badtke-berkow@allenovery.com, kurt.vellek@allenovery.com;courtnotices@allenovery.com;toby.mann@allenovery.com

Brandon K. Bains    bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov

John T. Banks    jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com

Sedric Banks    sedbanks@aol.com

Shari Barak    sbarak@logs.com, NYBKCourt@logs.com

Luke A Barefoot    lbarefoot@cgsh.com, maofiling@cgsh.com

Erika R. Barnes    ebarnes@stites.com, mdennis@stites.com

Michael Jason Barrie    mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com

Joseph Charles Barsalona    jbarsalona@mnat.com

Robert D. Bass    bob.bass47@icloud.com, bob.bass47@icloud.com

Paul M. Basta    pbasta@paulweiss.com

Joshua S. Bauchner    jb@ansellgrimm.com, carols@ansellgrimm.com

Alexander J. Beeby    abeeby@larkinhoffman.com

Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com

Nola R Bencze     nbencze@clarkhill.com

Tammy L. Terrell Benoza     bankruptcy@feinsuch.com

Neil Matthew Berger     neilberger@teamtogut.com, dcahir@teamtogut.com;kricciardi@teamtogut.com;kortiz@teamtogut.com;mnester@teamtogut.com;ewu@teamtogut.com;arodriguez@teamtogut.com;eblander@teamtogut.com

Thomas Daniel Berghman     tberghman@munsch.com

Leslie Ann Berkoff     lberkoff@moritthock.com

Richard J. Bernard     rbernard@foley.com

Jeffrey Bernstein     jbernstein@mdmc-law.com, kpatterson@mdmc-law.com

Jill B. Bienstock     jbienstock@coleschotz.com, fpisano@coleschotz.com

Karen C. Bifferato     kbifferato@connollygallagher.com

Jeffrey E Bjork     jeff.bjork@lw.com

David M. Blau     dblau@clarkhill.com

George Anthony Bleus     bleusandassociates@gmail.com

Michael V. Blumenthal     michael.blumenthal@tklaw.com

Stuart E Bodker     sbodker@mcdowellrice.com

Melissa Boey     melissa.boey@morganlewis.com

Phillip W. Bohl     phillip.bohl@gpmlaw.com

Sandra Bonder     sandrabonder23@gmail.com

Wanda Borges     ecfcases@borgeslawllc.com

Dustin Parker Branch     branchd@ballardspahr.com, carolod@ballardspahr.com;maddoxm@ballardspahr.com

Duane Brescia     duane.brescia@clarkhillstrasburger.com, bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;Kathi.Alexander@clarkhillstrasburger.com

Kay Diebel Brock     bkecf@co.travis.tx.us

Michael D. Brofman     mbrofman@weisszarett.com

H. Bruce Bronson     ecf@bronsonlaw.net, hbbronson@bronsonlaw.net

Lynn Hamilton Butler     Lynn.Butler@huschblackwell.com, Lynn.Butler@huschblackwell.com

Lawrence W Byrne     lbyrne@pedersenhoupt.com

CRG Financial LLC     allison@claimsrecoveryllc.com

Donald F. Campbell     dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Jeffrey A. Carlino     jacarlino@kslnlaw.com, rabacon@kslnlaw.com

James S. Carr     KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert Carson     rcarson@carsonfischer.com

Jamie S. Cassel     jsc@renozahm.com, jsc@renozahm.com

Kara E. Casteel     kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com

Michael J. Catalfimo     mcatalfimo@carterconboy.com, hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jstein@carterconboy.com

Katherine R. Catanese     kcatanese@foley.com

George B. Cauthen     george.cauthen@nelsonmullins.com,

Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com

Rocco A. Cavaliere    rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com

Janine M. Cerbone    jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com

Rudy J Cerone    rcerone@mcglinchey.com

Charles E Chamberlin    charles.chamberlin@nebraska.gov

Jeffrey C. Chancas    jchancas@borahgoldstein.com

Mark J Chaney    mchaney@mcglinchey.com, aparish@mcglinchey.com

Scott K. Charles    skcharles@wlrk.com, calert@wlrk.com

Michael Chatwin    NYBKCourt@logs.com

Clement Cheng    law@clemcheng.com

Gustavo A Chico-Barris    gchico@ferraiuoli.com, hruiz@ferraiuoli.com;edocketslit@ferraiuoli.com

Hyun Suk Choi    hchoi@choiandpark.com, lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com;kmclaughlin@choiandpark.com

Carol Chow    Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com

Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com

Jeffrey Chubak    jchubak@storchamini.com

Louis J. Cisz    lcisz@nixonpeabody.com

Mary Ann Claraval    maryannpsu@comcast.net

Darrell W. Clark    darrell.clark@stinsonleonard.com, catherine.scott@stinsonleonard.com

Ronald Alexander Clark    aclark@cov.com

Donald W. Clarke    dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com

Lewis R. Clayton    lclayton@paulweiss.com

Marvin E. Clements    agbanknewyork@ag.tn.gov

Eboney Cobb    ecobb@pbfcm.com

Dianne F. Coffino    dcoffino@cov.com

Joshua W. Cohen    jwcohen@daypitney.com, apetranek@daypitney.com

Patrick Collins    pcollins@farrellfritz.com

Sonia E Colon    scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;hruiz@ferraiuoli.com;soniaecolon@gmail.com

Michael J. Connolly    mconnolly@formanlaw.com, kanema@formanlaw.com

Andrew S. Conway    aconway@taubman.com

Stephen A Corr    scorr@begleycarlin.com

Joseph Corrigan    bankruptcy2@ironmountain.com

Ramon Coto-Ojeda    nac@crlawpr.com

Julie Cvek Curley    jcurley@kacllp.com, AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com

Kelly Rose Cusick    cusick.kelly@pbgc.gov, efile@pbgc.gov

Brian Custy    bcusty@custylaw.com

Noah Saul Czarny    czarny@sewkis.com

Anthony J D'Artiglio    ajd@ansellgrimm.com, jb@ansellgrimm.com;carols@ansellgrimm.com

Raniero D'Aversa    rdaversa@orrick.com

Robert K. Dakis     rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com
Eric C. Daucher     eric.daucher@nortonrosefulbright.com
Janice I Daul     jdaul@kcr-law.com
Richard T. Davis     rdavis@cafarocompany.com
Louis Thomas DeLucia     louis.delucia@icemiller.com, michele.rodriguez@icemiller.com
Sam Della Fera     sdellafera@msbnj.com, ldipaolo@msbnj.com
Christopher M. Desiderio     cdesiderio@nixonpeabody.com
Andrew Devore     andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
Allan B Diamond     adiamond@diamondmccarthy.com
Andrew G. Dietderich     dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;BAKERR@SULLCROM.COM
John P. Dillman     houston_bankruptcy@publicans.com
Ted A. Dillman     ted.dillman@lw.com
Ira S. Dizengoff     idizengoff@akingump.com, afreeman@akingump.com;apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com
Caroline Djang     caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com,sansanee.wells@bbklaw.com
Amish R. Doshi     amish@doshilegal.com
James F. Dowden     jfdowden@swbell.net
Elizabeth L Doyaga     edoyaga@flwlaw.com, jspiegelman@flwlaw.com
Leo B Dubler     leodubler@fast.net
Joshua A. Dunn     jdunn@vedderprice.com, ecfnydocket@vedderprice.com
David W. Dykhouse     dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
Rachel E. Edwards     redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
Devon Eggert     deggert@freeborn.com, bkdocketing@freeborn.com
Steven B. Eichel     se@robinsonbrog.com
Brad Elias     belias@omm.com
Judith Elkin     elkinj@mac.com, elkinj@mac.com
Samuel G Encarnacion     same@haggertylaw.com
Andrew J. Entwistle     aentwistle@entwistle-law.com, efilings@entwistle-law.com;jporter@entwistle-law.com
Marita S. Erbeck     marita.erbeck@dbr.com
Carrie Essenfeld     cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net
Daniel E. Etlinger     detlinger@jennislaw.com, karon@jennislaw.com
Kevin J Etzel     ketzel@vedderprice.com
Carly Everhardt     ceverhardt@foley.com
Michael Eversden     meversden@mcgrathnorth.com
Catania Facher     cfacher@alonsolegal.com
Garrett A. Fail     garrett.fail@weil.com, Paloma.VanGroll@weil.com
Stephen Vincent Falanga     sfalanga@walsh.law, mvargas@walsh.law
Thomas A. Farinella     tf@lawtaf.com, ecf@lawgmf.com
Steven Charles Farkas     scf@cohmlaw.com, jenniferg@cohmlaw.com;lindac@cohmlaw.com;lah@cohmlaw.com

John Tucker Farnum    jfarnum@milesstockbridge.com, jfarnum@milesstockbridge.com

Thomas R. Fawkes    tomf@goldmclaw.com

Alan Feld    afeld@sheppardmullin.com

Mark E. Felger    MFelger@cozen.com, kcallahan@cozen.com

William P Fennell    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com,charles.bethel@fennelllaw.com,mblackburnjoniaux@fennelllaw.com

John R. Fifarek    knelson@laskyfifarek.com, csczepanski@laskyfifarek.com

Charles J. Filardi    cfilardi@rrlawpc.com, abothwell@rrlawpc.com

Scott D. Fink    brodellecf@weltman.com

Glenn M. Fjermedal    gfjermedal@davidsonfink.com, vbillups@davidsonfink.com

Jonathan L. Flaxer    jflaxer@golenbock.com, jsavitsky@golenbock.com;mweinstein@golenbock.com

Ken Florey    kflorey@rsnlt.com

Thomas J. Flynn    tflynn@larkinhoffman.com, grice@larkinhoffman.com

Christopher Fong    cfong@nixonpeabody.com

Kiah T Ford    chipford@parkerpoe.com

Edward M. Fox    emfox@seyfarth.com

Gregory W. Fox    gfox@goodwinprocter.com, ACunningham@goodwinlaw.com

Shawn Randall Fox    sfox@mcguirewoods.com

Andrew Frackman    afrackman@omm.com

Joseph D. Frank    jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Mark A. Frankel    mfrankel@bfklaw.com, mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Elise S. Frejka    efrejka@frejka.com

Alana M. Friedberg    alana.friedberg@dlapiper.com

Jeff J. Friedman    jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth Friedman    kfriedman@manatt.com, astaltari@manatt.com

Michael Friedman    friedman@chapman.com, iyassin@chapman.com

Joseph Froehlich    jfroehlich@lockelord.com

Patricia B. Fugee    Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

David M. Fusco    dfusco@smcnlaw.com, dmfuscolaw@yahoo.com

Thomas M. Gaa    tgaa@bbslaw.com, yessenia@bbslaw.com

James Gadsden    bankruptcy@clm.com

Robert Gainer    rgainer@cutlerfirm.com, snewton@cutlerfirm.com

Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

David J. Gallagher    dgallagher@mnlawoffice.com

Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com

Jeffrey K. Garfinkle    jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Victoria D. Garry    vgarry@ag.state.oh.us

Christopher Gartman    gartman@hugheshubbard.com,

corp-reorg-department-7318@ecf.pacerpro.com
   Robert Gayda    gayda@sewkis.com
   Ryan Zachary Gelber    zgelber@gelbersantillo.com, fmechlowitz@gelbersantillo.com
   Matthew Gensburg    mgensburg@gcklegal.com
   Charles George    cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com
   Stephen B. Gerald    sgerald@wtplaw.com, clano@wtplaw.com
   Yann Geron    ygeron@reitlerlaw.com,
ygeronnys@ecf.axosfs.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com;jtrainor@reitlerlaw.
com;asuffern@axosfs.com;jrodriguez@reitlerlaw.com
   Peter M. Gilhuly    peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com
   Steven A. Ginther    sdnyecf@dor.mo.gov
   Sheryl P Giugliano    sgiugliano@diamondmccarthy.com, tpavalis@diamondmccarthy.com
   Luvell L Glanton    glantonfirm@gmail.com
   Eduardo J. Glas    ejglas@gmail.com
   Jeffrey R. Gleit    jgleit@sullivanlaw.com,
gschlack@sullivanlaw.com,bcooley@sullivanlaw.com;aweiss@sullivanlaw.com,nkoslof@sulliv
anlaw.com,tkethro@sullivanlaw.com
   Brian D. Glueckstein    gluecksb@sullcrom.com,
s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com
   Ronald Eric Gold    rgold@fbtlaw.com,
awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com
   Michael Goldstein    mgoldstein@goodwinlaw.com
   Brendan Goodhouse    bgoodhouse@cuddyfeder.com
   Brett D. Goodman    brett.goodman@troutmansanders.com, john.murphy@troutman.com
   Eric R Goodman    egoodman@bakerlaw.com
   Leon B Gordon    cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
   Andrew R. Gottesman    gottesman@mintzandgold.com, gottesman@mintzandgold.com
   David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com
   Christopher F. Graham    cgraham@eckertseamans.com
   Jonathan Adam Grasso    jon@piercemccoy.com
   Ira S. Greene    ira.greene@lockelord.com
   Christopher A. Grosman    cgrosman@carsonfischer.com
   Deborah R. Gross    dgross@kcr-law.com, JHannigan@kcr-law.com
   Janice Beth Grubin    Janice.Grubin@leclairryan.com
   Charles A. Gruen    cgruen@gruenlaw.com
   Carl Grumer    cgrumer@manatt.com
   Allen J. Guon    aguon@foxrothschild.com, aguon@foxrothschild.com
   Matthew Gurgel    mgurgel@hsgllp.com
   Harry M. Gutfleish    harry@gutfleishlaw.com
   Laura R Hall    laura.hall@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com
   Mark E. Hall    mhall@foxrothschild.com, cbrown@foxrothschild.com
   Aaron L. Hammer    ahammer@hmblaw.com,
ecfnotices@hmblaw.com;jguzzardo@hmblaw.com
   William J. Hanlon    whanlon@seyfarth.com, bosdocket@seyfarth.com

Paul E. Harner      paul.harner@lw.com
Juandisha Harris      harrisj12@michigan.gov
Sharon A. Harris      sharon@attorneyzim.com
David Henry Hartheimer      david@mhlaw-ny.com, david@clearbid.com
Jonathan Scott Hawkins      jonathan.hawkins@thompsonhine.com,
THDaytonECF@thompsonhine.com,ECFDocket@thompsonhine.com
Patrick L. Hayden      phayden@mcguirewoods.com
Melissa S Hayward      mhayward@haywardfirm.com
Leslie C. Heilman      heilmanl@ballardspahr.com, maddoxm@ballardspahr.com
Christopher Matthew Hemrick      chemrick@walsh.law, chemrick@walsh.law
Ira L. Herman      iherman@blankrome.com,
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
Neil E. Herman      Nherman@morganlewis.com
Michael R. Herz      mherz@formanlaw.com, cbrown@formanlaw.com
George Bernard Hofmann      ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com
Marie Polito Hofsdal      mhofsdal@pryorcashman.com
Evan C Hollander      echollander@orrick.com, jgoldfinger@orrick.com;efua@orrick.com
James J. Holman      jjholman@duanemorris.com
Caleb T. Holzaepfel      caleb.holzaepfel@huschblackwell.com
Robert Honeywell      robert.honeywell@klgates.com, brian.koosed@klgates.com
Joon P. Hong      joonhong@chapman.com
Thomas Ross Hooper      hooper@sewkis.com
Kyle Hosmer      kyle.hosmer@faegrebd.com
Benjamin Hugon      bhugon@mckoolsmith.com, nsauter@mckoolsmith.com
Joan S. Huh      joan.huh@cdtfa.ca.gov
Hanh Vinh Huynh      hhuynh@rubinlawllc.com, prubin@rubinlawllc.com
Mark J. Hyland      hyland@sewkis.com
Allison Akiko Ito      aito@hibklaw.com
Russell Jackson      rjackson@thomasjhenrylaw.com
Don D.G. James      donjamespa@aol.com
Hugh G. Jasne      hgj@jasneflorio.com, hgj@jasneflorio.com
Dwight Jefferson      djefferson@coatsrose.com
Christian Paul Jensen      jensenc@sullcrom.com
Monique Debrikka Jewett-Brewster      mjb@hopkinscarley.com, eamaro@hopkinscarley.com
Jeremy R. Johnson      jeremy.johnson@polsinelli.com
Gregory P. Joseph      gjoseph@jha.com
William Austin Jowers      ajowers@kslaw.com
Allen G. Kadish      akadish@archerlaw.com,
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com
Vera N Kanova      verkanova@pa.gov
Alan H Katz      akatz@lockelord.com
Alan F. Kaufman      alan.kaufman@nelsonmullins.com
Michael Courtney Keats      michael.keats@friedfrank.com
William E. Kelleher      wkelleher@cohenlaw.com,
mgraeb@cohenlaw.com;hward@cohenlaw.com

Steven W. Kelly    skelly@s-d.com
Gerald P. Kennedy    gerald.kennedy@procopio.com,
angela.stevens@procopio.com;calendaring@procopio.com
William B. Kerr    wkerr@kerrllp.com
Roland Scott Keske    rsk@lefltd.com, eg@lefltd.com
Ferve E. Khan    fkhan@bakerlaw.com
Erin C. Kim    kim.erin@pbgc.gov, efile@pbgc.gov
Jane Kim    jkim@kellerbenvenutti.com
Alan M Kindred    akindred@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishman.com
Edward M. King    tking@fbtlaw.com
Dawn Kirby    dkirby@kacllp.com, bleonardo@kacllp.com;dap@ddw-law.com
Lauren Catherine Kiss    lkiss@klestadt.com
Richard Klass    richklass@courtstreetlaw.com
Sarah J Klebolt    sjk@carmodymacdonald.com, ala@carmodymacdonald.com
Michael Klein    mklein@aftlaw.com
Jeremy C. Kleinman    jkleinman@fgllp.com
Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@yahoo.com
John R. Knapp    john.knapp@millernash.com, dona.purdy@millernash.com
Louis R Koerner    koerner@koerner-law.com
Tanya Korkhov    tkorkhov@kellerrohrback.com
Lawrence J. Kotler    ljkotler@duanemorris.com
Salene Kraemer    salene@mazurkraemer.com
Eric Keith Krasle    eric@krasle.com
Matthew Patrick Kremer    mkremer@omm.com, matthew-kremer-0858@ecf.pacerpro.com
David S. Kupetz    dkupetz@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com
Jeffrey Kurtzman    jkurtzma@klehr.com
Marc J. Kurzman    mkurzman@carmodylaw.com
Alyssa E. Kutner    kutnera@ballardspahr.com
Michael Kwiatkowski    mkwiatkowski@msek.com, lgomez@msek.com
Paul J. Labov    plabov@foley.com, plabov@foley.com
Darryl S. Laddin    bkrfilings@agg.com
Keith A Langley    klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
Lynn Rowe Larsen    llarsen@taftlaw.com, LLAUREN@TAFTLAW.COM
Fernand L Laudumiey    laudumiey@chaffe.com
James N. Lawlor    jlawlor@wmd-law.com, jgiampolo@wmd-law.com
Lacy Martin Lawrence    llawrence@akingump.com,
txdocketing@akingump.com;AGSearch-Lit@akingump.com
Vincent Edward Lazar    vlazar@jenner.com
Gilbert A. Lazarus    gillazarus@gmail.com
Harlan Mitchell Lazarus    hmllaw@att.net, hlazarus@lazarusandlazarus.com
Tara LeDay
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvb
alaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Robert L. LeHane
KDWBankrupcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Paul D. Leake     wendy.lamanna@skadden.com;andrea.bates@skadden.com
Andrew M Leblanc     aleblanc@milbank.com
Bernice C Lee     blee@slp.law, dwoodall@slp.law
Michael Skoy Legge     mlegge@huntonak.com,
candonian@huntonak.com;tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com
Joseph H. Lemkin     jlemkin@stark-stark.com
Nicole A Leonard     nleonard@mdmc-law.com, sshidner@mdmc-law.com
William J. Levant     efile.wjl@kaplaw.com
Richard B. Levin     rlevin@jenner.com
Mark Levine     mlevine@zlk.com, mlevine@zlk.com
Noah Levine     noah.levine@wilmerhale.com, WHDocketing@wilmerhale.com
Vincent Levy     vlevy@hsgllp.com
Kenneth M. Lewis     klewis@wtplaw.com, klewis@lewispllc.com
Jason Louis Libou     jlibou@wmllp.com
Lawrence A. Lichtman     llichtman@honigman.com, litdocket@honigman.com
Angelina E. Lim     angelinal@jpfirm.com, minervag@jpfirm.com;katherineb@jpfirm.com
Lewis J. Liman     LLiman@cgsh.com, maofiling@cgsh.com
Lewis A. Lindenberg     llindenberg@bbwg.com
Jessica Liou     jessica.liou@weil.com
Alan Jay Lipkin     alipkin@willkie.com, maosbny@willkie.com
Kevin M Lippman     klippman@munsch.com
Robert Liubicic     rliubicic@milbank.com
Elena Liveris     eliveris@mmulderlaw.com, adonnelly@mmulderlaw.com
Armando Llorens     armando@furgang.com
Jacqulyn S. Loftin     jsl@lhmlawfirm.com
Brian J. Lohan     brian.lohan@arnoldporter.com,
brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com
John G. Loughnane     jloughnane@nutter.com
Scott Brian Luftglass     scott.luftglass@friedfrank.com,
ManagingAttorneysDepartment@friedfrank.com
Michael Luskin     luskin@lsellp.com
Christopher A. Lynch     clynch@reedsmith.com
Kramer Lyons     klyons@ohdbslaw.com
Marilyn Macron     marilyn@marilynmacron.com
Howard P. Magaliff     hmagaliff@r3mlaw.com, hcolon@r3mlaw.com
Abena Mainoo     amainoo@cgsh.com, maofiling@cgsh.com
Christopher J. Major     cjm@msf-law.com, bm@msf-law.com
Colleen Maker     cmaker@walsh.law
Jacob A. Manheimer     jmanheimer@pierceatwood.com,
mpottle@pierceatwood.com;rkelley@pierceatwood.com;kcunningham@pierceatwood.com
Jacqueline Marcus     jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

Jennifer L. Marines    jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com
Ilan Markus    imarkus@barclaydamon.com, andrew.cole@leclairryan.com
Jonathan D. Marshall    jmarshall@choate.com
Jarrod Martin    jarrod.martin@mhllp.com
Robert Craig Martin    craig.martin@dlapiper.com,
bill-countryman-0154@ecf.pacerpro.com;craig-martin-0553@ecf.pacerpro.com
Rachel J. Mauceri    rmauceri@morganlewis.com
Laurence May    lmay@eisemanlevine.com
Sandra E. Mayerson    sandy@mhlaw-ny.com
Shlomo Maza    shlomomaza@paulhastings.com
Matthew McCann    mmccann@swc-law.com, mmccann@swc-law.com
William McCarron    mccarron.william@pbgc.gov, efile@pbgc.gov
Daniel J. McCarthy    dmccarthy@hillfarrer.com
John G. McCarthy    jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
Chantelle D. McClamb    mcclambc@ballardspahr.com, maddoxm@ballardspahr.com
Richard J. McCord    RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com
Sawnie A. McEntire    smcentire@pmmlaw.com
Brian S. McGrath    bmcgrath@mcglinchey.com
Brigette McGrath    bmcgrath@askllp.com, lmiskowiec@askllp.com
Brittany Mitchell Michael    brittany.michael@stinson.com, jess.rehbein@stinson.com
Deborah Jill Michelson    michelson@mgfl-law.com
Lisa Milas    lmilas@schillerknapp.com,
ahight@schillerknapp.com;kcollins@schillerknapp.com;bfisher@schillerknapp.com;Tshariff@s
chillerknapp.com
Aaron Gerhard Miller    amiller@vazirilaw.com
Curtis S. Miller    cmiller@mnat.com
Dennis D. Miller    dmiller@steinlubin.com
Stephen M. Miller    smiller@morrisjames.com,
wweller@morrisjames.com;jdawson@morrisjames.com
Russell W. Mills    rmills@bellnunnally.com, nsummerville@bellnunnally.com
Robert K. Minkoff    rminkoff@cedargladecapital.com
Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
Thomas J. Moloney    maofiling@cgsh.com,
tmoloney@cgsh.com;jkay@cgsh.com;jdegroote@cgsh.com;dschwartz@cgsh.com
Carol E. Momjian    cmomjian@attorneygeneral.gov
Laura J. Monroe    lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
Kevin P. Montee    kmontee@monteefirm.com, kmontee@monteefirm.com
Erika Morabito    emorabito@foley.com
Courtney Morgan    morgan.courtney@pbgc.gov, efile@pbgc.gov
Pauline K. Morgan    bankfilings@ycst.com, dlaskin@ycst.com
John Mueller    jmueller@lippes.com
Rahul Mukhi    rmukhi@cgsh.com, maofiling@cgsh.com
Michael M Mulder    mmmulder@mmulderlaw.com, spitre@mmulderlaw.com

Edgardo Munoz     emunozpsc@gmail.com
Klaus Peter Muthig     muthigk@mcao.maricopa.gov
Bruce S. Nathan     bnathan@lowenstein.com, msavetsky@lowenstein.com
Edward E. Neiger     eneiger@askllp.com, lmiskowiec@askllp.com
Kevin Michael Newman     knewman@barclaydamon.com
Victor Newmark     vnewmark@evict.net
Timothy F. Nixon     tnixon@gklaw.com, kboucher@gklaw.com;ekulpinski@gklaw.com
Sean E. O'Donnell     sodonnell@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com;rrichards@herrick.com
Sean A. O'Neal     soneal@cgsh.com, maofiling@cgsh.com
Sean A. OKeefe     sokeefe@okeefelc.com, seanaokeefe@msn.com
Rachel R Obaldo     bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
Thomas S. Onder     tonder@stark-stark.com
Mark Russell Owens     mowens@btlaw.com,
mowens@btlaw.com;bankruptcyindy@btlaw.com
Stephen M. Packman     spackman@archerlaw.com,
mfriedman@archerlaw.com;jkulback@archerlaw.com
James P. Pagano     jppaganoesq@gmail.com, jppaganoesq@gmail.com
Steven Paradise     sparadise@seyfarth.com, NYCManagingClerksOffice@seyfarth.com
Jennifer Kennedy Park     jkpark@cgsh.com
Richard J. Parks     rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
Barbra R. Parlin     barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com
Paul J. Pascuzzi     ppascuzzi@ffwplaw.com
Jennifer Pastarnack     jennifer.pastarnack@cliffordchance.com
Kristen N. Pate     bk@brookfieldpropertiesretail.com
Richard C. Pedone     rpedone@nixonpeabody.com
Melissa A. Pena     mapena@norris-law.com, pfreda@nmmlaw.com
Eloy A Peral     eperal@wilkauslander.com
Phillip Russell Perdew     pperdew@lockelord.com, chicagodocket@lockelord.com
Frank Peretore     fperetore@csglaw.com, ecf@csglaw.com
Deborah M Perry     dperry@munsch.com
Geoffrey J. Peters     colnyecf@weltman.com
Albena Petrakov     apetrakov@offitkurman.com
Douglas J. Pick     dpick@picklaw.net, ezabicki@picklaw.net
Jonathan E. Pickhardt     jonpickhardt@quinnemanuel.com
Michael Ryan Pinkston     rpinkston@seyfarth.com
Curtis M. Plaza     cplaza@riker.com, tschellhorn@riker.com
Dana S. Plon     dplon@sirlinlaw.com
David L. Pollack     pollack@ballardspahr.com
Cynthia L Pollick     pollick@lawyer.com
Kimberly A. Posin     kim.posin@lw.com
Cassandra Postighone     cpostighone@wmd-law.com
Constantine Dean Pourakis     cp@stevenslee.com
Jennifer L. Pruski     jpruski@trainorfairbrook.com

Robert L. Pryor     rlp@pryormandelup.com
Chad Pugatch     cpugatch.ecf@rprslaw.com
Jonathan I. Rabinowitz     jrabinowitz@rltlawfirm.com
Anthony M. Rainone     arainone@bracheichler.com, palonso@bracheichler.com
Kurt Ernest Kates Ramlo     kr@lnbyb.com
Shane Ramsey     shane.ramsey@nelsonmullins.com,
jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com
Justin Logan Rappaport     lr@pryormandelup.com, kj@pryormandelup.com
Paul L. Ratelle     pratelle@fwhtlaw.com
Gary O. Ravert     gravert@ravertpllc.com, gary.ravertpllc@gmail.com
Jeffrey A. Reich     reichlaw@reichpc.com
Kevin Reid     kreid@kozonislaw.com
Norman Neville Reid     nreid@foxswibel.com
Annemarie V. Reilly     annemarie.reilly@lw.com
Ryan C. Reinert     rreinert@shutts.com, juanitasanchez@shutts.com
Guy A. Reiss     greiss@reisspreuss.com
Carol Ann Rich     crich@dudleylaw.com
Steven Richman     srichman@clarkhill.com
Michael J. Riela     riela@thsh.com
Fred B. Ringel     fbr@robinsonbrog.com
Carlos Rios-Gautier     riosgautierlaw@yahoo.com
Christy Rivera     christy.rivera@nortonrosefulbright.com
Richard A. Robinson     rrobinson@burr.com, debankruptcy@burr.com
Jennifer L. Rodburg     jennifer.rodburg@friedfrank.com,
managingattorneysdepartment@friedfrank.com
Beth Ellen Rogers     brogers@berlawoffice.com
Laurel D. Roglen     roglenl@ballardspahr.com, maddoxm@ballardspahr.com
Alexis J. Rogoski     arogoski@skarzynski.com
Mark S. Roher     mroher@markroherlaw.com, ecf3.markroherlaw@gmail.com
Lee Rohn     angelique@rohnlaw.com
Vincent J. Roldan     vroldan@ballonstoll.com
David A. Rolf     darolf@sorlinglaw.com
Kristen D Romano     kromano@fpservicing.com
Julie H Rome-Banks     julie@bindermalter.com
Adam L. Rosen     adam.rosen@alrcounsel.com, tpavalis@diamondmccarthy.com
Kenneth A. Rosen     krosen@lowenstein.com
Robert M. Rosen     rrosen@pmmlaw.com
Sanford Philip Rosen     srosen@rosenpc.com
Arthur E. Rosenberg     arthur.rosenberg@hklaw.com
Chelsey Rosenbloom     crosenbloom@cgsh.com
David A. Rosenzweig     david.rosenzweig@nortonrosefulbright.com
Douglas B. Rosner     drosner@goulstonstorrs.com
Beth J. Rotenberg     brotenberg@csglaw.com, ecf@csglaw.com
Paul Rubin     prubin@rubinlawllc.com, hhuynh@rubinlawllc.com
Charles Rubio     crubio@diamondmccarthy.com,

tpavalis@diamondmccarthy.com;cburrow@diamondmccarthy.com

Myrna Ruiz-Olmo    mro@prbankruptcy.com, tbp@prbankruptcy.com,lsg@prbankruptcy.com

Maura I. Russell    mrussell@ckrlaw.com

Patrick Morgan Ryan    pmryan@sorlinglaw.com, smjordan@sorlinglaw.com

CARL JOSEPH SORANNO    csoranno@bracheichler.com, dfamula@bracheichler.com;jpmartin@bracheichler.com

Kayvan B. Sadeghi    ksadeghi@schiffhardin.com

Thomas James Salerno    thomas.salerno@stinson.com, Karen.graves@stinson.com

Diane W. Sanders    austin.bankruptcy@lgbs.com

Thomas J. Sansone    tsansone@carmodylaw.com

Kristen Santillo    ksantillo@gelbersantillo.com

Joseph E. Sarachek    joe@saracheklawfirm.com, jon@saracheklawfirm.com

Robert M. Sasloff    rms@robinsonbrog.com

Bruce M. Sattin    bsattin@szaferman.com

Russell W. Savory    russ@bsavory.com

Gilbert R. Saydah    gsaydah@mmwr.com

Courtney A Schael    cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com

Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Robert K. Scheinbaum    rscheinbaum@connellfoley.com

Aaron J. Scheinfield    aaron@bk-lawyer.net

Brad Eric Scheler    schelbr@ffhsj.com, ManagingAttorneysDepartment@friedfrank.com

David M. Schlachter    davids@lawdms.com

Frederick E. Schmidt    eschmidt@cozen.com

Bradley Schneider    bradley.schneider@mto.com

Edward L. Schnitzer    eschnitzer@mmwr.com, edward-schnitzer-0033@ecf.pacerpro.com

Ray C Schrock    ray.schrock@weil.com, matthew.goren@weil.com

Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

H. Jeffrey Schwartz    hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com

Gary F Seitz    gseitz@gsbblaw.com, gary.seitz@gmail.com

Michelle Marie Sekowski    msekowski@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com;maustin@herrick.com

Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Richard M. Seltzer    rseltzer@cwsny.com, ecf@cwsny.com

Pearl Shah    pshah@mcgrailbensinger.com

Yaron Shaham    yshaham@kahanafeld.com

Michael Abtin Shakouri    mshakouri@goodkinlynch.com

Daniel Shamah    dshamah@omm.com, daniel-shamah-9039@ecf.pacerpro.com

Ross G Shank    rshank@kasowitz.com, courtnotices@kasowitz.com

Karen Sheehan    ksheehan@flwlaw.com, jspiegelman@flwlaw.com

Joseph E. Shickich    jshickich@foxrothschild.com

Bradley S. Shraiberg    bss@slp.law, dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com

Michelle E. Shriro    mshriro@singerlevick.com, scotton@singerlevick.com

Michael Steven Shuster    mshuster@hsgllp.com, crodriguez@hsgllp.com

Andrew I. Silfen    andrew.silfen@arentfox.com,
beth.brownstein@arentfox.com;jordana.renert@arentfox.com;lisa.indelicato@arentfox.com;sean.boren@arentfox.com

Leah Silverman    lsilverman@opeaklp.com

Mark D. Silverschotz    msilverschotz@andersonkill.com,
bankruptcy-2628@ecf.pacerpro.com;dfraser@andersonkill.com;dflynn@andersonkill.com

Daniel M. Silvershein    daniel@dmsilverlaw.com

Paul N. Silverstein    paulsilverstein@andrewskurth.com

Kevin J. Simard    ksimard@choate.com

Wendy M. Simkulak    wmsimkulak@duanemorris.com

Sunny Singh    sunny.singh@weil.com,
Andriana.Georgallas@weil.com;Paloma.VanGroll@weil.com;Vincent.Yiu@weil.com;Philip.DiDonato@weil.com

Peter B. Siroka    peter.siroka@friedfrank.com,
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Doug Skierski    enotices@skijain.com

Daniel W. Sklar    dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com

Thomas R. Slome    tslome@cullenanddykman.com, cmohan@cullenanddykman.com

Stanley M Slonaker    Stan@SSlonaker.us

Patrick Slyne    pkslyne@ssbny.com

Aaron C. Smith    asmith@lockelord.com,
chicagodocket@lockelord.com;jcataldo@lockelord.com

Dustin Smith    smithd@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

James Hartman Smith    jsmith@mckoolsmith.com

Neal Smith    nsmith@robbins-schwartz.com

Steven B Smith    ssmith@herrick.com,
ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com

Courtney Solomon    csolomon@jha.com

Jay B Solomon    jsolomon@bbwg.com

Natasha M. Songonuga    nsongonuga@gibbonslaw.com

Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

James E. Sorenson    bk@svllaw.com, jim@svllaw.com

Fredric Sosnick    fsosnick@shearman.com,
Courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com

Sean C. Southard    ssouthard@klestadt.com

Penny R. Stark    pstarkesq@gmail.com

Matthew Benjamin Stein    mstein@kasowitz.com, courtnotices@kasowitz.com

Miriam R Stein    mstein@chuhak.com

Rick Aaron Steinberg    rsteinberg@pricemeese.com

Joseph L. Steinfeld    jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrat

h@askllp.com;jchristian@askllp.com

John Mark Stern     bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Richard A. Stieglitz     RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com

Sabrina L. Streusand     streusand@slollp.com, prentice@slollp.com

Philip E. Strok     pstrok@swelawfirm.com,
gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com

Enid Nagler Stuart     enid.stuart@ag.ny.gov, leo.gagion@ag.ny.gov

Joshua Sturm     joshua.sturm@ropesgray.com, nova.alindogan@ropesgray.com

Kevin N Summers     ksummers@dflaw.com

Matthew G. Summers     summersm@ballardspahr.com, maddoxm@ballardspahr.com

Vivek Suri     info@viveksuri.com, lawyer@surilawoffice.com

Casey Cantrell Swartz     cswartz@taftlaw.com

Daniel R. Swetnam     Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com

Douglas T. Tabachnik     dtabachnik@dttlaw.com, rdalba@dttlaw.com

Derrick Talerico     dtalerico@ztlegal.com, maraki@ztlegal.com;sfritz@ztlegal.com

Stanley B. Tarr     tarr@blankrome.com

David R Taxin     davidtaxin@dahannowick.com

Andrew Tenzer     andrewtenzer@paulhastings.com

Brett S. Theisen     btheisen@gibbonslaw.com

David L. Tillem     tillemd@wemed.com

Linda M. Tirelli     ltirelli@tw-lawgroup.com,
alopez@tw-lawgroup.com;mshowers@tw-lawgroup.com;notices@tw-lawgroup.com;nhauptman@tw-lawgroup.com

My Chi To     mcto@debevoise.com

David G. Tobias     dtobias@tobiaslawpc.com

Gordon J. Toering     gtoering@wnj.com

Kevin Tompsett     ktompsett@harrisbeach.com,
frichenberg@harrisbeach.com;efilings@harrisbeach.com;jhartle@harrisbeach.com

Michael Tsang     mtsang@tsanglawfirm.com

Ronald M. Tucker     rtucker@simon.com, bankruptcy@simon.com

Curtis Lee Tuggle     curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com

Andrew P. Tureaud     atureaud@kblaw.com, atureaud@kblaw.com

Bethany Turke     brt@wexlerwallace.com, ecf@wexlerwallace.com

Marshall C. Turner     marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Gary D. Underdahl     gunderdahl@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;kcasteel@askllp.com

United States Trustee     USTPRegion02.NYECF@USDOJ.GOV

Veronique Urban     vurban@farrellfritz.com

Seth Van Aalten     svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com

James Christopher Vandermark     vandermarkj@whiteandwilliams.com

Lori V. Vaughan     lvaughan@trenam.com, mmosbach@trenam.com;mwoods@trenam.com

Javier Vilarino     jvilarino@vilarinolaw.com, javier.vilarino@gmail.com

James J. Vincequerra     James.Vincequerra@alston.com

Eli J. Vonnegut     eli.vonnegut@davispolk.com

Kaitlin R. Walsh     KRWalsh@mintz.com, docketing@mintz.com

David H. Wander     dhw@dhclegal.com
Eric Waxman     eric.waxman@cwt.com, nyecfnotice@cwt.com
Andrew W. Weaver     aweaver@cgsh.com, maofiling@cgsh.com
Adam J. Webb     awebb@fbtlaw.com
Daniel J. Weiner     dweiner@schaferandweiner.com
William P. Weintraub     wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
Robert A Weisberg     rweisberg@carsonfischer.com, njudge@carsonfischer.com
Erica Weisgerber     eweisgerber@debevoise.com,
eweisgerber@debevoise.com,amcdermott@debevoise.com,mao-bk-ecf@debevoise.com
Elizabeth Weller     dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Erin West     ewest@gklaw.com, sshank@gklaw.com
Stephanie Wickouski     stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com
Eric R. Wilson
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Garth D. Wilson     wilson.garth@pbgc.gov, efile@pbgc.gov
Jeffrey C. Wisler     jwisler@connollygallagher.com
Samuel C. Wisotzkey     swisotzkey@kmksc.com, kmksc@kmksc.com
Norman C Witte     ncwitte@wittelaw.com, mmallswede@wittelaw.com
Amy R. Wolf     arwolf@wlrk.com, calert@wlrk.com
Owen Richard Wolfe     owolfe@seyfarth.com
Lee E. Woodard     bkemail@harrisbeach.com,
kgriffith@harrisbeach.com;efilings@harrisbeach.com
Melissa S. Woods     mwoods@cwsny.com, ecf@cwsny.com
Derek L. Wright     dlwright@foley.com
Thomas Yanega     ty@devacklaw.com
Rafael X. Zahralddin     rxza@elliottgreenleaf.com
Marc A. Zelina     marc.zelina@lw.com
Matthew C. Ziegler     matthew.ziegler@morganlewis.com
Tom Zimmerman     tom@attorneyzim.com, firm@attorneyzim.com
David Brett Zolkin     dzolkin@ztlegal.com, maraki@ztlegal.com;sfritz@ztlegal.com
Scott A. Zuber     szuber@csglaw.com, ecf@csglaw.com
Evan J. Zucker     ezucker@blankrome.com,
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
Richard L. Zucker     rzucker@lasserhochman.com
Paul H. Zumbro     pzumbro@cravath.com, mao@cravath.com

**<u>Via First Class Mail</u>**

c/o Sears Holdings Corporation
Stephen Sitley, Esq.
Luke J. Valentino, Esq.
Rob Riecker
3333 Beverly Road
Hoffman Estates, IL 60179

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

BST International Fashion Ltd.
Attn: A.R. Shinivasan
Managing Director, 39 Wang Kwong Rd, Ste.
2301B, Skyline Tower, Kowloon Bay
Kawloon, Hong Kong

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Hudson Concourse, LLC
c/o Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596

Paul Schwartzberg, Esq.
Office of the United States Trustee
Region 2
201 Varick Street, Suite 1006
New York, NY 10014

Frenkel, Lambert, Weiss, Weisman &
Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

The Bank of New York Mellon Trust
Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
PO Box 17428
Austin, TX 78760

**<u>Via Email:</u>**
See Attached Service List

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to State of Michigan, Department of Treasury | AG and Assistant AG for the State of Michigan, Dept. of Treasury | Attn: Dana Nessel, Juandisha M. Harris | harrisj12@michigan.gov |
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com |
| Counsel to Svetlana Anderson ('Anderson") | Alderman & Alderman, LLC | Attn: Myles H. Alderman, Jr. | courts@alderman.com |
| Attorneys for Aldine Independent School District | Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | bnkatty@aldineisd.org |
| As Agent Bayview Loan Servicing, LLC, the Bank of New York Mellon FKA the Bank of New York | Aldridge Pite, LLP | Attn: Jenelle C. Arnold | jarnold@aldridgepite.com |
| Counsel to Morneau Shepell Ltd., in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan | Allen & Overy LLP | Attn: Laura R. Hall & Joseph Badtke-Berkow | laura.hall@allenovery.com joseph.badtke-berkow@allenovery.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Counsel to Sayville Menlo, LLC | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Counsel to the Local Texas Tax Authorities | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com |
| Counsel to Community Unit School District 300 | Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | akadish@archerlaw.com lschildkraut@archerlaw.com |
| Counsel to Rare Hospitality Management, LLC, Rare Hospitality International, Inc., Cheddars Casual Café, Inc., and Darden Restaurants, Inc. | Arent Fox LLP | Attn: Beth Brownstein | beth.brownstein@arentfox.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | brian.lohan@arnoldporter.com ginger.clements@arnoldporter.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to IQ9-200 SW C Ave, LLC ("SW LLC")  and U.S. Bank, National Association as Trustee, Successor-in-interest to Bank of America, N.A.,  as Trustee, Successor-by-merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-IQ9 | Aronauer & Yudell, LLP | Attn: Joseph Aronauer, Esq. | jaronauer@ayllp.com |
| Counsel to Shinn Fu Company of America, Inc. | Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Counsel to City Choice Limited | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com jchristian@askllp.com |
| Counsel for Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession | ASK LLP | Attn: Joseph L. Steinfeld, Jr., Esq., Gary D. Underdahl, Esq., Kara E. Casteel, Esq., Brigette G. McGrath. Esq., Edward E. Neiger, Esq. & Marianna Udem, Esq. | jsteinfeld@askllp.com gunderdahl@askllp.com bmcgrath@askllp.com kcasteel@askllp.com eneiger@askllp.com mudem@askllp.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | AT&T Services Legal Department | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Interested Party | Austin Enterprises, LP. | Attn: Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Counselt to 233 S. Wacker, LLC | Backenroth Frankel & Krinsky, LLP | Attn: Mark Frankel, Esq. | mfrankel@bfklaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Eric R. Goodman | egoodman@bakerlaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Ferve Khan | fkhan@bakerlaw.com |
| Counsel to Brixmor Property Group, Inc., Federal Realty Investment Trust, and Fee Examiner | Ballard Spahr LLP | Attn: David L. Pollack, Vincent J. Marriott, III | pollack@ballardspahr.com marriott@ballardspahr.com |

**In re: Sears Holdings Corporation, *et al.***
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| Counsel to Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, White Plains Galleria Limited Partnership, and Fee Examiner | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers, Tobey M. Daluz, Laurel D. Roglen, Chantelle D. McClamb | heilmanl@ballardspahr.com summersm@ballardspahr.com daluzt@ballardspahr.com roglenl@ballardspahr.com mcclambc@ballardspahr.com |
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC and FBA Holdings, Inc. | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com kutnera@ballardspahr.com |
| Counsel to Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLC, Light 125 James West LLC, Shilington Plaza LLC | Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Counsel to Urschel Development Corporation | Barnes & Thornburg LLP | Attn: Mark R. Owens | mowens@btlaw.com |
| Counsel to Retail Opportunity Investments Corp. | Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Counsel to BICO Associates GP | Beard & Savory, PLLC | Attn: Russell W. Savory | russ@bsavory.com |
| Counsel to Revin Associates c/o Aegis Investments, Inc. | Belkin Burden Wenig & Goldman, LLP | Attn: Jay B. Solomon | jsolomon@bbwg.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Raven Associates | Belkin Burden Wenig & Goldman, LLP | Attn: Lewis A. Lindenberg | llindenberg@bbwg.com |
| Counsel to M&G Jewelers, Inc. | Bell Nunnally & Martin LLP | Attn: Russell W. Mills | rmills@bellnunnally.com |
| Counsel to PREP Hanover Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com |
| Counsel to MIDAMCO, an Ohio Limited Partnership | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Counsel to Brixton Provo Mall, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | Ernie.park@bewleylaw.com |
| Counsel to salesforce.com, Inc., Oath (Americas) Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Counsel to Wilshire Investments, LLC (formerly known as Wilshire Business Center, a California General Partnership) | Binder & Malter LLP | Attn: Michael W. Malter, Julie H. Rome-Banks | michael@bindermalter.com julie@bindermalter.com |
| Counsel to Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Hansae Co. Ltd., Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com EZucker@BlankRome.com |
| Counsel to Taylor Sorensen, as Person Representative of the Wrongful Death Estate of Jonathan Sorensen, Deceased, ("Sorensen") | Bleus & Associates, LLC | Attn: George Anthony Bleus, Esq. | bleusandassociates@gmail.com |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to iStar Jewelry LLC | Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Briggs and Morgan, P.A. | Attn: James M. Jorissen | jjorissen@briggs.com |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate | |
| Counsel to Hain Capital Group, LLC | Brown Rudnick LLP | Attn: Bennett S. Silverberg | bsilverberg@brownrudnick.com spohl@brownrudnick.com |
| BST International Fashion Ltd. | BST International Fashion Ltd. | Attn: A.R. Shrinivasan | |
| Counsel to The Realty Associates Fund X, L.P. | Buchalter, A Professional Corporation | Attn: Paul M. Weister | pweiser@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller | christopher.schueller@bipc.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger | terry.shulsky@bipc.com tyler.dischinger@bipc.com |
| Counsel to Argonaut Insurance Company | Cadwalader, Wickersham & Taft LLP | Attn: Eric G. Waxman III, Anthony De Leo | Eric.Waxman@cwt.com Anthony.Deleo@cwt.com |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com rstieglitz@cahill.com |
| Counsel for California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Attn: Joan S. Huh | joan.huh@cdtfa.ca.gov |
| Counsel to 14 Oaks Associates, LLC | Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | Attn: Marc J. Kurzman | MKurzman@carmodylaw.com |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | Attn: Thomas J. Sansone | tsansone@carmodylaw.com |
| Local Counsel to BH North American Corporation | Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to ZG Apparel Group LLC , Studio 1 Div. of Shazdeh Fashions  and The Libman Company | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com rnosek@certilmanbalin.com |
| Counsel to WSSR, LLC | Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com wilamowsky@chapman.com |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com szuber@csglaw.com |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com jmarshall@choate.com |
| Counsel to Winiadaewoo Electroniccs America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com cpark@choiandpark.com lkleist@choiandpark.com jaykim@e-daewoo.com taicho7@aol.com |
| Counsel to MJ Holding Company, LLC | Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited, Giza Spinning & Weaving Co., Bradshaw Westwood Trust, and BST International Fashion Ltd. | CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr. | eschnitzer@ckrlaw.com gsaydah@ckrlaw.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc., and Milton Manufacturing, LLC | Clark Hill PLC | Attn: Steven M. Richman, Nola R. Bencze | srichman@clarkhill.com nbencze@clarkhill.com |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to ESL Investments, Inc., JPP, LLC, JPP II, LLC and Transform Holdco LLC | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O Neal Lewis J. Liman, Abena A. Mainoo, Luke A. Barefoot, Andrew Weaver,Thomas J. Moloney | liman@cgsh.com<br>amainoo@cgsh.com<br>lbarefoot@cgsh.com<br>soneal@cgsh.com<br>aweaver@cgsh.com<br>tmoloney@cgsh.com |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC, & JPP II, LLC) | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park, Thomas J. Moloney | soneal@cgsh.com<br>aweaver@cgsh.com<br>rmukhi@cgsh.com<br>jkpark@cgsh.com<br>tmoloney@cgsh.com |
| Counsel to Bonita Casa, LLC | Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward | wkelleher@cohenlaw.com<br>hward@cohenlaw.com |
| Counsel to International Union (UAW), United Steelworkers (USW), and Workers United (WU) | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | mwarner@coleschotz.com |
| Counsel to American Casting & Manufacturing Corp. | Colleran, O' Hara & Mills LLP | Attn: Steven C. Farkas, Esq. | scf@cohmlaw.com |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>cgriffiths@connollygallagher.com |
| Counsel to Washington Prime Group Inc. | Cooley LLP | Attn: Seth Van Aalten, Sarah Carnes | svanaalten@cooley.com<br>scarnes@cooley.com |
| Counsel to Payco Foods Corporation | Coto & Associates | Attn: Ramon Coto Ojeda | rco@crlawpr.com |
| Counsel to Verizon Capital Corp. and NCC Key Company, Counsel to Certain Former Directors of Sears Canda, Inc. | Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com<br>aclark@cov.com |
| Counsel to National Distribution Centers, LLC | Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Stanley Black & Decker, Inc. and affiliated entities | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Counsel to 5525 S. Soto St Associates, 5525 S. Soto Street Associates LLC | Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| Counsel to Vivian Hilken | Daniel M. Silvershein, Attorney at Law | Attn: Daniel M. Silvershein | daniel@dmsilverlaw.com |
| Counsel to Electronics for Imaging, Inc. | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Counsel to Lakin Tire West Incorporated | Day Pitney LLP | Attn: Joshua W. Cohen | jwcohen@daypitney.com |
| Counsel to Greenwood Motors, Inc., d/b/a R+L Carriers | Dean & Fulkerson | Attn: Kevin N. Summers, Esq. | Ksummers@dflaw.com |
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com eweisgerber@debevoise.com |
| DFS Services, LLC | DFS Services, LLC | Attn: Beth J. Solomon | bethsolomon@discover.com |
| Counsel to Team Worldwide Corporation | Diamon McCarthy LLP | Attn: Charles M. Rubio, Sheryl P. Giugliano, Allan B. Diamond | crubio@diamondmccarthy.com sgiugliano@diamondmccarthy.com adiamond@diamondmccarthy.com |
| Counsel to Transform Holdco LLC with regard to the all matters relating to MOAC Mall Holding LLC | DLA Piper LLP (US) | Attn: Richard A. Chesley, Esq., Rachel Ehrlich Albanese, Esq., R. Craig Martin, Esq. | Richard.Chesley@dlapiper.com Rachel.Albanese@dlapiper.com Craig.Martin@dlapiper.com |
| Counsel to ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC | Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | marita.erbeck@dbr.com |
| Counsel to Riskonnect, Inc. | Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | LJKotler@duanemorris.com WMSimkulak@duanemorris.com |
| Counsel to the Chubb Companies | Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com Cheitzenrater@duanemorris.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Landlord of Kmart store in Frederiksted, VI (Store #7413) referred in various papers as Sunshine Shopping Center Inc, Mall of Saint Croix, Sunshine Mall, Hatim Yusuf, and Plaza Juana Diaz, landlord of Kmart Store in Puerto Rico (Store #3993) | Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Counsel to Prestige Bay Plaza Development  Corp. | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | lmay@eisemanlevine.com |
| Counsel to McDonald's Corporation | Elliott Greenleaf, P.C. | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | rxza@elliottgreenleaf.com sak@elliottgreenleaf.com ems@elliottgreenleaf.com |
| Counsel to International Cruise & Excursions Gallery, Inc. | Engelman Berger P.C. | Attn: Scott B. Cohen | sbc@eblawyers.com |
| Counsel to Platte Valley Investments, LLC | Entwistle & Cappucci LLP | Attn: Andrew J. Entwistle, Joshua K. Porter | aentwistle@entwistle-law.com jporter@entwistle-law.com |
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel to Santa Rosa Mall, LLC | Ferraiuoli LLC | Attn: Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Counsel to Luan Investment, SE | Ferraiuoli LLC | Attn: Sonia E. Colon | scolon@ferraiuoli.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Counsel to CenterPoint Properties Trust, and Victor Reagan Family Trust | Foley & Lardner LLP | Attn: Derek L. Wright & Katherine R. Catanese | dlwright@foley.com kcatanese@foley.com |
| Counsel for Cherokee Debt Acquisition, LLC, Whitebox Asymmetric Partners, LP, Whitebox Multi-Strategy Partners, LP and Hain Capital Investors Master Fund, Ltd. | Foley & Lardner LLP | Attn: Erika L. Morabito, Esq. | emorabito@foley.com |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Cherokee Debt Acquisition, LLC, Whitebox Asymmetric Partners, LP, Whitebox Multi-Strategy Partners, LP and Hain Capital Investors Master Fund, Ltd. | Foley & Lardner LLP | Attn: Paul J. Labov, Esq. | plabov@foley.com |
| Counsel to Victor Reagan Family Trust | Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell | tscannell@foley.com |
| Counsel for Sherthal, LLC | Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Counsel to Hanesbrands, Inc. and Sherthal, LLC | Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Counsel to Capref Burbank, LLC | Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com mherz@foxrothschild.com |
| Counsel to The Chamberlain Group, Inc. | Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | nreid@foxswibel.com |
| Counsel to Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com |
| Counsel for True Value Company | Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | deggert@freeborn.com |
| Counsel to Seritage Growth Properties, Seritage Growth Properties, L.P., Seritage KMT Mezzanine Finance LLC, Seritage SRC Mezzanine Finance LLC, Seritage KMT Finance LLC, Seritage SRC Finance LLC, Seritage GS Holdings LLC, Seritage SPS Holdings LLC, and Seritage MS Holdings LLC (collectively, "Seritage") | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Michael C. Keats | brad.eric.scheler@friedfrank.com scott.luftglass@friedfrank.com michael.keats@friedfrank.com |
| Counsel to Seritage Growth Properties, Seritage SRC Finance LLC, and Seritage KMT Finance LLC | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com scott.luftglass@friedfrank.com peter.siroka@friedfrank.com |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Counsel to Washington Prime Group Inc. and The Kroger Co. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com awebb@fbtlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com lbrymer@fmdlegal.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Conflicts Counsel to Transform Holdco LLC | Gelber & Santillo PLLC | Attn: R. Zachary Gelber, Kristen M. Santillo | zgelber@gelbersantillo.com ksantillo@gelbersantillo.com |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Counsel to Community Unit School District 300 | Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | mgensburg@gcklegal.com |
| Counsel to Henkel Corporation, American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com nsongonuga@gibbonslaw.com |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Counsel to Interested Party, and Saker ShopRites, Inc. | Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell, Jr. | dcampbell@ghclaw.com |
| Counsel to A.O. Smith Corporation, and Johnson Controls, Inc. | Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Counsel to Infinite Peripherals, Inc. | Godlstein & McClintock LLLP | Attn: Thomas R. Fawkes | tomf@goldmclaw.com |
| Counsel to AMAV Enterprises Ltd. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com mweinstein@golenbock.com |
| Counsel to Waste Management National Services, Inc., Urban Edge Properties LP and its Subsidiaries | Goodwin Procter LLP | Attn: Barry Z. Bazian, Michael H. Goldstein, | gfox@goodwinlaw.com bbazian@goodwinlaw.com mgoldstein@goodwinlaw.com |
| Counsel to Interactions LLC | Goodwin Procter LLP | Attn: William P. Weintraub | wweintraub@goodwinlaw.com |
| Counselt to 233 S. Wacker, LLC | Gould & Ratner LLP | Attn: Matthew A. Olins, Esq., Ellen M. Chapelle, Esq. & Vanessa R. Tiradentes, Esq. | searsnotice@gouldratner.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Little Caesar Enterprises, Inc. and Blue Line Foodservice Distribution, Inc. | Gray, Plant, Mooty, Mooty & Bennett, P.A. | Attn: Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Counsel to Criteo S.A. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Counsel to Relator Carl Ireland, Administrator the Estate of James Garbe | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | ahalperin@halperinlaw.net lgu@halperinlaw.net |
| Co-Counsel to Taubman Landlords and NW Properties Landlords | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com |
| Counsel to Van Hook Service Co., Inc. | Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski | sodonnell@herrick.com sselbst@herrick.com ssmith@herrick.com msekowski@herrick.com |
| Counsel to BH North American Corporation | Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Counsel for Cushman & Wakefield Inc. | Holland & Knight LLP | Attn: Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia, Esq. | arthur.rosenberg@hklaw.com Marc.Antonecchia@hklaw.com |
| Counsel to Plaza las Americas, Inc., Plaza del Caribe, S.E., and Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com elvin.ramos@hklaw.com |
| Counsel to Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | jose.casal@hklaw.com jjalemany@hklaw.com |
| Counsel for Kunal Kamlani | Holwell Shuster & Goldberg LLP | Attn: Matthew Gurgel, Vincent Levy & Michael S. Shuster & Daniel P. Goldberg | mgurgel@hsgllp.com vlevy@hsgllp.com mshuster@hsgllp.com |
| Counsel to Midwest Tool, Cutlery Company | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | llichtman@honigman.com |

**In re: Sears Holdings Corporation, *et al.***
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Matson Navigation Company, Inc., Counsel for the Honourable J. Douglas Cunningham, Q.C., as court-appointed litigation trustee for the Canadian Debtors, and Counsel for 1291079 Ontario Limited, as class representative for the potential class of Sears Hometown Dealer stores | Hughes Hubbard & Reed LLP | Attn: Christopher Gartman, Neil J. Oxford, Dustin P. Smith | chris.gartman@hugheshubbard.com neil.oxford@hugheshubbard.com dustin.smith@hugheshubbard.com |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019, McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge | bgross@HuntonAK.com mlegge@huntonak.com |
| Counsel to McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Counsel to Henry Shahery | HUNTON ANDREWS KURTH LLP | Attn: Paul N. Silverstein and Brian M. Clarke | paulsilverstein@huntonak.com brianclarke@huntonak.com |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Counsel to WC Independence Center LLC, WC MRP Belleville Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Counsel to 5330 Crosswind, LLC | Ice Miller LLP | Attn: Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| County of Imperial, California | Imperial County Treasurer- Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Impremedia Operating Company, LLC | Impremedia Operating Company, LLC | Attn: Alex Macias | alex.macias@impremedia.com |
| Interactions LLC | Interactions LLC | Attn: Joseph P. Gildea, SVP Finance and Administration | jgildea@interactions.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Iron Mountain Information Management, LLC, | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel to Data Print Technologies, Inc. | Jasne & Florio, L.L.P. | Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq. | hgj@jasneflorio.com dlk@jasneflorio.com |
| Counsel to John C. Adams and Kennylugenia Adams | John C. Adams and Kennylugenia Adams | Attn: John C. Adams, Kennylugenia Adams | brownsvalleyorchards@aol.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Defendant Cesar L. Alvarez | Joseph Hage Aaronson LLC | Attn: Gregory P. Joseph & Courtney A. Solomon | gjoseph@jha.com csolomon@jha.com |
| Counsel to Lennox International Inc. and Lennox National Account Services, LLC | Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Counsel to Amazon.com Services, Inc., Amazon Payments, Inc., Amazon Services LLC, and SAS Institute Inc. | K&L Gates LLP | Attn: Robert T. Honeywell, Esq. | robert.honeywell@klgates.com |
| Counsel to GBR Green Acress Limited Liability Company, Greenwich 29 L.P., and 909 Group, L.P. | Keane & Beane, P.C. | Attn: Andrew P. Tureaud | atureaud@kblaw.com |
| Counsel to Robert A. Catalfamo and Lavarita D. Meriwether, plaintiffs in the consolidated ERISA action, the ERISA Plaintiffs | Keller Rohrback L.L.P. | Attn: Tanya Korkhov | tkorkhov@kellerrohrback.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com bfeder@kelleydrye.com |
| Counsel to Voortman Cookies Limited | Kenney Shelton Liptak & Nowak, LLP | Attn: Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Counsel to Namco USA Inc. | Kirby Aisner & Curley LLP | Attn: Julie Cvek Curley, Esq. | jcurley@kacllp.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances, (i) GLP US Management, LLC, (ii) Icon Owner Pool 4 Northeast/Midwest, LLC, (iii) Western B Southeast FL, LLC, (iv) Icon Owner Pool 1 West/Southwest, LLC, (v) Icon Owner Pool 1 SF Non-Business Parks, LLC, (vi) Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLC, and (vii) Icon Owner Pool 1 SF Business Parks, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com lkiss@klestadt.com |
| Counsel to Crossroads Mall, LLC | Koley Jessen P.C., L.L.O. | Attn: Brian Koenig | brian.koenig@koleyjessen.com |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Counsel to Angela Kelly and Janyce L. MacKenzie | Lane Powell PC | Attn: Will J. Brunnquell, Esq. | brunnquellw@lanepowell.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC | Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Counsel for 4th Street South II, LLC, a Michigan Limited Liability Company | Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Counsel to Oster Yorktown Properties, LLC, U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Christopher Harris, Esq. & Rakim E. Johnson, Esq. | christopher.harris@lw.com rakim.johnson@lw.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com ted.dillman@lw.com |
| Counsel to Vandale Industries, Inc. | Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Counsel to Dart Warehouse Corporation | Law Office of William P. Fennell, APLC | Attn: William P. Fennell | william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com office@fennelllaw.com |
| Counsel for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | Attn: Charles A. Gruen | cgruen@gruenlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Counsel to Caparra Center Associates, San Patricio Plaza ("SPP") Landlord | Law Offices of Penny R. Stark | Attn: Penny R. Stark | pstarkesq@gmail.com |
| Counsel to Henry Shahery | Law Offices of Saul Reiss | Attn: Saul Reiss | saulreiss@verizon.net |
| Counsel to Cudlie Accessories LLC, Flatbush Center Parking LLC, Project 28 Clothing LLC, and Ikeddi Imports LLC | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com harlan.lazarus@gmail.com |

In re: Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC, Concord Mall LP, and Berkshire Mall LP | LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com niclas.ferland@leclairryan.com |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | LeClairRyan, PLLC | Attn: Janice B. Grubin, Alex J. Chase | janice.grubin@leclairryan.com alex.chase@leclairryan.com |
| Counsel to Claimants, R.S., a minor child of Joanna Samuel, S.S., a minor child of Joanna Samuel, T.S., a minor child of Joanna Samuel, Juan Rosario, Aubain Scotland, Aquita Williams, Peter Archer, Lee J. Rohn and Richard Samuel, O'Rosia Figueroa | Lee J. Rohn and Associates, LLC | Attn: Lee J. Rohn, Esquire | lee@rohnlaw.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | Attn: James M. Jorissen | jjorissen@losgs.com |
| Counsel to EMA Investments San Diego, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Kurt Ramlo | kr@lnbyb.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Counsel to LTMAC Properties, LLC | Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Counsel to SUSO 4 Ocean LP and Maynardville Pike LP | Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | jmueller@lippes.com |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith | braynor@lockelord.com asmith@lockelord.com |
| Counsel to DFS Services, LLC | Locke Lord LLP | Attn: Ira S. Green | ira.greene@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Counsel to Active Media Services, Inc., d/b/a Active International | Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| Counsel to LG Electronics USA, Inc. and Valvoline | Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq. | echafetz@lowenstein.com bnathan@lowenstein.com |
| Luan Investment, SE | Luan Investment, SE | Attn: Awilda I. Ramos, MD, VP | alexandra.bigas@gmail.com awilda.ramos@aguadillamallpr.com |
| Counsel to Trinet Essential Facilities XXVII, Inc. | Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller | dmiller@lubinolson.com |
| Counsel to Kathleen Kime | Luskin, Stern & Eisler LLP | Attn: Michael Luskin & Stephan E. Hornung | luskin@lsellp.com hornung@lsellp.com |
| Counsel to City of Minneapolis | Mayerson & Hartheimer PLLC | Attn: David H. Hartheimer | david@mhlaw-ny.com |
| Counsel to Vir Ventures, Inc. and AMI Ventures, Inc. | Mazurkraemer Business Law | Attn: Salene R.M. Kraemer | salene@mazurkraemer.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Counsel to North K I-29 2004, LLC | McDowell, Rice, Smith & Buchanan, PC | Attn: Stuart E. Bodker | sbodker@mcdowellrice.com |
| Counsel to New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein, Esq. | jbernstein@mdmc-law.com |
| Counsel to New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole A. Leonard, Esq. | nleonard@mdmc-law.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com kromano@mcglinchey.com |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com raguilar@mcglinchey.com rcerone@mcglinchey.com |
| Counsel to Winners Industry Co., Ltd. | McKool Smith, P.C. | Attn: H. Jeffrey Schwartz, James H. Smith | hjschwartz@mckoolsmith.com jsmith@mckoolsmith.com |
| Counsel to Royal Consumer Products, LLC | Meister Seelig & Fein LLP | Attn: Christopher J. Major | cjm@msf-law.com |
| Counsel to Prince George's County, Maryland, Calvert County, Maryland and Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | cprice@milbank.com |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | RLiubicic@milbank.com |
| Counsel to LTMAC Properties, LLC | Miles & Stockbridge P.C. | Attn: John T. Farnum | jfarnum@milesstockbridge.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Counsel to Acxiom Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | ssmith@mwlaw.com |
| Counsel to Hankook Tire America Corp., Crossroads Mall, LLC, Sakar International LLC & BST International Fashion Ltd. | Montgomery McCracken Walker & Rhoads LLP | Attn: Edward L. Schnitzer | eschnitzer@mmwr.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C.,Brighton Lease Management, L.L.C., and Drake Pacer Penry Acquisition, LLC | Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Counsel to Lefmark Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com jbarsalona@mnat.com |

**In re: Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Icon Health & Fitness, Inc. | Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | jmarines@mofo.com bbutterfield@mofo.com |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Counsel to Puerto Rico Supplies Group, Inc. and its subsidiaries and/or affiliates, Glamour Corporation, Healthtex Distributors PR, Inc., PRS Export Group, LLC, PRS On Time Distributors, LLC. (collectively "PRSG"). | MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Counsel to Whirpool Corporation | Munger, Tolles & Olson, LLP | Attn: Bradley R. Schneider, Thomas B. Walper | bradley.schneider@mto.com thomas.walper@mto.com |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| Counsel to Comosoft, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman, Esq. | klippman@munsch.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Counsel to Retail Opportunity Investments Corp. | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Counsel to Coral Reef Asia Pacific a/k/a White Mountain Footwear and 266 Route 125, LLC | Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Counsel to California Self-Insurrers' Security Fund | Nixon Peabody, LLP | Attn: Louis J. Cisz, III | lcisz@nixonpeabody.com |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Counsel to Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | bob.bruner@nortonrosefulbright.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to FTI Consulting Canada Inc., in its capacity as court-appointed monitor for Sears Canada Inc. and certain of its affiliates | Norton Rose Fulbright US LLP | Attn: Eric Daucher & Francisco Vazquez | eric.daucher@nortonrosefulbright.com francisco.vazquez@nortonrosefulbright.com |
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment; Cantor Fitzgerald Securities as Administrative Agent and Collateral Agent under the Superpriority Junior Lien Secured DIP Credit Agreement; Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com stephen.castro@nortonrosefulbright.com david.rosenzweig@nortonrosefulbright.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: John Stern, Assistant Attorney General | bk-jstern@oag.texas.gov sherri.simpson@oag.texas.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Counsel to J.W. Mitchell Company, LLC | OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| Counsel to Defendant Thomas J. Tisch | O'Melveny & Myers LLP | Attn: Andrew J. Frackman, Daniel S. Shamah, Brad M. Elias, Lauren M. Wagner | afrackman@omm.com belias@omm.com lwagner@omm.com dshamah@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Darren L. Patrick | dpatrick@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Jennifer Taylor | jtaylor@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Matthew P. Kremer | mkremer@omm.com |
| Counsel for VM Innovations, Inc. | O'NEILL HEINRICH DAMKROGER BERGMEYER & SHULTZ PC LLO | Attn: Kramer L. Lyons, Esq. | klyons@ohdbslaw.com |
| Counsel to TELUS International (U.S.) Corporation | Orrick, Herrington & Sutcliffe LLP | Attn: Evan C. Hollander & Emmanuel Fua | echollander@orrick.com efua@orrick.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Contact US Teleservices (Atento) | Orrick, Herrington & Sutcliffe LLP | Attn: Matthew M. Fechik | mfechik@orrick.com |
| Counsel to Contact US Teleservices (Atento), TELUS International (U.S.) Corporation | Orrick, Herrington & Sutcliffe LLP | Attn: Raniero D'Aversa | rdaversa@orrick.com |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Counsel to GACP II, L.P. | Paul Hastings LLP | Attn: Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | andrewtenzer@paulhastings.com shlomomaza@paulhastings.com |
| Proposed Conflict Counsel for Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | pbasta@paulweiss.com kcornish@paulweiss.com lclayton@paulweiss.com sbuergel@paulweiss.com rbritton@paulweiss.com jhurwitz@paulweiss.com |
| Counsel to Wlliam Juiris | Pedersen & Houpt | Attn: Lawrence W. Byrne, John S. Delnero | lbyrne@pedersenhoupt.com jdelnero@pedersenhoupt.com |
| Counsel to Red Bull North America, Inc. | Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Perdue Brandon Fielder Collins and Mott, LLP | Attn: Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Counsel to Fayette County, Kerr County, City of Weslaco, Weslaco Independent School District, Kendall County, Maverick County & Uvalde County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | jbanks@pbfcm.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Counsel to Tote, Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Counsel to Malca-Almit USA, LLC ("Malca") | Pryor & Mandelup, L.L.P. | Attn: J. Logan Rappaport, Esq. | lr@pryormandelup.com |
| Counsel to ABC Supply Co. Inc. | Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Counsel to Broad Street Station, LLC c/o Collett | Pryor Cashman LLP | Attn: Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| Counsel to Omega Advisors Inc. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel | susheelkirpalani@quinnemanuel.com jonpickhardt@quinnemanuel.com andrewcorkhill@quinnemanuel.com matthewscheck@quinnemanuel.com ellisonmerkel@quinnemanuel.com |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Counsel to Miele, Inc. | Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com etikkanen@reisspreuss.com |
| Counsel to CM Grayson, LLC | Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Chad P. Pugatch | cpugatch@rprslaw.com |
| Counsel to Sante Marcoccia | Rich Michaelson Magaliff, LLP | Attn: Howard P. Magaliff | hmagaliff@r3mlaw.com |
| Counsel to Community Unit School District 300 | Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | kflorey@robbins-schwartz.com nsmith@robbins-schwartz.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Miele, Inc. | Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com |
| Counsel to East End Commons Associates LLC, Wolf Family Series LP d/b/a Series III, Wolf Family Series LP d/b/a Series VII; Ontario Enterprises of the Wolf Family Series LP | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq., Robert M. Sasloff | fbr@robinsonbrog.com<br>rms@robinsonbrog.com |
| Counsel to North K I-29 2004, LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Steven B. Eichel | se@robinsonbrog.com |
| Counsel to Apex Tool Group, LLC and Icon DE Holdings LLC and Icon NY Holdings LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com |
| Counsel to Cross Country Home Services, Inc., and Duff & Phelps, LLC | Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com<br>ssally@ropesgray.com<br>joshua.sturm@ropesgray.com |
| Counsel to Duff & Phelps, LLC | Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | nicholas.berg@ropesgray.com<br>timothy.farrell@ropesgray.com |
| Counsel to Cranston/BVT Associates, LLP | Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Counsel to RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt | Rubin LLC | Attn: Paul A. Rubin | prubin@rubinlawllc.com |
| Counsel to Colonial Properties LLC, Groveport Lynx LLC, Lawrence Mart LLC, USP Aerospace Solutions, Inc. | Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | mamato@rmfpc.com |
| Counselt to AmCap Wilson II, LLC, Wilson Norridge, LLC, and HRA Fountains LP | S&D Law | Attn: Steven W. Kelly, Esq. | skelly@s-d.com |
| Counsel to Ray Padula Holdings, LLC | Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com<br>rabiuso@swc-law.com |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com |

**In re: Sears Holdings Corporation, *et al.***
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Ciuffo Family Trust & Dorel Industries Inc. | Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq., Kayvan B. Sadeghi | ksadeghi@schiffhardin.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Seward & Kissel LLP | Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq. | ashmead@sewkis.com alves@sewkis.com |
| Counsel to Fairholme Capital Management L.L.C. and Bruce Berkowitz | Seward & Kissel LLP | Attn: Mark J. Hyland, Thomas Ross Hooper, Noah S. Czarny, Robert J. Gayda | hyland@sewkis.com hooper@sewkis.com czarny@sewkis.com gayda@sewkis.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Steven Paradise, Esq. | sparadise@seyfarth.com |
| Counsel to Oracle Elevator Company | Shapiro, Blasi, Wasserman & Hermann, P.A. | Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer | rhermann@sbwh.law mkish@sbwh.law jshafer@sbwh.law floridaservice@sbwh.law |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com sara.coelho@shearman.com |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com tcohen@sheppardmullin.com |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for Loyal Holdings DE LLC and Westfall Town Center JV | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | dplon@sirlinlaw.com |

**In re: Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com Shana.Elberg@skadden.com George.Howard@skadden.com |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Counsel to Paco (China) Garment Ltd. | Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Counsel to Red Bull North America, Inc. | Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | rkinas@swlaw.com |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| Counsel to Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh | Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | darolf@sorlinglaw.com pmryan@sorlinglaw.com |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Top 5 Secured Creditor | SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com jlemkin@stark-stark.com |
| State of Nebraska, Nebraska Game and Parks Commission | State of Nebraska | Attn: c/o Charles E. Chamberlin | charles.chamberlin@nebraska.gov |
| Counsel to East Penn Manufacturing Co. | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Counsel for Telesoft Corp. | Stinson Leonard Street LLP | Attn: Thomas J. Salerno | thomas.salerno@stinson.com |
| Counsel for the Subsidiaries of Verizon Communications Inc. | Stinson LLP | Attn: Darrell W. Clark | darrell.clark@stinson.com |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya | khansen@stroock.com jcanfield@stroock.com sbhattacharyya@stroock.com |
| Counsel to Robert A. Catalfamo, Lavarita D. Meriwether and Plaintiffs in the consolidated ERISA Action (the "ERISA Plaintiffs) | Stull, Stull & Brody | Attn: Patrick Slyne | pkslyne@ssbny.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com zylberbergd@sullcrom.com |
| Counsel for Steven T. Mnuchin | Sullivan & Cromwell LLP | Attn: Robert A. Sacks & Brian D. Glueckstein | sacksr@sullcrom.com gluecksteinb@sullcrom.com |
| Counsel for Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC | SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | dkupetz@sulmeyerlaw.com ckwu@sulmeyerlaw.com |
| Counsel to KG Denim Limited | Suri Law Office | Attn: Vivek Suri, Esq. | lawyer@surilawoffice.com |
| Counsel to Alexandria Pelletteri & Thomas Pelletteri | Szaferman, Lakind, Blumstein, & Blader P.C. | Attn: Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| Counsel to Stockton Mariposa LLC | The Law Office of Thomas A. Farinella, P.C. | Attn: Thomas A. Farinella, Esq. | tf@lawtaf.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov mccarron.william@pbgc.gov efile@pbgc.gov |
| Counsel to Mien Co., Ltd., Helen Andrews Inc, Strong Progress Garment Factory Company Limited, Shanghai Fochier | The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@saracheklawfirm.com |
| Counsel to 1803, LLC, and Camegaran, LLC | The Tsang Law Firm, P.C. | Attn: Michael Tsang | mtsang@tsanglawfirm.com |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Counsel to the Movant, Martha G. West | Tirelli Law Group, LLC | c/o Linda M. Tirelli, Esq. | ltirelli@tw-lawgroup.com |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Counsel to Superb International Co., Ltd. | Tobias Law Firm, P.C. | Attn: David G. Tobias | dtobias@tobiaslawpc.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Tannor Capital Advisors LLC, as the general partner of Tannor Partners Credit Fund | Togut, Segal & Segal LLP | Attn: Frank A. Oswald, Neil Berger, Minta J. Nester | frankoswald@teamtogut.com neilberger@teamtogut.com mnester@teamtogut.com |
| Counsel to MP Holdings LLC and Larry D. Kelley | Trainor Fairbrook | Attn: Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |
| Counsel to Steven Bruce as Trustee of the Steven Bruce Revocable Trust, Cara Bruce and Lou Cuida as Trustee of the Cara Bruce Irrevocable Trust, and Allison Bruce and Lou Cuida as Trustees of the Allison Bruce Irrevocable Trust (collectively, the "Bruce Trusts") | Troutman Sanders LLP | Attn: Amy Pritchard Williams | amy.williams@troutman.com |
| Counsel to Biltmore Commercial Properties I, LLC, Steven Bruce as Trustee of the Steven Bruce Revocable Trust, Cara Bruce and Lou Cuida as Trustee of the Cara Bruce Irrevocable Trust, and Allison Bruce and Lou Cuida as Trustees of the Allison Bruce Irrevocable Trust (collectively, the "Bruce Trusts") | Troutman Sanders LLP | Attn: Bret D. Goodman, Alissa K. Piccione | Brett.Goodman@troutman.com Alissa.Piccione@troutman.com |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Counsel to Village of Hoffman Estates | Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | jdunn@vedderprice.com |
| Counsel to Agri-Fab, Inc. | Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Counsel to NorthStar Group Services, Inc., and Village of Hoffman Estates | Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to MaxColor, LLC | Wachtel Missry LLP | Attn: Steven J. Cohen & Jason L. Libou | cohen@wmllp.com<br>jlibou@wmllp.com |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Counsel to Wolverine World Wide, Inc. and its affiliates, Chervon (HK), Ltd. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Counsel to Levcom Wall Plaza Associates and West Orange Plaza | Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | Dclarke@wjslaw.com |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq. | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com |
| Counsel to Lake Success Shopping Center LLC and CE Vernon II, LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Counsel to Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | sfink@weltman.com |
| Counsel to Amerco Real Estate Company, Salesforce.com, Inc., Cisco Systems, Inc., and Google LLC | White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Counsel to International Cruise & Excursions Gallery, Inc. | Whiteford, Taylor & Preston LLC | Attn: Christopher A. Jones | cajones@wtplaw.com |
| Counsel to Angela Kelly and Janyce L. MacKenzie, International Cruise & Excursions Gallery, Inc. | Whiteford, Taylor & Preston LLC | Attn: Kenneth M. Lewis, Esq. | klewis@wtplaw.com |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| Counsel to 156 Tom Hill LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Capref Burbank, LLC | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Counsel to Drayton Plains (MI), LLC | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com gbrunswick@willkie.com |
| Counsel for Edward S. Lampert, ESL Investments, Inc., RBS Partners LP, CRK Partners LLC, SPE Master I L.P., ESL Partners L.P., SPE I Partners L.P., RBS Investment Management LLC, ESL Institutional Partners L.P., ESL Investors, L.L.C., JPP LLC, and JPP II LLC (collectively, the "ESL Defendants") | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Philip D. Anker & Noah A. Levine | philip.anker@wilmerhale.com noah.levine@wilmerhale.com |
| Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Counsel to Putnam County and Tomra/RSI, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: Mark G. Ledwin | mark.ledwin@wilsonelser.com |
| Counsel to 4th Street South II, LLC | Witte Law Offices, PLLC | Attn: Norman C. Witte | ncwitte@wittelaw.com |
| Counsel to Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Counsel to Richard Bruce and Ronald Olbrysh | Wollmuth Maher & Deutsch LLP | Attn: James N. Lawlor, Esq., Brad J. Axelrod, Esq., Cassandra Postighone, Esq. | JLawlor@wmd-law.com BAxelrod@wmd-law.com CPostighone@wmd-law.com |
| Counsel to Movant Mario Aliano | Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |