**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **Sears Holding Corporation**, et al.,   Case No: 18- 23538 (RDD)

Chapter: 11
(Jointly Administered)

Debtors

# ORDER ADMITTING ATTORNEY PRO HAC VICE

Upon the motion of Don D.G. James to be admitted, *pro hac vice*, to represent Samantha S. Parchment (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the Bar of the State of Florida and the Bar of the U.S. District Court of the Southern District of Florida, it is hereby

**ORDERED**, that Don D.G. James, Esq., is admitted to practice *pro hac vice*, in the above-referenced case, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       October 18, 2019

/s/ Robert D. Drain
United States Bankruptcy Judge