IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, et al. | ) | |
| | ) | Case No: 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION TO APPEAR *PRO HAC VICE*

I, James D. Walker, Jr. requests admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Johnna Richert, as Creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Missouri (State Bar No. 29778) the bar of the U.S. District Court for the Western District of Missouri.

I have submitted the filing fee of two hundred dollars and zero center ($200.00) with this *pro hac vice* ADMISSION.

Dated: 10/16/2019

                                            Respectfully submitted,

                                            JAMES DEAN WALKER LAW, LLC
                                            1656 Washington Street, Suite 130
                                            Kansas City, MO  64108
                                            Phone: 816-474-8128
                                            Facsimile: 816-474-7411

                                            By:    /s/ *James D. Walker, Jr.*
                                                         James D. Walker
                                                         Missouri State Bar No. 29778
                                                         jwalker@jamesdwalkerlaw.com

                                            *ATTORNEY FOR CREDITOR JOHNNA RICHERT*





This will certify that the attorney named on the reverse side has complied with the requirements of Missouri Supreme Court Rule 6.01 and is a member of The Missouri Bar in good standing for the enrollment period ending January 31, 2020, subject to any disciplinary actions taken since the issuance of this card.

**Clerk of the Supreme Court of Missouri**
Clerk's Office: 573-751-4144
https://www.courts.mo.gov/page.jsp?id=103773

PLEASE SHOW YOUR ATTORNEY ENROLLMENT NUMBER ON ALL PLEADINGS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, et al. | ) | |
| | ) | Case No: 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**COUNTY OF JACKSON** )
                               ) **SS.**
**STATE OF MISSOURI** )

### AFFIDAVIT

1. I have never been convicted of a felony

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court,

3. I have no disciplinary proceedings presently against,

The undersigned swears that the foregoing facts are true to the best of my information and belief.

_____
James D. Walker, Jr.

Subscribed and sworn to before me, a notary public, this 16th day of October 2019.

_____
Notary Public

KAY CANGELOSE
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: June 08, 2022
Commission Number: 14897923

My Commission Expires: