LAW OFFICES
# CHARLES A. GRUEN
381 BROADWAY
SUITE 300
WESTWOOD, N. J. 07675

CHARLES A. GRUEN
MEMBER OF NJ, NY, CT AND D.C. BARS
R. 1:40 Qualified Mediator

ROSA AMICA-TERRA

MICHAEL KORIK
MEMBER OF NJ AND NY BARS

TELEPHONE (201) 342-1212
TELECOPIER (201) 342-6474
E-Mail: cgruen@gruenlaw.com

ROBERT D. GRUEN
(1926-2010)

EDYTHE LAZAROW
(1946-2002)

NEW YORK OFFICE
7703 FIFTH AVENUE
BROOKLYN, N.Y. 11209

PLEASE ADDRESS ALL
CORRESPONDENCE TO
NEW JERSEY OFFICE

October 18, 2019

Honorable Robert D. Drain, U.S.B.J.
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Re:   Debtor:     Sears Home & Business Franchises, Inc
      Creditor:   U.S. Bank National Association
                  d/b/a U.S. Bank Equipment Finance
      Case No.:   18-23538 (RDD)

Dear Judge Drain:

Please be advised that this firm represents creditor, U.S. Bank National Association d/b/a U.S. Bank Equipment Finance.

We hereby withdraw our client's Motion to Compel Debtor to Assume or Reject two (2) Master Lease Agreements and to Allow an Administrative Expense Claim for Post-Petition Payments filed under document number 2750.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

Charles A. Gruen

CAG/ia
cc:   All parties on Affidavit of Service