## Exhibit A

January 16, 2019 Invoice



Arise Virtual Solutions, Inc.,
Accounts Receivable
3450 Lakeside Drive, 6th floor
accountsreceivable@arise.com
Miramar FL 33027

| DATE | NUMBER |
|---|---|
| 16-JAN-19 | 38094 |

| PURCHASE ORDER NUMBER |
|---|
|  |

**BILL TO**

Attn: Accounts Payable
Sears Holding Managment Co.
3333 Beverly Road
Hoffman Estates IL 60179

| TERMS | Due Date |
|---|---|
| 60 DAYS NET | 17-MAR-19 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---:|---:|---:|
| Sears Tech- Call Fees Dec 4th-Jan 5th 2019 | 66460.1 | .5080 | 33,761.73 |
| Monthly Minute AHT Cap | -12161.1 | .5080 | -6,177.84 |
| Incentive - Take the Lead | 1 | 434.0000 | $434.00 |
| SeeSupport Incentive | 21 | .5000 | $10.50 |
| 7 Day Resolve | 1 | 478.5000 | $478.50 |
| Service Level Bonus | 1 | 551.6800 | $551.68 |

| TAX | TOTAL |
|---:|---:|
| $0.00 | $29,058.57 |