# Exhibit B

January 23, 2019 Invoice



Arise Virtual Solutions, Inc.,
Accounts Receivable
3450 Lakeside Drive, 6th floor
accountsreceivable@arise.com
Miramar FL 33027

| DATE | NUMBER |
|---|---|
| 23-JAN-19 | 38113 |

| PURCHASE ORDER NUMBER | |
|---|---|
| | |

**BILL TO**

Attn: Accounts Payable
Sears Holding Managment Co.
3333 Beverly Road
Hoffman Estates IL 60179

| TERMS | Due Date |
|---|---|
| 60 DAYS NET | 24-MAR-19 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Sears Tech- Call Fees Jan 6th-Jan 15th 2019 | 11413.9333 | .5080 | 5,798.28 |
| Monthly Minute AHT Cap | -2264.9333 | .5080 | -1,150.59 |
| Incentive - Take the Lead | 1 | 156.0000 | $156.00 |
| SeeSupport Incentive | 3 | .5000 | $1.50 |
| 7 Day Resolve | 1 | 30.0000 | $30.00 |

| | TAX | TOTAL |
|---|---|---|
| | $0.00 | $4,835.19 |