| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 801-9200<br>Facsimile:  (212) 801-6400<br>Leo Muchnik, Esq. | Hearing Date: November 20, 2019<br>Objection Deadline: November 13, 2019 |

*Counsel for Arise Virtual Solutions Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **SEARS HOLDING CORPORATION,** *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

### NOTICE OF HEARING ON MOTION OF ARISE VIRTUAL SOLUTIONS INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)

TO: THE HONORABLE ROBERT D. DRAIN UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that a hearing on the annexed motion ("**Motion**") of Arise Virtual Solutions Inc. ("**AVS**"), by and through its counsel, Greenberg Traurig LLP, submits this Motion, for an order: (i) allowing AVS' administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) and directing immediate payment of same, and (ii) such other and further relief as may be proper under the circumstances, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on **November 20, 2019 at 10:00 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("**Objections**") to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and

the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M–399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M–399, to the extent applicable, and served in accordance with General Order M-399, so as to be so filed and received no later than November 13, 2019 at 4:00 p.m. (Eastern Time) ("**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served, Debtor may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to

Dated:  October 18, 2019                                            GREENBERG TRAURIG, LLP

*/s/ Leo Muchnik*
Leo Muchnik
200 Park Avenue
New York, NY 10166
Telephone:    (212) 801-6826
Facsimile:    (212) 801-6400
Email:  MuchnikL@gtlaw.com

*Counsel for Arise Virtual Solutions Inc.*

2