GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone:     (212) 801-9200
Facsimile:     (212) 801-6400
Leo Muchnik, Esq.

*Counsel for Arise Virtual Solutions Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **SEARS HOLDING CORPORATION,** *et al.*, | : Case No. 18-23538 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

### CERTIFICATE OF SERVICE REGARDING MOTION OF ARISE VIRTUAL SOLUTIONS INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)

I, Leo Muchnik, Esq. certify that on October 18, 2019, I caused to be served, true and correct copies of the *MOTION OF ARISE VIRTUAL SOLUTIONS INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)* upon all parties receiving notice via CM/ECF and additionally via hand delivery upon all parties listed on the attached service list.

Dated:  October 18, 2019                                            GREENBERG TRAURIG, LLP

                                                                    */s/ Leo Muchnik*
                                                                    Leo Muchnik
                                                                    200 Park Avenue
                                                                    New York, NY 10166
                                                                    Telephone:     (212) 801-6826
                                                                    Facsimile:     (212) 801-6400
                                                                    Email:  MuchnikL@gtlaw.com

                                                                    *Counsel for Arise Virtual Solutions Inc.*

| | |
|---|---|
| Chambers of the Hon. Judge Robert D. Drain<br>United States Bankruptcy Court<br>for the Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, New York 10601 | Sears Holdings Corporation<br>3333 Beverly Road, Hoffman<br>Estates IL 60179<br>Attn:  Stephen Sitley Esq.<br>       Luke J. Valentino, Esq.<br>       Rob Riecker |
| Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>Attn:   Paul Schwartzberg, Esq. | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:   Ray C. Schrock, P.C.<br>        Jacqueline Marcus, Esq.<br>        Garret A. Fail, Esq.<br>        Sunny Singh, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn:   Paul D. Leake, Esq.<br>        Shana A. Elberg, Esq.<br>        George R. Howard, Esq. | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn:   Eric R. Wilson, Esq.<br>        Benjamin D. Feder, Esq.<br>        T. Charlie Liu, Esq. |
| Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn:   Edward M. Fox, Esq. | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq. |
| Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn:   Brian A. Raynor, Esq. | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Attn:   Philip C. Dublin, Esq.<br>        Ira Dizengoff, Esq.<br>        Sara Lynne Brauner, Esq. |
| Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.<br>377 Broadway<br>New York, NY 10013<br>Attn: Jeffrey C. Chancas | Frenkel, Lambert, Weiss, Weisman & Gordon, LLP<br>53 Gibson Street<br>Bay Shore, NY 11706<br>Attn: Michelle C. Marans, Esq.<br>. |

| | |
|---|---|
| BST International Fashion Ltd.<br>39 Wang Kwong Rd, Ste 2301B,<br>Skyline Tower, Kowloon Bay<br>Kowloon, Hong Kong<br>Attn: A.R. Shrinivasan, Managing Director | Brookfield Property REIT Inc.<br>350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654-1607<br>Attn: Kristen N. Pate |
| Fein, Such & Crane, LLP<br>1400 Old Country Road<br>Suite C103<br>Westbury, NY 11590<br>Attn:   Tammy L. Terrell Benoza, Esq. | Fein, Such & Crane, LLP<br>7 Century Drive<br>Suite 201<br>Parsippany, NJ 07054<br>Attn:   Tammy L. Terrell Benoza, Esq. |
| Milbank, Tweed, Hadley & McCloy LLP<br>1850 K Street, NW<br>Suite 1100<br>Washington DC 20006<br>Attn: Andrew M. Leblanc | Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760<br>Attn: Diane Wade Sanders |
| Wilmorite Management Group LLC<br>1265 Scottsville Road<br>Rochester, NY 14624<br>Attn:   Donald C. Cowan, Jr. | Montee & Associates<br>1250-I Newell Ave.<br>Suite 149<br>Walnut Creek CA 94596<br>Attn:   Kevin P. Montee, Esq. |
| Ohio Department of Taxation<br>1600 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202<br>Attn:   Office of the Ohio Attorney General | The Bank of New York Mellon Trust Company<br>101 Barclay St., Floor 8W<br>New York, NY 10286<br>Attn:   Corporate Trust Administration |
| Wilmington Trust, National Association<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn:   Sears Holdings Corp. Administrator<br>         Corporate Capital Markets | |