# Exhibit A

| Chain Store Number | Company | Customer Num | RB Location | Date | Invoice Num | Total Balance | Admin Claim |
|---|---|---|---|---|---|---|---|
| 3678 | Big Kmart 3678 | 64054 | San Diego | 9/24/2018 | K-66456052 | $404.95 | Y |
| 3884 | Kmart_3884 | 67152 | Scranton | 9/24/2018 | K-29402440 | ($92.49) | Y |
| 3142 | Big Kmart 3142 | 43337 | Cleveland | 9/24/2018 | K-37692401 | $177.25 | Y |
| 7619 | Kmart 7619 | 98580 | Santa Maria | 9/25/2018 | K-19483115 | $403.60 | Y |
| 7175 | Big Kmart 7175 | 59342 | Riverside | 9/25/2018 | K-26792061 | $280.35 | Y |
| 4728 | Kmart 4728 | 4084 | Miami | 9/25/2018 | K-26622763 | $441.35 | Y |
| 9161 | Big Kmart 9161 | 1003879752 | Williamsport | 9/25/2018 | K-41234780 | $60.30 | Y |
| 4728 | Kmart 4728 | 4084 | Miami | 9/25/2018 | K-26622764 | ($129.70) | Y |
| 4857 | Big Kmart 4857 | 59336 | Palm Springs | 9/25/2018 | K-62267492 | $642.40 | Y |
| 3725 | Kmart 3725 | 105774 | Watsonville | 9/25/2018 | K-19572824 | $273.65 | Y |
| 7471 | Kmart 7471 | 4808 | Sacramento | 9/25/2018 | K-52814741 | $407.80 | Y |
| 9662 | Big Kmart_9662 | 70952601 | Harrisburg | 9/25/2018 | K-63809212 | $278.20 | Y |
| 9662 | Big Kmart_9662 | 70952601 | Harrisburg | 9/25/2018 | K-63809213 | ($5.40) | Y |
| 4421 | Big Kmart 4421 | 57856 | Van Nuys | 9/26/2018 | K-95976423 | $728.10 | Y |
| 4893 | Kmart 4893 | 39255 | Tampa | 9/26/2018 | K-25062959 | $197.80 | Y |
| 4371 | Kmart 4371 | 98584 | Santa Maria | 9/26/2018 | K-19362800 | $282.10 | Y |
| 4453 | Big Kmart Store 4453 | 140401 | Colorado Springs | 9/26/2018 | K-33101758 | $84.60 | Y |
| 3793 | Kmart 3793 | 70908253 | Miami | 9/26/2018 | K-26562738 | ($2.82) | Y |
| 3793 | Kmart 3793 | 70908253 | Miami | 9/26/2018 | K-26562737 | $412.70 | Y |
| 7293 | Kmart 7293 | 3065 | Philadelphia | 9/27/2018 | K-27512862 | $552.90 | Y |
| 3405 | Kmart 3405 | 89247 | Brooklyn Park | 9/27/2018 | K-87225485 | $241.30 | Y |
| 4355 | Kmart 4355 4501 66th St N | 39351 | Tampa | 9/27/2018 | K-00214699 | $195.50 | Y |
| 3667 | Big Kmart 3667 | 70919741 | Raleigh | 9/27/2018 | K-22976413 | $487.45 | Y |
| | Super Kmart Center 4928 | 64481 | Albany | 9/27/2018 | K-42241503 | $514.40 | Y |
| | Super Kmart Center 4928 | 64481 | Albany | 9/28/2018 | K-42241504 | ($34.85) | Y |
| 3286 | Big Kmart 3286 | 47958 | Cleveland | 9/28/2018 | K-43211728 | $459.60 | Y |
| 3527 | Kmart 3527 | 3050 | Philadelphia | 9/28/2018 | K-45421211 | $147.77 | Y |
| 3842 | Kmart 3842 | 70940316 | Stockton | 9/28/2018 | K-58574798 | $365.25 | Y |
| 4150 | Big Kmart 4150 | 1003902901 | Altoona | 9/28/2018 | K-41251693 | $191.00 | Y |
| 9463 | Kmart 9463 | 14071 | New Jersey | 9/28/2018 | K-32811954 | $351.85 | Y |
| 7383 | Big Kmart 7383 | 43354 | Cleveland | 9/28/2018 | K-27663643 | $131.10 | Y |
| 7098 | Big Kmart 7098 | 4620 | Concord | 9/28/2018 | K-68844968 | $1,202.50 | Y |

| Chain Store Number | Company | Customer Num | RB Location | Date | Invoice Num | Total Balance | Admin Claim |
|---|---|---|---|---|---|---|---|
| 3834 | Big Kmart 3834 | 57846 | Van Nuys | 10/1/2018 | K-30811815 | $358.15 | Y |
| 7725 | Kmart 7725 | 3066 | Seaford | 10/1/2018 | K-1824420 | $260.35 | Y |
| 7648 | Kmart_7648 | 83103 | Madison | 10/1/2018 | K-33135624 | $369.80 | Y |
| 7699 | Big Kmart_7699 | 70952403 | Harrisburg | 10/1/2018 | K-67916401 | $67.85 | Y |
| 7083 | Kmart 3707 | 70931876 | Havasu | 10/1/2018 | K-28962798 | $200.40 | Y |
| 7083 | Kmart 7083 (New Castle) | 704948 | Pittsburgh | 10/1/2018 | K-26233724 | $184.85 | Y |
| 7321 | Kmart 7321 | 39263 | Tampa | 10/1/2018 | K-24924635 | $203.50 | Y |
| 3483 | Big Kmart 3483 | 59348 | Riverside | 10/2/2018 | K-27721889 | $1,066.10 | Y |
| 3483 | Big Kmart 3483 | 59348 | Riverside | 10/2/2018 | K-27721890 | ($20.00) | Y |
| 3390 | Big Kmart 3390 | 1003755067 | Williamsport | 10/2/2018 | K-41201448 | $114.20 | Y |
| 3982 | Big Kmart 3982 | 70927919 | Fresno | 10/3/2018 | K-43850474 | $306.05 | Y |
| 3225 | Big Kmart 3225 | 1003474776 | Harrisburg | 10/3/2018 | K-43311823 | ($81.43) | Y |
| 3737 | Kmart 3737 | 3054 | Allentown | 10/3/2018 | K-48957627 | $750.50 | Y |
| 3737 | Kmart 3737 | 3054 | Allentown | 10/3/2018 | K-48957628 | ($32.40) | Y |
| 3818 | Kmart 3818 | 18938 | Miami | 10/4/2018 | K-48510775 | $1,064.95 | Y |
| 3412 | Kmart 3412 | 105728 | Watsonville | 10/4/2018 | K-19592573 | $213.25 | Y |
| 7109 | Big Kmart 7109 | 69249 | Shelton | 10/4/2018 | K-29472895 | $112.45 | Y |
| 7109 | Big Kmart 7109 | 69249 | Shelton | 10/4/2018 | K-29472896 | ($131.30) | Y |
| 7644 | Big Kmart 7644 | 43357 | Cincinnati | 10/4/2018 | K-66316039 | $338.85 | Y |
| 48 | Big Kmart 4819 | 81430 | Petaluma | 10/4/2018 | K-51460353 | $340.40 | Y |
| 9409 | Big K 9409 | 29600 | Philadelphia | 10/4/2018 | K-29492551 | $349.60 | Y |
| 3412 | Kmart 3412 | 105728 | Watsonville | 10/4/2018 | K-19592574 | ($213.25) | Y |
| 9409 | Big K 9409 | 29600 | Philadelphia | 10/4/2018 | K-29492552 | ($257.38) | Y |
| 9438 | Kmart 9438 (Pgh) | 704955 | Pittsburgh | 10/4/2018 | K-26003521 | $230.60 | Y |
| 4450 | Big Kmart 4450 | 70919755 | Raleigh | 10/4/2018 | K-25863518 | $1,032.30 | Y |
| 4450 | Big Kmart 4450 | 70919755 | Raleigh | 10/4/2018 | K-25863519 | ($416.44) | Y |
| 3405 | Kmart 3405 | 89247 | Brooklyn Park | 10/4/2018 | K-87225556 | $275.85 | Y |
| 7255 | Big Kmart 7255 | 96539 | London | 10/5/2018 | K-53460303 | $127.70 | Y |
| 3345 | Kmart 3345 | 70940313 | Stockton | 10/5/2018 | K-45520024 | $265.85 | Y |
| 3884 | Kmart_3884 | 67152 | Scranton | 10/8/2018 | K-29402602 | $315.00 | Y |
| 3597 | Kmart 3597 | 3053 | Philadelphia | 10/9/2018 | K-27513003 | ($85.02) | Y |
| 3725 | Kmart 3725 | 105774 | Watsonville | 10/9/2018 | K-19572972 | $70.20 | Y |

| Chain Store Number | Company | Customer Num | RB Location | Date | Invoice Num | Total Balance | Admin Claim |
|---|---|---|---|---|---|---|---|
| 7619 | Kmart 7619 | 98580 | Santa Maria | 10/9/2018 | K-19483247 | $93.20 | Y |
| 4728 | Kmart 4728 | 4084 | Miami | 10/9/2018 | K-26622901 | $201.90 | Y |
| 4728 | Kmart 4728 | 4084 | Miami | 10/9/2018 | K-26622902 | ($32.40) | Y |
| 9224 | Kmart 9224 | 20774 | Miami | 10/9/2018 | K-26391764 | $626.70 | Y |
| 3597 | Kmart 3597 | 3053 | Philadelphia | 10/9/2018 | K-27513002 | $444.60 | Y |
| 4421 | Big Kmart 4421 | 57856 | Van Nuys | 10/10/2018 | K-95976524 | $105.30 | Y |
| 4349 | Big Kmart 4349 | 4734231 | San Francisco | 10/10/2018 | K-59684718 | $437.00 | Y |
| 30 | Big Kmart 3086 | 80779 | Sacramento | 10/10/2018 | K-32871936 | $333.40 | Y |
| 3405 | Kmart 3405 | 89247 | Brooklyn Park | 10/11/2018 | K-87225625 | $224.90 | Y |
| 3216 | Big Kmart 3216 | 69133 | Hartford | 10/11/2018 | K-36852045 | $414.50 | Y |
| 9463 | Kmart 9463 | 14071 | New Jersey | 10/12/2018 | K-32812086 | $200.40 | Y |
| 4725 | Kmart 4725 | 19989 | Miami | 10/12/2018 | K-28332295 | $501.60 | Y |
| 7294 | Kmart 7294 | 21540 | Port St. Lucie | 10/12/2018 | K-84296025 | $280.30 | Y |
| 3963 | Big Kmart_3963 | 70952696 | Harrisburg | 10/12/2018 | K-21068670 | $278.20 | Y |
| 3963 | Big Kmart_3963 | 70952696 | Harrisburg | 10/12/2018 | K-21068671 | ($1.95) | Y |
| 4113 | Kmart 4113 (Erie) | 703433 | Erie | 10/12/2018 | K-47900029 | $654.70 | Y |