**Hearing Date: November 20, 2019, 10:00 a.m. EST**
**Objection Deadline: November 14, 2019, 4:00 p.m. EST**

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SEARS, ROEBUCK & CO. and SEARS HOLDINGS CORPORATION, *et al*. | : : : : |
| Debtor | : |
| | : Case No. 18-23538 (RDD) |
| | : Chapter 11 |

### NOTICE OF HEARING ON THE MOTION OF GEOFF HESS AND STACIE HESS FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion") of Geoff Hess and Stacie Hess, h/w, by their counsel, Villari, Lentz & Lynam, LLC, for an Order granting relief from the Automatic Stay pursuant to 11 U.S.C. § 362, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York 10601, November 20, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the united States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-4140, on a compact disc, in text-searchable portable document format (PDF) (with two hard copies delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, NY 10601-4140), and served in accordance with General Order M-399 or other form upon: (i) Thomas A. Lynam, III, Esquire, Villari, Lentz & Lynam, LLC, 100 North 20th Street,

Suite 302, Philadelphia, PA 19103, and (ii) Office of the United States Trustee, Attn: Paul Schwartzberg, Richard Morrissey, 201 Varick Street, Suite 1006, New York, NY 10014, so as to be actually received no later than November 14, 2019 by 4:00 p.m.

Date:  October 18, 2019
       Philadelphia, PA

                              **VILLARI, LENTZ & LYNAM, LLC**

                    BY:  */s/ Thomas A. Lynam, III*
                         THOMAS A. LYNAM, III, ESQUIRE
                         100 North 20th Street, Suite 302
                         Philadelphia, PA 19103
                         Phone: 215-568-1990
                         Email: tlynam@vll-law.com
                         *Attorney for Movants*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 18th day of October, 2019 upon all parties requesting service via ECF notification.

**VILLARI, LENTZ & LYNAM, LLC**

BY:  */s/ Thomas A. Lynam, III*
        THOMAS A. LYNAM, III, ESQUIRE
        100 North 20th Street, Suite 302
        Philadelphia, PA 19103
        Phone: 215-568-1990
        Email: tlynam@vll-law.com
        *Attorney for Movants*