# Exhibit A

AFDOCS/21176569.1

## DECLARATION OF NICHOLAS BRYAN

1. I am over 18 years of age. If called as a witness, I could and would competently testify with respect to the matters set forth in this declaration from my own personal knowledge or from knowledge gathered from others within Sky Billiards, Inc. d/b/a Best Choice Prodcuts ("Best Choice"), my review of relevant documents, or my opinion based upon my experience concerning Best Choice's operations.

2. I am a Strategic Account Manager at Best Choice. I submit this declaration in support of the forgoing response to the Debtor's Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims).

3. Post-petition on or about November 20, 2018 Shawn Zavsza an "Account Executive" with the Debtor sent a proof of claim form to me and my collegue Tammy Lu by email wherein he directed Best Choice to assert a Section 503(b)((9) priority claim by checking box 13 on the proof of claim form he circulated. A true and correct copy of that November 20, 2018 e-mail from Shawn Zavsza to me is attached hereto as Exhibit 1.

4. In reliance on, among other things, Mr. Zavsza's instructions, I understand Best Choice filed proof of claim no. 7592 asserting a Section 503(b)(9) claim for $136,538.98 representing goods shipped within 20 days of the petition date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this Friday, October 18, 2019, at ___Tustin___, California.

*Nicholas Bryan*

1

18235877.1

# EXHIBIT 1

8/27/2019 Mail - tammy@bestchoiceproducts.com

# Reminder: Claims for Pre-Petition

Zavsza, Shawn <Shawn.Zavsza@searshc.com>

Tue 11/20/2018 7:52 AM

Sears

To: Nicholas Bryan <nbryan@bestchoiceproducts.com>; Tammy Lu <tammy@bestchoiceproducts.com>;

Hello,

Just a reminder if you have not sent the online claim form for pre-petition please remember to do so. Below is the link and email address with questions on filing:

Claims for amounts owed, for goods delivered, and services rendered prior to the filing date will be determined by the Court.  Please file an online claim form https://restructuring.primeclerk.com/sears/EPOC-Index Any questions pertaining the claim for please reach out to SHCvendors@primeclerk.com  and/ or searsinfo@primeclerk.com.

You also want to use Yes for Question 13 and include that as well.

Thanks,
Shawn

**Shawn Zavsza**
Account Executive
Sears Holding Corporation
Office: 847-286-8737
Mobile:804-572-3861
Skype: Shawn Zavsza
Shawn.Zavsza@searshc.com

marketplace at Sears.com

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.