# UNITED STATES BANKRUPTCY COURT

## District of New York

In re: <u>Sears Holdings Corporation</u>     Case No. <u>18-23538</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

<u>Home Products Intl - North Ame</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim:  <u>USD$1,082,224.37</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(800) 457-9881</u>
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

Home Products Intl - North Ame
4501 W. 47th Street
Chicago, IL 60632-4407

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>         Date: October <u>18th</u>, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      Southern District of New Yok
      Attention: Clerk

AND TO: Kmart Corporation, (Debtor)
        Case No. 18-23549
        (Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim # N/A

**Home Products Intl - North Ame**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$1,082,224.37** ("Claim"), as listed in the Debtors Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___10th___ DAY OF
___October___, 2019.

ASSIGNOR: Home Products Intl - North Ame

_____
(Signature)

___George E. Hamilton___
(Print Name)

___CEO___
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

___Terrel Ross___
(Print Name)

___Managing Member___
(Title)

Debtor Name: KMART CORPORATION

Case Number: 18-23554(...)

| Row No. | Account No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Country | Basis | Date Claim was Incurred | Contingent | Unliquidated | Disputed | Total Amount of Claim Subject to Offset (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129955 | | HOMAN JOHN | 37098 SOUTHERN GLEN WAY | | | | HILLIARD | FL | 32046 | USA | TRADE PAYABLE | | | | | $5.66 |
| 129957 | | HOMAN SHANNON | 464 WESTFIELD RD | | | | EAST LIVERPOOL | OH | 43920 | USA | TRADE PAYABLE | | | | | $5.00 |
| 129959 | | HOMAX PRODUCTS INC | P O BOX 5643 | | | | AUGUSTA | GA | 30906 | USA | TRADE PAYABLE | | | | | $10,368.87 |
| 129960 | | HOME AND TRAVEL SOLUTIONS LLC | 18915 142ND AVE NE STE 230 | | | | WOODINVILLE | WA | 98072 | USA | TRADE PAYABLE | | | | | $20.00 |
| 129959 | | HOME CITY ICE CO | PO BOX 111116 | | | | | | | USA | TRADE PAYABLE | | | | | $15,510.40 |
| 129960 | | HOME DEPOT CREDIT SERVICES | DEPT 32-2500799725 | PO BOX 9001043 | | | LOUISVILLE | KY | 40290-1043 | USA | TRADE PAYABLE | | | | | $25.00 |
| 129961 | | HOME ESSENTIALS AND BEYOND INC | 200 THEODORE CONRAD DR | | | | | | | USA | TRADE PAYABLE | | | | | $6,533.86 |
| 129962 | | HOME FRANCINE | 2719 LUMPKIN RD | | | | AUGUSTA | GA | | USA | TRADE PAYABLE | | | | | $2,097.70 |
| 129963 | | HOME GARDEN TAYLOR | 1319 E HILLSBORO 611 | | | | DEERFIELD RCH | FL | 33441 | USA | TRADE PAYABLE | | | | | $70.00 |
| 129964 | | HOME HOME | 2121 N MAIN ST | | | | | | | USA | TRADE PAYABLE | | | | | |
| 129965 | | HOME OFFICE | 3273 DRESDEN STREET | | | | WILLIAMSPORT | PA | 17701 | USA | TRADE PAYABLE | | | | | $244.50 |
| 129966 | | HOME PRODUCTS INTL - NORTH AME | 1417 NW EVERRIT ST | | | | TAYLOR | TX | 76574 | USA | TRADE PAYABLE | | | | | $72.00 |
| 129967 | | HOME RENOVATION | 2417 REGENCY BLVD STE 6 | | | | CLEVELAND | OH | 44115 | USA | TRADE PAYABLE | | | | | $208.80 |
| 129968 | | HOME ROBERTA M | 419 FIFTH AVENUE | | | | WARREN | OH | 44483 | USA | TRADE PAYABLE | | | | | $13,800.04 |
| 129969 | | HOME SERVICE BEVERAGE | 812 HUNON RD STE 205 | | | | PHILADELPHIA | PA | 19170 | USA | TRADE PAYABLE | | | | | $5,930.54 |
| 129970 | | HOME TEAM MARKETING LLC | 4505 MAHONING AVE NW | | | | BOISE | ID | 83704 | USA | TRADE PAYABLE | | | | | $38.67 |
| 129971 | | HOME TOWN AUTO | P O BOX 7247-7710 | | | | CRAWFORDSVILLE | IN | 47933 | USA | TRADE PAYABLE | | | | | $1,751.95 |
| 129972 | | HOMECARE LABS INC SBT | 9471 ZUNI DR | | | | GARFIELD | OH | 44125 | USA | TRADE PAYABLE | | | | | $41.17 |
| 129973 | | HOMEESTER USA | 2310 LEBANON RD | | | | LIBERTY | MO | 64068 | USA | TRADE PAYABLE | | | | | $575.00 |
| 129974 | | HOMER BARBARA | 5540 CARDILJEAN BLVD | | | | ST THOMAS | | 008002 | USA | TRADE PAYABLE | | | | | $15.00 |
| 129975 | | HOMER F GREER | 1752 WINDREAK DR | | | | BRUNSON | | 29911 | USA | TRADE PAYABLE | | | | | $550.00 |
| 129976 | | HOMER FULOVE | BYCYON BLDG 8 APT 230 | | | | FORT LAUDERDALE | FL | 33317 | USA | TRADE PAYABLE | | | | | $2.80 |
| 129977 | | HOMER GAIL | 300 RAILROAD AVE | | | | WATERFLOW | NM | 87421 | USA | TRADE PAYABLE | | | | | $504.50 |
| 129978 | | HOMER HIERS | 1331 SW 44TH AVE | | | | HAGERSTOWN | MD | 21740 | USA | TRADE PAYABLE | | | | | $14.50 |
| 129979 | | HOMER LISA | PO BOX 471 | | | | RICHLAND CENTER | WI | 53581 | USA | TRADE PAYABLE | | | | | $19.50 |
| 129980 | | HOMER MANUEL | 23943 JEFFERSON AVENUE | | | | FT PIERCE | FL | 34954 | USA | TRADE PAYABLE | | | | | $2,310.00 |
| 129981 | | HOMER RENTZ II | 244 BAKER LN HOME | | | | WAKEFIELD | RI | 07880 | USA | TRADE PAYABLE | | | | | $1,799.33 |
| 129982 | | HOMER VCANALES | 801 W 20TH APT 10 | | | | ST PETE | FL | 33704 | USA | TRADE PAYABLE | | | | | $1.79 |
| 129983 | | HOMERO AREVALO | 505 MADISON | | | | NEWPORT NEWS | VA | 23608 | USA | TRADE PAYABLE | | | | | $5.77 |
| 129984 | | HOMES ANGEL | 36012 HONSEY CHURCH RD | | | | ERIE | CO | 80516 | USA | TRADE PAYABLE | | | | | $902.65 |
| 129985 | | HOMES HAZEL | 2417 REGENCY BLVD SUITE 6 | | | | MISSION | TX | 78574 | USA | TRADE PAYABLE | | | | | $0.48 |
| 129986 | | HOMES KISHALA | 304 PRETORIA RUSSIAN RD | | | | LAREDO | TX | 78040 | USA | TRADE PAYABLE | | | | | $683.90 |
| 129987 | | HOMESTEAD USA | 26425 HWY 14E | | | | ALSIP | IL | 60803 | USA | TRADE PAYABLE | | | | | $55.00 |
| 129988 | | HOMESTEADERS STORE INC | | | | | DELMAR | TX | 19940 | USA | TRADE PAYABLE | | | | | $80.25 |
| 129989 | | HOMESTEADERS PARADISE REAL ESTATE | 4045 FIVE FORKS TRICUM RD | | | | AUGUSTA | GA | 30904 | USA | TRADE PAYABLE | | | | | $1,107.00 |
| 129990 | | HOMEWOOD KIM | 1030 FORT PICKENS RD | | | | STATESBORO | GA | 30461 | USA | TRADE PAYABLE | | | | | $5.00 |
| 129991 | | HOMICK JANE | 200 EAST ASHDALE ST | | | | | | 29911 | USA | TRADE PAYABLE | | | | | $5.00 |
| 129992 | | HOMSAR FERN | PLEASE ENTER ADRESS | | | | PENSACOLA BEACH | FL | 32561 | USA | TRADE PAYABLE | | | | | $75.00 |
| 129993 | | HOMSI SYLVA | PLEASE ENTER ADRESS | | | | SPOKANE | WA | 99206 | USA | TRADE PAYABLE | | | | | $4.70 |
| 129994 | | HOMSOMBATH KUMRHA | 123 KMART | | | | PHILADELPHIA | PA | 19120 | USA | TRADE PAYABLE | | | | | $15.00 |
| 129995 | | HOMSOMBATH THOMAS | 3233 16TH ST N | | | | MERRILLVILLE | IN | 46410 | USA | TRADE PAYABLE | | | | | $1,082,224.37 |
| 129996 | | HONAKER CARRIE | 211 TULIP ST | | | | BROOKSIDE | DE | 19713 | USA | TRADE PAYABLE | | | | | $17.89 |
| 129997 | | HOMES NICOLE | PO BOX 850 | | | | FRESNO | CA | 93725 | USA | TRADE PAYABLE | | | | | $60.50 |
| 129998 | | HONAKER KAREN | 210 W 82ND AVE | | | | LORAIN | OH | 44052 | USA | TRADE PAYABLE | | | | | $79.58 |
| 129999 | | HONAKER KRISTY | 12356 SOUTH LATROBE | | | | ENTER CITY | VA | 24627 | USA | TRADE PAYABLE | | | | | $29.34 |
| 130000 | | HONAKER SHANNON | 6 MALVERN AVE | | | | | | | USA | TRADE PAYABLE | | | | | $5.00 |
| 130001 | | HONAKER SHERRY | 6 MALVERN AVE | | | | HOMAKER | VA | 24260 | USA | TRADE PAYABLE | | | | | $0.53 |
| 130002 | | HONAKER KIM E | 105 W 23RD ST | | | | HONAKER | VA | 27537 | USA | TRADE PAYABLE | | | | | $26.81 |
| 130003 | | HONAKER KIM E | PLEASE ENTER YOUR STREET ADDRE | | | | HOMAKER | VA | 27537 | USA | TRADE PAYABLE | | | | | $118.12 |
| 130004 | | HONAKER SHELA | 71 DEERTRACK LN | | | | HENDERSON | NC | 27537 | USA | TRADE PAYABLE | | | | | $80.77 |
| 130005 | | HONAKER MISTY | 2890 HICKSBORO RD | | | | GRUNDY | VA | 24644 | USA | TRADE PAYABLE | | | | | $32.46 |
| 130006 | | HONAKER MONIKA | PO BOX 545 | | | | DALTON | GA | 30721 | USA | TRADE PAYABLE | | | | | $250.00 |
| 130007 | | HONAKER TONYA | 5306 OAKWOOD CT | | | | MARYSVILLE | CA | 95901 | USA | TRADE PAYABLE | | | | | $55.00 |
| 130008 | | HONAJI SHAHNAZ | 220 W 16TH ST | | | | TAMPA | FL | 33610 | USA | TRADE PAYABLE | | | | | $55.00 |
| 130009 | | HONDA HIJU | 52 EUCLID AVE | | | | CONNERSVILLE | IN | 47331 | USA | TRADE PAYABLE | | | | | $54.65 |
| 130010 | | HOMDA BILLPS | 643 SOUTH ST | | | | ANAHEIM | CA | 92807 | USA | TRADE PAYABLE | | | | | $2.40 |
| 130011 | | HONDA BILLIPS | 4427 EAST ORANGE CREEK LN | | | | HONOLULU | HI | 96814 | USA | TRADE PAYABLE | | | | | $162.73 |
| 130012 | | HONDURENA NACIMENTO | 1288 KAPIOLANI BLVD | | | | ARTESIA | CA | 92814 | USA | TRADE PAYABLE | | | | | $7,403.16 |
| 130013 | | HONDA BILLIPS | 1249 ROCKIN A RED RD | | | | MIAMI | FL | 33147 | USA | TRADE PAYABLE | | | | | $183.99 |
| 130014 | | HONEY CAN DO INTERNATIONAL LLC | 1249 ROCKIN A RED RD | | | | HONOLULU | HI | 96814 | USA | TRADE PAYABLE | | | | | $604.87 |
| 130015 | | HONDURENA NACIMENTO | 109 SW 5 TR | | | | AUGUSTA | GA | 30906 | USA | TRADE PAYABLE | | | | | $17.60 |
| 130016 | | HONE FRANCHINE | 719 3RD AVE N | | | | TWIN FALLS | ID | 83301 | USA | TRADE PAYABLE | | | | | $5.00 |
| 130017 | | HONEA FRANCINE | 2719 LUMPKIN RD | | | | CHICO | CA | 95928 | USA | TRADE PAYABLE | | | | | $0.59 |
| 130018 | | HONEA JESSICA | 1253 WEST 5TH ST APT 84 | | | | CLAREMONT | NC | 28610 | USA | TRADE PAYABLE | | | | | $5.00 |
| 130019 | | HONEA MARC | 1064 KEITH HILL | | | | MIDDLESBROW | KY | 40965 | USA | TRADE PAYABLE | | | | | $5.00 |
| 130020 | | HONEA TIFFANY | 406 EAST 16TH STREET | | | | LAGRANGE | GA | 30241 | USA | TRADE PAYABLE | | | | | $5.00 |
| 130021 | | HONEA ESPINOZA | 111 UPPER GIBSON LN | | | | INDIANAPOLIS | IN | 46227 | USA | TRADE PAYABLE | | | | | $5.00 |
| 130022 | | HONEE ESPINOZA | 108 S GLENN RD | | | | BESSEMER CITY | NC | 28016 | USA | TRADE PAYABLE | | | | | $5.00 |
| 130023 | | HONEYCUTT DENETIA | 2700 HUNEYCUTT RD | | | | LENOIR | NC | 28645 | USA | TRADE PAYABLE | | | | | $55.00 |
| 130024 | | HONEYCUTT CARLTON | 323 CHICAGO AVE | | | | RICHFIELD | NC | 28137 | USA | TRADE PAYABLE | | | | | $0.50 |
| 130025 | | HONEYCUTT CARLTON | PO BOX 891 | | | | HASTINGS | NE | 68901 | USA | TRADE PAYABLE | | | | | $2.50 |
| 130026 | | HONEYCUTT CAROLYN | 558 BRUSH CREEK RD | | | | ROCKHILL | SC | 29730 | USA | TRADE PAYABLE | | | | | $57.41 |
| 130027 | | HONEYCUTT BRITTNEY | 2233 PINETREE LANE | | | | REYNOLDSBURG | OH | 43068 | USA | TRADE PAYABLE | | | | | $5.00 |
| 130028 | | HONEYBEE GARDENS INC | 200 PENN AVENUE | | | | WEST READING | PA | 19611 | USA | TRADE PAYABLE | | | | | $9.70 |
| 130029 | | HONEYCUTT ARIANA | 4372 MADISON AVE | | | | LINCOLN | NE | 68502 | USA | TRADE PAYABLE | | | | | $8.59 |
| 130030 | | HONEYCUTT HEATHER | 308 W INDIANA AVE | | | | HIALEAH | FL | 33015 | USA | TRADE PAYABLE | | | | | $16.41 |
| 130031 | | HONEYCUTT JANET | 2690 CANTEL PL | | | | BUFFALO | NY | 14211 | USA | TRADE PAYABLE | | | | | $2.59 |
| 130032 | | HONEYCUTT JENNIFER | 349 MORGAN DR | | | | PENROSE | NC | 28766 | USA | TRADE PAYABLE | | | | | $0.63 |
| 130033 | | HONEYCUTT JENNIFER A | 96 BETTY LN | | | | SPRINGVILLE | AL | 35146 | USA | TRADE PAYABLE | | | | | $2.70 |
| 130034 | | HONEYCUTT LANESSA | PO BOX 398 | | | | FLORENCE | AL | | USA | TRADE PAYABLE | | | | | $10.00 |
| 130035 | | HONEYCUTT MARY | 4352 BYRD AVE | | | | RACINE | WI | 53405 | USA | TRADE PAYABLE | | | | | $5972.46 |
| 130038 | | HONEYCUTT PETER | 4700 OZARK AVE | | | | DAYTON | OH | 45432 | USA | TRADE PAYABLE | | | | | $5.00 |
| 130039 | | HONEYCUTT STEPHANIE | 2855 AMBERWOOD PLACE | | | | KOKOMO | IN | 46901 | USA | TRADE PAYABLE | | | | | $3.00 |
| 130040 | | HONEYCUTT TIMOTHY | | | | | | | | USA | TRADE PAYABLE | | | | | $4.65 |
| 130041 | | HONEYSUCKLE ROBERT | | | | | | | | USA | TRADE PAYABLE | | | | | |



# Creditor Information for Schedule # 722844

**Creditor**
HOME PRODUCTS INTL - NORTH AME

**Date Filed**
**Claim Number**

**Debtor Name**
Kmart Corporation
**Schedule Number**
722844

| | Schedule Amount | C* | U* | D* | Asserted Claim Amount | C* | U* | F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|---|---|---|---|
| General Unsecured | $1082224.37 | | | | | | | | $1082224.37 | Scheduled |
| Priority | | | | | | | | | | |
| Secured | | | | | | | | | | |
| 503(b)(9) Admin Priority | | | | | | | | | | |
| Admin Priority | | | | | | | | | | |
| Total | $1,082,224.37 | | | | | | | | $1,082,224.37 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.

Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Print page