UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, et al. | ) | |
| | ) | Case No: 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER FOR ADMISSION *PRO HAC VICE***

Upon the motion of James D. Walker, Jr. to be admitted, *pro hac vice,* to represent Johnna Richert (the "Client") in the above-referenced jointly administered cases, and upon the movant's certificate that the movant is a member in good standing of the bar in the State of Missouri and of the bar of the U.S. District Court for the Western District of Missouri, it is hereby:

ORDERED, that James D. Walker, Jr. is admitted to practice, *pro hac vice,* in the above-referenced jointly administered cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
      October 21, 2019

                                              */s/Robert D. Drain*
                                              Honorable Robert D. Drain
                                              United States Bankruptcy Judge