UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
SEARS HOLDINGS CORPORATION, *et al.*,                            :   Case No. 18-23538 (RDD)
                                                                 :
                                                                 :   (Jointly Administered)
                                                                 :
                      Debtors[1].                                :   RELATED DOC. NO. 5420
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    }
                     } ss:
COUNTY OF NEW YORK   }

I, Alissa K. Piccione, being duly sworn, depose and say:

1.    I am an associate attorney at Troutman Sanders LLP. I am not a party to this action and am over 18 years old.

2.    On October 18, 2019, I served true and correct copies of *Biltmore Commercial Properties I, LLC's Reply to Debtors' Objection to Motion for Immediate Payment of Post-*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

40405823v1

*Petition, Pre-Rejection Lease Obligations as Administrative Expenses* [ECF No. 5420] (the "Reply") by Federal Express overnight courier upon the Debtors and Office of the United States Trustee, respectively, as follows:

| **The Debtors** | **Office of the United States Trustee for Region 2** |
|---|---|
| c/o Sears Holdings Corporation | Attn: Paul Schwartzberg |
| Attn: Stephen Sitley and | 201 Varick Street, Suite 1006 |
| Luke J. Valentino | New York, NY 10014 |
| 3333 Beverly Road | |
| Hoffman Estates, IL 60179 | |

4. Also on October 18, 2019, I served true and correct copies of the Reply by electronic mail upon the persons listed on Exhibit "A".[2]

Alissa K. Piccione

Sworn to before me this
21st day of October 2019

_____
Notary Public

JOHN C MURPHY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6346875
Qualified In Nassau County
My Commission Expires 08-22-2020

---

[2] In addition to serving Debtors' counsel by electronic mail, I sent a hard copy of the Reply on October 21, 2019 via Federal Express overnight courier to Debtors' counsel at the following address: Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Ray C. Schrock, Jacqueline Marcus, Garret A. Fail, and Sunny Singh.

40405823v1

## Exhibit A

**Attorneys for the Debtors**
Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus
and Alexander Lewitt
jacqueline.marcus@weil.com
Alexander.Lewitt@weil.com

**Attorneys for ESL Investments, Inc., JPP, LLC, JPP II, LLC, and Transform Holdco LLC**
Cleary Gottlieb Steen & Hamilton LLP
Attn: Sean A. O'Neal
soneal@cgsh.com

**Counsel to Official Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff,
Philip C. Dublin, and Sara L. Brauner
idizengoff@akingump.com
pdublin@akingump.com
sbrauner@akingump.com

**Attorneys for Bank of America, N.A.**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Shana A. Elberg,
and George R. Howard
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com

**Attorneys for Citibank, N.A.**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner and Eli J. Vonnegut
sears.service@davispolk.com

**Attorneys for Computershare Trust Company, N.A.**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson and Benjamin D. Feder
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com

40405823v1

**Attorneys for Wilmington Trust, N.A.**
Seyfarth Shaw LLP
Attn: Edward M. Fox
emfox@seyfarth.com

**Attorneys for The Bank of New York Mellon Trust Company**
Carter Ledyard & Milburn LLP
Attn: James Gadsden
gadsden@clm.com

**Attorneys for PBGC**
Locke Lord LLP
Attn: Brian A. Raynor
braynor@lockelord.com

40405823v1