Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

**Hearing Date: October 23, 2019 (Eastern Time)**
**Hearing Time: 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.,* | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## CERTIFICATE OF SERVICE

Lance A. Schildkraut, being duly admitted to practice in New York State and before the Southern District of New York, hereby certifies that on October 18, 2019, he served true and correct copies of the *Response of Community Unit School District 300 to Limited Objection and Reservation of Rights of Transform Holdco LLC to the Proposed Stipulation and Order by and Among the Village of Hoffman Estates, the Debtors, and the Community Unit School District 300 Concerning the 2017 EDA Funds Held in the Special Tax Allocation Fund* [Docket No. 5429], by email upon the parties identified on the service list attached.

Dated: New York, New York
      October 21, 2019                                  /s/ Lance A. Schildkraut
                                                     Lance A. Schildkraut

216197825v1

## Service List

| | | |
|---|---|---|
| harrisj12@michigan.gov | wschonberg@beneschlaw.com | duane.brescia@clarkhillstrasburger.com |
| idizengoff@akingump.com | Ernie.park@bewleylaw.com | dblau@clarkhill.com |
| pdublin@akingump.com | Tgaa@bbslaw.com | liman@cgsh.com |
| aqureshi@akingump.com | michael@bindermalter.com | kcapuzzi@beneschlaw.com |
| sbrauner@akingump.com | julie@bindermalter.com | amainoo@cgsh.com |
| courts@alderman.com | JRhodes@BlankRome.com | lbarefoot@cgsh.com |
| bnkatty@aldineisd.org | Tarr@BlankRome.com | soneal@cgsh.com |
| jarnold@aldridgepite.com | EZucker@BlankRome.com | aweaver@cgsh.com |
| laura.hall@allenovery.com | bleusandassociates@gmail.com | tmoloney@cgsh.com |
| joseph.badtke-berkow@allenovery.com | bankruptcy@borgeslawllc.com | soneal@cgsh.com |
| James.Vincequerra@alston.com | wborges@borgeslawllc.com | aweaver@cgsh.com |
| leib.lerner@alston.com | schin@borgeslawllc.com | rmukhi@cgsh.com |
| ajd@ansellgrimm.com | arainone@bracheichler.com | jkpark@cgsh.com |
| ajd@ansellgrimm.com | jjorissen@briggs.com | tmoloney@cgsh.com |
| akadish@archerlaw.com | bsilverberg@brownrudnick.com | wkelleher@cohenlaw.com |
| lschildkraut@archerlaw.com | spohl@brownrudnick.com | hward@cohenlaw.com |
| beth.brownstein@arentfox.com | pweiser@buchalter.com | rseltzer@cwsny.com |
| brian.lohan@arnoldporter.com | schristianson@buchalter.com | jbienstock@coleschotz.com |
| ginger.clements@arnoldporter.com | christopher.schueller@bipc.com | mwarner@coleschotz.com |
| jaronauer@ayllp.com | terry.shulsky@bipc.com | scf@cohmlaw.com |
| CSchael@AshfordNJLaw.com | tyler.dischinger@bipc.com | Michael.smith2@computershare.com |
| eneiger@askllp.com | Eric.Waxman@cwt.com | kbifferato@connollygallagher.com |
| jchristian@askllp.com | Anthony.Deleo@cwt.com | kconlan@connollygallagher.com |
| jsteinfeld@askllp.com | rdavis@cafarocompany.com | cgriffiths@connollygallagher.com |
| gunderdahl@askllp.com | jlevitin@cahill.com | svanaalten@cooley.com |
| bmcgrath@askllp.com | rstieglitz@cahill.com | scarnes@cooley.com |
| kcasteel@askllp.com | joan.huh@cdtfa.ca.gov | rco@crlawpr.com |
| eneiger@askllp.com | sjk@carmodymacdonald.com | dcoffino@cov.com |
| mudem@askllp.com | MKurzman@carmodylaw.com | aclark@cov.com |
| Jg5786@att.com | tsansone@carmodylaw.com | mfelger@cozen.com |
| mcuellar45@austinenterpriseslp.com | mcatalfimo@carterconboy.com | pzumbro@cravath.com |
| mfrankel@bfklaw.com | gadsden@clm.com | Tslome@CullenandDykman.com |
| egoodman@bakerlaw.com | bankruptcy@clm.com | davidtaxin@dahannowick.com |
| fkhan@bakerlaw.com | Dennis.roemlein@bnymellon.com | daniel@dmsilverlaw.com |
| pollack@ballardspahr.com | rmccord@certilmanbalin.com | dhw@dhclegal.com |
| marriott@ballardspahr.com | rnosek@certilmanbalin.com | jwcohen@daypitney.com |
| branchd@ballardspahr.com | appleby@chapman.com | Ksummers@dflaw.com |
| heilmanl@ballardspahr.com | wilamowsky@chapman.com | mcto@debevoise.com |
| summersm@ballardspahr.com | brotenberg@csglaw.com | eweisgerber@debevoise.com |
| daluzt@ballardspahr.com | szuber@csglaw.com | bethsolomon@discover.com |
| roglenl@ballardspahr.com | ksimard@choate.com | crubio@diamondmccarthy.com |
| mcclambc@ballardspahr.com | jmarshall@choate.com | sgiugliano@diamondmccarthy.com |
| harnerp@ballardspahr.com | hchoi@choiandpark.com | adiamond@diamondmccarthy.com |
| kutnera@ballardspahr.com | cpark@choiandpark.com | Richard.Chesley@dlapiper.com |
| knewman@barclaydamon.com | lkleist@choiandpark.com | Rachel.Albanese@dlapiper.com |
| mowens@btlaw.com | jaykim@e-daewoo.com | Craig.Martin@dlapiper.com |
| emiller@bayardlaw.com | taicho7@aol.com | marita.erbeck@dbr.com |
| russ@bsavory.com | mstein@chuhak.com | LJKotler@duanemorris.com |
| jsolomon@bbwg.com | eschnitzer@ckrlaw.com | WMSimkulak@duanemorris.com |
| llindenberg@bbwg.com | gsaydah@ckrlaw.com | WMSimkulak@duanemorris.com |
| rmills@bellnunnally.com | srichman@clarkhill.com | Cheitzenrater@duanemorris.com |
| mbarrie@beneschlaw.com | srichman@clarkhill.com | cgraham@eckertseamans.com |
| | nbencze@clarkhill.com | cperkins@eckertseamans.com |

sak@elliottgreenleaf.com
ems@elliottgreenleaf.com
sbc@eblawyers.com
aentwistle@entwistle-law.com
jporter@entwistle-law.com
Leopold.matt@Epa.gov
lbercovich@epicor.com
ppascuzzi@ffwplaw.com
gchico@ferraiuoli.com
scolon@ferraiuoli.com
mark.wilson@fisherbroyles.com
patricia.fugee@fisherbroyles.com
dlwright@foley.com
kcatanese@foley.com
emorabito@foley.com
msmall@foley.com
plabov@foley.com
tscannell@foley.com
aguon@foxrothschild.com
plabov@foxrothschild.com
thoran@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com
nreid@foxswibel.com
jfrank@fgllp.com
jkleinman@fgllp.com
deggert@freeborn.com
brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
peter.siroka@friedfrank.com
tking@fbtlaw.com
rgold@fbtlaw.com
awebb@fbtlaw.com
pmartin@fmdlegal.com
lbrymer@fmdlegal.com
zgelber@gelbersantillo.com
ksantillo@gelbersantillo.com
gseitz@gsbblaw.com
mgensburg@gcklegal.com
btheisen@gibbonslaw.com
nsongonuga@gibbonslaw.com
hcohen@gibbonslaw.com
dcampbell@ghclaw.com
tnixon@gklaw.com
tomf@goldmclaw.com
jflaxer@golenbock.com
mweinstein@golenbock.com
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
searsnotice@gouldratner.com
drosner@goulstonstorrs.com
thoffmann@goulstonstorrs.com
phillip.bohl@gpmlaw.com
nkenworthy@mrrlaw.net

jfigueiredo@hahnhessen.com
ahalperin@halperinlaw.net
lgu@halperinlaw.net
dlieberman@halperinlaw.net
joia.johnson@hanes.com
ktompsett@harrisbeach.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
msekowski@herrick.com
elio@higgslaw.com
arthur.rosenberg@hklaw.com
Marc.Antonecchia@hklaw.com
barbra.parlin@hklaw.com
elvin.ramos@hklaw.com
jose.casal@hklaw.com
jjalemany@hklaw.com
llichtman@honigman.com
chris.gartman@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com
bgross@HuntonAK.com
mlegge@huntonak.com
ghesse@huntonak.com
paulsilverstein@huntonak.com
brianclarke@huntonak.com
caleb.holzaepfel@huschblackwell.com
Daniel.Swetnam@icemiller.com
taxcollector@co.imperial.ca.us
alex.macias@impremedia.com
jgildea@interactions.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Bankruptcy2@ironmountain.com
hgj@jasneflorio.com
dlk@jasneflorio.com
brownsvalleyorchards@aol.com
elkinj@mac.com
robert.honeywell@klgates.com
atureaud@kblaw.com
tkorkhov@kellerrohrback.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
jacarlino@kslnlaw.com
jcurley@kacllp.com
ssouthard@klestadt.com
lkiss@klestadt.com
brian.koenig@koleyjessen.com
kurtzman@kurtzmansteady.com
brunnquellw@lanepowell.com
dgragg@langleybanack.com
jfifarek@laskyfifarek.com
rzucker@lasserhochman.com
christopher.harris@lw.com
rakim.johnson@lw.com
peter.gilhuly@lw.com

emunozPSC@gmail.com
lmay@eisemanlevine.com
rxza@elliottgreenleaf.com
tannweiler@greerherz.com
ted.dillman@lw.com
gillazarus@gmail.com
kevin@ksnpc.com
william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
cgruen@gruenlaw.com
dtabachnik@dttlaw.com
pstarkesq@gmail.com
saulreiss@verizon.net
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com
janice.grubin@leclairryan.com
alex.chase@leclairryan.com
lee@rohnlaw.com
jjorissen@losgs.com
kr@lnbyb.com
sanantonio.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
jfarnum@linowes-law.com
jmueller@lippes.com
braynor@lockelord.com
asmith@lockelord.com
ira.greene@lockelord.com
jfroehlich@lockelord.com
sbryant@lockelord.com
bbuechler@lowenstein.com
echafetz@lowenstein.com
bnathan@lowenstein.com
alexandra.bigas@gmail.com
awilda.ramos@aguadillamallpr.com
dmiller@lubinolson.com
luskin@lsellp.com
hornung@lsellp.com
david@mhlaw-ny.com
salene@mazurkraemer.com
tleday@mvbalaw.com
Jarrod.Martin@mhllp.com
sbodker@mcdowellrice.com
jbernstein@mdmc-law.com
nleonard@mdmc-law.com
bmcgrath@mcglinchey.com
kromano@mcglinchey.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
hjschwartz@mckoolsmith.com
jsmith@mckoolsmith.com
cjm@msf-law.com

| | | |
|---|---|---|
| cprice@milbank.com | lclayton@paulweiss.com | pbosswick@ssbb.com |
| RLiubicic@milbank.com | sbuergel@paulweiss.com | ksadeghi@schiffhardin.com |
| jfarnum@milesstockbridge.com | rbritton@paulweiss.com | secbankruptcy@sec.gov |
| sdnyecf@dor.mo.gov | jhurwitz@paulweiss.com | NYROBankruptcy@sec.gov |
| ssmith@mwlaw.com | lbyrne@pedersenhoupt.com | bankruptcynoticeschr@sec.gov |
| eschnitzer@mmwr.com | jdelnero@pedersenhoupt.com | ashmead@sewkis.com |
| laura.mccarthy@morganlewis.com | jaffeh@pepperlaw.com | alves@sewkis.com |
| neil.herman@morganlewis.com | listwakk@pepperlaw.com | emfox@seyfarth.com |
| smiller@morrisjames.com | ecobb@pbfcm.com | sparadise@seyfarth.com |
| cmiller@mnat.com | jbanks@pbfcm.com | rhermann@sbwh.law |
| jbarsalona@mnat.com | ecobb@pbfcm.com | mkish@sbwh.law |
| jmarines@mofo.com | lmbkr@pbfcm.com | jshafer@sbwh.law |
| bbutterfield@mofo.com | osonik@pbfcm.com | floridaservice@sbwh.law |
| bankruptcy@morrisoncohen.com | dpick@picklaw.net | fsosnick@shearman.com |
| mro@prbankruptcy.com | jon@piercemccoy.com | sara.coelho@shearman.com |
| bradley.schneider@mto.com | rsteinberg@pricemeese.com | afeld@sheppardmullin.com |
| thomas.walper@mto.com | searsteam@primeclerk.com | tcohen@sheppardmullin.com |
| dperry@munsch.com | serviceqa@primeclerk.com | rreinert@shutts.com |
| klippman@munsch.com | gerald.kennedy@procopio.com | rtucker@simon.com |
| kcordry@naag.org | lr@pryormandelup.com | mshriro@singerlevick.com |
| jody.bedenbaugh@nelsonmullins.com | rlp@pryormandelup.com | dplon@sirlinlaw.com |
| shane.ramsey@nelsonmullins.com | mhofsdal@pryorcashman.com | Paul.Leake@skadden.com |
| enid.stuart@ag.ny.gov | susheelkirpalani@quinnemanuel.com | Shana.Elberg@skadden.com |
| cdesiderio@nixonpeabody.com | jonpickhardt@quinnemanuel.com | George.Howard@skadden.com |
| dsklar@nixonpeabody.com | andrewcorkhill@quinnemanuel.com | enotices@skijain.com |
| lcisz@nixonpeabody.com | matthewscheck@quinnemanuel.com | pstrok@swelawfirm.com |
| rpedone@nixonpeabody.com | ellisonmerkel@quinnemanuel.com | rkinas@swlaw.com |
| bob.bruner@nortonrosefulbright.com | cfilardi@rrlawpc.com | bk@svllaw.com |
| eric.daucher@nortonrosefulbright.com | greiss@reisspreuss.com | darolf@sorlinglaw.com |
| francisco.vazquez@nortonrosefulbright.com | etikkanen@reisspreuss.com | mary.callahan@bnymellon.com |
| howard.seife@nortonrosefulbright.com | cpugatch@rprslaw.com | mary.callahan@bnymellon.com |
| christy.rivera@nortonrosefulbright.com | hmagaliff@r3mlaw.com | tonder@stark-stark.com |
| stephen.castro@nortonrosefulbright.com | kflorey@robbins-schwartz.com | jlemkin@stark-stark.com |
| david.rosenzweig@nortonrosefulbright.com | nsmith@robbins-schwartz.com | charles.chamberlin@nebraska.gov |
| cmomjian@attorneygeneral.gov | Robert.e.michael.esq@gmail.com | cp@stevenslee.com |
| bk-jstern@oag.texas.gov | Aron.hume@gmail.com | thomas.salerno@stinson.com |
| sherri.simpson@oag.texas.gov | fbr@robinsonbrog.com | darrell.clark@stinson.com |
| richard.morrissey@usdoj.gov | rms@robinsonbrog.com | streusand@slollp.com |
| paul.schwartzberg@usdoj.gov | se@robinsonbrog.com | khansen@stroock.com |
| apetrakov@offitkurman.com | gregg.galardi@ropesgray.com | jcanfield@stroock.com |
| smetz@offitkurman.com | kimberly.kodis@ropesgray.com | sbhattacharyya@stroock.com |
| sokeefe@okeefelc.com | sam.ashuraey@ropesgray.com | pkslyne@ssbny.com |
| dpatrick@omm.com | james.wilton@ropesgray.com | dietdericha@sullcrom.com |
| jtaylor@omm.com | patricia.chen@ropesgray.com | zylberbergd@sullcrom.com |
| mkremer@omm.com | ssally@ropesgray.com | dkupetz@sulmeyerlaw.com |
| klyons@ohdbslaw.com | joshua.sturm@ropesgray.com | ckwu@sulmeyerlaw.com |
| echollander@orrick.com | nicholas.berg@ropesgray.com | lawyer@surilawoffice.com |
| efua@orrick.com | timothy.farrell@ropesgray.com | bsattin@szaferman.com |
| mfechik@orrick.com | srosen@rosenpc.com | Riela@thsh.com |
| rdaversa@orrick.com | prubin@rubinlawllc.com | aconway@taubman.com |
| lily@pacogarment.com | mamato@rmfpc.com | tf@lawtaf.com |
| chipford@parkerpoe.com | skelly@s-d.com | Starr.Judith@pbgc.gov |
| andrewtenzer@paulhastings.com | mmccann@swc-law.com | mccarron.william@pbgc.gov |
| shlomomaza@paulhastings.com | rabiuso@swc-law.com | efile@pbgc.gov |
| pbasta@paulweiss.com | jweinblatt@sakar.com | joe@saracheklawfirm.com |
| kcornish@paulweiss.com | cbelmonte@ssbb.com | mtsang@tsanglawfirm.com |

Curtis.Tuggle@ThompsonHine.com
ltirelli@tw-lawgroup.com
powerwangtxks@vip.126.com
AGBankNewYork@ag.tn.gov
dtobias@tobiaslawpc.com
frankoswald@teamtogut.com
neilberger@teamtogut.com
mnester@teamtogut.com
jpruski@trainorfairbrook.com
kay.brock@traviscountytx.gov
amy.williams@troutman.com
Brett.Goodman@troutman.com
Alissa.Piccione@troutman.com
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
jdunn@vedderprice.com
ketzel@vedderprice.com
mschein@vedderprice.com
marva.m.levine@verizon.com
cohen@wmllp.com
jlibou@wmllp.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
Dclarke@wjslaw.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
vandermarkj@whiteandwilliams.com
cajones@wtplaw.com
klewis@wtplaw.com
sgerald@wtplaw.com
bankruptcy@evict.net
awilliams@williamsadvisors.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
mark.ledwin@wilsonelser.com
ncwitte@wittelaw.com
saron@wrslawyers.com
JLawlor@wmd-law.com
BAxelrod@wmd-law.com
CPostighone@wmd-law.com

hdlopolsky@linowes-law.com
vmichaelides@linowes-law.com
achase@skarzynski.com
screech@greerherz.com
charisse.jackson@weil.com
nferland@barclaydiamond.com
jsantiago@choate.com
linda.smith@nortontosefulbright.com
lsugg@fbtlaw.com
kaiello@foxrothschild.com
vdoravi@buchalter.com
jgrubin@barclaydamon.com
bsullivan@brownrudnick.com
mwilmer@foxrothschild.com
blunt@ballardspahr.com
heilman@ballardspahr.com
branchd@ballardspahr.com
jhedredia@rprslaw.com
mlopez@rprslaw.com
gsaydah@mmwr.com
sanderson@freebron.com
support@trusteesolutions.com
apoulin@gsbblaw.com
apasacreta@orrick.com
nlaveris@orrick.com
dmiller@barclaydamon.com
lkleist@choiandpark.com
jheredia@rprslaw.com
hdlhopolsky@linowes-law.com
support@trustesolutions.com
linda.smiith@nortonrosefulbright.com
sanderson@freeborn.com
heilmanl@ballardspahr.com
nferland@barclaydamon.com
linda.smith@nortonrosefulbright.com
mnorwood@world-class.com
tom@attorneyzim.com
asnow@ssbb.com