**Hearing Date and Time: November 20, 2019 at 10:00 a.m. (Eastern Time)**
**Objection Deadline Date and Time: September 18, 2019 at 4:00 p.m. (Eastern Time)**

Jeremy R. Johnson
POLSINELLI PC
600 Third Avenue
Suite 4200
New York, New York  10016
(646) 289-6507
Jeremy.johnson@polsinelli.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SEARS HOLDINGS CORPORATION,** *et al.* | ) ) ) | **Case No. 18-23538 (RDD)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

# NOTICE OF FURTHER ADJOURNMENT OF POLSINELLI PC'S FIRST AND FINAL FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES IN EXCESS OF TIER 3 ORDINARY COURSE PROFESSIONAL MONTHLY CAP FOR THE MONTH OF JANUARY 2019

**PLEASE TAKE NOTICE** that the hearing to consider approval of *Polsinelli PC's First and Final Fee Application for Compensation and Reimbursement of Fees and Expenses in Excess of Tier 3 Ordinary Course Professional Monthly Cap for the Month of January 2019* [Docket No. 5106] and the *Declaration of Mark A. Gershon in Support of Polsinelli PC's First and Final Fee Application for Compensation and Reimbursement of Fees and Expenses in Excess of Tier 3 Ordinary Course Professional Monthly Cap for the Month of January 2019* [Docket No. 5107] originally scheduled for September 25, 2019 at 10:00 a.m. (Prevailing Eastern Time) and adjourned to October 23, 2019 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to November 20, 2019 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**").  The Hearing will be held before the Honorable Robert D. Drain, United States

70461885.2

Bankruptcy Judge, at the United States Court for the Southern District of New York, Courtroom TBA, 300 Quarropas Street, White Plains, New York, 10601-4140.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

| | |
|---|---|
| Dated New York, New York<br>October 21, 2019<br>. | POLSINELLI PC<br><br>By: */s/ Jeremy R. Johnson*<br>Jeremy R. Johnson<br>600 Third Ave., Ste 4200<br>New York, New York  10016<br>(646) 289-6507<br>Jeremy.johnson@polsinelli.com |

70461885.2