# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al. | Case No. 18-23538 (RDD) |
| Debtors | (Jointly Administered) |
| | Related to Docket No. 5415 |

## DECLARATION OF RAMONA REINHARDT

I, Ramona Reinhardt, hereby declare as follows:

1.      I am the Accounts Receivable Manager for Red Bull Distribution Company Inc. ("Red Bull") and am authorized by Red Bull to make this Declaration.

2.      I make this Declaration in support of Red Bull's Reply in response to Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) Dkt. No. 5031.

3.      I have personal knowledge of the facts set forth herein following and would testify thereto in open Court if called as a witness.

4.      I prepared the spreadsheet attached as Exhibit "A".

5.      The spreadsheet shows product delivered to the Debtors' stores within the 20-day window set forth in 11 U.S.C. Section 503(b)(9).

6.      Specifically, Column E of the spreadsheet shows the date the product was delivered to the Debtors' stores as it relates to each particular invoice, and the spreadsheet confirms that the total amount of product delivered in the 20-day 503(b)(9) window totaled $21,794.39.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 18th day of October 2019.

*Ramona Reinhardt*
Ramona Reinhardt