**PEPPER HAMILTON LLP**
Henry J. Jaffe (admitted *pro hac vice*)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

-and-

Robert R. Kinas, Esq. (admitted *pro hac vice*)
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169-5958
(702) 784-5203

*Counsel for Red Bull North America, Inc.
and Red Bull Distribution Company Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

#55610746 v1

# CERTIFICATE OF SERVICE

I, Henry J. Jaffe, hereby certify that on the 21st day of October, 2019, I served or caused to be served the foregoing *Declaration of Ramona Reinhardt* upon the parties set forth on the attached service list, in the manner indicated.

Dated:  October 21, 2019
        New York, New York

**PEPPER HAMILTON LLP**

*/s/ Henry J. Jaffe*
Henry J. Jaffe (admitted *pro hac vice*)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
E-mail: jaffeh@pepperlaw.com

-and-

Robert R. Kinas, Esq. (admitted *pro hac vice*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, #1100
Las Vegas, NV  89169-5958
(702) 784-5203

*Counsel for Red Bull North America, Inc.*
*and Red Bull Distribution Company Inc.*

#55610746 v1

**SEARS HOLDINGS**
**SERVICE LIST RE RESPONSE TO**
**5TH OMNIBUS CLAIM OBJECTION**

**BY FEDERAL EXPRESS**
Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**BY FEDERAL EXPRESS & EMAIL**
*(Counsel to the Official Committee of Unsecured Creditors)*
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY  10036
pdublin@akingump.com; idizengoff@akingump.com; sbrauner@akingump.com

**BY FEDERAL EXPRESS & EMAIL**
*(Counsel to the Debtors)*
Weil, Gotshal, & Manges LLP
Attn:  Ray C. Schrock, Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.
767 Fifth Avenue
New York, NY  10153
ray.schrock@weil.com; jacqueline.marcus@weil.com; garrett.fail@weil.com; sunny.singh@weil.com