## **EXHIBIT A**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: October 14, 2019
Invoice No.: 20191003910

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:    Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $90,306.00 |
| Total Current Charges | $90,306.00 |
| **TOTAL AMOUNT DUE** | **$90,306.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 09/03/19 | Prepare for and participate in conference call with V. Marriott, T. Daluz, C. McClamb and reviewer team regarding status of interim fee application review and preparation of preliminary reports (.40); continued review and analysis of interim fee applications and preparation of preliminary reports (3.00). | 1,305.00 | 3.40 | 4,437.00 |
| Harner,P.E. | 09/04/19 | Further review and analysis of interim fee applications and preparation of preliminary reports (2.30); extended telephone conference with B. Kearney regarding Weil Gotshal and Paul Weiss first interim fee applications (.30); telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb regarding same (.50). | 1,305.00 | 3.10 | 4,045.50 |
| Harner,P.E. | 09/05/19 | Multiple extended telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb regarding preliminary reports on interim fee and expense applications (.40); review and analyze same (2.50). | 1,305.00 | 2.90 | 3,784.50 |
| Harner,P.E. | 09/06/19 | Draft, review and revise preliminary reports regarding first interim free applications and supporting documentation. | 1,305.00 | 3.50 | 4,567.50 |
| Harner,P.E. | 09/09/19 | Extended telephone conference with C. Jiminez regarding Young Conoway and Wachtell fee application review and preparation of preliminary reports (.40); further review and analysis of interim fee applications, to prepare preliminary reports (3.70). | 1,305.00 | 4.10 | 5,350.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner, P.E. | 09/12/19 | Review, analyze, revise and prepare preliminary fee examiner reports on first interim fee and expense applications (6.10); telephone conferences and correspondence with V. Marriott, C. McClamb and electronic reviewers regarding same (.80). | 1,305.00 | 6.90 | 9,004.50 |
| Harner, P.E. | 09/13/19 | Extended telephone conferences with R. Keach and V. Marriott regarding interim fee application review and protocols (.80); review, revise and prepare preliminary reports on first interim fee and expense applications (5.80). | 1,305.00 | 6.60 | 8,613.00 |
| Harner, P.E. | 09/16/19 | Further review, analysis, revision and preparation of preliminary fee examiner reports on first interim fee and expense applications. | 1,305.00 | 1.90 | 2,479.50 |
| Harner, P.E. | 09/17/19 | Extended telephone conference with V. Marriott regarding interim fee applications and related preliminary reports (.20); review, analyze and revise initial drafts of same (2.40). | 1,305.00 | 2.60 | 3,393.00 |
| Harner, P.E. | 09/18/19 | Comprehensive review and analysis of interim fee applications and preparation of related preliminary reports, including review, analysis and revision of supporting exhibits (5.60); telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb regarding same (.30). | 1,305.00 | 5.90 | 7,699.50 |
| Harner, P.E. | 09/19/19 | Further review and revision of preliminary reports regarding first interim free applications and supporting documentation. | 1,305.00 | 1.70 | 2,218.50 |
| Harner, P.E. | 09/20/19 | Further review and revision of preliminary reports regarding first interim free applications and supporting documentation. | 1,305.00 | 2.30 | 3,001.50 |
| Harner, P.E. | 09/23/19 | Further review and revision of preliminary reports regarding first interim free applications and supporting documentation. | 1,305.00 | 3.40 | 4,437.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 09/24/19 | Further review and revision of preliminary reports regarding first interim free applications and supporting documentation. | 1,305.00 | 2.90 | 3,784.50 |
| Harner,P.E. | 09/25/19 | Further review and revision of preliminary reports regarding first interim free applications and supporting documentation. | 1,305.00 | 4.50 | 5,872.50 |
| Harner,P.E. | 09/26/19 | Further review and revision of preliminary reports regarding first interim free applications and supporting documentation. | 1,305.00 | 5.10 | 6,655.50 |
| Harner,P.E. | 09/27/19 | Further review and revision of preliminary reports regarding first interim free applications and supporting documentation. | 1,305.00 | 2.30 | 3,001.50 |
| Harner,P.E. | 09/30/19 | Further comprehensive review and analysis of interim fee applications and related preliminary fee examiner reports (5.50); extended telephone conferences with V. Marriott and B. Kearney regarding same (.60). | 1,305.00 | 6.10 | 7,960.50 |
| **Total B170** | | | | **69.20** | **$90,306.00** |
| | | **Total Fees** | | **69.20** | **90,306.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,305.00 | 69.20 | 90,306.00 |
| **Total Task: B170** | | **69.20** | **$90,306.00** |
| **Total Fees** | | **69.20** | **$90,306.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Harner,P.E. | 1,305.00 | 69.20 | 90,306.00 |
| **Total Fees** | | **69.20** | **$90,306.00** |

| | |
|---|---|
| **Total Current Charges:** | **$90,306.00** |