# **EXHIBIT B**

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: October 14, 2019
Invoice No.: 20191003909

Paul E. Harner
1675 Broadway
New York, NY 10019

Client:   Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2019

**INVOICE SUMMARY**

**FEES**

| | |
|---|---:|
| Fee and Expense Review and Reporting (00317415) | $147,250.50 |
| Total Current Charges | $147,250.50 |
| **TOTAL AMOUNT DUE** | **$147,250.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employement Applications** | | | | | |
| Daluz,T.M. | 09/06/19 | Attend to review and prep of attachments for monthly invoice. | 895.00 | 1.00 | 895.00 |
| Daluz,T.M. | 09/10/19 | Attend to exhibits for fee application. | 895.00 | 1.00 | 895.00 |
| Daluz,T.M. | 09/13/19 | Attend to Ballard fee application. | 895.00 | 0.50 | 447.50 |
| Daluz,T.M. | 09/20/19 | Attend to Ballard monthly fee application. | 895.00 | 1.00 | 895.00 |
| Maddox,M. | 09/24/19 | Draft 5th monthly (August) fee application | 270.00 | 0.70 | 189.00 |
| Daluz,T.M. | 09/24/19 | Attend to fee application. | 895.00 | 0.20 | 179.00 |
| Maddox,M. | 09/30/19 | Perfect e-filing and service of August monthly fee application | 270.00 | 0.50 | 135.00 |
| Maddox,M. | 09/30/19 | Revise monthly fee application | 270.00 | 0.20 | 54.00 |
| Daluz,T.M. | 09/30/19 | Review and revise fee application. | 895.00 | 0.50 | 447.50 |
| **Total B160** | | | | **5.60** | **$4,137.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 09/01/19 | Draft and edit template for preliminary reports | 445.00 | 6.30 | 2,803.50 |
| Salah,M. | 09/02/19 | Review professional fee applications for Alvarez and Marsal. | 415.00 | 2.50 | 1,037.50 |
| Greenfield,M.G. | 09/02/19 | Review of Akin fee petitioner time entries | 445.00 | 6.00 | 2,670.00 |
| Kearney,B.N. | 09/02/19 | Continue review of Weil Gotshal timekeeping entries. | 335.00 | 2.00 | 670.00 |
| Neitzel,K.N. | 09/03/19 | Confer with M. Salah re: review reporting | 350.00 | 0.30 | 105.00 |
| Neitzel,K.N. | 09/03/19 | Telephone conference with legal team re: review status and reporting requirements | 350.00 | 0.30 | 105.00 |
| Kearney,B.N. | 09/03/19 | Sears fee review team phone conference (with C. McClamb, P. Harner, V. Marriott, et al) | 335.00 | 0.20 | 67.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| Kearney,B.N. | 09/03/19 | Continue review of Weil Gotshal timekeeping entries | 335.00 | 6.80 | 2,278.00 |
| Salah,M. | 09/03/19 | Review professional fees for Alvarez & Marsal. | 415.00 | 2.20 | 913.00 |
| Greenfield,M.G. | 09/03/19 | Call with team to discuss review, next steps and reports | 445.00 | 0.20 | 89.00 |
| Greenfield,M.G. | 09/03/19 | Review Akin fee petitioner time entries | 445.00 | 2.80 | 1,246.00 |
| Jimenez,C. | 09/03/19 | Conference call w/ P. Harner, T. Daluz, V. Marriott and the fee review team to discuss next steps and protocol | 365.00 | 0.30 | 109.50 |
| Daluz,T.M. | 09/03/19 | Participate in call with V. Marriott, P. Harner, C. McClamb, and reviewing associates regarding preliminary reports. | 895.00 | 0.30 | 268.50 |
| Daluz,T.M. | 09/03/19 | Review and revise draft form of preliminary report. | 895.00 | 0.80 | 716.00 |
| Marriott, III,V.J. | 09/03/19 | Attend to fee review protocol | 985.00 | 0.50 | 492.50 |
| Pollard,C.P. | 09/03/19 | Review and conform Weil Gotshall files (March/April, May/June) for import to Relativity | 310.00 | 2.10 | 651.00 |
| Pollard,C.P. | 09/03/19 | Review: prepare review status report, send to legal team | 310.00 | 0.40 | 124.00 |
| Pollard,C.P. | 09/03/19 | Call with P. Harner, V. Marriott, T. Daluz, C. McClamb, M. Greenfield, C. Jimenez, B. Kearney, M. Salah and K. Neitzel re: upcoming deadlines, report format, exhibit format | 310.00 | 0.20 | 62.00 |
| McClamb,C.D. | 09/03/19 | Emails with C. Pollard re: second interim fee application review | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 09/03/19 | Emails with M. Salah re: status of review | 445.00 | 0.20 | 89.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 09/03/19 | Conference call with P. Harner, V. Marriott, T. Daluz, M. Greenfield, B. Kearney, C. Jiminez, M. Salah, C. Pollard and K. Neitzel re preparation of preliminary reports | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 09/03/19 | Emails with P. Harner, V. Marriott, T. Daluz, M. Greenfield, B. Kearney, C. Jiminez, M. Salah, C. Pollard and K. Neitzel circulating draft preliminary reports | 445.00 | 0.10 | 44.50 |
| Kearney,B.N. | 09/04/19 | Continue review of Weil Gotshal timekeeping entries | 335.00 | 8.10 | 2,713.50 |
| Kearney,B.N. | 09/04/19 | Phone conference with P. Harner re: next stage of Sears fee review | 335.00 | 0.10 | 33.50 |
| Greenfield,M.G. | 09/04/19 | Review of Akin fee petitioner time entries | 445.00 | 2.20 | 979.00 |
| Salah,M. | 09/04/19 | Review professional fees for Alvarez & Marsal. | 415.00 | 1.60 | 664.00 |
| Marriott, III,V.J. | 09/04/19 | Review Akin time sheets (1.0); conference with Paul Harner re: same (0.3) | 985.00 | 1.30 | 1,280.50 |
| Pollard,C.P. | 09/04/19 | Review: prepare review status report, send to legal team (.2); draft email re: fee records remaining to be reviewed (.2) | 310.00 | 0.40 | 124.00 |
| McClamb,C.D. | 09/04/19 | Review Deloitte & Touche first interim fee application | 445.00 | 2.00 | 890.00 |
| Salah,M. | 09/05/19 | Review professional fee applications for Deloitte & Touche. | 415.00 | 4.80 | 1,992.00 |
| Neitzel,K.N. | 09/05/19 | Provide reports of fee review for quality control per B. Kearney request | 350.00 | 0.70 | 245.00 |
| Kearney,B.N. | 09/05/19 | Work on drafting Sears fee examination report re: Paul Weiss | 335.00 | 0.50 | 167.50 |
| Kearney,B.N. | 09/05/19 | Call with K. Neitzel to coordinate running fee exam reports and adding tags | 335.00 | 0.20 | 67.00 |
| Greenfield,M.G. | 09/05/19 | Review fee petitioner time entries | 445.00 | 2.10 | 934.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jimenez,C. | 09/05/19 | Review draft preliminary report | 365.00 | 0.10 | 36.50 |
| Marriott, III,V.J. | 09/05/19 | Review results of Akin fee app review (1.0); conference with M. Greenfield re: same (.03) | 985.00 | 1.30 | 1,280.50 |
| Pollard,C.P. | 09/05/19 | Review and conform fee data (Stout) (1.1); review and conform fee data (FTI) (1.1) | 310.00 | 2.20 | 682.00 |
| Pollard,C.P. | 09/05/19 | Review: prepare review status report, send to legal team | 310.00 | 0.30 | 93.00 |
| McClamb,C.D. | 09/05/19 | Review Deloitte & Touche first interim fee application | 445.00 | 3.00 | 1,335.00 |
| McClamb,C.D. | 09/05/19 | Review Deloitte & Touche engagement letters for scope of services | 445.00 | 3.50 | 1,557.50 |
| Salah,M. | 09/06/19 | Review professional fee applications for Prime Clerk and Alvarez & Marsal. | 415.00 | 5.10 | 2,116.50 |
| Neitzel,K.N. | 09/06/19 | Prepare fee data and import into Relativity workspace for attorney review | 350.00 | 2.00 | 700.00 |
| Greenfield,M.G. | 09/06/19 | Review of FTI time entries | 445.00 | 0.80 | 356.00 |
| Jimenez,C. | 09/06/19 | Phone call w/ T. Daluz to discuss Stout Risius preliminary report | 365.00 | 0.10 | 36.50 |
| Pollard,C.P. | 09/06/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 09/06/19 | Review and conform Prime Clerk, Alvarez and Houlihan Lokey data for import to Relativity | 310.00 | 2.50 | 775.00 |
| McClamb,C.D. | 09/06/19 | Review Deloitte & Touche first interim fee application | 445.00 | 5.00 | 2,225.00 |
| Kearney,B.N. | 09/07/19 | Work on drafting Sears fee examination report re: Paul Weiss | 335.00 | 1.80 | 603.00 |
| Greenfield,M.G. | 09/07/19 | Review of fee petitioner time entries | 445.00 | 7.00 | 3,115.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 09/07/19 | Review Deloitte & Touche first interim fee application | 445.00 | 3.00 | 1,335.00 |
| McClamb,C.D. | 09/08/19 | Review Deloitte & Touche first interim fee application | 445.00 | 1.50 | 667.50 |
| Kearney,B.N. | 09/09/19 | Work on fee reports for Paul Weiss and Weil Gotshal | 335.00 | 0.90 | 301.50 |
| Kearney,B.N. | 09/09/19 | Communication with K. Neitzel re: generating data from Paul Weiss and Weil Gotshal bills in order to populate sections of draft fee reports | 335.00 | 0.10 | 33.50 |
| Neitzel,K.N. | 09/09/19 | Perform quality control checks on Stout fee data and reload into Relativity workspace for attorney review | 350.00 | 0.50 | 175.00 |
| Greenfield,M.G. | 09/09/19 | Review fee petitioner time entries | 445.00 | 3.70 | 1,646.50 |
| Jimenez,C. | 09/09/19 | Call w/ P. Harner to discuss preliminary reports for Wachtell and Young Conaway (.3); review Wachtell fees to assemble preliminary report (2.0) | 365.00 | 2.30 | 839.50 |
| Daluz,T.M. | 09/09/19 | Review FTI flagged time entries. | 895.00 | 1.50 | 1,342.50 |
| Pollard,C.P. | 09/09/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 09/09/19 | Prepare and review searches, tag records for review (20190301 - 20190630) (1.7); revise views to return only the new records (.9); notify legal team review can begin (.2) | 310.00 | 2.80 | 868.00 |
| McClamb,C.D. | 09/09/19 | Review Deloitte & Touche first interim fee application | 445.00 | 4.00 | 1,780.00 |
| Kearney,B.N. | 09/10/19 | Work on fee reports for Paul Weiss and Weil Gotshal | 335.00 | 2.60 | 871.00 |
| Neitzel,K.N. | 09/10/19 | Email to B. Kearney re: creation of reports summarizing results of fee review | 350.00 | 0.10 | 35.00 |
| Greenfield,M.G. | 09/10/19 | Review of fee petitioner time entries | 445.00 | 2.80 | 1,246.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jimenez,C. | 09/10/19 | Review Young Conaway fees to prepare preliminary fee report (.4); review McAndrews Held fees to prepare preliminary fee report (.8); review Stout Risius fees to prepare preliminary fee report (.4); Phone call w/ K. Neitzel to generate report from Relativity detailing distribution of fees and relevant tags for inclusion in preliminary fee report (.2); assemble documents and begin drafting Stout Risius preliminary fee report (.8) | 365.00 | 2.60 | 949.00 |
| Pollard,C.P. | 09/10/19 | Call with C. McClamb re: preparation of exhibits supporting issues with fee submissions | 310.00 | 0.40 | 124.00 |
| McClamb,C.D. | 09/10/19 | Emails with M. Greenfield re: information for preliminary reports | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 09/10/19 | Phone call with C. Pollard re: preparation of exhibits for preliminary reports | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 09/10/19 | Phone call with M. Greenfield re: preparation of preliminary reports | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 09/10/19 | Review Deloitte & Touche First Interim Fee Application | 445.00 | 1.50 | 667.50 |
| McClamb,C.D. | 09/10/19 | Emails with C. Pollard re: information for preliminary reports | 445.00 | 0.10 | 44.50 |
| Kearney,B.N. | 09/11/19 | Complete drafting of Paul Weiss and Weil Gotshal fee reports | 335.00 | 2.60 | 871.00 |
| Kearney,B.N. | 09/11/19 | Work on exhibits to Sears fee review reports | 335.00 | 1.60 | 536.00 |
| Greenfield,M.G. | 09/11/19 | Review FTI time entries and draft preliminary report | 445.00 | 4.60 | 2,047.00 |
| Greenfield,M.G. | 09/11/19 | Review Akin time entries and draft preliminary report | 445.00 | 3.10 | 1,379.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jimenez,C. | 09/11/19 | Draft preliminary report regarding application of Stout Risius Ross, LLC (4.1); review time entries, court orders, retention applications, and fee applications for inclusion in McAndrews and Young Conaway preliminary reports (2.9) | 365.00 | 7.00 | 2,555.00 |
| Daluz,T.M. | 09/11/19 | Review FTI interim application and flagged entries. | 895.00 | 2.00 | 1,790.00 |
| Pollard,C.P. | 09/11/19 | Prepare searches by category of service provider and fee review tag for exhibits | 310.00 | 1.20 | 372.00 |
| Pollard,C.P. | 09/11/19 | Review: prepare review status report, send to legal team | 310.00 | 0.30 | 93.00 |
| Pollard,C.P. | 09/11/19 | Draft instructions for associates re: export of exhibits for preliminary fee report | 310.00 | 0.50 | 155.00 |
| McClamb,C.D. | 09/11/19 | Review Deloitte & Touche first interim fee application | 445.00 | 2.00 | 890.00 |
| McClamb,C.D. | 09/11/19 | Emails with C. Jimenez re: draft preliminary reports | 445.00 | 0.10 | 44.50 |
| Kearney,B.N. | 09/12/19 | Revise draft of Weil Gotshal fee report and compile exhibits | 335.00 | 3.10 | 1,038.50 |
| Kearney,B.N. | 09/12/19 | Revise draft of Paul Weiss fee report and compile exhibits | 335.00 | 1.60 | 536.00 |
| Jimenez,C. | 09/12/19 | Draft McAndrews, Held & Malloy Ltd. preliminary report (3.3); draft Young Conaway preliminary report (3.2); review time entries, court orders, retention application, and fee application for inclusion in Wachtell preliminary report (1.0) | 365.00 | 7.50 | 2,737.50 |
| Greenfield,M.G. | 09/12/19 | Drafting of Akin preliminary report | 445.00 | 1.90 | 845.50 |
| Greenfield,M.G. | 09/12/19 | Drafting of FTI preliminary report | 445.00 | 2.10 | 934.50 |
| Greenfield,M.G. | 09/12/19 | Review of fee entires for period from March through June | 445.00 | 1.10 | 489.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 09/12/19 | Revise exhibit reports per discussion with M. Greenfield | 310.00 | 0.40 | 124.00 |
| Neitzel,K.N. | 09/13/19 | Prepare reports of reviewed Wachtel and Young Conaway time entries for C. Jimenez | 350.00 | 0.40 | 140.00 |
| Jimenez,C. | 09/13/19 | Draft Wachtell first preliminary report | 365.00 | 2.30 | 839.50 |
| Greenfield,M.G. | 09/13/19 | Review of Akin fee petitioner time entries | 445.00 | 2.60 | 1,157.00 |
| Pollard,C.P. | 09/13/19 | Review: prepare review status report, send to legal team | 310.00 | 0.30 | 93.00 |
| McClamb,C.D. | 09/13/19 | Review Deloitte & Touche Interim fee application | 445.00 | 1.50 | 667.50 |
| Greenfield,M.G. | 09/14/19 | Review of Akin fee petitioner time entries | 445.00 | 7.20 | 3,204.00 |
| McClamb,C.D. | 09/14/19 | Review Deloitte & Touche first interim fee application | 445.00 | 1.50 | 667.50 |
| Kearney,B.N. | 09/16/19 | Conduct examination of Paul Weiss bills beginning 1 March 2019 | 335.00 | 13.60 | 4,556.00 |
| Greenfield,M.G. | 09/16/19 | Review Akin fee petition time entries for March through June | 445.00 | 1.40 | 623.00 |
| Pollard,C.P. | 09/16/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| McClamb,C.D. | 09/16/19 | Emails with C. Pollard re: missing application data | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 09/16/19 | Review Deloitte & Touche first interim fee application | 445.00 | 8.50 | 3,782.50 |
| Kearney,B.N. | 09/17/19 | Conduct examination of Paul Weiss bills beginning 1 March 2019 | 335.00 | 11.60 | 3,886.00 |
| Greenfield,M.G. | 09/17/19 | Run reports for draft reports for period from March through June | 445.00 | 0.80 | 356.00 |
| Pollard,C.P. | 09/17/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 09/17/19 | Review Deloitte & Touch first interim fee application | 445.00 | 6.30 | 2,803.50 |
| McClamb,C.D. | 09/17/19 | Emails with B. Kearney re: status of fee application review | 445.00 | 0.20 | 89.00 |
| Kearney,B.N. | 09/18/19 | Conduct examination of Weil Gotshal bills beginning 1 March 2019 | 335.00 | 7.80 | 2,613.00 |
| Kearney,B.N. | 09/18/19 | Conduct examination of Paul Weiss bills beginning 1 March 2019 | 335.00 | 3.50 | 1,172.50 |
| Jimenez,C. | 09/18/19 | Review time entries for Stout Risius second fee application period | 365.00 | 1.40 | 511.00 |
| Marriott, III,V.J. | 09/18/19 | Review draft Akin report | 985.00 | 0.20 | 197.00 |
| McClamb,C.D. | 09/18/19 | Review Deloitte & Touche first interim fee application | 445.00 | 3.80 | 1,691.00 |
| Neitzel,K.N. | 09/19/19 | Telephone conference with P. Harner re: fee review reporting and second level quality control checks | 350.00 | 0.50 | 175.00 |
| Kearney,B.N. | 09/19/19 | Conduct examination of Weil Gotshal bills beginning 1 March 2019 | 335.00 | 5.10 | 1,708.50 |
| Kearney,B.N. | 09/19/19 | Conference call with P. Harner, C. Jimenez, C. Pollard, and K. Neitzel to discuss fee report issues | 335.00 | 0.50 | 167.50 |
| Jimenez,C. | 09/19/19 | Conference call w/ P. Harner, K. Neitzel, C. Pollard, and B. Kearney to discuss preliminary fee reports (.5); review preliminary fee reports for Wachtell and Young Conaway (.3) | 365.00 | 0.80 | 292.00 |
| Greenfield,M.G. | 09/19/19 | Review Akin fee petitioner time entries | 445.00 | 1.00 | 445.00 |
| Pollard,C.P. | 09/19/19 | Call with P. Harner, B. Kearney, C. Jimenez and K. Neitzel re: options for editing and capturing changes, additional topics to look out for (transitory attorneys, too much time in a month) and timing | 310.00 | 0.50 | 155.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 09/19/19 | Prepare reviews limiting records to Expenses for first and second fee petition (.2); set up dashboard re: expense categories (.3) | 310.00 | 0.50 | 155.00 |
| McClamb,C.D. | 09/19/19 | Review DTBA first interim fee application | 445.00 | 7.70 | 3,426.50 |
| Kearney,B.N. | 09/20/19 | Conduct examination of Weil Gotshal bills beginning 1 March 2019 | 335.00 | 1.80 | 603.00 |
| Greenfield,M.G. | 09/20/19 | Review of Akin fee petitioner time entries | 445.00 | 0.70 | 311.50 |
| Pollard,C.P. | 09/20/19 | Review: prepare review status report, send to legal team | 310.00 | 0.10 | 31.00 |
| McClamb,C.D. | 09/21/19 | Review Deloitte & Touche first interim fee application | 445.00 | 1.50 | 667.50 |
| Kearney,B.N. | 09/22/19 | Conduct examination of Weil Gotshal bills beginning 1 March 2019 | 335.00 | 3.10 | 1,038.50 |
| McClamb,C.D. | 09/22/19 | Review DTBA first interim fee application | 445.00 | 1.30 | 578.50 |
| Greenfield,M.G. | 09/23/19 | Drafting of FTI preliminary report for March - June and preparation of exhibits for report. | 445.00 | 2.50 | 1,112.50 |
| Greenfield,M.G. | 09/23/19 | Drafting of Akin preliminary report for March - June and preparation of exhibits for report. | 445.00 | 3.10 | 1,379.50 |
| DeForrest,J.J. | 09/23/19 | Other: Teleconference with P. Harner regarding assistance searching and filtering in Relativity database | 290.00 | 0.30 | 87.00 |
| Kearney,B.N. | 09/23/19 | Conduct examination of Weil Gotshal bills beginning 1 March 2019 | 335.00 | 5.00 | 1,675.00 |
| McClamb,C.D. | 09/23/19 | Review DTBA first interim fee application | 445.00 | 3.30 | 1,468.50 |
| Kearney,B.N. | 09/24/19 | Conduct examination of Weil Gotshal bills beginning 1 March 2019 | 335.00 | 9.40 | 3,149.00 |
| Daluz,T.M. | 09/24/19 | Review and revise preliminary report. | 895.00 | 1.00 | 895.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 09/24/19 | Review DTBA first interim fee application | 445.00 | 6.50 | 2,892.50 |
| Marriott, III,V.J. | 09/25/19 | Conference with P. Harner re: fee review protocol | 985.00 | 1.00 | 985.00 |
| Pollard,C.P. | 09/25/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| Kearney,B.N. | 09/25/19 | Conduct examination of Weil Gotshal bills beginning 1 March 2019 | 335.00 | 7.00 | 2,345.00 |
| McClamb,C.D. | 09/25/19 | Review DTBA first interim fee application | 445.00 | 2.00 | 890.00 |
| Kearney,B.N. | 09/26/19 | Conduct examination of Weil Gotshal bills beginning 1 March 2019 | 335.00 | 7.30 | 2,445.50 |
| Greenfield,M.G. | 09/26/19 | Review of FTI expenses | 445.00 | 0.80 | 356.00 |
| Daluz,T.M. | 09/26/19 | Review and revise FTI preliminary report. | 895.00 | 1.00 | 895.00 |
| McClamb,C.D. | 09/26/19 | Review DTBA first interim fee application | 445.00 | 1.30 | 578.50 |
| Kearney,B.N. | 09/27/19 | Review expenses pivot table set up by C. Pollard for issues | 335.00 | 0.50 | 167.50 |
| Greenfield,M.G. | 09/27/19 | Review of FTI expenses | 445.00 | 1.50 | 667.50 |
| Jimenez,C. | 09/27/19 | Phone call w/ B. Kearney to discuss review of expenses (.1); review expense entries in Relativity and determine whether additional review protocol is necessary (.3) | 365.00 | 0.40 | 146.00 |
| Kearney,B.N. | 09/27/19 | Conduct examination of Weil Gotshal bills beginning 1 March 2019 | 335.00 | 6.40 | 2,144.00 |
| McClamb,C.D. | 09/27/19 | Review DTBA first interim fee application | 445.00 | 4.00 | 1,780.00 |
| Kearney,B.N. | 09/27/19 | Call with C. Jimenez re: review of expense reports | 335.00 | 0.10 | 33.50 |
| McClamb,C.D. | 09/28/19 | Review DTBA first interim fee application | 445.00 | 1.00 | 445.00 |
| McClamb,C.D. | 09/29/19 | Review DTBA first interim fee application | 445.00 | 1.00 | 445.00 |
| Salah,M. | 09/30/19 | Review professional fee applications. | 415.00 | 0.50 | 207.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Kearney,B.N. | 09/30/19 | Continue examination of Weil Gotshal bills beginning 1 March 2019 | 335.00 | 1.80 | 603.00 |
| Kearney,B.N. | 09/30/19 | Phone conference with P. Harner re: second level fee review of Weil Gotshal bills through 2/28/19 | 335.00 | 0.50 | 167.50 |
| Kearney,B.N. | 09/30/19 | Review P. Harner second-level markup of portion of Weil bills through 2/28/19, and do further second-level markup consistent with his edits | 335.00 | 1.30 | 435.50 |
| Kearney,B.N. | 09/30/19 | Review Weil timekeeper hour totals (for period through 2/28/19) and roles within firm | 335.00 | 0.90 | 301.50 |
| Greenfield,M.G. | 09/30/19 | Review of FTI expenses | 445.00 | 0.60 | 267.00 |
| Jimenez,C. | 09/30/19 | Analyze Wachtell first preliminary report along with fee application and relevant orders to determine whether additional details are necessary | 365.00 | 0.50 | 182.50 |
| Marriott, III,V.J. | 09/30/19 | Attend to Akin preliminary report | 985.00 | 1.00 | 985.00 |
| McClamb,C.D. | 09/30/19 | Review Deloitte & Touche first interim fee application | 445.00 | 6.50 | 2,892.50 |
| McClamb,C.D. | 09/30/19 | Review DTBA first interim fee application | 445.00 | 1.00 | 445.00 |
| **Total B170** | | | | **349.70** | **$143,113.50** |
| | | **Total Fees** | | **355.30** | **147,250.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B160 - Fee/Employement Applications** | | | |
| Maddox,M. | 270.00 | 1.40 | 378.00 |
| Daluz,T.M. | 895.00 | 4.20 | 3,759.00 |

| | | | |
|---|---:|---:|---:|
| **Total Task: B160** | | **5.60** | **$4,137.00** |
| **Task: B170 - Fee/Employment Objections** | | | |
| Kearney,B.N. | 335.00 | 119.40 | 39,999.00 |
| McClamb,C.D. | 445.00 | 92.60 | 41,207.00 |
| Jimenez,C. | 365.00 | 25.30 | 9,234.50 |
| Pollard,C.P. | 310.00 | 16.10 | 4,991.00 |
| DeForrest,J.J. | 290.00 | 0.30 | 87.00 |
| Neitzel,K.N. | 350.00 | 4.80 | 1,680.00 |
| Greenfield,M.G. | 445.00 | 62.60 | 27,857.00 |
| Salah,M. | 415.00 | 16.70 | 6,930.50 |
| Daluz,T.M. | 895.00 | 6.60 | 5,907.00 |
| Marriott, III,V.J. | 985.00 | 5.30 | 5,220.50 |
| **Total Task: B170** | | **349.70** | **$143,113.50** |
| **Total Fees** | | **355.30** | **$147,250.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 895.00 | 10.80 | 9,666.00 |
| Marriott, III,V.J. | 985.00 | 5.30 | 5,220.50 |
| Greenfield,M.G. | 445.00 | 62.60 | 27,857.00 |
| Jimenez,C. | 365.00 | 25.30 | 9,234.50 |
| Kearney,B.N. | 335.00 | 119.40 | 39,999.00 |
| McClamb,C.D. | 445.00 | 92.60 | 41,207.00 |
| Salah,M. | 415.00 | 16.70 | 6,930.50 |
| DeForrest,J.J. | 290.00 | 0.30 | 87.00 |
| Neitzel,K.N. | 350.00 | 4.80 | 1,680.00 |
| Pollard,C.P. | 310.00 | 16.10 | 4,991.00 |
| Maddox,M. | 270.00 | 1.40 | 378.00 |
| **Total Fees** | | **355.30** | **$147,250.50** |

| | |
|---|---:|
| **Total Current Charges:** | **$147,250.50** |