WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                          :     Chapter 11
                                               :
**SEARS HOLDINGS CORPORATION**, *et al.*,      :     Case No. 18-23538 (RDD)
                                               :
Debtors.[1]                                    :     (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION
## PURSUANT TO 28 U.S.C. § 1746 REGARDING DEBTORS'
## FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On August 6, 2019, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)* (ECF No. 4775) (the "**Omnibus Objection**").

2. In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for August 27, 2019, at 4:00 p.m. (Prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** (the "**Satisfied Claims**") to the proposed order granting the relief requested in the Omnibus Objection annexed hereto as **Exhibit A** (the "**Proposed Order**"), no responsive pleadings to have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

2

4. Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: October 22, 2019
       New York, New York

*/s/ Garrett A. Fail*
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

## Exhibit A

## Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                         :    Chapter 11
                                                              :
**SEARS HOLDINGS CORPORATION**, *et al.*,                     :    Case No. 18-23538 (RDD)
                                                              :
              Debtors.[1]                                    :    (Jointly Administered)
------------------------------------------------------------- x

## ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

Upon the *Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)*, filed August 6, 2019 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) disallowing and expunging the Satisfied Claims (as defined below), and (ii) granting related relief, as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

WEIL:\97218812\3\73217.0004

(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"); and due and proper notice of the relief requested in the Objection having been provided in accordance with the Claims Procedures Order, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and it appearing that other or further notice need be provided; and upon the record of all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Objection is granted to the extent set forth herein.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each of the claims listed on **Exhibit 1** annexed hereto is hereby disallowed and expunged to the extent set forth on **Exhibit 1**.

3. Nothing in this Order or in the Objection (i) constitutes any finding or determination concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or (ii) imposes any obligation on Transform to satisfy any of the Satisfied Claims listed on Exhibit 1 hereto, as to which all of Transform's rights and defenses are expressly reserved.

2

4. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5. This Court shall retain jurisdiction over the Debtors and the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

6. The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2019
       White Plains, New York

                               HONORABLE ROBERT D. DRAIN
                               UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

Debtors' First Omnibus Objection to Claims  
Exhibit 1 - Satisfied Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Satisfied Claims to be Disallowed and Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
|---|---|---|---|---|---|
| 1. | 1-800 Remodel, Inc. | 4293 | Sears Holdings Corporation | $40,731.00 | Disallowed in its entirety and expunged |
| 3. | Adobe Inc | 1330 | Sears Holdings Corporation | $15,503.50 | Disallowed in its entirety and expunged |
| 4. | ADOBE INC | 10035 | Sears Holdings Corporation | $44,753.50 | Disallowed in its entirety and expunged |
| 5. | ADT LLC d/b/a Protection One | 13632 | Sears, Roebuck and Co. | $586,576.90 | Disallowed in its entirety and expunged |
| 6. | ADT LLC d/b/a Protection One | 13887 | Innovel Solutions, Inc. | $586,576.90 | Disallowed in its entirety and expunged |
| 7. | ADT LLC d/b/a Protection one | 13732 | Kmart Corporation | $586,576.90 | Disallowed in its entirety and expunged |
| 8. | ADT LLC d/b/a Protection one | 14091 | Sears, Roebuck de Puerto Rico, Inc. | $586,576.90 | Disallowed in its entirety and expunged |
| 9. | Appliance Parts Depot | 7678 | Sears Holdings Corporation | $181,907.60 | Disallowed in its entirety and expunged |
| 10. | ASPEN REFRIGERANTS, INC | 10523 | Sears Holdings Corporation | $370,910.84 | Disallowed in its entirety and expunged |
| 11. | Automotive Rentals, Inc and ARI Fleet LT (See attached Addendum) | 16925 | Sears Holdings Management Corporation | $7,903,367.00 | Disallowed in its entirety and expunged |
| 12. | Automotive Rentals, Inc. and ARI Fleet LT | 18733 | Sears Holdings Corporation | $7,078,286.00 | Disallowed in its entirety and expunged |
| 13. | Automotive Rentals, Inc., for itself and as servicer for ARI Fleet LT | 16584 | Sears, Roebuck and Co. | $10,528,569.00 | Disallowed in its entirety and expunged |
| 18. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16341 | Florida Builder Appliances, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 19. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16798 | Sears Operations LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 20. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16842 | Sears Holdings Corporation | $18,674,778.20 | Disallowed in its entirety and expunged |
| 21. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16847 | Sears Brands Management Corporation | $18,674,778.20 | Disallowed in its entirety and expunged |
| 22. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16872 | Kmart of Washington LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 23. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16961 | Kmart.com LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 24. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16998 | Sears Holdings Management Corporation | $18,707,510.68 | Disallowed in its entirety and expunged |
| 25. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17008 | A&E Factory Service, LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 26. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17104 | Sears Home Improvement Products, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |

* Asserted amount includes any unliquidated amounts.

1

| Debtors' First Omnibus Objection to Claims | | | | In re: Sears Holdings Corporation, et al. |
|---|---|---|---|---|
| Exhibit 1 - Satisfied Claims | | | | Case No. 18-23538 (RDD) |

| Schedule of Satisfied Claims to be Disallowed and Expunged | | | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |

| Ref # | Name of Claimant | Proof of Claim No. | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
|---|---|---|---|---|---|
| 27. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17120 | StarWest, LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 28. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17124 | SOE, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 29. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17251 | Kmart Operations LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 30. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17289 | Sears Protection Company (Florida), L.L.C. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 31. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17305 | Sears, Roebuck de Puerto Rico, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 32. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17320 | Sears Roebuck Acceptance Corp. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 33. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17333 | A&E Signature Service, LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 34. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17351 | A&E Lawn & Garden, LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 35. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17447 | Kmart Corporation | $18,707,510.68 | Disallowed in its entirety and expunged |
| 36. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17452 | Sears, Roebuck and Co. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 37. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17503 | California Builder Appliances, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 38. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17567 | Sears Protection Company | $18,674,778.20 | Disallowed in its entirety and expunged |
| 39. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17875 | KLC, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 40. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17902 | Kmart Stores of Texas LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 41. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18089 | Private Brands, Ltd. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 42. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18104 | MyGofer LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 43. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18123 | Kmart Stores of Illinois LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 44. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18165 | Kmart Holding Corporation | $18,674,778.20 | Disallowed in its entirety and expunged |
| 45. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18330 | Kmart of Michigan, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 46. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18389 | A&E Home Delivery, LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 51. | East Penn Manufacturing Co. | 11266 | Sears, Roebuck and Co. | $1,140,151.98 | Disallowed in its entirety and expunged |

* Asserted amount includes any unliquidated amounts.

2

Debtors' First Omnibus Objection to Claims   In re: Sears Holdings Corporation, et al.
Exhibit 1 - Satisfied Claims   Case No. 18-23538 (RDD)

| | | Schedule of Satisfied Claims to be Disallowed and Expunged | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
| 52. | East Penn Manufacturing Co. | 12242 | Sears Holdings Corporation | $1,140,151.98 | Disallowed in its entirety and expunged |
| 53. | East Penn Manufacturing Co. | 11183 | Sears, Roebuck and Co. | $414,230.22 | Disallowed in its entirety and expunged |
| 54. | East Penn Manufacturing Co. | 11276 | Kmart Corporation | $414,230.22 | Disallowed in its entirety and expunged |
| 55. | East Penn Manufacturing Co. | 11312 | Kmart Corporation | $1,140,151.98 | Disallowed in its entirety and expunged |
| 56. | ELEVATE LLC | 10348 | Sears Holdings Corporation | $7,801.78 | Disallowed in its entirety and expunged |
| 57. | Elevate, LLC | 90 | Sears Holdings Corporation | $7,801.78 | Disallowed in its entirety and expunged |
| 58. | Encompass Supply Chain Solutions, Inc | 15176 | Sears, Roebuck and Co. | $78,357.64 | Disallowed in its entirety and expunged |
| 59. | Genesco Inc. | 5033 | Sears Holdings Management Corporation | $22,312.03 | Disallowed in its entirety and expunged |
| 60. | Genesco Inc. | 5058 | Sears, Roebuck and Co. | $22,925.22 | Disallowed in its entirety and expunged |
| 61. | Genesco Inc. | 12209 | Sears, Roebuck and Co. | $22,925.22 | Disallowed in its entirety and expunged |
| 67. | Infinite Peripherals, Inc. | 1900 | Sears Holdings Management Corporation | $49,087.98 | Disallowed in its entirety and expunged |
| 68. | Infinite Peripherals, Inc. | 1979 | Sears Holdings Management Corporation | $49,087.98 | Disallowed in its entirety and expunged |
| 69. | Insight Direct USA Inc. | 12283 | Sears Procurement Services, Inc. | $607,216.72 | Disallowed in its entirety and expunged |
| 70. | Insight Direct USA Inc. | 12289 | Sears Home Improvement Products, Inc. | $3,024.75 | Disallowed in its entirety and expunged |
| 84. | LG Electronics U.S.A. Inc. | 16931 | Sears, Roebuck and Co. | $6,807,785.01 | Disallowed in its entirety and expunged |
| 86. | LG Electronics U.S.A., Inc. | 16607 | Sears Brands Management Corporation | - | Disallowed in its entirety and expunged |
| 87. | LG Electronics U.S.A., Inc. | 17541 | Sears, Roebuck and Co. | - | Disallowed in its entirety and expunged |
| 88. | LG Electronics U.S.A., Inc. | 17636 | Kmart Corporation | - | Disallowed in its entirety and expunged |
| 89. | Medline Industries, Inc. | 16820 | Sears Holdings Corporation | $158,845.69 | Disallowed in its entirety and expunged |
| 90. | Medline Industries, Inc. | 16932 | Kmart.com LLC | $6,314.59 | Disallowed in its entirety and expunged |
| 91. | Medline Industries, Inc. | 16955 | Sears Holdings Corporation | $31,961.33 | Disallowed in its entirety and expunged |

* Asserted amount includes any unliquidated amounts.   3

Debtors' First Omnibus Objection to Claims  
Exhibit 1 - Satisfied Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of Satisfied Claims to be Disallowed and Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
|---|---|---|---|---|---|
| 92. | Michelin North America, Inc. | 9245 | Sears, Roebuck and Co. | $1,890,877.77 | Disallowed in its entirety and expunged |
| 98. | Nashville Shoe Warehouse | 12384 | Sears Holdings Management Corporation | $22,100.35 | Disallowed in its entirety and expunged |
| 99. | Northwest Pallet Supply Company | 10209 | Sears Holdings Corporation | $292,054.21 | Disallowed in its entirety and expunged |
| 100. | Northwest Pallet Supply Company | 12450 | Kmart Corporation | $292,054.21 | Disallowed in its entirety and expunged |
| 101. | Phoenix Energy Technologies, Inc. | 1188 | Sears Holdings Corporation | $129,933.29 | Disallowed in its entirety and expunged |
| 102. | Precision Control Systems of Chicago, Inc. | 12835 | Sears Holdings Corporation | $332,516.00 | Disallowed in its entirety and expunged |
| 103. | Precision Control Systems of Chicago, Inc. | 12906 | Sears Holdings Corporation | $332,516.00 | Disallowed in its entirety and expunged |
| 104. | Reliable Parts, Inc. | 7683 | Sears Holdings Corporation | $231,785.73 | Disallowed in its entirety and expunged |
| 105. | RR DONNELLEY & SONS COMPANY | 14545 | Sears Holdings Publishing Company, LLC | $2,005,499.99 | Disallowed in its entirety and expunged |
| 107. | Sedgwick CMS as agent for East Penn Manufacturing Co. | 15997 | Sears, Roebuck and Co. | $179,148.12 | Disallowed in its entirety and expunged |
| 108. | Service Express Inc | 6804 | Sears Holdings Corporation | $57,807.70 | Disallowed in its entirety and expunged |
| 114. | Sherwin Williams Company | 11614 | Sears Holdings Corporation | $8,062.95 | Disallowed in its entirety and expunged |
| 116. | Sherwin-Williams Company | 5900 | Kmart Holding Corporation | $2,647.54 | Disallowed in its entirety and expunged |
| 117. | SupplyLogix LLC | 16305 | Sears Holdings Corporation | $90,253.97 | Disallowed in its entirety and expunged |
| 118. | SupplyLogix LLC | 17584 | Kmart Corporation | $147,256.48 | Disallowed in its entirety and expunged |
| 119. | SVP Sewing Brands LLC | 18126 | Sears, Roebuck and Co. | $12,100.00 | Disallowed in its entirety and expunged |
| 120. | Telesoft | 12231 | Sears Holdings Corporation | $139,910.73 | Disallowed in its entirety and expunged |
| 121. | The ADT Security Corporation dba Protection One | 673 | Sears Holdings Corporation | $604,767.69 | Disallowed in its entirety and expunged |
| 122. | The Sherwin-Williams Company | 8257 | Sears Holdings Corporation | $21,382.50 | Disallowed in its entirety and expunged |
| 123. | The Sherwin-Williams Company | 8605 | Kmart Corporation | $14,160.39 | Disallowed in its entirety and expunged |
| 124. | Trico Products Corporation | 4931 | Sears Brands Management Corporation | $1,640.84 | Disallowed in its entirety and expunged |

* Asserted amount includes any unliquidated amounts.

4

**Debtors' First Omnibus Objection to Claims**  
**Exhibit 1 - Satisfied Claims**

**In re: Sears Holdings Corporation, et al.**  
**Case No. 18-23538 (RDD)**

| | | Schedule of Satisfied Claims to be Disallowed and Expunged | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
| 125. | Trico Products Corporation | 4939 | Sears, Roebuck and Co. | $34,102.28 | Disallowed in its entirety and expunged |
| 126. | Trico Products Corporation | 4970 | Kmart Corporation | $65,269.38 | Disallowed in its entirety and expunged |
| 127. | United Food & Commercial Workers Union Local 880 | 14777 | Sears, Roebuck and Co. | - | Disallowed in its entirety and expunged |
| 128. | Valvoline LLC | 16910 | Sears, Roebuck and Co. | $2,501,971.71 | Disallowed in its entirety and expunged |
| 129. | Valvoline LLC | 16935 | Kmart Corporation | $17,223.17 | Disallowed in its entirety and expunged |
| 130. | Whirlpool Corporation | 9766 | Sears, Roebuck and Co. | $6,121,432.60 | Disallowed in its entirety and expunged |
| 131. | Whirlpool Corporation | 9771 | Kmart Corporation | $6,121,432.60 | Disallowed in its entirety and expunged |
| 143. | WINCORE WINDOW COMPANY | 14134 | Sears Home Improvement Products, Inc. | $551,539.10 | Disallowed in its entirety and expunged |
| 144. | Wincore Window Company, LLC, | 14228 | Sears Holdings Management Corporation | $551,539.10 | Disallowed in its entirety and expunged |

\* Asserted amount includes any unliquidated amounts.

5