WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                              :         Chapter 11
                                                   :
**SEARS HOLDINGS CORPORATION**, *et al.*,          :         Case No. 18-23538 (RDD)
                                                   :
            Debtors.[1]                            :         **(Jointly Administered)**
------------------------------------------------------------ x

# NOTICE OF ADJOURNMENT OF
# HEARING ON DEBTORS' FIRST OMNIBUS OBJECTION
# TO PROOFS OF CLAIM (SATISFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing (the "**Hearing**") to consider the

*Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)* (ECF No. 4775) solely

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

18-23538-shl    Doc 5443    Filed 10/22/19    Entered 10/22/19 12:18:47    Main Document
Pg 2 of 5

with respect to the claims listed on **Exhibit 1** annexed hereto, previously scheduled for October 23, 2019 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to November 20, 2019 at 10:00 a.m. (Prevailing Eastern Time)**. The Hearing may be rescheduled further by the Debtors on notice to the affected claimant(s).

Dated: October 22, 2019
       New York, New York

                                        */s/ Garrett A. Fail*
                                        Ray C. Schrock, P.C.
                                        Jacqueline Marcus
                                        Garrett A. Fail
                                        Sunny Singh
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

2
WEIL:\97236927\1\73217.0004

# **Exhibit 1**

WEIL:\97236927\1\73217.0004

18-23538-shl    Doc 5443    Filed 10/22/19    Entered 10/22/19 12:18:47    Main Document
Pg 4 of 5

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. |
|---|---|---|
| 2. | A.O. Smith Corporation | 12509 |
| 47. | Dun & Bradstreet | 19399 |
| 48. | Dun & Bradstreet | 5915 |
| 49. | Dun & Bradstreet | 19504 |
| 50. | Dun & Bradstreet | 19581 |
| 66. | Hain Capital Investors Master Fund, Ltd as Transferee of Winiadaewoo Electronics America, Inc. | 8339 |
| 71. | International Packaging Supplies LLC | 406 |
| 72. | Johnson Controls Security Solutions LLC | 6633 |
| 73. | Johnson Controls, Inc. and its affiliates | 16647 |
| 74. | Johnson Controls, Inc. and its affiliates | 17891 |
| 75. | Johnson Controls, Inc. and its affiliates (see attached) | 17370 |
| 76. | Johnson Controls, Inc. and its affiliates (see attachment) | 16920 |
| 77. | Johnson Controls, Inc. and its affiliates (see attacment) | 17590 |
| 78. | Johnson Controls, Inc., and its affiliates | 16236 |
| 79. | Johnson Controls, Inc., and its affiliates (see attachment) | 16604 |
| 80. | Johnson Controls, Inc., and its affiliates (see attachment) | 16658 |
| 81. | Johnson Controls, Inc., and its affiliates (see attachment) | 17038 |
| 82. | Johnson Controls, Inc., and its affiliates (see attachment) | 17419 |
| 83. | Johnson Controls, Inc., and its affiliates (see attachment) | 17637 |
| 85. | LG Electronics U.S.A. Inc. | 16988 |
| 93. | Nalco Company LLC | 6931 |
| 94. | Nalco Company LLC | 6936 |
| 95. | Nalco Company LLC | 8049 |
| 96. | Nalco Company LLC | 8050 |
| 97. | Nalco Water Pretreatment Solutions LLC | 7869 |
| 109. | Shaw Industries, Inc | 16845 |
| 110. | Shaw Industries, Inc. | 6600 |
| 111. | Shaw Industries, Inc. | 16585 |
| 112. | Shaw Industries, Inc. | 16660 |
| 113. | Shaw Industries, Inc. | 18658 |
| 115. | Sherwin Williams Paint Company | 4471 |
| 145. | Winiadaewoo Electronics America, Inc. | 2672 |
| 146. | Winiadaewoo Electronics America, Inc. | 2844 |
| 147. | Winiadaewoo Electronics America, Inc. | 3905 |
| 148. | Winiadaewoo Electronics America, Inc. | 4046 |
| 149. | Winiadaewoo Electronics America, Inc. | 8337 |
| 150. | Winiadaewoo Electronics America, Inc. | 8342 |
| 151. | Winiadaewoo Electronics America, Inc. | 8343 |
| 152. | Winiadaewoo Electronics America, Inc. | 8344 |
| 153. | Winiadaewoo Electronics America, Inc. | 8347 |
| 154. | WINIADAEWOO ELECTRONICS AMERICA, INC. | 8348 |
| 155. | Winiadaewoo Electronics America, Inc. | 8349 |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. |
|---|---|---|
| 156. | Winiadaewoo Electronics America, Inc. | 13655 |
| 157. | Winiadaewoo Electronics America, Inc. | 13753 |
| 158. | WINIADAEWOO ELECTRONICS AMERICA, INC. | 14070 |
| 159. | WINIADAEWOO ELECTRONICS AMERICA, INC. | 13957 |

2