WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

# NOTICE OF WITHDRAWAL REGARDING DEBTORS' FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM (SATISFIED CLAIMS)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that Sears Holdings Corporation and its debtor affiliates hereby withdraw without prejudice the *Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)* (ECF No. 4775) solely with respect to the claims listed on **Exhibit 1** attached hereto.

Dated: New York, New York
October 22, 2019

    */s/ Garrett A. Fail*
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors
and Reorganized Debtors*

**Exhibit 1**

WEIL:\97237169\1\73217.0004

18-23538-shl    Doc 5444    Filed 10/22/19    Entered 10/22/19 12:25:58    Main Document
Pg 4 of 4

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. |
|---|---|---|
| 14. | Black & Decker | 16191 |
| 15. | Black & Decker (U.S.) Inc. | 16225 |
| 16. | Black & Decker Macao Commercial Offshore Ltd. | 16358 |
| 17. | Black & Decker U.S. | 16709 |
| 62. | Haier US Appliance Solutions, Inc. d/b/a GE Appliances | 17369 |
| 63. | Haier US Appliance Solutions, Inc. d/b/a GE Appliances | 17779 |
| 64. | Haier US Appliance Solutions, Inc. d/b/a GE Appliances | 18087 |
| 65. | Haier US Appliance Solutions, Inc. d/b/a GE Appliances | 18433 |
| 106. | Schumacher Electric Corporation | 4097 |
| 132. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc | 2873 |
| 133. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc | 4446 |
| 134. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc | 4477 |
| 135. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc | 4486 |
| 136. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc. | 2875 |
| 137. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc. | 2883 |
| 138. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc. | 3035 |
| 139. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc. | 3365 |
| 140. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc. | 3377 |
| 141. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc. | 3490 |
| 142. | Whitebox Multi-Strategy Partners, LP as Transferee of Permasteel, Inc. | 4449 |