WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
**SEARS HOLDINGS CORPORATION**, *et al.*,       :    Case No. 18-23538 (RDD)
                                                :
                Debtors.[1]                     :    **(Jointly Administered)**
------------------------------------------------------------x

# CERTIFICATE OF NO OBJECTION
## PURSUANT TO 28 U.S.C. § 1746 REGARDING DEBTORS' THIRD OMNIBUS OBJECTION TO PROOFS OF CLAIM (DUPLICATE CLAIMS)

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On August 20, 2019, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Third Omnibus Objection to Proofs of Claim (Duplicate Claims)* (ECF No. 4914) (the "**Omnibus Objection**").

2. In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for September 19, 2019, at 4:00 p.m. (Prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** (the "**Duplicate Claims**") to the proposed order granting the relief requested in the Omnibus Objection annexed hereto as **Exhibit A** (the "**Proposed Order**"), no responsive pleadings to have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

Pg 3 of 10

4.  Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: October 22, 2019
      New York, New York

*/s/ Garrett A. Fail*
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

3

## Exhibit A

## Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
**SEARS HOLDINGS CORPORATION**, *et al.*,            : Case No. 18-23538 (RDD)
                                                     :
  Debtors.[1]                                        : (Jointly Administered)
---------------------------------------------------------------x

### ORDER GRANTING DEBTORS'
### THIRD OMNIBUS OBJECTION TO PROOFS OF CLAIM (DUPLICATE CLAIMS)

Upon the *Debtors' Third Omnibus Objection to Proofs of Claim (Duplicate Claims)*, filed August 6, 2019 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) disallowing and expunging the Duplicate Claims (as defined below), and (ii) granting related relief, as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

WEIL:\97218998\2\73217.0004

with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"); and due and proper notice of the relief requested in the Objection having been provided in accordance with the Claims Procedures Order, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and it appearing that other or further notice need be provided; and upon the record of all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Objection is granted.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each of the claims listed on **Exhibit 1** annexed hereto, under the heading "*Claims to be Disallowed*" (the "**Duplicate Claims**"), is hereby disallowed and expunged in its entirety and each such Duplicate Claim shall be deleted from the Debtors' claim register.

3. The disallowance and expungement of the Duplicate Claims does not constitute any admission or finding concerning any of the claims listed on **Exhibit 1** annexed hereto, under the heading "*Surviving Claims*" (the "**Surviving Claims**"), and the Surviving Claims are neither allowed nor disallowed by this Order.

4. The rights of the Debtors to object to the Surviving Claims, in whole or in part, and on any basis, are specifically reserved.

5. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

6. This Court shall retain jurisdiction over the Debtors and the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

7. The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2019
       White Plains, New York

                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

Debtors' Third Omnibus Objection to Claims  
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount |
| 1. | A&A (H.K.) Industrial Limited | 7786 | Sears, Roebuck and Co. | $284,571.90 | $0.00 | $0.00 | $0.00 | $198,341.90 | $482,913.80 | A&A (H.K.) Industrial Limited | 12330 | Sears, Roebuck and Co. | $284,571.90 | $0.00 | $0.00 | $0.00 | $198,341.90 | $482,913.80 |
| 2. | A&A (H.K.) Industrial Limited | 7787 | Kmart Corporation | $258,263.40 | $0.00 | $0.00 | $0.00 | $392,749.97 | $651,013.37 | A&A (H.K.) Industrial Limited | 12277 | Kmart Corporation | $258,263.40 | $0.00 | $0.00 | $0.00 | $392,749.97 | $651,013.37 |
| 3. | Arrow Fastener Co, LLC | 4639 | Sears Holdings Corporation | $66,234.15 | $0.00 | $0.00 | $0.00 | $0.00 | $66,234.15 | Arrow Fastener Co, LLC | 4976 | Sears Holdings Corporation | $66,234.15 | $0.00 | $0.00 | $0.00 | $0.00 | $66,234.15 |
| 4. | Auxo International Ltd | 4508 | Kmart Corporation | $334,150.50 | $0.00 | $0.00 | $0.00 | $480,251.28 | $814,401.78 | Auxo International Ltd | 4569 | Kmart Corporation | $334,150.50 | $0.00 | $0.00 | $0.00 | $480,251.28 | $814,401.78 |
| 5. | Baby Coca for Wears and Textiles Co. | 153 | Kmart Corporation | $74,968.26 | $0.00 | $0.00 | $0.00 | $0.00 | $74,968.26 | Baby Coca For Wears & Textiles Co. | 1525 | Kmart Corporation | $74,968.26 | $0.00 | $0.00 | $0.00 | $0.00 | $74,968.26 |
| 6. | Baby Coca For Wears and Textiles | 99 | Sears, Roebuck and Co. | $137,756.24 | $0.00 | $0.00 | $0.00 | $0.00 | $137,756.24 | Baby Coca For Wears & Textiles Co. | 1754 | Sears, Roebuck and Co. | $137,756.24 | $0.00 | $0.00 | $0.00 | $0.00 | $137,756.24 |
| 7. | Baby Coca For Wears & Textiles Co. | 164 | Sears, Roebuck and Co. | $24,986.64 | $0.00 | $0.00 | $0.00 | $0.00 | $24,986.64 | BABY COCA FOR WEARS AND TEXTILES Co. | 1263 | Sears, Roebuck and Co. | $24,986.64 | $0.00 | $0.00 | $0.00 | $0.00 | $24,986.64 |
| 8. | Baby Coca for Wears and Textiles Co. | 152 | Kmart Corporation | $55,594.28 | $0.00 | $0.00 | $0.00 | $0.00 | $55,594.28 | BABY COCA FOR WEARS AND TEXTILES Co. | 2074 | Kmart Corporation | $55,594.28 | $0.00 | $0.00 | $0.00 | $0.00 | $55,594.28 |
| 9. | Baby Coca For Wears And Textiles | 1039 | Sears, Roebuck and Co. | $93,984.82 | $0.00 | $0.00 | $0.00 | $0.00 | $93,984.82 | BABY COCA FOR WEARS AND TEXTILES Co. | 2096 | Sears, Roebuck and Co. | $93,984.82 | $0.00 | $0.00 | $0.00 | $0.00 | $93,984.82 |
| 10. | Baby Coca For Wears And Textiles | 144 | Sears, Roebuck and Co. | $116,651.44 | $0.00 | $0.00 | $0.00 | $0.00 | $116,651.44 | Baby Coca for Wears and Textiles Co. | 1999 | Sears, Roebuck and Co. | $116,651.44 | $0.00 | $0.00 | $0.00 | $0.00 | $116,651.44 |
| 11. | Baby Coca For Wears & Textiles | 97 | Kmart Corporation | $266,050.25 | $0.00 | $0.00 | $0.00 | $0.00 | $266,050.25 | BABY COCA FOR WEARS AND TEXTILES Co. | 2088 | Kmart Corporation | $266,050.25 | $0.00 | $0.00 | $0.00 | $0.00 | $266,050.25 |
| 12. | Chervon (HK), Ltd. | 15507 | Kmart Corporation | $184,137.36 | $0.00 | $0.00 | $0.00 | $128,018.02 | $312,155.38 | Chervon (HK), Ltd. | 17199 | Kmart Corporation | $184,137.36 | $0.00 | $0.00 | $0.00 | $128,018.02 | $312,155.38 |
| 13. | Chervon (HK), Ltd. | 15510 | Sears, Roebuck and Co. | $776,477.30 | $0.00 | $0.00 | $0.00 | $876,426.42 | $1,652,903.72 | Chervon (HK), Ltd. | 17285 | Sears, Roebuck and Co. | $776,477.30 | $0.00 | $0.00 | $0.00 | $876,426.42 | $1,652,903.72 |
| 14. | CRG Financial LLC as Transferee of Torin Inc. | 1509 | Sears, Roebuck and Co. | $109,401.38 | $0.00 | $0.00 | $0.00 | $0.00 | $109,401.38 | CRG Financial LLC as Transferee of Torin Inc. | 16953 | Sears, Roebuck and Co. | $109,401.38 | $0.00 | $0.00 | $0.00 | $0.00 | $109,401.38 |
| 15. | Eastern Prime Textile Limited | 447 | Kmart Corporation | $690,241.21 | $0.00 | $0.00 | $0.00 | $2,978,745.97 | $3,668,987.18 | Eastern Prime Textile Limited | 1327 | Kmart Corporation | $690,241.21 | $0.00 | $0.00 | $0.00 | $2,978,745.97 | $3,668,987.18 |
| 16. | Eastern Prime Textile Limited | 535 | Sears, Roebuck and Co. | $1,290,466.68 | $0.00 | $0.00 | $0.00 | $2,556,198.88 | $3,846,665.56 | Eastern Prime Textile Limited | 1228 | Sears, Roebuck and Co. | $1,290,466.68 | $0.00 | $0.00 | $0.00 | $2,556,198.88 | $3,846,665.56 |
| 17. | E-Land Apparel Ltd | 557 | Kmart Corporation | $69,690.70 | $0.00 | $0.00 | $0.00 | $0.00 | $69,690.70 | E-Land Apparel Ltd | 2048 | Kmart Corporation | $69,690.70 | $0.00 | $0.00 | $0.00 | $0.00 | $69,690.70 |
| 18. | E-Land Apparel Ltd | 552 | Sears, Roebuck and Co. | $162,269.10 | $0.00 | $0.00 | $0.00 | $0.00 | $162,269.10 | E-Land Apparel Ltd | 1765 | Sears, Roebuck and Co. | $162,269.10 | $0.00 | $0.00 | $0.00 | $0.00 | $162,269.10 |
| 19. | ESJAY INTERNATIONAL PRIVATE LIMITED | 976 | Kmart Corporation | $71,171.85 | $0.00 | $0.00 | $0.00 | $0.00 | $71,171.85 | ESJAY INTERNATIONAL PRIVATE LIMITED | 2196 | Kmart Corporation | $71,171.85 | $0.00 | $0.00 | $0.00 | $0.00 | $71,171.85 |
| 20. | ESJAY INTERNATIONAL PRIVATE LIMITED | 977 | Sears, Roebuck and Co. | $168,535.56 | $0.00 | $0.00 | $0.00 | $0.00 | $168,535.56 | ESJAY INTERNATIONAL PRIVATE LIMITED | 1411 | Sears, Roebuck and Co. | $168,535.56 | $0.00 | $0.00 | $0.00 | $0.00 | $168,535.56 |
| 21. | Fair Harbor Capital, LLC as Transferee of Cheng Yen Enterprises Co., Ltd | 1051 | Sears Holdings Corporation | $120,265.90 | $0.00 | $0.00 | $0.00 | $0.00 | $120,265.90 | Fair Harbor Capital, LLC as Transferee of Cheng Yen Enterprises Co., Ltd | 2339 | Sears Holdings Corporation | $120,265.90 | $0.00 | $0.00 | $0.00 | $0.00 | $120,265.90 |
| 22. | Fair Harbor Capital, LLC as Transferee of Cheng Yen Enterprises Co., Ltd | 3170 | Sears Holdings Corporation | $233,298.43 | $0.00 | $0.00 | $0.00 | $0.00 | $233,298.43 | Fair Harbor Capital, LLC as Transferee of Cheng Yen Enterprises Co., Ltd | 4170 | Sears Holdings Corporation | $233,298.43 | $0.00 | $0.00 | $0.00 | $0.00 | $233,298.43 |
| 23. | Fair Harbor Capital, LLC as Transferee of Everest Group USA | 1855 | Sears Holdings Corporation | $31,943.16 | $0.00 | $0.00 | $0.00 | $0.00 | $31,943.16 | Fair Harbor Capital, LLC as Transferee of Everest Group USA | 1935 | Sears Holdings Corporation | $31,943.16 | $0.00 | $0.00 | $0.00 | $0.00 | $31,943.16 |
| 24. | FRIEND SMITH & CO INC | 15780 | Sears Holdings Corporation | $50,199.29 | $0.00 | $0.00 | $0.00 | $93,717.19 | $143,916.48 | FRIEND SMITH & CO INC | 17081 | Sears Holdings Corporation | $50,199.29 | $0.00 | $0.00 | $0.00 | $93,717.19 | $143,916.48 |
| 25. | FUZHOU FUSHAN PNEUMATIC CO.,LTD. | 1304 | Sears Holdings Corporation | $1,280,065.72 | $0.00 | $0.00 | $0.00 | $0.00 | $1,280,065.72 | FUZHOU FUSHAN PNEUMATIC CO.,LTD. | 4541 | Sears Holdings Corporation | $1,280,065.72 | $0.00 | $0.00 | $0.00 | $0.00 | $1,280,065.72 |
| 26. | GTM USA Corporation | 984 | Sears, Roebuck and Co. | $163,658.48 | $0.00 | $0.00 | $0.00 | $0.00 | $163,658.48 | GTM USA Corporation | 2027 | Sears, Roebuck and Co. | $163,658.48 | $0.00 | $0.00 | $0.00 | $0.00 | $163,658.48 |
| 27. | Gul Ahmed Textile Mills Limited | 529 | Sears, Roebuck and Co. | $33,424.92 | $0.00 | $0.00 | $0.00 | $0.00 | $33,424.92 | Gul Ahmed Textile Mills Limited | 1241 | Sears, Roebuck and Co. | $33,424.92 | $0.00 | $0.00 | $0.00 | $0.00 | $33,424.92 |
| 28. | HARRIS PAINTS | 15127 | Kmart Corporation | $23,388.22 | $0.00 | $0.00 | $0.00 | $106,361.65 | $129,749.87 | HARRIS PAINTS | 17903 | Kmart Corporation | $23,388.22 | $0.00 | $0.00 | $0.00 | $106,361.65 | $129,749.87 |
| 29. | HOLDSUN GROUP LIMITED | 31 | Kmart Corporation | $62,135.76 | $0.00 | $0.00 | $0.00 | $185,229.66 | $247,365.42 | HOLDSUN GROUP LIMITED | 1205 | Kmart Corporation | $62,135.76 | $0.00 | $0.00 | $0.00 | $185,229.66 | $247,365.42 |
| 30. | HOLDSUN GROUP LIMITED | 37 | Kmart Corporation | $62,135.76 | $0.00 | $0.00 | $0.00 | $185,229.66 | $247,365.42 | | | | | | | | | |
| 31. | Igoseating Limited | 2825 | Kmart Corporation | $39,292.50 | $0.00 | $0.00 | $0.00 | $0.00 | $39,292.50 | Igoseating Limited | 4457 | Kmart Corporation | $39,292.50 | $0.00 | $0.00 | $0.00 | $0.00 | $39,292.50 |
| 32. | INDUSTRIAS DE MOVEIS ROTTA LTDA | 2124 | Sears, Roebuck de Puerto Rico, Inc. | $108,315.07 | $0.00 | $0.00 | $108,315.07 | $0.00 | $216,630.14 | INDUSTRIAS DE MOVEIS ROTTA LTDA | 2686 | Sears, Roebuck de Puerto Rico, Inc. | $108,315.07 | $0.00 | $0.00 | $108,315.07 | $0.00 | $216,630.14 |

1

Debtors' Third Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | Claims to be Disallowed | | | | | | | | Surviving Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount |
| 33. | Innova Products Inc. | 5609 | Sears Holdings Corporation | $6,422.00 | $0.00 | $0.00 | $0.00 | $39,438.50 | $45,860.50 | Innova Products Inc. | 11538 | Sears Holdings Corporation | $6,422.00 | $0.00 | $0.00 | $0.00 | $39,438.50 | $45,860.50 |
| 34. | ISLAND SLIPPER FACTORY LTD. | 8488 | Sears, Roebuck and Co. | $2,040.15 | $0.00 | $0.00 | $0.00 | $0.00 | $2,040.15 | ISLAND SLIPPER FACTORY LTD. | 8544 | Sears, Roebuck and Co. | $2,040.15 | $0.00 | $0.00 | $0.00 | $0.00 | $2,040.15 |
| 35. | Kai Ning Leather Products Co., Ltd | 3638 | Sears, Roebuck and Co. | $216,009.90 | $0.00 | $0.00 | $0.00 | $51,077.52 | $267,087.42 | Kai Ning Leather Products Co., Ltd | 10854 | Sears, Roebuck and Co. | $216,009.90 | $0.00 | $0.00 | $0.00 | $51,077.52 | $267,087.42 |
| 36. | Kai Ning Leather Products Co., Ltd | 3647 | Kmart Corporation | $335,722.02 | $0.00 | $0.00 | $0.00 | $96,836.16 | $432,558.18 | Kai Ning Leather Products Co., Ltd | 10939 | Kmart Corporation | $335,722.02 | $0.00 | $0.00 | $0.00 | $96,836.16 | $432,558.18 |
| 37. | LDC Enterprise Inc. Ltd | 1631 | Sears Holdings Corporation | $51,610.32 | $0.00 | $0.00 | $0.00 | $0.00 | $51,610.32 | LDC Enterprise Inc. Ltd | 12819 | Sears Holdings Corporation | $51,610.32 | $0.00 | $0.00 | $0.00 | $0.00 | $51,610.32 |
| 38. | Lisa International | 2446 | Sears Holdings Corporation | $388,503.60 | $0.00 | $0.00 | $0.00 | $166,674.10 | $555,177.70 | Lisa International | 3893 | Sears Holdings Corporation | $388,503.60 | $0.00 | $0.00 | $0.00 | $166,674.10 | $555,177.70 |
| 39. | Max Chemical Inc | 3798 | Sears, Roebuck de Puerto Rico, Inc. | $4,633.50 | $0.00 | $0.00 | $0.00 | $236,730.34 | $241,363.84 | Max Chemical Inc | 4956 | Sears, Roebuck de Puerto Rico, Inc. | $4,633.50 | $0.00 | $0.00 | $0.00 | $236,730.34 | $241,363.84 |
| 40. | MBI Sport Inc | 1010 | Sears Holdings Corporation | $248,858.20 | $0.00 | $0.00 | $0.00 | $0.00 | $248,858.20 | MBI Sport Inc | 13238 | Sears Holdings Corporation | $248,858.20 | $0.00 | $0.00 | $0.00 | $0.00 | $248,858.20 |
| 41. | Nano Star Ventures Limited | 602 | Kmart Corporation | $18,918.00 | $0.00 | $0.00 | $0.00 | $235,963.59 | $254,881.59 | Nano Star Ventures Limited | 2274 | Kmart Corporation | $18,918.00 | $0.00 | $0.00 | $0.00 | $235,963.59 | $254,881.59 |
| 42. | Primacy Industries Limited | 1192 | Sears Holdings Corporation | $36,564.78 | $0.00 | $0.00 | $0.00 | $0.00 | $36,564.78 | Primacy Industries Limited | 2737 | Sears Holdings Corporation | $36,564.78 | $0.00 | $0.00 | $0.00 | $0.00 | $36,564.78 |
| 43. | Prince of Peace Enterprises Inc. | 5864 | Sears Holdings Corporation | $3,362.16 | $0.00 | $0.00 | $0.00 | $13,872.00 | $17,234.16 | Prince of Peace Enterprises Inc. | 5890 | Sears Holdings Corporation | $3,362.16 | $0.00 | $0.00 | $0.00 | $13,872.00 | $17,234.16 |
| 44. | Quality House Int | 753 | Sears Holdings Corporation | $1,678,807.63 | $0.00 | $0.00 | $0.00 | $568,632.17 | $2,247,439.80 | Quality House Int | 2939 | Sears Holdings Corporation | $1,678,807.63 | $0.00 | $0.00 | $0.00 | $568,632.17 | $2,247,439.80 |
| 45. | Quality House Int | 2028 | Sears Holdings Corporation | $1,678,807.63 | $0.00 | $0.00 | $0.00 | $568,632.17 | $2,247,439.80 | | | | | | | | | |
| 46. | ROBERT J. CLANCEY, LTD. | 4430 | Sears Holdings Corporation | $39,235.23 | $0.00 | $0.00 | $0.00 | $86,946.86 | $126,182.09 | ROBERT J. CLANCEY, LTD. | 11096 | Sears Holdings Corporation | $39,235.23 | $0.00 | $0.00 | $0.00 | $86,946.86 | $126,182.09 |
| 47. | Rosemary Assets Limited | 727 | Sears Holdings Corporation | $391,903.52 | $0.00 | $0.00 | $0.00 | $0.00 | $391,903.52 | Rosemary Assets Limited | 10092 | Sears Holdings Corporation | $391,903.52 | $0.00 | $0.00 | $0.00 | $0.00 | $391,903.52 |
| 48. | Rosemary Assets Limited | 9745 | Sears Holdings Corporation | $562,837.07 | $0.00 | $0.00 | $0.00 | $0.00 | $562,837.07 | Rosemary Assets Limited | 9966 | Sears Holdings Corporation | $562,837.07 | $0.00 | $0.00 | $0.00 | $0.00 | $562,837.07 |
| 49. | Rosemary Assets Limited | 1098 | Sears Holdings Corporation | $562,837.07 | $0.00 | $0.00 | $0.00 | $0.00 | $562,837.07 | | | | | | | | | |
| 50. | Shanghai Fochier Intl Trade Co Ltd | 4568 | Sears, Roebuck and Co. | $327,870.18 | $0.00 | $0.00 | $0.00 | $130,036.25 | $457,906.43 | Shanghai Fochier Intl Trade Co Ltd | 17158 | Sears, Roebuck and Co. | $327,870.18 | $0.00 | $0.00 | $0.00 | $130,036.25 | $457,906.43 |
| 51. | Thiessen Communications, Inc. | 740 | Sears Holdings Corporation | $21,700.00 | $0.00 | $0.00 | $21,700.00 | $120,818.01 | $164,218.01 | Thiessen Communications, Inc. | 1124 | Sears Holdings Corporation | $21,700.00 | $0.00 | $0.00 | $21,700.00 | $120,818.01 | $164,218.01 |
| 52. | Universal Hosiery Inc. | 9317 | Sears Holdings Corporation | $10,197.40 | $0.00 | $0.00 | $0.00 | $215,647.74 | $225,845.14 | Universal Hosiery Inc. | 9994 | Sears Holdings Corporation | $10,197.40 | $0.00 | $0.00 | $0.00 | $215,647.74 | $225,845.14 |
| 53. | Wicked Fashions, Inc. | 15247 | Sears Holdings Corporation | $144,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144,912.00 | Wicked Fashions, Inc. | 16205 | Sears Holdings Corporation | $144,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144,912.00 |