WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :    Chapter 11
                                                            :
**SEARS HOLDINGS CORPORATION**, *et al.*,                   :    Case No. 18-23538 (RDD)
                                                            :
Debtors.[1]                                                 :    (Jointly Administered)
------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746 REGARDING DEBTORS' FOURTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (AMENDED AND SUPERSEDED CLAIMS)

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On August 29, 2019, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Fourth Omnibus Objection to Proofs of Claim (Amended and Superseded Claims)* (ECF No. 5030) (the "**Omnibus Objection**").

2. In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for September 19, 2019, at 4:00 p.m. (Prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** (the "**Amended and Superseded Claims**") to the proposed order granting the relief requested in the Omnibus Objection annexed hereto as **Exhibit A** (the "**Proposed Order**"), no responsive pleadings to have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

WEIL:\97220150\3\73217.0004

4. Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: October 22, 2019
New York, New York

/s/ Garrett A. Fail
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

# Exhibit A

## Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :  Chapter 11
                                                               :
**SEARS HOLDINGS CORPORATION**, *et al.*,                      :  Case No. 18-23538 (RDD)
                                                               :
Debtors.[1]                                                    :  (Jointly Administered)
---------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FOURTH OMNIBUS
### OBJECTION TO PROOFS OF CLAIM (AMENDED AND SUPERSEDED CLAIMS)

Upon the *Debtors' Fourth Omnibus Objection to Proofs of Claim (Amended and Superseded Claims)*, filed August 29, 2019 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) disallowing and expunging the Amended and Superseded Claims (as defined below), and (ii) granting related relief, as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

WEIL:\97220150\3\73217.0004

18-23538-shl    Doc 5448    Filed 10/22/19    Entered 10/22/19 12:37:55    Main Document
Pg 6 of 11

therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"); and due and proper notice of the relief requested in the Objection having been provided in accordance with the Claims Procedures Order, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and it appearing that other or further notice need be provided; and upon the record of all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Objection is granted.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each of the claims listed on **Exhibit 1** annexed hereto, under the heading "*Claims to be Disallowed*" (the "**Amended and Superseded Claims**"), is hereby disallowed and expunged in its entirety and each such Amended and Superseded Claim shall be deleted from the Debtors' claim register.

3. The disallowance and expungement of the Amended and Superseded Claims does not constitute any admission or finding concerning any of the claims listed on **Exhibit 1** annexed hereto, under the heading "*Surviving Claims*" (the "**Surviving Claims**"), and the Surviving Claims are neither allowed nor disallowed by this Order.

2
WEIL:\97220150\3\73217.0004

4. To the extent that any of the Amended and Superseded Claims contain attachments that are not included in the Surviving Claims, the Debtors shall treat such attachments as if they are attached to the Amended and Superseded Claims, as applicable.

5. The rights of the Debtors to object to the Surviving Claims, in whole or in part, and on any basis, are specifically reserved.

6. Each of the Surviving Claims is deemed to have been filed on the date the original corresponding Amended and Superseded Claim was filed by the Claimant.

7. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

8. This Court shall retain jurisdiction over the Debtors and the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

9. The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2019
       White Plains, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

WEIL:\97220150\3\73217.0004

**Exhibit 1**

WEIL:\97220150\3\73217.0004

Debtors' Fourth Omnibus Objection to Claims
Exhibit 1 - Amended/Superseded Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount |
| 1. | ABS Graphics, Inc. | 1153 | Sears Holdings Corporation | $6,812.00 | $0.00 | $0.00 | $0.00 | $116,439.91 | $123,251.91 | ABS Graphics, Inc. | 9285 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $123,251.91 | $123,251.91 |
| 2. | AMW Vietnam Co., Ltd. | 480 | Kmart Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $145,974.75 | $145,974.75 | AMW Vietnam Co., Ltd. | 14036 | Sears Holdings Corporation | $314,760.69 | $0.00 | $0.00 | $0.00 | $693,157.91 | $1,007,918.60 |
| 3. | AMW Vietnam Co., Ltd. | 520 | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 | $0.00 | $277,837.54 | $277,837.54 | | | | | | | | | |
| 4. | AMW Vietnam Co., Ltd. | 542 | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 | $0.00 | $150,658.50 | $150,658.50 | | | | | | | | | |
| 5. | AMW Vietnam Co., Ltd. | 605 | Kmart Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $89,627.85 | $89,627.85 | | | | | | | | | |
| 6. | AMW Vietnam Co., Ltd. | 607 | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 | $0.00 | $284,499.60 | $284,499.60 | | | | | | | | | |
| 7. | AMW Vietnam Co., Ltd. | 743 | Sears Holdings Corporation | $207,644.39 | $0.00 | $0.00 | $0.00 | $740,831.63 | $948,476.02 | | | | | | | | | |
| 8. | Buxton Acquisition Co., LLC | 891 | Sears Holdings Corporation | $84,314.30 | $0.00 | $0.00 | $0.00 | $178,975.75 | $263,290.05 | Buxton Acquisition Co., LLC | 16754 | Sears, Roebuck and Co. | $84,314.30 | $0.00 | $0.00 | $0.00 | $161,501.30 | $245,815.60 |
| 9. | Central Power Distributors, Inc. | 147 | Sears Holdings Corporation | $670,093.85 | $0.00 | $0.00 | $0.00 | $0.00 | $670,093.85 | Central Power Distributors, Inc. | 5234 | Sears, Roebuck and Co. | $670,093.85 | $0.00 | $0.00 | $0.00 | $0.00 | $670,093.85 |
| 10. | CRG Financial LLC (As Assignee of Topet USA Inc.) | 2935 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $1,979.28 | $1,979.28 | Whitebox Multi- Strategy Partners, LP as Transferee of CRG Financial LLC (As Assignee of Topet USA Inc.) | 18127 | Kmart Corporation | $1,979.28 | $0.00 | $0.00 | $0.00 | $0.00 | $1,979.28 |
| 11. | Cudlie Accessories LLC | 4978 | Sears Holdings Corporation | $411.60 | $0.00 | $0.00 | $0.00 | $10,127.40 | $10,539.00 | CUDLIE ACCESSORIES LLC C | 11796 | Sears, Roebuck and Co. | $4,104.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,104.00 |
| 12. | Data Print Technologies, Inc. | 1239 | Sears Holdings Corporation | $254,551.87 | $0.00 | $0.00 | $0.00 | $440,197.31 | $694,749.18 | Data Print Technologies, Inc. | 6200 | Sears Holdings Corporation | $70,048.15 | $0.00 | $0.00 | $0.00 | $438,595.66 | $508,643.81 |
| 13. | Dynasty Carpet & Rug Co., Inc. | 5070 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $87,305.75 | $87,305.75 | Dynasty Carpet & Rug Co., Inc. | 13128 | Sears Holdings Corporation | $11,194.20 | $0.00 | $0.00 | $0.00 | $76,111.55 | $87,305.75 |
| | | | | | | | | | | Dynasty Carpet & Rug Co., Inc. | 15836 | Sears Holdings Corporation | $11,194.20 | $0.00 | $0.00 | $0.00 | $76,111.55 | $87,305.75 |
| 14. | Gaia Group, Inc. | 481 | Sears Holdings Corporation | $174,368.44 | $0.00 | $0.00 | $0.00 | $0.00 | $174,368.44 | Gaia Group, Inc. | 4279 | Sears Holdings Corporation | $12,600.00 | $0.00 | $0.00 | $0.00 | $161,768.44 | $174,368.44 |
| 15. | Hangzhou In-Choice Import and Export Co., Ltd | 186 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $326,048.17 | $326,048.17 | Hangzhou In-Choice Import and Export Co., Ltd | 4609 | Kmart Corporation | $109,669.53 | $0.00 | $0.00 | $0.00 | $216,378.64 | $326,048.17 |
| 16. | HANGZHOU IN- CHOICE IMPORT AND EXPORT CO., LTD | 190 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $283,341.12 | $283,341.12 | HANGZHOU IN- CHOICE IMPORT AND EXPORT CO., LTD | 4587 | Kmart Corporation | $283,341.12 | $0.00 | $0.00 | $0.00 | $0.00 | $283,341.12 |
| 17. | Hangzhou In-Choice Import and Export Co., LTD | 266 | Sears, Roebuck and Co. | $4,024.80 | $0.00 | $0.00 | $0.00 | $167,850.90 | $171,875.70 | Hangzhou In-Choice Import and Export Co., Ltd | 4616 | Sears, Roebuck and Co. | $171,875.70 | $0.00 | $0.00 | $0.00 | $0.00 | $171,875.70 |
| 18. | HANGZHOU IN- CHOICE IMPORT AND EXPORT CO LTD | 408 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $359,154.36 | $359,154.36 | HANGZHOU IN- CHOICE IMPORT AND EXPORT CO., LTD | 4588 | Sears, Roebuck and Co. | $99,197.40 | $0.00 | $0.00 | $0.00 | $259,956.96 | $359,154.36 |
| 19. | INTEGRATED SERVICE MGT LLC | 1024 | Sears Holdings Corporation | $201,153.81 | $0.00 | $0.00 | $166,791.39 | $111,597.56 | $479,542.76 | INTEGRATED SERVICE MGT LLC | 10449 | Sears Holdings Corporation | $201,153.81 | $0.00 | $0.00 | $166,791.39 | $119,782.66 | $487,727.86 |
| 20. | International Paper | 691 | Sears Holdings Corporation | $116,548.33 | $0.00 | $0.00 | $0.00 | $0.00 | $116,548.33 | International Paper | 9567 | Kmart Corporation | $116,548.33 | $0.00 | $0.00 | $0.00 | $0.00 | $116,548.33 |
| | | | | | | | | | | International Paper | 10037 | Kmart Corporation | $116,548.33 | $0.00 | $0.00 | $0.00 | $0.00 | $116,548.33 |
| 21. | Kimberly-Clark Corporation | 5369 | Kmart Corporation | $748,232.33 | $0.00 | $0.00 | $0.00 | $247,725.99 | $995,958.32 | Kimberly-Clark Corporation | 9030 | Kmart Corporation | $748,232.33 | $0.00 | $0.00 | $0.00 | $247,725.99 | $995,958.32 |
| 22. | KISS PRODUCTS, INC. | 3134 | Sears Holdings Corporation | $240,440.88 | $0.00 | $0.00 | $0.00 | $604,881.87 | $845,322.75 | Kiss Products, Inc. | 10672 | Sears Holdings Management Corporation | $240,440.88 | $0.00 | $0.00 | $0.00 | $604,881.87 | $845,322.75 |

1

Debtors' Fourth Omnibus Objection to Claims  
Exhibit 1 - Amended/Superseded Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | | Claims to be Disallowed | | | | | | | | Surviving Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount |
| 23. | Ledvance LLC | 1177 | Sears Holdings Corporation | $349,504.10 | $0.00 | $0.00 | $0.00 | $823,346.50 | $1,172,850.60 | Ledvance LLC | 14492 | Kmart Corporation | $94,590.84 | $0.00 | $0.00 | $0.00 | $137,016.85 | $231,607.69 |
| | | | | | | | | | | Ledvance LLC | 14800 | Sears, Roebuck and Co. | $254,913.26 | $0.00 | $0.00 | $0.00 | $686,329.65 | $941,242.91 |
| 24. | Lifeworks Technology Group, LLC | 6553 | Sears Holdings Corporation | $1,484.40 | $0.00 | $0.00 | $0.00 | $16,218.98 | $17,703.38 | Lifeworks Technology Group | 11158 | Sears Holdings Corporation | $1,484.40 | $0.00 | $0.00 | $1,484.40 | $14,734.58 | $17,703.38 |
| 25. | Lifeworks Technology Group, LLC | 6565 | Kmart Corporation | $3,744.00 | $0.00 | $0.00 | $0.00 | $24,016.76 | $27,760.76 | Lifeworks Technology Group | 11123 | Kmart Corporation | $3,744.00 | $0.00 | $0.00 | $0.00 | $24,016.76 | $27,760.76 |
| 26. | Mansheen Industries Ltd. | 1255 | Sears Holdings Corporation | $202,297.62 | $0.00 | $0.00 | $0.00 | $385,674.84 | $587,972.46 | MANSHEEN INDUSTRIES LTD. | 12476 | Sears Holdings Corporation | $175,987.98 | $0.00 | $0.00 | $0.00 | $39,845.60 | $215,833.58 |
| | | | | | | | | | | MANSHEEN INDUSTRIES LTD | 12637 | Kmart Corporation | $258,633.61 | $0.00 | $0.00 | $0.00 | $113,472.47 | $372,106.08 |
| 27. | netRelevance LLC | 1274 | Sears Holdings Corporation | $306,378.55 | $0.00 | $0.00 | $0.00 | $268,708.50 | $575,087.05 | netRelevance LLC | 12276 | Sears Holdings Corporation | $306,378.55 | $0.00 | $0.00 | $0.00 | $268,708.50 | $575,087.05 |
| 28. | Niagara Bottling, LLC | 8167 | Sears Holdings Corporation | $326,344.25 | $0.00 | $0.00 | $0.00 | $13,577.62 | $339,921.87 | Niagara Bottling, LLC | 8786 | Kmart Corporation | $257,552.41 | $0.00 | $0.00 | $0.00 | $82,369.46 | $339,921.87 |
| | | | | | | | | | | Niagara Bottling, LLC | 8620 | Kmart Corporation | $326,344.25 | $0.00 | $0.00 | $0.00 | $13,577.62 | $339,921.87 |
| 29. | Ningbo Splendid Home Textiles Co., Ltd | 900 | Kmart Corporation | $29,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29,700.00 | NINGBO SPLENDID HOME TEXTILES CO.,LTD | 2693 | Kmart Corporation | $29,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29,700.00 |
| | | | | | | | | | | Ningbo Splendid Home Textiles Co., Ltd | 2711 | Kmart Corporation | $29,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29,700.00 |
| 30. | Olla Beauty Supply, INC DBA Ultra Standard Distributors | 10478 | Sears Holdings Corporation | $49,057.13 | $0.00 | $0.00 | $0.00 | $147,827.27 | $196,884.40 | Olla Beauty Supply, INC DBA Ultra Standard Distributors | 10561 | Sears Holdings Corporation | $49,057.13 | $0.00 | $0.00 | $0.00 | $147,827.27 | $196,884.40 |
| 31. | P.K. Douglass Inc. | 2202 | Kmart Corporation | $32,995.10 | $0.00 | $0.00 | $0.00 | $0.00 | $32,995.10 | P.K. Douglass Inc. | 8516 | Kmart Corporation | $30,778.80 | $0.00 | $0.00 | $0.00 | $0.00 | $30,778.80 |
| 32. | Pearl Global Industries Limited | 1445 | Sears, Roebuck and Co. | $1,118,516.11 | $0.00 | $0.00 | $0.00 | $0.00 | $1,118,516.11 | Pearl Global Industries Limited | 16468 | Sears Holdings Corporation | $134,673.93 | $0.00 | $0.00 | $0.00 | $562,281.51 | $696,955.44 |
| 33. | Pearl Global Industries Limited | 3313 | Sears, Roebuck and Co. | $1,118,516.11 | $0.00 | $0.00 | $0.00 | $0.00 | $1,118,516.11 | | | | | | | | | |
| 34. | Pearl Global Industries Limited | 1452 | Kmart Holding Corporation | $1,505,897.25 | $0.00 | $0.00 | $0.00 | $0.00 | $1,505,897.25 | Pearl Global Industries Limited | 16366 | Kmart Holding Corporation | $496,224.75 | $0.00 | $0.00 | $0.00 | $457,099.53 | $953,324.28 |
| 35. | Pearl Global Industries Limited | 2687 | Kmart Corporation | $1,505,897.25 | $0.00 | $0.00 | $0.00 | $0.00 | $1,505,897.25 | | | | | | | | | |
| 36. | Pearl Global Industries Limited | 3174 | Kmart Corporation | $1,505,897.25 | $0.00 | $0.00 | $0.00 | $0.00 | $1,505,897.25 | | | | | | | | | |
| 37. | Pearl Global Industries Limited | 3305 | Kmart Corporation | $1,505,897.25 | $0.00 | $0.00 | $0.00 | $0.00 | $1,505,897.25 | | | | | | | | | |
| 38. | Quality House Int | 753 | Sears Holdings Corporation | $1,678,807.63 | $0.00 | $0.00 | $0.00 | $568,632.17 | $2,247,439.80 | Quality House Int | 2939 | Sears Holdings Corporation | $1,678,807.63 | $0.00 | $0.00 | $0.00 | $568,632.17 | $2,247,439.80 |
| | | | | | | | | | | Quality House Int | 7897 | Sears, Roebuck and Co. | $141,342.75 | $0.00 | $0.00 | $0.00 | $642,984.39 | $784,327.14 |
| 39. | South Water Signs | 356 | Sears Holdings Corporation | $20,640.00 | $0.00 | $0.00 | $0.00 | $38,644.00 | $59,284.00 | SOUTH WATER SIGNS | 9060 | Sears Holdings Corporation | $20,640.00 | $0.00 | $0.00 | $0.00 | $36,394.00 | $57,034.00 |
| 40. | Thiessen Communications | 1124 | Sears Holdings Corporation | $21,700.00 | $0.00 | $0.00 | $21,700.00 | $120,818.01 | $164,218.01 | Vendor Recovery Fund IV, LLC as Transferee of Thiessen Communications | 6713 | Sears Holdings Corporation | $38,122.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38,122.00 |

2

Debtors' Fourth Omnibus Objection to Claims

Exhibit 1 - Amended/Superseded Claims

In re: Sears Holdings Corporation, et al.

Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount |
| 41. | Weihai Lianqiao International Coop. Group Co., LTD | 519 | Kmart Corporation | $897,737.81 | $0.00 | $0.00 | $0.00 | $105,863.90 | $1,003,601.71 | Weihai Lianqiao International Coop Group Co. Ltd. | 15702 | Kmart Corporation | $267,841.10 | $0.00 | $0.00 | $0.00 | $622,271.58 | $890,112.68 |
| 42. | Weihai Lianqiao International Coop Group Co, Ltd | 2340 | Kmart Corporation | $897,737.81 | $0.00 | $0.00 | $0.00 | $105,863.90 | $1,003,601.71 | | | | | | | | | |
| 43. | Weihai Lianqiao International Coop. Group Co., Ltd | 818 | Sears, Roebuck and Co. | $1,988,977.51 | $0.00 | $0.00 | $0.00 | $979,952.80 | $2,968,930.31 | Weihai Lianqiao International Coop Group Co. Ltd. | 15587 | Sears, Roebuck and Co. | $646,697.26 | $0.00 | $0.00 | $0.00 | $1,965,191.34 | $2,611,888.60 |
| 44. | Weihai Lianqiao International Coop. Group Co., Ltd | 2513 | Sears, Roebuck and Co. | $1,988,977.51 | $0.00 | $0.00 | $0.00 | $979,952.80 | $2,968,930.31 | | | | | | | | | |
| 45. | Whitebox Multi- Strategy Partners, LP as Transferee of SportsPower Limited | 3352 | Sears, Roebuck and Co. | $246,180.00 | $0.00 | $0.00 | $0.00 | $0.00 | $246,180.00 | Whitebox Multi- Strategy Partners, LP as Transferee of SportsPower Limited | 13944 | Sears, Roebuck and Co. | $246,180.00 | $0.00 | $0.00 | $0.00 | $0.00 | $246,180.00 |
| 46. | Whitebox Multi- Strategy Partners, LP as Transferee of SportsPower Limited | 4284 | Sears, Roebuck and Co. | $246,180.00 | $0.00 | $0.00 | $0.00 | $0.00 | $246,180.00 | | | | | | | | | |
| 47. | Wicked Fashions, Inc. | 4102 | Sears Holdings Corporation | $144,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144,912.00 | Wicked Fashions, Inc. | 15247 | Sears Holdings Corporation | $144,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144,912.00 |
| | | | | | | | | | | Wicked Fashions, Inc. | 16205 | Sears Holdings Corporation | $144,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144,912.00 |
| 48. | Winners Industry Company Limited | 7825 | Sears, Roebuck and Co. | $943,943.23 | $0.00 | $0.00 | $0.00 | $1,173,318.89 | $2,117,262.12 | Winners Industry Company Limited | 15654 | Sears, Roebuck and Co. | $1,726,765.83 | $0.00 | $0.00 | $0.00 | $1,173,318.89 | $2,900,084.72 |
| | | | | | | | | | | Winners Industry Company Limited | 17627 | Sears, Roebuck and Co. | $1,726,765.83 | $0.00 | $0.00 | $0.00 | $1,173,318.89 | $2,900,084.72 |
| 49. | Winners Industry Company Limited | 7827 | Kmart Corporation | $1,117,926.72 | $0.00 | $0.00 | $0.00 | $1,253,150.92 | $2,371,077.64 | Winners Industry Company Limited | 15719 | Kmart Corporation | $1,205,965.44 | $0.00 | $0.00 | $0.00 | $1,253,150.92 | $2,459,116.36 |
| | | | | | | | | | | Winners Industry Company Limited | 16253 | Kmart Corporation | $1,205,965.44 | $0.00 | $0.00 | $0.00 | $1,253,150.92 | $2,459,116.36 |
| 50. | Zhejiang YAT Electrical Appliance Co, Ltd. #4188 | 3852 | Sears Holdings Corporation | $741,944.50 | $0.00 | $0.00 | $0.00 | $0.00 | $741,944.50 | Zhejiang YAT Electrical Appliance Co, Ltd. #4188 | 8677 | Sears, Roebuck and Co. | $741,944.50 | $0.00 | $0.00 | $0.00 | $0.00 | $741,944.50 |

3