WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                       :    Chapter 11
                                            :
**SEARS HOLDINGS CORPORATION**, *et al.*,   :    Case No. 18-23538 (RDD)
                                            :
Debtors.[1]                                 :    **(Jointly Administered)**
------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746 REGARDING DEBTORS' FIFTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On August 29, 2019, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims)* (ECF No. 5031) (the "**Omnibus Objection**").

2. In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for September 19, 2019, at 4:00 p.m. (Prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** (the "**Reclassified Claims**") to the proposed order granting the relief requested in the Omnibus Objection annexed hereto as **Exhibit A** (the "**Proposed Order**"), no responsive pleadings to have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4. Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: October 22, 2019
       New York, New York

                                  */s/ Garrett A. Fail*
                                  Ray C. Schrock, P.C.
                                  Jacqueline Marcus
                                  Garrett A. Fail
                                  Sunny Singh
                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York  10153
                                  Telephone:  (212) 310-8000
                                  Facsimile:  (212) 310-8007

                                  *Attorneys for Debtors*
                                  *and Debtors in Possession*

WEIL:\97228128\2\73217.0004

# Exhibit A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                          :    Chapter 11
                                                               :
**SEARS HOLDINGS CORPORATION**, *et al.*,                      :    Case No. 18-23538 (RDD)
                                                               :
Debtors.[1]                                                    :    (Jointly Administered)
---------------------------------------------------------------- x

**ORDER GRANTING DEBTORS' FIFTH OMNIBUS OBJECTION**
**TO PROOFS OF CLAIM (RECLASSIFIED AS GENERAL UNSECURED CLAIMS)**

Upon the *Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassified as General Unsecured Claims)*, filed August 29, 2019 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) reclassifying the asserted administrative expense, priority, or secured amounts of the Reclassified Claims, and (ii) granting related relief, as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"); and due and proper notice of the relief requested in the Objection having been provided in accordance with the Claims Procedures Order, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and it appearing that other or further notice need be provided; and upon the record of all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Objection is granted to the extent set forth herein.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each of the claims listed on **Exhibit 1** annexed hereto is hereby disallowed and expunged to the extent set forth on **Exhibit 1**.

3. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

4. This Court shall retain jurisdiction over the Debtors and the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

5. The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2019
        White Plains, New York

                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

WEIL:\97228128\2\73217.0004

| Debtors' Fifth Omnibus Objection to Claims | | | | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|---|---|---|
| Exhibit 1 - Reclassed Claims | | | | | Case No. 18-23538 (RDD) |

| **Schedule of 503(b)(9) Claims to be Reclassified*** | | | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 1. | 6 Sigma Construction, LLC | 9664 | Sears Holdings Corporation | $3,598.20 | $3,598.20 | The Claim does not relate to the receipt of "goods". |
| 2. | 6 Sigma Construction, LLC | 9347 | Sears Holdings Corporation | $3,808.99 | $3,808.99 | The Claim does not relate to the receipt of "goods". |
| 3. | 6 Sigma Construction, LLC | 9645 | Sears Holdings Corporation | $4,418.25 | $4,418.25 | The Claim does not relate to the receipt of "goods". |
| 4. | 6 Sigma Construction, LLC | 9663 | Sears Holdings Corporation | $4,615.97 | $4,615.97 | The Claim does not relate to the receipt of "goods". |
| 5. | 6 Sigma Construction, LLC | 9420 | Sears Holdings Corporation | $4,802.25 | $4,802.25 | The Claim does not relate to the receipt of "goods". |
| 6. | 6 Sigma Construction, LLC | 9363 | Sears Holdings Corporation | $5,976.67 | $5,976.67 | The Claim does not relate to the receipt of "goods". |
| 7. | 6 Sigma Construction, LLC | 9665 | Sears Holdings Corporation | $6,506.70 | $6,506.70 | The Claim does not relate to the receipt of "goods". |
| 8. | 6 Sigma Construction, LLC | 9519 | Sears Holdings Corporation | $6,655.88 | $6,655.88 | The Claim does not relate to the receipt of "goods". |
| 9. | 6 Sigma Construction, LLC | 9666 | Sears Holdings Corporation | $7,467.31 | $7,467.31 | The Claim does not relate to the receipt of "goods". |
| 10. | 6 Sigma Construction, LLC | 9647 | Sears Holdings Corporation | $8,566.71 | $8,566.71 | The Claim does not relate to the receipt of "goods". |
| 11. | 6 SIGMA CONSTRUCTION | 9318 | Sears Holdings Corporation | $12,114.06 | $12,114.06 | The Claim does not relate to the receipt of "goods". |
| 12. | 6 Sigma Construction, LLC | 9641 | Sears Holdings Corporation | $13,023.69 | $13,023.69 | The Claim does not relate to the receipt of "goods". |
| 13. | 6 Sigma Construction, LLC | 9524 | Sears Holdings Corporation | $44,774.10 | $44,774.10 | The Claim does not relate to the receipt of "goods". |
| 14. | 6 Sigma Construction, LLC | 9676 | Sears Holdings Corporation | $128,396.08 | $128,396.08 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Fifth Omnibus Objection to Claims  
Exhibit 1 - Reclassed Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| Schedule of 503(b)(9) Claims to be Reclassified* |||||| 
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 15. | AAON, Inc. | 4567 | Sears Holdings Corporation | $194,966.00 | $194,966.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 17. | AHS Staffing, LLC (formerly PharmStat, LLC) | 1227 | Sears Holdings Management Corporation | $5,621.16 | $5,621.16 | The Claim does not relate to the receipt of "goods". |
| 18. | Aikins, Scott Richard | 7099 | Sears Holdings Corporation | $500.00 | $500.00 | The Claim does not relate to the receipt of "goods". |
| 19. | ALEXANDER, FELICIA | 10570 | Sears Holdings Corporation | $0.00 | $0.00 | The Claim does not relate to the receipt of "goods". |
| 20. | AWADA, ABESS | 12930 | Sears Holdings Corporation | $5,500.00 | $5,500.00 | The Claim does not relate to the receipt of "goods". |
| 21. | Barnes, Horace | 6795 | Sears Holdings Corporation | $4,000.00 | $4,000.00 | The Claim does not relate to the receipt of "goods". |
| 22. | Barnes, Horace | 8062 | Sears Holdings Corporation | $4,000.00 | $4,000.00 | The Claim does not relate to the receipt of "goods". |
| 23. | Basic Research | 5741 | Sears Holdings Corporation | $10,404.00 | $10,404.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 24. | Bauer, Joseph | 7736 | Sears, Roebuck and Co. | $1,112.00 | $1,112.00 | The Claim does not relate to the receipt of "goods". |
| 25. | Benitez Hermanos, Inc. | 1688 | Sears Holdings Corporation | $625,555.18 | $625,555.18 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 26. | BIRD, ARTHUR & DORIS | 16819 | Sears Holdings Corporation | $0.00 | $0.00 | The Claim does not relate to the receipt of "goods". |
| 28. | CARILUS, PIERRE | 10913 | Sears Protection Company (Florida), L.L.C. | $0.00 | $0.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 29. | CARLSON PET PRODUCTS | 8914 | Sears Holdings Corporation | $610.00 | $610.00 | The Claim does not relate to goods received "by the Debtors". |
| 30. | Cintas Corporation | 6220 | Sears Holdings Corporation | $4,630.92 | $4,630.92 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

2

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

## Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 31. | City of Allen, TX - Utility Dept | 9882 | Sears Holdings Corporation | $451.06 | $451.06 | The Claim does not relate to the receipt of "goods". |
| 32. | City of Orange | 9253 | Sears Holdings Corporation | $1,951.31 | $1,951.31 | The Claim does not relate to the receipt of "goods". |
| 33. | City of Statesville | 7109 | Sears Holdings Corporation | $14,983.17 | $14,983.17 | The Claim does not relate to the receipt of "goods". |
| 34. | Commercial Solutions, Inc., dba Uncle Sam's Glass & Door | 5106 | Sears Holdings Corporation | $73,089.09 | $73,089.09 | The Claim does not relate to the receipt of "goods". |
| 35. | Coorun Limited | 12433 | Sears Holdings Corporation | $13,087.83 | $13,087.83 | The Claim does not relate to goods received "by the Debtors". |
| 36. | CORDELL, DALE | 14952 | Sears Holdings Corporation | $12,065.25 | $12,065.25 | The Claim does not relate to the receipt of "goods". |
| 37. | Crawford, Coy | 12341 | Sears, Roebuck and Co. | $2,000.00 | $2,000.00 | The Claim does not relate to the receipt of "goods". |
| 38. | DAVCO MECHANICAL SERVICES LLC | 8028 | Sears, Roebuck and Co. | $9,209.16 | $9,209.16 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 41. | DEWITT & FLO HOLLINGSWORTH | 16246 | Sears Holdings Corporation | $2,700.00 | $2,700.00 | The Claim does not relate to the receipt of "goods". |
| 42. | EULER HERMES N.A as Agent for KSH BRAND LLC | 10466 | Kmart Corporation | $364.75 | $364.75 | The Claim does not relate to goods received "by the Debtors". |
| 43. | EULER HERMES N.A. as Agent for KSH BRAND LLC | 10521 | Kmart Holding Corporation | $364.75 | $364.75 | The Claim does not relate to goods received "by the Debtors". |
| 44. | FH Group | 1475 | Sears, Roebuck and Co. | $2,607.68 | $2,607.68 | The Claim does not relate to goods received "by the Debtors". |
| 45. | Foster, Paula & Kenneth | 12037 | Sears Holdings Corporation | $7,519.00 | $7,519.00 | The Claim does not relate to the receipt of "goods". |
| 46. | Fox, Viola | 6273 | Sears Holdings Corporation | $105.47 | $105.47 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

3

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | | Schedule of 503(b)(9) Claims to be Reclassified* | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 47. | Gazda, Carol | 16764 | Sears Home Improvement Products, Inc. | $0.00 | $0.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 48. | Goode, Diahann A | 14736 | Sears Home Improvement Products, Inc. | $7,213.26 | $7,213.26 | The Claim does not relate to the receipt of "goods". |
| 49. | Goplus Corp | 1795 | Sears Holdings Corporation | $656,431.40 | $656,431.40 | The Claim does not relate to goods received "by the Debtors". |
| 50. | Graddy, Harold & Mary | 12758 | Sears Holdings Corporation | $200.00 | $200.00 | The Claim does not relate to the receipt of "goods". |
| 51. | Grogg, Norma | 12555 | Sears Brands, L.L.C. | $709.65 | $709.65 | The Claim does not relate to the receipt of "goods". |
| 52. | Hastings Utilities NE | 10212 | Kmart Corporation | $2,089.80 | $2,089.80 | The Claim does not relate to the receipt of "goods". |
| 53. | HENDERSON, CAROL ANN | 18306 | Sears Home Improvement Products, Inc. | $16,186.00 | $16,186.00 | The Claim does not relate to the receipt of "goods". |
| 54. | Hetmeyer, Elijah | 11365 | Sears Holdings Corporation | $1,451.82 | $1,451.82 | The Claim does not relate to the receipt of "goods". |
| 55. | Hunt & Sons | 7955 | California Builder Appliances, Inc. | $9,568.76 | $9,568.76 | The Claim does not relate to the receipt of "goods". |
| 56. | HUNTER, LYNN | 11728 | Kmart Holding Corporation | $358.00 | $358.00 | The Claim does not relate to the receipt of "goods". |
| 57. | Industrias De Moveis Rotta Ltda | 2686 | Sears, Roebuck de Puerto Rico, Inc. | $108,315.07 | $108,315.07 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 58. | Ingenico Inc. | 18689 | Sears Holdings Management Corporation | $9,742.50 | $9,742.50 | The Claim does not relate to the receipt of "goods". |
| 59. | Inna Maze | 15903 | Sears Holdings Corporation | $1,232.00 | $1,232.00 | The Claim does not relate to the receipt of "goods". |
| 60. | INTEGRATED SERVICE MGT LLC | 10449 | Sears Holdings Corporation | $201,153.81 | $201,153.81 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

4

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | | **Schedule of 503(b)(9) Claims to be Reclassified*** | | | |
|---|---|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Reclassified** | **Asserted Debtor** | **Asserted 503(b)(9) Priority** | **Amount Reclassified as General Unsecured Claim** | **Reason for Proposed Reclassification** |
| 61. | Jabtec, LLC | 5200 | Sears Holdings Corporation | $8,302.50 | $8,302.50 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 62. | JET COLLECTION CORP. | 462 | Sears Holdings Corporation | $592,276.78 | $592,276.78 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 63. | Joiner, Candis | 6984 | Sears Holdings Corporation | $15.00 | $15.00 | The Claim does not relate to the receipt of "goods". |
| 64. | JS-Fantasy, Inc. | 876 | Sears Holdings Corporation | $251,585.91 | $251,585.91 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 65. | Juan, Angeles | 13155 | Sears, Roebuck and Co. | $800.00 | $800.00 | The Claim does not relate to the receipt of "goods". |
| 66. | KC Tool, LLC | 2962 | Sears Holdings Corporation | $864.48 | $864.48 | The Claim does not relate to goods received "by the Debtors". |
| 67. | Kingswell, Inc. | 10816 | Sears Holdings Corporation | $1,208.40 | $1,208.40 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 68. | KTM Ventures LLC dba USAetail | 2968 | Sears Holdings Corporation | $2,599.04 | $2,599.04 | The Claim does not relate to goods received "by the Debtors". |
| 69. | KTM Ventures LLC dba USAetail | 10568 | Sears Holdings Corporation | $2,599.04 | $2,599.04 | The Claim does not relate to goods received "by the Debtors". |
| 70. | Kulzer Limited | 12432 | Sears Holdings Corporation | $47,512.95 | $47,512.95 | The Claim does not relate to goods received "by the Debtors". |
| 71. | L&K PARTNERS INC. | 14034 | Sears Holdings Management Corporation | $104,697.78 | $104,697.78 | The Claim does not relate to the receipt of "goods". |
| 72. | La Ornamental & Rack Corp | 11137 | Sears Holdings Management Corporation | $2,966.67 | $2,966.67 | The Claim does not relate to goods received "by the Debtors". |
| 73. | LDC ENTERPRISE INC. LTD. | 12819 | Sears Holdings Corporation | $52,653.72 | $52,653.72 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 74. | LOPEZ, JESSE | 7114 | Sears Holdings Corporation | $1,125.00 | $1,125.00 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Fifth Omnibus Objection to Claims  
Exhibit 1 - Reclassed Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 75. | Lucinbill, Inc. | 2127 | Sears Holdings Management Corporation | $525.00 | $525.00 | The Claim does not relate to the receipt of "goods". |
| 76. | MARRO, GREG | 18360 | Sears Home Improvement Products, Inc. | $500.00 | $500.00 | The Claim does not relate to the receipt of "goods". |
| 77. | Martinez Cabrera, Juan | 7599 | Sears Holdings Corporation | $2,322.00 | $2,322.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 78. | MAURICIO PLUMBING SERVICES | 18643 | Sears Holdings Management Corporation | $11,113.00 | $11,113.00 | The Claim does not relate to the receipt of "goods". |
| 79. | MCCOY, JACKIE | 15847 | Sears Home Improvement Products, Inc. | $1,116.00 | $1,116.00 | The Claim does not relate to the receipt of "goods". |
| 80. | McKently Malak Architects, Inc. | 5100 | Sears Holdings Corporation | $23,562.29 | $23,562.29 | The Claim does not relate to the receipt of "goods". |
| 81. | McNaughton, Kevin | 10443 | Sears Holdings Corporation | $700.00 | $700.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 82. | Mei-Yip, Cindy | 15431 | Sears Holdings Corporation | $475.00 | $475.00 | The Claim does not relate to the receipt of "goods". |
| 83. | Membrila, Tomas | 1460 | Sears Holdings Corporation | $201.63 | $201.63 | The Claim does not relate to the receipt of "goods". |
| 84. | MICROSYSTEMS INC | 12768 | Sears Holdings Corporation | $3,500.00 | $3,500.00 | The Claim does not relate to the receipt of "goods". |
| 85. | Mike Media Group Inc | 1566 | Sears Holdings Corporation | $6,000.00 | $6,000.00 | The Claim does not relate to the receipt of "goods". |
| 86. | MIRJALILI, EBRAHIM | 18184 | Sears Holdings Corporation | $4,162.38 | $4,162.38 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 87. | MITCHELL, SHAWNA | 13674 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 88. | Moore, Arlene M | 17020 | Sears Home Improvement Products, Inc. | $8,313.78 | $8,313.78 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

6

**Debtors' Fifth Omnibus Objection to Claims**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassed Claims**  Case No. 18-23538 (RDD)

| | Schedule of 503(b)(9) Claims to be Reclassified* | | | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 89. | Morales, Betty | 7626 | Sears Holdings Corporation | $2,100.00 | $2,100.00 | The Claim does not relate to the receipt of "goods". |
| 90. | MOROZ, NATALIE & GEORGE | 14191 | Sears Home Improvement Products, Inc. | $22,421.76 | $22,421.76 | The Claim does not relate to the receipt of "goods". |
| 91. | Mount, Karen | 10458 | Sears Holdings Corporation | $8,000.00 | $8,000.00 | The Claim does not relate to the receipt of "goods". |
| 92. | National Gas & Oil Cooperative | 6396 | Sears Holdings Corporation | $125.83 | $125.83 | The Claim does not relate to the receipt of "goods". |
| 93. | National Subrogation Services LLC | 9065 | Sears Holdings Corporation | $12,910.46 | $12,910.46 | The Claim does not relate to the receipt of "goods". |
| 94. | Nelson, Dayna Diane | 11373 | Sears Holdings Corporation | $0.00 | $0.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 95. | New Dimensions | 3923 | Sears Holdings Corporation | $720.28 | $720.28 | The Claim does not relate to the receipt of "goods". |
| 96. | Nichols Paper and Supply, Co. | 8941 | Sears Holdings Corporation | $856.07 | $856.07 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 97. | Norwood, Starla | 18698 | Sears Holdings Corporation | $7,400.00 | $7,400.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 98. | OAK BROOK MECHANICAL SERVICES, INC. | 6139 | Kmart Stores of Illinois LLC | $596.00 | $596.00 | The Claim does not relate to the receipt of "goods". |
| 99. | OWENS III, JOHN WILLIAM | 7100 | Sears Holdings Corporation | $250.00 | $250.00 | The Claim does not relate to the receipt of "goods". |
| 101. | PNE International LLC | 4661 | Sears Holdings Corporation | $3,731.58 | $3,731.58 | The Claim does not relate to the receipt of "goods". |
| 102. | Pocahontas Star Herald | 1494 | Sears Holdings Corporation | $1,650.00 | $1,650.00 | The Claim does not relate to the receipt of "goods". |
| 103. | PORTER, CLAYTON | 14201 | Sears Home Improvement Products, Inc. | $8,634.56 | $8,634.56 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.   7

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 104. | PRAIRIE ELECTRIC COMPANY INC | 3140 | Sears Holdings Corporation | $3,823.42 | $3,823.42 | The Claim does not relate to the receipt of "goods". |
| 105. | Prairie Electric Company Inc | 10987 | Sears Holdings Corporation | $10,961.68 | $10,961.68 | The Claim does not relate to the receipt of "goods". |
| 106. | Premier Water Systems | 7185 | Sears Holdings Corporation | $5,164.51 | $5,164.51 | The Claim does not relate to goods received "by the Debtors". |
| 107. | PUCELY, JOEL | 7102 | Sears Holdings Corporation | $400.00 | $400.00 | The Claim does not relate to the receipt of "goods". |
| 108. | Qassis, Ureib | 15874 | Kmart Corporation | $0.00 | $0.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 109. | QFS Quality for Sale | 5272 | Sears Holdings Corporation | $89,297.76 | $89,297.76 | The Claim does not relate to the receipt of "goods". |
| 110. | Qualimax Marketing Inc | 19123 | Sears Holdings Corporation | $1,499.44 | $1,499.44 | The Claim does not relate to goods received "by the Debtors". |
| 111. | Qualimax Marketing Inc | 2321 | Sears Holdings Corporation | $1,499.44 | $1,499.44 | The Claim does not relate to goods received "by the Debtors". |
| 112. | Ranscapes, Inc. | 7732 | Sears Holdings Corporation | $5,550.04 | $5,550.04 | The Claim does not relate to the receipt of "goods". |
| 114. | REGIS ELECTRIC LLC | 16323 | Kmart Corporation | $1,463.54 | $1,463.54 | The Claim does not relate to the receipt of "goods". |
| 115. | Residential Builders Association (RBA) | 7564 | California Builder Appliances, Inc. | $8,500.00 | $8,500.00 | The Claim does not relate to the receipt of "goods". |
| 116. | ReviewTrackers Inc | 477 | Sears Holdings Corporation | $2,128.31 | $2,128.31 | The Claim does not relate to the receipt of "goods". |
| 117. | Rhett PDX LLC | 11539 | Sears Holdings Corporation | $2,751.39 | $2,751.39 | The Claim does not relate to goods received "by the Debtors". |
| 118. | Rodriguez Santos, Antonia | 19030 | Sears Holdings Corporation | $15,725.00 | $15,725.00 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Fifth Omnibus Objection to Claims    In re: Sears Holdings Corporation, *et al.*
Exhibit 1 - Reclassed Claims    Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 119. | RTH Mechanical Services, Inc | 5634 | Sears Holdings Corporation | $730.00 | $730.00 | The Claim does not relate to the receipt of "goods". |
| 120. | Rubio, Mauricio | 6969 | Sears Holdings Management Corporation | $11,113.00 | $11,113.00 | The Claim does not relate to the receipt of "goods". |
| 121. | Rubio, Mauricio | 9957 | Sears Holdings Management Corporation | $11,113.00 | $11,113.00 | The Claim does not relate to the receipt of "goods". |
| 122. | RUSH, ADRIENNE | 12618 | Sears Holdings Management Corporation | $10,810.00 | $10,810.00 | The Claim does not relate to the receipt of "goods". |
| 123. | SABRINIS ROYAL TREATS LLC | 18862 | Kmart Corporation | $8,290.00 | $8,290.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 124. | Sabrinis Treats | 4586 | Kmart Corporation | $8,280.00 | $8,280.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 125. | Service 1 Electric | 803 | Sears Holdings Corporation | $1,015.00 | $1,015.00 | The Claim does not relate to the receipt of "goods". |
| 126. | Shaifah Salahuddin | 16579 | Kmart Holding Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 127. | Shoezoo.com LLC | 3917 | Sears Holdings Corporation | $7,804.73 | $7,804.73 | The Claim does not relate to goods received "by the Debtors". |
| 130. | Simpson, Pat | 19213 | Sears Home Improvement Products, Inc. | $5,000.00 | $5,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 131. | SK Jewel Inc. | 13343 | Sears Holdings Corporation | $199.99 | $199.99 | The Claim does not relate to goods received "by the Debtors". |
| 132. | Small Engine and Mower Services, llc | 4654 | Sears Holdings Management Corporation | $200.67 | $200.67 | The Claim does not relate to the receipt of "goods". |
| 133. | Smartek USA Inc | 11018 | Sears Holdings Corporation | $512.97 | $512.97 | The Claim does not relate to goods received "by the Debtors". |
| 134. | SMITH, BENNY | 13647 | Sears Holdings Corporation | $1,500.00 | $1,500.00 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    9

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | **Schedule of 503(b)(9) Claims to be Reclassified*** | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 135. | SMITH, SHIRLEY | 10799 | Sears Holdings Corporation | $119.00 | $119.00 | The Claim does not relate to the receipt of "goods". |
| 136. | Sophias Style Boutique | 12790 | Sears Holdings Corporation | $27,328.68 | $27,328.68 | The Claim does not relate to goods received "by the Debtors". |
| 137. | SOUTH WATER SIGNS | 9060 | Sears Holdings Corporation | $20,640.00 | $20,640.00 | The Claim does not relate to the receipt of "goods". |
| 138. | STAR TRIBUNE MEDIA COMPANY LLC | 9306 | Sears Holdings Corporation | $2,277.25 | $2,277.25 | The Claim does not relate to the receipt of "goods". |
| 139. | State Chemical Sales Company International, Inc. | 7998 | Sears, Roebuck de Puerto Rico, Inc. | $1,244.27 | $1,244.27 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 140. | STIPECHE, JUSTO | 18912 | Sears Protection Company | $562.00 | $562.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 141. | Swanier, Ingrid S. | 19379 | Sears Home Improvement Products, Inc. | $11,818.96 | $11,818.96 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 142. | Swanier, Ingrid S. | 19402 | Sears Home Improvement Products, Inc. | $11,818.96 | $11,818.96 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 143. | TAYLOR, CORY | 7093 | Sears Holdings Corporation | $500.00 | $500.00 | The Claim does not relate to the receipt of "goods". |
| 144. | Test Equipment Depot | 5235 | Sears Holdings Corporation | $2,489.87 | $2,489.87 | The Claim does not relate to goods received "by the Debtors". |
| 145. | Thasku Joseph, Carmen Joseph, and Akimine Walter | 19885 | Sears Holdings Corporation | $15,000,000.00 | $15,000,000.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 146. | The Best Deals For You LLC | 2409 | Sears Holdings Corporation | $5,712.27 | $5,712.27 | The Claim does not relate to goods received "by the Debtors". |
| 147. | THE BEST DEALS FOR YOU LLC | 9634 | Sears, Roebuck and Co. | $5,712.27 | $5,712.27 | The Claim does not relate to goods received "by the Debtors". |
| 149. | The Deal Rack, LLC | 357 | Sears Holdings Corporation | $4,781.49 | $4,781.49 | The Claim does not relate to goods received "by the Debtors". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

10

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | **Schedule of 503(b)(9) Claims to be Reclassified*** | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 150. | The Rockies LLC | 2 | Sears Home Improvement Products, Inc. | $1,970.75 | $1,970.75 | The Claim does not relate to the receipt of "goods". |
| 151. | Tomchak, Julie | 6461 | Sears Holdings Corporation | $6,900.00 | $6,900.00 | The Claim does not relate to goods received "by the Debtors". |
| 152. | Tovar, Raquel | 11757 | Sears Holdings Corporation | $127.00 | $127.00 | The Claim does not relate to the receipt of "goods". |
| 153. | Township of Moorestown, NJ | 7918 | Sears Holdings Corporation | $974.00 | $974.00 | The Claim does not relate to the receipt of "goods". |
| 154. | TOY2U MANUFACTORY COMPANY LIMITED | 15896 | Sears, Roebuck and Co. | $30,358.08 | $30,358.08 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 155. | Toynk Toys LLC | 848 | Sears Holdings Corporation | $4,456.07 | $4,456.07 | The Claim does not relate to goods received "by the Debtors". |
| 156. | Traddictivas Limited | 12481 | Sears Holdings Corporation | $81,121.44 | $81,121.44 | The Claim does not relate to goods received "by the Debtors". |
| 157. | Traddictivas Limited | 12493 | Sears Holdings Corporation | $81,121.44 | $81,121.44 | The Claim does not relate to goods received "by the Debtors". |
| 158. | Trapani, Susan | 9670 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 159. | TRI GREAT INTERNATIONAL LTD. | 288 | Kmart Holding Corporation | $26,352.00 | $26,352.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 160. | Tri Great International Ltd. | 180 | Sears, Roebuck and Co. | $181,672.00 | $181,672.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 161. | Tribune Publishing Company | 16614 | Sears, Roebuck and Co. | $105,813.58 | $105,813.58 | The Claim does not relate to the receipt of "goods". |
| 162. | VACCARO, R | 12110 | Sears Home Improvement Products, Inc. | $500.00 | $500.00 | The Claim does not relate to goods received "by the Debtors". |
| 163. | Valassis Direct Mail, Inc. | 7961 | Sears Holdings Management Corporation | $11,687.36 | $11,687.36 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

*In re: Sears Holdings Corporation, et al.*  
Case No. 18-23538 (RDD)

| | | | **Schedule of 503(b)(9) Claims to be Reclassified*** | | |
|---|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Reclassified** | **Asserted Debtor** | **Asserted 503(b)(9) Priority** | **Amount Reclassified as General Unsecured Claim** | **Reason for Proposed Reclassification** |
| 164. | Valdiva Perez, Leticia | 8847 | Sears, Roebuck and Co. | $275,000.00 | $275,000.00 | The Claim does not relate to goods received "by the Debtors". |
| 165. | Vibes Media LLC | 4312 | Sears Holdings Management Corporation | $183,729.33 | $183,729.33 | The Claim does not relate to the receipt of "goods". |
| 166. | Violet Limited | 12639 | Sears Holdings Corporation | $10,985.21 | $10,985.21 | The Claim does not relate to goods received "by the Debtors". |
| 167. | W S C | 15040 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 168. | WAGABAZA, WILLIAM | 11259 | Sears Holdings Corporation | $12,000.00 | $12,000.00 | The Claim does not relate to goods received "by the Debtors". |
| 169. | WATSON, VIRGINIA | 12258 | Sears Holdings Corporation | $1,400.00 | $1,400.00 | The Claim does not relate to the receipt of "goods". |
| 172. | WILLISTON OBSERVER | 13374 | Sears Holdings Corporation | $395.00 | $395.00 | The Claim does not relate to the receipt of "goods". |
| 173. | Wolfe, Jack Douglas | 10255 | Sears Holdings Corporation | $9,647.35 | $9,647.35 | The Claim does not relate to goods received "by the Debtors". |
| 174. | ZOOMUSA | 7972 | Sears Holdings Corporation | $17,661.99 | $17,661.99 | The Claim does not relate to goods received "by the Debtors". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.