WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

--------------------------------------------------------- x

### NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' SEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (AMENDED AND SUPERSEDED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing (the "**Hearing**") to consider the

*Debtors' Seventh Omnibus Objection to Proofs of Claim (Amended and Superseded Claims)* (ECF

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

No. 5100) solely with respect to the claims listed on **Exhibit 1** annexed hereto, previously scheduled for October 23, 2019 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to November 20, 2019 at 10:00 a.m. (Prevailing Eastern Time)**.  The Hearing may be rescheduled further by the Debtors on notice to the affected claimant(s).

Dated:  October 22, 2019
        New York, New York

                                     */s/ Garrett A. Fail*
                                     Ray C. Schrock, P.C.
                                     Jacqueline Marcus
                                     Garrett A. Fail
                                     Sunny Singh
                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York  10153
                                     Telephone:  (212) 310-8000
                                     Facsimile:  (212) 310-8007

                                     *Attorneys for Debtors*
                                     *and Debtors in Possession*

## **Exhibit 1**

| | Claims to be Disallowed | | Surviving Claims | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. | Name of Claimant | Proof of Claim No. |
| 24. | Brackin, Alice B | 4744 | Brackin, Alice B | 9521 |
| 36. | Castaneda, Nadine | 1850 | Castaneda, Nadine | 17669 |
| 37. | Castaneda, Nadine | 12757 | | |
| 49. | CLEVA HONG KONG, LTD | 2374 | CLEVA HONG KONG, LTD | 8267 |
| 55. | Cook, Eileen | 6632 | Cook, Eileen | 13497 |
| 63. | Curtis 1000 Inc. | 5574 | Curtis 1000 Inc. | 10391 |
| 79. | GARMAN, HUGH H | 10065 | GARMAN, HUGH H | 15557 |
| 112. | King Kay, Stephanie L | 1748 | King Kay, Stephanie L | 12551 |
| 124. | LIMITLESS USA INC. | 16615 | LIMITLESS USA INC. | 16336 |
| 127. | Linscott, Angela | 1544 | Linscott, Angela | 13377 |
| 136. | Mastroeni, Donna I. | 5182 | Mastroeni, Donna I. | 10684 |
| 168. | Peru K-M Company, LLC | 14489 | Peru K-M Company, LLC | 14851 |
| 199. | Romanchuk, Cheryl L. | 2419 | Romanchuk, Cheryl L. | 5662 |
| 201. | Romo, Antonio | 4603 | Romo, Antonio | 12469 |