WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
**SEARS HOLDINGS CORPORATION**, *et al.*,          :    Case No. 18-23538 (RDD)
                                                   :
Debtors.[1]                                        :    **(Jointly Administered)**
------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION PURSUANT TO 28 U.S.C. § 1746 REGARDING DEBTORS' EIGHTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (DUPLICATE CLAIMS)

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On September 9, 2019, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Eighth Omnibus Objection to Proofs of Claim (Duplicate Claims)* (ECF No. 5101) (the "**Omnibus Objection**").

2. In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for September 30, 2019, at 4:00 p.m. (Prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**") annexed hereto as **Exhibit A** (the "**Duplicate Claims**"), no responsive pleadings to have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4. Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: October 22, 2019
      New York, New York

*/s/ Garrett A. Fail*
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

# Exhibit A

## Proposed Order

WEIL:\97235075\1\73217.0004

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re                                                        :    Chapter 11
                                                             :
**SEARS HOLDINGS CORPORATION**, *et al.*,                    :    Case No. 18-23538 (RDD)
                                                             :
     Debtors.[1]                                             :    (Jointly Administered)
------------------------------------------------------------- x

### ORDER GRANTING DEBTORS'
### EIGHTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (DUPLICATE CLAIMS)

Upon the *Debtors' Eighth Omnibus Objection to Proofs of Claim (Duplicate Claims)*, filed September 30, 2019 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) disallowing and expunging the Duplicate Claims (as defined below), and (ii) granting related relief, as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having entered the *Order Approving (I) Claims Objection Procedures, (II) Claims Settlement Procedures, and (III) Claims Hearing Procedures* (ECF No. 3014) (the "**Claims Procedures Order**"); and due and proper notice of the relief requested in the Objection having been provided in accordance with the Claims Procedures Order, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; and it appearing that other or further notice need be provided; and upon the record of all of the proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and that the relief sought in the Objection is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Objection is granted to the extent set forth herein.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each of the claims listed on **Exhibit 1** annexed hereto, under the heading "*Claims to be Disallowed*" (the "**Duplicate Claims**"), is hereby disallowed and expunged in its entirety and each such Duplicate Claim shall be deleted from the Debtors' claim register.

3. The disallowance and expungement of the Duplicate Claims does not constitute any admission or finding concerning any of the claims listed on **Exhibit 1** annexed hereto, under the heading "*Surviving Claims*" (the "**Surviving Claims**"), and the Surviving Claims are neither allowed nor disallowed by this Order.

2

4. The rights of the Debtors to object to the Surviving Claims, in whole or in part, and on any basis, are specifically reserved.

5. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

6. This Court shall retain jurisdiction over the Debtors and the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

7. The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2019
       White Plains, New York

                                      HONORABLE ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

Debtors' Eighth Omnibus Objection to Claims  
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 1. | A-1 Fixit Shop | 5147 | Sears Holdings Corporation | | | | $612.68 | | $612.68 | A-1 Fixit Shop | 11466 | Sears Holdings Corporation | | | | $612.68 | | $612.68 |
| 2. | Action Packaged, Inc. | 5691 | Sears Holdings Corporation | $60,415.90 | | | | | $60,415.90 | Action Packaged, Inc. | 5807 | Sears Holdings Corporation | $60,415.90 | | | | | $60,415.90 |
| 3. | Adams, Benji L. | 3054 | Sears, Roebuck and Co. | | | | $11,671.90 | | $11,671.90 | Adams, Benji L. | 4256 | Sears, Roebuck and Co. | | | | $11,671.90 | | $11,671.90 |
| 4. | Advanced Merchandising Industry Co.,Limited | 10022 | Sears Holdings Corporation | | | $172,953.36 | | | $172,953.36 | Advanced Merchandising Industry Co.,Limited | 10492 | Sears Holdings Corporation | | | $172,953.36 | | | $172,953.36 |
| 5. | Aireco Supply, Inc | 15830 | Sears Holdings Corporation | $10,322.00 | | | | $5,763.53 | $16,085.53 | Aireco Supply, Inc | 16141 | Sears Holdings Corporation | $10,322.00 | | | | $5,763.53 | $16,085.53 |
| 6. | Ambriz, Mario | 13069 | Kmart Stores of Texas LLC | | | | $3,069.24 | | $3,069.24 | AMBRIZ, MARIO | 14415 | Kmart Stores of Texas LLC | | | | $3,069.24 | | $3,069.24 |
| 7. | Antoine, Wedy | 6176 | Sears, Roebuck and Co. | | | | $0.00 | | $0.00 | Antoine, Wedy | 6293 | Sears, Roebuck and Co. | | | | $0.00 | | $0.00 |
| 8. | AR & EM RETAIL GROUP CORP | 9900 | Sears Holdings Corporation | $5,671.74 | | | | | $5,671.74 | AR & EM Retail Group Corp | 11465 | Sears Holdings Corporation | $5,671.74 | | | | | $5,671.74 |
| 9. | Asia Socks Inc | 6255 | Sears, Roebuck and Co. | $173,945.46 | | | | | $173,945.46 | Asia Socks Inc | 8568 | Sears, Roebuck and Co. | $173,945.46 | | | | | $173,945.46 |
| 10. | Baby Coca For Wears & Textiles Co. | 35 | Kmart Corporation | $157,059.12 | | | | | $157,059.12 | Baby Coca For Wears & Textiles Co. | 1262 | Kmart Corporation | $157,059.12 | | | | | $157,059.12 |
| 11. | BABYLON LIMITED | 12486 | Sears Holdings Corporation | $5,379.96 | | | | | $5,379.96 | BABYLON LIMITED | 14397 | Sears Holdings Corporation | $5,379.96 | | | | | $5,379.96 |
| 12. | Barnes, Horace | 6795 | Sears Holdings Corporation | $4,000.00 | | $4,000.00 | $4,000.00 | | $12,000.00 | Barnes, Horace | 8062 | Sears Holdings Corporation | $4,000.00 | | $4,000.00 | $4,000.00 | | $12,000.00 |
| 13. | Bazan, Frances | 2254 | Sears Holdings Corporation | | | | $5,568.00 | | $5,568.00 | Bazan, Frances | 5020 | Sears Holdings Corporation | | | | $5,568.00 | | $5,568.00 |
| 15. | Bonner-Smith, Denise | 9027 | Sears Holdings Corporation | | | | $1,500.00 | | $1,500.00 | Bonner-Smith, Denise | 10199 | Sears Holdings Corporation | | | | $1,500.00 | | $1,500.00 |
| 16. | BRACKIN, ALICE | 9521 | Sears Holdings Corporation | | | | $2,192.08 | | $2,192.08 | BRACKIN, ALICE | 11020 | Sears Holdings Corporation | | | | $2,192.08 | | $2,192.08 |
| 17. | Brandon, Cindy | 1496 | Kmart Corporation | | | | $29,184.00 | | $29,184.00 | BRANDON, CINDY | 1735 | Kmart Corporation | | | | $29,184.00 | | $29,184.00 |
| 18. | Brewer, Sheila | 9468 | Sears Holdings Corporation | | | | $1,470.00 | | $1,470.00 | BREWER, SHEILA | 9546 | Sears Holdings Corporation | | | | $1,470.00 | | $1,470.00 |
| 19. | Bridgett, Patrick Neal | 3887 | Sears Holdings Corporation | | | | $17,445.25 | $24,328.98 | $41,774.23 | Bridgett, Patrick Neal | 12262 | Sears Holdings Corporation | | | | $17,445.25 | $24,328.98 | $41,774.23 |
| 20. | BST International Fashion LTD | 7124 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 21. | BST International Fashion LTD | 7128 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 22. | BST International Fashion LTD | 7130 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 23. | BST International Fashion LTD | 7131 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | BST International Fashion LTD | 7161 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 |
| 24. | BST International Fashion LTD | 7134 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 25. | BST International Fashion LTD | 7135 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 26. | BST International Fashion LTD | 7136 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 27. | BST International Fashion LTD | 7146 | Kmart Corporation | $285,762.40 | | | | $521,485.85 | $807,248.25 | BST International Fashion LTD | 7171 | Kmart Corporation | $285,762.40 | | | | $521,485.85 | $807,248.25 |
| 28. | BST International Fashion LTD | 7168 | Kmart Corporation | $285,762.40 | | | | $521,485.85 | $807,248.25 | | | | | | | | | |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.  
\*\* Asserted amount includes any unliquidated amounts.

1

Debtors' Eighth Omnibus Objection to Claims  
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 29. | Buckeye Sweeping, Inc. | 1395 | Sears Holdings Corporation | $2,000.00 | | | | | $2,000.00 | Buckeye Sweeping, Inc. | 2375 | Sears Holdings Corporation | $2,000.00 | | | | | $2,000.00 |
| 30. | Bullard, Aaron | 1783 | Sears, Roebuck and Co. | | | | $13,564.91 | | $13,564.91 | Bullard, Aaron | 1902 | Sears, Roebuck and Co. | | | | $13,564.91 | | $13,564.91 |
| 31. | Burger, Sandra Goff | 1851 | Sears Holdings Corporation | | | | $994.00 | $1,325.20 | $2,319.20 | Burger, Sandra Goff | 1880 | Sears Holdings Corporation | | | | $994.00 | $1,325.20 | $2,319.20 |
| 32. | Burnham, Kenneth S | 1719 | Sears Holdings Corporation | | | | $2,769.60 | | $2,769.60 | Burnham, Kenneth S | 2208 | Sears Holdings Corporation | | | | $2,769.60 | | $2,769.60 |
| 33. | Burns, Amy | 1402 | Sears Holdings Corporation | | | | $12,850.00 | $15,898.08 | $28,748.08 | BURNS, AMY | 9100 | Sears Holdings Corporation | | | | $12,850.00 | $15,898.00 | $28,748.00 |
| 34. | Burwood Group, Inc. | 1833 | Sears Holdings Corporation | $641,272.31 | | | | $91,803.81 | $733,076.12 | Burwood Group, Inc. | 2076 | Sears Holdings Corporation | $641,272.31 | | | | $91,803.81 | $733,076.12 |
| 35. | Cadena, Angelica M. | 1743 | Sears Holdings Corporation | | | | $644.17 | | $644.17 | Cadena, Angelica M. | 2051 | Sears Holdings Corporation | | | | $644.17 | | $644.17 |
| 36. | Caito Foods, LLC | 10386 | Kmart Corporation | $9,269.67 | | | $41,222.41 | | $50,492.08 | Caito Foods, LLC | 12395 | Kmart Stores of Illinois LLC | $9,269.67 | | | $41,222.41 | | $50,492.08 |
| 37. | Caln Township | 9169 | Sears Holdings Corporation | | | | $225.03 | | $225.03 | Caln Township | 9622 | Sears Holdings Corporation | | | | $225.03 | | $225.03 |
| 38. | Canon Financial Services, Inc. | 14497 | Sears Holdings Corporation | | $163,916.99 | $0.00 | | | $163,916.99 | Canon Financial Services, Inc. | 15054 | Sears Holdings Corporation | | $163,916.99 | $0.00 | | $0.00 | $163,916.99 |
| 39. | CEVASCO, CLARA L. | 5054 | Sears Holdings Corporation | | | | $2,424.24 | | $2,424.24 | Cevasco, Clara L. | 11293 | Sears Holdings Corporation | | | | $2,424.24 | | $2,424.24 |
| 40. | CHESTNUTT, TERASHIA M | 14859 | Sears Holdings Corporation | | | $0.00 | | | $0.00 | CHESTNUTT, TERASHIA M | 14869 | Sears Holdings Corporation | | | $0.00 | | | $0.00 |
| 41. | Choudhry, Ahsan Rizwan | 2456 | Sears Holdings Corporation | $4,106.00 | | | | | $4,106.00 | CHOUDHRY, AHSAN RIZWAN | 12504 | Sears Holdings Corporation | $4,106.00 | | | | | $4,106.00 |
| 42. | Choudhry, Rizwan Akhtar | 3493 | Sears Holdings Corporation | $6,893.90 | | | | | $6,893.90 | Choudhry, Rizwan Akhtar | 12543 | Sears Holdings Corporation | $6,893.90 | | | | | $6,893.90 |
| 43. | City of Meriden Tax Collector | 16691 | Sears, Roebuck and Co. | | | | $16,113.96 | | $16,113.96 | City of Meriden Tax Collector | 17472 | Sears, Roebuck and Co. | | | | $16,113.96 | | $16,113.96 |
| 44. | Coloron Jewelry Inc. | 577 | Sears Holdings Corporation | $114,498.50 | | | | $236,133.00 | $350,631.50 | Coloron Jewelry Inc. | 11219 | Sears Holdings Corporation | $114,498.50 | | | | $236,133.00 | $350,631.50 |
| 45. | Coloron Jewelry Inc. | 631 | Kmart Corporation | $10,957.99 | | | | $51,804.28 | $62,762.27 | Coloron Jewelry Inc. | 11093 | Kmart Corporation | $10,957.99 | | | | $51,804.28 | $62,762.27 |
| 46. | Comercializadora De Calzado El Maraton S.A De C.V. | 11278 | Sears, Roebuck and Co. | $86,401.26 | | | | | $86,401.26 | Comercializadora De Calzado El Maraton S.A De C.V. | 11427 | Sears, Roebuck and Co. | $86,401.26 | | | | | $86,401.26 |
| 47. | Connors, Fong and Mancuso, Inc. | 8243 | Sears Holdings Corporation | | | | $12,850.00 | $62,782.19 | $75,632.19 | Connors, Fong and Mancuso, Inc. | 8700 | Sears Holdings Corporation | | | | $12,850.00 | $62,782.19 | $75,632.19 |
| 48. | DAVENPORT, JONATHAN DANIEL | 1530 | Sears Holdings Corporation | | | | $3,360.00 | | $3,360.00 | DAVENPORT, JONATHAN DANIEL | 1727 | Sears Holdings Corporation | | | | $3,360.00 | | $3,360.00 |
| 49. | Dazzilyn Limited | 12241 | Sears Holdings Corporation | $25,730.49 | | | | | $25,730.49 | DAZZILYN LIMITED | 12431 | Sears Holdings Corporation | $25,730.49 | | | | | $25,730.49 |
| 50. | De Billas Lux | 1729 | Sears Brands, L.L.C. | | | | $2,182.91 | | $2,182.91 | De Billas Lux | 3651 | Sears Brands, L.L.C. | | | | $2,182.91 | | $2,182.91 |
| 51. | De Billas Lux | 2355 | Sears Brands, L.L.C. | | | | $2,182.91 | | $2,182.91 | | | | | | | | | |
| 52. | Del Angel, Justina | 16069 | Sears Holdings Management Corporation | | | | $3,833.33 | | $3,833.33 | Del Angel, Justina | 16492 | Sears Holdings Management Corporation | | | | $3,833.33 | | $3,833.33 |
| 53. | Di Cicco, Thomas | 3884 | Sears Holdings Corporation | | | | $10,893.66 | | $10,893.66 | DI CICCO, THOMAS | 12065 | Sears Holdings Corporation | | | | $10,893.66 | | $10,893.66 |
| 54. | DILEEP INDUSTRIES PVT LTD | 1214 | Kmart Corporation | $33,218.20 | | | | | $33,218.20 | Dileep Industries Pvt Ltd | 1663 | Kmart Corporation | $33,218.20 | | | | | $33,218.20 |
| 55. | Disston Company | 1371 | Sears Holdings Corporation | $41,876.67 | | | | $135,352.97 | $177,229.64 | Disston Company | 2381 | Sears Holdings Corporation | $41,876.67 | | | | $135,352.97 | $177,229.64 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.  
\*\* Asserted amount includes any unliquidated amounts.

2

Debtors' Eighth Omnibus Objection to Claims  
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed ||||||| Surviving Claims |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 56. | Disston Company | 1373 | Kmart Corporation | $10,729.41 | | | | $34,701.50 | $45,430.91 | Disston Company | 2013 | Kmart Corporation | $10,729.41 | | | | $34,701.50 | $45,430.91 |
| 57. | DM MERCHANDISING INC | 13120 | Sears Holdings Corporation | $8,467.20 | | | | $10,609.92 | $19,077.12 | DM MERCHANDISING INC | 14764 | Sears Holdings Corporation | $8,467.20 | | | | $10,609.92 | $19,077.12 |
| 58. | Ducusin, Rowena R | 1684 | Sears Holdings Corporation | | | | $6,000.00 | | $6,000.00 | Ducusin, Rowena R | 2206 | Sears Holdings Corporation | | | | $6,000.00 | | $6,000.00 |
| 59. | Dynasty Carpet & Rug Co., Inc. | 13128 | Sears Holdings Corporation | $11,194.20 | | | | $76,111.55 | $87,305.75 | Dynasty Carpet & Rug Co., Inc. | 15836 | Sears Holdings Corporation | $11,194.20 | | | | $76,111.55 | $87,305.75 |
| 60. | Earnest, Susan | 4565 | Sears Holdings Corporation | | | | $2,800.00 | | $2,800.00 | Earnest, Susan | 14785 | Sears Holdings Corporation | | | | $2,800.00 | | $2,800.00 |
| 61. | Easton Suburban Water Authority | 6040 | Sears Holdings Corporation | | | | $231.00 | | $231.00 | | | | | | | | | |
| 62. | Easton Suburban Water Authority | 6043 | Sears Holdings Corporation | | | | $231.00 | | $231.00 | Easton Suburban Water Authority | 11736 | Sears Holdings Corporation | | | | $231.00 | | $231.00 |
| 63. | Easton Suburban Water Authority | 10112 | Sears Holdings Corporation | | | | $231.00 | | $231.00 | | | | | | | | | |
| 64. | Easton Suburban Water Authority | 6042 | Sears Holdings Corporation | | | | $39.71 | | $39.71 | Easton Suburban Water Authority | 10109 | Sears Holdings Corporation | | | | $39.71 | | $39.71 |
| 65. | Easton Suburban Water Authority | 11804 | Sears Holdings Corporation | | | | $301.43 | | $301.43 | Easton Suburban Water Authority | 17322 | Sears Holdings Corporation | | | | $301.43 | | $301.43 |
| 66. | Elder, Sara E | 16426 | Sears Holdings Corporation | | | | $12,850.00 | $78,842.00 | $91,692.00 | Elder, Sara E | 16530 | Sears Holdings Corporation | | | | $12,850.00 | $78,842.00 | $91,692.00 |
| 67. | El-Habre, Suzanne | 10548 | Sears Holdings Corporation | | | | $6,667.00 | | $6,667.00 | El-Habre, Suzanne | 12213 | Sears Holdings Corporation | | | | $6,667.00 | | $6,667.00 |
| 68. | Evans, Deborah L | 6488 | Sears Holdings Corporation | | | | $217,825.20 | | $217,825.20 | Evans, Deborah L | 6500 | Sears Holdings Corporation | | | | $217,825.20 | | $217,825.20 |
| 69. | FAISON, SHIRLEY | 5903 | Sears Holdings Corporation | | | | $5,142.40 | | $5,142.40 | Faison, Shirley | 10050 | Sears Holdings Corporation | | | | $5,142.40 | | $5,142.40 |
| 70. | Fernandez, Elyse | 4185 | Sears Holdings Corporation | | | | $578.57 | | $578.57 | Fernandez, Elyse | 4773 | Sears Holdings Corporation | | | | $578.57 | | $578.57 |
| 71. | Find Import Corporation c/o Blue Lake Inc. | 10171 | Sears Holdings Corporation | $50,138.93 | | | | | $50,138.93 | | | | | | | | | |
| 72. | Find Import Corporation c/o Blue Lake Inc. | 10172 | Sears Holdings Corporation | $50,138.93 | | | | | $50,138.93 | Find Import Corporation c/o Blue Lake Inc. | 10174 | Sears Holdings Corporation | $50,138.93 | | | | | $50,138.93 |
| 73. | Flynn, Dennis | 864 | Sears Holdings Corporation | | | | $3,849.36 | | $3,849.36 | Flynn, Dennis | 10765 | Sears Holdings Corporation | | | | $3,849.36 | | $3,849.36 |
| 74. | Forrest "Butch" Freeman Oklahoma County Treasurer | 5789 | Sears Holdings Corporation | | | $67,761.20 | | | $67,761.20 | Forrest "Butch" Freeman Oklahoma County Treasurer | 6622 | Sears Holdings Corporation | | | $67,761.20 | | | $67,761.20 |
| 75. | FORRESTER, BRIAN | 9053 | Sears Holdings Corporation | | | | $5,051.25 | | $5,051.25 | FORRESTER, BRIAN | 9314 | Sears Holdings Corporation | | | | $5,051.25 | | $5,051.25 |
| 76. | Four Seasons Siding, Inc. | 26 | Sears Home Improvement Products, Inc. | | | | $6,904.86 | | $6,904.86 | Four Seasons Siding, Inc. | 677 | Sears Home Improvement Products, Inc. | | | | $6,904.86 | | $6,904.86 |
| 77. | Fratrich, Stephen J | 4887 | Sears Holdings Corporation | | | | $1,300.00 | | $1,300.00 | FRATRICH, STEPHEN J | 11389 | Sears Holdings Corporation | | | | $1,300.00 | | $1,300.00 |
| 78. | FRYER BARBARA J | 9662 | Sears Holdings Corporation | | | | $14,730.49 | | $14,730.49 | FRYER BARBARA J | 9831 | Sears Holdings Corporation | | | | $14,730.49 | | $14,730.49 |
| 79. | GABYS BAGS LLC | 15252 | Sears Holdings Corporation | $9,269.67 | | | | $7,713.97 | $16,983.64 | Gabys Bags LLC | 16631 | Sears Holdings Corporation | $9,269.67 | | | | $7,713.97 | $16,983.64 |
| 80. | Genesis Consulting LLC | 354 | Sears Home & Business Franchises, Inc. | | | | $12,880.00 | | $12,880.00 | Genesis Consulting LLC | 9047 | Sears Home & Business Franchises, Inc. | | | | $12,880.00 | | $12,880.00 |
| 81. | Green, Scott M | 2415 | Sears Holdings Corporation | | | | $3,339.20 | | $3,339.20 | | | | | | | | | |
| 82. | Green, Scott M | 2421 | Sears Holdings Corporation | | | | $3,339.20 | | $3,339.20 | Green, Scott M | 11994 | Sears Holdings Corporation | | | | $3,339.20 | | $3,339.20 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.  
\*\* Asserted amount includes any unliquidated amounts.

3

Debtors' Eighth Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 83. | Harder, Daniel Robert | 13941 | Sears, Roebuck and Co. | | | | $10,153.85 | | $10,153.85 | Harder, Daniel Robert | 14895 | Sears, Roebuck and Co. | | | | $10,153.85 | | $10,153.85 |
| 84. | Hays County, Texas | 460 | Sears Holdings Corporation | | | $393.58 | | | $393.58 | Hays County, Texas | 475 | Sears Holdings Corporation | | | $393.58 | | | $393.58 |
| 85. | HEIVILIN, DEBRA | 10535 | Sears Holdings Corporation | | | | $560.00 | | $560.00 | HEIVILIN, DEBRA | 10600 | Sears Holdings Corporation | | | | $560.00 | | $560.00 |
| 86. | Heivilin, Debra J | 4772 | Sears Holdings Corporation | | | | $560.00 | | $560.00 | | | | | | | | | |
| 87. | Hernando County Tax Collector | 14308 | Sears, Roebuck and Co. | | | $0.00 | | | $0.00 | HERNANDO COUNTY TAX COLLECTOR | 18398 | Sears, Roebuck and Co. | | | $0.00 | | | $0.00 |
| 88. | HOLDSUN GROUP LIMITED | 19 | Sears, Roebuck and Co. | $49,353.60 | | | | $396,474.17 | $445,827.77 | Holdsun Group Limited | 1257 | Sears, Roebuck and Co. | $49,353.60 | | | | $396,474.17 | $445,827.77 |
| 89. | HOLDSUN GROUP LIMITED | 30 | Sears, Roebuck and Co. | $49,353.60 | | | | $396,474.17 | $445,827.77 | | | | | | | | | |
| 90. | HOLDSUN GROUP LIMITED | 20 | Sears, Roebuck and Co. | $445,827.77 | | | | | $445,827.77 | HOLDSUN GROUP LIMITED | 712 | Sears, Roebuck and Co. | $445,827.77 | | | | | $445,827.77 |
| 91. | House of La-Rose | 4844 | Kmart Holding Corporation | | | $62.80 | | | $62.80 | House of La-Rose | 5105 | Kmart Holding Corporation | | | $62.80 | | | $62.80 |
| 92. | HOWARD, ROOSEVELT | 12106 | Sears Holdings Corporation | | | | $1,520.00 | | $1,520.00 | HOWARD, ROOSEVELT | 12802 | Sears Holdings Corporation | | | | $1,520.00 | | $1,520.00 |
| 93. | Huddleston, Ramona | 8363 | Sears Holdings Corporation | | | | $100,000.00 | | $100,000.00 | Huddleston, Ramona | 8572 | Sears Holdings Corporation | | | | $100,000.00 | | $100,000.00 |
| 94. | IDM Inc | 7572 | Sears Holdings Corporation | $8,475.00 | | | | $47,414.00 | $55,889.00 | IDM Inc | 16345 | Sears Holdings Corporation | $8,475.00 | | | | $47,414.00 | $55,889.00 |
| 95. | Imperial Industrial Supply Co | 1498 | Sears Holdings Corporation | $10,479.22 | | | | $21,242.50 | $31,721.72 | Imperial Industrial Supply Co | 1618 | Sears Holdings Corporation | $10,479.22 | | | | $21,242.50 | $31,721.72 |
| 96. | Imperial Industrial Supply Co | 1622 | Sears Holdings Corporation | $41,578.95 | | | | $87,325.08 | $128,904.03 | Imperial Industrial Supply Co | 1887 | Sears Holdings Corporation | $41,578.95 | | | | $87,325.08 | $128,904.03 |
| 97. | IncrediBody | 15221 | Sears Holdings Corporation | $322.99 | | | | | $322.99 | IncrediBody | 17659 | Sears Holdings Corporation | $322.99 | | | | | $322.99 |
| 100. | Infinite Peripherals, Inc. | 1900 | Sears Holdings Management Corporation | $5,109.39 | | | | $43,978.59 | $49,087.98 | Infinite Peripherals, Inc. | 1979 | Sears Holdings Management Corporation | $5,109.39 | | | | $43,978.59 | $49,087.98 |
| 101. | International Paper | 9567 | Kmart Corporation | $116,548.33 | | | | | $116,548.33 | International Paper | 10048 | Sears Holdings Management Corporation | $116,548.33 | | | | | $116,548.33 |
| 102. | International Paper | 10037 | Kmart Corporation | $116,548.33 | | | | | $116,548.33 | | | | | | | | | |
| 103. | Jackson County Collector-Bankruptcy | 10824 | Sears Holdings Corporation | | | | $546.71 | $1,382.37 | $1,929.08 | Jackson County Collector-Bankruptcy | 11142 | Sears Holdings Corporation | | | | $546.71 | $1,382.37 | $1,929.08 |
| 104. | Kimberly-Clark Corporation | 5393 | Kmart Corporation | $0.00 | | | | $0.00 | $0.00 | Kimberly-Clark Corporation | 5534 | Kmart Corporation | $0.00 | | | | $0.00 | $0.00 |
| 106. | Kingswell, Inc. | 8379 | Sears Holdings Corporation | $1,208.40 | | | | | $1,208.40 | Kingswell, Inc. | 10816 | Sears Holdings Corporation | $1,208.40 | | | | | $1,208.40 |
| 107. | Kloepfer, Inc | 12690 | Sears Holdings Corporation | | | $135,889.67 | | | $135,889.67 | Kloepfer, Inc | 13577 | Sears Holdings Corporation | | | $135,889.67 | | | $135,889.67 |
| 108. | KTM Ventures LLC dba USAetail | 2968 | Sears Holdings Corporation | $2,599.04 | | | | $6,889.94 | $9,488.98 | KTM Ventures LLC dba USAetail | 10568 | Sears Holdings Corporation | $2,599.04 | | | | $6,889.94 | $9,488.98 |
| 109. | Kulzer Limited | 12300 | Sears Holdings Corporation | $47,512.95 | | | | | $47,512.95 | Kulzer Limited | 12432 | Sears Holdings Corporation | $47,512.95 | | | | | $47,512.95 |
| 110. | Kunkel, Sharon M | 3888 | Sears Holdings Corporation | | | | $2,205.00 | | $2,205.00 | Kunkel, Sharon M | 13608 | Sears Holdings Corporation | | | | $2,205.00 | | $2,205.00 |
| 111. | LAFLAMME, TAMMY | 7105 | Sears Holdings Corporation | | | | $4,940.63 | | $4,940.63 | LAFLAMME, TAMMY | 16206 | Sears Holdings Corporation | | | | $4,940.63 | | $4,940.63 |
| 112. | Lara, Melinda | 10988 | Sears Holdings Corporation | | | $0.00 | $0.00 | | $0.00 | LARA, MELINDA | 13672 | Sears Holdings Corporation | | | $0.00 | $0.00 | | $0.00 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
\*\* Asserted amount includes any unliquidated amounts.

4

Debtors' Eighth Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 113. | LEIKER, TERRY G | 9308 | Sears Holdings Corporation | | | | $3,696.00 | | $3,696.00 | Leiker, Terry G | 14087 | Sears Holdings Corporation | | | | $3,696.00 | | $3,696.00 |
| 114. | Levcom Wall Plaza Associates | 13525 | Kmart Corporation | | $47,598.84 | | | $625,132.55 | $672,731.39 | Levcom Wall Plaza Associates | 14283 | Kmart Corporation | | $47,598.84 | | | $625,132.55 | $672,731.39 |
| 115. | Link, Terrence | 7288 | Sears Holdings Corporation | | | | $395.89 | | $395.89 | Link, Terrence | 14351 | Sears Holdings Corporation | | | | $395.86 | $0.03 | $395.89 |
| 116. | Link, Terrence | 7680 | Sears Holdings Corporation | | | | $395.89 | | $395.89 | | | | | | | | | |
| 117. | Linscott, Angela | 13377 | Sears Holdings Corporation | | | $3,200.00 | | | $3,200.00 | Linscott, Angela | 13421 | Sears Holdings Corporation | | | $3,200.00 | | | $3,200.00 |
| 118. | LUAN INVESTMENT SE | 9143 | Kmart Corporation | $10,024.43 | | | | $81,072.08 | $91,096.51 | LUAN INVESTMENT SE | 9215 | Kmart Corporation | $10,024.43 | | | | $81,072.08 | $91,096.51 |
| 119. | Lyncu, Dawn | 1518 | Sears Holdings Corporation | | | | $497.69 | | $497.69 | Lyncu, Dawn | 1981 | Sears Holdings Corporation | | | | $497.69 | | $497.69 |
| 120. | Mayfair Accessories Int'l Ltd | 1291 | Sears Holdings Corporation | $1,211,353.47 | | | | $2,818,392.89 | $4,029,746.36 | MAYFAIR ACCESSORIES INT'L LTD | 1425 | Sears Holdings Corporation | $1,211,353.47 | | | | $2,818,392.89 | $4,029,746.36 |
| 121. | MAYFAIR ACCESSORIES INT'L LTD | 1438 | Kmart Corporation | $841,716.89 | | | | $1,453,395.97 | $2,295,112.86 | MAYFAIR ACCESSORIES INT'L LTD | 14127 | Kmart Corporation | $841,716.89 | | | | $1,453,395.97 | $2,295,112.86 |
| 122. | Mayfair Accessories Int'l Ltd | 1609 | Kmart Corporation | $841,716.89 | | | | $1,453,395.97 | $2,295,112.86 | | | | | | | | | |
| 123. | MAYFAIR ACCESSORIES INT'L LTD | 1621 | Sears, Roebuck and Co. | $369,636.58 | | | | $1,364,996.92 | $1,734,633.50 | Mayfair Accessories Int'l Ltd | 1662 | Sears, Roebuck and Co. | $369,636.58 | | | | $1,364,996.92 | $1,734,633.50 |
| 124. | MAYFAIR ACCESSORIES INT'L LTD | 1627 | Sears, Roebuck and Co. | $369,636.58 | | | | $1,364,996.92 | $1,734,633.50 | | | | | | | | | |
| 125. | McLane Company, Inc. | 15940 | Kmart Corporation | $727,566.65 | | $0.00 | | | $727,566.65 | McLane Company, Inc. | 17756 | Kmart Corporation | $727,566.65 | | $0.00 | | | $727,566.65 |
| 126. | MECHANICS TOOLS WAREHOUSE | 13029 | Sears Holdings Corporation | $30,155.28 | | | | $21,838.64 | $51,993.92 | MECHANICS TOOLS WAREHOUSE | 13097 | Sears Holdings Corporation | $30,155.28 | | | | $21,838.64 | $51,993.92 |
| 127. | MID PACIFIC DISTRIBUTORS, INC. | 4273 | Sears Holdings Management Corporation | $8,779.20 | | | | $33,084.37 | $41,863.57 | MID PACIFIC DISTRIBUTORS, INC. | 4986 | Sears Holdings Management Corporation | $8,779.20 | | | | $33,084.37 | $41,863.57 |
| 128. | Morejon Jr, Alberto | 1741 | Sears Holdings Corporation | | | $8,372.00 | $0.00 | | $8,372.00 | Morejon Jr, Alberto | 2947 | Sears Holdings Corporation | | | $8,372.00 | $0.00 | | $8,372.00 |
| 129. | Morris, Susan K | 1558 | Sears Holdings Corporation | | | | $367.50 | | $367.50 | Morris, Susan K | 1800 | Sears Holdings Corporation | | | | $367.50 | | $367.50 |
| 130. | Moye, Ophelia | 1674 | Sears Holdings Management Corporation | | | | $249.58 | | $249.58 | Moye, Ophelia | 2209 | Sears Holdings Management Corporation | | | | $249.58 | | $249.58 |
| 131. | MyLovebugRocky, LLP | 2407 | Sears Holdings Corporation | $382.06 | | | | | $382.06 | MyLovebugRocky, LLP | 10176 | Sears Holdings Corporation | $382.06 | | | | | $382.06 |
| 132. | NYL Holdings LLC | 1392 | Kmart Corporation | $9,248.40 | | | | | $9,248.40 | NYL Holdings LLC | 3051 | Kmart Corporation | $9,248.40 | | | | | $9,248.40 |
| 133. | Oestreich, Evan R. | 16208 | Sears, Roebuck and Co. | | | | $1,680.00 | | $1,680.00 | Oestreich, Evan R. | 17240 | Sears, Roebuck and Co. | | | | $1,680.00 | | $1,680.00 |
| 134. | Ohio Bureau of Workers' Compensation | 6885 | Sears, Roebuck and Co. | | | | $616,477.37 | | $616,477.37 | Ohio Bureau of Workers' Compensation | 7083 | Sears, Roebuck and Co. | | | | $616,477.37 | | $616,477.37 |
| 135. | One To One Garment Mfg., Ltd. | 903 | Sears, Roebuck and Co. | $1,123.20 | | | | $56,516.50 | $57,639.70 | One To One Garment Mfg., Ltd. | 1782 | Sears, Roebuck and Co. | $1,123.20 | | | | $56,516.50 | $57,639.70 |
| 136. | One To One Garment Mfg., Ltd. | 916 | Kmart Corporation | $109,396.32 | | | | $136,892.94 | $246,289.26 | One To One Garment Mfg., Ltd. | 1960 | Kmart Corporation | $109,396.32 | | | | $136,892.94 | $246,289.26 |
| 137. | Otaguro, Kelvin | 8475 | Sears Holdings Corporation | $346.81 | | | $346.81 | | $693.62 | Otaguro, Kelvin | 11582 | Sears Holdings Corporation | $346.81 | | | $346.81 | | $693.62 |
| 138. | Paco (China) Garment Ltd. | 1187 | Sears Holdings Corporation | $6,831,158.74 | | | | | $6,831,158.74 | Paco (China) Garment Ltd. | 1762 | Sears Holdings Corporation | $6,831,158.74 | | | | | $6,831,158.74 |
| 139. | Pasadena Independent School District | 7011 | Sears Holdings Corporation | | | $92,550.74 | | | $92,550.74 | Pasadena Independent School District | 8066 | Sears Holdings Corporation | | | $92,550.74 | | | $92,550.74 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
\*\* Asserted amount includes any unliquidated amounts.

5

Debtors' Eighth Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 140. | PCL CO LIMITED | 206 | Sears Holdings Corporation | $258,118.88 | | | | $3,102,959.43 | $3,361,078.31 | PCL CO LIMITED | 255 | Sears Holdings Corporation | $258,118.88 | | | | $3,102,959.43 | $3,361,078.31 |
| 141. | PCL CO LIMITED | 572 | Sears, Roebuck and Co. | $126,328.90 | | | | $1,352,548.25 | $1,478,877.15 | PCL CO LIMITED | 3176 | Sears, Roebuck and Co. | $126,328.90 | | | | $1,352,548.25 | $1,478,877.15 |
| 142. | PCL CO LIMITED | 798 | Kmart Corporation | $131,789.98 | | | | $1,750,411.18 | $1,882,201.16 | PCL CO LIMITED | 2281 | Kmart Corporation | $131,789.98 | | | | $1,750,411.18 | $1,882,201.16 |
| 143. | PCL CO LIMITED | 5249 | Kmart Corporation | $398,530.76 | | | | $1,483,670.40 | $1,882,201.16 | PCL Co Limited | 9973 | Kmart Corporation | $398,530.76 | | | | $1,483,670.40 | $1,882,201.16 |
| 144. | PCL CO LIMITED | 5254 | Kmart Corporation | $398,530.76 | | | | $1,483,670.40 | $1,882,201.16 | | | | | | | | | |
| 145. | PCL CO LIMITED | 5251 | Sears, Roebuck and Co. | $382,030.14 | | | | $1,096,847.01 | $1,478,877.15 | PCL Co Limited | 10262 | Sears, Roebuck and Co. | $382,030.14 | | | | $1,096,847.01 | $1,478,877.15 |
| 146. | Petoskey Plastics, Inc. | 4255 | Sears Holdings Corporation | $2,291.60 | | | | $11,962.40 | $14,254.00 | Petoskey Plastics, Inc. | 9255 | Sears Holdings Corporation | $2,291.60 | | | | $11,962.40 | $14,254.00 |
| 147. | POPE COUNTY TAX COLLECTOR | 6515 | Sears Holdings Corporation | | | | $12,205.60 | | $12,205.60 | POPE COUNTY TAX COLLECTOR | 13240 | Sears Holdings Corporation | | | | $12,205.60 | | $12,205.60 |
| 148. | Precision Control Systems of Chicago, Inc. | 12835 | Sears Holdings Corporation | $50,592.00 | | $227,400.00 | | $54,524.00 | $332,516.00 | Precision Control Systems of Chicago, Inc. | 12906 | Sears Holdings Corporation | $50,592.00 | | $227,400.00 | | $54,524.00 | $332,516.00 |
| 149. | PRIMACY INDUSTRIES LIMITED | 1192 | Sears Holdings Corporation | $36,564.78 | | | | | $36,564.78 | PRIMACY INDUSTRIES LIMITED | 2737 | Sears Holdings Corporation | $36,564.78 | | | | | $36,564.78 |
| 150. | Prince of Peace Enterprises Inc. | 5864 | Sears Holdings Corporation | $3,362.16 | | | | $13,872.00 | $17,234.16 | Prince of Peace Enterprises Inc. | 5890 | Sears Holdings Corporation | $3,362.16 | | | | $13,872.00 | $17,234.16 |
| 151. | Promociones Coqui | 6853 | Sears Holdings Corporation | $15,369.00 | | | | $30,738.00 | $46,107.00 | PROMOCIONES COQUI | 6989 | Sears Holdings Corporation | $15,369.00 | | | | $30,738.00 | $46,107.00 |
| 152. | PUEBLO COUNTY TREASURER | 18250 | Sears Holdings Corporation | | | | $58,388.46 | | $58,388.46 | PUEBLO COUNTY TREASURER | 10787 | Sears Holdings Corporation | | | | $58,388.46 | | $58,388.46 |
| 153. | Pueblo County Treasurer | 18272 | Sears Holdings Corporation | | | $7,454.10 | | | $7,454.10 | Pueblo County Treasurer | 10802 | Sears Holdings Corporation | | | $7,454.10 | | | $7,454.10 |
| 154. | Rain of Las Vegas | 4456 | StarWest, LLC | | | $1,852.50 | | | $1,852.50 | RAIN OF LAS VEGAS | 12484 | StarWest, LLC | | | $1,852.50 | | | $1,852.50 |
| 155. | Ranir LLC | 8666 | Sears Holdings Corporation | $24,362.64 | | | | $79,053.60 | $103,416.24 | Ranir LLC | 8929 | Sears Holdings Corporation | $24,362.64 | | | | $79,053.60 | $103,416.24 |
| 156. | REED, ANGELA S | 14060 | Sears Holdings Corporation | | | | $3,902.50 | | $3,902.50 | REED, ANGELA S | 18207 | Sears Holdings Corporation | | | | $3,902.50 | | $3,902.50 |
| 159. | REEVES, MARK | 5845 | Sears Holdings Corporation | | | | $2,724.00 | | $2,724.00 | REEVES, MARK | 11156 | Sears Holdings Corporation | | | | $2,724.00 | | $2,724.00 |
| 160. | RICHARDSON, ALEATHEA | 9485 | Sears Holdings Corporation | | | $0.00 | | | $0.00 | RICHARDSON, ALEATHEA | 10645 | Sears Holdings Corporation | | | $0.00 | | | $0.00 |
| 161. | RICHARDSON, ALEATHEA | 10264 | Sears Holdings Corporation | | | $0.00 | | | $0.00 | | | | | | | | | |
| 162. | Richmix Distributors LLC | 2040 | Sears Holdings Corporation | $1,252.84 | | | | | $1,252.84 | Richmix Distributors LLC | 2698 | Sears Holdings Corporation | $1,252.84 | | | | | $1,252.84 |
| 163. | Richmix Distributors LLC | 2136 | Sears Holdings Corporation | $1,252.84 | | | | | $1,252.84 | | | | | | | | | |
| 164. | Richmix Distributors LLC | 2398 | Sears Holdings Corporation | $1,252.84 | | | | | $1,252.84 | | | | | | | | | |
| 165. | RIGSBY, ZOI | 5460 | Sears Holdings Corporation | | | | $7,017.59 | | $7,017.59 | Rigsby, Zoi | 12145 | Sears Holdings Corporation | | | | $7,017.59 | | $7,017.59 |
| 166. | Roman, Edith | 8939 | Sears Holdings Corporation | | | $18,099.00 | $18,099.00 | | $36,198.00 | Roman, Edith | 9156 | Sears Holdings Corporation | | | $18,099.00 | $18,099.00 | | $36,198.00 |
| 167. | Rosemary Assets Limited | 9746 | Sears Holdings Corporation | $391,903.52 | | | | | $391,903.52 | Rosemary Assets Limited | 10092 | Sears Holdings Corporation | $391,903.52 | | | | | $391,903.52 |
| 168. | Rosenthal & Rosenthal, Inc. | 13188 | Sears Holdings Corporation | $551.75 | | | | | $551.75 | Rosenthal & Rosenthal, Inc. | 13317 | Sears Holdings Corporation | $551.75 | | | | | $551.75 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
\*\* Asserted amount includes any unliquidated amounts.

6

Debtors' Eighth Omnibus Objection to Claims  
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | | Claims to be Disallowed | | | | | | Surviving Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 169. | Rubio, Mauricio | 6969 | Sears Holdings Management Corporation | $11,113.00 | | | | | $11,113.00 | Rubio, Mauricio | 9957 | Sears Holdings Management Corporation | $11,113.00 | | | | | $11,113.00 |
| 170. | Seguinot, Jaime | 1516 | Sears Holdings Corporation | | | | $2,441.25 | | $2,441.25 | Seguinot, Jaime | 1976 | Sears Holdings Corporation | | | | $2,441.25 | | $2,441.25 |
| 171. | Seiko Watch of America LLC | 14055 | Sears Operations LLC | | | $415,611.61 | | $143,039.78 | $558,651.39 | Seiko Watch of America LLC | 14069 | Sears Operations LLC | | | $415,611.61 | | $143,039.78 | $558,651.39 |
| 172. | Shanghai Neoent Industrial Co.,Ltd | 1605 | Sears Holdings Corporation | | | $12,474.00 | | | $12,474.00 | Shanghai Neoent Industrial Co.,Ltd | 1957 | Sears Holdings Corporation | | | $12,474.00 | | | $12,474.00 |
| 175. | Stanios Industrial Supply Co | 2320 | Sears Holdings Corporation | | | | $9,826.20 | | $9,826.20 | Stanios Industrial Supply Co | 2346 | Sears Holdings Corporation | | | | $9,826.20 | | $9,826.20 |
| 176. | Stericycle Environmental Solutions Inc | 16934 | Sears, Roebuck de Puerto Rico, Inc. | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 | Stericycle Environmental Solutions Inc | 18304 | Sears, Roebuck de Puerto Rico, Inc. | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 |
| 177. | Stericycle Environmental Solutions, Inc. | 17054 | Kmart Corporation | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 | Stericycle Environmental Solutions, Inc. | 18094 | Kmart Corporation | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 |
| 178. | STERICYCLE ENVIRONMENTAL SOLUTIONS, INC. | 17273 | Kmart Corporation | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 | | | | | | | | | |
| 179. | Stericycle Environmental Solutions, Inc. | 17865 | Kmart Corporation | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 | | | | | | | | | |
| 180. | STERICYCLE ENVIRONMENTAL SOLUTIONS, INC. | 17597 | Sears, Roebuck and Co. | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 | STERICYCLE ENVIRONMENTAL SOLUTIONS, INC. | 17938 | Sears, Roebuck and Co. | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 |
| 181. | STIG JIANGSU LIGHT&TEXTILE I&E CO LTD-TEXPRO | 1860 | Sears, Roebuck and Co. | $182,494.20 | | | | $247,421.14 | $429,915.34 | | | | | | | | | |
| 182. | STIG JIANGSU LIGHT&TEXTILE I&E CO LTD-TEXPRO | 1901 | Sears, Roebuck and Co. | $182,494.20 | | | | $247,421.14 | $429,915.34 | STIG JIANGSU LIGHT&TEXTILE I&E CO LTD-TEXPRO | 2473 | Sears, Roebuck and Co. | $182,494.20 | | | | $247,421.14 | $429,915.34 |
| 183. | STIG JIANGSU LIGHT&TEXTILE I&E CO LTD-TEXPRO | 2448 | Sears, Roebuck and Co. | $182,494.20 | | | | $247,421.14 | $429,915.34 | | | | | | | | | |
| 184. | Sunny Jet Textiles Co., Ltd | 1070 | Sears, Roebuck and Co. | $21,429.72 | | | | | $21,429.72 | Sunny Jet Textiles Co., Ltd | 1388 | Sears, Roebuck and Co. | $21,429.72 | | | | | $21,429.72 |
| 185. | TEAL Consulting Group | 11298 | Sears, Roebuck and Co. | | | | $7,353.30 | | $7,353.30 | TEAL Consulting Group | 14411 | Sears, Roebuck and Co. | | | | $7,353.30 | | $7,353.30 |
| 186. | TENAGLIA & HUNT, P.A. | 15496 | Sears Holdings Corporation | | | | $42,035.66 | $26,019.95 | $68,055.61 | TENAGLIA & HUNT, P.A. | 17625 | Sears Holdings Corporation | | | | $42,035.66 | $26,019.95 | $68,055.61 |
| 187. | The Ohio Department of Taxation | 8649 | Sears Holdings Corporation | | | | $406,560.08 | $56,387.55 | $462,947.63 | The Ohio Department of Taxation | 8785 | Sears Holdings Corporation | | | | $406,560.08 | $56,387.55 | $462,947.63 |
| 190. | Traddictivas Limited | 12481 | Sears Holdings Corporation | $81,121.44 | | | | | $81,121.44 | Traddictivas Limited | 12493 | Sears Holdings Corporation | $81,121.44 | | | | | $81,121.44 |
| 191. | True Value Company, L.L.C. a/k/a True Value Manufacturing | 3644 | Kmart Corporation | $33,831.20 | | | | $65,052.01 | $98,883.21 | True Value Company, L.L.C. a/k/a True Value Manufacturing | 3846 | Kmart Corporation | $33,831.20 | | | | $65,052.01 | $98,883.21 |
| 192. | True Value Company, L.L.C. a/k/a True Value Manufacturing | 3646 | Sears, Roebuck and Co. | $3,810.61 | | | | $36,583.37 | $40,393.98 | True Value Company, L.L.C. a/k/a True Value Manufacturing | 3908 | Sears, Roebuck and Co. | $3,810.61 | | | | $36,583.37 | $40,393.98 |
| 193. | Tulip Home Manufacture Co., Ltd | 239 | Sears Holdings Corporation | $527,995.48 | | | $527,995.48 | | $1,055,990.96 | Tulip Home Manufacture Co., Ltd | 783 | Sears Holdings Corporation | $527,995.48 | | | $527,995.48 | | $1,055,990.96 |
| 194. | Tulip Home Manufacture Co.,Ltd | 215 | Sears Holdings Corporation | $527,995.48 | | | $527,995.48 | | $1,055,990.96 | | | | | | | | | |
| 195. | Uvalde Leader News | 6825 | Sears Holdings Management Corporation | $2,278.64 | | | | | $2,278.64 | Uvalde Leader News | 10957 | Sears Holdings Management Corporation | $2,278.64 | | | | | $2,278.64 |
| 196. | Via Port New York LLC | 15619 | Sears, Roebuck and Co. | | $500,411.73 | | | | $500,411.73 | Via Port New York LLC | 16407 | Sears, Roebuck and Co. | | $500,411.73 | | | | $500,411.73 |
| 197. | Waterford Utility Commission (W.U.C., CT) | 9559 | Sears Holdings Corporation | | | | $2,650.09 | | $2,650.09 | Waterford Utility Commission (W.U.C., CT) | 9976 | Sears Holdings Corporation | | | | $2,650.09 | | $2,650.09 |
| 198. | WESOKY LIMITED | 12250 | Sears Holdings Corporation | $183,327.73 | | | | | $183,327.73 | WESOKY LIMITED | 12439 | Sears Holdings Corporation | $183,327.73 | | | | | $183,327.73 |
| 199. | Wicked Fashions, Inc. | 15228 | Kmart Corporation | $144,912.00 | | | | | $144,912.00 | Wicked Fashions, Inc. | 16172 | Kmart Corporation | $144,912.00 | | | | | $144,912.00 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.  
\*\* Asserted amount includes any unliquidated amounts.

7

**Debtors' Eighth Omnibus Objection to Claims**
**Exhibit 1 - Duplicate Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 200. | Wiedemann, Linda D | 9880 | Sears Holdings Corporation | | | | $2,567.25 | | $2,567.25 | Wiedemann, Linda D | 13131 | Sears Holdings Corporation | | | | $2,567.25 | | $2,567.25 |
| 201. | Winners Industry Company Limited | 15654 | Sears, Roebuck and Co. | $1,726,765.83 | | | | $1,173,318.89 | $2,900,084.72 | Winners Industry Company Limited | 17627 | Sears, Roebuck and Co. | $1,726,765.83 | | | | $1,173,318.89 | $2,900,084.72 |
| 202. | Winners Industry Company Limited | 15719 | Kmart Corporation | $1,205,965.44 | $0.00 | | | $1,253,150.92 | $2,459,116.36 | Winners Industry Company Limited | 16253 | Kmart Corporation | $1,205,965.44 | | | | $1,253,150.92 | $2,459,116.36 |
| 203. | Wise Food Inc | 11919 | Kmart Corporation | $13,696.92 | | | | $27,407.39 | $41,104.31 | Wise Food Inc | 17768 | Kmart Corporation | $13,696.92 | | | | $27,407.39 | $41,104.31 |
| 204. | Wolford, Arthur | 88 | Sears Holdings Corporation | | | | $310.00 | | $310.00 | Wolford, Arthur | 94 | Sears Holdings Corporation | | | | $310.00 | | $310.00 |
| 205. | XIAMEN LUXINJIA IMP & EXP CO LTD | 4915 | Sears, Roebuck and Co. | $148,809.52 | | | | $315,800.94 | $464,610.46 | Xiamen Luxinjia Imp & Exp Co Ltd | 5932 | Sears, Roebuck and Co. | $148,809.52 | | | | $315,800.94 | $464,610.46 |
| 206. | Zhejiang Fansl Clothing Co. Ltd. | 14897 | Sears Holdings Corporation | $740,360.48 | | | | $595,885.92 | $1,336,246.40 | Zhejiang Fansl Clothing Co. Ltd. | 17537 | Sears Holdings Corporation | $740,360.48 | | | | $595,885.92 | $1,336,246.40 |
| 207. | ZUCKERFAN LIMITED | 12444 | Sears Holdings Corporation | $73,509.91 | | | | | $73,509.91 | ZUCKERFAN LIMITED | 12485 | Sears Holdings Corporation | $73,509.91 | | | | | $73,509.91 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
\*\* Asserted amount includes any unliquidated amounts.