WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
**SEARS HOLDINGS CORPORATION**, *et al.*,      :    Case No. 18-23538 (RDD)
                                               :
                   Debtors.[1]                 :    **(Jointly Administered)**
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
EIGHTH OMNIBUS OBJECTION TO PROOFS OF CLAIM
(DUPLICATE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing (the "**Hearing**") to consider the

*Debtors' Seventh Omnibus Objection to Proofs of Claim (Duplicate Claims)* (ECF No. 5101)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

solely with respect to the claims listed on **Exhibit 1** annexed hereto, previously scheduled for October 23, 2019 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to November 20, 2019 at 10:00 a.m. (Prevailing Eastern Time)**.  The Hearing may be rescheduled further by the Debtors on notice to the affected claimant(s).

Dated:  October 22, 2019
        New York, New York

                                  */s/ Garrett A. Fail*
                                  Ray C. Schrock, P.C.
                                  Jacqueline Marcus
                                  Garrett A. Fail
                                  Sunny Singh
                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York  10153
                                  Telephone:  (212) 310-8000
                                  Facsimile:  (212) 310-8007

                                  *Attorneys for Debtors*
                                  *and Debtors in Possession*

# Exhibit 1

In re: **Sears Holdings Corporation**, *et al.*
Case No. 18-23538 (RDD)

| Claims to be Disallowed | | | Surviving Claims | |
| --- | --- | --- | --- | --- |
| Ref # | Name of Claimant | Proof of Claim No. | Name of Claimant | Proof of Claim No. |
| 14. | Beer, Richard | 4496 | Beer, Richard | 10798 |
| 98. | INFIILOOM INDIA PRIVATE LIMITED | 565 | INFIILOOM INDIA PRIVATE LIMITED | 2924 |
| 99. | Infiloom India Private Limited | 664 | Infiloom India Private Limited | 3181 |
| 105. | KING KAY, STEPHANIE L | 12489 | King Kay, Stephanie L | 12551 |
| 157. | Reed, Mary | 1685 | Reed, Mary | 11430 |
| 158. | Reed, Mary | 1986 | | |
| 173. | Smart Direct LLC | 1630 | Smart Direct LLC | 1828 |
| 174. | Smart Direct LLC | 1693 | Smart Direct LLC | 1903 |
| 188. | THOMPSON, NANCY L | 5109 | THOMPSON, NANCY L | 11090 |
| 189. | Tomczak, David | 12865 | Tomczak, David | 12872 |

1