Page 1



1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 18-23538-rdd

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    SEARS HOLDINGS CORPORATION,

8

9            Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                    United States Bankruptcy Court

13                    300 Quarropas Street, Room 248

14                    White Plains, NY 10601

15

16                    January 2, 2019

17                    10:06 AM

18

19

20

21   B E F O R E :

22   HON ROBERT D. DRAIN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  NAROTAM RAI

Page 2

1    HEARING re Notice of Agenda of Matters Scheduled for Hearing

2    on January 2, 2019 at 10:00 a.m.

3

4    HEARING re Notice of Hearing for Approval of Sale of Medium-

5    term Intercompany Notes to Cyrus Capital Partners L.P.

6    (related document(s)826)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

1   A P P E A R A N C E S :

2

3   AKIN GUMP STRAUSS HAUER & FELD LLP

4        Attorneys for the Unsecured Creditors Committee

5        One Bryant Park

6        New York, NY 10036

7

8   BY:  IRA S. DIZENGOFF

9        SARA L. BRAUNER

10

11   MILBANK, TWEED, HADLEY & MCCLOY LLP

12        Attorneys for Cyrus Capital

13        2029 Century Park East, 33rd Floor

14        Los Angeles, CA 90067

15

16   BY:  ERIC REIMER

17        THOMAS R. KRELLER

18

19   SEYFARTH SHAW LLP

20        Attorneys for Wilmington Trust National Association, as

21        Indenture Trustee and Collateral Agent

22        620 Eighth Avenue

23        New York, NY 10018

24

25   BY:  EDWARD M. FOX

Page 4

1   WEIL, GOTSHAL & MANGES LLP

2        Attorneys for the Debtors

3        767 Fifth Avenue

4        New York, NY 10153

5

6   BY:  JACQUELINE MARCUS

7        JESSIE B. MISHKIN

8

9   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

10       Attorneys for DIP ABL Agent

11       4 Times Square

12       New York, NY 10036

13

14  BY:  SHANA A. ELBERG

15

16  ALSO PRESENT TELEPHONICALLY:

17  ARLENE R. ALVES

18  NEGISA BALLUKU

19  CLAIRE BOSTON

20  JONATHAN CHO

21  BRYAN M. CIMALA

22  TED A. DILLMAN

23  MAXIMILLIAN FERULLO

24  PATRICK FITZGERALD

25  KRISTOPHER M. HANSEN

Page 5

1   TAYLOR B. HARRISON

2   VLADIMIR JELISAVIC

3   MATTHEW KOCH

4   NICHOLAS KRISLOVE

5   ZACHARY D. LANIER

6   ZACHARY D. LEVINE

7   TERESA LII

8   MICHAEL G. LINN

9   KATHERINE E. MASSEY

10   MICHAEL MITTELMAN

11   JASON M. PIERCE

12   GREGORY PLOTKO

13   STEVEN J. REISMAN

14   SARAH J. SALANIC

15   JASON B. SANJANA

16   JOHN F. SAUL

17   FREDRIC SOSNICK

18   CHRIS STAUBLE

19   BRAD SWEENEY

20   FOTEINI TELONI

21   JACQUELINE TRUDEAU

22   MEGAN WASSON

23   ALEC WILLIAMS

24   BEKIR YILMAZ

25   DAVID R. SYLBERBERG

Page 6

1                    P R O C E E D I N G S

2           THE COURT:  Please be seated.  Okay, good morning.

3    In re Sears Holding Corporation.

4           MS. MARCUS:  Good morning, Your Honor, and happy

5    new year.  Jacqueline Marcus of Weil, Gotshal & Manges on

6    behalf of the Debtors, Sears Holding Corporation and its

7    affiliates.

8           We're here, Your Honor, as directed by the Court,

9    as a follow up to the hearing that was held on December 20th

10   regarding Omega's motion to enforce a November 19th sale

11   order regarding the Debtors' sale of medium-term notes.

12          As directed by the Court, on December 21st, we

13   filed and served a notice of hearing for approval of sale of

14   medium-term intercompany notes to Cyrus Capital Partners

15   L.P.; that was at ECF #1396.  We attached the form of the no

16   purchase agreement and specifically highlighted the Sears Re

17   lockup provision, and those established an objection

18   deadline of December 31st at 4:00 p.m.

19          As reflected on the agenda, Cyrus filed the

20   response, and last night, the official committee of

21   unsecured creditors filed a reservation of rights.  The

22   Debtors do not seek any objections nor competing bids for

23   the MTNs.

24          The Court may be puzzled as to why there were no

25   offers for the MTNs, given all the statements that were made

Page 7

1    over the last year.  The Debtors' understanding is that

2    certain of the parties, perhaps all of the parties, perhaps

3    voted on the credit default swaps, have entered into

4    settlements with Cyrus, which Cyrus described in its

5    response as de-risking transactions.

6            While we understand that they were hoping credit

7    default swap positions between the parties and that it may

8    have made business sense to the parties to reduce their

9    exposure, it is troubling that that occurred during a Court-

10   sanctioned auction process, so we wanted to bring that to

11   the Court's attention.  (indiscernible), Your Honor,

12   Paragraph 9, the sale order specifically preserves rights of

13   the parties to contest the (indiscernible) provisions of the

14   sale order.

15           From the Debtors' perspective, where we stand

16   today, is that we are left with an already consummated sale

17   to Cyrus as the only transaction on the table.  To the

18   extent that the Court believes it's necessary, we would like

19   the Court to retroactively approve the lockup feature of the

20   Cyrus transaction, and deny whatever else may be left or may

21   remain in the motion.

22           THE COURT:  Okay.

23           MR. DIZENGOFF:  Good morning, Your Honor.  Ira

24   Dizengoff, Akin Gump Strauss Hauer & Feld, on behalf of the

25   creditors committee.  Happy new year.

Page 8

1           THE COURT:  Happy new year.

2           MR. DIZENGOFF:  Your Honor, a couple of comments.

3    One, the committee is not opposed to the relief that's being

4    asked again.  I rise to raise issues and concerns about the

5    integrity of the process.  Two weeks ago, there were

6    multiple parties here that were clamoring for the MTNs.  We

7    understand from the pleading that Cyrus filed and from other

8    -- talking to other participants, that they were de-risking

9    transactions, market transactions, that took place between

10   December 20th and then when the bid deadline was; I think it

11   was the 28th or so.

12          As a result, there were no bids that were received

13   from the MTNs.  And I think that the imprint of your

14   dialogue with the parties at the December 20th hearing was,

15   if you were going to object, you might as well put in a bid

16   so we can actually evaluate that at the time.

17          So something happened here; we're not quite sure

18   exactly what happened.  But we're going to investigate the

19   facts of what transpired and figure out if there was

20   something improper in light of issues regarding collusion

21   and bids and the like, whether parties were inclined not to

22   bid for some reasons other than something as appropriate.

23          So we don't oppose the relief.  We're okay with it

24   being entered.  There is a robust reservation of rights.  We

25   intend to investigate what transpired.  We'll talk to all

Page 9

1   those market participants.  We understand that that

2   consortium, the people who were talking to you on the 20th,

3   it was about nine participants.  We'll talk to them and

4   understand what the facts are.  If it's something

5   inappropriate, we'll come back to you and talk to you about

6   that at the time.

7           But, otherwise, we want to just raise these

8   concerns with the Court and let you know that we're going to

9   look into it further.

10          THE COURT:  Okay, thank you.

11          MR. DIZENGOFF:  Thank you, Your Honor.

12          THE COURT:  Does Cyrus have anything to say?

13          MR. KRELLER:  We have nothing to add to the Court

14   today.

15          THE COURT:  Well, I have a question.  What is a

16   de-risking transaction?

17          MR. KRELLER:  Your Honor, Thomas Kreller, Milbank,

18   Tweed, Hadley & McCoy, on behalf of Cyrus Capital.

19          Your Honor, as you know from the prior proceedings

20   on this, Cyrus had sold protection in to the CDS market, and

21   that protection were -- was in the form of contracts that

22   are granted to the folks who bought that protection in

23   (indiscernible), the de-risking transaction.

24          When the exposure that Cyrus had in that market

25   continued to potentially grow with developments such as the

1    listing of the second lien debt, as deliverables into the

2    CDS auction.  There are proposed rules changes sitting with

3    the determinations committee that further expose Cyrus on

4    that position.

5            And so, again, in open market transactions and

6    inbound offers into Cyrus some of the CDS contracts were

7    settled now.  There were no MTNs that were sold that had

8    anything to do with those transactions.  It was purely a

9    settlement of CDS obligations and rights between parties in

10   the market through corporate intermediaries.

11           THE COURT:  I'm sorry.  I talked over you.  What's

12   your last -- your last sentence; would you say that again?

13           MR. KRELLER:  I said through open market

14   transactions, through corporate dealer intermediaries.

15           THE COURT:  Okay.  So the other side or any of

16   this affiliates made any offer or promise or favor or

17   otherwise regarding consideration or want to withdraw a bid

18   from MTNs?

19           MR. KRELLER:  Never.

20           THE COURT:  Or for acting as an agent for a group

21   to make a bid for MTNs?

22           MR. KRELLER:  No, Your Honor.

23           THE COURT:  Okay.

24           MR. KRELLER:  The only transactions that were made

25   were CDS transactions, the settlement of CDS contracts

Page 11

1    through our own dealers who Cyrus didn't cap visibility into

2    what's on the other side.  And the transactions that were

3    settled were actually through offers presented to Cyrus from

4    the market through its dealer.

5            THE COURT:  All right, thank you.

6            MR. KRELLER:  Thank you.

7            THE COURT:  I will approve that -- the remaining

8    portion of the Cyrus transaction that I have not yet

9    approved, which is the colloquially speaking "lockup" of

10   Sears Re's MTNs.  That was an integral aspect of the

11   transaction, which had been noticed for a hearing last

12   month, and which was challenged as part of the objection by

13   Omega Advisors, Inc. and Och-Ziff Capital.

14           At the last hearing, I had overruled all of the

15   aspects of that objection, except for the portion of the

16   objection that contended that the Sears Re lockup had not

17   been approved under 363(b); and, therefore, I couldn't

18   approve the overall transaction to which it was an integral

19   party.

20           The record reflects that parties-in-interest had

21   sufficient notice to submit a complete transaction, if they

22   wished to, that would include or be based upon the knowledge

23   of the right to include the Sears Re lockup, but they have

24   not done so.

25           The adequate consideration provided by Cyrus under

Page 12

1    its current proposal is clearly the highest and best offer

2    on the table.  So I will approve the offer in full,

3    including the Sears Re lockup portion of it, and overrule

4    the whole remaining part of the Och-Ziff objection to modify

5    ruling from last week, and so the parties go ahead and close

6    that transaction.

7              MS. MARCUS:  Thank you, Your Honor.  We'll submit

8    an order on notice to the parties taking part.

9              THE COURT:  All right.  The only other thing I'll

10    say is directly before me, including the representation by

11    Cyrus's counsel, is what I have today on record before me.

12              It clearly struck me as odd, as well as the

13    Debtors, that a financial institution or it could be

14    represented or be an agent for a consortium of other

15    financial institutions, withdrew a bid that they had proudly

16    announced at the last hearing before the deadline to submit

17    such a bid officially, and that the objectors also including

18    (indiscernible) would be interested in the MTNs.

19              So my good faith finding is nearly a two and a

20    half month record before me and is still subject to the

21    reservation by the order.

22              MS. MARCUS:  Thank you, Your Honor.

23              THE COURT:  Okay, thank you.  So as far as the

24    order is concerned, I've already entered an order approving

25    the auction.  But I think I need another order that includes

1    not only the Cyrus deal, but the granting of that portion of

2    the -- I'm sorry -- the granting of Debtors' request for

3    approval of that portion of the deal approving the Sears Re

4    buy out.

5              MS. MARCUS:  When do you think Your Honor would be

6    a denial of the Omega motion.

7              THE COURT:  Right.

8              MS. MARCUS:  Which you indicate in your ruling on

9    the 20th, but we didn't document, and then we would also

10   include the retroactive group (indiscernible).

11             THE COURT:  Right, with a reference to the notice

12   that you sent out.

13             MS. MARCUS:  Right.

14             THE COURT:  Absolutely.  Okay, very well.  Thank

15   you.

16             MS. MARCUS:  Thank you, Your Honor.

17             (Whereupon these proceedings were concluded at

18   10:17 AM)

19

20

21

22

23

24

25

1                              **I N D E X**

2

3                              RULINGS

4                                                    Page        Line

5

6    Motion for Sale of Medium-Term Intercompany  12          2

7    Notes to Cyrus Capital Partners L.P. Approved

8

9    Whole Remaining Part of the Och-Ziff          12          3

10   Objection To Modify Ruling Overruled

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5
## Sonya
6
## Ledanski Hyde
7

Digitally signed by Sonya Ledanski
Hyde
DN: cn=Sonya Ledanski Hyde, o, ou,
email=digital@veritext.com, c=US
Date: 2019.01.04 15:42:40 -05'00'

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  January 4, 2019

[& - corporation]                                                                 Page 1

| **&** |
| --- |
| **&**   3:3,11 4:1,9 6:5 |
| 7:24 9:18 |

| **1** |
| --- |
| **10018**   3:23 |
| **10036**   3:6 4:12 |
| **10153**   4:4 |
| **10601**   1:14 |
| **10:00**   2:2 |
| **10:06**   1:17 |
| **10:17**   13:18 |
| **11501**   15:23 |
| **12**   14:6,9 |
| **1396**   6:15 |
| **18-23538**   1:3 |
| **19th**   6:10 |

| **2** |
| --- |
| **2**   1:16 2:2 14:6 |
| **2019**   1:16 2:2 |
| 15:25 |
| **2029**   3:13 |
| **20th**   6:9 8:10,14 |
| 9:2 13:9 |
| **21st**   6:12 |
| **248**   1:13 |
| **28th**   8:11 |

| **3** |
| --- |
| **3**   14:9 |
| **300**   1:13 15:22 |
| **31st**   6:18 |
| **330**   15:21 |
| **33rd**   3:13 |
| **363**   11:17 |

| **4** |
| --- |
| **4**   4:11 15:25 |
| **4:00**   6:18 |

| **6** |
| --- |
| **620**   3:22 |

| **7** |
| --- |
| **767**   4:3 |

| **8** |
| --- |
| **826**   2:6 |

| **9** |
| --- |
| **9**   7:12 |
| **90067**   3:14 |

| **a** |
| --- |
| **a.m.**   2:2 |
| **abl**   4:10 |
| **absolutely**   13:14 |
| **accurate**   15:4 |
| **acting**   10:20 |
| **add**   9:13 |
| **adequate**   11:25 |
| **advisors**   11:13 |
| **affiliates**   6:7 |
| 10:16 |
| **agenda**   2:1 6:19 |
| **agent**   3:21 4:10 |
| 10:20 12:14 |
| **ago**   8:5 |
| **agreement**   6:16 |
| **ahead**   12:5 |
| **akin**   3:3 7:24 |
| **alec**   5:23 |
| **alves**   4:17 |
| **angeles**   3:14 |
| **announced**   12:16 |
| **appropriate**   8:22 |
| **approval**   2:4 6:13 |
| 13:3 |
| **approve**   7:19 11:7 |
| 11:18 12:2 |
| **approved**   11:9,17 |
| 14:7 |
| **approving**   12:24 |
| 13:3 |
| **arlene**   4:17 |
| **arps**   4:9 |
| **asked**   8:4 |

| **aspect**   11:10 |
| --- |
| **aspects**   11:15 |
| **association**   3:20 |
| **attached**   6:15 |
| **attention**   7:11 |
| **attorneys**   3:4,12 |
| 3:20 4:2,10 |
| **auction**   7:10 10:2 |
| 12:25 |
| **avenue**   3:22 4:3 |

| **b** |
| --- |
| **b**   1:21 4:7 5:1,15 |
| 11:17 |
| **back**   9:5 |
| **balluku**   4:18 |
| **bankruptcy**   1:1 |
| 1:12,23 |
| **based**   11:22 |
| **behalf**   6:6 7:24 |
| 9:18 |
| **bekir**   5:24 |
| **believes**   7:18 |
| **best**   12:1 |
| **bid**   8:10,15,22 |
| 10:17,21 12:15,17 |
| **bids**   6:22 8:12,21 |
| **boston**   4:19 |
| **bought**   9:22 |
| **brad**   5:19 |
| **brauner**   3:9 |
| **bring**   7:10 |
| **bryan**   4:21 |
| **bryant**   3:5 |
| **business**   7:8 |
| **buy**   13:4 |

| **c** |
| --- |
| **c**   3:1 6:1 15:1,1 |
| **ca**   3:14 |
| **cap**   11:1 |
| **capital**   2:5 3:12 |
| 6:14 9:18 11:13 |
| 14:7 |

| **case**   1:3 |
| --- |
| **cds**   9:20 10:2,6,9 |
| 10:25,25 |
| **century**   3:13 |
| **certain**   7:2 |
| **certified**   15:3 |
| **challenged**   11:12 |
| **changes**   10:2 |
| **cho**   4:20 |
| **chris**   5:18 |
| **cimala**   4:21 |
| **claire**   4:19 |
| **clamoring**   8:6 |
| **clearly**   12:1,12 |
| **close**   12:5 |
| **collateral**   3:21 |
| **colloquially**   11:9 |
| **collusion**   8:20 |
| **come**   9:5 |
| **comments**   8:2 |
| **committee**   3:4 |
| 6:20 7:25 8:3 10:3 |
| **competing**   6:22 |
| **complete**   11:21 |
| **concerned**   12:24 |
| **concerns**   8:4 9:8 |
| **concluded**   13:17 |
| **consideration** |
| 10:17 11:25 |
| **consortium**   9:2 |
| 12:14 |
| **consummated** |
| 7:16 |
| **contended**   11:16 |
| **contest**   7:13 |
| **continued**   9:25 |
| **contracts**   9:21 |
| 10:6,25 |
| **corporate**   10:10 |
| 10:14 |
| **corporation**   1:7 |
| 6:3,6 |

**counsel** 12:11
**country** 15:21
**couple** 8:2
**court** 1:1,12 6:2,8
  6:12,24 7:9,18,19
  7:22 8:1 9:8,10,12
  9:13,15 10:11,15
  10:20,23 11:5,7
  12:9,23 13:7,11
  13:14
**court's** 7:11
**credit** 7:3,6
**creditors** 3:4 6:21
  7:25
**current** 12:1
**cyrus** 2:5 3:12
  6:14,19 7:4,4,17
  7:20 8:7 9:12,18
  9:20,24 10:3,6
  11:1,3,8,25 13:1
  14:7
**cyrus's** 12:11

**d**

**d** 1:22 5:5,6 6:1
  14:1
**date** 15:25
**david** 5:25
**de** 7:5 8:8 9:16,23
**deadline** 6:18
  8:10 12:16
**deal** 13:1,3
**dealer** 10:14 11:4
**dealers** 11:1
**debt** 10:1
**debtor** 1:9
**debtors** 4:2 6:6,11
  6:22 7:1,15 12:13
  13:2
**december** 6:9,12
  6:18 8:10,14
**default** 7:3,7
**deliverables** 10:1

**denial** 13:6
**deny** 7:20
**described** 7:4
**determinations**
  10:3
**developments**
  9:25
**dialogue** 8:14
**dillman** 4:22
**dip** 4:10
**directed** 6:8,12
**directly** 12:10
**district** 1:2
**dizengoff** 3:8 7:23
  7:24 8:2 9:11
**document** 2:6
  13:9
**drain** 1:22

**e**

**e** 1:21,21 3:1,1 5:9
  6:1,1 14:1 15:1
**east** 3:13
**ecf** 6:15
**ecro** 1:25
**edward** 3:25
**eighth** 3:22
**elberg** 4:14
**enforce** 6:10
**entered** 7:3 8:24
  12:24
**eric** 3:16
**established** 6:17
**evaluate** 8:16
**exactly** 8:18
**expose** 10:3
**exposure** 7:9 9:24
**extent** 7:18

**f**

**f** 1:21 5:16 15:1
**facts** 8:19 9:4
**faith** 12:19
**far** 12:23

**favor** 10:16
**feature** 7:19
**feld** 3:3 7:24
**ferullo** 4:23
**fifth** 4:3
**figure** 8:19
**filed** 6:13,19,21
  8:7
**financial** 12:13,15
**finding** 12:19
**fitzgerald** 4:24
**flom** 4:9
**floor** 3:13
**folks** 9:22
**follow** 6:9
**foregoing** 15:3
**form** 6:15 9:21
**foteini** 5:20
**fox** 3:25
**fredric** 5:17
**full** 12:2
**further** 9:9 10:3

**g**

**g** 5:8 6:1
**given** 6:25
**go** 12:5
**going** 8:15,18 9:8
**good** 6:2,4 7:23
  12:19
**gotshal** 4:1 6:5
**granted** 9:22
**granting** 13:1,2
**gregory** 5:12
**group** 10:20 13:10
**grow** 9:25
**gump** 3:3 7:24

**h**

**hadley** 3:11 9:18
**half** 12:20
**hansen** 4:25
**happened** 8:17,18
**happy** 6:4 7:25
  8:1

**harrison** 5:1
**hauer** 3:3 7:24
**hearing** 2:1,1,4,4
  6:9,13 8:14 11:11
  11:14 12:16
**held** 6:9
**highest** 12:1
**highlighted** 6:16
**holding** 6:3,6
**holdings** 1:7
**hon** 1:22
**honor** 6:4,8 7:11
  7:23 8:2 9:11,17
  9:19 10:22 12:7
  12:22 13:5,16
**hoping** 7:6
**hyde** 2:25 15:3,8

**i**

**imprint** 8:13
**improper** 8:20
**inappropriate** 9:5
**inbound** 10:6
**inclined** 8:21
**include** 11:22,23
  13:10
**includes** 12:25
**including** 12:3,10
  12:17
**indenture** 3:21
**indicate** 13:8
**indiscernible** 7:11
  7:13 9:23 12:18
  13:10
**institution** 12:13
**institutions** 12:15
**integral** 11:10,18
**integrity** 8:5
**intend** 8:25
**intercompany** 2:5
  6:14 14:6
**interest** 11:20
**interested** 12:18

**intermediaries**
  10:10,14
**investigate**  8:18
  8:25
**ira**  3:8 7:23
**issues**  8:4,20

**j**

**j**  5:13,14
**jacqueline**  4:6
  5:21 6:5
**january**  1:16 2:2
  15:25
**jason**  5:11,15
**jelisavic**  5:2
**jessie**  4:7
**john**  5:16
**jonathan**  4:20
**judge**  1:23

**k**

**katherine**  5:9
**know**  9:8,19
**knowledge**  11:22
**koch**  5:3
**kreller**  3:17 9:13
  9:17,17 10:13,19
  10:22,24 11:6
**krislove**  5:4
**kristopher**  4:25

**l**

**l**  3:9
**l.p.**  2:5 6:15 14:7
**lanier**  5:5
**ledanski**  2:25 15:3
  15:8
**left**  7:16,20
**legal**  15:20
**levine**  5:6
**lien**  10:1
**light**  8:20
**lii**  5:7
**line**  14:4

**linn**  5:8
**listing**  10:1
**llp**  3:3,11,19 4:1,9
**lockup**  6:17 7:19
  11:9,16,23 12:3
**look**  9:9
**los**  3:14

**m**

**m**  3:25 4:21,25
  5:11
**manges**  4:1 6:5
**marcus**  4:6 6:4,5
  12:7,22 13:5,8,13
  13:16
**market**  8:9 9:1,20
  9:24 10:5,10,13
  11:4
**massey**  5:9
**matter**  1:5
**matters**  2:1
**matthew**  5:3
**maximillian**  4:23
**mccloy**  3:11
**mccoy**  9:18
**meagher**  4:9
**medium**  2:4 6:11
  6:14 14:6
**megan**  5:22
**michael**  5:8,10
**milbank**  3:11 9:17
**mineola**  15:23
**mishkin**  4:7
**mittelman**  5:10
**modify**  12:4 14:10
**month**  11:12
  12:20
**morning**  6:2,4
  7:23
**motion**  6:10 7:21
  13:6 14:6
**mtns**  6:23,25 8:6
  8:13 10:7,18,21
  11:10 12:18

**multiple**  8:6

**n**

**n**  3:1 6:1 14:1
  15:1
**narotam**  1:25
**national**  3:20
**nearly**  12:19
**necessary**  7:18
**need**  12:25
**negisa**  4:18
**never**  10:19
**new**  1:2 3:6,23 4:4
  4:12 6:5 7:25 8:1
**nicholas**  5:4
**night**  6:20
**nine**  9:3
**notes**  2:5 6:11,14
  14:7
**notice**  2:1,4 6:13
  11:21 12:8 13:11
**noticed**  11:11
**november**  6:10
**ny**  1:14 3:6,23 4:4
  4:12 15:23

**o**

**o**  1:21 6:1 15:1
**object**  8:15
**objection**  6:17
  11:12,15,16 12:4
  14:10
**objections**  6:22
**objectors**  12:17
**obligations**  10:9
**occurred**  7:9
**och**  11:13 12:4
  14:9
**odd**  12:12
**offer**  10:16 12:1,2
**offers**  6:25 10:6
  11:3
**official**  6:20
**officially**  12:17

**okay**  6:2 7:22
  8:23 9:10 10:15
  10:23 12:23 13:14
**old**  15:21
**omega**  11:13 13:6
**omega's**  6:10
**open**  10:5,13
**oppose**  8:23
**opposed**  8:3
**order**  6:11 7:12
  7:14 12:8,21,24
  12:24,25
**overall**  11:18
**overrule**  12:3
**overruled**  11:14
  14:10

**p**

**p**  3:1,1 6:1
**p.m.**  6:18
**page**  14:4
**paragraph**  7:12
**park**  3:5,13
**part**  11:12 12:4,8
  14:9
**participants**  8:8
  9:1,3
**parties**  7:2,2,7,8
  7:13 8:6,14,21
  10:9 11:20 12:5,8
**partners**  2:5 6:14
  14:7
**party**  11:19
**patrick**  4:24
**people**  9:2
**perspective**  7:15
**pierce**  5:11
**place**  8:9
**plains**  1:14
**pleading**  8:7
**please**  6:2
**plotko**  5:12
**portion**  11:8,15
  12:3 13:1,3

[position - transcribed]                                                    Page 4

position   10:4
positions   7:7
potentially   9:25
present   4:16
presented   11:3
preserves   7:12
prior   9:19
proceedings   9:19
    13:17 15:4
process   7:10 8:5
promise   10:16
proposal   12:1
proposed   10:2
protection   9:20
    9:21,22
proudly   12:15
provided   11:25
provision   6:17
provisions   7:13
purchase   6:16
purely   10:8
put   8:15
puzzled   6:24

**q**

quarropas   1:13
question   9:15
quite   8:17

**r**

r   1:21 3:1,17 4:17
    5:25 6:1 15:1
rai   1:25
raise   8:4 9:7
rdd   1:3
reasons   8:22
received   8:12
record   11:20
    12:11,20 15:4
reduce   7:8
reference   13:11
reflected   6:19
reflects   11:20
regarding   6:10,11
    8:20 10:17

reimer   3:16
reisman   5:13
related   2:6
relief   8:3,23
remain   7:21
remaining   11:7
    12:4 14:9
representation
    12:10
represented   12:14
request   13:2
reservation   6:21
    8:24 12:21
response   6:20 7:5
result   8:12
retroactive   13:10
retroactively   7:19
re's   11:10
right   11:5,23 12:9
    13:7,11,13
rights   6:21 7:12
    8:24 10:9
rise   8:4
risking   7:5 8:8
    9:16,23
road   15:21
robert   1:22
robust   8:24
room   1:13
rules   10:2
ruling   12:5 13:8
    14:10
rulings   14:3

**s**

s   2:6 3:1,8 6:1
salanic   5:14
sale   2:4 6:10,11
    6:13 7:12,14,16
    14:6
sanctioned   7:10
sanjana   5:15
sara   3:9

sarah   5:14
saul   5:16
scheduled   2:1
sears   1:7 6:3,6,16
    11:10,16,23 12:3
    13:3
seated   6:2
second   10:1
seek   6:22
sense   7:8
sent   13:12
sentence   10:12
served   6:13
settled   10:7 11:3
settlement   10:9
    10:25
settlements   7:4
seyfarth   3:19
shana   4:14
shaw   3:19
side   10:15 11:2
sitting   10:2
skadden   4:9
slate   4:9
sold   9:20 10:7
solutions   15:20
sonya   2:25 15:3,8
sorry   10:11 13:2
sosnick   5:17
southern   1:2
speaking   11:9
specifically   6:16
    7:12
square   4:11
stand   7:15
statements   6:25
states   1:1,12
stauble   5:18
steven   5:13
strauss   3:3 7:24
street   1:13
struck   12:12

subject   12:20
submit   11:21 12:7
    12:16
sufficient   11:21
suite   15:22
sure   8:17
swap   7:7
swaps   7:3
sweeney   5:19
sylberberg   5:25

**t**

t   15:1,1
table   7:17 12:2
talk   8:25 9:3,5
talked   10:11
talking   8:8 9:2
taylor   5:1
ted   4:22
telephonically
    4:16
teloni   5:20
teresa   5:7
term   2:5 6:11,14
    14:6
thank   9:10,11
    11:5,6 12:7,22,23
    13:14,16
thing   12:9
think   8:10,13
    12:25 13:5
thomas   3:17 9:17
time   8:16 9:6
times   4:11
today   7:16 9:14
    12:11
transaction   7:17
    7:20 9:16,23 11:8
    11:11,18,21 12:6
transactions   7:5
    8:9,9 10:5,8,14,24
    10:25 11:2
transcribed   2:25

[transcript - ziff]                                                                                    Page 5

| | |
|---|---|
| **transcript** 15:4 | **y** |
| **transpired** 8:19 | **year** 6:5 7:1,25 |
| 8:25 | 8:1 |
| **troubling** 7:9 | **yilmaz** 5:24 |
| **trudeau** 5:21 | **york** 1:2 3:6,23 |
| **true** 15:4 | 4:4,12 |
| **trust** 3:20 | **z** |
| **trustee** 3:21 | **zachary** 5:5,6 |
| **tweed** 3:11 9:18 | **ziff** 11:13 12:4 |
| **two** 8:5 12:19 | 14:9 |
| **u** | |
| **u.s.** 1:23 | |
| **understand** 7:6 | |
| 8:7 9:1,4 | |
| **understanding** | |
| 7:1 | |
| **united** 1:1,12 | |
| **unsecured** 3:4 | |
| 6:21 | |
| **v** | |
| **veritext** 15:20 | |
| **visibility** 11:1 | |
| **vladimir** 5:2 | |
| **voted** 7:3 | |
| **w** | |
| **want** 9:7 10:17 | |
| **wanted** 7:10 | |
| **wasson** 5:22 | |
| **week** 12:5 | |
| **weeks** 8:5 | |
| **weil** 4:1 6:5 | |
| **white** 1:14 | |
| **williams** 5:23 | |
| **wilmington** 3:20 | |
| **wished** 11:22 | |
| **withdraw** 10:17 | |
| **withdrew** 12:15 | |
| **x** | |
| **x** 1:4,10 14:1 | |