# **EXHIBIT A**

## **Purchase Orders**

120880840.2



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Invoice

### Information

| | |
|---|---|
| Invoice Number | 90914812 |
| Invoice Date | 01/10/2019 |
| Entered By | SYS-BKJOB |
| Date Requested | 01/12/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 1628356 |
| Order Date | 12/25/2018 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 1,814.40 |
| Gross Weight | 7,980.000 LB |
| Pallets | 00004 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | 08287262894 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

### Bill-to Address

Bill To Number 202100
Kmart Corporation

4894 Greenville Avenue STE1000
Dallas, TX US 75206

### Ship-to Address

Ship_to Number 20008962
KMART ONTARIO DC 8287
ONTARIO DISTRIBUTION CENTER
5600 E AIRPORT ROAD
ONTARIO, CA US 91761

| Item No | Material Number | Material Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 10 | F0839673808700 | SMS 1L/12ls Dt Straw L/Ade NC-V2 70 | 280 CA | 6.48 | 1,814.40 |
| | | TOTAL ITEMS | 280 | Tax | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms | | DEP.TOT. | 0.00 |
| | | | | LVY.TOT. | 0.00 |
| | | | | Subtotal | 1,814.40 |
| | | | | TOTAL AMOUNT | 1,814.40 |

Page 1 of 1

120880840.2



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Invoice

| Information | |
|---|---|
| Invoice Number | 90914813 |
| Invoice Date | 01/10/2019 |
| Entered By | SYS-BKJOB |
| Date Requested | 01/12/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 1628357 |
| Order Date | 12/25/2018 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 4,075.92 |
| Gross Weight | 17,926.500 LB |
| Pallets | 00010 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | 08275321002 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

**Bill-to Address**

Bill To Number 202100
Kmart Corporation

4894 Greenville Avenue STE1000
Dallas, TX US 75206

**Ship-to Address**

Ship_to Number 20009297
KMART MORRISVILLE DC#8275

ONE KRESGE ROAD, PENN WARNER PARK
FAIRLESS HILLS, PA US 19030

| Item No | Material Number | Material Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 10 | F0839673808300 | SMS 1L/12ls Dt Mngo L/ade NC-V2 70 | 280 CA | 6.48 | 1,814.40 |
| 20 | F0839673808100 | SMS 1L/12ls Dt L/ade NC-V2 70 | 280 CA | 6.48 | 1,814.40 |
| 30 | F0839673808600 | SMS 1L/12ls Dt Chry L/ade NC-V2 70 | 69 CA | 6.48 | 447.12 |
| | | TOTAL ITEMS | 629 | Tax | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms | | DEP.TOT. | 0.00 |
| | | | | LVY.TOT. | 0.00 |
| | | | | Subtotal | 4,075.92 |
| | | | | TOTAL AMOUNT | 4,075.92 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Invoice

### Information

| | |
|---|---|
| Invoice Number | 90914814 |
| Invoice Date | 01/10/2019 |
| Entered By | SYS-BKJOB |
| Date Requested | 01/12/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 1628358 |
| Order Date | 12/25/2018 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 3,628.80 |
| Gross Weight | 15,960.000 LB |
| Pallets | 00008 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | 08292277455 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

### Bill-to Address

Bill To Number   202100
Kmart Corporation

4894 Greenville Avenue STE1000
Dallas, TX US 75206

### Ship-to Address

Ship_to Number   20008955
KMART OCALA DC#8292

655 SOUTHWEST 52ND AVENUE
OCALA, FL US 32674

| Item No | Material Number | Material Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 10 | F0839673808700 | SMS 1L/12ls Dt Straw L/Ade NC-V2 70 | 280 CA | 6.48 | 1,814.40 |
| 20 | F0839673808300 | SMS 1L/12ls Dt Mngo L/ade NC-V2 70 | 280 CA | 6.48 | 1,814.40 |
| | | TOTAL ITEMS | 560 | Tax | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms | | DEP.TOT. | 0.00 |
| | | | | LVY.TOT. | 0.00 |
| | | | | Subtotal | 3,628.80 |
| | | | | TOTAL AMOUNT | 3,628.80 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Invoice

## Information

| | |
|---|---|
| Invoice Number | 90914815 |
| Invoice Date | 01/10/2019 |
| Entered By | SYS-BKJOB |
| Date Requested | 01/12/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 1628352 |
| Order Date | 12/25/2018 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 2,736.56 |
| Gross Weight | 12,027.500 LB |
| Pallets | 00006 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | 08273693326 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

### Bill-to Address

Bill To Number: 202100
Kmart Corporation
4894 Greenville Avenue STE1000
Dallas, TX US 75206

### Ship-to Address

Ship_to Number: 20008963
KMART LAWRENCE DC 8273
LAWRENCE DISTRIBUTION CENTER
2400 KRESGE ROAD
LAWRENCE, KS US 66044

| Item No | Material Number | Material Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 10 | F0839673808700 | SMS 1L/12ls Dt Straw L/Ade NC-V2 70 | 70 CA | 6.48 | 453.60 |
| 20 | F0839673808300 | SMS 1L/12ls Dt Mngo L/ade NC-V2 70 | 70 CA | 6.48 | 453.60 |
| 30 | F0839673808100 | SMS 1L/12ls Dt L/ade NC-V2 70 | 70 CA | 6.48 | 453.60 |
| 40 | F0839673808600 | SMS 1L/12ls Dt Chry L/ade NC-V2 70 | 67 CA | 6.48 | 434.16 |
| 50 | F0839673808200 | SMS 1L/12ls Dt Pom Brry L/ade NC-V2 70 | 70 CA | 6.48 | 453.60 |
| 60 | F0839673036500 | SMS 355ml/12oz-2/12FP Rtbeer-V2 T 100 | 100 CA | 4.88 | 488.00 |
| | | TOTAL ITEMS | 447 | Tax | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms | | DEP.TOT. | 0.00 |
| | | | | LVY.TOT. | 0.00 |
| | | | | Subtotal | 2,736.56 |
| | | | | TOTAL AMOUNT | 2,736.56 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Invoice

| Information | |
|---|---|
| Invoice Number | 90914816 |
| Invoice Date | 01/10/2019 |
| Entered By | SYS-BKJOB |
| Date Requested | 01/12/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 1628354 |
| Order Date | 12/25/2018 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 4,440.80 |
| Gross Weight | 19,523.000 LB |
| Pallets | 00012 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | 08289256488 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

**Bill-to Address**

Bill To Number                202100
Kmart Corporation

4894 Greenville Avenue STE1000
Dallas, TX US 75206

**Ship-to Address**

Ship_to Number               20008964
KMART MANTENO DC 8289
MANTENO DISTRIBUTION CENTER
333 SOUTH SPRUCE STREET
MANTENO, IL US 60950

| Item No | Material Number | Material Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 10 | F0839673808700 | SMS 1L/12ls Dt Straw L/Ade NC-V2 70 | 151 CA | 6.48 | 978.48 |
| 20 | F0839673808300 | SMS 1L/12ls Dt Mngo L/ade NC-V2 70 | 77 CA | 6.48 | 498.96 |
| 30 | F0839673808100 | SMS 1L/12ls Dt L/ade NC-V2 70 | 136 CA | 6.48 | 881.28 |
| 40 | F0839673808600 | SMS 1L/12ls Dt Chry L/ade NC-V2 70 | 70 CA | 6.48 | 453.60 |
| 50 | F0839673808500 | SMS 1L/12ls Dt Pch L/ade NC-V2 70 | 70 CA | 6.48 | 453.60 |
| 60 | F0839673808200 | SMS 1L/12ls Dt Pom Brry L/ade NC-V2 70 | 106 CA | 6.48 | 686.88 |
| 70 | F0839673036500 | SMS 355ml/12oz-2/12FP Rtbeer-V2 T 100 | 100 CA | 4.88 | 488.00 |
| | | TOTAL ITEMS | 710 | Tax | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms | | DEP.TOT. | 0.00 |
| | | | | LVY.TOT. | 0.00 |
| | | | | Subtotal | 4,440.80 |
| | | | | TOTAL AMOUNT | 4,440.80 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Invoice

### Bill-to Address

| | |
|---|---|
| Bill To Number | 202100 |

Kmart Corporation

4894 Greenville Avenue STE1000
Dallas, TX US 75206

### Ship-to Address

| | |
|---|---|
| Ship_to Number | 20008962 |

KMART ONTARIO DC 8287
ONTARIO DISTRIBUTION CENTER
5600 E AIRPORT ROAD
ONTARIO, CA US 91761

### Information

| | |
|---|---|
| Invoice Number | 90916113 |
| Invoice Date | 01/14/2019 |
| Entered By | SYS-BKJOB |
| Date Requested | 01/12/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 1628353 |
| Order Date | 12/25/2018 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 8,652.80 |
| Gross Weight | 38,048.000 LB |
| Pallets | 00019 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | 08287262893 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

| Item No | Material Number | Material Description | Quantity | | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| 10 | F0839673808300 | SMS 1L/12ls Dt Mngo L/ade NC-V2 70 | 280 | CA | 6.48 | 1,814.40 |
| 20 | F0839673808100 | SMS 1L/12ls Dt L/ade NC-V2 70 | 280 | CA | 6.48 | 1,814.40 |
| 30 | F0839673808600 | SMS 1L/12ls Dt Chry L/ade NC-V2 70 | 280 | CA | 6.48 | 1,814.40 |
| 40 | F0839673808500 | SMS 1L/12ls Dt Pch L/ade NC-V2 70 | 140 | CA | 6.48 | 907.20 |
| 50 | F0839673808200 | SMS 1L/12ls Dt Pom Brry L/ade NC-V2 70 | 280 | CA | 6.48 | 1,814.40 |
| 60 | F0839673036600 | SMS 355ml/12oz-2/12FP LLime-V3 T 100 | 100 | CA | 4.88 | 488.00 |
| | | **TOTAL ITEMS** | 1,360 | | **Tax** | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms | | | **DEP.TOT.** | 0.00 |
| | | | | | **LVY.TOT.** | 0.00 |
| | | | | | **Subtotal** | 8,652.80 |
| | | | | | **TOTAL AMOUNT** | 8,652.80 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Invoice

|  | Information |
|---|---|
| Invoice Number | 90917064 |
| Invoice Date | 01/16/2019 |
| Entered By | SYS-BKJOB |
| Date Requested | 01/12/2019 |
| Must Arrive By Date |  |
| Shipping Plant | 2180 |
| Order # | 1628355 |
| Order Date | 12/25/2018 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. |  |
| Price | 9,719.20 |
| Gross Weight | 42,689.320 LB |
| Pallets | 00023 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | 08275321001 |
| Alternate PO # |  |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

**Bill-to Address**

| Bill To Number | 202100 |
|---|---|

Kmart Corporation

4894 Greenville Avenue STE1000
Dallas, TX US 75206

**Ship-to Address**

| Ship_to Number | 20009297 |
|---|---|

KMART MORRISVILLE DC#8275

ONE KRESGE ROAD, PENN WARNER PARK
FAIRLESS HILLS, PA US 19030

| Item No | Material Number | Material Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 10 | F0839673808700 | SMS 1L/12ls Dt Straw L/Ade NC-V2 70 | 280 CA | 6.48 | 1,814.40 |
| 20 | F0839673808600 | SMS 1L/12ls Dt Chry L/ade NC-V2 70 | 211 CA | 6.48 | 1,367.28 |
| 30 | F0839673808500 | SMS 1L/12ls Dt Pch L/ade NC-V2 70 | 210 CA | 6.48 | 1,360.80 |
| 40 | F0839673808200 | SMS 1L/12ls Dt Pom Brry L/ade NC-V2 70 | 280 CA | 6.48 | 1,814.40 |
| 50 | F0839673036700 | SMS 355ml/12oz-2/12FP Orng-V2 T 100 | 202 CA | 4.88 | 985.76 |
| 60 | F0839673036500 | SMS 355ml/12oz-2/12FP Rtbeer-V2 T 100 | 200 CA | 4.88 | 976.00 |
| 70 | F0839673036600 | SMS 355ml/12oz-2/12FP LLime-V3 T 100 | 100 CA | 4.88 | 488.00 |
| 80 | F0839673037001 | SMS 355ml/12oz-2/12FP Dr Smart-V2 T 100 | 187 CA | 4.88 | 912.56 |
|  |  | **TOTAL ITEMS** Cash discounts only apply to Product and if paid within Terms | 1,670 | **Tax** | 0.00 |
|  |  |  |  | DEP.TOT. | 0.00 |
|  |  |  |  | LVY.TOT. | 0.00 |
|  |  |  |  | Subtotal | 9,719.20 |
|  |  |  |  | **TOTAL AMOUNT** | 9,719.20 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Invoice

### Information

| | |
|---|---|
| Invoice Number | 90918018 |
| Invoice Date | 01/18/2019 |
| Entered By | SYS-BKJOB |
| Date Requested | 01/12/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 1628359 |
| Order Date | 12/25/2018 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 8,075.12 |
| Gross Weight | 35,491.100 LB |
| Pallets | 00018 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | 08292277454 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

### Bill-to Address

Bill To Number 202100
Kmart Corporation

4894 Greenville Avenue STE1000
Dallas, TX US 75206

### Ship-to Address

Ship_to Number 20008955
KMART OCALA DC#8292

655 SOUTHWEST 52ND AVENUE
OCALA, FL US 32674

| Item No | Material Number | Material Description | Quantity | | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| 10 | F0839673808100 | SMS 1L/12ls Dt L/ade NC-V2 70 | 280 | CA | 6.48 | 1,814.40 |
| 20 | F0839673808600 | SMS 1L/12ls Dt Chry L/ade NC-V2 70 | 280 | CA | 6.48 | 1,814.40 |
| 30 | F0839673808500 | SMS 1L/12ls Dt Pch L/ade NC-V2 70 | 184 | CA | 6.48 | 1,192.32 |
| 40 | F0839673808200 | SMS 1L/12ls Dt Pom Brry L/ade NC-V2 70 | 280 | CA | 6.48 | 1,814.40 |
| 50 | F0839673036500 | SMS 355ml/12oz-2/12FP Rtbeer-V2 T 100 | 195 | CA | 4.88 | 951.60 |
| 70 | F0839673037001 | SMS 355ml/12oz-2/12FP Dr Smart-V2 T 100 | 100 | CA | 4.88 | 488.00 |
| | | **TOTAL ITEMS**<br>Cash discounts only apply to Product and if paid within Terms | 1,319 | | **Tax**<br>DEP.TOT.<br>LVY.TOT.<br>Subtotal<br>**TOTAL AMOUNT** | 0.00<br>0.00<br>0.00<br>8,075.12<br>8,075.12 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Debit Memo

### Bill-to Address

| | |
|---|---|
| Bill To Number | 202100 |
| Kmart Corporation | |
| 4894 Greenville Avenue STE1000 | |
| Dallas ,TX US 75206 | |

### Ship-to Address

| | |
|---|---|
| Ship_to Number | 10000771 |
| KMART | |
| 3333 BEVERLY ESTATES RD | |
| HOFFMAN ESTATES ,IL US 60179 | |

### Information

| | |
|---|---|
| Invoice Number | 90942036 |
| Invoice Date | 03/22/2019 |
| Entered By | ETAYLOR |
| Date Requested | 03/22/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 70254295 |
| Order Date | 03/22/2019 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 29,790.46 |
| Gross Weight | 0.000 KG |
| Pallets | 00000 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | Recycling Oct '18-Fe |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

| Item No | Material Number | Material Description | Quantity | | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| 10 | MISC | Recycling Oct '18-Feb '19 | 1 | EA | 29,790.46 | 29,790.46 |
| | | **TOTAL ITEMS** | 1 | | **Tax** | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms | | | **DEP.TOT.** | 0.00 |
| | | | | | **LVY.TOT.** | 0.00 |
| | | | | | Subtotal | 29,790.46 |
| | | | | | TOTAL AMOUNT | 29,790.46 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

**Debit Memo**

| **Bill-to Address** | |
|---|---|
| Bill To Number | 202100 |
| Kmart Corporation | |
| 4894 Greenville Avenue STE1000 | |
| Dallas ,TX US 75206 | |

| **Ship-to Address** | |
|---|---|
| Ship_to Number | 10000771 |
| KMART | |
| 3333 BEVERLY ESTATES RD | |
| HOFFMAN ESTATES ,IL US 60179 | |

| **Information** | |
|---|---|
| Invoice Number | 90954794 |
| Invoice Date | 04/25/2019 |
| Entered By | ERUHARA |
| Date Requested | 04/25/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 70257629 |
| Order Date | 04/25/2019 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 7,926.30 |
| Gross Weight | 0.000 KG |
| Pallets | 00000 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | Recycling March 2019 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 30 days Due net |

| Item No | Material Number | Material Description | Quantity | | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| 10 | MISC | Recycling March 2019 | 1 | EA | 7,926.30 | 7,926.30 |
| | | TOTAL ITEMS | 1 | | Tax | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms excluding tax | | | DEP.TOT. | 0.00 |
| | | | | | LVY.TOT. | 0.00 |
| | | | | | Subtotal | 7,926.30 |
| | | | | | TOTAL AMOUNT | 7,926.30 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

**Debit Memo**

### Information

| | |
|---|---|
| Invoice Number | 90965665 |
| Invoice Date | 05/24/2019 |
| Entered By | ETAYLOR |
| Date Requested | 05/24/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 70260153 |
| Order Date | 05/24/2019 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 1,685.79 |
| Gross Weight | 0.000 KG |
| Pallets | 00000 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | Recycling April 2019 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

### Bill-to Address

Bill To Number                    202100
Kmart Corporation

4894 Greenville Avenue STE1000
Dallas, TX US 75206

### Ship-to Address

Ship_to Number                    10000771
KMART

3333 BEVERLY ESTATES RD
HOFFMAN ESTATES, IL US 60179

| Item No | Material Number | Material Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 10 | MISC | Recycling April 2019 | 1 EA | 1,685.79 | 1,685.79 |
| | | TOTAL ITEMS | 1 | Tax | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms excluding tax | | DEP.TOT. | 0.00 |
| | | | | LVY.TOT. | 0.00 |
| | | | | Subtotal | 1,685.79 |
| | | | | TOTAL AMOUNT | 1,685.79 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Debit Memo

### Bill-to Address

| | |
|---|---|
| Bill To Number | 202100 |

Kmart Corporation

4894 Greenville Avenue STE1000
Dallas, TX US 75206

### Ship-to Address

| | |
|---|---|
| Ship_to Number | 10000771 |

KMART

3333 BEVERLY ESTATES RD
HOFFMAN ESTATES, IL US 60179

### Information

| | |
|---|---|
| Invoice Number | 90976725 |
| Invoice Date | 06/21/2019 |
| Entered By | ETAYLOR |
| Date Requested | 06/21/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 70262798 |
| Order Date | 06/21/2019 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 11,684.35 |
| Gross Weight | 0.000 KG |
| Pallets | 00000 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | Recycling May2019 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

| Item No | Material Number | Material Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 10 | MISC | Recycling May 2019 | 1 EA | 11,684.35 | 11,684.35 |
| | | **TOTAL ITEMS** | 1 | Tax | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms excluding tax | | DEP.TOT. | 0.00 |
| | | | | LVY.TOT. | 0.00 |
| | | | | Subtotal | 11,684.35 |
| | | | | TOTAL AMOUNT | 11,684.35 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Debit Memo

| Bill-to Address | |
|---|---|
| Bill To Number | 202100 |
| Kmart Corporation | |
| 4894 Greenville Avenue STE1000 | |
| Dallas, TX US 75206 | |

| Ship-to Address | |
|---|---|
| Ship_to Number | 10000771 |
| KMART | |
| 3333 BEVERLY ESTATES RD | |
| HOFFMAN ESTATES, IL US 60179 | |

| Information | |
|---|---|
| Invoice Number | 90986375 |
| Invoice Date | 07/17/2019 |
| Entered By | ETAYLOR |
| Date Requested | 07/17/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 70264833 |
| Order Date | 07/17/2019 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 3,970.05 |
| Gross Weight | 0.000 KG |
| Pallets | 00000 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | Recycling June 2019 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 35 days Due net |

| Item No | Material Number | Material Description | Quantity | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 10 | MISC | Recycling June 2019 | 1 EA | 3,970.05 | 3,970.05 |
| | | **TOTAL ITEMS** | 1 | Tax | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms excluding tax | | DEP.TOT. | 0.00 |
| | | | | LVY.TOT. | 0.00 |
| | | | | Subtotal | 3,970.05 |
| | | | | TOTAL AMOUNT | 3,970.05 |

Page 1 of 1



Remit To
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Debit Memo

### Bill-to Address

| | |
|---|---|
| Bill To Number | 202100 |
| Kmart Corporation | |
| 4894 Greenville Avenue STE1000 | |
| Dallas ,TX US 75206 | |

### Ship-to Address

| | |
|---|---|
| Ship_to Number | 10000771 |
| KMART | |
| 3333 BEVERLY ESTATES RD | |
| HOFFMAN ESTATES ,IL US 60179 | |

### Information

| | |
|---|---|
| Invoice Number | 91000435 |
| Invoice Date | 08/22/2019 |
| Entered By | ETAYLOR |
| Date Requested | 08/22/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 70267938 |
| Order Date | 08/22/2019 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 14,333.81 |
| Gross Weight | 0.000 KG |
| Pallets | 00000 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | Recycling July 2019 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 30 days Due net |

| Item No | Material Number | Material Description | Quantity | | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| 10 | MISC | Recycling July 2019 | 1 | EA | 14,333.81 | 14,333.81 |
| | | **TOTAL ITEMS** | 1 | | **Tax** | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms excluding tax | | | **DEP.TOT.** | 0.00 |
| | | | | | **LVY.TOT.** | 0.00 |
| | | | | | Subtotal | 14,333.81 |
| | | | | | **TOTAL AMOUNT** | 14,333.81 |

Page 1 of 1



**Remit To**
Refresco Beverages US Inc.
88033 EXPEDITE WAY
CHICAGO, IL 60695-0001

# Debit Memo

| Bill-to Address | |
|---|---|
| Bill To Number | 202100 |
| Kmart Corporation | |
| 4894 Greenville Avenue STE1000 | |
| Dallas, TX US 75206 | |

| Ship-to Address | |
|---|---|
| Ship_to Number | 10000771 |
| KMART | |
| 3333 BEVERLY ESTATES RD | |
| HOFFMAN ESTATES, IL US 60179 | |

| Information | |
|---|---|
| Invoice Number | 91012424 |
| Invoice Date | 09/23/2019 |
| Entered By | ETAYLOR |
| Date Requested | 09/23/2019 |
| Must Arrive By Date | |
| Shipping Plant | 2180 |
| Order # | 70270722 |
| Order Date | 09/23/2019 |
| Corp. Rep. | SUSAN HOWARD |
| Reg. Rep. | |
| Price | 2,406.37 |
| Gross Weight | 0.000 KG |
| Pallets | 00000 |
| Shipping Conditions | Customer Pick-Up |
| Currency | USD |
| Customer PO # | Recycling August 201 |
| Alternate PO # | |
| Shipping Conditions | Customer Pick-Up |
| Payment Terms | within 30 days Due net |

| Item No | Material Number | Material Description | Quantity | | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| 10 | MISC | Recycling August 2019 | 1 | EA | 2,406.37 | 2,406.37 |
| | | TOTAL ITEMS | 1 | | Tax | 0.00 |
| | | Cash discounts only apply to Product and if paid within Terms excluding tax | | | DEP.TOT. | 0.00 |
| | | | | | LVY.TOT. | 0.00 |
| | | | | | Subtotal | 2,406.37 |
| | | | | | TOTAL AMOUNT | 2,406.37 |

Page 1 of 1