WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 23, 2019 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## I.    UNCONTESTED MATTER:

1.    Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

Response Deadline:    May 3, 2019 at 11:30 a.m.

Responses Filed:

A.    Objections to Cure Amount and Adequate Assurance Information of Landlord Starboard Platform Brighton JV LLC in Response to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 2213]**

B.    Supplemental Objections to Cure Amount, Adequate Assurance Information and Restrictive Covenant Conditions of Landlord Starboard Platform Brighton JV LLC in Response to Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3851]**

C.    Response to Starboard Platform Brighton JV LLC's Supplemental Objections to Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 4122]**

Related Documents:

D.    Stipulation and Order By and Among Sellers, Buyer, and Landlord Starboard Platform Brighton JV LLC Extending Time Under 11 U.S.C. 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 3821]**

E.    Stipulation and Order By and Among Sellers, Buyer, and Landlord Starboard Platform Brighton JV LLC Extending Time Under 11 U.S.C. 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 4401]**

F.    Stipulation and Order By and Among Sellers, Buyer, and Landlord Starboard Platform Brighton JV LLC Extending Time Under 11 U.S.C. 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 4581]**

G.    Stipulation and Order By and Among Sellers, Buyer, and Landlord Starboard Platform Brighton JV LLC Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 5038]**

Status:  This matter is going forward on an uncontested basis.

## II.    FEE MATTERS:

2.    Interim Fee Applications for Compensation for Services Rendered and Reimbursement of Expenses

Related Documents:

A.    Second Interim Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Auditor and Advisor from March 1, 2018 through June 30, 2019 **[ECF No. 4826]**

B.    Second Interim Fee Application of Deloitte Transactions and Business Analytics LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Advisor from March 1, 2019 through June 30, 2019 **[ECF No. 4827]**

C.    Second Application of Alvarez and Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2019 through June 30, 2019 **[ECF No. 4828]**

D.    Second Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from March 1, 2019 through and including June 30, 2019 **[ECF No. 4834]**

E.    Second Interim Fee Application of Stout Risius Ross, LLC, Real Estate Consultant and Advisor for the Debtors, for the Period from March 1, 2019 through and including June 30, 2019 **[ECF No. 4835]**

F.    Second Interim Fee Application of Evercore Group L.L.C. for Allowance of an Administrative Claim for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker to the Debtors for the Period from March 15, 2019 through and including July 14, 2019 **[ECF No. 4837]**

G.    Second Interim Fee Application of Prime Clerk LLC, as Administrative Agent to the Debtors, for Services Rendered and Reimbursement of Expenses for the Period from March 1, 2019 through June 30, 2019 **[ECF No. 4840]**

H.    Second Interim Application of FTI Consulting, Inc., Financial

Advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. for Interim Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2019 through June 30, 2019 **[ECF No. 4841]**

I.    Second Interim Application of Houlihan Lokey Capital, Inc., Investment Banker to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2019 through June 30, 2019 **[ECF No. 4842]**

J.    First Joint Application of Paul E. Harner, as Fee Examiner and Ballard Spahr LLP, as Counsel to the Fee Examiner for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 22, 2019 through June 30, 2019 **[ECF No. 4844]**

K.    Second Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of March 1, 2019 through and including June 30, 2019 **[ECF No. 4846]**

    i.    Supplemental Certification of Philip C. Dublin in Support **[ECF No. 5022]**

L.    Second Interim Fee Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Tax Services Provider from March 1, 2019 through June 30, 2019 **[ECF No. 4848]**

M.    Second Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2019 through and including June 30, 2019 **[ECF No. 4860]**

N.    Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP, as Conflicts Counsel for the Debtors for the Period from March 1, 2019 through June 30, 2019 **[ECF No. 4862]**

O.    First Interim Application for Compensation and Reimbursement of Expenses of Elise S. Frejka, Consumer Privacy Ombudsman, for the Period December 3, 2018 through July 31, 2019 **[ECF No. 4910]**

WEIL:\97226745\10\73217.0004

Status:  These matters are going forward on an uncontested basis.[2]

## III. CONTESTED MATTERS:

3.      Motion of Brian Coke Ng for Relief from the Automatic Stay **[ECF No. 5230]**

Response Deadline:  October 16, 2019

Response Filed:

   A.      Debtors' Objection **[ECF No. 5388]**

Related Document:

   B.      Movant's Reply Brief / Affidavit in Support of Motion to Lift
           Automatic Stay **[ECF No. 5469]**

Status:  This matter is going forward on a contested basis.

4.      Brian Coke Ng v. Sears Holding Corporation, *et al.* **[Adversary Proceeding No
        19-08269]**

**Motion to Dismiss Adversary Complaint**

Related Documents:

   A.      Adversary Complaint **[ECF No. 1]**

   B.      PDX, Inc.'s Motion to Dismiss Adversary Complaint **[ECF No. 5]**

   C.      Debtors' Motion to Dismiss Adversary Complaint **[ECF No. 7]**

   D.      Declaration of Jessie B. Mishkin in Support of Debtors' Motion to
           Dismiss Adversary Complaint **[ECF No. 8]**

   E.      Opposition of Brian Coke Ng to PDX, Inc.'s Motion to Dismiss
           the Complaint **[ECF No. 10]**

   F.      Motion of Brian Coke Ng to Strike the Affidavit of Service by
           Oleg Bitman **[ECF No. 11]**

   G.      Motion of Brian Coke Ng to Strike the Declaration of Jessie B.
           Mishkin **[ECF No. 12]**

---

[2]  The Limited Objection of Mien Co. Ltd., et al. (ECF No. 4923) was filed against each application and joined by
Pearl Global Industries Ltd. (ECF No. 4939), Niagara Bottling, LLC (ECF No. 4990), Cherokee Debt Acquisition,
LLC, *et al.* (ECF No. 5012), and A.O. Smith Corporation (ECF No. 5044).  The Mien Co. Objection and supplemental
Objection (ECF No. 5159) have been resolved.

H.  Request of Brian Coke Ng for Clerk's Entry of Default against Sears Holdings Corporation, and Kmart Holding Corporation **[ECF No. 14]**

I.  Plaintiff's Affidavit in Support of Application and Request for a Certificate of Default **[ECF No. 15]**

J.  Motion of Brian Coke Ng for Default Judgment **[ECF No. 16]**

K.  Plaintiff's Affidavit in Support of Entry of Default Judgment and Damages **[ECF No. 24]**

Status:  This matter is going forward on a contested basis.

## IV.  ADJOURNED MATTERS:

5.  Application of Peco Energy Company for Allowance and Payment of Administrative Expenses **[ECF No. 3459]**

Response Deadline:  October 16, 2019 at 4:00 p.m.

Responses Filed:  None.

Related Documents:  None.

Status:  This matter has been adjourned to a date to be determined.

6.  Johnson Controls, Inc.'s Motion to Allow Administrative Expense and Rejection Damages Claims Related to Sensormatic Software Maintenance Contract **[ECF No. 4026]**

Response Deadline:  October 16, 2019 at 4:00 p.m.

Response Filed:

A.  Debtors' Objection **[ECF No. 4854]**

Related Documents:  None.

Status:  This matter has been adjourned to a date to be determined.

7.  Amended Motion of Colonial Properties LLC to Compel Payment of Post-Petition Date Rent and Related Lease Obligations Pursuant to 11 U.S.C. §§ 105(a), 363(e), 365(d)(3) and 503(b)(1)(A) **[ECF No. 4319]**

Response Deadline:  October 16, 2019 at 4:00 p.m.

Responses Filed:  None.

WEIL:\97226745\10\73217.0004

Related Document:

    A.    Motion of Colonial Properties LLC to Compel Payment of Post-Petition Date Rent and Related Lease Obligations Pursuant to 11 U.S.C. §§ 105(a), 363(e), 365(d)(3) and 503(b)(1)(A) **[ECF No. 3164]**

Status:  This matter has been adjourned to a date to be determined.

8.    Motion of Telebrands, Corp. to Allow and Compel Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(a) and 503(b)(1) **[ECF No. 4419]**
Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

9.    Biltmore Commercial Properties I, LLC's Motion for Immediate Payment of Post-Petition, Pre-Rejection Lease Obligations as Administrative Expenses **[ECF No. 4426]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 5233]**

Related Document:

    B.    Biltmore Commercial Properties I, LLC's Reply to Debtors' Objection **[ECF No. 5420]**

Status:  This matter has been adjourned to a date to be determined.

10.    Motion of U.S. Bank, National Association as Trustee, Successor-in-Interest to Bank of America, N.A., as Trustee, Successor-By-Merger to Lasalle Bank National Association, as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-IQ9 for an Order Pursuant to 11 U.S.C. §503 and 507(a)(2), for the Payment of Administrative Expenses **[ECF No. 4509]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

WEIL:\97226745\10\73217.0004

Status:  This matter has been adjourned to a date to be determined.

11.    Application of IQ9-200 SW C Ave, LLC (Store No. 238) for Payment of Administrative Expenses **[ECF No. 4510]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

12.    Johnson Controls, Inc.'s Motion to Allow Administrative Expense and Rejection Damages Claims Related to HVAC Contract **[ECF No. 4589]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 4854]**

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

13.    Motion of Vivian Hilken for Relief from Automatic Stay **[ECF No. 4606]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

14.    Motion of Verint Americas Inc. for Allowance and Payment of Administrative Expense Claim and for Related Relief **[ECF No. 4613]**

Response Deadline:    August 15, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 4854]**

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

15. Motion of Scents of Worth, Inc. to Compel Motion to Compel Payment of Proceeds of Post-Petition Sales of Consigned Goods **[ECF No. 4633]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

16. Motion of Abel Santiago for Relief from the Automatic Stay **[ECF No. 4640]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

17. Motion of Demert Brands, Inc. for Payment of Administrative Expenses **[ECF No. 4663]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

18. Motion to File Proof of Claim After Claims Bar Date Motion of Kathleen Kime to Deem Proofs of Claim as Timely Filed and for Relief from the Automatic Stay **[ECF No. 4945]**

Response Deadline: October 16, 2019

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

19. Motion of Globant, LLC to Compel Payment of Administrative Expense Claim for Post-Petition Services Provided to the Debtors **[ECF No. 5027]**

Response Deadline:    October 16, 2019

WEIL:\97226745\10\73217.0004

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to a date to be determined.

20.    Motion of Crown Equipment Corporation to Allow Claims and Payment of
Administrative Expenses **[ECF No. 5033]**

<u>Response Deadline</u>:    October 16, 2019

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to a date to be determined.

21.    Motion of Luan Investment SE to Compel and Allow Payment of Administrative
Expense Under 11 U.S.C. 503(b)(1)(A) and (b)(1)(B) for Services Performed
Post-Petition **[ECF No. 5060]**

<u>Response Deadline</u>: October 16, 2019

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to a date to be determined.

22.    Motion of ARS eCommerce for Payment of Administrative Expenses Motion for
Payment of Administrative Expenses **[ECF No. 5073]**

<u>Response Deadline</u>:    October 16, 2019

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to a date to be determined.

23.    Motion of Brooks Shopping Center Partners, LLC to Allow Claims
(Administrative Rent Claim) **[ECF No. 4754]**

<u>Response Deadline</u>:    October 16, 2019 at 4:00 p.m.

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to a date to be determined.

WEIL:\97226745\10\73217.0004

24.    Motion of Westfield, LLC to Allow Claims (Administrative Rent Claim of Sunrise Mall, LLC) **[ECF No. 4755]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

25.    WSSR, LLC's Motion for an Order Pursuant to U.S.C.§§365(d)(3), 503 and 507(a)(2), Directing the Immediate Payment of Post-Petition, Pre-Rejection Lease Obligations as Administrative Expenses **[ECF No. 4765]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

26.    Amended Motion of Kellermeyer Bergensons Services, LLC and Innovative Facility Services for Entry of an Order (I) Compelling the Debtors to Immediately Pay Post-Petition Amounts Due and (II) Granting Related Relief **[ECF No. 4950]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:

   A.    Limited Objection of Mien Co. Ltd., *et al*. **[ECF No. 4923]**

   B.    Limited Objection of Mien Co. Ltd., *et al*. **[ECF No. 5159]**

Status:  This matter has been adjourned to a date to be determined.

27.    Motion of Aida Visakay for Relief from Stay **[ECF No. 5132]**

Response Deadline: October 16, 2019

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

11

28.     Motion to Convert Chapter 11 Case to Chapter 7 Of Mien Co. Ltd., Helen
        Andrews, Strong Progress Garment Factory Company, Ltd., Samil Solutions,
        Shanghai Fochier, Purcell Murray, A&A HK Industrial, Mingle Fashion Limited,
        Mansheen Industries, Ltd. and AMW Vietnam Co. Ltd. filed by Joseph E.
        Sarachek on behalf of A&A HK Industrial, AMW Vietnam Co. Ltd., Helen
        Andrews Inc., Mansheen Industries, Ltd., Mien Co., Ltd., Mingle Fashion
        Limited, Purcell Murray, Samil Solutions, Shanghai Fochier, Strong Progress
        Garment Factory Company LTD **[ECF No. 5161]**

        Response Deadline:    November 13, 2019

        Responses Filed:

                A.      Joinder of Tannor Capital Advisors LLC **[ECF No. 5204]**

                B.      Joinder of Serta Simmons Bedding, LLC **[ECF No. 5250]**

                C.      Joinder of EPI Printers, Inc. **[ECF No. 5271]**

                D.      Joinder of Twentieth Century Fox Home Entertainment LLC
                        **[ECF No. 5302]**

        Related Documents:    None.

        Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

29.     Motion of Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory
        Company, Ltd, Samil Solutions, Shanghai Fochier, Purcell Murray, A&A Hk
        Industrial, Mingle Fashion, Mansheen Industries, Ltd. and AMW Vietnam Co.
        Ltd. to Assign Matter to Mediation **[ECF No. 5178]**

        Response Deadline:    October 16, 2019

        Response Filed:

                A.      Joinder of Tannor Capital Advisors LLC **[ECF No. 5217]**

        Related Documents:    None.

        Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

30.     Motion of Securian Life Insurance to Allow Claims and Compel Payment of
        Administrative Expense Claim of Securian Life Insurance Company and
        Minnesota Life Insurance Company Pursuant to 11 U.S.C. § 503(b) **[ECF
        No. 5229]**

        Response Deadline:    October 16, 2019

        Responses Filed:      None.

12

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

31.    Motion for Mediation filed by Joseph E. Sarachek on behalf of A&A HK
Industrial, AMW Vietnam Co. Ltd., Helen Andrews Inc., Mansheen Industries,
Ltd., Mien Co., Ltd., Mingle Fashion Limited, Purcell Murray, Samil Solutions,
Shanghai Fochier, Strong Progress Garment Factory Company LTD **[ECF
No. 5241]**

Response Deadline:    October 16, 2019

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

32.    Motion for Allowance of Administrative Expense Claim filed by John S. Mairo
on behalf of Optiv Security Inc. **[ECF No. 5255]**

Response Deadline:    October 16, 2019

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

33.    Sayville Menlo LLC v. Transform Holdco LLC **[Adversary Proceeding Case
No. 19-08286]**

**Pre-Trial Conference**

Related Documents:

A.    Complaint **[ECF No. 1]**

B.    Summons **[ECF No. 2]**

C.    Motion to Dismiss **[ECF No. 4]**

D.    Declaration of Kimberly Black in Support **[ECF No. 5]**

E.    Memorandum of Law in Support of Motion to Dismiss
**[ECF No. 6]**

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

WEIL:\97226745\10\73217.0004

34.     Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

Response Deadline:    August 27, 2019 at 4:00 p.m.

Responses Filed:

A.    Response of Schumacher Electric Corporation in Opposition to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)**[ECF No. 4952]**

B.    Brief in Support of the Response of WiniaDaeWoo Electronics America, Inc. to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4987]**

C.    Response of A.O. Smith Corporation to Debtors' First Omnibus Objection to Claims **[ECF No. 4993]**

D.    Amended Brief in Support of the Response of WiniaDaeWoo Electronics America, Inc. to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4996]**

E.    Response of Whitebox Asymmetric Partners, LP, and Whitebox Multi-Strategy Partners, LP to Debtors' First Omnibus Objection to Claims **[ECF No. 4997]**

F.    Limited Response and Reservation of Rights of Transform Holdco LLC to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4998]**

G.    Shaw Industries, Inc.'s Opposition Regarding Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5156]**

H.    Response of Haier US Appliance Solutions, Inc. d/b/a GE Appliances to Debtors' First Omnibus Objection to Proofs of Claim **[ECF No. 5194]**

I.    Hain Capital Investors Master Fund Ltd.'s Response to the First Omnibus Objection to Proofs of Claims (D.E. # 4775) **[ECF No. 5313]**

Related Documents:

J.    Declaration of Jay (Junghan) Kim in Support of the Response of WiniaDaeWoo Electronics America, Inc. to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4989]**

     K.     Supplemental Authority in Support of Amended Brief in Support of the Response of Winiadaewoo to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5347]**

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

35.     Debtors' Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 4776]**

Response Deadline:     August 27, 2019 at 4:00 p.m.

Responses Filed:

     A.     Claimants Response to Omnibus Objection **[ECF No. 4814]**

     B.     Response of VM Innovations to Second Omnibus Objection to Proofs of Claim **[ECF No. 4986]**

     C.     Objection by Suzanne Jewelers **[ECF No. 4994]**

     D.     Response of ShopChimney.com to Second Omnibus Objection to Proofs of Claim **[ECF No. 5003]**

     E.     Response of VIR Ventures, Inc. to Second Omnibus Objection to Proofs of Claim **[ECF No. 5056]**

     F.     Response of Sky Billiards, Inc. D/B/A Best Choice Products in Opposition to Debtors' Second Omnibus Objection **[ECF No. 5421]**

Related Documents:     None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

36.     Debtors' Third Omnibus Objection to Proofs of Claim (Duplicate Claims) **[ECF No. 4914]**

Response Deadline:     September 19, 2019 at 4:00 p.m.

Responses Filed:     None.

Related Documents:     None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

37. Debtors' Fourth Omnibus Objection to Proofs of Claim (Amended and Superseded Claims) **[ECF No. 5030]**

Response Deadline:    October 9, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status: This matter has been adjourned to November 20, 2019 at 10:00 a.m.

38. Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims **[ECF No. 5031]**

Response Deadline:    October 9, 2019 at 4:00 p.m.

Responses Filed:

A.    Response to Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5182]**

B.    Response to Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) [Dkt. 5031] as to the Chamberlain Group, Inc. **[ECF No. 5184]**

C.    Objection of CalAmp Wireless Networks Corporation to Motion of Debtors' Fifth Omnibus Objection to Proofs of Claim **[ECF No. 5186]**

D.    Response of John W. Owen III to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5197]**

E.    Response of Scott Aikins to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5198]**

F.    Response of Jesse Lopez to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5200]**

G.    Response of Cory Taylor to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5201]**

H.    Response of Joel Pucely to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5202]**

I.    Pepperidge Farm's Response to Debtors' Fifth Omnibus Objection to Proof of Claims **[ECF No. 5323]**

J.    Red Bull Distribution Company Inc.'s Reply to Debtors' Objection **[ECF No. 5415]**

WEIL:\97226745\10\73217.0004

        K.      Declaration of Ramona Reinhardt **[ECF No. 5438]**

Related Documents:   None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

39.    Debtors' Sixth Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5075]**

Response Deadline:     September 26, 2019 at 4:00 p.m.

Responses Filed:

        A.      Response by Microsoft to Debtors' Sixth Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5196]**

        B.      Limited Response and Reservation of Rights of Transform Holdco LLC to Debtors' Sixth Omnibus Objection to Proofs of Claim **[ECF No. 5240]**

Related Documents:   None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

40.    Debtors' Seventh Omnibus Objection to Proofs of Claim (Amended and Superseded Claim **[ECF No. 5100]**

Response Deadline:     September 30, 2019 at 4:00 p.m.

Responses Filed:

        A.      Response of Elizabeth Rogal Regarding Claim No. 10430 **[ECF No. 5244]**

        B.      Objection of Martha Salazar **[ECF No. 5259]**

        C.      Objection of Antonio Romo **[ECF No. 5260]**

        D.      Objection of Cheryl Romanchuk **[ECF No. 5276]**

Related Documents:   None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

41.    Debtors' Eighth Omnibus Objection to Proofs of Claim (Duplicate Claims) **[ECF No. 5101]**

Response Deadline:     September 30, 2019 at 4:00 p.m.

Responses Filed:

    A.    Response of David Tomczak to Debtors' Eighth Omnibus Objection to Proof of Claim **[ECF No. 5203]**

    B.    Infiiloom's Response to Debtors' Eighth Omnibus Objection to Proofs of Claims **[ECF No. 5262]**

Related Documents:   None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

42.    Motion of Nina and Gerald Greene to Allow to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim **[ECF No. 3170]**

Response Deadline:   May 14, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 3941]**

Related Document:

    B.    Certificate of No Objection **[ECF No. 3909]**

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

43.    Hankook Tire America Corp.'s Motion for Relief from (A) the Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief; and (B) Related Sale and Assumption/Assignment Pleadings and Orders **[ECF No. 5310]**

Response Deadline:   November 1, 2019 at 4:00 p.m.

Responses Filed:   None.

Related Documents:   None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

44.    Mario Aliano's Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 987]**

Responses Filed:

    A.    Debtors' Omnibus Objection **[ECF No. 3149]**

B.    Reply to Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 3230]**

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

45.    Application of Northern Indiana Public Service Company LLC for Payment From the Adequate Assurance Account Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service **[ECF No. 4995]**

Response Deadline:    October 16, 2019

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

46.    Motion of Anthony Scullari for Relief from the Automatic Stay **[ECF No. 1112]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

A.    Affirmation of Anthony Scullari **[ECF No. 1114]**

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

47.    Supplemental Motion of Santa Rosa Mall LLC for Relief from Stay or in the Alternative, for an Order Finding the Automatic Stay Inapplicable and Memorandum of Law in Support Thereof **[ECF No. 5124]**

Response Deadline:    October 17, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

A.    Notice of Presentment of Stipulation, Agreement, and Order Between the Debtors and Santa Rosa Mall, LLC Granting Limited Relief from the Automatic Stay **[ECF No. 5435]**

Status:  This matter has been adjourned pending entry of a proposed stipulation by the Bankruptcy Court.

WEIL:\97226745\10\73217.0004

48.    Application of New York State Electric and Gas Corporation Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3233]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

49.    Application of National Grid Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3238]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

50.    Application of Commonwealth Edison Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3423]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

WEIL:\97226745\10\73217.0004

51.    Application of Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, the Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3480]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

52.    Application of Baltimore Gas and Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3594]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

53.    Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code **[ECF No. 1395]**

Response Deadline:    January 11, 2019 at 4:00 p.m.

Responses Filed:

A.    Debtors' Objection **[ECF No. 2451]**

B.    Reply of Certain Utility Companies to Debtors' Objection **[ECF No. 2830]**

Related Documents:

C.    Joinder of Jackson EMC **[ECF No. 1533]**

WEIL:\97226745\10\73217.0004

D.    Declaration of Sherry R. Ward in Support **[ECF No. 2433]**

E.    Declaration of Wanda Shirley in Support **[ECF No. 2434]**

F.    Declaration of Enobong Enyenihi in Support **[ECF No. 2436]**

G.    Declaration of Karen Palmieri in Support **[ECF No. 2438]**

H.    Declaration of Walt Larnerd in Support **[ECF No. 2440]**

I.    Declaration of Lisa R. Holland in Support **[ECF No. 2441]**

J.    Declaration of Aldo Rojas in Support **[ECF No. 2442]**

K.    Declaration of Marrissa Hinton in Support **[ECF No. 2444]**

L.    Declaration of Dwight C. Snowden in Support **[ECF No. 2447]**

M.    Declaration of Jennifer Davy in Support **[ECF No. 2458]**

N.    Declaration of Emory L. Roberts Jr. in Support **[ECF No. 2459]**

O.    Declaration of Louise Williams in Support **[ECF No. 2460]**

P.    Declaration of Dora Hargrove in Support **[ECF No. 2461]**

Q.    Declaration of Carlandra Edwards in Support **[ECF No. 2462]**

R.    Declaration of Brent Cochran in Support **[ECF No. 2463]**

S.    Declaration of Stephanie Lemmond in Support **[ECF No. 2467]**

T.    Declaration of Jennifer Woehrle in Support **[ECF No. 2484]**

U.    Declaration of Michael W. Franklin in Support **[ECF No. 2490]**

V.    Declaration of Vincent Albanito in Support **[EF No. 2500]**

W.    Declaration of Gerald Houck in Support **[ECF No. 2501]**

X.    Declaration of Vicki Piazza in Support **[ECF No. 2515]**

<u>Status</u>:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

22

54.     Motion of the Estate of James Garbe, for an Order (I) Determining the Value of
        Relator's Collateral as of the Sale of Such Collateral; (II) Determining the
        Amount of Any Diminution in the Amount of the Sales Proceeds Allocable to
        Such Collateral After the Sale; (III) Directing Payment of Relator's Secured and
        Superpriority Administrative Claims; and (IV) Granting Related Relief **[ECF
        No. 4931]**

        Responses Filed:        None.

        Related Documents:      None.

        Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

55.     Polsinelli PC's First and Final Fee Application for Compensation and
        Reimbursement of Fees and Expenses in Excess of Tier 3 Ordinary Course
        Professional Monthly Cap for the Month of January 2019 **[ECF No. 5106]**

        Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

56.     Motion of Hain Capital Investors Master Fund Ltd to Allow Claims and Compel
        Payment of Administrative Expense Claim Under 11 USC Sec. 503(b) **[ECF No.
        3675]**

        Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

57.     Motion of Micro Focus, LLC for Allowance and Payment of Administrative
        Expense Claim and Reservation of Rights **[ECF No. 5306]**

        Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

58.     Joint Motion of VIR Ventures, Inc. and AMI Ventures, Inc. for Allowance and Payment
        of Administrative Claims Pursuant to 11 U.S.C. §§503(a), 503(b)(1) & 507(a) **[ECF No.
        5242]**

        Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

59.     Motion of Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh
        for Relief from the Automatic Stay or, in the Alternative, for Abstention, and
        Opposition to Debtors' Motion to Extend the Automatic Stay **[ECF No. 1148]**

        Status:  This matter has been adjourned to a date to be determined.

60.     Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain
        Non-Debtor Parties **[ECF No. 924]**

        Response Deadline:      December 13, 2018 at 4:00 p.m.

        Response Filed:

        A.      Response of Sante Marcoccia **[ECF No. 1194]**

WEIL:\97226745\10\73217.0004

Related Documents:

    B.    Debtors' Reply **[ECF No. 1296]**

    C.    Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 1528]**

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

61.    Motion of Angela Kelly and Janyce L. Mackenzie for Relief from the Automatic Stay to Permit Them to Continue to Prosecute a Personal Injury Action Against Sears, Roebuck & Co. in King County Superior Court in the State of Washington, and to Liquidate Their Claims in Such Action **[ECF No. 4064]**

Status:  This matter has been adjourned to November 20, 2019 at 10:00 a.m.

## V.    WITHDRAWN MATTERS:

62.    Motion of BRE 312 OWNER LLC for Relief from the Automatic Stay **[ECF No. 3435]**

Response Deadline:    May 16, 2019 at 4:00 p.m.

Responses Filed:

    A.    Objection of 233 S. Wacker, LLC **[ECF No. 3906]**

    B.    Objection of Sears Holdings Corporation **[ECF No. 3917]**

Related Documents:

    C.    Letter Adjourning Motion of BRE 312 Owner LLC **[ECF No. 4218]**

    D.    Letter Adjourning Motion of BRE 312 Owner LLC **[ECF No. 4423]**

    E.    Letter of Withdrawal **[ECF No. 5224]**

Status:  This matter has been withdrawn in light of the Stipulation, Agreement, and Order Approving Settlement Agreement and Mutual Release approved the Court on September 11, 2019 (ECF No. 5128).

63.    Motion of Team Worldwide to Modify Automatic Stay Pursuant to 11 U.S.C. §362 **[ECF No. 4344]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

WEIL:\97226745\10\73217.0004

Related Document:

    A.    Notice of Withdrawal **[ECF No. 5398]**

Status:  This matter has been withdrawn.

64.    Motion of PREIT Services, LLC, as Agent for PR Jacksonville Limited Partnership, for Immediate Payment of Cure Obligations Under an Assumed Nonresidential Real Property Lease Pursuant to 11 U.S.C. Section 365(b)(1) **[ECF No. 5103]**

Response Deadline:    October 16, 2019

Responses Filed:    None.

Related Document:

    A.    Notice of Withdrawal **[ECF No. 5372]**

Status:  This matter has been withdrawn.

65.    Motion of Qazim B. Krasniqi for Relief from Stay to Proceed with Personal Injury Action in State Court **[ECF No. 1105]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Response Filed:

    A.    Response of Schindler Elevator Corporation 1) in Support of Debtors' Motion for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties; and 2) in Opposition to the Motion for Relief from the Automatic Stay filed on behalf of Qazim B. Krasniqi **[ECF No. 2475]**

Related Document:

    B.    Notice of Withdrawal **[ECF No. TBD]**

Status:  This matter has been withdrawn.

66.    Motion of U.S. Bank National Association d/b/a U.S. Bank Equipment Finance to Compel Debtor to Assume or Reject Lease Agreements **[ECF No. 2750]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

    A.     Notice of Withdrawal **[ECF No. 5412]**

Status:  This matter has been withdrawn.

67.    Transform Holdco LLC v. Sears Holdings Corporation, *et al.* **[Adversary Proceeding Case No. 19-08288]**

    **Pre-Trial Conference**

Related Documents:

    A.     Adversary Complaint **[ECF No. 1]**

    B.     Summons **[ECF No. 2]**

    C.     Notice of Dismissal **[ECF No. 4]**

Status:  This matter has been withdrawn.

## VI.    <u>RESOLVED MATTERS</u>:

68.    Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

Response Deadline:    October 21, 2019 at 4:00 p.m.

Responses Filed:

    A.     Objection to Cure and Adequate Assurance information by DART Warehouse Corporation **[ECF No. 2165]**

    B.     Objection to Cure and Adequate Assurance information by DART Warehouse Corporation **[ECF No. 2167]**

    C.     Supplemental Objection to Cure and Adequate Assurance information by DART Warehouse Corporation **[ECF No. 3540]**

    D.     Second Supplemental Objection to Cure and Adequate Assurance Information by DART Warehouse Corporation **[ECF No. 3905]**

Related Document:

    E.     Notice of Acknowledgment of Resolutions of Objections **[ECF No. 5402]**

Status:  This matter has been resolved.

WEIL:\97226745\10\73217.0004

69.     Presentment of Stipulation and Order By and Among The Village of Hoffman
        Estates, the Debtors, and The Community Unit School District 300 Concerning
        2017 EDA Funds Held in the Special Tax Allocation Fund and Related Matters
        **[ECF No. 5322]**

Response Deadline:     October 10, 2019 at 4:00 p.m.

Response Filed:

        A.      Limited Objection and Reservation of Rights of Transform Holdco
                LLC **[ECF No. 5352]**

Related Documents:

        B.      Response of Community Unit School District 300 **[ECF No. 5429]**

        C.      Debtors' Response **[ECF No. 5432]**

Status:  This matter has been resolved.  A revised stipulation will be submitted to
the Court for approval.


Dated:  October 22, 2019
        New York, New York

                                /s/ Garrett A. Fail
                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York  10153
                                Telephone:  (212) 310-8000
                                Facsimile:  (212) 310-8007
                                Ray C. Schrock, P.C.
                                Jacqueline Marcus
                                Garrett A. Fail
                                Sunny Singh

                                *Attorneys for Debtors and*
                                *Debtors in Possession*

WEIL:\97226745\10\73217.0004