DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Richard A. Chesley
Rachel Ehrlich Albanese
R. Craig Martin

*Attorneys for Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Rachel Ehrlich Albanese, certify that on October 23, 2019, I caused a true and correct copy of the following to be served on the parties listed on the attached service list via the method indicated:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

EAST\169821905.1

- *Notice of Presentment of Stipulation and Order By and Among Sellers, Buyer, and WRI/Raleigh, L.P. Extending Time Under 11 U.S.C. § 365(d)(4) for Assumption or Rejection of Certain Lease of Nonresidential Real Property* [ECF No. 5472]; and

- *Notice of Presentment of Stipulation and Order By and Among Sellers, Buyer, and Graziadio Investment Company Extending Time Under 11 U.S.C. § 365(d)(4) for Assumption or Rejection of Certain Lease of Nonresidential Real Property* [ECF No. 5473].

Dated: October 23, 2019  
New York, NY

    /s/ Rachel Ehrlich Albanese  
DLA PIPER LLP (US)  
1251 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 335-4500  
Richard A. Chesley  
Rachel Ehrlich Albanese  
R. Craig Martin  

*Attorneys for Transform Holdco LLC*

# SERVICE LIST

**Via Hand Delivery**
The Honorable Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Via Overnight Delivery**
Sears Holdings Corporation
Attn: Stephen Sitley, Esq.
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

*The Debtors*

**Via E-Mail and Overnight Delivery**
Office of the United States Trustee for
Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

**Via E-Mail and Overnight Delivery**
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

*Attorneys for the Debtors*

**Via E-Mail and Overnight Delivery**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
4 Times Square
New York, NY 10036

*Attorneys for Bank of America, N.A.,
Administrative Agent Under the First Lien
Credit Facility and the DIP ABL Agent*

**Via E-Mail and Overnight Delivery**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

*Attorneys for Citibank, N.A., as
Administrative Agent Under the Stand-Alone
L/C Facility*

**Via E-Mail and Overnight Delivery**
Cleary, Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY 10006

*Attorneys for JPP, LLC, as Agent Under the
Second Lien Credit Facility, IP/Ground Lease
Term Loan Facility, and the Consolidated
Secured Loan Facility*

**Via E-Mail and Overnight Delivery**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
101 Park Avenue
New York, NY 10178

*Attorneys for Computershare Trust Company,
N.A., as Trustee for the Second Lien PIK
Notes, the Holdings Unsecured PIK Notes,
and the Holdings Unsecured Notes*

**Via E-Mail and Overnight Delivery**
Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018

*Attorneys for Wilmington Trust, National Association, as Indenture Trustee for the Second Lien Notes*

**Via E-Mail and Overnight Delivery**
Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015

*Attorneys for the Bank of New York Mellon Trust Company, as Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes*

**Via E-Mail and Overnight Delivery**
Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606

*Attorneys for the Pension Benefit Guaranty Corporation*

**Via E-Mail and Overnight Delivery**
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

*Attorneys for the Official Committee of Unsecured Creditors*

**Via E-Mail and Overnight Delivery**
Allen Matkins Leck Gamble Mallory & Natsis LLP
Attn: Ivan M. Gold, Esq.
3 Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

*Attorneys for Weingarten Realty Investors, LBA Realty LLC and Graziadio Investment Company*

**Via E-Mail and Overnight Delivery**
Kelley Drye & Warren LLP
Attn: Robert L. LeHane, Esq.
Maeghan J. McLoughlin, Esq.
101 Park Avenue
New York, NY 10178

*Attorneys for Alan Robbins, Benderson Development Company LLC, Brookfield Property REIT, Inc., Gray Enterprises, LP, Graziadio Investment Company, Gregory Greenfield & Associates, Ltd., LBA Realty LLC, LF2 Rock Creek, LP, Nassimi Realty LLC, Realty Income Corp., Regency Centers Corp., Site Centers Corp., Spigel Properties, The Woodmont Company, and Weingarten Realty Investors*