**MARK E. COHEN, ESQ.**
ATTORNEY FOR SECURED CREDITOR
BANK OF AMERICA, N.A.
108-18 QUEENS BOULEVARD
4TH FLOOR, SUITE 3
FOREST HILLS, NEW YORK 11375
TELEPHONE (718) 258-1500
EMAIL: MECESQ2@AOL.COM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holding Co. et al[1] | Case No. 18-23538 (RDD)<br>(Jointly Administered) |
| Debtor. | JUDGE: Hon. Robert D. Drain |

----------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance pursuant to 11 U.S.C. § 342 in the above-captioned Chapter 11 case as counsel to the Secured Creditor Bank of America, N.A. (the "Secured Creditor"), and requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be given to and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

> MARK E. COHEN, ESQ.
> 108-18 Queens Boulevard
> 4th Floor, Suite 3
> Forest Hills, New York 11375
> Telephone:   (718) 258-1500
> Facsimile:    (718) 793-1627
> Email:         mecesq2@aol.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the statute and Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court with respect to this case and any proceedings therein, formal or informal, whether written oral, and whether transmitted or conveyed by mail, hand delivery, electronic mail, telephone, telex or otherwise.

Dated: Forest Hills, New York
      October 23, 2019              **MARK E. COHEN, ESQ.**
                                         By : */s/ Mark E. Cohen, Esq.*
                                         Attorney for Secured Creditor
                                         108-18 Queens Boulevard
                                         4th Floor, Suite 3
                                         Forest Hills, New York  11375
                                         Telephone (718) 258-1500
                                         Our File No. VAC.241-755

## **CERTIFICATE OF SERVICE**

I, Mark E. Cohen, certify under penalty of perjury that I am not a party to this action, am over 18 years of age.

That on October 23, 2019 I served the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** by the Court's electronic filing system and regular United States Mail to the addresses listed below, said addresses designated for that purpose as follows.

TO:   **Chapter 11 Debtor**: Sears, Roebuck and Co., 3333 Beverly Road, Hoffman Estates, IL 60179, Attention:  Stephen Sitley, Esq. and Luke J. Valentino, Esq.

**Attorney for Chapter 11 Debtor**: Weil Gotshal & Manges, LLC, 767 Fifth Avenue, New York, NY 10153, Attention:  Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq. and Sunny Singh, Esq.

**United States Trustee:**  Office of the United States Trustee, Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014, Attention:  Paul Schwartzberg, Esq.

**Also Served**:

Skadden Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention:  Paul D. Leake, Esq., Shana A. Elberg, Esq, and George R. Howard, Esq.

Davis Polk & Wardell LLP, 450 Lexington Avenue, New York, NY 10017, Attention:  Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.

Cleary, Gottlieb, One Liberty Plaza, New York, NY 10006, Attention;  Sean A. O'Neal, Esq.

Kelley Drye & Warrant LLP, 101 Park Avenue, New York, NY 10178, Attention; Eric R. Wilson, Esq., Benjamin D. Feder, Esq. and T. Charlie Liu, Esq.

Seyfarth Shaw LLP, 620 Eighth Avenue, New York, NY 10018, Attention: Edward M. Fox, Esq.

Carter Ledyard & Milburn LLP, 2 Wall Street, New York, NY 10015, Attention: James Gadsden, Esq.

Lock Lord LLP, 111 South Wacker Drive, Chicago, IL 60606, Attention:  Brian A. Raynor, Esq.

    Akin Gump Stauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin, Esq, Ira Dizengoff, Esq. and Sara Lynne Brauner, Esq.

    Job R. Smith and Dedra R. Barnes-Smith, 630 Artic Avenue, Oak Grove, KY 42262-8224

Dated: Forest Hills, New York
     October 23, 2019                  **MARK E. COHEN, ESQ.**
                                        By : */s/ Mark E. Cohen, Esq.*
                                        Attorney for Secured Creditor
                                        Bank of America, N.A.
                                        108-18 Queens Boulevard
                                        4th Floor, Suite 3
                                        Forest Hills, New York  11375
                                        Telephone (718) 258-1500
                                        Our File No. VAC.241-755

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------------------

In re:

Sears, Roebuck and Co., *et. al.,*

    Debtor.

Case No. 18-23538-rdd

CHAPTER 11

-------------------------------------------------------------------------------------------------------------

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

-------------------------------------------------------------------------------------------------------------

*MARK E. COHEN, ESQ.*
*Attorney for Secured Creditor*
*Bank of America, N.A.*
*108-18 Queens Boulevard*
*4th Floor, Suite 3*
*Forest Hills, New York 11375*
*Telephone: (718) 258-1500*
*Facsimile: (718) 793-1627*

-------------------------------------------------------------------------------------------------------------