*REDACTED*

*REDACTED*

Mtg Bk 1134 pg 592
Christian County

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, **Mortgage Electronic Reigstration Systems, Inc.**, whose address is PO Box 7814, Ocala, FL 34478, does hereby sell, assign, transfer and set over unto **Countrywide Home Loans, Inc.**, whose address is 7105 Corporate Drive, Mail Stop PTX-C-35, Plano, TX 75024, a certain mortgage from Job R. Smith a married man and wife, Dedra R. Barnes-Smith, to Mortgage Electronic Reigstration Systems, Inc., dated April 2, 2007, recorded April 4, 2007, in Volume 1089, Page 236, in the office of the Christian County Clerk; and all sums of money due and to become due thereon, and secured by the following real estate:

### LEGAL DESCRIPTION

Being Lot Number 630, on the Plan of Country View Estates, Unit No. One, as shown by plat of record in Plat Cabinet 4, File 368, Clerks' Office, Christian County, Kentucky, to which plat reference is hereby made for a more completed legal description.

Being the same property conveyed to Job R. Smith, married by deed from Maurice Dunn and wife, Kendra M. Dunn and filed for record in Official Record Book Volume 640, Page 367, in the Clerk's Office for Christian County, Kentucky.

This conveyance is subject to all matters shown on the above mentioned plat of record and all restrictions of record in Miscellaneous Book 42, page 151, in the Clerk's Office for Christian County, Kentucky.

Easement to Oak Grove Utility Company, Inc. (over parent tract) of record in Miscellaneous Book 20, page 295, in the Clerk's Office for Christian County, Kentucky.

**PROPERTY ADDRESS:**
630 ARTIC AVENUE
OAK GROVE, KY  42262

IN WITNESS WHEREOF, Mortgage Electronic Reigstration Systems, Inc. has set its hand this _13th_ day of _January_, 2008.

FILED FOR RECORD
This 23rd day of _January_, 08 at
8:50 O'clock A M. and recorded in _____
Book No _____ .at page _____
Attest: Michael A. Kem CLK
By: _____ D.C.

Mortgage Electronic Reigstration Systems, Inc.

By: _Shellie Hill_
Shellie Hill,
Assistant Secretary and Vice President

Delivered to _Jones, Sampson + Rothpuss_
1-28 20_08_

EXHIBIT "C"

Mtg Bk **1134** pg **593**
Christian County

STATE OF OHIO
                          SS.
COUNTY OF HAMILTON

On **JAN 15 2009** before me **Pamela K. Troxell**, Notary Public, State of **Ohio**, personally appeared Shellie Hill, Assistant Secretary and Vice President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public
My Commission Expires:

PAMELA K. TROXELL
Notary Public, State of Ohio
My Commission Expires
June 4, 2006

This instrument was prepared by:

Richard Mark Rothfuss, II
LERNER, SAMPSON & ROTHFUSS
A Legal Professional Association
P.O. Box 5480
Cincinnati, OH 45201-5480

END OF DOCUMENT
Christian County

11/15/1999  17:13     2708862307                    SHERRY MABRY                              PAGE  43

(Page REDACTED 18-23538-shl    Doc 5479-3    Filed 10/23/19    Entered 10/23/19 11:49:48    Exhibit C
                              Assignments of Mortgage    Pg 3 of 4

```
Doc ID: 004149990002 Type: MTG
Recorded: 11/09/2011 at 10:50:56 AM
Receipt#: 2011-00004623
Page 1 of 2
Fees: $13.00
Christian County, KY
Michael Kem County Clerk
BK 1273 PG 503-504
```

**REDACTED**

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, **Countrywide Home Loans, Inc.**, whose address is 7105 Corporate Drive, Mail Stop PTX-C-35, Plano, TX 75024, does hereby sell, assign, transfer and set over unto **Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP**, whose address is 7105 Corporate Drive, Mail Stop PTX-C-35, Plano, TX 75024, a certain mortgage from Job R. Smith a married man and wife, Dedra R. Barnes-Smith to Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Home Loans, Inc., its successors and assigns, dated April 2, 2007, recorded April 4, 2007, in Volume 1089, Page 236, in the office of the Christian County Clerk, and secured by the following real estate:

Being Lot Number 630, on the Plan of Country View Estates, Unit No. One, as shown by plat of record in Plat Cabinet 4, File 368, Clerks' Office, Christian County, Kentucky, to which plat reference is hereby made for a more completed legal description.

Being the same property conveyed to Job R. Smith, married by deed from Maurice Dunn and wife, Kendra M. Dunn and filed for record in Official Record Book Volume 640, Page 367, in the Clerk's Office for Christian County, Kentucky.

This conveyance is subject to all matters shown on the above mentioned plat of record and all restrictions of record in Miscellaneous Book 42, page 151, in the Clerk's Office for Christian County, Kentucky.

Easement to Oak Grove Utility Company, Inc. (over parent tract) of record in Miscellaneous Book 20, page 295, in the Clerk's Office for Christian County, Kentucky.

**PROPERTY ADDRESS: 630 Artic Avenue, Oak Grove, KY 42262**

Delivered to L,S+R
11-10 2011

# REDACTED

IN WITNESS WHEREOF, Countrywide Home Loans, Inc. has set its hand on the date set forth below.

Countrywide Home Loans, Inc.

By: *Christi C. Hebert*
\*Printed Name Christi C. Hebert
\*Title Assistant Vice President

STATE OF __Texas__  }
COUNTY OF __Dallas__ }  SS.

On __October 25, 2011__ before me __Sache N Keeton__, Notary Public, State of __Texas__, personally appeared __Christi C. Hebert__, __Assistant Vice President__ (Title), for Countrywide Home Loans, Inc., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/(she) executed the same in his/(her) authorized capacity, and that by his/(her) signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public __Sache N Keeton__
My Commission Expires: __02/11/13__

This instrument was prepared by:

Richard Mark Rothfuss, II
LERNER, SAMPSON & ROTHFUSS
A Legal Professional Association
P.O. Box 5480
Cincinnati, OH 45201-5480

[Notary Seal: SACHE N. KEETON / My Commission Expires / February 11, 2013]