**KMART** CORPORATION

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | BUYER : ZS1 ZAINUB SHEIKH |
|---|---|---|
| DIV : Division 4 | DEPT NO : 049 | |

**KMART CORPORATION**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | STE 2303-5, 23/F, PRUDENTIAL TWR 21 CANTON ROAD, TSIM SHA TSUI KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | zmak@frontline-hk.com |
| VENDOR NBR | 9130 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 704920 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $283,822.40 | | |
| PAYMENT TO BE MADE BY : | | |
| ( ) MULTIPLE PAYMENT TYPES | | |
| ( X ) CHECK/WIRE TRANSFER | | |
| Amount USD: 283,822.40 | | |
| ( ) FREE GOODS | | |
| Amount USD: 0.00 | | |
| ( ) LETTER OF CREDIT | | |
| Amount USD: 0.00 | | |
| LC #: | | |
| TRANSFERABLE: | | |
| BANK: | | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103466 |
|---|---|
| NAME | HAIYAN LIANGCHEN GARMENT CO LTD |
| ADDRESS | LIU ZHUANG VILLAGE, IND PARK WEST TANG QIAO HAIYAN ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-86119506 |
| EMAIL | betty-chen007@hi-fine.com |
| MID | CNHAILIAHAI |

KMART CORPORATION                                       **PURCHASE ORDER**                                                      Page : 2

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| **ITEM CODE:** 390098824717 | **SEASON/YEAR:** 5-WINTER 2018 |
| I 2OF 5/CARTON UPC:  04895213501354 | **SUB-SEASON:** 50-WINTER |
| **STYLE:** GF8AT39429BG | **CAT/SUB-CAT:** 39/15 |
| **BRAND NAME:** ATHLETECH | **TRADEMARK:** NONE |
| **INTL COMMODY CODE:** GDSM | **COPYRIGHT REG. NO.:** N/A |
| | **MLTP CARTON IND:** 001 |

DESCRIPTION: GIRLS BUBBLE JACKET BLACK ONYX

**SEARS DIV**          **SEARS ITEM**          **SEARS SKU**

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $159.92 | 1,432 | 1,432 | $102,531.20 |
| $71.600 | $71.600 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **PER CARTON** | **KGS:** 4.536 | **CBM:** 0.093652 | | **AST PER INNER** | 1 |
| | **LBS:** 10.000 | **CU. FT.:** 3.307 | | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | | **AST PER MASTER SHIPPING CTN** | 1 |
| L 6.35" X W 30.0" X H 30.0" | | CASEPACK | | | |

| QUOTA CAT#: 635, RNONE | **CASE #** | **FACTORY** | **EXPORTER** |
|---|---|---|---|
| **SPECIAL TRADE INDICATOR:** | **ANTI-DUMPING:** | | |
| | **COUNTERVAILING:** | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:1/1/2/2/2

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 82 | 82 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 105 | 105 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 165 | 165 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 209 | 209 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 192 | 192 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 244 | 244 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 191 | 191 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 244 | 244 | W |

**DETAIL DESCRIPTION-**

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.08/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

OPC:              8

KMART CORPORATION                          **P U R C H A S E   O R D E R**                          Page : 3

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

**ITEM CODE:** 390098824782

SEASON/YEAR: 5-WINTER 2018

GIRLS BUBBLE JACKET BLACK ONYX

SUB-SEASON: 50-WINTER

**I 2OF 5/CARTON UPC:** 04895213501381

CAT/SUB-CAT: 39/15

**STYLE:** GF8AT39429BG

TRADEMARK: NONE                **SEARS DIV**              **SEARS ITEM**              **SEARS SKU**

**BRAND NAME:** ATHLETECH

COPYRIGHT REG. NO.: N/A

**INTL COMMODY CODE:** GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $159.92 | 124 | 124 | $8,878.40 |
| $71.600 | $71.600 | | | | |

**PER CARTON**   KGS: 4.536     CBM: 0.093652          **AST PER INNER** 1

LBS: 10.000     CU. FT.: 3.307          **INNERS PER OUTER CARTON** 1

**OUTER CARTON DIMENSIONS**     PACKING INSTRUCTION:        **AST PER MASTER SHIPPING CTN** 1

L 6.35" X W 30.0" X H 30.0"          CASEPACK

QUOTA CAT#: 835, RNONE                              **CASE #**        **FACTORY**        **EXPORTER**

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:1/1/2/1/3

| **SHIPPING SCHEDULE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 7 | 7 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 9 | 9 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 14 | 14 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 18 | 18 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 17 | 17 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 21 | 21 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 17 | 17 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 21 | 21 | W |

**DETAIL DESCRIPTION-**

STYLE GF8AT39429BG

DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET

FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,

2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH

NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.

FABRICATION:

SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM

(PASS WATER RESISTANCE TEST)

LINING: 100% POLYESTER

FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL

HANGER CODE 499B , HANGER COST$0.08/PC(2PCS PER ASSORTMENT)

HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

OPC:              8

KMART CORPORATION                    **P U R C H A S E  O R D E R**                    Page : 4

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 390098825037

SEASON/YEAR:  5-WINTER 2018    GIRLS BUBBLE JACKET VIOLET INDIGO COL BL

SUB-SEASON:  50-WINTER

I 2OF 5/CARTON UPC:  04895213501439    CAT/SUB-CAT: 39/15

STYLE:  GF8AT39429BG    TRADEMARK:  NONE    **SEARS DIV**    **SEARS ITEM**    **SEARS SKU**

BRAND NAME:  ATHLETECH    COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM    MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $159.92 | 704 | 704 | $50,406.40 |
| $71.600 | $71.600 | | | | |

| | KGS: | 4.536 | CBM: | 0.093652 | **AST PER INNER** | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 10.000 | CU. FT.: | 3.307 | **INNERS PER OUTER CARTON** | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | **AST PER MASTER SHIPPING CTN** | 1 |
| L 8.35" X W 30.0" X H 30.0" | | | CASEPACK | | | |

QUOTA CAT#:  635, RNONE    **CASE #**    **FACTORY**    **EXPORTER**

SPECIAL TRADE INDICATOR:    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 ANO WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:1/1/2/2/2

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 40 | 40 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 52 | 52 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 81 | 81 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 103 | 103 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 94 | 94 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 120 | 120 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 94 | 94 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 120 | 120 | W |

DETAIL DESCRIPTION-

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (8 PCS PER ASSORTMENT)

OPC:                    8

KMART CORPORATION

**PURCHASE ORDER**

Page : 5

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

GIRLS BUBBLE JACKET VIOLET INDIGO COL BL

ITEM CODE: 390098825045

SEASON/YEAR: 5-WINTER 2018

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213501446

CAT/SUB-CAT: 39/15

STYLE: GF8AT39429BG

TRADEMARK: NONE

BRAND NAME: ATHLETECH

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

SEARS DIV

SEARS ITEM

SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $159.92 | 293 | 293 | $20,978.80 |
| $71.600 | $71.600 | | | | |

| PER CARTON | KGS: | 4.536 | CBM: | 0.093652 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 10.000 | CU. FT.: | 3.307 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN  1

L 6.35" X W 30.0" X H 30.0"

CASEPACK

QUOTA CAT#: 835, RNONE

SPECIAL TRADE INDICATOR:

CASE #

FACTORY

EXPORTER

ANTI-DUMPING:

COUNTERVAILING:

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:2/1/2/2/1

| SHIPPING SCHEDULE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 17 | 17 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 21 | 21 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 34 | 34 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 43 | 43 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 39 | 39 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 50 | 50 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 39 | 39 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 50 | 50 | W |

**DETAIL DESCRIPTION-**

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.08/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

OPC:                    8

KMART CORPORATION  **P U R C H A S E   O R D E R**  Page : 6

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | ZS1  ZAINUB SHEIKH |
|---|---|---|

| | | **DESCRIPTION** | | |
|---|---|---|---|---|
| ITEM CODE: 390098825102 | SEASON/YEAR: 5-WINTER 2018 | GIRLS BUBBLE JACKET FANDANGO PINK | | |
| | SUB-SEASON: 50-WINTER | | | |
| I 2OF 5/CARTON UPC: 04895213501507 | CAT/SUB-CAT: 39/15 | | | |
| STYLE: GF8AT394298G | TRADEMARK: NONE | **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
| BRAND NAME: ATHLETECH | COPYRIGHT REG. NO.: N/A | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL AST** | **TOTAL COST OF ITEM** |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $159.92 | 964 | 964 | $69,022.40 |
| $71.600 | $71.600 | | | | |

| **PER CARTON** | KGS: 4.536 | CBM: 0.093652 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 10.000 | CU. FT.: 3.307 | INNERS PER OUTER CARTON | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | AST PER MASTER SHIPPING CTN | 1 |
| L 6.35" X W 30.0" X H 30.0" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:1/1/2/2/2

| **SHIPPING SCHEDULE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **REFERENCE (PO) / (SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (AST)** | **PAY TYPE** |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 55 | 55 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 71 | 71 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 111 | 111 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 141 | 141 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 129 | 129 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 164 | 164 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 129 | 129 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 164 | 164 | W |

DETAIL DESCRIPTION-
STYLE GF8AT394298G
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.08/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

OPC:              6

KMART CORPORATION | **PURCHASE ORDER** | Page : 7

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | ZS1  ZAINUB SHEIKH |

**DESCRIPTION**

GIRLS BUBBLE JACKET FANDANGO PINK

ITEM CODE: 390098825151
SEASON/YEAR: 5-WINTER 2018
SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213501514
CAT/SUB-CAT: 39/15

STYLE: GF8AT39429BG
TRADEMARK: NONE

BRAND NAME: ATHLETECH
COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM
MLTP CARTON IND: 001

SEARS DIV | SEARS ITEM | SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $159.92 | 447 | 447 | $32,005.20 |
| $71.600 | $71.600 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.093652 | AST PER INNER | 1 |
| | LBS: 10.000 | CU. FT.: 3.307 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 6.35" X W 30.0" X H 30.0" | | CASEPACK | | |

QUOTA CAT#: 635, RNONE

CASE # | FACTORY | EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:1/1/3/2/1

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 26 | 26 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 32 | 32 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 51 | 51 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 66 | 66 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 60 | 60 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 78 | 78 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 60 | 60 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 78 | 78 | W |

**DETAIL DESCRIPTION-**

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

OPC:            6

KMART CORPORATION

**PURCHASE ORDER**

Page : 8

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | | ZS1  ZAINUB SHEIKH |
|---|---|---|---|

**ITEM CODE:** 390098824717

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882439-4 | | | | | | - | | | | POLYESTER | 100% | |
| 9882440-2 | | | | | | - | | | | POLYESTER | 100% | |
| 9882441-0 | | | | | | - | | | | POLYESTER | 100% | |
| 9882442-8 | | | | | | - | | | | POLYESTER | 100% | |
| 9882443-6 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 390098824782

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882439-4 | | | | | | - | | | | POLYESTER | 100% | |
| 9882440-2 | | | | | | - | | | | POLYESTER | 100% | |
| 9882441-0 | | | | | | - | | | | POLYESTER | 100% | |
| 9882442-8 | | | | | | - | | | | POLYESTER | 100% | |
| 9882443-6 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 390098825037

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882498-0 | | | | | | - | | | | POLYESTER | 100% | |
| 9882499-8 | | | | | | - | | | | POLYESTER | 100% | |
| 9882500-3 | | | | | | - | | | | POLYESTER | 100% | |
| 9882501-1 | | | | | | - | | | | POLYESTER | 100% | |
| 9882502-9 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 390098825045

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882498-0 | | | | | | - | | | | POLYESTER | 100% | |
| 9882499-8 | | | | | | - | | | | POLYESTER | 100% | |
| 9882500-3 | | | | | | - | | | | POLYESTER | 100% | |
| 9882501-1 | | | | | | - | | | | POLYESTER | 100% | |
| 9882502-9 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 390098825151

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882505-2 | | | | | | - | | | | POLYESTER | 100% | |
| 9882506-0 | | | | | | - | | | | POLYESTER | 100% | |
| 9882507-8 | | | | | | - | | | | POLYESTER | 100% | |
| 9882508-6 | | | | | | - | | | | POLYESTER | 100% | |
| 9882509-4 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 390098825102

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882505-2 | | | | | | - | | | | POLYESTER | 100% | |
| 9882506-0 | | | | | | - | | | | POLYESTER | 100% | |
| 9882507-8 | | | | | | - | | | | POLYESTER | 100% | |
| 9882508-6 | | | | | | - | | | | POLYESTER | 100% | |
| 9882509-4 | | | | | | - | | | | POLYESTER | 100% | |

KMART CORPORATION                                 **P U R C H A S E   O R D E R**                                 Page : 9

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | ZS1  ZAINUB SHEIKH |
|---|---|---|

**ITEM CODE: 390098824717**          ITEM: GIRLS BUBBLE JACKET BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: GIRLS BUBBLE JACKET XS (4/5)-BLACK ONYX | 9882439-4 | BLACK ONYX | XS 4/5 | 1 | 8.950 | 19.99 | 4895213501316 |
| SUB KSN DESC: GIRLS BUBBLE JACKET S (6/6X)-BLACK ONYX | 9882440-2 | BLACK ONYX | S 6/6X | 1 | 8.950 | 19.99 | 4895213501323 |
| SUB KSN DESC: GIRLS BUBBLE JACKET M (7/8)-BLACK ONYXC | 9882441-0 | BLACK ONYX | M 7/8 | 2 | 8.950 | 19.99 | 4895213501330 |
| SUB KSN DESC: GIRLS BUBBLE JACKET L (10/12)-BLACK ONYX | 9882442-8 | BLACK ONYX | L 10/12 | 2 | 8.950 | 19.99 | 4895213501378 |
| SUB KSN DESC: GIRLS BUBBLE JACKET XL (14/16)-BLACK ONY | 9882443-6 | BLACK ONYX | XL 14/16 | 2 | 8.950 | 19.99 | 4895213501347 |
| | | TOTAL | | 8 | 71.600 | 159.92 | |

**ITEM CODE: 390098824782**          ITEM: GIRLS BUBBLE JACKET BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: GIRLS BUBBLE JACKET XS (4/5)-BLACK ONYX | 9882439-4 | BLACK ONYX | XS 4/5 | 1 | 8.950 | 19.99 | 4895213501316 |
| SUB KSN DESC: GIRLS BUBBLE JACKET S (6/6X)-BLACK ONYX | 9882440-2 | BLACK ONYX | S 6/6X | 1 | 8.950 | 19.99 | 4895213501323 |
| SUB KSN DESC: GIRLS BUBBLE JACKET M (7/8)-BLACK ONYXC | 9882441-0 | BLACK ONYX | M 7/8 | 2 | 8.950 | 19.99 | 4895213501330 |
| SUB KSN DESC: GIRLS BUBBLE JACKET L (10/12)-BLACK ONYX | 9882442-8 | BLACK ONYX | L 10/12 | 1 | 8.950 | 19.99 | 4895213501378 |
| SUB KSN DESC: GIRLS BUBBLE JACKET XL (14/16)-BLACK ONY | 9882443-6 | BLACK ONYX | XL 14/16 | 3 | 8.950 | 19.99 | 4895213501347 |
| | | TOTAL | | 8 | 71.600 | 159.92 | |

**ITEM CODE: 390098825037**          ITEM: GIRLS BUBBLE JACKET VIOLET INDIGO COL BL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: GIRLS BUBBLE JACKET XS (4/5)-VIOLETVIOLE | 9882498-0 | VIOLET | XS 4/5 | 1 | 8.950 | 19.99 | 4895213501385 |
| SUB KSN DESC: GIRLS BUBBLE JACKET S (6/6X)-VIOLETVIOLE | 9882499-8 | VIOLET | S 6/6X | 1 | 8.950 | 19.99 | 4895213501392 |
| SUB KSN DESC: GIRLS BUBBLE JACKET M (7/8)-VIOLETVIOLET | 9882500-3 | VIOLET | M 7/8 | 2 | 8.950 | 19.99 | 4895213501408 |
| SUB KSN DESC: GIRLS BUBBLE JACKET L (10/12)-VIOLETVIOL | 9882501-1 | VIOLET | L 10/12 | 2 | 8.950 | 19.99 | 4895213501415 |
| SUB KSN DESC: GIRLS BUBBLE JACKET XL (14/16)-VIOLETVIO | 9882502-9 | VIOLET | XL 14/16 | 2 | 8.950 | 19.99 | 4895213501422 |
| | | TOTAL | | 8 | 71.600 | 159.92 | |

**ITEM CODE: 390098825045**          ITEM: GIRLS BUBBLE JACKET VIOLET INDIGO COL BL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: GIRLS BUBBLE JACKET XS (4/5)-VIOLETVIOLE | 9882498-0 | VIOLET | XS 4/5 | 2 | 8.950 | 19.99 | 4895213501385 |
| SUB KSN DESC: GIRLS BUBBLE JACKET S (6/6X)-VIOLETVIOLE | 9882499-8 | VIOLET | S 6/6X | 1 | 8.950 | 19.99 | 4895213501392 |
| SUB KSN DESC: GIRLS BUBBLE JACKET M (7/8)-VIOLETVIOLET | 9882500-3 | VIOLET | M 7/8 | 2 | 8.950 | 19.99 | 4895213501408 |
| SUB KSN DESC: GIRLS BUBBLE JACKET L (10/12)-VIOLETVIOL | 9882501-1 | VIOLET | L 10/12 | 2 | 8.950 | 19.99 | 4895213501415 |
| SUB KSN DESC: GIRLS BUBBLE JACKET XL (14/16)-VIOLETVIO | 9882502-9 | VIOLET | XL 14/16 | 1 | 8.950 | 19.99 | 4895213501422 |
| | | TOTAL | | 8 | 71.600 | 159.92 | |

KMART CORPORATION                          **PURCHASE ORDER**                          Page : 10

| ORDER DATE : 17-MAY-2018    ORDER NO : B2YQJ | ZS1  ZAINUB SHEIKH |
|---|---|

**ITEM CODE:** 390098825151                    **ITEM:** GIRLS BUBBLE JACKET FANDANGO PINK

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: GIRLS BUBBLE JACKET XS (4/5)-FANDANGO PI | 9882505-2 | FANDANGO PINK | XS 4/5 | 1 | 8.950 | 19.99 | 4895213501453 |
| SUB KSN DESC: GIRLS BUBBLE JACKET S (6/6X)-FANDANGO PI | 9882506-0 | FANDANGO PINK | S 6/6X | 1 | 8.950 | 19.99 | 4895213501460 |
| SUB KSN DESC: GIRLS BUBBLE JACKET M (7/8)-FANDANGO PIN | 9882507-8 | FANDANGO PINK | M 7/8 | 3 | 8.950 | 19.99 | 4895213501477 |
| SUB KSN DESC: GIRLS BUBBLE JACKET L (10/12)-FANDANGO P | 9882508-6 | FANDANGO PINK | L 10/12 | 2 | 8.950 | 19.99 | 4895213501484 |
| SUB KSN DESC: GIRLS BUBBLE JACKET XL (14/16)-FANDANGO | 9882509-4 | FANDANGO PINK | XL 14/16 | 1 | 8.950 | 19.99 | 4895213501491 |
| | | TOTAL | | 8 | 71.600 | 159.92 | |

**ITEM CODE:** 390098825102                    **ITEM:** GIRLS BUBBLE JACKET FANDANGO PINK

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: GIRLS BUBBLE JACKET XS (4/5)-FANDANGO PI | 9882505-2 | FANDANGO PINK | XS 4/5 | 1 | 8.950 | 19.99 | 4895213501453 |
| SUB KSN DESC: GIRLS BUBBLE JACKET S (6/6X)-FANDANGO PI | 9882506-0 | FANDANGO PINK | S 6/6X | 1 | 8.950 | 19.99 | 4895213501460 |
| SUB KSN DESC: GIRLS BUBBLE JACKET M (7/8)-FANDANGO PIN | 9882507-8 | FANDANGO PINK | M 7/8 | 2 | 8.950 | 19.99 | 4895213501477 |
| SUB KSN DESC: GIRLS BUBBLE JACKET L (10/12)-FANDANGO P | 9882508-6 | FANDANGO PINK | L 10/12 | 2 | 8.950 | 19.99 | 4895213501484 |
| SUB KSN DESC: GIRLS BUBBLE JACKET XL (14/16)-FANDANGO | 9882509-4 | FANDANGO PINK | XL 14/16 | 2 | 8.950 | 19.99 | 4895213501491 |
| | | TOTAL | | 8 | 71.600 | 159.92 | |

KMART CORPORATION                **PURCHASE ORDER**                Page : 11

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | | ZS1  ZAINUB SHEIKH |

**ADDITIONAL CONDITIONS**

**FOR ITEM 390098824717**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 390098824782**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 390098825037**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 390098825045**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 390098825102**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 390098825151**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

KMART CORPORATION

**PURCHASE ORDER**

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | ZS1 ZAINUB SHEIKH |
|---|---|---|

COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO,(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
---------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
---------------------------------------------

ANTIDUMPING CLAUSE:
---------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
---------------------------------------------
---------------------------------------------
---------------------------------------------
---------------------------------------------

KMART CORPORATION                    **PURCHASE ORDER**                    Page : 13

| ORDER DATE : 17-MAY-2018 | ORDER NO : B2YQJ | ZS1 ZAINUB SHEIKH |
|---|---|---|

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

KMART CORPORATION

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 10-MAY-2018 | ORDER NO : B2YVR | BUYER : ZS1 ZAINUB SHEIKH |
|---|---|---|
| DIV : Division 4 | DEPT NO : 049 | |

**KMART CORPORATION**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | STE 2303-5, 23/F, PRUDENTIAL TWR
21 CANTON ROAD, TSIM SHA TSUI
KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | zmak@frontline-hk.com |
| VENDOR NBR | 9130 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 704920 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $74,974.40 | | |
| PAYMENT TO BE MADE BY : | | |
| ( ) | MULTIPLE PAYMENT TYPES | |
| (X) | CHECK/WIRE TRANSFER | |
| | Amount USD: 74,974.40 | |
| ( ) | FREE GOODS | |
| | Amount USD: 0.00 | |
| ( ) | LETTER OF CREDIT | |
| | Amount USD: 0.00 | |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103466 |
|---|---|
| NAME | HAIYAN LIANGCHEN GARMENT CO LTD |
| ADDRESS | LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-86119506 |
| EMAIL | betty-chen007@hi-fine.com |
| MID | CNHAILIAHAI |

KMART CORPORATION                                    **P U R C H A S E   O R D E R**                                    Page : 2

| ORDER DATE : 10-MAY-2018 | ORDER NO : B2YVR | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 390099042913          SEASON/YEAR: 5-WINTER 2018          GIRLS BUBBLE PRINT JFUCHSIA RED

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213501576          CAT/SUB-CAT: 39/15

STYLE: GF8AT39428BG          TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: ATHLETECH          COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $159.92 | 704 | 704 | $52,940.80 |
| $75.200 | $75.200 | | | | |

| | KGS: 4.590 | ODM: 0.093052 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS: 10.000 | CU. FT.: 3.307 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 6.35" X W 30.0" X H 30.0" | | CASEPACK | | |

QUOTA CAT#: 635, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:1/1/2/2/2

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 40 | 40 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 52 | 52 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 81 | 81 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 103 | 103 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 94 | 94 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 120 | 120 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 94 | 94 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 120 | 120 | W |

DETAIL DESCRIPTION-

STYLE GF8AT39428BG

DESCRIPTION : BIG KIDS GIRLS WOVEN POLYFILL JACKET

FULLY LINED, LONG SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,

2 XHIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH

NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS

FABRICATION :

SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM

LINING:100% POLYESTER. FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL

HANGER CODE #499B , HANGER COST $0.06/PC, (2PCS PER ASSORTMENT)

HANGER CODE #485B , HANGER COST$0.07/PC (6PCS PER ASSORTMENT)

OPC:          8

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 3

| ORDER DATE : 10-MAY-2018 | ORDER NO : B2YVR | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

GIRLS BUBBLE PRINT JFUSCHIA RED

| | |
|---|---|
| **ITEM CODE:** 390099082978 | **SEASON/YEAR:** 5-WINTER 2018 |
| | **SUB-SEASON:** 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213501583 | **CAT/SUB-CAT:** 39/15 |
| **STYLE:** GF8AT39428BG | **TRADEMARK:** NONE |
| **BRAND NAME:** ATHLETECH | **COPYRIGHT REG. NO.:** N/A |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 |

**SEARS DIV**     **SEARS ITEM**     **SEARS SKU**

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $159.92 | 293 | 293 | $22,033.60 |
| $75.200 | $75.200 | | | | |

| PER CARTON | KGS: | 4.536 | CBM: | 0.093652 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 10.000 | CU. FT.: | 3.307 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 6.35" X W 30.0" X H 30.0" | | | CASEPACK | | | |

QUOTA CAT#: 635, RNONE                         **CASE #**     **FACTORY**     **EXPORTER**

SPECIAL TRADE INDICATOR:                 ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:2/1/2/2/1

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 17 | 17 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 21 | 21 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 34 | 34 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 43 | 43 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 39 | 39 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 50 | 50 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 39 | 39 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 50 | 50 | W |

DETAIL DESCRIPTION-

STYLE GF8AT39428BG
DESCRIPTION : BIG KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 XHIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
FABRICATION :
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
LINING:100% POLYESTER. FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE #498B , HANGER COST $0.06/PC, (3PCS PER ASSORTMENT)
HANGER CODE #485B,HANGER COST$0.07/PC (5PCS PER ASSORTMENT)

OPC:              8

KMART CORPORATION

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 10-MAY-2018 | ORDER NO : B2YVR | ZS1  ZAINUB SHEIKH |
|---|---|---|

**ITEM CODE:** 390099042913

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9904285-5 | | | | | | - | | | | POLYESTER | 100% | |
| 9904287-1 | | | | | | - | | | | POLYESTER | 100% | |
| 9904288-9 | | | | | | - | | | | POLYESTER | 100% | |
| 9904289-7 | | | | | | - | | | | POLYESTER | 100% | |
| 9904290-5 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 390099062978

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9904285-5 | | | | | | - | | | | POLYESTER | 100% | |
| 9904287-1 | | | | | | - | | | | POLYESTER | 100% | |
| 9904288-9 | | | | | | - | | | | POLYESTER | 100% | |
| 9904289-7 | | | | | | - | | | | POLYESTER | 100% | |
| 9904290-5 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 390099042913     **ITEM:** GIRLS BUBBLE PRINT JFUCHSIA RED

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: GIRLS BUBBLE PRINT JXS (4/5)-FUSCHIA RED | 9904285-5 | FUSCHIA RED | XS 4/5 | 1 | 9.400 | 19.99 | 4895213501521 |
| SUB KSN DESC: GIRLS BUBBLE PRINT JS (6/6X)-FUSCHIA RED | 9904287-1 | FUSCHIA RED | S 6/6X | 1 | 9.400 | 19.99 | 4895213501538 |
| SUB KSN DESC: GIRLS BUBBLE PRINT JM (7/8)-FUSCHIA RED | 9904288-9 | FUSCHIA RED | M 7/8 | 2 | 9.400 | 19.99 | 4895213501545 |
| SUB KSN DESC: GIRLS BUBBLE PRINT JL (10/12)-FUSCHIA RE | 9904289-7 | FUSCHIA RED | L 10/12 | 2 | 9.400 | 19.99 | 4895213501552 |
| SUB KSN DESC: GIRLS BUBBLE PRINT JXL (14/16)-FUSCHIA R | 9904290-5 | FUSCHIA RED | XL 14/16 | 2 | 9.400 | 19.99 | 4895213501569 |
| | | TOTAL | | 8 | 75.200 | 159.92 | |

**ITEM CODE:** 390099062978     **ITEM:** GIRLS BUBBLE PRINT JFUSCHIA RED

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: GIRLS BUBBLE PRINT JXS (4/5)-FUSCHIA RED | 9904285-5 | FUSCHIA RED | XS 4/5 | 2 | 9.400 | 19.99 | 4895213501521 |
| SUB KSN DESC: GIRLS BUBBLE PRINT JS (6/6X)-FUSCHIA RED | 9904287-1 | FUSCHIA RED | S 6/6X | 1 | 9.400 | 19.99 | 4895213501538 |
| SUB KSN DESC: GIRLS BUBBLE PRINT JM (7/8)-FUSCHIA RED | 9904288-9 | FUSCHIA RED | M 7/8 | 2 | 9.400 | 19.99 | 4895213501545 |
| SUB KSN DESC: GIRLS BUBBLE PRINT JL (10/12)-FUSCHIA RE | 9904289-7 | FUSCHIA RED | L 10/12 | 2 | 9.400 | 19.99 | 4895213501552 |
| SUB KSN DESC: GIRLS BUBBLE PRINT JXL (14/16)-FUSCHIA R | 9904290-5 | FUSCHIA RED | XL 14/16 | 1 | 9.400 | 19.99 | 4895213501569 |
| | | TOTAL | | 8 | 75.200 | 159.92 | |

KMART CORPORATION                        **PURCHASE ORDER**                                                    Page : 5

| ORDER DATE : 10-MAY-2018 | ORDER NO : B2YVR | ZS1  ZAINUB SHEIKH |
|---|---|---|

<u>ADDITIONAL CONDITIONS</u>

**FOR ITEM 390099042913**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 390099062978**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED


PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES


VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

KMART CORPORATION

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 10-MAY-2018 | ORDER NO : B2YVR | ZS1  ZAINUB SHEIKH |

ANTIDUMPING CLAUSE:
-----------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
TIIAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**KMART** CORPORATION

**P U R C H A S E   O R D E R**

Page : 1

| | | | |
|---|---|---|---|
| ORDER DATE : 24-MAY-2018 | | ORDER NO : B2YH4 | BUYER : TIC  TRINA INGLE CABREROS |
| DIV : Division 4 | | DEPT NO : 027 | |

**KMART CORPORATION**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER |
| | NO.39 WANG KWONG ROAD, KOWLOON BAY |
| | KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9130 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 704920 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $87,780.00 | |

| PAYMENT TO BE MADE BY : | | |
|---|---|---|
| ( ) | MULTIPLE PAYMENT TYPES | |
| ( X ) | CHECK/WIRE TRANSFER | |
| | Amount USD: 87,780.00 | |
| ( ) | FREE GOODS | |
| | Amount USD: 0.00 | |
| ( ) | LETTER OF CREDIT | |
| | Amount USD: 0.00 | |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103466 |
|---|---|
| NAME | HAIYAN LIANGCHEN GARMENT CO LTD |
| ADDRESS | LIU ZHUANG VILLAGE, IND PARK |
| | WEST TANG QIAO |
| | HAIYAN |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-86119506 |
| EMAIL | betty-chen007@hi-fine.com |
| MID | CNHAILIAHAI |

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 2

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

POLY FILL JACKET BLACK ONYX

| | |
|---|---|
| ITEM CODE: 240098401383 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB-SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213501750 | CAT/SUB-CAT: 24/59 |
| STYLE: WF8EK24021MI | TRADEMARK: NONE |
| BRAND NAME: EVERLAST SPORT | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

| | FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | 308 | 308 | $22,176.00 |
| $72.000 | $72.000 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | KGS: 3.629 | CBM: 0.080142 | | AST PER INNER | 1 |
| PER CARTON | LBS: 8.000 | CU. FT.: 2.830 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 8.0" X W 28.5" X H 21.45" | | CASEPACK | | | |

| | | | | | |
|---|---|---|---|---|---|
| QUOTA CAT#: 635, RNONE | | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | | |
| | | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT,8PCS IN EXPORT CARTON

| | | SHIPPING SCHEDULE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 109 | 109 | W |
| 801P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 113 | 113 | W |
| 802C | CCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 42 | 42 | W |
| 802P | PCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 44 | 44 | W |

DETAIL DESCRIPTION-

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

OPC:                6

KMART CORPORATION | **P U R C H A S E   O R D E R** | Page : 3

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC  TRINA INGLE CABREROS |

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 240098401805 | SEASON/YEAR: 5-WINTER 2018 | POLY FILL JACKET BLACK ONYX |
| | SUB-SEASON: 50-WINTER | |
| I 2OF 5/CARTON UPC: 04895213501767 | CAT/SUB-CAT: 24/59 | |
| STYLE: WF8EK24021MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: EVERLAST SPORT | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | 97 | 97 | $6,984.00 |
| $72.000 | $72.000 | | | | |

| PER CARTON | KGS: 3.629 | CBM: 0.080142 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 8.000 | CU. FT.: 2.830 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 8.0" X W 28.5" X H 21.45" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT,8PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 31 | 31 | W |
| 801P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 33 | 33 | W |
| 802C | CCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 16 | 16 | W |
| 802P | PCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 17 | 17 | W |

**DETAIL DESCRIPTION-**
STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO16
HANGER COST: $0.13/PC

OPC:                6

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 4

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 240098401854

I 2OF 5/CARTON UPC: 04895213501811

STYLE: WF8EK24021MI

BRAND NAME: EVERLAST SPORT

INTL COMMODY CODE: GDSM

SEASON/YEAR: 5-WINTER 2018
SUB-SEASON: 50-WINTER
CAT/SUB-CAT: 24/59
TRADEMARK: NONE
COPYRIGHT REG. NO.: N/A
MLTP CARTON IND: 001

POLY FILL JACKET VIOLET INDIGO

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | 203 | 203 | $14,616.00 |
| $72.000 | $72.000 | | | | |

PER CARTON  KGS: 3.629    CBM: 0.080142    AST PER INNER 1
LBS: 8.000    CU. FT.: 2.830    INNERS PER OUTER CARTON 1
OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    AST PER MASTER SHIPPING CTN 1
L 8.0" X W 28.5" X H 21.45"    CASEPACK

QUOTA CAT#: 635, RNONE

SPECIAL TRADE INDICATOR:

| | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| ANTI-DUMPING: | | | |
| COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 87 | 87 | W |
| 801P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 91 | 91 | W |
| 802C | CCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 12 | 12 | W |
| 802P | PCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 13 | 13 | W |

DETAIL DESCRIPTION-

STYLE WF8EK24021MI
DESCRIPTION . LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

OPC:    6

KMART CORPORATION **P U R C H A S E   O R D E R** Page : 5

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | | TIC  TRINA INGLE CABREROS |
|---|---|---|---|

**DESCRIPTION**

ITEM CODE: 240098401862     SEASON/YEAR: 5-WINTER 2018     POLY FILL JACKET VIOLET INDIGO

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213501828     CAT/SUB-CAT: 24/59

STYLE: WF8EK24021MI     TRADEMARK: NONE     SEARS DIV     SEARS ITEM     SEARS SKU

BRAND NAME: EVERLAST SPORT     COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM     MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | 43 | 43 | $3,096.00 |
| $72.000 | $72.000 | | | | |

| PER CARTON | KGS: | 3.629 | CBM: | 0.080142 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 8.000 | CU. FT.: | 2.830 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS     PACKING INSTRUCTION:     AST PER MASTER SHIPPING CTN    1

L 8.0" X W 28.5" X H 21.45"     CASEPACK

QUOTA CAT#: 635, RNONE     CASE #     FACTORY     EXPORTER

SPECIAL TRADE INDICATOR:     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 18 | 18 | W |
| 801P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 18 | 18 | W |
| 802C | CCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 5 | 5 | W |
| 802P | PCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 6 | 6 | W |

DETAIL DESCRIPTION-
STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

OPC:     6

KMART CORPORATION                    **P U R C H A S E   O R D E R**                    Page : 6

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC  TRINA INGLE CABREROS |
|---|---|---|

| | | **DESCRIPTION** |
|---|---|---|
| **ITEM CODE:** 240098402548 | **SEASON/YEAR:** 5-WINTER 2018 | POLY FILL JACKET PARASAILING |

| | | | |
|---|---|---|---|
| | **SUB-SEASON:** 50-WINTER | | |
| I 2OF 5/CARTON UPC: 04895213501637 | **CAT/SUB-CAT:** 24/59 | | |
| **STYLE:** WF8EK24021MI | **TRADEMARK:** NONE | **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
| **BRAND NAME:** EVERLAST SPORT | **COPYRIGHT REG. NO.:** N/A | | |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | | |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL AST** | **TOTAL COST OF ITEM** |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $299.94 | 202 | 202 | $14,544.00 |
| $72.000 | $72.000 | | | | |

| **PER CARTON** | **KGS:** 3.629 | **CBM:** 0.080142 | **AST PER INNER** | 1 |
|---|---|---|---|---|
| | **LBS:** 8.000 | **CU. FT.:** 2.830 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 8.0" X W 28.5" X H 21.45" | | CASEPACK | | |

| **QUOTA CAT#:** 635, RNONE | | | **CASE #** | **FACTORY** | **EXPORTER** |
|---|---|---|---|---|---|
| **SPECIAL TRADE INDICATOR:** | | **ANTI-DUMPING:** | | | |
| | | **COUNTERVAILING:** | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **REFERENCE (PO)/(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (AST)** | **PAY TYPE** |
| 801C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 87 | 87 | W |
| 801P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 91 | 91 | W |
| 802C | CCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 12 | 12 | W |
| 802P | PCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 12 | 12 | W |

**DETAIL DESCRIPTION-**
STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 800MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

OPC:                    6

KMART CORPORATION                                    **P U R C H A S E   O R D E R**                                    Page : 7

| ORDER DATE : 24-MAY-2018 | ORDER NO :  B2YH4 | T/C  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 240098402555     SEASON/YEAR: 5-WINTER 2018     POLY FILL JACKET PARASAILING

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213501644     CAT/SUB-CAT: 24/59

STYLE: WF8EK24021MI     TRADEMARK: NONE     **SEARS DIV**     **SEARS ITEM**     **SEARS SKU**

BRAND NAME: EVERLAST SPORT     COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM     MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | 43 | 43 | $3,096.00 |
| $72.000 | $72.000 | | | | |

| PER CARTON | KGS: 3.629 | CBM: 0.080142 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 8.000 | CU. FT.: 2.830 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 8.0" X W 28.5" X H 21.45" | | CASEPACK | | |

QUOTA CAT#: 635, RNONE     **CASE #**     **FACTORY**     **EXPORTER**

SPECIAL TRADE INDICATOR:     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 16 | 16 | W |
| 801P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 16 | 16 | W |
| 802C | CCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 5 | 5 | W |
| 802P | PCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 6 | 6 | W |

DETAIL DESCRIPTION-

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

OPC:     6

KMART CORPORATION **PURCHASE ORDER** Page : 8

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC  TRINA INGLE CABREROS |

**DESCRIPTION**

ITEM CODE: 240098402813
SEASON/YEAR: 5-WINTER 2018
POLY FILL JACKET CERISE

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213501699
CAT/SUB-CAT: 24/59

STYLE: WF8EK24021MI
TRADEMARK: NONE
SEARS DIV
SEARS ITEM
SEARS SKU

BRAND NAME: EVERLAST SPORT
COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM
MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | 210 | 210 | $15,120.00 |
| $72.000 | $72.000 | | | | |

| PER CARTON | KGS: | 3.629 | CBM: | 0.080142 | | AST PER INNER | 1 |
| | LBS: | 8.000 | CU. FT.: | 2.830 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | | AST PER MASTER SHIPPING CTN | 1 |
| L 8.0" X W 28.5" X H 21.45" | | | CASEPACK | | | | |

QUOTA CAT#: 635, RNONE
CASE #
FACTORY
EXPORTER

SPECIAL TRADE INDICATOR:
ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 84 | 84 | W |
| 801P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 87 | 87 | W |
| 802C | CCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 19 | 19 | W |
| 802P | PCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 20 | 20 | W |

DETAIL DESCRIPTION-
STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 800MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

OPC:                6

KMART CORPORATION                    **P U R C H A S E   O R D E R**                                    Page : 9

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 240098402821            SEASON/YEAR: 5-WINTER 2018        POLY FILL JACKET CERISE

                                                SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213501705        CAT/SUB-CAT: 24/59

STYLE: WF8EK24021MI            TRADEMARK: NONE            **SEARS DIV**        **SEARS ITEM**        **SEARS SKU**

BRAND NAME: EVERLAST SPORT        COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM        MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $349.93 | 97 | 97 | $8,148.00 |
| $84.000 | $84.000 | | | | |

| PER CARTON | KGS: | 3.629 | CBM: | 0.093394 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 8.000 | CU. FT.: | 3.298 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS            PACKING INSTRUCTION:                AST PER MASTER SHIPPING CTN    1

L 8.5" X W 30.0" X H 22.35"            CASEPACK

QUOTA CAT#: 635, RNONE                                **CASE #**        **FACTORY**        **EXPORTER**

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

                                        COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT,7PCS IN EXPORT CARTON

| | | | **S H I P P I N G   S C H E D U L E** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 36 | 36 | W |
| 801P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 15-SEP-2018 | A | 37 | 37 | W |
| 802C | CCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 12 | 12 | W |
| 802P | PCD | DCN | Ocean | 22-AUG-2018 | 22-AUG-2018 | 21-OCT-2018 | A | 12 | 12 | W |

DETAIL DESCRIPTION-
STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

OPC:            7

KMART CORPORATION

**PURCHASE ORDER**

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC  TRINA INGLE CABREROS |
| --- | --- | --- |

ITEM CODE:   240098401805

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9840134-2 | | | | | | - | | | | POLYESTER | 100% | |
| 9840135-9 | | | | | | - | | | | POLYESTER | 100% | |
| 9840136-7 | | | | | | - | | | | POLYESTER | 100% | |
| 9840137-5 | | | | | | - | | | | POLYESTER | 100% | |

ITEM CODE:   240098401383

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9840134-2 | | | | | | - | | | | POLYESTER | 100% | |
| 9840135-9 | | | | | | - | | | | POLYESTER | 100% | |
| 9840136-7 | | | | | | - | | | | POLYESTER | 100% | |
| 9840137-5 | | | | | | - | | | | POLYESTER | 100% | |

ITEM CODE:   240098401854

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9840181-3 | | | | | | - | | | | POLYESTER | 100% | |
| 9840182-1 | | | | | | - | | | | POLYESTER | 100% | |
| 9840183-9 | | | | | | - | | | | POLYESTER | 100% | |
| 9840184-7 | | | | | | - | | | | POLYESTER | 100% | |

ITEM CODE:   240098401862

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9840181-3 | | | | | | - | | | | POLYESTER | 100% | |
| 9840182-1 | | | | | | - | | | | POLYESTER | 100% | |
| 9840183-9 | | | | | | - | | | | POLYESTER | 100% | |
| 9840184-7 | | | | | | - | | | | POLYESTER | 100% | |

ITEM CODE:   240098402821

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9840256-3 | | | | | | - | | | | POLYESTER | 100% | |
| 9840257-1 | | | | | | - | | | | POLYESTER | 100% | |
| 9840258-9 | | | | | | - | | | | POLYESTER | 100% | |
| 9840260-5 | | | | | | - | | | | POLYESTER | 100% | |

ITEM CODE:   240098402555

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9840250-8 | | | | | | - | | | | POLYESTER | 100% | |
| 9840251-4 | | | | | | - | | | | POLYESTER | 100% | |
| 9840252-2 | | | | | | - | | | | POLYESTER | 100% | |
| 9840253-0 | | | | | | - | | | | POLYESTER | 100% | |

ITEM CODE:   240098402813

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9840256-3 | | | | | | - | | | | POLYESTER | 100% | |
| 9840257-1 | | | | | | - | | | | POLYESTER | 100% | |
| 9840258-9 | | | | | | - | | | | POLYESTER | 100% | |
| 9840260-5 | | | | | | - | | | | POLYESTER | 100% | |

ITEM CODE:   240098402548

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9840250-8 | | | | | | - | | | | POLYESTER | 100% | |
| 9840251-4 | | | | | | - | | | | POLYESTER | 100% | |
| 9840252-2 | | | | | | - | | | | POLYESTER | 100% | |
| 9840253-0 | | | | | | - | | | | POLYESTER | 100% | |

KMART CORPORATION                         **P U R C H A S E   O R D E R**                              Page : 11

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | | TIC  TRINA INGLE CABREROS |
| --- | --- | --- | --- |

**ITEM CODE: 240098401805**            **ITEM:** POLY FILL JACKET BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: POLY FILL JACKET S-BLACK ONYX | 9840134-2 | BLACK ONYX | SMALL | 1 | 12.000 | 49.99 | 4895213501712 |
| SUB KSN DESC: POLY FILL JACKET M-BLACK ONYX | 9840135-9 | BLACK ONYX | MEDIUM | 1 | 12.000 | 49.99 | 4895213501729 |
| SUB KSN DESC: POLY FILL JACKET L-BLACK ONYX | 9840136-7 | BLACK ONYX | LARGE | 2 | 12.000 | 49.99 | 4895213501736 |
| SUB KSN DESC: POLY FILL JACKET XL-BLACK ONYX | 9840137-5 | BLACK ONYX | X LARGE | 2 | 12.000 | 49.99 | 4895213501743 |
| | | TOTAL | | 6 | 72.000 | 299.94 | |

**ITEM CODE: 240098401383**            **ITEM:** POLY FILL JACKET BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: POLY FILL JACKET S-BLACK ONYX | 9840134-2 | BLACK ONYX | SMALL | 1 | 12.000 | 49.99 | 4895213501712 |
| SUB KSN DESC: POLY FILL JACKET M-BLACK ONYX | 9840135-9 | BLACK ONYX | MEDIUM | 2 | 12.000 | 49.99 | 4895213501729 |
| SUB KSN DESC: POLY FILL JACKET L-BLACK ONYX | 9840136-7 | BLACK ONYX | LARGE | 2 | 12.000 | 49.99 | 4895213501736 |
| SUB KSN DESC: POLY FILL JACKET XL-BLACK ONYX | 9840137-5 | BLACK ONYX | X LARGE | 1 | 12.000 | 49.99 | 4895213501743 |
| | | TOTAL | | 6 | 72.000 | 299.94 | |

**ITEM CODE: 240098401654**            **ITEM:** POLY FILL JACKET VIOLET INDIGO

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: POLY FILL JACKET S-VIOLET INDIGO | 9840181-3 | N/A-1 | SMALL | 1 | 12.000 | 49.99 | 4895213501774 |
| SUB KSN DESC: POLY FILL JACKET M-VIOLET INDIGO | 9840182-1 | N/A-2 | MEDIUM | 2 | 12.000 | 49.99 | 4895213501781 |
| SUB KSN DESC: POLY FILL JACKET L-VIOLET INDIGO | 9840183-9 | N/A-3 | LARGE | 2 | 12.000 | 49.99 | 4895213501798 |
| SUB KSN DESC: POLY FILL JACKET XL-VIOLET INDIGO | 9840184-7 | N/A-4 | X LARGE | 1 | 12.000 | 49.99 | 4895213501804 |
| | | TOTAL | | 6 | 72.000 | 299.94 | |

**ITEM CODE: 240098401662**            **ITEM:** POLY FILL JACKET VIOLET INDIGO

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: POLY FILL JACKET S-VIOLET INDIGO | 9840181-3 | N/A-1 | SMALL | 1 | 12.000 | 49.99 | 4895213501774 |
| SUB KSN DESC: POLY FILL JACKET M-VIOLET INDIGO | 9840182-1 | N/A-2 | MEDIUM | 1 | 12.000 | 49.99 | 4895213501781 |
| SUB KSN DESC: POLY FILL JACKET L-VIOLET INDIGO | 9840183-9 | N/A-3 | LARGE | 2 | 12.000 | 49.99 | 4895213501798 |
| SUB KSN DESC: POLY FILL JACKET XL-VIOLET INDIGO | 9840184-7 | N/A-4 | X LARGE | 2 | 12.000 | 49.99 | 4895213501804 |
| | | TOTAL | | 6 | 72.000 | 299.94 | |

**ITEM CODE: 240098402621**            **ITEM:** POLY FILL JACKET CERISE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: POLY FILL JACKET S-CERISE | 9840256-3 | CERISE | SMALL | 2 | 12.000 | 49.99 | 4895213501651 |
| SUB KSN DESC: POLY FILL JACKET M-CERISE | 9840257-1 | CERISE | MEDIUM | 2 | 12.000 | 49.99 | 4895213501668 |
| SUB KSN DESC: POLY FILL JACKET L-CERISE | 9840258-9 | CERISE | LARGE | 2 | 12.000 | 49.99 | 4895213501675 |
| SUB KSN DESC: POLY FILL JACKET XL-CERISE | 9840260-5 | CERISE | X LARGE | 1 | 12.000 | 49.99 | 4895213501682 |
| | | TOTAL | | 7 | 84.000 | 349.93 | |

**ITEM CODE: 240098402555**            **ITEM:** POLY FILL JACKET PARASAILING

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: POLY FILL JACKET S-PARASAILING | 9840250-6 | PARASAILING | SMALL | 1 | 12.000 | 49.99 | 4895213501590 |
| SUB KSN DESC: POLY FILL JACKET M-PARASAILING | 9840251-4 | PARASAILING | MEDIUM | 1 | 12.000 | 49.99 | 4895213501606 |
| SUB KSN DESC: POLY FILL JACKET L-PARASAILING | 9840252-2 | PARASAILING | LARGE | 2 | 12.000 | 49.99 | 4895213501613 |
| SUB KSN DESC: POLY FILL JACKET XL-PARASAILING | 9840253-0 | PARASAILING | X LARGE | 2 | 12.000 | 49.99 | 4895213501620 |
| | | TOTAL | | 6 | 72.000 | 299.94 | |

KMART CORPORATION

**PURCHASE ORDER**

Page : 12

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC  TRINA INGLE CABREROS |
| --- | --- | --- |

ITEM CODE: 240098402813          ITEM: POLY FILL JACKET CERISE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: POLY FILL JACKET S-CERISE | 9840256-3 | CERISE | SMALL | 1 | 12.000 | 49.99 | 4895213501651 |
| SUB KSN DESC: POLY FILL JACKET M-CERISE | 9840257-1 | CERISE | MEDIUM | 2 | 12.000 | 49.99 | 4895213501668 |
| SUB KSN DESC: POLY FILL JACKET L-CERISE | 9840258-9 | CERISE | LARGE | 2 | 12.000 | 49.99 | 4895213501675 |
| SUB KSN DESC: POLY FILL JACKET XL-CERISE | 9840260-5 | CERISE | X LARGE | 1 | 12.000 | 49.99 | 4895213501682 |
| | | TOTAL | | 6 | 72.000 | 299.94 | |

ITEM CODE: 240098402548          ITEM: POLY FILL JACKET PARASAILING

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: POLY FILL JACKET S-PARASAILING | 9840250-6 | PARASAILING | SMALL | 1 | 12.000 | 49.99 | 4895213501590 |
| SUB KSN DESC: POLY FILL JACKET M-PARASAILING | 9840251-4 | PARASAILING | MEDIUM | 2 | 12.000 | 49.99 | 4895213501606 |
| SUB KSN DESC: POLY FILL JACKET L-PARASAILING | 9840252-2 | PARASAILING | LARGE | 2 | 12.000 | 49.99 | 4895213501613 |
| SUB KSN DESC: POLY FILL JACKET XL-PARASAILING | 9840253-0 | PARASAILING | X LARGE | 1 | 12.000 | 49.99 | 4895213501620 |
| | | TOTAL | | 6 | 72.000 | 299.94 | |

KMART CORPORATION                    **PURCHASE ORDER**                                         Page : 13

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**ADDITIONAL CONDITIONS**

**FOR ITEM 240098401383**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240098401805**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240098401854**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240098401862**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240098402548**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240098402555**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240098402613**
WATER RESISTANCY TEST

KMART CORPORATION

**P U R C H A S E   O R D E R**

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC  TRINA INGLE CABREROS |

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240098402821**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
--------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
--------------------------------------------------

KMART CORPORATION

**PURCHASE ORDER**

Page : 15

| ORDER DATE : 24-MAY-2018 | ORDER NO : B2YH4 | TIC TRINA INGLE CABREROS |
|---|---|---|

ANTIDUMPING CLAUSE:
-------------------------------------------------------------------

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------------------------
-------------------------------------------------------------------
-------------------------------------------------------------------
-------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**KMART CORPORATION**

**PURCHASE ORDER**

Page : 1

| | | |
|---|---|---|
| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAQ | BUYER : KC3  KAREN CHUNG |
| DIV :  Division 4 | DEPT NO :  046 | |

**KMART CORPORATION**

3333 Beverly Road

Hoffman Estates, IL 60179

**VENDOR**

| | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER |
| | NO.39 WANG KWONG ROAD, KOWLOON BAY |
| | KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enlp@frontline-hk.com |
| VENDOR NBR | 9130 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 704920 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**

$46,248.00

**PAYMENT TO BE MADE BY :**

| | | |
|---|---|---|
| ( ) | MULTIPLE PAYMENT TYPES | |
| ( X ) | CHECK/WIRE TRANSFER | |
| | Amount USD: | 46,248.00 |
| ( ) | FREE GOODS | |
| | Amount USD: | 0.00 |
| ( ) | LETTER OF CREDIT | |
| | Amount USD: | 0.00 |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| | | |
|---|---|---|
| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| | |
|---|---|
| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| | |
|---|---|
| FACTORY NBR: | 032369 |
| NAME | PINGHU FUXING GARMENT CO LTD |
| ADDRESS | WAIGUANQIAO, NANMEN |
| | DANGHU TOWN |
| | PINGHU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 86-573-8508 8546 |
| EMAIL | zhl1591@gmail.com |
| MID | CNPINFUXPIN |

KMART CORPORATION

**PURCHASE ORDER**

Page : 2

| ORDER DATE :  06-JUN-2018 | ORDER NO :  B2YAQ | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 310016298234

SEASON/YEAR:  5-WINTER 2018

CPO WOOL BLEND MILBLACK ONYX

SUB-SEASON:  50-WINTER

I 2OF 5/CARTON UPC:  04895213502801

CAT/SUB-CAT:  31/12

STYLE:  MF8BE31921MM

TRADEMARK:  NONE

SEARS DIV    SEARS ITEM    SEARS SKU

BRAND NAME:  BASIC EDITIONS

COPYRIGHT REG. NO.:

INTL COMMODITY CODE:  GDSM

MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $359.96 | 414 | 414 | $38,916.00 |
| $94.000 | $94.000 | | | | |

| | KGS:  4.536 | CBM:  0.073545 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS:  10.000 | CU. FT.:  2.597 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 3.3" X W 34.0" X H 40.0" | | CASEPACK | | |

QUOTA CAT#:  434, RNNONE

CASE #    FACTORY    EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK , EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAGS WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT, 4 PCS IN ONE EXPORT CATRON. PACK RATIO1-1-1

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 173 | 173 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 221 | 221 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 9 | 9 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 11 | 11 | W |

DETAIL DESCRIPTION-

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/HC

OPC:    4

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 3

| ORDER DATE : 08-JUN-2018 | ORDER NO : B2YAQ | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

CPO WOOL BLEND MILBLACK ONYX

| | |
|---|---|
| ITEM CODE: 310016298853 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB-SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213502818 | CAT/SUB-CAT: 31/12 |
| STYLE: MF8BE31921MM | TRADEMARK: NONE |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

SEARS DIV        SEARS ITEM        SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $539.94 | 52 | 52 | $7,332.00 |
| $141.000 | $141.000 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 6.350 | CBM: 0.110317 | AST PER INNER | 1 |
| | LBS: 14.000 | CU. FT.: 3.896 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 4.95" X W 34.0" X H 40.0" | | CASEPACK | | |

QUOTA CAT#: 434, RNONE                                      CASE #        FACTORY        EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

COUNTERVAILING:

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT, 6PCS IN ONE EXPORT CARTON. PACK RATIO:1-1-2-2

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 21 | 21 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 27 | 27 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 2 | 2 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 2 | 2 | W |

**DETAIL DESCRIPTION-**
STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:            6

KMART CORPORATION                    **P U R C H A S E   O R D E R**                    Page : 4

| ORDER DATE : 06-JUN-2018        ORDER NO : B2YAQ | KC3  KAREN CHUNG |
|---|---|

**ITEM CODE:** 310016298234

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1629695-6 | | | | | | - | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1629731-9 | | | | | | - | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1629770-7 | | | | | | - | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1629813-5 | | | | | | - | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

**ITEM CODE:** 310016298853

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1629695-6 | | | | | | - | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1629731-9 | | | | | | - | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1629770-7 | | | | | | - | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1629813-5 | | | | | | - | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

**ITEM CODE:** 310016298234        **ITEM:** CPO WOOL BLEND MILBLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: CPO - WOOL BLEND MILS-BLACK ONYX | 1629695-6 | BLACK ONYX | SMALL | 1 | 23.500 | 89.99 | 4895213502764 |
| SUB KSN DESC: CPO - WOOL BLEND MILM-BLACK ONYX | 1629731-9 | BLACK ONYX | MEDIUM | 1 | 23.500 | 89.99 | 4895213502771 |
| SUB KSN DESC: CPO - WOOL BLEND MILL-BLACK ONYX | 1629770-7 | BLACK ONYX | LARGE | 1 | 23.500 | 89.99 | 4895213502788 |
| SUB KSN DESC: CPO - WOOL BLEND MILXL-BLACK ONYX | 1629813-5 | BLACK ONYX | X LARGE | 1 | 23.500 | 89.99 | 4895213502795 |
| | | TOTAL | | 4 | 94.000 | 359.96 | |

**ITEM CODE:** 310016298853        **ITEM:** CPO WOOL BLEND MILBLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: CPO - WOOL BLEND MILS-BLACK ONYX | 1629695-6 | BLACK ONYX | SMALL | 1 | 23.500 | 89.99 | 4895213502764 |
| SUB KSN DESC: CPO - WOOL BLEND MILM-BLACK ONYX | 1629731-9 | BLACK ONYX | MEDIUM | 1 | 23.500 | 89.99 | 4895213502771 |
| SUB KSN DESC: CPO - WOOL BLEND MILL-BLACK ONYX | 1629770-7 | BLACK ONYX | LARGE | 2 | 23.500 | 89.99 | 4895213502788 |
| SUB KSN DESC: CPO - WOOL BLEND MILXL-BLACK ONYX | 1629813-5 | BLACK ONYX | X LARGE | 2 | 23.500 | 89.99 | 4895213502795 |
| | | TOTAL | | 6 | 141.000 | 539.94 | |

KMART CORPORATION                                    **PURCHASE ORDER**                                    Page : 5

| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAQ | | KC3  KAREN CHUNG |
|---|---|---|---|

<u>ADDITIONAL CONDITIONS</u>

**FOR ITEM 310016298234**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 310016298853**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO (TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

KMART CORPORATION                                    **PURCHASE ORDER**                                                    Page : 6

| ORDER DATE :  06-JUN-2018 | ORDER NO :  B2YAQ | KC3  KAREN CHUNG |
|---|---|---|

ANTIDUMPING CLAUSE:
--------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
--------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**KMART CORPORATION**

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAR | BUYER : KC3  KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 048 | |

**KMART CORPORATION**

3333 Beverly Road

Hoffman Estates, IL 60179

**VENDOR**

| NAME | BST INTERNATIONAL FASHION LIMITED |
|---|---|
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER |
| | NO.39 WANG KWONG ROAD, KOWLOON BAY |
| | KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enlp@frontline-hk.com |
| VENDOR NBR | 9130 |
| TELEPHONE | (852) 3471 0800 |
| DUNS NBR | 704920 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**

$2,961.00

**PAYMENT TO BE MADE BY :**

| ( ) | MULTIPLE PAYMENT TYPES | |
|---|---|---|
| (X) | CHECK/WIRE TRANSFER | |
| | Amount USD: | 2,961.00 |
| ( ) | FREE GOODS | |
| | Amount USD: | 0.00 |
| ( ) | LETTER OF CREDIT | |
| | Amount USD: | 0.00 |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 032369 |
|---|---|
| NAME | PINGHU FUXING GARMENT CO LTD |
| ADDRESS | WAIGUANQIAO, NANMEN |
| | DANGHU TOWN |
| | PINGHU |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 86-573-8508 8546 |
| EMAIL | zhl1591@gmail.com |
| MID | CNPINFUXPIN |

KMART CORPORATION                                **P U R C H A S E   O R D E R**                                                    Page : 2

| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAR | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 310016296956        SEASON/YEAR:  5-WINTER 2018        CPO WOOL BLEND MILS BLACK ONYX

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213502825        CAT/SUB-CAT: 31/12

STYLE: MF8BE31921MM        TRADEMARK: NONE        SEARS DIV        SEARS ITEM        SEARS SKU

BRAND NAME: BASIC EDITIONS        COPYRIGHT REG. NO.:

INTL COMMODY CODE: GDSM        MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $89.99 | 1 | 6 | $141.00 |
| $23.500 | $141.000 | | | | |

|  | KGS: | 0.907 | ODM: | 0.022288 | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 2.000 | CU. FT.: | 0.787 | INNERS PER OUTER CARTON | 6 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | EACHES PER MASTER SHIPPING CTN | 6 |
| L 1.0" X W 34.0" X H 40.0" | | | REPACK | | | |

QUOTA CAT#:  434, RNONE        CASE #        FACTORY        EXPORTER

SPECIAL TRADE INDICATOR:        ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK EACH GARMENT WITH HANGER & SIZE CLIP, EACH IN POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT, SIZE S -6PCS IN ONE EXPORT CARTON .

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 1 | 6 | W |

DETAIL DESCRIPTION-

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:        6

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 3

| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAR | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 310016297319

SEASON/YEAR: 5-WINTER 2018

CPO WOOL BLEND MILM BLACK ONYX

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213502832

CAT/SUB-CAT: 31/12

STYLE: MF8BE31921MM

TRADEMARK: NONE

SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS

COPYRIGHT REG. NO.:

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $89.99 | 7 | 42 | $987.00 |
| $23.500 | $141.000 | | | | |

| PER CARTON | KGS: | 0.907 | CBM: | 0.022286 | EACHES PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 2.000 | CU. FT.: | 0.787 | INNERS PER OUTER CARTON | 6 |

OUTER CARTON DIMENSIONS         PACKING INSTRUCTION:         EACHES PER MASTER SHIPPING CTN    6

L 1.0" X W 34.0" X H 40.0"         REPACK

QUOTA CAT#: 434, RNONE         CASE #         FACTORY         EXPORTER

SPECIAL TRADE INDICATOR:         ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK ,EACH GARMENT WITH HANGER & SIZE CLIP, EACH IN POLYBAGS WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT, SIZE M-6PCS IN ONE EXPORT CARTON.

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 3 | 18 | W |
| 801P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 4 | 24 | W |

DETAIL DESCRIPTION-

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WTH POCKET FLAP AT CHEST,
2 POCKET WTH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:          6

KMART CORPORATION

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAR | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

CPO WOOL BLEND MILL BLACK ONYX

| | |
|---|---|
| ITEM CODE: 310016297707 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB-SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213502849 | CAT/SUB-CAT: 31/12 |
| STYLE: MF8BE31921MM | TRADEMARK: NONE |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $89.99 | 8 | 48 | $1,128.00 |
| $23.500 | $141.000 | | | | |

| PER CARTON | KGS: 6.804 | CBM: 0.022286 | EACHES PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 15.000 | CU. FT.: 0.787 | INNERS PER OUTER CARTON | 6 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | EACHES PER MASTER SHIPPING CTN | 6 |
| L 1.0" X W 34.0" X H 40.0" | | REPACK | | |

QUOTA CAT#:  434, RNONE

CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH IN POLYBAG WHICH TO BE PRINT WIHT CO/RN42000 AND WARNING CLAUSE PRINT, SIZE L-6PCS IN ONE EXPORT CARTON.

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 4 | 24 | W |
| 801P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 4 | 24 | W |

DETAIL DESCRIPTION-

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:          8

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 5

| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAR | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

CPO WOOL BLEND MILXL BLACK ONYX

**ITEM CODE:** 310016298135

**SEASON/YEAR:** 5-WINTER 2018

**SUB-SEASON:** 50-WINTER

**I 2OF 5/CARTON UPC:** 04895213502856

**CAT/SUB-CAT:** 31/12

**STYLE:** MF8BE31921MM

**TRADEMARK:** NONE

**SEARS DIV**

**SEARS ITEM**

**SEARS SKU**

**BRAND NAME:** BASIC EDITIONS

**COPYRIGHT REG. NO.:**

**INTL COMMODY CODE:** GDSM

**MLTP CARTON IND:** 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER EACHES** | **PER CARTON** | $89.99 | 5 | 30 | $705.00 |
| $23.500 | $141.000 | | | | |

**PER CARTON**

**KGS:** 2.722

**CBM:** 0.022286

**EACHES PER INNER** 1

**LBS:** 6.000

**CU. FT.:** 0.787

**INNERS PER OUTER CARTON** 6

**OUTER CARTON DIMENSIONS**

**PACKING INSTRUCTION:**

**EACHES PER MASTER SHIPPING CTN** 6

L 1.0" X W 34.0" X H 40.0"

REPACK

**QUOTA CAT#:** 434, RNONE

**CASE #**

**FACTORY**

**EXPORTER**

**SPECIAL TRADE INDICATOR:**

**ANTI-DUMPING:**

**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH IN POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT , SIZE XL-6PCS IN ONE EXPORT CARTON.

| | | | SHIPPING SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 2 | 12 | W |
| 801P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 3 | 18 | W |

**DETAIL DESCRIPTION-**

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR016
HANGER COST $0.130/PC

**OPC:**          6

KMART CORPORATION

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAR | KC3  KAREN CHUNG |
|---|---|---|

ITEM CODE:  310016296958

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | - | | | | | | |

ITEM CODE:  310016297319

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | - | | | | | | |

ITEM CODE:  310016297707

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | - | | | | | | |

ITEM OODC:  310016298135

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | - | | | | | | |

ITEM CODE: 310016296958          ITEM: CPO WOOL BLEND MILS BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

ITEM CODE: 310016297319          ITEM: CPO WOOL BLEND MILM BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

ITEM CODE: 310016297707          ITEM: CPO WOOL BLEND MILL BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

ITEM CODE: 310016298135          ITEM: CPO WOOL BLEND MILXL BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| | | TOTAL | | 0 | | | |

KMART CORPORATION                                    **PURCHASE ORDER**                                                Page : 7

| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAR | KC3  KAREN CHUNG |

**ADDITIONAL CONDITIONS**

**FOR ITEM 310016296958**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 310016297319**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 310016297707**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 310016298135**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED


PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

KMART CORPORATION

**PURCHASE ORDER**

| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAR | KC3 KAREN CHUNG |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

ANTIDUMPING CLAUSE:
-------------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------------------------------
-------------------------------------------------------------------------
-------------------------------------------------------------------------
-------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

KMART CORPORATION                  **PURCHASE ORDER**                  Page : 9

| ORDER DATE : 06-JUN-2018 | ORDER NO : B2YAR | KC3  KAREN CHUNG |
|---|---|---|

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

KMART CORPORATION

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR9 | BUYER : TIC TRINA INGLE CABREROS |
|---|---|---|
| DIV : Division 4 | DEPT NO : 027 | |

KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enlp@frontline-hk.com |
| VENDOR NBR | 9130 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 704920 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
|---|
| $52,220.00 |

| PAYMENT TO BE MADE BY : | | |
|---|---|---|
| ( ) | MULTIPLE PAYMENT TYPES | |
| (X) | CHECK/WIRE TRANSFER | |
| | Amount USD: | 52,220.00 |
| ( ) | FREE GOODS | |
| | Amount USD: | 0.00 |
| ( ) | LETTER OF CREDIT | |
| | Amount USD: | 0.00 |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

FACTORY DETAILS:

| FACTORY NBR: | 103624 |
|---|---|
| NAME | PINGHU OX GARMENT CO LTD |
| ADDRESS | MAJIU VILLAGE,CAOQIAO STREET PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-85946988 |
| EMAIL | pinghuox@vip.163.com |
| MID | CNPINOXPIN |

KMART CORPORATION

**PURCHASE ORDER**

Page : 2

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR9 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

WF8JSS24038MI JS SERBLACK ONYX LEOPARD

ITEM CODE: 240039502810

SEASON/YEAR: 5-WINTER 2018

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213504072

CAT/SUB-CAT: 24/55

STYLE: WF8JS24038MI

TRADEMARK: NONE

SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: JACLYN SMITH

COPYRIGHT REG. NO.: N/A

INTL COMMODITY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $359.94 | 326 | 326 | $34,230.00 |
| $105.000 | $105.000 | | | | |

| PER CARTON | KGS: | 6.350 | CBM: | 0.085835 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 14.000 | CU. FT.: | 3.031 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 4.85" X W 30.0" X H 36.0" | | | CASEPACK | | | |

QUOTA CAT#: 635, RNONE

CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 42000 AND WARNING CLAUSE PRINT, 6PCS (1/1/2/1/1) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 160 | 160 | W |
| 801P | PCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 166 | 166 | W |

DETAIL DESCRIPTION-

STYLE WF8JS24038MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE, 3OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
HALF MOON NECKSEAM
FULLY LINING, 4PCS #45L POLY BUTTON AT CENTER FRONT
2 X FRONT POCKETS WTIH BUTTON AT WAIST
SELF FABRIC TAB WITH BUTTON AT BACK WAIST, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ,600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE KMSR018
HANGER COST$0.13/PC

OPC:          6

KMART CORPORATION                          **P U R C H A S E   O R D E R**                                    Page : 3

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR9 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 240039630058

WF8JSS24036MI JS SERBLACK ONYX LEOPARD

SEASON/YEAR:  5-WINTER 2018
SUB-SEASON:  50-WINTER
I 2OF 5/CARTON UPC:  0489521350408
CAT/SUB-CAT:  24/55
STYLE:  WF8JS24036MI
TRADEMARK:  NONE

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|

BRAND NAME:  JACLYN SMITH
COPYRIGHT REG. NO.:  N/A
INTL COMMODY CODE:  GDSM
MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $479.92 | 127 | 127 | $17,780.00 |
| $140.000 | $140.000 | | | | |

| PER CARTON | KGS: | 8.165 | CBM: | 0.114152 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 18.000 | CU. FT.: | 4.031 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS
PACKING INSTRUCTION:
AST PER MASTER SHIPPING CTN   1
L 6.45" X W 30.0" X H 36.0"
CASEPACK

QUOTA CAT#:  635, RNONE                                    CASE #            FACTORY          EXPORTER
SPECIAL TRADE
INDICATOR:                                    ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 42000 AND WARNING CLAUSE PRINT, 8PCS (1/2/3/1/1) IN EXPORT
CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 62 | 62 | W |
| 801P | PCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 65 | 65 | W |

DETAIL DESCRIPTION-
STYLE WF8JS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE, 3OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
HALF MOON NECKSEAM
FULLY LINING, 4PCS #45L POLY BUTTON AT CENTER FRONT
2 X FRONT POCKETS WTIH BUTTON AT WAIST
SELF FABRIC TAB WITH BUTTON AT BACK WAIST, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WTTH POLYACRYLATE COATING ,600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE KMSR016
HANGER COST$0.13/PC

OPC:                        8

KMART CORPORATION                                    **P U R C H A S E   O R D E R**                                    Page : 4

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR9 | TIC TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 240039631114 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB-SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 0489521350409 | CAT/SUB-CAT: 24/55 |
| STYLE: WF8JS24038MI | TRADEMARK: NONE |
| BRAND NAME: JACLYN SMITH | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

WF8JSS24038MI JS SERBLACK ONYX LEOPARD

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $359.94 | 2 | 2 | $210.00 |
| $105.000 | $105.000 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **PER CARTON** | KGS: 6.350 | CBM: 0.072582 | **AST PER INNER** | 1 | |
| | LBS: 14.000 | CU. FT.: 2.562 | **INNERS PER OUTER CARTON** | 1 | |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | **AST PER MASTER SHIPPING CTN** | 1 | |
| L 4.1" X W 30.0" X H 36.0" | | CASEPACK | | | |

| QUOTA CAT#: 635, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 42000 AND WARNING CLAUSE PRINT, 6PCS (0/4/0/1/1) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 1 | 1 | W |
| 801P | PCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 1 | 1 | W |

DETAIL DESCRIPTION-

STYLE WF8JS24038MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE, 3OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
HALF MOON NECKSEAM
FULLY LINING, 4PCS #45L POLY BUTTON AT CENTER FRONT
2 X FRONT POCKETS WTIH BUTTON AT WAIST
SELF FABRIC TAB WITH BUTTON AT BACK WAIST, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ,800MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE KMSR018
HANGER COST$0.13/PC

OPC:                8

KMART CORPORATION

**PURCHASE ORDER**

Page : 5

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR9 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**ITEM CODE:** 240039502810

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3950276-0 | | | | | | - | | | | POLYESTER | 100% | |
| 3950277-8 | | | | | | - | | | | POLYESTER | 100% | |
| 3950278-6 | | | | | | - | | | | POLYESTER | 100% | |
| 3950279-4 | | | | | | - | | | | POLYESTER | 100% | |
| 3950280-2 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 240039630058

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3950276-0 | | | | | | - | | | | POLYESTER | 100% | |
| 3950277-8 | | | | | | - | | | | POLYESTER | 100% | |
| 3950278-6 | | | | | | - | | | | POLYESTER | 100% | |
| 3950279-4 | | | | | | - | | | | POLYESTER | 100% | |
| 3950280-2 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 240039631114

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3950277-8 | | | | | | - | | | | POLYESTER | 100% | |
| 3950279-4 | | | | | | - | | | | POLYESTER | 100% | |
| 3950280-2 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 240039502810          **ITEM:** WF8JSS24036MI JS SERBLACK ONYX LEOPARD

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WF8JSS24036MI JS SERS-BLACK ONYX LEOPAR | 3950276-0 | N/A-1 | SMALL | 1 | 17.500 | 59.99 | 4895213504027 |
| SUB KSN DESC: WF8JSS24036MI JS SERM-BLACK ONYX LEOPAR | 3950277-8 | N/A-2 | MEDIUM | 1 | 17.500 | 59.99 | 4895213504034 |
| SUB KSN DESC: WF8JSS24036MI JS SERL-BLACK ONYX LEOPAR | 3950278-6 | N/A-3 | LARGE | 2 | 17.500 | 59.99 | 4895213504041 |
| SUB KSN DESC: WF8JSS24036MI JS SERXL-BLACK ONYX LEOPA | 3950279-4 | N/A-4 | X LARGE | 1 | 17.500 | 59.99 | 4895213504058 |
| SUB KSN DESC: WF8JSS24036MI JS SERXXL-BLACK ONYX LEOP | 3950280-2 | N/A-5 | XX LARGE | 1 | 17.500 | 59.99 | 4895213504065 |
| | | | TOTAL | 6 | 105.000 | 359.94 | |

**ITEM CODE:** 240039630058          **ITEM:** WF8JSS24036MI JS SERBLACK ONYX LEOPARD

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WF8JSS24036MI JS SERS-BLACK ONYX LEOPAR | 3950276-0 | N/A-1 | SMALL | 1 | 17.500 | 59.99 | 4895213504027 |
| SUB KSN DESC: WF8JSS24036MI JS SERM-BLACK ONYX LEOPAR | 3950277-8 | N/A-2 | MEDIUM | 2 | 17.500 | 59.99 | 4895213504034 |
| SUB KSN DESC: WF8JSS24036MI JS SERL-BLACK ONYX LEOPAR | 3950278-6 | N/A-3 | LARGE | 3 | 17.500 | 59.99 | 4895213504041 |
| SUB KSN DESC: WF8JSS24036MI JS SERXL-BLACK ONYX LEOPA | 3950279-4 | N/A-4 | X LARGE | 1 | 17.500 | 59.99 | 4895213504058 |
| SUB KSN DESC: WF8JSS24036MI JS SERXXL-BLACK ONYX LEOP | 3950280-2 | N/A-5 | XX LARGE | 1 | 17.500 | 59.99 | 4895213504065 |
| | | | TOTAL | 8 | 140.000 | 479.92 | |

KMART CORPORATION

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR9 | | TIC  TRINA INGLE CABREROS |

ITEM CODE: 240039631114          ITEM: WF8JSS24036MI JS SERBLACK ONYX LEOPARD

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WF8JSS24036MI JS SERM-BLACK ONYX LEOPAR | 3950277-8 | N/A-1 | MEDIUM | 4 | 17.500 | 59.99 | 4895213504034 |
| SUB KSN DESC: WF8JSS24036MI JS SERXL-BLACK ONYX LEOPA | 3950279-4 | N/A-2 | X LARGE | 1 | 17.500 | 59.99 | 4895213504058 |
| SUB KSN DESC: WF8JSS24036MI JS SERXXL-BLACK ONYX LEOP | 3950280-2 | N/A-3 | XX LARGE | 1 | 17.500 | 59.99 | 4895213504065 |
| | | TOTAL | | 6 | 105.000 | 359.94 | |

ADDITIONAL CONDITIONS

**FOR ITEM 240039502810**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240039630058**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240039631114**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

KMART CORPORATION

**PURCHASE ORDER**

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR9 | | TIC TRINA INGLE CABREROS |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-------------------------------------------------------

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------------

ANTIDUMPING CLAUSE:
-------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

KMART CORPORATION

**PURCHASE ORDER**

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR9 | TIC  TRINA INGLE CABREROS |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**KMART** CORPORATION                                **P U R C H A S E   O R D E R**                                Page : 1

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR8 | BUYER : TIC  TRINA INGLE CABREROS |
|---|---|---|
| DIV : Division 4 | DEPT NO : 027 | |

**KMART CORPORATION**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9130 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 704920 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $26,822.00 | | |
| PAYMENT TO BE MADE BY : | | |
| ( )    MULTIPLE PAYMENT TYPES | | |
| ( X )    CHECK/WIRE TRANSFER | | |
| Amount USD: 26,822.00 | | |
| ( )    FREE GOODS | | |
| Amount USD: 0.00 | | |
| ( )    LETTER OF CREDIT | | |
| Amount USD: 0.00 | | |
| LC #: | | |
| TRANSFERABLE: | | |
| BANK: | | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103624 |
|---|---|
| NAME | PINGHU OX GARMENT CO LTD |
| ADDRESS | MAJIU VILLAGE,CAOQIAO STREET PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-85946988 |
| EMAIL | pinghuox@vip.163.com |
| MID | CNPINOXPIN |

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 2

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR8 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| **ITEM CODE:** 240039502737 | **SEASON/YEAR:** 5-WINTER 2018 |
| | **SUB-SEASON:** 50-WINTER |
| **I 2OF 5/CARTON UPC:** 04895213503990 | **CAT/SUB-CAT:** 24/55 |
| **STYLE:** WF8JS24035MI | **TRADEMARK:** NONE |
| **BRAND NAME:** JACLYN SMITH | **COPYRIGHT REG. NO.:** N/A |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 |

CHANTAL QUILTED JACKBLACK ONYX

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $419.94 | 145 | 145 | $15,660.00 |
| $108.000 | $108.000 | | | | |

| PER CARTON | KGS: | 6.350 | CBM: | 0.085835 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 14.000 | CU. FT.: | 3.031 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 4.85" X W 30.0" X H 36.0" | | | CASEPACK | | | |

| QUOTA CAT#: 635, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**
HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 42000 AND WARNING CLAUSE PRINT, 6PCS (1/1/2/1/1) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 71 | 71 | W |
| 801P | PCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 74 | 74 | W |

**DETAIL DESCRIPTION-**
STYLE WF8JS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5L SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER QUILTED FOR WHOLE GARMENT
PU PIPING FOR NECKLINE, CENTER PIPING, CUFF EDGE, PLACKET EDGE AND HEM EDGE
2X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST$0.13/PC

OPC:                    6

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 3

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR8 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 240039502745

SEASON/YEAR: 5-WINTER 2018

CHANTAL QUILTED JACKBLACK ONYX

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213504003

CAT/SUB-CAT: 24/55

STYLE: WF8JS24035MI

TRADEMARK: NONE

**SEARS DIV**

**SEARS ITEM**

**SEARS SKU**

BRAND NAME: JACLYN SMITH

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $469.93 | 77 | 77 | $9,702.00 |
| $128.000 | $128.000 | | | | |

| PER CARTON | KGS: 7.257 | CBM: 0.099993 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 16.000 | CU. FT.: 3.531 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN    1

L 5.65" X W 30.0" X H 36.0"

CASEPACK

QUOTA CAT#:  635, RNONE

**CASE #**

**FACTORY**

**EXPORTER**

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 42000 AND WARNING CLAUSE PRINT, 7PCS (1/2/2/1/1) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POJ(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 38 | 38 | W |
| 801P | PCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 39 | 39 | W |

DETAIL DESCRIPTION-

STYLE WF8JS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5L SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER QUILTED FOR WHOLE GARMENT
PU PIPING FOR NECKLINE, CENTER PIPING, CUFF EDGE, PLACKET EDGE AND HEM EDGE
2X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST$0.13/PC

OPC:              7

KMART CORPORATION

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR8 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

CHANTAL QUILTED JACKBLACK ONYX

ITEM CODE: 240039502752

SEASON/YEAR: 5-WINTER 2018

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213504010

CAT/SUB-CAT: 24/55

STYLE: WF8JS24035MI

TRADEMARK: NONE

SEARS DIV

SEARS ITEM

SEARS SKU

BRAND NAME: JACLYN SMITH

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $699.90 | 7 | 7 | $1,260.00 |
| $180.000 | $180.000 | | | | |

PER CARTON

KGS: 9.979

CBM: 0.141584

AST PER INNER 1

LBS: 22.000

CU. FT.: 5.000

INNERS PER OUTER CARTON 1

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN 1

L 8.0" X W 30.0" X H 36.0"

CASEPACK

QUOTA CAT#: 635, RNONE

CASE #

FACTORY

EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 42000 AND WARNING CLAUSE PRINT, 10PCS (1/2/3/2/2) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 3 | 3 | W |
| 801P | PCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 4 | 4 | W |

DETAIL DESCRIPTION-
STYLE WF8JS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5L SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER QUILTED FOR WHOLE GARMENT
PU PIPING FOR NECKLINE, CENTER PIPING, CUFF EDGE, PLACKET EDGE AND HEM EDGE
2X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST$0.13/PC

OPC:            10

KMART CORPORATION                                    **P U R C H A S E   O R D E R**                                    Page : 5

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR8 | TIC  TRINA INGLE CABREROS |

**ITEM CODE:** 240039502737

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3949247-5 | | | | | | - | | | | POLYESTER | 100% | |
| 3949649-2 | | | | | | - | | | | POLYESTER | 100% | |
| 3949650-0 | | | | | | - | | | | POLYESTER | 100% | |
| 3950271-1 | | | | | | - | | | | POLYESTER | 100% | |
| 3950272-9 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 240039502745

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3949247-5 | | | | | | - | | | | POLYESTER | 100% | |
| 3949649-2 | | | | | | - | | | | POLYESTER | 100% | |
| 3949650-0 | | | | | | - | | | | POLYESTER | 100% | |
| 3950271-1 | | | | | | - | | | | POLYESTER | 100% | |
| 3950272-9 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 240039502752

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3949247-5 | | | | | | - | | | | POLYESTER | 100% | |
| 3949649-2 | | | | | | - | | | | POLYESTER | 100% | |
| 3949650-0 | | | | | | - | | | | POLYESTER | 100% | |
| 3950271-1 | | | | | | - | | | | POLYESTER | 100% | |
| 3950272-9 | | | | | | - | | | | POLYESTER | 100% | |

**ITEM CODE:** 240039502737                    **ITEM:** CHANTAL QUILTED JACKBLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: CHANTAL QUILTED JACKS-BLACK ONYX | 3949247-5 | BLACK ONYX | SMALL | 1 | 18.000 | 69.99 | 4895213503921 |
| SUB KSN DESC: CHANTAL QUILTED JACKM-BLACK ONYX | 3949649-2 | BLACK ONYX | MEDIUM | 1 | 18.000 | 69.99 | 4895213503938 |
| SUB KSN DESC: CHANTAL QUILTED JACKL-BLACK ONYX | 3949650-0 | BLACK ONYX | LARGE | 2 | 18.000 | 69.99 | 4895213503945 |
| SUB KSN DESC: CHANTAL QUILTED JACKXL-BLACK ONYX | 3950271-1 | BLACK ONYX | X LARGE | 1 | 18.000 | 69.99 | 4895213503976 |
| SUB KSN DESC: CHANTAL QUILTED JACKXXL-BLACK ONYX | 3950272-9 | BLACK ONYX | XX LARGE | 1 | 18.000 | 69.99 | 4895213503983 |
| | | TOTAL | | 6 | 108.000 | 419.94 | |

**ITEM CODE:** 240039502745                    **ITEM:** CHANTAL QUILTED JACKBLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: CHANTAL QUILTED JACKS-BLACK ONYX | 3949247-5 | BLACK ONYX | SMALL | 1 | 18.000 | 69.99 | 4895213503921 |
| SUB KSN DESC: CHANTAL QUILTED JACKM-BLACK ONYX | 3949649-2 | BLACK ONYX | MEDIUM | 2 | 18.000 | 69.99 | 4895213503938 |
| SUB KSN DESC: CHANTAL QUILTED JACKL-BLACK ONYX | 3949650-0 | BLACK ONYX | LARGE | 2 | 18.000 | 69.99 | 4895213503945 |
| SUB KSN DESC: CHANTAL QUILTED JACKXL-BLACK ONYX | 3950271-1 | BLACK ONYX | X LARGE | 1 | 18.000 | 69.99 | 4895213503976 |
| SUB KSN DESC: CHANTAL QUILTED JACKXXL-BLACK ONYX | 3950272-9 | BLACK ONYX | XX LARGE | 1 | 18.000 | 69.99 | 4895213503983 |
| | | TOTAL | | 7 | 126.000 | 489.93 | |

KMART CORPORATION

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR8 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**ITEM CODE:** 240039502752     **ITEM:** CHANTAL QUILTED JACKBLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: CHANTAL QUILTED JACKS-BLACK ONYX | 3949247-5 | BLACK ONYX | SMALL | 1 | 18.000 | 69.99 | 4895213503921 |
| SUB KSN DESC: CHANTAL QUILTED JACKM-BLACK ONYX | 3949649-2 | BLACK ONYX | MEDIUM | 2 | 18.000 | 69.99 | 4895213503938 |
| SUB KSN DESC: CHANTAL QUILTED JACKL-BLACK ONYX | 3949650-0 | BLACK ONYX | LARGE | 3 | 18.000 | 69.99 | 4895213503945 |
| SUB KSN DESC: CHANTAL QUILTED JACKXL-BLACK ONYX | 3950271-1 | BLACK ONYX | X LARGE | 2 | 18.000 | 69.99 | 4895213503976 |
| SUB KSN DESC: CHANTAL QUILTED JACKXXL-BLACK ONYX | 3950272-9 | BLACK ONYX | XX LARGE | 2 | 18.000 | 69.99 | 4895213503983 |
| | | TOTAL | | 10 | 180.000 | 699.90 | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 240039502737**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240039502745**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 240039502752**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

KMART CORPORATION                    **PURCHASE ORDER**                                    Page : 7

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR8 | TIC  TRINA INGLE CABREROS |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

ANTIDUMPING CLAUSE:
-------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

KMART CORPORATION

**PURCHASE ORDER**

Page : 8

| ORDER DATE : 05-JUN-2018 | ORDER NO : B2YR8 | TIC  TRINA INGLE CABREROS |
|---|---|---|

QUANTITY DISCREPANCIES:

OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**KMART** CORPORATION

**P U R C H A S E   O R D E R**

Page : 1

| | | |
|---|---|---|
| **ORDER DATE :** 02-JUN-2018 | **ORDER NO :** B2YFP | **BUYER :** KC3  KAREN CHUNG |
| **DIV :** Division 4 | **DEPT NO :** 046 | |

**KMART CORPORATION**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| **NAME** | BST INTERNATIONAL FASHION LIMITED |
| **ADDRESS** | SUITE 2301B, 23/F, SKYLINE TOWER<br>NO.39 WANG KWONG ROAD, KOWLOON BAY<br>KOWLOON |
| **COUNTRY** | Hong Kong |
| **EMAIL** | enip@frontline-hk.com |
| **VENDOR NBR** | 9130 |
| **TELEPHONE** | (852) 3471 0800 |
| **DUNS NBR** | 704920 |
| **FDA REG #** | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $79,189.50 | |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )    MULTIPLE PAYMENT TYPES | |
| ( X )   CHECK/WIRE TRANSFER | |
| Amount USD:  79,189.50 | |
| ( )    FREE GOODS | |
| Amount USD:  0.00 | |
| ( )    LETTER OF CREDIT | |
| Amount USD:  0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| | |
|---|---|
| FACTORY NBR: | 103824 |
| NAME | PINGHU OX GARMENT CO LTD |
| ADDRESS | MAJIU VILLAGE,CAOQIAO STREET<br>PINGHU<br>ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-85946988 |
| EMAIL | pinghuox@vip.163.com |
| MID | CNPINOXPIN |

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 2

| ORDER DATE : 02-JUN-2018 | ORDER NO : B2YFP | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 310016296931     SEASON/YEAR: 5-WINTER 2018     HOODED COTTON CANVASERMINE

I 2OF 5/CARTON UPC: 04895213500685     SUB-SEASON: 50-WINTER

STYLE: MF8NW31700MM     CAT/SUB-CAT: 31/27

BRAND NAME: NORTHWEST TERRITORY     TRADEMARK: NONE

| | | SEARS DIV | SEARS ITEM | SEARS SKU |

COPYRIGHT REG. NO.: N/A

INTL COMMODITY CODE: GDSM     MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $489.93 | 335 | 335 | $45,727.50 |
| $136.500 | $136.500 | | | | |

| PER CARTON | KGS: 7.257 | CBM: 0.152438 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 16.000 | CU. FT.: 5.383 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 7.65" X W 38.0" X H 32.0" | | CASEPACK | | |

QUOTA CAT#: 335, RNONE     CASE #     FACTORY     EXPORTER

SPECIAL TRADE INDICATOR:     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP,1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT,7PCS IN EXPORT CARTON

**S H I P P I N G   S C H E D U L E**

| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 802C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 72 | 72 | W |
| 802P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 92 | 92 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 42 | 42 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 52 | 52 | W |
| 803C | CCD | DCN | Ocean | 29-AUG-2018 | 19-SEP-2018 | 15-NOV-2018 | A | 34 | 34 | W |
| 803P | PCD | DCN | Ocean | 29-AUG-2018 | 19-SEP-2018 | 15-NOV-2018 | A | 43 | 43 | W |

DETAIL DESCRIPTION-

MF8NW31700MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED, METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
SWEEP IS SELF BEND BACK HEM WITH SINGLE NEEDLE TOPSTITCH
AT TOP AND BOTTOM EDGE.
CLEAN FINISHED AT INSIDE W/ LINING,
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
POLLYFILL: 8OZ AT BODY, 4OZ AT SLEEVES,
WASHING EFFECT - 30 MINUTE ENZYME GARMENT WASH
FABRICATION:
ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/84X54,

KMART CORPORATION

**PURCHASE ORDER**

Page : 3

| ORDER DATE : 02-JUN-2018 | ORDER NO : B2YFP | KC3  KAREN CHUNG |

**DETAIL DESCRIPTION-**

YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE : KMSR01B
HANGER COST:$0.13/PC

**OPC:**                          **7**

KMART CORPORATION

**PURCHASE ORDER**

Page : 4

| | |
|---|---|
| **ORDER DATE : 02-JUN-2018** | **ORDER NO :** B2YFP |

KC3  KAREN CHUNG

| | |
|---|---|
| **DESCRIPTION** | |

**ITEM CODE:** 310018296949

**I 2OF 5/CARTON UPC:** 04895213500692

**SEASON/YEAR:** 5-WINTER 2018
**SUB-SEASON:** 50-WINTER
**CAT/SUB-CAT:** 31/27
**TRADEMARK:** NONE

HOODED COTTON CANVASERMINE

**SEARS DIV**          **SEARS ITEM**          **SEARS SKU**

**STYLE:** MF8NW31700MM
**BRAND NAME:** NORTHWEST TERRITORY
**INTL COMMODY CODE:** GOSM

**COPYRIGHT REG. NO.:** N/A
**MLTP CARTON IND:** 001

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL AST** | **TOTAL COST OF ITEM** |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $419.94 | 286 | 286 | $33,462.00 |
| $117.000 | $117.000 | | | | |

**PER CARTON**
**KGS:** 6.350
**LBS:** 14.000

**CBM:** 0.130034
**CU. FT.:** 4.592

**AST PER INNER** 1
**INNERS PER OUTER CARTON** 1
**AST PER MASTER SHIPPING CTN** 1

**OUTER CARTON DIMENSIONS**
L 6.5" X W 38.15" X H 32.0"

**PACKING INSTRUCTION:**
CASEPACK

**QUOTA CAT#:** 335, RNONE

**CASE #**          **FACTORY**          **EXPORTER**

**SPECIAL TRADE INDICATOR:**

**ANTI-DUMPING:**
**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP,1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN42000 AND WARNING CLAUSE PRINT,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **REFERENCE (POJ(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (AST)** | **PAY TYPE** |
| 802C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 66 | 66 | W |
| 802P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 83 | 83 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 30 | 30 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 40 | 40 | W |
| 803C | CCD | DCN | Ocean | 29-AUG-2018 | 19-SEP-2018 | 15-NOV-2018 | A | 29 | 29 | W |
| 803P | PCD | DCN | Ocean | 29-AUG-2018 | 19-SEP-2018 | 15-NOV-2018 | A | 38 | 38 | W |

**DETAIL DESCRIPTION-**
MF8NW31700MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
SWEEP IS SELF BEND BACK HEM WITH SINGLE NEEDLE TOPSTITCH
AT TOP AND BOTTOM EDGE.
CLEAN FINISHED AT INSIDE W/ LINING,
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
WASHING EFFECT - 30 MINUTE ENZYME GARMENT WASH
FABRICATION :
ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,

KMART CORPORATION

**PURCHASE ORDER**

Page : 5

| ORDER DATE : 02-JUN-2018 | ORDER NO : B2YFP | KC3  KAREN CHUNG |
|---|---|---|

**DETAIL DESCRIPTION-**

UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE : KMSR018
HANGER COST:$0.13/PC

**OPC:**                        8

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 6

| ORDER DATE : 02-JUN-2018 | ORDER NO : B2YFP | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE: 310016296931**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1629689-9 | | | | | | - | | | | COTTON | 100% | |
| 1629690-7 | | | | | | - | | | | COTTON | 100% | |
| 1629691-5 | | | | | | - | | | | COTTON | 100% | |
| 1629692-3 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 310016296949**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1629689-9 | | | | | | - | | | | COTTON | 100% | |
| 1629690-7 | | | | | | - | | | | COTTON | 100% | |
| 1629691-5 | | | | | | - | | | | COTTON | 100% | |
| 1629692-3 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 310016296931**      **ITEM: HOODED COTTON CANVASERMINE**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: HOODED COTTON CANVASS-ERMINE | 1629689-9 | ERMINE | SMALL | 1 | 19.500 | 69.99 | 4895213500647 |
| SUB KSN DESC: HOODED COTTON CANVASM-ERMINE | 1629690-7 | ERMINE | MEDIUM | 2 | 19.500 | 69.99 | 4895213500654 |
| SUB KSN DESC: HOODED COTTON CANVASL-ERMINE | 1629691-5 | ERMINE | LARGE | 2 | 19.500 | 69.99 | 4895213500661 |
| SUB KSN DESC: HOODED COTTON CANVASXL-ERMINE | 1629692-3 | ERMINE | X LARGE | 2 | 19.500 | 69.99 | 4895213500678 |
| | | TOTAL | | 7 | 136.500 | 489.93 | |

**ITEM CODE: 310016296949**      **ITEM: HOODED COTTON CANVASERMINE**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: HOODED COTTON CANVASS-ERMINE | 1629689-9 | ERMINE | SMALL | 1 | 19.500 | 69.99 | 4895213500647 |
| SUB KSN DESC: HOODED COTTON CANVASM-ERMINE | 1629690-7 | ERMINE | MEDIUM | 1 | 19.500 | 69.99 | 4895213500654 |
| SUB KSN DESC: HOODED COTTON CANVASL-ERMINE | 1629691-5 | ERMINE | LARGE | 2 | 19.500 | 69.99 | 4895213500661 |
| SUB KSN DESC: HOODED COTTON CANVASXL-ERMINE | 1629692-3 | ERMINE | X LARGE | 2 | 19.500 | 69.99 | 4895213500678 |
| | | TOTAL | | 6 | 117.000 | 419.94 | |

KMART CORPORATION

**PURCHASE ORDER**

| ORDER DATE : 02-JUN-2018 | ORDER NO : B2YFP | KC3  KAREN CHUNG |
|---|---|---|

## ADDITIONAL CONDITIONS

**FOR ITEM 310016296931**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 310016296949**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

KMART CORPORATION

**PURCHASE ORDER**

| ORDER DATE : 02-JUN-2018 | ORDER NO : B2YFP | KC3  KAREN CHUNG |
|---|---|---|

ANTIDUMPING CLAUSE:
-----------------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.                        **PURCHASE ORDER**                                    Page : 1

| ORDER DATE :  10-MAY-2018 | ORDER NO :  SM4463 | BUYER :  ZS1  ZAINUB SHEIKH |
|---|---|---|
| DIV :  Division 4 | DEPT NO :  034 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
|---|
| $18,407.20 |

| PAYMENT TO BE MADE BY : | |
|---|---|
| (  )   MULTIPLE PAYMENT TYPES | |
| ( X )   CHECK/WIRE TRANSFER | |
| Amount USD:  18,407.20 | |
| (  )   FREE GOODS | |
| Amount USD:  0.00 | |
| (  )   LETTER OF CREDIT | |
| Amount USD:  0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103466 |
|---|---|
| NAME | HAIYAN LIANGCHEN GARMENT CO LTD |
| ADDRESS | LIU ZHUANG VILLAGE, IND PARK WEST TANG QIAO HAIYAN ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-86119506 |
| EMAIL | betty-chen007@hi-fine.com |
| MID | CNHAILIAHAI |

SEARS ROEBUCK & CO.    **P U R C H A S E   O R D E R**    Page : 2

| ORDER DATE : 10-MAY-2018 | ORDER NO : SM4463 | ZS1 ZAINUB SHEIKH |
|---|---|---|

| | |
|---|---|
| | **DESCRIPTION** |
| ITEM CODE: 300098817620 | SEASON/YEAR: 5-WINTER 2018    77/8 11/ FUSCHIA RED PRINT |
| | SUB-SEASON: 58-WINTER 1 |
| I 2OF 5/CARTON UPC: 04895213501293 | CAT/SUB-CAT: 30/04 |
| STYLE: GF8RC23446JG | TRADEMARK: NONE    SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A    677    59458 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

| | FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 81 | 81 | $5,605.20 |
| $69.200 | $69.200 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS: 4.536 | CBM: 0.080313 | | AST PER INNER | 1 |
| | LBS: 10.000 | CU. FT.: 2.836 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 7.25" X W 26.0" X H 26.0" | | CASEPACK | | | |

| QUOTA CAT#: 635, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:2/3/3

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 6 | 6 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 5 | 5 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 12 | 12 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 9 | 9 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 14 | 14 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 11 | 11 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 13 | 13 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 11 | 11 | W |

DETAIL DESCRIPTION-
STYLE GF8RC23446JG
DESCRIPTION :GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X HIP POCKET AT WAIST , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH.
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL :100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER :100% POLYESTER 200 GSM DOWN TOUCH POLYFILL
HANGER CODE#498B HANGER COST $0.06/PC

OPC:    8

SEARS ROEBUCK & CO.                              **P U R C H A S E   O R D E R**                                              Page : 3

| ORDER DATE : 10-MAY-2018 | ORDER NO : SM4463 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 300098817679

SEASON/YEAR: 5-WINTER 2018

77/8 11/ FUSCHIA RED PRINT

SUB-SEASON: 58-WINTER 1

I 2OF 5/CARTON UPC: 04695213501309

CAT/SUB-CAT: 30/04

STYLE: GF8RC23446JG          TRADEMARK: NONE

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A | 677 | 59458 | |

INTL COMMODITY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 185 | 185 | $12,802.00 |
| $69.200 | $69.200 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.080313 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 10.000 | CU. FT.: 2.836 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN  1

L 7.25" X W 26.0" X H 26.0"          CASEPACK

QUOTA CAT#: 635, RNONE                              CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:1/4/3

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 13 | 13 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 11 | 11 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 27 | 27 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 22 | 22 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 31 | 31 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 25 | 25 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 31 | 31 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 25 | 25 | W |

**DETAIL DESCRIPTION-**

STYLE GF8RC23446JG
DESCRIPTION :GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X HIP POCKET AT WAIST , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH.
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL :100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER :100% POLYESTER 200 GSM DOWN TOUCH POLYFILL
HANGER CODE#498B HANGER COST $0.06/PC

OPC:          8

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 4

| ORDER DATE :  10-MAY-2018      ORDER NO :  SM4463 | ZS1  ZAINUB SHEIKH |
|---|---|

**ITEM CODE:  300098817620**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9881759-8 | | | | | | 59458-0 31 | | | | POLYESTER | 100% | |
| 9881760-4 | | | | | | 59458-0 32 | | | | POLYESTER | 100% | |
| 9881761-2 | | | | | | 59458-0 33 | | | | POLYESTER | 100% | |

**ITEM CODE:  300098817679**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9881759-8 | | | | | | 59458-0 31 | | | | POLYESTER | 100% | |
| 9881760-4 | | | | | | 59458-0 32 | | | | POLYESTER | 100% | |
| 9881761-2 | | | | | | 59458-0 33 | | | | POLYESTER | 100% | |

**ITEM CODE: 300098817620**          **ITEM: 77/6 11/ FUSCHIA RED PRINT**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 11/ S (4)-FUSCHIA | 9881759-8 | FUSCHIA RED | S (4) | 2 | 8.650 | 39.99 | 4895213501262 |
| SUB KSN DESC: 77/6 - 11/ M (5/6)-FUSCHI | 9881760-4 | FUSCHIA RED | M (5-6) | 3 | 8.650 | 39.99 | 4895213501279 |
| SUB KSN DESC: 77/6 - 11/ L (6X)-FUSCHIA | 9881761-2 | FUSCHIA RED | L (6X) | 3 | 8.650 | 39.99 | 4895213501286 |
| | | TOTAL | | 8 | 69.200 | 319.92 | |

**ITEM CODE: 300098817679**          **ITEM: 77/6 11/ FUSCHIA RED PRINT**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 11/ S (4)-FUSCHIA | 9881759-8 | FUSCHIA RED | S (4) | 1 | 8.650 | 39.99 | 4895213501262 |
| SUB KSN DESC: 77/6 - 11/ M (5/6)-FUSCHI | 9881760-4 | FUSCHIA RED | M (5-6) | 4 | 8.650 | 39.99 | 4895213501279 |
| SUB KSN DESC: 77/6 - 11/ L (6X)-FUSCHIA | 9881761-2 | FUSCHIA RED | L (6X) | 3 | 8.650 | 39.99 | 4895213501286 |
| | | TOTAL | | 8 | 69.200 | 319.92 | |

SEARS ROEBUCK & CO.                     **PURCHASE ORDER**                                    Page : 5

| ORDER DATE : 10-MAY-2018 | ORDER NO : SM4463 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**ADDITIONAL CONDITIONS**

**FOR ITEM 300098817620**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger,
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 300098817679**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger,
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
------------------------------------------------

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 6

| ORDER DATE : 10-MAY-2018 | ORDER NO : SM4463 | ZS1  ZAINUB SHEIKH |

ANTIDUMPING CLAUSE:
------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**SEARS** ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 1

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | BUYER : ZS1  ZAINUB SHEIKH |
| DIV : Division 4 | DEPT NO : 034 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, |
| | NO.39 WANG KWONG ROAD, KOWLOON BAY |
| | KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $134,970.00 | |

PAYMENT TO BE MADE BY :
( )   MULTIPLE PAYMENT TYPES
( X )  CHECK/WIRE TRANSFER
            Amount USD:  134,970.00
( )   FREE GOODS
            Amount USD:  0.00
( )   LETTER OF CREDIT
            Amount USD:  0.00
            LC #:
        TRANSFERABLE:
                BANK:

| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103466 |
| NAME | HAIYAN LIANGCHEN GARMENT CO LTD |
| ADDRESS | LIU ZHUANG VILLAGE, IND PARK |
| | WEST TANG QIAO |
| | HAIYAN |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-86119506 |
| EMAIL | betty-chen007@hi-fine.com |
| MID | CNHAILIAHAI |

SEARS ROEBUCK & CO.                                **P U R C H A S E   O R D E R**                                              Page : 2

| ORDER DATE : 16-MAY-2018 | ORDER NO : SM4470 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 300098819840 | SEASON/YEAR: 5-WINTER 2018 | 77/6 11/ BLACK ONYX |
| | SUB-SEASON: 58-WINTER 1 | |
| I 2OF 5/CARTON UPC: 04895213501149 | CAT/SUB-CAT: 30/04 | |
| STYLE: GF8RC23447JG | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A | 677 | 05946 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 290 | 290 | $19,140.00 |
| $66.000 | $66.000 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.080313 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 10.000 | CU. FT.: 2.836 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 7.25" X W 26.0" X H 26.0" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO 2/3/3

| | | | **S H I P P I N G   S C H E D U L E** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 21 | 21 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 17 | 17 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 42 | 42 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 34 | 34 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 48 | 48 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 40 | 40 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 48 | 48 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 40 | 40 | W |

DETAIL DESCRIPTION-
STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 496B HANGER COST$0.06/PC

OPC:                8

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 3

| | | |
|---|---|---|
| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | ZS1  ZAINUB SHEIKH |

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 300098819865 | SEASON/YEAR: 5-WINTER 2018 | 77/8 11/ BLACK ONYX |
| | SUB-SEASON: 58-WINTER 1 | |
| I 2OF 5/CARTON UPC: 04895213501156 | CAT/SUB-CAT: 30/04 | |
| STYLE: GF8RC23447JG | TRADEMARK: NONE | SEARS DIV        SEARS ITEM        SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A | 677                05946 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 418 | 418 | $27,588.00 |
| $66.000 | $66.000 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS: 4.536 | CBM: 0.080313 | | AST PER INNER | 1 |
| | LBS: 10.000 | CU. FT.: 2.836 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 7.25" X W 26.0" X H 26.0" | | CASEPACK | | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#: 635, RNONE | | CASE #        FACTORY        EXPORTER | |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | |
| | | COUNTERVAILING: | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON . PACK RATIO:1/4/3

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 30 | 30 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 25 | 25 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 60 | 60 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 49 | 49 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 70 | 70 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 57 | 57 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 70 | 70 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 57 | 57 | W |

**DETAIL DESCRIPTION-**

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 4988 HANGER COST$0.06/PC

OPC:                8

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 4

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | ZS1  ZAINUB SHEIKH |

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 300098820129 | SEASON/YEAR: 5-WINTER 2018 | 77/6 11/ PARACHUT PURPL |
| | SUB-SEASON: 58-WINTER 1 | |
| I 2OF 5/CARTON UPC: 04895213501200 | CAT/SUB-CAT: 30/04 | |
| STYLE: GF8RC23447JG | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A | 677 | 59460 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 601 | 601 | $39,666.00 |
| $66.000 | $66.000 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.080313 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 10.000 | CU. FT.: 2.836 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 7.25" X W 26.0" X H 26.0" | | CASEPACK | | |

QUOTA CAT#: 635, RNONE                                         CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                        ANTI-DUMPING:

COUNTERVAILING:

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:1/4/3

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 43 | 43 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 35 | 35 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 86 | 86 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 71 | 71 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 101 | 101 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 82 | 82 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 101 | 101 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 82 | 82 | W |

**DETAIL DESCRIPTION-**

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B HANGER COST$0.06/PC

OPC:                    8

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 5

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 300098820194 | SEASON/YEAR:  5-WINTER 2018 |
| | SUB-SEASON: 58-WINTER 1 |
| I 2OF 5/CARTON UPC:  04895213501248 | CAT/SUB-CAT: 30/04 |
| STYLE:  GF8RC23447JG | TRADEMARK:  NONE |
| BRAND NAME:  ROEBUCK AND CO | COPYRIGHT REG. NO.:  N/A |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 |

DESCRIPTION: 77/6 11/ FANDANGO PINK

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 677 | 59461 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 102 | 102 | $6,732.00 |
| $66.000 | $66.000 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS:  4.536 | CBM:  0.080313 | | AST PER INNER | 1 |
| | LBS:  10.000 | CU. FT.:  2.836 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 7.25" X W 26.0" X H 26.0" | | CASEPACK | | | |

| QUOTA CAT#:  635, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WhICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:2/3/3

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 7 | 7 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 6 | 6 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 15 | 15 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 12 | 12 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 17 | 17 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 14 | 14 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 17 | 17 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 14 | 14 | W |

**DETAIL DESCRIPTION-**

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B HANGER COST$0.06/PC

OPC:                8

SEARS ROEBUCK & CO.                     **P U R C H A S E   O R D E R**                                    Page : 6

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 300098820210 | SEASON/YEAR: 5-WINTER 2018 | 77/6 11/ FANDANGO PINK |
| | SUB-SEASON: 58-WINTER 1 | |
| I 2OF 5/CARTON UPC: 04895213501255 | CAT/SUB-CAT: 30/04 | |
| STYLE: GF8RC23447JG | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A | 677 | 59461 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 246 | 246 | $16,236.00 |
| $66.000 | $66.000 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.080313 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 10.000 | CU. FT.: 2.836 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 7.25" X W 26.0" X H 26.0" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR. | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:1/4/3

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 18 | 18 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 15 | 15 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 36 | 36 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 29 | 29 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 42 | 42 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 34 | 34 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 40 | 40 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 32 | 32 | W |

DETAIL DESCRIPTION-

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B HANGER COST$0.06/PC

OPC:                8

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 7

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 300098825532 | SEASON/YEAR: 5-WINTER 2018 | 77/8 11/ PARACHUT PRUPL |
| | SUB-SEASON: 58-WINTER 1 | |
| I 2OF 5/CARTON UPC: 04895213501194 | CAT/SUB-CAT: 30/04 | |
| STYLE: GF8RC23447JG | TRADEMARK: NONE | SEARS DIV |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A | 877 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 877 | 59460 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 388 | 388 | $25,608.00 |
| $66.000 | $66.000 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.080313 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 10.000 | CU. FT.: 2.836 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 7.25" X W 26.0" X H 26.0" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:2/3/3

| SHIPPING SCHEDULE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 28 | 28 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 23 | 23 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 56 | 56 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 45 | 45 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 65 | 65 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 53 | 53 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 08-NOV-2018 | A | 65 | 65 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 08-NOV-2018 | A | 53 | 53 | W |

**DETAIL DESCRIPTION-**

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B HANGER COST$0.06/PC

OPC:            8

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 8

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**ITEM CODE:** 300098820129

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9881987-3 | | | | | | 59460-0 31 | | | | POLYESTER | 100% | |
| 9882007-9 | | | | | | 59460-0 32 | | | | POLYESTER | 100% | |
| 9882010-3 | | | | | | 59460-0 33 | | | | POLYESTER | 100% | |

**ITEM CODE:** 300098819840

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9881980-8 | | | | | | 05946-0 31 | | | | POLYESTER | 100% | |
| 9881982-4 | | | | | | 05946-0 32 | | | | POLYESTER | 100% | |
| 9881983-2 | | | | | | 05946-0 33 | | | | POLYESTER | 100% | |

**ITEM CODE:** 300098819865

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9881980-8 | | | | | | 05946-0 31 | | | | POLYESTER | 100% | |
| 9881982-4 | | | | | | 05946-0 32 | | | | POLYESTER | 100% | |
| 9881983-2 | | | | | | 05946-0 33 | | | | POLYESTER | 100% | |

**ITEM CODE:** 300098820194

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882015-2 | | | | | | 59461-0 31 | | | | POLYESTER | 100% | |
| 9882016-0 | | | | | | 59461-0 32 | | | | POLYESTER | 100% | |
| 9882017-8 | | | | | | 59461-0 33 | | | | POLYESTER | 100% | |

**ITEM CODE:** 300098825532

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9881987-3 | | | | | | 59460-0 31 | | | | POLYESTER | 100% | |
| 9882007-9 | | | | | | 59460-0 32 | | | | POLYESTER | 100% | |
| 9882010-3 | | | | | | 59460-0 33 | | | | POLYESTER | 100% | |

**ITEM CODE:** 300098820210

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882015-2 | | | | | | 59461-0 31 | | | | POLYESTER | 100% | |
| 9882016-0 | | | | | | 59461-0 32 | | | | POLYESTER | 100% | |
| 9882017-8 | | | | | | 59461-0 33 | | | | POLYESTER | 100% | |

SEARS ROEBUCK & CO.                            **PURCHASE ORDER**                                         Page : 9

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | ZS1 ZAINUB SHEIKH |
|---|---|---|

**ITEM CODE: 300098820129**          **ITEM: 77/6 11/ PARACHUT PURPL**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 11/ S (4)-PARACHUT | 9881987-3 | PARACHUTE PURPLE | S (4) | 1 | 8.250 | 39.99 | 4895213501163 |
| SUB KSN DESC: 77/6 - 11/ M (5/6)-PARACH | 9882007-9 | PARACHUTE PURPLE | M (5-6) | 4 | 8.250 | 39.99 | 4895213501170 |
| SUB KSN DESC: 77/6 - 11/ L (6X)-PARACHU | 9882010-3 | PARACHUTE PURPLE | L (6X) | 3 | 8.250 | 39.99 | 4895213501187 |
| | | TOTAL | | 8 | 66.000 | 319.92 | |

**ITEM CODE: 300098819840**          **ITEM: 77/6 11/ BLACK ONYX**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 11/ S (4)-BLACK ON | 9881980-8 | BLACK ONYX | S (4) | 2 | 8.250 | 39.99 | 4895213501118 |
| SUB KSN DESC: 77/6 - 11/ M (5/6)-BLACK | 9881982-4 | BLACK ONYX | M (5-6) | 3 | 8.250 | 39.99 | 4895213501125 |
| SUB KSN DESC: 77/6 - 11/ L (6X)-BLACK O | 9881983-2 | BLACK ONYX | L (6X) | 3 | 8.250 | 39.99 | 4895213501132 |
| | | TOTAL | | 8 | 66.000 | 319.92 | |

**ITEM CODE: 300098819865**          **ITEM: 77/6 11/ BLACK ONYX**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 11/ S (4)-BLACK ON | 9881980-8 | BLACK ONYX | S (4) | 1 | 8.250 | 39.99 | 4895213501118 |
| SUB KSN DESC: 77/6 - 11/ M (5/6)-BLACK | 9881982-4 | BLACK ONYX | M (5-6) | 4 | 8.250 | 39.99 | 4895213501125 |
| SUB KSN DESC: 77/6 - 11/ L (6X)-BLACK O | 9881983-2 | BLACK ONYX | L (6X) | 3 | 8.250 | 39.99 | 4895213501132 |
| | | TOTAL | | 8 | 66.000 | 319.92 | |

**ITEM CODE: 300098820194**          **ITEM: 77/6 11/ FANDANGO PINK**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 11/ S (4)-FANDANGO | 9882015-2 | FANDANGO PINK | S (4) | 2 | 8.250 | 39.99 | 4895213501217 |
| SUB KSN DESC: 77/6 - 11/ M (5/6)-FANDAN | 9882016-0 | FANDANGO PINK | M (5-6) | 3 | 8.250 | 39.99 | 4895213501224 |
| SUB KSN DESC: 77/6 - 11/ L (6X)-FANDANG | 9882017-8 | FANDANGO PINK | L (6X) | 3 | 8.250 | 39.99 | 4895213501231 |
| | | TOTAL | | 8 | 66.000 | 319.92 | |

**ITEM CODE: 300098825532**          **ITEM: 77/6 11/ PARACHUT PRUPL**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 11/ S (4)-PARACHUT | 9881987-3 | PARACHUTE PURPLE | S (4) | 2 | 8.250 | 39.99 | 4895213501163 |
| SUB KSN DESC: 77/6 - 11/ M (5/6)-PARACH | 9882007-9 | PARACHUTE PURPLE | M (5-6) | 3 | 8.250 | 39.99 | 4895213501170 |
| SUB KSN DESC: 77/6 - 11/ L (6X)-PARACHU | 9882010-3 | PARACHUTE PURPLE | L (6X) | 3 | 8.250 | 39.99 | 4895213501187 |
| | | TOTAL | | 8 | 66.000 | 319.92 | |

**ITEM CODE: 300098820210**          **ITEM: 77/6 11/ FANDANGO PINK**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 11/ S (4)-FANDANGO | 9882015-2 | FANDANGO PINK | S (4) | 1 | 8.250 | 39.99 | 4895213501217 |
| SUB KSN DESC: 77/6 - 11/ M (5/6)-FANDAN | 9882016-0 | FANDANGO PINK | M (5-6) | 4 | 8.250 | 39.99 | 4895213501224 |
| SUB KSN DESC: 77/6 - 11/ L (6X)-FANDANG | 9882017-8 | FANDANGO PINK | L (6X) | 3 | 8.250 | 39.99 | 4895213501231 |
| | | TOTAL | | 8 | 66.000 | 319.92 | |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**ADDITIONAL CONDITIONS**

**FOR ITEM 300098819840**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 300098819885**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 300098820129**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 300098820194**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 300098820210**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 300098825532**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                        Page : 11

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | ZS1  ZAINUB SHEIKH |
|---|---|---|

COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED


PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES


VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-----------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-----------------------------------------------

ANTIDUMPING CLAUSE:
-----------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 12

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4470 | ZS1  ZAINUB SHEIKH |

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.                          **PURCHASE ORDER**                          Page : 1

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4471 | BUYER : ZS1 ZAINUB SHEIKH |
|---|---|---|
| DIV : Division 4 | DEPT NO : 034 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0800 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $196,371.92 | |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( ) | MULTIPLE PAYMENT TYPES |
| (X) | CHECK/WIRE TRANSFER |
| | Amount USD: 196,371.92 |
| ( ) | FREE GOODS |
| | Amount USD: 0.00 |
| ( ) | LETTER OF CREDIT |
| | Amount USD: 0.00 |
| | LC #: |
| | TRANSFERABLE: |
| | BANK: |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103466 |
|---|---|
| NAME | HAIYAN LIANGCHEN GARMENT CO LTD |
| ADDRESS | LIU ZHUANG VILLAGE, IND PARK WEST TANG QIAO HAIYAN ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-86119506 |
| EMAIL | betty-chen007@hi-fine.com |
| MID | CNHAILIAHAI |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 2

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4471 | | ZS1  ZAINUB SHEIKH |

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 230098822844 | SEASON/YEAR: 5-WINTER 2018 | 77/8 12/ FUSCHIA RED GW |
| | SUB-SEASON: 58-WINTER 1 | |
| I 2OF 5/CARTON UPC: 04895213501033 | CAT/SUB-CAT: 23/04 | |
| STYLE: GF8RC23446MZ | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A | 677 | 59484 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 313 | 313 | $23,011.76 |
| $73.520 | $73.520 | | | | |

| | | | | |
|---|---|---|---|---|
| | KGS: 4.536 | CBM: 0.093357 | AST PER INNER | 1 |
| PER CARTON | LBS: 10.000 | CU. FT.: 3.297 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 6.0" X W 30.0" X H 31.65" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:2/3/1/2

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 23 | 23 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 18 | 18 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 45 | 45 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 37 | 37 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 52 | 52 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 43 | 43 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 52 | 52 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 43 | 43 | W |

DETAIL DESCRIPTION-
STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B HANGER COST$0.07/PC

OPC:        8

SEARS ROEBUCK & CO.                                **PURCHASE ORDER**                                                    Page : 3

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4471 | ZS1  ZAINUB SHEIKH |

|  |  |  |
|---|---|---|
| | **DESCRIPTION** | |
| **ITEM CODE:** 230098822851 | **SEASON/YEAR:** 5-WINTER 2018 | 77/6 12/ FUCHSIA RED GW |
| | **SUB-SEASON:** 58-WINTER 1 | |
| I 2OF 5/CARTON UPC: 04895213501040 | **CAT/SUB-CAT:** 23/04 | |
| **STYLE:** GF8RC23446MZ | **TRADEMARK:** NONE | **SEARS DIV** **SEARS ITEM** **SEARS SKU** |
| **BRAND NAME:** ROEBUCK AND CO | **COPYRIGHT REG. NO.:** N/A | 677 59464 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL AST** | **TOTAL COST OF ITEM** |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $319.92 | 1,098 | 1,098 | $80,724.96 |
| $73.520 | $73.520 | | | | |

| **PER CARTON** | **KGS:** 4.536 | **CBM:** 0.093357 | **AST PER INNER** | 1 |
|---|---|---|---|---|
| | **LBS:** 10.000 | **CU. FT.:** 3.297 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 6.0" X W 30.0" X H 31.65" | | CASEPACK | | |

**QUOTA CAT#:** 635, RNONE                                                      **CASE #**          **FACTORY**          **EXPORTER**

**SPECIAL TRADE INDICATOR:**                                      **ANTI-DUMPING:**

**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:3/3/1/1

| **SHIPPING SCHEDULE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 79 | 79 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 64 | 64 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 158 | 158 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 129 | 129 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 184 | 184 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 150 | 150 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 184 | 184 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 150 | 150 | W |

**DETAIL DESCRIPTION-**

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B HANGER COST$0.07/PC

**OPC:**                8

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 18-MAY-2018 | ORDER NO :  SM4471 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 230098822901

SEASON/YEAR:  5-WINTER 2018

77/8 12/ FANDANGO PINK

SUB-SEASON:  58-WINTER 1

I 2OF 5/CARTON UPC:  04895213501095

CAT/SUB-CAT:  23/04

STYLE:  GF8RC23446MZ

TRADEMARK:  NONE

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|

BRAND NAME:  ROEBUCK AND CO

COPYRIGHT REG. NO.:  N/A

677

59485

INTL COMMODY CODE:  GDSM

MLTP CARTON IND:  001

| | FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|---|
| PER AST | PER CARTON | | $319.92 | 997 | 997 | $73,299.44 |
| $73.520 | $73.520 | | | | | |

| PER CARTON | KGS: | 4.536 | CBM: | 0.093357 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 10.000 | CU. FT.: | 3.297 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 6.0" X W 30.0" X H 31.65" | | | CASEPACK | | | |

QUOTA CAT#:  635, RNONE

CASE #                FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:3/3/1/1

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 72 | 72 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 58 | 58 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 143 | 143 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 117 | 117 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 167 | 167 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 137 | 137 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 167 | 167 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 136 | 136 | W |

**DETAIL DESCRIPTION-**

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. .LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B HANGER COST$0.07/PC

OPC:          8

SEARS ROEBUCK & CO.    **P U R C H A S E   O R D E R**    Page : 5

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4471 | ZS1 ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 230098822919 | SEASON/YEAR: 5-WINTER 2018 | 77/8 12/ FANDANGO PINK |
| | SUB-SEASON: 58-WINTER 1 | |
| I 2OF 5/CARTON UPC: 04895213501101 | CAT/SUB-CAT: 23/04 | |
| STYLE: GF8RC23446MZ | TRADEMARK: NONE | **SEARS DIV**   **SEARS ITEM**   **SEARS SKU** |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A | 677   59465 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 263 | 263 | $19,335.76 |
| $73.520 | $73.520 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.093357 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 10.000 | CU. FT.: 3.297 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 6.0" X W 30.0" X H 31.65" | | CASEPACK | | |

QUOTA CAT#: 635, RNONE                    CASE #        FACTORY        EXPORTER

SPECIAL TRADE INDICATOR:        ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:2/3/1/2

| SHIPPING SCHEDULE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 19 | 19 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 15 | 15 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 38 | 38 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 31 | 31 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 44 | 44 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 36 | 36 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 44 | 44 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 36 | 36 | W |

DETAIL DESCRIPTION-

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B HANGER COST$0.07/PC

OPC:              8

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 6

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4471 | ZS1  ZAINUB SHEIKH |

**ITEM CODE:  230098822844**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882280-2 | | | | | | 59464-0 21 | | | | POLYESTER | 100% | |
| 9882281-0 | | | | | | 59464-0 22 | | | | POLYESTER | 100% | |
| 9882282-8 | | | | | | 59464-0 23 | | | | POLYESTER | 100% | |
| 9882283-6 | | | | | | 59464-0 25 | | | | POLYESTER | 100% | |

**ITEM CODE:  230098822851**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882280-2 | | | | | | 59464-0 21 | | | | POLYESTER | 100% | |
| 9882281-0 | | | | | | 59464-0 22 | | | | POLYESTER | 100% | |
| 9882282-8 | | | | | | 59464-0 23 | | | | POLYESTER | 100% | |
| 9882283-6 | | | | | | 59464-0 25 | | | | POLYESTER | 100% | |

**ITEM CODE:  230098822901**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882286-9 | | | | | | 59465-0 21 | | | | POLYESTER | 100% | |
| 9882287-7 | | | | | | 59465-0 22 | | | | POLYESTER | 100% | |
| 9882288-5 | | | | | | 59465-0 23 | | | | POLYESTER | 100% | |
| 9882289-3 | | | | | | 59465-0 25 | | | | POLYESTER | 100% | |

**ITEM CODE:  230098822919**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9882286-9 | | | | | | 59465-0 21 | | | | POLYESTER | 100% | |
| 9882287-7 | | | | | | 59465-0 22 | | | | POLYESTER | 100% | |
| 9882288-5 | | | | | | 59465-0 23 | | | | POLYESTER | 100% | |
| 9882289-3 | | | | | | 59465-0 25 | | | | POLYESTER | 100% | |

**ITEM CODE: 230098822844**          ITEM: 77/8 12/ FUSCHIA RED GW

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/8 - 12/ S (7/8)-FUSCHI | 9882280-2 | FUSCHIA RED | S (7-8) | 2 | 9.190 | 39.99 | 4895213500982 |
| SUB KSN DESC: 77/8 - 12/ M (10/12)-FUSC | 9882281-0 | FUSCHIA RED | M (10-12) | 3 | 9.190 | 39.99 | 4895213500999 |
| SUB KSN DESC: 77/8 - 12/ L (14)-FUSCHIA | 9882282-8 | FUSCHIA RED | L14 | 1 | 9.190 | 39.99 | 4895213501002 |
| SUB KSN DESC: 77/8 - 12/ XL (16)-FUSCHI | 9882283-6 | FUSCHIA RED | XL ( 16 ) | 2 | 9.190 | 39.99 | 4895213501019 |
| | | | TOTAL | 8 | 73.520 | 319.92 | |

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                            Page : 7

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4471 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**ITEM CODE: 230098822851**          ITEM: 77/8 12/ FUCHSIA RED GW

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/8 - 12/ S (7/8)-FUSCHI | 9882280-2 | FUSCHIA RED | S (7-8) | 3 | 9.190 | 39.99 | 4895213500982 |
| SUB KSN DESC: 77/8 - 12/ M (10/12)-FUSC | 9882281-0 | FUSCHIA RED | M (10-12) | 3 | 9.190 | 39.99 | 4895213500999 |
| SUB KSN DESC: 77/8 - 12/ L (14)-FUSCHIA | 9882282-8 | FUSCHIA RED | L14 | 1 | 9.190 | 39.99 | 4895213501002 |
| SUB KSN DESC: 77/8 - 12/ XL (16)-FUSCHI | 9882283-6 | FUSCHIA RED | XL ( 16 ) | 1 | 9.190 | 39.99 | 4895213501019 |
| | | TOTAL | | 8 | 73.520 | 319.92 | |

**ITEM CODE: 230098822901**          ITEM: 77/8 12/ FANDANGO PINK

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/8 - 12/ S (7/8)-FANDAN | 9882286-9 | FANDANGO PINK | S (7-8) | 3 | 9.190 | 39.99 | 4895213501057 |
| SUB KSN DESC: 77/8 - 12/ M (10/12)-FAND | 9882287-7 | FANDANGO PINK | M (10-12) | 3 | 9.190 | 39.99 | 4895213501064 |
| SUB KSN DESC: 77/8 - 12/ L (14)-FANDANG | 9882288-5 | FANDANGO PINK | L14 | 1 | 9.190 | 39.99 | 4895213501071 |
| SUB KSN DESC: 77/8 - 12/ XL (16)-FANDAN | 9882289-3 | FANDANGO PINK | XL ( 16 ) | 1 | 9.190 | 39.99 | 4895213501088 |
| | | TOTAL | | 8 | 73.520 | 319.92 | |

**ITEM CODE: 230098822919**          ITEM: 77/8 12/ FANDANGO PINK

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/8 - 12/ S (7/8)-FANDAN | 9882286-9 | FANDANGO PINK | S (7-8) | 2 | 9.190 | 39.99 | 4895213501057 |
| SUB KSN DESC: 77/8 - 12/ M (10/12)-FAND | 9882287-7 | FANDANGO PINK | M (10-12) | 3 | 9.190 | 39.99 | 4895213501064 |
| SUB KSN DESC: 77/8 - 12/ L (14)-FANDANG | 9882288-5 | FANDANGO PINK | L14 | 1 | 9.190 | 39.99 | 4895213501071 |
| SUB KSN DESC: 77/8 - 12/ XL (16)-FANDAN | 9882289-3 | FANDANGO PINK | XL ( 16 ) | 2 | 9.190 | 39.99 | 4895213501088 |
| | | TOTAL | | 8 | 73.520 | 319.92 | |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| **ORDER DATE :** 18-MAY-2018 | **ORDER NO :** SM4471 | ZS1   ZAINUB SHEIKH |

**ADDITIONAL CONDITIONS**

**FOR ITEM 230098822844**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 230098822851**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 230098822901**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 230098822919**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                         Page : 9

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4471 | ZS1  ZAINUB SHEIKH |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-----------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-----------------------------------------------

ANTIDUMPING CLAUSE:
-----------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| ORDER DATE : 18-MAY-2018 | ORDER NO : SM4471 | ZS1  ZAINUB SHEIKH |
|---|---|---|

QUANTITY DISCREPANCIES:

OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**SEARS** ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 1

| ORDER DATE : 25-MAY-2018 | ORDER NO : SM4487 | BUYER : ZS1 ZAINUB SHEIKH |
|---|---|---|
| DIV : Division 4 | DEPT NO : 034 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, |
| | NO.39 WANG KWONG ROAD, KOWLOON BAY |
| | KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $313,115.75 | | |
| PAYMENT TO BE MADE BY : | | |
| ( ) | MULTIPLE PAYMENT TYPES | |
| ( X ) | CHECK/WIRE TRANSFER | |
| | Amount USD: 313,115.75 | |
| ( ) | FREE GOODS | |
| | Amount USD: 0.00 | |
| ( ) | LETTER OF CREDIT | |
| | Amount USD: 0.00 | |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103466 |
|---|---|
| NAME | HAIYAN LIANGCHEN GARMENT CO LTD |
| ADDRESS | LIU ZHUANG VILLAGE, IND PARK |
| | WEST TANG QIAO |
| | HAIYAN |
| | ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-86119506 |
| EMAIL | betty-chen007@hi-fine.com |
| MID | CNHAILIAHAI |

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 2

| ORDER DATE : 25-MAY-2018 | ORDER NO : SM4487 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 230098821119 | SEASON/YEAR: 5-WINTER 2018 | 77/8 12/ BLACK ONYX COL |
| | SUB-SEASON: 5B-WINTER 1 | |
| I 2OF 5/CARTON UPC: 04895213500906 | CAT/SUB-CAT: 23/04 | |
| STYLE: GF8RC23447MZ | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A | 677 | 59462 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 542 | 542 | $38,807.20 |
| $71.600 | $71.600 | | | | |

| PER CARTON | KGS: | 4.536 | CBM: | 0.093357 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 10.000 | CU. FT.: | 3.297 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 6.0" X W 30.0" X H 31.85" | | | CASEPACK | | | |

| QUOTA CAT#: 635, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:3/2/1/2

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 39 | 39 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 32 | 32 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 78 | 78 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 63 | 63 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 91 | 91 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 16-AUG-2018 | 10-OCT-2018 | A | 74 | 74 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 91 | 91 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 74 | 74 | W |

DETAIL DESCRIPTION-

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

OPC:                8

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 3

| ORDER DATE : 25-MAY-2018 | ORDER NO : SM4467 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 230096821143        SEASON/YEAR: 5-WINTER 2018        77/6 12/ BLACK ONYX COL
                               SUB-SEASON: 5B-WINTER 1
I 2OF 5/CARTON UPC: 04895213500913   CAT/SUB-CAT: 23/04
        STYLE: GF8RC23447MZ      TRADEMARK: NONE               **SEARS DIV**        **SEARS ITEM**        **SEARS SKU**
   BRAND NAME: ROEBUCK AND CO   COPYRIGHT REG. NO.: N/A
   INTL COMMODY CODE: GDSM      MLTP CARTON IND: 001               677              59482

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $319.92 | 1,994 | 1,994 | $142,770.40 |
| $71.600 | $71.600 | | | | |

**PER CARTON**   KGS: 5.443        CBM: 0.093357          **AST PER INNER**              1
                 LBS: 12.000       CU. FT.: 3.297         **INNERS PER OUTER CARTON**    1
**OUTER CARTON DIMENSIONS**        **PACKING INSTRUCTION:**   **AST PER MASTER SHIPPING CTN**  1
   L 6.0" X W 30.0" X H 31.65"        CASEPACK

        QUOTA CAT#: 635, RNONE                              **CASE #**        **FACTORY**        **EXPORTER**
   SPECIAL TRADE INDICATOR:                      **ANTI-DUMPING:**
                                                 **COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:3/3/1/1

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 142 | 142 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 117 | 117 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 287 | 287 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 234 | 234 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 334 | 334 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 273 | 273 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 334 | 334 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 273 | 273 | W |

**DETAIL DESCRIPTION-**

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

OPC:          8

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 25-MAY-2018 | ORDER NO : SM4487 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 230098821218

SEASON/YEAR: 5-WINTER 2018
SUB-SEASON: 58-WINTER 1
CAT/SUB-CAT: 23/04

77/8 12/ PARACHUT PURPL

I 2OF 5/CARTON UPC: 04895213500968

STYLE: GF8RC23447MZ

TRADEMARK: NONE

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 677 | 59463 | |

BRAND NAME: ROEBUCK AND CO

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| | FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $319.92 | 1,341 | 1,341 | $96,015.60 |
| $71.600 | $71.600 | | | | |

| PER CARTON | KGS: | 5.443 | CBM: | 0.093357 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 12.000 | CU. FT.: | 3.297 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN   1

L 6.0" X W 30.0" X H 31.65"

CASEPACK

QUOTA CAT#: 635, RNONE

CASE #   FACTORY   EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:3/3/1/1

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 97 | 97 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 79 | 79 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 195 | 195 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 159 | 159 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 224 | 224 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 16-AUG-2018 | 10-OCT-2018 | A | 184 | 184 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 222 | 222 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 181 | 181 | W |

DETAIL DESCRIPTION-

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

OPC:                    8

SEARS ROEBUCK & CO.　　　　　　　　　　**P U R C H A S E   O R D E R**　　　　　　　　　　Page : 5

| ORDER DATE : 25-MAY-2018 | ORDER NO : SM4487 | ZS1 ZAINUB SHEIKH |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 230098821234 | SEASON/YEAR: 5-WINTER 2018 | 77/6 12/ PARACHUT PURPL |
| | SUB-SEASON: 58-WINTER 1 | |
| I 2OF 5/CARTON UPC: 04895213500975 | CAT/SUB-CAT: 23/04 | |
| STYLE: GF8RC23447MZ | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: ROEBUCK AND CO | COPYRIGHT REG. NO.: N/A | 677 | 59463 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $359.91 | 441 | 441 | $35,522.55 |
| $80.550 | $80.550 | | | | |

| PER CARTON | KGS: 5.897 | CBM: 0.105026 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 13.000 | CU. FT.: 3.709 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 6.75" X W 30.0" X H 31.65" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, EACH ASSORTMENT IN POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 8PCS IN ONE EXPORT CARTON , PACK RATIO:3/3/1/2

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POJ/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 31 | 31 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 01-SEP-2018 | A | 25 | 25 | W |
| 802C | CCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 62 | 62 | W |
| 802P | PCD | DCN | Ocean | 18-JUL-2018 | 18-JUL-2018 | 12-SEP-2018 | A | 50 | 50 | W |
| 803C | CCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 75 | 75 | W |
| 803P | PCD | DCN | Ocean | 15-AUG-2018 | 15-AUG-2018 | 10-OCT-2018 | A | 61 | 61 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 75 | 75 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 62 | 62 | W |

DETAIL DESCRIPTION-

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

OPC:　　　　　9

SEARS ROEBUCK & CO.                                   **PURCHASE ORDER**                                              Page : 6

| ORDER DATE : 25-MAY-2018 | ORDER NO : SM4487 | ZS1  ZAINUB SHEIKH |
| --- | --- | --- |

**ITEM CODE:** 230098821119

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9882105-1 | | | | | | 59462-0 21 | | | | POLYESTER | 100% | |
| 9882106-9 | | | | | | 59462-0 22 | | | | POLYESTER | 100% | |
| 9882109-3 | | | | | | 59462-0 23 | | | | POLYESTER | 100% | |
| 9882110-1 | | | | | | 59462-0 25 | | | | POLYESTER | 100% | |

**ITEM CODE:** 230098821143

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9882105-1 | | | | | | 59462-0 21 | | | | POLYESTER | 100% | |
| 9882106-9 | | | | | | 59462-0 22 | | | | POLYESTER | 100% | |
| 9882109-3 | | | | | | 59462-0 23 | | | | POLYESTER | 100% | |
| 9882110-1 | | | | | | 59462-0 25 | | | | POLYESTER | 100% | |

**ITEM CODE:** 230098821218

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9882115-0 | | | | | | 59463-0 21 | | | | POLYESTER | 100% | |
| 9882117-6 | | | | | | 59463-0 22 | | | | POLYESTER | 100% | |
| 9882118-4 | | | | | | 59463-0 23 | | | | POLYESTER | 100% | |
| 9882119-2 | | | | | | 59463-0 25 | | | | POLYESTER | 100% | |

**ITEM CODE:** 230098821234

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9882115-0 | | | | | | 59463-0 21 | | | | POLYESTER | 100% | |
| 9882117-6 | | | | | | 59463-0 22 | | | | POLYESTER | 100% | |
| 9882118-4 | | | | | | 59463-0 23 | | | | POLYESTER | 100% | |
| 9882119-2 | | | | | | 59463-0 25 | | | | POLYESTER | 100% | |

**ITEM CODE:** 230098821119          **ITEM:** 77/8 12/ BLACK ONYX COL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: 77/8 - 12/ S (7/8)-BLACK | 9882105-1 | BLACK ONYX | S (7-8) | 3 | 8.950 | 39.99 | 4895213500869 |
| SUB KSN DESC: 77/8 - 12/ M (10/12)-BLAC | 9882106-9 | BLACK ONYX | M (10-12) | 2 | 8.950 | 39.99 | 4895213500876 |
| SUB KSN DESC: 77/8 - 12/ L (14)-BLACK | 9882109-3 | BLACK ONYX | L14 | 1 | 8.950 | 39.99 | 4895213500883 |
| SUB KSN DESC: 77/8 - 12/ XL (16)-BLACK | 9882110-1 | BLACK ONYX | XL ( 16 ) | 2 | 8.950 | 39.99 | 4895213500890 |
| | | | TOTAL | 8 | 71.600 | 319.92 | |

SEARS ROEBUCK & CO.                            **PURCHASE ORDER**                                                Page : 7

| ORDER DATE :  25-MAY-2018 | ORDER NO :  SM4487 | ZS1  ZAINUB SHEIKH |
|---|---|---|

**ITEM CODE: 230098821143**          **ITEM: 77/6 12/ BLACK ONYX COL**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 12/ S (7/8)-BLACK | 9882105-1 | BLACK ONYX | S (7-8) | 3 | 8.950 | 39.99 | 4895213500869 |
| SUB KSN DESC: 77/6 - 12/ M (10/12)-BLAC | 9882108-9 | BLACK ONYX | M (10-12) | 3 | 8.950 | 39.99 | 4895213500876 |
| SUB KSN DESC: 77/6 - 12/ L (14)-BLACK | 9882109-3 | BLACK ONYX | L14 | 1 | 8.950 | 39.99 | 4895213500883 |
| SUB KSN DESC: 77/6 - 12/ XL (16)-BLACK | 9882110-1 | BLACK ONYX | XL ( 16 ) | 1 | 8.950 | 39.99 | 4895213500890 |
| | | TOTAL | | 8 | 71.600 | 319.92 | |

**ITEM CODE: 230098821218**          **ITEM: 77/6 12/ PARACHUT PURPL**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 12/ S (7/8)-PARACH | 9882115-0 | PARACHUTE PURPLE | S (7-8) | 3 | 8.950 | 39.99 | 4895213500920 |
| SUB KSN DESC: 77/6 - 12/ M (10/12)-PARA | 9882117-6 | PARACHUTE PURPLE | M (10-12) | 3 | 8.950 | 39.99 | 4895213500937 |
| SUB KSN DESC: 77/6 - 12/ L (14)-PARACHU | 9882118-4 | PARACHUTE PURPLE | L14 | 1 | 8.950 | 39.99 | 4895213500944 |
| SUB KSN DESC: 77/6 - 12/ XL (16)-PARACH | 9882119-2 | PARACHUTE PURPLE | XL ( 16 ) | 1 | 8.950 | 39.99 | 4895213500951 |
| | | TOTAL | | 8 | 71.600 | 319.92 | |

**ITEM CODE: 230098821234**          **ITEM: 77/6 12/ PARACHUT PURPL**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 77/6 - 12/ S (7/8)-PARACH | 9882115-0 | PARACHUTE PURPLE | S (7-8) | 3 | 8.950 | 39.99 | 4895213500920 |
| SUB KSN DESC: 77/6 - 12/ M (10/12)-PARA | 9882117-6 | PARACHUTE PURPLE | M (10-12) | 3 | 8.950 | 39.99 | 4895213500937 |
| SUB KSN DESC: 77/6 - 12/ L (14)-PARACHU | 9882118-4 | PARACHUTE PURPLE | L14 | 1 | 8.950 | 39.99 | 4895213500944 |
| SUB KSN DESC: 77/6 - 12/ XL (16)-PARACH | 9882119-2 | PARACHUTE PURPLE | XL ( 16 ) | 2 | 8.950 | 39.99 | 4895213500951 |
| | | TOTAL | | 9 | 80.550 | 359.91 | |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 8

| ORDER DATE : 25-MAY-2018 | ORDER NO : SM4487 | ZS1  ZAINUB SHEIKH |

**ADDITIONAL CONDITIONS**

**FOR ITEM 230098821119**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

CCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 230098821143**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 230098821218**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 230098821234**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer

GCC FORM REQUIRED

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                     **PURCHASE ORDER**                                    Page : 9

| ORDER DATE : 25-MAY-2018 | ORDER NO : SM4487 | ZS1 ZAINUB SHEIKH |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
------------------------------------------------

ANTIDUMPING CLAUSE:
-----------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
------------------------------------------------------------------------
------------------------------------------------------------------------
------------------------------------------------------------------------
------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 10

| ORDER DATE : 25-MAY-2018 | ORDER NO : SM4487 | ZS1  ZAINUB SHEIKH |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                    Page : 1

| ORDER DATE : 22-MAY-2018 | ORDER NO : SQ1944 | BUYER : KC3  KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enlp@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
|---|
| $126,374.10 |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )  MULTIPLE PAYMENT TYPES | |
| (X)  CHECK/WIRE TRANSFER | |
| Amount USD: | 126,374.10 |
| ( )  FREE GOODS | |
| Amount USD: | 0.00 |
| ( )  LETTER OF CREDIT | |
| Amount USD: | 0.00 |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 032369 |
|---|---|
| NAME | PINGHU FUXING GARMENT CO LTD |
| ADDRESS | WAIGUANQIAO, NANMEN DANGHU TOWN PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 86-573-8508 8546 |
| EMAIL | zhl1591@gmail.com |
| MID | CNPINFUXPIN |

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                        Page : 2

| ORDER DATE : 22-MAY-2018 | ORDER NO : SQ1944 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 460099286999

SEASON/YEAR: 5-WINTER 2018           BOMBER BLACK ONYX

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC:  04895213502834         CAT/SUB-CAT: 46/04

STYLE: MF8ST31129YM            TRADEMARK: NONE            **SEARS DIV**        **SEARS ITEM**        **SEARS SKU**

BRAND NAME: STRUCTURE         COPYRIGHT REG. NO.: N/A          641                 25707

INTL COMMODY CODE: GDSM        MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $1,439.88 | 21 | 21 | $5,619.60 |
| $267.600 | $267.600 | | | | |

| PER CARTON | KGS: 6.350 | CBM: 0.150079 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 14.000 | CU. FT.: 5.300 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 8.0" X W 36.0" X H 31.8" | | CASEPACK | | |

QUOTA CAT#: 434, RNONE                    **CASE #**        **FACTORY**        **EXPORTER**

SPECIAL TRADE INDICATOR:              ANTI-DUMPING:

                                      COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT ,12PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (OC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 9 | 9 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 8 | 8 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 2 | 2 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 2 | 2 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:            12

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 3

| | | |
|---|---|---|
| **ORDER DATE :** 22-MAY-2018 | **ORDER NO :** SQ1944 | KC3  KAREN CHUNG |

**DESCRIPTION**

**ITEM CODE:** 460099287039

**I 2OF 5/CARTON UPC:** 04895213502841

**STYLE:** MF8ST31129YM

**BRAND NAME:** STRUCTURE

**INTL COMMODY CODE:** GDSM

**SEASON/YEAR:** 5-WINTER 2018

**SUB-SEASON:** 50-WINTER

**CAT/SUB-CAT:** 48/04

**TRADEMARK:** NONE

**COPYRIGHT REG. NO.:** N/A

**MLTP CARTON IND:** 001

BOMBER BLACK ONYX

| **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
|---|---|---|
| 641 | 25707 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $959.92 | 277 | 277 | $49,416.80 |
| $178.400 | $178.400 | | | | |

| PER CARTON | **KGS:** 4.536 | **CBM:** 0.099993 | **AST PER INNER** | 1 |
|---|---|---|---|---|
| | **LBS:** 10.000 | **CU. FT.:** 3.531 | **INNERS PER OUTER CARTON** | 1 |

**OUTER CARTON DIMENSIONS**     **PACKING INSTRUCTION:**     **AST PER MASTER SHIPPING CTN**   1

L 6.0" X W 33.9" X H 30.0"     CASEPACK

**QUOTA CAT#:** 434, RNONE     **CASE #**     **FACTORY**     **EXPORTER**

**SPECIAL TRADE INDICATOR:**     **ANTI-DUMPING:**

**COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT ,6PCS IN EXPORT CARTON

| **SHIPPING SCHEDULE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **REFERENCE (PO)/(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (AST)** | **PAY TYPE** |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 116 | 116 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 94 | 94 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 37 | 37 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 30 | 30 | W |

**DETAIL DESCRIPTION-**
STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

**OPC:**          8

SEARS ROEBUCK & CO.                                    **PURCHASE ORDER**                                         Page : 4

| ORDER DATE : 22-MAY-2018 | ORDER NO : SQ1944 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 460099287062     SEASON/YEAR:  5-WINTER 2018     WOOL BLEND BLACK ONYX

                            SUB-SEASON:  50-WINTER

I 2OF 5/CARTON UPC:  04895213502685     CAT/SUB-CAT: 48/04

     STYLE: MF8ST31129YM     TRADEMARK:  NONE     **SEARS DIV**     **SEARS ITEM**     **SEARS SKU**

BRAND NAME: STRUCTURE     COPYRIGHT REG. NO.:  N/A     641     25707

INTL COMMODY CODE: GDSM     MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $839.93 | 25 | 25 | $3,902.50 |
| $156.100 | $156.100 | | | | |

|  | KGS: | 4.538 | CBM: | 0.087546 | AST PER INNER | 1 |
PER CARTON | LBS: | 10.000 | CU. FT.: | 3.092 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS     PACKING INSTRUCTION:     AST PER MASTER SHIPPING CTN     1

L 8.0" X W 38.0" X H 18.55"     CASEPACK

QUOTA CAT#:  434, RNONE     **CASE #**     **FACTORY**     **EXPORTER**

SPECIAL TRADE INDICATOR.     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT ,7PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 803C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 14 | 14 | W |
| 803P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 11 | 11 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:                7

SEARS ROEBUCK & CO.                **P U R C H A S E   O R D E R**                                          Page : 5

| ORDER DATE : 22-MAY-2018 | ORDER NO : SQ1944 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 460099339590 | SEASON/YEAR: 5-WINTER 2018 | BOMBER BLACK ONYX |
| | SUB-SEASON: 50-WINTER | |
| I 2OF 5/CARTON UPC: 04895213502858 | CAT/SUB-CAT: 48/04 | |
| STYLE: MF8ST31129YM | TRADEMARK: NONE | SEARS DIV  SEARS ITEM  SEARS SKU |
| BRAND NAME: STRUCTURE | COPYRIGHT REG. NO.: N/A | 641  25707 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $719.94 | 504 | 504 | $67,435.20 |
| $133.600 | $133.600 | | | | |

| PER CARTON | KGS: 3.629 | CBM: 0.075438 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 8.000 | CU. FT.: 2.664 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 4.65" X W 33.0" X H 30.0" | | CASEPACK | | |

| QUOTA CAT#: 434, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT ,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POJ(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 186 | 186 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 153 | 153 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 67 | 67 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 54 | 54 | W |
| 803C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 24 | 24 | W |
| 803P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 20 | 20 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:                6

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 22-MAY-2018 | ORDER NO : SQ1944 | KC3  KAREN CHUNG |
|---|---|---|

ITEM CODE:   460099286999

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9928692-4 | | | | | | 25707-0 02 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928693-2 | | | | | | 25707-0 03 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928694-0 | | | | | | 25707-0 05 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928695-7 | | | | | | 25707-0 06 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928697-3 | | | | | | 25707-0 98 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |

ITEM CODE:   460099287039

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9928692-4 | | | | | | 25707-0 02 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928693-2 | | | | | | 25707-0 03 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928694-0 | | | | | | 25707-0 05 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928695-7 | | | | | | 25707-0 06 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928697-3 | | | | | | 25707-0 98 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |

ITEM CODE:   460099339590

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9928692-4 | | | | | | 25707-0 02 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928693-2 | | | | | | 25707-0 03 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928694-0 | | | | | | 25707-0 05 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928695-7 | | | | | | 25707-0 06 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928697-3 | | | | | | 25707-0 98 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |

ITEM CODE:   460099287062

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9928692-4 | | | | | | 25707-0 02 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928693-2 | | | | | | 25707-0 03 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928694-0 | | | | | | 25707-0 05 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928695-7 | | | | | | 25707-0 06 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9928697-3 | | | | | | 25707-0 98 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |

SEARS ROEBUCK & CO.  **PURCHASE ORDER**  Page : 7

| ORDER DATE : 22-MAY-2018 | ORDER NO : SQ1944 | KC3  KAREN CHUNG |
| --- | --- | --- |

**ITEM CODE:** 460099286999  **ITEM:** BOMBER BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: BOMBER S | 9928692-4 | BLACK ONYX | SMALL | 1 | 22.300 | 119.99 | 4895213502580 |
| SUB KSN DESC: BOMBER M | 9928693-2 | BLACK ONYX | MEDIUM | 2 | 22.300 | 119.99 | 4895213502597 |
| SUB KSN DESC: BOMBER L | 9928694-0 | BLACK ONYX | LARGE | 4 | 22.300 | 119.99 | 4895213502603 |
| SUB KSN DESC: BOMBER XL | 9928695-7 | BLACK ONYX | X LARGE | 3 | 22.300 | 119.99 | 4895213502610 |
| SUB KSN DESC: BOMBER XXL | 9928697-3 | BLACK ONYX | XX LARGE | 2 | 22.300 | 119.99 | 4895213502627 |
| | | TOTAL | | 12 | 267.600 | 1,439.88 | |

**ITEM CODE:** 460099287039  **ITEM:** BOMBER BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: BOMBER S | 9928692-4 | BLACK ONYX | SMALL | 1 | 22.300 | 119.99 | 4895213502580 |
| SUB KSN DESC: BOMBER M | 9928693-2 | BLACK ONYX | MEDIUM | 2 | 22.300 | 119.99 | 4895213502597 |
| SUB KSN DESC: BOMBER L | 9928694-0 | BLACK ONYX | LARGE | 2 | 22.300 | 119.99 | 4895213502603 |
| SUB KSN DESC: BOMBER XL | 9928695-7 | BLACK ONYX | X LARGE | 2 | 22.300 | 119.99 | 4895213502610 |
| SUB KSN DESC: BOMBER XXL | 9928697-3 | BLACK ONYX | XX LARGE | 1 | 22.300 | 119.99 | 4895213502627 |
| | | TOTAL | | 8 | 178.400 | 959.92 | |

**ITEM CODE:** 460099339590  **ITEM:** BOMBER BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: BOMBER S | 9928692-4 | BLACK ONYX | SMALL | 1 | 22.300 | 119.99 | 4895213502580 |
| SUB KSN DESC: BOMBER M | 9928693-2 | BLACK ONYX | MEDIUM | 1 | 22.300 | 119.99 | 4895213502597 |
| SUB KSN DESC: BOMBER L | 9928694-0 | BLACK ONYX | LARGE | 2 | 22.300 | 119.99 | 4895213502603 |
| SUB KSN DESC: BOMBER XL | 9928695-7 | BLACK ONYX | X LARGE | 1 | 22.300 | 119.99 | 4895213502610 |
| SUB KSN DESC: BOMBER XXL | 9928697-3 | BLACK ONYX | XX LARGE | 1 | 22.300 | 119.99 | 4895213502627 |
| | | TOTAL | | 6 | 133.800 | 719.94 | |

**ITEM CODE:** 460099287062  **ITEM:** WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: BOMBER S | 9928692-4 | BLACK ONYX | SMALL | 1 | 22.300 | 119.99 | 4895213502580 |
| SUB KSN DESC: BOMBER M | 9928693-2 | BLACK ONYX | MEDIUM | 1 | 22.300 | 119.99 | 4895213502597 |
| SUB KSN DESC: BOMBER L | 9928694-0 | BLACK ONYX | LARGE | 2 | 22.300 | 119.99 | 4895213502603 |
| SUB KSN DESC: BOMBER XL | 9928695-7 | BLACK ONYX | X LARGE | 2 | 22.300 | 119.99 | 4895213502610 |
| SUB KSN DESC: BOMBER XXL | 9928697-3 | BLACK ONYX | XX LARGE | 1 | 22.300 | 119.99 | 4895213502627 |
| | | TOTAL | | 7 | 156.100 | 839.93 | |

SEARS ROEBUCK & CO.                     **PURCHASE ORDER**                                                     Page : 8

| ORDER DATE : 22-MAY-2018 | ORDER NO : SQ1944 | KC3 KAREN CHUNG |

**ADDITIONAL CONDITIONS**

**FOR ITEM 460099286999**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099287039**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099287062**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099339590**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED


PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                    Page : 9

| ORDER DATE : 22-MAY-2018 | ORDER NO : SQ1944 | KC3  KAREN CHUNG |
| --- | --- | --- |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

ANTIDUMPING CLAUSE:
-----------------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| ORDER DATE : 22-MAY-2018 | ORDER NO : SQ1944 | KC3  KAREN CHUNG |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 1

| ORDER DATE : 23-MAY-2018 | ORDER NO : SS1946 | BUYER : KC3  KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $226,587.00 | |
| PAYMENT TO BE MADE BY : | |
| ( )   MULTIPLE PAYMENT TYPES | |
| ( X )   CHECK/WIRE TRANSFER | |
| Amount USD: 226,587.00 | |
| ( )   FREE GOODS | |
| Amount USD: 0.00 | |
| ( )   LETTER OF CREDIT | |
| Amount USD: 0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 032369 |
|---|---|
| NAME | PINGHU FUXING GARMENT CO LTD |
| ADDRESS | WAIGUANQIAO, NANMEN DANGHU TOWN PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 86-573-8508 8546 |
| EMAIL | zhi1591@gmail.com |
| MID | CNPINFUXPIN |

SEARS ROEBUCK & CO.                                     **P U R C H A S E   O R D E R**                                          Page : 2

| ORDER DATE : 23-MAY-2018 | ORDER NO : SS1946 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 460016279976 | SEASON/YEAR: 5-WINTER 2018 | WOOL BLEND BLACK ONYX |
| | SUB-SEASON: 50-WINTER | |
| I 2OF 5/CARTON UPC: 04895213502726 | CAT/SUB-CAT: 46/04 | |
| STYLE: MF8ST31131YM | TRADEMARK: NONE | SEARS DIV |  SEARS ITEM | SEARS SKU |
| BRAND NAME: STRUCTURE | COPYRIGHT REG. NO.: N/A | 641 | 26004 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $1,079.91 | 151 | 151 | $31,936.50 |
| $211.500 | $211.500 | | | | |

| PER CARTON | KGS:  9.072 | CBM:  0.166033 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS:  20.000 | CU. FT.:  5.863 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 7.45" X W 34.0" X H 40.0" | | CASEPACK | | |

QUOTA CAT#:  434, RNONE                                    **CASE #**                FACTORY               EXPORTER

SPECIAL TRADE INDICATOR:                           ANTI-DUMPING:

                                                        COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP, 1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,9PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 41 | 41 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 33 | 33 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 42 | 42 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 35 | 35 | W |

DETAIL DESCRIPTION-
STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR016
HANGER COST $0.130/PC

OPC:                9

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                         Page : 3

| ORDER DATE : 23-MAY-2018 | ORDER NO : SS1946 | KC3  KAREN CHUNG |
| --- | --- | --- |

**DESCRIPTION**

WOOL BLEND BLACK ONYX

| | | |
| --- | --- | --- |
| **ITEM CODE:** 460016281404 | **SEASON/YEAR:** 5-WINTER 2018 | |
| | **SUB-SEASON:** 50-WINTER | |
| I 2OF 5/CARTON UPC: 04895213502733 | **CAT/SUB-CAT:** 46/04 | |
| **STYLE:** MF8ST31131YM | **TRADEMARK:** NONE | **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
| **BRAND NAME:** STRUCTURE | **COPYRIGHT REG. NO.:** N/A | 641 | 26004 | |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- | --- |
| **PER AST** | **PER CARTON** | $719.94 | 750 | 750 | $105,750.00 |
| $141.000 | $141.000 | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **PER CARTON** | **KGS:** 6.350 | **CBM:** 0.113562 | | **AST PER INNER** | 1 |
| | **LBS:** 14.000 | **CU. FT.:** 4.010 | | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | | **AST PER MASTER SHIPPING CTN** | 1 |
| L 4.95" X W 35.0" X H 40.0" | | CASEPACK | | | |

| QUOTA CAT#: 635, RNONE | | CASE # | FACTORY | EXPORTER |
| --- | --- | --- | --- | --- |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP, 1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,8PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 202 | 202 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 166 | 166 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 154 | 154 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 126 | 126 | W |
| 803C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 56 | 56 | W |
| 803P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 46 | 46 | W |

DETAIL DESCRIPTION-
STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WTTH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:              6

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 23-MAY-2018 | ORDER NO : SS1946 | KC3  KAREN CHUNG |
| --- | --- | --- |

| | | **DESCRIPTION** | | |
| --- | --- | --- | --- | --- |
| **ITEM CODE:** 460016281560 | **SEASON/YEAR:** 5-WINTER 2018 | WOOL BLEND BLACK ONYX | | |
| | **SUB-SEASON:** 50-WINTER | | | |
| **I 2OF 5/CARTON UPC:** 04895213502740 | **CAT/SUB-CAT:** 46/04 | | | |
| **STYLE:** MF8ST31131YM | **TRADEMARK:** NONE | **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
| **BRAND NAME:** STRUCTURE | **COPYRIGHT REG. NO.:** N/A | 641 | 28004 | |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | | | |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL AST** | **TOTAL COST OF ITEM** |
| --- | --- | --- | --- | --- | --- |
| **PER AST** | **PER CARTON** | $959.92 | 437 | 437 | $82,156.00 |
| $188.000 | $188.000 | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **PER CARTON** | **KGS:** 8.165 | **CBM:** 0.147090 | | **AST PER INNER** | 1 |
| | **LBS:** 18.000 | **CU. FT.:** 5.194 | | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | | **AST PER MASTER SHIPPING CTN** | 1 |
| L 6.6" X W 34.0" X H 40.0" | | CASEPACK | | | |

| **QUOTA CAT#:** 434, RNONE | | | **CASE #** | **FACTORY** | **EXPORTER** |
| --- | --- | --- | --- | --- | --- |
| **SPECIAL TRADE INDICATOR:** | | **ANTI-DUMPING:** | | | |
| | | **COUNTERVAILING:** | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP, 1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,8PCS IN EXPORT CARTON

| | | **SHIPPING SCHEDULE** | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **REFERENCE (PO)/(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (AST)** | **PAY TYPE** |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 145 | 145 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 119 | 119 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 95 | 95 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 78 | 78 | W |

**DETAIL DESCRIPTION-**
STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WTH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR019
HANGER COST $0.130/PC

OPC:                8

SEARS ROEBUCK & CO.                     **P U R C H A S E   O R D E R**                                          Page : 5

| ORDER DATE : 23-MAY-2018 | ORDER NO : SS1946 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

CPO BLACK ONYX

| | | |
|---|---|---|
| **ITEM CODE:** 460016281578 | **SEASON/YEAR:** 5-WINTER 2018 | |
| | **SUB-SEASON:** 50-WINTER | |
| I 2OF 5/CARTON UPC: 04895213502757 | **CAT/SUB-CAT:** 46/04 | |
| **STYLE:** MF8ST31131YM | **TRADEMARK:** NONE | **SEARS DIV**   **SEARS ITEM**   **SEARS SKU** |
| **BRAND NAME:** STRUCTURE | **COPYRIGHT REG. NO.:** N/A | 641              26004 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $839.93 | 41 | 41 | $6,744.50 |
| $164.500 | $164.500 | | | | |

| **PER CARTON** | **KGS:** 7.257 | **CBM:** 0.129281 | **AST PER INNER** | 1 |
|---|---|---|---|---|
| | **LBS:** 16.000 | **CU. FT.:** 4.565 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 5.8" X W 34.0" X H 40.0" | | CASEPACK | | |

QUOTA CAT#: 434, RNONE                                      **CASE #**        **FACTORY**        **EXPORTER**

SPECIAL TRADE INDICATOR:                         **ANTI-DUMPING:**

                                                **COUNTERVAILING:**

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP, 1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,7PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 4 | 4 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 3 | 3 | W |
| 803C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 19 | 19 | W |
| 803P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 15 | 15 | W |

DETAIL DESCRIPTION-
STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:              7

SEARS ROEBUCK & CO.  **PURCHASE ORDER**  Page : 8

| ORDER DATE : 23-MAY-2018 | ORDER NO : SS1948 | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE:** 460016279978

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1627945-7 | | | | | | 26004-0 02 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627953-1 | | | | | | 26004-0 03 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627986-1 | | | | | | 26004-0 05 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627993-7 | | | | | | 26004-0 06 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627996-0 | | | | | | 26004-0 98 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

**ITEM CODE:** 460016281404

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1627945-7 | | | | | | 26004-0 02 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627953-1 | | | | | | 26004-0 03 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627986-1 | | | | | | 26004-0 05 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627003 7 | | | | | | 26004-0 06 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627996-0 | | | | | | 26004-0 98 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

**ITEM CODE:** 460016281560

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1627945-7 | | | | | | 26004-0 02 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627953-1 | | | | | | 26004-0 03 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627986-1 | | | | | | 26004-0 05 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627993-7 | | | | | | 26004-0 06 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627996-0 | | | | | | 26004-0 98 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

**ITEM CODE:** 460016281578

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1627945-7 | | | | | | 26004-0 02 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627953-1 | | | | | | 26004-0 03 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627986-1 | | | | | | 26004-0 05 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627993-7 | | | | | | 26004-0 06 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1627996-0 | | | | | | 26004-0 98 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                        Page : 7

| ORDER DATE : 23-MAY-2018 | ORDER NO : SS1946 | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE:** 460016279978          **ITEM:** WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOOL BLEND S | 1627945-7 | BLACK ONYX | SMALL | 1 | 23.500 | 119.99 | 4895213502672 |
| SUB KSN DESC: WOOL BLEND M | 1627953-1 | BLACK ONYX | MEDIUM | 2 | 23.500 | 119.99 | 4895213502689 |
| SUB KSN DESC: WOOL BLEND L | 1627986-1 | BLACK ONYX | LARGE | 3 | 23.500 | 119.99 | 4895213502696 |
| SUB KSN DESC: WOOL BLEND XL | 1627993-7 | BLACK ONYX | X LARGE | 2 | 23.500 | 119.99 | 4895213502702 |
| SUB KSN DESC: WOOL BLEND XXL | 1627996-0 | BLACK ONYX | XX LARGE | 1 | 23.500 | 119.99 | 4895213502719 |
| | | TOTAL | | 9 | 211.500 | 1,079.91 | |

**ITEM CODE:** 460016281404          **ITEM:** WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOOL BLEND S | 1627945-7 | BLACK ONYX | SMALL | 1 | 23.500 | 119.99 | 4895213502672 |
| SUB KSN DESC: WOOL BLEND M | 1627953-1 | BLACK ONYX | MEDIUM | 1 | 23.500 | 119.99 | 4895213502689 |
| SUB KSN DESC: WOOL BLEND L | 1627986-1 | BLACK ONYX | LARGE | 2 | 23.500 | 119.99 | 4895213502696 |
| SUB KSN DESC: WOOL BLEND XL | 1627993-7 | BLACK ONYX | X LARGE | 1 | 23.500 | 119.99 | 4895213502702 |
| SUB KSN DESC: WOOL BLEND XXL | 1627996-0 | BLACK ONYX | XX LARGE | 1 | 23.500 | 119.99 | 4895213502719 |
| | | TOTAL | | 6 | 141.000 | 719.94 | |

**ITEM CODE:** 460016281560          **ITEM:** WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOOL BLEND S | 1627945-7 | BLACK ONYX | SMALL | 1 | 23.500 | 119.99 | 4895213502672 |
| SUB KSN DESC: WOOL BLEND M | 1627953-1 | BLACK ONYX | MEDIUM | 2 | 23.500 | 119.99 | 4895213502689 |
| SUB KSN DESC: WOOL BLEND L | 1627986-1 | BLACK ONYX | LARGE | 2 | 23.500 | 119.99 | 4895213502696 |
| SUB KSN DESC: WOOL BLEND XL | 1627993-7 | BLACK ONYX | X LARGE | 2 | 23.500 | 119.99 | 4895213502702 |
| SUB KSN DESC: WOOL BLEND XXL | 1627996-0 | BLACK ONYX | XX LARGE | 1 | 23.500 | 119.99 | 4895213502719 |
| | | TOTAL | | 8 | 188.000 | 959.92 | |

**ITEM CODE:** 460016281578          **ITEM:** CPO BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOOL BLEND S | 1627945-7 | BLACK ONYX | SMALL | 1 | 23.500 | 119.99 | 4895213502672 |
| SUB KSN DESC: WOOL BLEND M | 1627953-1 | BLACK ONYX | MEDIUM | 1 | 23.500 | 119.99 | 4895213502689 |
| SUB KSN DESC: WOOL BLEND L | 1627986-1 | BLACK ONYX | LARGE | 2 | 23.500 | 119.99 | 4895213502696 |
| SUB KSN DESC: WOOL BLEND XL | 1627993-7 | BLACK ONYX | X LARGE | 2 | 23.500 | 119.99 | 4895213502702 |
| SUB KSN DESC: WOOL BLEND XXL | 1627996-0 | BLACK ONYX | XX LARGE | 1 | 23.500 | 119.99 | 4895213502719 |
| | | TOTAL | | 7 | 164.500 | 839.93 | |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 8

| ORDER DATE : 23-MAY-2018 | ORDER NO : SS1948 | KC3  KAREN CHUNG |

**ADDITIONAL CONDITIONS**

**FOR ITEM 460016279976**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460016281404**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460016281560**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460016281578**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                     **PURCHASE ORDER**                                    Page : 9

| ORDER DATE : 23-MAY-2018 | ORDER NO : SS1946 | KC3  KAREN CHUNG |
| --- | --- | --- |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

----------------------------------------------
-

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
----------------------------------------------

ANTIDUMPING CLAUSE:

--------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
----------------------------------------------

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 10

| ORDER DATE : 23-MAY-2018 | ORDER NO : SS1946 | KC3 KAREN CHUNG |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**SEARS** ROEBUCK & CO.

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 24-MAY-2018 | ORDER NO : ST1947 | BUYER : KC3  KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $93,106.80 | |

PAYMENT TO BE MADE BY :
( )   MULTIPLE PAYMENT TYPES
(X)   CHECK/WIRE TRANSFER
　　　　Amount USD:  93,106.80
( )   FREE GOODS
　　　　Amount USD:  0.00
( )   LETTER OF CREDIT
　　　　Amount USD:  0.00
　　　　　LC #:
　　TRANSFERABLE:
　　　　　BANK:

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 032369 |
|---|---|
| NAME | PINGHU FUXING GARMENT CO LTD |
| ADDRESS | WAIGUANQIAO, NANMEN DANGHU TOWN PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 86-573-8508 8546 |
| EMAIL | zhi1591@gmail.com |
| MID | CNPINFUXPIN |

SEARS ROEBUCK & CO.                          **PURCHASE ORDER**                                    Page : 2

| ORDER DATE : 24-MAY-2018 | ORDER NO : ST1947 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 460018139089    SEASON/YEAR: 5-WINTER 2018    PEACOAT CLASSIC NAVY

I 2OF 5/CARTON UPC: 04895213503136    SUB-SEASON: 50-WINTER

STYLE: MF8ST31126YM    CAT/SUB-CAT: 48/04

BRAND NAME: STRUCTURE    TRADEMARK: NONE    **SEARS DIV**    **SEARS ITEM**    **SEARS SKU**

INTL COMMODY CODE: GDSM    COPYRIGHT REG. NO.: N/A    641    26018

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $1,439.88 | 12 | 12 | $3,355.20 |
| $279.600 | $279.600 | | | | |

PER CARTON    KGS:    11.793    CBM:    0.200577    **AST PER INNER**    1
LBS:    26.000    CU. FT.:    7.083    **INNERS PER OUTER CARTON**    1

OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    **AST PER MASTER SHIPPING CTN**    1
L 9.0" X W 34.0" X H 40.0"    CASEPACK

QUOTA CAT#: 434, RNONE    **CASE #**    **FACTORY**    **EXPORTER**

SPECIAL TRADE INDICATOR:    ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP, 1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,12PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 7 | 7 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 5 | 5 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31126YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING: 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:    12

SEARS ROEBUCK & CO.                                **P U R C H A S E   O R D E R**                                                    Page : 3

| ORDER DATE : 24-MAY-2018 | ORDER NO : ST1947 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 460018139170 | SEASON/YEAR: 5-WINTER 2018 | PEACOAT CLASSIC NAVY |
| | SUB-SEASON: 50-WINTER | |
| I 2OF 5/CARTON UPC: 04895213503143 | CAT/SUB-CAT: 48/04 | |
| STYLE: MF8ST31128YM | TRADEMARK: NONE | SEARS DIV       SEARS ITEM       SEARS SKU |
| BRAND NAME: STRUCTURE | COPYRIGHT REG. NO.: N/A | 641              26018 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $839.93 | 258 | 258 | $42,079.80 |
| $163.100 | $163.100 | | | | |

| | KGS: | 7.257 | CBM: | 0.117003 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 16.000 | CU. FT.: | 4.132 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 5.25" X W 34.0" X H 40.0" | | | CASEPACK | | | |

| QUOTA CAT#: 434, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP, 1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,7PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 116 | 116 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 94 | 94 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 29-OCT-2018 | A | 12 | 12 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 29-OCT-2018 | A | 10 | 10 | W |
| 803C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 14 | 14 | W |
| 803P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 12 | 12 | W |

DETAIL DESCRIPTION-
STYLE MF8ST31128YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:                7

SEARS ROEBUCK & CO.    **P U R C H A S E   O R D E R**    Page : 4

| ORDER DATE : 24-MAY-2018 | ORDER NO : ST1947 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 460018139204    SEASON/YEAR: 5-WINTER 2018    PEACOAT CLASSIC NAVY

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213503150    CAT/SUB-CAT: 46/04

STYLE: MF8ST31128YM    TRADEMARK: NONE    SEARS DIV    SEARS ITEM    SEARS SKU

BRAND NAME: STRUCTURE    COPYRIGHT REG. NO.: N/A    641    26018

INTL COMMODY CODE: GDSM    MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $719.94 | 341 | 341 | $47,671.80 |
| $139.800 | $139.800 | | | | |

| PER CARTON | KGS: 6.350 | CBM: 0.100288 | | AST PER INNER | 1 |
|---|---|---|---|---|---|
| | LBS: 14.000 | CU. FT.: 3.542 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 4.5" X W 34.0" X H 40.0" | | CASEPACK | | | |

QUOTA CAT#: 434, RNONE    CASE #    FACTORY    EXPORTER

SPECIAL TRADE INDICATOR:    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGING

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 127 | 127 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 103 | 103 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 29-OCT-2018 | A | 26 | 26 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 29-OCT-2018 | A | 21 | 21 | W |
| 803C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 35 | 35 | W |
| 803P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 29 | 29 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31128YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:    6

SEARS ROEBUCK & CO.                                      **PURCHASE ORDER**                                      Page : 5

| **ORDER DATE :** 24-MAY-2018 | **ORDER NO :** ST1947 | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE:**  460018139089

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1813899-0 | | | | | | 26018-0 02 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813901-4 | | | | | | 26018-0 03 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813904-8 | | | | | | 26018-0 05 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813905-5 | | | | | | 26018-0 06 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813906-3 | | | | | | 26018-0 98 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |

**ITEM CODE:**  460018139170

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1813899-0 | | | | | | 26018-0 02 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813901-4 | | | | | | 26018-0 03 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813904-8 | | | | | | 26018-0 05 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813905-5 | | | | | | 26018-0 06 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813906-3 | | | | | | 26018-0 98 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |

**ITEM CODE:**  460018139204

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1813899-0 | | | | | | 26018-0 02 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813901-4 | | | | | | 26018-0 03 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813904-8 | | | | | | 26018-0 05 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813905-5 | | | | | | 26018-0 06 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |
| 1813906-3 | | | | | | 26018-0 98 | | | | OTHERS | 49% | |
| | | | | | | | | | | WOOL | 51% | |

**ITEM CODE:** 460018139089                          **ITEM:** PEACOAT CLASSIC NAVY

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PEACOAT S-CLASSIC NAVY | 1813899-0 | CLASSIC NAVY | SMALL | 1 | 23.300 | 119.99 | 4895213503082 |
| SUB KSN DESC: PEACOAT M-CLASSIC NAVY | 1813901-4 | CLASSIC NAVY | MEDIUM | 2 | 23.300 | 119.99 | 4895213503099 |
| SUB KSN DESC: PEACOAT L-CLASSIC NAVY | 1813904-8 | CLASSIC NAVY | LARGE | 4 | 23.300 | 119.99 | 4895213503105 |
| SUB KSN DESC: PEACOAT XL-CLASSIC NAV | 1813905-5 | CLASSIC NAVY | X LARGE | 3 | 23.300 | 119.99 | 4895213503112 |
| SUB KSN DESC: PEACOAT XXL-CLASSIC NA | 1813906-3 | CLASSIC NAVY | XX LARGE | 2 | 23.300 | 119.99 | 4895213503129 |
| | | TOTAL | | 12 | 279.600 | 1,439.88 | |

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 6

| ORDER DATE : 24-MAY-2018 | ORDER NO : ST1947 | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE: 460018139170**                     ITEM: PEACOAT CLASSIC NAVY

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PEACOAT S-CLASSIC NAVY | 1813899-0 | CLASSIC NAVY | SMALL | 1 | 23.300 | 119.99 | 4895213503082 |
| SUB KSN DESC: PEACOAT M-CLASSIC NAVY | 1813901-4 | CLASSIC NAVY | MEDIUM | 1 | 23.300 | 119.99 | 4895213503099 |
| SUB KSN DESC: PEACOAT L-CLASSIC NAVY | 1813904-8 | CLASSIC NAVY | LARGE | 2 | 23.300 | 119.99 | 4895213503105 |
| SUB KSN DESC: PEACOAT XL-CLASSIC NAV | 1813905-5 | CLASSIC NAVY | X LARGE | 2 | 23.300 | 119.99 | 4895213503112 |
| SUB KSN DESC: PEACOAT XXL-CLASSIC NA | 1813906-3 | CLASSIC NAVY | XX LARGE | 1 | 23.300 | 119.99 | 4895213503129 |
| | | TOTAL | | 7 | 163.100 | 839.93 | |

**ITEM CODE: 460018139204**                     ITEM: PEACOAT CLASSIC NAVY

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PEACOAT S-CLASSIC NAVY | 1813899-0 | CLASSIC NAVY | SMALL | 1 | 23.300 | 119.99 | 4895213503082 |
| SUB KSN DESC: PEACOAT M-CLASSIC NAVY | 1813901-4 | CLASSIC NAVY | MEDIUM | 1 | 23.300 | 119.99 | 4895213503099 |
| SUB KSN DESC: PEACOAT L-CLASSIC NAVY | 1813904-8 | CLASSIC NAVY | LARGE | 2 | 23.300 | 119.99 | 4895213503105 |
| SUB KSN DESC: PEACOAT XL-CLASSIC NAV | 1813905-5 | CLASSIC NAVY | X LARGE | 1 | 23.300 | 119.99 | 4895213503112 |
| SUB KSN DESC: PEACOAT XXL-CLASSIC NA | 1813906-3 | CLASSIC NAVY | XX LARGE | 1 | 23.300 | 119.99 | 4895213503129 |
| | | TOTAL | | 6 | 139.800 | 719.94 | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 460018139089**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460018139170**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460018139204**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                                Page : 7

| ORDER DATE : 24-MAY-2018 | ORDER NO : ST1947 | KC3  KAREN CHUNG |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
---------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
---------------------------------------------------

ANTIDUMPING CLAUSE:
---------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDOR SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
---------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                                   **PURCHASE ORDER**                                             Page : 8

| ORDER DATE : 24-MAY-2018 | ORDER NO : ST1947 | KC3  KAREN CHUNG |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**SEARS ROEBUCK & CO.**　　　　　　　　　　PURCHASE ORDER　　　　　　　　　　Page : 1

| ORDER DATE : 02-JUN-2018 | ORDER NO : ST1955 | BUYER : KC3  KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enlp@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0800 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $277,680.00 | |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )    MULTIPLE PAYMENT TYPES | |
| (X)   CHECK/WIRE TRANSFER | |
| Amount USD:  277,680.00 | |
| ( )    FREE GOODS | |
| Amount USD:  0.00 | |
| ( )    LETTER OF CREDIT | |
| Amount USD:  0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 032369 |
|---|---|
| NAME | PINGHU FUXING GARMENT CO LTD |
| ADDRESS | WAIGUANQIAO, NANMEN DANGHU TOWN PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 86-573-8508 8548 |
| EMAIL | zhi1591@gmail.com |
| MID | CNPINFUXPIN |

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 2

| ORDER DATE : 02-JUN-2018 | ORDER NO : ST1955 | KC3  KAREN CHUNG |
| --- | --- | --- |

**DESCRIPTION**

ITEM CODE: 460099066763

SEASON/YEAR: 5-WINTER 2018

WOOL BLEND BLACK ONYX

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213502115

CAT/SUB-CAT: 48/04

STYLE: MF8ST31750YM

TRADEMARK: NONE

**SEARS DIV**    **SEARS ITEM**    **SEARS SKU**

BRAND NAME: STRUCTURE

COPYRIGHT REG. NO.: N/A

641    24647

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- | --- |
| PER AST | PER CARTON | $719.94 | 793 | 793 | $114,192.00 |
| $144.000 | $144.000 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.100288 | AST PER INNER | 1 |
| --- | --- | --- | --- | --- |
| | LBS: 10.000 | CU. FT.: 3.542 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 4.25" X W 36.0" X H 40.0" | | CASEPACK | | |

QUOTA CAT#:  434, 859, RNONE

CASE #    FACTORY    EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT ,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 179 | 179 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 147 | 147 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 191 | 191 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 157 | 157 | W |
| 803C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 65 | 65 | W |
| 803P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 54 | 54 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING: 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR016
HANGER COST $0.130/PC

OPC:    6

SEARS ROEBUCK & CO.                     **P U R C H A S E   O R D E R**                                                    Page : 3

| ORDER DATE : 02-JUN-2018 | ORDER NO : ST1955 | KC3  KAREN CHUNG |
|---|---|---|

|  |  | DESCRIPTION |  |  |
|---|---|---|---|---|
| ITEM CODE: 480099086771 | SEASON/YEAR: 5-WINTER 2018 | WOOL BLEND BLACK ONYX | | |
|  | SUB-SEASON: 50-WINTER | | | |
| I 2OF 5/CARTON UPC: 04895213502122 | CAT/SUB-CAT: 48/04 | | | |
| STYLE: MF8ST31750YM | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: STRUCTURE | COPYRIGHT REG. NO.: N/A | 641 | 24647 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $959.92 | 610 | 610 | $117,120.00 |
| $192.000 | $192.000 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.133325 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 10.000 | CU. FT.: 4.708 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 5.65" X W 36.0" X H 40.0" | | CASEPACK | | |

QUOTA CAT#:  434, 859, RNONE                                                         CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                                          ANTI-DUMPING:

                                                                 COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT ,8PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 167 | 167 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 138 | 138 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 169 | 169 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 138 | 138 | W |

DETAIL DESCRIPTION-
STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:              8

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 4

| ORDER DATE : 02-JUN-2018 | ORDER NO : ST1955 | KC3  KAREN CHUNG |
| --- | --- | --- |

**DESCRIPTION**

ITEM CODE: 460099066789

WOOL BLEND BLACK ONYX

SEASON/YEAR: 5-WINTER 2018
SUB-SEASON: 50-WINTER
CAT/SUB-CAT: 48/04

I 2OF 5/CARTON UPC:  04895213502139

STYLE: MF8ST31750YM     TRADEMARK: NONE

| | SEARS DIV | SEARS ITEM | SEARS SKU |
| --- | --- | --- | --- |

BRAND NAME: STRUCTURE     COPYRIGHT REG. NO.: N/A      641         24847

INTL COMMODY CODE: GDSM     MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- | --- |
| PER AST | PER CARTON | $839.93 | 276 | 276 | $46,368.00 |
| $168.000 | $168.000 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.116807 | AST PER INNER | 1 |
| --- | --- | --- | --- | --- |
| | LBS: 10.000 | CU. FT.: 4.125 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS     PACKING INSTRUCTION:     AST PER MASTER SHIPPING CTN   1
L 4.95" X W 36.0" X H 40.0'          CASEPACK

QUOTA CAT#:  434, 859, RNONE                     CASE #        FACTORY        EXPORTER

SPECIAL TRADE INDICATOR.                    ANTI-DUMPING:

                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT ,7PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 102 | 102 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 83 | 83 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 28 | 28 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 23 | 23 | W |
| 803C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 22 | 22 | W |
| 803P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 18 | 18 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:                7

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 5

| ORDER DATE : 02-JUN-2018 | ORDER NO : ST1955 | KC3  KAREN CHUNG |
| --- | --- | --- |

---

ITEM CODE:    460099086763

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9906671-4 | | | | | | 24647-0 02 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906672-2 | | | | | | 24647-0 03 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906673-0 | | | | | | 24647-0 05 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906674-8 | | | | | | 24647-0 06 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906675-5 | | | | | | 24647-0 98 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |

ITEM CODE:    460099086771

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9906671-4 | | | | | | 24647-0 02 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906672-2 | | | | | | 24647-0 03 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906673-0 | | | | | | 24647-0 05 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906674-8 | | | | | | 24647-0 06 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906675-5 | | | | | | 24647-0 98 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |

ITEM CODE:    460099086789

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9906671-4 | | | | | | 24647-0 02 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906672-2 | | | | | | 24647-0 03 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906673-0 | | | | | | 24647-0 05 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906674-8 | | | | | | 24647-0 06 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |
| 9906675-5 | | | | | | 24647-0 98 | | | | OTHERS | 45% | |
| | | | | | | | | | | WOOL | 55% | |

ITEM CODE: 460099086763                          ITEM: WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOOL BLEND S | 9906671-4 | BLACK ONYX | SMALL | 1 | 24.000 | 119.99 | 4895213502061 |
| SUB KSN DESC: WOOL BLEND M | 9906672-2 | BLACK ONYX | MEDIUM | 1 | 24.000 | 119.99 | 4895213502078 |
| SUB KSN DESC: WOOL BLEND L | 9906673-0 | BLACK ONYX | LARGE | 2 | 24.000 | 119.99 | 4895213502085 |
| SUB KSN DESC: WOOL BLEND XL | 9906674-8 | BLACK ONYX | X LARGE | 1 | 24.000 | 119.99 | 4895213502092 |
| SUB KSN DESC: WOOL BLEND XXL | 9906675-5 | BLACK ONYX | XX LARGE | 1 | 24.000 | 119.99 | 4895213502108 |
| | | TOTAL | | 6 | 144.000 | 719.94 | |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 02-JUN-2018 | ORDER NO : ST1955 | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE: 460099066771**  **ITEM: WOOL BLEND BLACK ONYX**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOOL BLEND S | 9906671-4 | BLACK ONYX | SMALL | 1 | 24.000 | 119.99 | 4895213502061 |
| SUB KSN DESC: WOOL BLEND M | 9906672-2 | BLACK ONYX | MEDIUM | 2 | 24.000 | 119.99 | 4895213502078 |
| SUB KSN DESC: WOOL BLEND L | 9906673-0 | BLACK ONYX | LARGE | 2 | 24.000 | 119.99 | 4895213502085 |
| SUB KSN DESC: WOOL BLEND XL | 9906674-8 | BLACK ONYX | X LARGE | 2 | 24.000 | 119.99 | 4895213502092 |
| SUB KSN DESC: WOOL BLEND XXL | 9906675-5 | BLACK ONYX | XX LARGE | 1 | 24.000 | 119.99 | 4895213502108 |
| | | TOTAL | | 8 | 192.000 | 959.92 | |

**ITEM CODE: 460099066789**  **ITEM: WOOL BLEND BLACK ONYX**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOOL BLEND S | 9906671-4 | BLACK ONYX | SMALL | 1 | 24.000 | 119.99 | 4895213502061 |
| SUB KSN DESC: WOOL BLEND M | 9906672-2 | BLACK ONYX | MEDIUM | 1 | 24.000 | 119.99 | 4895213502078 |
| SUB KSN DESC: WOOL BLEND L | 9906673-0 | BLACK ONYX | LARGE | 2 | 24.000 | 119.99 | 4895213502085 |
| SUB KSN DESC: WOOL BLEND XL | 9906674-8 | BLACK ONYX | X LARGE | 2 | 24.000 | 119.99 | 4895213502092 |
| SUB KSN DESC: WOOL BLEND XXL | 9906675-5 | BLACK ONYX | XX LARGE | 1 | 24.000 | 119.99 | 4895213502108 |
| | | TOTAL | | 7 | 168.000 | 839.93 | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 460099066763**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099066771**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099066789**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 7

| ORDER DATE : 02-JUN-2018 | ORDER NO : ST1955 | KC3  KAREN CHUNG |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

---------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
---------------------------------------------

ANTIDUMPING CLAUSE:
------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| **ORDER DATE : 02-JUN-2018** | **ORDER NO :  ST1955** | KC3   KAREN CHUNG |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.                          **PURCHASE ORDER**                          Page : 1

| ORDER DATE : 02-JUN-2018 | ORDER NO : SQ1956 | BUYER : KC3  KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0800 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $172,247.80 | | |
| PAYMENT TO BE MADE BY : | | |
| ( ) | MULTIPLE PAYMENT TYPES | |
| (X) | CHECK/WIRE TRANSFER | |
| | Amount USD:  172,247.80 | |
| ( ) | FREE GOODS | |
| | Amount USD:  0.00 | |
| ( ) | LETTER OF CREDIT | |
| | Amount USD:  0.00 | |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 032369 |
|---|---|
| NAME | PINGHU FUXING GARMENT CO LTD |
| ADDRESS | WAIGUANQIAO, NANMEN DANGHU TOWN PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 86-573-8508 8546 |
| EMAIL | zhi1591@gmail.com |
| MID | CNPINFUXPIN |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 2

| ORDER DATE : 02-JUN-2018 | ORDER NO : SQ1956 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 460016681239 | SEASON/YEAR: 5-WINTER 2018 | WOOL BLEND BLACK ONYX |
| | SUB-SEASON: 50-WINTER | |
| 12OF 5/CARTON UPC: 04895213502917 | CAT/SUB-CAT: 46/04 | |
| STYLE: MF8ST31748YM | TRADEMARK: NONE | SEARS DIV      SEARS ITEM      SEARS SKU |
| BRAND NAME: STRUCTURE | COPYRIGHT REG. NO.: N/A | 641            26020 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $719.94 | 614 | 614 | $83,826.80 |
| $136.200 | $136.200 | | | | |

| PER CARTON | KGS: 6.804 | CBM: 0.110121 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 15.000 | CU. FT.: 3.889 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 4.8" X W 35.0" X H 40.0" | | CASEPACK | | |

| QUOTA CAT#: 434, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK,EACH GARMENT WITH HANGER& SIZE CLIP,IPC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 176 | 176 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 144 | 144 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 120 | 120 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 98 | 98 | W |
| 803C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 42 | 42 | W |
| 803P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 34 | 34 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:                6

SEARS ROEBUCK & CO.                         **P U R C H A S E   O R D E R**                              Page : 3

| ORDER DATE : 02-JUN-2018 | ORDER NO : SQ1956 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 460018681247 | SEASON/YEAR: 5-WINTER 2018 | WOOL BLEND BLACK ONYX |
| | SUB-SEASON: 50-WINTER | |
| I 2OF 5/CARTON UPC: 04895213502924 | CAT/SUB-CAT: 48/04 | |
| STYLE: MF8ST31748YM | TRADEMARK: NONE | |
| BRAND NAME: STRUCTURE | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| | 641 | 26020 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $959.92 | 320 | 320 | $58,112.00 |
| $181.600 | $181.600 | | | | |

| PER CARTON | KGS: | 8.165 | CBM: | 0.146828 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 18.000 | CU. FT.: | 5.185 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 6.4" X W 35.0" X H 40.0" | | | CASEPACK | | | |

| QUOTA CAT#:  434, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK,EACH GARMENT WITH HANGER& SIZE CLIP,1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,8PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 119 | 119 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 97 | 97 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 57 | 57 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 47 | 47 | W |

DETAIL DESCRIPTION-
STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:                8

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                    Page : 4

| ORDER DATE : 02-JUN-2018 | ORDER NO : SQ1956 | KC3  KAREN CHUNG |
| --- | --- | --- |

| | | DESCRIPTION | | |
| --- | --- | --- | --- | --- |
| **ITEM CODE:** 460018661254 | **SEASON/YEAR:** 5-WINTER 2018 | WOOL BLEND BLACK ONYX | | |
| | **SUB-SEASON:** 50-WINTER | | | |
| I 2OF 5/CARTON UPC: 04695213502931 | **CAT/SUB-CAT:** 46/04 | | | |
| **STYLE:** MF8ST31748YM | **TRADEMARK:** NONE | **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
| **BRAND NAME:** STRUCTURE | **COPYRIGHT REG. NO.:** N/A | 641 | 26020 | |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- | --- |
| **PER AST** | **PER CARTON** | $639.93 | 165 | 165 | $26,218.50 |
| $158.900 | $158.900 | | | | |

| | KGS: 7.257 | CBM: 0.128474 | **AST PER INNER** | 1 |
| --- | --- | --- | --- | --- |
| **PER CARTON** | LBS: 16.000 | CU. FT.: 4.537 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 5.6" X W 35.0" X H 40.0" | | CASEPACK | | |

| **QUOTA CAT#:** 434, RNONE | | **CASE #** | **FACTORY** | **EXPORTER** |
| --- | --- | --- | --- | --- |
| **SPECIAL TRADE INDICATOR:** | | **ANTI-DUMPING:** | | |
| | | **COUNTERVAILING:** | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK,EACH GARMENT WITH HANGER& SIZE CLIP,IPC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,7PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 63 | 63 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 51 | 51 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 28 | 28 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 23 | 23 | W |

DETAIL DESCRIPTION-
STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:              7

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 5

| ORDER DATE : 02-JUN-2018 | ORDER NO : SQ1956 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

WOOL BLEND BLACK ONYX

| | |
|---|---|
| ITEM CODE: 460018681270 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB-SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213502948 | CAT/SUB-CAT: 46/04 |
| STYLE: MF8ST31748YM | TRADEMARK: NONE |
| BRAND NAME: STRUCTURE | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 641 | 26020 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $839.93 | 27 | 27 | $4,290.30 |
| $158.900 | $158.900 | | | | |

| PER CARTON | KGS: 7.257 | CBM: 0.128474 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 16.000 | CU. FT.: 4.537 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 5.6" X W 35.0" X H 40.0" | | CASEPACK | | |

| QUOTA CAT#:  434, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGING

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 1 | 1 | W |
| 803C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 14 | 14 | W |
| 803P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 12 | 12 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

OPC:          7

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 02-JUN-2016 | ORDER NO : SQ1956 | KC3  KAREN CHUNG |
|---|---|---|

ITEM CODE:  460018681239

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1868106-4 | | | | | | 26020-0 02 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868109-8 | | | | | | 26020-0 03 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868112-2 | | | | | | 26020-0 05 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868117-1 | | | | | | 26020-0 06 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868122-1 | | | | | | 26020-0 98 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

ITEM CODE:  460018681247

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1868106-4 | | | | | | 26020-0 02 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868109-8 | | | | | | 26020-0 03 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868112-2 | | | | | | 26020-0 05 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868117-1 | | | | | | 26020-0 06 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868122-1 | | | | | | 26020-0 98 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

ITEM CODE:  460018681254

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1868106-4 | | | | | | 26020-0 02 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868109-8 | | | | | | 26020-0 03 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868112-2 | | | | | | 26020-0 05 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868117-1 | | | | | | 26020-0 06 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868122-1 | | | | | | 26020-0 98 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

ITEM CODE:  460018681270

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1868106-4 | | | | | | 26020-0 02 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868109-8 | | | | | | 26020-0 03 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868112-2 | | | | | | 26020-0 05 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868117-1 | | | | | | 26020-0 06 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868122-1 | | | | | | 26020-0 98 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

SEARS ROEBUCK & CO.                              **PURCHASE ORDER**                              Page : 7

| ORDER DATE : 02-JUN-2018 | ORDER NO : SQ1958 | KC3 KAREN CHUNG |
| --- | --- | --- |

**ITEM CODE:** 460018681239          **ITEM:** WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOOL BLEND S | 1868106-4 | BLACK ONYX | SMALL | 1 | 22.700 | 119.99 | 4895213502863 |
| SUB KSN DESC: WOOL BLEND M | 1868109-8 | BLACK ONYX | MEDIUM | 1 | 22.700 | 119.99 | 4895213502870 |
| SUB KSN DESC: WOOL BLEND L | 1868112-2 | BLACK ONYX | LARGE | 2 | 22.700 | 119.99 | 4895213502887 |
| SUB KSN DESC: WOOL BLEND XL | 1868117-1 | BLACK ONYX | X LARGE | 1 | 22.700 | 119.99 | 4895213502894 |
| SUB KSN DESC: WOOL BLEND XXL | 1868122-1 | BLACK ONYX | XX LARGE | 1 | 22.700 | 119.99 | 4895213502900 |
|  |  | TOTAL |  | 6 | 136.200 | 719.94 |  |

**ITEM CODE:** 460018681247          **ITEM:** WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOOL BLEND S | 1868106-4 | BLACK ONYX | SMALL | 1 | 22.700 | 119.99 | 4895213502863 |
| SUB KSN DESC: WOOL BLEND M | 1868109-8 | BLACK ONYX | MEDIUM | 2 | 22.700 | 119.99 | 4895213502870 |
| SUB KSN DESC: WOOL BLEND L | 1868112-2 | BLACK ONYX | LARGE | 2 | 22.700 | 119.99 | 4895213502887 |
| SUB KSN DESC: WOOL BLEND XL | 1868117-1 | BLACK ONYX | X LARGE | 2 | 22.700 | 119.99 | 4895213502894 |
| SUB KSN DESC: WOOL BLEND XXL | 1868122-1 | BLACK ONYX | XX LARGE | 1 | 22.700 | 119.99 | 4895213502900 |
|  |  | TOTAL |  | 8 | 181.600 | 959.92 |  |

**ITEM CODE:** 460018681254          **ITEM:** WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOOL BLEND S | 1868106-4 | BLACK ONYX | SMALL | 1 | 22.700 | 119.99 | 4895213502863 |
| SUB KSN DESC: WOOL BLEND M | 1868109-8 | BLACK ONYX | MEDIUM | 2 | 22.700 | 119.99 | 4895213502870 |
| SUB KSN DESC: WOOL BLEND L | 1868112-2 | BLACK ONYX | LARGE | 2 | 22.700 | 119.99 | 4895213502887 |
| SUB KSN DESC: WOOL BLEND XL | 1868117-1 | BLACK ONYX | X LARGE | 1 | 22.700 | 119.99 | 4895213502894 |
| SUB KSN DESC: WOOL BLEND XXL | 1868122-1 | BLACK ONYX | XX LARGE | 1 | 22.700 | 119.99 | 4895213502900 |
|  |  | TOTAL |  | 7 | 158.900 | 839.93 |  |

**ITEM CODE:** 460018681270          **ITEM:** WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOOL BLEND S | 1868106-4 | BLACK ONYX | SMALL | 1 | 22.700 | 119.99 | 4895213502863 |
| SUB KSN DESC: WOOL BLEND M | 1868109-8 | BLACK ONYX | MEDIUM | 1 | 22.700 | 119.99 | 4895213502870 |
| SUB KSN DESC: WOOL BLEND L | 1868112-2 | BLACK ONYX | LARGE | 2 | 22.700 | 119.99 | 4895213502887 |
| SUB KSN DESC: WOOL BLEND XL | 1868117-1 | BLACK ONYX | X LARGE | 2 | 22.700 | 119.99 | 4895213502894 |
| SUB KSN DESC: WOOL BLEND XXL | 1868122-1 | BLACK ONYX | XX LARGE | 1 | 22.700 | 119.99 | 4895213502900 |
|  |  | TOTAL |  | 7 | 158.900 | 839.93 |  |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 8

| ORDER DATE : 02-JUN-2018 | ORDER NO : SQ1956 | KC3  KAREN CHUNG |

**ADDITIONAL CONDITIONS**

**FOR ITEM 460018681239**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460018681247**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460018681254**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460018681270**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 9

| ORDER DATE : 02-JUN-2018 | ORDER NO : SQ1956 | KC3  KAREN CHUNG |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

-----------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-----------------------------------------------

ANTIDUMPING CLAUSE:
-------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILING DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 10

| ORDER DATE : 02-JUN-2018 | ORDER NO : SQ1956 | KC3  KAREN CHUNG |
|---|---|---|

QUANTITY DISCREPANCIES:

OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.                          **PURCHASE ORDER**                                    Page : 1

| ORDER DATE : 31-MAY-2018 | ORDER NO : SQ1951 | BUYER : KC3  KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enlp@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $123,247.80 | | |
| PAYMENT TO BE MADE BY : | | |
| ( ) | MULTIPLE PAYMENT TYPES | |
| (X) | CHECK/WIRE TRANSFER | |
| | Amount USD:  123,247.80 | |
| ( ) | FREE GOODS | |
| | Amount USD:  0.00 | |
| ( ) | LETTER OF CREDIT | |
| | Amount USD:  0.00 | |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103466 |
|---|---|
| NAME | HAIYAN LIANGCHEN GARMENT CO LTD |
| ADDRESS | LIU ZHUANG VILLAGE, IND PARK WEST TANG QIAO HAIYAN ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-86119506 |
| EMAIL | betty-chen007@hi-fine.com |
| MID | CNHAILIAHAI |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 2

| ORDER DATE : 31-MAY-2018 | ORDER NO : SQ1951 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| **ITEM CODE:** 460099068538 | **SEASON/YEAR:** 5-WINTER 2018 | QUILTED SH BLACK ONYX |
| | **SUB-SEASON:** 50-WINTER | |
| **I 2OF 5/CARTON UPC:** 04895213501680 | **CAT/SUB-CAT:** 46/03 | |
| **STYLE:** MF8OL31467MM | **TRADEMARK:** NONE | **SEARS DIV**  **SEARS ITEM**  **SEARS SKU** |
| **BRAND NAME:** OUTDOOR LIFE | **COPYRIGHT REG. NO.:** N/A | 641  24757 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST**  **PER CARTON** | | $299.94 | 933 | 933 | $64,097.10 |
| $68.700  $68.700 | | | | | |

| | | | | |
|---|---|---|---|---|
| **PER CARTON** | **KGS:** 4.536 | **CBM:** 0.065355 | **AST PER INNER** | 1 |
| | **LBS:** 10.000 | **CU. FT.:** 2.308 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 3.45" X W 34.0" X H 34.0" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| **SPECIAL TRADE INDICATOR:** | **ANTI-DUMPING:** | | |
| | **COUNTERVAILING:** | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 279 | 279 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 228 | 228 | W |
| 802C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 90 | 90 | W |
| 802P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 74 | 74 | W |
| 803C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 144 | 144 | W |
| 803P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 118 | 118 | W |

**DETAIL DESCRIPTION-**
MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN 2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

OPC:                6

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 3

| | | |
|---|---|---|
| **ORDER DATE :** 31-MAY-2018 | **ORDER NO :** SQ1951 | KC3  KAREN CHUNG |

**DESCRIPTION**

| | |
|---|---|
| **ITEM CODE:** 460099068561 | **SEASON/YEAR:** 5-WINTER 2018 |
| | **SUB-SEASON:** 50-WINTER |
| **I 2OF 5/CARTON UPC:** 04895213501897 | **CAT/SUB-CAT:** 46/03 |
| **STYLE:** MF8OL31487MM | **TRADEMARK:** NONE |
| **BRAND NAME:** OUTDOOR LIFE | **COPYRIGHT REG. NO.:** N/A |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 |

QUILTED SH BLACK ONYX

| **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
|---|---|---|
| 841 | 24757 | |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL AST** | **TOTAL COST OF ITEM** |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $449.91 | 224 | 224 | $23,083.20 |
| $103.050 | $103.050 | | | | |

| | **KGS:** 5.443 | **CBM:** 0.097558 | **AST PER INNER** | 1 |
|---|---|---|---|---|
| **PER CARTON** | **LBS:** 12.000 | **CU. FT.:** 3.445 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 5.15" X W 34.0" X H 34.0" | | CASEPACK | | |

| | | |
|---|---|---|
| **QUOTA CAT#:** 635, RNONE | **CASE #** | **FACTORY** | **EXPORTER** |
| **SPECIAL TRADE INDICATOR:** | **ANTI-DUMPING:** | | |
| | **COUNTERVAILING:** | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,9PCS IN EXPORT CARTON

| **SHIPPING SCHEDULE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **REFERENCE (PO)#(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (AST)** | **PAY TYPE** |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 43 | 43 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 36 | 36 | W |
| 802C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 4 | 4 | W |
| 802P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 3 | 3 | W |
| 803C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 76 | 76 | W |
| 803P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 62 | 62 | W |

**DETAIL DESCRIPTION-**
MF8OL31487MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 8 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN 2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

OPC:                    9

SEARS ROEBUCK & CO.                              **PURCHASE ORDER**                                        Page : 4

| ORDER DATE : 31-MAY-2018 | ORDER NO : SQ1951 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 460099088660

**SEASON/YEAR:** 5-WINTER 2018        QUILTED SH OLIVE NIGHT
**SUB-SEASON:** 50-WINTER

I 2OF 5/CARTON UPC: 04895213501958     **CAT/SUB-CAT:** 46/03

**STYLE:** MF8OL31467MM              **TRADEMARK:** NONE          **SEARS DIV**        **SEARS ITEM**        **SEARS SKU**

**BRAND NAME:** OUTDOOR LIFE          **COPYRIGHT REG. NO.:** N/A        841                 24766

**INTL COMMODY CODE:** GDSM          **MLTP CARTON IND:** 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $349.93 | 107 | 107 | $8,576.05 |
| $80.150 | $80.150 | | | | |

| PER CARTON | KGS: | 4.536 | CBM: | 0.075885 | | AST PER INNER | 1 |
|---|---|---|---|---|---|---|---|
| | LBS: | 10.000 | CU. FT.: | 2.680 | | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:                      AST PER MASTER SHIPPING CTN   1
    L 4.0" X W 34.05" X H 34.0"          CASEPACK

QUOTA CAT#:  635, RNONE                                  **CASE #**              **FACTORY**          **EXPORTER**
SPECIAL TRADE                              ANTI-DUMPING:
INDICATOR:
                                                COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,7PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 34 | 34 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 27 | 27 | W |
| 802C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 14 | 14 | W |
| 802P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 11 | 11 | W |
| 803C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 12 | 12 | W |
| 803P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 9 | 9 | W |

DETAIL DESCRIPTION-
MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN 2.40 OZ/YD2 165X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR016
HANGER COST:$0.130/PC

OPC:            7

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 5

| ORDER DATE : 31-MAY-2018 | ORDER NO : SQ1951 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

QUILTED SH OLIVE NIGHT

**ITEM CODE:** 480099068894

**SEASON/YEAR:** 5-WINTER 2018
**SUB-SEASON:** 50-WINTER
**CAT/SUB-CAT:** 48/03

I 2OF 5/CARTON UPC: 04895213501965

**STYLE:** MF8OL31467MM    **TRADEMARK:** NONE

**BRAND NAME:** OUTDOOR LIFE    **COPYRIGHT REG. NO.:** N/A

**INTL COMMODY CODE:** GDSM    **MLTP CARTON IND:** 001

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 641 | 24766 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $299.94 | 287 | 287 | $19,718.90 |
| $68.700 | $68.700 | | | | |

**PER CARTON**

| KGS: | 4.536 | CBM: | 0.065355 | AST PER INNER | 1 |
|---|---|---|---|---|---|
| LBS: | 10.000 | CU. FT.: | 2.308 | INNERS PER OUTER CARTON | 1 |

**OUTER CARTON DIMENSIONS**    **PACKING INSTRUCTION:**    **AST PER MASTER SHIPPING CTN** 1

L 3.45" X W 34.0" X H 34.0"    CASEPACK

QUOTA CAT#: 635, RNONE

**SPECIAL TRADE INDICATOR:**

| CASE # | FACTORY | EXPORTER |
|---|---|---|

**ANTI-DUMPING:**

**COUNTERVAILING:**

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,8PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 138 | 138 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 112 | 112 | W |
| 802C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 7 | 7 | W |
| 802P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 5 | 5 | W |
| 803C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 14 | 14 | W |
| 803P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 11 | 11 | W |

DETAIL DESCRIPTION-
MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN 2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

OPC:            6

SEARS ROEBUCK & CO.                                **P U R C H A S E   O R D E R**                                Page : 6

| ORDER DATE : 31-MAY-2018 | ORDER NO : SQ1951 | KC3  KAREN CHUNG |
|---|---|---|

|  | DESCRIPTION |  |  |  |
|---|---|---|---|---|
| ITEM CODE: 460099068751 | SEASON/YEAR: 5-WINTER 2018 | QUILTED SH OLIVE NIGHT |  |  |
|  | SUB-SEASON: 50-WINTER |  |  |  |
| I 2OF 5/CARTON UPC: 04895213501972 | CAT/SUB-CAT: 46/03 |  |  |  |
| STYLE: MF8OL31467MM | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: OUTDOOR LIFE | COPYRIGHT REG. NO.: N/A | 641 | 24766 |  |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |  |  |  |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $349.93 | 97 | 97 | $7,774.55 |
| $80.150 | $80.150 | | | | |

| PER CARTON | KGS: 4.536 | CBM: 0.075885 | AST PER INNER | 1 |
|---|---|---|---|---|
|  | LBS: 10.000 | CU. FT.: 2.680 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 4.0" X W 34.05" X H 34.0" | | CASEPACK | | |

QUOTA CAT#: 635, RNONE                                          CASE #                FACTORY            EXPORTER

SPECIAL TRADE INDICATOR.                          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,7PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 25 | 25 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 21 | 21 | W |
| 802C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 19 | 19 | W |
| 802P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 15 | 15 | W |
| 803C | CCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 9 | 9 | W |
| 803P | PCD | DCN | Ocean | 29-AUG-2018 | 29-AUG-2018 | 28-OCT-2018 | A | 8 | 8 | W |

DETAIL DESCRIPTION-
MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN 2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

OPC:              7

SEARS ROEBUCK & CO.                                    **PURCHASE ORDER**                                                    Page : 7

| ORDER DATE : 31-MAY-2018 | ORDER NO : SQ1951 | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE:** 460099068538

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9906841-3 | | | | | | 24757-0 02 | | | | POLYESTER | 100% | |
| 9906842-1 | | | | | | 24757-0 03 | | | | POLYESTER | 100% | |
| 9906844-7 | | | | | | 24757-0 05 | | | | POLYESTER | 100% | |
| 9906847-0 | | | | | | 24757-0 06 | | | | POLYESTER | 100% | |
| 9906850-4 | | | | | | 24757-0 98 | | | | POLYESTER | 100% | |

**ITEM CODE:** 460099068561

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9906841-3 | | | | | | 24757-0 02 | | | | POLYESTER | 100% | |
| 9906842-1 | | | | | | 24757-0 03 | | | | POLYESTER | 100% | |
| 9906844-7 | | | | | | 24757-0 05 | | | | POLYESTER | 100% | |
| 9906847-0 | | | | | | 24757-0 06 | | | | POLYESTER | 100% | |
| 9906850-4 | | | | | | 24757-0 98 | | | | POLYESTER | 100% | |

**ITEM CODE:** 460099068660

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9906857-9 | | | | | | 24766-0 02 | | | | POLYESTER | 100% | |
| 9906860-3 | | | | | | 24766-0 03 | | | | POLYESTER | 100% | |
| 9906863-7 | | | | | | 24766-0 05 | | | | POLYESTER | 100% | |
| 9906864-5 | | | | | | 24766-0 06 | | | | POLYESTER | 100% | |
| 9906865-2 | | | | | | 24766-0 98 | | | | POLYESTER | 100% | |

**ITEM CODE:** 460099068694

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9906857-9 | | | | | | 24766-0 02 | | | | POLYESTER | 100% | |
| 9906860-3 | | | | | | 24766-0 03 | | | | POLYESTER | 100% | |
| 9906863-7 | | | | | | 24766-0 05 | | | | POLYESTER | 100% | |
| 9906864-5 | | | | | | 24766-0 06 | | | | POLYESTER | 100% | |
| 9906865-2 | | | | | | 24766-0 98 | | | | POLYESTER | 100% | |

**ITEM CODE:** 460099068751

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9906857-9 | | | | | | 24766-0 02 | | | | POLYESTER | 100% | |
| 9906860-3 | | | | | | 24766-0 03 | | | | POLYESTER | 100% | |
| 9906863-7 | | | | | | 24766-0 05 | | | | POLYESTER | 100% | |
| 9906864-5 | | | | | | 24766-0 06 | | | | POLYESTER | 100% | |
| 9906865-2 | | | | | | 24766-0 98 | | | | POLYESTER | 100% | |

SEARS ROEBUCK & CO.                                **PURCHASE ORDER**                                Page : 8

| ORDER DATE : 31-MAY-2018 | ORDER NO : SQ1951 | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE: 460099068538**                    ITEM: QUILTED SH BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: QUILTED SH S-BLACK ONYX | 9906841-3 | BLACK ONYX | SMALL | 1 | 11.450 | 49.99 | 4895213501835 |
| SUB KSN DESC: QUILTED SH M-BLACK ONYX | 9906842-1 | BLACK ONYX | MEDIUM | 1 | 11.450 | 49.99 | 4895213501842 |
| SUB KSN DESC: QUILTED SH L-BLACK ONYX | 9906844-7 | BLACK ONYX | LARGE | 2 | 11.450 | 49.99 | 4895213501859 |
| SUB KSN DESC: QUILTED SH XL-BLACK ONYX | 9906847-0 | BLACK ONYX | X LARGE | 1 | 11.450 | 49.99 | 4895213501866 |
| SUB KSN DESC: QUILTED SH XXL-BLACK ONYX | 9906850-4 | BLACK ONYX | XX LARGE | 1 | 11.450 | 49.99 | 4895213501873 |
| | | TOTAL | | 6 | 68.700 | 299.94 | |

**ITEM CODE: 460099068561**                    ITEM: QUILTED SH BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: QUILTED SH S-BLACK ONYX | 9906841-3 | BLACK ONYX | SMALL | 1 | 11.450 | 49.99 | 4895213501835 |
| SUB KSN DESC: QUILTED SH M-BLACK ONYX | 9906842-1 | BLACK ONYX | MEDIUM | 2 | 11.450 | 49.99 | 4895213501842 |
| SUB KSN DESC: QUILTED SH L-BLACK ONYX | 9906844-7 | BLACK ONYX | LARGE | 3 | 11.450 | 49.99 | 4895213501859 |
| SUB KSN DESC: QUILTED SH XL-BLACK ONYX | 9906847-0 | BLACK ONYX | X LARGE | 2 | 11.450 | 49.99 | 4895213501866 |
| SUB KSN DESC: QUILTED SH XXL-BLACK ONYX | 9906850-4 | BLACK ONYX | XX LARGE | 1 | 11.450 | 49.99 | 4895213501873 |
| | | TOTAL | | 9 | 103.050 | 449.91 | |

**ITEM CODE: 460099068660**                    ITEM: QUILTED SH OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: QUILTED SH S-OLIVE NIGHT | 9906857-9 | OLIVE NIGHT | SMALL | 1 | 11.450 | 49.99 | 4895213501903 |
| SUB KSN DESC: QUILTED SH M-OLIVE NIGHT | 9906860-3 | OLIVE NIGHT | MEDIUM | 2 | 11.450 | 49.99 | 4895213501910 |
| SUB KSN DESC: QUILTED SH L-OLIVE NIGHT | 9906863-7 | OLIVE NIGHT | LARGE | 2 | 11.450 | 49.99 | 4895213502054 |
| SUB KSN DESC: QUILTED SH XL-OLIVE NIGHT | 9906864-5 | OLIVE NIGHT | X LARGE | 1 | 11.450 | 49.99 | 4895213501934 |
| SUB KSN DESC: QUILTED SH XXL-OLIVE NIGH | 9906865-2 | OLIVE NIGHT | XX LARGE | 1 | 11.450 | 49.99 | 4895213501941 |
| | | TOTAL | | 7 | 80.150 | 349.93 | |

**ITEM CODE: 460099068694**                    ITEM: QUILTED SH OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: QUILTED SH S-OLIVE NIGHT | 9906857-9 | OLIVE NIGHT | SMALL | 1 | 11.450 | 49.99 | 4895213501903 |
| SUB KSN DESC: QUILTED SH M-OLIVE NIGHT | 9906860-3 | OLIVE NIGHT | MEDIUM | 1 | 11.450 | 49.99 | 4895213501910 |
| SUB KSN DESC: QUILTED SH L-OLIVE NIGHT | 9906863-7 | OLIVE NIGHT | LARGE | 2 | 11.450 | 49.99 | 4895213502054 |
| SUB KSN DESC: QUILTED SH XL-OLIVE NIGHT | 9906864-5 | OLIVE NIGHT | X LARGE | 1 | 11.450 | 49.99 | 4895213501934 |
| SUB KSN DESC: QUILTED SH XXL-OLIVE NIGH | 9906865-2 | OLIVE NIGHT | XX LARGE | 1 | 11.450 | 49.99 | 4895213501941 |
| | | TOTAL | | 6 | 68.700 | 299.94 | |

**ITEM CODE: 460099068751**                    ITEM: QUILTED SH OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: QUILTED SH S-OLIVE NIGHT | 9906857-9 | OLIVE NIGHT | SMALL | 1 | 11.450 | 49.99 | 4895213501903 |
| SUB KSN DESC: QUILTED SH M-OLIVE NIGHT | 9906860-3 | OLIVE NIGHT | MEDIUM | 1 | 11.450 | 49.99 | 4895213501910 |
| SUB KSN DESC: QUILTED SH L-OLIVE NIGHT | 9906863-7 | OLIVE NIGHT | LARGE | 2 | 11.450 | 49.99 | 4895213502054 |
| SUB KSN DESC: QUILTED SH XL-OLIVE NIGHT | 9906864-5 | OLIVE NIGHT | X LARGE | 2 | 11.450 | 49.99 | 4895213501934 |
| SUB KSN DESC: QUILTED SH XXL-OLIVE NIGH | 9906865-2 | OLIVE NIGHT | XX LARGE | 1 | 11.450 | 49.99 | 4895213501941 |
| | | TOTAL | | 7 | 80.150 | 349.93 | |

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 9

| ORDER DATE : 31-MAY-2018 | ORDER NO : SQ1951 | KC3  KAREN CHUNG |
|---|---|---|

**ADDITIONAL CONDITIONS**

**FOR ITEM 460099068538**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099068581**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099068660**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099068694**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099068751**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 10

| ORDER DATE : 31-MAY-2018 | ORDER NO : SQ1951 | KC3  KAREN CHUNG |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

--------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
--------------------------------------------------

ANTIDUMPING CLAUSE:
--------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
--------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                        Page : 11

| ORDER DATE : 31-MAY-2018 | ORDER NO : SQ1951 | KC3  KAREN CHUNG |
|---|---|---|

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                              Page : 1

| ORDER DATE :  29-MAY-2018 | ORDER NO : SX1606 | BUYER : TIC  TRINA INGLE CABREROS |
|---|---|---|
| DIV :  Division 4 | DEPT NO :  007 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0800 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $146,301.60 | | |
| PAYMENT TO BE MADE BY : | | |
| ( )  MULTIPLE PAYMENT TYPES | | |
| (X)  CHECK/WIRE TRANSFER | | |
| Amount USD:  146,301.60 | | |
| ( )  FREE GOODS | | |
| Amount USD:  0.00 | | |
| ( )  LETTER OF CREDIT | | |
| Amount USD:  0.00 | | |
| LC #: | | |
| TRANSFERABLE: | | |
| BANK: | | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| | |
|---|---|
| FACTORY NBR: | 103824 |
| NAME | PINGHU OX GARMENT CO LTD |
| ADDRESS | MAJIU VILLAGE,CAOQIAO STREET PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-85946988 |
| EMAIL | pinghuox@vip.163.com |
| MID | CNPINOXPIN |

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 2

| ORDER DATE : 29-MAY-2018 | ORDER NO : SX1606 | TIC   TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| **ITEM CODE:** 580039502927 | **SEASON/YEAR:** 5-WINTER 2018 |
| | **SUB-SEASON:** 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213503679 | **CAT/SUB-CAT:** 58/10 |
| **STYLE:** WF8LS24034MI | **TRADEMARK:** NONE |
| **BRAND NAME:** LAURA SCOTT | **COPYRIGHT REG. NO.:** N/A |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 |

LS TRAVEL TAWNY PORT

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 617 | 23173 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $419.94 | 477 | 477 | $53,805.60 |
| $112.800 | $112.800 | | | | |

| PER CARTON | KGS: 6.350 | CBM: 0.085835 | AST PCR INNER | 1 |
|---|---|---|---|---|
| | LBS: 14.000 | CU. FT.: 3.031 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 4.85" X W 30.0" X H 36.0" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 15099 AND WARNING CLAUSE PRINT, 6PCS (1/2/2/1) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 601C | CCD | DCN | Ocean | 22-AUG-2018 | 05-SEP-2018 | 04-NOV-2018 | A | 262 | 262 | W |
| 601P | PCD | DCN | Ocean | 22-AUG-2018 | 05-SEP-2018 | 04-NOV-2018 | A | 215 | 215 | W |

**DETAIL DESCRIPTION-**
STYLE WF8LS24034MI
DESCRIPTION
LADIES WOVEN TRAVEL PARKA
LONG SLEEVE , HOOD WITH BUNGEE + EYELET + STOPPER
#6L METAIL ZIPPET AT CENTER FRONT , 5PCS OF SNAP FOR CENTER FRONT CLOSURE,
#3L NYLON ZIPPER FOR DETECTABLE HOOD ,
2X POCKET WITH POCKET FLAT WITH SNAP AT FRONT WAIST ,
#3L NYLON ZIPPER FOR LHS POCKET
BACK WAIST WITH BUNGEE + EYELET + STOPPER
FULLY LINING, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST $0.13/PC

**OPC:**                 6

SEARS ROEBUCK & CO.  **PURCHASE ORDER**  Page : 3

| ORDER DATE : 29-MAY-2018 | ORDER NO : SX1606 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

LS TRAVEL BLACK ONYX

| | |
|---|---|
| **ITEM CODE:** 580039911979 | **SEASON/YEAR:** 5-WINTER 2018 |
| | **SUB-SEASON:** 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213503624 | **CAT/SUB-CAT:** 58/10 |
| **STYLE:** WF8LS24034MI | **TRADEMARK:** NONE |
| **BRAND NAME:** LAURA SCOTT | **COPYRIGHT REG. NO.:** N/A |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 |

| **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
|---|---|---|
| 617 | 23175 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $419.94 | 820 | 820 | $92,496.00 |
| $112.800 | $112.800 | | | | |

| **PER CARTON** | KGS: | 6.350 | CBM: | 0.085835 | **AST PER INNER** | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 14.000 | CU. FT.: | 3.031 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | | **PACKING INSTRUCTION:** | | **AST PER MASTER SHIPPING CTN** | 1 |
| L 4.85" X W 30.0" X H 36.0" | | | CASEPACK | | | |

QUOTA CAT#: 635, RNONE  CASE #  FACTORY  EXPORTER

SPECIAL TRADE INDICATOR:  ANTI-DUMPING:

COUNTERVAILING:

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 15099 AND WARNING CLAUSE PRINT, 6PCS (1/2/21) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **REFERENCE (PO)/(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (AST)** | **PAY TYPE** |
| 801C | CCD | DCN | Ocean | 22-AUG-2018 | 05-SEP-2018 | 04-NOV-2018 | A | 451 | 451 | W |
| 801P | PCD | DCN | Ocean | 22-AUG-2018 | 05-SEP-2018 | 04-NOV-2018 | A | 369 | 369 | W |

**DETAIL DESCRIPTION-**
STYLE WF8LS24034MI
DESCRIPTION
LADIES WOVEN TRAVEL PARKA
LONG SLEEVE , HOOD WITH BUNGEE + EYELET + STOPPER
#5L METAIL ZIPPET AT CENTER FRONT , 5PCS OF SNAP FOR CENTER FRONT CLOSURE,
#3L NYLON ZIPPER FOR DETECTABLE HOOD ,
2X POCKET WITH POCKET FLAT WITH SNAP AT FRONT WAIST ,
#3L NYLON ZIPPER FOR LHS POCKET
BACK WAIST WITH BUNGEE + EYELET + STOPPER
FULLY LINING, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST $0.13/PC

OPC:    6

SEARS ROEBUCK & CO.                                           **P U R C H A S E   O R D E R**                                                            Page : 4

| ORDER DATE : 29-MAY-2018 | ORDER NO : SX1606 | T/C  TRINA INGLE CABREROS |
|---|---|---|

**ITEM CODE:** 580039502927

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3950288-5 | | | | | | 23173-0 50 | | | | POLYESTER | 100% | |
| 3950289-3 | | | | | | 23173-0 51 | | | | POLYESTER | 100% | |
| 3950290-1 | | | | | | 23173-0 52 | | | | POLYESTER | 100% | |
| 3950291-9 | | | | | | 23173-0 53 | | | | POLYESTER | 100% | |

**ITEM CODE:** 580039911979

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3991192-0 | | | | | | 23175-0 50 | | | | POLYESTER | 100% | |
| 3991193-8 | | | | | | 23175-0 51 | | | | POLYESTER | 100% | |
| 3991194-6 | | | | | | 23175-0 52 | | | | POLYESTER | 100% | |
| 3991196-1 | | | | | | 23175-0 53 | | | | POLYESTER | 100% | |

**ITEM CODE:** 580039502927          **ITEM:** LS TRAVEL TAWNY PORT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: JM TRAVEL S-TAWNY PORT | 3950288-5 | TAWNY PORT | SMALL | 1 | 18.800 | 69.99 | 4895213503631 |
| SUB KSN DESC: JM TRAVEL M-TAWNY PORT | 3950289-3 | TAWNY PORT | MEDIUM | 2 | 18.800 | 69.99 | 4895213503648 |
| SUB KSN DESC: JM TRAVEL L-TAWNY PORT | 3950290-1 | TAWNY PORT | LARGE | 2 | 18.800 | 69.99 | 4895213503655 |
| SUB KSN DESC: JM TRAVEL XL-TAWNY PORT | 3950291-9 | TAWNY PORT | X LARGE | 1 | 18.800 | 69.99 | 4895213503662 |
| | | | TOTAL | 6 | 112.800 | 419.94 | |

**ITEM CODE:** 580039911979          **ITEM:** LS TRAVEL BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: JM TRAVEL S-BLACK ONYX | 3991192-0 | BLACK ONYX | SMALL | 1 | 18.800 | 69.99 | 4895213503587 |
| SUB KSN DESC: JM TRAVEL M-BLACK ONYX | 3991193-8 | BLACK ONYX | MEDIUM | 2 | 18.800 | 69.99 | 4895213503594 |
| SUB KSN DESC: JM TRAVEL L-BLACK ONYX | 3991194-6 | BLACK ONYX | LARGE | 2 | 18.800 | 69.99 | 4895213503600 |
| SUB KSN DESC: JM TRAVEL XL-BLACK ONYX | 3991196-1 | BLACK ONYX | X LARGE | 1 | 18.800 | 69.99 | 4895213503617 |
| | | | TOTAL | 6 | 112.800 | 419.94 | |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 5

| ORDER DATE : 29-MAY-2018 | ORDER NO : SX1606 | T/C TRINA INGLE CABREROS |

**ADDITIONAL CONDITIONS**

**FOR ITEM 580039502927**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 580039911979**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 29-MAY-2018 | ORDER NO : SX1606 | TIC TRINA INGLE CABREROS |
|---|---|---|

ANTIDUMPING CLAUSE:

--------------------------------------------------------------------------------

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

--------------------------------------------------

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

--------------------------------------------------

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

--------------------------------------------------

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS, ROEBUCK & CO.

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1607 | BUYER : TIC  TRINA INGLE CABREROS |
|---|---|---|
| DIV : Division 4 | DEPT NO : 007 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $157,032.00 | |

**PAYMENT TO BE MADE BY :**
( )   MULTIPLE PAYMENT TYPES
( X )   CHECK/WIRE TRANSFER
      Amount USD:  157,032.00
( )   FREE GOODS
      Amount USD:  0.00
( )   LETTER OF CREDIT
      Amount USD:  0.00
      LC #:
      TRANSFERABLE:
      BANK:

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103624 |
|---|---|
| NAME | PINGHU OX GARMENT CO LTD |
| ADDRESS | MAJIU VILLAGE,CAOQIAO STREET PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-85946988 |
| EMAIL | pinghuox@vip.163.com |
| MID | CNPINOXPIN |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 2

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1607 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| **ITEM CODE:** 580034877100 | **SEASON/YEAR:** 5-WINTER 2018 | LS CHANTAL BLACK ONYX |
| | **SUB-SEASON:** 50-WINTER | |
| I 2OF 5/CARTON UPC: 04895213503846 | **CAT/SUB-CAT:** 58/10 | |
| **STYLE:** WF8LS24035MI | **TRADEMARK:** NONE | **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
| **BRAND NAME:** LAURA SCOTT | **COPYRIGHT REG. NO.:** N/A | 617 | 23171 |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $419.94 | 265 | 265 | $28,620.00 |
| $108.000 | $108.000 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | **KGS:** 6.350 | **CBM:** 0.085835 | | **AST PER INNER** | 1 |
| **PER CARTON** | **LBS:** 14.000 | **CU. FT.:** 3.031 | | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | | **AST PER MASTER SHIPPING CTN** | 1 |
| L 4.85" X W 30.0" X H 36.0" | | CASEPACK | | | |

| | | | | |
|---|---|---|---|---|
| **QUOTA CAT#:** 635, RNONE | | **CASE #** | **FACTORY** | **EXPORTER** |
| **SPECIAL TRADE INDICATOR:** | **ANTI-DUMPING:** | | | |
| | **COUNTERVAILING:** | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 15099 AND WARNING CLAUSE PRINT, 6PCS (1/2/21) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 602C | CCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 146 | 146 | W |
| 602P | PCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 119 | 119 | W |

**DETAIL DESCRIPTION-**

STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

**OPC:**              6

SEARS ROEBUCK & CO.                                    **PURCHASE ORDER**                                    Page : 3

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1607 | TIC  TRINA INGLE CABREROS |
|---|---|---|

|  | DESCRIPTION |
|---|---|
| **ITEM CODE:** 580034877126 | LS CHANTAL BLACK ONYX |

| | |
|---|---|
| **ITEM CODE:** 580034877126 | **SEASON/YEAR:** 5-WINTER 2018 |
| | **SUB-SEASON:** 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213503853 | **CAT/SUB-CAT:** 58/10 |
| **STYLE:** WF8LS24035MI | **TRADEMARK:** NONE |
| **BRAND NAME:** LAURA SCOTT | **COPYRIGHT REG. NO.:** N/A |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 |

|  | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
|  | 617 | 23171 |  |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL AST** | **TOTAL COST OF ITEM** |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $419.94 | 540 | 540 | $58,320.00 |
| $108.000 | $108.000 | | | | |

| **PER CARTON** | **KGS:** 8.350 | **CBM:** 0.085835 | **AST PER INNER** | 1 |
|---|---|---|---|---|
| | **LBS:** 14.000 | **CU. FT.:** 3.031 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 4.85" X W 30.0" X H 36.0" | | CASEPACK | | |

| **QUOTA CAT#:** 635, RNONE | | **CASE #** | **FACTORY** | **EXPORTER** |
|---|---|---|---|---|
| **SPECIAL TRADE INDICATOR:** | | **ANTI-DUMPING:** | | |
| | | **COUNTERVAILING:** | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 15099 AND WARNING CLAUSE PRINT, 6PCS (2/2/1/1) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 297 | 297 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 243 | 243 | W |

DETAIL DESCRIPTION-
STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

OPC:                    6

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1607 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 580039492178 | SEASON/YEAR: 5-WINTER 2018 | LS CHANTAL TAWNY PORT |
| | SUB-SEASON: 50-WINTER | |
| I 2OF 5/CARTON UPC: 04895213503907 | CAT/SUB-CAT: 58/10 | |
| STYLE: WF8LS24035MI | TRADEMARK: NONE | SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 617    23172 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $419.94 | 437 | 437 | $47,196.00 |
| $108.000 | $108.000 | | | | |

| PER CARTON | KGS: 6.350 | CBM: 0.085835 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 14.000 | CU. FT.: 3.031 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 4.85" X W 30.0" X H 36.0" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 15099 AND WARNING CLAUSE PRINT, 6PCS (2/2/1/1) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 240 | 240 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 197 | 197 | W |

DETAIL DESCRIPTION-
STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

OPC:                6

SEARS ROEBUCK & CO.                              **PURCHASE ORDER**                                                    Page : 5

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1807 | TIC TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 580039492186

SEASON/YEAR: 5-WINTER 2018    LS CHANTAL TAWNY PORT

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213503914    CAT/SUB-CAT: 58/10

STYLE: WF8LS24035MI    TRADEMARK: NONE    **SEARS DIV**    **SEARS ITEM**    **SEARS SKU**

BRAND NAME: LAURA SCOTT    COPYRIGHT REG. NO.: N/A    617    23172

INTL COMMODY CODE: GDSM    MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $419.94 | 212 | 212 | $22,896.00 |
| $108.000 | $108.000 | | | | |

| | KGS: | 6.350 | CBM: | 0.085835 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 14.000 | CU. FT.: | 3.031 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 4.65" X W 30.0" X H 36.0" | | | CASEPACK | | | |

QUOTA CAT#: 635, RNONE                                          **CASE #**        **FACTORY**        **EXPORTER**

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 15099 AND WARNING CLAUSE PRINT, 6PCS (1/2/2/1) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 116 | 116 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 96 | 96 | W |

DETAIL DESCRIPTION-

STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

OPC:                8

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1607 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**ITEM CODE:** 580034877100

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3487705-0 | | | | | | 23171-0 50 | | | | POLYESTER | 100% | |
| 3487707-8 | | | | | | 23171-0 51 | | | | POLYESTER | 100% | |
| 3487708-4 | | | | | | 23171-0 52 | | | | POLYESTER | 100% | |
| 3487709-2 | | | | | | 23171-0 53 | | | | POLYESTER | 100% | |

**ITEM CODE:** 580034877126

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3487705-0 | | | | | | 23171-0 50 | | | | POLYESTER | 100% | |
| 3487707-8 | | | | | | 23171-0 51 | | | | POLYESTER | 100% | |
| 3487708-4 | | | | | | 23171-0 52 | | | | POLYESTER | 100% | |
| 3487709-2 | | | | | | 23171-0 53 | | | | POLYESTER | 100% | |

**ITEM CODE:** 580039492176

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3949210-3 | | | | | | 23172-0 50 | | | | POLYESTER | 100% | |
| 3949213-7 | | | | | | 23172-0 51 | | | | POLYESTER | 100% | |
| 3949214-5 | | | | | | 23172-0 52 | | | | POLYESTER | 100% | |
| 3949216-0 | | | | | | 23172-0 53 | | | | POLYESTER | 100% | |

**ITEM CODE:** 580039492186

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3949210-3 | | | | | | 23172-0 50 | | | | POLYESTER | 100% | |
| 3949213-7 | | | | | | 23172-0 51 | | | | POLYESTER | 100% | |
| 3949214-5 | | | | | | 23172-0 52 | | | | POLYESTER | 100% | |
| 3949216-0 | | | | | | 23172-0 53 | | | | POLYESTER | 100% | |

**ITEM CODE:** 580034877100          **ITEM:** LS CHANTAL BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LS CHANTAL S-BLACK ONYX | 3487705-0 | BLACK ONYX | SMALL | 1 | 18.000 | 69.99 | 4895213503808 |
| SUB KSN DESC: LS CHANTAL M-BLACK ONYX | 3487707-6 | BLACK ONYX | MEDIUM | 2 | 18.000 | 69.99 | 4895213503815 |
| SUB KSN DESC: LS CHANTAL L-BLACK ONYX | 3487708-4 | BLACK ONYX | LARGE | 2 | 18.000 | 69.99 | 4895213503822 |
| SUB KSN DESC: LS CHANTAL XL-BLACK ONYX | 3487709-2 | BLACK ONYX | X LARGE | 1 | 18.000 | 69.99 | 4895213503839 |
| | | TOTAL | | 6 | 108.000 | 419.94 | |

SEARS ROEBUCK & CO.                        **P U R C H A S E   O R D E R**                        Page : 7

| ORDER DATE :  05-JUN-2018 | ORDER NO :  SX1607 | | | TIC  TRINA INGLE CABREROS |

**ITEM CODE: 580034877126**          ITEM: LS CHANTAL BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LS CHANTAL S-BLACK ONYX | 3487705-0 | BLACK ONYX | SMALL | 2 | 18.000 | 69.99 | 4895213503808 |
| SUB KSN DESC: LS CHANTAL M-BLACK ONYX | 3487707-6 | BLACK ONYX | MEDIUM | 2 | 18.000 | 69.99 | 4895213503815 |
| SUB KSN DESC: LS CHANTAL L-BLACK ONYX | 3487708-4 | BLACK ONYX | LARGE | 1 | 18.000 | 69.99 | 4895213503822 |
| SUB KSN DESC: LS CHANTAL XL-BLACK ONYX | 3487709-2 | BLACK ONYX | X LARGE | 1 | 18.000 | 69.99 | 4895213503839 |
| | | TOTAL | | 6 | 108.000 | 419.94 | |

**ITEM CODE: 580039492178**          ITEM: LS CHANTAL TAWNY PORT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LS CHANTAL S-TAWNY PORT | 3949210-3 | TAWNY PORT | SMALL | 2 | 18.000 | 69.99 | 4895213503860 |
| SUB KSN DESC: LS CHANTAL M-TAWNY PORT | 3949213-7 | TAWNY PORT | MEDIUM | 2 | 18.000 | 69.99 | 4895213503877 |
| SUB KSN DESC: LS CHANTAL L-TAWNY PORT | 3949214-5 | TAWNY PORT | LARGE | 1 | 18.000 | 69.99 | 4895213503884 |
| SUB KSN DESC: LS CHANTAL XL-TAWNY PORT | 3949216-0 | TAWNY PORT | X LARGE | 1 | 18.000 | 69.99 | 4895213503891 |
| | | TOTAL | | 6 | 108.000 | 419.94 | |

**ITEM CODE: 580039492186**          ITEM: LS CHANTAL TAWNY PORT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LS CHANTAL S-TAWNY PORT | 3949210-3 | TAWNY PORT | SMALL | 1 | 18.000 | 69.99 | 4895213503860 |
| SUB KSN DESC: LS CHANTAL M-TAWNY PORT | 3949213-7 | TAWNY PORT | MEDIUM | 2 | 18.000 | 69.99 | 4895213503877 |
| SUB KSN DESC: LS CHANTAL L-TAWNY PORT | 3949214-5 | TAWNY PORT | LARGE | 2 | 18.000 | 69.99 | 4895213503884 |
| SUB KSN DESC: LS CHANTAL XL-TAWNY PORT | 3949216-0 | TAWNY PORT | X LARGE | 1 | 18.000 | 69.99 | 4895213503891 |
| | | TOTAL | | 6 | 108.000 | 419.94 | |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 8

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1607 | T/C  TRINA INGLE CABREROS |

**ADDITIONAL CONDITIONS**

**FOR ITEM 580034877100**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 580034877126**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 580039492178**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 580039492186**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                         **PURCHASE ORDER**                                    Page : 9

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1607 | | TIC   TRINA INGLE CABREROS |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-----------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-----------------------------------------

ANTIDUMPING CLAUSE:
-----------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1807 | TIC  TRINA INGLE CABREROS |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
----------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
----------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**SEARS** ROEBUCK & CO.                    P U R C H A S E   O R D E R                                    Page : 1

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1608 | BUYER : TIC  TRINA INGLE CABREROS |
|---|---|---|
| DIV : Division 4 | DEPT NO : 007 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $297,465.00 | | |
| PAYMENT TO BE MADE BY : | | |
| ( ) | MULTIPLE PAYMENT TYPES | |
| ( X ) | CHECK/WIRE TRANSFER | |
| | Amount USD : | 297,465.00 |
| ( ) | FREE GOODS | |
| | Amount USD : | 0.00 |
| ( ) | LETTER OF CREDIT | |
| | Amount USD : | 0.00 |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103624 |
|---|---|
| NAME | PINGHU OX GARMENT CO LTD |
| ADDRESS | MAJIU VILLAGE,CAOQIAO STREET PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-85946988 |
| EMAIL | pinghuox@vip.163.com |
| MID | CNPINOXPIN |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 2

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1608 | TIC  TRINA INGLE CABREROS |

**DESCRIPTION**

| | |
|---|---|
| **ITEM CODE:** 580039791926 | **SEASON/YEAR:** 5-WINTER 2018 |
| | **SUB-SEASON:** 50-WINTER |
| **I 2OF 5/CARTON UPC:** 04895213503723 | **CAT/SUB-CAT:** 58/10 |
| **STYLE:** WF8LS24036MI | **TRADEMARK:** NONE |
| **BRAND NAME:** LAURA SCOTT | **COPYRIGHT REG. NO.:** N/A |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 |

LS SERENA BLACK ONYX

| **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
|---|---|---|
| 617 | 23174 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $359.94 | 675 | 675 | $91,875.00 |
| $105.000 | $105.000 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | **KGS:** 6.360 | **CBM:** 0.085835 | | **AST PER INNER** | 1 |
| **PER CARTON** | **LBS:** 14.000 | **CU. FT.:** 3.031 | | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | | **AST PER MASTER SHIPPING CTN** | 1 |
| L 4.85" X W 30.0" X H 36.0" | | CASEPACK | | | |

| **QUOTA CAT#:** 635, RNONE | | **CASE #** | **FACTORY** | **EXPORTER** |
|---|---|---|---|---|
| **SPECIAL TRADE INDICATOR:** | **ANTI-DUMPING:** | | | |
| | **COUNTERVAILING:** | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 15099 AND WARNING CLAUSE PRINT, 6PCS (2/2/1/1) IN EXPORT CARTON

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
| **REFERENCE (PO)/(SEQ)** | **DISCHARGE POINT** | **FINAL DEST. (DC)** | **TRANS MODE** | **ORIGINAL SHIP DATE** | **REVISED SHIP DATE** | **IN-STORE DATE** | **FLOW INDICATOR** | **CARTONS** | **QUANTITY (AST)** | **PAY TYPE** |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 481 | 481 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 394 | 394 | W |

**DETAIL DESCRIPTION-**

STYLE WF8LS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABRIC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

**OPC:**                    6

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 3

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1608 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 580039792825

SEASON/YEAR: 5-WINTER 2018

LS SERENA BLACK ONYX

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213503730

CAT/SUB-CAT: 58/10

STYLE: WF8LS24036MI

TRADEMARK: NONE

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | | |
| | | 617 | 23174 |

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $359.94 | 429 | 429 | $45,045.00 |
| $105.000 | $105.000 | | | | |

| PER CARTON | KGS: | 6.350 | CBM: | 0.085835 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 14.000 | CU. FT.: | 3.031 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN   1

L 4.85" X W 30.0" X H 36.0"

CASEPACK

| QUOTA CAT#: 635, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 15099 AND WARNING CLAUSE PRINT, 6PCS (1/2/21) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 236 | 236 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 193 | 193 | W |

**DETAIL DESCRIPTION-**
STYLE WF8LS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

OPC:                    6

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                Page : 4

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1608 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

**ITEM CODE:** 580039912100

**SEASON/YEAR:** 5-WINTER 2018          LS SERENA BLACK

**SUB-SEASON:** 50-WINTER

I 2OF 5/CARTON UPC: 04895213503785      **CAT/SUB-CAT:** 58/10

**STYLE:** WF8LS24038MI              **TRADEMARK:** NONE          **SEARS DIV**        **SEARS ITEM**        **SEARS SKU**

**BRAND NAME:** LAURA SCOTT          **COPYRIGHT REG. NO.:** N/A          817          23176

**INTL COMMODY CODE:** GDSM          **MLTP CARTON IND:** 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $359.94 | 990 | 990 | $103,950.00 |
| $105.000 | $105.000 | | | | |

**PER CARTON**

| KGS: | 6.350 | CBM: | 0.085835 | **AST PER INNER** | 1 |
| LBS: | 14.000 | CU. FT.: | 3.031 | **INNERS PER OUTER CARTON** | 1 |

**OUTER CARTON DIMENSIONS**          **PACKING INSTRUCTION:**          **AST PER MASTER SHIPPING CTN**   1

L 4.85" X W 30.0" X H 36.0"          CASEPACK

**QUOTA CAT#:** 635, RNONE                              **CASE #**          **FACTORY**          **EXPORTER**

**SPECIAL TRADE INDICATOR:**                    **ANTI-DUMPING:**

                              **COUNTERVAILING:**

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 15099 AND WARNING CLAUSE PRINT, 6PCS (2/2/1/1) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 602C | CCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 499 | 499 | W |
| 602P | PCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 491 | 491 | W |

DETAIL DESCRIPTION-
STYLE WF8LS24038MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

OPC:          6

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 5

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1808 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 580039912126 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB-SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213503792 | CAT/SUB-CAT: 58/10 |
| STYLE: WF8LS24036MI | TRADEMARK: NONE |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A |
| INTL COMMODITY CODE: GDSM | MLTP CARTON IND: 001 |

LS SERENA BLACK

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 617 | 23176 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $359.94 | 539 | 539 | $56,595.00 |
| $105.000 | $105.000 | | | | |

| PER CARTON | KGS: 6.350 | CBM: 0.085835 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 14.000 | CU. FT.: 3.031 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 4.85" X W 30.0" X H 36.0" | | CASEPACK | | |

| QUOTA CAT#: 635, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, 1PCS IN ONE POLY BAG WHICH TO BE PRINT WITH CO/RN 15099 AND WARNING CLAUSE PRINT, 6PCS (1/2/2/1) IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 296 | 296 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 243 | 243 | W |

**DETAIL DESCRIPTION-**
STYLE WF8LS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

OPC:          6

SEARS ROEBUCK & CO.                                **PURCHASE ORDER**                                                    Page : 6

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1608 | TIC  TRINA INGLE CABREROS |
|---|---|---|

**ITEM CODE:** 580039791926

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3978862-5 | | | | | | 23174-0 50 | | | | POLYESTER | 100% | |
| 3978863-3 | | | | | | 23174-0 51 | | | | POLYESTER | 100% | |
| 3978864-1 | | | | | | 23174-0 52 | | | | POLYESTER | 100% | |
| 3978865-8 | | | | | | 23174-0 53 | | | | POLYESTER | 100% | |

**ITEM CODE:** 580039792825

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3978862-5 | | | | | | 23174-0 50 | | | | POLYESTER | 100% | |
| 3978863-3 | | | | | | 23174-0 51 | | | | POLYESTER | 100% | |
| 3978864-1 | | | | | | 23174-0 52 | | | | POLYESTER | 100% | |
| 3978865-8 | | | | | | 23174-0 53 | | | | POLYESTER | 100% | |

**ITEM CODE:** 580039912100

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3991198-7 | | | | | | 23176-0 50 | | | | POLYESTER | 100% | |
| 3991199-5 | | | | | | 23176-0 51 | | | | POLYESTER | 100% | |
| 3991200-1 | | | | | | 23176-0 52 | | | | POLYESTER | 100% | |
| 3991209-2 | | | | | | 23176-0 53 | | | | POLYESTER | 100% | |

**ITEM CODE:** 580039912126

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3991198-7 | | | | | | 23176-0 50 | | | | POLYESTER | 100% | |
| 3991199-5 | | | | | | 23176-0 51 | | | | POLYESTER | 100% | |
| 3991200-1 | | | | | | 23176-0 52 | | | | POLYESTER | 100% | |
| 3991209-2 | | | | | | 23176-0 53 | | | | POLYESTER | 100% | |

**ITEM CODE:** 580039791926                    **ITEM:** LS SERENA BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LS SERENA S-LEOPARD | 3978862-5 | BLACK ONYX | SMALL | 2 | 17.500 | 59.99 | 4895213503686 |
| SUB KSN DESC: LS SERENA M-LEOPARD | 3978863-3 | BLACK ONYX | MEDIUM | 2 | 17.500 | 59.99 | 4895213503693 |
| SUB KSN DESC: LS SERENA L-LEOPARD | 3978864-1 | BLACK ONYX | LARGE | 1 | 17.500 | 59.99 | 4895213503709 |
| SUB KSN DESC: LS SERENA XL-LEAPARD | 3978865-8 | BLACK ONYX | X LARGE | 1 | 17.500 | 59.99 | 4895213503716 |
| | | | TOTAL | 6 | 105.000 | 359.94 | |

SEARS ROEBUCK & CO.                              **PURCHASE ORDER**                                        Page : 7

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1608 | | TIC  TRINA INGLE CABREROS |

**ITEM CODE: 580039792825**           **ITEM:** LS SERENA BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LS SERENA S-LEOPARD | 3978862-5 | BLACK ONYX | SMALL | 1 | 17.500 | 59.99 | 4895213503686 |
| SUB KSN DESC: LS SERENA M-LEOPARD | 3978863-3 | BLACK ONYX | MEDIUM | 2 | 17.500 | 59.99 | 4895213503693 |
| SUB KSN DESC: LS SERENA L-LEOPARD | 3978864-1 | BLACK ONYX | LARGE | 2 | 17.500 | 59.99 | 4895213503709 |
| SUB KSN DESC: LS SERENA XL-LEAPARD | 3978865-8 | BLACK ONYX | X LARGE | 1 | 17.500 | 59.99 | 4895213503716 |
| | | TOTAL | | 6 | 105.000 | 359.94 | |

**ITEM CODE: 580039912100**           **ITEM:** LS SERENA BLACK

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LS SERENA S-BLACKBLACK | 3991198-7 | BLACK | SMALL | 2 | 17.500 | 59.99 | 4895213503747 |
| SUB KSN DESC: LS SERENA M-BLACKBLACK | 3991199-5 | BLACK | MEDIUM | 2 | 17.500 | 59.99 | 4895213503754 |
| SUB KSN DESC: LS SERENA L-BLACKBLACK | 3991200-1 | BLACK | LARGE | 1 | 17.500 | 59.99 | 4895213503761 |
| SUB KSN DESC: LS SERENA XL-BLACKBLACK | 3991209-2 | BLACK | X LARGE | 1 | 17.500 | 59.99 | 4895213503778 |
| | | TOTAL | | 6 | 105.000 | 359.94 | |

**ITEM CODE: 580039912126**           **ITEM:** LS SERENA BLACK

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: LS SERENA S-BLACKBLACK | 3991198-7 | BLACK | SMALL | 1 | 17.500 | 59.99 | 4895213503747 |
| SUB KSN DESC: LS SERENA M-BLACKBLACK | 3991199-5 | BLACK | MEDIUM | 2 | 17.500 | 59.99 | 4895213503754 |
| SUB KSN DESC: LS SERENA L-BLACKBLACK | 3991200-1 | BLACK | LARGE | 2 | 17.500 | 59.99 | 4895213503761 |
| SUB KSN DESC: LS SERENA XL-BLACKBLACK | 3991209-2 | BLACK | X LARGE | 1 | 17.500 | 59.99 | 4895213503778 |
| | | TOTAL | | 6 | 105.000 | 359.94 | |

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 8

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1608 | TIC  TRINA INGLE CABREROS |

**ADDITIONAL CONDITIONS**

**FOR ITEM 580039791926**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 580039792825**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 580039912100**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 580039912126**
WATER RESISTANCY TEST

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                    Page : 9

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1608 | TIC TRINA INGLE CABREROS |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

ANTIDUMPING CLAUSE:
-------------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------------------------------
-------------------------------------------------------------------------
-------------------------------------------------------------------------
-------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 10

| ORDER DATE : 05-JUN-2018 | ORDER NO : SX1608 | TIC  TRINA INGLE CABREROS |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
----------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
----------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.                          **PURCHASE ORDER**                                    Page : 1

| ORDER DATE : 01-JUN-2018 | | BUYER : KC3  KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | |

ORDER NO : SR1954

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enlp@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0800 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $45,891.78 | |

PAYMENT TO BE MADE BY :
( )   MULTIPLE PAYMENT TYPES
(X)   CHECK/WIRE TRANSFER
          Amount USD:  45,891.78
( )   FREE GOODS
          Amount USD:  0.00
( )   LETTER OF CREDIT
          Amount USD:  0.00
                    LC #:
          TRANSFERABLE:
                   BANK:

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103824 |
|---|---|
| NAME | PINGHU OX GARMENT CO LTD |
| ADDRESS | MAJIU VILLAGE,CAOQIAO STREET PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-85946988 |
| EMAIL | pinghuox@vip.163.com |
| MID | CNPINOXPIN |

SEARS ROEBUCK & CO.                          **P U R C H A S E  O R D E R**                                    Page : 2

| ORDER DATE : 01-JUN-2018 | ORDER NO : SR1954 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE:  460099069072   SEASON/YEAR:  5-WINTER 2018   HOODED COT ERMINE

I 2OF 5/CARTON UPC:  04895213503402   SUB-SEASON:  50-WINTER

CAT/SUB-CAT:  46/02

STYLE:  MF8OL31402BM   TRADEMARK:  NONE   **SEARS DIV**   **SEARS ITEM**   **SEARS SKU**

BRAND NAME:  OUTDOOR LIFE   COPYRIGHT REG. NO.:  N/A   641   24908

INTL COMMODY CODE:  GDSM   MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $599.94 | 341 | 341 | $45,891.78 |
| $134.580 | $134.580 | | | | |

| | KGS. | 0.350 | ODM: | 0.150000 | AST PER INNER | 1 |
| PER CARTON | LBS. | 14.000 | CU. FT.: | 5.297 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS   PACKING INSTRUCTION:   AST PER MASTER SHIPPING CTN   1

L 6.5" X W 43.0" X H 32.75"   CASEPACK

QUOTA CAT#:  335, RNONE   **CASE #**   **FACTORY**   **EXPORTER**

SPECIAL TRADE INDICATOR:   ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT 6PCS IN EXPORT CARTON

| | | | | **S H I P P I N G  S C H E D U L E** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 41 | 41 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 34 | 34 | W |
| 804C | CCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 92 | 92 | W |
| 804P | PCD | DCN | Ocean | 15-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 75 | 75 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 19-SEP-2018 | 15-NOV-2018 | A | 38 | 38 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 19-SEP-2018 | 15-NOV-2018 | A | 31 | 31 | W |
| 803C | CCD | DCN | Ocean | 26-SEP-2018 | 26-SEP-2018 | 25-NOV-2018 | A | 17 | 17 | W |
| 803P | PCD | DCN | Ocean | 26-SEP-2018 | 26-SEP-2018 | 25-NOV-2018 | A | 13 | 13 | W |

DETAIL DESCRIPTION-

MF8OL31402BM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
SWEEP IS SELF BEND BACK HEM WITH SINGLE NEEDLE TOPSTITCH AT TOP AND BOTTOM EDGE.
CLEAN FINISHED AT INSIDE W/ LINING,
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
WASHING EFFECT - 30 MINUTE ENZYME GARMENT WASH
FABRICATION:

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 3

| ORDER DATE : 01-JUN-2018 | ORDER NO : SR1954 | KC3  KAREN CHUNG |

**DETAIL DESCRIPTION-**

ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X80 /16+16X10+10, PEACH CANVAS, WOVEN,
UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/84X54,
YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:3320B, HANGER COST$0.115/PC( 4PCS PER ASSORTMENT)
HANGER CODE:KMSR018 ,HANGER COST$0.13/PC( 2PCS PER ASSORTMENT)

OPC:                    8

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 01-JUN-2018 | ORDER NO : SR1954 | KC3  KAREN CHUNG |
| --- | --- | --- |

ITEM CODE:   460099069072

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9906902-3 | | | | | | 24908-0 12 | | | | COTTON | 100% | |
| 9906903-1 | | | | | | 24908-0 13 | | | | COTTON | 100% | |
| 9906905-6 | | | | | | 24908-0 09 | | | | COTTON | 100% | |
| 9906906-4 | | | | | | 24908-0 08 | | | | COTTON | 100% | |

| ITEM CODE: 460099069072 | | ITEM: HOODED COT ERMINE | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **SUB-ITEM DESCRIPTION** | **SKU** | **COLOR** | **SIZE** | **QTY** | **FOB** | **SELL PRICE** | **UPC#** |
| SUB KSN DESC: HOODED COT XLT-ERMINE | 9906902-3 | ERMINE | XLT | 2 | 22.430 | 99.99 | 4895213503365 |
| SUB KSN DESC: HOODED COT XXLT-ERMINE | 9906903-1 | ERMINE | XXLT | 2 | 22.430 | 99.99 | 4895213503372 |
| SUB KSN DESC: HOODED COT 3XLT-ERMINE | 9906905-6 | ERMINE | 3XLT | 1 | 22.430 | 99.99 | 4895213503389 |
| SUB KSN DESC: HOODED COT 3XL-ERMINE | 9906906-4 | ERMINE | 3XL | 1 | 22.430 | 99.99 | 4895213503396 |
| | | | TOTAL | 6 | 134.580 | 599.94 | |

ADDITIONAL CONDITIONS

FOR ITEM 460099069072
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                              Page : 5

| ORDER DATE : 01-JUN-2018 | ORDER NO : SR1954 | | KC3  KAREN CHUNG |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR--
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

ANTIDUMPING CLAUSE:
-----------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------------------------------
-------------------------------------------------------------------------
-------------------------------------------------------------------------
-------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 8

| ORDER DATE : 01-JUN-2018 | ORDER NO : SR1954 | KC3  KAREN CHUNG |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                         Page : 1

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1926 | BUYER : KC3 KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0800 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $201,354.00 | |

PAYMENT TO BE MADE BY :
( )   MULTIPLE PAYMENT TYPES
(X)   CHECK/WIRE TRANSFER
          Amount USD: 201,354.00
( )   FREE GOODS
          Amount USD: 0.00
( )   LETTER OF CREDIT
          Amount USD: 0.00
          LC #:
          TRANSFERABLE:
          BANK:

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103824 |
|---|---|
| NAME | PINGHU OX GARMENT CO LTD |
| ADDRESS | MAJIU VILLAGE,CAOQIAO STREET PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-85946988 |
| EMAIL | pinghuox@vip.163.com |
| MID | CNPINOXPIN |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 2

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1926 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| **ITEM CODE:** 460099066847 | **SEASON/YEAR:** 5-WINTER 2018 |
| | **SUB-SEASON:** 50-WINTER |
| I 2OF 5/CARTON UPC:  04895213502559 | **CAT/SUB-CAT:** 46/03 |
| **STYLE:** MF8OL31409MM | **TRADEMARK:** NONE |
| **BRAND NAME:** OUTDOOR LIFE | **COPYRIGHT REG. NO.:** N/A |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 |

BARN JACKE SEPIA

| **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
|---|---|---|
| 641 | 24888 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $479.94 | 1,137 | 1,137 | $126,207.00 |
| $111.000 | $111.000 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **PER CARTON** | **KGS.** 6.350 | **CBM.** 0.130075 | **AST PER INNER** | 1 |
| | **LBS.** 14.000 | **CU. FT.:** 4.604 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 6.5" X W 34.0" X H 36.0" | | CASEPACK | | |

| QUOTA CAT#: 335, RNONE | | **CASE #** | **FACTORY** | **EXPORTER** |
|---|---|---|---|---|
| **SPECIAL TRADE INDICATOR:** | **ANTI-DUMPING:** | | | |
| | **COUNTERVAILING:** | | | |

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15089 AND WARNING CLAUSE PRINT ,8PCS IN EXPORT CARTON

| | | | | SHIPPING SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 301 | 301 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 246 | 246 | W |
| 802C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 90 | 90 | W |
| 802P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 74 | 74 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 234 | 234 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 192 | 192 | W |

**DETAIL DESCRIPTION-**
STYLE MF8OL31409MM
DESCRIPTION :
MENS 100% COTTON WOVEN BARN JACKET WITH CORD
LONG SLEEVE , WOVEN COTTON CORDUROY COLLAR ,
FULLY BUTTON FRONT , 1 PC CHEST POCKET WITH POCKET FLAP
2 PCS LOWER POCKET WITH POCKET FLAP AT WAIST
UPPER BACK BODY WITH WOVEN COTTON FLANNEL LINING ,
"BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
"POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
FABRICATION:
"SHELL - 100% COTTON 8.2OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
"UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
"YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY & FRONT BODY LINING AND SLEEVES LINING:
100% POLYESTER 210T TAFFETA, WOVEN
COLLAR : 100% COTTON WOVEN 14 WALE CORDUROY
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 3

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1926 | KC3  KAREN CHUNG |
|---|---|---|

OPC:    6

SEARS ROEBUCK & CO.                        **PURCHASE ORDER**                                                Page : 4

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1926 | KC3  KAREN CHUNG |
|---|---|---|

|  |  |  |
|---|---|---|
| | | **DESCRIPTION** |
| ITEM CODE: 460099066854 | SEASON/YEAR: 5-WINTER 2018 | BARN JACKE SEPIA |
| | SUB-SEASON: 50-WINTER | |
| I 2OF 5/CARTON UPC: 04895213502566 | CAT/SUB-CAT: 46/03 | |
| STYLE: MF8OL31409MM | TRADEMARK: NONE | SEARS DIV        SEARS ITEM        SEARS SKU |
| BRAND NAME: OUTDOOR LIFE | COPYRIGHT REG. NO.: N/A | 641                24668 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $719.91 | 366 | 366 | $60,939.00 |
| $166.500 | $166.500 | | | | |

| PER CARTON | KGS: 6.350 | CBM: 0.195562 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 14.000 | CU. FT.: 6.906 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 9.75" X W 34.0" X H 36.0" | | CASEPACK | | |

QUOTA CAT#: 335, RNONE                          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT ,9PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 70 | 70 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 57 | 57 | W |
| 802C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 14 | 14 | W |
| 802P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 12 | 12 | W |
| 803C | CCD | DCN | Ocean | 30-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 117 | 117 | W |
| 803P | PCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 96 | 96 | W |

DETAIL DESCRIPTION-
STYLE MF8OL31409MM
DESCRIPTION :
MENS 100% COTTON WOVEN BARN JACKET WITH CORD
LONG SLEEVE , WOVEN COTTON CORDUROY COLLAR ,
FULLY BUTTON FRONT , 1 PC CHEST POCKET WITH POCKET FLAP
2 PCS LOWER POCKET WITH POCKET FLAP AT WAIST
UPPER BACK BODY WITH WOVEN COTTON FLANNEL LINING ,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 8OZ AT BODY, 4OZ AT SLEEVES,
FABRICATION:
*SHELL - 100% COTTON 8.2OOZ/YO2, 108X80 /18+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/84X54,
*YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY & FRONT BODY LINING AND SLEEVES LINING:
100% POLYESTER 210T TAFFETA, WOVEN
COLLAR : 100% COTTON WOVEN 14 WALE CORDUROY

SEARS ROEBUCK & CO.                          **PURCHASE ORDER**                                          Page : 5

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1928 | KC3  KAREN CHUNG |
|---|---|---|

**DETAIL DESCRIPTION-**

HANGER CODE:KMSR018
HANGER COST:$0.130/PC

**OPC:**                    9

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 6

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1926 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 480099066862 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB-SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213502573 | CAT/SUB-CAT: 48/03 |
| STYLE: MF8OL31409MM | TRADEMARK: NONE |
| BRAND NAME: OUTDOOR LIFE | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

BARN JACKE SEPIA

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| | 641 | 24666 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $959.88 | 64 | 64 | $14,208.00 |
| $222.000 | $222.000 | | | | |

| PER CARTON | KGS: | 6.350 | CBM: | 0.280750 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 14.000 | CU. FT.: | 9.208 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 13.0" X W 34.0" X H 36.0" | | | CASEPACK | | | |

| QUOTA CAT#: 335, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT ,12PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 5 | 5 | W |
| 801P | PCD | DCN | Ocean | 04-JUL-2018 | 04-JUL-2018 | 02-SEP-2018 | A | 4 | 4 | W |
| 802C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 5 | 5 | W |
| 802P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 4 | 4 | W |
| 804C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 25 | 25 | W |
| 804P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 21 | 21 | W |

DETAIL DESCRIPTION-
STYLE MF8OL31409MM
DESCRIPTION :
MENS 100% COTTON WOVEN BARN JACKET WITH CORD
LONG SLEEVE , WOVEN COTTON CORDUROY COLLAR ,
FULLY BUTTON FRONT , 1 PC CHEST POCKET WITH POCKET FLAP
2 PCS LOWER POCKET WITH POCKET FLAP AT WAIST
UPPER BACK BODY WITH WOVEN COTTON FLANNEL LINING ,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
FABRICATION:
*SHELL - 100% COTTON 8.2OZ/YD2, 108X80 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/84X54,
*YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY & FRONT BODY LINING AND SLEEVES LINING -
100% POLYESTER 210T TAFFETA, WOVEN
COLLAR : 100% COTTON WOVEN 14 WALE CORDUROY

SEARS ROEBUCK & CO.                              **PURCHASE ORDER**                                    Page : 7

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1926 | KC3  KAREN CHUNG |
|---|---|---|

**DETAIL DESCRIPTION-**

HANGER CODE:KMSR018
HANGER COST:$0.130/PC

**OPC:**              12

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                      Page : 8

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1926 | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE:** 460099066847

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9906679-7 | | | | | | 24668-0 02 | | | | COTTON | 100% | |
| 9906680-5 | | | | | | 24668-0 03 | | | | COTTON | 100% | |
| 9906681-3 | | | | | | 24668-0 05 | | | | COTTON | 100% | |
| 9906682-1 | | | | | | 24668-0 06 | | | | COTTON | 100% | |
| 9906683-9 | | | | | | 24668-0 98 | | | | COTTON | 100% | |

**ITEM CODE:** 460099066854

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9906679-7 | | | | | | 24668-0 02 | | | | COTTON | 100% | |
| 9906680-5 | | | | | | 24668-0 03 | | | | COTTON | 100% | |
| 9906681-3 | | | | | | 24668-0 05 | | | | COTTON | 100% | |
| 9906682-1 | | | | | | 24668-0 06 | | | | COTTON | 100% | |
| 9906683-9 | | | | | | 24668-0 98 | | | | COTTON | 100% | |

**ITEM CODE:** 460099066862

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9906679-7 | | | | | | 24668-0 02 | | | | COTTON | 100% | |
| 9906680-5 | | | | | | 24668-0 03 | | | | COTTON | 100% | |
| 9906681-3 | | | | | | 24668-0 05 | | | | COTTON | 100% | |
| 9906682-1 | | | | | | 24668-0 06 | | | | COTTON | 100% | |
| 9906683-9 | | | | | | 24668-0 98 | | | | COTTON | 100% | |

**ITEM CODE:** 460099066847                    **ITEM:** BARN JACKE SEPIA

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: BARN JACKE S-SEPIA | 9906679-7 | SEPIA | SMALL | 1 | 18.500 | 79.99 | 4895213502504 |
| SUB KSN DESC: BARN JACKE M-SEPIA | 9906680-5 | SEPIA | MEDIUM | 1 | 18.500 | 79.99 | 4895213502511 |
| SUB KSN DESC: BARN JACKE L-SEPIA | 9906681-3 | SEPIA | LARGE | 2 | 18.500 | 79.99 | 4895213502528 |
| SUB KSN DESC: BARN JACKE XL-SEPIA | 9906682-1 | SEPIA | X LARGE | 1 | 18.500 | 79.99 | 4895213502535 |
| SUB KSN DESC: BARN JACKE XXL-SEPIA | 9906683-9 | SEPIA | XX LARGE | 1 | 18.500 | 79.99 | 4895213502542 |
| | | | TOTAL | 6 | 111.000 | 479.94 | |

SEARS ROEBUCK & CO.　　　　　　　　**PURCHASE ORDER**　　　　　　　　Page : 9

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1926 | KC3  KAREN CHUNG |
| --- | --- | --- |

**ITEM CODE: 460099066854**　　　　　　ITEM: BARN JACKE SEPIA

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: BARN JACKE S-SEPIA | 9906679-7 | SEPIA | SMALL | 1 | 18.500 | 79.99 | 4895213502504 |
| SUB KSN DESC: BARN JACKE M-SEPIA | 9906680-5 | SEPIA | MEDIUM | 2 | 18.500 | 79.99 | 4895213502511 |
| SUB KSN DESC: BARN JACKE L-SEPIA | 9906681-3 | SEPIA | LARGE | 3 | 18.500 | 79.99 | 4895213502528 |
| SUB KSN DESC: BARN JACKE XL-SEPIA | 9906682-1 | SEPIA | X LARGE | 2 | 18.500 | 79.99 | 4895213502535 |
| SUB KSN DESC: BARN JACKE XXL-SEPIA | 9906683-9 | SEPIA | XX LARGE | 1 | 18.500 | 79.99 | 4895213502542 |
| | | TOTAL | | 9 | 166.500 | 719.91 | |

**ITEM CODE: 460099066862**　　　　　　ITEM: BARN JACKE SEPIA

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: BARN JACKE S-SEPIA | 9906679-7 | SEPIA | SMALL | 1 | 18.500 | 79.99 | 4895213502504 |
| SUB KSN DESC: BARN JACKE M-SEPIA | 9906680-5 | SEPIA | MEDIUM | 2 | 18.500 | 79.99 | 4895213502511 |
| SUB KSN DESC: BARN JACKE L-SEPIA | 9906681-3 | SEPIA | LARGE | 4 | 18.500 | 79.99 | 4895213502528 |
| SUB KSN DESC: BARN JACKE XL-SEPIA | 9906682-1 | SEPIA | X LARGE | 3 | 18.500 | 79.99 | 4895213502535 |
| SUB KSN DESC: BARN JACKE XXL-SEPIA | 9906683-9 | SEPIA | XX LARGE | 2 | 18.500 | 79.99 | 4895213502542 |
| | | TOTAL | | 12 | 222.000 | 959.88 | |

**ADDITIONAL CONDITIONS**

**FOR ITEM 460099066847**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099066854**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099066862**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 10

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1926 | KC3  KAREN CHUNG |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

---------------------------------------------

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

---------------------------------------------

ANTIDUMPING CLAUSE:

------------------------------------------------------------------------

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

------------------------------------------------------------------------
------------------------------------------------------------------------
------------------------------------------------------------------------
------------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

---------------------------------------------

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                **P U R C H A S E   O R D E R**                                    Page : 11

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1926 | KC3  KAREN CHUNG |
|---|---|---|

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
----------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
----------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

SEARS ROEBUCK & CO.                         **PURCHASE ORDER**                              Page : 1

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1927 | BUYER : KC3  KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0800 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $268,866.00 | | |
| PAYMENT TO BE MADE BY : | | |
| ( ) | MULTIPLE PAYMENT TYPES | |
| (X) | CHECK/WIRE TRANSFER | |
| | Amount USD: 268,866.00 | |
| ( ) | FREE GOODS | |
| | Amount USD: 0.00 | |
| ( ) | LETTER OF CREDIT | |
| | Amount USD: 0.00 | |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 103624 |
|---|---|
| NAME | PINGHU OX GARMENT CO LTD |
| ADDRESS | MAJIU VILLAGE,CAOQIAO STREET PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 0573-85946988 |
| EMAIL | pinghuox@vip.163.com |
| MID | CNPINOXPIN |

SEARS ROEBUCK & CO.　　　　　　　　　**P U R C H A S E   O R D E R**　　　　　　　　　Page : 2

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1927 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 460099068959　　　　　　　SEASON/YEAR: 5-WINTER 2018　　　HOODED COT ERMINE

　　　　　　　　　　　　　　　　SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213502252　　　CAT/SUB-CAT: 48/02

　　　　　　　　STYLE: MF8OL31402MM　　　TRADEMARK: NONE　　　**SEARS DIV**　　**SEARS ITEM**　　**SEARS SKU**

　　　BRAND NAME: OUTDOOR LIFE　　　COPYRIGHT REG. NO.: N/A　　　　641　　　　24685

　INTL COMMODY CODE: GDSM　　　　MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $539.94 | 1,372 | 1,372 | $160,524.00 |
| $117.000 | $117.000 | | | | |

　　　　　　KGS:　6.350　　　CBM.　0.130034　　　**AST PER INNER**　　　　1
**PER CARTON**　LBS:　14.000　　CU. FT.:　4.592　　**INNERS PER OUTER CARTON**　1
**OUTER CARTON DIMENSIONS**　　　**PACKING INSTRUCTION:**　　**AST PER MASTER SHIPPING CTN**　1
　L 6.5" X W 36.15" X H 32.0"　　　　CASEPACK

　　QUOTA CAT#: 335, RNONE　　　　　　　　　**CASE #**　　　**FACTORY**　　　**EXPORTER**
　SPECIAL TRADE INDICATOR:　　　　　　ANTI-DUMPING:
　　　　　　　　　　　　　COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,6 PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 110 | 110 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 90 | 90 | W |
| 805C | CCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 331 | 331 | W |
| 805P | PCD | DCN | Ocean | 29-AUG-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 271 | 271 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 218 | 218 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 207 | 207 | W |
| 803C | CCD | DCN | Ocean | 28-SEP-2018 | 28-SEP-2018 | 25-NOV-2018 | A | 80 | 80 | W |
| 803P | PCD | DCN | Ocean | 28-SEP-2018 | 28-SEP-2018 | 25-NOV-2018 | A | 65 | 65 | W |

DETAIL DESCRIPTION-
MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
"BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
"POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
"ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
"UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/84X54,
"YARD DYE COTTON FLANNEL, WOVEN,
* LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018

SEARS ROEBUCK & CO.                                    **PURCHASE ORDER**                                    Page : 3

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1927 | KC3  KAREN CHUNG |
|---|---|---|

**DETAIL DESCRIPTION-**
HANGER COST:$0.130/PC

**OPC:**                8

SEARS ROEBUCK & CO.　　　　　　　　　　**PURCHASE ORDER**　　　　　　　　　　Page : 4

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1927 | | KC3  KAREN CHUNG |

**DESCRIPTION**

HOODED COT BLACK

| | |
|---|---|
| ITEM CODE: 460099069015 | SEASON/YEAR: 5-WINTER 2018 |
| | SUB-SEASON: 50-WINTER |
| I 2OF 5/CARTON UPC: 04895213502313 | CAT/SUB-CAT: 46/02 |
| STYLE: MF8OL31402MM | TRADEMARK: NONE |
| BRAND NAME: OUTDOOR LIFE | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| | 641 | 24902 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $539.94 | 926 | 926 | $108,342.00 |
| $117.000 | $117.000 | | | | |

| PER CARTON | KGS: 6.350 | CBM: 0.130034 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 14.000 | CU. FT.: 4.592 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 6.5" X W 38.15" X H 32.0" | | CASEPACK | | |

| QUOTA CAT#: 335, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK, EACH GARMENT WITH HANGER & SIZE CLIP, ONE GARMENT IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT ,6 PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 805C | CCD | DCN | Ocean | 06-SEP-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 385 | 385 | W |
| 805P | PCD | DCN | Ocean | 06-SEP-2018 | 05-SEP-2018 | 31-OCT-2018 | A | 298 | 298 | W |
| 802C | CCD | DCN | Ocean | 29-AUG-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 99 | 99 | W |
| 802P | PCD | DCN | Ocean | 29-AUG-2018 | 12-SEP-2018 | 06-NOV-2018 | A | 30 | 30 | W |
| 804P | PCD | DCN | Ocean | 29-AUG-2018 | 19-SEP-2018 | 15-NOV-2018 | A | 69 | 69 | W |
| 803C | CCD | DCN | Ocean | 28-SEP-2018 | 28-SEP-2018 | 25-NOV-2018 | A | 38 | 38 | W |
| 803P | PCD | DCN | Ocean | 28-SEP-2018 | 28-SEP-2018 | 25-NOV-2018 | A | 29 | 29 | W |

DETAIL DESCRIPTION-

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
"BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
"POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
"ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
"UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
"YARD DYE COTTON FLANNEL, WOVEN,
" LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 5

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1927 | KC3  KAREN CHUNG |
|---|---|---|

**DETAIL DESCRIPTION-**
HANGER COST:$0.130/PC

**OPC:**                    8

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 6

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1927 | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE:** 460099068959

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9906877-7 | | | | | | 24865-0 02 | | | | COTTON | 100% | |
| 9906890-0 | | | | | | 24865-0 03 | | | | COTTON | 100% | |
| 9906891-8 | | | | | | 24865-0 05 | | | | COTTON | 100% | |
| 9906892-6 | | | | | | 24865-0 06 | | | | COTTON | 100% | |
| 9906894-2 | | | | | | 24865-0 98 | | | | COTTON | 100% | |

**ITEM CODE:** 460099069015

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9906896-7 | | | | | | 24902-0 02 | | | | COTTON | 100% | |
| 9906897-5 | | | | | | 24902-0 03 | | | | COTTON | 100% | |
| 9906898-3 | | | | | | 24902-0 05 | | | | COTTON | 100% | |
| 9906899-1 | | | | | | 24902-0 06 | | | | COTTON | 100% | |
| 9906900-7 | | | | | | 24902-0 98 | | | | COTTON | 100% | |

**ITEM CODE:** 460099068959        **ITEM:** HOODED COT ERMINE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: HOODED COT S-ERMINE | 9906877-7 | ERMINE | SMALL | 1 | 19.500 | 89.99 | 4895213502207 |
| SUB KSN DESC: HOODED COT M-ERMINE | 9906890-0 | ERMINE | MEDIUM | 1 | 19.500 | 89.99 | 4895213502214 |
| SUB KSN DESC: HOODED COT L-ERMINE | 9906891-8 | ERMINE | LARGE | 2 | 19.500 | 89.99 | 4895213502221 |
| SUB KSN DESC: HOODED COT XL-ERMINE | 9906892-6 | ERMINE | X LARGE | 1 | 19.500 | 89.99 | 4895213502238 |
| SUB KSN DESC: HOODED COT XXL-ERMINE | 9906894-2 | ERMINE | XX LARGE | 1 | 19.500 | 89.99 | 4895213502245 |
| | | | TOTAL | 6 | 117.000 | 539.94 | |

**ITEM CODE:** 460099069015        **ITEM:** HOODED COT BLACK

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: HOODED COT S-PIRATE BLACK | 9906896-7 | BLACK | SMALL | 1 | 19.500 | 89.99 | 4895213502269 |
| SUB KSN DESC: HOODED COT M-PIRATE BLACK | 9906897-5 | BLACK | MEDIUM | 1 | 19.500 | 89.99 | 4895213502276 |
| SUB KSN DESC: HOODED COT L-PIRATE BLACK | 9906898-3 | BLACK | LARGE | 2 | 19.500 | 89.99 | 4895213502283 |
| SUB KSN DESC: HOODED COT XL-PIRATE BLAC | 9906899-1 | BLACK | X LARGE | 1 | 19.500 | 89.99 | 4895213502290 |
| SUB KSN DESC: HOODED COT XXL-PIRATE BLA | 9906900-7 | BLACK | XX LARGE | 1 | 19.500 | 89.99 | 4895213502306 |
| | | | TOTAL | 6 | 117.000 | 539.94 | |

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                    Page : 7

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1927 | KC3  KAREN CHUNG |
|---|---|---|

**ADDITIONAL CONDITIONS**

**FOR ITEM 460099068959**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460099068015**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
--------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
--------------------------------------------------

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                         Page : 8

| ORDER DATE : 14-MAY-2018 | ORDER NO : SQ1927 | KC3  KAREN CHUNG |

ANTIDUMPING CLAUSE:
--------------------------------------------------------------------

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
--------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**SEARS** ROEBUCK & CO.

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 24-MAY-2018 | ORDER NO : SS1948 | BUYER : KC3  KAREN CHUNG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enip@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
|---|
| $43,470.00 |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )  MULTIPLE PAYMENT TYPES | |
| (X)  CHECK/WIRE TRANSFER | |
| Amount USD:  43,470.00 | |
| ( )  FREE GOODS | |
| Amount USD:  0.00 | |
| ( )  LETTER OF CREDIT | |
| Amount USD:  0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

**FACTORY DETAILS:**

| FACTORY NBR: | 032389 |
|---|---|
| NAME | PINGHU FUXING GARMENT CO LTD |
| ADDRESS | WAIGUANQIAO, NANMEN DANGHU TOWN PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 86-573-8508 8546 |
| EMAIL | zhl1591@gmail.com |
| MID | CNPINFUXPIN |

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                    Page : 2

| ORDER DATE : 24-MAY-2018 | ORDER NO : SS1948 | | KC3  KAREN CHUNG |
|---|---|---|---|

**DESCRIPTION**

ITEM CODE: 460018680835

SEASON/YEAR: 5-WINTER 2018    WOOL BLEND BLACK ONYX

I 2OF 5/CARTON UPC: 04895213502184

SUB-SEASON: 50-WINTER

CAT/SUB-CAT: 46/04

STYLE: MF8ST31750BM    TRADEMARK: NONE    **SEARS DIV**    **SEARS ITEM**    **SEARS SKU**

BRAND NAME: STRUCTURE    COPYRIGHT REG. NO.: N/A    641    26019

INTL COMMODY CODE: GDSM    MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $839.94 | 165 | 165 | $27,324.00 |
| $165.600 | $165.600 | | | | |

| PER CARTON | KGS: | 0.050 | ODM: | 0.115627 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 14.000 | CU. FT.: | 4.083 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    AST PER MASTER SHIPPING CTN   1

L 4.8" X W 35.0" X H 42.0"    CASEPACK

QUOTA CAT#: 434, 859, RNONE    **CASE #**    **FACTORY**    **EXPORTER**

SPECIAL TRADE INDICATOR:    ANTI-DUMPING:

COUNTERVAILING:

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP, 1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 81 | 81 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 66 | 66 | W |
| 802C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 10 | 10 | W |
| 802P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 8 | 8 | W |

**DETAIL DESCRIPTION-**

STYLE MF8ST31750BM
"DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST:FOB$25.88 /PC , SCARF COST: FOB$1.72/PC = TOTAL FOB$27.60/PC
"JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
" 1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
"LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
" WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
" FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
" SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018,HANGER COST $0.13/PC(2 PCS PER ASSORTMENT)
HANGER CODE: 3320B ,HANGER COST $0.11/PC(4 PCS PER ASSORTMENT)

OPC:                    6

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 3

| ORDER DATE : 24-MAY-2018 | ORDER NO : SS1948 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 460018680868

SEASON/YEAR: 5-WINTER 2018    WOOL BLEND BLACK ONYX

SUB-SEASON: 50-WINTER

I 2OF 5/CARTON UPC: 04895213502191    CAT/SUB-CAT: 46/04

STYLE: MF8ST31750BM    TRADEMARK: NONE

BRAND NAME: STRUCTURE    COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM    MLTP CARTON IND: 001

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| | 641 | 26019 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $699.95 | 117 | 117 | $16,146.00 |
| $138.000 | $138.000 | | | | |

| PER CARTON | KGS: 5.443 | CBM: 0.096356 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 12.000 | CU. FT.: 3.403 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    AST PER MASTER SHIPPING CTN   1

L 4.0" X W 35.0" X H 42.0"    CASEPACK

QUOTA CAT#: 434, 859, RNONE    CASE #    FACTORY    EXPORTER

SPECIAL TRADE INDICATOR:    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP, 1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,5PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 25 | 25 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 20 | 20 | W |
| 802C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 40 | 40 | W |
| 802P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 32 | 32 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31750BM
"DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST:FOB$25.88 /PC , SCARF COST: FOB$1.72/PC = TOTAL FOB$27.60/PC
"JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
" 1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
"LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
" WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
" FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
" SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018,HANGER COST $0.13/PC(2 PCS PER ASSORTMENT)
HANGER COST :3320B ,HANGER COST $0.11/PC(3 PCS PER ASSORTMENT)

OPC:        5

SEARS ROEBUCK & CO.                                **PURCHASE ORDER**                                      Page : 4

| ORDER DATE : 24-MAY-2018 | ORDER NO : SS1948 | KC3  KAREN CHUNG |
|---|---|---|

**ITEM CODE:** 460018680835

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1868076-9 | | | | | | 26019-0 12 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868078-5 | | | | | | 26019-0 13 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868080-1 | | | | | | 26019-0 09 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868082-7 | | | | | | 26019-0 08 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

**ITEM CODE:** 460018680868

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1868076-9 | | | | | | 26019-0 12 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868078-5 | | | | | | 26019-0 13 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868082-7 | | | | | | 26019-0 08 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

**ITEM CODE:** 460018680835          **ITEM:** WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOOL BLEND XLT-BLACK ONYX | 1868076-9 | BLACK ONYX | XLT | 2 | 27.600 | 139.99 | 4895213502146 |
| SUB KSN DESC: WOOL BLEND XXLT-BLACK ONY | 1868078-5 | BLACK ONYX | XXLT | 2 | 27.600 | 139.99 | 4895213502153 |
| SUB KSN DESC: WOOL BLEND 3XLT-BLACK ONY | 1868080-1 | BLACK ONYX | 3XLT | 1 | 27.600 | 139.99 | 4895213502160 |
| SUB KSN DESC: WOOL BLEND 3XL-BLACK ONYX | 1868082-7 | BLACK ONYX | 3XL | 1 | 27.600 | 139.99 | 4895213502177 |
| | | TOTAL | | 6 | 165.600 | 839.94 | |

**ITEM CODE:** 460018680868          **ITEM:** WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOOL BLEND XLT-BLACK ONYX | 1868076-9 | BLACK ONYX | XLT | 2 | 27.600 | 139.99 | 4895213502146 |
| SUB KSN DESC: WOOL BLEND XXLT-BLACK ONY | 1868078-5 | BLACK ONYX | XXLT | 2 | 27.600 | 139.99 | 4895213502153 |
| SUB KSN DESC: WOOL BLEND 3XL-BLACK ONYX | 1868082-7 | BLACK ONYX | 3XL | 1 | 27.600 | 139.99 | 4895213502177 |
| | | TOTAL | | 5 | 138.000 | 699.95 | |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 5

| | |
|---|---|
| **ORDER DATE :** 24-MAY-2018    **ORDER NO :** SS1948 | KC3  KAREN CHUNG |

**ADDITIONAL CONDITIONS**

**FOR ITEM 460018680835**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

**FOR ITEM 460018680868**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

SEARS ROEBUCK & CO.                     **PURCHASE ORDER**                                    Page : 8

| ORDER DATE : 24-MAY-2018 | ORDER NO : SS1948 | KC3  KAREN CHUNG |
|---|---|---|

ANTIDUMPING CLAUSE:

----------------------------------------------------------------

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

----------------------------------------------------------------

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.

----------------------------------------------------------------

THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

----------------------------------------------------------------

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ('SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**SEARS** ROEBUCK & CO.    **PURCHASE ORDER**    Page : 1

| ORDER DATE : 23-MAY-2018 | ORDER NO : ST1945 | | BUYER : KC3  KAREN CHUNG |
|---|---|---|---|
| DIV : Division 4 | DEPT NO : 041 | | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | BST INTERNATIONAL FASHION LIMITED |
| ADDRESS | SUITE 2301B, 23/F, SKYLINE TOWER, NO.39 WANG KWONG ROAD, KOWLOON BAY KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | enlp@frontline-hk.com |
| VENDOR NBR | 9131 |
| TELEPHONE | (852) 3471 0600 |
| DUNS NBR | 01000996288 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $26,423.32 | | |
| PAYMENT TO BE MADE BY : | | |
| ( ) | MULTIPLE PAYMENT TYPES | |
| (X) | CHECK/WIRE TRANSFER | |
| | Amount USD: 26,423.32 | |
| ( ) | FREE GOODS | |
| | Amount USD: 0.00 | |
| ( ) | LETTER OF CREDIT | |
| | Amount USD: 0.00 | |
| | LC #: | |
| | TRANSFERABLE: | |
| | BANK: | |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| SHIP POINT: | CNSHA1B |
| DELIVERY TERMS: | FOB CN |
| CITY, COUNTRY: | Shanghai, China |

FACTORY DETAILS:

| FACTORY NBR: | 032369 |
|---|---|
| NAME | PINGHU FUXING GARMENT CO LTD |
| ADDRESS | WAIGUANQIAO, NANMEN DANGHU TOWN PINGHU ZHEJIANG |
| COUNTRY | China |
| TEL | 86-573-8508 8546 |
| EMAIL | zhl1591@gmail.com |
| MID | CNPINFUXPIN |

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 2

| ORDER DATE : 23-MAY-2018 | ORDER NO : ST1945 | KC3  KAREN CHUNG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 460018681609

WOOL BLEND BLACK ONYX

SEASON/YEAR: 5-WINTER 2018

SUB-SEASON: 50-WINTER

I 2QF 5/CARTON UPC: 04895213502993

CAT/SUB-CAT: 46/04

STYLE: MF8ST31748BM

TRADEMARK: NONE

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|

BRAND NAME: STRUCTURE

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

641      26021

| FOB PRICE | | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|---|
| PER AST | PER CARTON | | $839.94 | 137 | 137 | $21,462.42 |
| $156.660 | $156.660 | | | | | |

| PER CARTON | KGS: | 6.350 | CBM: | 0.125033 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 14.000 | CU. FT.: | 4.415 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN    1

L 5.45" X W 35.0" X H 40.0"

CASEPACK

QUOTA CAT#: 635, RNONE

CASE #      FACTORY      EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP, 1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,6PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 58 | 58 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 47 | 47 | W |
| 802C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 18 | 18 | W |
| 802P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 14 | 14 | W |

DETAIL DESCRIPTION-

STYLE MF8ST31748BM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018, HANGER COST$0.13/PC (2PCS PER ASSORTMENT)
HANGER CODE: 3320B, HANGER COST $0.115/PC ( 4PCS PER ASSORTMENT)

OPC:                    6

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 3

| | | |
|---|---|---|
| **ORDER DATE :** 23-MAY-2018 | **ORDER NO :** ST1945 | KC3  KAREN CHUNG |

**DESCRIPTION**

**ITEM CODE:** 460018684712              **SEASON/YEAR:** 5-WINTER 2018       WOOL BLEND BLACK ONYX

                                         **SUB-SEASON:** 50-WINTER

I 2QF 5/CARTON UPC: 04895213503006       **CAT/SUB-CAT:** 48/04

**STYLE:** MF6ST31748BM                  **TRADEMARK:** NONE        **SEARS DIV**      **SEARS ITEM**      **SEARS SKU**

**BRAND NAME:** STRUCTURE                **COPYRIGHT REG. NO.:** N/A        641              26021

**INTL COMMODY CODE:** GDSM              **MLTP CARTON IND:** 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $699.95 | 38 | 38 | $4,960.90 |
| $130.550 | $130.550 | | | | |

|  | **KGS:** 5.443 | **CBM:** 0.104248 | **AST PER INNER** | 1 |
|---|---|---|---|---|
| **PER CARTON** | **LBS:** 12.000 | **CU. FT.:** 3.681 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 5.45" X W 35.0" X H 33.35" | | CASEPACK | | |

**QUOTA CAT#:** 434, RNONE                              **CASE #**          **FACTORY**          **EXPORTER**

**SPECIAL TRADE INDICATOR:**                            **ANTI-DUMPING:**

                                                        **COUNTERVAILING:**

**ADDITIONAL INFO:**

**PACKING INSTRUCTIONS:**

HANGER PACK,EACH GARMENT WITH HANGER & SIZE CLIP, 1PC IN ONE POLYBAG WHICH TO BE PRINT WITH CO/RN15099 AND WARNING CLAUSE PRINT,5PCS IN EXPORT CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801C | CCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 10 | 10 | W |
| 801P | PCD | DCN | Ocean | 01-AUG-2018 | 01-AUG-2018 | 30-SEP-2018 | A | 9 | 9 | W |
| 802C | CCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 10 | 10 | W |
| 802P | PCD | DCN | Ocean | 12-SEP-2018 | 12-SEP-2018 | 12-NOV-2018 | A | 9 | 9 | W |

**DETAIL DESCRIPTION-**

STYLE MF8ST31748BM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018, HANGER COST$0.13/PC (2PCS PER ASSORTMENT)
HANGER CODE: 3320B, HANGER COST $0.115/PC ( 3PCS PER ASSORTMENT)

**OPC:**                    5

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 23-MAY-2018 | ORDER NO : ST1945 | KC3 KAREN CHUNG |
|---|---|---|

ITEM CODE:  460018681809

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1868128-8 | | | | | | 26021-0 12 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868138-7 | | | | | | 26021-0 13 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868151-0 | | | | | | 26021-0 09 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868160-1 | | | | | | 26021-0 08 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

ITEM CODE:  460018684712

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1868128-8 | | | | | | 26021-0 12 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868138-7 | | | | | | 26021-0 13 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |
| 1868160-1 | | | | | | 26021-0 08 | | | | OTHERS | 41% | |
| | | | | | | | | | | WOOL | 59% | |

ITEM CODE: 460018681809          ITEM: WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOOL BLEND XLT-BLACK ONYX | 1868128-8 | BLACK ONYX | XLT | 2 | 26.110 | 139.99 | 4895213502955 |
| SUB KSN DESC: WOOL BLEND XXLT-BLACK ONY | 1868138-7 | BLACK ONYX | XXLT | 2 | 26.110 | 139.99 | 4895213502962 |
| SUB KSN DESC: WOOL BLEND 3XLT-BLACK ONY | 1868151-0 | BLACK ONYX | 3XLT | 1 | 26.110 | 139.99 | 4895213502979 |
| SUB KSN DESC: WOOL BLEND 3XL-BLACK ONYX | 1868160-1 | BLACK ONYX | 3XL | 1 | 26.110 | 139.99 | 4895213502986 |
| | | TOTAL | | 6 | 156.660 | 839.94 | |

ITEM CODE: 460018684712          ITEM: WOOL BLEND BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOOL BLEND XLT-BLACK ONYX | 1868128-8 | BLACK ONYX | XLT | 2 | 26.110 | 139.99 | 4895213502955 |
| SUB KSN DESC: WOOL BLEND XXLT-BLACK ONY | 1868138-7 | BLACK ONYX | XXLT | 2 | 26.110 | 139.99 | 4895213502962 |
| SUB KSN DESC: WOOL BLEND 3XL-BLACK ONYX | 1868160-1 | BLACK ONYX | 3XL | 1 | 26.110 | 139.99 | 4895213502986 |
| | | TOTAL | | 5 | 130.550 | 699.95 | |

SEARS ROEBUCK & CO.                    **PURCHASE ORDER**                                    Page : 5

| ORDER DATE : 23-MAY-2018 | ORDER NO : ST1945 | KC3 KAREN CHUNG |
|---|---|---|

**ADDITIONAL CONDITIONS**

**FOR ITEM 460018681809**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer
All contracts that are shipped with a plastic reusable hanger.

**FOR ITEM 460018684712**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer
All contracts that are shipped with a plastic reusable hanger.


PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES


VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

SEARS ROEBUCK & CO.                **PURCHASE ORDER**                                    Page : 6

| ORDER DATE :  23-MAY-2018 | ORDER NO :  ST1945 | KC3  KAREN CHUNG |
|---|---|---|

ANTIDUMPING CLAUSE:
-----------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-----------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ('SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .