# COMMERCIAL INVOICE

Page 1 of 6

DATE: August 15, 2018

INVOICE NO.: 201820916650

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YQJ | GIRLS BUBBLE JACKET BLACK ONYX | 192 CARTONS | 192 AST | 71.600 USD AST | 13,747.20 USD |
| ITEM: | 390098824717 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (8 PCS PER ASSORTMENT)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 | |

FACTORY NO.    103468

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | B2YQJ | GIRLS BUBBLE JACKET BLACK ONYX | 17 CARTONS | 17 AST | 71.600 USD AST | 1,217.20 USD |
| ITEM: | 390098824782 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (8 PCS PER ASSORTMENT)

# COMMERCIAL INVOICE

Page 2 of 6

DATE: August 15, 2018

INVOICE NO.: 201820916650

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 | |

FACTORY NO.            103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.            CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET VIOLET INDIGO COL BL | 94 | 94 | 71.600 USD | 6,730.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 390098825037 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 499B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 | |

FACTORY NO.            103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.            CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET VIOLET INDIGO COL BL | 39 | 39 | 71.600 USD | 2,792.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 390098825045 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 3 of 6
DATE: August 15, 2018
INVOICE NO.: 201620918650

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| CONTRACT NO. | B2YQJ | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 |

FACTORY NO.          103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.          CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET FANDANGO PINK | 129 | 129 | 71.600 USD | 9,238.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 390098825102 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| CONTRACT NO. | B2YQJ | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 |

FACTORY NO.          103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG

# COMMERCIAL INVOICE

Page 4 of 6
**DATE:** August 15, 2018
**INVOICE NO.:** 201820918650

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

China
**FTY MID NO.**        CNHAILIAHAI

**TO:**        KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China        **SHIPPED TO:** Mira Loma , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2YQJ | GIRLS BUBBLE JACKET FANDANGO PINK | 60 | 60 | 71.600 USD | 4,296.00 USD |
|-------|-------|-----------------------------------|----|----|-----------|--------------|
| | | | CARTONS | AST | AST | |

**ITEM:** 390099825151
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YQJ | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 049 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 | |
| **VENDOR ITEM CODE** | GF8AT39429BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 635 | |

**FACTORY NO.**        103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
**FTY MID NO.**        CNHAILIAHAI

| KMART | B2YVR | GIRLS BUBBLE PRINT JFUCHSIA RED | 94 | 94 | 75.200 USD | 7,068.80 USD |
|-------|-------|---------------------------------|----|----|-----------|--------------|
| | | | CARTONS | AST | AST | |

**ITEM:** 390099042913
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

STYLE GF8AT39428BG
DESCRIPTION : BIG KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 XHIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
FABRICATION :
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
LINING:100% POLYESTER. FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE #498B , HANGER COST $0.06/PC, (2PCS PER ASSORTMENT)
HANGER CODE #485B , HANGER COST$0.07/PC (6PCS PER ASSORTMENT)

# COMMERCIAL INVOICE

Page 5 of 8

DATE: August 15, 2018

INVOICE NO.: 201620916650

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YVR | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39428BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 | |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| KMART | B2YVR | GIRLS BUBBLE PRINT JFUSCHIA RED | 39 | 39 | 75.200 USD | 2,932.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 390099062978 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39428BG
DESCRIPTION : BIG KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 XHIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
FABRICATION :
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 800MM
LINING:100% POLYESTER. FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE #498B , HANGER COST $0.06/PC, (3PCS PER ASSORTMENT)
HANGER CODE #485B,HANGER COST$0.07/PC (5PCS PER ASSORTMENT)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YVR | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39428BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 | |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| | | |
|---|---|---|
| PAYMENT TERM | Open Acct | |
| ORDER PAYMENT TERMS | | |
| DRAWN UNDER | OPEN ACCOUNT | |
| LC# | NO LC | |

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** August 15, 2018

**INVOICE NO.:** 201820918650

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 664 | 664 | ASSORTMENTS | 48,021.20  USD |

TOTAL US DOLLARS FORTY-EIGHT THOUSAND TWENTY-ONE DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 6

**DATE:** August 22, 2018

**INVOICE NO.:** 201821238387

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2YH4 | POLY FILL JACKET BLACK ONYX | | 42 | 42 | 72.000 USD | 3,024.00 USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 240098401383 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YH4 | **REFERENCE NO.** | 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 |
| **VENDOR ITEM CODE** | WF8EK24021MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 635 |
| **FACTORY NO.** | 103466 | | |

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**          CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YH4 | POLY FILL JACKET BLACK ONYX | 16 | 16 | 72.000 USD | 1,152.00 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 240098401805 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

# COMMERCIAL INVOICE

Page 2 of 8

DATE: August 22, 2018

INVOICE NO.: 201821238387

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | |
|---|---|---|
| CONTRACT NO. | B2YH4 | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WF8EK24021MI | |

| | |
|---|---|
| REFERENCE NO. | 802C |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 9130 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |

| | |
|---|---|
| BINDING RULING # OR PRECLASS # | |
| CATEGORY | RNONE, 635 |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| KMART | B2YH4 | POLY FILL JACKET VIOLET INDIGO | 12 | 12 | 72.000  USD | 864.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 240098401854 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO16
HANGER COST: $0.13/PC

| | | |
|---|---|---|
| CONTRACT NO. | B2YH4 | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WF8EK24021MI | |

| | |
|---|---|
| REFERENCE NO. | 802C |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 9130 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |

| | |
|---|---|
| BINDING RULING # OR PRECLASS # | |
| CATEGORY | RNONE, 635 |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

# COMMERCIAL INVOICE

Page 3 of 6
DATE: August 22, 2018
INVOICE NO.: 201821238387

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 23018, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| KMART | B2YH4 | POLY FILL JACKET VIOLET INDIGO | | 5 CARTONS | 5 AST | 72.000 USD AST | 360.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 240098401862 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

| CONTRACT NO. | B2YH4 | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | WF8EK24021MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 |

FACTORY NO.  103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.  CNHAILIAHAI

| KMART | B2YH4 | POLY FILL JACKET PARASAILING | | 12 CARTONS | 12 AST | 72.000 USD AST | 864.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 240098402548 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

# COMMERCIAL INVOICE

Page 4 of 6

DATE: August 22, 2018

INVOICE NO.: 201821238387

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YH4 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | WF8EK24021MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 |

FACTORY NO.        103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.        CNHAILIAHAI

| KMART | B2YH4 | POLY FILL JACKET PARASAILING | | 5 | 5 | 72.000  USD | 360.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 240098402555 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 800MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YH4 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | WF8EK24021MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 |

FACTORY NO.        103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.        CNHAILIAHAI

# COMMERCIAL INVOICE

Page 5 of 6

DATE: August 22, 2018

INVOICE NO.: 201821238387

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| KMART | B2YH4 | POLY FILL JACKET CERISE | | 19 CARTONS | 19 AST | 72.000 USD AST | 1,368.00 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 240098402613 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YH4 | **REFERENCE NO.** | 802C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 | |
| **VENDOR ITEM CODE** | WF8EK24021MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 635 | |

| | |
|---|---|
| **FACTORY NO.** | 103466 |
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| **FTY MID NO.** | CNHAILIAHAI |

| KMART | B2YH4 | POLY FILL JACKET CERISE | | 12 CARTONS | 12 AST | 84.000 USD AST | 1,008.00 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 240098402621 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

# COMMERCIAL INVOICE

Page 6 of 6

DATE: August 22, 2018

INVOICE NO.: 201821238387

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YH4 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | WF8EK24021MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 | |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 123 | 123 | ASSORTMENTS | 9,000.00   USD |

TOTAL US DOLLARS NINE THOUSAND DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 6

DATE: August 15, 2018

INVOICE NO.: 201820918699

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China  **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YQJ | GIRLS BUBBLE JACKET BLACK ONYX | 244 CARTONS | 244 AST | 71.600 USD AST | 17,470.40 USD |
| ITEM: | 390098824717 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| | | STYLE GF8AT39429BG DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE, 2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS. FABRICATION: SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM (PASS WATER RESISTANCE TEST) LINING: 100% POLYESTER FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT) HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT) | | | | |
| | CONTRACT NO. | B2YQJ | REFERENCE NO. | 803P | | |
| | DC CODE | PCD | DEPARTMENT NO. | 049 | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 9130 | | |
| | VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | | |
| | FACTORY NO. | 103466 | | | | |
| | HAIYAN LIANGCHEN GARMENT CO LTD | | | | | |
| | LIU ZHUANG VILLAGE, IND PARK | | | | | |
| | WEST TANG QIAO | | | | | |
| | HAIYAN | | | | | |
| | ZHEJIANG | | | | | |
| | China | | | | | |
| | FTY MID NO. | CNHAILIAHAI | | | | |
| KMART | B2YQJ | GIRLS BUBBLE JACKET BLACK ONYX | 21 CARTONS | 21 AST | 71.600 USD AST | 1,503.60 USD |
| ITEM: | 390098824782 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| | | STYLE GF8AT39429BG DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE, 2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS. FABRICATION: SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM (PASS WATER RESISTANCE TEST) LINING: 100% POLYESTER FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT) HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT) | | | | |

# COMMERCIAL INVOICE

Page 2 of 6

**DATE:** August 15, 2018

**INVOICE NO.:** 201820918699

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | |
|---|---|---|
| **CONTRACT NO.** | B2YQJ | **REFERENCE NO.** 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** 9130 |
| **VENDOR ITEM CODE** | GF8AT39429BG | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** 635, RNONE |

**FACTORY NO.** 103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
**FTY MID NO.** CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET VIOLET INDIGO COL BL | 120 CARTONS | 120 AST | 71.600 USD AST | 8,592.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 390098825037
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST $0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (8 PCS PER ASSORTMENT)

| | | |
|---|---|---|
| **CONTRACT NO.** | B2YQJ | **REFERENCE NO.** 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** 9130 |
| **VENDOR ITEM CODE** | GF8AT39429BG | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** 635, RNONE |

**FACTORY NO.** 103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
**FTY MID NO.** CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET VIOLET INDIGO COL BL | 50 CARTONS | 50 AST | 71.600 USD AST | 3,580.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 390098825045
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

# COMMERCIAL INVOICE

Page 3 of 6

DATE: August 15, 2018

INVOICE NO.: 201820918699

9130

BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.   103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.   CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET FANDANGO PINK | 164 CARTONS | 164 AST | 71.600 USD AST | 11,742.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 390098825102 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.   103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

# COMMERCIAL INVOICE

Page 4 of 6

DATE: August 15, 2018

INVOICE NO.: 201820918699

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

China

FTY MID NO.      CNHAILIAHAI

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| KMART | B2YQJ | GIRLS BUBBLE JACKET FANDANGO PINK | 76 CARTONS | 76 AST | 71.600 USD AST | 5,441.60 USD |
|-------|-------|-----------------------------------|------------|--------|----------------|--------------|

ITEM:        390098825151
MADE IN    CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| CONTRACT NO. | B2YQJ | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.      103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.      CNHAILIAHAI

| KMART | B2YVR | GIRLS BUBBLE PRINT JFUCHSIA RED | 120 CARTONS | 120 AST | 75.200 USD AST | 9,024.00 USD |
|-------|-------|---------------------------------|-------------|---------|----------------|--------------|

ITEM:        390099042913
MADE IN    CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT

STYLE GF8AT39428BG
DESCRIPTION : BIG KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
FABRICATION :
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
LINING:100% POLYESTER. FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE #498B , HANGER COST $0.06/PC, (2PCS PER ASSORTMENT)
HANGER CODE #485B , HANGER COST$0.07/PC (6PCS PER ASSORTMENT)

# COMMERCIAL INVOICE

Page 5 of 6

DATE: August 15, 2018

INVOICE NO.: 201820918699

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| | | |
|---|---|---|
| CONTRACT NO. | B2YVR | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | GF8AT39428BG | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 803P |
| DEPARTMENT NO. | 049 |
| VENDOR NO. | 9130 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 635, RNONE |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| KMART | B2YVR | GIRLS BUBBLE PRINT JFUSCHIA RED | 50 | 50 | 75.200  USD | 3,760.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 390099062978 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39428BG
DESCRIPTION : BIG KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 XHIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
FABRICATION :
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
LINING:100% POLYESTER. FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE #498B , HANGER COST $0.06/PC, (3PCS PER ASSORTMENT)
HANGER CODE #485B,HANGER COST$0.07/PC (5PCS PER ASSORTMENT)

| | | |
|---|---|---|
| CONTRACT NO. | B2YVR | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | GF8AT39428BG | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 803P |
| DEPARTMENT NO. | 049 |
| VENDOR NO. | 9130 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 635, RNONE |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

# COMMERCIAL INVOICE

Page 6 of 6

DATE: August 15, 2018

INVOICE NO.: 201820918699

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 845 | 845 | ASSORTMENTS | 61,114.00  USD |

TOTAL US DOLLARS SIXTY-ONE THOUSAND ONE HUNDRED FOURTEEN DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 8

**DATE:** August 22, 2018

**INVOICE NO.:** 201821238457

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 23019, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **KMART** | B2YH4 | POLY FILL JACKET BLACK ONYX | 44 | 44 | 72.000  USD | 3,168.00  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 240098401383 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL  ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YH4 | **REFERENCE NO.** | 602P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 | |
| **VENDOR ITEM CODE** | WF8EK24021MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |
| **FACTORY NO.** | 103466 | | | |

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**    CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| **KMART** | B2YH4 | POLY FILL JACKET BLACK ONYX | 17 | 17 | 72.000  USD | 1,224.00  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 240098401805 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL  ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

# COMMERCIAL INVOICE

Page 2 of 6

**DATE:** August 22, 2018
**INVOICE NO.:** 201821238457

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**    Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YH4 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 |
| **VENDOR ITEM CODE** | WF8EK24021MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.**    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
**FTY MID NO.**    CNHAILIAHAI

| **KMART** | B2YH4 | POLY FILL JACKET VIOLET INDIGO | 13 | 13 | 72.000  USD | 936.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 240098401854 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL.
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YH4 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 |
| **VENDOR ITEM CODE** | WF8EK24021MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.**    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
**FTY MID NO.**    CNHAILIAHAI

# COMMERCIAL INVOICE

Page 3 of 6
DATE: August 22, 2018
INVOICE NO.: 201821238457

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB China

| KMART | B2YH4 | POLY FILL JACKET VIOLET INDIGO | | 6 CARTONS | 6 AST | 72.000 USD AST | 432.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 240098401862 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

| CONTRACT NO. | B2YH4 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | WF8EK24021MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.   103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.   CNHAILIAHAI

| KMART | B2YH4 | POLY FILL JACKET PARASAILING | | 12 CARTONS | 12 AST | 72.000 USD AST | 864.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 240098402548 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

# COMMERCIAL INVOICE

Page 4 of 6

DATE: August 22, 2018

INVOICE NO.: 201821238457

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YH4 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | WF8EK24021MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.   103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.     CNHAILIAHAI

| KMART | B2YH4 | POLY FILL JACKET PARASAILING | 6 CARTONS | 6 AST | 72.000 USD AST | 432.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 240098402555 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC  ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE  FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 800MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YH4 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | WF8EK24021MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.   103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.     CNHAILIAHAI

# COMMERCIAL INVOICE

Page 5 of 6
DATE: August 22, 2018
INVOICE NO.: 201821238457

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB China

| KMART | B2YH4 | POLY FILL JACKET CERISE | | 20 CARTONS | 20 AST | 72.000 USD AST | 1,440.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 240098402613 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YH4 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | WF8EK24021MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |
| FACTORY NO. | 103466 | | | |
| HAIYAN LIANGCHEN GARMENT CO LTD | | | | |
| LIU ZHUANG VILLAGE, IND PARK | | | | |
| WEST TANG QIAO | | | | |
| HAIYAN | | | | |
| ZHEJIANG | | | | |
| China | | | | |
| FTY MID NO. | CNHAILIAHAI | | | |

| KMART | B2YH4 | POLY FILL JACKET CERISE | | 12 CARTONS | 12 AST | 84.000 USD AST | 1,008.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 240098402621 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WF8EK24021MI
DESCRIPTION : LADIES WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE , #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST WITH INVISIBLE FUNCTIONAL ZIPPER,
1 X INNER POCKET AT CHEST WITH PLASTIC FUNCTIONAL ZIPPER ,
LYCRA FOR STORM CUFFS WITH THUMB HOLES AND BUNGEE CODE WITH STOPPER AT HEM
EVERLAST REFLECTIVE LOGO PRINTED AT LEFT HEM
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
FABRICATION :
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST) ,
LINING : 100% POLYESTER
FILLER: 100% POLYESTER 200GSM DOWN TOUCH POLYFILL
HANGER CODE :KMSRO18
HANGER COST: $0.13/PC

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** August 22, 2018

**INVOICE NO.:** 201821238457

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YH4 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | WF8EK24021MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 130 | 130 | ASSORTMENTS | 9,504.00  USD |

TOTAL US DOLLARS NINE THOUSAND FIVE HUNDRED FOUR DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 4

DATE: August 29, 2018

INVOICE NO.: 201821459883

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YAQ | CPO WOOL BLEND MILBLACK ONYX | 9 CARTONS | 9 AST | 94.000 USD AST | 846.00 USD |
| ITEM: | 310016298234 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WTTH POCKET FLAP AT CHEST,
2 POCKET WTTH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YAQ | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 046 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | MF8BE31921MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINFUXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YAQ | CPO WOOL BLEND MILBLACK ONYX | 2 CARTONS | 2 AST | 141.000 USD AST | 282.00 USD |
| ITEM: | 310016298853 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WTTH POCKET FLAP AT CHEST,
2 POCKET WTTH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 2 of 4

DATE: August 29, 2018

INVOICE NO.: 201821459883

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| CONTRACT NO. | B2YAQ | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | MF8BE31921MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| KMART | B2YAR | CPO WOOL BLEND MILM BLACK ONYX | | 3 | 18 | 23.500  USD | 423.00  USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 310016297319 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 6  PIECES | | | | | | |

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR016
HANGER COST $0.130/PC

| CONTRACT NO. | B2YAR | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | MF8BE31921MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

# COMMERCIAL INVOICE

Page 3 of 4

DATE: August 29, 2018

INVOICE NO.: 201821459883

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB China

| KMART | B2YAR | CPO WOOL BLEND MILL BLACK ONYX | 4 CARTONS | 24 PIECES | 23.500 USD PIECES | 564.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 310016297707 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 6 PIECES | | | | | |

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
 SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YAR | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 046 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | MF8BE31921MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |
| FACTORY NO. | 032369 | | | |

PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China

FTY MID NO.    CNPINFUXPIN

| KMART | B2YAR | CPO WOOL BLEND MILXL BLACK ONYX | 2 CARTONS | 12 PIECES | 23.500 USD PIECES | 282.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 310016298135 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 6 PIECES | | | | | |

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
 SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** August 29, 2018

**INVOICE NO.:** 201821459883

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YAR | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 046 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | MF8BE31921MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.          032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.          CNPINFUXPIN

**PAYMENT TERM**          Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**          OPEN ACCOUNT
**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 20 | 54 | PIECES | 2,397.00  USD |
| | | 11 | ASSORTMENTS | |

TOTAL US DOLLARS TWO THOUSAND THREE HUNDRED NINETY-SEVEN DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 5

**DATE:** August 29, 2018

**INVOICE NO.:** 201821459998

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YAQ | CPO WOOL BLEND MILBLACK ONYX | 11 CARTONS | 11 AST | 94.000 USD AST | 1,034.00 USD |
| ITEM: | 310016298234 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| | | STYLE MF8BE31921MM DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT HOOD WITH LINING , RIB COLLAR , LONG SLEEVE, QULITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE, SNAP ON FRONT PLACKET AND POCKET FLAP , 2 POCKET WITH POCKET FLAP AT CHEST, 2 POCKET WITH POCKET FLAP AT WAIST , TURN BACK STITCHING HEM FABRICATION : SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN LINING : 100% POLYESTER 210T TAFFETA POLY SHEETING FILLER -BODY & SLEEVE 4OZ HANGER CODE: KMSR018 HANGER COST $0.130/PC | | | | |
| | CONTRACT NO. | B2YAQ | REFERENCE NO. | 802P | | |
| | DC CODE | PCD | DEPARTMENT NO. | 046 | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 9130 | | |
| | VENDOR ITEM CODE | MF8BE31921MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | | |
| | FACTORY NO. | 032369 | | | | |
| | PINGHU FUXING GARMENT CO LTD | | | | | |
| | WAIGUANQIAO, NANMEN | | | | | |
| | DANGHU TOWN | | | | | |
| | PINGHU | | | | | |
| | ZHEJIANG | | | | | |
| | China | | | | | |
| | FTY MID NO. | CNPINFUXPIN | | | | |
| KMART | B2YAQ | CPO WOOL BLEND MILBLACK ONYX | 2 CARTONS | 2 AST | 141.000 USD AST | 282.00 USD |
| ITEM: | 310016298853 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| | | STYLE MF8BE31921MM DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT HOOD WITH LINING , RIB COLLAR , LONG SLEEVE, QULITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE, SNAP ON FRONT PLACKET AND POCKET FLAP , 2 POCKET WITH POCKET FLAP AT CHEST, 2 POCKET WITH POCKET FLAP AT WAIST , TURN BACK STITCHING HEM FABRICATION : SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN LINING : 100% POLYESTER 210T TAFFETA POLY SHEETING FILLER -BODY & SLEEVE 4OZ HANGER CODE: KMSR018 HANGER COST $0.130/PC | | | | |

# COMMERCIAL INVOICE

Page 2 of 5

DATE: August 29, 2018

INVOICE NO.: 201821459996

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | |
|---|---|
| CONTRACT NO. | B2YAQ |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | MF8BE31921MM |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 802P |
| DEPARTMENT NO. | 046 |
| VENDOR NO. | 9130 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 434, RNONE |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| KMART | B2YAR | CPO WOOL BLEND MILS BLACK ONYX | 1 CARTONS | 6 PIECES | 23.500 USD PIECES | 141.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 310016296956 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 6 PIECES |

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | |
|---|---|
| CONTRACT NO. | B2YAR |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | MF8BE31921MM |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 046 |
| VENDOR NO. | 9130 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 434, RNONE |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

# COMMERCIAL INVOICE

Page 3 of 5

DATE: August 29, 2018

INVOICE NO.: 201821459998

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| KMART | B2YAR | CPO WOOL BLEND MILM BLACK ONYX | | 4 CARTONS | 24 PIECES | 23.500 USD PIECES | 564.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 310016297319 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 6 PIECES | | | | | | |

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | B2YAR | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | MF8BE31921MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

FACTORY NO.   032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.   CNPINFUXPIN

| KMART | B2YAR | CPO WOOL BLEND MILL BLACK ONYX | | 4 CARTONS | 24 PIECES | 23.500 USD PIECES | 564.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 310016297707 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 6 PIECES | | | | | | |

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QULITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 4 of 5

DATE: August 29, 2018

INVOICE NO.: 201821459998

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | |
|---|---|---|
| CONTRACT NO. | B2YAR | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | MF8BE31921MM | |
| BINDING RULING # OR PRECLASS # | | |

| | | |
|---|---|---|
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 046 |
| VENDOR NO. | 9130 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 434, RNONE |

FACTORY NO.          032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.          CNPINFUXPIN

| KMART | B2YAR | CPO WOOL BLEND MILXL BLACK ONYX | 3 CARTONS | 18 PIECES | 23.500 USD PIECES | 423.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 310016298135 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 6 PIECES | | | | | |

STYLE MF8BE31921MM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | |
|---|---|---|
| CONTRACT NO. | B2YAR | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | MF8BE31921MM | |
| BINDING RULING # OR PRECLASS # | | |

| | | |
|---|---|---|
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 046 |
| VENDOR NO. | 9130 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 434, RNONE |

FACTORY NO.          032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.          CNPINFUXPIN

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** August 29, 2018

**INVOICE NO.:** 201621459998

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| PAYMENT TERM | Open Acct |
| --- | --- |
| **ORDER PAYMENT TERMS** | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
| --- | --- | --- | --- | --- |
| TOTAL INVOICE | 25 | | | 3,008.00  USD |
| | | 72 | PIECES | |
| | | 13 | ASSORTMENTS | |

TOTAL US DOLLARS THREE THOUSAND EIGHT DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
| --- | --- |
| **EMPLOYEE NAME** | SANDRA TSUI |
| **EMPLOYEE TITLE** | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 5

**DATE:** September 05, 2018

**INVOICE NO.:** 201821149511

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YR8 | CHANTAL QUILTED JACKBLACK ONYX | 71 CARTONS | 71 AST | 108.000 USD AST | 7,668.00 USD |
| ITEM: | 240039502737 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WF8JS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5L SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER QUILTED FOR WHOLE GARMENT
PU PIPING FOR NECKLINE, CENTER PIPING, CUFF EDGE, PLACKET EDGE AND HEM EDGE
2X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST$0.13/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YR8 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | WF8JS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINOXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YR8 | CHANTAL QUILTED JACKBLACK ONYX | 38 CARTONS | 38 AST | 126.000 USD AST | 4,788.00 USD |
| ITEM: | 240039502745 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WF8JS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5L SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER QUILTED FOR WHOLE GARMENT
PU PIPING FOR NECKLINE, CENTER PIPING, CUFF EDGE, PLACKET EDGE AND HEM EDGE
2X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST$0.13/PC

# COMMERCIAL INVOICE

Page 2 of 5
DATE: September 05, 2018
INVOICE NO.: 201821149511

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| CONTRACT NO. | B2YR8 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | WF8JS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103824
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINOXPIN

| KMART | B2YR8 | CHANTAL QUILTED JACKBLACK ONYX | 3 | 3 | 180.000 USD | 540.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 240039502752 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WF8JS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5L SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER QUILTED FOR WHOLE GARMENT
PU PIPING FOR NECKLINE, CENTER PIPING, CUFF EDGE, PLACKET EDGE AND HEM EDGE
2X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST$0.13/PC

| CONTRACT NO. | B2YR8 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | WF8JS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103824
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINOXPIN

| KMART | B2YR9 | WF8JSS24036MI JS SERBLACK ONYX LEOPARD | 160 | 160 | 105.000 USD | 16,800.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 240039502810 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WF8JS24036MI

# COMMERCIAL INVOICE

Page 3 of 5
DATE: September 05, 2018
INVOICE NO.: 201821149511

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE, 3OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
HALF MOON NECKSEAM
FULLY LINING, 4PCS #45L POLY BUTTON AT CENTER FRONT
2 X FRONT POCKETS WTIH BUTTON AT WAIST
SELF FABRIC TAB WITH BUTTON AT BACK WAIST, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ,600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE KMSR018
HANGER COST$0.13/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YR9 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 | |
| **VENDOR ITEM CODE** | WF8JS24036MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |

**FACTORY NO.**    103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
**FTY MID NO.**    CNPINOXPIN

| KMART | B2YR9 | WF8JSS24036MI JS SERBLACK ONYX LEOPARD | | 62 | 62 | 140.000 USD | 8,680.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 240039630058 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE WF8JS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE, 3OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
HALF MOON NECKSEAM
FULLY LINING, 4PCS #45L POLY BUTTON AT CENTER FRONT
2 X FRONT POCKETS WTIH BUTTON AT WAIST
SELF FABRIC TAB WITH BUTTON AT BACK WAIST, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ,600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE KMSR018
HANGER COST$0.13/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YR9 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 | |
| **VENDOR ITEM CODE** | WF8JS24036MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |

**FACTORY NO.**    103624

# COMMERCIAL INVOICE

Page 4 of 5

**DATE:** September 05, 2018

**INVOICE NO.:** 201821149511

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
**FTY MID NO.**          CNPINOXPIN

| KMART | B2YR9 | WF8JSS24036MI JS SERBLACK ONYX LEOPARD | 1 | 1 | 105.000 USD | 105.00 USD |
|-------|-------|------|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 240039631114
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT

STYLE WF8JS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE, 3OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
HALF MOON NECKSEAM
FULLY LINING, 4PCS #45L POLY BUTTON AT CENTER FRONT
2 X FRONT POCKETS WTIH BUTTON AT WAIST
SELF FABRIC TAB WITH BUTTON AT BACK WAIST, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ,600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE KMSR018
HANGER COST$0.13/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YR9 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 | |
| **VENDOR ITEM CODE** | WF8JS24036MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |

FACTORY NO.          103824
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
**FTY MID NO.**          CNPINOXPIN

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT
**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 335 | 335 | ASSORTMENTS | 38,581.00 USD |

TOTAL US DOLLARS THIRTY-EIGHT THOUSAND FIVE HUNDRED EIGHTY-ONE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 5 of 5

DATE: September 05, 2018

INVOICE NO.: 201821149511

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SANDRA TSUI |
| **EMPLOYEE TITLE** | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 5

DATE: August 15, 2018

INVOICE NO.: 201821149583

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China   SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YR8 | CHANTAL QUILTED JACKBLACK ONYX | 74 CARTONS | 74 AST | 108.000 USD AST | 7,992.00 USD |
| ITEM: | 240039502737 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WF8JS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5L SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER QUILTED FOR WHOLE GARMENT
PU PIPING FOR NECKLINE, CENTER PIPING, CUFF EDGE, PLACKET EDGE AND HEM EDGE
2X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST$0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YR8 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | WF8JS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.   103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.   CNPINOXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YR8 | CHANTAL QUILTED JACKBLACK ONYX | 39 CARTONS | 39 AST | 126.000 USD AST | 4,914.00 USD |
| ITEM: | 240039502745 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WF8JS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5L SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER QUILTED FOR WHOLE GARMENT
PU PIPING FOR NECKLINE, CENTER PIPING, CUFF EDGE, PLACKET EDGE AND HEM EDGE
2X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST$0.13/PC

# COMMERCIAL INVOICE

Page 2 of 5

**DATE:** August 15, 2018

**INVOICE NO.:** 201821149583

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YR8 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | WF8JS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.        103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.        CNPINOXPIN

| KMART | B2YR8 | CHANTAL QUILTED JACKBLACK ONYX | | 4 | 4 | 180.000 USD | 720.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 240039502752 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WF8JS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5L SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER QUILTED FOR WHOLE GARMENT
PU PIPING FOR NECKLINE, CENTER PIPING, CUFF EDGE, PLACKET EDGE AND HEM EDGE
2X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 800MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST$0.13/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YR8 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | WF8JS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.        103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.        CNPINOXPIN

| KMART | B2YR9 | WF8JSS24036MI JS SERBLACK ONYX LEOPARD | | 166 | 166 | 105.000 USD | 17,430.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 240039502810 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WF8JS24036MI

# COMMERCIAL INVOICE

Page 3 of 5

**DATE:** August 15, 2018

**INVOICE NO.:** 201821149583

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE, 3OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
HALF MOON NECKSEAM
FULLY LINING, 4PCS #45L POLY BUTTON AT CENTER FRONT
2 X FRONT POCKETS WTIH BUTTON AT WAIST
SELF FABRIC TAB WITH BUTTON AT BACK WAIST, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ,600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE KMSR018
HANGER COST$0.13/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YR9 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 | |
| **VENDOR ITEM CODE** | WF8JS24036MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |

**FACTORY NO.**  103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

**FTY MID NO.**  CNPINOXPIN

| KMART | B2YR9 | WF8JSS24036MI JS SERBLACK ONYX LEOPARD | 65 | 65 | 140.000 USD | 9,100.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 240039630058 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE WF8JS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE, 3OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
HALF MOON NECKSEAM
FULLY LINING, 4PCS #45L POLY BUTTON AT CENTER FRONT
2 X FRONT POCKETS WTIH BUTTON AT WAIST
SELF FABRIC TAB WITH BUTTON AT BACK WAIST, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ,600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE KMSR018
HANGER COST$0.13/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YR9 | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 | |
| **VENDOR ITEM CODE** | WF8JS24036MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |

**FACTORY NO.**  103624

# COMMERCIAL INVOICE

Page 4 of 5

DATE: August 15, 2018

INVOICE NO.: 201821149563

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
**FTY MID NO.**       CNPINOXPIN

| KMART | B2YR9 | WF8JSS24036MI JS SERBLACK ONYX LEOPARD | 1 | 1 | 105.000 USD | 105.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 240039631114

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

STYLE WF8JS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE, 3OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
HALF MOON NECKSEAM
FULLY LINING, 4PCS #45L POLY BUTTON AT CENTER FRONT
2 X FRONT POCKETS WTIH BUTTON AT WAIST
SELF FABRIC TAB WITH BUTTON AT BACK WAIST, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ,600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE KMSR018
HANGER COST$0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YR9 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | WF8JS24036MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.       103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
**FTY MID NO.**       CNPINOXPIN

**PAYMENT TERM**       Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**       OPEN ACCOUNT

**LC#**       NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 349 | 349 | ASSORTMENTS | 40,261.00 USD |

TOTAL US DOLLARS FORTY THOUSAND TWO HUNDRED SIXTY-ONE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 5 of 5

DATE: August 15, 2018

INVOICE NO.: 201821149563

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 6

**DATE:** September 12, 2018

**INVOICE NO.:** 201821678972

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YQJ | GIRLS BUBBLE JACKET BLACK ONYX | 191 CARTONS | 191 AST | 71.600 USD AST | 13,675.60 USD |
| ITEM: | 390098824717 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 804C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |
| FACTORY NO. | 103466 | | | |

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**   CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YQJ | GIRLS BUBBLE JACKET BLACK ONYX | 17 CARTONS | 17 AST | 71.600 USD AST | 1,217.20 USD |
| ITEM: | 390098824782 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

# COMMERCIAL INVOICE

Page 2 of 6

**DATE:** September 12, 2018

**INVOICE NO.:** 201821678972

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | |
|---|---|---|
| **CONTRACT NO.** | B2YQJ | |
| **DC CODE** | CCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | GF8AT39429BG | |
| **BINDING RULING # OR PRECLASS #** | | |

| | |
|---|---|
| **REFERENCE NO.** | 804C |
| **DEPARTMENT NO.** | 049 |
| **VENDOR NO.** | 9130 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 635, RNONE |

**FACTORY NO.**    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**    CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET VIOLET INDIGO COL BL | 96 CARTONS | 96 AST | 71.600 USD AST | 6,673.60 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 390098825037 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| | | |
|---|---|---|
| **CONTRACT NO.** | B2YQJ | |
| **DC CODE** | CCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | GF8AT39429BG | |
| **BINDING RULING # OR PRECLASS #** | | |

| | |
|---|---|
| **REFERENCE NO.** | 804C |
| **DEPARTMENT NO.** | 049 |
| **VENDOR NO.** | 9130 |
| **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **CATEGORY** | 635, RNONE |

**FACTORY NO.**    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**    CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET VIOLET INDIGO COL BL | 40 CARTONS | 40 AST | 71.600 USD AST | 2,864.00 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 390098825045 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 3 of 6
DATE: September 12, 2018
INVOICE NO.: 201821678972

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| CONTRACT NO. | B2YQJ | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
BAY
China
FTY MID NO.    CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET FANDANGO PINK | 132 | 132 | 71.600 USD | 9,451.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 390098825102 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| CONTRACT NO. | B2YQJ | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG

# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 12, 2018

INVOICE NO.: 201821676972

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

China

FTY MID NO.          CNHAILIAHAI

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| KMART | B2YQJ | GIRLS BUBBLE JACKET FANDANGO PINK | | 60 | 60 | 71.600 USD | 4,296.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:          390098825151
MADE IN        CHINA (MAINLAND)
CONTENTS       1 ASSORTMENT

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| CONTRACT NO. | B2YQJ | REFERENCE NO. | 604C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.          103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.          CNHAILIAHAI

| KMART | B2YVR | GIRLS BUBBLE PRINT JFUCHSIA RED | | 96 | 96 | 75.200 USD | 7,219.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:          390099042913
MADE IN        CHINA (MAINLAND)
CONTENTS       1 ASSORTMENT

STYLE GF8AT39428BG
DESCRIPTION : BIG KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 XHIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
FABRICATION :
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
LINING.100% POLYESTER. FILLER. 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE #498B , HANGER COST $0.06/PC, (2PCS PER ASSORTMENT)
HANGER CODE #485B , HANGER COST$0.07/PC (6PCS PER ASSORTMENT)

# COMMERCIAL INVOICE

Page 5 of 6
DATE: September 12, 2018
INVOICE NO.: 201821678972

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YVR | REFERENCE NO. | 804C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39428BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.        103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.        CNHAILIAHAI

| KMART | B2YVR | GIRLS BUBBLE PRINT JFUSCHIA RED | 40 | 40 | 75.200 USD | 3,008.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 390099062978 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39428BG
DESCRIPTION : BIG KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 XHIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM, LYCRA POLYESTER KNIT AT SLEEVE CUFFS
FABRICATION :
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
LINING: 100% POLYESTER. FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE #498B , HANGER COST $0.06/PC, (3PCS PER ASSORTMENT)
HANGER CODE #485B,HANGER COST$0.07/PC (5PCS PER ASSORTMENT)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YVR | REFERENCE NO. | 804C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39428BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.        103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.        CNHAILIAHAI

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** September 12, 2018

**INVOICE NO.:** 201821678972

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 672 | 672 | ASSORTMENTS | 48,604.80  USD |

TOTAL US DOLLARS FORTY-EIGHT THOUSAND SIX HUNDRED FOUR DOLLARS AND EIGHTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 12, 2018

INVOICE NO.: 201821679293

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YQJ | GIRLS BUBBLE JACKET BLACK ONYX | 240 CARTONS | 240 AST | 71.600 USD AST | 17,184.00 USD |
| ITEM: | 390098824717 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (8 PCS PER ASSORTMENT)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |
| FACTORY NO. | 103466 | | | |

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YQJ | GIRLS BUBBLE JACKET BLACK ONYX | 21 CARTONS | 21 AST | 71.600 USD AST | 1,503.60 USD |
| ITEM: | 390098824782 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (8 PCS PER ASSORTMENT)

# COMMERCIAL INVOICE

Page 2 of 6

DATE: September 12, 2018

INVOICE NO.: 201821679293

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET VIOLET INDIGO COL BL | 123 CARTONS | 123 AST | 71.600 USD AST | 8,806.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 390098825037 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST,BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET VIOLET INDIGO COL BL | 51 CARTONS | 51 AST | 71.600 USD AST | 3,651.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 390098825045 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 3 of 6
DATE: September 12, 2018
INVOICE NO.: 201821679293

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

| | |
|---|---|
| SHIPPED FROM: Shanghai, China | SHIPPED TO:  Chambersburg , PA |
| MODE OF TRANSPORTATION:  Ocean | |
| | FOB China |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (8 PCS PER ASSORTMENT)

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| KMART | B2YQJ | GIRLS BUBBLE JACKET FANDANGO PINK | 162 CARTONS | 162 AST | 71.600 USD | 11,599.20 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 390098825102 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (8 PCS PER ASSORTMENT)

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YQJ | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG

# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 12, 2018

INVOICE NO.: 201821679293

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

China

FTY MID NO.          CNHAILIAHAI

**TO:**          KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| KMART | B2YQJ | GIRLS BUBBLE JACKET FANDANGO PINK | | 76 CARTONS | 76 AST | 71.600 USD AST | 5,441.60 USD |
|-------|-------|-----------------------------------|--|----|----|----|----|
| ITEM: | 390098825151 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE GF8AT39429BG
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LING SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST,BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE 498B , HANGER COST$0.06/PC(2PCS PER ASSORTMENT)
HANGER CODE 485B , HANGER COST $0.07/PC (6 PCS PER ASSORTMENT)

| CONTRACT NO. | B2YQJ | REFERENCE NO. | 604P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | GF8AT39429BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.          103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.          CNHAILIAHAI

| KMART | B2YVR | GIRLS BUBBLE PRINT JFUCHSIA RED | | 123 CARTONS | 123 AST | 75.200 USD AST | 9,249.60 USD |
|-------|-------|---------------------------------|--|----|----|----|----|
| ITEM: | 390099042913 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE GF8AT39428BG
DESCRIPTION : BIG KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 XHIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
FABRICATION :
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
LINING:100% POLYESTER. FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE #498B , HANGER COST $0.06/PC, (2PCS PER ASSORTMENT)
HANGER CODE #485B , HANGER COST$0.07/PC (6PCS PER ASSORTMENT)

# COMMERCIAL INVOICE

Page 5 of 6

**DATE:** September 12, 2018

**INVOICE NO.:** 201821879293

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YVR | **REFERENCE NO.** | 804P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 |
| **VENDOR ITEM CODE** | GF8AT39428BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.** 103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
**FTY MID NO.** CNHAILIAHAI

| KMART | B2YVR | GIRLS BUBBLE PRINT JFUSCHIA RED | 51 CARTONS | 51 AST | 75.200 USD AST | 3,835.20 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 390099062978 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

STYLE GF8AT39428BG
DESCRIPTION : BIG KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 XHIP POCKET AT WAIST, BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
FABRICATION :
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
LINING:100% POLYESTER. FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE #498B , HANGER COST $0.06/PC, (3PCS PER ASSORTMENT)
HANGER CODE #485B,HANGER COST$0.07/PC (5PCS PER ASSORTMENT)

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YVR | **REFERENCE NO.** | 804P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 049 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9130 |
| **VENDOR ITEM CODE** | GF8AT39428BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.** 103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
**FTY MID NO.** CNHAILIAHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** September 12, 2018

**INVOICE NO.:** 201821679293

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 847 | 847 | ASSORTMENTS | 61,271.60  USD |

TOTAL US DOLLARS SIXTY-ONE THOUSAND TWO HUNDRED SEVENTY-ONE DOLLARS AND SIXTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 2

DATE: September 12, 2018

INVOICE NO.: 201821863365

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YFP | HOODED COTTON CANVASERMINE | 42 CARTONS | 42 AST | 136.500 USD AST | 5,733.00 USD |
| ITEM: | 310016296931 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

MF8NW31700MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
SWEEP IS SELF BEND BACK HEM WITH SINGLE NEEDLE TOPSTITCH
AT TOP AND BOTTOM EDGE.
CLEAN FINISHED AT INSIDE W/ LINING,
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
WASHING EFFECT - 30 MINUTE ENZYME GARMENT WASH
FABRICATION:
ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE : KMSR018
HANGER COST:$0.13/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YFP | REFERENCE NO. | 804C |
| DC CODE | CCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | MF8NW31700MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.    103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINOXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YFP | HOODED COTTON CANVASERMINE | 30 CARTONS | 30 AST | 117.000 USD AST | 3,510.00 USD |
| ITEM: | 310016296949 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

MF8NW31700MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
SWEEP IS SELF BEND BACK HEM WITH SINGLE NEEDLE TOPSTITCH
AT TOP AND BOTTOM EDGE.
CLEAN FINISHED AT INSIDE W/ LINING,
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,

# COMMERCIAL INVOICE

Page 2 of 2

DATE: September 12, 2018

INVOICE NO.: 201821863365

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

WASHING EFFECT - 30 MINUTE ENZYME GARMENT WASH
FABRICATION:
ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X80 /16+18X10+10, PEACH CANVAS, WOVEN,
UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/84X54,
YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE : KMSR018
HANGER COST:$0.13/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YFP | REFERENCE NO. | 804C |
| DC CODE | CCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | MF8NW31700MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.        103824
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.        CNPINOXPIN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 72 | 72 | ASSORTMENTS | 9,243.00  USD |

TOTAL US DOLLARS NINE THOUSAND TWO HUNDRED FORTY-THREE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 2

DATE: September 12, 2016

INVOICE NO.: 201821863398

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YFP | HOODED COTTON CANVASERMINE | 52 | 52 | 136.500 USD | 7,098.00 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 310016296931 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

MF8NW31700MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
SWEEP IS SELF BEND HEM WITH SINGLE NEEDLE TOPSTITCH
AT TOP AND BOTTOM EDGE.
CLEAN FINISHED AT INSIDE W/ LINING.
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
WASHING EFFECT - 30 MINUTE ENZYME GARMENT WASH
FABRICATION:
ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE : KMSR018
HANGER COST:$0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2YFP | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 046 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 | |
| VENDOR ITEM CODE | MF8NW31700MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE | |

FACTORY NO.    103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINOXPIN

| KMART | B2YFP | HOODED COTTON CANVASERMINE | 40 | 40 | 117.000 USD | 4,680.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 310016296949 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

MF8NW31700MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE, 2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
SWEEP IS SELF BEND BACK HEM WITH SINGLE NEEDLE TOPSTITCH
AT TOP AND BOTTOM EDGE.
CLEAN FINISHED AT INSIDE W/ LINING.
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,

# COMMERCIAL INVOICE

Page 2 of 2

DATE: September 12, 2018

INVOICE NO.: 201821863398

9130
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

WASHING EFFECT - 30 MINUTE ENZYME GARMENT WASH
FABRICATION:
ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE : KMSR018
HANGER COST:$0.13/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YFP | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9130 |
| VENDOR ITEM CODE | MF8NW31700MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.        103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.        CNPINOXPIN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 92 | 92 | ASSORTMENTS | 11,778.00  USD |

TOTAL US DOLLARS ELEVEN THOUSAND SEVEN HUNDRED SEVENTY-EIGHT DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 9

DATE: August 15, 2018

INVOICE NO.: 201820920847

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SM4463 | 77/6 11/ FUSCHIA RED PRINT | 14 CARTONS | 14 AST | 69.200 USD AST | 968.80 USD |
| **ITEM:** | 300098817620 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 677 | | | | | |
| **SEARS ITEM/SKU** | 59458/ | | | | | |

STYLE GF8RC23446JG
DESCRIPTION :GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X HIP POCKET AT WAIST , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH.
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL :100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER :100% POLYESTER 200 GSM DOWN TOUCH POLYFILL
HANGER CODE#498B    HANGER COST $0.06/PC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4463 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 |
| **VENDOR ITEM CODE** | GF8RC23446JG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

FACTORY NO.        103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.        CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SM4463 | 77/6 11/ FUSCHIA RED PRINT | 31 CARTONS | 31 AST | 69.200 USD AST | 2,145.20 USD |
| **ITEM:** | 300098817679 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 677 | | | | | |
| **SEARS ITEM/SKU** | 59458/ | | | | | |

STYLE GF8RC23446JG
DESCRIPTION :GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X HIP POCKET AT WAIST , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH.
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL :100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER :100% POLYESTER 200 GSM DOWN TOUCH POLYFILL
HANGER CODE#498B    HANGER COST $0.06/PC

# COMMERCIAL INVOICE

Page 2 of 9

DATE: August 15, 2016

INVOICE NO.: 201820920847

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | |
|---|---|---|
| CONTRACT NO. | SM4463 | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | GF8RC23446JG | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 803C |
| DEPARTMENT NO. | 034 |
| VENDOR NO. | 9131 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 635, RNONE |

FACTORY NO.        103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.        CNHAILIAHAI

| SEARS | SM4470 | 77/6 11/ BLACK ONYX | | 48 | 48 | 66.000  USD | 3,168.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 300098819840 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 05946/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B    HANGER COST$0.06/PC

| | | |
|---|---|---|
| CONTRACT NO. | SM4470 | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | GF8RC23447JG | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 803C |
| DEPARTMENT NO. | 034 |
| VENDOR NO. | 9131 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 635, RNONE |

FACTORY NO.        103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.        CNHAILIAHAI

# COMMERCIAL INVOICE

Page 3 of 9
DATE: August 15, 2018
INVOICE NO.: 201820920847

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | SM4470 | 77/6 11/ BLACK ONYX | 70 | 70 | 66.000 USD | 4,620.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 300098819865 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 05946/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B        HANGER COST$0.06/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

| | |
|---|---|
| FACTORY NO. | 103466 |

HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China

| | |
|---|---|
| FTY MID NO. | CNHAILIAHAI |

| SEARS | SM4470 | 77/6 11/ PARACHUT PURPL | 101 | 101 | 66.000 USD | 6,666.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 300098820129 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59460/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B        HANGER COST$0.06/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 |

# COMMERCIAL INVOICE

Page 4 of 9

**DATE:** August 15, 2018

**INVOICE NO.:** 201820920847

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | |
|---|---|
| **FACTORY NO.** | 103466 |
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| **FTY MID NO.** | CNHAILIAHAI |

| SEARS | SM4470 | 77/6 11/ FANDANGO PINK | | 17 | 17 | 66.000 USD | 1,122.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 300098820194 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59461/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B      HANGER COST$0.06/PC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4470 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 |
| **VENDOR ITEM CODE** | GF8RC23447JG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 635 |

| | |
|---|---|
| **FACTORY NO.** | 103466 |
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| **FTY MID NO.** | CNHAILIAHAI |

| SEARS | SM4470 | 77/6 11/ FANDANGO PINK | | 42 | 42 | 66.000 USD | 2,772.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 300098820210 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59461/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.

# COMMERCIAL INVOICE

Page 5 of 9

DATE: August 15, 2018

INVOICE NO.: 201820920847

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B    HANGER COST$0.06/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 | |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| SEARS | SM4470 | 77/6 11/ PARACHUT PRUPL | | 85 | 85 | 66.000 USD | 4,290.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 300098825532 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59460/ | | | | | | |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B    HANGER COST$0.06/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 | |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

# COMMERCIAL INVOICE

Page 6 of 9

**DATE:** August 15, 2018

**INVOICE NO.:** 201820920847

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SM4487 | 77/6 12/ BLACK ONYX COL | | 91 | 91 | 71.600 USD | 6,515.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 230098821119 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 677 | | | | | | |
| **SEARS ITEM/SKU** | 59462/ | | | | | | |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4487 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | |
| **VENDOR ITEM CODE** | GF8RC23447MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |
| **FACTORY NO.** | 103466 | | | |

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**    CNHAILIAHAI

| SEARS | SM4487 | 77/6 12/ BLACK ONYX COL | | 334 | 334 | 71.600 USD | 23,914.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 230098821143 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 677 | | | | | | |
| **SEARS ITEM/SKU** | 59462/ | | | | | | |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

# COMMERCIAL INVOICE

Page 7 of 9

DATE: August 15, 2018

INVOICE NO.: 201820920847

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SM4487 | REFERENCE NO. | 803C | | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | | |

FACTORY NO.          103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.          CNHAILIAHAI

| SEARS | SM4487 | 77/6 12/ PARACHUT PURPL | | 224 | 224 | 71.600 USD | 16,038.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 230098821218 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59463/ | | | | | | |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SM4487 | REFERENCE NO. | 803C | | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 | | |

FACTORY NO.          103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.          CNHAILIAHAI

# COMMERCIAL INVOICE

Page 8 of 9

**DATE:** August 15, 2018

**INVOICE NO.:** 201820920847

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SM4487 | 77/6 12/ PARACHUT PURPL | | 75 | 75 | 80.550 USD | 6,041.25 USD |
|-------|--------|-------------------------|---|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 230098821234 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59463/ |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST,BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM4487 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 |
| **VENDOR ITEM CODE** | GF8RC23447MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 635 |

**FACTORY NO.**   103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**   CNHAILIAHAI

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|--------------------|--------------------------|---|--------------|
| **TOTAL INVOICE** | 1,112 | 1,112 | ASSORTMENTS | 78,261.65 USD |

TOTAL US DOLLARS SEVENTY-EIGHT THOUSAND TWO HUNDRED SIXTY-ONE DOLLARS AND SIXTY-FIVE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 9 of 9

**DATE:** August 15, 2018

**INVOICE NO.:** 201820920847

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 4

**DATE:** August 15, 2018

**INVOICE NO.:** 201821097247

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SM4471 | 77/6 12/ FUSCHIA RED GW | | | 52 CARTONS | 52 AST | 73.520 USD AST | 3,823.04 USD |
| **ITEM:** | 230098822844 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |
| **SEARS DIV** | 677 | | | | | | | |
| **SEARS ITEM/SKU** | 59464/ | | | | | | | |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. .LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B    HANGER COST$0.07/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4471 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | |
| **VENDOR ITEM CODE** | GF8RC23446MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |
| **FACTORY NO.** | 103486 | | | |
| HAIYAN LIANGCHEN GARMENT CO LTD | | | | |
| LIU ZHUANG VILLAGE, IND PARK | | | | |
| WEST TANG QIAO | | | | |
| HAIYAN | | | | |
| ZHEJIANG | | | | |
| China | | | | |
| **FTY MID NO.** | CNHAILIAHAI | | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SM4471 | 77/6 12/ FUCHSIA RED GW | 184 CARTONS | 184 AST | 73.520 USD AST | 13,527.68 USD |
| **ITEM:** | 230098822851 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 677 | | | | | |
| **SEARS ITEM/SKU** | 59464/ | | | | | |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. .LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B    HANGER COST$0.07/PC

# COMMERCIAL INVOICE

Page 2 of 4

**DATE:** August 15, 2018

**INVOICE NO.:** 201821097247

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4471 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| SEARS | SM4471 | 77/6 12/ FANDANGO PINK | | 167 | 167 | 73.520 USD | 12,277.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 230098822901 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59485/ |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM..LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 800MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B    HANGER COST$0.07/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4471 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

# COMMERCIAL INVOICE

Page 3 of 4

DATE: August 15, 2018

INVOICE NO.: 201821097247

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SM4471 | 77/6 12/ FANDANGO PINK | | 44 | 44 | 73.520 USD | 3,234.88 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 230098822919 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59465/ |

STYLE GF8RC23448MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B   HANGER COST$0.07/PC

| CONTRACT NO. | SM4471 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23448MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |
| FACTORY NO. | 103466 | | |

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.   CNHAILIAHAI

| PAYMENT TERM | Open Acct |
|---|---|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 447 | 447 | ASSORTMENTS | 32,863.44 USD |

TOTAL US DOLLARS THIRTY-TWO THOUSAND EIGHT HUNDRED SIXTY-THREE DOLLARS AND FORTY-FOUR CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** August 15, 2018

**INVOICE NO.:** 201821097247

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SANDRA TSUI |
| **EMPLOYEE TITLE** | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 9

DATE: August 15, 2018

INVOICE NO.: 201821098028

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4463 | 77/6 11/ FUSCHIA RED PRINT | 11 CARTONS | 11 AST | 69.200 USD AST | 761.20 USD |
| ITEM: | 300098817620 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59458/ | | | | | |

STYLE GF8RC23446JG
DESCRIPTION :GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X HIP POCKET AT WAIST , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH.
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL :100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER :100% POLYESTER 200 GSM DOWN TOUCH POLYFILL
HANGER CODE#498B   HANGER COST $0.06/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4463 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23446JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4463 | 77/6 11/ FUSCHIA RED PRINT | 25 CARTONS | 25 AST | 69.200 USD AST | 1,730.00 USD |
| ITEM: | 300098817679 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59458/ | | | | | |

STYLE GF8RC23446JG
DESCRIPTION :GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X HIP POCKET AT WAIST , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH.
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL :100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER :100% POLYESTER 200 GSM DOWN TOUCH POLYFILL
HANGER CODE#498B   HANGER COST $0.06/PC

# COMMERCIAL INVOICE

Page 2 of 9

DATE: August 15, 2018

INVOICE NO.: 201821098028

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4463 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23446JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAiLIAHAI

| SEARS | SM4470 | 77/6 11/ BLACK ONYX | | 40 | 40 | 66.000 USD | 2,640.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 300098819840 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 05946/ | | | | | | |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B    HANGER COST$0.06/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

# COMMERCIAL INVOICE

Page 3 of 9

**DATE:** August 15, 2018

**INVOICE NO.:** 201821098028

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SM4470 | 77/6 11/ BLACK ONYX | | 57 | 57 | 66.000 USD | 3,762.00 USD |
|-------|--------|---------------------|---|-----|-----|-----------|--------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 300098819865 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 05946/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B    HANGER COST$0.06/PC

| CONTRACT NO. | SM4470 | REFERENCE NO. | 803P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

| FACTORY NO. | 103466 |
|-------------|--------|
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNHAILIAHAI |

| SEARS | SM4470 | 77/6 11/ PARACHUT PURPL | | 82 | 82 | 66.000 USD | 5,412.00 USD |
|-------|--------|-------------------------|---|-----|-----|-----------|--------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 300098820129 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59460/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B    HANGER COST$0.06/PC

| CONTRACT NO. | SM4470 | REFERENCE NO. | 803P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

# COMMERCIAL INVOICE

Page 4 of 9

**DATE:** August 15, 2018

**INVOICE NO.:** 201821098028

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | |
|---|---|
| FACTORY NO. | 103466 |
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNHAILIAHAI |

| SEARS | SM4470 | 77/6 11/ FANDANGO PINK | | 14 | 14 | 66.000 USD | 924.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 300098820194 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59461/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B   HANGER COST$0.06/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

| | |
|---|---|
| FACTORY NO. | 103466 |
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNHAILIAHAI |

| SEARS | SM4470 | 77/6 11/ FANDANGO PINK | | 34 | 34 | 66.000 USD | 2,244.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 300098820210 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59461/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.

# COMMERCIAL INVOICE

Page 5 of 9

DATE: August 15, 2018

INVOICE NO.: 201821098028

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 499B    HANGER COST$0.06/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 803P | | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | | |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| SEARS | SM4470 | 77/6 11/ PARACHUT PRUPL | | 53 | 53 | 66.000 USD | 3,498.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 300098825532 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59460/ | | | | | | |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 499B    HANGER COST$0.06/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 803P | | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | | |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

# COMMERCIAL INVOICE

Page 8 of 9

**DATE:** August 15, 2018

**INVOICE NO.:** 201821098028

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SM4471 | 77/8 12/ FUSCHIA RED GW | | 43 CARTONS | 43 AST | 73.520 USD | 3,161.36 USD |
|-------|--------|------------------------|--|-----------|--------|-----------|--------------|
| **ITEM:** | 230098822844 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 677 | | | | | | |
| **SEARS ITEM/SKU** | 59464/ | | | | | | |

STYLE GF8RC23448MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM...LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B   HANGER COST$0.07/PC

| | | | | |
|--|--|--|--|--|
| **CONTRACT NO.** | SM4471 | **REFERENCE NO.** | 803P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | |
| **VENDOR ITEM CODE** | GF8RC23448MZ | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |
| **FACTORY NO.** | 103466 | | | |

HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China

**FTY MID NO.**    CNHAILIAHAI

| SEARS | SM4487 | 77/8 12/ BLACK ONYX COL | | 74 CARTONS | 74 AST | 71.600 USD | 5,298.40 USD |
|-------|--------|------------------------|--|-----------|--------|-----------|--------------|
| **ITEM:** | 230098821119 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 677 | | | | | | |
| **SEARS ITEM/SKU** | 59462/ | | | | | | |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

# COMMERCIAL INVOICE

Page 7 of 9
DATE: August 15, 2018
INVOICE NO.: 201821098028

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4487 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| SEARS | SM4487 | 77/8 12/ BLACK ONYX COL | 273 | 273 | 71.600 USD | 19,546.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 230098821143 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59462/ | | | | | |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4487 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

# COMMERCIAL INVOICE

Page 8 of 9

DATE: August 15, 2018

INVOICE NO.: 201821098028

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SM4487 | 77/6 12/ PARACHUT PURPL | | 184 | 184 | 71.600  USD | 13,174.40  USD |
|-------|--------|------------------------|--|-----|-----|-------------|----------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 230098821218 |
|-------|-------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59463/ |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH ,
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

| CONTRACT NO. | SM4487 | REFERENCE NO. | 803P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103468

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| SEARS | SM4487 | 77/6 12/ PARACHUT PURPL | | 61 | 61 | 80.550  USD | 4,913.55  USD |
|-------|--------|------------------------|--|-----|-----|-------------|----------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 230098821234 |
|-------|-------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59463/ |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

# COMMERCIAL INVOICE

Page 9 of 9

DATE: August 15, 2018

INVOICE NO.: 201821098028

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB China

| | | |
|---|---|---|
| CONTRACT NO. | SM4487 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | GF8RC23447MZ | |
| BINDING RULING # OR PRECLASS # | | |
| | | |
| FACTORY NO. | 103466 | |

| | |
|---|---|
| REFERENCE NO. | 803P |
| DEPARTMENT NO. | 034 |
| VENDOR NO. | 9131 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 635, RNONE |

HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China

FTY MID NO.        CNHAILIAHAI

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 951 | 951 | ASSORTMENTS | 67,065.71  USD |

TOTAL US DOLLARS SIXTY-SEVEN THOUSAND SIXTY-FIVE DOLLARS AND SEVENTY-ONE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 3
DATE: August 15, 2018
INVOICE NO.: 201821098161

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China        SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean
FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4471 | 77/8 12/ FUCHSIA RED GW | 150 CARTONS | 150 AST | 73.520 USD AST | 11,028.00 USD |

ITEM: 230098822851
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT
SEARS DIV: 677
SEARS ITEM/SKU: 59464/

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B   HANGER COST$0.07/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4471 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.        103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.        CNHAILIAHAI

| SEARS | SM4471 | 77/8 12/ FANDANGO PINK | 137 CARTONS | 137 AST | 73.520 USD AST | 10,072.24 USD |
|---|---|---|---|---|---|---|

ITEM: 230098822901
MADE IN: CHINA (MAINLAND)
CONTENTS: 1 ASSORTMENT
SEARS DIV: 677
SEARS ITEM/SKU: 59465/

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B   HANGER COST$0.07/PC

# COMMERCIAL INVOICE

Page 2 of 3

DATE: August 15, 2018

INVOICE NO.: 201821098161

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | |
|---|---|---|
| CONTRACT NO. | SM4471 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| SEARS | SM4471 | 77/6 12/ FANDANGO PINK | | 36 | 36 | 73.520 USD | 2,646.72 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 230098822919 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59465/ | | | | | | |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. .LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B    HANGER COST$0.07/PC

| | | |
|---|---|---|
| CONTRACT NO. | SM4471 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

# COMMERCIAL INVOICE

Page 3 of 3

DATE: August 15, 2018

INVOICE NO.: 201821098181

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 323 | 323 | ASSORTMENTS | 23,746.96  USD |

TOTAL US DOLLARS TWENTY-THREE THOUSAND SEVEN HUNDRED FORTY-SIX DOLLARS AND NINETY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 10

DATE: August 29, 2018

INVOICE NO.: 201821459801

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| SEARS | SQ1944 | BOMBER BLACK ONYX | | | 2 | 2 | 267.600 USD | 535.20 USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 460099286999 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 641 | | | | | | | |
| SEARS ITEM/SKU | 25707/ | | | | | | | |

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1944 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31129YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINFUXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1944 | BOMBER BLACK ONYX | 37 | 37 | 178.400 USD | 6,600.80 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 460099287039 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 25707/ | | | | | |

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 2 of 10

DATE: August 29, 2018

INVOICE NO.: 201821459801

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1944 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31129YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.   032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.   CNPINFUXPIN

| SEARS | SQ1944 | BOMBER BLACK ONYX | | 67 | 67 | 133.800  USD | 8,964.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 460099339590 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 25707/ | | | | | | |

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1944 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31129YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.   032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.   CNPINFUXPIN

# COMMERCIAL INVOICE

Page 3 of 10

DATE: August 29, 2018

INVOICE NO.: 201821459801

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | SQ1956 | WOOL BLEND BLACK ONYX | 123 CARTONS | 123 AST | 138.200 USD | 16,752.60 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 460018681239 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26020/ |

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SQ1956 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31748YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

FACTORY NO.   032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.   CNPINFUXPIN

| SEARS | SQ1956 | WOOL BLEND BLACK ONYX | 58 CARTONS | 58 AST | 181.600 USD | 10,532.80 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 460018681247 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26020/ |

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 4 of 10

DATE: August 29, 2018

INVOICE NO.: 201821459801

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SQ1956 | REFERENCE NO. | 802C | | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | MF8ST31748YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | | |

FACTORY NO. 032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO. CNPINFUXPIN

| SEARS | SQ1956 | WOOL BLEND BLACK ONYX | | 28 | 28 | 158.900 USD | 4,449.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 460016681254 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26020/ | | | | | | |

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SQ1956 | REFERENCE NO. | 802C | | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | MF8ST31748YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | | |

FACTORY NO. 032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO. CNPINFUXPIN

# COMMERCIAL INVOICE

Page 5 of 10

DATE: August 29, 2018

INVOICE NO.: 201821459801

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | SS1946 | WOOL BLEND BLACK ONYX | | 43 | 43 | 211.500 USD | 9,094.50 USD |
|-------|--------|------------------------|---|-----|-----|-------------|--------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460016279978 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26004/ |

STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QULITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | SS1946 | REFERENCE NO. | 802C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31131YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

| FACTORY NO. | 032369 |
|-------------|--------|
| PINGHU FUXING GARMENT CO LTD | |
| WAIGUANQIAO, NANMEN | |
| DANGHU TOWN | |
| PINGHU | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNPINFUXPIN |

| SEARS | SS1946 | WOOL BLEND BLACK ONYX | | 158 | 158 | 141.000 USD | 22,278.00 USD |
|-------|--------|------------------------|---|-----|-----|-------------|----------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460016281404 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26004/ |

STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QULITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 6 of 10

DATE: August 29, 2018

INVOICE NO.: 201821459801

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1946 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31131YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINFUXPIN

| SEARS | SS1946 | WOOL BLEND BLACK ONYX | | 97 | 97 | 188.000 USD | 18,236.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 460016281560 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26004/ | | | | | | |

STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QULITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1946 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31131YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINFUXPIN

# COMMERCIAL INVOICE

Page 7 of 10

DATE: August 29, 2018

INVOICE NO.: 201821459801

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | ST1947 | PEACOAT CLASSIC NAVY | | | 12 | 12 | 163.100 USD | 1,957.20 USD |
|-------|--------|----------------------|--|--|----|----|----|----|
| | | | | | CARTONS | AST | AST | |

| | | |
|--------|--------|--|
| ITEM: | 460018139170 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 641 | |
| SEARS ITEM/SKU | 26018/ | |

STYLE MF8ST31128YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1947 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31128YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.      032389
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.      CNPINFUXPIN

| SEARS | ST1947 | PEACOAT CLASSIC NAVY | | | 26 | 26 | 139.800 USD | 3,634.80 USD |
|-------|--------|----------------------|--|--|----|----|----|----|
| | | | | | CARTONS | AST | AST | |

| | | |
|--------|--------|--|
| ITEM: | 460018139204 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 641 | |
| SEARS ITEM/SKU | 26018/ | |

STYLE MF8ST31128YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 8 of 10

DATE: August 29, 2018

INVOICE NO.: 201821459801

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1947 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31128YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| SEARS | ST1955 | WOOL BLEND BLACK ONYX | | 60 | 60 | 144.000 USD | 8,640.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 460099066763 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24647/ | | | | | | |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING: 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1955 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

# COMMERCIAL INVOICE

Page 9 of 10

DATE: August 29, 2018

INVOICE NO.: 201821459801

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | ST1955 | WOOL BLEND BLACK ONYX | | 28 | 28 | 168.000 USD | 4,704.00 USD |
|-------|--------|------------------------|--|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460099066789 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 24647/ |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
 SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | ST1955 | REFERENCE NO. | 802C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE |

| FACTORY NO. | 032369 |
|-------------|--------|
| PINGHU FUXING GARMENT CO LTD | |
| WAIGUANQIAO, NANMEN | |
| DANGHU TOWN | |
| PINGHU | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNPINFUXPIN |

| PAYMENT TERM | Open Acct |
|--------------|-----------|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | 739 | 739 | ASSORTMENTS | 116,379.70 USD |

TOTAL US DOLLARS ONE HUNDRED SIXTEEN THOUSAND THREE HUNDRED SEVENTY-NINE DOLLARS AND SEVENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 10 of 10

**DATE:** August 29, 2018

**INVOICE NO.:** 201821459801

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:**　　SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SANDRA TSUI |
| **EMPLOYEE TITLE** | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 2

DATE: August 29, 2018

INVOICE NO.: 201821516402

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:        SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China        SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | ST1955 | WOOL BLEND BLACK ONYX | 136 CARTONS | 136 AST | 144.000 USD AST | 19,584.00 USD |
| ITEM: | 460099066763 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24647/ | | | | | |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING: 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1955 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE | |
| FACTORY NO. | 032369 | | | |
| PINGHU FUXING GARMENT CO LTD | | | | |
| WAIGUANQIAO, NANMEN | | | | |
| DANGHU TOWN | | | | |
| PINGHU | | | | |
| ZHEJIANG | | | | |
| China | | | | |
| FTY MID NO. | CNPINFUXPIN | | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | ST1955 | WOOL BLEND BLACK ONYX | 174 CARTONS | 174 AST | 192.000 USD AST | 33,408.00 USD |
| ITEM: | 460099066771 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24647/ | | | | | |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 2 of 2
DATE: August 29, 2018
INVOICE NO.: 201821516402

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO:    SEARS ROEBUCK & CO.
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1955 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE | |
| FACTORY NO. | 032369 | | | |

PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.         CNPINFUXPIN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT
LC#                NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 310 | 310 | ASSORTMENTS | 52,992.00  USD |

TOTAL US DOLLARS FIFTY-TWO THOUSAND NINE HUNDRED NINETY-TWO DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 10

**DATE:** August 29, 2018

**INVOICE NO.:** 201821460092

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1944 | BOMBER BLACK ONYX | 2 CARTONS | 2 AST | 267.600 USD AST | 535.20 USD |

ITEM: 460099286999
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 641
SEARS ITEM/SKU 25707/

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1944 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31129YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO. 032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO. CNPINFUXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1944 | BOMBER BLACK ONYX | 30 CARTONS | 30 AST | 178.400 USD AST | 5,352.00 USD |

ITEM: 460099287039
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT
SEARS DIV 641
SEARS ITEM/SKU 25707/

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 2 of 10

DATE: August 29, 2018

INVOICE NO.: 201821460092

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1944 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31129YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| SEARS | SQ1944 | BOMBER BLACK ONYX | | 54 | 54 | 133.800 USD | 7,225.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 460099339590 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 25707/ | | | | | | |

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1944 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31129YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

# COMMERCIAL INVOICE

Page 3 of 10

DATE: August 29, 2018

INVOICE NO.: 201821460092

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SQ1956 | WOOL BLEND BLACK ONYX | | 100 CARTONS | 100 AST | 138.200 USD | 13,820.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 460016681239 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26020/ | | | | | | |

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | SQ1956 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31748YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |
| FACTORY NO. | 032369 | | |

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| SEARS | SQ1956 | WOOL BLEND BLACK ONYX | | 48 CARTONS | 48 AST | 181.600 USD | 8,716.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 460016681247 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26020/ | | | | | | |

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 4 of 10

DATE: August 29, 2018

INVOICE NO.: 201821460092

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1956 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31748YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| SEARS | SQ1956 | WOOL BLEND BLACK ONYX | | 23 | 23 | 158.900 USD | 3,654.70 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 460018681254 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26020/ | | | | | | |

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1956 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31748YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

# COMMERCIAL INVOICE

Page 5 of 10

**DATE:** August 29, 2018

**INVOICE NO.:** 201821460092

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SS1946 | WOOL BLEND BLACK ONYX | | 36 | 36 | 211.500  USD | 7,614.00  USD |
|-------|--------|------------------------|--|----|----|--------------|---------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460016279978 |
|-------|-------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26004/ |

STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QULITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | SS1946 | REFERENCE NO. | 802P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31131YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

| FACTORY NO. | 032369 |
|-------------|--------|
| PINGHU FUXING GARMENT CO LTD | |
| WAIGUANQIAO, NANMEN | |
| DANGHU TOWN | |
| PINGHU | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNPINFUXPIN |

| SEARS | SS1946 | WOOL BLEND BLACK ONYX | | 129 | 129 | 141.000  USD | 18,189.00  USD |
|-------|--------|------------------------|--|-----|-----|--------------|----------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460016281404 |
|-------|-------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26004/ |

STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QULITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 6 of 10

DATE: August 29, 2018

INVOICE NO.: 201821460092

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | SS1946 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31131YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINFUXPIN

| SEARS | SS1946 | WOOL BLEND BLACK ONYX | | 80 | 80 | 188.000 USD | 15,040.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 460016281560 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26004/ | | | | | | |

STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QULITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SS1946 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31131YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

FACTORY NO.    032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINFUXPIN

# COMMERCIAL INVOICE

Page 7 of 10

DATE: August 29, 2018

INVOICE NO.: 201821460092

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| SEARS | ST1947 | PEACOAT CLASSIC NAVY | | 10 | 10 | 163.100  USD | 1,631.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460018139170 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26018/ |

STYLE MF8ST31128YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | ST1947 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31128YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

| FACTORY NO. | 032369 |
|---|---|
| PINGHU FUXING GARMENT CO LTD | |
| WAIGUANQIAO, NANMEN | |
| DANGHU TOWN | |
| PINGHU | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNPINFUXPIN |

| SEARS | ST1947 | PEACOAT CLASSIC NAVY | | 21 | 21 | 139.800  USD | 2,935.80  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460018139204 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26018/ |

STYLE MF8ST31128YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 8 of 10

**DATE:** August 29, 2018

**INVOICE NO.:** 201821460092

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1947 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31128YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| SEARS | ST1955 | WOOL BLEND BLACK ONYX | | 90 | 90 | 144.000 USD | 12,960.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 480099066783 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24647/ | | | | | | |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING: 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1955 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

# COMMERCIAL INVOICE

Page 9 of 10

DATE: August 29, 2018

INVOICE NO.: 201821460092

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | ST1955 | WOOL BLEND BLACK ONYX | | 23 | 23 | 168.000 USD | 3,864.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460099066789 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 24647/ |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
 SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | ST1955 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE |

| FACTORY NO. | 032369 |
|---|---|
| PINGHU FUXING GARMENT CO LTD | |
| WAIGUANQIAO, NANMEN | |
| DANGHU TOWN | |
| PINGHU | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNPINFUXPIN |

| PAYMENT TERM | Open Acct |
|---|---|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 646 | 646 | ASSORTMENTS | 101,337.70 USD |

TOTAL US DOLLARS ONE HUNDRED ONE THOUSAND THREE HUNDRED THIRTY-SEVEN DOLLARS AND SEVENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 10 of 10

DATE: August 29, 2018

INVOICE NO.: 201821460092

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON
Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SANDRA TSUI |
| **EMPLOYEE TITLE** | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 2
DATE: August 29, 2018
INVOICE NO.: 201821518720

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | ST1955 | WOOL BLEND BLACK ONYX | 71 | 71 | 144.000 USD | 10,224.00 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 460099066763 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24647/ | | | | | |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING: 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1955 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE | |

FACTORY NO.        032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.        CNPINFUXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | ST1955 | WOOL BLEND BLACK ONYX | 142 | 142 | 192.000 USD | 27,264.00 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 460099066771 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24647/ | | | | | |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 2 of 2

**DATE:** August 29, 2018

**INVOICE NO.:** 201821516720

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | ST1955 | **REFERENCE NO.** | 802P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 |
| **VENDOR ITEM CODE** | MF8ST31750YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 434, 859, RNONE |

**FACTORY NO.** 032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
**FTY MID NO.** CNPINFUXPIN

**PAYMENT TERM** Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER** OPEN ACCOUNT
**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 213 | 213 | ASSORTMENTS | 37,488.00 USD |

TOTAL US DOLLARS THIRTY-SEVEN THOUSAND FOUR HUNDRED EIGHTY-EIGHT DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SANDRA TSUI |
| **EMPLOYEE TITLE** | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 4
**DATE:** August 29, 2018
**INVOICE NO.:** 201821459432

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Mira Loma , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1951 | QUILTED SH BLACK ONYX | 144 CARTONS | 144 AST | 68.700 USD AST | 9,892.80 USD |
| **ITEM:** | 460099068538 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 24757/ | | | | | |

MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN  2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SQ1951 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | |
| **VENDOR ITEM CODE** | MF8OL31467MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 635 | |
| **FACTORY NO.** | 103466 | | | |
| HAIYAN LIANGCHEN GARMENT CO LTD | | | | |
| LIU ZHUANG VILLAGE, IND PARK | | | | |
| WEST TANG QIAO | | | | |
| HAIYAN | | | | |
| ZHEJIANG | | | | |
| China | | | | |
| **FTY MID NO.** | CNHAILIAHAI | | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1951 | QUILTED SH BLACK ONYX | 76 CARTONS | 76 AST | 103.050 USD AST | 7,831.80 USD |
| **ITEM:** | 460099068561 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 24757/ | | | | | |

MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN  2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T

# COMMERCIAL INVOICE

Page 2 of 4

**DATE:** August 29, 2018

**INVOICE NO.:** 201821459432

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| CONTRACT NO. | SQ1951 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31487MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| SEARS | SQ1951 | QUILTED SH OLIVE NIGHT | | 12 | 12 | 80.150 USD | 961.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 460099068660 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24766/ | | | | | | |

MF8OL31487MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN  2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| CONTRACT NO. | SQ1951 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31487MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

# COMMERCIAL INVOICE

Page 3 of 4

DATE: August 29, 2018

INVOICE NO.: 201821459432

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

China
**FTY MID NO.**  CNHAILIAHAI

| SEARS | SQ1951 | QUILTED SH OLIVE NIGHT | | 14 CARTONS | 14 AST | 68.700 USD | 961.80 USD |
|-------|--------|------------------------|--|------------|--------|------------|------------|

| | |
|---|---|
| ITEM: | 460099068694 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 24766/ |

MF8OL31487MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
 BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN  2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
 (PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SQ1951 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31487MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 635 |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
**FTY MID NO.**  CNHAILIAHAI

| SEARS | SQ1951 | QUILTED SH OLIVE NIGHT | | 9 CARTONS | 9 AST | 80.150 USD | 721.35 USD |
|-------|--------|------------------------|--|-----------|-------|------------|------------|

| | |
|---|---|
| ITEM: | 460099068751 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 24766/ |

MF8OL31487MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
 BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** August 29, 2018

**INVOICE NO.:** 201821459432

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN 2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
 (PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ1951 | **REFERENCE NO.** | 803C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 |
| **VENDOR ITEM CODE** | MF8OL31487MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 635 |

**FACTORY NO.**  103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**  CNHAILIAHAI

**PAYMENT TERM**  Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**  OPEN ACCOUNT

**LC#**  NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 255 | 255 | ASSORTMENTS | 20,369.55  USD |

TOTAL US DOLLARS TWENTY THOUSAND THREE HUNDRED SIXTY-NINE DOLLARS AND FIFTY-FIVE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SANDRA TSUI |
| **EMPLOYEE TITLE** | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 4

DATE: August 29, 2018

INVOICE NO.: 201821459478

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1951 | QUILTED SH BLACK ONYX | 118 CARTONS | 118 AST | 68.700 USD AST | 8,106.60 USD |
| ITEM: | 460099068536 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24757/ | | | | | |

MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN  2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1951 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8OL31467MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |
| FACTORY NO. | 103486 | | | |

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**    CNHAILIAHAI

| SEARS | SQ1951 | QUILTED SH BLACK ONYX | 62 CARTONS | 62 AST | 103.050 USD AST | 6,389.10 USD |
|---|---|---|---|---|---|---|
| ITEM: | 460099068561 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24757/ | | | | | |

MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN  2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T

# COMMERCIAL INVOICE

Page 2 of 4

DATE: August 29, 2018

INVOICE NO.: 201821459478

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SQ1951 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31467MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.        103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.        CNHAILIAHAI

| SEARS | SQ1951 | QUILTED SH OLIVE NIGHT | | 9 | 9 | 80.150  USD | 721.35  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 460099068660 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24766/ | | | | | | |

MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
 BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN  2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
 (PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SQ1951 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31467MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.        103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

# COMMERCIAL INVOICE

Page 3 of 4

DATE: August 29, 2018

INVOICE NO.: 201821459478

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China
**FTY MID NO.**    CNHAILIAHAI

| SEARS | SQ1951 | QUILTED SH OLIVE NIGHT | | 11 | 11 | 68.700 USD | 755.70 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 460099068694
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 24766/

MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:
SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN  2.40 OZ/YD2 185X112
500X50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR016
HANGER COST:$0.130/PC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CONTRACT NO.** | SQ1951 | | **REFERENCE NO.** | 803P | | | |
| **DC CODE** | PCD | | **DEPARTMENT NO.** | 041 | | | |
| **DIVISION NO.** | Division 4 | | **VENDOR NO.** | 9131 | | | |
| **VENDOR ITEM CODE** | MF8OL31467MM | | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| **BINDING RULING # OR PRECLASS #** | | | **CATEGORY** | 635, RNONE | | | |

**FACTORY NO.**    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
**FTY MID NO.**    CNHAILIAHAI

| SEARS | SQ1951 | QUILTED SH OLIVE NIGHT | | 8 | 8 | 80.150 USD | 641.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 460099068751
**MADE IN** CHINA (MAINLAND)
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 641
**SEARS ITEM/SKU** 24766/

MF8OL31467MM
DESCRIPTION :
MENS 100% POLYESTER WOVEN QUILTED SHIRT JACKET
LONG SLEEVE WITH RIB CUFF
EXPOSED 6 METAL SNAPS AT CENTER FRONT CLOSURE
SNAP FASTENER POCKETS OF FUNCTIONAL FLAPS ON CHEST AREA
VISLON ZIPPER POCKETS ON WAIST SIDE
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION:

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** August 29, 2018

**INVOICE NO.:** 201821459476

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

SHELL:WH0194 - TAFFETA 100% POLYESTER WOVEN 2.40 OZ/YD2 185X112
50DX50D - PIECE-DYE W/ 600MM PU COATING
LINING:100% POLYESTER 210T
(PASS AATCC 35 RAIN TEST UNDER RAIN DUTY)
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SQ1951 | **REFERENCE NO.** | 803P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 |
| **VENDOR ITEM CODE** | MF8OL31467MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE |

**FACTORY NO.**   103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**   CNHAILIAHAI

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

**LC#**   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 208 | 208 | ASSORTMENTS | 16,613.95  USD |

**TOTAL US DOLLARS SIXTEEN THOUSAND SIX HUNDRED THIRTEEN DOLLARS AND NINETY-FIVE CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SANDRA TSUI |
| **EMPLOYEE TITLE** | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 8

**DATE:** September 05, 2018

**INVOICE NO.:** 201821337065

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SX1606 | LS TRAVEL TAWNY PORT | | 282 | 282 | 112.800  USD | 29,553.60  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 580039502927 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 617 | | | | | | |
| SEARS ITEM/SKU | 23173/ | | | | | | |

STYLE WF8LS24034MI
DESCRIPTION
LADIES WOVEN TRAVEL PARKA
LONG SLEEVE , HOOD WITH BUNGEE + EYELET + STOPPER
#5L METAIL ZIPPET AT CENTER FRONT , 5PCS OF SNAP FOR CENTER FRONT CLOSURE,
#3L NYLON ZIPPER FOR DETECTABLE HOOD ,
2X POCKET WITH POCKET FLAT WITH SNAP AT FRONT WAIST ,
#3L NYLON ZIPPER FOR LHS POCKET
BACK WAIST WITH BUNGEE + EYELET + STOPPER
FULLY LINING, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST $0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1606 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24034MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |
| FACTORY NO. | 103624 | | | |
| PINGHU OX GARMENT CO LTD | | | | |
| MAJIU VILLAGE,CAOQIAO STREET | | | | |
| PINGHU | | | | |
| ZHEJIANG | | | | |
| China | | | | |
| FTY MID NO. | CNPINOXPIN | | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SX1606 | LS TRAVEL BLACK ONYX | 451 | 451 | 112.800  USD | 50,872.80  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 580039911979 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 617 | | | | | |
| SEARS ITEM/SKU | 23175/ | | | | | |

STYLE WF8LS24034MI
DESCRIPTION
LADIES WOVEN TRAVEL PARKA
LONG SLEEVE , HOOD WITH BUNGEE + EYELET + STOPPER
#5L METAIL ZIPPET AT CENTER FRONT , 5PCS OF SNAP FOR CENTER FRONT CLOSURE,
#3L NYLON ZIPPER FOR DETECTABLE HOOD ,
2X POCKET WITH POCKET FLAT WITH SNAP AT FRONT WAIST ,
#3L NYLON ZIPPER FOR LHS POCKET
BACK WAIST WITH BUNGEE + EYELET + STOPPER
FULLY LINING, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018

# COMMERCIAL INVOICE

Page 2 of 8

DATE: September 05, 2018

INVOICE NO.: 201821337065

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

HANGER COST $0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1606 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24034MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.   103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.   CNPINOXPIN

| SEARS | SX1607 | LS CHANTAL BLACK ONYX | | 146 | 146 | 108.000  USD | 15,768.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 580034877100 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 617 | | | | | | |
| SEARS ITEM/SKU | 23171/ | | | | | | |

STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1607 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.   103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.   CNPINOXPIN

# COMMERCIAL INVOICE

Page 3 of 8

DATE: September 05, 2018

INVOICE NO.: 201821337085

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | SX1607 | LS CHANTAL BLACK ONYX | | 297 | 297 | 108.000 USD | 32,076.00 USD |
|-------|--------|----------------------|--|-----|-----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 580034877126 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 617 |
| SEARS ITEM/SKU | 23171/ |

STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX1607 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | WF8LS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |
| FACTORY NO. | 103824 | | |
| PINGHU OX GARMENT CO LTD | | | |
| MAJIU VILLAGE,CAOQIAO STREET | | | |
| PINGHU | | | |
| ZHEJIANG | | | |
| China | | | |
| FTY MID NO. | CNPINOXPIN | | |

| SEARS | SX1607 | LS CHANTAL TAWNY PORT | | 240 | 240 | 108.000 USD | 25,920.00 USD |
|-------|--------|----------------------|--|-----|-----|-------------|---------------|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 580039492178 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 617 |
| SEARS ITEM/SKU | 23172/ |

STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

# COMMERCIAL INVOICE

Page 4 of 8

DATE: September 05, 2018

INVOICE NO.: 201821337065

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SX1607 | REFERENCE NO. | 802C | | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | WF8LS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | | |

FACTORY NO.        103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.        CNPINOXPIN

| SEARS | SX1607 | LS CHANTAL TAWNY PORT | | 116 | 116 | 108.000 USD | 12,528.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 580039492186 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 617 | | | | | | |
| SEARS ITEM/SKU | 23172/ | | | | | | |

STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SX1607 | REFERENCE NO. | 802C | | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | WF8LS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | | |

FACTORY NO.        103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.        CNPINOXPIN

# COMMERCIAL INVOICE

Page 5 of 8

DATE: September 05, 2018

INVOICE NO.: 201821337085

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | SX1608 | LS SERENA BLACK ONYX | 489 | 489 | 105.000 USD | 51,345.00 USD |
|-------|--------|----------------------|-----|-----|-------------|---------------|
| | | | CARTONS | AST | AST | |

| ITEM: | 580039791926 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 617 |
| SEARS ITEM/SKU | 23174/ |

STYLE WF8LS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED  FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

| CONTRACT NO. | SX1608 | REFERENCE NO. | 802C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | WF8LS24036MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

| FACTORY NO. | 103624 |
|-------------|--------|
| PINGHU OX GARMENT CO LTD | |
| MAJIU VILLAGE,CAOQIAO STREET | |
| PINGHU | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNPINOXPIN |

| SEARS | SX1608 | LS SERENA BLACK ONYX | 243 | 243 | 105.000 USD | 25,515.00 USD |
|-------|--------|----------------------|-----|-----|-------------|---------------|
| | | | CARTONS | AST | AST | |

| ITEM: | 580039792825 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 617 |
| SEARS ITEM/SKU | 23174/ |

STYLE WF8LS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED  FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

# COMMERCIAL INVOICE

Page 6 of 8

DATE: September 05, 2018

INVOICE NO.: 201821337065

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1608 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24036MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.          103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.          CNPINOXPIN

| SEARS | SX1608 | LS SERENA BLACK | | 499 | 499 | 105.000 USD | 52,395.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 580039912100 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 617 | | | | | | |
| **SEARS ITEM/SKU** | 23176/ | | | | | | |

STYLE WF8LS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR016
HANGER COST $0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1608 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24036MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.          103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.          CNPINOXPIN

# COMMERCIAL INVOICE

Page 7 of 8
DATE: September 05, 2018
INVOICE NO.: 201821337065

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | SX1608 | LS SERENA BLACK | 298 | 298 | 105.000 USD | 31,080.00 USD |
|-------|--------|-----------------|-----|-----|-------------|----------------|
| | | | CARTONS | AST | | AST |

| ITEM: | 580039912126 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 617 |
| SEARS ITEM/SKU | 23176/ |

STYLE WF8LS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED  FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

| CONTRACT NO. | SX1608 | REFERENCE NO. | 802C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | WF8LS24036MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINOXPIN

| PAYMENT TERM | Open Acct |
|--------------|-----------|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 3,039 | 3,039 | ASSORTMENTS | 327,053.40 USD |

TOTAL US DOLLARS THREE HUNDRED TWENTY-SEVEN THOUSAND FIFTY-THREE DOLLARS AND FORTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 8 of 8

**DATE:** September 05, 2018

**INVOICE NO.:** 201821337065

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SANDRA TSUI |
| **EMPLOYEE TITLE** | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 8

DATE: September 05, 2018

INVOICE NO.: 201821337089

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SX1606 | LS TRAVEL TAWNY PORT | | 215 CARTONS | 215 AST | 112.800 USD AST | 24,252.00 USD |
| ITEM: | 580039502927 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 617 | | | | | | |
| SEARS ITEM/SKU | 23173/ | | | | | | |

STYLE WF8LS24034MI
DESCRIPTION
LADIES WOVEN TRAVEL PARKA
LONG SLEEVE , HOOD WITH BUNGEE + EYELET + STOPPER
#5L METAIL ZIPPET AT CENTER FRONT , 5PCS OF SNAP FOR CENTER FRONT CLOSURE,
#3L NYLON ZIPPER FOR DETECTABLE HOOD ,
2X POCKET WITH POCKET FLAT WITH SNAP AT FRONT WAIST ,
#3L NYLON ZIPPER FOR LHS POCKET
BACK WAIST WITH BUNGEE + EYELET + STOPPER
FULLY LINING, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST $0.13/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SX1606 | REFERENCE NO. | 801P | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | WF8LS24034MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | | |

FACTORY NO.          103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.          CNPINOXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SX1606 | LS TRAVEL BLACK ONYX | 369 CARTONS | 369 AST | 112.800 USD AST | 41,623.20 USD |
| ITEM: | 580039911979 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 617 | | | | | |
| SEARS ITEM/SKU | 23175/ | | | | | |

STYLE WF8LS24034MI
DESCRIPTION
LADIES WOVEN TRAVEL PARKA
LONG SLEEVE , HOOD WITH BUNGEE + EYELET + STOPPER
#5L METAIL ZIPPET AT CENTER FRONT , 5PCS OF SNAP FOR CENTER FRONT CLOSURE,
#3L NYLON ZIPPER FOR DETECTABLE HOOD ,
2X POCKET WITH POCKET FLAT WITH SNAP AT FRONT WAIST ,
#3L NYLON ZIPPER FOR LHS POCKET
BACK WAIST WITH BUNGEE + EYELET + STOPPER
FULLY LINING, STITCHING HEM
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018

# COMMERCIAL INVOICE

Page 2 of 8

DATE: September 05, 2018

INVOICE NO.: 201821337089

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

HANGER COST $0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1606 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24034MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.          103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.          CNPINOXPIN

| SEARS | SX1607 | LS CHANTAL BLACK ONYX | 119 CARTONS | 119 AST | 108.000 USD AST | 12,852.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 580034877100 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 617 |
| SEARS ITEM/SKU | 23171/ |

STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1607 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.          103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.          CNPINOXPIN

# COMMERCIAL INVOICE

Page 3 of 8
DATE: September 05, 2018
INVOICE NO.: 201821337089

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| SEARS | SX1607 | LS CHANTAL BLACK ONYX | 243 | 243 | 108.000 USD | 26,244.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 560034877126 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 617 |
| SEARS ITEM/SKU | 23171/ |

STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

| CONTRACT NO. | SX1607 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | WF8LS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

| FACTORY NO. | 103824 |
|---|---|
| PINGHU OX GARMENT CO LTD | |
| MAJIU VILLAGE,CAOQIAO STREET | |
| PINGHU | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNPINOXPIN |

| SEARS | SX1607 | LS CHANTAL TAWNY PORT | 197 | 197 | 108.000 USD | 21,276.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 560039492176 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 617 |
| SEARS ITEM/SKU | 23172/ |

STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

# COMMERCIAL INVOICE

Page 4 of 6
DATE: September 05, 2018
INVOICE NO.: 201821337089

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1607 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103824
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINOXPIN

| SEARS | SX1607 | LS CHANTAL TAWNY PORT | | 96 | 96 | 108.000  USD | 10,368.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 580039492186 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 617 | | | | | | |
| SEARS ITEM/SKU | 23172/ | | | | | | |

STYLE WF8LS24035MI
DESCRIPTION
LADIES CHANTAL QUILTED WOVEN JACKET
#5 SHINY NICKEL ZIPPER AT CENTER FRONT
LONG SLEEVES, 3OZ POLYFILLER FOR WHOLE GARMENT ,
PU PIPING FOR NECKLINE , CENTER PIPING , CUFF EDGE , PLACKET EDGE AND HEM EDGE
2 X FRONT POCKET AT WAIST
FABRICATION
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING , 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER 210T TAFFETA
HANGER CODE :KMSR018
HANGER COST$0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1607 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24035MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103824
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINOXPIN

# COMMERCIAL INVOICE

Page 5 of 8
DATE: September 05, 2018
INVOICE NO.: 201821337089

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| SEARS | SX1608 | LS SERENA BLACK ONYX | 394 | 394 | 105.000 USD | 41,370.00 USD |
|-------|--------|----------------------|-----|-----|-------------|---------------|
|       |        |                      | CARTONS | AST | AST |  |

| ITEM: | 580039791926 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 617 |
| SEARS ITEM/SKU | 23174/ |

STYLE WF8LS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED  FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

| CONTRACT NO. | SX1608 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | WF8LS24036MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.          103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.          CNPINOXPIN

| SEARS | SX1608 | LS SERENA BLACK ONYX | 193 | 193 | 105.000 USD | 20,265.00 USD |
|-------|--------|----------------------|-----|-----|-------------|---------------|
|       |        |                      | CARTONS | AST | AST |  |

| ITEM: | 580039792825 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 617 |
| SEARS ITEM/SKU | 23174/ |

STYLE WF8LS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED  FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

# COMMERCIAL INVOICE

Page 6 of 8

DATE: September 05, 2018

INVOICE NO.: 201821337089

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg, PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1608 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24036MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.      103824

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.      CNPINOXPIN

| SEARS | SX1608 | LS SERENA BLACK | | 491 | 491 | 105.000 USD | 51,555.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 580039912100 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 617 | | | | | | |
| SEARS ITEM/SKU | 23178/ | | | | | | |

STYLE WF8LS24036MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED  FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1608 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24036MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.      103824

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.      CNPINOXPIN

# COMMERCIAL INVOICE

Page 7 of 8

DATE: September 05, 2018

INVOICE NO.: 201821337089

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| SEARS | SX1608 | LS SERENA BLACK | | 243 | 243 | 105.000 USD | 25,515.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | | |
|---|---|---|
| ITEM: | 580039912126 | |
| MADE IN | CHINA (MAINLAND) | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 617 | |
| SEARS ITEM/SKU | 23176/ | |

STYLE WF8LS24038MI
DESCRIPTION
LADIES SERENA QUILTED WOVEN JACKET
LONG SLEEVE , 3 OZ POLYESTER FILLER QUILTED  FOR WHOLE GARMENT,
HALF MOON NECKSEAM
FULLY LINING , 4 PCS #45L POLY BUTTON AT CENTER FRONT ,
PRINTED LEOPARD PATTERN WOVEN SATIN TRIMS FABRIC FOR INNER COLLAR AND
2 X FRONT POCKETS WITH BUTTON AT WAIST
SELF FABIRC TAB WITH BUTTON AT BACK WAIST , STITCHING HEM
FABRICATON:
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING, 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER 210T TAFFETA
HANGER CODE:KMSR018
HANGER COST $0.13/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX1608 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | WF8LS24038MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINOXPIN

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 2,560 | 2,560 | ASSORTMENTS | 275,320.20 USD |

TOTAL US DOLLARS TWO HUNDRED SEVENTY-FIVE THOUSAND THREE HUNDRED TWENTY DOLLARS AND TWENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 8 of 8
**DATE:** September 05, 2018
**INVOICE NO.:** 201821337089

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**    Chambersburg , PA

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SANDRA TSUI |
| **EMPLOYEE TITLE** | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 3
DATE: September 05, 2018
INVOICE NO.: 201821149724

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1926 | BARN JACKE SEPIA | 117 CARTONS | 117 AST | 166.500  USD AST | 19,480.50  USD |

ITEM:  460099086854
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT
SEARS DIV  641
SEARS ITEM/SKU  24668/

STYLE MF8OL31409MM
DESCRIPTION :
MENS 100% COTTON WOVEN BARN JACKET WITH CORD
LONG SLEEVE , WOVEN COTTON CORDUROY COLLAR ,
FULLY BUTTON FRONT , 1 PC CHEST POCKET WITH POCKET FLAP
2 PCS LOWER POCKET WITH POCKET FLAP AT WAIST
UPPER BACK BODY WITH WOVEN COTTON FLANNEL LINING ,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 8OZ AT BODY, 4OZ AT SLEEVES,
FABRICATION:
*SHELL - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/84X54,
*YARD DYE COTTON FLANNEL, WOVEN,
 LOWER BODY & FRONT BODY LINING AND SLEEVES LINING:
100% POLYESTER 210T TAFFETA, WOVEN
COLLAR : 100% COTTON WOVEN 14 WALE CORDUROY
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

CONTRACT NO.  SQ1926          REFERENCE NO.  803C
DC CODE  CCD               DEPARTMENT NO.  041
DIVISION NO.  Division 4   VENDOR NO.  9131
VENDOR ITEM CODE  MF8OL31409MM   COUNTRY OF ORIGIN  CHINA (MAINLAND)
BINDING RULING # OR PRECLASS #     CATEGORY  335, RNONE

FACTORY NO.  103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.  CNPINOXPIN

| SEARS | SQ1927 | HOODED COT BLACK | 290 CARTONS | 290 AST | 117.000  USD AST | 33,930.00  USD |
|---|---|---|---|---|---|---|

ITEM:  460099069015
MADE IN  CHINA (MAINLAND)
CONTENTS  1 ASSORTMENT
SEARS DIV  641
SEARS ITEM/SKU  24902/

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 8OZ AT BODY, 4OZ AT SLEEVES,
*ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,

# COMMERCIAL INVOICE

Page 2 of 3

DATE: September 05, 2018

INVOICE NO.: 201821149724

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

"UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
"YARD DYE COTTON FLANNEL, WOVEN,
* LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SQ1927 | REFERENCE NO. | 805C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31402MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.    103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINOXPIN

| SEARS | SR1954 | HOODED COT ERMINE | | 92 | 92 | 134.580 USD | 12,381.36 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 460099069072 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24908/ | | | | | | |

MF8OL31402BM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
SWEEP IS SELF BEND BACK HEM WITH SINGLE NEEDLE TOPSTITCH AT TOP AND BOTTOM EDGE.
CLEAN FINISHED AT INSIDE W/ LINING,
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
WASHING EFFECT - 30 MINUTE ENZYME GARMENT WASH
FABRICATION:
ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:3320B, HANGER COST$0.116/PC( 4PCS PER ASSORTMENT)
HANGER CODE:KMSR018 ,HANGER COST$0.13/PC( 2PCS PER ASSORTMENT)

| | | | |
|---|---|---|---|
| CONTRACT NO. | SR1954 | REFERENCE NO. | 804C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31402BM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.    103624

# COMMERCIAL INVOICE

Page 3 of 3
DATE: September 05, 2018
INVOICE NO.: 201821149724

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.        CNPINOXPIN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 499 | 499 | ASSORTMENTS | 65,791.86  USD |

TOTAL US DOLLARS SIXTY-FIVE THOUSAND SEVEN HUNDRED NINETY-ONE DOLLARS AND EIGHTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** August 29, 2018

**INVOICE NO.:** 201821460398

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SQ1927 | HOODED COT ERMINE | 331 CARTONS | 331 AST | 117.000 USD AST | 38,727.00 USD |
| **ITEM:** | 460099068959 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 24865/ | | | | | |

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
*ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
*YARD DYE COTTON FLANNEL, WOVEN,
* LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SQ1927 | **REFERENCE NO.** | 805C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | |
| **VENDOR ITEM CODE** | MF8OL31402MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 335, RNONE | |
| **FACTORY NO.** | 103624 | | | |

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

**FTY MID NO.**      CNPINOXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SQ1927 | HOODED COT BLACK | 75 CARTONS | 75 AST | 117.000 USD AST | 8,775.00 USD |
| **ITEM:** | 460099069015 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 24902/ | | | | | |

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
*ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
*YARD DYE COTTON FLANNEL, WOVEN,

# COMMERCIAL INVOICE

Page 2 of 2

DATE: August 29, 2018

INVOICE NO.: 201821460398

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

" LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1927 | REFERENCE NO. | 805C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8OL31402MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE | |

FACTORY NO.    103824
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIIANG
China
FTY MID NO.    CNPINOXPIN

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 406 | 406 | ASSORTMENTS | 47,502.00  USD |

TOTAL US DOLLARS FORTY-SEVEN THOUSAND FIVE HUNDRED TWO DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 2

**DATE:** September 05, 2018

**INVOICE NO.:** 201821460426

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1927 | HOODED COT ERMINE | 271 CARTONS | 271 AST | 117.000 USD AST | 31,707.00 USD |

| | |
|---|---|
| ITEM: | 460099069959 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 24865/ |

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
*ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X80 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.6OZ/YD2, 21X21/64X54,
*YARD DYE COTTON FLANNEL, WOVEN,
* LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SQ1927 | REFERENCE NO. | 805P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31402MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.        103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.        CNPINOXPIN

| SEARS | SQ1927 | HOODED COT BLACK | 208 CARTONS | 208 AST | 117.000 USD AST | 24,336.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 460099069015 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 24902/ |

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
*ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X80 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.6OZ/YD2, 21X21/64X54,
*YARD DYE COTTON FLANNEL, WOVEN,

# COMMERCIAL INVOICE

Page 2 of 2

DATE: September 05, 2018

INVOICE NO.: 201821460426

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

" LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SQ1927 | REFERENCE NO. | 805P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31402MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.          103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.          CNPINOXPIN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 479 | 479 | ASSORTMENTS | 56,043.00  USD |

TOTAL US DOLLARS FIFTY-SIX THOUSAND FORTY-THREE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 3

DATE: August 15, 2018

INVOICE NO.: 201821149846

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1926 | BARN JACKE SEPIA | 96 | 96 | 166.500 USD | 15,984.00 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 460099066854 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24668/ | | | | | |

STYLE MF8OL31409MM
DESCRIPTION :
MENS 100% COTTON WOVEN BARN JACKET WITH CORD
LONG SLEEVE , WOVEN COTTON CORDUROY COLLAR ,
FULLY BUTTON FRONT , 1 PC CHEST POCKET WITH POCKET FLAP
2 PCS LOWER POCKET WITH POCKET FLAP AT WAIST
UPPER BACK BODY WITH WOVEN COTTON FLANNEL LINING ,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
FABRICATION:
*SHELL - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/84X54,
*YARD DYE COTTON FLANNEL, WOVEN,
 LOWER BODY & FRONT BODY LINING AND SLEEVES LINING:
100% POLYESTER 210T TAFFETA, WOVEN
COLLAR : 100% COTTON WOVEN 14 WALE CORDUROY
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1926 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8OL31409MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE | |
| FACTORY NO. | 103624 | | | |
| PINGHU OX GARMENT CO LTD | | | | |
| MAJIU VILLAGE,CAOQIAO STREET | | | | |
| PINGHU | | | | |
| ZHEJIANG | | | | |
| China | | | | |
| FTY MID NO. | CNPINOXPIN | | | |

| SEARS | SQ1927 | HOODED COT BLACK | 90 | 90 | 117.000 USD | 10,530.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 460099069015 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24902/ | | | | | |

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
*ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,

# COMMERCIAL INVOICE

Page 2 of 3

DATE: August 15, 2018

INVOICE NO.: 201821149846

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Shanghai, China

**MODE OF TRANSPORTATION:**  Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
*YARD DYE COTTON FLANNEL, WOVEN,
* LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SQ1927 | REFERENCE NO. | 805P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31402MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.  103624

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.  CNPINOXPIN

| SEARS | SR1954 | HOODED COT ERMINE | 75 | 75 | 134.580 USD | 10,093.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 460099069072 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24908/ | | | | | |

MF8OL31402BM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET.
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
SWEEP IS SELF BEND BACK HEM WITH SINGLE NEEDLE TOPSTITCH AT TOP AND BOTTOM EDGE.
CLEAN FINISHED AT INSIDE W/ LINING,
BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
WASHING EFFECT - 30 MINUTE ENZYME GARMENT WASH
FABRICATION:
ENTIRE BODY - 100% COTTON 8.2OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
YARD DYE COTTON FLANNEL, WOVEN,
 LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:3320B, HANGER COST$0.115/PC( 4PCS PER ASSORTMENT)
HANGER CODE:KMSR018 ,HANGER COST$0.13/PC( 2PCS PER ASSORTMENT)

| | | | |
|---|---|---|---|
| CONTRACT NO. | SR1954 | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31402BM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.  103624

# COMMERCIAL INVOICE

Page 3 of 3
**DATE:** August 15, 2018
**INVOICE NO.:** 201821149846

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.          CNPINOXPIN

**PAYMENT TERM**        Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**         OPEN ACCOUNT
**LC#**                 NO LC

|  | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) |  | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 261 | 261 | ASSORTMENTS | 36,607.50  USD |

TOTAL US DOLLARS THIRTY-SIX THOUSAND SIX HUNDRED SEVEN DOLLARS AND FIFTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 10

**DATE:** September 12, 2018

**INVOICE NO.:** 201821675435

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1944 | WOOL BLEND BLACK ONYX | 14 | 14 | 156.100  USD | 2,185.40  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 460099287062 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 25707/ | | | | | |

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1944 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31129YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1944 | BOMBER BLACK ONYX | 24 | 24 | 133.800  USD | 3,211.20  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 460099339590 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 25707/ | | | | | |

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 2 of 10
DATE: September 12, 2018
INVOICE NO.: 201821675435

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SQ1944 | REFERENCE NO. | 803C | | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | MF8ST31129YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | | |

FACTORY NO.        032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.        CNPINFUXPIN

| SEARS | SQ1956 | WOOL BLEND BLACK ONYX | | 43 CARTONS | 43 AST | 136.200  USD | 5,856.60  USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 460018681239 | | | | AST | | AST |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 28020/ | | | | | | |

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SQ1956 | REFERENCE NO. | 803C | | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | MF8ST31748YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | | |

FACTORY NO.        032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.        CNPINFUXPIN

# COMMERCIAL INVOICE

Page 3 of 10
DATE: September 12, 2018
INVOICE NO.: 201821875435

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | SQ1956 | WOOL BLEND BLACK ONYX | | 14 | 14 | 158.900 USD | 2,224.60 USD |
|-------|--------|------------------------|--|----|----|-------------|--------------|
| | | | | CARTONS | AST | | AST |

| ITEM: | 460016881270 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26020/ |

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | SQ1956 | REFERENCE NO. | 803C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31748YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |
| FACTORY NO. | 032369 | | |

PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China

FTY MID NO.    CNPINFUXPIN

| SEARS | SS1946 | WOOL BLEND BLACK ONYX | | 57 | 57 | 141.000 USD | 8,037.00 USD |
|-------|--------|------------------------|--|----|----|-------------|--------------|
| | | | | CARTONS | AST | | AST |

| ITEM: | 460016281404 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26004/ |

STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #SL FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

DATE: September 12, 2018

INVOICE NO.: 201821675435

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SS1946 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | |
| **VENDOR ITEM CODE** | MF8ST31131YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |

**FACTORY NO.**  032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

**FTY MID NO.**  CNPINFUXPIN

| SEARS | SS1946 | CPO BLACK ONYX | | 19 | 19 | 164.500 USD | 3,125.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 460016281578 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 26004/ | | | | | | |

STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SS1946 | **REFERENCE NO.** | 803C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | |
| **VENDOR ITEM CODE** | MF8ST31131YM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 434, RNONE | |

**FACTORY NO.**  032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

**FTY MID NO.**  CNPINFUXPIN

# COMMERCIAL INVOICE

Page 5 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675435

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SS1948 | WOOL BLEND BLACK ONYX | 10 CARTONS | 10 AST | 165.600 USD | 1,656.00 USD |
|---|---|---|---|---|---|---|

| ITEM: | 460018680835 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26019/ |

STYLE MF8ST31750BM
*DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST:FOB$25.88 /PC , SCARF COST: FOB$1.72/PC = TOTAL FOB$27.60/PC
*JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
* 1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
*LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
* WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
* FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
* SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018,HANGER COST $0.13/PC(2 PCS PER ASSORTMENT)
HANGER CODE: 3320B ,HANGER COST $0.11/PC(4 PCS PER ASSORTMENT)

| CONTRACT NO. | SS1948 | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCO | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31750BM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE |

| FACTORY NO. | 032369 |
|---|---|

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

| FTY MID NO. | CNPINFUXPIN |
|---|---|

| SEARS | SS1948 | WOOL BLEND BLACK ONYX | 40 CARTONS | 40 AST | 138.000 USD | 5,520.00 USD |
|---|---|---|---|---|---|---|

| ITEM: | 460018680868 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26019/ |

STYLE MF8ST31750BM
*DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST:FOB$25.88 /PC , SCARF COST: FOB$1.72/PC = TOTAL FOB$27.60/PC
*JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
* 1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
*LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
* WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
* FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
* SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018,HANGER COST $0.13/PC(2 PCS PER ASSORTMENT)
HANGER COST :3320B ,HANGER COST $0.11/PC(3 PCS PER ASSORTMENT)

# COMMERCIAL INVOICE

Page 8 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675435

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | |
|---|---|---|
| **CONTRACT NO.** | SS1948 | **REFERENCE NO.** 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** 9131 |
| **VENDOR ITEM CODE** | MF8ST31750BM | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** 434, 859, RNONE |

**FACTORY NO.** 032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
**FTY MID NO.** CNPINFUXPIN

| SEARS | ST1945 | WOOL BLEND BLACK ONYX | 18 CARTONS | 18 AST | 156.660 USD AST | 2,819.88 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 460018681809 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 26021/ |

STYLE MF8ST31748BM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018, HANGER COST$0.13/PC (2PCS PER ASSORTMENT)
HANGER CODE: 3320B, HANGER COST $0.115/PC ( 4PCS PER ASSORTMENT)

| | | |
|---|---|---|
| **CONTRACT NO.** | ST1945 | **REFERENCE NO.** 802C |
| **DC CODE** | CCD | **DEPARTMENT NO.** 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** 9131 |
| **VENDOR ITEM CODE** | MF8ST31748BM | **COUNTRY OF ORIGIN** CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** 635, RNONE |

**FACTORY NO.** 032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
**FTY MID NO.** CNPINFUXPIN

# COMMERCIAL INVOICE

Page 7 of 10
DATE: September 12, 2018
INVOICE NO.: 201821675435

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | ST1945 | WOOL BLEND BLACK ONYX | 10 CARTONS | 10 AST | 130.550 USD | 1,305.50 USD |
|-------|--------|------------------------|------------|--------|-------------|--------------|
| ITEM: | 460018684712 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 26021/ | | | | | |

STYLE MF8ST31748BM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB, LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018, HANGER COST$0.13/PC (2PCS PER ASSORTMENT)
HANGER CODE: 3320B, HANGER COST $0.115/PC ( 3PCS PER ASSORTMENT)

| CONTRACT NO. | ST1945 | REFERENCE NO. | 802C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31748BM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| SEARS | ST1947 | PEACOAT CLASSIC NAVY | 14 CARTONS | 14 AST | 163.100 USD | 2,283.40 USD |
|-------|--------|------------------------|------------|--------|-------------|--------------|
| ITEM: | 460018139170 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 26018/ | | | | | |

STYLE MF8ST31128YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 8 of 10

DATE: September 12, 2018

INVOICE NO.: 201821875435

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1947 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31128YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| SEARS | ST1947 | PEACOAT CLASSIC NAVY | | 35 | 35 | 139.800 USD | 4,893.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 460018139204 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26018/ |

STYLE MF8ST31128YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1947 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31128YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

# COMMERCIAL INVOICE

Page 9 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675435

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB China

| SEARS | ST1955 | WOOL BLEND BLACK ONYX | 66 | 66 | 144.000 USD | 9,504.00 USD |
|-------|--------|------------------------|----|----|-------------|--------------|
|       |        |                        | CARTONS | AST | AST |  |

| ITEM: | 460099066763 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 841 |
| SEARS ITEM/SKU | 24647/ |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING: 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | ST1955 | REFERENCE NO. | 803C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE |

FACTORY NO.    032389
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINFUXPIN

| SEARS | ST1955 | WOOL BLEND BLACK ONYX | 22 | 22 | 168.000 USD | 3,696.00 USD |
|-------|--------|------------------------|----|----|-------------|--------------|
|       |        |                        | CARTONS | AST | AST |  |

| ITEM: | 460099066789 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 841 |
| SEARS ITEM/SKU | 24647/ |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 10 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675435

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1955 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE | |

FACTORY NO. 032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO. CNPINFUXPIN

PAYMENT TERM Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER OPEN ACCOUNT
LC# NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 386 | 386 | ASSORTMENTS | 56,318.08 USD |

TOTAL US DOLLARS FIFTY-SIX THOUSAND THREE HUNDRED EIGHTEEN DOLLARS AND EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675586

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1944 | WOOL BLEND BLACK ONYX | 11 | 11 | 156.100  USD | 1,717.10  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 460099287062 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 25707/ | | | | | |

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1944 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31129YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1944 | BOMBER BLACK ONYX | 20 | 20 | 133.800  USD | 2,676.00  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 460099339590 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 25707/ | | | | | |

STYLE MF8ST31129YM
DESCRIPTION: MENS WOOL BLEND BOMBER
RIB COLLAR , LONG SLEEVE WITH RIB CUFF,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
HIDDEN SNAP ON FRONT PLACKET AND POCKET FLAP,
2 POCKET WITH POCKET FLAP AT WAIST,
RIB HEM,
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 2 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675586

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1944 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31129YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.   032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.   CNPINFUXPIN

| SEARS | SQ1956 | WOOL BLEND BLACK ONYX | | 35 | 35 | 136.200 USD | 4,767.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 460018681239 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 28020/ |

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1956 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31748YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.   032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.   CNPINFUXPIN

# COMMERCIAL INVOICE

Page 3 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675586

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China      SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB China

| SEARS | SQ1956 | WOOL BLEND BLACK ONYX | 12 | 12 | 158.900 USD | 1,906.80 USD |
|-------|--------|------------------------|----|----|-------------|--------------|
|       |        |                        | CARTONS | AST | | AST |

| ITEM: | 460016681270 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26020/ |

STYLE MF8ST31748YM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | SQ1956 | REFERENCE NO. | 803P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31748YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

FACTORY NO.      032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China

FTY MID NO.      CNPINFUXPIN

| SEARS | SS1946 | WOOL BLEND BLACK ONYX | 47 | 47 | 141.000 USD | 6,627.00 USD |
|-------|--------|------------------------|----|----|-------------|--------------|
|       |        |                        | CARTONS | AST | | AST |

| ITEM: | 460016281404 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26004/ |

STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QULITED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 4 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675586

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB China

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SS1946 | REFERENCE NO. | 803P | | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | MF8ST31131YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

| SEARS | SS1946 | CPO BLACK ONYX | | 15 | 15 | 164.500 USD | 2,467.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 460016281578 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26004/ | | | | | | |

STYLE MF8ST31131YM
DESCRIPTION :MENS CPO-WOOL BLEND MILITARY COAT
HOOD WITH LINING , RIB COLLAR , LONG SLEEVE,
QUILTED FULLY LINED , #5L FUNCTIONAL PLASTIC ZIPPER AT CETNER FRONT CLOSURE,
 SNAP ON FRONT PLACKET AND POCKET FLAP ,
2 POCKET WITH POCKET FLAP AT CHEST,
2 POCKET WITH POCKET FLAP AT WAIST ,
TURN BACK STITCHING HEM
 FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SS1946 | REFERENCE NO. | 803P | | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | MF8ST31131YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | | |

FACTORY NO.    032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.    CNPINFUXPIN

# COMMERCIAL INVOICE

Page 5 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675586

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SS1948 | WOOL BLEND BLACK ONYX | | 8 | 8 | 165.600 USD | 1,324.80 USD |
|-------|--------|------------------------|--|---|---|-------------|--------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460018680835 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26019/ |

STYLE MF8ST31750BM
"DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST:FOB$25.88 /PC , SCARF COST: FOB$1.72/PC = TOTAL FOB$27.60/PC
"JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
" 1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
"LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
" WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
" FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
" SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018,HANGER COST $0.13/PC(2 PCS PER ASSORTMENT)
HANGER CODE: 3320B ,HANGER COST $0.11/PC(4 PCS PER ASSORTMENT)

| CONTRACT NO. | SS1948 | REFERENCE NO. | 802P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31750BM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE |

| FACTORY NO. | 032369 |
|-------------|--------|
| PINGHU FUXING GARMENT CO LTD | |
| WAIGUANQIAO, NANMEN | |
| DANGHU TOWN | |
| PINGHU | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNPINFUXPIN |

| SEARS | SS1948 | WOOL BLEND BLACK ONYX | | 32 | 32 | 138.000 USD | 4,416.00 USD |
|-------|--------|------------------------|--|----|----|-------------|--------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460018680868 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26019/ |

STYLE MF8ST31750BM
"DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST:FOB$25.88 /PC , SCARF COST: FOB$1.72/PC = TOTAL FOB$27.60/PC
"JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
" 1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
"LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
" WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
" FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
" SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018,HANGER COST $0.13/PC(2 PCS PER ASSORTMENT)
HANGER COST :3320B ,HANGER COST $0.11/PC(3 PCS PER ASSORTMENT)

# COMMERCIAL INVOICE

Page 8 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675586

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1946 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31750BM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 659, 434 | |

FACTORY NO. 032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO. CNPINFUXPIN

| SEARS | ST1945 | WOOL BLEND BLACK ONYX | | 14 | 14 | 156.660  USD | 2,193.24  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 460018681809 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26021/ | | | | | | |

STYLE MF8ST31748BM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018, HANGER COST$0.13/PC (2PCS PER ASSORTMENT)
HANGER CODE: 3320B, HANGER COST $0.115/PC ( 4PCS PER ASSORTMENT)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1945 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31748BM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO. 032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO. CNPINFUXPIN

# COMMERCIAL INVOICE

Page 7 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675586

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg, PA

FOB China

| SEARS | ST1945 | WOOL BLEND BLACK ONYX | | | 9 | 9 | 130.550 USD | 1,174.95 USD |
|-------|--------|------------------------|--|--|---|---|-------------|--------------|
| | | | | | CARTONS | AST | AST | |

| ITEM: | 460018684712 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26021/ |

STYLE MF8ST31748BM
DESCRIPTION: MENS WOOL BLEND CAR COAT WITH BIB
COLLAR WITH RIB ,LONG SLEEVE WITH 2X2 RIB CUFF
4 X BUTTON & PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X WELT POCKET AT WAIST
QUILTED FULLY LINED ,
CLEAN FINISHING SELF TURN CUFF AND HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLYFILL :POLYESTER SHEETING , BODY /BIB/SLEEVES -4OZ
HANGER CODE: KMSR018, HANGER COST$0.13/PC (2PCS PER ASSORTMENT)
HANGER CODE: 3320B, HANGER COST $0.115/PC ( 3PCS PER ASSORTMENT)

| CONTRACT NO. | ST1945 | REFERENCE NO. | 802P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31748BM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE |

| FACTORY NO. | 032369 |
|-------------|--------|
| PINGHU FUXING GARMENT CO LTD | |
| WAIGUANQIAO, NANMEN | |
| DANGHU TOWN | |
| PINGHU | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNPINFUXPIN |

| SEARS | ST1947 | PEACOAT CLASSIC NAVY | | | 12 | 12 | 163.100 USD | 1,957.20 USD |
|-------|--------|----------------------|--|--|----|----|-------------|--------------|
| | | | | | CARTONS | AST | AST | |

| ITEM: | 460018139170 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 26018/ |

STYLE MF8ST31128YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 8 of 10

DATE: September 12, 2018

INVOICE NO.: 201621875588

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1947 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31128YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.      032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.      CNPINFUXPIN

| SEARS | ST1947 | PEACOAT CLASSIC NAVY | | 29 | 29 | 139.800  USD | 4,054.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 460018139204 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26018/ | | | | | | |

STYLE MF8ST31128YM
DESCRIPTION :MENS WOOL BLEND PEACOAT
LONG SLEEVE, DIAMOND QUILTED FULLY LINED,
BUTTON AT FRONT BODY , 2 POCKETS AT WAIST,
TURN BACK STITCHING HEM
BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH
FABRICATION :
SHELL: 50% WOOL 35% POLYESTER 8%ACRYLIC 7% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 210T TAFFETA
POLY SHEETING FILLER -BODY & SLEEVE 4OZ
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | ST1947 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8ST31128YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, RNONE | |

FACTORY NO.      032369

PINGHU FUXING GARMENT CO LTD

WAIGUANQIAO, NANMEN

DANGHU TOWN

PINGHU

ZHEJIANG

China

FTY MID NO.      CNPINFUXPIN

# COMMERCIAL INVOICE

Page 9 of 10
DATE: September 12, 2018
INVOICE NO.: 201821675586

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | ST1955 | WOOL BLEND BLACK ONYX | 55 CARTONS | 55 AST | 144.000 USD | 7,920.00 USD |
|---|---|---|---|---|---|---|

| ITEM: | 460099066763 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 24647/ |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING: 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

| CONTRACT NO. | ST1955 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE |

| FACTORY NO. | 032369 |
|---|---|
| PINGHU FUXING GARMENT CO LTD | |
| WAIGUANQIAO, NANMEN | |
| DANGHU TOWN | |
| PINGHU | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNPINFUXPIN |

| SEARS | ST1955 | WOOL BLEND BLACK ONYX | 18 CARTONS | 18 AST | 168.000 USD | 3,024.00 USD |
|---|---|---|---|---|---|---|

| ITEM: | 460099066789 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 24647/ |

STYLE MF8ST31750YM
DESCRIPTION: MENS WOOL BLEND SOLID TOPCOAT
JACKET COST: FOB$ 22.50/PC, SCARF COST: FOB$1.50/PC = TOTAL FOB$ 24.00/PC
JACKET IS LINED. 3 X PLASTIC BUTTON AT INSIDE CENTER FRONT CLOSURE,
1 X CHEST WELT POCKET,2 X BOTTOM FLAP POCKET,2 X BOTTOM WELT POCKET,
LONG SLEEVES, CLEAN FINISHING SELF TURN CUFF AND HEM,
39" BODY LENGTH FROM HIGH POINT SHOULDER
WOVEN SCARF WITH 3 INCH LENGTH FRINGE ON EACH HEM
FABRICATION :
SHELL: 59% WOOL 31% POLYESTER 10% OTHER FIBERS WOVEN
LINING : 100% POLYESTER 240T TWILL
SCARF: 100% ACRYLIC, WOVEN
HANGER CODE: KMSR018
HANGER COST $0.130/PC

# COMMERCIAL INVOICE

Page 10 of 10

DATE: September 12, 2018

INVOICE NO.: 201821675586

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| CONTRACT NO. | ST1955 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8ST31750YM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 434, 859, RNONE |

FACTORY NO.    032369
PINGHU FUXING GARMENT CO LTD
WAIGUANQIAO, NANMEN
DANGHU TOWN
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINFUXPIN

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 317 | 317 | ASSORTMENTS | 46,225.79  USD |

TOTAL US DOLLARS FORTY-SIX THOUSAND TWO HUNDRED TWENTY-FIVE DOLLARS AND SEVENTY-NINE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 9

DATE: September 12, 2016

INVOICE NO.: 201621660053

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4463 | 77/6 11/ FUSCHIA RED PRINT | 13 CARTONS | 13 AST | 69.200 USD AST | 899.60 USD |
| ITEM: | 300098817620 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59458/ | | | | | |

STYLE GF8RC23446JG
DESCRIPTION :GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X HIP POCKET AT WAIST , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH.
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL :100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING :100% POLYESTER
FILLER :100% POLYESTER 200 GSM DOWN TOUCH POLYFILL
HANGER CODE#498B   HANGER COST $0.06/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4463 | REFERENCE NO. | 804C | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23446JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4463 | 77/6 11/ FUSCHIA RED PRINT | 31 CARTONS | 31 AST | 69.200 USD AST | 2,145.20 USD |
| ITEM: | 300098817679 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59458/ | | | | | |

STYLE GF8RC23446JG
DESCRIPTION :GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X HIP POCKET AT WAIST , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH.
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL :100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING :100% POLYESTER
FILLER :100% POLYESTER 200 GSM DOWN TOUCH POLYFILL
HANGER CODE#498B   HANGER COST $0.06/PC

# COMMERCIAL INVOICE

Page 2 of 9

DATE: September 12, 2018

INVOICE NO.: 201821660053

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SM4463 | **REFERENCE NO.** | 804C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | | |
| **VENDOR ITEM CODE** | GF8RC23446JG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | | |

**FACTORY NO.**  103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**  CNHAILIAHAI

| SEARS | SM4470 | 77/6 11/ BLACK ONYX | | 48 CARTONS | 48 AST | 66.000 USD AST | 3,168.00 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 300098819840 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 05946/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B   HANGER COST$0.06/PC

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SM4470 | **REFERENCE NO.** | 804C | | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | | |
| **VENDOR ITEM CODE** | GF8RC23447JG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | | |

**FACTORY NO.**  103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

**FTY MID NO.**  CNHAILIAHAI

# COMMERCIAL INVOICE

Page 3 of 9

DATE: September 12, 2018

INVOICE NO.: 201821880053

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | SM4470 | 77/6 11/ BLACK ONYX | 68 | 68 | 66.000 USD | 4,488.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 300098819865 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 05946/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B       HANGER COST$0.06/PC

| CONTRACT NO. | SM4470 | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

| FACTORY NO. | 103466 |
|---|---|
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNHAILIAHAI |

| SEARS | SM4470 | 77/6 11/ PARACHUT PURPL | 104 | 104 | 66.000 USD | 6,864.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 300098820129 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59460/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B       HANGER COST$0.06/PC

| CONTRACT NO. | SM4470 | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

# COMMERCIAL INVOICE

Page 4 of 9

**DATE:** September 12, 2016

**INVOICE NO.:** 201621680053

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | |
|---|---|
| **FACTORY NO.** | 103466 |
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| **FTY MID NO.** | CNHAILIAHAI |

| SEARS | SM4470 | 77/6 11/ FANDANGO PINK | | | 17 | 17 | 66.000  USD | 1,122.00  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 300098820194 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59461/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 800MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B      HANGER COST$0.06/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM4470 | **REFERENCE NO.** | 804C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | |
| **VENDOR ITEM CODE** | GF8RC23447JG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 635, RNONE | |

| | |
|---|---|
| **FACTORY NO.** | 103466 |
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| **FTY MID NO.** | CNHAILIAHAI |

| SEARS | SM4470 | 77/6 11/ FANDANGO PINK | | | 40 | 40 | 66.000  USD | 2,640.00  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 300098820210 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 677 |
| **SEARS ITEM/SKU** | 59461/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.

## COMMERCIAL INVOICE

Page 5 of 9

DATE: September 12, 2018

INVOICE NO.: 201821680053

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 499B     HANGER COST$0.08/PC

| CONTRACT NO. | SM4470 | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.     103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.     CNHAILIAHAI

| SEARS | SM4470 | 77/6 11/ PARACHUT PRUPL | | 65 | 65 | 66.000 USD | 4,290.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 300098825532 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59460/ | | | | | | |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 499B     HANGER COST$0.08/PC

| CONTRACT NO. | SM4470 | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.     103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.     CNHAILIAHAI

# COMMERCIAL INVOICE

Page 8 of 9

DATE: September 12, 2018

INVOICE NO.: 201821680053

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SM4487 | 77/6 12/ BLACK ONYX COL | | 91 | 91 | 71.600  USD | 6,515.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 230098821119 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59462/ |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH.
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

| CONTRACT NO. | SM4487 | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.          103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.          CNHAILIAHAI

| SEARS | SM4487 | 77/6 12/ BLACK ONYX COL | | 344 | 344 | 71.600  USD | 24,830.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 230098821143 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59462/ |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH.
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

# COMMERCIAL INVOICE

Page 7 of 9

DATE: September 12, 2018

INVOICE NO.: 201821680053

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4487 | REFERENCE NO. | 804C | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.          103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.          CNHAILIAHAI

| SEARS | SM4487 | 77/6 12/ PARACHUT PURPL | | 221 | 221 | 71.600 USD | 15,823.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

ITEM:          230098821216
MADE IN          CHINA (MAINLAND)
CONTENTS          1 ASSORTMENT
SEARS DIV          677
SEARS ITEM/SKU          59463/

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4487 | REFERENCE NO. | 804C | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.          103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.          CNHAILIAHAI

# COMMERCIAL INVOICE

Page 8 of 9
DATE: September 12, 2018
INVOICE NO.: 201821680053

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | SM4487 | 77/6 12/ PARACHUT PURPL | | 75 | 75 | 80.550 USD | 6,041.25 USD |
|-------|--------|-------------------------|---|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 230098821234 |
|-------|--------------|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59483/ |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #6L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

| CONTRACT NO. | SM4487 | REFERENCE NO. | 804C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO. 103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO. CNHAILIAHAI

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|-------------------|--------------------------|---|--------------|
| TOTAL INVOICE | | 1,117 | 1,117 | ASSORTMENTS | 78,627.65 USD |

TOTAL US DOLLARS SEVENTY-EIGHT THOUSAND SIX HUNDRED TWENTY-SEVEN DOLLARS AND SIXTY-FIVE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 9 of 9

DATE: September 12, 2018

INVOICE NO.: 201821680053

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma , CA

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 4

DATE: September 12, 2018

INVOICE NO.: 201821661408

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4471 | 77/6 12/ FUSCHIA RED GW | 52 CARTONS | 52 AST | 73.520 USD AST | 3,823.04 USD |
| ITEM: | 230098822844 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59484/ | | | | | |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. .LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B    HANGER COST$0.07/PC

| | | |
|---|---|---|
| CONTRACT NO. | SM4471 | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | GF8RC23446MZ | |
| BINDING RULING # OR PRECLASS # | | |

| | | |
|---|---|---|
| REFERENCE NO. | 804C | |
| DEPARTMENT NO. | 034 | |
| VENDOR NO. | 9131 | |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| CATEGORY | 635, RNONE | |

FACTORY NO.        103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.        CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4471 | 77/6 12/ FUCHSIA RED GW | 187 CARTONS | 187 AST | 73.520 USD AST | 13,748.24 USD |
| ITEM: | 230098822851 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59484/ | | | | | |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. .LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B    HANGER COST$0.07/PC

# COMMERCIAL INVOICE

Page 2 of 4

DATE: September 12, 2018

INVOICE NO.: 201821681408

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SM4471 | REFERENCE NO. | 804C | | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | | |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| SEARS | SM4471 | 77/8 12/ FANDANGO PINK | | 186 | 186 | 73.520 USD | 12,204.32 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 230098822901 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59485/ | | | | | | |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM...LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B   HANGER COST$0.07/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SM4471 | REFERENCE NO. | 804C | | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | | |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | | |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

# COMMERCIAL INVOICE

Page 3 of 4
DATE: September 12, 2018
INVOICE NO.: 201821681408

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| SEARS | SM4471 | 77/6 12/ FANDANGO PINK | | 44 CARTONS | 44 AST | 73.520 USD | 3,234.68 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 230098822919 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59465/ |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM . LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B   HANGER COST$0.07/PC

| | |
|---|---|
| CONTRACT NO. | SM4471 |
| DC CODE | CCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | GF8RC23446MZ |
| BINDING RULING # OR PRECLASS # | |
| | |
| FACTORY NO. | 103466 |

| | |
|---|---|
| REFERENCE NO. | 804C |
| DEPARTMENT NO. | 034 |
| VENDOR NO. | 9131 |
| COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| CATEGORY | 635, RNONE |

HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.          CNHAILIAHAI

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 449 | 449 | ASSORTMENTS | 33,010.48 USD |

TOTAL US DOLLARS THIRTY-THREE THOUSAND TEN DOLLARS AND FORTY-EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 4 of 4
DATE: September 12, 2018
INVOICE NO.: 201821681408

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
| --- | --- |
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 9

**DATE:** September 12, 2018

**INVOICE NO.:** 201821681659

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4463 | 77/6 11/ FUSCHIA RED PRINT | 11 CARTONS | 11 AST | 69.200 USD AST | 761.20 USD |
| ITEM: | 300098817620 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59458/ | | | | | |

STYLE GF8RC23446JG
DESCRIPTION :GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X HIP POCKET AT WAIST , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH.
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL :100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER :100% POLYESTER 200 GSM DOWN TOUCH POLYFILL
HANGER CODE#498B    HANGER COST $0.06/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4463 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23446JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4463 | 77/6 11/ FUSCHIA RED PRINT | 25 CARTONS | 25 AST | 69.200 USD AST | 1,730.00 USD |
| ITEM: | 300098817679 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59458/ | | | | | |

STYLE GF8RC23446JG
DESCRIPTION :GIRLS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE
2 X HIP POCKET AT WAIST , BODY LENGTH FROM HIGH POINT SHOULDER TO CROTCH.
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL :100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER :100% POLYESTER 200 GSM DOWN TOUCH POLYFILL
HANGER CODE#498B    HANGER COST $0.06/PC

# COMMERCIAL INVOICE

Page 2 of 9
DATE: September 12, 2018
INVOICE NO.: 201821681659

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| CONTRACT NO. | SM4483 | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23446JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.        103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZI IUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.        CNHAILIAHAI

| SEARS | SM4470 | 77/6 11/ BLACK ONYX | | 40 | 40 | 66.000 USD | 2,640.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 300098819840 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 05948/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B    HANGER COST$0.06/PC

| CONTRACT NO. | SM4470 | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.        103400
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.        CNHAILIAHAI

# COMMERCIAL INVOICE

Page 3 of 9
DATE: September 12, 2018
INVOICE NO.: 201821681659

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB China

| SEARS | SM4470 | 77/6 11/ BLACK ONYX | 57 CARTONS | 57 AST | 66.000 USD AST | 3,762.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 300098819865 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 05948/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B     HANGER COST$0.06/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.     103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.     CNHAILIAHAI

| SEARS | SM4470 | 77/6 11/ PARACHUT PURPL | 82 CARTONS | 82 AST | 66.000 USD AST | 5,412.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 300098820129 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59460/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B     HANGER COST$0.06/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

# COMMERCIAL INVOICE

Page 4 of 9
DATE: September 12, 2018
INVOICE NO.: 201821881659

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON
Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | |
|---|---|---|
| FACTORY NO. | 103466 | |
| HAIYAN LIANGCHEN GARMENT CO LTD | | |
| LIU ZHUANG VILLAGE, IND PARK | | |
| WEST TANG QIAO | | |
| HAIYAN | | |
| ZHEJIANG | | |
| China | | |
| FTY MID NO. | CNHAILIAHAI | |

| SEARS | SM4470 | 77/6 11/ FANDANGO PINK | 14 CARTONS | 14 AST | 66.000 USD AST | 924.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 300098820194 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59461/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 496B      HANGER COST$0.06/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

| | |
|---|---|
| FACTORY NO. | 103466 |
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNHAILIAHAI |

| SEARS | SM4470 | 77/6 11/ FANDANGO PINK | 32 CARTONS | 32 AST | 66.000 USD AST | 2,112.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 300098820210 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59461/ |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.

# COMMERCIAL INVOICE

Page 5 of 9

DATE: September 12, 2018

INVOICE NO.: 201821681659

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B     HANGER COST$0.08/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.          103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.          CNHAILIAHAI

| SEARS | SM4470 | 77/8 11/ PARACHUT PRUPL | | 53 | 53 | 66.000 USD | 3,498.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 300098825532 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59460/ | | | | | | |

STYLE GF8RC23447JG
DESCRIPTION :GIRLS KIDS WOVEN POLYFILL JACKET
FULLED LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2 X HIP POCKET AT WAIST. BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
SHELL: 100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODEL 498B     HANGER COST$0.08/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4470 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447JG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.          103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.          CNHAILIAHAI

# COMMERCIAL INVOICE

Page 6 of 9

DATE: September 12, 2018

INVOICE NO.: 201821681659

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| SEARS | SM4471 | 77/6 12/ FUSCHIA RED GW | 43 | 43 | 73.520 USD | 3,161.36 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 230098822844 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59484/ |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. .LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B   HANGER COST$0.07/PC

| CONTRACT NO. | SM4471 | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

| FACTORY NO. | 103466 |
|---|---|
| HAIYAN LIANGCHEN GARMENT CO LTD | |
| LIU ZHUANG VILLAGE, IND PARK | |
| WEST TANG QIAO | |
| HAIYAN | |
| ZHEJIANG | |
| China | |
| FTY MID NO. | CNHAILIAHAI |

| SEARS | SM4487 | 77/6 12/ BLACK ONYX COL | 74 | 74 | 71.600 USD | 5,298.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 230098821119 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59462/ |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

# COMMERCIAL INVOICE

Page 7 of 9

DATE: September 12, 2018

INVOICE NO.: 201821681659

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4487 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

| SEARS | SM4487 | 77/6 12/ BLACK ONYX COL | | 277 | 277 | 71.600 USD | 19,833.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 230098821143 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 677 | | | | | | |
| SEARS ITEM/SKU | 59462/ | | | | | | |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE.
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4487 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.    CNHAILIAHAI

# COMMERCIAL INVOICE

Page 8 of 9

DATE: September 12, 2018

INVOICE NO.: 201821681659

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:       SEARS ROEBUCK & CO.
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB China

| SEARS | SM4487 | 77/6 12/ PARACHUT PURPL | 176 | 176 | 71.600 USD | 12,601.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 230098821218 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59463/ |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED. LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

| CONTRACT NO. | SM4487 | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.       103466

HAIYAN LIANGCHEN GARMENT CO LTD

LIU ZHUANG VILLAGE, IND PARK

WEST TANG QIAO

HAIYAN

ZHEJIANG

China

FTY MID NO.       CNHAILIAHAI

| SEARS | SM4487 | 77/6 12/ PARACHUT PURPL | 62 | 62 | 80.550 USD | 4,994.10 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 230098821234 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59463/ |

STYLE GF8RC23447MZ
DESCRIPTION:GIRLS KIDS WOVEN POLYFILL JACKET
FULLY LINED, LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2X HIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH .
NO TIGTHENING ELEMENT AT CUFFS AND BOTTOM. LYCRA POLYESTER KNIT AT SLEEVE CUFFS.
FABRICATION:
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING:100% POLYESTER
FILLER: 100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B
HANGER COST$0.07/PC

# COMMERCIAL INVOICE

Page 9 of 9

DATE: September 12, 2018

INVOICE NO.: 201821681659

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4487 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23447MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.          103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.          CNHAILIAHAI

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 946 | 946 | ASSORTMENTS | 66,727.86  USD |

TOTAL US DOLLARS SIXTY-SIX THOUSAND SEVEN HUNDRED TWENTY-SEVEN DOLLARS AND EIGHTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** September 12, 2018

**INVOICE NO.:** 201821681611

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4471 | 77/6 12/ FUCHSIA RED GW | 150 CARTONS | 150 AST | 73.520 USD AST | 11,028.00 USD |
| ITEM: | 230098822851 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59464/ | | | | | |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM...LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B    HANGER COST$0.07/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4471 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103486
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SM4471 | 77/6 12/ FANDANGO PINK | 136 CARTONS | 136 AST | 73.520 USD AST | 9,998.72 USD |
| ITEM: | 230098822901 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 59465/ | | | | | |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM...LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B    HANGER COST$0.07/PC

# COMMERCIAL INVOICE

Page 2 of 3
DATE: September 12, 2018
INVOICE NO.: 201821681811

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4471 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| SEARS | SM4471 | 77/6 12/ FANDANGO PINK | | 36 | 36 | 73.520  USD | 2,646.72  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 230098822919 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 677 |
| SEARS ITEM/SKU | 59465/ |

STYLE GF8RC23446MZ
DESCRIPTION: KIDS GIRLS WOVEN POLYFILL JACKET
FULLY LINED , LONG SLEEVE, #5L PLASTIC ZIPPER AT CENTER FRONT CLOSURE,
2XHIP POCKET AT WAIST.BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH
NO TIGHTENING ELEMENT AT CUFFS AND BOTTOM. .LYCRA POLYESTER KNIT AT SLEEVE CUFFS
SHELL:100% POLYESTER WOVEN WITH POLYACRYLATE COATING ON SHELL 600MM
(PASS WATER RESISTANCE TEST)
LINING: 100% POLYESTER
FILLER:100% POLYESTER 200GSM SHEETING POLYFILL
HANGER CODE#485B    HANGER COST$0.07/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM4471 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | GF8RC23446MZ | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE | |

FACTORY NO.    103466
HAIYAN LIANGCHEN GARMENT CO LTD
LIU ZHUANG VILLAGE, IND PARK
WEST TANG QIAO
HAIYAN
ZHEJIANG
China
FTY MID NO.    CNHAILIAHAI

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

# COMMERCIAL INVOICE

Page 3 of 3
DATE: September 12, 2018
INVOICE NO.: 201821681811

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON
Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 322 | 322 | ASSORTMENTS | 23,673.44  USD |

TOTAL US DOLLARS TWENTY-THREE THOUSAND SIX HUNDRED SEVENTY-THREE DOLLARS AND FORTY-FOUR CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 4
DATE: September 12, 2018
INVOICE NO.: 201821883500

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Mira Loma , CA
**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1926 | BARN JACKE SEPIA | 234 CARTONS | 234 AST | 111.000 USD AST | 25,974.00 USD |
| ITEM: | 460099066847 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24668/ | | | | | |

STYLE MF8OL31409MM
DESCRIPTION :
MENS 100% COTTON WOVEN BARN JACKET WITH CORD
LONG SLEEVE , WOVEN COTTON CORDUROY COLLAR ,
FULLY BUTTON FRONT , 1 PC CHEST POCKET WITH POCKET FLAP
2 PCS LOWER POCKET WITH POCKET FLAP AT WAIST
UPPER BACK BODY WITH WOVEN COTTON FLANNEL LINING ,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 8OZ AT BODY, 4OZ AT SLEEVES,
FABRICATION:
*SHELL - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/84X54,
*YARD DYE COTTON FLANNEL, WOVEN,
 LOWER BODY & FRONT BODY LINING AND SLEEVES LINING:
100% POLYESTER 210T TAFFETA, WOVEN
COLLAR : 100% COTTON WOVEN 14 WALE CORDUROY
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1926 | REFERENCE NO. | 804C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8OL31409MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 335 | |
| FACTORY NO. | 103624 | | | |
| PINGHU OX GARMENT CO LTD | | | | |
| MAJIU VILLAGE,CAOQIAO STREET | | | | |
| PINGHU | | | | |
| ZHEJIANG | | | | |
| China | | | | |
| FTY MID NO. | CNPINOXPIN | | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1926 | BARN JACKE SEPIA | 25 CARTONS | 25 AST | 222.000 USD AST | 5,550.00 USD |
| ITEM: | 460099066862 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24668/ | | | | | |

STYLE MF8OL31409MM
DESCRIPTION :
MENS 100% COTTON WOVEN BARN JACKET WITH CORD
LONG SLEEVE , WOVEN COTTON CORDUROY COLLAR ,
FULLY BUTTON FRONT , 1 PC CHEST POCKET WITH POCKET FLAP
2 PCS LOWER POCKET WITH POCKET FLAP AT WAIST
UPPER BACK BODY WITH WOVEN COTTON FLANNEL LINING ,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 8OZ AT BODY, 4OZ AT SLEEVES,
FABRICATION:
*SHELL - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,

# COMMERCIAL INVOICE

Page 2 of 4

DATE: September 12, 2018

INVOICE NO.: 201821863500

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

"UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
"YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY & FRONT BODY LINING AND SLEEVES LINING:
100% POLYESTER 210T TAFFETA, WOVEN
COLLAR : 100% COTTON WOVEN 14 WALE CORDUROY
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1926 | REFERENCE NO. | 804C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8OL31409MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 335 | |

FACTORY NO. 103824
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China

FTY MID NO. CNPINOXPIN

| SEARS | SQ1927 | HOODED COT ERMINE | | 218 | 218 | 117.000 USD | 25,506.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 460099068959 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24865/ | | | | | | |

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
*ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
*YARD DYE COTTON FLANNEL, WOVEN,
* LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1927 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8OL31402MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 335 | |

FACTORY NO. 103824
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG

# COMMERCIAL INVOICE

Page 3 of 4
DATE: September 12, 2018
INVOICE NO.: 201821883500

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

China
FTY MID NO.    CNPINOXPIN

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| SEARS | SQ1927 | HOODED COT BLACK | | 99 | 99 | 117.000 USD | 11,583.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 460099069015 |
|---|---|
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 24902/ |

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
*ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X80 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
*YARD DYE COTTON FLANNEL, WOVEN,
* LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| CONTRACT NO. | SQ1927 | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31402MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 335 |

FACTORY NO.    103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
FTY MID NO.    CNPINOXPIN

| PAYMENT TERM | Open Acct |
|---|---|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 578 | 578 | ASSORTMENTS | 68,613.00 USD |

TOTAL US DOLLARS SIXTY-EIGHT THOUSAND SIX HUNDRED THIRTEEN DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

## COMMERCIAL INVOICE

Page 4 of 4
DATE: September 12, 2016
INVOICE NO.: 201821883500

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |

# COMMERCIAL INVOICE

Page 1 of 4

DATE: September 12, 2018

INVOICE NO.: 201821863541

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1926 | BARN JACKE SEPIA | 192 CARTONS | 192 AST | 111.000 USD AST | 21,312.00 USD |
| ITEM: | 460099066847 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24668/ | | | | | |

STYLE MF8OL31409MM
DESCRIPTION :
MENS 100% COTTON WOVEN BARN JACKET WITH CORD
LONG SLEEVE , WOVEN COTTON CORDUROY COLLAR ,
FULLY BUTTON FRONT , 1 PC CHEST POCKET WITH POCKET FLAP
2 PCS LOWER POCKET WITH POCKET FLAP AT WAIST
UPPER BACK BODY WITH WOVEN COTTON FLANNEL LINING ,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
FABRICATION:
*SHELL - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
*YARD DYE COTTON FLANNEL, WOVEN,
 LOWER BODY & FRONT BODY LINING AND SLEEVES LINING:
100% POLYESTER 210T TAFFETA, WOVEN
COLLAR : 100% COTTON WOVEN 14 WALE CORDUROY
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1926 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8OL31409MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE | |
| FACTORY NO. | 103624 | | | |

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.     CNPINOXPIN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SQ1926 | BARN JACKE SEPIA | 21 CARTONS | 21 AST | 222.000 USD AST | 4,662.00 USD |
| ITEM: | 460099066862 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24668/ | | | | | |

STYLE MF8OL31409MM
DESCRIPTION :
MENS 100% COTTON WOVEN BARN JACKET WITH CORD
LONG SLEEVE , WOVEN COTTON CORDUROY COLLAR ,
FULLY BUTTON FRONT , 1 PC CHEST POCKET WITH POCKET FLAP
2 PCS LOWER POCKET WITH POCKET FLAP AT WAIST
UPPER BACK BODY WITH WOVEN COTTON FLANNEL LINING ,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
FABRICATION:
*SHELL - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,

# COMMERCIAL INVOICE

Page 2 of 4
DATE: September 12, 2018
INVOICE NO.: 201821863541

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON
BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

"UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
"YARD DYE COTTON FLANNEL, WOVEN,
LOWER BODY & FRONT BODY LINING AND SLEEVES LINING:
100% POLYESTER 210T TAFFETA, WOVEN
COLLAR : 100% COTTON WOVEN 14 WALE CORDUROY
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SQ1926 | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 | |
| VENDOR ITEM CODE | MF8OL31409MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE | |
| FACTORY NO. | 103624 | | | |

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

China

FTY MID NO.     CNPINOXPIN

| SEARS | SQ1927 | HOODED COT ERMINE | | 201 CARTONS | 201 AST | 117.000 USD AST | 23,517.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 460099068959 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24865/ | | | | | | |

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WITH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
"BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
"POLLYFILL: 8OZ AT BODY, 4OZ AT SLEEVES,
"ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X80 /18+16X10+10, PEACH CANVAS, WOVEN,
"UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
"YARD DYE COTTON FLANNEL, WOVEN,
" LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SQ1927 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9131 |
| VENDOR ITEM CODE | MF8OL31402MM | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |
| FACTORY NO. | 103624 | | |

PINGHU OX GARMENT CO LTD

MAJIU VILLAGE,CAOQIAO STREET

PINGHU

ZHEJIANG

# COMMERCIAL INVOICE

Page 3 of 4

DATE: September 12, 2018

INVOICE NO.: 201821663541

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China
**FTY MID NO.**    CNPINOXPIN

| SEARS | SQ1927 | HOODED COT BLACK | | 30 CARTONS | 30 AST | 117.000 USD AST | 3,510.00 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 460099069015 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 24902/ | | | | | | |

MF8OL31402MM
DESCRIPTION :
MENS HOODED COTTON CANVAS WOVEN JACKET
JACKET IS LINED. METAL ZIPPER AT CENTER FRONT CLOSURE,
4 X METAL GROMMET AT ARMHOLE,2 X CHEST POCKET WITH POCKET FLAP,
1 X HIDDEN METAL SNAP AT CENTER FRONT OF UNDER POCKET FLAP,
2 X LOWER POCKET WTH AT WAIST,
2 X HIDDEN METAL SNAP AT CUFF FOR TIGHTENING, LONG SLEEVES,
*BODY LENGTH FROM HIGH POINT SHOULDERS TO CROTCH,
*POLLYFILL: 6OZ AT BODY, 4OZ AT SLEEVES,
*ENTIRE BODY - 100% COTTON 8.20OZ/YD2, 108X60 /16+16X10+10, PEACH CANVAS, WOVEN,
*UPPER BODY LINING: 100% COTTON 3.8OZ/YD2, 21X21/64X54,
*YARD DYE COTTON FLANNEL, WOVEN,
* LOWER BODY LINING AND SLEEVES LINING: 210T 100% POLYESTER, TAFFETA, WOVEN
HANGER CODE:KMSR018
HANGER COST:$0.130/PC

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SQ1927 | **REFERENCE NO.** | 802P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9131 | |
| **VENDOR ITEM CODE** | MF8OL31402MM | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 335, RNONE | |

**FACTORY NO.**    103624
PINGHU OX GARMENT CO LTD
MAJIU VILLAGE,CAOQIAO STREET
PINGHU
ZHEJIANG
China
**FTY MID NO.**    CNPINOXPIN

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT
**LC#**    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 444 | 444 | ASSORTMENTS | 53,001.00 USD |

TOTAL US DOLLARS FIFTY-THREE THOUSAND ONE DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 4 of 4

DATE: September 12, 2018

INVOICE NO.: 201821863541

9131
BST INTERNATIONAL FASHION LIMITED
SUITE 2301B, 23/F, SKYLINE TOWER,
NO.39 WANG KWONG ROAD, KOWLOON BAY
KOWLOON

Hong Kong

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Shanghai, China

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB China

| BST INTERNATIONAL FASHION LIMITED | |
|---|---|
| EMPLOYEE NAME | SANDRA TSUI |
| EMPLOYEE TITLE | OFFICE MANAGER |