

Zoe Mak <zmak@frontline-hk.com>

## BST International Fashion Ltd - Urgently needs the goods receiving date by Sears and Kmart

Soo, Vinus (HK) <Vinus.Soo@searshc.com>  Wed, Jan 16, 2019 at 10:19 AM
To: Zoe Mak <zmak@frontline-hk.com>
Cc: AR Shrinivasan <seenu@frontline-hk.com>, Sandra Tsui <stsui@frontline-hk.com>

We can only pull the ORIGINAL in dc date from our system, not actual receive date. See attached file.

*Vinus Soo*

**Senior Merchandising Manager | Men's Knit/Woven/Denim, Seasonal (Outer/Sweater/Swim) ALL genders**

Sears Holdings Global Sourcing Ltd.

50/F, Office Tower, Langham Place,

8 Argyle Street, Mongkok, Hong Kong

Office: (852) 2733 5781 | Vinus.soo@searshc.com

**From:** Zoe Mak [mailto:zmak@frontline-hk.com]
**Sent:** Tuesday, January 15, 2019 6:38 PM
**To:** Soo, Vinus (HK) <Vinus.Soo@searshc.com>
**Cc:** AR Shrinivasan <seenu@frontline-hk.com>; Sandra Tsui <stsui@frontline-hk.com>
**Subject:** Re: BST International Fashion Ltd - Urgently needs the goods receiving date by Sears and Kmart

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Hi Vinus,

We found there're a date about "Arrive at Store" when we search under Order Line in system, but it's seems not workable ..... such as this case the ETD is 18/Sept and Arrive at store date is 06/Nov already. Believe the in **DC date** is what we need now, pls help to check wth US and put us in cc copy, then my boss Seenu can work on this in US at once.

Many thanks in advance for yr help & support !!



B.Rgds/Zoe

On Tue, Jan 15, 2019 at 5:33 PM Soo, Vinus (HK) <Vinus.Soo@searshc.com> wrote:

Only have ETA for shipment.

| Po | Delivery Date | Discharge Point | Etd | Eta | Total | |
|---|---|---|---|---|---|---|
| B2YAQ | 8/1/2018 | CCD | 8/15/2018 | 9/5/2018 | $ | 19,693 |
| | | PCD | 8/14/2018 | 9/14/2018 | $ | 25,145 |
| | 8/29/2018 | CCD | 9/6/2018 | 9/24/2018 | $ | 1,128 |
| | | PCD | 9/10/2018 | 10/12/2018 | $ | 1,316 |
| B2YAR | 8/29/2018 | CCD | 9/6/2018 | 9/24/2018 | $ | 1,269 |
| | | PCD | 9/10/2018 | 10/12/2018 | $ | 1,692 |
| B2YAS | 6/27/2018 | PCD | 7/7/2018 | 8/8/2018 | $ | 94 |
| B2YF5 | 6/27/2018 | PCD | 7/7/2018 | 8/8/2018 | $ | 163 |

| | | | | | | |
|---|---|---|---|---|---|---|
| B2YF6 | 8/1/2018 | CCD | 8/15/2018 | 9/5/2018 | $ | 12,163 |
| | | PCD | 8/14/2018 | 9/14/2018 | $ | 15,658 |
| B2YFP | 8/1/2018 | CCD | 8/15/2018 | 9/5/2018 | $ | 17,433 |
| | | PCD | 8/14/2018 | 9/14/2018 | $ | 22,386 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 9,243 |
| | | PCD | 9/22/2018 | 10/24/2018 | $ | 11,778 |
| | 9/19/2018 | CCD | No ship | (blank) | | |
| | | PCD | No ship | (blank) | | |
| B2YFQ | 7/4/2018 | PCD | 7/13/2018 | 8/15/2018 | $ | 137 |
| B2YFV | 8/1/2018 | CCD | 8/15/2018 | 9/5/2018 | $ | 12,247 |
| | | PCD | 8/14/2018 | 9/14/2018 | $ | 15,544 |
| B2YFW | 7/4/2018 | PCD | 7/13/2018 | 8/15/2018 | $ | 157 |
| B2YH4 | 7/18/2018 | CCD | 7/25/2018 | 8/13/2018 | $ | 33,984 |
| | | PCD | 7/21/2018 | 8/22/2018 | $ | 35,292 |
| | 8/22/2018 | CCD | 8/29/2018 | 9/17/2018 | $ | 9,000 |
| | | PCD | 9/5/2018 | 10/5/2018 | $ | 9,504 |
| B2YMK | 7/4/2018 | PCD | 7/13/2018 | 8/15/2018 | $ | 156 |
| B2YML | 7/4/2018 | CCD | 7/17/2018 | 8/8/2018 | $ | 17,316 |
| | | PCD | 7/13/2018 | 8/15/2018 | $ | 22,094 |
| | 7/25/2018 | CCD | 8/2/2018 | 8/20/2018 | $ | 5,577 |
| | | PCD | 8/6/2018 | 9/7/2018 | $ | 7,137 |
| B2YMM | 7/25/2018 | CCD | 8/2/2018 | 8/20/2018 | $ | 1,560 |
| | | PCD | 8/6/2018 | 9/7/2018 | $ | 2,145 |
| B2YQJ | 7/4/2018 | CCD | 7/17/2018 | 8/8/2018 | $ | 16,253 |
| | | PCD | 7/13/2018 | 8/15/2018 | $ | 20,764 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 7/18/2018 | CCD | 7/25/2018 | 8/13/2018 | $ | 32,650 |
| | | PCD | 7/21/2018 | 8/22/2018 | $ | 16,468 |
| | | | 7/30/2018 | 8/31/2018 | $ | 25,060 |
| | 8/15/2018 | CCD | 8/23/2018 | 9/10/2018 | $ | 38,020 |
| | | PCD | 8/26/2018 | 9/27/2018 | $ | 48,330 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 38,378 |
| | | PCD | 9/18/2018 | 10/19/2018 | $ | 48,187 |
| B2YR1 | 7/4/2018 | PCD | 7/13/2018 | 8/15/2018 | $ | 359 |
| B2YR2 | 7/4/2018 | CCD | 7/17/2018 | 8/8/2018 | $ | 16,553 |
| | | PCD | 7/13/2018 | 8/15/2018 | $ | 21,264 |
| | 7/25/2018 | CCD | 8/2/2018 | 8/20/2018 | $ | 942 |
| | | PCD | 8/6/2018 | 9/7/2018 | $ | 1,346 |
| B2YR8 | 9/5/2018 | CCD | 9/13/2018 | 10/1/2018 | $ | 12,996 |
| | | PCD | 9/18/2018 | 10/19/2018 | $ | 13,626 |
| B2YR9 | 9/5/2018 | CCD | 9/13/2018 | 10/1/2018 | $ | 25,585 |
| | | PCD | 9/18/2018 | 10/19/2018 | $ | 26,635 |
| B2YVR | 7/4/2018 | CCD | 7/17/2018 | 8/8/2018 | $ | 4,286 |
| | | PCD | 7/13/2018 | 8/15/2018 | $ | 5,490 |
| | 7/18/2018 | CCD | 7/25/2018 | 8/13/2018 | $ | 8,648 |
| | | PCD | 7/21/2018 | 8/22/2018 | $ | 10,979 |
| | 8/15/2018 | CCD | 8/23/2018 | 9/10/2018 | $ | 10,002 |
| | | PCD | 8/26/2018 | 9/27/2018 | $ | 12,784 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 10,227 |
| | | PCD | 9/18/2018 | 10/19/2018 | $ | 13,085 |
| B2YVT | 6/27/2018 | PCD | 7/7/2018 | 8/8/2018 | $ | 80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| B2YVU | 6/27/2018 | CCD | 7/5/2018 | 7/23/2018 | $ | 6,595 |
| | | PCD | 7/7/2018 | 8/8/2018 | $ | 8,381 |
| | 7/25/2018 | CCD | 8/2/2018 | 8/20/2018 | $ | 962 |
| | | PCD | 8/6/2018 | 9/7/2018 | $ | 1,305 |
| SM4463 | 7/4/2018 | CCD | 7/11/2018 | 7/30/2018 | $ | 1,315 |
| | | PCD | 7/7/2018 | 8/8/2018 | $ | 1,107 |
| | 7/18/2018 | CCD | 7/25/2018 | 8/13/2018 | $ | 2,699 |
| | | PCD | 7/21/2018 | 8/22/2018 | $ | 2,145 |
| | 8/15/2018 | CCD | 8/23/2018 | 9/10/2018 | $ | 3,114 |
| | | PCD | 8/26/2018 | 9/27/2018 | $ | 2,491 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 3,045 |
| | | PCD | 9/18/2018 | 10/19/2018 | $ | 2,491 |
| SM4470 | 7/4/2018 | CCD | 7/17/2018 | 8/8/2018 | $ | 9,702 |
| | | PCD | 7/13/2018 | 8/15/2018 | $ | 7,986 |
| | 7/18/2018 | CCD | 7/25/2018 | 8/13/2018 | $ | 19,470 |
| | | PCD | 7/21/2018 | 8/22/2018 | $ | 15,840 |
| | 8/15/2018 | CCD | 8/23/2018 | 9/10/2018 | $ | 22,638 |
| | | PCD | 8/26/2018 | 9/27/2018 | $ | 18,480 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 22,572 |
| | | PCD | 9/18/2018 | 10/19/2018 | $ | 18,348 |
| SM4471 | 7/4/2018 | CCD | 7/11/2018 | 7/30/2018 | $ | 14,189 |
| | | PCD | 7/7/2018 | 8/8/2018 | $ | 11,396 |
| | 7/18/2018 | CCD | 7/25/2018 | 8/13/2018 | $ | 28,232 |
| | | PCD | 7/21/2018 | 8/22/2018 | $ | 11,763 |
| | | | 7/30/2018 | 8/31/2018 | $ | 11,322 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 8/15/2018 | CCD | 8/23/2018 | 9/10/2018 | $ 32,863 |
|  |  | PCD | 8/26/2018 | 9/27/2018 | $ 3,161 |
|  |  |  | 8/29/2018 | 9/28/2018 | $ 23,747 |
|  | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ 33,010 |
|  |  | PCD | 9/18/2018 | 10/19/2018 | $ 3,161 |
|  |  |  | 9/22/2018 | 10/24/2018 | $ 23,673 |
| SM4487 | 7/4/2018 | CCD | 7/17/2018 | 8/8/2018 | $ 22,402 |
|  |  | PCD | 7/13/2018 | 8/15/2018 | $ 18,339 |
|  | 7/18/2018 | CCD | 7/25/2018 | 8/13/2018 | $ 45,090 |
|  |  | PCD | 7/21/2018 | 8/22/2018 | $ 36,677 |
|  | 8/15/2018 | CCD | 8/23/2018 | 9/10/2018 | $ 52,510 |
|  | 8/16/2018 | PCD | 8/26/2018 | 9/27/2018 | $ 42,933 |
|  | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ 53,011 |
|  |  | PCD | 9/18/2018 | 10/19/2018 | $ 42,727 |
| SM4502 | 7/4/2018 | CCD | 7/17/2018 | 8/8/2018 | $ 4,080 |
|  |  | PCD | 7/7/2018 | 8/8/2018 | $ 3,298 |
| SN4464 | 7/4/2018 | CCD | 7/11/2018 | 7/30/2018 | $ 22,640 |
|  |  | PCD | 7/7/2018 | 8/8/2018 | $ 18,400 |
| SQ1926 | 7/4/2018 | CCD | 7/17/2018 | 8/8/2018 | $ 46,176 |
|  |  | PCD | 7/13/2018 | 8/15/2018 | $ 37,685 |
|  | 8/1/2018 | CCD | 8/15/2018 | 9/5/2018 | $ 13,431 |
|  |  | PCD | 8/14/2018 | 9/14/2018 | $ 11,100 |
|  | 9/5/2018 | CCD | 9/13/2018 | 10/1/2018 | $ 19,481 |
|  |  | PCD | 9/18/2018 | 10/19/2018 | $ 15,984 |
|  | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ 31,524 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | PCD | 9/18/2018 | 10/19/2018 | $ | 25,974 |
| SQ1927 | 8/1/2018 | CCD | 8/15/2018 | 9/5/2018 | $ | 12,870 |
| | | PCD | 8/14/2018 | 9/14/2018 | $ | 10,530 |
| | 9/5/2018 | CCD | 9/13/2018 | 10/1/2018 | $ | 81,432 |
| | | PCD | 9/10/2018 | 10/12/2018 | $ | 56,043 |
| | | | 9/18/2018 | 10/19/2018 | $ | 10,530 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 37,089 |
| | | PCD | 9/18/2018 | 10/19/2018 | $ | 27,027 |
| | 9/19/2018 | PCD | No ship | (blank) | | |
| | 9/26/2018 | CCD | No ship | (blank) | | |
| | | PCD | No ship | (blank) | | |
| SQ1944 | 8/1/2018 | CCD | 8/8/2018 | 8/27/2018 | $ | 47,990 |
| | | PCD | 8/10/2018 | 9/11/2018 | $ | 39,382 |
| | 8/29/2018 | CCD | 9/6/2018 | 9/24/2018 | $ | 16,101 |
| | | PCD | 9/5/2018 | 10/5/2018 | $ | 13,112 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 5,397 |
| | | PCD | 9/22/2018 | 10/24/2018 | $ | 4,393 |
| SQ1951 | 7/4/2018 | CCD | 7/11/2018 | 7/30/2018 | $ | 38,541 |
| | | PCD | 7/7/2018 | 8/8/2018 | $ | 31,499 |
| | 8/1/2018 | CCD | 8/15/2018 | 9/5/2018 | $ | 9,858 |
| | | PCD | 8/14/2018 | 9/14/2018 | $ | 7,889 |
| | 8/29/2018 | CCD | 9/6/2018 | 9/24/2018 | $ | 20,370 |
| | | PCD | 9/10/2018 | 10/12/2018 | $ | 16,614 |
| SQ1956 | 8/1/2018 | CCD | 8/8/2018 | 8/27/2018 | $ | 57,136 |
| | | PCD | 8/10/2018 | 9/11/2018 | $ | 46,399 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8/29/2018 | CCD | 9/6/2018 | 9/24/2018 | $ | 31,735 |
| | | PCD | 9/5/2018 | 10/5/2018 | $ | 25,992 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 8,081 |
| | | PCD | 9/22/2018 | 10/24/2018 | $ | 6,674 |
| SR1954 | 8/1/2018 | CCD | 8/15/2018 | 9/5/2018 | $ | 5,518 |
| | | PCD | 8/14/2018 | 9/14/2018 | $ | 4,576 |
| | 9/5/2018 | CCD | 9/13/2018 | 10/1/2018 | $ | 12,381 |
| | | PCD | 9/18/2018 | 10/19/2018 | $ | 10,094 |
| | 9/19/2018 | CCD | No ship | (blank) | | |
| | | PCD | No ship | (blank) | | |
| | 9/26/2018 | CCD | No ship | (blank) | | |
| | | PCD | No ship | (blank) | | |
| SS1946 | 8/1/2018 | CCD | 8/8/2018 | 8/27/2018 | $ | 66,881 |
| | | PCD | 8/10/2018 | 9/11/2018 | $ | 54,379 |
| | 8/29/2018 | CCD | 9/6/2018 | 9/24/2018 | $ | 49,609 |
| | | PCD | 9/5/2018 | 10/5/2018 | $ | 40,843 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 11,163 |
| | | PCD | 9/22/2018 | 10/24/2018 | $ | 9,095 |
| SS1948 | 8/1/2018 | CCD | 8/15/2018 | 9/5/2018 | $ | 16,864 |
| | | PCD | 8/14/2018 | 9/14/2018 | $ | 13,690 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 7,176 |
| | | PCD | 9/22/2018 | 10/24/2018 | $ | 5,741 |
| ST1945 | 8/1/2018 | CCD | 8/15/2018 | 9/5/2018 | $ | 10,392 |
| | | PCD | 8/14/2018 | 9/14/2018 | $ | 8,538 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 4,125 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | PCD | 9/22/2018 | 10/24/2018 | $ | 3,368 |
| ST1947 | 8/1/2018 | CCD | 8/8/2018 | 8/27/2018 | $ | 38,631 |
| | | PCD | 8/10/2018 | 9/11/2018 | $ | 31,129 |
| | 8/29/2018 | CCD | 9/6/2018 | 9/24/2018 | $ | 5,592 |
| | | PCD | 9/5/2018 | 10/5/2018 | $ | 4,567 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 7,176 |
| | | PCD | 9/22/2018 | 10/24/2018 | $ | 6,011 |
| ST1955 | 8/1/2018 | CCD | 8/8/2018 | 8/27/2018 | $ | 33,024 |
| | | | 8/15/2018 | 9/5/2018 | $ | 44,136 |
| | | PCD | 8/10/2018 | 9/11/2018 | $ | 41,160 |
| | | | 8/14/2018 | 9/14/2018 | $ | 21,744 |
| | 8/29/2018 | CCD | 9/6/2018 | 9/24/2018 | $ | 66,336 |
| | | PCD | 9/5/2018 | 10/5/2018 | $ | 16,824 |
| | | | 9/10/2018 | 10/12/2018 | $ | 37,488 |
| | 9/12/2018 | CCD | 9/20/2018 | 10/8/2018 | $ | 13,200 |
| | | PCD | 9/22/2018 | 10/24/2018 | $ | 10,944 |
| SV1603 | 7/4/2018 | CCD | 7/17/2018 | 8/8/2018 | $ | 43,308 |
| | | PCD | 7/13/2018 | 8/15/2018 | $ | 35,208 |
| SX1606 | 9/5/2018 | CCD | 9/13/2018 | 10/1/2018 | $ | 80,426 |
| | | PCD | 9/10/2018 | 10/12/2018 | $ | 65,875 |
| SX1607 | 9/5/2018 | CCD | 9/13/2018 | 10/1/2018 | $ | 86,292 |
| | | PCD | 9/10/2018 | 10/12/2018 | $ | 70,740 |
| SX1608 | 9/5/2018 | CCD | 9/13/2018 | 10/1/2018 | $ | 160,335 |
| | | PCD | 9/10/2018 | 10/12/2018 | $ | 138,705 |
| **Grand Total** | | | | | **$** | **3,776,635** |

*Vinus Soo*

**Senior Merchandising Manager | Men's Knit/Woven/Denim, Seasonal (Outer/Sweater/Swim) ALL genders**

Sears Holdings Global Sourcing Ltd.

50/F, Office Tower, Langham Place,

8 Argyle Street, Mongkok, Hong Kong

Office: (852) 2733 5781 | Vinus.soo@searshc.com


**From:** Soo, Vinus (HK)
**Sent:** Tuesday, January 15, 2019 11:17 AM
**To:** 'Zoe Mak' <zmak@frontline-hk.com>
**Subject:** RE: BST International Fashion Ltd - Urgently needs the goods receiving date by Sears and Kmart


We do not have hard track list.


*Vinus Soo*

**Senior Merchandising Manager | Men's Knit/Woven/Denim, Seasonal (Outer/Sweater/Swim) ALL genders**

Sears Holdings Global Sourcing Ltd.

50/F, Office Tower, Langham Place,

8 Argyle Street, Mongkok, Hong Kong

Office: (852) 2733 5781 | Vinus.soo@searshc.com


**From:** Zoe Mak [mailto:zmak@frontline-hk.com]
**Sent:** Tuesday, January 15, 2019 11:02 AM
**To:** Soo, Vinus (HK) <Vinus.Soo@searshc.com>
**Subject:** Re: BST International Fashion Ltd - Urgently needs the goods receiving date by Sears and Kmart


**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Hi Vinus,

The lawyer said it's called **hard track list.**

B.Rgds/Zoe

On Tue, Jan 15, 2019 at 10:41 AM Zoe Mak <zmak@frontline-hk.com> wrote:

> Hi Vinus,
>
> Enclosed pls find our shipment list split into CCD and PCD follow with booking no., PO No., qtty, cartons, FCA / vessel etd.
>
> Kindly help to provide the **goods receiving date by Sears and Kmart**.asap.  Thks a lot !!
>
> B.Rgds/Zoe (Direct line : 3471 0701)
>
> This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

📎 **BST shipment with ln dc.xlsx**
16K

| Po | Original PO In Dc Date | Eta | Etd | Total |
|---|---|---|---|---|
| B2YAQ | 9/17/2018 | 9/5/2018 | 8/15/2018 | $ 19,693.00 |
|  |  | 9/14/2018 | 8/14/2018 | $ 25,145.00 |
|  | 10/15/2018 | 9/24/2018 | 9/6/2018 | $ 1,128.00 |
|  |  | 10/12/2018 | 9/10/2018 | $ 1,316.00 |
| B2YAR | 10/15/2018 | 9/24/2018 | 9/6/2018 | $ 1,269.00 |
|  |  | 10/12/2018 | 9/10/2018 | $ 1,692.00 |
| B2YAS | 8/13/2018 | 8/8/2018 | 7/7/2018 | $ 94.00 |
| B2YF5 | 8/13/2018 | 8/8/2018 | 7/7/2018 | $ 163.10 |
| B2YF6 | 9/17/2018 | 9/5/2018 | 8/15/2018 | $ 12,162.60 |
|  |  | 9/14/2018 | 8/14/2018 | $ 15,657.60 |
| B2YFP | 9/17/2018 | 9/5/2018 | 8/15/2018 | $ 17,433.00 |
|  |  | 9/14/2018 | 8/14/2018 | $ 22,386.00 |
|  | 10/24/2018 | 10/8/2018 | 9/20/2018 | $ 9,243.00 |
|  |  | 10/24/2018 | 9/22/2018 | $ 11,778.00 |
| B2YFQ | 8/15/2018 | 8/15/2018 | 7/13/2018 | $ 136.50 |
| B2YFV | 9/17/2018 | 9/5/2018 | 8/15/2018 | $ 12,246.78 |
|  |  | 9/14/2018 | 8/14/2018 | $ 15,543.99 |
| B2YFW | 8/15/2018 | 8/15/2018 | 7/13/2018 | $ 157.01 |
| B2YH4 | 9/1/2018 | 8/13/2018 | 7/25/2018 | $ 33,984.00 |
|  |  | 8/22/2018 | 7/21/2018 | $ 35,292.00 |
|  | 10/8/2018 | 9/17/2018 | 8/29/2018 | $ 9,000.00 |
|  |  | 10/5/2018 | 9/5/2018 | $ 9,504.00 |
| B2YMK | 8/15/2018 | 8/15/2018 | 7/13/2018 | $ 156.00 |
| B2YML | 8/15/2018 | 8/8/2018 | 7/17/2018 | $ 17,316.00 |
|  |  | 8/15/2018 | 7/13/2018 | $ 22,093.50 |
|  | 9/10/2018 | 8/20/2018 | 8/2/2018 | $ 5,577.00 |
|  |  | 9/7/2018 | 8/6/2018 | $ 7,137.00 |
| B2YMM | 9/10/2018 | 8/20/2018 | 8/2/2018 | $ 1,560.00 |
|  |  | 9/7/2018 | 8/6/2018 | $ 2,145.00 |
| B2YQJ | 8/19/2018 | 8/8/2018 | 7/17/2018 | $ 16,253.20 |
|  |  | 8/15/2018 | 7/13/2018 | $ 20,764.00 |
|  | 8/29/2018 | 8/13/2018 | 7/25/2018 | $ 32,649.60 |
|  |  | 8/22/2018 | 7/21/2018 | $ 16,468.00 |
|  |  | 8/31/2018 | 7/30/2018 | $ 25,060.00 |
|  | 9/27/2018 | 9/10/2018 | 8/23/2018 | $ 38,019.60 |
|  |  | 9/27/2018 | 8/26/2018 | $ 48,330.00 |
|  | 10/24/2018 | 10/8/2018 | 9/20/2018 | $ 38,377.60 |
|  |  | 10/19/2018 | 9/18/2018 | $ 48,186.80 |
| B2YR1 | 8/15/2018 | 8/15/2018 | 7/13/2018 | $ 358.88 |
| B2YR2 | 8/15/2018 | 8/8/2018 | 7/17/2018 | $ 16,553.34 |
|  |  | 8/15/2018 | 7/13/2018 | $ 21,263.64 |
|  | 9/10/2018 | 8/20/2018 | 8/2/2018 | $ 942.06 |
|  |  | 9/7/2018 | 8/6/2018 | $ 1,345.80 |

| | | | | |
|---|---|---|---|---|
| B2YR8 | 10/18/2018 | 10/1/2018 | 9/13/2018 | $ 12,996.00 |
| | | 10/19/2018 | 9/18/2018 | $ 13,626.00 |
| B2YR9 | 10/18/2018 | 10/1/2018 | 9/13/2018 | $ 25,585.00 |
| | | 10/19/2018 | 9/18/2018 | $ 26,635.00 |
| B2YVR | 8/19/2018 | 8/8/2018 | 7/17/2018 | $ 4,286.40 |
| | | 8/15/2018 | 7/13/2018 | $ 5,489.60 |
| | 8/29/2018 | 8/13/2018 | 7/25/2018 | $ 8,648.00 |
| | | 8/22/2018 | 7/21/2018 | $ 10,979.20 |
| | 9/27/2018 | 9/10/2018 | 8/23/2018 | $ 10,001.60 |
| | | 9/27/2018 | 8/26/2018 | $ 12,784.00 |
| | 10/24/2018 | 10/8/2018 | 9/20/2018 | $ 10,227.20 |
| | | 10/19/2018 | 9/18/2018 | $ 13,084.80 |
| B2YVT | 8/13/2018 | 8/8/2018 | 7/7/2018 | $ 80.15 |
| B2YVU | 8/13/2018 | 7/23/2018 | 7/5/2018 | $ 6,595.20 |
| | | 8/8/2018 | 7/7/2018 | $ 8,381.40 |
| | 9/10/2018 | 8/20/2018 | 8/2/2018 | $ 961.80 |
| | | 9/7/2018 | 8/6/2018 | $ 1,305.30 |
| SM4463 | 8/19/2018 | 7/30/2018 | 7/11/2018 | $ 1,314.80 |
| | | 8/8/2018 | 7/7/2018 | $ 1,107.20 |
| | 8/29/2018 | 8/13/2018 | 7/25/2018 | $ 2,698.80 |
| | | 8/22/2018 | 7/21/2018 | $ 2,145.20 |
| | 9/27/2018 | 9/10/2018 | 8/23/2018 | $ 3,114.00 |
| | | 9/27/2018 | 8/26/2018 | $ 2,491.20 |
| | 10/24/2018 | 10/8/2018 | 9/20/2018 | $ 3,044.80 |
| | | 10/19/2018 | 9/18/2018 | $ 2,491.20 |
| SM4470 | 8/19/2018 | 8/8/2018 | 7/17/2018 | $ 9,702.00 |
| | | 8/15/2018 | 7/13/2018 | $ 7,986.00 |
| | 8/29/2018 | 8/13/2018 | 7/25/2018 | $ 19,470.00 |
| | | 8/22/2018 | 7/21/2018 | $ 15,840.00 |
| | 9/27/2018 | 9/10/2018 | 8/23/2018 | $ 22,638.00 |
| | | 9/27/2018 | 8/26/2018 | $ 18,480.00 |
| | 10/24/2018 | 10/8/2018 | 9/20/2018 | $ 22,572.00 |
| | | 10/19/2018 | 9/18/2018 | $ 18,348.00 |
| SM4471 | 8/19/2018 | 7/30/2018 | 7/11/2018 | $ 14,189.36 |
| | | 8/8/2018 | 7/7/2018 | $ 11,395.60 |
| | 8/29/2018 | 8/13/2018 | 7/25/2018 | $ 28,231.68 |
| | | 8/22/2018 | 7/21/2018 | $ 11,763.20 |
| | | 8/31/2018 | 7/30/2018 | $ 11,322.08 |
| | 9/27/2018 | 9/10/2018 | 8/23/2018 | $ 32,863.44 |
| | | 9/27/2018 | 8/26/2018 | $ 3,161.36 |
| | | 9/28/2018 | 8/29/2018 | $ 23,746.96 |
| | 10/24/2018 | 10/8/2018 | 9/20/2018 | $ 33,010.48 |
| | | 10/19/2018 | 9/18/2018 | $ 3,161.36 |
| | | 10/24/2018 | 9/22/2018 | $ 23,673.44 |
| SM4487 | 8/19/2018 | 8/8/2018 | 7/17/2018 | $ 22,401.85 |
| | | 8/15/2018 | 7/13/2018 | $ 18,338.55 |
| | 8/29/2018 | 8/13/2018 | 7/25/2018 | $ 45,090.10 |

|        |            |            | 8/22/2018 | 7/21/2018 | $ | 36,677.10 |
|--------|------------|------------|-----------|-----------|---|-----------|
|        |            | 9/27/2018  | 9/10/2018 | 8/23/2018 | $ | 52,509.65 |
|        |            |            | 9/27/2018 | 8/26/2018 | $ | 42,933.15 |
|        |            | 10/24/2018 | 10/8/2018 | 9/20/2018 | $ | 53,010.85 |
|        |            |            | 10/19/2018| 9/18/2018 | $ | 42,727.30 |
| SM4502 |            | 8/19/2018  | 8/8/2018  | 7/7/2018  | $ | 3,298.40  |
|        |            |            |           | 7/17/2018 | $ | 4,079.60  |
| SN4464 |            | 8/19/2018  | 7/30/2018 | 7/11/2018 | $ | 22,640.00 |
|        |            |            | 8/8/2018  | 7/7/2018  | $ | 18,400.00 |
| SQ1926 |            | 8/20/2018  | 8/8/2018  | 7/17/2018 | $ | 46,176.00 |
|        |            |            | 8/15/2018 | 7/13/2018 | $ | 37,684.50 |
|        |            | 9/17/2018  | 9/5/2018  | 8/15/2018 | $ | 13,431.00 |
|        |            |            | 9/14/2018 | 8/14/2018 | $ | 11,100.00 |
|        |            | 10/18/2018 | 10/1/2018 | 9/13/2018 | $ | 19,480.50 |
|        |            |            | 10/19/2018| 9/18/2018 | $ | 15,984.00 |
|        |            | 10/24/2018 | 10/8/2018 | 9/20/2018 | $ | 31,524.00 |
|        |            |            | 10/19/2018| 9/18/2018 | $ | 25,974.00 |
| SQ1927 |            | 9/17/2018  | 9/5/2018  | 8/15/2018 | $ | 12,870.00 |
|        |            |            | 9/14/2018 | 8/14/2018 | $ | 10,530.00 |
|        |            | 10/18/2018 | 10/1/2018 | 9/13/2018 | $ | 81,432.00 |
|        |            |            | 10/12/2018| 9/10/2018 | $ | 56,043.00 |
|        |            |            | 10/19/2018| 9/18/2018 | $ | 10,530.00 |
|        |            | 10/24/2018 | 10/8/2018 | 9/20/2018 | $ | 37,089.00 |
|        |            |            | 10/19/2018| 9/18/2018 | $ | 27,027.00 |
| SQ1944 |            | 9/17/2018  | 8/27/2018 | 8/8/2018  | $ | 47,989.60 |
|        |            |            | 9/11/2018 | 8/10/2018 | $ | 39,381.80 |
|        |            | 10/15/2018 | 9/24/2018 | 9/6/2018  | $ | 16,100.60 |
|        |            |            | 10/5/2018 | 9/5/2018  | $ | 13,112.40 |
|        |            | 10/30/2018 | 10/8/2018 | 9/20/2018 | $ | 5,396.60  |
|        |            |            | 10/24/2018| 9/22/2018 | $ | 4,393.10  |
| SQ1951 |            | 8/20/2018  | 7/30/2018 | 7/11/2018 | $ | 38,540.70 |
|        |            |            | 8/8/2018  | 7/7/2018  | $ | 31,498.95 |
|        |            | 9/17/2018  | 9/5/2018  | 8/15/2018 | $ | 9,858.45  |
|        |            |            | 9/14/2018 | 8/14/2018 | $ | 7,889.05  |
|        |            | 10/15/2018 | 9/24/2018 | 9/6/2018  | $ | 20,369.55 |
|        |            |            | 10/12/2018| 9/10/2018 | $ | 16,613.95 |
| SQ1956 |            | 9/17/2018  | 8/27/2018 | 8/8/2018  | $ | 57,135.90 |
|        |            |            | 9/11/2018 | 8/10/2018 | $ | 46,398.80 |
|        |            | 10/15/2018 | 9/24/2018 | 9/6/2018  | $ | 31,734.60 |
|        |            |            | 10/5/2018 | 9/5/2018  | $ | 25,991.50 |
|        |            | 10/30/2018 | 10/8/2018 | 9/20/2018 | $ | 8,081.20  |
|        |            |            | 10/24/2018| 9/22/2018 | $ | 6,673.80  |
| SR1954 |            | 9/17/2018  | 9/5/2018  | 8/15/2018 | $ | 5,517.78  |
|        |            |            | 9/14/2018 | 8/14/2018 | $ | 4,575.72  |
|        |            | 10/18/2018 | 10/1/2018 | 9/13/2018 | $ | 12,381.36 |
|        |            |            | 10/19/2018| 9/18/2018 | $ | 10,093.50 |
| SS1946 |            | 9/17/2018  | 8/27/2018 | 8/8/2018  | $ | 66,881.00 |

|  |  | 9/11/2018 | 8/10/2018 | $ | 54,379.00 |
|---|---|---|---|---|---|
|  | 10/15/2018 | 9/24/2018 | 9/6/2018 | $ | 49,608.50 |
|  |  | 10/5/2018 | 9/5/2018 | $ | 40,843.00 |
|  | 10/30/2018 | 10/8/2018 | 9/20/2018 | $ | 11,162.50 |
|  |  | 10/24/2018 | 9/22/2018 | $ | 9,094.50 |
| SS1948 | 9/17/2018 | 9/5/2018 | 8/15/2018 | $ | 16,863.60 |
|  |  | 9/14/2018 | 8/14/2018 | $ | 13,689.60 |
|  | 10/30/2018 | 10/8/2018 | 9/20/2018 | $ | 7,176.00 |
|  |  | 10/24/2018 | 9/22/2018 | $ | 5,740.80 |
| ST1945 | 9/17/2018 | 9/5/2018 | 8/15/2018 | $ | 10,391.78 |
|  |  | 9/14/2018 | 8/14/2018 | $ | 8,537.97 |
|  | 10/30/2018 | 10/8/2018 | 9/20/2018 | $ | 4,125.38 |
|  |  | 10/24/2018 | 9/22/2018 | $ | 3,368.19 |
| ST1947 | 9/17/2018 | 8/27/2018 | 8/8/2018 | $ | 38,631.40 |
|  |  | 9/11/2018 | 8/10/2018 | $ | 31,128.80 |
|  | 10/16/2018 | 9/24/2018 | 9/6/2018 | $ | 5,592.00 |
|  |  | 10/5/2018 | 9/5/2018 | $ | 4,566.80 |
|  | 10/30/2018 | 10/8/2018 | 9/20/2018 | $ | 7,176.40 |
|  |  | 10/24/2018 | 9/22/2018 | $ | 6,011.40 |
| ST1955 | 9/17/2018 | 8/27/2018 | 8/8/2018 | $ | 33,024.00 |
|  |  | 9/5/2018 | 8/15/2018 | $ | 44,136.00 |
|  |  | 9/11/2018 | 8/10/2018 | $ | 41,160.00 |
|  |  | 9/14/2018 | 8/14/2018 | $ | 21,744.00 |
|  | 10/15/2018 | 9/24/2018 | 9/6/2018 | $ | 66,336.00 |
|  |  | 10/5/2018 | 9/5/2018 | $ | 16,824.00 |
|  |  | 10/12/2018 | 9/10/2018 | $ | 37,488.00 |
|  | 10/30/2018 | 10/8/2018 | 9/20/2018 | $ | 13,200.00 |
|  |  | 10/24/2018 | 9/22/2018 | $ | 10,944.00 |
| SV1603 | 8/19/2018 | 8/8/2018 | 7/17/2018 | $ | 43,308.00 |
|  |  | 8/15/2018 | 7/13/2018 | $ | 35,208.00 |
| SX1606 | 10/22/2018 | 10/1/2018 | 9/13/2018 | $ | 80,426.40 |
|  |  | 10/12/2018 | 9/10/2018 | $ | 65,875.20 |
| SX1607 | 10/18/2018 | 10/1/2018 | 9/13/2018 | $ | 86,292.00 |
|  |  | 10/12/2018 | 9/10/2018 | $ | 70,740.00 |
| SX1608 | 10/18/2018 | 10/1/2018 | 9/13/2018 | $ | 160,335.00 |
|  |  | 10/12/2018 | 9/10/2018 | $ | 138,705.00 |
| Grand Total |  |  |  | $ | 3,776,635.09 |