F.F.T.
INTERNATIONAL

Zoe Mak <zmak@frontline-hk.com>

## Payment arrangement for BST

**Soo, Vinus (HK)** <Vinus.Soo@searshc.com>                    Tue, Sep 18, 2018 at 4:28 PM
To: BST Zoe Mak <zmak@frontline-hk.com>
Cc: Sandra Tsui <stsui@frontline-hk.com>, AR Shrinivasan <seenu@frontline-hk.com>

Hi Zoe,

US finance forecast the payment to be released as below, flowing the documents to bank taking extra days. Please find below details and advise if any questions. Thanks.

| Inv | Etd | OA75 | Total | Forecast date |
|-----|-----|------|-------|---------------|
| Sum of Inv Amt | | | | |
| 201820077571 | 7/5/2018 | 9/18/2018 | $ 6,595.20 | 10/2/2018 |
| 201820077883 | 7/7/2018 | 9/20/2018 | $ 8,461.55 | 10/4/2018 |
| 201820078022 | 7/17/2018 | 9/30/2018 | $ 33,869.34 | 10/16/2018 |
| 201820078108 | 7/13/2018 | 9/26/2018 | $ 44,165.53 | 10/10/2018 |
| 201820078128 | 7/7/2018 | 9/20/2018 | $ 257.10 | 10/4/2018 |
| 201820220792 | 7/17/2018 | 9/30/2018 | $ 43,308.00 | 10/16/2018 |
| 201820220825 | 7/13/2018 | 9/26/2018 | $ 35,208.00 | 10/10/2018 |
| 201820220923 | 7/17/2018 | 9/30/2018 | $ 46,176.00 | 10/16/2018 |
| 201820220968 | 7/13/2018 | 9/26/2018 | $ 37,684.50 | 10/10/2018 |
| 201820225321 | 7/17/2018 | 9/30/2018 | $ 20,539.60 | 10/16/2018 |
| 201820226379 | 7/13/2018 | 9/26/2018 | $ 26,253.60 | 10/10/2018 |
| 201820250635 | 7/7/2018 | 9/20/2018 | $ 65,700.15 | 10/4/2018 |
| 201820250949 | 7/13/2018 | 9/26/2018 | $ 26,324.55 | 10/10/2018 |

| | | | | |
|---|---|---|---|---|
| 201820251845 | 7/11/2018 | 9/24/2018 | $ 76,684.86 | 10/9/2018 |
| 201820252026 | 7/17/2018 | 9/30/2018 | $ 36,183.45 | 10/16/2018 |
| 201820531474 | 7/25/2018 | 10/8/2018 | $ 72,724.80 | 10/23/2018 |
| 201820531591 | 7/25/2018 | 10/8/2018 | $ 2,556.80 | 10/23/2018 |
| 201820531691 | 7/21/2018 | 10/4/2018 | $ 62,739.20 | 10/18/2018 |
| 201820531738 | 7/30/2018 | 10/13/2018 | $ 25,060.00 | 10/29/2018 |
| 201820531919 | 7/25/2018 | 10/8/2018 | $ 77,772.26 | 10/23/2018 |
| 201820531943 | 7/25/2018 | 10/8/2018 | $ 17,718.32 | 10/23/2018 |
| 201820532089 | 7/21/2018 | 10/4/2018 | $ 66,425.50 | 10/18/2018 |
| 201820532112 | 7/30/2018 | 10/13/2018 | $ 11,322.08 | 10/29/2018 |
| 201820679555 | 8/2/2018 | 10/16/2018 | $ 961.80 | 10/30/2018 |
| 201820679588 | 8/6/2018 | 10/20/2018 | $ 1,305.30 | 11/5/2018 |
| 201820679677 | 8/2/2018 | 10/16/2018 | $ 8,079.06 | 10/30/2018 |
| 201820679716 | 8/6/2018 | 10/20/2018 | $ 10,627.80 | 11/5/2018 |
| 201820817026 | 8/15/2018 | 10/29/2018 | $ 9,858.45 | 11/13/2018 |
| 201820817157 | 8/14/2018 | 10/28/2018 | $ 7,889.05 | 11/13/2018 |
| 201820817404 | 8/15/2018 | 10/29/2018 | $ 31,855.60 | 11/13/2018 |
| 201820817609 | 8/14/2018 | 10/28/2018 | $ 40,802.60 | 11/13/2018 |
| 201820845440 | 8/8/2018 | 10/22/2018 | $ 243,661.90 | 11/6/2018 |
| 201820845674 | 8/15/2018 | 10/29/2018 | $ 71,391.38 | 11/13/2018 |
| 201820845945 | 8/10/2018 | 10/24/2018 | $ 212,448.40 | 11/7/2018 |
| 201820846046 | 8/14/2018 | 10/28/2018 | $ 43,971.57 | 11/13/2018 |
| 201820871058 | 8/15/2018 | 10/29/2018 | $ 29,679.78 | 11/13/2018 |

| 201820871093 | 8/14/2018 | 10/28/2018 | $ 37,929.99 | 11/13/2018 |
|---|---|---|---|---|
| 201820871315 | 8/15/2018 | 10/29/2018 | $ 31,818.78 | 11/13/2018 |
| 201820871349 | 8/14/2018 | 10/28/2018 | $ 26,205.72 | 11/13/2018 |
| 201820918650 | 8/23/2018 | 11/6/2018 | $ 48,021.20 | 11/20/2018 |
| 201820918699 | 8/26/2018 | 11/9/2018 | $ 61,114.00 | 11/23/2018 |
| 201820920847 | 8/23/2018 | 11/6/2018 | $ 78,261.65 | 11/20/2018 |
| 201821097247 | 8/23/2018 | 11/6/2018 | $ 32,863.44 | 11/20/2018 |
| 201821098028 | 8/26/2018 | 11/9/2018 | $ 67,065.71 | 11/23/2018 |
| 201821098161 | 8/29/2018 | 11/12/2018 | $ 23,746.96 | 11/27/2018 |
| 201821238387 | 8/29/2018 | 11/12/2018 | $ 9,000.00 | 11/27/2018 |
| 201821238457 | 8/22/2018 | 11/5/2018 | $ 9,504.00 | 12/4/2018 |
| 201821459432 | 8/28/2018 | 11/11/2018 | $ 20,369.55 | 12/4/2018 |
| 201821459478 | 8/29/2018 | 11/12/2018 | $ 16,613.95 | 12/10/2018 |
| 201821459801 | 9/1/2018 | 11/15/2018 | $ 111,970.21 | 12/4/2018 |
| 201821459883 | 8/28/2018 | 11/11/2018 | $ 1,954.48 | 12/4/2018 |
| 201821459998 | 8/29/2018 | 11/12/2018 | $ 2,371.03 | 12/10/2018 |
| 201821460092 | 8/29/2018 | 11/12/2018 | $ 97,729.73 | 12/4/2018 |
| 201821516402 | 8/29/2018 | 11/12/2018 | $ 29,743.91 | 12/4/2018 |
| 201821516720 | 8/29/2018 | 11/12/2018 | $ 12,496.01 | 12/10/2018 |
| (blank) | (blank) | (blank) | | |
| **Grand Total** | | | **$ 2,275,043.40** | |

*Vinus Soo*

Senior Merchandising Manager  | Men's Knit/Woven/Denim, Seasonal (Outer/Sweater/Swim) ALL genders

Sears Holdings Global Sourcing Ltd.

50/F, Office Tower, Langham Place,

8 Argyle Street, Mongkok, Hong Kong

Office: (852) 2733 5781 | Vinus.soo@searshc.com

**From:** Zoe Mak [mailto:zmak@frontline-hk.com]
**Sent:** Tuesday, September 18, 2018 3:42 PM
**To:** Soo, Vinus (HK) <Vinus.Soo@searshc.com>
**Cc:** Sandra Tsui <stsui@frontline-hk.com>; AR Shrinivasan <seenu@frontline-hk.com>
**Subject:** Re: Payment arrangement for BST

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Hi Vinus,

We need yr help for checking if the 1st payment can be released today as estimate pay date ??  This is very important for us now.

Many thanks in advance for yr help & support !!

B.Rgds/Zoe (Direct line : 3471 0701)
**BST INTERNATIONAL FASHION LIMITED**
Suite 2301B, Skyline Tower, 39 Wang Kwong Road, Kowloon Bay, Hong Kong
Tel.: +852 3471 0600  / Fax. : +852 3471 0606
*e-mail : zmak@frontline-hk.com*

On Fri, Sep 7, 2018 at 2:06 PM, Soo, Vinus (HK) <Vinus.Soo@searshc.com> wrote:

Hi Sandra,

We have reminded Finance to pay you on time based on 75 days, please review the file with the ESTIMATE PAY DATE.  thanks.

*Vinus Soo*

**Senior Merchandising Manager  | Men's Knit/Woven/Denim, Seasonal (Outer/Sweater/Swim) ALL genders**

Sears Holdings Global Sourcing Ltd.

50/F, Office Tower, Langham Place,

8 Argyle Street, Mongkok, Hong Kong

Office: (852) 2733 5781 | Vinus.soo@searshc.com

**From:** Sandra Tsui [mailto:stsui@frontline-hk.com]
**Sent:** Thursday, September 06, 2018 3:03 PM

**To:** Soo, Vinus (HK) <Vinus.Soo@searshc.com>
**Cc:** Zoe Mak <zmak@frontline-hk.com>; AR Shrinivasan <seenu@frontline-hk.com>
**Subject:** Re: Payment arrangement for BST

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Dear Vinus

Tks, pls try whatever you can.

B. Rgds
Sandra

On Thu, Sep 6, 2018 at 2:09 PM, Soo, Vinus (HK) <Vinus.Soo@searshc.com> wrote:

> Thanks Sandra, as the terms is 75 days extra 10 days for flowing the document to bank.   We can't negotiate the shorten term for existing PO's.  We are now trying to help with finance to pay at 75 days (no flowing date) actually it means we shorten 10 days.
>
> We will update and advise. Thanks.
>
> *Vinus Soo*
>
> **Senior Merchandising Manager  | Men's Knit/Woven/Denim, Seasonal (Outer/Sweater/Swim) ALL genders**
>
> Sears Holdings Global Sourcing Ltd.
>
> 50/F, Office Tower, Langham Place,
>
> 8 Argyle Street, Mongkok, Hong Kong
>
> Office: (852) 2733 5781 |  Vinus.soo@searshc.com

**From:** Sandra Tsui [mailto:stsui@frontline-hk.com]
**Sent:** Thursday, September 06, 2018 11:57 AM

**To:** Soo, Vinus (HK) <Vinus.Soo@searshc.com>
**Cc:** Zoe Mak <zmak@frontline-hk.com>; AR Shrinivasan <seenu@frontline-hk.com>
**Subject:** Re: Payment arrangement for BST

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Dear Vinus

Basically, yr list is correct, just the last few lines are not matching or system not update yet, but not important at this moment for pushing payments.

I saw that the paid date is calculated 75+10, and we are asking for 75-7 (to get a week earlier than 75days), hope you can manage with yr accounts dept.  One more thing is we hv updated the new bank details to HSBC for Kmart orders (~2weeks ago), pls ensure system was updated for this.

Tks a lot!

B. Rgds
Sandra

On Thu, Sep 6, 2018 at 11:40 AM, Soo, Vinus (HK) <Vinus.Soo@searshc.com> wrote:

Hi Sandra,

I do pull the data from system with the PO/invoice indicated as attached, sorry do you mind to check if any missing?

*Vinus Soo*

**Senior Merchandising Manager  | Men's Knit/Woven/Denim, Seasonal (Outer/Sweater/Swim) ALL genders**

Sears Holdings Global Sourcing Ltd.

50/F, Office Tower, Langham Place,

8 Argyle Street, Mongkok, Hong Kong

Office: (852) 2733 5781 |  Vinus.soo@searshc.com

**From:** Sandra Tsui [mailto:stsui@frontline-hk.com]
**Sent:** Thursday, September 06, 2018 11:36 AM
**To:** Soo, Vinus (HK) <Vinus.Soo@searshc.com>

**Cc:** Zoe Mak <zmak@frontline-hk.com>; AR Shrinivasan <seenu@frontline-hk.com>
**Subject:** Re: Payment arrangement for BST

---

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

---

Dear Vinus

Enclosed pls find the list (sorted by est. delivery date), only provide for those ship in the early stage and not all orders.

Then I don't send this to Betty.

Tks for your support.

B. Rgds

Sandra

On Thu, Sep 6, 2018 at 9:27 AM, Soo, Vinus (HK) <Vinus.Soo@searshc.com> wrote:

Hi Zoe,

Please let us know the PO#, invoice # and ETD of goods to check.  I will work with Finance and advise back to your team.

*Vinus Soo*

**Senior Merchandising Manager  | Men's Knit/Woven/Denim, Seasonal (Outer/Sweater/Swim) ALL genders**

Sears Holdings Global Sourcing Ltd.

50/F, Office Tower, Langham Place,

8 Argyle Street, Mongkok, Hong Kong

Office: (852) 2733 5781 |  Vinus.soo@searshc.com

**From:** Kwan, Sherri (HK)
**Sent:** Thursday, September 06, 2018 9:21 AM
**To:** Zoe Mak <zmak@frontline-hk.com>; Yew, Betty (HK) <Betty.Yew@searshc.com>
**Cc:** Kumasegawa, Yatchi (HK) <Yatchi.Kumasegawa@searshc.com>; Sandra Tsui <stsui@frontline-hk.com>; AR Shrinivasan <seenu@frontline-hk.com>; Soo, Vinus (HK) <Vinus.Soo@searshc.com>
**Subject:** RE: Payment arrangement for BST

Adding Vinus Soo for the conversation

**From:** Zoe Mak [mailto:zmak@frontline-hk.com]
**Sent:** Thursday, September 06, 2018 12:54 AM
**To:** Yew, Betty (HK) <Betty.Yew@searshc.com>
**Cc:** Kumasegawa, Yatchi (HK) <Yatchi.Kumasegawa@searshc.com>; Kwan, Sherri (HK)
<Sherri.Kwan@searshc.com>; Sandra Tsui <stsui@frontline-hk.com>; AR Shrinivasan
<seenu@frontline-hk.com>
**Subject:** Payment arrangement for BST

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Hi Betty,

Thks for yr reply !  Our Sandra wl provide the related invoices no. to you accordingly.

Many thanks in advance for yr checking !

B.Rgds, Zoe

On Wednesday, September 5, 2018, Yew, Betty (HK) <Betty.Yew@searshc.com> wrote:

Hi Zoe

After check, there should be no OS payable and the latest invoices on hand should be due at mid Sept.

Appreciate if you could provide the invoices no. for tracing purpose.

Regards

Betty

**From:** Zoe Mak <zmak@frontline-hk.com>
**Date:** 5 September 2018 at 6:40:38 AM HKT
**To:** Yatchi.kumasegawa@searshc.com
**Cc:** Sherri.kwan@searshc.com, AR Shrinivasan <seenu@frontline-hk.com>,  Sandra Tsui
<stsui@frontline-hk.com>
**Subject: Payment arrangement for BST**

Enterprise Security Team Alert: This email originated from outside of the organization. Please use caution when opening messages from external sources.

Dear Mr.Yatchi,


I'm Zoe frm BST International Fashion Limited, vendor no is

Sears #9131

Kmart #9130


we have shipped several outerwear orders during June July and August 2018.  We would like to request for a help to prepone pur payments by 1 week to help pay vendors.   We know it's already in the system  but please try whatever possible.


B.Rgds,

Zoe



--

B.Rgds/Zoe (Direct line : 3471 0701)
**BST INTERNATIONAL FASHION LIMITED**
Suite 2301B, Skyline Tower, 39 Wang Kwong Road, Kowloon Bay, Hong Kong
Tel.: +852 3471 0600 / Fax. : +852 3471 0606
*e-mail : zmak@frontline-hk.com*


This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.


--

B.Rgds/Zoe (Direct line : 3471 0701)
**BST INTERNATIONAL FASHION LIMITED**
Suite 2301B, Skyline Tower, 39 Wang Kwong Road, Kowloon Bay, Hong Kong
Tel.: +852 3471 0600 / Fax. : +852 3471 0606
*e-mail : zmak@frontline-hk.com*


This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.


This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.


This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.