

Zoe Mak <zmak@frontline-hk.com>

---

## Payment arrangement for BST

**Soo, Vinus (HK)** <Vinus.Soo@searshc.com>　　　　　　　　　　　　　　　　　　　　　　　Wed, Sep 19, 2018 at 3:22 PM
To: BST Zoe Mak <zmak@frontline-hk.com>, BST - Emily Nip <enip@frontline-hk.com>
Cc: "Chan, Cherry (HK)" <Cherry.Chan@searshc.com>

Hi Zoe,

I pull the system for the balance shipments & qty (involved total 3,209pcs), please convince factory to ship the balance qtys on time by 9/19 & 9/26 as US team is now working to release the payment to you this week. I will keep you update. Thanks.

| G | H | I | O | Q | Y | AS | AT | BE | BF | BG | BH | BO | BP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | Vendor Name | Po | Delivery | In Store | Ctn | Mfg Item | Description | Order U | Unit Co | Unit Ek | Price1 | Opc | ORDER | Pro |
| 9130 | BST INTERNATIONAL | B2YFP | 09/19/2018 | 11/15/2018 | 38 | MF8NW31700MM | HOODED COTTON C | AST | 117 | 135.0969 | 419.94 | 6 | 228 PKł |
| 9130 | BST INTERNATIONAL | B2YFP | 09/19/2018 | 11/15/2018 | 34 | MF8NW31700MM | HOODED COTTON C | AST | 136.5 | 157.8753 | 489.93 | 7 | 238 PKł |
| 9130 | BST INTERNATIONAL | B2YFP | 09/19/2018 | 11/15/2018 | 43 | MF8NW31700MM | HOODED COTTON C | AST | 136.5 | 157.8753 | 489.93 | 7 | 301 PKł |
| 9130 | BST INTERNATIONAL | B2YFP | 09/19/2018 | 11/15/2018 | 29 | MF8NW31700MM | HOODED COTTON C | AST | 117 | 135.0969 | 419.94 | 6 | 174 PKł |
| 9131 | BST INTERNATIONAL | SR1954 | 09/19/2018 | 11/15/2018 | 38 | MF8OL31402BM | HOODED COT | AST | 134.58 | 155.6526 | 599.94 | 6 | 228 PKł |
| 9131 | BST INTERNATIONAL | SR1954 | 09/19/2018 | 11/15/2018 | 31 | MF8OL31402BM | HOODED COT | AST | 134.58 | 155.6526 | 599.94 | 6 | 186 PKł |
| 9131 | BST INTERNATIONAL | SR1954 | 09/26/2018 | 11/25/2018 | 17 | MF8OL31402BM | HOODED COT | AST | 134.58 | 155.6526 | 599.94 | 6 | 102 PKł |
| 9131 | BST INTERNATIONAL | SR1954 | 09/26/2018 | 11/25/2018 | 13 | MF8OL31402BM | HOODED COT | AST | 134.58 | 155.6526 | 599.94 | 6 | 78 PKł |
| 9131 | BST INTERNATIONAL | SQ1927 | 09/26/2018 | 11/25/2018 | 36 | MF8OL31402MM | HOODED COT | AST | 117 | 134.9392 | 539.94 | 6 | 216 PKł |
| 9131 | BST INTERNATIONAL | SQ1927 | 09/26/2018 | 11/25/2018 | 29 | MF8OL31402MM | HOODED COT | AST | 117 | 134.9392 | 539.94 | 6 | 174 PKł |
| 9131 | BST INTERNATIONAL | SQ1927 | 09/19/2018 | 11/15/2018 | 69 | MF8OL31402MM | HOODED COT | AST | 117 | 134.9392 | 539.94 | 6 | 414 PKł |
| 9131 | BST INTERNATIONAL | SQ1927 | 09/26/2018 | 11/25/2018 | 80 | MF8OL31402MM | HOODED COT | AST | 117 | 135.0354 | 539.94 | 6 | 480 PKł |
| 9131 | BST INTERNATIONAL | SQ1927 | 09/26/2018 | 11/25/2018 | 65 | MF8OL31402MM | HOODED COT | AST | 117 | 135.0354 | 539.94 | 6 | 390 PKł |
| | | | | | | | | | | | | | 3209 |

*Vinus Soo*

Senior Merchandising Manager | Men's Knit/Woven/Denim, Seasonal (Outer/Sweater/Swim) ALL genders

Sears Holdings Global Sourcing Ltd.

50/F, Office Tower, Langham Place,

8 Argyle Street, Mongkok, Hong Kong

Office: (852) 2733 5781 | Vinus.soo@searshc.com

**From:** Kwan, Sherri (HK)
**Sent:** Tuesday, September 18, 2018 6:39 PM
**To:** Gourlin, Franck <Franck.Gourlin@searshc.com>; Leismer, Andrew <Andrew.Leismer@searshc.com>; Fong, Donna J <Donna.Fong@searshc.com>; D6225IMP SHAC IMPORT HELP <D6225IMP@searshc.com>
**Cc:** King, Kate (HK) <Kate.King@searshc.com>; Kumasegawa, Yatchi (HK) <Yatchi.Kumasegawa@searshc.com>; Yew, Betty (HK) <Betty.Yew@searshc.com>; Soo, Vinus (HK) <Vinus.Soo@searshc.com>
**Subject:** FW: Payment arrangement for BST

Hi Franck / Andrew / Donna / D6225,

Need your help to have on time payment for BST who is our Outerwear vendor still keep payment in OA 75 days, they total shipped goods $2.3M, we have received payment forecast with delay 14-19 days, 7 invoice even delay for 22-29 days, details as stated below for reference.

BST is seeking for our immediate help to release payment to them on time, payment delay in 14-19 days and 22-29 days will cause disaster for their cash flow, they will have no cash to pay factory for coming shipments in End Sept for Sears.

Outerwear is seasonal product, on time delivery is very important for buyer to catch the season, please help to take immediate action to process payment for BST in 75 days.

Many thanks for everybody's help!

| Inv | Etd | OA75 | Total | Forecast date | # of days delay |
|---|---|---|---|---|---|
| 201820077571 | 7/5/2018 | 9/18/2018 | $6,595.20 | 10/2/2018 | 14 |

| Sum of Inv Amt | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inv | Etd | OA75 | Total | | Forecast date | | |
| 201820077571 | 7/5/2018 | 9/18/2018 | $ | 6,595.20 | 10/2/2018 | Sept | 507,411.43 |
| 201820077883 | 7/7/2018 | 9/20/2018 | $ | 8,461.55 | 10/4/2018 | Oct | 1,144,806.14 |
| 201820078022 | 7/17/2018 | 9/30/2018 | $ | 33,869.34 | 10/16/2018 | Nov | 622,825.83 |
| 201820078108 | 7/13/2018 | 9/26/2018 | $ | 44,165.53 | 10/10/2018 | | 2,275,043.40 |
| 201820078128 | 7/7/2018 | 9/20/2018 | $ | 257.10 | 10/4/2018 | | |
| 201820220792 | 7/17/2018 | 9/30/2018 | $ | 43,308.00 | 10/16/2018 | | |
| 201820220825 | 7/13/2018 | 9/26/2018 | $ | 35,208.00 | 10/10/2018 | | |
| 201820220923 | 7/17/2018 | 9/30/2018 | $ | 46,176.00 | 10/16/2018 | | |
| 201820220968 | 7/13/2018 | 9/26/2018 | $ | 37,684.50 | 10/10/2018 | | |
| 201820225321 | 7/17/2018 | 9/30/2018 | $ | 20,539.60 | 10/16/2018 | | |
| 201820226379 | 7/13/2018 | 9/26/2018 | $ | 26,253.60 | 10/10/2018 | | |
| 201820250635 | 7/7/2018 | 9/20/2018 | $ | 65,700.15 | 10/4/2018 | | |
| 201820250949 | 7/13/2018 | 9/26/2018 | $ | 26,324.55 | 10/10/2018 | | |
| 201820251845 | 7/11/2018 | 9/24/2018 | $ | 76,684.86 | 10/9/2018 | | |
| 201820252026 | 7/17/2018 | 9/30/2018 | $ | 36,183.45 | 10/16/2018 | | |
| 201820531474 | 7/25/2018 | 10/8/2018 | $ | 72,724.80 | 10/23/2018 | | |
| 201820531591 | 7/25/2018 | 10/8/2018 | $ | 2,556.80 | 10/23/2018 | | |
| 201820531691 | 7/21/2018 | 10/4/2018 | $ | 62,739.20 | 10/18/2018 | | |
| 201820531738 | 7/30/2018 | 10/13/2018 | $ | 25,060.00 | 10/29/2018 | | |
| 201820531919 | 7/25/2018 | 10/8/2018 | $ | 77,772.26 | 10/23/2018 | | |
| 201820531943 | 7/25/2018 | 10/8/2018 | $ | 17,718.32 | 10/23/2018 | | |
| 201820532089 | 7/21/2018 | 10/4/2018 | $ | 66,425.50 | 10/18/2018 | | |
| 201820532112 | 7/30/2018 | 10/13/2018 | $ | 11,322.08 | 10/29/2018 | | |
| 201820679555 | 8/2/2018 | 10/16/2018 | $ | 961.80 | 10/30/2018 | | |
| 201820679588 | 8/6/2018 | 10/20/2018 | $ | 1,305.30 | 11/5/2018 | | |
| 201820679677 | 8/2/2018 | 10/16/2018 | $ | 8,079.06 | 10/30/2018 | | |
| 201820679716 | 8/6/2018 | 10/20/2018 | $ | 10,627.80 | 11/5/2018 | | |
| 201820817026 | 8/15/2018 | 10/29/2018 | $ | 9,858.45 | 11/13/2018 | | |
| 201820817157 | 8/14/2018 | 10/28/2018 | $ | 7,889.05 | 11/13/2018 | | |
| 201820817404 | 8/15/2018 | 10/29/2018 | $ | 31,855.60 | 11/13/2018 | | |
| 201820817609 | 8/14/2018 | 10/28/2018 | $ | 40,802.60 | 11/13/2018 | | |
| 201820845440 | 8/8/2018 | 10/22/2018 | $ | 243,661.90 | 11/6/2018 | | |
| 201820845674 | 8/15/2018 | 10/29/2018 | $ | 71,391.38 | 11/13/2018 | | |
| 201820845945 | 8/10/2018 | 10/24/2018 | $ | 212,448.40 | 11/7/2018 | | |
| 201820846046 | 8/14/2018 | 10/28/2018 | $ | 43,971.57 | 11/13/2018 | | |
| 201820871058 | 8/15/2018 | 10/29/2018 | $ | 29,679.78 | 11/13/2018 | | |
| 201820871093 | 8/14/2018 | 10/28/2018 | $ | 37,929.99 | 11/13/2018 | | |
| 201820871315 | 8/15/2018 | 10/29/2018 | $ | 31,818.78 | 11/13/2018 | | |
| 201820871349 | 8/14/2018 | 10/28/2018 | $ | 26,205.72 | 11/13/2018 | | |
| 201820918650 | 8/23/2018 | 11/6/2018 | $ | 48,021.20 | 11/20/2018 | | |
| 201820918699 | 8/26/2018 | 11/9/2018 | $ | 61,114.00 | 11/23/2018 | | |
| 201820920847 | 8/23/2018 | 11/6/2018 | $ | 78,261.65 | 11/20/2018 | | |
| 201821097247 | 8/23/2018 | 11/6/2018 | $ | 32,863.44 | 11/20/2018 | | |
| 201821098028 | 8/26/2018 | 11/9/2018 | $ | 67,065.71 | 11/23/2018 | | |
| 201821098161 | 8/29/2018 | 11/12/2018 | $ | 23,746.96 | 11/27/2018 | | |
| 201821238387 | 8/29/2018 | 11/12/2018 | $ | 9,000.00 | 11/27/2018 | | |
| 201821238457 | 8/22/2018 | 11/5/2018 | $ | 9,504.00 | 12/4/2018 | | |
| 201821459432 | 8/28/2018 | 11/11/2018 | $ | 20,369.55 | 12/4/2018 | | |
| 201821459478 | 8/29/2018 | 11/12/2018 | $ | 16,613.95 | 12/10/2018 | | |
| 201821459801 | 9/1/2018 | 11/15/2018 | $ | 111,970.21 | 12/4/2018 | | |
| 201821459883 | 8/28/2018 | 11/11/2018 | $ | 1,954.48 | 12/4/2018 | | |
| 201821459998 | 8/29/2018 | 11/12/2018 | $ | 2,371.03 | 12/10/2018 | | |
| 201821460092 | 8/29/2018 | 11/12/2018 | $ | 97,729.73 | 12/4/2018 | | |
| 201821516402 | 8/29/2018 | 11/12/2018 | $ | 29,743.91 | 12/4/2018 | | |
| 201821516720 | 8/29/2018 | 11/12/2018 | $ | 12,496.01 | 12/10/2018 | | |
| (blank) | (blank) | (blank) | | | | | |
| **Grand Total** | | | **$** | **2,275,043.40** | | | |