FFT

Zoe Mak <zmak@frontline-hk.com>

## Payment arrangement for BST

**Kwan, Sherri (HK)** <Sherri.Kwan@searshc.com>  
To: Zoe Mak <zmak@frontline-hk.com>  
Cc: "King, Kate (HK)" <Kate.King@searshc.com>, "Kumasegawa, Yatchi (HK)" <Yatchi.Kumasegawa@searshc.com>, "Yew, Betty (HK)" <Betty.Yew@searshc.com>, Sandra Tsui <stsui@frontline-hk.com>, "Soo, Vinus (HK)" <Vinus.Soo@searshc.com>, AR Shrinivasan <seenu@frontline-hk.com>

Fri, Oct 5, 2018 at 9:34 AM

Hi Zoe,

Discussed with CFO last night for pushing payment for BST, every parties well aware the emergency of your payment, here below work out the schedule for 3 lots of payment, I believe that the payment will arrive your bank on next working day, will keep working the status of balance payment for you.

CFO does not suggest you flying to Chicago to meet Finance Dept, there will be nobody available for meeting vendors.

10/10 - $75K

10/15 - $77K

10/16 - $170K

| Company | Group Id | Discharge Port | Agent | Bkd | Billed Date | PO | Inv | Payment Terms | Payment Type | ASN Date | Partner | Duns | Partner Name | Inv Amt | Paid Date | Paid Amt | Status | Due Date | Forecast Date | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KM | KIH | CCD | KKHK | 7/5/2018 | 6/12/2018 | B2YVU | 201820077571 | 74 | W | 7/5/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $6,595.20 | | | INVOICED | 9/18/2018 | 10/8/2018 | 10/8 Total : | $6,595.20 |
| KM | KIH | PCD | KKHK | 7/7/2018 | 6/12/2018 | B2YAS | 201820078128 | 74 | W | 7/9/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $94.00 | | | INVOICED | 9/20/2018 | 10/10/2018 | | |
| KM | KIH | PCD | KKHK | 7/7/2018 | 6/12/2018 | B2YF5 | 201820078128 | 74 | W | 7/9/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $163.10 | | | INVOICED | 9/20/2018 | 10/10/2018 | | |
| KM | KIH | PCD | KKHK | 7/7/2018 | 6/12/2018 | B2YVT | 201820077883 | 74 | W | 7/9/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $80.15 | | | INVOICED | 9/20/2018 | 10/10/2018 | | |
| KM | KIH | PCD | KKHK | 7/7/2018 | 6/12/2018 | B2YVU | 201820077883 | 74 | W | 7/9/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $8,381.40 | | | INVOICED | 9/20/2018 | 10/10/2018 | | |
| KM | SRS | PCD | KKHK | 7/7/2018 | 6/20/2018 | SM4463 | 201820250635 | 74 | W | 7/9/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $761.20 | | | INVOICED | 9/20/2018 | 10/10/2018 | | |
| KM | SRS | PCD | KKHK | 7/7/2018 | 6/20/2018 | SM4463 | 201820250635 | 74 | W | 7/9/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $346.00 | | | INVOICED | 9/20/2018 | 10/10/2018 | | |
| KM | SRS | PCD | KKHK | 7/7/2018 | 6/20/2018 | SM4471 | 201820250635 | 74 | W | 7/9/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $11,395.60 | | | INVOICED | 9/20/2018 | 10/10/2018 | | |
| KM | SRS | PCD | KKHK | 7/7/2018 | 6/20/2018 | SM4502 | 201820250635 | 74 | W | 7/9/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $3,298.40 | | | INVOICED | 9/20/2018 | 10/10/2018 | | |
| KM | SRS | PCD | KKHK | 7/7/2018 | 6/20/2018 | SN4464 | 201820250635 | 74 | W | 7/9/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $18,400.00 | | | INVOICED | 9/20/2018 | 10/10/2018 | | |
| KM | SRS | PCD | KKHK | 7/7/2018 | 6/20/2018 | SQ1951 | 201820250635 | 74 | W | 7/9/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $21,984.00 | | | INVOICED | 9/20/2018 | 10/10/2018 | | |
| KM | SRS | PCD | KKHK | 7/7/2018 | 6/20/2018 | SQ1951 | 201820250635 | 74 | W | 7/9/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $9,514.95 | | | INVOICED | 9/20/2018 | 10/10/2018 | 10/10 Total : | $74,418.80 |
| KM | SRS | CCD | KKHK | 7/11/2018 | 6/20/2018 | SM4463 | 201820251845 | 74 | W | 7/11/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $1,314.80 | | | INVOICED | 9/24/2018 | 10/15/2018 | | |
| KM | SRS | CCD | KKHK | 7/11/2018 | 6/20/2018 | SM4471 | 201820251845 | 74 | W | 7/11/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $14,189.36 | | | INVOICED | 9/24/2018 | 10/15/2018 | | |
| KM | SRS | CCD | KKHK | 7/11/2018 | 6/20/2018 | SN4464 | 201820251845 | 74 | W | 7/11/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $22,640.00 | | | INVOICED | 9/24/2018 | 10/15/2018 | | |
| KM | SRS | CCD | KKHK | 7/11/2018 | 6/20/2018 | SQ1951 | 201820251845 | 74 | W | 7/11/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $38,540.70 | | | INVOICED | 9/24/2018 | 10/15/2018 | 10/15 Total : | $76,684.86 |
| KM | KIH | PCD | KKHK | 7/13/2018 | 6/12/2018 | B2YFQ | 201820078108 | 74 | W | 7/16/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $136.50 | | | INVOICED | 9/26/2018 | 10/16/2018 | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KM | KIH | PCD | KKHK | 7/13/2018 | 6/12/2018 | B2YFW | 201820078108 | 74 | W | 7/16/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $157.01 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | KIH | PCD | KKHK | 7/13/2018 | 6/12/2018 | B2YMK | 201820078108 | 74 | W | 7/16/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $156.00 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | KIH | PCD | KKHK | 7/13/2018 | 6/12/2018 | B2YML | 201820078108 | 74 | W | 7/16/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $22,093.50 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | KIH | PCD | KKHK | 7/13/2018 | 6/12/2018 | B2YR1 | 201820078108 | 74 | W | 7/16/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $358.88 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | KIH | PCD | KKHK | 7/13/2018 | 6/12/2018 | B2YR2 | 201820078108 | 74 | W | 7/16/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $21,263.64 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | KIH | PCD | KKHK | 7/13/2018 | 6/20/2018 | B2YQJ | 201820226379 | 74 | W | 7/16/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $20,764.00 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | KIH | PCD | KKHK | 7/13/2018 | 6/20/2018 | B2YVR | 201820226379 | 74 | W | 7/16/2018 | 9130 | 704920 | BST INTERNATIONAL FASHION LIMITED | $5,489.60 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | SRS | PCD | KKHK | 7/13/2018 | 6/19/2018 | SQ1926 | 201820220968 | 74 | W | 7/16/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $37,684.50 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | SRS | PCD | KKHK | 7/13/2018 | 6/19/2018 | SV1603 | 201820220825 | 74 | W | 7/16/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $35,208.00 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | SRS | PCD | KKHK | 7/13/2018 | 6/20/2018 | SM4470 | 201820250949 | 74 | W | 7/16/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $2,640.00 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | SRS | PCD | KKHK | 7/13/2018 | 6/20/2018 | SM4470 | 201820250949 | 74 | W | 7/16/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $5,346.00 | | INVOICED | 9/26/2018 | 10/16/2018 | |
| KM | SRS | PCD | KKHK | 7/13/2018 | 6/20/2018 | SM4487 | 201820250949 | 74 | W | 7/16/2018 | 9131 | 01000996288 | BST INTERNATIONAL FASHION LIMITED | $18,338.55 | | INVOICED | 9/26/2018 | 10/16/2018 | 10/16 Total : $169,636.18 |

Thanks!

Sherri

---

**From:** Zoe Mak [mailto:zmak@frontline-hk.com]
**Sent:** Thursday, October 04, 2018 2:45 PM
**To:** Kwan, Sherri (HK) <Sherri.Kwan@searshc.com>
**Cc:** King, Kate (HK) <Kate.King@searshc.com>; Kumasegawa, Yatchi (HK) <Yatchi.Kumasegawa@searshc.com>; Yew, Betty (HK) <Betty.Yew@searshc.com>; Sandra Tsui <stsui@frontline-hk.com>; Soo, Vinus (HK) <Vinus.Soo@searshc.com>; AR Shrinivasan <seenu@frontline-hk.com>
**Subject:** Re: Payment arrangement for BST

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Hi Sherri,

Since no updates frm US until now, we would like to get the contact of yr boss in US for calling directly tonight.

We planned to take the flight on Sunday to Chicago, pls kindly to arrange to set up a meeting for us at any time on next Monday with yr Finance Dept.

Pls provide the info. of contact person. Thks a lot !!

B.Rgds/Zoe

On Wed, Oct 3, 2018 at 2:21 PM, Kwan, Sherri (HK) <Sherri.Kwan@searshc.com> wrote:

Hi Zoe,