**Julie Independence Tomchak**
Full Name of Party Filing Document

**7805 U.S. Highway #98 North Lot 29**
Mailing Address (Street or Post Office Box)

**Lakeland, FL  33809**
City, State and Zip Code

**603-491-2415**
Telephone

**Letfreedomringnewengland@gmail.com**
Email Address (if any

FILED
U.S. BANKRUPTCY COURT
2019 OCT 21  P 4: 24

IN THE UNITED STATES BANKRUPTCY COURT FOR THE **SOUTHERN** DISTRICT FOR THE STATE OF NEW YORK, IN AND FOR THE COUNTY OF **WESTCHESTER**

| | |
|---|---|
| **Julie Independence Tomchak**,<br>    Plaintiff,<br>vs.<br>**SEARS HOLDINGS CORPORATIONS, et al.,**<br>    Defendant (Debtors) | Case No. **18-23538 (RRD)**<br>**(Jointly Administered)**<br><br>MOTION FOR CHANGE OF ADDRESS FOR PLAINTIFF. |

The **X Plaintiff** is filing a motion for change of address for plaintiff.  Case points of concern:

- I recently changed my mailing address to:  Julie Tomchak, 7805 US Highway #98 North Lot 29, Lakeland, FL  33809.  Please keep my address confidential for safety concerns due to DMV.
- I have a disability that makes it difficult to respond at times when it pertains to legal issues and I can't afford to keep up two mailing addresses at this time.

Date: **October 18, 2019**

Signature: *Julie Tomchak*

*Dee Ann Vaughn 10/18/19*

DEE ANN VAUGHN
Notary Public – State of Florida
Commission # GG 139585
My Comm. Expires Oct 21, 2021

# CERTIFICATE OF SERVICE

I certify that on (date) __October 17, 2019__ I served a copy to: (name all parties in the case other than yourself)

**Sunny Singh of WEIL, GOTSHAL & MANGES LLP**
(Name)

**By United States mail**
By personal delivery
By fax (number) _____

**767 Fifth Avenue**
(Street or Post Office Address)

**New York, NY 10153**
(City, State, and Zip Code)

*Attorneys for Debtors*

_____
(Name)

By United States mail
By personal delivery
By fax (number) _____

_____
(Street or Post Office Address)

_____
(City, State, and Zip Code)

**Julie Tomchak**
Typed/printed name

_Julie Tomchak_
Signature

DEE ANN VAUGHN
Notary Public - State of Florida
Commission # GG 139585
My Comm. Expires Oct 21, 2021

_Dee Ann Vaughn_