**Julie Independence Tomchak**
Full Name of Party Filing Document

**7805 U.S. Highway #98 North Lot 29**
Mailing Address (Street or Post Office Box)

**Lakeland, FL 33809**
City, State and Zip Code

**603-491-2415**
Telephone

**Letfreedomringnewengland@gmail.com**
Email Address (if any)

HEARING OCTOBER 23, 2019 AT 10 AM

IN THE UNITED STATES BANKRUPTCY COURT FOR THE **SOUTHERN** DISTRICT
FOR THE STATE OF NEW YORK, IN AND FOR THE COUNTY OF **WESTCHESTER**

| | |
|---|---|
| **Julie Independence Tomchak**,<br>Plaintiff,<br>vs.<br><br>**SEARS HOLDINGS CORPORATIONS, et al.,**<br>Defendant (Debtors) | Case No. **18-23538 (RRD)**<br>**(Jointly Administered)**<br><br>MOTION ADDENDUM FOR ORGINAL MOTION DOCUMENT # 4209<br>HEARING OCTOBER 23, 2019 AT 10 AM.<br><br>EXHIBITS ATTACHED TO COURT AS WELL AS OTHER PARTY, DUE TO TELEPHONIC HEARING |

The **X Plaintiff** is filing a motion to explain case in better detail with exhibits to prove case.

1. On 9/28/2017 I took my Ford F250 Super Duty pick up into sears for an oil change. After the oil change, I drove the truck up to Webster NH and parked the truck until 3/15/2018. Please note on (Exhibit 1), it lists that only 5 quarts of 5w20 conv Oil was placed in the truck.

2. On 3/15/2018 my brother begins to drive the truck pulling a 5th wheel camper from Webster NH to Idaho. According to my brother only 30 minutes from leaving the truck was acting funny and he was pulled into a snowbank. My brother said he checked the oil because the cap had blown off and there was no oil (Exhibit 4: picture of no oil cap). He said he added almost 2 gallons of oil that cost him between 40-50 dollars. He also had to pay Hayes to come help him pull the truck and camper out of the snow bank after he got

oil in the truck. See bill for Hayes for 100.00 (Exhibit 2).

3. I get to Idaho in March 28, 2018 and express my concerns with Sears, who refer me to their 3rd party insurance adjuster Sedgwick. I set up a claim with a man named Samuel Saldivar. He said that I need to pay and have someone show the damage. So, I take the truck to John's Repair on 4/13/2018 and pay them to give me an estimate to repair the engine of $6,896.39 (Exhibit 3b). They charge me $157.39 (Exhibit 3a) for the estimate and drive the truck around but can't say for sure the extent of the damage. They do give me an invoice that states 6 Quarts Synthetic 5-20 should be added (Exhibit 3c).

4. I give the findings to Sedgwick, but instead of reaching Samuel his direct supervisor is covering for him that day and says that I can't prove they (Sears) damaged the truck, that I would have to have pay out the money to repair the damaged engine and pull it apart to prove damages. They would send someone out to take pictures of damages before they would be willing to pay out any money. He certainly didn't sound like a fair 3 party insurance representative. I personally feel they were trying to take advantage of me because I am a woman. I then call around to a different mechanic to get a second opinion. I reached out to Thompson Auto Repair. On 5/24/2018 I stopped and talked to Mr. Thompson. He did a quick research on the engine requirements and printed out that 6 Quarts were definitely required. (Exhibit 5b).

5. On June 20, 2018 and July 18, 2018 (Exhibits 6a and 6b respectively) I get notices from Sedgwick, expressing they want me to pay for all damages first before they would accept responsibility. I express to them that I have a second mechanic willing to look at the engine but has a long wait for an opening. I told Sedgwick that I was having an oil analysis done and requested if they had a preferred company they worked with or accepted. They said they didn't care what company that I used for the analysis. I asked Mr. Thompson to use a reputable company that he was familiar with using.

6. On Oct 3, 2018 Mr. Thompson was able to get the oil test kit done and set off, my bill was $103.31 (Exhibit 7).

7. On Oct 12, 2018 the results were completed (Exhibit 8a, 8b, 8c and 8d). After talking to Mr. Thompson, he said that the high aluminum indicated to him that the pistons, camshafts and where it turns at the heads were damaged. I called Sedgwick with the results and they said well sorry to tell you this, but sears just filed for bankruptcy a week ago. You case is not going to be tossed into the bankruptcy courts we are no longer handling you case.

8. I then call a bankruptcy lawyer and he says, Sears can't toss an insurance claim into the

bankruptcy. That there are national insurance laws that require insurance claims to be handled in a time appropriate manner. So now I have been waiting over 2 years to get this claim resolved that should have been resoled by Sear's insurance company over a year ago. Sadly, once something is tossed in bankruptcy no one bothers to call you back and you get the run around calling in loops. This is certainly not ethical behavior on an issue that Sear's insurance should have covered, that Sears is making a layman go to court to try and get them to pay for something that has nothing to do with their bankruptcy but their liability insurance.

9. (All the above Exhibits are enclosed to court as well as other party.)

Date: October 17, 2019  18dav

Signature: Julie Tomchak

Dee Ann Vaughn  10/18/19

CERTIFICATE OR AFFIDAVIT OF SERVICE

*DEE ANN VAUGHN, Notary Public – State of Florida, Commission # GG 139585, My Comm. Expires Oct 21, 2021*

I certify that on (date) **October 17, 2019** I served a copy to: (name all parties in the case other than yourself)

**Sunny Singh of WEIL, GOTSHAL & MANGES LLP**
(Name)

**767 Fifth Avenue**
(Street or Post Office Address)

**New York, NY 10153**
(City, State, and Zip Code)

*Attorneys for Debtors*

☒ By United States mail
☐ By personal delivery
☐ By fax (number) _____

Exhibits Listed:
Exhibit 1   Sears recipt
Exhibit 2   Tow Bill + oil cost
Exhibit 3a  1st Mechanic Bill
       3b  Estimate of Repair
       3c  6 Quarts of Oil
Exhibit 4   Photo of blown oil cap

_____
(Name)

_____
(Street or Post Office Address)

_____
(City, State, and Zip Code)

☐ By United States mail
☐ By personal delivery
☐ By fax (number) _____

Exhibit 5a  fluid Capacities
       5b  6 Quarts of Oil 2

**Julie Tomchak**
Typed/printed name

Signature: Julie Tomchak

Dee Ann Vaughn

*DEE ANN VAUGHN, Notary Public – State of Florida, Commission # GG 139585, My Comm. Expires Oct 21, 2021*

Exhibit 6a, 6b, 6c  letters from Sedgwick dated 6/20/18, 7/18/18 + 1/8/19
Exhibit 7   2nd Mechanic Bill
Exhibit 8a, 8b, 8c + 8d  Lubricant Report

Exhibit [handwritten claim number illegible]

# Sears Auto Center

**FINAL INVOICE**
INVOICE DATE: 09/28/2017

6334 - Sears Operations LLC  1500 S WILLOW ST
MANCHESTER, NH  03103   (603) 628-5295
EPA Number:       Facility Number:

| | |
|---|---|
| NAME: | TOMSHAK, JULIE |
| ADD: | PO BOX 129 |
| | LEADORE, ID 83464 |
| PRI: | (603) 494-3243 |
| SEC: | |

**PROMISED:** 09/28/2017 06:00 PM

YEAR/MAKE/MODEL: 1999 FORD TRUCK F250 SUPER DUTY P/U V8-330  5.4L SOHC
LICENSE #: 1
COLOR:
ODO. IN: 350123
V.I.N.:
LOCATION: IN
ODO. OUT:
TIME IN: 09/28/2017 04:13 PM
TIME OUT: 09/28/2017 04:15 PM
TAG #: WAITING

| | INITIAL ESTIMATE | REVISED ESTIMATE |
|---|---|---|
| PARTS | $21.84 | $21.84 |
| LABOR | $15.25 | $15.25 |
| OTHER | -$13.00 | -$24.30 |
| TAX | $0.00 | $0.00 |
| TOTAL | $24.09 | $12.79 |

DATE/TIME OF ESTIMATE: 09/28/2017 04:13 PM
DATE/TIME REVISED: 09/28/2017 04:15 PM

PHONE AUTHORIZATION:
APPROVED BY:
CONTACTED BY:
NUMBER CALLED:
DATE / TIME CALLED:

REF. NUM.: IN6729827
CREATED BY: 770115
INVOICED BY: 770115
LOCAL PURCHASE PO NUMBER: 729827

TIRE INSTALLATION INSTRUCTIONS: LF RF SP LR RR

AIR PRESSURE FRONT / REAR: 58/80 - ALL O.E. APPLICATIONS
WHL. TORQUE SPECIFICATION: HND TOR/150-165 - ALL O.E. APPLICATIONS

See reverse for important warranty terms and other information.

BY SIGNING BELOW I ACKNOWLEDGE RECEIPT AND AGREE TO CHARGE THE INVOICE PRICE WITH AMOUNTS AS SHOWN CHARGED TO EACH CARD IDENTIFIED HEREON, AND BE BOUND BY THE TERMS OF THE CARDHOLDER'S AGREEMENT(S) FOR EACH.

COMMENTS/REQUESTS OR ALTERNATE CONTACTS:

WORK AUTHORIZED BY / CREDIT APPROVED BY:
X

| QTY | | ITEM # | DESCRIPTION OF MERCHANDISE | PRICE EACH | TOTAL | TECH | CSA |
|---|---|---|---|---|---|---|---|
| 1 | PS | 22830685 | TL24651,OIL FILTER | $3.49 | $3.49 | | 770115 |
| 1 | RD | 57 | syw pts redeemed: 1970 | $1.97 | $1.97 | | 770115 |
| 1 | PS | 19045062 | 5Qts 5w20 Conv Oil | $11.25 | $11.25 | | 770115 |
| 1 | RD | 57 | syw pts redeemed: 3540 | $3.54 | $3.54 | | 770115 |
| 1 | LB | 19045050 | OIL CHANGE, SERVICE | $15.25 | $15.25 | 659821 | 770115 |
| 1 | RD | 57 | syw pts redeemed: 4810 | $4.81 | $4.81 | | 770115 |
| 10 | PS | 19045063 | ADD, 0.1 QT 5W20CON | $0.31 | $3.10 | | 770115 |
| 1 | RD | 57 | syw pts redeemed: 980 | $0.98 | $0.98 | | 770115 |
| 1 | AC | 189022 | Shop Fee | $4.00 | $4.00 | | 770115 |
| 1 | LB | 19042002 | UNDERCAR,COURTESY CK | $0.00 | $0.00 | 659821 | 770115 |
| 1 | LB | 19042001 | UNDERHOOD,COURTESY CK | $0.00 | $0.00 | 659821 | 770115 |
| # 1 | PS | 02801315 | SUGGEST, TIRE(S) | $0.00 | $0.00 | | 770115 |
| 1 | RD | 58 | CSO Coupon 40228 | -$13.00 | -$13.00 | | 770115 |

\# - This symbol indicates parts or labor changed or are additional to the original estimate.

**SEARS VALUES YOUR FEEDBACK!**

We hope we lived up to your expectations. Please let us know at WWW.SEARSAUTOFEEDBACK.COM

Esperamos haber sobrepasado sus expectativas. Haganos saber en WWW.SEARSAUTOFEEDBACK.COM

RETAIN FOR COMPARISON WITH MONTHLY STATEMENT OR FOR RETURN OR EXCHANGE

REWARDS CARD #: XXXXXXXXXXXX2735

| | |
|---|---|
| Parts Subtotal: | $21.84 |
| Labor Subtotal: | $15.25 |
| Reductions Subtotal: | $0.00 |
| Subtotal: | $12.79 |
| Tax: | $0.00 |
| Total: | USD $12.79 |

RC: 7489-7040-3239-2979-0619

Credit Tendered: $12.79

CARD TYPE : MASTERCARD
ACCT #: C*************6447
AUTH CODE: 02808B
MASTERCARD TOTAL: $12.79
AID: A0000000041010
Application Preferred Name : MasterCard
CVM : CVM-Signature

SYW MBR REDEMPTIONS THIS TRIP
SYW PTS REDEEMED WORTH: $11.30

Current Points Balance: 97
Base Points Earned: 88
Bonus Points Earned: 0
Points Expiring 09/30/2018 : 97
Pts exp dates vary.See SYWR.com/FAQ

Visit us at SYWR.com

SALESCHECK # 063340672024

ITEM / WARRANTY INFORMATION / LABOR DETAILS / COMMENTS

ALL NEW, NON-OEM PARTS UNLESS OTHERWISE SPECIFIED.

6 Qts 5w20 Conventional Oil
Aftermarket TPMS Available. Verify TPMS.

ITEM COMMENTS:
02801315: Suggested tire(s). Recommendation based on conditions found during a visual inspection of the tires. See associate for details

ALL LUG NUTS ON CUSTOM AND ALLOY WHEELS MUST BE RE-TORQUED AFTER 25 MILES AND CHECKED PERIODICALLY.
189022 SHOP FEE: This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal.

Exhibit 8



**STATEMENT**

**HAYES CAR & TRUCK REPAIR, LLC**
1675 Route 9
Stoddard, NH 03464



DATE 3·15·2018

(603) 446-7755

Julie Tomchak

TERMS: Due upon receipt. Delinquent accounts are subject to a late charge of 1½% per month (18% per annum).

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE    $ _____

| DATE | INVOICE NUMBER / DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|------------------------------|---------|---------|---------|
|      | BALANCE FORWARD              |         |         |         |
|      | 2 guys - sand / plow truck   | 100 00  |         |         |
|      | $40.00 oil my brother put in + $157.39 for est of damage to engine | | | |

HAYES CAR AND TRUCK REPAIR, LLC          THANK YOU    PAY LAST AMOUNT IN THIS COLUMN

John's Repair
1030 W Bridge St / P.O. BOX 1411
Blackfoot, ID.  83221
Phone: 208-681-5646   Fax:

**INVOICE**
8715
Org. Est. # 005119

# INVOICE

Date: 04/13/2018

TOMCHAK, JULIE
PO BOX 129
Leadore, ID  83464

1999 Ford - Pickup F250 Super Duty - 5.4L, V8 (330CI) VIN(L)
Lic # :
Odometer In : 355917

VIN # : 1FTNF21L0 XEC45709

| Part Description / Number | QTY | Sale | Ext | Labor Description | Hours | Ext |
|---|---|---|---|---|---|---|
| Shop Supplies | | | 8.00 | TEST DRIVE, CHECK OUT ENGINE, CREATE ESTIMATE | 2.00 | 140.00 |
| | | | | TEST DRIVE, CHECK OUT ENGINE, CREATE ESTIMATE | | |

+ Card 8.91

157.39

Paid VISA

Org. Estimate  148.48    Revisions  0.00    Current Estimate  148.48

| | |
|---|---|
| Labor: | 140.00 |
| Parts: | 8.00 |
| SubTotal: | 148.00 |
| Tax: | 0.48 |
| Total: | 148.48 |
| Bal Due: | $148.48 |

[ Payments - ]
Vehicle Received: 4/13/2018
Customer Number : 891

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

Signature _____   Date _____


**John's Repair**
1030 W Bridge St / P.O. BOX 1411
Blackfoot, ID. 83221
Phone: 208-681-5646  Fax:

**INVOICE**
8714
Org. Est. # 005118

# INVOICE

Date: 04/13/2018

**TOMCHAK, JULIE**
PO BOX 129
Leadore, ID  83464

1999 Ford - Pickup F250 Super Duty - 5.4L, V8 (330CI) VIN(L)
Lic # :                                                                        Odometer In : 355917

VIN # : 1FTNF21L0 **XEC45709**

| Part Description / Number | QTY | Sale | Ext | Labor Description | Hours | Ext |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | |
|---|---|---|
| Org. Estimate  6,896.39 | Revisions  0.00 | Current Estimate  6,896.39 |

| | |
|---|---|
| Labor: | 2,125.00 |
| Parts: | 4,501.31 |
| SubTotal: | 6,626.31 |
| Tax: | 270.08 |
| Total: | 6,896.39 |
| Bal Due: | $6,896.39 |

[ Payments - ]
Vehicle Received: 4/13/2018                                                                 Customer Number : 891

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first. Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

Signature_____  Date_____

Exhibit 3C

**John's Repair**
1030 W Bridge St / P.O. BOX 1411
Blackfoot, ID. 83221
Phone: 208-681-5646  Fax:

INVOICE

INVOICE
8714
Org. Est. # 005118

# INVOICE

**TOMCHAK, JULIE**
PO BOX 129
Leadore, ID  83464

Date: 04/13/2018

1999 Ford - Pickup F250 Super Duty - 5.4L, V8 (330CI) VIN(L)
Lic # :
Odometer In : 355917

VIN # : 1FTNF21L0 **XEC45709**

| Part Description / Number | Qty | Sale | Ext | Labor Description | Hours | Ext |
|---|---|---|---|---|---|---|
| LONG BLOCK ENGINE<br>LK | 1.00 | 3,875.00 | 3,875.00 | R+R LONG BLOCK ENGINE, SWAP PARTS FROM OLD ENGINE TO NEW, INSTALL NEW PARTS AS NECESSARY | 25.00 | 2,125.00 |
| 6 QUARTS SYNTHETIC 5-20<br>SERVICE | 1.00 | 73.99 | 73.99 | R+R LONG BLOCK ENGINE, SWAP PARTS FROM OLD ENGINE TO NEW, INSTALL NEW PARTS AS NECESSARY | | |
| ENGINE COOLANT<br>STOCK | 5.00 | 11.49 | 57.45 | | | |
| AIR FILTER<br>AVA | 1.00 | 34.47 | 34.47 | | | |
| FUEL FILTER<br>AVA | 1.00 | 21.79 | 21.79 | | | |
| SPARK PLUGS<br>AVA | 8.00 | 5.49 | 43.92 | | | |
| SPARK PLUG COIL BOOT SET<br>AVA | 1.00 | 61.94 | 61.94 | | | |
| UPPER RADIATOR HOSE<br>AVA | 1.00 | 26.44 | 26.44 | | | |
| LOWER RADIATOR HOSE<br>AVA | 1.00 | 118.78 | 118.78 | | | |
| PCV VALVE<br>AVA | 1.00 | 7.46 | 7.46 | | | |
| CLEANER<br>STOCK | 4.00 | 6.49 | 25.96 | | | |
| THERMOSTAT AND GASKET<br>AVA | 1.00 | 23.68 | 23.68 | | | |
| ENGINE PAINT<br>AVA | 3.00 | 14.71 | 44.13 | | | |
| SERPENTINE BELT<br>AVA | 1.00 | 60.36 | 60.36 | | | |
| HOSE CLAMPS<br>STOCK | 6.00 | 2.99 | 17.94 | | | |
| Shop Supplies | | | 8.00 | | | |

Estimate cost
+ 157.39

Page 1 of 2          Copyright (c) 2018 Mitchell Repair Information Company, LLC  invhrs 9.15.17d

Exhibit 4





Claim # K789 328 5086000

Exhibit 5a

**PRO**

1999 Ford Pickup 5.4L Eng VIN L F250 Super Duty

Print Date: 5/24/2018

FLUID CAPACITIES

| Fluid Type | Application | | Standard | Metric | Fluid Spec | Note | S/H |
|---|---|---|---|---|---|---|---|
| Air Cond Compressor Oil | | | 9.00 OZS. | 0.3 L | PAG 46 | | S |
| Air Cond Refrigerant | | | 2.38 LBS. | 1.1 KG | R-134a | | S |
| Automatic Transmission Fluid | F250 Super Duty,F350 Super Duty,Trans Mfr CD 4R100 | w/Large Cooler | 17.70 QTS. | 16.8 L | Automatic Transmission Fluid MERCON | | S |
| Automatic Transmission Fluid | F250 Super Duty,F350 Super Duty,Trans Mfr CD 4R100 | w/Small cooler | 17.10 QTS. | 16.2 L | Automatic Transmission Fluid MERCON | | S |
| Brake Fluid | | | N/A | N/A | MOTORCRAFT High Performance DOT 3 Motor Vehicle Brake Fluid | Fill to line on reservoir. | S |
| Differential Gear Oil | 4WD | Front | 3.70 PTS. | 1.8 L | SAE 75W-90 Gear Oil | | S |
| Differential Gear Oil | F250 Super Duty,F350 Super Duty | Front,w/(Dana 50) | 3.80 PTS. | 1.8 L | SAE 75W-90 Front Axle Gear Oil | | S |
| Differential Gear Oil | F250 Super Duty,F350 Super Duty | Rear,w/10.50" Axle | 6.90 PTS. | 3.3 L | SAE 75W-140 Synthetic Rear Axle Gear Oil | Your vehicle's rear axle(s) may be filled with a synthetic lubricant that may required a lubricant change. Axle | S |

Exhibit 5b

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Duty,5.4L Eng | | | | Extended Life Engine Coolant | Premium Cooling System Fluid. If it is (orange color) use: FORD Extended Life Engine Coolant. | |
| Engine Coolant | F250 Super Duty,F350 Super Duty,5.4L Eng | w/o Air Cond | 17.90 QTS. | 16.9 L | FORD Premium Cooling System Fluid or FORD Extended Life Engine Coolant | If the vehicle's coolant is (green color) use: FORD Premium Cooling System Fluid. If it is (orange color) use: FORD Extended Life Engine Coolant. | S |
| Engine Oil | Gas | w/Filter | 6.00 QTS. | 5.7 L | SAE 5W-20 Premium Synthetic Blend Motor Oil | Refer to Engine Oil recommended applications for SAE 5W-20 and 5W-30 motor oils TSB No. 02-1-9. | S |
| Fuel Tank | 4WD,Pickup | Regular cab (Short wheel base) | 24.50 GALS. | 92.7 L | | | S |
| Fuel Tank | F250 Super Duty,F350 Super Duty | Long Box Wide Frame | 38.00 GALS. | 143.8 L | | | S |
| Fuel Tank | F250 Super Duty,F350 Super Duty | Shortbed Models | 29.00 GALS. | 109.8 L | | | S |
| Fuel Tank | | Long Wheelbase | 30.00 GALS. | 113.6 L | | | S |
| Fuel Tank | RWD | SuperCab,Regular cab (Short wheel base) | 25.00 GALS. | 94.6 L | | | S |
| | F250 Super Duty,F350 | | 3.40 QTS. | 3.2 L | Synthetic Automatic | | S |

Exhibit 6a

Sedgwick Claims Management Services, Inc.
P O Box 14448
Lexington, KY 40512-4448


sedgwick.

Phone: (866)352-1521
Fax: (866)876-7050

June 20, 2018

Julie Tomchak
Po Box 129
Leadore ID 83464

| | | |
|---|---|---|
| RE: | Claimant Name: | Julie Tomchak |
| | File Number: | L1803285026-0001 |
| | Date of Incident:: | 03/28/2018 |
| | Store Number: | MANCHESTER, NH |

Dear Julie Tomchak :

This letter is to advise you we have recently received notice of this matter.

Please be advised that Sedgwick is the Third Party Claims Administrator for Sears, Roebuck and Co., and I am the examiner assigned to your file. On behalf of Sears, I would like to apologize for any inconvenience this incident may have caused.

If we have not yet had the opportunity to speak, please contact me at (847)645-0675 so that we can discuss the details of your claim.

Sincerely,

Samuel Saldivar
Claims Representative
(847)645-0675
Sedgwick Claims Management Services, Inc.



    6/20/2018    L18032850260001    562018062024596    

Exhibit 6b

Sedgwick Claims Management Services, Inc.
P O Box 14448
Lexington, KY 40512-4448



sedgwick.

Phone: (866)352-1521
Fax: (866)876-7050

July 18, 2018

Julie Tomchak
Po Box 129
Leadore, ID 83464

Re:    Claim Number:        L1803285026-0001
       Date of Incident:    03/28/2018

Dear Madam:

Sedgwick Claims Management Services, as a Third Party Administrator, manages claims for Sears, Roebuck and Co. on behalf of ACE American Insurance Company. Per our discussion the inspectors report shows no signs that Sears caused any damage to your vehicle. To give your claim further consideration a tear down is recommended. If the diagnosis does not reveal any liability on the part of my client, then no payments will be issued, including the cost for teardown. If the diagnosis reveals Sears is liable you will be reimbursed. Please schedule tear down with shop of your choice and please give me 24/48 hour notification to notify my inspector.

If I do not hear from you within fourteen (14) days from the date of this letter, I will assume you are not pursuing a claim and we will close our file.

If this claim is not resolved within three year of the date of this incident, only your filing of a legal action will preserve your right to pursue this matter.

Sincerely,

Samuel Saldivar
Claims Representative
Sedgwick Claims Management Services, Inc
Samuel.Saldivar@sedgwickcms.com
(847)645-0675

cc

!C24662209.339-1845!

    7/18/2018    L18032850260001    562018071826694    

Sedgwick Claims Management Services, Inc.
P O Box 14448
Lexington, KY 40512-4448



sedgwick.

Phone: (866)352-1521
Fax: (866)876-7050

January 08, 2019

Julie Tomchak
Po Box 129
Leadore ID 83464

RE:   Claimant Name:    Julie Tomchak
      File Number:      L1803285026-0001
      Date of Incident: 03/28/2018
      Store Number:     06334 STORE IN LIQUIDATION

Dear Ms. Julie Tomchak :

If you are not already aware, be advised Sedgwick Claims Management Services, Inc. is the Third Party Claims Administrator for Sears, Roebuck and Co.

Sears Holdings filed Chapter 11 bankruptcy on October 15th 2018. Sedgwick continues to administer claims for Sears Holdings but we are unable to make payments on any claims that occurred on or before October 14, 2018 due to Sears Holdings' Chapter 11 bankruptcy. Claims made during that timeframe will be addressed by the bankruptcy court.

If you have a pending claim with us, you'll need to file a proof of the claim prior to the deadline established by the bankruptcy court.

You can obtain information about the bankruptcy and the process for filing a proof of the claim online through the Prime Clerk web site at https://restructuring.primeclerk.com/sears/EPOC-Index or you can contact Sears via U.S. Mail to:

   Sears Holdings Corporation Claims Processing Center c/o Prime Clerk LLC
   850 3rd Avenue, Suite 412
   Brooklyn, NY 11232

The proofs of claim will be examined and evaluated and any payments will be subject to rulings by the bankruptcy court. Sedgwick will not be able to assist you in that process.

You can find further information at https://restructuring.primeclerk.com/sears/

Sedgwick manages claims on behalf of Sears Holdings Corporation.

Sincerely,

Bonita Taskov



   1/8/2019    L18032850260001    562019010802228

VIN # 1FTNF21L0XEC45709

# THOMPSON AUTO REPAIR INC.
BILL THOMPSON — Owner/Operator
34 EAST 100 NORTH • BLACKFOOT, IDAHO 83221
PHONE: 785-4191

**REPAIR ORDER**

| Quan | Part. No. | Description | Sale Amount | |
|---|---|---|---|---|
| 6 | Qts 5W-30 | MTR oil | 21 | 00 |
| 1 | 61372 | oil filter | 4 | 00 |
| 1 | 6526L | drain plug | 4 | 44 |
| 1 | | oil test kit | 35 | 00 |

$ 64.44

Time Promised: AM / PM
Year: 1999   Make: Ford   Date: Oct 3-2018
Model: F250 PK   Written by: Bill
License: 429 5297   Motor Number: 5.4 L SOHC
Phone When Ready: 208-921-0779
Purchase Order: New Hampshire
Speedometer: 356009

NAME: Julie Tomchak

Order No. 2 — Labor to change oil & filter & send oil sample off for analysis — 35.00

AUTHORIZATION
Est. Cost of Repairs $_____

SUBLET
TOTAL LABOR: 35.00
TOTAL PARTS: 64.44
TAX: 3.87
PAY THIS AMOUNT: $103.31



# Lubricant Analysis Report
North America: +1-877-458-3315

| 0 | 1 | 2 | **3** | 4 |
|---|---|---|---|---|
| NORMAL | | ABNORMAL | | CRITICAL |

Overall report severity based on comments.

| Account Information | Component Information | Sample Information |
|---|---|---|
| Account Number: OILANA-7502-2837 | Component ID: JULIE E | Tracking Number: 18129J02970 |
| Company Name: THOMPSON AUTO REPAIR | Secondary ID: 1999 FORD F250 PK 5.4L 50HC | Lab Number: I-117672 |
| Contact: BILL THOMPSON | Component Type: UNLEADED GASOLINE ENGINE | Lab Location: Indianapolis |
| Address: 34 EAST 100 NORTH BLACKFOOT, ID 83221 US | Manufacturer: FORD | Data Analyst: EAD |
| Phone Number: 208-785-4191 | Model: 5.4 L | Sampled: 03-Oct-2018 |
| | Application: AUTOMOTIVE | Received: 10-Oct-2018 |
| | Sump Capacity: | Completed: 12-Oct-2018 |

| Filter Information | Miscellaneous Information | Product Information |
|---|---|---|
| Filter Type: FULLFLOW | | Product Manufacturer: Information Requested |
| Micron Rating: 0 | | Product Name: Information Requested |
| | | Viscosity Grade: SAE 5W20 |

**Comments:** Suggest monitoring the gauges, vital signs, fault codes and fluid level closely between samples. Aluminum is at a SIGNIFICANT LEVEL; ALUMINUM in UNLEADED GASOLINE ENGINES include intake manifold, cylinder heads, pistons and some block assemblies. Base Number is MODERATELY LOW. As Base Number depletes, the ability to neutralize acids is diminished. Sodium is at a MODERATE LEVEL; Sodium sources: coolant (antifreeze), lube additive or supplement, and/or environmental contaminant; Water is at a MINOR LEVEL. Water may be present due to COLD UNIT sampling; Flagged data has been rechecked and confirmed.

| Sample # | Wear Metals (ppm) | | | | | | | | | Contaminant Metals (ppm) | | | Multi-Source Metals (ppm) | | | | | | Additive Metals (ppm) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Iron | Chromium | Nickel | Aluminum | Copper | Lead | Tin | Cadmium | Silver | Vanadium | Silicon | Sodium | Potassium | Titanium | Molybdenum | Antimony | Manganese | Lithium | Boron | Magnesium | Calcium | Barium | Phosphorus | Zinc |
| 1 | 33 | 0 | 0 | 51 | 8 | 3 | 0 | 0 | 0 | 0 | 16 | 123 | 13 | 0 | 18 | 0 | 0 | 0 | 81 | 17 | 2682 | 0 | 1071 | 1213 |

| Sample # | Sample Information | | | | | | | Contaminants | | | Fluid Properties | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date Sampled | Date Received | Lube Time (mi) | Unit Time (mi) | Lube Change | Lube Added (gal) | Filter Change | Fuel Dilution % Vol | Soot % Vol | Water % Vol | Viscosity 40°C cSt | Viscosity 100°C cSt | Acid Number mg KOH/g | Base No. D4739 mg KOH/g | Oxidation abs/cm | Nitration abs/0.1 mm |
| 1 | 03-Oct-2018 | 10-Oct-2018 | 5886 | 356009 | Yes | 0 | Yes | <1 - Estimate | 0.1 - E2412 | 0.1 - Hotplate | | 9.8 | | 2.69 | 15 | 11 |

| Sample # | Particle Count (particles/mL) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ISO Code Based On 4/6/14 | >4 µm | >6 µm | >10 µm | >14 µm | >21 µm | >38 µm | >70 µm | >100 µm | Test Method |
| 1 | // | | | | | | | | |

Additional Testing

Comments are advisory only and are based on the assumption that the sample and data submitted are valid. Missing fluid or component information limits the evaluation. No warranty is expressed or implied. Measurement uncertainty available upon request.

Historical Comments

Exhibit 88



# Instructions
## Reading a Sample Report

These instructions will teach you about each section of the sample reports in HORIZON®.
- Sample Summary
- Test Results
- Graphs

## Sample Summary

Open a sample report in HORIZON® using one of the methods in the "Find a Sample" instructions. The top of the report has all of the information you need to take action on the results.



### ❶ Severity Scale

A color coded scale ranging in severity 0-4, the severity of this report is displayed in a larger box with a white number on a colored field. The overall report severity is based on comments, not individual test results.

### ❷ Component Information

This area contains information about the account, component, sample, filter, product (fluid) and miscellaneous information. Some examples of miscellaneous information include the time the sample was taken or the initials of the person who took the sample.

### ❸ The **Comment** section includes the analysis of the test results, including maintenance recommendations and feedback from our Data Analysis Team. These comments determine the overall severity of the report.



## Test Results

The actual test results are included in the sample report. Results from past samples are displayed above the current results

[Test results table image with annotations 4-8]

④ The elemental analysis data will detect wear particles, contaminants, multisource metals and additive metals.

⑤ Other tests will be performed based on the fluid type and test package ordered.

⑥ Test results will have a colored background that coordinates with the severity of the scale at the top.

⑦ Test fields with blue font contain a hyperlink to a description and additional information about the test, including possible sources.

⑧ **Historical Comments** from previous sample reports are included along with the severity of the overall report.

**Messages** about the sample will be posted below the comments with a date stamp and the user who posted it.

*Exhibit 8d* (handwritten)

## Graphs




**❾** All test results are displayed in **Graphs** to identify trends easily over multiple samples.

For additional questions about the HORIZON application, please contact us at custserv@eoilreports.com.