**Julie Independence Tomchak**
Full Name of Party Filing Document

**7805 U.S. Highway #98 North Lot 29**
Mailing Address (Street or Post Office Box)

**Lakeland, FL  33809**
City, State and Zip Code

**603-491-2415**
Telephone

**Letfreedomringnewengland@gmail.com**
Email Address (if any

HEARING OCTOBER 23, 2019 AT 10 AM



IN THE UNITED STATES BANKRUPTCY COURT FOR THE **SOUTHERN** DISTRICT
FOR THE STATE OF NEW YORK, IN AND FOR THE COUNTY OF **WESTCHESTER**

| **Julie Independence Tomchak**           , | Case No. **18-23538 (RRD)** |
|---|---|
| Plaintiff, | **(Jointly Administered)** |
| vs. | |
| **SEARS HOLDINGS CORPORATIONS, et al.,** | MOTION FOR TELEPHONIC HEARING |
| Defendant (Debtors) | |

The **X Plaintiff** is filing a motion to request a telephonic hearing to discuss case in regards to sears bankruptcy. I live in Florida and clearly can not go to New York to discuss the case in front of a judge. If I had the money to fly to New York to talk about this case I would not need to even remotely file a dispute with the bankruptcy court.

Date: October 18, 2019

Signature: Julie Tomchak

10/18/19  Dee Ann Vaughn

DEE ANN VAUGHN
Notary Public – State of Florida
Commission # GG 139585
My Comm. Expires Oct 21, 2021

## CERTIFICATE OR AFFIDAVIT OF SERVICE

I certify that on (date) **October 17, 2019** I served a copy to: (name all parties in the case other than yourself)

**Sunny Singh of WEIL, GOTSHAL & MANGES LLP**
(Name)

**767 Fifth Avenue**
(Street or Post Office Address)

**New York, NY 10153**
(City, State, and Zip Code)

*Attorneys for Debtors*

By United States mail
By personal delivery
By fax (number) _____

_____
(Name)

_____
(Street or Post Office Address)

_____
(City, State, and Zip Code)

By United States mail
By personal delivery
By fax (number) _____

**Julie Tomchak**
Typed/printed name

Signature

DEE ANN VAUGHN
Notary Public – State of Florida
Commission # GG 139585
My Comm. Expires Oct 21, 2021