**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002047/TCG
Dated: 04-Jul-18

| | |
|---|---|
| Contract No: | S18367/ASEA, S18363/ASEA, S18204/ASEA |
| Date of delivery: | 08-Jul-2018 |
| Means of transport: | MILANO BRIDGE 003E |
| Transport receipt: | 7795397247, 7795397379 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | PCD, CHAMBERSBURG, PA, U.S.A |

For account and risks of Messrs:
SEARS ROEBUCK AND CO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | |
| 276 | STYLE NO. WF8ES78407MI | 1,700 | 3.49 | 5,933.00 |
| 101 | STYLE NO. MF8OL12127BM | 491 | 5.23 | 2,567.93 |
| 1033 | STYLE NO. MF8OL12128MZ | 7,366 | 4.57 | 33,662.62 |
| 783 | STYLE NO. MF8OL12127MZ | 5,534 | 4.49 | 24,847.66 |
| 146 | STYLE NO. MF8OL12128BM | 695 | 5.40 | 3,753.00 |
| 79 | STYLE NO. MF8RC12474YM | 553 | 6.27 | 3,467.31 |
| 1864 | STYLE NO. MF8RC12417YM | 12,662 | 5.38 | 68,121.56 |
| **4,282** | **GRAND TOTAL** | **29,001 PCS** | | **142,353.08** |

TOTAL AMOUNT: US DOLLARS ONE HUNDRED FORTY TWO THOUSAND THREE HUNDRED AND FIFTY THREE AND CENTS EIGHT.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

*[Company seal: MSDN 0301446221 — CÔNG TY CỔ PHẦN DỆT MAY ĐẦU TƯ THƯƠNG MẠI THÀNH CÔNG — Q. TÂN PHÚ - T.P HỒ CHÍ MINH]*

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002056/TCG
Dated: 06-Jul-18

Contract No: S18394/ASEA
Date of delivery: 12-Jul-2018
Means of transport: NYK THESEUS 053E
Transport receipt: 7795434977
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CCD, MIRA LOMA, CA, U.S.A

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY (PCS) | UNIT PRICE (USD/PCS) | AMOUNT (USD) |
|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | |
| 195 | STYLE NO.GF8ES31002GP | 1,560 | 2.77 | 4,321.20 |
| 1637 | STYLE NO.GF8ES31002BG | 9,822 | 2.40 | 23,572.80 |
| 195 | STYLE NO.GF8ES31007GP | 1,560 | 5.26 | 8,205.60 |
| 1359 | STYLE NO.GF8ES31007BG | 8,154 | 4.57 | 37,263.78 |
| **3,386** | **GRAND TOTAL** | **21,096 PCS** | | **73,363.38** |

TOTAL AMOUNT: US DOLLARS SEVENTY THREE THOUSAND THREE HUNDRED AND SIXTY THREE AND CENTS THIRTY EIGHT.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002087/TCG
Dated: 09-Jul-18
LH: KD-SXXK

| Contract No: | S18363/ASEA |
|---|---|
| Date of delivery: | 16-Jul-2018 |
| Means of transport: | NYK THEMIS 056E |
| Transport receipt: | 779540772T |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CCD, MIRA LOMA, CA, USA |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY (PCS) | UNIT PRICE (USD/PCS) | AMOUNT (USD) |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 188 | STYLE NO.WF8ES53404MI<br>Hs.code: 61046200 (Quần dài nữ) | 1,128 | 4.03 | 4,545.84 |
| 188 | GRAND TOTAL | 1,128 PCS | | 4,545.84 |

TOTAL AMOUNT: US DOLLARS FOUR THOUSAND FIVE HUNDRED AND FORTY FIVE AND CENTS EIGHTY FOUR.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002088/TCG
Dated: 09-Jul-18
LH: KD-SXXK

| Contract No: | S18363/ASEA |
|---|---|
| Date of delivery: | 16-Jul-2018 |
| Means of transport: | NYK THEMIS 056E |
| Transport receipt: | 7795407730 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CCD, MIRA LOMA, CA, USA |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
|  |  | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | |
| 127 | STYLE NO. WF8ES53404MI<br>Hs.code: 61046200 (Quần dài nữ) | 762 | 4.03 | 3,070.86 |
| 127 | GRAND TOTAL | 762 PCS | | 3,070.86 |

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

13

## COMMERCIAL INVOICE

NO.: 0002095/TCG
Dated: 09-Jul-18

| Contract No: | S18394/ASEA |
|---|---|
| Date of delivery: | 12-Jul-2018 |
| Means of transport: | NYK THEMIS 053E |
| Transport receipt: | 7795477305 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CCD, MIRA LOMA, CA, U.S.A |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | |
| 1,383 | KIDS GRACE COLOR BLOCK BALLET LEGGING<br>HS.CODE  61046200  60% COTTON 40% POLYESTER<br>STYLE NO.: GF8ES32010BG | 8298 | 3.40 | 28,213.20  Quần dài trẻ em |
| 1,383 | GRAND TOTAL | 8298 PCS | | 28,213.20 |

TOTAL AMOUNT: US DOLLARS FORTY FOUR THOUSAND SEVEN HUNDRED AND SIXTY TWO AND CENTS TWENTY EIGHT.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

[Company seal: M.S.D.N: 0301446221 - CÔNG TY CỔ PHẦN DỆT MAY - ĐẦU TƯ THƯƠNG MẠI THÀNH CÔNG - Q.TÂN PHÚ - T.P HỒ CHÍ MINH]

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002101/TCG
Dated: 10-Jul-18

14

Contract No: S18363/ASEA, S18386/ASEA, S18204/ASEA
Date of delivery: 12-Jul-2018
Means of transport: NYK THEMIS 053E
Transport receipt: 7795435868, 7795435923
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CCD, MIRA LOMA, CA, U.S.A

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | |
| 293 | ACTIVE FOLD-OVER WAIST YOGA PANT<br>STYLE NO.: WF8ES53403MI   HS.CODE: 61046200 | 2,010 | 4.20 | 8,442.00 |
| 258 | ACTIVE GRAPHIC ATITUDE TANK<br>STYLE NO.: WF8ES78402MI   HS.CODE: 61046200 | 1,584 | 3.40 | 5,385.60 |
| 50 | ACTIVE YOGA CAPRI<br>STYLE NO.: WF8ES53404PL   HS.CODE: 61046200 | 300 | 4.95 | 1,485.00 |
| 109 | ACTIVE COTTON SPANDEX SIDE POCKET LEGGING<br>STYLE NO.: WF8ES53421MI   HS.CODE: 61046200 | 790 | 4.50 | 3,555.00 |
| 304 | MENS SIMPLY LS SOLID DOUBLE KNIT CREW DOUBLE FACE<br>STYLE NO.: MF8SS12997MM   HS.CODE: 61102000 | 1,970 | 4.58 | 9,022.60 |
| 154 | MENS SIMPLE DOUBLE KNIT HENLEY DOUBLE FACE<br>STYLE NO.: MF8SS12921MM   HS.CODE: 61051000 | 972 | 5.09 | 4,947.48 |
| 105 | ACTIVE YOGA CAPRI<br>STYLE NO.: WF8ES53404MI   HS.CODE: 61046200 | 630 | 4.03 | 2,538.90 |
| 560 | ACTIVE GRAPHIC COTTON SPANDEX LEGGING<br>STYLE NO.: WF8ES53418MI   HS.CODE: 61046200 | 3,384 | 3.99 | 13,502.16 |
| **1,833** | **GRAND TOTAL** | **11,640** | **PCS** | **48,878.74** |

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002103/TCG
Dated: 10-Jul-18

15

| Contract No: | S18386/ASEA, S18204/ASEA |
|---|---|
| Date of delivery: | 15-Jul-2018 |
| Means of transport: | ESSEN EXPRESS 025E |
| Transport receipt: | 7795435120, 7795435395 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CCD, MIRA LOMA, CA, U.S.A |

For account and risks of Messrs:
SEARS ROEBUCK AND CO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | | |
|---|---|---|---|---|---|---|
| | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 87 | ACTIVE COTTON SPANDEX SIDE POCKET LEGGING<br>HS.CODE    61046200    95% COTTON 5% SPANDEX<br>STYLE NO:    WF8ES53421MI | 610 | 4.50 | 2,745.00 | S18386/ASEA | Quần dài nữ |
| 124 | MENS SIMPLE DOUBLE KNIT HENLEY DOUBLE FACE<br>HS.CODE    61051000    89% COTTON 11% POLYESTER<br>STYLE NO:    MF8SS12921MM | 782 | 5.09 | 3,980.38 | S18204/ASEA | Áo nam tay dài |
| 211 | GRAND TOTAL | 1,392 | PCS | 6,725.38 | | |

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002112/TCG
Dated: 09-Jul-18

Contract No: S18394/ASEA
Date of delivery: 12-Jul-2018
Means of transport: NYK THEMIS 053E
Transport receipt:
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CHAMBERSBURG, PA

For account and risks of Messrs :
SEARS ROEBUCK AND CO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
|  | STYLE | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | |
| 1,132 | KIDS GRACE COLOR BLOCK BALLET LEGGING<br>STYLE NO.: GF8ES32010BG<br>HS. CODE | 6,792 | 3.40 | 23,092.80 |
| 1,132 | GRAND TOTAL | 6,792 PCS | | 23,092.80 |

TOTAL AMOUNT: US DOLLARS FIFTY THOUSAND AND SEVENTY TWO AND CENTS TEN.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002257/TCG
Dated: 30-Jul-2018
LH

| | |
|---|---|
| Contract No: | S18367/ASEA |
| Date of delivery: | 02-Aug-2018 |
| Means of transport: | NYK TRITON 071E |
| Transport receipt: | 7795561290 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 1,205 | MENS OLD LS SOLID THERMAL HENLEY<br>HS. CODE    61051000    60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8OL12128MZ | 9,895 | 4.57 | 45,220.15 | Áo nam tay dài |
| 1,317 | MENS OLD LS SOLID THERMAL CREW<br>HS. CODE    61102000    60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8OL12127MZ | 9,703 | 4.49 | 43,566.47 | áo t-shirt nam tay dài |
| 2,522 | TOTAL | 19,598 | | 88,786.62 | |

SAY: US DOLLARS EIGHTY EIGHT THOUSAND SEVEN HUNDRED AND EIGHTY SIX AND CENTS SIXTY TWO.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM



## COMMERCIAL INVOICE

NO. : 0002258/TCG
Dated: 30-Jul-2018
LH

| | | For account and risks of Messrs : |
|---|---|---|
| Contract No: | S18367/ASEA | **SEARS ROEBUCK AND CO** |
| Date of delivery: | 03-Aug-2018 | 3333 BEVERLY RD |
| Means of transport: | ONE MINATO 001E | HOFFMAN ESTATES, IL 60179 |
| Transport receipt: | 7795587151 | U.S.A |
| Port of loading: | HO CHI MINH, VIETNAM | |
| Port of discharge: | CHAMBERSBURG, PA | |

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | **TERMS OF PRICE: FOB HOCHIMINH VIETNAM** | | | |
| 59 | MENS OLD SOLID LS THERMAL CREW BM<br>HS. CODE     61102000  60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8OL12127BM | 263 | 5.23 | 1,375.49 |
| 1,469 | MENS OLD LS SOLID THERMAL HENLEY<br>HS. CODE     61051000      60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8OL12128MZ | 10,997 | 4.57 | 50,256.29 |
| 1,080 | MENS OLD LS SOLID THERMAL CREW<br>HS. CODE     61102000      60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8OL12127MZ | 7,956 | 4.49 | 35,722.44 |
| **2,608** | **TOTAL** | **19,216** | | **87,354.22** |

SAY: US DOLLARS EIGHTY SEVEN THOUSAND THREE HUNDRED AND FIFTY FOUR AND CENTS TWENTY TWO.

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

NGUYỄN THÁI BÌNH