**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002255/TCG
Dated: 30-Jul-2018

19

| | |
|---|---|
| Contract No: | S18367/ASEA |
| Date of delivery: | 09-Aug-2018 |
| Means of transport: | NYK ATHENA 115E |
| Transport receipt: | 7795465744 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| 77 | MENS OLD SOLID LS THERMAL CREW BM<br>HS. CODE  61102000  60% COTTON 40% POLYESTER<br>STYLE NO.: MF8OL12127BM | 343 | 5.23 | 1,793.89 |
| 589 | MENS OLD LS SOLID THERMAL HENLEY<br>HS. CODE  61051000  60% COTTON 40% POLYESTER<br>STYLE NO.: MF8OL12128MZ | 3,534 | 4.57 | 16,150.38 |
| 176 | MENS OLD LS SOLID THERMAL HENLEY BM<br>HS. CODE  61051000  60% COTTON 40% POLYESTER<br>STYLE NO.: MF8OL12128BM | 808 | 5.40 | 4,363.20 |
| **842** | **TOTAL** | **4,685** | | **22,307.47** |

SAY: US DOLLARS TWENTY TWO THOUSAND THREE HUNDRED AND SEVEN AND CENTS FORTY SEVEN.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002256/TCG
Dated: 30-Jul-2018
LH: SXXK

| | |
|---|---|
| Contract No: | S18367/ASEA |
| Date of delivery: | 10-Aug-2018 |
| Means of transport: | MADRID BRIDGE 002E |
| Transport receipt: | 779561353T |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 144 | MENS OLD LS SOLID THERMAL HENLEY BM<br>HS. CODE   61051000        60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8OL12128BM | 661 | 5.40 | 3,569.40 | Áo nam tay dài |
| 144 | TOTAL | 661 | | 3,569.40 | |

SAY: US DOLLARS THREE THOUSAND FIVE HUNDRED AND SIXTY NINE AND CENTS FORTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

21

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002320/TCG
Dated: 06-Aug-2018

| | |
|---|---|
| Contract No: | S18363/ASEA   S18367/ASEA   S18204/ASEA |
| Date of delivery: | 13-Aug-2018 |
| Means of transport: | **MADRID BRIDGE 002E** |
| Transport receipt: | 7795690331, 7795690430 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| 444 | ACTIVE GRAPHIC COTTON SPANDEX LEGGING<br>HS. CODE    61046200    95% COTTON 5% SPANDEX<br>STYLE NO.:    WF8ES53418MI | 2,676 | 3.99 | 10,677.24 |
| 214 | ACTIVE FOLD-OVER WAIST YOGA PANT<br>HS. CODE    61046200    95% COTTON 5% SPANDEX<br>STYLE NO.:    WF8ES53403MI | 1,548 | 4.20 | 6,501.60 |
| 212 | ACTIVE GRAPHIC ATTITUDE TANK<br>HS. CODE    61046200    60% COTTON 40% POLYESTER<br>STYLE NO.:    WF8ES78402MI | 1,310 | 3.40 | 4,454.00 |
| 274 | ACTIVE GRAPHIC COTTON SPANDEX SPORT BRA<br>HS. CODE    62121019    95% COTTON 5% SPANDEX<br>STYLE NO.:    WF8ES78407MI | 1,690 | 3.49 | 5,898.10 |
| 241 | MENS RC LS THERMAL HENLEY<br>HS. CODE    61051000    60% COTTON 40% POLYESTER<br>STYLE NO.:    MF8RC12417YM | 1,620 | 5.38 | 8,715.60 |
| 2,399 | MENS RC LS THERMAL HENLEY<br>HS. CODE    61051000    60% COTTON 40% POLYESTER<br>STYLE NO.:    MF8RC12417YM | 16,527 | 5.38 | 88,915.26 |
| 74 | MENS RC DOUBLE FACE POPOVER DOUBLE FACE<br>HS. CODE    61102000    60% COTTON 40% POLYESTER<br>STYLE NO.:    MF8RC12474YM | 518 | 6.27 | 3,247.86 |
| **3,858** | **TOTAL** | **25,889** | | **128,409.66** |

SAY: US DOLLARS ONE HUNDRED TWENTY EIGHT THOUSAND FOUR HUNDRED AND NINE AND CENTS SIXTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

22

# COMMERCIAL INVOICE

NO. : 0002319/TCG
Dated: 06-Aug-2018

| | |
|---|---|
| Contract No: | S18448/ ASEA |
| Date of delivery: | 08-Aug-2018 |
| Means of transport: | MADRID BRIDGE 002E |
| Transport receipt: | 5278076562 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | ONTARIO, CA, US |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 2 | SMOCKED CREW<br>HS. CODE     61102000<br>STYLE NO.:    WH8BO78096JR | 12 | 4.77 | 57.24 |
| 2 | EMBELLISHED HOODIE<br>HS. CODE     61102000<br>STYLE NO.:    WH8BO78092JR | 12 | 6.36 | 76.32 |
| 4 | TOTAL | 24 | | 133.56 |

SAY: US DOLLARS ONE HUNDRED AND THIRTY THREE AND CENTS FIFTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

*[Company seal: CÔNG TY CỔ PHẦN DỆT MAY - ĐẦU TƯ THƯƠNG MẠI THÀNH CÔNG - Q. TÂN PHÚ - T.P HỒ CHÍ MINH - M.S.D.N: 0301446221]*

**NGUYỄN THÁI BÌNH**

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002334/TCG
Dated: 07-Aug-2018

Contract No:        S18448/ ASEA
Date of delivery:   09-Aug-2018
Means of transport: NYK ATHENA 115E
Transport receipt:  7795677593
Port of loading:    HO CHI MINH, VIETNAM
Port of discharge:  MIRA LOMA, CA

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
|  | TERMS OF PRICE: FOB HOCHIMINH VIETNAM |  |  |  |
| 1,409 | HOODED TUNIC TOP<br>HS. CODE        61103000<br>STYLE NO.:   WH8JO78105JR | 9,178 | 4.63 | 42,494.14 |
| 1,409 | TOTAL | 9,178 |  | 42,494.14 |

áo thun nữ  tay dài

SAY: US DOLLARS FORTY TWO THOUSAND FOUR HUNDRED AND NINETY FOUR AND CENTS FOURTEEN.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

24

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002350/TCG
Dated: 08-Aug-2018
LH KD

| | | |
|---|---|---|
| Contract No: | S18448/ ASEA | |
| Date of delivery: | 12-Aug-2018 | |
| Means of transport: | MADRID BRIDGE 002E | |
| Transport receipt: | 7795691992 | |
| Port of loading: | HO CHI MINH, VIETNAM | |
| Port of discharge: | CHAMBERSBURG, PA | |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 1,151 | LADIES-HOODED TUNIC TOP<br>HS. CODE    61103000<br>STYLE NO.:    WH8JO78105JR | 0<br><br>7,497 | <br><br>4.63 | <br><br>34,711.11  áo thun nữ  tay dài |
| 1,151 | TOTAL | 7,497 | | 34,711.11 |

SAY: US DOLLARS THIRTY FOUR THOUSAND SEVEN HUNDRED AND ELEVEN AND CENTS ELEVEN.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002353/TCG
Dated: 08-Aug-2018
LH KD

25

| | |
|---|---|
| Contract No: | S18448/ ASEA |
| Date of delivery: | 10-Aug-2018 |
| Means of transport: | OZ732 |
| Transport receipt: | 5278076826 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | ONTARIO, CA, US |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 4 | LADIES-HACCI HOODIE W RAINBOW STRIPE<br>HS. CODE       61103000<br>STYLE NO.:    WH8JO78111JR | 24 | 4.90 | 117.60 | áo thun nữ  tay dài |
| 4 | LADIES-HOODED TUNIC TOP<br>HS. CODE       61103000<br>STYLE NO.:    WH8JO78105JR | 24 | 4.63 | 111.12 | áo thun nữ  tay dài |
| 8 | TOTAL | 48 | | 228.72 | |

SAY: US DOLLARS TWO HUNDRED AND TWENTY EIGHT AND CENTS SEVENTY TWO.

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002361/TCG
Dated: 09-Aug-2018
LH KD

| | |
|---|---|
| Contract No: | S18448/ ASEA |
| Date of delivery: | 16-Aug-2018 |
| Means of transport: | SAN FRANCISCO BRIDGE 036E |
| Transport receipt: | 7795716038 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs:
SEARS ROEBUCK AND CO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 1,379 | LADIES-HACCI HOODIE W RAINBOW STRIPE<br>HS. CODE    61103000<br>STYLE NO.:    WH8JO78111JR | 0<br><br>8,984 | 4.90 | 44,021.60 |
| 451 | LADIES-EMBELLISHED HOODIE<br>HS. CODE    61102000<br>STYLE NO.:    WH8BO78092JR | 0<br><br>2,926 | 6.36 | 18,609.36 |
| 1,830 | TOTAL | 11,910 | | 62,630.96 |

SAY: US DOLLARS SIXTY TWO THOUSAND SIX HUNDRED AND THIRTY AND CENTS NINETY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY



NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002373/TCG
Dated: 09-Aug-2018

| Contract No: | S18363/ASEA  S18204/ASEA  S18367/ASEA |
|---|---|
| Date of delivery: | 16-Aug-2018 |
| Means of transport: | MADRID BRIDGE 002E |
| Transport receipt: | 7795777154, 7795777363 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs :

**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 132 | ACTIVE GRAPHIC COTTON SPANDEX LEGGING<br>HS. CODE    61046200        95% COTTON 5% SPANDEX<br>STYLE NO.:   WF8ES53418MI | 792 | 3.99 | 3,160.08 |
| 408 | ACTIVE GRAPHIC COTTON SPANDEX LEGGING<br>HS. CODE    61046200        95% COTTON 5% SPANDEX<br>STYLE NO.:   WF8ES53418MI | 2,460 | 3.99 | 9,815.40 |
| 261 | ACTIVE FOLD-OVER WAIST YOGA PANT<br>HS. CODE    61046200        95% COTTON 5% SPANDEX<br>STYLE NO.:   WF8ES53403MI | 1,878 | 4.20 | 7,887.60 |
| 258 | ACTIVE GRAPHIC ATTITUDE TANK<br>HS. CODE    61102000        60% COTTON 40% POLYESTER<br>STYLE NO.:   WF8ES78402MI | 1,594 | 3.40 | 5,419.60 |
| 336 | ACTIVE GRAPHIC COTTON SPANDEX SPORT BRA<br>HS. CODE    62121019        95% COTTON 5% SPANDEX<br>STYLE NO.:   WF8ES78407MI | 2,074 | 3.49 | 7,238.26 |
| 90 | MENS RC DOUBLE FACE POPOVER DOUBLE FACE<br>HS. CODE    61102000        60% COTTON 40% POLYESTER<br>STYLE NO.:   MF8RC12474YM | 630 | 6.27 | 3,950.10 |
| 930 | MENS RC LS THERMAL HENLEY<br>HS. CODE    61051000        60% COTTON 40% POLYESTER<br>STYLE NO.:   MF8RC12417YM | 6,670 | 5.38 | 35,884.60 |
| 2,293 | MENS RC LS THERMAL HENLEY<br>HS. CODE    61051000        60% COTTON 40% POLYESTER<br>STYLE NO.:   MF8RC12417YM | 15,474 | 5.38 | 83,250.12 |
| **4,708** | **TOTAL** | **31,572** | | **156,605.76** |

SAY: US DOLLARS ONE HUNDRED FIFTY SIX THOUSAND SIX HUNDRED AND FIVE AND CENTS SEVENTY SIX.

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002376/TCG
Dated: 09-Aug-2018
LH KD

| | |
|---|---|
| Contract No: | S18448/ ASEA |
| Date of delivery: | 17-Aug-2018 |
| Means of transport: | MONACO BRIDGE 003E |
| Transport receipt: | 7795765670 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
SEARS ROEBUCK AND CO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 1,118 | LADIES-HACCI HOODIE W RAINBOW STRIPE<br>HS. CODE    61103000<br>STYLE NO.:    WH8JO78111JR | 0<br><br>7,284 | <br><br>4.90 | <br><br>35,691.60 |
| 368 | LADIES-EMBELLISHED HOODIE<br>HS. CODE    61102000<br>STYLE NO.:    WH8BO78092JR | 0<br>2,387 | <br>6.36 | <br>15,181.32 |
| 1,486 | TOTAL | 9,671 | | 50,872.92 |

SAY: US DOLLARS FIFTY THOUSAND EIGHT HUNDRED AND SEVENTY TWO AND CENTS NINETY TWO.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH