**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002405/TCG
Dated: 13-Aug-2018

29

| Contract No: | S18204/ASEA |
|---|---|
| Date of delivery: | 23-Aug-2018 |
| Means of transport: | NYK APOLLO 097E |
| Transport receipt: | 7795784887 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs :

**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 432 | MENS SIMPLY LS SOLID DOUBLE KNIT CREW DOUBLE FACE<br>HS. CODE       61102000          89% COTTON 11% POLYESTER<br>STYLE NO.:    MF8SS12997MM | 2,855 | 4.58 | 13,075.90 |
| 286 | MENS SIMPLY LS DOUBLE KNIT HENLEY DOUBLE FACE<br>HS. CODE       61051000          89% COTTON 11% POLYESTER<br>STYLE NO.:    MF8SS12921MM | 1,859 | 5.09 | 9,462.31 |
| **718** | **TOTAL** | **4,714** | | **22,538.21** |

SAY: US DOLLARS TWENTY TWO THOUSAND FIVE HUNDRED AND THIRTY EIGHT AND CENTS TWENTY ONE.

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002412/TCG
Dated: 13-Aug-2018

| | |
|---|---|
| Contract No: | S18204/ASEA |
| Date of delivery: | 17-Aug-2018 |
| Means of transport: | MONACO BRIDGE 003E |
| Transport receipt: | 779578469T |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 354 | MENS SIMPLY LS SOLID DOUBLE KNIT CREW DOUBLE FACE<br>HS. CODE    61102000    89% COTTON 11% POLYESTER<br>STYLE NO.:    MF8SS12997MM | 2,341 | 4.58 | 10,721.78 |
| 241 | MENS SIMPLY LS DOUBLE KNIT HENLEY DOUBLE FACE<br>HS. CODE    61051000    89% COTTON 11% POLYESTER<br>STYLE NO.:    MF8SS12921MM | 1,567 | 5.09 | 7,976.03 |
| **595** | **TOTAL** | **3,908** | | **18,697.81** |

SAY: US DOLLARS EIGHTEEN THOUSAND SIX HUNDRED AND NINETY SEVEN AND CENTS EIGHTY ONE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002414/TCG
Dated: 13-Aug-2018

| Contract No: | S18448/ ASEA   S18455/ ASEA |
|---|---|
| Date of delivery: | 16-Aug-2018 |
| Means of transport: | SAN FRANCISCO BRIDGE 036E |
| Transport receipt: | 7795732406, 7795692025 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 727 | LADIES-SMOCKED CREW<br>HS. CODE        61102000<br>STYLE NO.:      WH8BO78096JR | 0<br><br>4,713 | <br><br>4.77 | <br><br>22,481.01 |
| 338 | REBEL MESH LAYERED GRAPHIC SPORT BRA<br>HS. CODE        62121000<br>STYLE NO.:      GF8ES31012BG | 0<br><br>3,380 | <br><br>2.95 | <br><br>9,971.00 |
| 677 | GRAPHIC BUTTERFLY SHORT SLEEVE TEE<br>HS. CODE        61102000<br>STYLE NO.:      GF8ES31004BG | 0<br><br>6,770 | <br><br>2.50 | <br><br>16,925.00 |
| 310 | REBEL COLOR BLOCK LEGGING<br>HS. CODE        61046300<br>STYLE NO.:      GF8ES32007BG | 0<br><br>3,100 | <br><br>3.24 | <br><br>10,044.00 |
| **2,052** | **TOTAL** | **17,963** | | **59,421.01** |

SAY: US DOLLARS FIFTY NINE THOUSAND FOUR HUNDRED AND TWENTY ONE AND CENTS ONE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002417/TCG
Dated: 13-Aug-2018

LH    KD

| | |
|---|---|
| Contract No: | S18448/ ASEA    S18455/ ASEA |
| Date of delivery: | 19-Aug-2018 |
| Means of transport: | MONACO BRIDGE 003E |
| Transport receipt: | 7795692102, 7795677604 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 598 | LADIES-SMOCKED CREW<br>HS. CODE    61102000<br>STYLE NO.:    WH8BO78096JR | 0<br>3,878 | 4.77 | 18,498.06 | áo nữ cổ tròn tay dài |
| 276 | REBEL MESH LAYERED GRAPHIC SPORT BRA<br>HS. CODE    62121000<br>STYLE NO.:    GF8ES31012BG | 0<br>2,760 | 2.95 | 8,142.00 | áo ba lỗ |
| 554 | GRAPHIC BUTTERFLY SHORT SLEEVE TEE<br>HS. CODE    61102000<br>STYLE NO.:    GF8ES31004BG | 0<br>5,540 | 2.50 | 13,850.00 | áo t-shirt trẻ em tay ngắn |
| 254 | REBEL COLOR BLOCK LEGGING<br>HS. CODE    61046300<br>STYLE NO.:    GF8ES32007BG | 0<br>2,540 | 3.24 | 8,229.60 | quần dài nữ |
| **1,682** | **TOTAL** | **14,718** | | **48,719.66** | |

SAY: US DOLLARS FORTY EIGHT THOUSAND SEVEN HUNDRED AND NINETEEN AND CENTS SIXTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002451/TCG
Dated: 16-Aug-2018
KD

| Contract No: | S18386/ASEA | For account and risks of Messrs : |
|---|---|---|
| Date of delivery: | 23-Aug-2018 | **SEARS ROEBUCK AND CO** |
| Means of transport: | NYK APOLLO 097E | 3333 BEVERLY RD |
| Transport receipt: | 7795818316 | HOFFMAN ESTATES, IL 60179 |
| Port of loading: | HO CHI MINH, VIETNAM | U.S.A |
| Port of discharge: | MIRA LOMA, CA | |

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 552 | EV FOLD OVER WAIST YOGA PANT<br>HS. CODE    61046200<br>STYLE NO.:    WP9ES53901MI | 5,520 | 4.50 | 24,840.00 | quần dài nam |
| 440 | EVS PRINTED WB YOGA CAPRI<br>HS. CODE    61046200<br>STYLE NO.:    WP9ES53902MI | 4,400 | 4.30 | 18,920.00 | quần dài nam |
| 286 | LADIES-EMBELLISHED HOODIE<br>HS. CODE    61102000<br>STYLE NO.:    WH8BO78092JR | 1,855 | 6.36 | 11,797.80 | áo thun nữ tay dài |
| 1,278 | TOTAL | 11,775 | | 55,557.80 | |

SAY: US DOLLARS FIFTY FIVE THOUSAND FIVE HUNDRED AND FIFTY SEVEN AND CENTS EIGHTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002478/TCG
Dated: 18-Aug-2018

KD

| | |
|---|---|
| Contract No: | S18386/ASEA    S18448/ ASEA |
| Date of delivery: | 24-Aug-2018 |
| Means of transport: | ASKLIPIOS 002E |
| Transport receipt: | 7795818459 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 450 | EV FOLD OVER WAIST YOGA PANT<br>HS. CODE    61046200<br>STYLE NO.:    WP9ES53901MI | 4,500 | 4.50 | 20,250.00 | quần dài nam |
| 360 | EVS PRINTED WB YOGA CAPRI<br>HS. CODE    61046200<br>STYLE NO.:    WP9ES53902MI | 3,600 | 4.30 | 15,480.00 | quần dài nam |
| 232 | LADIES-EMBELLISHED HOODIE<br>HS. CODE    61102000<br>STYLE NO.:    WH8BO78092JR | 1,505 | 6.36 | 9,571.80 | áo thun nữ tay dài |
| 1,042 | TOTAL | 9,605 | | 45,301.80 | |

SAY: US DOLLARS FORTY FIVE THOUSAND THREE HUNDRED AND ONE AND CENTS EIGHTY.

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

35

# COMMERCIAL INVOICE

NO. : 0002493/TCG
Dated: 20-Aug-2018

KD

| | |
|---|---|
| Contract No: | S18476/ASEA |
| Date of delivery: | 22-Aug-2018 |
| Means of transport: | SQ0185 |
| Transport receipt: | 5278077464 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | ONTARIO, CA, US |

For account and risks of Messrs :
SEARS ROEBUCK AND CO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 8 | CHRISTMAS BASEBALL TEE<br>HS. CODE     61102000<br>STYLE NO.:     WH8JO78550JR | 48 | 2.68 | 128.64 | áo thun nữ tay dài |
| 8 | TOTAL | 48 | | 128.64 | |

SAY: US DOLLARS ONE HUNDRED AND TWENTY EIGHT AND CENTS SIXTY FOUR.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002497/TCG
Dated: 20-Aug-2018
KD

| Contract No: | S18367/ASEA |
|---|---|
| Date of delivery: | 23-Aug-2018 |
| Means of transport: | NYK APOLLO 097E |
| Transport receipt: | 7795817964 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

36

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 79 | MENS OLD SOLID LS THERMAL CREW BM<br>HS. CODE     61102000<br>STYLE NO.:   MF8OL12127BM | 336 | 5.23 | 1,757.28 | áo t-shirt nam tay dài |
| 2,310 | MENS OLD LS SOLID THERMAL HENLEY<br>HS. CODE     61051000<br>STYLE NO.:   MF8OL12128MZ | 17,264 | 4.57 | 78,896.48 | Áo nam tay dài |
| 161 | MENS OLD LS SOLID THERMAL CREW<br>HS. CODE     61102000<br>STYLE NO.:   MF8OL12127MZ | 1,127 | 4.49 | 5,060.23 | áo t-shirt nam tay dài |
| 412 | MENS OLD LS SOLID THERMAL HENLEY<br>HS. CODE     61051000<br>STYLE NO.:   MF8OL12128MZ | 2,884 | 4.57 | 13,179.88 | Áo nam tay dài |
| 1,893 | MENS OLD LS SOLID THERMAL CREW<br>HS. CODE     61102000<br>STYLE NO.:   MF8OL12127MZ | 14,131 | 4.49 | 63,448.19 | áo t-shirt nam tay dài |
| 184 | MENS OLD LS SOLID THERMAL HENLEY BM<br>HS. CODE     61051000<br>STYLE NO.:   MF8OL12128BM | 798 | 5.40 | 4,309.20 | Áo nam tay dài |
| 5,039 | TOTAL | 36,540 | | 166,651.26 | |

SAY: US DOLLARS ONE HUNDRED SIXTY SIX THOUSAND SIX HUNDRED AND FIFTY ONE AND CENTS TWENTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002498/TCG
Dated: 20-Aug-2018
KD

| Contract No: | S18367/ASEA |
|---|---|
| Date of delivery: | 25-Aug-2018 |
| Means of transport: | ASKLIPIOS 002E |
| Transport receipt: | 7795821792 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 66 | MENS OLD SOLID LS THERMAL CREW BM<br>HS. CODE      61102000<br>STYLE NO.:   MF8OL12127BM | 283 | 5.23 | 1,480.09 | áo t-shirt nam tay dài |
| 2,125 | MENS OLD LS SOLID THERMAL HENLEY<br>HS. CODE      61051000<br>STYLE NO.:   MF8OL12128MZ | 16,304 | 4.57 | 74,509.28 | Áo nam tay dài |
| 295 | MENS OLD LS SOLID THERMAL HENLEY<br>HS. CODE      61051000<br>STYLE NO.:   MF8OL12128MZ | 1,922 | 4.57 | 8,783.54 | Áo nam tay dài |
| 1,816 | MENS OLD LS SOLID THERMAL CREW<br>HS. CODE      61102000<br>STYLE NO.:   MF8OL12127MZ | 13,704 | 4.49 | 61,530.96 | áo t-shirt nam tay dài |
| 158 | MENS OLD LS SOLID THERMAL HENLEY BM<br>HS. CODE      61051000<br>STYLE NO.:   MF8OL12128BM | 692 | 5.40 | 3,736.80 | Áo nam tay dài |
| **4,460** | **TOTAL** | **32,905** | | **150,040.67** | |

SAY: US DOLLARS ONE HUNDRED FIFTY THOUSAND AND FORTY AND CENTS SIXTY SEVEN.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002632/TCG
Dated: 31-Aug-2018
SXXK

| Contract No: | S18367/ASEA |
|---|---|
| Date of delivery: | 14-Sep-2018 |
| Means of transport: | MEISHAN BRIDGE 002E |
| Transport receipt: | 7795862349 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
SEARS ROEBUCK AND CO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 320 | MENS RC LS THERMAL HENLEY<br>HS. CODE    61051000<br>STYLE NO.:    MF8RC12417YM | 1,920 | 5.38 | 10,329.60 | Áo nam tay dài |
| 320 | TOTAL | 1,920 | | 10,329.60 | |

SAY: US DOLLARS TEN THOUSAND THREE HUNDRED AND TWENTY NINE AND CENTS SIXTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH