# THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002631/TCG
Dated: 31-Aug-2018
SXXK

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| | |
|---|---|
| Contract No: | S18367/ASEA |
| Date of delivery: | 13-Sep-2018 |
| Means of transport: | NYK ATLAS 104E |
| Transport receipt: | 7795862338 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| 990 | MENS RC LS THERMAL HENLEY<br>HS. CODE    61051000<br>STYLE NO.:   MF8RC12417YM | 5,940 | 5.38 | 31,957.20 | Áo nam tay dài |
| **990** | **TOTAL** | **5,940** | | **31,957.20** | |

SAY: US DOLLARS THIRTY ONE THOUSAND NINE HUNDRED AND FIFTY SEVEN AND CENTS TWENTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002640/TCG
Dated: 31-Aug-2018

SXXK C3

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| Contract No: | S18204/ASEA   S18367/ASEA |
|---|---|
| Date of delivery: | 06-Sep-2018 |
| Means of transport: | AMALIA C 048A |
| Transport receipt: | 7795912564 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

40

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 67 | MENS RC DOUBLE FACE POPOVER DOUBLE FACE<br>HS. CODE        61102000<br>STYLE NO.:    MF8RC12474YM | 469 | 6.27 | 2,940.63 | Áo chui đầu nam tay dà |
| 2,424 | MENS RC LS THERMAL HENLEY<br>HS. CODE        61051000<br>STYLE NO.:    MF8RC12417YM | 17,764 | 5.38 | 95,570.32 | Áo nam tay dài |
| **2,491** | **TOTAL** | **18,233** | | **98,510.95** | |

SAY: US DOLLARS NINETY EIGHT THOUSAND FIVE HUNDRED AND TEN AND CENTS NINETY FIVE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002641/TCG
Dated: 31-Aug-2018
SXXK C4

| | |
|---|---|
| Contract No: | S18204/ASEA    S18367/ASEA |
| Date of delivery: | 07-Sep-2018 |
| Means of transport: | ONE STORK 002E |
| Transport receipt: | 7795893875 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 55 | MENS RC DOUBLE FACE POPOVER DOUBLE FACE<br>HS. CODE     61102000<br>STYLE NO.:    MF8RC12474YM | 385 | 6.27 | 2,413.95 | Áo chui đầu nam tay dà |
| 2,477 | MENS RC LS THERMAL HENLEY<br>HS. CODE     61051000<br>STYLE NO.:    MF8RC12417YM | 17,501 | 5.38 | 94,155.38 | Áo nam tay dài |
| 2,532 | TOTAL | 17,886 | | 96,569.33 | |

SAY: US DOLLARS NINETY SIX THOUSAND FIVE HUNDRED AND SIXTY NINE AND CENTS THIRTY THREE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

42

## COMMERCIAL INVOICE

NO. : 0002644/TCG
Dated: 31-Aug-2018
KD C1

| Contract No: | S18476/ASEA   S18492/ASEA |
|---|---|
| Date of delivery: | 07-Sep-2018 |
| Means of transport: | ONE STORK 002E |
| Transport receipt: | 779587676T |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 1,749 | CHRISTMAS BASEBALL TEE<br>HS. CODE      61102000<br>STYLE NO.:   WH8JO78550JR | 12,243 | 2.68 | 32,811.24 | áo thun nữ tay dài |
| 320 | GRAPHIC RINGER TEE<br>HS. CODE      61099000<br>STYLE NO.:   WP9JO78080JR | 2,055 | 2.56 | 5,260.80 | ÁO T-SHIRT NỮ TAY |
| 2,069 | TOTAL | 14,298 | | 38,072.04 | |

SAY: US DOLLARS THIRTY EIGHT THOUSAND AND SEVENTY TWO AND CENTS FOUR.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002677/TCG
Dated: 06-Sep-2018

KD

43

| | |
|---|---|
| Contract No: | S18476/ASEA |
| Date of delivery: | 13-Sep-2018 |
| Means of transport: | NYK ATLAS 104E |
| Transport receipt: | 7795885581 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA, USA |

For account and risks of Messrs :
SEARS ROEBUCK AND CO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 199 | RUCHED V-NECK TEE<br>HS. CODE    61103000<br>STYLE NO.:    WP9BO78407JR | 1,284 | 3.24 | 4,160.16 | ÁO T-SHIRT NỮ TAY NGẮN |
| 199 | TOTAL | 1,284 | | 4,160.16 | |

SAY: US DOLLARS FOUR THOUSAND ONE HUNDRED AND SIXTY AND CENTS SIXTEEN.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002679/TCG
Dated: 06-Sep-2018

KD

Contract No: S18476/ASEA
Date of delivery: 14-Sep-2018
Means of transport: MEISHAN BRIDGE 002E
Transport receipt: 7795885515
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CHAMBERSBURG, PA

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

44

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 176 | RUCHED V-NECK TEE<br>HS. CODE  61103000<br>STYLE NO.:  WP9BO78407JR | 1,139 | 3.24 | 3,690.36 | ÁO T-SHIRT NỮ TAY NGẮN |
| 176 | TOTAL | 1,139 | | 3,690.36 | |

SAY: US DOLLARS THREE THOUSAND SIX HUNDRED AND NINETY AND CENTS THIRTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002708/TCG
Dated: 07-Sep-2018

45

| Contract No: | S18476/ASEA   S18492/ASEA |
|---|---|
| Date of delivery: | 13-Sep-2018 |
| Means of transport: | NYK ATLAS 104E |
| Transport receipt: | 7795877166 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

KD C1
For account and risks of Messrs :
SEARS ROEBUCK AND CO
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| 2,129 | CHRISTMAS BASEBALL TEE<br>HS. CODE   61102000<br>STYLE NO.:   WH8JO78550JR | 14,903 | 2.68 | 39,940.04 | áo thun nữ tay dài |
| 365 | GRAPHIC RINGER TEE<br>HS. CODE   61099000<br>STYLE NO.:   WP9JO78080JR | 2,328 | 2.56 | 5,959.68 | ÁO T-SHIRT NỮ TAY NGẮN |
| **2,494** | **TOTAL** | **17,231** | | **45,899.72** | |

SAY: US DOLLARS FORTY FIVE THOUSAND EIGHT HUNDRED AND NINETY NINE AND CENTS SEVENTY TWO.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

46

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002732/TCG
Dated: 10-Sep-2018

| | |
|---|---|
| Contract No: | S18204/ASEA    S18367/ASEA |
| Date of delivery: | 13-Sep-2018 |
| Means of transport: | MEISHAN BRIDGE 002E |
| Transport receipt: | 7796007956 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 150 | MENS SIMPLY LS SOLID DOUBLE KNIT CREW DOUBLE FACE<br>HS. CODE        61102000<br>STYLE NO.:    MF8SS12997MM | 977 | 4.58 | 4,474.66 | Áo thun nam dài tay |
| 1,134 | MENS OLD LS SOLID THERMAL HENLEY<br>HS. CODE        61051000<br>STYLE NO.:    MF8OL12128MZ | 8,078 | 4.57 | 36,916.46 | Áo nam tay dài |
| 844 | MENS OLD LS SOLID THERMAL CREW<br>HS. CODE        61102000<br>STYLE NO.:    MF8OL12127MZ | 6,078 | 4.49 | 27,290.22 | áo t-shirt nam tay dài |
| 2,128 | TOTAL | 15,133 | | 68,681.34 | |

SAY: US DOLLARS SIXTY EIGHT THOUSAND SIX HUNDRED AND EIGHTY ONE AND CENTS THIRTY FOUR.

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002766/TCG
Dated: 13-Sep-2018
KD

| | |
|---|---|
| Contract No: | S18476/ASEA |
| Date of delivery: | 20-Sep-2018 |
| Means of transport: | NYK APHRODITE 093E |
| Transport receipt: | 7796032519 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA, USA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| 22 | RUCHED V-NECK TEE<br>HS. CODE    61103000<br>STYLE NO.:    WP9BO78407JR | 139 | 3.24 | 450.36 | ÁO T-SHIRT NỮ TAY NGẮN |
| 22 | TOTAL | 139 | | 450.36 | |

SAY: US DOLLARS FOUR HUNDRED AND FIFTY AND CENTS THIRTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

**NGUYỄN THÁI BÌNH**

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002767/TCG
Dated: 13-Sep-2018

48

| | | KD |
|---|---|---|
| Contract No: | S18476/ASEA | For account and risks of Messrs : |
| Date of delivery: | 21-Sep-2018 | **SEARS ROEBUCK AND CO** |
| Means of transport: | **MILANO BRIDGE 004E** | 3333 BEVERLY RD |
| Transport receipt: | 7796032508 | HOFFMAN ESTATES, IL 60179 |
| Port of loading: | **HO CHI MINH, VIETNAM** | U.S.A |
| Port of discharge: | **CHAMBERSBURG, PA** | |

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | **TERMS OF PRICE: FOB HOCHIMINH VIETNAM** | | | |
| 23 | RUCHED V-NECK TEE<br>HS. CODE     61103000<br>STYLE NO.:    WP9BO78407JR | 146 | 3.24 | 473.04  ÁO T-SHIRT NỮ TAY NGẮN |
| 23 | TOTAL | 146 | | 473.04 |

SAY: US DOLLARS FOUR HUNDRED AND SEVENTY THREE AND CENTS FOUR.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH