**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

48

# COMMERCIAL INVOICE

NO. : 0002767/TCG
Dated: 13-Sep-2018
KD

| | |
|---|---|
| Contract No: | S18476/ASEA |
| Date of delivery: | 21-Sep-2018 |
| Means of transport: | MILANO BRIDGE 004E |
| Transport receipt: | 7796032508 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 23 | RUCHED V-NECK TEE<br>HS. CODE      61103000<br>STYLE NO.:   WP9BO78407JR | 146 | 3.24 | 473.04 | ÁO T-SHIRT NỮ TAY NGẮN |
| 23 | TOTAL | 146 | | 473.04 | |

SAY: US DOLLARS FOUR HUNDRED AND SEVENTY THREE AND CENTS FOUR.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

49

## COMMERCIAL INVOICE

NO. : 0002780/TCG
Dated: 15-Sep-2018

| Contract No: | S18204/ASEA    S18367/ASEA |
|---|---|
| Date of delivery: | 20-Sep-2018 |
| Means of transport: | NYK APHRODITE 093E |
| Transport receipt: | 779604352T |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| 184 | MENS SIMPLY LS SOLID DOUBLE KNIT CREW DOUBLE FACE<br>HS. CODE      61102000<br>STYLE NO.:    MF8SS12997MM | 1,200 | 4.58 | 5,496.00 |
| 1,185 | MENS OLD LS SOLID THERMAL HENLEY<br>HS. CODE      61051000<br>STYLE NO.:    MF8OL12128MZ | 8,486 | 4.57 | 38,781.02 |
| 1,037 | MENS OLD LS SOLID THERMAL CREW<br>HS. CODE      61102000<br>STYLE NO.:    MF8OL12127MZ | 7,471 | 4.49 | 33,544.79 |
| 2,406 | TOTAL | 17,157 | | 77,821.81 |

SAY: US DOLLARS SEVENTY SEVEN THOUSAND EIGHT HUNDRED AND TWENTY ONE AND CENTS EIGHTY ONE.

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002827/TCG
Dated: 20-Sep-2018
KD

| Contract No: | S18476/ASEA   S18492/ASEA |
|---|---|
| Date of delivery: | 06-Oct-2018 |
| Means of transport: | NYK ARTEMIS 101E |
| Transport receipt: | 7796042507 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | Mira Loma, CA |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| 159 | LACE FRONT TEE<br>HS. CODE    61102000<br>STYLE NO.:    WP9LS78328MI | 1,176 | 3.61 | 4,245.36 |
| 145 | GRAPHIC RINGER TEE<br>HS. CODE    61099000<br>STYLE NO.:    WP9JO78080JR | 931 | 2.56 | 2,383.36 |
| **304** | **TOTAL** | **2,107** | | **6,628.72** |

SAY: US DOLLARS SIX THOUSAND SIX HUNDRED AND TWENTY EIGHT AND CENTS SEVENTY TWO.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002829/TCG
Dated: 20-Sep-2018

KD

| Contract No: | S18476/ASEA    S18492/ASEA |
|---|---|
| Date of delivery: | 28-Sep-2018 |
| Means of transport: | ESSEN EXPRESS 026E |
| Transport receipt: | 7796042650 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 130 | LACE FRONT TEE<br>HS. CODE    61102000<br>STYLE NO.:    WP9LS78328MI | 961 | 3.61 | 3,469.21 |
| 118 | GRAPHIC RINGER TEE<br>HS. CODE    61099000<br>STYLE NO.:    WP9JO78080JR | 757 | 2.56 | 1,937.92 |
| 248 | TOTAL | 1,718 | | 5,407.13 |

SAY: US DOLLARS FIVE THOUSAND FOUR HUNDRED AND SEVEN AND CENTS THIRTEEN.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002903/TCG
Dated: 29-Sep-2018

52

| Contract No: | S18367/ASEA | S18507/ASEA | S18518/ASEA |
|---|---|---|---|
| Date of delivery: | 02-Oct-2018 | | S18476/ASEA |
| Means of transport: | ST ISLAND 016B | | |
| Transport receipt: | 7796144301, 7796144290 | | |
| Port of loading: | HO CHI MINH, VIETNAM | | |
| Port of discharge: | MIRA LOMA, CA | | |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 202 | MENS OLD LS SOLID THERMAL HENLEY<br>HS. CODE 61051000<br>STYLE NO.: MF8OL12128MZ | 1,398 | 4.57 | 6,388.86 |
| 55 | MENS OLD LS SOLID THERMAL HENLEY BM<br>HS. CODE 61051000<br>STYLE NO.: MF8OL12128BM | 246 | 5.40 | 1,328.40 |
| 330 | ACTIVE YOGA CAPRI<br>HS. CODE 61046200<br>STYLE NO.: WS9ES53934MI | 3,300 | 4.30 | 14,190.00 |
| 220 | LADY -SHELF BRA DRESS<br>HS. CODE 61044200<br>STYLE NO.: WP9LS12169MI | 1,650 | 5.77 | 9,520.50 |
| 756 | ACTIVE GRAPHIC ATTITUDE TANK<br>HS. CODE 61102000<br>STYLE NO.: WS9ES78900MI | 4,994 | 2.75 | 13,733.50 |
| 268 | LADY -SHELF BRA TANK<br>HS. CODE 61102000<br>STYLE NO.: WC9LS78283MI | 1,928 | 3.04 | 5,861.12 |
| 605 | LACE FRONT TEE<br>HS. CODE 61102000<br>STYLE NO.: WP9LS78328MI | 4,502 | 3.61 | 16,252.22 |
| 244 | LADY -SHELF BRA TANK<br>HS. CODE 61102000<br>STYLE NO.: WP9LS78283MI | 1,952 | 3.31 | 6,461.12 |
| 332 | ACTIVE FOLD-OVER WAIST YOGA PANT<br>HS. CODE 61046200<br>STYLE NO.: WS9ES53935MI | 3,320 | 4.50 | 14,940.00 |
| 896 | ACTIVE AT GRAPHIC LEGGING STARS<br>HS. CODE 61046200<br>STYLE NO.: WS9ES53900MI | 8,960 | 4.18 | 37,452.80 |
| 3,908 | TOTAL | 32,250 | | 126,128.52 |

SAY: US DOLLARS ONE HUNDRED TWENTY SIX THOUSAND ONE HUNDRED AND TWENTY EIGHT AND CENTS FIFTY TWO.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

53

## COMMERCIAL INVOICE

NO.: 0002942/TCG
Dated: 04-Oct-2018
KD

| | |
|---|---|
| Contract No: | S18507/ASEA |
| Date of delivery: | 12-Oct-2018 |
| Means of transport: | HANGZHOU BAY BRIDGE 029E |
| Transport receipt: | 7796164409 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 517 | ACTIVE AT GRAPHIC ATTITUDE TEE TURN UP THE VOLUME<br>HS. CODE    61102000<br>STYLE NO.:    WS9ES78901MI | 3,433 | 2.76 | 9,475.08 |
| 517 | TOTAL | 3,433 | | 9,475.08 |

SAY: US DOLLARS NINE THOUSAND FOUR HUNDRED AND SEVENTY FIVE AND CENTS EIGHT.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002944/TCG
Dated: 04-Oct-2018
KD

| Contract No: | S18507/ASEA | S18476/ASEA |
|---|---|---|
| Date of delivery: | 11-Oct-2018 | |
| Means of transport: | NYK ARGUS 097E | |
| Transport receipt: | 7796164354 | |
| Port of loading: | HO CHI MINH, VIETNAM | |
| Port of discharge: | MIRA LOMA, CA | |

For account and risks of Messrs:
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 637 | ACTIVE AT GRAPHIC ATTITUDE TEE TURN UP THE VOLUME<br>HS. CODE    61102000<br>STYLE NO.:    WS9ES78901MI | 4,227 | 2.76 | 11,666.52 |
| 2 | LACE FRONT TEE<br>HS. CODE    61102000<br>STYLE NO.:    WP9LS78328MI | 15 | 3.61 | 54.15 |
| **639** | **TOTAL** | **4,242** | | **11,720.67** |

SAY: US DOLLARS THIRTEEN THOUSAND SEVEN HUNDRED AND THIRTY EIGHT AND CENTS SIXTY SIX

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002955/TCG
Dated: 06-Oct-2018

| Contract No: | S18367/ASEA | S18507/ASEA | S18518/ASEA |
|---|---|---|---|
| Date of delivery: | 08-Oct-2018 | | |
| Means of transport: | AL RIFFA 004E | | |
| Transport receipt: | 7796167115, 7796167104 | | |
| Port of loading: | HO CHI MINH, VIETNAM | | |
| Port of discharge: | CHAMBERSBURG, PA | | |

For account and risks of Messrs :
**SEARS ROEBUCK AND CO**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 45 | MENS OLD LS SOLID THERMAL HENLEY BM<br>HS. CODE    61051000<br>STYLE NO.:    MF8OL12128BM | 200 | 5.40 | 1,080.00 |
| 736 | ACTIVE AT GRAPHIC LEGGING STARS<br>HS. CODE    61046200<br>STYLE NO.:    WS9ES53900MI | 7,360 | 4.18 | 30,764.80 |
| 179 | LADY -SHELF BRA DRESS<br>HS. CODE    61044200<br>STYLE NO.:    WP9LS12169MI | 1,343 | 5.77 | 7,749.11 |
| 220 | LADY -SHELF BRA TANK<br>HS. CODE    61102000<br>STYLE NO.:    WC9LS78283MI | 1,583 | 3.04 | 4,812.32 |
| 196 | LADY -SHELF BRA TANK<br>HS. CODE    61102000<br>STYLE NO.:    WP9LS78283MI | 1,568 | 3.31 | 5,190.08 |
| 413 | LACE FRONT TEE<br>HS. CODE    61102000<br>STYLE NO.:    WP9LS78328MI | 3,098 | 3.61 | 11,183.78 |
| 270 | ACTIVE YOGA CAPRI<br>HS. CODE    61046200<br>STYLE NO.:    WS9ES53934MI | 2,700 | 4.30 | 11,610.00 |
| 270 | ACTIVE FOLD-OVER WAIST YOGA PANT<br>HS. CODE    61046200<br>STYLE NO.:    WS9ES53935MI | 2,700 | 4.50 | 12,150.00 |
| 616 | ACTIVE GRAPHIC ATTITUDE TANK<br>HS. CODE    61102000<br>STYLE NO.:    WS9ES78900MI | 4,070 | 2.75 | 11,192.50 |
| **2,945** | **TOTAL** | **24,622** | | **95,732.59** |

SAY: US DOLLARS NINETY FIVE THOUSAND SEVEN HUNDRED AND THIRTY TWO AND CENTS FIFTY NINE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH