**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. (18-23576) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23579) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | |
| ☒ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | |

Modified Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: THANH CONG TEXT GMT INVEST TRAD JSC

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
THANH CONG TEXT GMT INVEST TRAD JSC
36 TAY THANH STR., TAN PHU DIST., HO CHI MINH, VIETNAM, ZIP 700000

Contact phone +84-901229393
Contact email leewh@thanhcong.com.vn

Where should payments to the creditor be sent? (if different)
THANH CONG TEXT GMT INVEST TRAD JSC
36 TAY THANH STR., TAN PHU DIST., HO CHI MINH, VIETNAM, ZIP 700000

Contact phone +84-914177000
Contact email haonm@thanhcong.com.vn

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) _____
Filed on 10/19/2018 (MM / DD / YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

**Claim Number: 1890**              **Proof of Claim**              page 1

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __1__ __3__ __6__

7. **How much is the claim?** $ 1607665.54 . **Does this amount include interest or other charges?**
   ☒ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   ## GOODS SOLD AND PAYMENT DELAYED

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $ _____

   **Amount of the claim that is secured:** $ _____

   **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $ _____

   **Annual Interest Rate** (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $527952.57 |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *LEE EUN HONG*
LEE EUN HONG (Oct 24, 2018)

**Email:** sahuynh@thanhcong.com.vn

Signature

**Print the name of the person who is completing and signing this claim:**

**Name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | LEE EUN HONG | | |
| | First name | Middle name | Last name |
| Title | GENERAL DIRECTOR | | |
| Company | THANH CONG TEXTILE GARMENT INVESTEMENT TRADING JSC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 36 TAY THANH STR., TAN PHU DIST., | | |
| | Number    Street | | |
| | HO CHI MINH | VN | 700000 |
| | City | State | ZIP Code |
| Contact phone | +84-909536995 | Email | tim@thanhcong.com.vn |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.**
   (attach below)

☐ I do **not** have supporting documentation.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                                12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at
http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**



# Electronic Proof of Claim

Adobe Sign Document History                    10/23/2018

| | |
|---|---|
| Created: | 10/23/2018 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAijEpUuX5uI54WnWcYi1NsWuKATBX8-TD |

## "Electronic Proof of Claim" History

- Widget created by Sears Claims (searsclaims@primeclerk.com)
  10/23/2018 - 10:55:35 PM EDT

- Widget filled in by LEE EUN HONG (sahuynh@thanhcong.com.vn)
  10/23/2018 - 11:05:53 PM EDT- IP address: 113.161.76.211

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:62.0) Gecko/20100101 Firefox/62.0)
  10/23/2018 - 11:05:57 PM EDT- IP address: 113.161.76.211

- Signed document emailed to Sears Claims (searsclaims@primeclerk.com) and LEE EUN HONG (sahuynh@thanhcong.com.vn)
  10/23/2018 - 11:05:57 PM EDT

Prime Clerk  POWERED BY Adobe Sign

|   |   |   |   | 1,607,665.54 |   |   |
|---|---|---|---|---|---|---|
| No | INVOICE | INV_DATE | CUSTOMER | AMOUNT IN USD | FCR | PO No. |
| 1 | 0001948/TCG | 25/06/2018 | KMART - KMART CORPORATION | 5,421.60 | 7795374763 , | B2QRZ |
| 56 | 0001949/TCG | 25/06/2018 | KMART - KMART CORPORATION | 53,744.02 | 7795374796 | B2R0L, B2NQC, B2R31, B2NVM, B2NVN |
|   |   |   | KMART - KMART CORPORATION |   | 7795374752, | B2QAS, B2QRW, B2QSH |
|   |   |   | KMART - KMART CORPORATION |   | 7795374730, | B2RCY |
| 57 | 0001943/TCG | 03/07/2018 | KMART - KMART CORPORATION | 10,615.98 | 7795365545 | B2R0L, B2R31, B2NVM |
| 58 | 0002044/TCG | 04/07/2018 | KMART - KMART CORPORATION | 2,111.40 | 7795396587 | B2QVY |
| 59 | 0002048/TCG | 04/07/2018 | KMART - KMART CORPORATION | 1,790.10 | 7795397148 | B2QVY |
| 60 | 0002092/TCG | 09/07/2018 | KMART - KMART CORPORATION | 87,817.76 | 779543599T, 7795435956 | B2QSL, B2QRZ, B2QVB, B2QXD, B2QVF, B2R0S |
|   |   |   | KMART - KMART CORPORATION |   |   | B2Q4N, B2PXL, B2QSW |
| 61 | 0002093/TCG | 09/07/2018 | KMART - KMART CORPORATION | 88,378.80 | 7795435714, 7795435549 | B2QSL, B2QRZ, B2QVB, B2QXD, B2QVF, B2R0S |
|   |   |   | KMART - KMART CORPORATION |   |   | B2Q4N, B2PXL, B2QSW |
| 62 | 0002094/TCG | 09/07/2018 | KMART - KMART CORPORATION | 44,762.28 | 7795496720 | B2YF7, B2YFH, B2YCM |
| 63 | 0002098/TCG | 10/07/2018 | KMART - KMART CORPORATION | 26,086.62 | 7795461608 | B2YF7 |
|   |   |   | KMART - KMART CORPORATION |   | 7795461597 | B2YCM, B2YF7 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | 0002100/TCG | 10/07/2018 | KMART - KMART CORPORATION | 15,128.96 | 779543599T | B2R0S |
| 65 | 0002102/TCG | 10/07/2018 | KMART - KMART CORPORATION | 40,293.12 | 7795435714 | B2R0S |
| 66 | 0002111/TCG | 10/07/2018 | KMART - KMART CORPORATION | 50,072.10 | 7795477316 | B2YFH, B2YCM |
| 67 | 0002141/TCG | 16/07/2018 | KMART - KMART CORPORATION | 23,693.76 | 7795465755 | B2QSJ, B2QTQ, B2QSQ, B2QRX |
| 68 | 0002143/TCG | 16/07/2018 | KMART - KMART CORPORATION | 44,044.28 | 7795526816 | B2QRY, B2QSJ, B2QTQ, B2QTR, B2QSQ, B2QRX/B2PU1 |
| | | | KMART - KMART CORPORATION | | 7795526585, | |
| 69 | 0002144/TCG | 16/07/2018 | KMART - KMART CORPORATION | 13,087.20 | 7795613056 | B2PU1 |
| 70 | 0002316/TCG | 04/08/2018 | KMART - KMART CORPORATION | 190,195.86 | 7795690551 | B2QSL, B2QRZ, B2QVF, B2R0S |
| 71 | 0002335/TCG | 07/08/2018 | KMART - KMART CORPORATION | 45,304.81 | 7795720636 | B2YCH, B2YFM, B2YCK |
| 72 | 0002351/TCG | 08/08/2018 | KMART - KMART CORPORATION | 47,050.90 | 7795692014 | B2YCH, B2YFM, B2YCK |
| 73 | 0002352/TCG | 08/08/2018 | KMART - KMART CORPORATION | 516.17 | 5278076551 | B2YCL, B1VG1, B2YCJ, B2YFN |
| 74 | 0002372/TCG | 09/08/2018 | KMART - KMART CORPORATION | 149,624.09 | 7795777143 | B2QSL, B2QRZ, B2QVF, B2R0S |
| 75 | 0002406/TCG | 13/08/2018 | KMART - KMART CORPORATION | 27,510.34 | 7795784843 | B2YYJ, B2QRY, B2QSJ, B2QTR, B2QSQ, B2QRX, B2QTQ |
| 76 | 0002407/TCG | 13/08/2018 | KMART - KMART CORPORATION | 3,064.22 | 7795784854 | B2QSW |
| 77 | 0002408/TCG | 13/08/2018 | KMART - KMART CORPORATION | 533.36 | 7795784865 | B2QXD, B2QVB |

| # | Ref | Date | Customer | Amount | Invoice | Codes |
|---|---|---|---|---|---|---|
| 78 | 0002413/TCG | 13/08/2018 | KMART - KMART CORPORATION | 38,773.18 | 7795784722, 7795784711, 7795784700 | B2QSW |
| | | | KMART - KMART CORPORATION | | | B2QXD, B2QVB B2YYJ, B2QRY, B2QSJ, B2QTR, B2QSQ, B2QRX/ B2QTQ |
| 79 | 0002415/TCG | 13/08/2018 | KMART - KMART CORPORATION | 24,998.46 | 7795692036 | B1VF9, B2Y3R, B2Y2K, B2Y50 |
| | | | KMART - KMART CORPORATION | | 7795692058 | |
| 80 | 0002416/TCG | 13/08/2018 | KMART - KMART CORPORATION | 29,582.10 | 7795692080 | B2Y3R, B2Y2K, B2Y50 / B1VF9 |
| | | | KMART - KMART CORPORATION | | 7795692091, | |
| 81 | 0002448/TCG | 16/08/2018 | KMART - KMART CORPORATION | 8,785.70 | 7795784689 | B1VG2 |
| 82 | 0002447/TCG | 16/08/2018 | KMART - KMART CORPORATION | 13,603.60 | 7795784876 | B2RNX , B2RNY |
| 83 | 0002452/TCG | 16/08/2018 | KMART - KMART CORPORATION | 40,399.80 | 7795818327 | B2RNX, B1VG2 |
| 84 | 0002479/TCG | 18/08/2018 | KMART - KMART CORPORATION | 47,191.30 | 779581846T | B2RNX, B1VG2 , B2RNY |
| 85 | 0002494/TCG | 20/08/2018 | KMART - KMART CORPORATION | 281.28 | RCSHCM59636 | B1VFM, B2Y3L |
| 86 | 0002528/TCG | 23/08/2018 | KMART - KMART CORPORATION | 1,390.40 | 7795811331 | B2X88 |
| 87 | 0002529/TCG | 23/08/2018 | KMART - KMART CORPORATION | 1,760.00 | 7795811078 | B2X88 |
| 88 | 0002645/TCG | 05/09/2018 | KMART - KMART CORPORATION | 60,911.32 | 779587698T | B1V3Y , B1V4J , B2X0W, B2Y58, B2Y3M , B2X8V, B2Y3N/ B2Y50 |
| | | | KMART - KMART CORPORATION | 2,025.00 | 7795877023 | |
| | | | KMART - KMART CORPORATION | 30,533.71 | 7795877078 | B2X88/ B1VGQ, B1VGR , B1VGW , B1VGF |
| | | | KMART - KMART CORPORATION | 176.00 | 7795877045, | |

| # | Ref | Date | Customer | Amount | Invoice | Codes |
|---|---|---|---|---|---|---|
| 89 | 0002678/TCG | 06/09/2018 | KMART - KMART CORPORATION | 3,691.55 | 7795885559 | B2XB2, B2XB3 |
| 90 | 0002680/TCG | 06/09/2018 | KMART - KMART CORPORATION | 4,509.65 | 7795885504 | B2XB2, B2XB3 |
| 91 | 0002709/TCG | 07/09/2018 | KMART - KMART CORPORATION | 82,916.64 | 7795877210, 7795877232, 7795877265, 7795877287 | B1V3Y, B1V4J , B2X0W , B2Y58 , B2Y3M , B2X8V , B2Y3N/ B2Y50 |
| | | | KMART - KMART CORPORATION | | | B2X88/ B1VGQ , B1VGR , B1VGW , B1VGF |
| 92 | 0002759/TCG | 13/09/2018 | KMART - KMART CORPORATION | 10,978.70 | 7796028075 | B2XB2 |
| 93 | 0002760/TCG | 13/09/2018 | KMART - KMART CORPORATION | 11,175.65 | 7796029142 | B2XB2 |
| 94 | 0002826/TCG | 20/09/2018 | KMART - KMART CORPORATION | 17,333.48 | 7796042518 | B1V3Y , B2X0W , B2XCW , B2XCX , B2XDC |
| 95 | 0002828/TCG | 20/09/2018 | KMART - KMART CORPORATION | 18,636.00 | 7796042639 | B1V3Y , B2X0W , B2XCW , B2XCX , B2XDC |
| 96 | 0002904/TCG | 02/10/2018 | KMART - KMART CORPORATION | 90,155.65 | '7796144323 | B2XCW, B2XCX, B2WT0, B2XDM , B2NJQ , B2NJP , B2XB1 , B2XDC , B2NJR |
| | 0003015/TCG | 17/10/2018 | KMART - KMART CORPORATION | (10,983.00) | | |
| 97 | 0002943/TCG | 04/10/2018 | KMART - KMART CORPORATION | 7,319.52 | 7796164420 | B2XDN |
| 98 | 0002945/TCG | 04/10/2018 | KMART - KMART CORPORATION | 7,054.56 | 7796164343 | B2XDN |
| 99 | 0002956/TCG | 06/10/2018 | KMART - KMART CORPORATION | 93,617.56 | 7796167126 | B2XCW , B2XCX , B2WT0 , B2XDM , B2NJQ , B2NJP , B2XB1 , B2XDC , |

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

56

# COMMERCIAL INVOICE

NO.: 0001949/TCG
Dated: 25-Jun-18
LH: KD-C4

| Contract No: | S18393/AKMA, S18189/AKMA, S18395/AKMA, S18231/AKMA |
|---|---|
| Date of delivery: | **30-Jun-18** |
| Means of transport: | NYK WREN 002E |
| Transport receipt: | 7795374730, 7795374752, 7795374796 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | PCD, CHAMBERSBURG, PA, U.S.A |

For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY (PCS) | UNIT PRICE (USD/PCS) | AMOUNT (USD) |
|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | |
| 49 | STYLE NO.BF8EK71408BB<br>HS.CODE: 61103000 ( áo t-shirt trẻ em tay dài ) | 294 | 2.83 | 832.02 |
| 703 | STYLE NO.WF8JB78116PL<br>HS.CODE: 61102000 ( ÁO THUN TAY DÀI ) | 4,416 | 3.07 | 13,557.12 |
| 1838 | STYLE NO.WF8JB78116JR<br>HS.CODE: 61102000 ( ÁO THUN TAY DÀI ) | 13,560 | 2.57 | 34,849.20 |
| 47 | STYLE NO.WF8BE78706MI<br>HS.CODE: 61102000 ( ÁO THUN TAY DÀI ) | 318 | 4.18 | 1,329.24 |
| 69 | STYLE NO.WF8BE12701MI<br>HS.CODE: 61102000 ( ÁO THUN TAY DÀI ) | 482 | 6.18 | 2,978.76 |
| 2 | STYLE NO.MF8AL17006YM<br>HS.CODE: 61102000 ( ÁO THUN TAY DÀI ) | 14 | 4.27 | 59.78 |
| 2 | STYLE NO.MF8AL17009YM<br>HS.CODE: 61102000 ( ÁO THUN TAY DÀI ) | 14 | 3.95 | 55.30 |
| 2 | STYLE NO.MF8AL17007YM<br>HS.CODE: 61102000 ( ÁO THUN TAY DÀI ) | 14 | 5.90 | 82.60 |
| **2,712** | **GRAND TOTAL** | **19,112 PCS** | | **53,744.02** |

TOTAL AMOUNT:
US Dollars Fifty three thousand seven hundred forty four and cents two.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

*(signature and red company seal: CÔNG TY CỔ PHẦN DỆT MAY - ĐẦU TƯ THƯƠNG MẠI THÀNH CÔNG - M.S.D.N: 0301446221 - C.T.C.P - Q.TÂN PHÚ - T.P HỒ CHÍ MINH)*

**NGUYỄN THÁI BÌNH**



**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0001943/TCG
Dated: 25-Jun-18
LH: KD

Contract No: S18393/AKMA, S18231/AKMA
Date of delivery: 05-Jul-2018
Means of transport: NYK APHRODITE 092E
Transport receipt: 7795365545
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CCD, MIRA LOMA, CA, USA

For account and risks of Messrs :
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | |
| 258 | STYLE NO.WF8JB78116JR<br>Hs.cdoe: 61102000 (áo Thun tay dài) | 2,580 | 2.57 | 6,630.60 |
| 44 | STYLE NO.WF8BE78706MI<br>Hs.cdoe: 61102000(áo t-shirt nữ tay dài) | 297 | 4.18 | 1,241.46 |
| 65 | STYLE NO.WF8BE12701MI<br>Hs.cdoe: 61044200 (ĐẦM NỮ TAY DÀI) | 444 | 6.18 | 2,743.92 |
| **367** | **GRAND TOTAL** | **3,321** PCS | | **10,615.98** |

TOTAL AMOUNT: US DOLLARS TEN THOUSAND SIX HUNDRED AND FIFTEEN AND CENTS NINETY EIGHT.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

18-23538-shl    Doc 5485-7    Filed 10/23/19    Entered 10/23/19 14:03:11    Exhibit B1
Pg 14 of 20

58

# COMMERCIAL INVOICE

NO.: 0002044/TCG
Dated: 04-Jul-18
LH: KD-C2

Contract No: S18355/AKMA
Date of delivery: 05-Jul-2018
Means of transport: NYK APHRODITE 092E
Transport receipt: 7795396587
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CCD, MIRA LOMA, CA, U.S.A

For account and risks of Messrs:
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | |
| 92 | STYLE NO. WF8EK53418PL<br>HS.CODE: 61046200 ( QUẦN DÀI NỮ ) | 460 | 4.59 | 2,111.40 |
| 92 | GRAND TOTAL | 460 PCS | | 2,111.40 |

TOTAL AMOUNT: US Dollars Two thousand one hundred and eleven and cents forty.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

59

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002048/TCG
Dated: 04-Jul-18
LH: KD-C4

Contract No: S18355/AKMA
Date of delivery: 08-Jul-2018
Means of transport: MILANO BRIDGE 003E
Transport receipt: 7795397148
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: PCD, CHAMBERSBURG, PA, U.S.A

For account and risks of Messrs:
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | |
| 78 | STYLE NO. WF8EK53418PL<br>HS.CODE: 61046200 ( QUẦN DÀI NỮ ) | 390 | 4.59 | 1,790.10 |
| 78 | GRAND TOTAL | 390 PCS | | 1,790.10 |

TOTAL AMOUNT: US Dollars One thousand seven hundred ninety and cents ten.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002092/TCG
Dated: 09-Jul-18

| Contract No: | S18355/AKMA, S18423/AKMA, S18203/AKMA |
|---|---|
| Date of delivery: | 12-Jul-2018 |
| Means of transport: | NYK THEMIS 053E |
| Transport receipt: | 779543599T, 7795435956 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CCD, MIRA LOMA, CA, U.S.A |

For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY (PCS) | UNIT PRICE (USD/PCS) | AMOUNT (USD) |
|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | |
| 18 | ACTIVE FOLD-OVER WAIST YOGA PANT<br>STYLE NO.: WF8EK53403MI    HS.CODE: 61046200 | 110 | 4.20 | 462.00 |
| 332 | ACTIVE YOGA CAPRI<br>STYLE NO.: WF8EK53404MI    HS.CODE: 61046200 | 2,098 | 4.03 | 8,454.94 |
| 138 | ACTIVE GRAPHIC COTTON SPANDEX SPORT BRA<br>STYLE NO.: WF8EK78407MI    HS.CODE: 62121019 | 878 | 3.49 | 3,064.22 |
| 187 | MENS NWT BM LS SOLID THERMAL HENLEY<br>STYLE NO.: MF8NW12543BM    HS.CODE: 61051000 | 1,208 | 5.40 | 6,523.20 |
| 1,223 | MEN ODL LS THERMALS HENLEY<br>STYLE NO.: MF8NW12543MZ    HS.CODE: 61051000 | 9,990 | 4.57 | 45,654.30 |
| 23 | MENS BE EGP LS SOLID DOUBLE KNIT HENLEY DOUBLE FACE<br>STYLE NO.: MF8BE12596MZ    HS.CODE: 61051000 | 184 | 5.09 | 936.56 |
| 80 | MENS NWT BM LS SOLID THERMAL CREW<br>STYLE NO.: MF8NW12544BM    HS.CODE: 61102000 | 534 | 5.17 | 2,760.78 |
| 49 | MENS BE EGP SOLID DOUBLE KNIT CREW DOUBLE FACE<br>STYLE NO.: MF8BE12997MZ    HS.CODE: 61102000 | 392 | 4.58 | 1,795.36 |
| 498 | MENS NWT LS SOLID THERMAL CREW<br>STYLE NO.: MF8NW12544MZ    HS.CODE: 61102000 | 4,055 | 4.48 | 18,166.40 |
| **2,548** | **GRAND TOTAL** | **19,449** | **PCS** | **87,817.76** |

TOTAL AMOUNT: US DOLLARS EIGHTY SEVEN THOUSAND EIGHT HUNDRED AND SEVENTEEN AND CENTS SEVENTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002093-2104/TCG
Dated: 09-Jul-18

Contract No: S18355/AKMA, S18423/AKMA, S18203/AKMA
Date of delivery: 15-Jul-2018
Means of transport: ESSEN EXPRESS 025E
Transport receipt: 7795435714, 7795435549
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CHAMBERSBURG, PA

For account and risks of Messrs:
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| 22 | ACTIVE FOLD-OVER WAIST YOGA PANT<br>HS.CODE 61046200  95% COTTON 5% SPANDEX<br>STYLE NO: WF8EK53403MI | 136 | 4.20 | 571.20 |
| 348 | ACTIVE YOGA CAPRI<br>HS.CODE 61046200  95% COTTON 5% SPANDEX<br>STYLE NO: WF8EK53404MI | 2,200 | 4.03 | 8,866.00 |
| 144 | ACTIVE GRAPHIC COTTON SPANDEX SPORT BRA<br>HS.CODE 62121019  95% COTTON 5% SPANDEX<br>STYLE NO: WF8EK78407MI | 916 | 3.49 | 3,196.84 |
| 241 | MENS NWT BM LS SOLID THERMAL HENLEY<br>HS.CODE 61051000  60% COTTON 40% POLYESTER<br>STYLE NO: MF8NW12543BM | 1,558 | 5.40 | 8,413.20 |
| 1557 | MEN ODL LS THERMALS HENLEY<br>HS.CODE 61051000  60% COTTON 40% POLYESTER<br>STYLE NO: MF8NW12543MZ | 12,724 | 4.57 | 58,148.68 |
| 31 | MENS BE EGP LS SOLID DOUBLE KNIT HENLEY DOUBLE FACE<br>HS.CODE 61051000  89% COTTON 11% POLYESTER<br>STYLE NO: MF8BE12596MZ | 248 | 5.09 | 1,262.32 |
| 102 | MENS NWT BM LS SOLID THERMAL CREW<br>HS.CODE 61102000  60% COTTON 40% POLYESTER<br>STYLE NO: MF8NW12544BM | 680 | 5.17 | 3,515.60 |
| 63 | MENS BE EGP SOLID DOUBLE KNIT CREW DOUBLE FACE<br>HS.CODE 61102000  89% COTTON 11% POLYESTER<br>STYLE NO: MF8BE12997MZ | 504 | 4.58 | 2,308.32 |
| 52 | MENS NWT LS SOLID THERMAL CREW<br>HS.CODE 61102000  60% COTTON 40% POLYESTER<br>STYLE NO: MF8NW12544MZ | 468 | 4.48 | 2,096.64 |
| 2560 | GRAND TOTAL | 19,434 PCS | | 88,378.80 |

TOTAL AMOUNT: US DOLLARS EIGHTY EIGHT THOUSAND THREE HUNDRED AND SEVENTY EIGHT AND CENTS EIGHTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

62

## COMMERCIAL INVOICE

NO.: 0002094/TCG
Dated: 09-Jul-18

| Contract No: | S18393/AKMA |
|---|---|
| Date of delivery: | 12-Jul-2018 |
| Means of transport: | NYK THEMIS 053E |
| Transport receipt: | 7795496720 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CCD, MIRA LOMA, CA, U.S.A |

For account and risks of Messrs:
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | |
| 894 | KIDS DAZZLE CROPPED GRAPHIC FRENCH TERRY HOODIE<br>HS.CODE    61102000    60% COTTON 40% POLYESTER<br>STYLE NO.:    GF8EK31007BG | 5,364 | 4.57 | 24,513.48 | Áo thun trẻ em dài tay |
| 134 | KIDS HYPERSONIC GRAPHIC PERFORMANCE TANK<br>HS.CODE    61102000    60% COTTON 40% POLYESTER<br>STYLE NO.:    GF8EK31002BG | 804 | 2.40 | 1,929.60 | Áo thun trẻ em không tay |
| 898 | GRACE COLOR BLOCK BALLET LEGGING<br>HS.CODE    61046200    57% COTTON 38% POLYESTER 5%SPANDEX<br>STYLE NO.:    GF8EK32010BG | 5,388 | 3.40 | 18,319.20 | Quần dài nữ |
| 1,926 | GRAND TOTAL | 11,556 PCS | | 44,762.28 | |

TOTAL AMOUNT: US DOLLARS FORTY FOUR THOUSAND SEVEN HUNDRED AND SIXTY TWO AND CENTS TWENTY EIGHT.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

63

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002098/TCG
Dated: 10-Jul-18
LH: KD-SXXK

| | |
|---|---|
| Contract No: | S18393/ASEA |
| Date of delivery: | 16-Jul-2018 |
| Means of transport: | DALIAN EXPRESS 103E |
| Transport receipt: | |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS<br>STYLE | QUANTITY<br>PCS | UNIT PRICE<br>USD/ PCS | AMOUNT<br>USD |
|---|---|---|---|---|
| | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | |
| 587 | KIDS HYPERSONIC GRAPHIC PERFORMANCE TANK<br>STYLE:   GF8EK31002BG | 3,522 | 2.40 | 8,452.80 |
| 587 | **GRAND TOTAL** | 3,522 | PCS | 8,452.80 |

TOTAL AMOUNT:   US DOLLARS EIGHT THOUSAND FOUR HUNDRED AND FIFTY TWO AND CENTS EIGHTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002100/TCG
Dated: 10-Jul-18

Contract No: S18423/AKMA
Date of delivery: 12-Jul-2018
Means of transport: NYK THEMIS 053E
Transport receipt: 779543599T
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CCD, MIRA LOMA, CA, U.S.A

For account and risks of Messrs:
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 435 | MENS NWT LS SOLID THERMAL CREW STYLE NO.: MF8NW12544MZ   HS.CODE: 61102000 | 3,377 | 4.48 | 15,128.96 | S18423/AKMA   Áo thun nam dài tay |
| 435 | GRAND TOTAL | 3,377 | PCS | 15,128.96 | |

TOTAL AMOUNT: US DOLLARS FIFTEEN THOUSAND ONE HUNDRED AND TWENTY EIGHT AND CENTS NINETY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH