**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

65

# COMMERCIAL INVOICE

NO.: 0002102/TCG
Dated: 10-Jul-18

| Contract No: | S18423/AKMA | For account and risks of Messrs: |
|---|---|---|
| Date of delivery: | 15-Jul-2018 | KMART CORPORATION |
| Means of transport: | ESSEN EXPRESS 025E | 3333 BEVERLY RD |
| Transport receipt: | 7795435714 | HOFFMAN ESTATES, IL 60179 |
| Port of loading: | HO CHI MINH, VIETNAM | U.S.A |
| Port of discharge: | CHAMBERSBURG, PA | |

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | |
| 1136 | MENS NWT LS SOLID THERMAL CREW<br>HS.CODE   61102000   60% COTTON 40% POLYESTER<br>STYLE NO:   MF8NW12544MZ | 8,994 | 4.48 | 40,293.12 |
| 1136 | GRAND TOTAL | 8,994 | PCS | 40,293.12 |

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36TAY THANH STREET, TAN PHU DISTRICT HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002111/TCG
Dated: 10-Jul-18

Contract No: S18393/AKMA
Date of delivery: 15-Jul-2018
Means of transport: ESSEN EXPRESS 025E
Transport receipt: 7795477316
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CHAMBERSBURG, PA

For account and risks of Messrs:
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS / STYLE | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | | | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | |
| 975 | KIDS DAZZLE CROPPED GRAPHIC PRENCH TERRY HOODIE<br>STYLE NO.:   GF8EK31007BG<br>HS. CODE    61102000    60% COTTON 40% POLYESTER | 5,850 | 4.57 | 26,734.50 | Áo thun trẻ em dài tay |
| 1,144 | GRACE COLOR BLOCK BALLET LEGGING<br>STYLE NO.:   GF8EK32010BG<br>HS. CODE    61046200    57% COTTON 38% POLYESTER 5%SPANDEX | 6,864 | 3.40 | 23,337.60 | Quần dài nữ |
| 2,119 | GRAND TOTAL | 12,714 | PCS | 50,072.10 | |

TOTAL AMOUNT: US DOLLARS FIFTY THOUSAND AND SEVENTY TWO AND CENTS TEN.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002141/TCG
Dated: 16-Jul-2018

Contract No: S18395/AKMA
Date of delivery: 26-Jul-2018
Means of transport: NYK ARGUS 096E
Transport receipt: 7795465755
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: MIRA LOMA, CA

For account and risks of Messrs:
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| 236 | MEN ALM LS MARL CREW<br>HS. CODE    61103000    44% COTTON 56% POLYESTER<br>STYLE NO.: MF8AL17009YM | 1,502 | 3.95 | 5,932.90 | áo nam tay dài |
| 55 | MEN ALM LS STRIPE HENLEY<br>HS. CODE    61052020    44% COTTON 56% POLYESTER<br>STYLE NO.: MF8AL17007YM | 550 | 5.90 | 3,245.00 | áo nam tay dài |
| 198 | MEN ALM LS STRIPE HENLEY<br>HS. CODE    61052020    44% COTTON 56% POLYESTER<br>STYLE NO.: MF8AL17007YM | 1,188 | 5.90 | 7,009.20 | áo nam tay dài |
| 284 | MEN ALM LS COLORBLOCK CREW<br>HS. CODE    61103000    44% COTTON 56% POLYESTER<br>STYLE NO.: MF8AL17006YM | 1,758 | 4.27 | 7,506.66 | áo nam tay dài |
| 773 | TOTAL | 4,998 | | 23,693.76 | |

SAY: US DOLLARS TWENTY THREE THOUSAND SIX HUNDRED AND NINETY THREE AND CENTS SEVENTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH



**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002143/TCG
Dated: 16-Jul-2018

| Contract No: | S18395/AKMA, S18355/AKMA |
|---|---|
| Date of delivery: | 20-Jul-2018 |
| Means of transport: | AL RIFFA 003E |
| Transport receipt: | 7795526585, 7795526816 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 306 | MEN ALM LS MARL CREW<br>HS. CODE  61103000    44% COTTON 56% POLYESTER<br>STYLE NO.: MF8AL17009YM | 1,966 | 3.95 | 7,765.70 | áo nam tay dài |
| 319 | MEN ALM LS STRIPE HENLEY<br>HS. CODE  61052020    44% COTTON 56% POLYESTER<br>STYLE NO.: MF8AL17007YM | 2,182 | 5.90 | 12,873.80 | áo nam tay dài |
| 365 | MEN ALM LS COLORBLOCK CREW<br>HS. CODE  61103000    44% COTTON 56% POLYESTER<br>STYLE NO.: MF8AL17006YM | 2,278 | 4.27 | 9,727.06 | áo nam tay dài |
| 552 | ACTIVE EV GRAPHIC LEGGING<br>HS. CODE  61046200    95% COTTON 5% SPANDEX<br>STYLE NO.: WF8EK53418MI | 3,428 | 3.99 | 13,677.72 | Quần dài nữ |
| **1,542** | **TOTAL** | **9,854** | | **44,044.28** | |

SAY: US DOLLARS FORTY FOUR THOUSAND AND FORTY FOUR AND CENTS TWENTY EIGHT.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM



## COMMERCIAL INVOICE

NO. : 0002144/TCG
Dated: 16-Jul-2018

| Contract No: | S18355/AKMA |
|---|---|
| Date of delivery: | 26-Jul-2018 |
| Means of transport: | NYK ARGUS 096E |
| Transport receipt: | 7795613056 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
|  | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 528 | ACTIVE EV GRAPHIC LEGGING<br>HS. CODE    61046200    95% COTTON 5% SPANDEX<br>STYLE NO.:   WF8EK53418MI | 3,280 | 3.99 | 13,087.20  Quần dài nữ |
| 528 | TOTAL | 3,280 |  | 13,087.20 |

SAY: US DOLLARS THIRTEEN THOUSAND AND EIGHTY SEVEN AND CENTS TWENTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002316/TCG
Dated: 04-Aug-2018

| Contract No: | S18423/AKMA |
|---|---|
| Date of delivery: | 13-Aug-2018 |
| Means of transport: | MADRID BRIDGE 002E |
| Transport receipt: | 7795690551 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| 203 | MENS NWT BM LS SOLID THERMAL HENLEY<br>HS. CODE   61051000   60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12543BM | 1,276 | 5.40 | 6,890.40 |
| 1,938 | MENS ODL LS THERMALS HENLEY<br>HS. CODE   61051000   60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12543MZ | 15,582 | 4.57 | 71,209.74 |
| 892 | MENS ODL LS THERMALS HENLEY<br>HS. CODE   61051000   60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12543MZ | 7,722 | 4.57 | 35,289.54 |
| 76 | MENS NWT BM LS  SOLID THERMAL CREW<br>HS. CODE   61102000   60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12544BM | 482 | 5.17 | 2,491.94 |
| 1,163 | MENS NWT LS SOLID THERMAL CREW<br>HS. CODE   61102000   60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12544MZ | 9,585 | 4.48 | 42,940.80 |
| 889 | MENS NWT LS SOLID THERMAL CREW<br>HS. CODE   61102000   60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12544MZ | 7,003 | 4.48 | 31,373.44 |
| **5,161** | **TOTAL** | **41,650** | | **190,195.86** |

SAY: US DOLLARS ONE HUNDRED NINETY THOUSAND ONE HUNDRED AND NINETY FIVE AND CENTS EIGHTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002335/TCG
Dated: 07-Aug-2018

| | |
|---|---|
| Contract No: | S18449/ AKMA |
| Date of delivery: | 09-Aug-2018 |
| Means of transport: | NYK ATHENA 115E |
| Transport receipt: | 7795720636 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs:
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 732 | HOODED TUNIC TOP<br>HS. CODE    61103000<br>STYLE NO.: WH8JB78105JR | 0<br><br>6,256 | 4.63 | 28,965.28 | áo thun nữ  tay dài |
| 84 | HOODED TUNIC TOP<br>HS. CODE    61103000<br>STYLE NO.: WH8JB78105PL | 0<br><br>734 | 5.81 | 4,264.54 | áo thun nữ  tay dài |
| 288 | HACCI HOODIE W RAINBOW STRIPE<br>HS. CODE    61103000<br>STYLE NO.: WH8JB78111PL | 0<br><br>1,958 | 6.167 | 12,074.99 | áo thun nữ  tay dài |
| 1,104 | TOTAL | 8,948 | | 45,304.81 | |

SAY: US DOLLARS FORTY FIVE THOUSAND THREE HUNDRED AND FOUR AND CENTS EIGHTY ONE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002351/TCG
Dated: 08-Aug-2018

| Contract No: | S18449/ AKMA |
|---|---|
| Date of delivery: | 10-Aug-2018 |
| Means of transport: | MADRID BRIDGE 002E |
| Transport receipt: | 7795692014 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 761 | LADIES-HOODED TUNIC TOP<br>HS. CODE    61103000<br>STYLE NO.:   WH8JB78105JR | 6,500 | 4.63 | 30,095.00 | áo thun nữ  tay dài |
| 92 | LADIES-HOODED TUNIC TOP<br>HS. CODE    61103000<br>STYLE NO.:   WH8JB78105PL | 804 | 5.81 | 4,671.24 | áo thun nữ  tay dài |
| 290 | LADIES-HACCI HOODIE W RAINBOW STRIPE<br>HS. CODE    61103000<br>STYLE NO.:   WH8JB78111PL | 1,992 | 6.167 | 12,284.66 | áo thun nữ  tay dài |
| 1,143 | TOTAL | 9,296 | | 47,050.90 | |

SAY: US DOLLARS FORTY SEVEN THOUSAND AND FIFTY AND CENTS NINETY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002352/TCG
Dated: 08-Aug-2018

| Contract No: | S18449/ AKMA |
|---|---|
| Date of delivery: | 10-Aug-2018 |
| Means of transport: | OZ732 |
| Transport receipt: | 5278076551 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | ONTARIO, CA, US |

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 4 | LADIES-HACCI HOODIE W RAINBOW STRIPE<br>HS. CODE    61103000<br>STYLE NO.:  WH8JB78111JR | 0<br><br>24 | 4.90 | 117.60 | áo thun nữ tay dài |
| 4 | LADIES-HOODED TUNIC TOP<br>HS. CODE    61103000<br>STYLE NO.:  WH8JB78105JR | 0<br>24 | 4.63 | 111.12 | áo thun nữ tay dài |
| 4 | LADIES-HOODED TUNIC TOP<br>HS. CODE    61103000<br>STYLE NO.:  WH8JB78105PL | 0<br>24 | 5.810 | 139.44 | áo thun nữ tay dài |
| 4 | LADIES-HACCI HOODIE W RAINBOW STRIPE<br>HS. CODE    61103000<br>STYLE NO.:  WH8JB78111PL | 0<br>24 | 6.167 | 148.01 | áo thun nữ tay dài |
| 16 | TOTAL | 96 | | 516.17 | |

SAY: US DOLLARS FIVE HUNDRED AND SIXTEEN AND CENTS SEVENTEEN.

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

*[Company seal: M.S.D.N: 0301446221 - CÔNG TY CỔ PHẦN DỆT MAY - ĐẦU TƯ THƯƠNG MẠI THÀNH CÔNG - Q. TÂN PHÚ - T.P HỒ CHÍ MINH]*

*[Signature]*

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002372/TCG
Dated: 09-Aug-2018

| | |
|---|---|
| Contract No: | S18423/AKMA |
| Date of delivery: | 16-Aug-2018 |
| Means of transport: | SAN FRANCISCO BRIDGE 036E |
| Transport receipt: | 7795777143 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 161 | MENS NWT BM LS SOLID THERMAL HENLEY<br>HS. CODE    61051000    60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12543BM | 1,012 | 5.40 | 5,464.80 |
| 1,922 | MENS ODL LS THERMALS HENLEY<br>HS. CODE    61051000    60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12543MZ | 15,836 | 4.57 | 72,370.52 |
| 301 | MENS ODL LS THERMALS HENLEY<br>HS. CODE    61051000    60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12543MZ | 2,469 | 4.57 | 11,283.33 |
| 58 | MENS NWT BM LS  SOLID THERMAL CREW<br>HS. CODE    61102000    60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12544BM | 368 | 5.17 | 1,902.56 |
| 1,618 | MENS NWT LS SOLID THERMAL CREW<br>HS. CODE    61102000    60% COTTON 40% POLYESTER<br>STYLE NO.:  MF8NW12544MZ | 13,081 | 4.48 | 58,602.88 |
| 4,060 | TOTAL | 32,766 | | 149,624.09 |

SAY: US DOLLARS ONE HUNDRED FORTY NINE THOUSAND SIX HUNDRED AND TWENTY FOUR AND CENTS NINE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH