**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002406/TCG
Dated: 13-Aug-2018
'LH: KD

Contract No: S18395/AKMA
Date of delivery: 23-Aug-2018
Means of transport: NYK APOLLO 097E
Transport receipt: 7795784843
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: MIRA LOMA, CA

For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 86 | MEN ALM LS MARL CREW<br>HS. CODE 61103000 44% COTTON 56% POLYESTER<br>STYLE NO.: MF8AL17009YM | 630 | 3.95 | 2,488.50 | áo nam tay dài |
| 89 | MEN ALM LS STRIPE HENLEY<br>HS. CODE 61052020 44% COTTON 56% POLYESTER<br>STYLE NO.: MF8AL17007YM | 766 | 5.90 | 4,519.40 | áo nam tay dài |
| 128 | MEN ALM LS COLORBLOCK CREW<br>HS. CODE 61103000 44% COTTON 56% POLYESTER<br>STYLE NO.: MF8AL17006YM | 890 | 4.27 | 3,800.30 | áo nam tay dài |
| 798 | MEN CORE BASIC SPACEDYE CREW TEE<br>HS. CODE 61102000 60% COTTON 40% POLYESTER<br>STYLE NO.: MC8AL17020YM | 5,586 | 2.99 | 16,702.14 | ÁO T-SHIRT NAM TAY NGẮN |
| **1,101** | **TOTAL** | **7,872** | | **27,510.34** | |

SAY: US DOLLARS TWENTY SEVEN THOUSAND FIVE HUNDRED AND TEN AND CENTS THIRTY FOUR.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

*[Company seal: CÔNG TY CỔ PHẦN DỆT MAY - ĐẦU TƯ THƯƠNG MẠI THÀNH CÔNG, M.S.D.N: 0301446221-C.T.C.P, Q.TÂN PHÚ - T.P HỒ CHÍ MINH]*

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002407/TCG
Dated: 13-Aug-2018
'LH: SXXK

| | |
|---|---|
| Contract No: | S18355/AKMA |
| Date of delivery: | 23-Aug-2018 |
| Means of transport: | NYK APOLLO 097E |
| Transport receipt: | 7795784854 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 136 | ACTIVE GRAPHIC COTTON SPANDEX SPORT BRA<br>HS. CODE    62121019    95% COTTON 5% SPANDEX<br>STYLE NO.:   WF8EK78407MI | 878 | 3.49 | 3,064.22 | Áo Bra nữ |
| 136 | TOTAL | 878 | | 3,064.22 | |

SAY: US DOLLARS THREE THOUSAND AND SIXTY FOUR AND CENTS TWENTY TWO.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002408/TCG
Dated: 13-Aug-2018
'LH:  KD

| | | |
|---|---|---|
| Contract No: | S18203/AKMA | For account and risks of Messrs : |
| Date of delivery: | 23-Aug-2018 | KMART CORPORATION |
| Means of transport: | NYK APOLLO 097E | 3333 BEVERLY RD |
| Transport receipt: | 7795784865 | HOFFMAN ESTATES, IL 60179 |
| Port of loading: | HO CHI MINH, VIETNAM | U.S.A |
| Port of discharge: | MIRA LOMA, CA | |

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 5 | MENS BE EGP LS SOLID DOUBLE KNIT HENLEY DOUBLE FACE<br>HS. CODE    61051000        89% COTTON 11% POLYESTER<br>STYLE NO.:    MF8BE12596MZ | 40 | 5.09 | 203.60 | Áo nam tay dài |
| 9 | MENS BE EGP LS SOLID DOUBLE KNIT CREW DOUBLE FACE<br>HS. CODE    61102000        89% COTTON 11% POLYESTER<br>STYLE NO.:    MF8BE12997MZ | 72 | 4.58 | 329.76 | Áo thun nam dài tay |
| 14 | TOTAL | 112 | | 533.36 | |

SAY: US DOLLARS FIVE HUNDRED AND THIRTY THREE AND CENTS THIRTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002413/TCG
Dated: 13-Aug-2018
'LH:   KD

| Contract No: | S18395/AKMA | S18203/AKMA | S18355/AKMA |
|---|---|---|---|
| Date of delivery: | 17-Aug-2018 | | |
| Means of transport: | MONACO BRIDGE 003E | | |
| Transport receipt: | 7795784722, 7795784711, 7795784700 | | |
| Port of loading: | HO CHI MINH, VIETNAM | | |
| Port of discharge: | CHAMBERSBURG, PA | | |

For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A



TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| 105 | MEN ALM LS MARL CREW<br>HS. CODE    61103000    44% COTTON 56% POLYESTER<br>STYLE NO.:    MF8AL17009YM | 756 | 3.95 | 2,986.20 |
| 114 | MEN ALM LS STRIPE HENLEY<br>HS. CODE    61052020    44% COTTON 56% POLYESTER<br>STYLE NO.:    MF8AL17007YM | 984 | 5.90 | 5,805.60 |
| 164 | MEN ALM LS COLORBLOCK CREW<br>HS. CODE    61103000    44% COTTON 56% POLYESTER<br>STYLE NO.:    MF8AL17006YM | 1,145 | 4.27 | 4,889.15 |
| 1,015 | MEN CORE BASIC SPACEDYE CREW TEE<br>HS. CODE    61102000    60% COTTON 40% POLYESTER<br>STYLE NO.:    MC8AL17020YM | 7,105 | 2.99 | 21,243.95 |
| 7 | MENS BE EGP LS SOLID DOUBLE KNIT HENLEY DOUBLE FACE<br>HS. CODE    61051000    89% COTTON 11% POLYESTER<br>STYLE NO.:    MF8BE12596MZ | 56 | 5.09 | 285.04 |
| 10 | MENS BE EGP LS SOLID DOUBLE KNIT CREW DOUBLE FACE<br>HS. CODE    61102000    89% COTTON 11% POLYESTER<br>STYLE NO.:    MF8BE12997MZ | 80 | 4.58 | 366.40 |
| 142 | ACTIVE GRAPHIC COTTON SPANDEX SPORT BRA<br>HS. CODE    62121019    95% COTTON 5% SPANDEX<br>STYLE NO.:    WF8EK78407MI | 916 | 3.49 | 3,196.84 |
| **1,557** | **TOTAL** | **11,042** | | **38,773.18** |

SAY: US DOLLARS THIRTY EIGHT THOUSAND SEVEN HUNDRED AND SEVENTY THREE AND CENTS EIGHTEEN.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002415/TCG
Dated: 13-Aug-2018

| | | |
|---|---|---|
| Contract No: | S18456/ AKMA   S18449/ AKMA | |
| Date of delivery: | 16-Aug-2018 | |
| Means of transport: | SAN FRANCISCO BRIDGE 036E | |
| Transport receipt: | 7795692036, 7795692058 | |
| Port of loading: | HO CHI MINH, VIETNAM | |
| Port of discharge: | MIRA LOMA, CA | |

For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 347 | REBEL MESH LAYERED GRAPHIC SPORT BRA<br>HS. CODE     62121000<br>STYLE NO.:    GF8EK31012BG | 2,082 | 2.95 | 6,141.90 |
| 223 | REBEL COLOR BLOCK LEGGING<br>HS. CODE     61046300<br>STYLE NO.:    GF8EK32007BG | 1,338 | 3.24 | 4,335.12 |
| 494 | GRAPHIC BUTTERFLY SHORT SLEEVE TEE<br>HS. CODE     61102000<br>STYLE NO.:    GF8EK31004BG | 2,964 | 2.50 | 7,410.00 |
| 204 | LADIES-HOODED TUNIC TOP<br>HS. CODE     61103000<br>STYLE NO.:    WH8JB78105PL | 1,224 | 5.81 | 7,111.44 |
| **1,268** | **TOTAL** | **7,608** | | **24,998.46** |

SAY: US DOLLARS TWENTY FOUR THOUSAND NINE HUNDRED AND NINETY EIGHT AND CENTS FORTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

[signature and seal]

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002416/TCG
Dated: 13-Aug-2018
LH           KD

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| Contract No: | S18456/ AKMA   S18449/ AKMA |
|---|---|
| Date of delivery: | 19-Aug-2018 |
| Means of transport: | MONACO BRIDGE 003E |
| Transport receipt: | 7795692091, 7795692080 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| 411 | REBEL MESH LAYERED GRAPHIC SPORT BRA<br>HS. CODE     62121000<br>STYLE NO.:    GF8EK31012BG | 2,466 | 2.95 | 7,274.70 | áo ba lỗ |
| 282 | REBEL COLOR BLOCK LEGGING<br>HS. CODE     61046300<br>STYLE NO.:    GF8EK32007BG | 1,692 | 3.24 | 5,482.08 | quần dài nữ |
| 629 | GRAPHIC BUTTERFLY SHORT SLEEVE TEE<br>HS. CODE     61102000<br>STYLE NO.:    GF8EK31004BG | 3,774 | 2.50 | 9,435.00 | áo t-shirt trẻ em tay ngắ |
| 212 | LADIES-HOODED TUNIC TOP<br>HS. CODE     61103000<br>STYLE NO.:    WH8JB78105PL | 1,272 | 5.81 | 7,390.32 | áo thun nữ  tay dài |
| **1,534** | **TOTAL** | **9,204** | | **29,582.10** | |

SAY: US DOLLARS TWENTY NINE THOUSAND FIVE HUNDRED AND EIGHTY TWO AND CENTS TEN.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002448/TCG
Dated: 16-Aug-2018
KD

| Contract No: | S18449/ AKMA |
|---|---|
| Date of delivery: | 24-Aug-2018 |
| Means of transport: | ASKLIPIOS 002E |
| Transport receipt: | 7795784689 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 163 | LADIES-HACCI HOODIE W RAINBOW STRIPE<br>HS. CODE     61103000<br>STYLE NO.:     WH8JB78111JR | 0<br>1,793 | 4.90 | 8,785.70 | áo thun nữ  tay dài |
| 163 | TOTAL | 1,793 | | 8,785.70 | |

SAY: US DOLLARS EIGHT THOUSAND SEVEN HUNDRED AND EIGHTY FIVE AND CENTS SEVENTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002447/TCG
Dated: 16-Aug-2018
KD

| | |
|---|---|
| Contract No: | S18385/AKMA |
| Date of delivery: | 23-Aug-2018 |
| Means of transport: | NYK APOLLO 097E |
| Transport receipt: | 7795784876 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 68 | EVS FOLD OVER WAIST YOGA PANT<br>HS. CODE    61046200    95 COTTON / 5 5PANDEX JERSEY<br>STYLE NO.:    WP9EK53901MI | 680 | 4.50 | 3,060.00 | quần dài na |
| 328 | EVS PRINTED WB YOGA CAPRI<br>HS. CODE    61046200    95 COTTON / 5 5PANDEX JERSEY<br>STYLE NO.:    WP9EK53902MI | 2,452 | 4.30 | 10,543.60 | quần dài nai |
| **396** | **TOTAL** | **3,132** | | **13,603.60** | |

SAY: US DOLLARS THIRTEEN THOUSAND SIX HUNDRED AND THREE AND CENTS SIXTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002452/TCG
Dated: 16-Aug-2018
KD

| | |
|---|---|
| Contract No: | S18449/ AKMA   S18385/AKMA |
| Date of delivery: | 23-Aug-2018 |
| Means of transport: | NYK APOLLO 097E |
| Transport receipt: | 7795818327 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 720 | LADIES-HACCI HOODIE W RAINBOW STRIPE<br>HS. CODE    61103000<br>STYLE NO.:    WH8JB78111JR | 6,162 | 4.90 | 30,193.80 | áo thun nữ tay dài |
| 324 | EVS FOLD OVER WAIST YOGA PANT<br>HS. CODE    61046200<br>STYLE NO.:    WP9EK53901MI | 2,268 | 4.50 | 10,206.00 | quần dài nam |
| 1,044 | TOTAL | 8,430 | | 40,399.80 | |

SAY: US DOLLARS FORTY THOUSAND THREE HUNDRED AND NINETY NINE AND CENTS EIGHTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002479/TCG
Dated: 18-Aug-2018

KD

For account and risks of Messrs:
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

Contract No: S18449/ AKMA   S18385/AKMA
Date of delivery: 24-Aug-2018
Means of transport: ASKLIPIOS 002E
Transport receipt: 779581846T
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CHAMBERSBURG, PA

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 583 | LADIES-HACCI HOODIE W RAINBOW STRIPE<br>HS. CODE     61103000<br>STYLE NO.:     WH8JB78111JR | 4,585 | 4.90 | 22,466.50 | áo thun nữ tay dài |
| 406 | EVS FOLD OVER WAIST YOGA PANT<br>HS. CODE     61046200<br>STYLE NO.:     WP9EK53901MI | 3,052 | 4.50 | 13,734.00 | quần dài nam |
| 342 | EVS PRINTED WB YOGA CAPRI<br>HS. CODE     61046200<br>STYLE NO.:     WP9EK53902MI | 2,556 | 4.30 | 10,990.80 | quần dài nam |
| 1,331 | TOTAL | 10,193 | | 47,191.30 | |

SAY: US DOLLARS FORTY SEVEN THOUSAND ONE HUNDRED AND NINETY ONE AND CENTS THIRTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

18-23538-shl    Doc 5485-9    Filed 10/23/19    Entered 10/23/19 14:03:11    Exhibit B3
Pg 11 of 15

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002494/TCG
Dated: 20-Aug-2018
KD

| | |
|---|---|
| Contract No: | S18477/AKMA |
| Date of delivery: | 25-Aug-2018 |
| Means of transport: | CI5168 |
| Transport receipt: | RCSHCM59636 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | LOS ANGELES |

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 8 | CHRISTMAS BASEBALL TEE<br>HS. CODE     61102000<br>STYLE NO.:     WH8JB78550JR | 48 | 2.68 | 128.64 | áo thun nữ  tay dài |
| 8 | CHRISTMAS BASEBALL TEE<br>HS. CODE     61102000<br>STYLE NO.:     WH8JB78550PL | 48 | 3.18 | 152.64 | áo thun nữ  tay dài |
| 16 | TOTAL | 96 | | 281.28 | |

SAY: US DOLLARS TWO HUNDRED AND EIGHTY ONE AND CENTS TWENTY EIGHT.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

86

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO.: 0002528/TCG
Dated: 23-Aug-2018
KD

| | |
|---|---|
| Contract No: | S18480 /AKMA |
| Date of delivery: | 30-Aug-2018 |
| Means of transport: | NYK AQUARIUS 094E |
| Transport receipt: | 7795811331 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 79 | MENS ALM STRIPE TANK TOP<br>HS. CODE    61102000<br>STYLE NO.:    MH8AL17002YM | 395 | 3.52 | 1,390.40 | Áo thun nam |
| 79 | TOTAL | 395 | | 1,390.40 | |

SAY: US DOLLARS ONE THOUSAND THREE HUNDRED AND NINETY AND CENTS FORTY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

18-23538-shl    Doc 5485-9    Filed 10/23/19    Entered 10/23/19 14:03:11    Exhibit B3
Pg 13 of 15

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002529/TCG
Dated: 23-Aug-2018
KD

| Contract No: | S18480 /AKMA |
|---|---|
| Date of delivery: | 31-Aug-2018 |
| Means of transport: | ANTWERPEN EXPRESS 028E |
| Transport receipt: | 7795811078 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 100 | MENS ALM STRIPE TANK TOP<br>HS. CODE      61102000<br>STYLE NO.:     MH8AL17002YM | 500 | 3.52 | 1,760.00 | Áo thun nam |
| 100 | TOTAL | 500 | | 1,760.00 | |

SAY: US DOLLARS ONE THOUSAND SEVEN HUNDRED AND SIXTY ONLY.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO.: 0002645/TCG
Dated: 31-Aug-2018

KD
For account and risks of Messrs:
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

Contract No: S18493/AKMA   S18477/AKMA   S18456/AKMA
                                          S18480/AKMA
Date of delivery: 07-Sep-2018
Means of transport: ONE STORK 002E         S18459/AKMA
Transport receipt: 779587698T, 7795877023, 7795877045, 7795877078
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: CHAMBERSBURG, PA

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| 224 | GRAPHIC RINGER TEE<br>HS. CODE  61103000<br>STYLE NO.: WP9JB78080JR | 1,515 | 2.56 | 3,878.40 | ÁO T-SHIRT NỮ TAY |
| 172 | KNIT CARGO CAPRI<br>HS. CODE  61046200<br>STYLE NO.: WP9BE53250PL | 1,271 | 5.68 | 7,219.28 | quần dài nữ |
| 64 | GRAPHIC RINGER TEE<br>HS. CODE  61103000<br>STYLE NO.: WP9JB78080PL | 446 | 3.02 | 1,346.92 | ÁO T-SHIRT NỮ TAY |
| 624 | CHRISTMAS BASEBALL TEE<br>HS. CODE  61102000<br>STYLE NO.: WH8JB78550JR | 4,209 | 2.68 | 11,280.12 | áo thun nữ tay dài |
| 285 | CHRISTMAS BASEBALL TEE<br>HS. CODE  61102000<br>STYLE NO.: WH8JB78550PL | 1,771 | 3.18 | 5,631.78 | áo thun nữ tay dài |
| 399 | CHRISTMAS BASEBALL TEE<br>HS. CODE  61102000<br>STYLE NO.: WH8JB78550PL | 2,413 | 3.18 | 7,673.34 | áo thun nữ tay dài |
| 1,353 | CHRISTMAS BASEBALL TEE<br>HS. CODE  61102000<br>STYLE NO.: WH8JB78550JR | 8,911 | 2.68 | 23,881.48 | áo thun nữ tay dài |
| 135 | GRAPHIC BUTTERFLY SHORT SLEEVE TEE<br>HS. CODE  61102000<br>STYLE NO.: GF8EK31004BG | 810 | 2.50 | 2,025.00 | áo t-shirt trẻ em tay ngắ |
| 10 | MENS ALM STRIPE TANK TOP<br>HS. CODE  61102000<br>STYLE NO.: MH8AL17002YM | 50 | 3.52 | 176.00 | Áo thun nam |
| 382 | MENS ODL SOLID LS THERMAL CREW BM<br>HS. CODE  61102000<br>STYLE NO.: MF8OK12127MZ | 2,492 | 4.53 | 11,288.76 | áo t-shirt nam tay dài |
| 112 | MENS ODL LS SOLID THERMAL HENLEY BM<br>HS. CODE  61051000<br>STYLE NO.: MF8OK12128BM | 448 | 5.44 | 2,437.12 | Áo nam tay dài |
| 483 | MENS ODL LS SOLID THERMAL HENLEY<br>HS. CODE  61051000<br>STYLE NO.: MF8OK12128MZ | 3,303 | 4.61 | 15,226.83 | Áo nam tay dài |
| 75 | MENS ODL BM SOLID LS THERMAL CREW<br>HS. CODE  61102000<br>STYLE NO.: MF8OK12127BM | 300 | 5.27 | 1,581.00 | áo t-shirt nam tay dài |
| **4,318** | **TOTAL** | **27,939** | | **93,646.03** | |

SAY: US DOLLARS NINETY THREE THOUSAND SIX HUNDRED AND FORTY SIX AND CENTS THREE

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY



**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002678/TCG
Dated: 06-Sep-2018

| | |
|---|---|
| Contract No: | S18477/AKMA |
| Date of delivery: | 13-Sep-2018 |
| Means of transport: | NYK ATLAS 104E |
| Transport receipt: | 7795885559 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA, USA |

KD
For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 90 | KNIT CARGO CAPRI<br>HS. CODE    61046200<br>STYLE NO.:    WP9BE53250MI | 731 | 5.05 | 3,691.55 | quần dài nữ |
| 90 | TOTAL | 731 | | 3,691.55 | |

SAY: US DOLLARS THREE THOUSAND SIX HUNDRED AND NINETY ONE AND CENTS FIFTY FIVE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH