THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

Case 18-23538-shl    Doc 5485-10    Filed 10/23/19    Entered 10/23/19 14:03:11    Exhibit B4
P 1 of 11

90

# COMMERCIAL INVOICE

NO. : 0002680/TCG
Dated: 06-Sep-2018

| Contract No: | S18477/AKMA |
| --- | --- |
| Date of delivery: | 14-Sep-2018 |
| Means of transport: | MEISHAN BRIDGE 002E |
| Transport receipt: | 7795885504 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

KD
For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
| --- | --- | --- | --- | --- | --- |
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 110 | KNIT CARGO CAPRI<br>HS. CODE    61046200<br>STYLE NO.:    WP9BE53250MI | 893 | 5.05 | 4,509.65 | quần dài nữ |
| 110 | TOTAL | 893 | | 4,509.65 | |

SAY: US DOLLARS FOUR THOUSAND FIVE HUNDRED AND NINE AND CENTS SIXTY FIVE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002709/TCG
Dated: 07-Sep-2018

91

| Contract No: | S18493/AKMA | S18477/AKMA | S18456/ AKMA | KD |
|---|---|---|---|---|
| | | | | For account and risks of Messrs : |
| Date of delivery: | 13-Sep-2018 | | S18480 /AKMA | KMART CORPORATION |
| Means of transport: | NYK ATLAS 104E | | S18459/AKMA | 3333 BEVERLY RD |
| Transport receipt: | 7795877210, 7795877232, 7795877265, 7795877287 | | | HOFFMAN ESTATES, IL 60179 |
| Port of loading: | HO CHI MINH, VIETNAM | | | U.S.A |
| Port of discharge: | MIRA LOMA, CA | | | |

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | | |
| 187 | GRAPHIC RINGER TEE<br>HS. CODE 61103000<br>STYLE NO.: WP9JB78080JR | 1,240 | 2.56 | 3,174.40 | ÁO T-SHIRT NỮ TAY |
| 157 | KNIT CARGO CAPRI<br>HS. CODE 61046200<br>STYLE NO.: WP9BE53250PL | 1,151 | 5.68 | 6,537.68 | quần dài nữ |
| 47 | GRAPHIC RINGER TEE<br>HS. CODE 61103000<br>STYLE NO.: WP9JB78080PL | 331 | 3.02 | 999.62 | ÁO T-SHIRT NỮ TAY |
| 562 | CHRISTMAS BASEBALL TEE<br>HS. CODE 61102000<br>STYLE NO.: WH8JB78550JR | 3,677 | 2.68 | 9,854.36 | áo thun nữ tay dài |
| 38 | CHRISTMAS BASEBALL TEE<br>HS. CODE 61102000<br>STYLE NO.: WH8JB78550JR | 380 | 2.68 | 1,018.40 | áo thun nữ tay dài |
| 654 | CHRISTMAS BASEBALL TEE<br>HS. CODE 61102000<br>STYLE NO.: WH8JB78550PL | 3,998 | 3.18 | 12,713.64 | áo thun nữ tay dài |
| 1,295 | CHRISTMAS BASEBALL TEE<br>HS. CODE 61102000<br>STYLE NO.: WH8JB78550JR | 8,527 | 2.68 | 22,852.36 | áo thun nữ tay dài |
| 106 | GRAPHIC BUTTERFLY SHORT SLEEVE TEE<br>HS. CODE 61102000<br>STYLE NO.: GF8EK31004BG | 636 | 2.50 | 1,590.00 | áo t-shirt trẻ em tay ngắn |
| 7 | MENS ALM STRIPE TANK TOP<br>HS. CODE 61102000<br>STYLE NO.: MH8AL17002YM | 35 | 3.52 | 123.20 | Áo thun nam |
| 302 | MENS ODL SOLID LS THERMAL CREW BM<br>HS. CODE 61102000<br>STYLE NO.: MF8OK12127MZ | 1,969 | 4.53 | 8,919.57 | áo t-shirt nam tay dài |
| 88 | MENS ODL LS SOLID THERMAL HENLEY BM<br>HS. CODE 61051000<br>STYLE NO.: MF8OK12128BM | 352 | 5.44 | 1,914.88 | Áo nam tay dài |
| 379 | MENS ODL LS SOLID THERMAL HENLEY<br>HS. CODE 61051000<br>STYLE NO.: MF8OK12128MZ | 2,593 | 4.61 | 11,953.73 | Áo nam tay dài |
| 60 | MENS ODL BM SOLID LS THERMAL CREW<br>HS. CODE 61102000<br>STYLE NO.: MF8OK12127BM | 240 | 5.27 | 1,264.80 | áo t-shirt nam tay dài |
| 3,882 | TOTAL | 25,129 | | 82,916.64 | |

SAY: US DOLLARS EIGHTY TWO THOUSAND NINE HUNDRED AND SIXTEEN AND CENTS SIXTY FOUR

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002759/TCG
Dated: 13-Sep-2018

KD

Contract No: S18477/AKMA
Date of delivery: 20-Sep-2018
Means of transport: NYK APHRODITE 093E
Transport receipt: 7796028075
Port of loading: HO CHI MINH, VIETNAM
Port of discharge: MIRA LOMA, CA, USA

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 275 | KNIT CARGO CAPRI<br>HS. CODE    61046200    (96% cotton, 4% spandex)<br>STYLE NO.:    WP9BE53250MI | 2,174 | 5.05 | 10,978.70 quần dài nữ |
| 275 | TOTAL | 2,174 | | 10,978.70 |

SAY: US DOLLARS TEN THOUSAND NINE HUNDRED AND SEVENTY EIGHT AND CENTS SEVENTY

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002760/TCG
Dated: 13-Sep-2018

| Contract No: | S18477/AKMA |
|---|---|
| Date of delivery: | 21-Sep-2018 |
| Means of transport: | MILANO BRIDGE 004E |
| Transport receipt: | 7796029142 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

KD
For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 281 | KNIT CARGO CAPRI<br>HS. CODE 61046200<br>STYLE NO.: WP9BE53250MI | 2,213 | 5.05 | 11,175.65 |
| 281 | TOTAL | 2,213 | | 11,175.65 |

SAY: US DOLLARS ELEVEN THOUSAND ONE HUNDRED AND SEVENTY FIVE AND CENTS SIXTY FIVE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002826/TCG
Dated: 20-Sep-2018

94

| Contract No: | S18493/AKMA   S18477/AKMA |
|---|---|
| Date of delivery: | 27-Sep-2018 |
| Means of transport: | NYK ARTEMIS 101E |
| Transport receipt: | 7796042518 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | Mira Loma, CA |

KD
For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 79 | GRAPHIC RINGER TEE<br>HS. CODE      61103000<br>STYLE NO.:    WP9JB78080JR | 532 | 2.56 | 1,361.92 |
| 22 | GRAPHIC RINGER TEE<br>HS. CODE      61103000<br>STYLE NO.:    WP9JB78080PL | 153 | 3.02 | 462.06 |
| 189 | LACE FRONT TEE<br>HS. CODE      61102000<br>STYLE NO.:    WP9BE78328MI | 1,469 | 3.50 | 5,141.50 |
| 371 | LACE FRONT TEE<br>HS. CODE      61102000<br>STYLE NO.:    WP9BE78328PL | 2,304 | 4.50 | 10,368.00 |
| **661** | **TOTAL** | **4,458** | | **17,333.48** |

SAY: US DOLLARS SEVENTEEN THOUSAND THREE HUNDRED AND THIRTY THREE AND CENTS FORTY EIGHT.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

*[Company seal and signature]*

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

95

NO. : 0002828/TCG
Dated: 20-Sep-2018

| Contract No: | S18493/AKMA   S18477/AKMA |
|---|---|
| Date of delivery: | 28-Sep-2018 |
| Means of transport: | ESSEN EXPRESS 026E |
| Transport receipt: | 7796042639 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

KD
For account and risks of Messrs :
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 82 | GRAPHIC RINGER TEE<br>HS. CODE    61103000<br>STYLE NO.:    WP9JB78080JR | 553 | 2.56 | 1,415.68 |
| 24 | GRAPHIC RINGER TEE<br>HS. CODE    61103000<br>STYLE NO.:    WP9JB78080PL | 166 | 3.02 | 501.32 |
| 202 | LACE FRONT TEE<br>HS. CODE    61102000<br>STYLE NO.:    WP9BE78328MI | 1,569 | 3.50 | 5,491.50 |
| 402 | LACE FRONT TEE<br>HS. CODE    61102000<br>STYLE NO.:    WP9BE78328PL | 2,495 | 4.50 | 11,227.50 |
| 710 | TOTAL | 4,783 | | P |

#VALUE!

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

# COMMERCIAL INVOICE

NO. : 0002904/TCG
Dated: 29-Sep-2018

| Contract No: | S18506/AKMA   S18519/AKMA   S18477/AKMA |
|---|---|
| Date of delivery: | 02-Oct-2018 |
| Means of transport: | ST ISLAND 016B |
| Transport receipt: | 7796144323 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | MIRA LOMA, CA |

KD
For account and risks of Messrs:
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 348 | ACTIVE YOGA CAPRI<br>HS. CODE    61046200<br>STYLE NO.:    WS9EK53934MI | 2,436 | 4.30 | 10,474.80 |
| 920 | ACTIVE AT GRAPHIC LEGGING STARS<br>HS. CODE    61046200<br>STYLE NO.:    WS9AT53900MI | 6,860 | 4.18 | 28,674.80 |
| 350 | ACTIVE FOLD-OVER WAIST YOGA PANT<br>HS. CODE    61046200<br>STYLE NO.:    WS9EK53935MI | 2,450 | 4.50 | 11,025.00 |
| 435 | LADY -SHELF BRA TANK<br>HS. CODE    61102000<br>STYLE NO.:    WP9BE78283MI | 3,431 | 3.17 | 10,876.27 |
| 148 | LADY -SHELF BRA DRESS<br>HS. CODE    61044200<br>STYLE NO.:    WP9BE12169MI | 1,164 | 5.77 | 6,716.28 |
| 496 | LACE FRONT TEE<br>HS. CODE    61102000<br>STYLE NO.:    WP9BE78328MI | 4,031 | 3.50 | 14,108.50 |
| 38 | LACE FRONT TEE<br>HS. CODE    61102000<br>STYLE NO.:    WP9BE78328PL | 278 | 4.50 | 1,251.00 |
| 426 | ACTIVE GRAPHIC ATTITUDE TANK<br>HS. CODE    61102000<br>STYLE NO.:    WS9AT78900MI | 2,556 | 2.75 | 7,029.00 |
| **3,161** | **TOTAL** | **23,206** | | **90,155.65** |

SAY: US DOLLARS NINETY THOUSAND ONE HUNDRED AND FIFTY FIVE AND CENTS SIXTY FIVE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0003015/TCG
Dated: 17-Oct-2018
KD

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| | | | |
|---|---|---|---|
| Contract No: | S18477/AKMA | | |
| Date of delivery: | 02-Oct-2018 | | |
| Means of transport: | ST ISLAND 016B | | |
| Transport receipt: | 7796144323 | | |
| Port of loading: | HO CHI MINH, VIETNAM | | |
| Port of discharge: | MIRA LOMA, CA | | |

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 373 | LACE FRONT TEE<br>HS. CODE    61102000<br>STYLE NO.:    WP9BE78328MI<br><br>Adjust deduction amount of invoice 0002904/TCG, Issue date: 29/Sep/2018. | 3,138 | 3.50 | 10,983.00 |
| 373 | TOTAL | 3,138 | | 10,983.00 |

SAY: US DOLLARS SEVENTY NINE THOUSAND ONE HUNDRED AND SEVENTY TWO AND CENTS SIXTY FIVE.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002943/TCG
Dated: 04-Oct-2018
KD

For account and risks of Messrs :
**KMART CORPORATION**
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

| | | | | |
|---|---|---|---|---|
| Contract No: | S18506/AKMA | | | |
| Date of delivery: | 12-Oct-2018 | | | |
| Means of transport: | HANGZHOU BAY BRIDGE 029E | | | |
| Transport receipt: | 7796164420 | | | |
| Port of loading: | HO CHI MINH, VIETNAM | | | |
| Port of discharge: | CHAMBERSBURG, PA | | | |

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
| | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 442 | ACTIVE AT GRAPHIC ATTITUDE TEE TURN UP THE VOLUME<br>HS. CODE   61102000<br>STYLE NO.:   WS9AT78901MI | 2,652 | 2.76 | 7,319.52  áo t-shirt nữ ngan tay |
| 442 | TOTAL | 2,652 | | 7,319.52 |

SAY: US DOLLARS SEVEN THOUSAND THREE HUNDRED AND NINETEEN AND CENTS FIFTY TWO.

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

NGUYỄN THÁI BÌNH

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

98

# COMMERCIAL INVOICE

NO. : 0002945/TCG
Dated: 04-Oct-2018
KD

| Contract No: | S18506/AKMA | For account and risks of Messrs : |
|---|---|---|
| Date of delivery: | 11-Oct-2018 | KMART CORPORATION |
| Means of transport: | NYK ARGUS 097E | 3333 BEVERLY RD |
| Transport receipt: | 7796164343 | HOFFMAN ESTATES, IL 60179 |
| Port of loading: | HO CHI MINH, VIETNAM | U.S.A |
| Port of discharge: | MIRA LOMA, CA | |

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD |
|---|---|---|---|---|
|  | TERMS OF PRICE: FOB HOCHIMINH VIETNAM | | | |
| 426 | ACTIVE AT GRAPHIC ATTITUDE TEE TURN UP THE VOLUME<br>HS. CODE    61102000<br>STYLE NO.:  WS9AT78901MI | 2,556 | 2.76 | 7,054.56 |
| 426 | TOTAL | 2,556 | | 7,054.56 |

SAY: US DOLLARS SEVEN THOUSAND AND FIFTY FOUR AND CENTS FIFTY SIX.

THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY

NGUYỄN THÁI BÌNH

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**
36 TAY THANH STREET, TAN PHU DISTRICT, HOCHIMINH CITY, VIETNAM

## COMMERCIAL INVOICE

NO. : 0002956/TCG
Dated: 06-Oct-2018

| Contract No: | S18506/AKMA    S18477/AKMA    S18519/AKMA |
|---|---|
| Date of delivery: | 08-Oct-2018 |
| Means of transport: | AL RIFFA 004E |
| Transport receipt: | 7796167126 |
| Port of loading: | HO CHI MINH, VIETNAM |
| Port of discharge: | CHAMBERSBURG, PA |

For account and risks of Messrs :
KMART CORPORATION
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179
U.S.A

TERMS OF PRICE: FOB HOCHIMINH VIETNAM

| NOS. OF CARTONS | DESCRIPTION OF GOODS | QUANTITY PCS | UNIT PRICE USD/ PCS | AMOUNT USD | |
|---|---|---|---|---|---|
| 363 | ACTIVE YOGA CAPRI<br>HS. CODE      61046200<br>STYLE NO.:   WS9EK53934MI | 2,541 | 4.30 | 10,926.30 | quần dài nữ |
| 442 | ACTIVE GRAPHIC ATTITUDE TANK<br>HS. CODE      61102000<br>STYLE NO.:   WS9AT78900MI | 2,652 | 2.75 | 7,293.00 | áo t-shirt nữ ko tay |
| 17 | LACE FRONT TEE<br>HS. CODE      61102000<br>STYLE NO.:   WP9BE78328PL | 155 | 4.50 | 697.50 | áo thun ngắn tay |
| 513 | LACE FRONT TEE<br>HS. CODE      61102000<br>STYLE NO.:   WP9BE78328MI | 4,191 | 3.50 | 14,668.50 | áo thun ngắn tay |
| 960 | ACTIVE AT GRAPHIC LEGGING STARS<br>HS. CODE      61046200<br>STYLE NO.:   WS9AT53900MI | 7,160 | 4.18 | 29,928.80 | quần dài nữ |
| 366 | ACTIVE FOLD-OVER WAIST YOGA PANT<br>HS. CODE      61046200<br>STYLE NO.:   WS9EK53935MI | 2,562 | 4.50 | 11,529.00 | quần dài nữ |
| 460 | LADY -SHELF BRA TANK<br>HS. CODE      61102000<br>STYLE NO.:   WP9BE78283MI | 3,637 | 3.17 | 11,529.29 | áo t-shirt nữ ko tay |
| 155 | LADY -SHELF BRA DRESS<br>HS. CODE      61044200<br>STYLE NO.:   WP9BE12169MI | 1,221 | 5.77 | 7,045.17 | Áo đầm nữ không tay |
| **3,276** | **TOTAL** | **24,119** | | **93,617.56** | |

SAY: US DOLLARS NINETY THREE THOUSAND SIX HUNDRED AND SEVENTEEN AND CENTS FIFTY SIX.

**THANH CONG TEXTILE GARMENT INVESTMENT TRADING JOINT STOCK COMPANY**

NGUYỄN THÁI BÌNH