UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. (18-23576) |
| ☒ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23579) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | |
| ☐ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | |

RECEIVED
OCT 24 2018
PRIME CLERK LLC

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
☒ No Copy Provided

182353880000261

Modified Official Form 410

# Proof of Claim                                                                04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
E-Land Apparel Ltd
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

E-Land Apparel Ltd
#16/2B, Sri Vinayaka Industrial Estate,
Singasandra, Near Dakshin Honda
Showroom, Hosur Road,
Bangalore - 560 068

Contact phone  9900508303
Contact email  jhsong03@eland.co.kr

Where should payments to the creditor be sent? (if different)

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___ / ___ / ___
                                                                      MM  /  DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Proof of Claim                                                                page 1

Claim Number: 1765

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 7 1 6 1

7. How much is the claim? $ 162269.10  . Does this amount include interest or other charges?
   ☐ No
   ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Goods sold to Sears Roebuck & Co

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: $ _____

   Amount of the claim that is secured: $ _____

   Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition: $ _____

   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Check one: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No | |
| | ☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ 162269.10 |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Jae Ho song*
Jae Ho song (Oct 19, 2019)

Email: jhsong03@eland.co.kr

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | JAE | HO | SONG |
|---|---|---|---|
| | First name | Middle name | Last name |

Title: MANAGING DIRECTOR

Company: E-LAND APPAREL LTD
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: #16/2B, Sri Vinayaka Indl Estate, Singasandra, Near Dakshin Honda Showroom, Hosur Road,
Number    Street

BANGALORE    KA    560068
City    State    ZIP Code

Contact phone: 9900508303    Email: jhsong03@eland.co.kr

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

[x] I have supporting documentation.
    (attach below)

[ ] I do **not** have supporting documentation.

📎 Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                      12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy.
11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**



**E-Land Apparel Limited**
(Formely Known as "Mudra Lifestyle Limited")
Unit-4, No.16/2B, Sri Vinayaka Ind. Estate,
Singasandra, Near Dakshin Honda Showroom,
Hosur Road, Bangalore - 560 068.
Karnataka, INDIA
Phone: 080-4254 8800
Tel:- 080-4254 8800, Fax: 080-4142 5694

To,

Accounts Payable,

Account statement 10

Sears, Roebuck & Co

3333 Beverley road,

Hoffman Estates IL 60179. USA

Date: 18-10-2018

Subject: Sears, Roebuck & Co Vendor Payment request / claim to accounts payable department.

Respected Sir / Madam,

With reference to the above subject, we would like to request to release our payment against the goods supplied done by us against the below mention invoices.

| CONSIGNEE | DUNS | PO NO | INV NO | INV DT | QTY | USD | BL/AWB/FCR NO |
|---|---|---|---|---|---|---|---|
| SEARS ROEBUCK & CO | 1000997161 | SR2128 | EAL/BAG/18-19/250 | 20-Aug-18 | 5250 | 29925 | 7795909561 |
| SEARS ROEBUCK & CO | 1000997161 | SX6115 | EAL/BAG/18-19/255 | 29-Aug-18 | 9542 | 44847.4 | 7795958368 |
| SEARS ROEBUCK & CO | 1000997161 | SR2128 | EAL/BAG/18-19/263 | 11-Sep-18 | 2876 | 16393.2 | 7796070931 |
| SEARS ROEBUCK & CO | 1000997161 | SR2127 | EAL/BAG/18-19/267 | 19-Sep-18 | 10939 | 71103.5 | 7796124314 |
| | | | | TOTAL | | 162269.10 | |

For E-Land Apparel Ltd.
For E-LAND APPAREL LTD.

Authorised Signatory
Authorized Signatory

## COMMERCIAL INVOICE

| EXPORTER | FACTORY ADDRESS | INVOICE NO | DATE |
|---|---|---|---|
| E-LAND APPAREL LTD.<br>Factory: NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | E-LAND APPAREL LTD.<br>Factory: NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | EALBAG/250/18-19<br>DELIVERY NO.<br><br>GSTIN NO     29AACCM6461E1ZF | 20-Aug-18 |

| CONSIGNEE | DELIVERY ADDRESS |
|---|---|
| SEARS ROEBUCK & CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>USA | |

| | | |
|---|---|---|
| Vessel/Flight No. :<br>Place of departure :<br>Port of Loading :<br>Port of Discharge :<br>Final Destination : | BY SEA<br>BANGALORE<br>MUMBAI<br>CHAMBERSBURG,PA<br>CHAMBERSBURG,USA | Terms of Delivery : FCA - MUMBAI<br>Terms of Payment :          T/T 74 DAYS<br>Country of Origin : INDIA |

| MARKS & NOS.<br>CTN. NOS | DESCRIPTION OF GOODS | | | Quantity in PIECES | Unit Price Piece USD | Amount in USD |
|---|---|---|---|---|---|---|
| | 100% COTTON WOVEN MENS SHIRTS. | | | | | |
| 01 TO 728 | STYLE<br>MH8DT13308MZ | PO NO<br>SR2128 | HS CODE<br>62052000 | 5250 | 5.70 | 29,925.00 |
| | Hanger Weight = 5250 pcs * 0.045 = 236.25 Kgs | | | | | |
| | Hanger Value in USD = 5250 pcs * 0.11 = USD - 577.5 | | | | | |
| TOTAL CTNS:<br>GROSS WT:<br>NET WT:<br>CBM: | 728 CTNS<br>1908.900<br>1144.500<br>22.38 | | | | | |
| | Total | | | 5250 | | 29,925.00 |

Amount chargeable in (words) : USD - TWENTY NINE THOUSAND NINE HUNDRED TWENTY FIVE ONLY.

### SHIPMENT UNDER DUTY DRAW BACK SCHEME

| GST NO: 29AACCM6461E1ZF    LUT # 01/2017 : date 07/07/2017,   RANGE SD 7 | | 1 USD = | 63.95 |
|---|---|---|---|
| BANK DETAILS:<br>The Hongkong and Shanghai Banking Corporation Limited<br>M.G Road, Bangalore<br>AD CODE NO. : 6500120 8400009<br>ACCOUNT NUMBER : 073-304230-001<br>IFSC CODE : HSBC0560002<br>ONE STAR EXPORT HOUSE NO. ZA/0466 DATED : 20.01.2011<br>SWIFT : HSBCINBB | | INR : | 1,913,703.75 |

Declaration :
We declare that this Invoice shows the actual price of
of the goods described and that all particulars are
true and correct.

For E-LAND APPAREL LTD.

Authorised Signatory

**UPS Supply Chain Solutions**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
E-LAND APPAREL LTD.
FACTORY: NO.97, BASAPURA VILLAGE,
ELECTRONIC CITY POST, BEGUR HOBLI,
BANGALORE - 560100. INDIA.

**BOOKING NO.**
966205654

**CARGO RECEIPT NO.**
7795909561

**EXPORT REFERENCES**
CUST PO NO: SR2128-801
CUST INV NO: 201821521631

**DATE OF RECEIPT OF CARGO**
28-AUG-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH: (310)404-2792 / FAX: (310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
|  | NHAVA SHEVA, INDIA |  |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LADING** |  |
| MAERSK KENSINGTON 1810 | NHAVA SHEVA, INDIA |  |
| **PORT OF DISCHARGE** | **PORT OF DELIVERY BY ON CARRIER** | **NO. OF ORIGINALS** |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU1461511<br>SEALCODE1:<br>MLIN1564942<br>MARKS & NO:<br>CTN NOS<br>01 TO 728<br><br>FREIGHT COLLECT<br>CFS/DOOR | 1 | 40' HIGH CUBE CONTAINER 728 CARTON<br>SAID TO CONTAIN 728 CARTON<br>100% COTTON WOVEN MENS SHIRTS.<br>GT INV NO:201821521631<br>INV # EALBAG/250/18-19 DATE: 20/08/2018.<br>STYLE # MH8DT13308MZ<br>PO NO: SR2128<br>REF # 801<br>DIV:4<br>DEPT NO:041<br>TOTAL QTY:5250 PCS<br>NET WT:1144.500 KGS<br>S/B NO:7139346 DT:25.08.2018<br>HTS CODE:6205202066<br>SHIPPED ON BOARD: 03.09.2018 | 1908.900 KG<br>4208.400 LB | 22.382 M3<br>790.308 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST |  | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

Issued by MUMBAI

AS AGENT

Month Sep    Day 14    Year 2018

# PURCHASE ORDER

Order Date: 03-Aug-2018
Order No: SR2128
DIV: 4
DEPT No: 41
Last Modified: 03-Aug-2018 (Fri) 05:38 AM (EDT)
Last Printed: SRS
Buyer: VM1 VICTORIA MOLINA
SSM: SG1 SACHIN GOEL

## Warning: PO has Validation Errors

SEARS, ROEBUCK and CO
3333 Beverly Rd
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | ELAND APPAREL LTD |
| CONTACT | MR SONG |
| ADDRESS | 16/2B SRI VINAYAKA IND EST BEHIND DAKSHINA HONDA S/R SINGSANDRA HOSUR BANGALORE KARNATAKA |
| COUNTRY | INDIA |
| TEL | 080-42548800 |
| EMAIL | jhsong03@eland.co.kr |
| Vend Nbr: | 6243 |
| DUNS #: | 01000997161 |
| FDA Reg | |
| MFG id | INELAAPP162BAN |

**TOTAL COST OF ORDER USD**
$45,360.60

**Payment to be made by:**

Wire Transfer

Payment Terms: 74 days

FOREIGN AGENT OFFICE:      KKIN - SEARS SOURCING INDIA PVT LTD
FOREIGN SUPPORT OFFICE:    RKKHK - SEARS HOLDINGS GLOBAL SOURCING LTD.
PRODUCTION COUNTRY:        PKKIN - INDIA OFFICE

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
| EMBARK/GO-DOWN: | INDIA |
| FOB POINT: LOCATION CODE | INMAA1B |
| CITY, COUNTRY | CHENNAI (EX MADRAS), INDIA |

**Factory Details**                                      **Exporter Details**

| FACTORY NBR | 105089 |
|---|---|
| NAME | ELAND APPAREL UNIT 4 |
| CONTACT | SELVA KUMAR |
| ADDRESS | 16/2B SRI VINAYAKA IND AREA BEHIND DAKSHINA HONDA SINGASANDRA HOSUR RD BANGALORE KARNATAKA |
| COUNTRY | INDIA |
| TEL | 919900053308 |
| FAX | |
| EMAIL | selva@elandapparel.com |

## COMMERCIAL INVOICE

| EXPORTER | FACTORY ADDRESS | INVOICE NO | DATE |
|---|---|---|---|
| E-LAND APPAREL LTD.<br>Factory:NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | E-LAND APPAREL LTD.<br>Factory:NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | EALBAG/255/18-19<br>DELIVERY NO.<br>GSTIN NO    29AACCM6461E1ZF | 29-Aug-18 |

| CONSIGNEE | BUYER ADDRESS |
|---|---|
| SEARS ROEBUCK & CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL 60179<br>USA | SEARS HOLDING CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL 60179<br>USA |

| Vessel/Flight No. : | | Terms of Delivery : FCA  - MUMBAI |
|---|---|---|
| Place of departure : | BY SEA | Terms of Payment :    T/T 74 DAYS |
| Port of Loading : | BANGALORE | Country of Origin : INDIA |
| Port of Discharge : | MUMBAI | |
| Final Destination : | NEWARK | |
| | CHAMBERSBURG, PA. USA | |

| MARKS & NOS. | DESCRIPTION OF GOODS | | | | Quantity in PIECES | Unit Price Piece USD | Amount in USD |
|---|---|---|---|---|---|---|---|
| CTN. NOS | 60% POLYESTERD 40% COTTON WOVEN MENS SHIRTS. | | | | | | |
| | STYLE | PO NO | SEQ # | HS CODE | | | |
| 01 TO 1238 | MH8RC13442YM | SX6115 | 801 , 802 | 62053000 | 9542 | 4.70 | 44,847.40 |
| | Hanger Weight = 9542 pcs * 0.045 = 429.39 Kgs | | | | | | |
| | Hanger Value in USD = 9542 pcs * 0.11 = USD - 1049.62 | | | | | | |
| TOTAL CTNS: | 1238 CTNS | | | | | | |
| GROSS WT: | 3183.368 | | | | | | |
| NET WT: | 2067.758 | | | | | | |
| CBM: | 32.32 | 36.335 | | | | | |
| | | | Total | | 9542 | | 44,847.40 |

Amount chargeable in (words)  : USD - FORTY FOUR THOUSAND EIGHT HUNDRED FORTY SEVEN AND CENT.FORTY ONLY.

### SHIPMENT UNDER DUTY DRAW BACK SCHEME

GST NO: 29AACCM6461E1ZF    LUT # 01/2017 : date 07/07/2017 ,  RANGE SD 7

| | 1 USD = | 69.40 |
|---|---|---|
| | INR : | 3,112,409.56 |

BANK DETAILS:
The Hongkong and Shanghai Banking Corporation Limited
M.G Road, Bangalore
AD CODE NO. : 6500120 8400009
ACCOUNT NUMBER : 073-304230-001
IFSC CODE : HSBC0560002
ONE STAR EXPORT HOUSE NO. ZA/0466 DATED : 20.01.2011
SWIFT :  HSBCINBB

Declaration :
We declare that this Invoice shows  the actual price of
of the goods described and that all particulars are
true and correct.

For E-LAND APPAREL LTD.

Authorised Signatory