| UPS Supply Chain Solutions  | OTI License No. 275F | UPS SUPPLY CHAIN SOLUTIONS, INC. FORWARDER'S CARGO RECEIPT |
|---|---|---|

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| E-LAND APPAREL LIMITED<br>FACTORY: NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA | 966281484 | 7795958368 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7795958368<br>CUST PO NO: SX6115-801 & 802<br>CUST INV NO: 201821745347 | 04-SEP-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | |
|---|---|
| SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | THIS IS NOT A DOCUMENT OF TITLE |

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PH: (310)404-2792/FAX: (310)404-2962<br>ATTN: MARY ELLEN WRATSCHKO | Declared Value is: |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING | |
| MAERSK KINLOSS 1808 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU8169522<br>SEALCODE1:<br>MLIN1564980<br>MARKS & NO:<br>CTN NOS<br>01 TO 1238<br><br>FREIGHT COLLECT<br>CFS/DOOR | 1 | 40' HIGH CUBE CONTAINER 1238 CARTON<br>SAID TO CONTAIN 1238 CARTON<br>60% POLYESTERD 40% COTTON WOVEN MENS<br>SHIRTS<br>GT INV NO: 201821745347<br>INV NO: EALBAG/255/18-19 DT: 29.08.2018<br>PO NO: SX6115<br>REF # 801 & 802<br>DIV: 4<br>DEPT NO: 041<br>HTS CODE: 62053000 | 3183.360 KG<br>7018.110 LB | 36.335 M3<br>1282.989 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

**SHIPPED ON BOARD**
**- 9 SEP 2018**
FOR UPS SCS, MUMBAI
AS AGENT

Issued by MUMBAI    AS AGENT

Month  Sep    Day  17    Year  2018

# PURCHASE ORDER

Order Date: 10-Aug-2018
Order No: SX6115
DIV: 4
DEPT No: 41
Last Modified: 10-Aug-2018 (Fri) 07:42 AM (EDT)
Last Printed: SRS
Buyer: VM1 VICTORIA MOLINA
SSM: SG1 SACHIN GOEL

## Warning: PO has Validation Errors

SEARS, ROEBUCK and CO
3333 Beverly Rd
Hoffman Estates, IL 60179

| VENDOR | | TOTAL COST OF ORDER USD |
|---|---|---|
| NAME | ELAND APPAREL LTD | $46,468.90 |
| CONTACT | MR SONG | Payment to be made by: |
| ADDRESS | 16/2B SRI VINAYAKA IND EST BEHIND DAKSHINA HONDA S/R SINGSANDRA HOSUR BANGALORE KARNATAKA | Wire Transfer |
| COUNTRY | INDIA | |
| TEL | 080-42548800 | Payment Terms: 74 days |
| EMAIL | jhsong03@eland.co.kr | |
| Vend Nbr: | 6243 | |
| DUNS #: | 01000997161 | |
| FDA Reg | | |
| MFG id | INELAAPP162BAN | |

| FOREIGN AGENT OFFICE: | KKIN - SEARS SOURCING INDIA PVT LTD |
|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK - SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN - INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| FOB POINT: LOCATION CODE | INMAA1B |
| CITY, COUNTRY | CHENNAI (EX MADRAS), INDIA |

Factory Details                              Exporter Details

| FACTORY NBR | 105089 |
|---|---|
| NAME | ELAND APPAREL UNIT 4 |
| CONTACT | SELVA KUMAR |
| ADDRESS | 16/2B SRI VINAYAKA IND AREA BEHIND DAKSHINA HONDA SINGASANDRA HOSUR RD BANGALORE KARNATAKA |
| COUNTRY | INDIA |
| TEL | 919900053308 |
| FAX | |
| EMAIL | selva@elandapparel.com |

## COMMERCIAL INVOICE

| EXPORTER | FACTORY ADDRESS | INVOICE NO | DATE |
|---|---|---|---|
| E-LAND APPAREL LTD.<br>Factory:NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | E-LAND APPAREL LTD.<br>Factory:NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | EALBAG/263/18-19<br>DELIVERY NO.<br><br>GSTIN NO    29AACCM6461E1ZF | 11-Sep-18 |

| CONSIGNEE | DELIVERY ADDRESS |
|---|---|
| SEARS ROEBUCK & CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL 60179<br>USA | |

| | | |
|---|---|---|
| Vessel/Flight No. :<br>Place of departure :<br>Port of Loading :<br>Port of Discharge :<br>Final Destination : | BY SEA<br>BANGALORE<br>MUMBAI<br>CHAMBERSBURG,PA<br>CHAMBERSBURG,USA | Terms of Delivery : FCA - MUMBAI<br>Terms of Payment :    T/T 74 DAYS<br>Country of Origin : INDIA |

| MARKS & NOS. | DESCRIPTION OF GOODS | Quantity in PIECES | Unit Price Piece USD | Amount in USD |
|---|---|---|---|---|
| CTN. NOS<br><br>01 TO 421 | 100% COTTON WOVEN MENS SHIRTS.<br><br>STYLE         PO NO       SEQ #              HS CODE<br>MH8DT13308MZ  SR2128      802 , 803          62052000<br><br><br>Hanger Weight =    2876 PCS    * 0.045     129 KGS<br>Hanger Value in USD  2876 PCS   * 0.11      316 USD | 2876 | 5.70 | 16,393.20 |
| TOTAL CTNS:<br>GROSS WT:<br>NET WT:<br>CBM: | 421 CTNS<br>1011.765<br>634.426<br>11.33              12.52 | | | |
| | Total | 2876 | | 16,393.20 |

Amount chargeable in (words)  : USD - SIXTEEN THOUSAND THREE HUNDRED NINETY THREE AND CENT TWENTY ONLY

### SHIPMENT UNDER DUTY DRAW BACK SCHEME

| GST NO: 29AACCM6461E1ZF    LUT # 01/2017 : date 07/07/2017 ,  RANGE SD 7 | 1 USD =       63.95<br>INR :      1,048,345.14 |
|---|---|
| BANK DETAILS:<br>The Hongkong and Shanghai Banking Corporation Limited<br>M.G Road, Bangalore<br>AD CODE NO. : 6500120 8400009<br>ACCOUNT NUMBER : 073-304230-001<br>IFSC CODE : HSBC0560002<br>ONE STAR EXPORT HOUSE NO. ZA/0466 DATED : 20.01.2011<br>SWIFT : HSBCINBB | |

Declaration :
We declare that this Invoice shows the actual price of
of the goods described and that all particulars are
true and correct.

# UPS Supply Chain Solutions

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
E-LAND APPAREL LTD.
FACTORY: NO.97, BASAPURA VILLAGE,
ELECTRONIC CITY POST, BEGUR HOBLI,
BANGALORE - 560100. INDIA.

**BOOKING NO.**
966473379

**CARGO RECEIPT NO.**
7796070931

**EXPORT REFERENCES**
CUST PO NO: SR2128-802 & 803
CUST INV NO: 201822056290

**DATE OF RECEIPT OF CARGO**
18-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS ROEBUCK & CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PH:(310)404-2792/FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:**

**PRE-CARRIAGE BY**

**PLACE OF RECEIPT BY PRE-CARRIER**
NHAVA SHEVA, INDIA

**EXPORT LICENSE NO**

**EXPORT CARRIER (VESSEL/VOY/FLAG)**
MAERSK CHICAGO 1808

**PORT OF LADING**
NHAVA SHEVA, INDIA

**PORT OF DISCHARGE**
NEWARK

**PORT OF DELIVERY BY ON CARRIER**
CHAMBERSBURG, PA

**NO OF ORIGINALS**
1/ONE

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: APMU8055055 SEALCODE1: MLIN1609843 MARKS & NO: CTN NO: 01 TO 421 FREIGHT COLLECT CFS/DOOR | 1 | 40' HIGH CUBE CONTAINER 421 CARTON SAID TO CONTAIN 100% COTTON WOVEN MENS SHIRTS GTN INV NO : 201822056290 PO NO : SR2128 REF # 802 & 803 HS CODE NO: 62052000 INV NO: EALBAG/263/18-19 DT: 11.09.2018 STYLE: MH8DT13308MZ TOTAL QTY: 2876 PCS NET WT: 634.4256 KGS SB NO: 7546680 DT: 12.09.2018 SHIPPED ON BOARD: 23.09.2018 | 1011.760 KG 2230.550 LB | 12.520 M3 442.081 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

Issued by MUMBAI         AS AGENT

Month Sep    Day 25    Year 2018

## COMMERCIAL INVOICE

| EXPORTER | FACTORY ADDRESS | INVOICE NO | DATE |
|---|---|---|---|
| E-LAND APPAREL LTD.<br>Factory:NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | E-LAND APPAREL LTD.<br>Factory:NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | EALBAG/267/18-19<br>DELIVERY NO.<br><br>GSTIN NO      29AACCM6461E1ZF | 19-Sep-18 |

| CONSIGNEE | | DELIVERY ADDRESS |
|---|---|---|
| SEARS ROEBUCK & CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL 60179<br>USA | | |

| | | | |
|---|---|---|---|
| Vessel/Flight No. : | | BY SEA | Terms of Delivery : FCA - MUMBAI |
| Place of departure : | | BANGALORE | Terms of Payment :     T/T 74 DAYS |
| Port of Loading : | | MUMBAI | Country of Origin : INDIA |
| Port of Discharge : | | CHAMBERSBURG,PA | |
| Final Destination : | | CHAMBERSBURG,USA | |

| MARKS & NOS.<br>CTN. NOS | DESCRIPTION OF GOODS | Quantity in PIECES | Unit Price Piece USD | Amount in USD |
|---|---|---|---|---|
| 01 TO 1458 | 55%COTTON 45%RAYON WOVEN MENS SHIRTS.<br><br>STYLE              PO NO           SEQ #               HS CODE<br>MH8DT13300MZ   SR2127          801                  6205202066 | 10939 | 6.50 | 71,103.50 |
| | Hanger Weight =    10939 PCS   * 0.045   492.26 KGS<br>Hanger Value in USD =  10939 PCS   * 0.11   1203.29 KGS | | | |
| TOTAL CTNS:<br>GROSS WT:<br>NET WT:<br>CBM: | 1458 CTNS<br>4383.764<br>3069.560<br>38.99            40.576 | | | |
| | Total | 10939 | | 71,103.50 |

Amount chargeable in (words)  : USD - SEVENTY ONE THOUSAND ONE HUNDRED THREE AND CENT FIFTY ONLY

### SHIPMENT UNDER DUTY DRAW BACK SCHEME

| GST NO: 29AACCM6461E1ZF     LUT # 01/2017 : date 07/07/2017 ,    RANGE SD 7 | 1 USD =    71.95 |
|---|---|
| BANK DETAILS:<br>The Hongkong and Shanghai Banking Corporation Limited<br>M.G Road, Bangalore<br>AD CODE NO. : 6500120 8400009<br>ACCOUNT NUMBER : 073304230001<br>IFSC CODE : HSBC0560002<br>ONE STAR EXPORT HOUSE-NO. ZA/0466 DATED : 20.01.2011<br>SWIFT : HSBCINBB | INR :    5,115,896.83 |

Declaration :
We declare that this Invoice shows the actual price of
of the goods described and that all particulars are
true and correct.

For E-LAND APPAREL LTD.

Authorised Signatory

# UPS Supply Chain Solutions

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
E-LAND APPAREL LTD.
FACTORY:NO.97, BASAPURA VILLAGE,
ELECTRONIC CITY POST, BEGUR HOBLI,
BANGALORE - 560100. INDIA.

**BOOKING NO.**
966544159

**CARGO RECEIPT NO.**
7796124314

**EXPORT REFERENCES**
CUST PO NO:SR2127-801
CUST INV NO:

**DATE OF RECEIPT OF CARGO**
25-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792/FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LADING** | |
| MAERSK PITTSBURGH 1808 | NHAVA SHEVA, INDIA | |
| **PORT OF DISCHARGE** | **PORT OF DELIVERY BY ON CARRIER** | **NO OF ORIGINALS** |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU4810366<br>SEALCODE1:<br>MLIN1696702<br>MARKS & NO:<br>CTN NOS<br>01 TO 1458<br><br>FREIGHT COLLECT<br>CFS/DOOR | 1 | 45' HIGH CUBE CONTAINER 1458 CARTON<br>SAID TO CONTAIN 1458 CARTON<br>55%COTTON 45%RAYON WOVEN MENS SHIRTS<br>GT INV NO:201822280822<br>PO NO: SR2127<br>REF # 801<br>DIV:4<br>DEPT NO:041<br>S/B NO:7789706 DT: 24/9/2018<br>HTS CODE:6205202066<br>INVOICE # EALBAG/267/18-19 DATE. 19/09/2018 | 4383.760 KG<br>9664.530 LB | 40.576 M3<br>1432.739 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by  MUMBAI

Month  Oct    Day  01    Year  2018

**SHIPPED ON BOARD**
**- 1 OCT 2018**
**FOR UPS SCS, MUMBAI**
**AS AGENT**

Import PO Approval - Print PO Details                                                    Page 1 of 23

# PURCHASE ORDER

Order Date: 03-Aug-2018  DIV: 4   Last Modified: 03-Aug-2018 (Fri) 05:28 AM (EDT)
Order No: SR2127         DEPT No: 41   Last Printed: SRS
                                    Buyer: VM1 VICTORIA MOLINA
                                    SSM: SG1 SACHIN GOEL

## Warning: PO has Validation Errors

SEARS, ROEBUCK and CO
3333 Beverly Rd
Hoffman Estates, IL 60179

| VENDOR | | TOTAL COST OF ORDER USD |
|---|---|---|
| NAME | ELAND APPAREL LTD | $70,538.00 |
| CONTACT | MR SONG | Payment to be made by: |
| ADDRESS | 16/2B SRI VINAYAKA IND EST BEHIND DAKSHINA HONDA S/R SINGSANDRA HOSUR BANGALORE KARNATAKA | Wire Transfer |
| COUNTRY | INDIA | |
| TEL | 080-42548800 | Payment Terms: 74 days |
| EMAIL | jhsong03@eland.co.kr | |
| Vend Nbr: | 6243 | |
| DUNS #: | 01000997161 | |
| FDA Reg | | |
| MFG id | INELAAPP162BAN | |

| FOREIGN AGENT OFFICE: | KKIN - SEARS SOURCING INDIA PVT LTD |
|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK - SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN - INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| FOB POINT: LOCATION CODE | INMAA1B |
| CITY, COUNTRY | CHENNAI (EX MADRAS), INDIA |

Factory Details                                    Exporter Details

| FACTORY NBR | 105089 |
|---|---|
| NAME | ELAND APPAREL UNIT 4 |
| CONTACT | SELVA KUMAR |
| ADDRESS | 16/2B SRI VINAYAKA IND AREA BEHIND DAKSHINA HONDA SINGASANDRA HOSUR RD BANGALORE KARNATAKA |
| COUNTRY | INDIA |
| TEL | 919900053308 |
| FAX | |
| EMAIL | selva@elandapparel.com |

# PURCHASE ORDER

Order Date: 03-Aug-2018　　DIV: 4　　Last Modified: 03-Aug-2018 (Fri) 05:38 AM (EDT)
Order No: SR2128　　DEPT No: 41　　Last Printed: SRS
　　　　　　　　　　　　　　　　　Buyer: VM1  VICTORIA MOLINA
　　　　　　　　　　　　　　　　　SSM: SG1  SACHIN GOEL

## Warning: PO has Validation Errors

SEARS, ROEBUCK and CO
3333 Beverly Rd
Hoffman Estates, IL 60179

| VENDOR | | TOTAL COST OF ORDER USD |
|---|---|---|
| NAME | ELAND APPAREL LTD | $45,360.60 |
| CONTACT | MR SONG | Payment to be made by: |
| ADDRESS | 16/2B SRI VINAYAKA IND EST BEHIND DAKSHINA HONDA S/R SINGSANDRA HOSUR BANGALORE KARNATAKA | Wire Transfer |
| COUNTRY | INDIA | |
| TEL | 080-42548800 | Payment Terms: 74 days |
| EMAIL | jhsong03@eland.co.kr | |
| Vend Nbr: | 6243 | |
| DUNS #: | 01000997161 | |
| FDA Reg | | |
| MFG id | INELAAPP162BAN | |

| FOREIGN AGENT OFFICE: | KKIN - SEARS SOURCING INDIA PVT LTD |
|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK - SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN - INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| FOB POINT: LOCATION CODE | INMAA1B |
| CITY, COUNTRY | CHENNAI (EX MADRAS), INDIA |

Factory Details　　　　　　　　　　　　　　　　Exporter Details

| FACTORY NBR | 105089 |
|---|---|
| NAME | ELAND APPAREL UNIT 4 |
| CONTACT | SELVA KUMAR |
| ADDRESS | 16/2B SRI VINAYAKA IND AREA BEHIND DAKSHINA HONDA SINGASANDRA HOSUR RD BANGALORE KARNATAKA |
| COUNTRY | INDIA |
| TEL | 919900053308 |
| FAX | |
| EMAIL | selva@elandapparel.com |

TO

Sears Holdings Corporation Claims Processing Center

c/o Prime Clerk LLC

850 3rd Avenue, Suite 412

Brooklyn, NY 11232

T: (844) 384-4460

FROM

    KUMAR.V / VINODH MISHRA

    E-LAND APPAREL LTD.

    #16/2B, Sri Vinayaka Indl Estate, Singasandra,

    Near Dakshin Honda Showroom, Hosur Road, Bangalore - 560 068

    Board Line - 080 – 42548800, Extn - 841, Mobile# +91 9900266493.

**EXPRESS WORLDWIDE** DOX 

2018-10-22 DHL EmailShip 04.02.00 / *16-1407*

From : ELAND APPAREL LTD
Mr.Mydin
16/2B,SINGASANDRA
VINAYAKA INDL ESTATE
HOSUR ROAD
560068 BANGALORE
India

Origin: **BLR**

Contact: Ph: +919900967943

To : Sears Holdings Corporation Claims Processing Cente
Prime Clerk LLC
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Contact Name:
Prime Clerk LLC
eMail: shcvendors@primeclerk.com
Ph: +18443844460

**NEY YORK NY 11232**
United States Of America

**US-LGA-BKL**

Day    Time

RECEIVED   Ref: 531016495

Pce/Shpt Weight   Piece
**0.5 kg    1/1**

OCT 24 2018

PRIME CLERK LLC

Contents: DOCUMENT
1 PICE


WAYBILL 26 9747 6294


(2L)US11232+42000000


(J) JD01 4600 0061 2368 6338