## COMMERCIAL INVOICE

| EXPORTER | FACTORY ADDRESS | INVOICE NO | DATE |
|---|---|---|---|
| E-LAND APPAREL LTD.<br>Factory: NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | E-LAND APPAREL LTD.<br>Factory: NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | EALBAG/251/18-19<br>DELIVERY NO.<br>GSTIN NO  29AACCM6461E1ZF | 24-Aug-18 |

| CONSIGNEE | BUYER ADDRESS |
|---|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL 60179<br>USA | SEARS HOLDING CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL 60179<br>USA |

Vessel/Flight No.    :    BY SEA
Place of departure   :    BANGALORE
Port of Loading      :    CHENNAI
Port of Discharge    :    CHAMBERSBURG,PA
Final Destination    :    CHAMBERSBURG,USA

Terms of Delivery : FCA - CHENNAI
Terms of Payment :              T/T 74 DAYS
Country of Origin : INDIA

| MARKS & NOS.<br>CTN. NOS | DESCRIPTION OF GOODS | | | Quantity in PIECES | Unit Price Piece USD | Amount In USD |
|---|---|---|---|---|---|---|
| | 60% POLYESTERD 40% COTTON WOVEN MENS SHIRTS. | | | | | |
| 01 TO 782 | STYLE<br>MH8RT13814YM | PO NO<br>IN407 | HS CODE<br>62053000 | 4390 | 4.40 | 19,316.00 |
| | Hanger Weight = 4390 pcs * 0.045 = 197.55 Kgs | | | | | |
| | Hanger Value in USD = 4390 pcs * 0.11 = USD - 482.90 | | | | | |
| TOTAL CTNS:<br>GROSS WT:<br>NET WT:<br>CBM: | 782 CTNS<br>1639.522<br>938.512<br>19.61 | | | | | |
| | Total | | | 4390 | | 19,316.00 |

Amount chargeable in (words) : USD - NINETEEN THOUSAND THREE HUNDRED SIXTEEN ONLY.

### SHIPMENT UNDER DUTY DRAW BACK SCHEME

GST NO: 29AACCM6461E1ZF    LUT # 01/2017 : date 07/07/2017,  RANGE SD 7

1 USD =        63.95
INR       1,235,258.20

**BANK DETAILS:**
The Hongkong and Shanghai Banking Corporation Limited
M.G Road, Bangalore
AD CODE NO. : 6500120 8400009
ACCOUNT NUMBER : 073-304230-001
IFSC CODE : HSBC0560002
ONE STAR EXPORT HOUSE NO. ZA/0466 DATED : 20.01.2011
SWIFT : HSBCINBB

Declaration :
We declare that this Invoice shows the actual price of
of the goods described and that all particulars are
true and correct.

For E-LAND APPAREL LTD.

Authorised Signatory

| UPS Supply Chain Solutions | | OTI License No. 275F | UPS SUPPLY CHAIN SOLUTIONS, INC. FORWARDER'S CARGO RECEIPT | |
|---|---|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>E-LAND APPAREL LTD.<br>FACTORY:NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | | | BOOKING NO<br>MAA/1067 | CARGO RECEIPT NO<br>7068691850 |
| | | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>29-AUG-2018 |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>KMART CORPORATION.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL. 60179. USA | | | THIS IS NOT A DOCUMENT OF TITLE<br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br>Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in extern apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt not valid unless verified and signed by an authorized signatory of UP SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on the receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.<br>Declared Value is: _____ | | |
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX : (310) 404 29<br>ATTN: MARY ELLEN WRATSCHKO | | | | |
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>CHENNAI/INDIA | EXPORT LICENSE NO | ORIGINAL | |
| EXPORT CARRIER (VESSEL/VOW/FLAG)<br>OCEAN PROLOGUE V.054 | PORT OF LADING<br>CHENNAI/INDIA | | | |
| PORT OF DISCHARGE<br>NEWARK/USA | PORT OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG, PA 17201./DO | NO OF ORIGINALS<br>0 | | |

PARTICULARS FURNISHED BY SHIPPER

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>CMAU0897285<br>SEALCODE1:<br>G5115966<br>MARKS & NO:<br>CARTON NO: 1-782<br>FCL/FCL 1 X 20' | 782 | CARTON<br>SAID TO CONTAIN<br>60% POLYESTERD 40% COTTON WOVEN MENS SHIRTS.<br>PO NO: IN407 REF:801,802 DEP: 046<br>QTY: 4390 PCS SB NO:7189603 DT:28.8.2018<br>INV NO:EALBAG/251/18-19 DT:24.8.2018<br>FREIGHT COLLECT<br>CARGO GATE IN DATE: 29.08.2018<br>SHIPMENT ETD ON : 06.09.2018<br>FINAL DESTINATION : CHAMBERSBURG, PA 17201. | 1639.520 KG<br>3614.520 LB | 23.942 M:<br>845.392 F: |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on: 29-Aug-2018

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PRIVATE LIMITED

*[signature]*

Issued by CHENNAI

Month Aug    Day 29    Year 2018

Import PO Approval - Print PO Details                                    Page 1 of 13

# PURCHASE ORDER

Order Date: 08-Aug-2018  
Order No: IN407  
DIV: 4  
DEPT No: 46  
Last Modified: 08-Aug-2018 (Wed) 08:23 AM (EDT)  
Last Printed: KIH  
Buyer: VM1  VICTORIA MOLINA  
SSM: SG1  SACHIN GOEL

## Warning: PO has Validation Errors

KMART CORPORATION  
3333 Beverly Rd  
Hoffman Estates, IL 60179

| VENDOR | | TOTAL COST OF ORDER USD |
|---|---|---|
| NAME | ELAND APPAREL LTD | $19,637.20 |
| CONTACT | MR SONG | Payment to be made by: |
| ADDRESS | 16/2B SRI VINAYAKA IND EST BEHIND DAKSHINA HONDA S/R SINGSANDRA HOSUR BANGALORE KARNATAKA | |
| COUNTRY | INDIA | Wire Transfer |
| TEL | 080-42548800 | |
| EMAIL | jhsong03@eland.co.kr | Payment Terms: 74 days |
| Vend Nbr: | 2993 | |
| DUNS #: | 713263 | |
| FDA Reg | | |
| MFG id | INELAAPP162BAN | |

| FOREIGN AGENT OFFICE: | KKIN - SEARS SOURCING INDIA PVT LTD |
|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK - SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN - INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| FOB POINT: LOCATION CODE | INMAA1B |
| CITY, COUNTRY | CHENNAI (EX MADRAS), INDIA |

Factory Details                                         Exporter Details

| FACTORY NBR | 105089 |
|---|---|
| NAME | ELAND APPAREL UNIT 4 |
| CONTACT | SELVA KUMAR |
| ADDRESS | 16/2B SRI VINAYAKA IND AREA BEHIND DAKSHINA HONDA SINGASANDRA HOSUR RD BANGALORE KARNATAKA |
| COUNTRY | INDIA |
| TEL | 919900053308 |
| FAX | |
| EMAIL | selva@elandapparel.com |

## COMMERCIAL INVOICE

| EXPORTER | FACTORY ADDRESS | INVOICE NO | DATE |
|---|---|---|---|
| E-LAND APPAREL LTD.<br>Factory:NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | E-LAND APPAREL LTD.<br>Factory:NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | EALBAG/262/18-19<br>DELIVERY NO.<br><br>GSTIN NO       29AACCM6461E1ZF | 11-Sep-18 |

| CONSIGNEE | DELIVERY ADDRESS |
|---|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL 60179<br>USA | |

| Vessel/Flight No. : |  | Terms of Delivery : FCA - MUMBAI |
|---|---|---|
| Place of departure : | BY SEA | Terms of Payment :    T/T 74 DAYS |
| Port of Loading : | BANGALORE | Country of Origin : INDIA |
| Port of Discharge : | MUMBAI | |
| Final Destination : | CHAMBERSBURG,PA | |
|  | CHAMBERSBURG,USA | |

| MARKS & NOS. | DESCRIPTION OF GOODS | | | | Quantity in PIECES | Unit Price Piece USD | Amount in USD |
|---|---|---|---|---|---|---|---|
| CTN. NOS | 100% COTTON WOVEN MENS SHIRTS. | | | | | | |
|  | STYLE | PO NO | SEQ # | HS CODE | | | |
| 01 TO 28 | MH8DK13308MZ | IN405 | 802 | 62052000 | 166 | 5.70 | 946.20 |
| 29 TO 42 | MH8DK13308MZ | IN406 | 802 | 62052000 | 112 | 5.70 | 638.40 |
| | Hanger Weight = 278 pcs * 0.045 = 12.51 Kgs | | | | | | |
| | Hanger Value in USD = 278 pcs * 0.11 = USD - 30.58 | | | | | | |
| TOTAL CTNS: | 42 CTNS | | | | | | |
| GROSS WT: | 98.670 | | | | | | |
| NET WT: | 60.677 | | | | | | |
| CBM: | 1.14    1.33 | | | | | | |
| | Total | | | | 278 | | 1,584.60 |

Amount chargeable in (words) : USD - ONE THOUSAND FIVE HUNDRED EIGHTY FOUR AND CENTS SIXTY ONLY.

### SHIPMENT UNDER DUTY DRAW BACK SCHEME

| GST NO: 29AACCM6461E1ZF | LUT # 01/2017 : date 07/07/2017 , RANGE SD 7 | 1 USD = | 63.95 |
|---|---|---|---|
| **BANK DETAILS:**<br>The Hongkong and Shanghai Banking Corporation Limited<br>M.G Road, Bangalore<br>AD CODE NO. : 6500120 8400009<br>ACCOUNT NUMBER : 073-304230-001<br>IFSC CODE : HSBC0560002<br>ONE STAR EXPORT HOUSE NO. ZA/0466 DATED : 20.01.2011<br>SWIFT : HSBCINBB | | INR | 101,335.17 |

Declaration :
We declare that this Invoice shows the actual price of
of the goods described and that all particulars are
true and correct.

For E-LAND APPAREL, LTD.

Authorised Signatory

# UPS Supply Chain Solutions

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
E-LAND APPAREL LTD.
FACTORY: NO.97, BASAPURA VILLAGE,
ELECTRONIC CITY POST, BEGUR HOBLI,
BANGALORE - 560100. INDIA.

**BOOKING NO.** 966473379

**CARGO RECEIPT NO.** 7796071008

**EXPORT REFERENCES**
CUST INV NO: 201822054198
CUST PO NO: IN405/406-802

**DATE OF RECEIPT OF CARGO**
18-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PH:(310)404-2792/FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
|  | NHAVA SHEVA, INDIA |  |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING |
|---|---|
| MAERSK CHICAGO 1808 | NHAVA SHEVA, INDIA |

| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
|---|---|---|
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>APMU8055055<br>SEALCODE1:<br>MLIN1609843<br>MARKS & NO:<br>CTN NO:<br>01 TO 28<br>29 TO 42<br><br>FREIGHT COLLECT<br>CFS/DOOR | 1 | 40' HIGH CUBE CONTAINER 42 CARTON<br>SAID TO CONTAIN 42 CARTON<br>100% COTTON WOVEN MENS SHIRTS<br>GTN INV NO : 201822054198<br>PO NO : : IN405 & IN406<br>REF # 802<br>HS CODE: 62052000<br>INV NO: EALBAG/262/18-19 DT: 11.09.2018<br>STYLE: MH8DK13308MZ<br>TOTAL QTY: 278 PCS<br>NET WT: 60.6772 KGS<br>SB NO: 7546665 DT: 12.09.2018<br>SHIPPED ON BOARD: 23.09.2018 | 98.660 KG<br>217.510 LB | 1.331 M3<br>46.998 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE |  | 1 |
| PACKING LIST |  | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by MUMBAI

Month Sep    Day 25    Year 2018

# COMMERCIAL INVOICE

| EXPORTER | FACTORY ADDRESS | INVOICE NO | DATE |
|---|---|---|---|
| E-LAND APPAREL LTD.<br>Factory: NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | E-LAND APPAREL LTD.<br>Factory: NO.97, BASAPURA VILLAGE,<br>ELECTRONIC CITY POST, BEGUR HOBLI,<br>BANGALORE - 560100. INDIA.<br>ID TAX NUMBER : AACCM6461E | EALBAG/268/18-19<br>DELIVERY NO.<br><br>GSTIN NO    29AACCM6461E1ZF | 19-Sep-18 |

| CONSIGNEE | | DELIVERY ADDRESS |
|---|---|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL 60179<br>USA | | |

| | | |
|---|---|---|
| Vessel/Flight No. : | BY SEA | Terms of Delivery : FCA - MUMBAI |
| Place of departure : | BANGALORE | Terms of Payment :    T/T 74 DAYS |
| Port of Loading : | MUMBAI | Country of Origin : INDIA |
| Port of Discharge : | CHAMBERSBURG,PA | |
| Final Destination : | CHAMBERSBURG,USA | |

| MARKS & NOS. CTN. NOS | DESCRIPTION OF GOODS | | | | Quantity in PIECES | Unit Price Piece USD | Amount in USD |
|---|---|---|---|---|---|---|---|
| | 55%COTTON 45%RAYON WOVEN MENS SHIRTS. | | | | | | |
| | STYLE | PO NO | SEQ # | HS CODE | | | |
| 01 TO 716 | MH8DK13300MZ | IN402 | 801 | 6205202066 | 4543 | 6.50 | 29,529.50 |
| 717 TO 806 | MH8DK13300MZ | IN403 | 801 | 6205202066 | 720 | 6.50 | 4,680.00 |
| | Hanger Weight = | 5263 PCS | * 0.045 | 236.84 KGS | | | |
| | Hanger Value in USD | 5263 PCS | * 0.11 | 578.93 KGS | | | |
| TOTAL CTNS: | 806 CTNS | | | | | | |
| GROSS WT: | 2184.172 | | | | | | |
| NET WT: | 1454.976 | | | | | | |
| CBM: | 22.32 | | | | | | |
| | | | Total | | 5263 | | 34,209.50 |

Amount chargeable in (words)  : USD - THIRTY FOUR THOUSAND TWO HUNDRED NINE AND CENTS FIFTY ONLY.

## SHIPMENT UNDER DUTY DRAW BACK SCHEME

| GST NO: 29AACCM6461E1ZF    LUT # 01/2017 : date 07/07/2017 ,  RANGE SD 7 | | |
|---|---|---|
| **BANK DETAILS:**<br>The Hongkong and Shanghai Banking Corporation Limited<br>M.G Road, Bangalore<br>AD CODE NO. : 6500120 8400009<br>ACCOUNT NUMBER : 073304230001<br>IFSC CODE : HSBC0560002<br>ONE STAR EXPORT HOUSE NO. ZA/0466 DATED : 20.01.2011<br>SWIFT : HSBCINBB | | 1 USD =    71.95<br>INR    2,461,373.53 |

Declaration :
We declare that this Invoice shows  the actual price of
of the goods described and that all particulars are
true and correct.

For E-LAND APPAREL LTD.

Authorised Signatory

# UPS Supply Chain Solutions

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

**SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)**
E-LAND APPAREL LTD.
FACTORY:NO.97, BASAPURA VILLAGE,
ELECTRONIC CITY POST, BEGUR HOBLI,
BANGALORE - 560100. INDIA.

**BOOKING NO.**
966544159

**CARGO RECEIPT NO.**
7796124303

**EXPORT REFERENCES**
CUST PO NO:IN402 & IN403-801
CUST INV NO:

**DATE OF RECEIPT OF CARGO**
25-SEP-2018

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792/FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:**

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
|  | NHAVA SHEVA, INDIA |  |
| **EXPORT CARRIER (VESSEL/VOY/FLAG)** | **PORT OF LADING** |  |
| MAERSK PITTSBURGH 1808 | NHAVA SHEVA, INDIA |  |
| **PORT OF DISCHARGE** | **PORT OF DELIVERY BY ON CARRIER** | **NO OF ORIGINALS** |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MSKU4810366 SEALCODE1: MLIN1696702 MARKS & NO: CTN NOS 01 TO 806 FREIGHT COLLECT CFS/DOOR | 1 | 45' HIGH CUBE CONTAINER 806 CARTON SAID TO CONTAIN 806 CARTON 55%COTTON 45%RAYON WOVEN MENS SHIRTS. GT INV NO:201822299229 PO NO: IN402 REF # 801 DIV:4 DEPT NO:046 S/B NO:7790675 DT: 24/9/2018 HTS CODE:6205202066 INVOICE # EALBAG/268/18-19 DATE. 19/09/2018 | 2184.170 KG 4815.270 LB | 23.335 M3 823.959 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE |  | 1 |
| PACKING LIST |  | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

**SHIPPED ON BOARD**
**- 1 OCT 2018**
**FOR UPS SCS, MUMBAI**
**AS AGENT**

For UPS SCS (INDIA) PVT. LTD.

Issued by MUMBAI

AS AGENT

Month Oct    Day 01    Year 2018

Import PO Approval - Print PO Details                                                                 Page 1 of 17

# PURCHASE ORDER

Order Date: 08-Aug-2018  
Order No: IN402  
DIV: 4  
DEPT No: 46  
Last Modified: 08-Aug-2018 (Wed) 06:51 AM (EDT)  
Last Printed: KIH  
Buyer: VM1 VICTORIA MOLINA  
SSM: SG1 SACHIN GOEL

**Warning: PO has Validation Errors**

KMART CORPORATION  
3333 Beverly Rd  
Hoffman Estates, IL 60179

| VENDOR | | TOTAL COST OF ORDER USD |
|---|---|---|
| NAME | ELAND APPAREL LTD | $28,970.50 |
| CONTACT | MR SONG | Payment to be made by: |
| ADDRESS | 16/2B SRI VINAYAKA IND EST BEHIND DAKSHINA HONDA S/R SINGSANDRA HOSUR BANGALORE KARNATAKA | Wire Transfer |
| COUNTRY | INDIA | |
| TEL | 080-42548800 | Payment Terms: 74 days |
| EMAIL | jhsong03@eland.co.kr | |
| Vend Nbr: | 2993 | |
| DUNS #: | 713263 | |
| FDA Reg | | |
| MFG id | INELAAPP162BAN | |

| FOREIGN AGENT OFFICE: | KKIN - SEARS SOURCING INDIA PVT LTD |
|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK - SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN - INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| FOB POINT: LOCATION CODE | INMAA1B |
| CITY, COUNTRY | CHENNAI (EX MADRAS), INDIA |

Factory Details                                          Exporter Details

| FACTORY NBR | 105089 |
|---|---|
| NAME | ELAND APPAREL UNIT 4 |
| CONTACT | SELVA KUMAR |
| ADDRESS | 16/2B SRI VINAYAKA IND AREA BEHIND DAKSHINA HONDA SINGASANDRA HOSUR RD BANGALORE KARNATAKA |
| COUNTRY | INDIA |
| TEL | 919900053308 |
| FAX | |
| EMAIL | selva@elandapparel.com |

Import PO Approval - Print PO Details                                     Page 1 of 9

# PURCHASE ORDER

Order Date: 08-Aug-2018          DIV: 4          Last Modified: 08-Aug-2018 (Wed) 07:38 AM (EDT)
Order No: IN403                  DEPT No: 46     Last Printed: KIH
                                                 Buyer: VM1  VICTORIA MOLINA
                                                 SSM: SG1   SACHIN GOEL

## Warning: PO has Validation Errors

KMART CORPORATION
3333 Beverly Rd
Hoffman Estates, IL 60179

| VENDOR | | TOTAL COST OF ORDER USD |
|---|---|---|
| NAME | ELAND APPAREL LTD | $4,680.00 |
| CONTACT | MR SONG | Payment to be made by: |
| ADDRESS | 16/2B SRI VINAYAKA IND EST BEHIND DAKSHINA HONDA S/R SINGSANDRA HOSUR BANGALORE KARNATAKA | |
| | | Wire Transfer |
| COUNTRY | INDIA | |
| TEL | 080-42548800 | Payment Terms: 74 days |
| EMAIL | jhsong03@eland.co.kr | |
| Vend Nbr: | 2993 | |
| DUNS #: | 713263 | |
| FDA Reg | | |
| MFG id | INELAAPP162BAN | |

| FOREIGN AGENT OFFICE: | KKIN - SEARS SOURCING INDIA PVT LTD |
|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK - SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN - INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| FOB POINT: LOCATION CODE | INMAA1B |
| CITY, COUNTRY | CHENNAI (EX MADRAS), INDIA |

Factory Details                                   Exporter Details

| FACTORY NBR | 105089 |
|---|---|
| NAME | ELAND APPAREL UNIT 4 |
| CONTACT | SELVA KUMAR |
| ADDRESS | 16/2B SRI VINAYAKA IND AREA BEHIND DAKSHINA HONDA SINGASANDRA HOSUR RD BANGALORE KARNATAKA |
| COUNTRY | INDIA |
| TEL | 919900053308 |
| FAX | |
| EMAIL | selva@elandapparel.com |

TO

Sears Holdings Corporation Claims Processing Center

c/o Prime Clerk LLC

850 3rd Avenue, Suite 412

Brooklyn, NY 11232

T: (844) 384-4460

FROM

    KUMAR.V / VINODH MISHRA

    E-LAND APPAREL LTD.

    #16/2B, Sri Vinayaka Indl Estate, Singasandra,

    Near Dakshin Honda Showroom, Hosur Road, Bangalore - 560 068

    Board Line - 080 – 42548800, Extn - 841, Mobile# +91 9900266493.



**EXPRESS WORLDWIDE** DOX **DHL**

2018-10-22 DHL EmailShip 04.02.00 / *16-1407*

From: ELAND APPAREL LTD
Mr.Mydin
16/2B,SINGASANDRA
VINAYAKA INDL ESTATE
HOSUR ROAD
560068 BANGALORE
India

Origin: **BLR**

Contact: Ph: +919900967943

To: Sears Holdings Corporation Claims Processing Cente
Prime Clerk LLC
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Contact Name: Prime Clerk LLC
eMail: shcvendors@primeclerk.com
Ph: +18443844460

**NEY YORK NY 11232**
United States Of America

**US-LGA-BKL**

Ref: 531016495

Pce/Shpt Weight: 0.5 kg    Piece: 1/1

RECEIVED
OCT 24 2018

PRIME CLERK LLC



Contents: DOCUMENT
1 PICE

WAYBILL 26 9747 6294



(2L)US11232+42000000



(J) JD01 4600 0061 2368 6338