**DAVIDOFF HUTCHER & CITRON LLP**
605 Third Avenue
New York, NY 10158
David H. Wander, Esq.
dhw@dhclegal.com
212.557.7200 (tel)
212.286.1884 (fax)
*Attorneys for Stolaas Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, <br> Debtors. | Case No. 18-23538 (RDD) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PROCESS

**PLEASE TAKE NOTICE** that DAVIDOFF, HUTCHER & CITRON LLP hereby appears in this case as attorneys for **Stolaas Company** and pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, demands that all notices given in this case and all papers served or filed be given to and served upon the undersigned at the following address:

> DAVIDOFF HUTCHER & CITRON LLP
> Attn: David H. Wander, Esq.
> 605 Third Avenue
> New York, New York 10158
> (212) 557-7200 telephone
> (212) 286-1884 facsimile
> dhw@dhclegal.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes the notices and papers referred to in the Bankruptcy Rules

669318v.1

specified above and all applications, motions, pleadings, requests, complaints and other documents filed in this case.

Dated: New York, New York
      October 22, 2019

                                        DAVIDOFF HUTCHER & CITRON LLP

                                        By: /s/ David H. Wander
                                              David H. Wander, Esq.
                                        605 Third Avenue, 34th Floor
                                        New York, New York 10158
                                        (212) 557-7200
                                        dhw@dhclegal.com
                                        *Attorneys for Stolaas Company*