**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                                    )
In re:                                              )    Chapter 11
                                                    )
SEARS HOLDING CORPORATION, et al                    )    Case No. 18-23538-rdd
                                                    )
           Debtors.                                 )    (Jointly Administered)
                                                    )
--------------------------------------------------- x

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

**PLEASE TAKE NOTICE** that effective October 14, 2019, Devon J. Eggert, Esq. counsel for True Value Company, a creditor in the above-captioned case has changed firms and is now employed at the firm of Beck, Chaet, Bamberger & Polsky, S.C.

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address, facsimile number, telephone number and e-mail address:

Devon J. Eggert, Esq.
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI  53202
Phone:  414-390-5928
Fax:  414-273-8876
Email:  deggert@bcblaw.net

Dated this 23rd day of October, 2019.

BECK, CHAET, BAMBERGER & POLSKY, S.C.

By: */s/ Devon J. Eggert*
    Devon J. Eggert, Esq.
    Two Plaza East, Suite 1085
    330 East Kilbourn Avenue
    Milwaukee, WI 53202
    Telephone: (414) 390-5928
    Facsimile: (414) 273-7786
    Email: deggert@bcblaw.net
    Counsel to True Value Company