IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re ) | Chapter 11 | |
| ) | | |
| SEARS HOLDINGS CORPORATION, et al. ) | Case No: 18-23538 (RDD) | |
| ) | | |
| Debtors. ) | (Jointly Administered) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion for Relief from Automatic Stay filed by Johnna Richert, a Creditor in the above styled and numbered cause, is set for hearing on November 20, 2019 at 10:00 A.M. in the United States Bankruptcy Court, Southern District of New York.

Respectfully submitted,

JAMES DEAN WALKER LAW, LLC
1656 Washington Street, Suite 130
Kansas City, MO  64108
Phone: 816-474-8128
Facsimile: 816-474-7411

By:  /s/ *James D. Walker, Jr.*
James D. Walker
Missouri State Bar No. 29778
jwalker@jamesdwalkerlaw.com

*ATTORNEY FOR CREDITOR/MOVANT*
*JOHNNA RICHERT*

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that a true and correct copy of the above and foregoing was served on all parties and/or attorney of record via CM/ECT on this 23rd day of October 2019. Debtors' counsel in the State Court Action is likewise copied in the manner indicated below.

Via email: rogers@bscr-law.com
Shawn M. Rogers
BAKER STERCHI COWDEN & RICE
2400 Pershing Road, Suite 500
Kansas City, MO  64108
816-471-2121 – Phone
816-472-0288 – Fax
Attorneys for Defendant K-Mart Corporation

                                                           */s/James D. Walker*
                                                           James D. Walker