UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FIRST QUARTERLY REPORT OF
ACUMEN RECOVERY SERVICES, LLC FOR ALLOWANCE OF
CONTINGENT FEES AND REIMUBRSEMENT OF EXPENSES
FOR THE PERIOD FROM APRIL 1, 2019 THROUGH SEPTEMBER 30, 2019**

**NOTICE IS HEREBY GIVEN** that Acumen Recovery Services, LLC ("Acumen"), as provider of preference action recovery and analysis services to the Debtors, has filed its First Quarterly Report for Allowance of Contingent Fees and Reimbursement of Expenses for the Period From April 1, 2019 through September 30, 2019, seeking allowance and payment of Acumen's contingent fees in the amount of $35,781.99 and actual and necessary expenses in the amount of $10,100.48 (the "First Quarterly Report").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

**NOTICE IS FURTHER GIVEN** that objections, if any, to the First Quarterly Report and request for allowance of Acumen's contingent fees and reimbursement of expenses must be filed with the Clerk of the Court and served upon: (i) Acumen Recovery Services, LLC, 747 Third Avenue, 2nd Floor, New York, NY 10017 (Attn: Michael A. Cohen) and (ii) the Standard Parties as defined and designated in the Bankruptcy Court's Amended Order Implementing Certain Notice and Case Management Procedures, dated November 1, 2018 (D.I. No. 405), so as to be received no later than **November 15, 2019 at 4:00 p.m. (prevailing Eastern Time)**.  A hearing on the First Quarterly Report shall be held only in the event timely objections are filed.  In the event timely objections are filed, a hearing on the First Quarterly Report and the objection(s) thereto will be scheduled and further notice of the date and time of such hearing will be provided.

**NOTICE IS FURTHER GIVEN** that, in the absence of any timely objection to the First Quarterly Report, Katten Muchin Rosenman LLP, special counsel to the Debtors, shall file a certificate of no objection with the Bankruptcy Court, after which the fees and expenses requested in the First Quarterly Report may be allowed by the Bankruptcy Court on an interim basis.

Dated: October 23, 2019

                                         **ACUMEN RECOVERY SERVICES, LLC**

                                         By: /s/  *Michael A. Cohen*
                                         Michael A. Cohen
                                         Chief Executive Officer

                                         747 Third Avenue, 2nd Floor
                                         New York, NY 10016
                                         Telephone: (212) 795-6967
                                         Email: mcohen@acumenrecovery.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**FIRST QUARTERLY REPORT OF ACUMEN RECOVERY SERVICES, LLC FOR ALLOWANCE OF CONTINGENT FEES AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM APRIL 1, 2019 THROUGH SEPTEMBER 30, 2019</u>**

| | |
|---|---|
| Name of Applicant: | Acumen Recovery Services, LLC |
| Date of Retention | June 26, 2019, *Nunc Pro Tunc* to April 1, 2019 |
| Period for which allowance of contingent fees and reimbursement of expenses are sought: | April 1, 2019 through September 30, 2019 |
| Amount of contingent fees sought: | $35,781.99 |
| Amount of reasonable and necessary expense reimbursement sought: | $10,100.48 |
| Exhibit A: | Summary of Contingency Fees and Reimbursable Expenses Sought |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

1. Acumen Recovery Services, LLC ("Acumen") hereby files its first quarterly report seeking allowance of its contingency fees and reimbursement of its actual and necessary expenses for the period from April 1, 2019 through September 30, 2019 (the "Applicable Period") in accordance with the Bankruptcy Court's Amended Order, dated June 26, 2019, Authorizing the Employment and Retention of Acumen Recovery Services, LLC to Provide Preference Action Recovery and Analysis Services to the Debtors, Effective *Nunc Pro Tunc* to April 1, 2019 [D.I. 4362].

2. For the Applicable Period, Acumen's contingent fees are in the amount of $35,781.99 and its reimbursable actual and necessary expenses are in the amount of $10,100.48.

Dated: October 23, 2019

**ACUMEN RECOVERY SERVICES, LLC**

By: /s/ *Michael A. Cohen*
    Michael A. Cohen
    Chief Executive Officer

747 Third Avenue, 2nd Floor
New York, NY 10016
Telephone: (212) 795-6967
Email: mcohen@acumenrecovery.com

US_141921130v1_392655-00001 10/23/2019 2:32 PM

# EXHIBIT A

**Contingent Fee:** 3.5% of gross recoveries of $1,022,342.77:     $35,781.99

| **Expense Category:** | **Service Provider:** | **Cost:** |
|---|---|---|
| Photocopy Costs | Toppan Vintage | $7,167.01 |
| Postage | | $2,933.47 |
| **TOTAL**: | | $10,100.48 |