DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
David H. Wander, Esq. (dhw@dhclegal.com)
Garrett Kingman, Esq. (gk@dhclegal.com)
*Attorneys for Eric Jay Ltd.*

**Hearing Date and Time:**
November 20, 2019 at 10:00 am
(EST)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re:

SEARS HOLDING CORPORATION, *et al.*,

Debtor.

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

------------------------------------------------------------ X

### DECLARATION BY STEVEN GOTTLIEB IN SUPPORT OF ERIC JAY LTD'S OPPOSITION TO DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS [DOC 5236]

STEVEN GOTTLIEB, declares under 28 U.S.C. §1746:

1.      I am the Vice-President of Eric Jay, Ltd. ("Eric Jay") and I submit this declaration in support of Eric Jay's opposition to the Debtors' ninth omnibus objection to claims [Doc 5236].

2.      Eric Jay was a domestic vendor of the Debtors, providing apparel goods.

3.      Eric Jay's goods were manufactured in India and the production process took approximately 90 days.

4.      The goods were then shipped (by boat) to the United States and then (by truck) to Eric Jay's warehouse in New Jersey.  This shipping process took approximately 45 days.

5.      The goods would remain at Eric Jay's warehouse for varying amounts of time before being picked up by a trucking company and delivered, upon information and belief, the same day to a consolidator in New Jersey.

668832v.1

6.     The goods would remain with the consolidator, upon information and belief, for varying amounts of time before they were shipped (by truck or rail) to a Sears' or Kmart distribution center in Pennsylvania or California.

7.     Until the goods were received by Sears/Kmart at a distribution center, upon information and belief, Eric Jay could stop the goods in transit.

8.     The actual dates the goods were received by Sears at its distribution center is known, upon information and belief, by the Debtors and their consolidators; however, the actual dates of receipt have not been provided to Eric Jay.

9.     The proof of claim filed by Eric Jay, Claim No. 16591 for $195,552, includes both its §503(b)(9) claim and unsecured claim **(Exhibit A)**, and the invoices for the goods that, upon information and belief, were likely received by Sears within the twenty (20) days of Sears' bankruptcy filing on October 15, 2018.  However, upon review of the filed proof of claim, I noticed that the attachment with invoices for Eric Jay's §503(b)(9) claim for $102,053.70 **(Exhibit B)** and the attachment with invoices for Eric Jay's unsecured claim for $93,498.30 **(Exhibit C)** were reversed.  In other words, Eric Jay's §503(b)(9) claim should be $93,498.30 and the unsecured claim should be $102,053.70.  Accordingly, Eric Jay has filed an amended claim.  **Exhibit D.**

10.     The Debtors' objection to Eric Jay's proof of claim provides no information about the dates the Debtors' received Eric Jay's goods.  Instead, the Debtors' objections contains a vague, generic statement that "[t]he goods were not received within 20 days of the bankruptcy filing."

11.     After the Debtors review Eric Jay's amended claim, if they still dispute the dates of receipt, the only way to resolve the issue is for the Debtor to produce the proofs of delivery.

2

Accordingly, the Debtor's objection to Eric Jay's proof of claim should not be resolved as a matter of law. Rather, Eric Jay should be afforded limited discovery to present a complete record for the Court to rule on the Debtors' claim objection, if they object to the amended claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _ day of October, 2019.

_____
Steven Gottlieb

3

668832v.1

# EXHIBIT - A

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☒ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim
04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **ERIC JAY LTD** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> David H. Wander, Esq. <br> Davidoff Hutcher & Citron LLP <br> 605 Third Avenue <br> New York, New York 10158 <br><br> Contact phone  (212) 557-7200 <br> Contact email  dhw@dhclegal.com | **Where should payments to the creditor be sent?** (if different) <br><br><br> Contact phone _____ <br> Contact email _____ |
| 4. | Does this claim amend one already filed? | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known)_____    Filed on ___/___/___ <br>                                                         MM  / DD  / YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Claim Number: 16591**

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   8   4   6   5 |
| **7. How much is the claim?** | $ 195,552.00     . Does this amount include interest or other charges?<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Goods sold and delivered |
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____ |
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |
| | *\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.* | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No | |
| | ☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ 102,053.70 |

---

## Part 3:    Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | *Check the appropriate box:* |
|---|---|
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the creditor. |
| | ☑ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | Signature: *David Wander* |
| | David Wander (Apr 10, 2019) |
| | Email: dhw@dhclegal.com |
| | _____ |
| | Signature |

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| Name | David | H. | Wander |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Partner | | |
| Company | Davidoff Hutcher & Citron LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 605 Third Avenue | | |
| | Number    Street | | |
| | New York | NY | 10158 |
| | City | State | ZIP Code |
| Contact phone | (212) 557-7200 | Email | dhw@dhclegal.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **have supporting documentation.**
   (attach below)

☐ do **not** have supporting documentation.

📎 Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                            12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

▨ **Fill in all of the information about the claim as of the date the case was filed.**

▨ **Fill in the caption at the top of the form.**

▨ **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

▨ **Attach any supporting documents to this form.**
Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

▨ **Do not attach original documents because attachments may be destroyed after scanning.**

▨ **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

▨ **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

▨ **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

# EXHIBIT - B

**SEARS HOLDING CORPORATION** *et al.* **CASE No.: 18-23538 (RDD)**
**ERIC JAY LTD**
**ATTACHMENT TO § 503(b)(9) CLAIM**

| INVOICE NO. | AMOUNT ($) |
|---|---|
| 6298 | 16,877.70 |
| 6371 | 9,632.70 |
| 6372 | 7,421.40 |
| 6373 | 6,306.30 |
| 6374 | 20,017.20 |
| 6375 | 13,948.20 |
| 6376 | 9,634.80 |
| 6382 | 9,830.10 |
| 6383 | 8,385.30 |
| TOTAL: | 102,053.70 |

635381v.1

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

**6298**

Page 1 of 1

| | |
|---|---|
| CUSTOMER  KMART | STORE:8780    DEPT: 027 |
| KMART CORPORATION | SEARS HOLDINGS DC# 8780 |
| GOVERPORT DC#08936 | 3100 MILLIKEN AVENUE |
| 4400 HAMILTON ROAD | |
| GROVEPORT          OH    43125 | MIRA LOMA          CA    91752 |

DIV  A

Phone ( )    -              Fax ( )    -

Customer P/O# 08780028973

| | |
|---|---|
| Invoice No.  6298 | Factor |
| Invoice Date 07/12/2018 | Status |
| SO # 7281 | Old ID |
| Ordered Date 05/26/2018 | |
| Due Date 09/10/2018 | |
| FOB | |

Terms 27    NET 60

Shipvia GBEA    GILBERT EXPRESS
EDI ORDER(Original)

Phone: 1 001       EJ
Currency

| # | Style | Color | Season | Group | S | M | L | XL | 1X | 2X | 3X | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|---|---|---|----|----|----|----|-----------|------------|------------|
| 28131491 | | BLUE | | | 123 | 123 | 246 | 246 | | | | 738 | $10.85 | $8,007.30 |
| 1 | CAMBRIC DRS | | | | | | | | | | | | | |

SKU:8718091110046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;Inner
Box:6;Qty:6,SKU:8718091110046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;!
Box:6;Qty:6,SKU:8718091110046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;!
Box:6;Qty:6,SKU:8718091110046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;!
Box:6;Qty:6

| # | Style | Color | Season | Group | 1X | 2X | 3X | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|----|----|----|-----------|------------|------------|
| 88131491 | | BLUE | | | 256 | 256 | 256 | 768 | $11.55 | $8,870.40 |
| 2 | CAMBRIC DRS | | | | | | | | | |

SKU:8718091110500;IN:009732943;UK:008718091110500;PR:RO;VN:88131491-PP;;Inner
Box:6;Qty:6,SKU:8718091110500;IN:009732943;UK:008718091110500;PR:RO;VN:88131491-PP;;!
Box:6;Qty:6,SKU:8718091110500;IN:009732943;UK:008718091110500;PR:RO;VN:88131491-PP;;!
Box:6;Qty:6

Total Pieces:          1506

Boxes:          251
Weight:          3012

| | | |
|---|---|---|
| Item SubTotal: | | $16,877.70 |
| Misc: | | $0.00 |
| Freight: GILBERT EXPRE | | $0.00 |
| Payment: | $0.00    Invoice Total: | $16,877.70 |
| | Balance Due: | $16,877.70 |

# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

**6371**

Page 1 of 1

| | |
|---|---|
| STORE: 8780 | DEPT: 027 |

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE

MIRA LOMA                CA    91752

Phone ( )  -                Fax ( )  -

CUSTOMER KMART                DIV   A

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH    43125

| | | |
|---|---|---|
| Invoice No. | 6371 | |
| Invoice Date | 08/24/2018 | |
| SO # | 7372 | |
| Ordered Date | 08/14/2018 | |
| Due Date | 10/23/2018 | |
| FOB | | |

Customer P/O# 08780035631

Terms 27    NET 60

Shipvia GBEA    GILBERT EXPRESS

EDI ORDER(Original)

Factor

Status

Old ID

EJ

Currency

| # | Style | Color | Season | Group | 1X | 2X | 3X | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88200978 | | BLACK | | | 278 | 278 | 278 | 1 001 | 2 | 834 | $11.55 | $9,632.70 |
| 1 | GAUZE DRS | | | | | | | | | | | |

SKU:87180911113;IN:006169733;UK:0087180911132;PR:RO;VN:88200978-PP;Inner
Box:6;Qty:6,SKU:87180911113;IN:006169733;UK:0087180911132;PR:RO;VN:88200978-PP;:1
Box:6;Qty:6,SKU:87180911113;IN:006169733;UK:0087180911132;PR:RO;VN:88200978-PP;:1
Box:6;Qty:6

Total Pieces:    834

Boxes:    139
Weight:    1668

| | | |
|---|---|---|
| Item SubTotal: | | $9,632.70 |
| Misc: | | $0.00 |
| Freight: | GILBERT EXPRE | $0.00 |
| Payment: | $0.00    Invoice Total: | $9,632.70 |
| | Balance Due: | $9,632.70 |

# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

6372

Page 1 of 1

| | | |
|---|---|---|
| B **CUSTOMER** KMART | DIV A | STORE:8781    DEPT: 027 |
| KMART CORPORATION | | SEARS HOLDINGS DC# 8781 |
| GOVERPORT DC#08936 | | 1475 NITTERHOUSE DRIVE |
| 4400 HAMILTON ROAD | | |
| GROVEPORT        OH    43125 | | CHAMBERSBURG        PA    17201 |

Phone ( ) –            Fax ( ) –

Customer P/O# 08781009619

Factor

Status

Old ID

Currency

| Invoice No. | 6372 |
|---|---|
| Invoice Date | 08/27/2018 |
| SO # | 7374 |
| Ordered Date | 08/14/2018 |
| Due Date | 10/26/2018 |
| FOB | |

Terms 27    NET 60

Shipvia GBEA    GILBERT EXPRESS

EDI ORDER(Original)

| # | Style | Color | Season | Group: | S | M | L | XL | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 28200978 | | | | | | | | | | | |
| 1 | GAUZE DRS | BLACK | | | 114 | 114 | 228 | 228 | | 684 | $10.85 | $7,421.40 |
| | | | | SKU:8718091109;IN:006169663;UK:008718091110S5;PR:RO;VN:28200978-PP-;;Inner | | | | | | | | |
| | | | | Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091110S5;PR:RO;VN:28200978-PP-;;| | | | | | | | | |
| | | | | Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091110S5;PR:RO;VN:28200978-PP-;;| | | | | | | | | |
| | | | | Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091110S5;PR:RO;VN:28200978-PP-;;| | | | | | | | | |
| | | | | Box:6;Qty:6 | | | | | | | | |

Total Pieces:    684

Boxes:    114

Weight:    1368

| | | |
|---|---|---|
| Item SubTotal: | | $7,421.40 |
| Misc: | | $0.00 |
| Freight: GILBERT EXPRE | | $0.00 |
| | Invoice Total: | $7,421.40 |
| Payment: | $0.00    Balance Due: | $7,421.40 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

6373

Page 1 of 1

| | |
|---|---|
| **S O L D** | **B** CUSTOMER KMART    DIV  A |
| | KMART CORPORATION |
| | GOVERPORT DC#08936 |
| | 4400 HAMILTON ROAD |
| | GROVEPORT    OH    43125 |

| **S H I P T O** | STORE:8781    DEPT: 027 |
|---|---|
| | SEARS HOLDINGS DC# 8781 |
| | 1475 NITTERHOUSE DRIVE |
| | |
| | CHAMBERSBURG    PA    17201 |

Phone ( )  -    Fax ( )  -

Customer P/O# 08781009620

Invoice No. 6373
Invoice Date 08/28/2018    Terms 27    NET 60    Factor
SO # 7375    Shipvia GBEA   GILBERT EXPRESS    Status
Ordered Date 08/14/2018    EDI ORDER(Original)    Old ID
Due Date 10/27/2018
FOB    Currency

| # Style | Color | Season | Group | 1X | 2X | 3X | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|
| 88200978 | BLACK | | | 182 | 182 | 182 | 546 | $11.55 | $6,306.30 |
| 1  GAUZE DRS | | | | | | | | | |

R 1.001    EJ
P 2

SKU:8718091113;IN:006169733;UK:008718091113;IN:006169733;PR:RO;VN:88200978-PP-;Inner
Box:6;Qty:6,SKU:8718091113;IN:006169733;UK:008718091113;UK:008718091113;PR:RO;VN:88200978-PP-;I
Box:6;Qty:6,SKU:8718091113;IN:006169733;UK:008718091113;IN:006169733;PR:RO;VN:88200978-PP-;I
Box:6;Qty:6

| | |
|---|---|
| Total Pieces: | 546 |
| Boxes: | 91 |
| Weight: | 1092 |

| | | |
|---|---|---|
| Item SubTotal: | | $6,306.30 |
| Misc: | | $0.00 |
| Freight: GILBERT EXPRE | | $0.00 |
| Invoice Total: | | $6,306.30 |
| Payment:    $0.00    Balance Due: | | $6,306.30 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

# INVOICE

**6374**

Page 1 of 1

| | |
|---|---|
| Invoice No. | 6374 |
| Invoice Date | 08/27/2018 |
| SO # | 7370 |
| Ordered Date | 08/14/2018 |
| Due Date | 10/26/2018 |
| FOB | |

CUSTOMER  KMART          DIV  A

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH    43125

STORE: 8780          DEPT: 027

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE

MIRA LOMA          CA    91752

Phone ( ) -          Fax ( ) -

Customer P/O# 08780035629

Terms 27     NET 60
Shipvia GBEA    GILBERT EXPRESS
EDI ORDER(Original)

Factor
Status
Old ID

Currency          EJ

| Style | Color | Season | Group | S | M | L | XL | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28124861 | ROYAL | | | 151 | 151 | 302 | 302 | | 906 | $10.85 | $9,830.10 |
| 1  CAMBRIC DRS | | | | | | | | | | | |

SKU:8718091110;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;:Inner
Box:6;Qty:6 SKU:8718091110;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;:|
Box:6;Qty:6;SKU:8718091110;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;:|
Box:6;Qty:6;SKU:8718091110;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;:|
Box:6;Qty:6

| Style | Color | Season | Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 88124861 | ROYAL | | | 294 | 294 | 294 | | 882 | $11.55 | $10,187.10 |
| 2  CAMBRIC DRS | | | | | | | | | | |

SKU:8718091117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;:Inner
Box:6;Qty:6;SKU:8718091117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;:|
Box:6;Qty:6;SKU:8718091117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;:|
Box:6;Qty:6;SKU:8718091117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;:|
Box:6;Qty:6

Total Pieces:          1788

Boxes:          298
Weight:          3576

Item SubTotal:          $20,017.20
Misc:          $0.00
Freight: GILBERT EXPRE          $0.00

Payment:          $0.00     Invoice Total:          $20,017.20
                            Balance Due:          $20,017.20

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

**6375**

Page 1 of 1

| | |
|---|---|
| CUSTOMER KMART | STORE: 8781    DEPT: 027 |
| KMART CORPORATION | SEARS HOLDINGS DC# 8781 |
| GOVERPORT DC#08936 | 1475 NITTERHOUSE DRIVE |
| 4400 HAMILTON ROAD | |
| GROVEPORT        OH        43125 | CHAMBERSBURG        PA    17201 |

DIV  A

Phone ( )  -        Fax ( )  -

Invoice No.  6375
Invoice Date  08/28/2018          Customer P/O# 08781009618          Factor
SO # 7373                         Terms 27    NET 60                  Status
Ordered Date  08/14/2018          Shipvia GBEA    GILBERT EXPRESS     Old ID
Due Date  10/27/2018              EDI ORDER(Original)
FOB                                                                   Currency    EJ

| # Style | Color | Season Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|
| 28124861 | ROYAL | | 111 | 111 | 222 | 222 | 1 001 | | |
| 1 CAMBRIC DRS | | | | | | | 666 | $10.85 | $7,226.10 |

SKU:8718091100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;::Inner
Box:6;Qty:6,SKU:8718091100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;::
Box:6;Qty:6,SKU:8718091100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;::
Box:6;Qty:6,SKU:8718091100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;::
Box:6;Qty:6

| # Style | Color | Season Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|
| 88124861 | ROYAL | | 194 | 194 | 194 | | 2 | | |
| 2 CAMBRIC DRS | | | | | | | 582 | $11.55 | $6,722.10 |

SKU:8718091117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;::Inner
Box:6;Qty:6,SKU:8718091117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;::
Box:6;Qty:6,SKU:8718091117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;::
Box:6;Qty:6

| | | |
|---|---|---|
| Total Pieces: | 1248 | Item SubTotal: | $13,948.20 |
| | | Misc: | $0.00 |
| Boxes: | 208 | Freight: GILBERT EXPRE | $0.00 |
| Weight: | 2496 | Invoice Total: | $13,948.20 |
| | | Payment:    $0.00    Balance Due: | $13,948.20 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

**INVOICE**                    **6376**

Page 1 of 1

| | |
|---|---|
| Invoice No. | 6376 |
| Invoice Date | 08/28/2018 |
| SO # | 7371 |
| Ordered Date | 08/14/2018 |
| Due Date | 10/27/2018 |
| FOB | |

**B** CUSTOMER KMART          **DIV** A

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH    43125

Customer P/O# 08780035630

Terms 27    NET 60

Shipvia GBEA    GILBERT EXPRESS

EDI ORDER(Original)

**S** STORE:8780    DEPT: 027

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE

MIRA LOMA          CA    91752

Phone ( ) -          Fax ( ) -

Currency

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|---|---|---|----|-----------|-----------|-----------|
| 1 | 28200978 | BLACK GAUZE DRS | | | 148 | 148 | 296 | 296 | 888 | $10.85 | $9,634.80 |

SKU:8718091110991;IN:006169663;UK:008718091111095;PR:RO;VN:28200978-PP-;Inner
Box:6;Qty:6,SKU:8718091110991;IN:006169663;UK:008718091111095;PR:RO;VN:28200978-PP-;!
Box:6;Qty:6,SKU:8718091110991;IN:006169663;UK:008718091111095;PR:RO;VN:28200978-PP-;!
Box:6;Qty:6,SKU:8718091110991;IN:006169663;UK:008718091111095;PR:RO;VN:28200978-PP-;!
Box:6;Qty:6

| | |
|---|---|
| Total Pieces: | 888 |
| Boxes: | 148 |
| Weight: | 1776 |

| | | |
|---|---|---|
| Item SubTotal: | | $9,634.80 |
| Misc: | | $0.00 |
| Freight: GILBERT EXPRE | | $0.00 |
| Payment: | $0.00    Invoice Total: | $9,634.80 |
| | Balance Due: | $9,634.80 |

Factor

Status

Old ID

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE                          6382

Page 1 of 1

**SOLD TO**
CUSTOMER  KMART
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH    43125
DIV  A

**SHIP TO**
STORE: 8780         DEPT: 027
SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA          CA    91752

Phone ( )  -                 Fax ( )  -

| | |
|---|---|
| Invoice No. | 6382 |
| Invoice Date | 08/31/2018 |
| SO # | 7299 |
| Ordered Date | 06/22/2018 |
| Due Date | 10/30/2018 |
| FOB | |

| | |
|---|---|
| Customer P/O# | 0878031104 |
| Terms | 27   NET 60 |
| Shipvia | GBEA   GILBERT EXPRESS |
| | EDI ORDER(Original) |

| | | | |
|---|---|---|---|
| Factor | | | |
| Status | | | |
| Old ID | | | |

| Phone | 1 001 | EJ |
| Currency | 2 | |

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28101757 | GREEN | | | 74 | 74 | 148 | 148 | 444 | $10.85 | $4,817.40 |
| | CAMBRIC DRS | | | | | | | | | | |

SKU:871809110821;IN:006160994;UK:008718091108221;PR:RO;VN:28101757-PP-;Inner
Box:6;Qty:6,SKU:871809110821;IN:006160994;UK:008718091108221;PR:RO;VN:28101757-PP-;!
Box:6;Qty:6,SKU:871809110821;IN:006160994;UK:008718091108221;PR:RO;VN:28101757-PP-;!
Box:6;Qty:6,SKU:871809110821;IN:006160994;UK:008718091108221;PR:RO;VN:28101757-PP-;!
Box:6;Qty:6

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 28234261 | GREEN | | | 77 | 77 | 154 | 154 | 462 | $10.85 | $5,012.70 |
| | GAUZE DRS | | | | | | | | | | |

SKU:871809110913;IN:006163137;IN:006163137;UK:008718091109131;PR:RO;VN:28234261-PP-;;Inner
Box:6;Qty:6,SKU:871809110913;IN:006163137;UK:008718091109131;PR:RO;VN:28234261-PP-;!
Box:6;Qty:6,SKU:871809110913;IN:006163137;UK:008718091109131;PR:RO;VN:28234261-PP-;!
Box:6;Qty:6,SKU:871809110913;IN:006163137;UK:008718091109131;PR:RO;VN:28234261-PP-;!
Box:6;Qty:6

Total Pieces:  906

|  | |
|---|---|
| Item Sub Total: | $9,830.10 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Invoice Total: | $9,830.10 |
| Payment:  $0.00   Balance Due: | $9,830.10 |

Boxes:   151
Weight:  1812

# INVOICE

**6383**

Page 1 of 1

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

**STORE: 8780**   **DEPT: 027**

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE

MIRA LOMA          CA      91752

Phone ( ) -          Fax ( ) -

**CUSTOMER** KMART          **DIV** A

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH      43125

Customer P/O# 0878003103

Terms 27      NET 60

Shipvia GBEA    GILBERT EXPRESS

EDI ORDER(Original)

Invoice No. 6383
Invoice Date 08/31/2018
SO # 7298
Ordered Date 06/22/2018
Due Date 10/30/2018
FOB

Factor

Status

Oid ID

| # | Style | Color | Season | Group | 1X | 2X | 3X | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|----|----|----|-----------|-----------|-----------|
| 1 | 88101757 CAMBRIC DRS | GREEN | | P1 001 | 128 | 128 | 128 | 384 | $11.55 | $4,435.20 |

SKU:8718091106;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP;;|
Box:6;Qty:6.SKU:8718091106;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP;;|
Box:6;Qty:6.SKU:8718091106;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP;;|
Box:6;Qty:6

| 2 | 88234261 GAUZE DRS | GREEN | | EJ 2 | 114 | 114 | 114 | 342 | $11.55 | $3,950.10 |

SKU:8718091095;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP;;|
Box:6;Qty:6.SKU:8718091095;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP;;|
Box:6;Qty:6.SKU:8718091095;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP;;|
Box:6;Qty:6

Currency

Total Pieces:     726

Boxes:     121
Weight:    1452

Item SubTotal:                              $8,385.30
Misc:                                        $0.00
Freight: GILBERT EXPRE                       $0.00
Payment: $0.00        Invoice Total:        $8,385.30
                      Balance Due:          $8,385.30

# EXHIBIT - C

**SEARS HOLDING CORPORATION** *et al.* **CASE No.: 18-23538 (RDD)**
**ERIC JAY LTD**
**ATTACHMENT TO UNSECURED CLAIM**

| INVOICE NO. | AMOUNT ($) |
|---|---|
| 6392 | 30,252.60 |
| 6391 | 49,228.20 |
| 6385 | 7,226.10 |
| 6384 | 6,791.40 |
| TOTAL: | 93,498.30 |

635380v.1

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE 6392

Page 1 of 2

| | |
|---|---|
| Invoice No. | 6392 |
| Invoice Date | 09/18/2018 |
| SO # | 7402 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/17/2018 |
| FOB | |

Customer P/O# 0878100709

**BILL TO:** KMART CORPORATION
GOVEPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH    43125

**SHIP TO:** SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG          PA    17201

Phone ( )  -          Fax ( )  -

DIV A          STORE:8781          DEPT: 027
EJ
001

| Factor | Status | Old ID | Currency |
|---|---|---|---|

Terms 27     NET 60

Shipvia GBEA     GILBERT EXPRESS

EDI ORDER(Original)

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28107679 | RED | | | 125 | 125 | 250 | 250 | 750 | $10.85 | $8,137.50 |

SKU:87180911064:IN:003136449:UK:0087180911064:PR:RO:VN:28107679-PP::Inner
Box6,Qty:6 SKU:87180911064:IN:003136449:UK:0087180911064:PR:RO:VN:28107679-PP::I
Box6,Qty:6 SKU:87180911064:IN:003136449:UK:0087180911064:PR:RO:VN:28107679-PP::I
Box6,Qty:6 SKU:87180911064:IN:003136449:UK:0087180911064:PR:RO:VN:28107679-PP::I
Box6,Qty:6

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 28120415 | BLACK | | 130 | 130 | 260 | 260 | | 780 | $10.85 | $8,463.00 |

SKU:87180911073:IN:003136219:UK:0087180911073:PR:RO:VN:28120415-PP::Inner
Box6,Qty:6 SKU:87180911073:IN:003136219:UK:0087180911073:PR:RO:VN:28120415-PP::I
Box6,Qty:6 SKU:87180911073:IN:003136219:UK:0087180911073:PR:RO:VN:28120415-PP::I
Box6,Qty:6 SKU:87180911073:IN:003136219:UK:0087180911073:PR:RO:VN:28120415-PP::I
Box6,Qty:6

| # | Style | Color | Season | Group | 1X | 2X | 3X | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 88107679 | RED | | | 170 | 170 | 170 | 510 | $11.55 | $5,890.50 |

SKU:87180911068:IN:003136641:UK:0087180911068:PR:RO:VN:88107679-PP::Inner
Box6,Qty:6 SKU:87180911068:IN:003136641:UK:0087180911068:PR:RO:VN:88107679-PP::I
Box6,Qty:6 SKU:87180911068:IN:003136641:UK:0087180911068:PR:RO:VN:88107679-PP::I
Box6,Qty:6

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

**6392**

Page 2 of 2

Invoice No. 6392
Invoice Date 09/18/2018
SO # 7402
Ordered Date 06/07/2018
Due Date 11/17/2018
FOB

Customer P/O# 08781003709

**B CUSTOMER KMART**
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH     43125     DIV    A

**S STORE:8781     DEPT: 027**
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG          PA     17201
Phone ( )   -          Fax ( )   -
R 001     EJ     2

Terms 27 NET 60
Shipvia GBEA GILBERT EXPRESS
EDI ORDER(Original)

| Style | Color | Season/ Group | 1X | 2X | 3X | Factor | Status | Old ID | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88120415 | BLACK | | 224 | 224 | 224 | | | | | | |
| 4  CAMBRIC DRS | | | | | | | | | 672 | $11.55 | $7,761.60 |

SKU:87180911077:IN:003136230:UK:0087180911077:PR:RO:VN:88120415-PP::inner
Box:6,Qty:6 SKU:87180911077:IN:003136230:UK:0087180911077:PR:RO:VN:88120415-PP::|
Box:6,Qty:6 SKU:87180911077:IN:003136230:UK:0087180911077:PR:RO:VN:88120415-PP::|
Box:6,Qty:6 SKU:87180911077:IN:003136230:UK:0087180911077:PR:RO:VN:88120415-PP::|
Box:6,Qty:6

Total Pieces:   2712

Item SubTotal:     $30,252.60
Misc:     $0.00
Freight: GILBERT EXPRE     $0.00

Boxes:   452
Weight:   5424

Payment   $0.00

Invoice Total:     $30,252.60
Balance Due:     $30,252.60

# INVOICE

Page 1 of 2

**6391**

**ERIC JAY LTD.**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

Invoice No. 6391
Invoice Date 09/11/2018
SO # 7401
Ordered Date 06/07/2018
Due Date 11/10/2018
FOB

| | | | | |
|---|---|---|---|---|
| **CUSTOMER** KMART | | DIV | A | |
| KMART CORPORATION | | | | |
| GOVERPORT DC#08936 | | | | |
| 4400 HAMILTON ROAD | | | | |
| GROVEPORT | | OH | 43125 | |

| | | |
|---|---|---|
| **STORE:8780** | **DEPT:027** | |
| SEARS HOLDINGS DC# 8780 | | |
| 3100 MILLIKEN AVENUE | | |
| MIRA LOMA | CA | 91752 |
| Phone ( ) - | | Fax ( ) - |

Customer PIO# 0878002916

| Terms 27 | Factor | |
|---|---|---|
| NET 60 | Status | |
| Shipvia GBEA   GILBERT EXPRESS | Old ID | |
| EDI ORDER(Original) | Currency | |

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28107679 CAMBRIC DRS | RED | | | 186 | 186 | 372 | 372 | 1116 | $10.85 | $12,108.60 |
| | Box:6,Qty:6,SKU:871809110647;UK:0087180911064 7;PR:RO;VN:28107679-PP:;Inner | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110647;UK:0087180911064 7;PR:RO;VN:28107679-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110647;UK:0087180911064 7;PR:RO;VN:28107679-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809113649;UK:0087180911364 9;PR:RO;VN:28107679-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809113649;UK:0087180911364 9;PR:RO;VN:28107679-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6 | | | | | | | | | | |
| 2 | 28120415 CAMBRIC DRS | BLACK | | | 204 | 204 | 408 | 408 | 1224 | $10.85 | $13,280.40 |
| | Box:6,Qty:6,SKU:871809110739;UK:0087180911073 9;PR:RO;VN:28120415-PP:;Inner | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110739;UK:0087180911073 9;PR:RO;VN:28120415-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110739;UK:0087180911073 9;PR:RO;VN:28120415-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809113219;UK:0087180911321 9;PR:RO;VN:28120415-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809113219;UK:0087180911321 9;PR:RO;VN:28120415-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6 | | | | | | | | | | |
| 3 | 88107679 CAMBRIC DRS | RED | | 284 | 284 | 284 | 284 | | 852 | $11.55 | $9,840.60 |
| | Box:6,Qty:6,SKU:871809110685;UK:0087180911068 5;PR:RO;VN:88107679-PP:;Inner | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110685;UK:0087180911068 5;PR:RO;VN:88107679-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809113641;UK:0087180911364 1;PR:RO;VN:88107679-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809113664;UK:0087180911366 4;PR:RO;VN:88107679-PP:;I | | | | | | | | | | |
| | Box:6,Qty:6 | | | | | | | | | | |

R1 001    EJ
R2

| 1X | 2X | 3X |
|---|---|---|



# INVOICE

**6391**

Page 2 of 2

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

Invoice No. 6391
Invoice Date 09/11/2018
SO # 7401
Ordered Date 06/07/2018
Due Date 11/10/2018
FOB

**CUSTOMER KMART**

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT                OH      43125

DIV      A

Customer P/O# 08780029916
Terms 27      NET 60
Shipvia GBEA    GILBERT EXPRESS
EDI ORDER(Original)

**SHIP TO STORE: 8780**          DEPT: 027

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA                CA      91752

Phone ( )   -        Fax ( )   -

| # Style | Color | Season | Group | 1X | 2X | 3X | | Factor | Status | Old ID | Currency | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88120415 | BLACK | | 404 | 404 | 404 | | | | | | | 1212 | $11.55 | $13,998.60 |
| 4 CAMBRIC DRS | | | | | | | | | | | | | | |

SKU:8718091107 7;IN:003136230;UK:0087 18091107777;PR:RO;VN:88120415-PP::Inner
Box:6;Qty:6 SKU:8718091107 7;IN:003136230;UK:0087 18091107777;PR:RO;VN:88120415-PP::I
Box:6;Qty:6 SKU:8718091107 7;IN:003136230;UK:0087 18091107777;PR:RO;VN:88120415-PP::I
Box:6;Qty:6

Total Pieces:    4404

Boxes:    734
Weight:   8808

Item SubTotal:    $49,228.20
Misc:    $0.00
Freight: GILBERT EXPRE    $0.00
Payment:    $0.00    Invoice Total:    $49,228.20
Balance Due:    $49,228.20

# INVOICE

Page 1 of 1

## ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

| | |
|---|---|
| Invoice No. | 6385 |
| Invoice Date | 09/04/2018 |
| SO # | 7301 |
| Ordered Date | 06/22/2018 |
| Due Date | 11/03/2018 |
| FOB | |

**BILL TO:**
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT                OH      43125

**SHIP TO:**  STORE: 8781      DEPT: 027
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG              PA      17201

DIV   A

Phone ( )  -            Fax ( )  -

Customer P/O# 0878100 4929

| | |
|---|---|
| Customer | KMART |
| Terms | 27      NET 60 |
| Shipvia | GBEA      GILBERT EXPRESS |
| EDI | EDI ORDER(Original) |

Factor
Status      Old ID
Currency            R1 001      EJ
DIS 2

| # Style | Color | Season | Group | S | M | L | XL | Total QTY | Piece Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1  28101757  CAMBRIC DRS | GREEN | | | 53 | 53 | 106 | 106 | 318 | $10.85 | $3,450.30 |
| | | | | | | | | 318 | $10.85 | $3,450.30 |
| | SKU:871809110821;IN:0061609 94;UK:008718091109 13;PR:RO;VN:28101757-PP::Inner | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110821;IN:006160994;UK:008718091109 13;PR:RO;VN:28101757-PP::J | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110821;IN:006160994;UK:008718091109 13;PR:RO;VN:28101757-PP::J | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110821;IN:006160994;UK:008718091109 13;PR:RO;VN:28101757-PP::J | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110821;IN:006160994;UK:008718091109 13;PR:RO;VN:28101757-PP::J | | | | | | | | | | |
| | Box:6,Qty:6 | | | | | | | | | | |
| 2  28234261  GAUZE DRS | GREEN | | | 58 | 58 | 116 | 116 | 348 | $10.85 | $3,775.80 |
| | | | | | | | | 348 | $10.85 | $3,775.80 |
| | SKU:871809110911;IN:006163137;UK:008718091109 13;PR:RO;VN:28234261-PP::Inner | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110911;IN:006163137;UK:008718091109 13;PR:RO;VN:28234261-PP::J | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110911;IN:006163137;UK:008718091109 13;PR:RO;VN:28234261-PP::J | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110911;IN:006163137;UK:008718091109 13;PR:RO;VN:28234261-PP::J | | | | | | | | | | |
| | Box:6,Qty:6,SKU:871809110911;IN:006163137;UK:008718091109 13;PR:RO;VN:28234261-PP::J | | | | | | | | | | |
| | Box:6,Qty:6 | | | | | | | | | | |

Total Pieces: 666

Boxes:   111
Weight:  1332

| | |
|---|---|
| Item SubTotal: | $7,226.10 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Payment | $0.00 |
| Invoice Total: | $7,226.10 |
| Balance Due: | $7,226.10 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T:(201) 941.1717
F:(201) 941.1877

# INVOICE 6384

Page 1 of 1

| | |
|---|---|
| Invoice No. | 6384 |
| Invoice Date | 09/04/2018 |
| SO # | 7300 |
| Ordered Date | 06/22/2018 |
| Due Date | 11/03/2018 |
| FOB | |

**CUSTOMER KMART**
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH        43125
DIV    A

**STORE:8781**
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG        PA        17201
DEPT:027

| | |
|---|---|
| Customer P/O# | 0871004928 |
| Terms 27 | NET 60 |
| Shipvia GBEA | GILBERT EXPRESS |
| | EDI ORDER(Original) |

Phone ( )  -        Fax ( )  -

Factor    Status    Old ID    R1 001    R 2        Currency

| # | Style | Color | Season: Group | 1X | 2X | 3X | SKU | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|---------------|----|----|----|-----|-----------|------------|------------|
| 1 | 88101757 | GREEN<br>CAMBRIC DRS | | 98 | 98 | 98<br>98<br>98 | SKU:871809110866;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP;:Inner<br>Box:6,Qty:6,SKU:871809110866;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP;:I<br>Box:6,Qty:6,SKU:871809110866;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP;:I<br>Box:6,Qty:6,SKU:871809110866;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP;:I<br>Box:6,Qty:6 | 294 | $11.55 | $3,395.70 |
| 2 | 88234261 | GREEN<br>GAUZE DRS | | 98 | 98 | 98<br>98<br>98 | SKU:871809110951;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP;:Inner<br>Box:6,Qty:6,SKU:871809110951;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP;:I<br>Box:6,Qty:6,SKU:871809110951;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP;:I<br>Box:6,Qty:6,SKU:871809110951;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP;:I<br>Box:6,Qty:6 | 294 | $11.55 | $3,395.70 |

Total Pieces: 588

Boxes: 98
Weight: 1176

Payment: $0.00

| | |
|---|---|
| Item SubTotal: | $6,791.40 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Invoice Total: | $6,791.40 |
| Balance Due: | $6,791.40 |

# Electronic Proof of Claim

Final Audit Report                                                                 2019-04-10

| | |
|---|---|
| Created: | 2019-04-10 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASmxXmQ3x1xTFzmuNiBJT_cmZTRAfJCVt |

## "Electronic Proof of Claim" History

🗔 Widget created by Sears Claims (searsclaims@primeclerk.com)
2019-04-10 - 3:48:14 PM GMT

🖉 David Wander (dhw@dhclegal.com) uploaded the following supporting documents:
🖉 Attachment
2019-04-10 - 3:59:14 PM GMT

🗔 Widget filled in by David Wander (dhw@dhclegal.com)
2019-04-10 - 3:59:14 PM GMT- IP address: 38.112.44.90

🖎 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/64.0.3282.186 Safari/537.36)
2019-04-10 - 3:59:17 PM GMT- IP address: 38.112.44.90

⊘ Signed document emailed to Sears Claims (searsclaims@primeclerk.com) and David Wander (dhw@dhclegal.com)
2019-04-10 - 3:59:17 PM GMT

Prime Clerk ◯ | Adobe Sign
POWERED BY

**SEARS HOLDING CORPORATION** *et al.* **CASE No.: 18-23538 (RDD)**
**ERIC JAY LTD**
ATTACHMENT TO § 503(b)(9) CLAIM

| INVOICE NO. | AMOUNT ($) |
|---|---|
| 6298 | 16,877.70 |
| 6371 | 9,632.70 |
| 6372 | 7,421.40 |
| 6373 | 6,906.30 |
| 6374 | 20,017.20 |
| 6375 | 13,948.20 |
| 6376 | 9,634.80 |
| 6382 | 9,830.10 |
| 6383 | 8,385.30 |
| TOTAL: | 102,053.70 |

6352581v.1

# EXHIBIT - D

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☒ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22031) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **ERIC JAY LTD**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>David H. Wander, Esq.<br>Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158<br><br>Contact phone  312-557-7200<br>Contact email  dhw@dhclegal.com | **Where should payments to the creditor be sent?** (if different)<br><br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☐ No<br>☐ Yes.   Claim number on court claims registry (if known) _16591_     Filed on _10/15/2018_<br>                                                                                                              MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

---

6. **Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __8__ __4__ __6__ __5__

---

7. **How much is the claim?** $ 195,552.00 _____ . **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

### Goods delivered and sold

_____

---

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $____195,552.00_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $____102,053.70__ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

---

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

---

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | | |
|---|---|---|---|---|
| | ☐ Yes. *Check one:* | | | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | | | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | | | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No | |
|---|---|---|
| | ☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ 93,498.30 |

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | *Check the appropriate box:* |
|---|---|
| | ☐ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☑ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | **Signature**  *David H. Wander* |
| | David H. Wander (Oct 23, 2019) |
| | **Email:**  dhw@dhclegal.com |

Signature
Print the name of the person who is completing and signing this claim:
Name of the person who is completing and signing this claim:

| Name | David | | H. | | Wander |
|---|---|---|---|---|---|
| | First name | | Middle name | | Last name |
| Title | Partner | | | | |
| Company | Davidoff Hutcher & Citron | | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | | | |
| Address | 605  Third Avenue | | | | |
| | Number      Street | | | | |
| | New York | | NY | 10158 | |
| | City | | State | ZIP Code | |
| Contact phone | 212-557-7200 | | Email | dhw@dhclegal.com | |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ have supporting documentation.
   (attach below)

☐ do **not** have supporting documentation.

Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                      12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

**SEARS HOLDING CORPORATION** *et al.* **CASE No.: 18-23538 (RDD)**

**ATTACHMENT TO ERIC JAY LTD AMENDED §503(b)(9) CLAIM**

| INVOICE NO. | AMOUNT ($) |
|---|---|
| 6392 | 30,252.60 |
| 6391 | 49,228.20 |
| 6385 | 7,226.10 |
| 6384 | 6,791.40 |
| TOTAL: | 93,498.30 |

635380v.2

# ERIC JAY LTD
**65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657**
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

**6392**

Page 1 of 2

| Invoice No. | 6392 |
|---|---|
| Invoice Date | 09/18/2018 |
| SO # | 7402 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/17/2018 |
| FOB | |

| Customer P/O# | 08781003709 |
|---|---|
| Terms | 27   NET 60 |
| Shipvia GBEA | GILBERT EXPRESS |
| | EDI ORDER(Original) |

**CUSTOMER KMART**

BILL TO:
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH   43125
DIV  A

SHIP TO:
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG        PA   17201
STORE:8781   DEPT:027

Phone ( )  -        Fax ( )  -

| Factor | Status | Old ID | Currency | EJ |
|---|---|---|---|---|
| 1 001 | | | 2 | |

| # | Style | Color | Season | Group | S | M | L | XL | 1X | 2X | 3X | Total QTY | Piece Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28107679 | RED CAMBRIC DRS | | | 125 | 125 | 250 | 250 | | | | 750 | $10.85 | $8,137.50 |
| | | SKU:87180911064;IN:00313649;UK:00871809110647;PR:RO;VN:28107679-PP;:Inner Box:6,Qty:6,SKU:87180911064;IN:00313649;UK:00871809110647;PR:RO;VN:28107679-PP;: Box:6,Qty:6,SKU:87180911064;IN:00313649;UK:00871809110647;PR:RO;VN:28107679-PP;: Box:6,Qty:6,SKU:87180911064;IN:00313649;UK:00871809110647;PR:RO;VN:28107679-PP;: Box:6,Qty:6,SKU:87180911064;IN:00313649;UK:00871809110647;PR:RO;VN:28107679-PP;: Box:6,Qty:6 | | | | | | | | | | | | | |
| 2 | 28120415 | BLACK CAMBRIC DRS | | | 130 | 130 | 260 | 260 | | | | 780 | $10.85 | $8,463.00 |
| | | SKU:87180911073;IN:00313621;UK:00871809110739;PR:RO;VN:28120415-PP;:Inner Box:6,Qty:6,SKU:87180911073;IN:00313621;UK:00871809110739;PR:RO;VN:28120415-PP;: Box:6,Qty:6,SKU:87180911073;IN:00313621;UK:00871809110739;PR:RO;VN:28120415-PP;: Box:6,Qty:6,SKU:87180911073;IN:00313621;UK:00871809110739;PR:RO;VN:28120415-PP;: Box:6,Qty:6,SKU:87180911073;IN:00313621;UK:00871809110739;PR:RO;VN:28120415-PP;: Box:6,Qty:6 | | | | | | | | | | | | | |
| 3 | 88107679 | RED CAMBRIC DRS | | | | | | | 170 | 170 | 170 | 510 | $11.55 | $5,890.50 |
| | | SKU:87180911068;IN:00313664;UK:00871809110685;PR:RO;VN:88107679-PP;:Inner Box:6,Qty:6,SKU:87180911068;IN:00313664;UK:00871809110685;PR:RO;VN:88107679-PP;: Box:6,Qty:6,SKU:87180911068;IN:00313664;UK:00871809110685;PR:RO;VN:88107679-PP;: Box:6,Qty:6 | | | | | | | | | | | | | |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

## INVOICE 6392

Page 2 of 2

| | |
|---|---|
| Invoice No. | 6392 |
| Invoice Date | 09/18/2018 |
| SO # | 7402 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/17/2018 |
| FOB | |

**Customer P/O# 087810003709**

| | |
|---|---|
| Terms | 27 | NET 60 |
| Shipvia | GBEA | GILBERT EXPRESS |
| | EDI ORDER(Original) |

### CUSTOMER  KMART

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH    43125

DIV    A

### SD

STORE: 8781     DEPT: 027
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG        PA    17201

Phone ( )  -          Fax ( )  -

R1 001          EJ

| Style # | Color | Season | Group | 1X | 2X | 3X | | Factor | Status | Old ID | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88120415 | BLACK | 224 | 224 | 224 | | | | | | 2 | | Currency | | |
| 4  CAMERIC DRS | | | | | | | | | | | | | | |

SKU:87180911077;IN:00313623C;UK:00871809110777;PR:RO;VN:88120415-PP;Inner
Box:6;Qty.6;SKU:87180911077;IN:00313623C;UK:00871809110777;PR:RO;VN:88120415-PP;I
Box:6;Qty.6;SKU:87180911077;IN:00313623C;UK:00871809110777;PR:RO;VN:88120415-PP;I
Box:6;Qty.6;SKU:87180911077;IN:00313623C;UK:00871809110777;PR:RO;VN:88120415-PP;I
Box:6;Qty:6

| | | |
|---|---|---|
| Total Pieces: | 2712 | 672  $11.55  $7,761.60 |

| | | |
|---|---|---|
| Boxes: | 452 | Item Sub-Total: $30,252.60 |
| Weight: | 5424 | Misc: $0.00 |
| | | Freight: GILBERT EXPRE $0.00 |
| Payment | $0.00 | Invoice Total: $30,252.60 |
| | | Balance Due: $30,252.60 |

# ERIC JAY LTD

**65 RAIL ROAD AVENUE**
**SUITE 101A**
**RIDGEFIELD, NJ 07657**
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

**6391**
Page 1 of 2

| | |
|---|---|
| Invoice No. | 6391 |
| Invoice Date | 09/11/2018 |
| SO # | 7401 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/10/2018 |
| FOB | |

**Customer P/O#** 087800029916

| | |
|---|---|
| B | KMART CORPORATION |
| | GOVERPORT DC#08936 |
| | 4400 HAMILTON ROAD |
| | GROVEPORT          OH     43125 |

DIV    A

| | |
|---|---|
| S | SEARS HOLDINGS DC# 8780 |
| | 3100 MILLIKEN AVENUE |
| | MIRA LOMA          CA     91752 |

STORE: 8780     DEPT: 027

Phone ( )   -          Fax ( )   -

| Terms | Ship via | Status | Factor | Old ID | Currency |
|---|---|---|---|---|---|
| NET 60 | GILBERT EXPRESS | | | | EJ |
| 27 | GBEA | | | 31 001 | 2 |
| | EDI ORDER(Original) | | | | |

| # | Style | Color | Season | Group | S | M | L | XL | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28107679 | RED | | | 186 | 186 | 372 | 372 | | | 1116 | $10.85 | $12,108.60 |

SKU:8718091106⁴;IN:00313364⁴9;UK:0087180911064⁷;PR:RO;VN:28107679-PP;;Inner
Box:6;Qty:6,SKU:8718091106⁴;IN:0031336449;UK:0087180911064⁷;PR:RO;VN:28107679-PP;;
Box:6;Qty:6,SKU:8718091106⁴;IN:0031336449;UK:0087180911064⁷;PR:RO;VN:28107679-PP;;
Box:6;Qty:6,SKU:8718091106⁴;IN:0031336449;UK:0087180911064⁷;PR:RO;VN:28107679-PP;;
Box:6;Qty:6

| # | Style | Color | Season | Group | 1X | 2X | 3X | | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28107679 | RED | | | 204 | 204 | 408 | 408 | | | 1224 | $10.85 | $13,280.40 |
| 2 | CAMBRIC DRS | BLACK | | | 204 | 204 | 408 | 408 | | | | | |

SKU:8718091107³;IN:0031336219;UK:0087180911073⁹;PR:RO;VN:28120415-PP;;Inner
Box:6;Qty:6,SKU:8718091107³;IN:0031336219;UK:0087180911073⁹;PR:RO;VN:28120415-PP;;
Box:6;Qty:6,SKU:8718091107³;IN:0031336219;UK:0087180911073⁹;PR:RO;VN:28120415-PP;;
Box:6;Qty:6,SKU:8718091107³;IN:0031336219;UK:0087180911073⁹;PR:RO;VN:28120415-PP;;
Box:6;Qty:6,SKU:8718091107³;IN:0031336219;UK:0087180911073⁹;PR:RO;VN:28120415-PP;;
Box:6;Qty:6

| # | Style | Color | Season | Group | 1X | 2X | 3X | | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 88107679 | RED | | | 284 | 284 | 284 | | | | 852 | $11.55 | $9,840.60 |
| | CAMBRIC DRS | | | | | | | | | | | | |

SKU:8718091106⁸;IN:0031336641;UK:0087180911068⁵;PR:RO;VN:88107679-PP;;Inner
Box:6;Qty:6,SKU:8718091106⁸;IN:0031336641;UK:0087180911068⁵;PR:RO;VN:88107679-PP;;
Box:6;Qty:6,SKU:8718091106⁸;IN:0031336641;UK:0087180911068⁵;PR:RO;VN:88107679-PP;;
Box:6;Qty:6

# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE    6391

Page 2 of 2

| | | | |
|---|---|---|---|
| CUSTOMER | KMART | DIV | A |

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT                OH    43125

STORE:8780        DEPT: 027

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE

MIRA LOMA                CA    91752

Phone ( )  -              Fax ( )  -

Invoice No.    6391
Invoice Date    09/11/2018
SO # 7401
Ordered Date    06/07/2018
Due Date    11/10/2018
FOB

Customer P/O# 08780029916

Terms    27        NET 60
Shipvia GBEA        GILBERT EXPRESS
EDI ORDER(Original)

| Style | Color | Season | Group | 1X | 2X | 3X | Factor | Status | Old ID | R | 001 | EU | Total QTY | PiecePrice | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88120415 | BLACK | | 404 | 404 | 404 | | | | | | | | 1212 | $11.55 | $13,998.60 |
| 4 | CAMBRIC DRS | | | | | | | | | | | | | | |

SKU:871809110777;IN:00313623D;UK:00871809110777;PR:RO;VN:88120415-PP;-inner
Box6;Qty:6 SKU:871809110777;IN:00313623D;UK:00871809110777;PR:RO;VN:88120415-PP;-i
Box6;Qty:6 SKU:871809110777;IN:00313623D;UK:00871809110777;PR:RO;VN:88120415-PP;-i
Box6;Qty:6

| | |
|---|---|
| Item SubTotal: | $49,228.20 |
| Misc: | $0.00 |
| Freight  GILBERT EXPRE | $0.00 |
| Invoice Total: | $49,228.20 |
| Balance Due: | $49,228.20 |

Total Pieces:        4404

Boxes:    734
Weight:    8808

Payment    $0.00

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE 6385

Page 1 of 1

| | |
|---|---|
| Invoice No. | 6385 |
| Invoice Date | 09/04/2018 |
| SO # | 7301 |
| Ordered Date | 06/22/2018 |
| Due Date | 11/03/2018 |
| FOB | |

**CUSTOMER** KMART

Customer P/O# 0878101004929

**SOLD TO:** KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT   OH   43125

**SHIP TO:** SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG   PA   17201

STORE:8781   DEPT: 027
DIV   A
Phone ( ) -        Fax ( ) -

Terms 27   NET 60
Shipvia GBEA   GILBERT EXPRESS
EDI ORDER(Original)

| Style | Color | Season | Group | S | M | L | XL | Factor | Status | Old ID | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23101757 CAMBRIC DRS | GREEN | | | 58 | 58 | 106 | 106 | | | | 318 | $10.85 | $3,450.30 |
| | | SKU:8718091108211N:006160994:UK:0087180911082I:PR:RO:VN:23101757-PP::Inner | | | | | | | | | | | |
| | | Box:6,Qty:6,SKU:8718091108211N:006160994:UK:0087180911082I:PR:RO:VN:23101757-PP::] | | | | | | | | | | | |
| | | Box:6,Qty:6,SKU:8718091108211N:006160994:UK:0087180911082I:PR:RO:VN:23101757-PP::] | | | | | | | | | | | |
| | | Box:6,Qty:6,SKU:8718091108211N:006160994:UK:0087180911082I:PR:RO:VN:23101757-PP::] | | | | | | | | | | | |
| | | Box:6,Qty:6 | | | | | | | | | | | |
| 28234261 GAUZE DRS | GREEN | | | 53 | 53 | 116 | 116 | | | | 348 | $10.85 | $3,775.80 |
| | | SKU:871809110911N:006163137:UK:0087180911913:PR:RO:VN:28234261-PP::Inner | | | | | | | | | | | |
| | | Box:6,Qty:6,SKU:8718091109111N:006163137:UK:0087180911913:PR:RO:VN:28234261-PP::] | | | | | | | | | | | |
| | | Box:6,Qty:6,SKU:8718091109111N:006163137:UK:0087180911913:PR:RO:VN:28234261-PP::] | | | | | | | | | | | |
| | | Box:6,Qty:6,SKU:8718091109111N:006163137:UK:0087180911913:PR:RO:VN:28234261-PP::] | | | | | | | | | | | |
| | | Box:6,Qty:6 | | | | | | | | | | | |

Total Pieces: 666

Boxes: 111
Weight: 1332

| | |
|---|---|
| Item SubTotal: | $7,226.10 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Payment: $0.00   Invoice Total: | $7,226.10 |
| Balance Due: | $7,226.10 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

| | |
|---|---|
| Invoice No. | 6384 |
| Invoice Date | 09/04/2018 |
| SO # | 7300 |
| Ordered Date | 06/22/2018 |
| Due Date | 11/03/2018 |
| FOB | |

| Customer P/O# 0878100494928 | |
|---|---|
| Terms 27 | NET 60 |
| Shipvia GBEA | GILBERT EXPRESS |
| EDI ORDER(Original) | |

**CUSTOMER KMART**
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT    OH    43125
DIV    A

# INVOICE    6384

Page 1 of 1

**STORE:8781    DEPT:027**
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG    PA    17201
Phone ( )  -    Fax ( )  -

| Style | Color | Season: Group | 1X | 2X | 3X | Factor | Status | Old ID | Total QTY / PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 88101757 | CAMBRIC DRS GREEN | 98 | 98 | 98 | | | R1 001 | EJ | 294   $11.55 | $3,395.70 |
| 2 88234261 | GAUZE DRS GREEN | 98 | 98 | 98 | | | R1 002 | | 294   $11.55 | $3,395.70 |

SKU:87180911086;IN:006162106;UK:00871809110869;PR:RO;VN:88101757-PP:;Inner
Box:6;Qty:6;SKU:87180911086;IN:006162106;UK:00871809110869;PR:RO;VN:88101757-PP:;
Box:6;Qty:6;SKU:87180911086;IN:006162106;UK:00871809110869;PR:RO;VN:88101757-PP:;
Box:6;Qty:6

SKU:87180911095;IN:006163787;UK:00871809110951;PR:RO;VN:88234261-PP:;Inner
Box:6;Qty:6;SKU:87180911095;IN:006163787;UK:00871809110951;PR:RO;VN:88234261-PP:;
Box:6;Qty:6;SKU:87180911095;IN:006163787;UK:00871809110951;PR:RO;VN:88234261-PP:;
Box:6;Qty:6

| | |
|---|---|
| Total Pieces: | 588 |
| Boxes: | 98 |
| Weight: | 1176 |

| | |
|---|---|
| Item SubTotal: | $6,791.40 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Payment: $0.00    Invoice Total: | $6,791.40 |
| Balance Due: | $6,791.40 |

**SEARS HOLDING CORPORATION** *et al.* **CASE No.: 18-23538 (RDD)**

## ATTACHMENT TO ERIC JAY LTD'S AMENDED UNSECURED CLAIM

| INVOICE NO. | AMOUNT ($) |
|---|---|
| 6298 | 16,877.70 |
| 6371 | 9,632.70 |
| 6372 | 7,421.40 |
| 6373 | 6,306.30 |
| 6374 | 20,017.20 |
| 6375 | 13,948.20 |
| 6376 | 9,634.80 |
| 6382 | 9,830.10 |
| 6383 | 8,385.30 |
| TOTAL: | 102,053.70 |

# INVOICE 6298

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

STORE: 8780   DEPT: 027
SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA          CA    91752

CUSTOMER KMART
KMART CORPORATION
COVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH    43125

DIV  A

Phone ( ) -          Fax ( ) -

| | |
|---|---|
| Invoice No. 6298 | Customer P/O# 08780028973 |
| Invoice Date 07/12/2018 | Terms 27  NET 60 |
| SO # 7281 | Shipvia GBEA  GILBERT EXPRESS |
| Ordered Date 05/26/2018 | EDI ORDER(Original) |
| Due Date 09/10/2018 | |
| FOB | |

Factor
Status
Old ID

Currency

| Style | Color | Season Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|
| 28131491 | BLUE | | 123 | 123 | 246 | 246 | 738 | $10.85 | $8,007.30 |
| 1 CAMBRIC DRS | | | | | | | | | |

SKU:87180911046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;Inner
Box:6;Qty:6,SKU:87180911046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;
Box:6;Qty:6,SKU:87180911046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;
Box:6;Qty:6,SKU:87180911046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;
Box:6;Qty:6

| Style | Color | Season Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|
| 88131491 | BLUE | | 256 | 256 | 256 | | 768 | $11.55 | $8,870.40 |
| 2 CAMBRIC DRS | | | | | | | | | |

SKU:87180911050;IN:009732943;UK:008718091110500;PR:RO;VN:88131491-PP;;Inner
Box:6;Qty:6,SKU:87180911050;IN:009732943;UK:008718091110500;PR:RO;VN:88131491-PP;;
Box:6;Qty:6,SKU:87180911050;IN:009732943;UK:008718091110500;PR:RO;VN:88131491-PP;;
Box:6;Qty:6

| | |
|---|---|
| Total Pieces: 1506 | Item SubTotal: $16,877.70 |
| | Misc: $0.00 |
| Boxes: 251 | Freight  GILBERT EXPRE $0.00 |
| Weight: 3012 | Invoice Total: $16,877.70 |
| | Payment:  $0.00   Balance Due: $16,877.70 |

# INVOICE    6371

Page 1 of 1

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

| | | |
|---|---|---|
| CUSTOMER KMART | DIV  A | |
| KMART CORPORATION | | |
| GOVERPORT DC#08936 | | |
| 4400 HAMILTON ROAD | | |
| GROVEPORT | OH | 43125 |

| STORE: 8780 | DEPT: 027 |
|---|---|
| SEARS HOLDINGS DC# 8780 | |
| 3100 MILLIKEN AVENUE | |
| MIRA LOMA | CA    91752 |

Phone ( ) -     Fax ( ) -

| Invoice No.   6371 | Customer P/O# 08780035631 | Factor | |
|---|---|---|---|
| Invoice Date 08/24/2018 | Terms 27    NET 60 | Status | |
| SO # 7372 | Shipvia GBEA    GILBERT EXPRESS | Old ID | |
| Ordered Date 08/14/2018 | EDI ORDER(Original) | | |
| Due Date 10/23/2018 | | Currency | |
| FOB | | | |

| # Style    Color | Season  Group  1X   2X   3X | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|
| 88200978    BLACK | 278  278  278 | | | |
| 1 GAUZE DRS | | 834 | $11.55 | $9,632.70 |

SKU:8718091113;IN:0061169733;UK:0087180911132;PR:RO;VN:8820097B-PP:Inner
Box:6;Qty:6.SKU:8718091113;IN:0061169733;UK:0087180911132;PR:RO;VN:8820097B-PP:;!
Box:6;Qty:6.SKU:8718091113;IN:0061169733;UK:0087180911132;PR:RO;VN:8820097B-PP:;!
Box:6;Qty:6

| | | |
|---|---|---|
| Total Pieces: | 834 | |
| Boxes: | 139 | |
| Weight: | 1668 | |

| | | |
|---|---|---|
| Item SubTotal: | | $9,632.70 |
| Misc: | | $0.00 |
| Freight: | GILBERT EXPRE | $0.00 |
| Payment: | $0.00    Invoice Total: | $9,632.70 |
| | Balance Due: | $9,632.70 |

# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

**6372**

Page 1 of 1

**CUSTOMER** KMART

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMMILTON ROAD
GROVEPORT          OH      43125

DIV  A

**STORE:** 8781      **DEPT:** 027

SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE

CHAMBERSBURG          PA      17201

Phone ( )                    Fax ( )

| | |
|---|---|
| Invoice No. | 6372 |
| Invoice Date | 08/27/2018 |
| SO # | 7374 |
| Ordered Date | 08/14/2018 |
| Due Date | 10/26/2018 |
| FOB | |

Customer P/O# 08781009619

Terms 27    NET 60

Shipvia GBEA    GILBERT EXPRESS

EDI ORDER (Original)

Factor
Status
Old ID

R1 001          EJ
CL2
Currency

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|---|---|---|----|-----------|-----------|-----------|
| 28200978 | | BLACK | | | 114 | 114 | 228 | 228 | 684 | $10.85 | $7,421.40 |
| 1 | GAUZE DRS | | | | | | | | | | |

SKU:8718091109;IN:006169663;UK:008718091109;PR:RQ;VN:28200978-PP;;Inner:
Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091109;PR:RQ;VN:28200978-PP;;
Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091109;PR:RQ;VN:28200978-PP;;
Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091109;PR:RQ;VN:28200978-PP;;
Box:6;Qty:6

Total Pieces:          684

Boxes:          114
Weight:         1368

| | |
|---|---|
| Item SubTotal: | $7,421.40 |
| Misc: | $0.00 |
| Freight  GILBERT EXPRE | $0.00 |
| Invoice Total: | $7,421.40 |
| Balance Due: | $7,421.40 |

Payment:      $0.00

# INVOICE

## 6373

Page 1 of 1

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

| | |
|---|---|
| **STORE: 8781** | **DEPT: 027** |
| SEARS HOLDINGS DC# 8781 | |
| 1475 NITTERHOUSE DRIVE | |
| CHAMBERSBURG | PA  17201 |
| Phone ( ) | Fax ( ) |

| | | |
|---|---|---|
| **CUSTOMER** KMART | **DIV** A | |
| KMART CORPORATION | | |
| GOVERPORT DC#08936 | | |
| 4400 HAMILTON ROAD | | |
| GROVEPORT | OH  43125 | |

Invoice No. **6373**
Invoice Date 08/28/2018
SO # **7375**
Ordered Date 08/14/2018
Due Date 10/27/2018
FOB

Customer P/O# 08781009620
Terms 27    NET 60
Shipvia GBEA    GILBERT EXPRESS
EDI ORDER(Original)

Factor
Status
Old ID

| # | Style | Color | Season | Group | 1X | 2X | 3X | | | R 1 001 | EJ | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 182 | 182 | 182 | | | Q 2 | | | | | |
| | | | | | | | | | | Currency | | | | | |
| 88200978 | GAUZE DRS | BLACK | | | | | | | | | | | 546 | $11.55 | $6,306.30 |

SKU:87180911113;IN:006169733;UK:008718091113;PR:RQ;VN:88200978-PP;†
Box:6;Qty:6.SKU:87180911113;IN:006169733;UK:008718091113;PR:RQ;VN:88200978-PP;†
Box:6;Qty:6.SKU:87180911113;IN:006169733;UK:008718091113;PR:RQ;VN:88200978-PP;†
Box:6;Qty:6

Total Pieces:        546

Boxes:    91
Weight:   1092

| | | |
|---|---|---|
| Item SubTotal: | | $6,306.30 |
| Misc: | | $0.00 |
| Freight: GILBERT EXPRE | | $0.00 |
| Payment    $0.00    Invoice Total: | | $6,306.30 |
| Balance Due: | | $6,306.30 |

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE     6374

Page 1 of 1

CUSTOMER KMART                                    DIV   A

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH    43125

STORE: 8780        DEPT: 027

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA          CA    91752

Invoice No.  6374
Invoice Date 08/27/2018
SO # 7370
Ordered Date 08/14/2018
Due Date 10/26/2018
FOB

Customer P/O# 08780033629
Terms  27    NET 60
Shipvia GBEA    GILBERT EXPRESS
        EDI ORDER(Original)

Factor
Status
Old ID

Phone ( )  -
R1001        EJ
          2
Currency        Fax ( )  -

| Style | Color | Season | Group | S | M | L | XL | | Total QTY | PiecePrice | Ext. Price |
|-------|-------|--------|-------|---|---|---|----|-|-----------|-----------|-----------|
| 28124861 | ROYAL | | | 151 | 151 | 302 | 302 | | 906 | $10.85 | $9,830.10 |
| 1  CAMBRIC DRS | | | | | | | | | | | |

SKU:8718091100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP-;Inner
Box:6;Qty:6,SKU:8718091100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP-;
Box:6;Qty:6,SKU:8718091100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP-;
Box:6;Qty:6,SKU:8718091100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP-;
Box:6;Qty:6

| Style | Color | Season | Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|-------|-------|--------|-------|----|----|----|-|-----------|-----------|-----------|
| 88124861 | ROYAL | | | 294 | 294 | 294 | | 882 | $11.55 | $10,187.10 |
| 2  CAMBRIC DRS | | | | | | | | | | | |

SKU:8718091117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP-;Inner
Box:6;Qty:6,SKU:8718091117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP-;
Box:6;Qty:6,SKU:8718091117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP-;
Box:6;Qty:6

Total Pieces:  1788

Boxes:  298
Weight  3576

|  | |
|--|--|
| Item SubTotal: | $20,017.20 |
| Misc: | $0.00 |
| Freight  GILBERT EXPRE | $0.00 |
| Invoice Total: | $20,017.20 |
| Payment:  $0.00   Balance Due: | $20,017.20 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101 A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

**6375**

Page 1 of 1

| | |
|---|---|
| CUSTOMER KMART | STORE:8781    DEPT:027 |
| KMART CORPORATION | SEARS HOLDINGS DC# 8781 |
| GOVERPORT DC#08936 | 1475 NITTERHOUSE DRIVE |
| 4400 HAMILTON ROAD | |
| GROVEPORT        OH    43125 | CHAMBERSBURG        PA    17201 |

| | |
|---|---|
| Invoice No.  6375 | Phone ( )  -        Fax ( )  - |
| Invoice Date 08/28/2018 | |
| SO # 7373 | |
| Ordered Date 08/14/2018 | |
| Due Date 10/27/2018 | |
| FOB | |

Customer P/O# 08781009618
Terms 27        NET 60
Ship via GBEA        GILBERT EXPRESS
EDI ORDER(Original)

DIV    A

Factor
Status
Old ID

Phone ( )  1 001
EJ
Currency

| # | Style | Color | Season | Group | S | M | L | XL | | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28124861 | ROYAL | | | 111 | 111 | 222 | 222 | | | | 666 | $10.85 | $7,226.10 |
| | CAMBRIC DRS | | | | | | | | | | | | | |

SKU:8718091110 0;IN:006164769;UK:0087180911100;PR:RO;VN:28124861-PP::Inner
Box:6;Qty:6,SKU:8718091110 0;IN:006164769;UK:0087180911100;PR:RO;VN:28124861-PP::;
Box:6;Qty:6,SKU:8718091110 0;IN:006164769;UK:0087180911100;PR:RO;VN:28124861-PP::;
Box:6;Qty:6,SKU:8718091110 0;IN:006164769;UK:0087180911100;PR:RO;VN:28124861-PP::;
Box:6;Qty:6

| # | Style | Color | Season | Group | 1X | 2X | 3X | | | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 88124861 | ROYAL | | | 194 | 194 | 194 | | | | | 582 | $11.55 | $6,722.10 |
| | CAMBRIC DRS | | | | | | | | | | | | | |

SKU:8718091111 7;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP::Inner
Box:6;Qty:6,SKU:8718091111 7;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP::;
Box:6;Qty:6,SKU:8718091111 7;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP::;
Box:6;Qty:6,SKU:8718091111 7;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP::;
Box:6;Qty:6

Total Pieces:        1248

Boxes:        208
Weight:        2496

| | |
|---|---|
| Item SubTotal: | $13,948.20 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Payment    $0.00    Invoice Total: | $13,948.20 |
| Balance Due: | $13,948.20 |

# INVOICE

**6376**

Page 1 of 1

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

CUSTOMER KMART   DIV A

| | |
|---|---|
| Invoice No. | 6376 |
| Invoice Date | 08/28/2018 |
| SO # | 7371 |
| Ordered Date | 08/14/2018 |
| Due Date | 10/27/2018 |
| FOB | |

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT   OH   43125

| | |
|---|---|
| Customer P/O# | 08780035630 |
| Terms | 27   NET 60 |
| Shipvia | GBEA   GILBERT EXPRESS |
| | EDI ORDER(Original) |

STORE: 8780   DEPT: 027
SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA   CA   91752

Phone ( )   Fax ( )
EJ
Currency

| | | | | |
|---|---|---|---|---|
| | | Factor | | |
| | | Status | | |
| | | Old ID | | |

| # | Style | Color | Season Group | S | M | L | XL | Total | QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28200978 | BLACK | | 148 | 148 | 296 | 296 | 888 | 888 | $10.85 | $9,634.80 |
| | GAUZE DRS | | | | | | | | | | |

SKU:8718091109;IN:006169663;UK:008718091109;PR:RO;VN:28200978-PP;Inner
Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091109;PR:RO;VN:28200978-PP;;
Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091109;PR:RO;VN:28200978-PP;;
Box:6;Qty:5,SKU:8718091109;IN:006169663;UK:008718091109;PR:RO;VN:28200978-PP;;
Box:6;Qty:6

Total Pieces: 888

Boxes: 148
Weight: 1776

| | |
|---|---|
| Item Sub Total: | $9,634.80 |
| Misc: | $0.00 |
| Freight GILBERT EXPRE | $0.00 |
| Payment   $0.00   Invoice Total: | $9,634.80 |
| Balance Due: | $9,634.80 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

**6382**

Page 1 of 1

| | |
|---|---|
| STORE: 8780 | DEPT: 027 |
| SEARS HOLDINGS DC# 8780 | |
| 3100 MILLIKEN AVENUE | |
| MIRA LOMA | CA    91752 |

| | |
|---|---|
| CUSTOMER KMART | DIV  A |

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH    43125

Phone ( )  Fax ( )

| | |
|---|---|
| Customer P/O# 08780031104 | Factor |
| Terms 27   NET 60 | Status |
| Ship via GBEA   GILBERT EXPRESS | Old ID |
| EDI ORDER (Original) | Currency |

Invoice No. 6382
Invoice Date 08/31/2018
SO # 7299
Ordered Date 06/22/2018
Due Date 10/30/2018
FOB

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28101757 | GREEN | | | 74 | 74 | 148 | 148 | 444 | $10.85 | $4,817.40 |
| | CAMBRIC DRS | | | | | | | | | | |

SKU:87180911082;IN:006160994;UK:008718091110821;PR:RO;VN:28101757-PP;;Inner
Box:6;Qty:6;SKU:87180911082;IN:006160994;UK:00871809110821;PR:RO;VN:28101757-PP;;!
Box:6;Qty:6;SKU:87180911082;IN:006160994;UK:00871809110821;PR:RO;VN:28101757-PP;;!
Box:6;Qty:6;SKU:87180911082;IN:006160994;UK:00871809110821;PR:RO;VN:28101757-PP;;!
Box:6;Qty:6

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 28234261 | GREEN | | | 77 | 77 | 154 | 154 | 462 | $10.85 | $5,012.70 |
| | GAUZE DRS | | | | | | | | | | |

SKU:87180911091;IN:006163137;UK:00871809110913;PR:RO;VN:28234261-PP;;Inner
Box:6;Qty:6;SKU:87180911091;IN:006163137;UK:00871809110913;PR:RO;VN:28234261-PP;;!
Box:6;Qty:6;SKU:87180911091;IN:006163137;UK:00871809110913;PR:RO;VN:28234261-PP;;!
Box:6;Qty:6;SKU:87180911091;IN:006163137;UK:00871809110913;PR:RO;VN:28234261-PP;;!
Box:6;Qty:6

Total Pieces:        906

Boxes:        151
Weight:        1812

| | |
|---|---|
| Item SubTotal: | $9,830.10 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Invoice Total: | $9,830.10 |
| Payment:        $0.00        Balance Due: | $9,830.10 |

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

**6383**

Page 1 of 1

Invoice No. 6383
Invoice Date 08/31/2018
SO # 7298
Ordered Date 06/22/2018
Due Date 10/30/2018
FOB

CUSTOMER KMART                          DIV  A

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT                OH    43125

Customer P/O# 08780031103
Terms 27        NET 60
Shipvia GBEA    GILBERT EXPRESS
                EDI ORDER(Original)

STORE: 8780        DEPT: 027

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA              CA    91752

Phone (  )          Fax (  )

Factor
Status
Old ID

| # | Style | Color | Season | Group | 1X | 2X | 3X | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|----|----|----|-----------|------------|------------|
| 1 | 88101757 CAMBRIC DRS | GREEN | | | 128 | 128 | 128 | 384 | $11.55 | $4,435.20 |

SKU:8718091106;IN:006162106;UK:008718091106;PR:RO;VN:88101757-PP;,Inner
Box:6;Qty:6,SKU:8718091106;IN:006162106;UK:008718091106;PR:RO;VN:88101757-PP;,I
Box:6;Qty:6,SKU:8718091106;IN:006162106;UK:008718091106;PR:RO;VN:88101757-PP;,I
Box:6;Qty:6

| 2 | 88234261 GAUZE DRS | GREEN | | | 114 | 114 | 114 | 342 | $11.55 | $3,950.10 |

SKU:8718091105;IN:006163787;UK:008718091105;PR:RO;VN:88234261-PP;,Inner
Box:6;Qty:6,SKU:8718091105;IN:006163787;UK:008718091105;PR:RO;VN:88234261-PP;,I
Box:6;Qty:6,SKU:8718091105;IN:006163787;UK:008718091105;PR:RO;VN:88234261-PP;,I
Box:6;Qty:6

Phone:1001    EJ
Factor: 2
Currency

Total Pieces:      726

Boxes:    121
Weight:   1452

| | | |
|---|---|---|
| Item SubTotal: | | $8,385.30 |
| Misc: | | $0.00 |
| Freight: | GILBERT EXPRE | $0.00 |
| Payment: | $0.00    Invoice Total: | $8,385.30 |
| | Balance Due: | $8,385.30 |