Marshall C. Turner, Esq.
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314.480.1768
E-mail: marshall.turner@huschblackwell.com

Caleb T. Holzaepfel, Esq.
Admitted *pro hac vice*
HUSCH BLACKWELL LLP
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone:  423.755.2654
Email:  caleb.holzaepfel@huschblackwell.com

*Attorneys for Wangard Partners, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11**
: 
**SEARS HOLDINGS CORPORATION** : 
**et al.,** : **Case No. 18-23538 (RDD)**
: 
**Debtors** : **(Jointly Administered)**
: 
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 24th day of October, 2019, a true and exact copy of the *Motion of Wangard Partners, Inc. For Allowance and Payment of Administrative Expense Claims* has been served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: October 24, 2019          */s/Caleb T. Holzaepfel*
                                 Caleb T. Holzaepfel, Esq.
                                 Admitted *pro hac vice*
                                 HUSCH BLACKWELL LLP
                                 736 Georgia Avenue, Suite 300
                                 Chattanooga, Tennessee 37402
                                 Telephone:  423.755.2654
                                 Email:  caleb.holzaepfel@huschblackwell.com

    Marshall C. Turner, Esq.
    HUSCH BLACKWELL LLP
    190 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63105
 Telephone: 314.480.1768
  E-mail: marshall.turner@huschblackwell.com