Marshall C. Turner, Esq.
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314.480.1768
E-mail: marshall.turner@huschblackwell.com

Caleb T. Holzaepfel, Esq.
Admitted *pro hac vice*
HUSCH BLACKWELL LLP
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone:  423.755.2654
Email:  caleb.holzaepfel@huschblackwell.com

*Attorneys for Gadsden Mall Associates Mall, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                  :          **Chapter 11**
:
**SEARS HOLDINGS CORPORATION**             :
**et al.**,                                :          **Case No. 18-23538 (RDD)**
:
**Debtors**                                :          **(Jointly Administered)**
:
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 24th day of October, 2019, a true and exact copy of the *Motion of Gadsden Mall Associates, LLC for Allowance and Payment of Administrative Expense Claims* has been served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt

Dated: October 24, 2019            */s/Caleb T. Holzaepfel*
                                   Caleb T. Holzaepfel, Esq.
                                   Admitted *pro hac vice*
                                   HUSCH BLACKWELL LLP
                                   736 Georgia Avenue, Suite 300
                                   Chattanooga, Tennessee 37402
                                   Telephone:  423.755.2654
                                   Email:  caleb.holzaepfel@huschblackwell.com

DocID: 4826-4485-0602.1

        Marshall C. Turner, Esq.
        HUSCH BLACKWELL LLP
        190 Carondelet Plaza, Suite 600
        St. Louis, Missouri 63105
        Telephone: 314.480.1768
        E-mail: marshall.turner@huschblackwell.com