UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In Re:  : Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*[1], : Case No. 18-23538 (RDD)

                           Debtors. : (Jointly Administered)

-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            )
COUNTY OF NEW YORK)

     Patricia A. Wright, being duly sworn, deposes and says: I am over the age of eighteen years, am employed by Chapman and Cutler LLP and am not a party to the action herein.

     On October 23, 2019, I caused to be served a true copy of the *Response of E-Land Apparel Ltd and Thanh Cong Textile Garment Investment Trading Joint Stock Company to*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4820-7462-0842
7020936

*the Debtors' Tenth Omnibus Objection to Proofs of Claim (to Reclassify Certain Claims)*

[Docket No. 5485] upon the Standard Parties Service List annexed hereto as Exhibit A.

_____
Patricia A. Wright

Sworn to before me this
24th day of October 2019

_____
Notary

WENDY F REINER
Notary Public - State of New York
NO. 01RE6232988
Qualified in Queens County
My Commission Expires 5/20/2022

# EXHIBIT A

## STANDARD PARTIES SERVICE LIST

| EMAIL SERVICE ||
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Ray C. Schrock, P.C.,<br>    Jacqueline Marcus, Esq.,<br>    Garret A. Fail, Esq.,<br>    Sunny Singh, Esq.,<br>    JeriLeigh Miller, Esq.,<br>    Jessica. Liou, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.,<br>    Shana A. Elberg, Esq., and<br>    George R. Howard, Esq. |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10026<br>Attn: Ira S. Dizengoff, Esq.<br>    Phillip C. Dublin, Esq.<br>    Abid Qureshi, Esq.<br>    Sara L. Brauner, Esq. | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq. |
| Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attn: Marshall S. Huebner, Esq. and<br>    Eli J. Vonnegut, Esq. | Cleary, Gottlieb, Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY, 10006<br>Attn: Sean A. O'Neal, Esq. |
| Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson, Esq.,<br>    Benjamin D. Feder, Esq., and<br>    T. Charlie Liu, Esq. | Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq. |
| Wilmington Trust, National Association<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 198901-0001<br>Attn: Steven Cimalore, Vice President | Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox, Esq. |

| | |
|---|---|
| Office of the U.S. Trustee<br>201 Varick Street, Ste. 1006<br>New York, NY 10014<br>Attn: Paul Schwartzberg, Esq.<br>      Richard Morrissey, Esq. | |
| **FEDERAL EXPRESS OVERNIGHT DELIVERY** ||
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates IL 60179<br>Attn: Stephen Sitley, Esq. and<br>      Luke J. Valentino, Esq. | Chambers of the Hon. Judge Robert D. Drain<br>United States Bankruptcy Court for the<br>Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, New York 10601 |
| Office of the United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq. | Wilmington Trust, National Association<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn: Sears Holdings Corp. Administrator |