DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
David H. Wander, Esq. (dhw@dhclegal.com)
Garrett Kingman, Esq. (gk@dhclegal.com)
*Attorneys for Eric Jay Ltd.*

**Hearing Date and Time:**
November 20, 2019 at 10:00 am
(EST)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

In re:

SEARS HOLDING CORPORATION, *et al.*,

Debtor.

------------------------------------------------------------ X

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

## DECLARATION BY STEVEN GOTTLIEB IN SUPPORT OF ERIC JAY LTD'S OPPOSITION TO DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS [DOC 5236]

STEVEN GOTTLIEB, declares under 28 U.S.C. §1746:

1.      I am the Vice-President of Eric Jay, Ltd. ("Eric Jay") and I submit this declaration in support of Eric Jay's opposition to the Debtors' ninth omnibus objection to claims [Doc 5236].

2.      Eric Jay was a domestic vendor of the Debtors, providing apparel goods.

3.      Eric Jay's goods were manufactured in India and the production process took approximately 90 days.

4.      The goods were then shipped (by boat) to the United States and then (by truck) to Eric Jay's warehouse in New Jersey.  This shipping process took approximately 45 days.

5.      The goods would remain at Eric Jay's warehouse for varying amounts of time before being picked up by a trucking company and delivered, upon information and belief, the same day to a consolidator in New Jersey.

668832v.1

6.    The goods would remain with the consolidator, upon information and belief, for varying amounts of time before they were shipped (by truck or rail) to a Sears' or Kmart distribution center in Pennsylvania or California.

7.    Until the goods were received by Sears/Kmart at a distribution center, upon information and belief, Eric Jay could stop the goods in transit.

8.    The actual dates the goods were received by Sears at its distribution center is known, upon information and belief, by the Debtors and their consolidators; however, the actual dates of receipt have not been provided to Eric Jay.

9.    The proof of claim filed by Eric Jay, Claim No. 16591 for $195,552, includes both its §503(b)(9) claim and unsecured claim **(Exhibit A)**, and the invoices for the goods that, upon information and belief, were likely received by Sears within the twenty (20) days of Sears' bankruptcy filing on October 15, 2018.  However, upon review of the filed proof of claim, I noticed that the attachment with invoices for Eric Jay's §503(b)(9) claim for $102,053.70 **(Exhibit B)** and the attachment with invoices for Eric Jay's unsecured claim for $93,498.30 **(Exhibit C)** were reversed.  In other words, Eric Jay's §503(b)(9) claim should be $93,498.30 and the unsecured claim should be $102,053.70.  Accordingly, Eric Jay has filed an amended claim.  **Exhibit D.**

10.    The Debtors' objection to Eric Jay's proof of claim provides no information about the dates the Debtors' received Eric Jay's goods.  Instead, the Debtors' objections contains a vague, generic statement that "[t]he goods were not received within 20 days of the bankruptcy filing."

11.    After the Debtors review Eric Jay's amended claim, if they still dispute the dates of receipt, the only way to resolve the issue is for the Debtor to produce the proofs of delivery.

2

Accordingly, the Debtor's objection to Eric Jay's proof of claim should not be resolved as a matter of law.   Rather, Eric Jay should be afforded limited discovery to present a complete record for the Court to rule on the Debtors' claim objection, if they object to the amended claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2ᵘday of October, 2019.

Steven Gottlieb

3

# EXHIBIT - A

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☒ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **ERIC JAY LTD** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2. | Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? |
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> David H. Wander, Esq. <br> Davidoff Hutcher & Citron LLP <br> 605 Third Avenue <br> New York, New York 10158 <br><br> Contact phone  (212) 557-7200 <br> Contact email  dhw@dhclegal.com <br><br> **Where should payments to the creditor be sent?** (if different) <br><br> Contact phone <br> Contact email |
| 4. | Does this claim amend one already filed? | ☒ No <br> ☐ Yes.  Claim number on court claims registry (if known)_____   Filed on ____MM / DD / YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? |

**Claim Number: 16591**

Proof of Claim                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __8__ __4__ __6__ __5__

**7. How much is the claim?** $ 195,552.00

**Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold and delivered

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* |

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies.

$_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| | |
|---|---|
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.   $ 102,053.70 |

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *David Wander*
David Wander (Apr 10, 2019)

**Email:**  dhw@dhclegal.com

Signature

**Print the name of the person who is completing and signing this claim:**

**Name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | David<br>First name | H.<br>Middle name | Wander<br>Last name |
| Title | Partner | | |
| Company | Davidoff Hucher & Citron LLP<br>Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 605 Third Avenue<br>Number        Street | | |
| | New York<br>City | NY<br>State | 10158<br>ZIP Code |
| Contact phone | (212) 557-7200 | Email | dhw@dhclegal.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ have supporting documentation.
(attach below)

☐ do **not** have supporting documentation.

Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment also creates a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

# EXHIBIT - B

**SEARS HOLDING CORPORATION** *et al.* **CASE No.: 18-23538 (RDD)**
**ERIC JAY LTD**
**ATTACHMENT TO § 503(b)(9) CLAIM**

| INVOICE NO. | AMOUNT ($) |
|---|---|
| 6298 | 16,877.70 |
| 6371 | 9,632.70 |
| 6372 | 7,421.40 |
| 6373 | 6,306.30 |
| 6374 | 20,017.20 |
| 6375 | 13,948.20 |
| 6376 | 9,634.80 |
| 6382 | 9,830.10 |
| 6383 | 8,385.30 |
| TOTAL: | 102,053.70 |

635381v.1

# INVOICE

**6298**

Page 1 of 1

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

**S H I P T O**  STORE: 8780        DEPT: 027
SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE

MIRA LOMA        CA    91752
Phone ( ) -            Fax ( ) -

**B I L L T O**  CUSTOMER KMART    DIV  A
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH    43125

Currency

Invoice No. 6298
Invoice Date 07/12/2018
SO # 7281
Ordered Date 05/26/2018
Due Date 09/10/2018
FOB

Customer P/O# 08780028973
Terms 27    NET 60
Shipvia GBEA    GILBERT EXPRESS

Factor
Status
Old ID

M E M O
EDI ORDER(Original)

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|---|---|---|----|-----------|-----------|-----------|
| 1 | 28131491 | BLUE | | | 123 | 123 | 246 | 246 | 738 | $10.85 | $8,007.30 |

SKU:87180911046;IN:00973293 6;UK:008718091110463;PR:RO;VN:28131491-PP;;Inner
Box:6;Qty:6,SKU:87180911046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;
Box:6;Qty:6,SKU:87180911046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;
Box:6;Qty:6,SKU:87180911046;IN:009732936;UK:008718091110463;PR:RO;VN:28131491-PP;;
Box:6;Qty:6

| # | Style | Color | Season | Group | 1X | 2X | 3X | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|----|----|----|-----------|-----------|-----------|
| 2 | 88131491 | BLUE | | | 256 | 256 | 256 | 768 | $11.55 | $8,870.40 |

SKU:87180911050;IN:009732943;UK:008718091110500;PR:RO;VN:88131491-PP;;Inner
Box:6;Qty:6,SKU:87180911050;IN:009732943;UK:008718091110500;PR:RO;VN:88131491-PP;;
Box:6;Qty:6,SKU:87180911050;IN:009732943;UK:008718091110500;PR:RO;VN:88131491-PP;;
Box:6;Qty:6,SKU:87180911050;IN:009732943;UK:008718091110500;PR:RO;VN:88131491-PP;;
Box:6;Qty:6

Total Pieces:    1506

Boxes:    251
Weight    3012

Item SubTotal:        $16,877.70
Misc:            $0.00
Freight  GILBERT EXPRE        $0.00
Invoice Total:        $16,877.70
Payment:    $0.00    Balance Due:    **$16,877.70**

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

# INVOICE   6371

Page 1 of 1

**S T O R E** STORE: 8780   DEPT: 027
SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA   CA   91752

Phone ( )  -   Fax ( )  -

**B I L L   T O** CUSTOMER KMART   DIV   A
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT   OH   43125

Customer P/O# 08780035631                    Factor
Terms 27   NET 60                            Status
Shipvia GBEA   GILBERT EXPRESS              Old ID
M EDI ORDER(Original)

| Invoice No. | 6371 |
|---|---|
| Invoice Date | 08/24/2018 |
| SO # | 7372 |
| Ordered Date | 08/14/2018 |
| Due Date | 10/23/2018 |
| FOB | |

| # | Style | Color | Season | Group | 1X | 2X | 3X | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 88200978 | BLACK | 27 | GBEA | 278 | 278 | 278 | | | |
| | GAUZE DRS | | | R1001 | | | | | | |
| | | | | e 2 | | | | | | |
| | | | | p | EJ | | | 834 | $11.55 | $9,632.70 |
| | | | | | | | | | Currency | |

SKU:8718091113;IN:006169733;UK:0087180911132;PR:RO;VN:8820097:8-PP;:Inner
Box:6;Qty:6;SKU:8718091113;IN:006169733;UK:0087180911132;PR:RO;VN:88200978-PP;:
Box:6;Qty:6;SKU:8718091113;IN:006169733;UK:0087180911132;PR:RO;VN:88200978-PP;:
Box:6;Qty:6

Total Pieces:   834

Boxes:   139
Weight:   1668

| | |
|---|---|
| Item SubTotal: | $9,632.70 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Invoice Total: | $9,632.70 |
| Payment:   $0.00   Balance Due: | $9,632.70 |

# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

**6372**

Page 1 of 1

| | | |
|---|---|---|
| **S** | STORE:8781 | DEPT: 027 |
| **H** | SEARS HOLDINGS DC# 8781 | |
| **I** | 1475 NITTERHOUSE DRIVE | |
| **P** | | |
| **T** | | |
| **O** | CHAMBERSBURG    PA    17201 | |

Phone ( )  -        Fax ( )  -

| | | |
|---|---|---|
| **B** | CUSTOMER KMART | DIV  A |
| **I** | KMART CORPORATION | |
| **L** | GOVERPORT DC#08936 | |
| **L** | 4400 HAMILTON ROAD | |
| **T** | | |
| **O** | GROVEPORT    OH    43125 | |

Customer P/O# 08781009619

Terms 27   NET 60

Shipvia GBEA   GILBERT EXPRESS

EDI ORDER(Original)

Invoice No. 6372
Invoice Date 08/27/2018
SO # 7374
Ordered Date 08/14/2018
Due Date 10/26/2018
FOB

Factor
Status
Old ID

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|---|---|---|----|-----------|-----------|-----------|
| | 28200978 | BLACK | | | 114 | 114 | 228 | 228 | 684 | $10.85 | $7,421.40 |
| 1 | GAUZE DRS | | | | | | | | | | |

SKU:8718091109;IN:006169663;UK:008718091111095;PR:RO;VN:28200978-PP;;Inner
Box:6;Qty:6.SKU:8718091109;IN:006169663;UK:008718091111095;PR:RO;VN:28200978-PP;;i
Box:6;Qty:6.SKU:8718091109;IN:006169663;UK:008718091109;PR:RO;VN:28200978-PP;;i
Box:6;Qty:6.SKU:8718091109;IN:006169663;UK:008718091109;PR:RO;VN:28200978-PP;;i
Box:6;Qty:6

Total Pieces:        684

Boxes:        114
Weight:      1368

| | | |
|---|---|---|
| Item SubTotal: | | $7,421.40 |
| | Misc: | $0.00 |
| | Freight: GILBERT EXPRE | $0.00 |
| Payment: | $0.00   Invoice Total: | $7,421.40 |
| | Balance Due: | $7,421.40 |

# INVOICE

6373

Page 1 of 1

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657

T: (201) 941-1717
F: (201) 941-1877

STORE: 8781          DEPT: 027

SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE

CHAMBERSBURG          PA      17201

Phone ( )  -                    Fax ( )  -

| B | CUSTOMER KMART | DIV    A |
|---|---|---|
| L | KMART CORPORATION | |
| L | GOVERPORT DC#08936 | |
| T | 4400 HAMILTON ROAD | |
| O | GROVEPORT          OH      43125 | |

Customer P/O# 08781009620

Terms 27    NET 60                    Factor

Shipvia GBEA    GILBERT EXPRESS        Status

MEDI ORDER(Original)                  Old ID

Invoice No. 6373
Invoice Date 08/28/2018
SO # 7375
Ordered Date 08/14/2018
Due Date 10/27/2018
FOB

| # | Style | Color | Season | Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1X | 2X | 3X | | | | |
| 88200978 | GAUZE DRS | BLACK | | | 182 | 182 | 182 | | 546 | $11.55 | $6,306.30 |

SKU:87180911113;IN:006169733;UK:008718091111132;PR:RO;VN:88200978-PP:;Inner
Box:6;Qty:6,SKU:87180911113;IN:006169733;UK:008718091111132;PR:RO;VN:88200978-PP:;I
Box:6;Qty:6,SKU:87180911113;IN:006169733;UK:008718091111132;PR:RO;VN:88200978-PP:;I
Box:6;Qty:6

Currency

R 1 001
c 2
p 2

EJ

| | | |
|---|---|---|
| Total Pieces: | 546 | |
| | | Item SubTotal: | $6,306.30 |
| Boxes: | 91 | Misc.: | $0.00 |
| Weight: | 1092 | Freight: GILBERT EXPRES | $0.00 |
| | | Invoice Total: | $6,306.30 |
| Payment: | $0.00 | Balance Due: | $6,306.30 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

**6374**

Page 1 of 1

| | |
|---|---|
| STORE: 8780 | DEPT: 027 |

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE

MIRA LOMA    CA    91752

Phone ( ) -        Fax ( ) -

SHIP TO

**CUSTOMER** KMART        DIV  A

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH        43125

BILL TO

Customer P/O# 08780035629

Invoice No. 6374
Invoice Date 08/27/2018        Factor
SO # 7370        Terms 27    NET 60        Status
Ordered Date 08/14/2018        Shipvia GBEA    GILBERT EXPRESS        Old ID
Due Date 10/26/2018        EDI ORDER(Original)
FOB

Currency

| Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 28124861 | ROYAL | | | 151 | 151 | 302 | 302 | | | |
| 1 CAMBRIC DRS | | | | | | | | 906 | $10.85 | $9,830.10 |

SKU:8718091100;IN:006164769;UK:008718091110002;PR:RO;VN:28124861-PP;;Inner
Box:6,Qty:6.SKU:8718091100;IN:006164769;UK:008718091110002;PR:RO;VN:28124861-PP;;
Box:6,Qty:6.SKU:8718091100;IN:006164769;UK:008718091110002;PR:RO;VN:28124861-PP;;
Box:6,Qty:6.SKU:8718091100;IN:006164769;UK:008718091110002;PR:RO;VN:28124861-PP;;
Box:6,Qty:6

| Style | Color | Season | Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 88124861 | ROYAL | | | 294 | 294 | 294 | | | | |
| 2 CAMBRIC DRS | | | | | | | | 882 | $11.55 | $10,187.10 |

SKU:8718091117;IN:006165359;UK:008718091111170;PR:RO;VN:88124861-PP;;Inner
Box:6,Qty:6.SKU:8718091117;IN:006165359;UK:008718091111170;PR:RO;VN:88124861-PP;;
Box:6,Qty:6.SKU:8718091117;IN:006165359;UK:008718091111170;PR:RO;VN:88124861-PP;;
Box:6,Qty:6.SKU:8718091117;IN:006165359;UK:008718091111170;PR:RO;VN:88124861-PP;;
Box:6,Qty:6

Total Pieces:    1788

Boxes:    298
Weight:    3576

| | |
|---|---|
| Item SubTotal: | $20,017.20 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Payment:    $0.00    Invoice Total: | $20,017.20 |
| Balance Due: | $20,017.20 |

# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

**6375**

Page 1 of 1

**B** CUSTOMER KMART                    DIV  A

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH      43125

**S** STORE: 8781          DEPT: 027

SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE

CHAMBERSBURG      PA    17201

Phone ( ) -                     Fax ( ) -

| | |
|---|---|
| Invoice No. 6375 | |
| Invoice Date 08/28/2018 | |
| SO # 7373 | |
| Ordered Date 08/14/2018 | |
| Due Date 10/27/2018 | |
| FOB | |

Customer P/O# 08781009618

Terms 27    NET 60

Shipvia GBEA    GILBERT EXPRESS

EDI ORDER(Original)

Factor
Status
Old ID

Currency

| # | Style | Color | Season | Group | S | M | L | XL | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28124861 | ROYAL | | | 111 | 111 | 222 | 222 | | | 666 | $10.85 | $7,226.10 |
| | CAMBRIC DRS | | | | | | | | | | | | |

SKU:87180911100;IN:006164769;UK:0087180911100;PR:RO;VN:28124861-PP;;Inner
Box:6;Qty:6,SKU:87180911100;IN:006164769;UK:0087180911100;PR:RO;VN:28124861-PP;;
Box:6;Qty:6,SKU:87180911100;IN:006164769;IN:006164769;PR:RO;VN:28124861-PP;;
Box:6;Qty:6,SKU:87180911100;IN:006164769;UK:0087180911100;PR:RO;VN:28124861-PP;;
Box:6;Qty:6

| # | Style | Color | Season | Group | 1X | 2X | 3X | | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 88124861 | ROYAL | | | 194 | 194 | 194 | | | | 582 | $11.55 | $6,722.10 |
| | CAMBRIC DRS | | | | | | | | | | | | |

SKU:87180911117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;;Inner
Box:6;Qty:6,SKU:87180911117;IN:006165359;UK:0087180911117;PR:RO;VN:88124861-PP;;
Box:6;Qty:6,SKU:87180911117;IN:006165359;UK:0087180911117;PR:RO;VN:88124861-PP;;
Box:6;Qty:6,SKU:87180911117;IN:006165359;IN:006165359;PR:RO;VN:88124861-PP;;
Box:6;Qty:6

Total Pieces:      1248

Boxes:      208
Weight      2496

| | |
|---|---|
| Item SubTotal: | $13,948.20 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Payment:      $0.00    Invoice Total: | $13,948.20 |
| Balance Due: | $13,948.20 |

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

**6376**

Page 1 of 1

| | | |
|---|---|---|
| **S** | STORE: 8780 | DEPT: 027 |
| **B** **I** | SEARS HOLDINGS DC# 8780 | |
| **L** **P** | 3100 MILLIKEN AVENUE | |
| **T** **O** | MIRA LOMA | CA    91752 |

Phone ( ) -       Fax ( ) -

| | |
|---|---|
| **B I L L T O** | CUSTOMER  KMART            DIV    A |
| | KMART CORPORATION |
| | COVERPORT DC#08936 |
| | 4400 HAMILTON ROAD |
| | GROVEPORT        OH        43125 |

Invoice No.  6376
Invoice Date  08/28/2018
SO #  7371
Ordered Date  08/14/2018
Due Date  10/27/2018
FOB

Customer P/O#  08780035630
Terms  27     NET 60
Shipvia  GBEA     GILBERT EXPRESS
EDI ORDER(Original)

Factor
Status
Old ID

| | R | 1 001 | | EJ |
| | e | 2 | | |
| | p | | | |

Currency

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|---|---|---|----|-----------|------------|------------|
| 1 | 28200978 GAUZE DRS | BLACK | | | 148 | 148 | 296 | 296 | 888 | $10.85 | $9,634.80 |

SKU:87180911109;IN:006169663;UK:008718091110095;PR:RO;VN:28200978-PP::Inner
Box:6;Qty:6,SKU:87180911109;IN:006169663;UK:008718091110095;PR:RO;VN:28200978-PP::
Box:6;Qty:6,SKU:87180911109;IN:006169663;UK:008718091110095;PR:RO;VN:28200978-PP::
Box:6;Qty:6,SKU:87180911109;IN:006169663;UK:008718091110095;PR:RO;VN:28200978-PP::
Box:6;Qty:6

Total Pieces:        888

Boxes:        148
Weight:       1776

| | | |
|---|---|---|
| Item SubTotal: | | $9,634.80 |
| Misc: | | $0.00 |
| Freight: | GILBERT EXPRE | $0.00 |
| Payment: | $0.00    Invoice Total: | $9,634.80 |
| | Balance Due: | $9,634.80 |

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657

T: (201) 941.1717
F: (201) 941.1877

# INVOICE

**6382**

Page 1 of 1

**B** CUSTOMER KMART          DIV A

**I** KMART CORPORATION
**L** GOVERPORT DC#08936
**T** 4400 HAMILTON ROAD
**O** GROVEPORT          OH    43125

**S** STORE:8780          DEPT:027
**H** SEARS HOLDINGS DC# 8780
**P** 3100 MILLIKEN AVENUE
**T**
**O** MIRA LOMA          CA    91752

Phone ( ) -          Fax ( ) -

Invoice No.  6382
Invoice Date  08/31/2018
SO #  7299
Ordered Date  06/22/2018
Due Date  10/30/2018
FOB

Customer P/O# 08780031104

Terms  27    NET 60

Shipvia GBEA    GILBERT EXPRESS

EDI ORDER(Original)

Factor
Status
Old ID

Phone ( ) -          EJ
Currency

| # | Style | Color | Season | Group | S | M | L | XL | | | Total | QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|---|---|---|----|-|-|-------|-----|-----------|-----------|
| | | | | | | | | | | | | 1,001 | | | |
| | | | | | | | | | | | | 2 | | | |
| 1 | 28101757 | GREEN | | | 74 | 74 | 148 | 148 | 148 | | | 444 | $10.85 | $4,817.40 |
| | CAMBRIC DRS | | | | | | | | | | | | | | |
| | | | SKU:87180911082;IN:006160994;UK:008718091 10821;PR:RO;VN:28101757-PP;;Inner | | | | | | | | | | | | |
| | | | Box:6;Qty:6,SKU:87180911082;IN:006160994;UK:008718091 10821;PR:RO;VN:28101757-PP;;I | | | | | | | | | | | | |
| | | | Box:6;Qty:6,SKU:87180911082;IN:006160994;UK:008718091 10821;PR:RO;VN:28101757-PP;;I | | | | | | | | | | | | |
| | | | Box:6;Qty:6,SKU:87180911082;IN:006160994;UK:008718091 10821;PR:RO;VN:28101757-PP;;I | | | | | | | | | | | | |
| | | | Box:6;Qty:6 | | | | | | | | | | | | |
| | | | | | | | | | | | | 462 | $10.85 | $5,012.70 |
| 2 | 28234261 | GREEN | | | 77 | 77 | 154 | 154 | 154 | | | | | | |
| | GAUZE DRS | | | | | | | | | | | | | | |
| | | | SKU:87180911091;IN:006163137;UK:008718091 10913;PR:RO;VN:28234261-PP;;Inner | | | | | | | | | | | | |
| | | | Box:6;Qty:6,SKU:87180911091;IN:006163137;UK:008718091 10913;PR:RO;VN:28234261-PP;;I | | | | | | | | | | | | |
| | | | Box:6;Qty:6,SKU:87180911091;IN:006163137;UK:008718091 10913;PR:RO;VN:28234261-PP;;I | | | | | | | | | | | | |
| | | | Box:6;Qty:6,SKU:87180911091;IN:006163137;UK:008718091 10913;PR:RO;VN:28234261-PP;;I | | | | | | | | | | | | |
| | | | Box:6;Qty:6 | | | | | | | | | | | | |

Total Pieces:    906

Boxes:    151
Weight:    1812

Item SubTotal:    $9,830.10
Misc:    $0.00
Freight    GILBERT EXPRE    $0.00
Invoice Total:    $9,830.10

Payment    $0.00    Balance Due:    $9,830.10

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657

T: (201) 941-1717
F: (201) 941-1877

## INVOICE

**6383**

Page 1 of 1

STORE: 8780    DEPT: 027

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE

MIRA LOMA            CA    91752

Phone ( )  -          Fax ( )  -

Invoice No. **6383**
Invoice Date 08/31/2018
SO # 7298
Ordered Date 06/22/2018
Due Date 10/30/2018
FOB

**CUSTOMER KMART**

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT            OH    43125

DIV    A

Customer P/O# 08780031103

Terms 27    NET 60
Shipvia GBEA    GILBERT EXPRESS

MEDI ORDER(Original)

Factor
Status
Old ID

| # | Style | Color | Season | Group | 1X | 2X | 3X | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|----|----|----|-----------|------------|------------|
| 1 | 88101757 CAMBRIC DRS | GREEN | | | 128 | 128 | 128 | 384 | $11.55 | $4,435.20 |

SKU:8718091086;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP-;!
Box:6;Qty:6,SKU:8718091086;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP-;!
Box:6;Qty:6,SKU:8718091086;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP-;!
Box:6;Qty:6

| 2 | 88234261 GAUZE DRS | GREEN | | | 114 | 114 | 114 | 342 | $11.55 | $3,950.10 |

SKU:8718091095;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP-;!Inner
Box:6;Qty:6,SKU:8718091095;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP-;!
Box:6;Qty:6,SKU:8718091095;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP-;!
Box:6;Qty:6

Total Pieces:    726

Boxes:    121
Weight:    1452

Item SubTotal:                    $8,385.30
Misc:                              $0.00
Freight: GILBERT EXPRE            $0.00
Invoice Total:                    **$8,385.30**

Payment:    $0.00    Balance Due:    **$8,385.30**

# EXHIBIT - C

**SEARS HOLDING CORPORATION** *et al.* **CASE No.: 18-23538 (RDD)**
**ERIC JAY LTD**
**ATTACHMENT TO UNSECURED CLAIM**

| INVOICE NO. | AMOUNT ($) |
|---|---|
| 6392 | 30,252.60 |
| 6391 | 49,228.20 |
| 6385 | 7,226.10 |
| 6384 | 6,791.40 |
| TOTAL: | 93,498.30 |

635380v.1

# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

# INVOICE
6392
Page 1 of 2

| | |
|---|---|
| Invoice No. | 6392 |
| Invoice Date | 09/18/2018 |
| SO # | 7402 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/17/2018 |
| FOB | |

**B** CUSTOMER KMART
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT                OH    43125

**S** STORE: 8781        DEPT: 027
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG              PA    17201

Customer P/O# 0878100 3709
DIV        A

Terms 27      NET 60
Shipvia GBEA   GILBERT EXPRESS
EDI ORDER(Original)

Factor
Status
Old ID

Phone ( )  -        Fax ( )  -
R1 001
P 2
Currency

| # | Style | Color | Season | Group | S | M | L | XL | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28107679 CAMBRIC DRS | RED | | | 125 | 125 | 250 | 250 | SKU:871809110731:IN:003136361:9;UK:008718091110739:PR:RO:VN:28120415-PP;;Inner<br>Box:6,Qty:6,SKU:871809110731:IN:003136219:UK:008718091110739:PR:RO:VN:28120415-PP;;I<br>Box:6,Qty:6,SKU:871809110731:IN:003136219:UK:008718091110739:PR:RO:VN:28120415-PP;;I<br>Box:6,Qty:6,SKU:871809110731:IN:003136219:UK:008718091110739:PR:RO:VN:28120415-PP;;I<br>Box:6,Qty:6,SKU:871809110731:IN:003136219:UK:008718091110739:PR:RO:VN:28120415-PP;;I<br>Box:6,Qty:6 | 750 | $10.85 | $8,137.50 |
| 2 | 28120415 CAMBRIC DRS | BLACK | | | 130 | 130 | 260 | 260 | SKU:871809110641:IN:003136449;UK:008718091110647:PR:RO:VN:28107679-PP;;Inner<br>Box:6,Qty:6,SKU:871809110641:IN:003136449;UK:008718091110647:PR:RO:VN:28107679-PP;;I<br>Box:6,Qty:6,SKU:871809110641:IN:003136449;UK:008718091110647:PR:RO:VN:28107679-PP;;I<br>Box:6,Qty:6,SKU:871809110641:IN:003136449;UK:008718091110647:PR:RO:VN:28107679-PP;;I<br>Box:6,Qty:6,SKU:871809110641:IN:003136449;UK:008718091110647:PR:RO:VN:28107679-PP;;I<br>Box:6,Qty:6 | 780 | $10.85 | $8,463.00 |
| 3 | 88107679 CAMBRIC DRS | RED | | | 170 | 170 | 170 | 170 | SKU:871809110681:IN:003136641:UK:008718091110685;PR:RO:VN:88107679-PP;;Inner<br>Box:6,Qty:6,SKU:871809110681:IN:003136641;UK:008718091110685;PR:RO:VN:88107679-PP;;I<br>Box:6,Qty:6,SKU:871809110681:IN:003136641;UK:008718091110685;PR:RO:VN:88107679-PP;;I<br>Box:6,Qty:6 | 510 | $11.55 | $5,890.50 |



# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

**INVOICE**

Page 2 of 2

**6392**

| | |
|---|---|
| Invoice No. | 6392 |
| Invoice Date | 09/18/2018 |
| SO # | 7402 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/17/2018 |

FOB

**Customer P/O#** 08781003709

**B CUSTOMER** KMART

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT     OH    43125

DIV    A

**S STORE:** 8781     **DEPT:** 027

SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG    PA    17201
Phone ( )  -     Fax ( )  -

| Terms | Shipvia | | |
|---|---|---|---|
| 27 | GBEA | GILBERT EXPRESS | |
| NET 60 | | | |

EDI ORDER(Original)

Factor

| Status | Old ID | | R1 001 | 2 | Currency |
|---|---|---|---|---|---|

| # | Style | Color | Season | Group | 1X | 2X | 3X | Total QTY | PiecePrice | Ext.Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 88120415 | BLACK | | | 224 | 224 | 224 | 672 | EJ | $11.55 | $7,761.60 |
| | CAMBRIC DRS | | | | | | | | | |

SKU:8718091107T;IN:003136230;UK:008718091107T;PR:RO;VN:88120415-PP;:Inner'
Box:6;Qty:6.SKU:8718091107T;IN:003136230;UK:008718091107T;PR:RO;VN:88120415-PP;:|
Box:6;Qty:6.SKU:8718091107T;IN:003136230;UK:008718091107T;PR:RO;VN:88120415-PP;:|
Box:6;Qty:6

Total Pieces:    2712

| | |
|---|---|
| Boxes: | 452 |
| Weight: | 5424 |

| Item SubTotal: | $30,252.60 |
|---|---|
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Payment | $0.00 |
| Invoice Total: | $30,252.60 |
| Balance Due: | $30,252.60 |

# ERIC JAY LTD.

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

**6391**

Page 1 of 2

| | |
|---|---|
| Invoice No. | 6391 |
| Invoice Date | 09/11/2018 |
| SO # | 7401 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/10/2018 |
| FOB | |

**Customer P/O# 0878002916**

**SOLD TO:**
KMART CORPORATION
KMART DC#08936
4400 HAMILTON ROAD
GROVEPORT  OH  43125  DIV  A

**SHIP TO:**
SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA  CA  91752

STORE: 8780  DEPT: 027

Phone ( )  -    Fax ( )  -

| Terms 27 | NET 60 | Factor | EJ |
| Shipvia GBEA | GILBERT EXPRESS | Old ID | Currency |

**EDI ORDER(Original)**

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28107679 | RED | | | 186 | 186 | 372 | 372 | 1116 | $10.85 | $12,108.60 |

SKU:87180911064;IN:003136449;UK:008718091110647;PR:RO;VN:28107679-PP;:I
Box:6;Qty:6,SKU:87180911064;IN:003136449;UK:008718091110647;PR:RO;VN:28107679-PP;:Inner
Box:6;Qty:6,SKU:87180911064;IN:003136449;UK:008718091110647;PR:RO;VN:28107679-PP;:I
Box:6;Qty:6,SKU:87180911064;IN:003136449;UK:008718091110647;PR:RO;VN:28107679-PP;:I
Box:6;Qty:6

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 28120415 | BLACK | | | 204 | 204 | 408 | 408 | 1224 | $10.85 | $13,280.40 |

SKU:87180911073;IN:003136219;UK:008718091110739;PR:RO;VN:28120415-PP;:Inner
Box:6;Qty:6,SKU:87180911073;IN:003136219;UK:008718091110739;PR:RO;VN:28120415-PP;:I
Box:6;Qty:6,SKU:87180911073;IN:003136219;UK:008718091110739;PR:RO;VN:28120415-PP;:I
Box:6;Qty:6,SKU:87180911073;IN:003136219;UK:008718091110739;PR:RO;VN:28120415-PP;:I
Box:6;Qty:6

| # | Style | Color | Season | Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 88107679 | RED | | | 284 | 284 | 284 | | 852 | $11.55 | $9,840.60 |

SKU:87180911068;IN:003136641;UK:008718091110685;PR:RO;VN:88107679-PP;:Inner
Box:6;Qty:6,SKU:87180911068;IN:003136641;UK:008718091110685;PR:RO;VN:88107679-PP;:I
Box:6;Qty:6,SKU:87180911068;IN:003136641;UK:008718091110685;PR:RO;VN:88107679-PP;:I
Box:6;Qty:6

| # | Style | Color |
|---|---|---|
| 1 | 28107679 | RED |
| | CAMBRIC DRS | |
| 2 | 28120415 | BLACK |
| | CAMBRIC DRS | |
| 3 | 88107679 | RED |
| | CAMBRIC DRS | |



# INVOICE

**6391**

Page 2 of 2

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

| | |
|---|---|
| Invoice No. | 6391 |
| Invoice Date | 09/11/2018 |
| SO # | 7401 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/10/2018 |
| FOB | |

Customer P/O# 0878002991G

| B | CUSTOMER  KMART | | DIV | A |
|---|---|---|---|---|
| I | KMART CORPORATION | | | |
| L | GOVERPORT DC#08936 | | | |
| T | 4400 HAMILTON ROAD | | | |
| O | GROVEPORT | OH | 43125 | |

Terms   27   NET 60

Shipvia  GBEA    GILBERT EXPRESS

EDI ORDER(Original)

| S | STORE:8780   DEPT: 027 |
|---|---|
| H | SEARS HOLDINGS DC# 8780 |
| I | 3100 MILLIKEN AVENUE |
| P | |
| T | MIRA LOMA |
| O | CA   91752 |

Phone ( )   -    Fax ( )   -

| # | Style | Color | Season | Group | | | | Factor | Status | Old ID | | Total QTY | PiecePrice | **Ext. Price** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 88120415 | BLACK | | 1X | 2X | 3X | | | | | | 1212 | $11.55 | $13,998.60 |
| | CAMBRIC DRS | | 404 | 404 | 404 | | | R 001 | P 2 | EJ | | | | |

SKU:871809110777;IN:003136230;UK:0087180911O777;PR;RO:VN:88120415-PP;;Inner
Box;6;Qty:6,SKU:871809110777;IN:003136230;UK:0087180911O777;PR;RO:VN:88120415-PP;;1
Box:6;Qty:6 SKU:871809110777;IN:003136230;UK:0087180911O777;PR;RO;VN:88120415-PP;;1
Box:6;Qty:6

Total Pieces:   4404

Item SubTotal:   $49,228.20

| | |
|---|---|
| Boxes: | 734 |
| Weight: | 8808 |

| Misc: | $0.00 |
|---|---|
| Freight: GILBERT EXPRE | $0.00 |
| Payment: | $0.00 |

Invoice Total:   $49,228.20
Balance Due:   $49,228.20

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

6385
Page 1 of 1

| | |
|---|---|
| Invoice No. | 6385 |
| Invoice Date | 09/04/2018 |
| SO # | 7301 |
| Ordered Date | 06/22/2018 |
| Due Date | 11/03/2018 |
| FOB | |

**CUSTOMER** KMART

Customer P/O# 0878100492

**BILL TO**
KMART CORPORATION
GROVEPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH    43125

DIV    A

**SHIP TO**
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG        PA    17201

STORE:8781    DEPT: 027

Phone ( )    -        Fax ( )    -

| | |
|---|---|
| Terms | 27    NET 60 |
| Shipvia | GBEA    GILBERT EXPRESS |

EDI ORDER(Original)

Factor
Status
Old ID

RI    001        EJ
R2

Total QTY    PiecePrice    Ext. Price

Currency

| # | Style | Color | Season | Group | S | M | L | XL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28101757 CAMBRIC DRS | GREEN | | 53 | 53 | 106 | 106 | | 318 | $10.85 | $3,450.30 |
| 2 | 28234261 GAUZE DRS | GREEN | | 58 | 58 | 116 | 116 | | 348 | $10.85 | $3,775.80 |

SKU:8718091108211N:006160994;UK:008718091108211:PR:RO;VN:28101757;PP:;Inner
Box:6;Qty:6;SKU:8718091108211N:006160994;UK:008718091108211:PR:RO;VN:28101757;PP:;I
Box:6;Qty:6;SKU:8718091108211N:006160994;UK:008718091108211:PR:RO;VN:28101757;PP:;I
Box:6;Qty:6;SKU:8718091108211N:006160994;UK:008718091108211:PR:RO;VN:28101757;PP:;I
Box:6;Qty:6

SKU:8718091109111N:006163137;UK:008718091109113:PR:RO;VN:28234261;PP:;Inner
Box:6;Qty:6;SKU:8718091109111N:006163137;UK:008718091109113:PR:RO;VN:28234261;PP:;I
Box:6;Qty:6;SKU:8718091109111N:006163137;UK:008718091109113:PR:RO;VN:28234261;PP:;I
Box:6;Qty:6;SKU:8718091109111N:006163137;UK:008718091109113:PR:RO;VN:28234261;PP:;I
Box:6;Qty:6

Total Pieces:    666

Boxes:    111
Weight:    1332

Item SubTotal:        $7,226.10
Misc:        $0.00
Freight: GILBERT EXPRE        $0.00
Payment    $0.00    Invoice Total:    $7,226.10
Balance Due:    $7,226.10



# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

Page 1 of 1

6384

| | |
|---|---|
| Invoice No. | 6384 |
| Invoice Date | 09/04/2018 |
| SO # | 7300 |
| Ordered Date | 06/22/2018 |
| Due Date | 11/03/2018 |
| FOB | |

**B CUSTOMER KMART**

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH    43125

DIV  A

Customer P/O# 087181004928

Terms 27    NET 60

Shipvia GBEA    GILBERT EXPRESS

EDI ORDER(Original)

**S STORE:8781    DEPT: 027**

SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE

CHAMBERSBURG        PA    17201

Phone ( )  -        Fax ( )  -

Factor
Status
Old ID

| Style | Color | Season | Group | 1X | 2X | 3X | | | | Total QTY | Piece Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88101757 | GREEN | | 1X | 98 | 98 | 98 | | | | | | |
| 1 CAMBRIC DRS | GREEN | | | | | | | | | 294 | $11.55 | $3,395.70 |

SKU:87180911086;IN:006163787;UK:008718091100869;PR:RO;VN:88101757-PP;:inner
Box:6;Qty:6,SKU:87180911086;IN:006162106;UK:008718091100869;PR:RO;VN:88101757-PP;:1
Box:6;Qty:6,SKU:87180911086;IN:006162106;UK:008718091100869;PR:RO;VN:88101757-PP;:1
Box:6;Qty:6

| | | | | | | | | | | 294 | $11.55 | $3,395.70 |

| 88234261 | GREEN | | 1X | 98 | 98 | 98 | | | | | | |
| 2 GAUZE DRS | GREEN | | | | | | | | | 294 | $11.55 | $3,395.70 |

SKU:87180911095;IN:006163787;UK:008718091109 51;PR:RO;VN:88234261-PP;:inner
Box:6;Qty:6,SKU:87180911095;IN:006163787;UK:008718091109 51;PR:RO;VN:88234261-PP;:1
Box:6;Qty:6,SKU:87180911095;IN:006162106;UK:008718091109 51;PR:RO;VN:88234261-PP;:1
Box:6;Qty:6

Total Pieces:    588

Boxes:    98
Weight    1176

Item Sub Total:        $6,791.40
Misc:        $0.00
Freight: GILBERT EXPRE        $0.00

Payment:        $0.00    Invoice Total:    $6,791.40

Balance Due:    $6,791.40

Prime Clerk°
POWERED BY
Adobe Sign

# Electronic Proof of Claim

Final Audit Report                                                                2019-04-10

| Created: | 2019-04-10 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASmxXimQ3x1xTFzmuNl8JT_qmZTRAUCVt |

## "Electronic Proof of Claim" History

📲 Widget created by Sears Claims (searsclaims@primeclerk.com)
2019-04-10 - 3:48:14 PM GMT

📎 David Wander (dhw@dhdlegal.com) uploaded the following supporting documents:
     Attachment
2019-04-10 - 3:59:14 PM GMT

📲 Widget filled in by David Wander (dhw@dhdlegal.com)
2019-04-10 - 3:59:14 PM GMT- IP address: 38.112.44.90

⟡ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 6.1; Win64; x64)
     AppleWebKit/537.36 (KHTML, like Gecko) Chrome/64.0.3282.186 Safari/537.36)
2019-04-10 - 3:59:17 PM GMT- IP address: 38.112.44.90

⊘ Signed document emailed to Sears Claims (searsclaims@primeclerk.com) and David Wander
     (dhw@dhdlegal.com)
2019-04-10 - 3:59:17 PM GMT

635381v.1

**SEARS HOLDING CORPORATION** *et al.* **CASE No.: 18-23538 (RDD)**
**ERIC JAY LTD**
**ATTACHMENT TO § 503(b)(9) CLAIM**

| INVOICE NO. | AMOUNT ($) |
|---|---|
| 6298 | 16,877.70 |
| 6371 | 9,632.70 |
| 6372 | 7,421.40 |
| 6373 | 6,306.30 |
| 6374 | 20,017.20 |
| 6375 | 13,948.20 |
| 6376 | 9,634.80 |
| 6382 | 9,830.10 |
| 6383 | 8,385.30 |
| TOTAL: | 102,053.70 |

# EXHIBIT - D

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☒ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22031) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:    Identify the Claim**

| | |
|---|---|
| 1. Who is the current creditor? | **ERIC JAY LTD** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> **David H. Wander, Esq.** <br> **Davidoff Hutcher & Citron LLP** <br> **605 Third Avenue** <br> **New York, NY 10158** <br><br> Contact phone  212-557-7200 <br> Contact email  dhw@dhclegal.com <br><br> Where should payments to the creditor be sent? (if different) <br><br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☐ No <br> ☐ Yes.  Claim number on court claims registry (if known) 16591    Filed on 10/15/2018 <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   8   4   6   5 |
| 7. **How much is the claim?** | $ 195,552.00     **Does this amount include interest or other charges?**<br>       ☒ No<br>       ☐ Yes. Attach statement itemizing interest, fees, expenses, or other<br>             charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>     Goods delivered and sold |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>    **Nature of property:**<br>    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim*<br>        *Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>    ☐ Motor vehicle<br>    ☐ Other. Describe: _____<br><br>    **Basis for perfection:** _____<br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for<br>    example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has<br>    been filed or recorded.)<br><br>    **Value of property:**        $   195,552.00<br><br>    **Amount of the claim that is secured:**    $_____<br><br>    **Amount of the claim that is unsecured:** $   102,053.70 (The sum of the secured and unsecured<br>                                       amounts should match the amount in line 7.)<br><br>    **Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>    **Annual Interest Rate** (when case was filed)_____%<br>    ☐ Fixed<br>    ☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ 93,498.30 |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature  *David H. Wander*
David H. Wander (Oct 23, 2019)

Email:  dhw@dhclegal.com

_____
Signature

Print the name of the person who is completing and signing this claim:

Name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | David<br>First name | H.<br>Middle name | Wander<br>Last name |
| Title | Partner | | |
| Company | Davidoff Hutcher & Citron<br>Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 605  Third Avenue<br>Number      Street | | |
| | New York<br>City | NY<br>State | 10158<br>ZIP Code |
| Contact phone | 212-557-7200 | Email | dhw@dhclegal.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

[x] have supporting documentation.
    (attach below)          [ ] do <u>not</u> have supporting documentation.

Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# **Instructions for Proof of Claim**

United States Bankruptcy Court                                                                                          12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

**SEARS HOLDING CORPORATION** *et al.* **CASE No.: 18-23538 (RDD)**

<u>**ATTACHMENT TO ERIC JAY LTD AMENDED §503(b)(9) CLAIM**</u>

| INVOICE NO. | AMOUNT ($) |
|---|---|
| 6392 | 30,252.60 |
| 6391 | 49,228.20 |
| 6385 | 7,226.10 |
| 6384 | 6,791.40 |
| TOTAL: | 93,498.30 |

635380v.2

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

## INVOICE

**6392**

Page 1 of 2

| | |
|---|---|
| Invoice No. | 6392 |
| Invoice Date | 09/18/2018 |
| SO # | 7402 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/17/2018 |
| FOB | |

Customer P/O# 0878003709

**B CUSTOMER KMART**
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH    43125

**S STORE:8781    DEPT: 027**
SEARS HOLDINGS DC# 8781
1475 NITZERHOUSE DRIVE
CHAMBERSBURG        PA    17201

DIV    A
Factor
Status
Old ID

Phone( )  -        Fax( )  -
R  001        EJ
2
Currency

Terms 27        NET 60
Shipvia GBEA    GILBERT EXPRESS
EDI ORDER(Original)

| # | Style | Color | Season | Group | S | M | L | XL | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28107679 CAMBRIC DRS | RED | | | 125 | 125 | 250 | 250 | | | | SKU:871809110647;PR:RO;VN:28107679-PP:;Inner Box:6;Qty:6 SKU:871809110647;IN:00313364449;UK:008718091110647;PR:RO;VN:28107679-PP:;I Box:6;Qty:6 SKU:871809110647;IN:00313364449;UK:008718091110647;PR:RO;VN:28107679-PP:;I Box:6;Qty:6 | 750 | $10.85 | $8,137.50 |
| 2 | 28120415 CAMBRIC DRS | BLACK | | | 130 | 130 | 260 | 260 | | | | SKU:871809110739;PR:RO;VN:28120415-PP:;Inner Box:6;Qty:6 SKU:871809110739;IN:00313362219;UK:008718091110739;PR:RO;VN:28120415-PP:;I Box:6;Qty:6 SKU:871809110739;IN:00313362219;UK:008718091110739;PR:RO;VN:28120415-PP:;I Box:6;Qty:6 | 780 | $10.85 | $8,463.00 |
| 3 | 88107679 CAMBRIC DRS | RED | | | | | | | 170 | 170 | 170 | SKU:871809110685;PR:RO;VN:88107679-PP:;Inner Box:6;Qty:6 SKU:871809110685;IN:00313366411;UK:008718091110685;PR:RO;VN:88107679-PP:;I Box:6;Qty:6 SKU:871809110685;IN:00313366411;UK:008718091110685;PR:RO;VN:88107679-PP:;I Box:6;Qty:6 | 510 | $11.55 | $5,890.50 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

## INVOICE

**6392**
Page 2 of 2

| | |
|---|---|
| Invoice No. | 6392 |
| Invoice Date | 09/18/2018 |
| SO # | 7402 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/17/2018 |
| FOB | |

**Customer P/O#** 087810037 09

**BILL TO:**
KMART CORPORATION
KMART CORPORATION
GOVERPORT DC#08996
4400 HAMILTON ROAD
GROVEPORT        OH      43125

Phone( )  -       Fax( )  -

**SHIP TO:**
STORE:8781     DEPT: 027
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG     PA     17201

DIV  A

Factor
Status
Old ID

R1 001    EJ
PUR  2

Currency

Terms 27    NET 60
Ship via GBEA    GILBERT EXPRESS
EDI ORDER(Original)

| # Style | Color | Season | Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext.Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 88120415 | BLACK | | | 224 | 224 | 224 | | | | |
| 4 CAMBRIC DRS | | | | | | | | | | |

SKU:8718091107 7;IN:003136230;UK:0087180911077;PR:RO;VN:88120415-PP::Inner
Box:6;Qty:6,SKU:8718091107 7;IN:003136230;UK:0087180911077;PR:RO;VN:88120415-PP::;i
Box:6;Qty:6,SKU:8718091107 7;IN:003136230;UK:0087180911077;PR:RO;VN:88120415-PP::;i
Box:6;Qty:6,SKU:8718091107 7;IN:003136230;UK:0087180911077;PR:RO;VN:88120415-PP::;i
Box:6;Qty:6

| | |
|---|---|
| Total Pieces: | 2712 |
| | 672    $11.55    $7,761.60 |
| Boxes: | 452 |
| Weight: | 5424 |

Item Sub Total:          $30,252.60
Freight: GILBERT EXPRE       $0.00
Misc:                  $0.00
Payment         $0.00   Invoice Total:   $30,252.60
                        Balance Due:    $30,252.60

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE 6391

Page 1 of 2

| | |
|---|---|
| Invoice No. | 6391 |
| Invoice Date | 09/11/2018 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/10/2018 |
| SO # | 7401 |
| FOB | |

Customer P/O# 0878002S916

**Bill To:** KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT   OH   43125
DIV   A

**Ship To:** SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA   CA   91752
STORE: 8780   DEPT: 027
Phone ( )  -     Fax ( )  -

| Terms 27 | NET 60 | Factor | | 1001 | EJ |
| Shipvia GBEA | GILBERT EXPRESS | Status | | 2 | |
| EDI ORDER(Original) | | Old ID | | Currency | |

| # Style | Color | Season: Group | S | M | L | XL | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 28107679 | RED | | 186 | 186 | 372 | 372 | | 1116 | $10.85 | $12,108.60 |
| 1 CAMBRIC DRS | | | | | | | | | | |

SKU:871809110647;IN:003136449;UK:00871809110647;PR:RO;VN:28107679-PP;;inner
Box:6;Qty:6,SKU:871809110647;IN:003136449;UK:00871809110647;PR:RO;VN:28107679-PP;;inner
Box:6;Qty:6,SKU:871809110647;IN:003136449;UK:00871809110647;PR:RO;VN:28107679-PP;;inner
Box:6;Qty:6,SKU:871809110647;IN:003136449;UK:00871809110647;PR:RO;VN:28107679-PP;;inner
Box:6;Qty:6

| # Style | Color | Season: Group | 1X | 2X | 3X | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 28120415 | BLACK | | 204 | 204 | 408 | 408 | | 1224 | $10.85 | $13,280.40 |
| 2 CAMBRIC DRS | | | | | | | | | | |

SKU:871809110739;IN:003136219;UK:00871809110739;PR:RO;VN:28120415-PP;;inner
Box:6;Qty:6,SKU:871809110739;IN:003136219;UK:00871809110739;PR:RO;VN:28120415-PP;;inner
Box:6;Qty:6,SKU:871809110739;IN:003136219;UK:00871809110739;PR:RO;VN:28120415-PP;;inner
Box:6;Qty:6,SKU:871809110739;IN:003136219;UK:00871809110739;PR:RO;VN:28120415-PP;;inner
Box:6;Qty:6

| # Style | Color | Season: Group | 1X | 2X | 3X | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 88107679 | RED | | 284 | 284 | 284 | | | 852 | $11.55 | $9,840.60 |
| 3 CAMBRIC DRS | | | | | | | | | | |

SKU:871809110685;IN:003136641;UK:00871809110685;PR:RO;VN:88107679-PP;;inner
Box:6;Qty:6,SKU:871809110685;IN:003136641;UK:00871809110685;PR:RO;VN:88107679-PP;;inner
Box:6;Qty:6,SKU:871809110685;IN:003136641;UK:00871809110685;PR:RO;VN:88107679-PP;;inner
Box:6;Qty:6



# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

## INVOICE

Page 2 of 2

**6391**

| | |
|---|---|
| Invoice No. | 6391 |
| Invoice Date | 09/11/2018 |
| SO # | 7401 |
| Ordered Date | 06/07/2018 |
| Due Date | 11/10/2018 |
| FOB | |

**B CUSTOMER** KMART

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH     43125

Customer P/O# 0878029916

| | |
|---|---|
| Terms | 27    NET 60 |
| Shipvia | GBEA    GILBERT EXPRESS |

EDI ORDER(Original)

**S STORE:** 8780    **DEPT:** 027

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE

MIRA LOMA                    CA     91752

Phone ( )  -          Fax ( )  -

DIV     A

Factor

Status

Old ID

**R** 001          EJ
**D** 2
Currency

| Style | Color | | Season | Group | 1X | 2X | 3X | Total QTY | PlacePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 88120415 | BLACK | | | | 404 | 404 | 404 | 1212 | $11.55 | $13,998.60 |
| 4 | CAMBRIC DRS | | | | | | | | | |

SKU:8718091107 TJN:00313623 0;UK:0087 1809110 777;PR:RO;VN:88120415-PP::Inner
Box:6;Qty:6;SKU:87180911077;IN:00313623 0;UK:0087180911 0777;PR:RO;VN:88120415-PP::i
Box:6;Qty:6 SKU:8718091107 7;IN:00313623 0;UK:0087180911 0777;PR:RO;VN:88120415-PP::i
Box:6;Qty:6

| | | |
|---|---|---|
| Total Pieces: | 4404 | Item SubTotal: $49,228.20 |
| | | Misc: $0.00 |
| Boxes: | 734 | Freight: GILBERT EXPRE    $0.00 |
| Weight: | 8808 | |
| | | Payment:    $0.00    Invoice Total: $49,228.20 |
| | | Balance Due: $49,228.20 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

**6385**

Page 1 of 1

| Invoice No. | 6385 |
| Invoice Date | 09/04/2018 |
| Ordered Date | 06/22/2018 |
| Due Date | 11/03/2018 |
| FOB | |

**B CUSTOMER** KMART
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH    43125

DIV    A

**S STORE:** 8781    **DEPT:** 027
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG          PA    17201

Phone ( )   -      Fax ( )   -

Customer P/O# 087181004929

| Terms | 27 | NET 60 |
| SO # | 7301 | |
| Shipvia | GBEA | GILBERT EXPRESS |
| | | EDI ORDER(Original) |

| Style | Color | Season | Group | S | M | L | XL | Factor | Status | Old ID | | DC | | | Currency | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | R1 | 001 | EJ | | | | |
| | | | | | | | | | | | | R2 | 002 | | | | | |

| Style | Color | Season | Group | S | M | L | XL | | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28101757 | GREEN | | | 53 | 53 | 106 | 106 | | | | 318 | $10.85 | $3,450.30 |
| 1 CAMBRIC DRS | | | | | | | | | | | | | |

SKU:87180911082;IN:006160994;UK:008718091109913;PR;RO;VN:28101757;PP;;inner
SKU:87180911082;IN:006160994;UK:008718091108;21;PR;RO;VN:28101757;PP;;i
Box;6;Qty:6 SKU:87180911082;IN:006160994;UK:008718091108;21;PR;RO;VN:28101757;PP;;i
Box;6;Qty:6 SKU:87180911082;IN:006160994;UK:008718091108;21;PR;RO;VN:28101757;PP;;i
Box;6;Qty:6 SKU:87180911082;IN:006160994;UK:008718091108;21;PR;RO;VN:28101757;PP;;i
Box;6;Qty:6

| Style | Color | | | S | M | L | XL | | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28234261 | GREEN | | | 58 | 58 | 116 | 116 | | | | 348 | $10.85 | $3,775.80 |
| 2 GAUZE DRS | | | | | | | | | | | | | |

SKU:871809110911;IN:006163137;UK:008718091109913;PR;RO;VN:28234261;PP;;inner
Box;6;Qty:6 SKU:871809110911;IN:006163137;UK:008718091108;913;PR;RO;VN:28234261;PP;;i
Box;6;Qty:6 SKU:871809110911;IN:006163137;UK:008718091108;913;PR;RO;VN:28234261;PP;;i
Box;6;Qty:6 SKU:871809110911;IN:006163137;UK:008718091108;913;PR;RO;VN:28234261;PP;;i
Box;6;Qty:6 SKU:871809110911;IN:006163137;UK:008718091108;913;PR;RO;VN:28234261;PP;;i
Box;6;Qty:6

| Total Pieces: | 666 | Item Sub Total: | $7,226.10 |
|---|---|---|---|
| Boxes: | 111 | Misc: | $0.00 |
| | | Freight: GILBERT EXPRE | $0.00 |
| Weight: | 1332 | Payment: $0.00 | Invoice Total: $7,226.10 |
| | | | Balance Due: $7,226.10 |

# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE    6384

Page 1 of 1

| | |
|---|---|
| Invoice No. | 6384 |
| Invoice Date | 09/04/2018 |
| Ordered Date | 06/22/2018 |
| Due Date | 11/03/2018 |
| FOB | |
| SO # | 7300 |

**CUSTOMER** KMART
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT    OH    43125

DIV    A

**STORE-8781**    DEPT: 027
SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE
CHAMBERSBURG    PA    17201
Phone( )  -    Fax( )  -

Customer P/O# 0878100425    2928

| Terms | Shipvia | Status | Old ID | Factor |
|---|---|---|---|---|
| 27    NET 60 | GBEA    GILBERT EXPRESS | | | |
| | EDI ORDER(Original) | | | |

| # | Style | Color | Season | Group | 1X | 2X | 3X | | Total QTY/Piece | Price | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 CAMBRIC DRS | 88101757 | GREEN | | | 98 | 98 | 98 | SKU:87180911086;IN:0061621061;IN:0061621061;PR:RO;VN:88101757-PP-;inner Box:6;Qty:6 SKU:87180911086;IN:0061621061;UK:0087180911086;PR:RO;VN:88101757-PP-;I Box:6;Qty:6 SKU:87180911086;IN:0061621061;UK:0087180911086;PR:RO;VN:88101757-PP-;I Box:6;Qty:6 | 294 | $11.55 | $3,395.70 |
| 2 GAUZE DRS | 88234261 | GREEN | | | 98 | 98 | 98 | SKU:87180911095;IN:0061637087;UK:0087180911095;PR:RO;VN:88234261-PP-;inner Box:6;Qty:6 SKU:87180911095;IN:0061637087;UK:0087180911095;PR:RO;VN:88234261-PP-;I Box:6;Qty:6 SKU:87180911095;IN:0061637087;UK:0087180911095;PR:RO;VN:88234261-PP-;I Box:6;Qty:6 | 294 | $11.55 | $3,395.70 |

Total Pieces:    588

Boxes:    98
Weight:    1176

| | | |
|---|---|---|
| Item Sub-Total: | | $6,791.40 |
| Misc: | | $0.00 |
| Freight | GILBERT EXPRE | $0.00 |
| Invoice Total: | | $6,791.40 |
| Payment: | $0.00 | |
| Balance Due: | | $6,791.40 |

**SEARS HOLDING CORPORATION** *et al.* **CASE No.: 18-23538 (RDD)**

## ATTACHMENT TO ERIC JAY LTD'S AMENDED UNSECURED CLAIM

| INVOICE NO. | AMOUNT ($) |
|---|---|
| 6298 | 16,877.70 |
| 6371 | 9,632.70 |
| 6372 | 7,421.40 |
| 6373 | 6,306.30 |
| 6374 | 20,017.20 |
| 6375 | 13,948.20 |
| 6376 | 9,634.80 |
| 6382 | 9,830.10 |
| 6383 | 8,385.30 |
| TOTAL: | 102,053.70 |

# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

# INVOICE

**6298**

Page 1 of 1

STORE: 8780    DEPT: 027

**B** CUSTOMER KMART
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT    OH    43125

**S** SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA    CA    91752

DIV  A

Invoice No.  6298
Invoice Date  07/12/2018
SO #  7281
Ordered Date  05/26/2018
Due Date  09/10/2018
FOB

Customer P/O#  08780028973
Terms  27    NET 60
Shipvia  GBEA    GILBERT EXPRESS
EDI ORDER (Original)

Factor
Status
Old ID

Phone ( )  -
Fax ( )  -

Currency

| Style | Color | Season Group | S | M | L | XL | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28131491 | BLUE | | 123 | 123 | 246 | 246 | | | | | 738 | $10.85 | $8,007.30 |
| 1  CAMBRIC DRS | | | | | | | | | | | | | |

SKU:87180911046;IN:009732936;UK:0087180911046;PR:RO;VN:28131491-PP;;Inner
Box:6;Qty:6,SKU:87180911046;IN:009732936;UK:0087180911046;PR:RO;VN:28131491-PP;;
Box:6;Qty:6,SKU:87180911046;IN:009732936;UK:0087180911046;PR:RO;VN:28131491-PP;;
Box:6;Qty:6,SKU:87180911046;IN:009732936;UK:0087180911046;PR:RO;VN:28131491-PP;;
Box:6;Qty:6

| Style | Color | Season Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|
| 88131491 | BLUE | | 256 | 256 | 256 | | 768 | $11.55 | $8,870.40 |
| 2  CAMBRIC DRS | | | | | | | | | |

SKU:87180911050;IN:009732943;UK:0087180911050;PR:RO;VN:88131491-PP;;Inner
Box:6;Qty:6,SKU:87180911050;IN:009732943;UK:0087180911050;PR:RO;VN:88131491-PP;;
Box:6;Qty:6,SKU:87180911050;IN:009732943;UK:0087180911050;PR:RO;VN:88131491-PP;;
Box:6;Qty:6

Total Pieces:    1506

Boxes:    251
Weight    3012

Item SubTotal:    $16,877.70
Misc:    $0.00
Freight  GILBERT EXPRE    $0.00

Payment:    $0.00    Invoice Total:    $16,877.70
Balance Due:    $16,877.70

# INVOICE 6371

Page 1 of 1

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

| | |
|---|---|
| STORE: 8780 | DEPT: 027 |

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA                    CA    91752

Phone ( )  -                 Fax ( )  -

**B** CUSTOMER KMART
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH    43125

DIV    A

| | |
|---|---|
| Invoice No. 6371 | |
| Invoice Date 08/24/2018 | |
| SO # 7372 | |
| Ordered Date 08/14/2018 | |
| Due Date 10/23/2018 | |
| FOB | |

Customer P/O# 08780035631
Terms 27    NET 60
Shipvia GBEA    GILBERT EXPRESS
EDI ORDER(Original)

Factor
Status
Old ID

**S** S
EJ

**P** 1 001
2

Currency

| # | Style | Color | Season | Group | 1X | 2X | 3X | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|-------|-----|-----|-----|-----------|-----------|-----------|
| 88200978 | 1 GAUZE DRS | BLACK | | | 278 | 278 | 278 | 834 | $11.55 | $9,632.70 |

SKU:8718091113;IN:006169733;UK:0087180911132;PR:RO;VN:88200978-PP;Inner
Box:6;Qty:6,SKU:8718091113;IN:006169733;UK:0087180911132;PR:RO;VN:88200978-PP;;I
Box:6;Qty:6,SKU:8718091113;IN:006169733;UK:0087180911132;PR:RO;VN:88200978-PP;;I
Box:6;Qty:6

Total Pieces:    834

Boxes:    139
Weight:    1668

| | | |
|---|---|---|
| Item SubTotal: | | $9,632.70 |
| Misc: | | $0.00 |
| Freight: | GILBERT EXPRE | $0.00 |
| Payment: | $0.00    Invoice Total: | $9,632.70 |
| | Balance Due: | $9,632.70 |

# ERIC JAY LTD

65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

**6372**

Page 1 of 1

| | |
|---|---|
| CUSTOMER KMART | STORE: 8781    DEPT: 027 |
| KMART CORPORATION | SEARS HOLDINGS DC# 8781 |
| GOVERPORT DC#08936 | 1475 NITTERHOUSE DRIVE |
| 4400 HAMILTON ROAD | |
| GROVEPORT      OH   43125 | CHAMBERSBURG      PA   17201 |

DIV   A

Phone ( )  -                      Fax ( )  -

Invoice No.  6372
Invoice Date 08/27/2018
SO # 7374
Ordered Date 08/14/2018
Due Date 10/26/2018
FOB

Customer P/O# 08781009619
Terms 27      NET 60
Shipvia GBEA    GILBERT EXPRESS
EDI ORDER(Original)

Factor
Status
Old ID

Currency

R 001          EJ

| # | Style | Color | Season | Group. | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|-------|-------|--------|--------|---|---|---|----|-----------|-----------|-----------|
| 1 | 28200978 GAUZE DRS | BLACK | | | 114 | 114 | 228 | 228 | 684 | $10.85 | $7,421.40 |

SKU:8718091109;IN:006169663;UK:008718091110095;PR:RO;VN:28200978-PP;;Inner
Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091110095;PR:RO;VN:28200978-PP;;
Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091110095;PR:RO;VN:28200978-PP;;
Box:6;Qty:6,SKU:8718091109;IN:006169663;UK:008718091110095;PR:RO;VN:28200978-PP;;
Box:6;Qty:6

Total Pieces:          684

| | |
|---|---|
| Item SubTotal: | $7,421.40 |
| Misc: | $0.00 |
| Freight: GILBERT EXPRE | $0.00 |
| Invoice Total: | **$7,421.40** |
| Payment: $0.00    Balance Due: | **$7,421.40** |

Boxes:          114
Weight:         1368

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

# INVOICE

**6373**

Page 1 of 1

| | | |
|---|---|---|
| **S** | STORE: 8781 | **DEPT**: 027 |
| **B** | SEARS HOLDINGS DC# 8781 | |
| **L** | 1475 NITTERHOUSE DRIVE | |
| **T** | | |
| **O** | CHAMBERSBURG    PA    17201 | |

Phone ( ) -          Fax ( ) -

| | |
|---|---|
| **C** | CUSTOMER  KMART |
| **U** | KMART CORPORATION |
| **S** | GOVERPORT DC#08936 |
| **T** | 4400 HAMILTON ROAD |
| **O** | GROVEPORT        OH    43125 |

DIV  A

Customer P/O# 08781009620

Terms 27    NET 60

Shipvia GBEA    GILBERT EXPRESS

EDI ORDER(Original)

Invoice No. 6373
Invoice Date 08/28/2018
SO # 7375
Ordered Date 08/14/2018
Due Date 10/27/2018
FOB

Factor
Status
Old ID

Currency

| # | Style | Color | Season | Group | 1X | 2X | 3X | Total | QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88200978 | GAUZE DRS | BLACK | | | 182 | 182 | 182 | | | | |
| | | | | | 182 | 182 | 182 | 546 | 1001 | $11.55 | $6,306.30 |

SKU:871809111113;IN:006169733;UK:008718091111132;PR:RO;VN:88200978-PP;;Inner
Box:6;Qty:6.SKU:871809111113;IN:006169733;UK:008718091111132;PR:RO;VN:88200978-PP;;I
Box:6;Qty:6.SKU:871809111113;IN:006169733;UK:008718091111132;PR:RO;VN:88200978-PP;;I
Box:6;Qty:6

Total Pieces:    546

Boxes:    91
Weight    1092

| | |
|---|---|
| Item SubTotal: | $6,306.30 |
| Misc: | $0.00 |
| Freight  GILBERT EXPRE | $0.00 |
| Payment:    $0.00    Invoice Total: | $6,306.30 |
| Balance Due: | $6,306.30 |

# INVOICE

**6374**

Page 1 of 1

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

**STORE:** 8780    **DEPT:** 027

**S H I P T O**
SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA    CA    91752

Phone ( ) -    Fax ( ) -
EJ
Currency

**B I L L T O**
CUSTOMER  KMART    DIV  A
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT    OH    43125

Customer P/O# 08780035629
Terms 27    NET 60
Shipvia  GBEA    GILBERT EXPRESS
EDI ORDER(Original)

Factor
Status
Old ID

Invoice No. 6374
Invoice Date 08/27/2018
SO # 7370
Ordered Date 08/14/2018
Due Date 10/26/2018
FOB

R 1 001
OTY 2

| Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 28124861 | ROYAL | | | 151 | 151 | 302 | 302 | | | |
| 1  CAMBRIC DRS | | | | | | | | 906 | $10.85 | $9,830.10 |

SKU:87180911100;IN:006164769;UK:0087180911100;PR:RO;VN:28124861-PP;;Inner
Box:8;Qty:6,SKU:87180911100;IN:006164769;UK:0087180911100;PR:RO;VN:28124861-PP;;
Box:6;Qty:6,SKU:87180911100;IN:006164769;UK:0087180911100;PR:RO;VN:28124861-PP;;
Box:6;Qty:6

| Style | Color | Season | Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 88124861 | ROYAL | | | 294 | 294 | 294 | | | | |
| 2  CAMBRIC DRS | | | | | | | | 882 | $11.55 | $10,187.10 |

SKU:87180911117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;;Inner
Box:6;Qty:6,SKU:87180911117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;;
Box:6;Qty:6,SKU:87180911117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;;
Box:6;Qty:6

Total Pieces:    1788

Boxes:    298
Weight    3576

Item SubTotal:    $20,017.20
Misc:    $0.00
Freight  GILBERT EXPRE    $0.00
Payment:    $0.00    Invoice Total:    $20,017.20
Balance Due:    $20,017.20

# INVOICE    6375

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

| STORE: 8781 | DEPT: 027 |
|---|---|

SEARS HOLDINGS DC# 8781
1475 NITTERHOUSE DRIVE

CHAMBERSBURG     PA    17201

Phone ( )  -         Fax ( )  -

CUSTOMER  KMART

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH    43125

DIV  A

| Factor | |
|---|---|
| Status | |
| Old ID | |

Invoice No.   6375
Invoice Date  08/28/2018
SO #  7373
Ordered Date  08/14/2018
Due Date  10/27/2018
FOB

Customer P/O#  08781009618
Terms 27      NET 60
Shipvia  GBEA    GILBERT EXPRESS
EDI ORDER(Original)

Currency    EU

| Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 28124861 | ROYAL | | | 111 | 111 | 222 | 222 | | | |
| 1  CAMBRIC DRS | | | | | | | | 666 | $10.85 | $7,226.10 |

SKU:87180911100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;Inner
Box:6;Qty:6,SKU:87180911100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;:
Box:6;Qty:6,SKU:87180911100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;:
Box:6;Qty:6,SKU:87180911100;IN:006164769;UK:0087180911002;PR:RO;VN:28124861-PP;:
Box:6;Qty:6

| Style | Color | Season | Group | 1X | 2X | 3X | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 88124861 | ROYAL | | | 194 | 194 | 194 | | | | |
| 2  CAMBRIC DRS | | | | | | | | 582 | $11.55 | $6,722.10 |

SKU:87180911117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;Inner
Box:6;Qty:6,SKU:87180911117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;:
Box:6;Qty:6,SKU:87180911117;IN:006165359;UK:0087180911170;PR:RO;VN:88124861-PP;:
Box:6;Qty:6

| | | |
|---|---|---|
| Total Pieces: | 1248 | |
| | Item SubTotal: | $13,948.20 |
| | Misc: | $0.00 |
| Boxes: | 208 | Freight: GILBERT EXPRE $0.00 |
| Weight | 2496 | Invoice Total: $13,948.20 |
| Payment | $0.00 | Balance Due: $13,948.20 |

# ERIC JAY LTD
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

## INVOICE

**6376**

Page 1 of 1

| | | |
|---|---|---|
| CUSTOMER KMART | DIV A | STORE: 8780    DEPT: 027 |

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH     43125

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRALOMA          CA     91752

Phone ( ) -          Fax ( ) -

| | |
|---|---|
| Invoice No.  6376 | |
| Invoice Date  08/28/2018 | Customer P/O# 08780035630     Factor |
| SO # 7371 | Terms  27     NET 60     Status |
| Ordered Date  08/14/2018 | Shipvia  GBEA   GILBERT EXPRESS     Old ID |
| Due Date  10/27/2018 | EDI ORDER(Original) |
| FOB | |

Customer P/O# 08780035630
Currency  EJ

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 28200978 | BLACK | | | 148 | 148 | 296 | 296 | | | |
| | GAUZE DRS | | | | | | | | 888 | $10.85 | $9,634.80 |

SKU:87180911109;IN:006169663;UK:008718091111095;PR:RO;VN:28200978-PP;;Inner
Box:6;Qty:6,SKU:87180911109;IN:006169663;UK:008718091111095;PR:RO;VN:28200978-PP;;;
Box:6;Qty:6,SKU:87180911109;IN:006169663;UK:008718091111095;PR:RO;VN:28200978-PP;;;
Box:6;Qty:6,SKU:87180911109;IN:006169663;UK:008718091111095;PR:RO;VN:28200978-PP;;;
Box:6;Qty:6

| | | |
|---|---|---|
| Total Pieces: | 888 | |
| | | Item SubTotal:     $9,634.80 |
| Boxes: | 148 | Misc:     $0.00 |
| Weight: | 1776 | Freight  GILBERT EXPRE     $0.00 |
| | | Invoice Total:     $9,634.80 |
| | Payment     $0.00 | Balance Due:     $9,634.80 |

# INVOICE    6382

Page 1 of 1

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941.1717
F: (201) 941.1877

STORE: 8780    DEPT: 027
SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE
MIRA LOMA                CA    91752

Phone ( ) -            Fax ( ) -
Currency    EJ

CUSTOMER KMART                DIV A
KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT        OH    43125

| | |
|---|---|
| Invoice No. | 6382 |
| Invoice Date | 08/31/2018 |
| SO # | 7299 |
| Ordered Date | 06/22/2018 |
| Due Date | 10/30/2018 |
| FOB | |

Customer P/O# 08780031104
Terms 27    NET 60
Shipvia GBEA    GILBERT EXPRESS
EDI ORDER(Original)

Factor
Status
Old ID

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | Piece Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28101757 | GREEN | | | | 74 | 74 | 148 | 148 | 444 | $10.85 | $4,817.40 |
| 1 | CAMBRIC DRS | | | | | | | | | | |

SKU:87180911082;IN:006160994;UK:008718091110821;PR:RO;VN:28101757-PP;;
Box:6;Qty:6,SKU:87180911082;IN:006160994;UK:008718091110821;PR:RO;VN:28101757-PP;;
Box:6;Qty:6,SKU:87180911082;IN:006160994;UK:008718091110821;PR:RO;VN:28101757-PP;;
Box:6;Qty:6,SKU:87180911082;IN:006160994;UK:008718091110821;PR:RO;VN:28101757-PP;;
Box:6;Qty:6

| # | Style | Color | Season | Group | S | M | L | XL | Total QTY | Piece Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28234261 | GREEN | | | | 77 | 77 | 154 | 154 | 462 | $10.85 | $5,012.70 |
| 2 | GAUZE DRS | | | | | | | | | | |

SKU:87180911091;IN:006163137;UK:008718091110913;PR:RO;VN:28234261-PP;;
Box:6;Qty:6,SKU:87180911091;IN:006163137;UK:008718091110913;PR:RO;VN:28234261-PP;;
Box:6;Qty:6,SKU:87180911091;IN:006163137;UK:008718091110913;PR:RO;VN:28234261-PP;;
Box:6;Qty:6,SKU:87180911091;IN:006163137;UK:008718091110913;PR:RO;VN:28234261-PP;;
Box:6;Qty:6

Total Pieces:        906

| | | |
|---|---|---|
| Item SubTotal: | | $9,830.10 |
| Misc: | | $0.00 |
| Freight: | GILBERT EXPRE | $0.00 |
| Payment  $0.00 | Invoice Total: | $9,830.10 |
| | Balance Due: | $9,830.10 |

Boxes:    151
Weight    1812

**ERIC JAY LTD**
65 RAIL ROAD AVENUE
SUITE 101A
RIDGEFIELD, NJ 07657
T: (201) 941-1717
F: (201) 941-1877

# INVOICE

**6383**

Page 1 of 1

| | |
|---|---|
| STORE:8780 | DEPT: 027 |

SEARS HOLDINGS DC# 8780
3100 MILLIKEN AVENUE

MIRA LOMA          CA  91752

Phone ( ) -          Fax ( ) -

CUSTOMER KMART          DIV  A

KMART CORPORATION
GOVERPORT DC#08936
4400 HAMILTON ROAD
GROVEPORT          OH          43125

Customer P/O# 08780031103

Terms 27     NET 60          Factor
Shipvia GBEA   GILBERT EXPRESS          Status
EDI ORDER (Original)          Old ID

Invoice No. 6383
Invoice Date 08/31/2018
SO # 7298
Ordered Date 06/22/2018
Due Date 10/30/2018
FOB

| # | Style | Color | Season | Group | 1X | 2X | 3X | | | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 88101757 | GREEN | | | 128 | 128 | 128 | | 1001 EJ | | | |
| 1 | CAMBRIC DRS | | | | | | | | | 384 | $11.55 | $4,435.20 |
| | SKU:87180911086;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP;;Inner Box:6;Qty:6,SKU:87180911086;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP;;! Box:6;Qty:6,SKU:87180911086;IN:006162106;UK:0087180911086;PR:RO;VN:88101757-PP;;! Box:6;Qty:6 | | | | | | | | | | | |
| | 88234261 | GREEN | | | 114 | 114 | 114 | | 2 | | | |
| 2 | GAUZE DRS | | | | | | | | | 342 | $11.55 | $3,950.10 |
| | SKU:87180911095;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP;;Inner Box:6;Qty:6,SKU:87180911095;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP;;! Box:6;Qty:6,SKU:87180911095;IN:006163787;UK:0087180911095;PR:RO;VN:88234261-PP;;! Box:6;Qty:6 | | | | | | | | | | | |

Currency

Total Pieces:          726

Boxes:          121
Weight:          1452

| | | |
|---|---|---|
| Item SubTotal: | | $8,385.30 |
| Misc: | | $0.00 |
| Freight: GILBERT EXPRE | | $0.00 |
| Payment: | $0.00     Invoice Total: | $8,385.30 |
| | Balance Due: | $8,385.30 |