McDOWELL, RICE, SMITH & BUCHANAN
Stuart E. Bodker, Esq.
605 W. 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400 telephone
(816) 753-9996 facsimile
sbodker@mcdowellrice.com
*Counsel to North K I-29 2004, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

In re: SEARS HOLDING CORPORATION, *et al.*,

    Debtors.

Chapter 11

Case No. 18-23538 (RDD)
(Jointly Administered)

--------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS**

  PLEASE TAKE NOTICE that McDowell, Rice, Smith & Buchanan hereby withdraws its appearance as counsel to North K I-29 2004, LLC in the above-captioned cases and requests to be removed from all services lists in these cases, including all electronic service lists and the ECF notification system.

Dated: October 25, 2019

        Respectfully submitted,

        McDOWELL, RICE, SMITH & BUCHANAN

        */s/ Stuart E. Bodker*
        Stuart E. Bodker, MO Bar #29194
        605 W. 47th Street, Suite 350
        Kansas City, MO 64112
        (816) 753-5400 telephone
        (816) 753-9996 facsimile
        sbodker@mcdowellrice.com

        ATTORNEYS FOR NORTH K I-29 2004, LLC

6625583_1

# CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and correct copy of the foregoing instrument was filed electronically with the court and has been served via electronic mail this 25th day of October, 2019 upon the parties listed below:

Sears Holdings Management Corporation
Attn: Rob Riecker (rob.riecker@searshc.com)
Attn: Luke Valentino (luke.valentino@searshc.com)
Attn: Mohsin Meghji (mmeghji@miiipartners.com)
Attn: General Counsel (counsel@searshc.com)
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotschal & Manges, LLP
Attn: Ray C. Schrock (ray.schrock@weil.com)
Attn: Jacqueline Marcus (Jacqueline.marcus@weil.com)
Attn: Garrett A. Fail (garrett.fail@weil.com)
Attn: Sunny Singh (sunny.singh@weil.com)
767 Fifth Avenue
New York, NY 10153

Lazard Freres & Co., LLC
Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)
30 Rockefeller Plaza
New York, NY 10112

Bank of America, N.A.
c/o Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Paul D. Leake (Paul.Leake@skadden.com)
Attn: Shana A. Elberg (Shana,Elberg@skadden.com)
Attn: George R. Howard (George.Howard@skadden.com)
4 Times Square
New York, NY 10036

Bank of America, N.A.
c/o Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Wells Fargo Bank, National Association
c/o Choate, Hall & Stewart, LLP
Attn: Kevin J. Simard (ksimard@choate.com)
Attn: Jonathan D. Marshall (jmarshall@choate.com)
Two International Place
Boston, MA 02110

Akin Gump Strauss Hauer & Feld, LLP
Attn: Philip C. Dublin (pdublin@akingump.com)
Attn: Ira S. Dizengoff (idizengoff@akingump.com)
Attn: Abid Qureshi (aqureshi@akingump.com)
Attn: Sara L. Brauner (sbrauner@akingump.com)
One Bryant Park
New York, NY 10036

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani (kunal@eslinvest.com)
Attn: Harold Talisman (harold@eslinvest.com)
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Cleary Gottlieb Steen & Hamilton, LLP
Attn: Christopher E. Austin (caustin@cgsh.com)
Attn: Benet J. O'Reilly (boreilly@cgsh.com)
Attn: Sean A. O'Neal (soneal@cgsh.com)
One Liberty Plaza
New York, NY 10006

Office of the United States Trustee
Attn: Paul Schwartzberg (paul.schwartzberg@usdoj.gov)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

*/s/ Stuart E. Bodker*