Stephen V. Falanga
Colleen M. Maker
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry St., 15th Floor
Newark, NJ 07102
Tel.: (973) 757-1100
*Counsel to Schindler Elevator Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD) |

**NOTICE OF WITHDRAWAL OF CLAIM NOS. 16083, 16209, 16257, AND 16791 FILED BY SCHINDLER ELEVATOR CORPORATION**

Schindler Elevator Corporation ("Schindler"), a creditor in the above-captioned bankruptcy case, by and through its counsel, Walsh Pizzi O'Reilly Falanga LLP, hereby withdraws Proof of Claim Nos. 16083, 16209, 16257, and 16791 filed on April 10, 2019 on behalf of Schindler in light of the assumption and assignment of Schindler's executory contracts with the Debtors and arrangement for the payment of agreed-upon cure amounts with Transform Holdco LLC.

Dated: October 25, 2019
New York, New York

*s/ Stephen V. Falanga*
Stephen V. Falanga
Colleen M. Maker
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry St., 15th Floor
Newark, New Jersey 07102
sfalanga@walsh.law
cmaker@walsh.law
Telephone: (973) 757-1100

---

[1] A complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/sears/.