**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| | | |
|---|---|---|
| **Name of Applicant:** | **Houlihan Lokey Capital, Inc.** | |
| **Applicant's Role in Case:** | **Investment Banker for the Official Committee of Unsecured Creditors** | |
| **Date of Retention:** | **December 19, 2018,** *nunc pro tunc* **to October 29, 2018** | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **8/1/19** | **8/31/19** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this statement: | $100,000.00<br>(80% of $125,000.00) |
| Total expenses requested in this statement: | $0.00 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $125,000.00 |
| Summary of Professional Fees Requested: | |
| Total professional fees requested in this statement: | $125,000.00 |

### Summary of Expenses for the Fee Period

| Expense Categories | Amount |
|---|---|
| Airfare | $0.00 |
| Lodging | 0.00 |
| Ground Transportation | 0.00 |
| Travel and Overtime Meals | 0.00 |
| Travel Telephone and Data | 0.00 |
| Delivery | 0.00 |
| **Total** | **$0.00** |

### Summary of Payment Requested

| Fee Period | Current Fee (Net of Holdback) | Holdback | Expenses | Prepayment | Amount |
|---|---|---|---|---|---|
| 8/1-8/31 | $100,000.00 | $25,000.00 | $0.00 | NA | $125,000.00 |
| **Total** | **$100,000.00** | **$25,000.00** | **$0.00** | **NA** | **$125,000.00** |

### Summary of Hours for the Fee Period

| Name of Professional | Position | Amount |
|---|---|---|
| Saul Burian | Managing Director | 11.5 |
| Eric Siegert | Senior Managing Director | 0.0 |
| Brad Geer | Managing Director | 0.0 |
| Surbhi Gupta | Director | 0.0 |
| Greg Rinsky | Director | 0.0 |
| Tom Hedus | Senior Vice President | 27.5 |
| Ross Rosenstein | Associate | 14.5 |
| Ryan Conroy | Associate | 0.0 |
| John Hartigan | Associate | 32.0 |
| Ahmed Mumtaz | Associate | 0.0 |
| Tanya Wong | Associate | 0.0 |
| Jack Foster | Analyst | 0.0 |
| James Lai | Analyst | 30.0 |
| Natalie Weelborg | Analyst | 0.0 |
| Andrew Felman | Analyst | 0.0 |
| Jenner Currier | Analyst | 0.0 |
| Matthew Stadtmauer | Analyst | 0.0 |
| **Total** | | **115.5** |

**Summary of Hours for the Fee Period**

| Task Category | Amount |
|---|---|
| General Case Administration | 31.0 |
| Correspondence with Debtor and Other Stakeholders | 0.0 |
| Correspondence with Official Committee of Unsecured Creditors | 4.0 |
| Analysis, Presentations, and Due Diligence | 47.5 |
| Financing Diligence and Analysis | 0.0 |
| Litigation Diligence and Analysis | 33.0 |
| Real Estate Analysis | 0.0 |
| **Total** | **115.5** |

Respectfully Submitted,

Dated: October 28, 2019

Saul E. Burian, Managing Director
Houlihan Lokey Capital, Inc.
245 Park Ave.
20th Floor
New York, NY 10167

*Investment Banker for the Official Committee of Unsecured
Creditors of Sears Holdings Corporation, et al.*

**Exhibit A**



**Invoice #  34052**

**PERSONAL & CONFIDENTIAL**                                                October 18, 2019

The Official Committee (the "Committee") of Unsecured Creditors                Client #  63300
of Sears Holding Corporation                                                  Case #  87394
and its affiliated debtors and debtors-in-possession
(the "Debtors")

**Professional Fees**

| | | |
|---|---|---|
| Monthly Fee due on August 28, 2019 | $    250,000.00 | |
| Less: Monthly Fee Credit | (125,000.00) | |
| Less 20% Holdback | (25,000.00) | |
| Professional Fees Due | | $     100,000.00 |

**Out of Pocket Expenses**

| | | |
|---|---|---|
| Out of Pocket Expenses Due | | $               - |

**TOTAL AMOUNT DUE AND PAYABLE**                                  **$     100,000.00**

**PAYMENT DUE UPON RECEIPT**

| Please Send Checks To: | Wire Transfer Instructions: |
|---|---|
| Houlihan Lokey Capital, Inc. | Bank of America |
| Accounts Receivable Department | Wire Transfer ABA #026009593 |
| 10250 Constellation Boulevard, 5th Floor | ACH ABA #121000358 |
| Los Angeles, California 90067-6802 | fbo Houlihan Lokey Capital, Inc. |
| | Account #1453120593 |
| | Swift Code (Int'l Wires Only): BOFAUS3N |
| | Federal ID #95-4024056 |

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**Exhibit B**

**Sears Holdings Corporation** *Privileged and Confidential*
*Houlihan Lokey Work Hours Summary* *(Aug 01, 2019 - Aug 31, 2019)*

**Houlihan Lokey - Sears Holdings Corporation Work Hours Summary**
**(Aug 01, 2019 - Aug 31, 2019)**

| Employee | A | B | C | D | E | F | G | Total |
|---|---|---|---|---|---|---|---|---|
| Saul Burian | 1.5 | 0.0 | 1.0 | 7.0 | 0.0 | 2.0 | 0.0 | 11.5 |
| Eric Siegert | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Brad Geer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Surbhi Gupta | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Greg Rinsky | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tom Hedus | 8.0 | 0.0 | 1.0 | 10.5 | 0.0 | 8.0 | 0.0 | 27.5 |
| Ross Rosenstein | 0.0 | 0.0 | 0.0 | 8.0 | 0.0 | 6.5 | 0.0 | 14.5 |
| Ryan Conroy | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| John Hartigan | 12.5 | 0.0 | 1.0 | 11.0 | 0.0 | 7.5 | 0.0 | 32.0 |
| Ahmed Mumtaz | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tanya Wong | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jack Foster | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| James Lai | 9.0 | 0.0 | 1.0 | 11.0 | 0.0 | 9.0 | 0.0 | 30.0 |
| Natalie Weelborg | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Andrew Felman | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jenner Currier | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Matthew Stadtmauer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **31.0** | **0.0** | **4.0** | **47.5** | **0.0** | **33.0** | **0.0** | **115.5** |

**Legend**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Saul Burian** |
| **Total Hours:** | **11.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, August 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Discuss Latest Status of Canadian Litigation |
| Friday, August 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Amended Plan and DS |
| Friday, August 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review and Discuss Liquidating Trust Agreement |
| Monday, August 05, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Order Determining 2L 507(b) Claims |
| Tuesday, August 06, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Admin Creditors' Objection to Plan |
| Thursday, August 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review and Discuss Various Plan Objections |
| Friday, August 09, 2019 | A | General Case Administration | 0.5 | Prepare and Review Fee Statement |
| Monday, August 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with the UCC Re: Update on APA Dispute |
| Monday, August 12, 2019 | A | General Case Administration | 0.5 | Review and Prepare Fee Application |
| Wednesday, August 14, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review and Discuss Retiree Motion |
| Thursday, August 15, 2019 | A | General Case Administration | 0.5 | Review and Prepare Fee Application |
| Wednesday, August 21, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Documents related to the 506(c) Appeal |
| Friday, August 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion: Administrative Solvency |
| Friday, August 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review Mishkin's and Meghji's APA Declarations and other Affidavits |
| Wednesday, August 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review and Discuss Remnant Asset Collection Firm Retention |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Eric Siegert** | |
| **Total Hours:** | **0.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** **Brad Geer**
**Total Hours:** **0.0**

|  | Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | Hours for: | **Surbhi Gupta** |
|---|---|---|
| | **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** **Greg Rinsky**
**Total Hours:** **0.0**

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Tom Hedus** |
| **Total Hours:** | **27.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, August 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Discuss Latest Status of Canadian Litigation |
| Thursday, August 01, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, August 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Amended Plan and DS |
| Friday, August 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review and Discuss Liquidating Trust Agreement |
| Monday, August 05, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Order Determining 2L 507(b) Claims |
| Tuesday, August 06, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Admin Creditors' Objection to Plan |
| Tuesday, August 06, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Tuesday, August 06, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review Confirmation Objections |
| Tuesday, August 06, 2019 | A | General Case Administration | 0.5 | Review Fee Application |
| Thursday, August 08, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, August 08, 2019 | A | General Case Administration | 0.5 | Review Fee Application |
| Thursday, August 08, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review APA Settlement Term Sheet |
| Thursday, August 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review and Discuss Various Plan Objections |
| Friday, August 09, 2019 | A | General Case Administration | 0.5 | Prepare and Review Fee Statement |
| Monday, August 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with the UCC Re: Update on APA Dispute |
| Monday, August 12, 2019 | A | General Case Administration | 0.5 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Tom Hedus** |
| **Total Hours:** | **27.5** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, August 12, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Solvency Tracker |
| Monday, August 12, 2019 | A | General Case Administration | 1.0 | Review and Prepare Fee Application |
| Tuesday, August 13, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Retiree Alternative Claim Caps |
| Wednesday, August 14, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL's Appeal Re: 507(b) Order |
| Wednesday, August 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review and Discuss Retiree Motion |
| Thursday, August 15, 2019 | A | General Case Administration | 0.5 | Perform Conflict Check |
| Thursday, August 15, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Thursday, August 15, 2019 | A | General Case Administration | 0.5 | Review and Prepare Fee Application |
| Monday, August 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Record Maintenance |
| Wednesday, August 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Documents in Preparation for the 8/22 Court Hearing |
| Wednesday, August 21, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Documents related to the 506(c) Appeal |
| Thursday, August 22, 2019 | A | General Case Administration | 2.0 | Court Hearing Re: Admin Claims and Retiree Benefits |
| Thursday, August 22, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Committee Notice of Appeal on 506(c) Order |
| Friday, August 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion: Administrative Solvency |
| Friday, August 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Mishkin's and Meghji's APA Declarations and other Affidavits |
| Monday, August 26, 2019 | A | General Case Administration | 1.0 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Tom Hedus** |
| **Total Hours:** | **27.5** |

### Task Reference Table

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, August 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Wednesday, August 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review and Discuss Remnant Asset Collection Firm Retention |
| Wednesday, August 28, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Statements of Issues from Cyrus, ESL, and Wilmington |
| Friday, August 30, 2019 | A | General Case Administration | 0.5 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **14.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, August 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Discuss Latest Status of Canadian Litigation |
| Friday, August 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Amended Plan and DS |
| Friday, August 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review and Discuss Liquidating Trust Agreement |
| Monday, August 05, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Order Determining 2L 507(b) Claims |
| Tuesday, August 06, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Admin Creditors' Objection to Plan |
| Tuesday, August 06, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review Confirmation Objections |
| Thursday, August 08, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, August 08, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review APA Settlement Term Sheet |
| Thursday, August 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review and Discuss Various Plan Objections |
| Tuesday, August 13, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Retiree Alternative Claim Caps |
| Wednesday, August 14, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL's Appeal Re: 507(b) Order |
| Wednesday, August 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review and Discuss Retiree Motion |
| Wednesday, August 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Documents in Preparation for the 8/22 Court Hearing |
| Wednesday, August 21, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Documents related to the 506(c) Appeal |
| Friday, August 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Mishkin's and Meghji's APA Declarations and other Affidavits |
| Wednesday, August 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review and Discuss Remnant Asset Collection Firm Retention |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **14.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, August 28, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Statements of Issues from Cyrus, ESL, and Wilmington |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Ryan Conroy** | |
| **Total Hours:** | **0.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** John Hartigan
**Total Hours:** 32.0

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, August 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Discuss Latest Status of Canadian Litigation |
| Thursday, August 01, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, August 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Amended Plan and DS |
| Friday, August 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review and Discuss Liquidating Trust Agreement |
| Monday, August 05, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Order Determining 2L 507(b) Claims |
| Tuesday, August 06, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Admin Creditors' Objection to Plan |
| Tuesday, August 06, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review Confirmation Objections |
| Thursday, August 08, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, August 08, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, August 08, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review APA Settlement Term Sheet |
| Thursday, August 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review and Discuss Various Plan Objections |
| Friday, August 09, 2019 | A | General Case Administration | 0.5 | Prepare and Review Fee Statement |
| Monday, August 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with the UCC Re: Update on APA Dispute |
| Monday, August 12, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Solvency Tracker |
| Monday, August 12, 2019 | A | General Case Administration | 3.5 | Review and Prepare Fee Application |
| Tuesday, August 13, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Retiree Alternative Claim Caps |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **John Hartigan** | |
| **Total Hours:** | **32.0** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, August 14, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL's Appeal Re: 507(b) Order |
| Wednesday, August 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review and Discuss Retiree Motion |
| Thursday, August 15, 2019 | A | General Case Administration | 2.5 | Perform Conflict Check |
| Thursday, August 15, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Thursday, August 15, 2019 | A | General Case Administration | 2.5 | Review and Prepare Fee Application |
| Monday, August 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Record Maintenance |
| Wednesday, August 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Documents in Preparation for the 8/22 Court Hearing |
| Wednesday, August 21, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Documents related to the 506(c) Appeal |
| Thursday, August 22, 2019 | A | General Case Administration | 2.0 | Court Hearing Re: Admin Claims and Retiree Benefits |
| Friday, August 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion: Administrative Solvency |
| Friday, August 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Mishkin's and Meghji's APA Declarations and other Affidavits |
| Wednesday, August 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Wednesday, August 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review and Discuss Remnant Asset Collection Firm Retention |
| Wednesday, August 28, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Statements of Issues from Cyrus, ESL, and Wilmington |
| Friday, August 30, 2019 | A | General Case Administration | 0.5 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**     **Ahmed Mumtaz**
**Total Hours:**     **0.0**

| | Task Reference Table | |
|---|---|---|
| **A** | General Case Administration | |
| **B** | Correspondence with Debtor and Other Stakeholders | |
| **C** | Correspondence with Official Committee of Unsecured Creditors | |
| **D** | Analysis, Presentations, and Due Diligence | |
| **E** | Financing Diligence and Analysis | |
| **F** | Litigation Diligence and Analysis | |
| **G** | Real Estate Analysis | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Tanya Wong** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | **Jack Foster** | |
| **Total Hours:** | **0.0** | |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **30.0** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, August 01, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, August 01, 2019 | F | Litigation Diligence and Analysis | 0.5 | Discuss Latest Status of Canadian Litigation |
| Thursday, August 01, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Friday, August 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Amended Plan and DS |
| Friday, August 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review and Discuss Liquidating Trust Agreement |
| Monday, August 05, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Order Determining 2L 507(b) Claims |
| Tuesday, August 06, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Admin Creditors' Objection to Plan |
| Tuesday, August 06, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Tuesday, August 06, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review Confirmation Objections |
| Thursday, August 08, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, August 08, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, August 08, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review APA Settlement Term Sheet |
| Thursday, August 08, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review and Discuss Various Plan Objections |
| Friday, August 09, 2019 | A | General Case Administration | 1.0 | Prepare and Review Fee Statement |
| Monday, August 12, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with the UCC Re: Update on APA Dispute |
| Monday, August 12, 2019 | A | General Case Administration | 0.5 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** James Lai
**Total Hours:** 30.0

| | Task Reference Table | |
|---|---|---|
| A | General Case Administration | |
| B | Correspondence with Debtor and Other Stakeholders | |
| C | Correspondence with Official Committee of Unsecured Creditors | |
| D | Analysis, Presentations, and Due Diligence | |
| E | Financing Diligence and Analysis | |
| F | Litigation Diligence and Analysis | |
| G | Real Estate Analysis | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, August 12, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Solvency Tracker |
| Monday, August 12, 2019 | A | General Case Administration | 0.5 | Review and Prepare Fee Application |
| Tuesday, August 13, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review Retiree Alternative Claim Caps |
| Wednesday, August 14, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL's Appeal Re: 507(b) Order |
| Wednesday, August 14, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Wednesday, August 14, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review and Discuss Retiree Motion |
| Thursday, August 15, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Monday, August 19, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Record Maintenance |
| Wednesday, August 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Documents in Preparation for the 8/22 Court Hearing |
| Wednesday, August 21, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Documents related to the 506(c) Appeal |
| Thursday, August 22, 2019 | A | General Case Administration | 2.0 | Court Hearing Re: Admin Claims and Retiree Benefits |
| Friday, August 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion: Administrative Solvency |
| Friday, August 23, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review Mishkin's and Meghji's APA Declarations and other Affidavits |
| Monday, August 26, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Wednesday, August 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Solvency Tracker |
| Wednesday, August 28, 2019 | F | Litigation Diligence and Analysis | 2.0 | Review Statements of Issues from Cyrus, ESL, and Wilmington |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **30.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, August 30, 2019 | A | General Case Administration | 0.5 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**      **Natalie Weelborg**
**Total Hours:**     **0.0**

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Andrew Felman** | |
| **Total Hours:** | **0.0** | |

| | Task Reference Table | |
|---|---|---|
| **A** | General Case Administration | |
| **B** | Correspondence with Debtor and Other Stakeholders | |
| **C** | Correspondence with Official Committee of Unsecured Creditors | |
| **D** | Analysis, Presentations, and Due Diligence | |
| **E** | Financing Diligence and Analysis | |
| **F** | Litigation Diligence and Analysis | |
| **G** | Real Estate Analysis | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Jenner Currier** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Matthew Stadtmauer** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|---------------------------|