McKool Smith, P.C.
One Bryant Park
47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
H. Jeffrey Schwartz

*Counsel for Winners Industry Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, et al.[1] | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Winners Company Ltd. ("Winners"), as an administrative claimant and administrative creditor in the above captioned bankruptcy proceedings, hereby appeals, pursuant to 28 U.S.C. § 158(a)(1), to the United States District Court for the Southern District of New York from the Order Denying Vendors' Motions for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

Allowance and Payment of Administrative Expense Claims (the "Order") (Dkt. No. 5371), entered by the United States Bankruptcy Court for the Southern District of New York (Hon. Robert D. Drain) on October 15, 2019. A copy of the Order is attached hereto as Exhibit A. A copy of the Official Transcript of Proceedings before the Honorable Robert D. Drain, dated May 21, 2019 and incorporated into the Order by reference therein, is annexed hereto as Exhibit B. The names of all of the parties to the Order and the names, addresses, and telephone numbers of their respective counsel are as follows:

| PARTY | ATTORNEY |
| --- | --- |
| Winners Company Ltd. | MCKOOL SMITH, P.C.<br>H. Jeffrey Schwartz<br>One Bryant Park<br>47th Floor<br>New York, NY 10036<br>Telephone: (212) 402-9400 |
| The Committee of Unsecured Creditors | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff<br>Philip C. Dublin<br>Joseph L. Sorkin<br>Lacy M. Lawrence<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000 |
| Sears Holdings Corporation; Kmart Holding Corporation; Kmart Operations LLC; Sears Operations LLC; Sears, Roebuck and Co.; ServiceLive Inc.; SHC Licensed Business LLC; A&E Factory Service, LLC; A&E Home Delivery, LLC; A&E Lawn & Garden, LLC; A&E Signature Service, LLC; FBA Holdings Inc.; Innovel Solutions, Inc.; Kmart Corporation; MaxServ, Inc.; Private Brands, Ltd.; Sears Development Co.; Sears Holdings Management Corporation; Sears Home & Business Franchises, Inc.; Sears Home Improvement Products, Inc.; Sears Insurance | WEIL, GOTSHAL & MANGES LLP<br>Ray C. Schrock, P.C.<br>Jacqueline Marcus<br>Garrett A. Fail<br>Sunny Singh<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310- |

| | |
|---|---|
| Services, L.L.C.; Sears Procurement Services, Inc.; Sears Protection Company; Sears Protection Company (PR) Inc.; Sears Roebuck Acceptance Corp.; SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.); SYW Relay LLC; Wally Labs LLC; SHC Promotions LLC; Big Beaver of Florida Development, LLC; California Builder Appliances, Inc.; Florida Builder Appliances, Inc.; KBL Holding Inc.; KLC, Inc.; Kmart of Michigan, Inc.; Kmart of Washington LLC; Kmart Stores of Illinois LLC; Kmart Stores of Texas LLC; MyGofer LLC; Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation); Sears Holdings Publishing Company, LLC; Sears Protection Company (Florida), L.L.C.; SHC Desert Springs, LLC; SOE, Inc.; StarWest, LLC; STI Merchandising, Inc.; Troy Coolidge No. 13, LLC; BlueLight.com, Inc.; Sears Brands, L.L.C.; Sears Buying Services, Inc.; Kmart.com LLC; Sears Brands Management Corporation and SRe Holding Corporation | |
| Milton Manufacturing, LLC | CLARK HILL PLC<br>Joel D. Applebaum<br>John R. Stevenson<br>151 South Old Woodward Ave., Ste. 200<br>Birmingham, MI  48009<br>Telephone: (248) 988-5883 |
| Mien Co. Ltd | THE SARACHEK LAW FIRM<br>Joseph E. Sarachek<br>101 Park Avenue – 27th Floor<br>New York, NY  10178<br>Telephone: (646) 517-5420 |
| Pearl Global Industries Ltd. | DAVIDOFF HUTCHER & CITRON LLP<br>David H. Wander<br>605 Third Avenue<br>New York, New York  10158<br>Telephone: (212) 557-7200 |

| Apex Tool Group, LLC | ROPES & GRAY LLP<br>Gregg M. Galardi<br>Sam N. Ashuraey<br>Kimberly J. Kodis<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000 |
|---|---|
| Gokaldas Exports Ltd. | BUCHANAN INGERSOLL & ROONEY PC<br>Christopher P. Schueller, Esq.<br>Tanya Bosi, Esq.<br>640 5th Avenue, 9th Floor<br>New York, New York 10019-6102<br>Telephone: (212) 440-4400 |

Dated: October 28, 2019
      New York, New York

                                  Respectfully submitted,

                                  */s/ H. Jeffrey Schwartz*
                                  **McKool Smith, P.C.**
                                  One Bryant Park
                                  47th Floor
                                  New York, NY 10036
                                  Telephone: (212) 402-9400
                                  Facsimile: (212) 402-9444
                                  H. Jeffrey Schwartz
                                  hjschwartz@McKoolSmith.com
                                  *Counsel for Winners Industry Co., Ltd.*