**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MONTHLY FEE STATEMENT OF PRIME CLERK LLC, AS ADMINISTRATIVE AGENT TO THE DEBTORS, FOR THE PERIOD FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of

title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the

United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy**

**Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative agent to the above captioned debtors

and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and

reimbursement for reasonable and necessary fees and expenses incurred for the period from

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

September 1, 2019 through September 30, 2019 (the "**Statement Period**").  In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 796] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount equal to $56,787.85 and payment of $45,430.28, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $1,174.35.  In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Agent Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 19, 2018 *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | September 1, 2019 through September 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $56,787.85[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $45,430.28 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $1,174.35 |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

## Prior Monthly Statements

| Date Filed; Docket No. | Period Covered | Requested | | Approved | | Holdback (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 4/15/19; Docket No. 3193 | 10/15/18 – 11/30/18; 2/1/19 – 3/31/19 | $6,493.55 | $0.00 | $6,493.55 | $0.00 | N/A |
| 5/23/19; Docket No. 4013 | 4/1/19 – 4/30/19 | $2,223.55 | $0.00 | $2,223.55 | $0.00 | N/A |
| 6/28/18; Docket No. 4393 | 5/1/19 – 5/31/19 | $14,577.85 | $0.00 | $14,577.85 | $0.00 | N/A |
| 7/30/19; Docket No. 4654 | 6/1/19 – 6/30/19 | $8,266.65 | $0.00 | $8,266.65 | $0.00 | N/A |
| 8/30/19; Docket No. 5039 | 7/1/19 – 7/31/19 | $207,219.25 (payment of 80% or $165,775.40) | $1,149.47 | $165,775.40 (80% of $207,219.25) | $1,149.47 | $41,443.85 |
| 9/27/19; Docket No. 5245 | 8/1/19 – 8/31/19 | $150,629.50 (payment of 80% or $120,503.60) | $2,160.76 | $120,503.60 (80% of $150,629.50) | $2,160.76 | $30,125.90 |

## Prior Interim Applications

| Date Filed; Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 4/15/19; Docket No. 3196 | 10/15/18 – 2/28/19 | $981.75 | $0.00 | $981.75 | $0.00 |
| 8/14/19; Docket No. 4840 | 3/1/19 – 6/30/19 | $30,579.85 | $0.00 | $30,579.85 | $0.00 |
| **Total** | | **$31,561.60** | **$0.00** | **$31,561.60** | **$  0.00** |

## Summary of Hours Billed by Prime Clerk Employees During the Statement Period

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Johnson, Craig | Director of Solicitation | 42.60 | $240.00 | $10,224.00 |
| Pullo, Christina | Director of Solicitation | 1.00 | $240.00 | $240.00 |
| Adler, Adam M | Director | 0.20 | $220.00 | $44.00 |
| Jaffar, Amrita C | Director | 0.80 | $220.00 | $176.00 |
| Weiner, Shira D | Director | 1.30 | $220.00 | $286.00 |
| Allen, Richard M | Director | 0.40 | $210.00 | $84.00 |
| Brito, Joshua J | Solicitation Consultant | 18.00 | $215.00 | $3,870.00 |
| Brown, Mark M | Solicitation Consultant | 26.60 | $215.00 | $5,719.00 |
| Chan, Anita | Solicitation Consultant | 1.20 | $215.00 | $258.00 |
| Crowell, Messiah L | Solicitation Consultant | 1.90 | $215.00 | $408.50 |
| De Souza, Delicia | Solicitation Consultant | 0.50 | $215.00 | $107.50 |
| DePalma, Greg R | Solicitation Consultant | 14.80 | $215.00 | $3,182.00 |
| Diaz, Melissa | Solicitation Consultant | 6.20 | $215.00 | $1,333.00 |
| Grant, Nikeisha Ann-Marie | Solicitation Consultant | 1.00 | $215.00 | $215.00 |
| Jadonath, Anna | Solicitation Consultant | 2.40 | $215.00 | $516.00 |
| Kaufman, Craig M | Solicitation Consultant | 1.10 | $215.00 | $236.50 |
| Kesler, Stanislav | Solicitation Consultant | 142.30 | $215.00 | $30,594.50 |
| Liu, Calvin L | Solicitation Consultant | 73.80 | $215.00 | $15,867.00 |
| Lonergan, Senan L | Solicitation Consultant | 1.80 | $215.00 | $387.00 |
| Nnani, Obinna I | Solicitation Consultant | 0.80 | $215.00 | $172.00 |
| Orchowski, Alex T | Solicitation Consultant | 14.70 | $215.00 | $3,160.50 |
| Pierce, Adrian J | Solicitation Consultant | 0.80 | $215.00 | $172.00 |
| Taatjes, Hayden S | Solicitation Consultant | 1.80 | $215.00 | $387.00 |
| Taveras, Neurys Gricelyn | Solicitation Consultant | 0.80 | $215.00 | $172.00 |
| Vyskocil, Ryan J | Solicitation Consultant | 1.00 | $215.00 | $215.00 |
| Walsh, Mike P | Solicitation Consultant | 0.30 | $215.00 | $64.50 |
| Yan, Raymond | Solicitation Consultant | 0.30 | $215.00 | $64.50 |
| Ye, Jing Wei | Solicitation Consultant | 0.50 | $215.00 | $107.50 |
| Zambrano, Jose Brian | Solicitation Consultant | 12.20 | $215.00 | $2,623.00 |
| Senecal, Brian A | Technology Consultant | 0.20 | $70.00 | $14.00 |
| Lim, Rachel | Technology Consultant | 2.60 | $55.00 | $143.00 |
| Singh, Kevin | Technology Consultant | 1.50 | $55.00 | $82.50 |
| | **TOTAL** | **375.40** | | **$81,125.50**[3] |
| | **BLENDED RATE** | | **$216.10** | |

[3] This amount has been discounted to $56,787.85 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $151.27.

**Summary of Fees Billed by Subject Matter During the Statement Period**

| Matter Description | Total Hours | Total |
|---|---|---|
| Ballots | 220.10 | $46,636.50 |
| Call Center / Credit Inquiry | 8.40 | $1,806.00 |
| Disbursements | 17.00 | $3,817.00 |
| Retention / Fee Application | 1.50 | $330.00 |
| Solicitation | 128.40 | $28,536.00 |
| **TOTAL** | **375.40** | **$81,125.50[4]** |

**Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period**

| Description | Total |
|---|---|
| After Hours Transportation | $914.35 |
| Overtime Meals | $260.00 |
| **TOTAL** | **$1,174.35** |

*[Remainder of page intentionally left blank]*

---

[4] This amount has been discounted to $56,787.85 in accordance with the terms of Prime Clerk's retention.

## Jurisdiction

1.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.  The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

## Background

2.      On October 15, 2018 (the "**Commencement Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On October 16, 2018, this Court entered an order jointly administering these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  An official committee of unsecured creditors was appointed in these chapter 11 cases on October 24, 2018.  On April 22, 2019, the Court entered an order appointing an independent fee examiner [Docket No. 3307].

## Retention of Prime Clerk

3.      On November 19, 2018, the Court entered the *Order Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rules 2014(a) and 2016(a), and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Prime Clerk LLC as Administrative Agent for the Debtors Nunc Pro Tunc to the Commencement Date* [Docket No. 812], which authorized the Debtors to employ and retain Prime Clerk as administrative agent *nunc pro tunc* to the Commencement Date in these chapter 11 cases.

### Relief Requested

4.     Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.     Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $56,787.85 and payment of $45,430.28, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $1,174.35.

6.     Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**: (i) identifies the employee that rendered services in each task category; (ii) describes each service such employee performed; (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (iv) as applicable, sets forth the type of expenses incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

**Notice**

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).  Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

**Conclusion**

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $56,787.85 and payment of $45,430.28, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $1,174.35.

Dated:  October 30, 2019
      New York, New York                Prime Clerk LLC

                                     */s/ Shira D. Weiner*
                                     Shira D. Weiner
                                     General Counsel
                                     One Grand Central Place
                                     60 East 42nd Street, Suite 1440
                                     New York, NY 10165
                                     Telephone: (212) 257-5450
                                     Email: sweiner@primeclerk.com

                                     *Administrative Agent to the Debtors*

## **Exhibit A**

**Fee Detail**



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

### Hourly Fees by Employee through September  2019

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| RLI | Lim, Rachel | TC - Technology Consultant | 2.60 | $55.00 | $143.00 |
| KS | Singh, Kevin | TC - Technology Consultant | 1.50 | $55.00 | $82.50 |
| BAS | Senecal, Brian A | TC - Technology Consultant | 0.20 | $70.00 | $14.00 |
| RMA | Allen, Richard M | DI - Director | 0.40 | $210.00 | $84.00 |
| JJB | Brito, Joshua J | SA - Solicitation Consultant | 18.00 | $215.00 | $3,870.00 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 26.60 | $215.00 | $5,719.00 |
| ACC | Chan, Anita | SA - Solicitation Consultant | 1.20 | $215.00 | $258.00 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 1.90 | $215.00 | $408.50 |
| DDS | De Souza, Delicia | SA - Solicitation Consultant | 0.50 | $215.00 | $107.50 |
| GRD | DePalma, Greg R | SA - Solicitation Consultant | 14.80 | $215.00 | $3,182.00 |
| MMD | Diaz, Melissa | SA - Solicitation Consultant | 6.20 | $215.00 | $1,333.00 |
| NAMG | Grant, Nikeisha Ann-Marie | SA - Solicitation Consultant | 1.00 | $215.00 | $215.00 |
| AJAD | Jadonath, Anna | SA - Solicitation Consultant | 2.40 | $215.00 | $516.00 |
| CMKK | Kaufman, Craig M | SA - Solicitation Consultant | 1.10 | $215.00 | $236.50 |
| STK | Kesler, Stanislav | SA - Solicitation Consultant | 142.30 | $215.00 | $30,594.50 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 73.80 | $215.00 | $15,867.00 |
| SLL | Lonergan, Senan L | SA - Solicitation Consultant | 1.80 | $215.00 | $387.00 |
| OIN | Nnani, Obinna I | SA - Solicitation Consultant | 0.80 | $215.00 | $172.00 |
| ATO | Orchowski, Alex T | SA - Solicitation Consultant | 14.70 | $215.00 | $3,160.50 |
| AJP | Pierce, Adrian J | SA - Solicitation Consultant | 0.80 | $215.00 | $172.00 |
| HST | Taatjes, Hayden S | SA - Solicitation Consultant | 1.80 | $215.00 | $387.00 |
| NGT | Taveras, Neurys Gricelyn | SA - Solicitation Consultant | 0.80 | $215.00 | $172.00 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 1.00 | $215.00 | $215.00 |
| MPW | Walsh, Mike P | SA - Solicitation Consultant | 0.30 | $215.00 | $64.50 |
| RY | Yan, Raymond | SA - Solicitation Consultant | 0.30 | $215.00 | $64.50 |

Sears Holdings Corporation

Page 2

Invoice #: 10665

| JWY | Ye, Jing Wei | SA - Solicitation Consultant | 0.50 | $215.00 | $107.50 |
|---|---|---|---|---|---|
| JBZ | Zambrano, Jose Brian | SA - Solicitation Consultant | 12.20 | $215.00 | $2,623.00 |
| AMA | Adler, Adam M | DI - Director | 0.20 | $220.00 | $44.00 |
| ACJ | Jaffar, Amrita C | DI - Director | 0.80 | $220.00 | $176.00 |
| SW | Weiner, Shira D | DI - Director | 1.30 | $220.00 | $286.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 42.60 | $240.00 | $10,224.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 1.00 | $240.00 | $240.00 |

**TOTAL:** **375.40** **$81,125.50**

### Hourly Fees by Task Code through September  2019

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 220.10 | $46,636.50 |
| CORP | Corporate Actions | 17.00 | $3,817.00 |
| INQR | Call Center / Credit Inquiry | 8.40 | $1,806.00 |
| RETN | Retention / Fee Application | 1.50 | $330.00 |
| SOLI | Solicitation | 128.40 | $28,536.00 |

**TOTAL:** **375.40** **$81,125.50**

Sears Holdings Corporation                                                                                           Page 3

Invoice #: 10665

---

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 09/02/19 | STK | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.50 |
| 09/03/19 | ATO | SA | Update solicitation team task tracker | Solicitation | 0.10 |
| 09/03/19 | ATO | SA | Quality assurance review of incoming ballots | Ballots | 1.40 |
| 09/03/19 | BAS | TC | Technical support for updating ballot information | Ballots | 0.20 |
| 09/03/19 | CJ | DS | Prepare for, participate in, and conduct follow up on communications with P. Van Groll (Weil) on tabulation of master ballots | Solicitation | 0.60 |
| 09/03/19 | CJ | DS | Prepare, review, and report alternate voting results at request of P. Van Groll (Weil) | Solicitation | 0.70 |
| 09/03/19 | CLL | SA | Quality assurance review of incoming ballots | Ballots | 1.10 |
| 09/03/19 | CLL | SA | Respond to nominee inquiries related to solicitation | Call Center / Credit Inquiry | 0.80 |
| 09/03/19 | CLL | SA | Review and analyze incoming ballots for validity | Ballots | 2.60 |
| 09/03/19 | GRD | SA | Quality assurance review of incoming ballots | Ballots | 5.60 |
| 09/03/19 | JBZ | SA | Quality assurance review of incoming ballots | Ballots | 1.60 |
| 09/03/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 1.80 |
| 09/03/19 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 1.20 |
| 09/03/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions | Call Center / Credit Inquiry | 0.30 |
| 09/03/19 | MMD | SA | Record receipt and timeliness of incoming ballots | Ballots | 1.40 |
| 09/03/19 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.00 |
| 09/03/19 | RLI | TC | Technical support for processing electronically filed ballots | Ballots | 0.60 |
| 09/03/19 | RLI | TC | Technical support for processing ballots | Ballots | 0.60 |
| 09/03/19 | STK | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 3.70 |
| 09/03/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 2.80 |
| 09/03/19 | STK | SA | Update master ballot database | Ballots | 2.80 |
| 09/04/19 | ATO | SA | Update solicitation team task tracker | Solicitation | 0.10 |
| 09/04/19 | ATO | SA | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 09/04/19 | CJ | DS | Conduct quality assurance review of tabulation rules and results | Solicitation | 0.80 |
| 09/04/19 | CJ | DS | Prepare for and supervise the creation of various voting reports (including consolidated and unconsolidated reports) at counsel's request | Solicitation | 1.10 |
| 09/04/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with S. Kesler (Prime Clerk) and P. DiDonato (Weil) to | Solicitation | 0.40 |

Sears Holdings Corporation

Page 4

Invoice #: 10665

| | | | | | |
|---|---|---|---|---|---|
| | | | discuss tabulation and reporting voting results | | |
| 09/04/19 | JBZ | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 09/04/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 2.20 |
| 09/04/19 | SLL | SA | Respond to creditor inquiries related to distributions | Call Center / Credit Inquiry | 1.80 |
| 09/04/19 | STK | SA | Prepare for, participate in, and conduct follow up on call with C. Johnson (Prime Clerk) and P.DiDonato (Weil) re discuss tabulation and reporting voting results | Solicitation | 0.40 |
| 09/04/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 3.50 |
| 09/04/19 | STK | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 3.20 |
| 09/04/19 | STK | SA | Update master ballot database | Ballots | 0.50 |
| 09/04/19 | STK | SA | Review and respond to inquiry from Paloma Van Groll (Weil) related to sears voting report | Solicitation | 2.60 |
| 09/04/19 | STK | SA | Review and respond to inquiry from Phil DiDonatio (Weil) related to voting/release questions | Solicitation | 3.00 |
| 09/05/19 | CJ | DS | Prepare for, participate in, and conduct follow up on e-mails to the Weil Team (S. Singh, P. Van Groll and N. Hwangpo) with questions about vote reporting and format of tabulation results | Solicitation | 0.40 |
| 09/05/19 | CJ | DS | Prepare for, participate in, and conduct follow up on meetings with S. Kesler (Prime Clerk) on vote reporting and format of tabulation results | Solicitation | 0.40 |
| 09/05/19 | CLL | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 09/05/19 | JBZ | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 09/05/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 1.70 |
| 09/05/19 | MMD | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.80 |
| 09/05/19 | STK | SA | Prepare for, participate in, and conduct follow up on meetings with C. Johnson (Prime Clerk) re vote reporting and format of tabulation results | Solicitation | 0.40 |
| 09/05/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 3.30 |
| 09/05/19 | STK | SA | Respond to creditor and nominee inquiries related to solicitation | Call Center / Credit Inquiry | 1.20 |
| 09/05/19 | STK | SA | Update master ballot database | Ballots | 3.30 |
| 09/06/19 | CJ | DS | Conduct quality assurance review of tabulation | Solicitation | 1.10 |
| 09/06/19 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) on preparing the final voting reports as well as responding to Weil's requests for additional reporting and conduct the necessary follow-up | Solicitation | 0.50 |
| 09/06/19 | CJ | DS | Prepare and submit e-mail to M-III team (J. Boffi) for approval of tabulation factors | Solicitation | 0.40 |
| 09/06/19 | CLL | SA | Quality assurance review of incoming ballots | Ballots | 8.90 |
| 09/06/19 | CLL | SA | Review tabulation rules in connection with ballot tabulation | Solicitation | 0.90 |
| 09/06/19 | GRD | SA | Quality assurance review of incoming ballots | Ballots | 4.80 |
| 09/06/19 | JBZ | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |

Sears Holdings Corporation

Invoice #: 10665

| 09/06/19 | KS | TC | Technical support for processing ballots | Ballots | 0.70 |
|---|---|---|---|---|---|
| 09/06/19 | MMB | SA | Quality assurance review of incoming ballots | Ballots | 2.60 |
| 09/06/19 | MMB | SA | Respond to creditor inquiries related to Plan distributions | Call Center / Credit Inquiry | 0.20 |
| 09/06/19 | MMD | SA | Record receipt and timeliness of incoming ballots | Ballots | 1.10 |
| 09/06/19 | RLI | TC | Technical support for processing ballots | Ballots | 0.80 |
| 09/06/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 2.40 |
| 09/06/19 | STK | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 3.50 |
| 09/06/19 | STK | SA | Update master ballot database | Ballots | 2.10 |
| 09/06/19 | STK | SA | Review and respond to inquiry from Paloma Van Groll (Weil) related to sears voting report | Solicitation | 4.50 |
| 09/07/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 3.00 |
| 09/07/19 | STK | SA | Update master ballot database | Ballots | 3.00 |
| 09/08/19 | CJ | DS | Prepare for, respond to, and conduct follow-up on e-mail from P. Van Groll (Weil) re: tabulation | Solicitation | 0.20 |
| 09/08/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 0.50 |
| 09/08/19 | STK | SA | Update master ballot database | Ballots | 1.00 |
| 09/09/19 | AJP | SA | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 09/09/19 | CJ | DS | Follow up with M-III Partners (J. Boffi) for approval of factor used in the tabulation of the noteholder claims | Solicitation | 0.20 |
| 09/09/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on call with S. Kesler (Prime Clerk) and P. Van Groll (Weil) to discuss different (hypothetical) tabulation scenarios | Solicitation | 0.60 |
| 09/09/19 | CJ | DS | Review tabulation reports submitted to counsel | Solicitation | 0.60 |
| 09/09/19 | CLL | SA | Quality assurance review of incoming ballots | Ballots | 10.50 |
| 09/09/19 | CLL | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.50 |
| 09/09/19 | JBZ | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/09/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 2.20 |
| 09/09/19 | MMB | SA | Quality assurance review of incoming ballots | Ballots | 10.90 |
| 09/09/19 | MMD | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.50 |
| 09/09/19 | MPW | SA | Review and analyze incoming ballots for validity | Ballots | 0.20 |
| 09/09/19 | STK | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 6.00 |
| 09/09/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 4.30 |
| 09/09/19 | STK | SA | Update master ballot database | Ballots | 3.90 |
| 09/09/19 | STK | SA | Review and respond to inquiry from P. Wan Groll (Weil) related to solicitation and voting reports | Solicitation | 4.80 |
| 09/10/19 | AJAD | SA | Review and analyze incoming ballots for validity | Ballots | 1.00 |
| 09/10/19 | AJP | SA | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 09/10/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on call | Solicitation | 0.30 |

Sears Holdings Corporation

| | | | with J. Boffi (M-III Partners) to discuss factor used in tabulation of notes | | |
|---|---|---|---|---|---|
| 09/10/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on calls with P. Van Groll (Weil) to answer tabulation questions | Solicitation | 0.70 |
| 09/10/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on conference calls with P. Van Groll (Weil) and S. Kesler (Prime Clerk) to discuss format of voting reporting and reply to questions about tabulation | Solicitation | 0.60 |
| 09/10/19 | CJ | DS | Review and conduct quality assurance check of ballot tabulation | Solicitation | 2.10 |
| 09/10/19 | CJ | DS | Review and revise draft voting declaration | Solicitation | 0.80 |
| 09/10/19 | CLL | SA | Quality assurance review of incoming ballots | Ballots | 5.00 |
| 09/10/19 | CLL | SA | Update master ballot database | Ballots | 11.30 |
| 09/10/19 | CP | DS | Coordinate with C. Johnson, S. Kesler (Prime Clerk) regarding vote tabulation | Solicitation | 0.30 |
| 09/10/19 | GRD | SA | Review and analyze incoming ballots for validity | Ballots | 2.80 |
| 09/10/19 | HST | SA | Quality assurance review of incoming ballots | Ballots | 1.80 |
| 09/10/19 | JBZ | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/10/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 1.90 |
| 09/10/19 | MMB | SA | Quality assurance review of incoming ballots | Ballots | 9.70 |
| 09/10/19 | MMB | SA | Respond to creditor inquiry related to Plan distributions | Call Center / Credit Inquiry | 0.10 |
| 09/10/19 | MMD | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 09/10/19 | STK | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.90 |
| 09/10/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 4.40 |
| 09/10/19 | STK | SA | Prepare vote declaration | Solicitation | 8.00 |
| 09/10/19 | STK | SA | Update master ballot database | Ballots | 4.00 |
| 09/10/19 | STK | SA | Review and respond to inquiry from P. DiDonatio (Weil) related to opt out and voting report | Corporate Actions | 2.40 |
| 09/11/19 | AJAD | SA | Review and analyze incoming ballots for validity | Ballots | 0.60 |
| 09/11/19 | AJP | SA | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 09/11/19 | ATO | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 7.20 |
| 09/11/19 | ATO | SA | Process incoming ballots | Ballots | 0.20 |
| 09/11/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on call with P. DiDonato (Weil) and S. Kesler (Prime Clerk) on additional exhibits to voting declaration | Solicitation | 0.40 |
| 09/11/19 | CJ | DS | Review and edit draft voting declaration | Solicitation | 0.80 |
| 09/11/19 | CJ | DS | Supervise tabulation and quality assurance checks of the vote | Solicitation | 2.10 |
| 09/11/19 | CLL | SA | Quality assurance review of incoming ballots | Ballots | 4.00 |
| 09/11/19 | CLL | SA | Quality assurance review of incoming master ballots | Ballots | 5.30 |

Sears Holdings Corporation

Page 7

Invoice #: 10665

| | | | | | |
|---|---|---|---|---|---|
| 09/11/19 | CP | DS | Coordinate with Prime Clerk case team regarding proposed changes to vote declaration | Solicitation | 0.10 |
| 09/11/19 | GRD | SA | Review and analyze incoming ballots for validity | Ballots | 1.60 |
| 09/11/19 | JBZ | SA | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 09/11/19 | MMB | SA | Quality assurance review of incoming ballots | Ballots | 2.80 |
| 09/11/19 | STK | SA | Prepare vote declaration | Solicitation | 5.00 |
| 09/11/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 3.00 |
| 09/11/19 | STK | SA | Update master ballot database | Ballots | 3.40 |
| 09/11/19 | STK | SA | Review and respond to inquiry from P. DiDonato (Weil) related to opt out and voting report | Corporate Actions | 0.60 |
| 09/12/19 | ATO | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 5.40 |
| 09/12/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on meetings with S. Kesler (Prime Clerk) re: finalizing voting reports as requested by counsel and/or to be used as exhibits to the voting declaration | Solicitation | 1.20 |
| 09/12/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on meetings with S. Kesler, A. Orchowski, and C. Liu  (Prime Clerk) re: finalizing voting reports | Solicitation | 0.70 |
| 09/12/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on phone calls with S. Kesler re: finalizing voting reports and voting declaration | Solicitation | 0.60 |
| 09/12/19 | CJ | DS | Review and revise voting declaration | Solicitation | 0.90 |
| 09/12/19 | CJ | DS | Review invalid ballots and draft notes for excluded ballot report | Solicitation | 1.10 |
| 09/12/19 | CJ | DS | Review, revise, and conduct quality assurance checks of various tabulations and voting reports requested by counsel | Solicitation | 3.10 |
| 09/12/19 | CLL | SA | Quality assurance review of incoming ballots | Ballots | 4.70 |
| 09/12/19 | CLL | SA | Quality assurance review of incoming master ballots | Ballots | 4.70 |
| 09/12/19 | CLL | SA | Prepare vote declaration exhibits | Solicitation | 3.00 |
| 09/12/19 | JBZ | SA | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 09/12/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 1.70 |
| 09/12/19 | KS | TC | Technical support for processing ballots | Ballots | 0.80 |
| 09/12/19 | MLC | SA | Review and analyze incoming ballots for validity | Ballots | 0.70 |
| 09/12/19 | MMD | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 09/12/19 | MPW | SA | Review and analyze incoming ballots for validity | Ballots | 0.10 |
| 09/12/19 | NGT | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.80 |
| 09/12/19 | OIN | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.80 |
| 09/12/19 | RLI | TC | Technical support for processing ballots | Ballots | 0.60 |
| 09/12/19 | STK | SA | Prepare vote declaration | Solicitation | 1.50 |
| 09/12/19 | STK | SA | Prepare for, participate in, and conduct follow-up on phone calls with C. Johnson re: finalizing voting reports and voting | Solicitation | 0.60 |

Sears Holdings Corporation                                                                                 Page 8

Invoice #: 10665

| | | | declaration | | |
|---|---|---|---|---|---|
| 09/12/19 | STK | SA | Prepare for, participate in, and conduct follow-up on meetings with C. Johnson, A. Orchowski, and C. Liu  (Prime Clerk) re: finalizing voting | Solicitation | 0.70 |
| 09/12/19 | STK | SA | Prepare for, participate in, and conduct follow-up on meetings with C. Johnson (Prime Clerk) re: finalizing voting reports as requested by counsel to be used as exhibits to the voting declaration | Solicitation | 1.20 |
| 09/12/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 3.70 |
| 09/12/19 | STK | SA | Update master ballot database | Ballots | 3.00 |
| 09/12/19 | STK | SA | Review and respond to inquiry from N. Hwangpo (Weil) related to voting reports and vote declaration | Solicitation | 1.30 |
| 09/13/19 | CJ | DS | Conduct quality assurance review of text of voting declaration and accompanying voting exhibits | Solicitation | 2.20 |
| 09/13/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on calls with A. Hwang (Weil) on edits to voting declaration | Solicitation | 0.50 |
| 09/13/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on calls with P. DiDonato (Weil) on edits to voting declaration | Solicitation | 0.40 |
| 09/13/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on meetings with S. Kesler (Prime Clerk) re: finalizing voting reports as requested by counsel and/or to be used as exhibits to the voting declaration | Solicitation | 1.30 |
| 09/13/19 | CJ | DS | Review notes on excluded ballot reports to ensure consistency | Solicitation | 1.10 |
| 09/13/19 | CJ | DS | Review, edit, finalize, and file voting declaration | Solicitation | 3.80 |
| 09/13/19 | CLL | SA | Quality assurance review of incoming master ballots | Ballots | 1.50 |
| 09/13/19 | CLL | SA | Prepare vote declaration exhibits | Solicitation | 6.50 |
| 09/13/19 | CP | DS | Coordinate with C. Johnson (Prime Clerk) regarding updates to vote declaration (.2); review emails between Prime Clerk case team (C. Johnson, S. Kesler) and Weil (P. DiDonato, A. Hwang, N. Hwangpo) regarding same (.2) | Solicitation | 0.40 |
| 09/13/19 | JBZ | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/13/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 1.40 |
| 09/13/19 | MMD | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 09/13/19 | STK | SA | Prepare vote declaration | Solicitation | 6.90 |
| 09/13/19 | STK | SA | Prepare for, participate in, and conduct follow-up on meetings with C. Johnson (Prime Clerk) re finalizing voting reports as requested by counsel and/or to be used as exhibits to the voting declaration | Solicitation | 1.30 |
| 09/13/19 | STK | SA | Review and analyze incoming ballots for validity | Ballots | 6.00 |
| 09/13/19 | STK | SA | Review and respond to inquiry from P. DiDonato (Weil) related to opt out and voting report | Corporate Actions | 1.10 |
| 09/16/19 | ACC | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 09/16/19 | AJP | SA | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 09/16/19 | CJ | DS | Prepare for, participate in, and conduct follow up on | Solicitation | 0.30 |

Sears Holdings Corporation                                                                 Page 9

Invoice #: 10665

| | | | | | |
|---|---|---|---|---|---|
| | | | meetings with S. Kesler (Prime Clerk) on inquiry from Simmons Bedding | | |
| 09/16/19 | CJ | DS | Review docket for objections to confirmation and other pleadings that may be germane to the voting in connection with preparing for confirmation hearing | Solicitation | 0.70 |
| 09/16/19 | JBZ | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.70 |
| 09/16/19 | STK | SA | Prepare for, participate in, and conduct follow up on meetings with C. Johnson (Prime Clerk) on inquiry from Simmons Bedding | Solicitation | 0.50 |
| 09/16/19 | STK | SA | Review and respond to inquiry from P. DiDonato (Weil) related to solicitation of creditors | Solicitation | 2.60 |
| 09/17/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on call with P. DiDonato (Weil) on status of confirmation hearing | Solicitation | 0.10 |
| 09/17/19 | DDS | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/17/19 | JBZ | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.20 |
| 09/17/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/18/19 | ACC | SA | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 09/18/19 | CJ | DS | Coordinate with S. Kesler on providing A. Hwang (Weil) figures and statistics pertaining to solicitation and conduct the necessary follow-up | Solicitation | 0.20 |
| 09/18/19 | CJ | DS | Review and revise draft administrative expense claim settlement opt-out form and procedures | Corporate Actions | 1.40 |
| 09/18/19 | JBZ | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.80 |
| 09/18/19 | RY | SA | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 09/18/19 | STK | SA | Coordinate with C. Johnson on providing A. Hwang (Weil) figures and statistics pertaining to solicitation and conduct the necessary follow-up | Solicitation | 0.30 |
| 09/18/19 | STK | SA | Respond to creditor and nominee inquiries related to solicitation | Call Center / Credit Inquiry | 1.90 |
| 09/18/19 | STK | SA | Review and respond to inquiry from A. Hwang (Weil) related to opt out parties | Corporate Actions | 0.50 |
| 09/19/19 | CJ | DS | Review pleadings that may raise questions pertaining to voting declaration | Solicitation | 0.60 |
| 09/19/19 | CJ | DS | Review, revise, and circulate to A. Hwang and P. DiDonato (Weil) administrative expense settlement opt-out election forms | Corporate Actions | 1.10 |
| 09/19/19 | CP | DS | Coordinate with Prime Clerk case team regarding administrative settlement opt out form | Corporate Actions | 0.20 |
| 09/19/19 | JBZ | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.90 |
| 09/19/19 | STK | SA | Review and respond to inquiry from A. Hwang (Weil) related to opt out parties | Corporate Actions | 3.90 |
| 09/20/19 | ACC | SA | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 09/20/19 | CJ | DS | Respond to e-mail form R. Yeh (Clearly Gottlieb) re: Exhibit B to voting declaration | Solicitation | 0.60 |
| 09/20/19 | CJ | DS | Provide further revisions to administrative expense claim | Corporate | 0.40 |

Sears Holdings Corporation

Page 10

Invoice #: 10665

| | | | | Actions | |
|---|---|---|---|---|---|
| | | | settlement opt-out form | | |
| 09/20/19 | CMKK | SA | Respond to creditor inquiries related to plan | Call Center / Credit Inquiry | 0.70 |
| 09/20/19 | JBZ | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.80 |
| 09/20/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 1.10 |
| 09/23/19 | ACC | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.10 |
| 09/23/19 | ACJ | DI | Review and respond to email correspondence re upcoming opt-out logistics; meet and confer with C. Liu re same | Corporate Actions | 0.60 |
| 09/23/19 | AMA | DI | Review email re opt out process; call with C. Johnson re same | Corporate Actions | 0.20 |
| 09/23/19 | CJ | DS | Coordinate with A. Adler (Prime Clerk) on the prospective procedures for processing administrative expense claim settlement opt-out forms | Corporate Actions | 0.10 |
| 09/23/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on call with P. DiDonato (Weil) on proposed revised Exhibit B to the voting declaration | Solicitation | 0.20 |
| 09/23/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on call with R. Yeh (Clearly) on proposed revised Exhibit B to the voting declaration | Solicitation | 0.10 |
| 09/23/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on meetings with C. Liu and R. Allen (Prime Clerk) on administrative expense claim settlement and corresponding opt-out form and the process and logistics for generating, mailing, and processing such forms | Corporate Actions | 0.40 |
| 09/23/19 | CJ | DS | Prepare procedures for processing and reporting on administrative expense claim settlement opt-out forms | Corporate Actions | 0.40 |
| 09/23/19 | CJ | DS | Review and revise draft administrative expense claim settlement opt-out form and term sheet and circulate comments to A. Hwang (Weil) | Corporate Actions | 0.70 |
| 09/23/19 | CLL | SA | Prepare for, participate in, and conduct follow-up on meetings with C. Liu and R. Allen (Prime Clerk) on administrative expense claim settlement and corresponding opt-out form and the process and logistics for generating, mailing, and processing such forms | Corporate Actions | 0.60 |
| 09/23/19 | JBZ | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.50 |
| 09/23/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 1.70 |
| 09/23/19 | NAMG | SA | Record receipt and timeliness of incoming ballots | Ballots | 1.00 |
| 09/23/19 | RMA | DI | Prepare for, participate in, and conduct follow-up on meetings with C. Liu and C. Johnson (Prime Clerk) on administrative expense claim settlement and corresponding opt-out form and the process and logistics for generating, mailing, and processing such forms | Corporate Actions | 0.40 |
| 09/24/19 | ACC | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.10 |
| 09/24/19 | AJAD | SA | Quality assurance review of incoming ballot | Ballots | 0.80 |
| 09/24/19 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) on the preparation of revised exhibit of invalid votes to be shared with Cleary Gottlieb and filed | Solicitation | 0.20 |

Sears Holdings Corporation

Page 11

Invoice #: 10665

| 09/24/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on e-mail with N. Hwangpo (Weil) on timetable for service of administrative expense claim settlement opt-out forms | Corporate Actions | 0.20 |
|---|---|---|---|---|---|
| 09/24/19 | JBZ | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 09/24/19 | STK | SA | Coordinate with C. Johnson (Prime Clerk) on the preparation of revised exhibit of invalid votes to be shared with Cleary Gottlieb and filed | Solicitation | 0.20 |
| 09/24/19 | STK | SA | Prepare for and coordinate with R. Allen and C. Johnson (Prime Clerk) on noticing requirements relating to service and publication of administrative expense claim settlement opt-out forms and procedures | Corporate Actions | 0.30 |
| 09/24/19 | STK | SA | Prepare updated report of excluded ballots | Solicitation | 0.70 |
| 09/25/19 | CJ | DS | Review revised exhibit B to voting declaration (invalid ballot report) in preparation for filing | Solicitation | 0.30 |
| 09/25/19 | CMKK | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.40 |
| 09/25/19 | STK | SA | Prepare vote declaration | Solicitation | 1.20 |
| 09/25/19 | SW | DI | Draft monthly fee statement | Retention / Fee Application | 1.30 |
| 09/26/19 | ACC | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.10 |
| 09/26/19 | JBZ | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.50 |
| 09/26/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 09/27/19 | ACC | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.10 |
| 09/27/19 | ACJ | DI | Review and file monthly fee statement | Retention / Fee Application | 0.20 |
| 09/27/19 | CJ | DS | Review pleadings affecting voting in connection with preparations for confirmation hearing | Solicitation | 0.40 |
| 09/27/19 | JBZ | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.30 |
| 09/27/19 | JJB | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 09/30/19 | CJ | DS | Draft and circulate to M. Korycki (M-III Partners) draft talking points relating to administrative expense claims opt-out process | Corporate Actions | 0.90 |
| 09/30/19 | CJ | DS | Review and revise draft administrative expense claims opt-out form and procedures | Corporate Actions | 0.60 |
| 09/30/19 | JWY | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 09/30/19 | MMD | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |

**Total Hours** **375.40**

## Expense Detail

| **Description** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| After Hours Transportation | | | $914.35 |

Sears Holdings Corporation

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---|
| Overtime Meals | | | $260.00 |
| **Total Expenses** | | | **$1,174.35** |

## Exhibit B

## Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Kesler, Stanislav | 8/2/2019 | After Hours Transportation | $55.86 |
| Kesler, Stanislav | 8/26/2019 | After Hours Transportation | $21.80 |
| Kesler, Stanislav | 8/29/2019 | After Hours Transportation | $76.82 |
| Kesler, Stanislav | 9/3/2019 | After Hours Transportation | $76.82 |
| Liu, Calvin | 9/3/2019 | After Hours Transportation | $76.82 |
| Liu, Calvin | 9/3/2019 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 9/5/2019 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 9/5/2019 | After Hours Transportation | $76.82 |
| Liu, Calvin | 9/6/2019 | Overtime Meal | $20.00 |
| Brown, Mark | 9/9/2019 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 9/9/2019 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 9/9/2019 | After Hours Transportation | $76.82 |
| Liu, Calvin | 9/9/2019 | After Hours Transportation | $70.00 |
| Liu, Calvin | 9/9/2019 | Overtime Meal | $20.00 |
| Brown, Mark | 9/10/2019 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 9/10/2019 | Overtime Meal | $20.00 |
| Liu, Calvin | 9/10/2019 | Overtime Meal | $20.00 |
| Liu, Calvin | 9/11/2019 | After Hours Transportation | $70.00 |
| Liu, Calvin | 9/11/2019 | Overtime Meal | $20.00 |
| Orchowski, Alex | 9/11/2019 | After Hours Transportation | $79.32 |
| Orchowski, Alex | 9/11/2019 | Overtime Meal | $20.00 |
| Johnson, Craig | 9/12/2019 | After Hours Transportation | $156.45 |
| Liu, Calvin | 9/12/2019 | Overtime Meal | $20.00 |
| Orchowski, Alex | 9/12/2019 | Overtime Meal | $20.00 |
| Liu, Calvin | 9/13/2019 | After Hours Transportation | $76.82 |
| **TOTAL** | | | **$1,174.35** |