Hearing Date: November 20, 2019 at 10:00 a.m.
Objection Deadline: November 13, 2019 at 5:00 p.m.

McGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, New York 10020-1104
Telephone:    (212) 548-2165
Facsimile:    (212) 548-2150
Shawn R. Fox
sfox@mcguirewoods.com
*Counsel for Apex Systems, LLC, and certain affiliated entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
                                                               :
**SEARS HOLDING CORPORATION,** *et al.*,                       :    Case No. 18-23538 (RDD)
                                                               :
                                                               :    (Jointly Administered)
       Debtors.[1]                                             :
                                                               :
---------------------------------------------------------------X

## NOTICE OF HEARING FOR APEX SYSTEMS, LLC'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

**PLEASE TAKE NOTICE** that a hearing on *Apex Systems, LLC's Application for Allowance and Payment of Administrative Expense* (the "Application") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York 10601, on **November 20, 2019 at 10:00 a.m. (EST)** (the "Hearing").

**PLEASE TAKE NOTICE** that any objections to the Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures* [Dkt. 405] (the "Amended Case Management Order"), so as to be filed and received no later than **November 13, 2019, at 5:00 p.m. (EST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Application is not filed and served by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing pursuant to the Amended Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

| | |
|---|---|
| Dated: October 30, 2019<br>New York, New York | **McGUIREWOODS LLP**<br><br>By:  /s/ *Shawn R. Fox*<br>Shawn R. Fox<br>McGUIREWOODS LLP<br>1251 Avenue of the Americas, 20th Floor<br>New York, New York 10020-1104<br>Telephone: (212) 548-2165<br>Facsimile: (212) 548-2150<br>sfox@mcguirewoods.com<br>*Counsel for Apex Systems, LLC, and certain affiliated entities* |

2