CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225 2000
Facsimile: (212) 225 3999
Sean A. O'Neal, Esq.
Luke A. Barefoot, Esq.

*Attorneys for Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                              :
                                                                   :    **Chapter 11**
**SEARS HOLDINGS CORPORATION, *et al.*,**   :
                                                                   :    **Case No. 18-23538 (RDD)**
                                                                   :
                        Debtors.[1]                          :    **(Jointly Administered)**
---------------------------------------------------------------- x

# NOTICE OF WITHDRAWAL OF CERTAIN ADDITIONAL CONTRACTS FROM THE NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL EXECUTORY CONTRACTS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that on April 26, 2019, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Notice of Assumption and Assignment of Additional Executory Contracts* (ECF No. 3397) (the "**Assumption Notice**"), [2] notifying applicable counterparties that certain Additional Contracts listed on Exhibit 1 to the Assumption Notice (the "**Additional Assigned Agreements Exhibit**") have been designated by the Buyer for assumption and assignment.

**PLEASE TAKE FURTHER NOTICE** that under paragraph 17 of the *Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases and (II) Granting Related Relief* (ECF No. 3008) ("**Assumption Order**"), Buyer may "withdraw the proposed assumption of the applicable Additional Assigned Agreement by filing a notice of withdrawal with the Court" at any time prior to the Assumption Effective Date for the applicable Additional Assigned Agreement.

**PLEASE TAKE FURTHER NOTICE** that under paragraph 27 of the Assumption Order, the assumption of Additional Assigned Agreements does not become effective until the withdrawal or resolution of a timely objection to the Assumption Notice.

**PLEASE TAKE FURTHER NOTICE** that the assumption of the contracts listed on **Exhibit A** hereto (the "**Removed Contracts**") has not become effective due to the *Limited Objection of Winiadaewoo Electronics America, Inc. to Debtors' Notice of Assumption and Assignment of Additional Executory Contracts* (ECF No. 3645) with respect to the Removed Contracts.

**PLEASE TAKE FURTHER NOTICE** that the Removed Contracts are hereby

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Assumption Notice.

removed from the Additional Assigned Agreements Exhibit.

**PLEASE TAKE FURTHER NOTICE** that, other than the removal of the Removed Contracts from the Additional Assigned Agreements Exhibit, the Assumption Notice remains otherwise unaffected.

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Assumption Notice as to the Removed Contracts is without prejudice to the Buyer.

**PLEASE TAKE FURTHER NOTICE** that the Buyer is not seeking to assume and assign the Removed Contracts at this time.  The Buyer reserves all rights with respect to the Removed Contracts.

**PLEASE TAKE FURTHER NOTICE** that this notice will be provided in accordance with the procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405), including service on the counterparties listed on **Exhibit A**.  The Buyer submits that no other or further notice need be provided.

Dated: October 30, 2019
New York, New York

       /s/ Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225 2000
Facsimile: (212) 225 3999
Sean A. O'Neal, Esq.
Luke A. Barefoot, Esq.

*Attorneys for Transform Holdco LLC*

## Exhibit A

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 1809 | KMART CORPORATION; SEARS BRANDS MANAGEMENT CORP.; SEARS, ROEBUCK AND CO. | DAEWOO ELECTRONICS CO., LTD. | AMENDMENT #1 TO THE SUPPLY | N/A | N/A | 7/18/21 | N/A | N/A | N/A | Cure amount resolved |
| 65 | 1809 | KMART CORPORATION; SEARS BRANDS MANAGEMENT CORP.; SEARS, ROEBUCK AND CO. | DAEWOO ELECTRONICS CO., LTD. | SUPPLY AGREEMENT FOR REFRI | N/A | N/A | 7/18/21 | N/A | N/A | N/A | Cure amount resolved |
| 66 | 1809 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO.; KMART CORPORATION; SEARS BRANDS MANAGEMENT CORPORATION | DAEWOO ELECTRONICS CO., LTD. | N/A | N/A | 10/15/18 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 67 | 1809 | KMART CORPORATION; SEARS BRANDS MANAGEMENT CORP.; SEARS, ROEBUCK AND CO. | DAEWOO ELECTRONICS CO., LTD. | AMENDMENT #2 TO THE SUPPL | N/A | N/A | 7/18/21 | N/A | N/A | N/A | Cure amount resolved |