UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re:                                              :   Chapter 11
:
SEARS HOLDINGS CORPORATION, *et al.*,    :   Case No. 18-23538 (RDD)
:
      Debtors.[1]                               :   (Jointly Administered)
:
------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF OBJECTIONS OF PEOPLEREADY, INC. TO NOTICES OF ASSUMPTION AND ASSIGNMENT

PLEASE TAKE NOTICE that PeopleReady, Inc., by and through the undersigned attorneys, hereby withdraws the *Objection of PeopleReady, Inc. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases [in] Connection with Global Sale Transaction* (Docket No. 1976), *Objection of PeopleReady, Inc. to Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction; and Supplemental Objection to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (Docket

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

No. 2503); and *Objection of PeopleReady, Inc. to Notice of Assumption and Assignment of Additional Executory Contracts* (Docket No. 3324).

Dated: October 30, 2019

                MILLER NASH GRAHAM & DUNN LLP

                */s/ John R. Knapp, Jr.*
                John R. Knapp, Jr., P.C., WSB No. 29343
                Pier 70, 2801 Alaskan Way, Suite 300
                Seattle, Washington  98121
                E-Mail:  john.knapp@millernash.com
                Phone:  (206) 624-8300
                Fax:  (206) 340-9599

                Attorneys for PeopleReady, Inc.

4851-3113-0539.1