**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
In re: : Chapter 11
:
SEARS HOLDINGS CORPORATION, *et al.*,[1] :
: Case No. 18-23538-rdd
Debtors. :
: (Jointly Administered)
:
------------------------------------------------------------X

**APPELLANTS ESL INVESTMENTS, INC. AND TRANSFORM HOLDCO LLC'S**
**STATEMENT OF ISSUES TO BE PRESENTED AND**
**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellants ESL Investments, Inc. and certain of its affiliated entities (including JPP, LLC and JPP II, LLC (collectively, "ESL")) and Transform Holdco LLC ("Transform"), by and through their undersigned counsel, hereby respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, this statement of issues to be presented and designation of items

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR-Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

to be included in the record on appeal with respect to their appeal of this Court's *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* (ECF No. 5370) (the "Appealed Order")[2] before the United States District Court for the Southern District of New York (the "District Court") at Case No. 19-cv-09703 (NSR).

## STATEMENT OF ISSUES ON APPEAL

On October 15, 2019, this Court entered the Appealed Order confirming the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (ECF No. 5293) (the "Plan") proposed by appellees Sears Holdings Corporation and its affiliates ("Sears" or the "Debtors"). The Appealed Order also approved the documents comprising the Plan Supplement (as defined in the Plan) (ECF Nos. 4632, 4703, 5295), which includes the Liquidating Trust Agreement (ECF No. 5295) (as defined in the Plan), and the Administrative Expense Claims Consent Program (as defined in the Appealed Order) described in the *Notice of Filing of Revised Administrative Expense Claims Consent Program Term Sheet with the Ad Hoc Vender Group and Creditors' Committee* (the "Administrative Expense Claims Consent Program Term Sheet," collectively with the Plan and the Plan Supplement, the "Plan Documents") (ECF No. 5301).

Despite the confirmation of the Debtors' Plan, a number of issues pertaining to the claims of ESL and Transform against the Debtors remain unresolved. Holders of Second Lien Debt (as defined in the Plan), including ESL, have appealed this Court's August 5, 2019 order regarding the determination of the amount of their secured and adequate protection super-priority claims under section 507(b) of the Bankruptcy Code, which appeals have been substantively

---

[2]    Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Appealed Order or the Plan, as applicable.

2

consolidated before the District Court at Case Nos. 19-cv-07660 (VB), 19-cv-07697 (VB), 19-cv-07782 (VB) (the "<u>507(b) Appeals</u>").  In addition, Transform believes that the Debtors have breached certain of their obligations under the Asset Purchase Agreement and Transform may assert Administrative Expense Claims on account of those breaches.

As a result of these pending issues, ESL and Transform objected to the provisions of the Appealed Order and Plan Documents that could be interpreted to limit the assets from which ESL and Transform could recover if their secured, administrative expense, or section 507(b) super-priority claims are allowed at a later time, including on appeal.  *See, e.g.*, *Limited Objection and Reservation of Rights of ESL Investments, Inc. and Transform Holdco LLC to Debtors' Plan Supplement* (ECF No. 4786); *Supplemental Response of ESL Investments Inc. and Transform Holdco LLC to Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* (ECF No. 5192); *Response of ESL Investments, Inc. and Transform Holdco LLC to Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and Administrative Expense Claims Consent Program* (ECF No. 5320).  The Appealed Order and the Plan Documents, however, did not make any clarification to accommodate ESL and Transform's objections in this regard.

ESL and Transform are therefore appealing the Appealed Order to the extent that any provisions of the Order or any of the Plan Documents could be interpreted to limit the assets of the Debtors or of the Liquidating Trust to be established under the Plan from which ESL and Transform could seek and obtain payment on account of secured, administrative expense, or Section 507(b) super-priority claims that may be later allowed (except as previously agreed in Section 9.13(c) of the Asset Purchase Agreement).

ESL and Transform intend to present the following issue on appeal:

1.      Did the bankruptcy court err in entering the Appealed Order and approving the Plan Documents to the extent any provision thereof could be read to limit the assets from which ESL and Transform could seek and obtain payment on account of secured, administrative expense, or Section 507(b) super-priority claims when and if those claims are allowed, including on appeal, other than as set forth in Section 9.13(c) of the Asset Purchase Agreement?

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**[3]

ESL and Transform designate the following items for inclusion in the record on appeal. Each designated item shall also include any and all exhibits and documents annexed to and referenced within such items. [4]

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 3 | 10/15/2018 | Declaration of Robert A. Riecker Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York, with Exhibit A and Schedules |
| 101 | 10/16/2018 | Interim Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief, with Exhibits A to B |
| 951 | 11/30/2018 | Interim Junior DIP Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Grant Secured Priming Liens and Superpriority Administrative Expense Claims; (II) Modifying the Automatic Stay; (III) Scheduling Final Hearing; and (IV) Granting Related Relief, with Exhibits A to B. |

---

[3]     All documents designated herein have a docket number reference. Accordingly, pursuant to Rule 8009-1(a) of the Local Bankruptcy Rules for the Southern District of New York, no documents must be attached or filed herewith.
[4]     Except as otherwise specified herein, all references to "Docket No." shall refer to the docket numbers on the bankruptcy court docket at Case No. 18-23538-rdd.

4

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 955 | 11/30/2018 | Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modified the Automatic Stay; and (IV) Granting Related Relief, with Exhibits A to C |
| 1436 | 12/28/18 | Final Junior DIP Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Grant Secured Priming Liens and Superpriority Administrative Expense Claims; (II) Modifying The Automatic Stay; and (III) Granting Related Relief, with Exhibits A to B |
| 1730 | 1/18/2019 | Notice of Successful Bidder and Sale Hearing, with Exhibits A to B |
| 2456 | 2/7/2019 | Notice of Filing Amendment to the Asset Purchase Agreement, with Exhibits A to B |
| 2507 | 2/8/2019 | Order (I) Approving the Asset Purchase Agreement among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief, with Exhibit A to B |
| 3275 | 4/17/2019 | Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 3988 | 5/22/2019 | Objection of ESL Investments, Inc. to Disclosure Statement for Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 4044 | 5/28/2019 | Debtors' Omnibus Reply to Objections to Debtors' Disclosure Statement and Solicitation and Voting Procedures, with Exhibit A |
| 4276 | 6/18/2019 | ESL's Demand for Payment |
| 4316 | 6/21/2019 | Stipulation and Order Concerning the Resolution of Certain Section 507(b) Claims |
| 4389 | 6/28/2019 | Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors |

5

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 4390 | 6/28/2019 | Disclosure Statement for Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibits A to E-2 |
| 4392 | 6/28/2019 | Order (I) Approving Disclosure Statement, (II) Establishing Notice and Objection Procedures for Confirmation of the Plan, (III) Approving Solicitation Packages and Procedures for Distribution Thereof, (IV) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan, and (V) Granting Related Relief, with Exhibits A to E |
| 4478 | 7/9/2019 | Disclosure Statement for Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibits A to E-2 |
| 4632 | 7/26/2019 | Notice of Filing of Plan Supplement in Connection with Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibits A to F |
| 4703 | 8/2/2019 | Notice of Filing of Plan Supplement in Connection with Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibit B (Liquidating Trust Agreement) |
| 4704 | 8/2/2019 | Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 4740 | 8/5/2019 | Order Determining the Amount of Second-Lien Holders' Section 507(b) Administrative Claims Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure |
| 4759 | 8/6/2019 | Limited Objection and Reservation of Rights of ESL Investments, Inc. and Transform Holdco LLC to Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors |
| 4760 | 8/6/2019 | Declaration of Chelsey Rosenbloom in Support of Limited Objection and Reservation of Rights of ESL Investments, Inc. and Transform Holdco LLC to Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibit A |
| 4786 | 8/7/2019 | Limited Objection and Reservation of Rights of ESL Investments, Inc. and Transform Holdco LLC to Debtors' Plan Supplement |

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 4793 | 8/8/2019 | Order Determining the Amount to Surcharge Second-Lien Collateral Pursuant to Section 506(c) of the Bankruptcy Code |
| 4832 | 8/14/2019 | Notice of Appeal of ESL Investments, Inc. to 507(b) Order, with Exhibit A |
| 4839 | 8/14/2019 | Notice of Appeal of Wilmington Trust, National Association to 507(b) Order, with Exhibit A |
| 4845 | 8/14/2019 | Notice of Appeal of Cyrus Capital Partners, L.P. to 507(b) Order, with Exhibit A |
| 4941 | 8/21/2019 | Notice of Appeal of Debtors to 506(c) Order, with Exhibit A |
| 4954 | 8/22/2019 | Notice of Appeal of the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. to 506(c) Order, with Exhibit A. |
| 5142 | 9/13/2019 | Notice of Filing of Proposed Order Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holding Corporation and Its Affiliated Debtors, with Exhibit A |
| 5144 | 9/13/2019 | Debtors' Memorandum of Law in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibits A to B |
| 5146 | 9/13/2019 | Declaration of William L. Transier in Support of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibits A to B |
| 5148 | 9/13/2019 | Declaration of Brian J. Griffith in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings corporation and Its Affiliated Debtors, with Exhibits A to C |
| 5149 | 9/13/2019 | Declaration of William Murphy in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibits A to C |
| 5192 | 9/19/2019 | Supplemental Response of ESL Investments, Inc. and Transform Holdco LLC to Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 5293 | 10/1/2019 | Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5295 | 10/1/2019 | Notice of Filing of Revised Plan Supplement in Connection with Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibits B and 1 |
| 5296 | 10/1/2019 | Debtors' Supplemental Memorandum of Law in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibits A to C |
| 5297 | 10/1/2019 | Supplemental Declaration of Brian J. Griffith in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5301 | 10/1/2019 | Notice of Filing of Revised Administrative Expense Claims Consent Program Term Sheet With The Ad Hoc Vender Group and Creditors' Committee, with Exhibit A |
| 5319 | 10/2/2019 | Notice of Agenda of Matters Scheduled for Hearing on October 3, 2019 at 10:00 A.M. |
| 5320 | 10/2/2019 | Response of ESL Investments, Inc. and Transform Holdco LLC to Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and Administrative Expense Claims Consent Program |
| 5330 | 10/4/2019 | Notice of Continuation of Hearing on Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors |
| 5333 | 10/7/2019 | Notice of Filing of Revised Proposed Order Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibits A to B |
| 5334 | 10/7/2019 | Notice of Filing of (I) Revised Notice of Administrative Expense Claims Consent Program and Opt-In/Opt-Out Procedures, (II) Revised Ballot to Opt-In to Administrative Expense Claims Consent Program and (III) Revised Ballot to Opt-Out of Administrative Expense Claims Consent Program, with Exhibits A to D |

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 5335 | 10/7/2019 | Notice of Filing of Fourth Plan Supplement in Connection With Modified Second Amended joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibit A |
| 5370 | 10/15/2019 | Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief, with Exhibits A to C |
| 5399 | 10/17/2019 | Notice of Appeal of ESL Investments, Inc. and Transform Holdco LLC to Confirmation Order, with Exhibit A |
| N/A | N/A | Copy of Bankruptcy Court Docket Report through October 31, 2019 |

### HEARING TRANSCRIPTS

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 4800 | 8/9/2019 | Transcript of Hearing Held on July 11, 2019 |
| 6[5] | 8/9/2019 | Transcript of Hearing Held on July 11, 2019 |
| 4928 | 8/21/2019 | Transcript of Hearing Held on July 23, 2019 |
| 5007 | 8/27/2019 | Transcript of Hearing Held on July 31, 2019 |
| 9[6] | 10/16/2019 | Transcript of Hearing Held on September 12, 2019 |
| 5395 | 10/7/2019 | Transcript of Hearing Held on October 3, 2019 |
| 5396 | 10/9/2019 | Transcript of Hearing Held on October 7, 2019 |

[*Signature Page Follows*]

---

[5] This Docket No. reference refers to the docket in Adversary Proceeding No. 19-08262-rdd, which is under the lead bankruptcy case of Case No. 18-23538-rdd.

[6] This Docket No. reference refers to the docket in Adversary Proceeding No. 19-08262-rdd, which is under the lead bankruptcy case of Case No. 18-23538-rdd.

9

Dated: New York, New York
October 31, 2019

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          By: /s/ *Thomas J. Moloney*
          Thomas J. Moloney
          Sean A. O'Neal
          Katherine R. Lynch
          Chelsey Rosenbloom
          One Liberty Plaza
          New York, NY 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          *Attorneys for ESL Investments Inc. and certain of its affiliates and Transform Holdco LLC*

          WILMER CUTLER PICKERING HALE AND DORR LLP

          By: /s/ *Philip D. Anker*
          Philip D. Anker
          7 World Trade Center
          250 Greenwich Street
          New York, NY 10007
          Telephone: (212) 230-8800
          Facsimile: (212) 230-8888

          *Attorneys for ESL Investments Inc. and certain of its affiliates*