**2:51 PM**

**10/30/19**

# VIRGINIA CENTER COMMON REALTY HOLDING LLC
## ACCOUNT LEDGER
### All Transactions

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **SEARS** | | | | | | | |
| Invoice | 09/01/18 | 2490 | | Due on r... | 09/01/18 | 424 | 7,737.22 |
| Invoice | 10/01/18 | 2611 | | Due on r... | 10/01/18 | 394 | 7,737.22 |
| Invoice | 11/01/18 | 2706 | | Due on r... | 11/01/18 | 363 | 7,737.22 |
| Invoice | 12/01/18 | 2804 | | Due on r... | 12/01/18 | 333 | 7,737.22 |
| Invoice | 01/01/19 | 2906 | Jan 2019 CAM | Due on r... | 01/01/19 | 302 | 7,737.22 |
| Invoice | 02/01/19 | 3001 | Feb 2019 CAM | Due on r... | 02/01/19 | 271 | 7,737.22 |
| Invoice | 03/01/19 | 3105 | March 2019 CAM | Due on r... | 03/01/19 | 243 | 7,737.22 |
| Invoice | 04/01/19 | 3218 | APRIL 2019 RENT | Due on r... | 04/01/19 | 212 | 7,737.22 |
| Invoice | 05/01/19 | 3296 | MAY  2019 RENT | Due on r... | 05/01/19 | 182 | 7,737.22 |
| Invoice | 06/01/19 | 3369 | June 2019 | Due on r... | 06/01/19 | 151 | 7,737.22 |
| Invoice | 07/01/19 | 3436 | July 2019 | Due on r... | 07/01/19 | 121 | 7,737.22 |
| Invoice | 08/01/19 | 3503 | August 2019 | Due on r... | 08/01/19 | 90 | 7,737.22 |
| Invoice | 09/01/19 | 3582 | Sept.2019 | Due on r... | 09/01/19 | 59 | 7,737.22 |
| Invoice | 10/01/19 | 3654 | OCT 2019 | Due on r... | 10/01/19 | 29 | 7,737.22 |
| Total SEARS | | | | | | | 108,321.08 |
| **TOTAL** | | | | | | | **108,321.08** |