PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Kelley A. Cornish
Lewis R. Clayton

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.** [1] | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

## TWELFTH MONTHLY FEE STATEMENT OF
## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTORS
## FOR PERIOD FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365), and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 16, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | September 1, 2019 through September 30, 2019 |
| Monthly Fees Incurred: | $55,673.00 |
| 20% Holdback: | $11,134.60 |
| Total Compensation Less 20% Holdback: | $44,538.40 |
| Monthly Expenses Incurred: | $89,157.29 |
| Total Fees and Expenses Due: | $133,695.69 |

This is a: __X__ monthly ____ interim ____ final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby submits this twelfth monthly fee statement (the "Twelfth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors, for the period from September 1, 2019 through September 30, 2019 (the "Twelfth Monthly Fee Period"). By this Twelfth Monthly Fee Statement, and after taking into account certain voluntary reductions, Paul, Weiss seeks payment in the amount of $133,695.69, which comprises (i) $44,538.40, representing eighty percent (80%) of the total amount of compensation sought for actual and

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

necessary services rendered during the Twelfth Monthly Fee Period, subject to certain voluntary reductions, and (ii) reimbursement of $89,157.29, representing one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

### Services Rendered and Expenses Incurred

1.      Attached as <u>Exhibit A</u> is a summary of Paul, Weiss's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Twelfth Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Paul, Weiss's current billing rates, (iv) amount of fees earned by each Paul, Weiss professional, and (v) the year of bar admission for each attorney.  The blended hourly billing rate of Paul, Weiss attorneys during the Twelfth Monthly Fee Period is approximately $1,246.67.  The blended hourly rate of staff attorneys, paralegals, and other non-legal staff during the Twelfth Monthly Fee Period is approximately $392.01.

2.      Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Twelfth Monthly Fee Period.

3.      Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Twelfth Monthly Fee Period.

4.      Attached as <u>Exhibit D</u> is itemized time detail of Paul, Weiss professionals for the Twelfth Monthly Fee Period and summary materials related thereto.

### Notice and Objection Procedures

Notice of this Twelfth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, <u>Attention</u>: Rob Riecker (email: Rob.Riecker@searshc.com) and

Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

Objections to this Twelfth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **November 15, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Twelfth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Twelfth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of Twelfth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: October 31, 2019
New York, New York

*/s/   Paul M. Basta*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Paul M. Basta
Kelley A. Cornish
Lewis R. Clayton

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

## **Exhibit A**

**Compensation by Professional**

## SUMMARY OF MONTHLY FEE STATEMENT OF
## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR
## SERVICES RENDERED FOR THE PERIOD
## FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| Name of Professional Partners and Counsel | Title | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Kelley Cornish | Partner | Bankruptcy | 1984 | 1,560 | 7.2 | 11,232.00 |
| Paul Basta | Partner | Bankruptcy | 1993 | 1,560 | 6.0 | 9,360.00 |
| Lewis Clayton | Partner | Litigation | 1979 | 1,560 | 4.6 | 7,176.00 |
| Robert Britton | Partner | Bankruptcy | 2008 | 1,165 | 4.4 | 5,126.00 |
| Jonathan Hurwitz | Counsel | Litigation | 1987 | 1,160 | 5.9 | 6,844.00 |
| **Total Partners and Counsel:** | | | | | **28.1** | **39,738.00** |

| Name of Associates | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Jonathan Silberstein-Loeb | Litigation | 2015 | 940 | 1.5 | 1,410.00 |
| David Giller | Litigation | 2015 | 940 | 2.8 | 2,632.00 |
| Caitlin Toto | Bankruptcy | 2019 | 640 | 5.1 | 3,264.00 |
| Teresa Lii | Bankruptcy | 2014 | 920 | 0.9 | 828.00 |
| **Total Associates:** | | | | **10.3** | **8,134.00** |

| Name of Staff Attorneys, Paralegals and Other Non-Legal Staff | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Madhuri Pavamani | 490 | 2.8 | 1,372.00 |
| Francine Murray | 490 | 1.5 | 735.00 |
| Joseph Monzione | 365 | 15.6 | 5,694.00 |
| **Total Staff Attorneys, Paralegals and Other Non-Legal Staff:** | | **19.9** | **7,801** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,414.16 | 28.1 | 39,738.00 |
| Associates | 789.71 | 10.3 | 8,134.00 |
| Staff Attorneys/Paralegals/ Non-Legal Staff | 392.01 | 19.9 | 7,801.00 |
| Blended Attorney Rate | 1,246.67 | | |
| **Total Fees Incurred** | | **58.3** | **55,673.00** |

**<u>Exhibit B</u>**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration | 18.4 | 9,234.00 |
| Conflict Matters: Investigations & Discovery | 4.3 | 2,107.00 |
| Fee/Employment Applications (Paul, Weiss) | 3.2 | 2,132.00 |
| Fee/Employment Applications (Other) | 0.3 | 192.00 |
| Plan and Disclosure Statement | 6.0 | 6,863.50 |
| Litigation | 20.9 | 28,099.00 |
| Corporate Governance | 5.2 | 7,045.50 |
| **TOTAL** | **58.3** | **55,673.00** |

**Exhibit C**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Expenses Category | Total Expenses ($) |
|---|---|
| Professional Services | 88,432.50 |
| Court Costs & Litigation Expenses | 257.00 |
| Information Retrieval Services | 452.79 |
| Duplicating Expenses | 15.00 |
| **TOTAL** | **89,157.29** |

Client: 022429 Sears Holdings Corporation              Resp Prtnrs: PMB SMB LRC              Proforma: 7438314                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

| | Total | | | | 0.00 | | | |

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L

| Period | Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|--------|--------------------------------|----------|-----|----|----|------|-------|----------|----------|
| 0919 | QuisLex, Inc. Vendor: QuisLex, Inc. - Document review vendor for Sears review vendor (022429-00002) Inv# | Silberstein-Loeb, J S | 01 | B | 07/01/19 | 88,432.50 | 56486835 | 1636493 | 09/23/19 |
| | 1114 Electronic Discovery Total : | | | | | 88,432.50 | | | |
| 0919 | CourtCall, LLC. CourtCall Cost | Lii, T L | 01 | B | 08/26/19 | 257.00 | 56547331 | 1638844 | 10/02/19 |
| | 1201 Court Fees Total : | | | | | 257.00 | | | |
| 0919 | WESTLAW - ACCT# 15967903 | Toto, C J | 01 | B | 09/04/19 | 44.25 | 56552674 | | 10/02/19 |
| | 1402 Westlaw Total : | | | | | 44.25 | | | |
| 0919 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 08/29/19 | 2.83 | 56426759 | | 09/16/19 |
| 0919 | DOCKETING RESEARCH-PACER | Conniff, D C | 01 | B | 08/29/19 | 2.18 | 56426760 | | 09/16/19 |
| | 1418 Docketing Retrieval Total : | | | | | 5.01 | | | |
| 0919 | CourtAlert.com, Inc. DOCKETING RESEARCH-COURTALERT | Conniff, D C | 01 | B | 09/30/19 | 2.86 | 56572972 | 1639376 | 10/03/19 |
| 0919 | CourtAlert.com, Inc. DOCKETING RESEARCH-COURTALERT | Conniff, D C | 01 | B | 09/30/19 | 392.09 | 56572973 | 1639376 | 10/03/19 |
| 0919 | CourtAlert.com, Inc. DOCKETING RESEARCH-COURTALERT | Conniff, D C | 01 | B | 09/30/19 | 2.86 | 56572974 | 1639376 | 10/03/19 |
| 0919 | CourtAlert.com, Inc. DOCKETING RESEARCH-COURTALERT | Conniff, D C | 01 | B | 09/30/19 | 2.86 | 56572975 | 1639376 | 10/03/19 |
| 0919 | CourtAlert.com, Inc. DOCKETING RESEARCH-COURTALERT | Conniff, D C | 01 | B | 09/30/19 | 2.86 | 56572976 | 1639376 | 10/03/19 |
| | 1422 General Info Databases Total : | | | | | 403.53 | | | |
| 0919 | REPRODUCTION EXP | Arce, A A | 01 | B | 09/09/19 | 0.20 | 56394256 | | 09/12/19 |
| 0919 | REPRODUCTION EXP | Arce, A A | 01 | B | 09/09/19 | 8.30 | 56394257 | | 09/12/19 |
| 0919 | REPRODUCTION EXP | Arce, A A | 01 | B | 09/09/19 | 0.50 | 56394258 | | 09/12/19 |
| 0919 | REPRODUCTION EXP | Arce, A A | 01 | B | 09/11/19 | 0.10 | 56394259 | | 09/12/19 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

alp_212: Matter Analysis Sheet 18-23538-shl   Doc 5542   Filed 10/31/19   Entered 10/31/19 16:00:46   Main Document
PAUL WEISS RIFKIND WHARTON GARRISON LLP
Pg 14 of 25

PAGE   13
LEAF   13

Run Date & Time: 10/23/19 11:41:52                    Worked thru: 09/30/19

Client: 022429 Sears Holdings Corporation              Resp Prtnrs: PMB SMB LRC           Proforma:  7438314                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L

| Period | Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|---|---|---|---|---|---|---|---|---|---|
| 0919 | | Arce, A A | 01 | B | 09/12/19 | 0.30 | 56445445 | | 09/17/19 |
| | REPRODUCTION EXP | | | | | | | | |
| | 1801 Reproduction Exp Total : | | | | | 9.40 | | | |
| 0919 | | Arce, A A | 01 | B | 09/09/19 | 5.40 | 56394254 | | 09/12/19 |
| | COLOR: 27 | | | | | | | | |
| 0919 | | Arce, A A | 01 | B | 09/11/19 | 0.20 | 56394255 | | 09/12/19 |
| | COLOR: 1 | | | | | | | | |
| | 1805 Color Copies Total : | | | | | 5.60 | | | |
| | Matter Total : | | | | | 89,157.29 | | | |

## **Exhibit D**

**Time Detail**

Client: 022429 Sears Holdings Corporation                     Resp Prtnrs: PMB SMB LRC          Proforma:  7438314                     (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Off | Dp | Position | Oldest Entry | Latest Entry | Hours |
|---|---|---|---|---|---|---|
| Cornish, Kelley A | NY | Bkcy | PARTNER | 09/03/19 | 09/12/19 | 7.20 |
| Basta, Paul M. | NY | Bkcy | PARTNER | 09/04/19 | 09/11/19 | 6.00 |
| Clayton, Lewis R | NY | Lit | PARTNER | 09/04/19 | 09/14/19 | 4.60 |
| Britton, Robert | NY | Bkcy | PARTNER | 09/04/19 | 09/25/19 | 4.40 |
| Hurwitz, Jonathan | NY | Lit | COUNSEL | 09/04/19 | 09/24/19 | 5.90 |
| Silberstein-Loeb, Jo | NY | Lit | ASSOCIATE | 09/04/19 | 09/17/19 | 1.50 |
| Giller, David | NY | Lit | ASSOCIATE | 09/05/19 | 09/19/19 | 2.80 |
| Toto, Caitlin J. | NY | Bkcy | ASSOCIATE | 09/03/19 | 09/30/19 | 5.10 |
| Lii, Teresa | NY | Bkcy | ASSOCIATE | 09/06/19 | 09/17/19 | 0.90 |
| Pavamani, Madhuri | NY | Lit | STAFF ATTY | 09/03/19 | 09/05/19 | 2.80 |
| Murray, Francine N. | NY | Lit | STAFF ATTY | 09/04/19 | 09/16/19 | 1.50 |
| NON-LEGAL SUPPORT | | | | 09/03/19 | 09/30/19 | 15.60 |
| | | | | | | --------- |
| | | Total: | | | | 58.30 |

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 09/03/19 | Review docket for relevant filings. | 0.20 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 09/03/19 | Preparation of pdf files containing court papers and distribution of pdf files requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| Cornish, Kelley A | Bkcy | PARTNER | 09/04/19 | Correspond with P. Basta re case updates. | 0.60 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 09/04/19 | Creation of pdf files containing court papers and distribution of pdf files to Ms. Lii and Ms. Toto. | 0.30 | 701 |
| Cornish, Kelley A | Bkcy | PARTNER | 09/05/19 | Correspond with P. Basta regarding next steps (.30); telephone conference with P. Basta and W. Transier re same (.50) | 0.80 | 701 |
| Basta, Paul M. | Bkcy | PARTNER | 09/05/19 | Telephone conference with K. Cornish and W. Transier re next steps. | 0.50 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 09/05/19 | Review docket for relevant filings. | 0.20 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 09/05/19 | Creation and distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 09/06/19 | Creation and distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 09/09/19 | Creation and distribution of pdf files containing selected court papers requested by Ms. Lii and Ms. Toto (0.2); and email exchanges with Ms. Lii and Ms. Toto regarding hearing on 09/12/19 (0.3). | 0.50 | 701 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                 Resp Prtnrs: PMB SMB LRC          Proforma: 7438314                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B


U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Monzione, Joseph | Bkcy | PARALEGAL | 09/10/19 | Making arrangements for telephonic court hearing on 09/12/19 (0.9); and creation / distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto (0.3). | 1.20 | 701 |
| | | | 09/11/19 | Preparation and distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
| | | | 09/12/19 | Preparation and distribution of memo to Ms. Toto regarding telephonic hearing requirements (0.1); and preparation and distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto (0.3). | 0.40 | 701 |
| | | | 09/13/19 | Preparation and distribution of pdf files containing court papers (.3); preparation of order allowing the admission of electronic devices inside courthouse (.5). | 0.80 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 09/15/19 | Review docket for relevant filings and prepare email to R. Britton re same. | 0.30 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 09/16/19 | Preparation of order allowing the admission of electronic devices inside courthouse for 09/18/19 hearing (0.8); email exchanges with Ms. Lii and Ms. Toto regarding attendees at hearing (0.3); and preparation / distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto (0.4). | 1.50 | 701 |
| | | | 09/17/19 | Making arrangements for the adjournment of hearing scheduled for 09/18/19 (1.2); creation / distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto (.3). | 1.50 | 701 |
| | | | 09/18/19 | Making arrangements for telephonic court hearing on 09/18/19 (0.9); and preparation / distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto. (0.3). | 1.20 | 701 |
| | | | 09/19/19 | Preparation and distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                          Resp Prtnrs: PMB SMB LRC              Proforma: 7438314                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B


U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Monzione, Joseph | Bkcy | PARALEGAL | 09/23/19 | Preparation / distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto (0.3); making arrangements for telephonic court hearing on 09/27/19 (0.3); preparation / distribution of order allowing the admission of electronic devices inside courthouse for hearing on 09/27/19 (1.2); and making final arrangements for court hearing with CourtCall due to cancellation of hearing by Judge Drain with CourtSolutions (0.7). | 2.50 | 701 |
|  |  |  | 09/24/19 | Filing eleventh monthly fee statement with USBC/SDNY | 1.20 | 701 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 09/25/19 | Review docket for relevant filings. | 0.20 | 701 |
| Monzione, Joseph | Bkcy | PARALEGAL | 09/25/19 | Distribution of electronic device order to Mr. Tattnall and Ms. Filler (0.1); and finalizing arrangements for telephonic court hearing on 09/27/19 (0.3). | 0.40 | 701 |
|  |  |  | 09/25/19 | Creation and distribution of pdf files containing significant court papers requested by Ms. Lii and Ms. Toto. | 0.30 | 701 |
|  |  |  | 09/26/19 | Processing cancellation request for hearing on 09/27/19 (0.1); and preparation / distribution of pdf files containing court papers requested by Ms. Lii and Ms. Toto (0.3). | 0.40 | 701 |
|  |  |  | 09/30/19 | Making final preparations for hearing scheduled on 10/03/19 (0.4); and preparation / distribution of order allowing electronic devices inside the courthouse (1.1). | 1.50 | 701 |
|  |  |  | 09/30/19 | Preparation and distribution of pdf files containing significant court papers requested by Ms.Lii and Ms. Toto. | 0.40 | 701 |

|  |  | Total |  |  | 18.40 |  |

**Run Date & Time: 10/23/19 11:41:52**                      Worked thru: 09/30/19

**Client: 022429 Sears Holdings Corporation**                 **Resp Prtnrs: PMB SMB LRC**        **Proforma: 7438314**                              (00309)
**Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B**

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Pavamani, Madhuri | Lit | STAFF ATTY | 09/03/19 | Correspond with PW team status of previous BOD productions. | 0.30 | 703 |
| Murray, Francine N. | Lit | STAFF ATTY | 09/04/19 | Run searches and review documents to locate board materials for Akin per J. Silberstein-Loeb's request (.8); email correspondence with J. Silberstein-Loeb re: same (.4). | 1.20 | 703 |
| Pavamani, Madhuri | Lit | STAFF ATTY | 09/04/19 | Correspond with PW team re status of previous BOD productions | 0.90 | 703 |
| Murray, Francine N. | Lit | STAFF ATTY | 09/05/19 | Run searches and review documents to locate board materials for Akin per J. Silberstein-Loeb's request (.1). | 0.10 | 703 |
| Pavamani, Madhuri | Lit | STAFF ATTY | 09/05/19 | Correspond with PW team status of previous BOD productions (.4); review details of same (1.2). | 1.60 | 703 |
| Murray, Francine N. | Lit | STAFF ATTY | 09/16/19 | Email correspondence with M. Pavamani and A. Wilbur re: technical issues with document production. | 0.20 | 703 |

|  |  |  | Total |  | 4.30 |  |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Client: 022429 Sears Holdings Corporation                    Resp Prtnrs: PMB SMB LRC          Proforma:  7438314                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 09/06/19 | Correspond with R. Britton regarding fee issue (.2); correspond with billing department regarding monthly fee statement (.1). | 0.30 | 705 |
| | | | 09/09/19 | Correspond with billing department regarding fee statement (.2); review time entries for privilege (.9). | 1.10 | 705 |
| | | | 09/16/19 | Review time entries for privilege. | 0.30 | 705 |
| Lii, Teresa | Bkcy | ASSOCIATE | 09/16/19 | Review fee application (.2); correspond with C. Toto re same (.1). | 0.30 | 705 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 09/18/19 | Coordinate with billing team re: August bill | 0.30 | 705 |
| | | | 09/24/19 | Review excel sheet for fee examiner (.5); prepare PW fee statement for filing (.4). | 0.90 | 705 |

                                              Total              3.20

Run Date & Time: 10/23/19 11:41:52                    Worked thru: 09/30/19

Client: 022429 Sears Holdings Corporation              Resp Prtnrs: PMB SMB LRC         Proforma:  7438314                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D    T I M E    D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 09/30/19 | Prepare A&M fee statement and review same. | 0.30 | 706 |
| | | | | Total | 0.30 | |

Run Date & Time: 10/23/19 11:41:52          Worked thru: 09/30/19

Client: 022429 Sears Holdings Corporation              Resp Prtnrs: PMB SMB LRC        Proforma:  7438314                (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Cornish, Kelley A | Bkcy | PARTNER | 09/03/19 | Correspond with PW team re case status and next steps | 0.30 | 709 |
| Clayton, Lewis R | Lit | PARTNER | 09/04/19 | Prepare for call with PW working group re plan issues (.1); attend same (.5). | 0.60 | 709 |
| Basta, Paul M. | Bkcy | PARTNER | 09/04/19 | Review and analyze documents re case updates(.5); telephone conference with PW team re same (.5). | 1.00 | 709 |
| Hurwitz, Jonathan | Lit | COUNSEL | 09/04/19 | Telephone conference with PW team re latest plan developments and strategy. | 0.50 | 709 |
| Toto, Caitlin J. | Bkcy | ASSOCIATE | 09/04/19 | Call with PW working group re plan issues (.5); follow up research re same (.5) | 1.00 | 709 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 09/04/19 | Telephone conference with PW team re latest plan strategy (.5); follow up re same(.1) | 0.60 | 709 |
|  |  |  | 09/04/19 | Responding to request from Akin re board minutes | 0.30 | 709 |
| Britton, Robert | Bkcy | PARTNER | 09/05/19 | Correspond with PW team re plan confirmation issues | 0.40 | 709 |
| Lii, Teresa | Bkcy | ASSOCIATE | 09/06/19 | Correspond with C. Toto re confirmation issues (.2); correspond with PW working group re same (.2). | 0.40 | 709 |
| Britton, Robert | Bkcy | PARTNER | 09/12/19 | Correspondence with PW team re D&O issues | 0.10 | 709 |
| Lii, Teresa | Bkcy | ASSOCIATE | 09/17/19 | Review plan confirmation hearing scheduling issues. | 0.20 | 709 |
| Britton, Robert | Bkcy | PARTNER | 09/23/19 | Correspondence with PW team re: confirmation issues. | 0.30 | 709 |
|  |  |  | 09/24/19 | Correspondence with PW team re D&O insurance issues (.2); analyze same (.1) | 0.30 | 709 |
|  |  |  |  | Total | 6.00 |  |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

alp_212: Matter Analysis Sheet   18-23538-shl   Doc 5542   Filed 10/31/19   Entered 10/31/19 16:00:46   Main Document
PAUL WEISS WHARTON & GARRISON LLP
Pg 23 of 25
Worked thru: 09/30/19

PAGE      9
LEAF      9

Run Date & Time: 10/23/19 11:41:52

**Client: 022429 Sears Holdings Corporation**      **Resp Prtnrs: PMB SMB LRC**      **Proforma:  7438314**      **(00309)**
**Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.** **Bill Frq: M** **Class: 1001** **Status: B**

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Hurwitz, Jonathan | Lit | COUNSEL | 09/05/19 | Emails with J. Silberstein-Loeb and D. Giller re response to Akin question about privilege; correspond with D. Giller re experts | 0.30 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 09/05/19 | Responding to requests from Akin relating to discovery | 0.20 | 710 |
| Giller, David | Lit | ASSOCIATE | 09/05/19 | Responded to request for information from Akin and discussion with Evercore re same | 0.40 | 710 |
| | | | 09/06/19 | Emails with Akin re information requests (.1); email with A&M re same (.1); correspond with PW team re same (.1) | 0.30 | 710 |
| Britton, Robert | Bkcy | PARTNER | 09/08/19 | Review/analyze and revise B. Transier declaration. | 0.60 | 710 |
| Cornish, Kelley A | Bkcy | PARTNER | 09/08/19 | E-mails with Paul, Weiss Team regarding W. Transier declaration and deposition preparation | 0.30 | 710 |
| Clayton, Lewis R | Lit | PARTNER | 09/09/19 | Correspond with PW team re regarding confirmation hearing. | 0.60 | 710 |
| | | | 09/10/19 | Review draft W. Transier declaration and related emails (0.4); meeting with W. Transier, Weil, and PW team regarding confirmation hearing and related emails (1.8) (partial). | 2.20 | 710 |
| Cornish, Kelley A | Bkcy | PARTNER | 09/10/19 | Conference with Weil, Gotshal/Paul, Weiss Teams and W. Transier regarding plan confirmation declaration and testimony (2.30); review draft W. Transier declaration (.40) | 2.70 | 710 |
| Basta, Paul M. | Bkcy | PARTNER | 09/10/19 | Conference with Weil, PW team, and W. Transier regarding plan confirmation (2.3); review W. Transier declaration (.2) | 2.50 | 710 |
| Giller, David | Lit | ASSOCIATE | 09/10/19 | Email team re potential response to request from Akin (.2); discussion with A&M re request from Akin (.4); | 0.60 | 710 |
| Cornish, Kelley A | Bkcy | PARTNER | 09/11/19 | Review and revise draft W. Transier confirmation declaration, including insert regarding complaint | 1.20 | 710 |
| Clayton, Lewis R | Lit | PARTNER | 09/11/19 | Telephone conference with J. Hurwitz regarding confirmation testimony (0.2); review draft declaration and related emails (0.3). | 0.50 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 09/11/19 | Telephone conference with L. Clayton re latest developments (.2); correspond with D. Giller re Transier declaration and Sears Canada case (.3); attention to emails re Sears Canada (.3); telephone conference with Canadian counsel, Weil, Akin re Canada (.5); review and revise insert for W. Transier declaration on confirmation (.4). | 1.80 | 710 |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

Run Date & Time: 10/23/19 11:41:52                              Worked thru: 09/30/19

Client: 022429 Sears Holdings Corporation                        Resp Prtnrs: PMB SMB LRC          Proforma:  7438314                    (00309)
Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Giller, David | Lit | ASSOCIATE | 09/11/19 | Drafted insert into Transier declaration re litigation | 0.90 | 710 |
| Clayton, Lewis R | Lit | PARTNER | 09/12/19 | Emails regarding confirmation hearing submissions. | 0.20 | 710 |
| Cornish, Kelley A | Bkcy | PARTNER | 09/12/19 | Further review and revision of draft Transier Declaration for confirmation and e-mails with P. Genender (Weil) regarding same | 0.80 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 09/12/19 | Attend call with Akin and Canadian counsel re Sears Canada case (.9); emails with PW team re latest developments (.2). | 1.10 | 710 |
| | | | 09/13/19 | Attention to SCI cases and review and revise draft statement re same | 0.50 | 710 |
| Clayton, Lewis R | Lit | PARTNER | 09/14/19 | Correspond with PW team regarding confirmation hearing and W. Transier testimony. | 0.50 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 09/16/19 | Telephone conference with Canadian counsel re Sears Canada | 0.20 | 710 |
| | | | 09/17/19 | Emails with PW team re Sears Canada case and production of documents to Akin. | 0.30 | 710 |
| Silberstein-Loeb, Jon | Lit | ASSOCIATE | 09/17/19 | Responding to discovery-related requests from Akin | 0.40 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 09/18/19 | Emails with D. Giller and PW team re Akin requests and Sears Canada case (.2); correspond with PW team re golden creditor research (.2); attention to draft common interest agreement and emails with Canadian counsel re same (.1). | 0.50 | 710 |
| | | | 09/19/19 | Review research re golden creditor | 0.50 | 710 |
| Giller, David | Lit | ASSOCIATE | 09/19/19 | Confer with J. Hurwitz re legal research (.1); searched internal database for research re golden creditor (.2); correspond with PW team re providing documents to UCC (.2); telephone conference with Evercore re same (.1) | 0.60 | 710 |
| Hurwitz, Jonathan | Lit | COUNSEL | 09/24/19 | Read emails re latest case developments. | 0.20 | 710 |

|  | Total | 20.90 |
|---|---|---|

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp

**Run Date & Time: 10/23/19 11:41:52**                                    **Worked thru: 09/30/19**

**Client: 022429 Sears Holdings Corporation**              **Resp Prtnrs: PMB SMB LRC**          **Proforma:  7438314**                      **(00309)**
**Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corporation, et.Bill Frq: MClass: 1001Status: B**

U N B I L L E D    T I M E    D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours | Code |
|---|---|---|---|---|---|---|
| Britton, Robert | Bkcy | PARTNER | 09/04/19 | Attend board call. | 1.30 | 716 |
| Basta, Paul M. | Bkcy | PARTNER | 09/05/19 | Telephone conference with restructuring committee re case updates. | 1.00 | 716 |
| Britton, Robert | Bkcy | PARTNER | 09/11/19 | Attend call with restructuring committee. | 1.00 | 716 |
| Basta, Paul M. | Bkcy | PARTNER | 09/11/19 | Attend weekly restructuring committee call. | 1.00 | 716 |
| Cornish, Kelley A | Bkcy | PARTNER | 09/11/19 | Attend RC Call (partial) | 0.50 | 716 |
| Britton, Robert | Bkcy | PARTNER | 09/25/19 | Attend board call. | 0.40 | 716 |

|  |  |  | Total |  | 5.20 |  |

|  |  |  | Matter Total |  | 58.30 |  |

Client: 022429 Sears Holdings Corporation
  Matter: 00002 Sears Holdings Corp. - In re Sears Holdings Corp