**RIMON, P.C.**
Patrick Maschio, Esq.
Douglas Schneller, Esq
245 Park Avenue
New York, NY 10167
Tel: (212) 612-5194
Email: Patrick.Maschio@rimonlaw.com
Email: Douglas.Schneller@rimonlaw.com

*Counsel for Bradford Capital Holdings, LP*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>        Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

**LIMITED RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)**

        Bradford Capital Holdings, LP ("Bradford"), by and through its undersigned

counsel, hereby responds (the "Response")[1] in opposition to the *Debtors' Tenth Omnibus*

*Objection to Proofs of Claim* (*Reclassification as General Unsecured Claims*) (the

"Objection") [Dkt. No. 5237] with regard to Claim No. 6105 and Claim No. 6106

(collectively the "Claims") and respectfully states as follows:[2]

## OPENING STATEMENT

        1.        As explained in the proofs of claim timely filed on December 12, 2018 by

---

[1] This Response is timely as counsel for the Debtors gave Bradford various written and oral extensions of time in which to respond to the Objection while the parties worked in good faith to come to a consensual resolution.
[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Objection

Fortune Creation Company Limited ("FCCL") in support of the Claims (the "Proofs of Claim"), FCCL sold footwear to each of Kmart Corporation and Sears, Roebuck and Co. (each a "Debtor" and collectively the "Debtors"). Each of the Proofs of Claim asserts, *inter alia*, that all or a portion of the relevant Claim is entitled to administrative priority pursuant to Section 503(b)(9) of Title 11 of United States Code (the "Code").

2.    FCCL subsequently sold and transferred the Claims to Bradford, and Bradford filed notices of transfer of the Claims pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure ("FRBP 3001(e)(2)").

3.    In the Objection, the Debtors assert, *inter alia*, that the Claims "do not satisfy the requirements for administrative expense priority under Section 503(b)(9) of the Bankruptcy Code because, among other things, the Debtors 'received' the goods underlying each such claim more than twenty (20) days before October 15, 2018 (the "Petition Date"), the date on which the Debtors commenced these chapter 11 cases." Objection at 1, ¶1. In particular, the Objection argues that the Debtors "received" the relevant goods on the date title to the goods transferred to the Debtors at the port of origin for shipment ("FOB Port of Origin"), rather than on the date the actual goods were physically received by the Debtors. Objection at 3-4, ¶¶10-11.

4.    Bradford disagrees with Debtors' arguments and conclusions in the Objection as they relate to the Claims. Bradford believes that the appropriate interpretation of "received" in Section 503(b)(9) is the date the Debtors have physical possession of the relevant goods ("Actual Receipt"), rather than the date the goods were delivered to a common carrier for shipment. Indeed, the United Circuit Court of Appeals for the Third Circuit (the "Third Circuit") recently decided this very issue in *Haining Wansheng Soa*

*Co., Ltd. v. World Imports Ltd. (In re World Imports),* 862 F.3d 338, 346 (3d Cir. 2017)

("*World Imports III*"), finding that "receipt as used in 11 U.S.C. § 503(b)(9) requires

physical possession by the buyer or his agent." For the reasons set forth and explained

in *World Imports III*, the appropriate standard for determining whether each of the Claims

satisfies the requirements of Section 503(b)(9) should be Actual Receipt.

## BACKGROUND

5. On the Petition Date, the Debtors filed voluntary petitions for relief under

chapter 11 of the Bankruptcy Code.

6. On December 10, 2018, FCCL timely filed (i) proof of claim no. 6105 ("Claim

6105") against Kmart Corporation ("Kmart"), which asserted that a claim in the amount

of $171,175.20 was entitled to administrative expense treatment under section 503(b)(9)

of the Code for goods received by Kmart; and (ii) proof of claim no. 6106 ("Claim 6106"

and, together with Claim 6105, the "Claims") against Sears, Roebuck and Co. ("Sears"),

which asserted that a claim in the amount of $100,389.60 was entitled to administrative

expense treatment under Section 503(b)(9) for goods received by Sears. Copies of Proofs

of Claim for Claim 6105 and Claim 6106 are attached hereto as **Exhibit A**.

7. On August 23, 2019, FCCL sold and transferred to Bradford, and Bradford

purchased and acquired from FCCL, all right, title and interest in, to and under the

Claims. Bradford filed notices of transfer pursuant to FRBP 3001(e)(2) and related

evidences of such transfers with the Court (Dkt. 4963) and attached hereto as **Exhibit B**.

8. In the Objection, the Debtors have asked the Court to reclassify the Claims as

general unsecured claims, arguing that the relevant goods were constructively received by

the Debtors at the FOB Port of Origin which was outside of the 20 day window provided

in Section 503(b)(9).

## LIMITED RESPONSE

9.    Section 503(b)(9) provides, *inter alia*, for the allowance of an administrative

expense claim for "the value of any goods received by the debtor within 20 days before

the date of commencement of a case under this title in which the goods have been sold to

the debtor in the ordinary course of such debtor's business."  11 U.S.C. § 503(b)(9).

Subject to the modification below in paragraph 11, there is no dispute between Bradford

and the Debtors that all goods forming the basis of the Claims were loaded at the FOB

Port of Origin prior to 20 days before the date of commencement of a case.

10.    Specifically, for Claim 6106, the UPS proofs of delivery (attached hereto as

**Exhibit C**) state that 438 units with an aggregate value of $100,389.70 were shipped

"free on board ("FOB") on or around September 9, 2018 and were received by the Debtor

on September 30, 2018. Since actual physical receipt of these goods by the Debtor was

clearly within 20 days before the commencement of the case, Bradford believes that

Claim 6106 in its entirety is properly classified as an administrative expense claim under

Section 503(b)(9).

11.    With regard to Claim 6105, upon further investigation, the UPS proofs of

delivery (attached hereto as **Exhibit C**) indicate multiple delivery dates, specifically, (i)

439 units with a value of $84,814.80 were shipped FOB from the port of origin on

September 7, 2018 and  received by Debtor on October, 18, 2018, (ii) 401 units with a

value of $77,473.20 were shipped FOB on September 15, 2018 and received by Debtor

on October 8, 2018 and (iii) 46 units with a value of $8,887.20 were shipped FOB on

September 9, 2018 and received by Debtor on October 23, 2018. Bradford would propose

4

to amend Proof of Claim 6105 to delineate between a portion thereof in the amount of

$77,473.20 that qualifies for administrative priority treatment under Section 503(b)(9)

and another portion in the amount of $93,702.00 that qualifies for administrative priority

treatment under Section 503(b)(1)(A) of the Code.  For the purpose of this Response,

Bradford maintains that the portion of Claim 6105 in the amount of $77,473.20 was

actually received by the Debtor within 20 days before the commencement of the case and

therefore this portion of Claim 6105 is properly classified as a claim entitled to

administrative expense treatment under Section 503(b)(9).

## ARGUMENT

**The date of actual receipt by the Debtor is the proper date on which Section
503(b)(9) claim status should be determined.**

12.  The term "received" is not defined in the Code, but a majority of courts

interpreting Section 503(b)(9) have concluded that terms, such as "received", used

therein should have the same meanings as they do in Section 546(c) of the Code.[3]  The

Third Circuit in World Imports III explained that, in a prior case, it had held that "the

term 'receipt' used in § 546(c) means 'taking physical possession,' … 'received' means

the same thing in § 503(b)(9)." World Imports III, 862 F.3d at 343-44 (citing In re Marin

Motor Oil, Inc., 740 F.2d 220, 224-25 (3d Cir. 1984)).

13. Although "received" is not defined in the Uniform Commercial Code

("UCC"), "receipt" is defined and means "taking physical possession" of the relevant

---

[3] *See*, for example, *World Imports III*, 862 F.3d at 346; *In re Wezbra Dairy, LLC*, 493 B.R. 768, 770 (Bankr. N.D. Ind. 2013); *In re Momenta, Inc.*, 455 B.R. 353, 357-58 (Bankr. D.N.H. 2011), *aff'd Ningbo Chenglu Paper Products Mfg. Co., Ltd. v. Momenta, Inc.*, 2012 U.S. Dist. LEXIS 122615 (D.N.H. 2012); *In re Circuit City Stores, Inc.*, 432 B.R. 225, 229 (Bankr. E.D. Va. 2010); *In re VPH Pharmacy, Inc.*, 578 B.R. 776, 780 (Bankr. E.D. Mich. 2017); *In re SRC Liquidation, LLC*, 573 B.R. 537, 542 (Bankr. D. Del. 2017); *Bimbo Bakeries USA, Inc. v. AW Liquidation, Inc. (In re ADI Liquidation, Inc.)*, 2019 U.S. Dist. LEXIS 7418 (D. Del. 2019); *In re O.W. Bunker Holding North America Inc.*, 2019 Bankr. LEXIS 2728, at *9-*12 (Bankr. D. Conn., Aug. 26, 2019).

goods. UCC § 2-103(1)(c). In addition, the common meaning of the word "received" also requires possession; as noted by the Third Circuit "[t]he Bankruptcy Code does not define the word 'received,' so 'we normally construe it in accord with its ordinary or natural meaning.'" *World Imports III*, 862 F.3d at 342 (quoting *Smith v. United States*, 508 U.S. 223, 228, 113 S.Ct. 2050, 124 L.Ed.2d 138 (1993)).

14. As noted above, the Third Circuit's decision in *World Imports III* included an exhaustive analysis of the foregoing and concluded that "receipt as used in 11 U.S.C. § 503(b)(9) requires physical possession by the buyer or his Agent". For the reasons articulated in *World Imports III*, therefore, Actual Receipt should be the appropriate standard for determining whether the Claims are entitled to administrative expense treatment under Section 503(b)(9).

15. Consistent with the *World Imports III* decision, the Delaware Bankruptcy Court disallowed an administrative expense claim, holding that "this Court finds physical possession by the buyer or its agent, as interpreted in U.C.C. § 2–705(2), not the passing of title, the appropriate indicator as to when the Debtor "received" goods for purposes of section 503(b)(9)." *In re SRC Liquidation, LLC*, 573 B.R. 537, 542 (Bankr. D. Del. 2017).

16. As set forth in the relevant proof of claim, the goods forming the basis of Claim 6106 were shipped to the Debtor via UPS. UPS is a common carrier and not an agent of the Debtors, therefore any argument that the Debtors had "constructive receipt" of the underlying goods when such goods were provided to UPS must fail. *World Imports III*, 862 F.3d at 344 . As explained in *World Imports III*, "[w]hile it is true that a buyer may be deemed to have received goods when his agent takes physical possession of them, common carriers are not agents." *Id.*

6

17.  The Debtors' Objection relies heavily on the lower court decisions in *In re World Imports, Ltd.*, 511 B.R. 738, 741 (Bankr. E.D. Pa. 2014) ("*World Imports I*") and *In re World Imports, Ltd.*, 549 B.R. 820, 822 (E.D. Pa. 2016) ("*World Imports II*"), both of which had assumed that constructive receipt includes "FOB delivery" to a common carrier. *World Imports III*, 862 F.3d at 344.  However, *World Imports III* reversed the lower court decisions and held that Actual Receipt as the appropriate standard under Section 503(b)(9).

18. In short, Debtor's arguments that this Court not follow *World Imports III* are unpersuasive and, among other things, would result in Section 503(b)(9) being interpreted in a manner inconsistent with Section 546(c) of the Code, at odds with relevant provisions in the UCC and common usage of the term "received" and analogous terms.

## RESERVATION OF RIGHTS

19. Bradford reserves its right to supplement or amend this Response and make any other objections to further relief sought by the Debtors, and any rights against the Debtors.

## JOINDER

20. Bradford joins in other responses to the Objection that have been filed by other creditors asserting administrative expense claims against the Debtors, to the extent such other responses are not inconsistent with the Claims or the facts or arguments set forth herein.

## CONCLUSION

21.  While this Court is not bound by the *World Import III* decision, Bradford believes that the analysis and reasoning in *World Imports III* is persuasive and therefore

7

respectfully requests that this Court enter an order (i) denying the request in the Objection

to reclassify Claim 6106 in its entirety as a general unsecured claim, (ii) denying the

request in the Objection to reclassify Claim 6105 as a general unsecured claim to the

extent of the amount of $77,473.20, and (iii) granting leave to Bradford to amend Claim

6105 to delineate a portion of such Claim in the amount of $93,702.00 as an

administrative priority expense claim under Section 503(b)(1)(A) of the Code.

Dated:  October 31, 2019

/s/ Patrick Maschio
Rimon, P.C.
Patrick Maschio
245 Park Avenue
New York, NY 10167
(212) 612-5194
Email: Patrick.Maschio@rimonlaw.com
Email: Douglas.Schneller@rimonlaw.com

Counsel for Bradford Capital Management LP

**RIMON, P.C.**
Patrick Maschio
Douglas Schneller
245 Park Avenue
New York, NY 10167
Tel: (212) 612-5194
Email: Patrick.Maschio@rimonlaw.com
Email: Douglas.Schneller@rimonlaw.com

*Counsel to Bradford Capital Holdings, LP*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>　　　　　Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Patrick Maschio, an attorney admitted to practice in the State of New York, hereby certify that I caused a copy of the *LIMITED RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)* to be served upon the parties below as follows:

(i) On October 31,2018 to all those parties who receive electronic notifications by operation of the Court's electronic notification system; and

(ii) to be served via U.S. mail on November 1, 2019 upon the parties listed below:

Honorable Robert D. Drain
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Weil, Gotshal, & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, Esq.,
Jacqueline Marcus, Esq., Garrett A.
Fail, Esq., and Sunny Singh, Esq

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

Attn: Philip C. Dublin, Esq., Ira
Dizengoff, Esq., and Sara Lynne
Brauner, Esq.

*/s/ Patrick Maschio*
Rimon, P.C.
Patrick Maschio
245 Park Avenue
New York, NY 10167
(212) 612-5194
Email: Patrick.Maschio@rimonlaw.com
Email: Douglas.Schneller@rimonlaw.com

# Exhibit A

Proof of Claim 6105 & 6106

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23579) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ SHC Licensed Business LLC (18-23616) |
| ☒ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Promotions LLC (18-23630) |

<u>Modified Official Form 410</u>

# POC #6105

**Proof of Claim**                                04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:    Identify the Claim**

| | |
|---|---|
| 1. **Who is the current creditor?** | FORTUNE CREATION COMPANY LIMITED <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor   GREENTOUCH |
| 2. **Has this claim been acquired from someone else?** | ☒ No <br> ☐ Yes. From whom? |

| | | |
|---|---|---|
| 3. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br><br><br><br> Contact phone   86-15017100314 <br><br> Contact email   cindy_dai@fortunecreation.com.cn | **Where should payments to the creditor be sent?** (if different) <br><br><br><br><br> Contact phone <br><br> Contact email |

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☒ No <br> ☐ Yes.   Claim number on court claims registry (if known)_____     Filed on _____  MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

# POC #6105

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| **7. How much is the claim?** | $ 171,175.2_____ . **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

POC #6105

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:*                            **Amount entitled to priority** |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(      ) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| | |
|---|---|
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**  $ 171,175.2 |

---

**Part 3:  Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:**  *Cindy Dai*
Cindy Dai (Dec 11, 2018)

**Email:**  cindy_dai@fortunecreation.com.cn

_____
Signature

**Print the name of the person who is completing and signing this claim:**
**Name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | **Cindy Dai**<br>First name            Middle name          Last name |
| Title | **Supervisor** |
| Company | **FORTUNE CREATION COMPANY LIMITED**<br>Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | **FUXIANG, LTD NAN-SIR NEW INDUSTRIAL ZONE, CHA-SHAN TOWN**<br>Number     Street<br>**DONGGUAN,GUANGDONG,CHINA  GD    523391**<br>City                 State     ZIP Code |
| Contact phone | **86-15017100314**       Email   cindy_dai@fortunecreation.com.cn |

# POC #6105

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
(attach below)

☐ I do **not** have supporting documentation.

 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

POC #6105

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

POC #6105

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

POC #6105

## FORTUNE CREATION COMPANY LIMITED

### CLAIM LIST

BUYER  :  KMART CORPORATION                    DATE:    12/10/2018

| BUYER | FACTORY | ORDER# | COLOR | QTY | DELIVERY DATE | DOCUMENT SENT DATE | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| K-MART | GREENTOUCH | D689J | WHITE/GREY | 2628 | 09/06/18 | 10/08/18 | 16.100 | $42,310.80 |
| K-MART | GREENTOUCH | D689K | GREY | 792 | 09/06/18 | 10/08/18 | 16.100 | $12,751.20 |
| K-MART | GREENTOUCH | D682R | BLACK | 2400 | 09/06/18 | 10/08/18 | 16.100 | $38,640.00 |
| K-MART | GREENTOUCH | D689K | GREY | 720 | 09/10/18 | 10/08/18 | 16.100 | $11,592.00 |
| K-MART | GREENTOUCH | D682R | BLACK | 2160 | 09/10/18 | 10/08/18 | 16.100 | $34,776.00 |
| K-MART | GREENTOUCH | D689J | WHITE/GREY | 1932 | 09/10/18 | 10/08/18 | 16.100 | $31,105.20 |
| | | | | | | | TOTAL | $171,175.20 |

POC #6105

# COMMERCIAL INVOICE

**DATE:** September 06, 2018

**INVOICE NO.:** 201821389362

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **KMART** | D682R | TOGGLE BLACK REBUY CORE PK 1 | | 154 | 154 | 193.200  USD | 29,752.80  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 890083327320 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE: TOGGLE TALL LACE UP WINTER
GENDER:WOMENS
UPPER MATERIAL IN PERCENT:PU10.2%+88%POLYESTER+1.8%ALUMINUM
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:COVERS THE ANKLE BUT NOT KNEE
SIZE RANGE:6-11 WHOLE SIZE ONLY
COMMISSION IS INCLUDED IN FIRST COST? YES
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | D682R | **REFERENCE NO.** | 101 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5543 |
| **VENDOR ITEM CODE** | 30820 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     102737

XIAMEN GREENTOUCH SHOES CO LTD

ROOM 746, FENGNAN ST, TONAN TOWN

XIAMEN

FUJIAN

China

**FTY MID NO.**     CNXIAGRE746XIA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **KMART** | D689J | TOGGLE WHITE REBUY CORE PK 1 | | 219 | 219 | 193.200  USD | 42,310.80  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 890088014204 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE:TODDLER TALL LACE UP WINTER BOOTS
GENDER:WOMENS
UPPER MATERIAL IN PERCENT:PU10.2%+88%POLYESTER+1.8%ALUMINUM
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:COVERS THE ANKLE BUT NOT KNEE
SIZE RANGE:6-11 WHOLE SIZE ONLY
COMMISSION IS INCLUDED IN FIRST COST? YES
ROYALTY FOR TRADEMARK NAME? NA
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | D689J | **REFERENCE NO.** | 101 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5543 |
| **VENDOR ITEM CODE** | 30820 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**     102737

**COMMERCIAL INVOICE** POC #6105

Page 2 of 3

**DATE:** September 06, 2018

**INVOICE NO.:** 201821389362

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

XIAMEN GREENTOUCH SHOES CO LTD
ROOM 746, FENGNAN ST, TONAN TOWN
XIAMEN
FUJIAN
China
**FTY MID NO.**        CNXIAGRE746XIA

| KMART | D689K | TOGGLE GREY REBUY CORE PK 1 | | 66 | 66 | 193.200 USD | 12,751.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 890083355347

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE TOGGLE TALL LACE UP WINTER BOOT
GENDER WOMENS
UPPER MATERIAL IN PERCENT PU10.2%+88%POLYESTER+1.8%ALUMINUM
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE
SIZE RANGE 6-11 WHOLE SIZE ONLY
COMMISSION IS INCLUDED IN FIRST COST? YES
ROYALTY FOR TRADEMARK NAME? NA
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | D689K | **REFERENCE NO.** | 101 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5543 | |
| **VENDOR ITEM CODE** | 30820 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**        102737
XIAMEN GREENTOUCH SHOES CO LTD
ROOM 746, FENGNAN ST, TONAN TOWN
XIAMEN
FUJIAN
China
**FTY MID NO.**        CNXIAGRE746XIA

**PAYMENT TERM**        Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 439 | 439 | ASSORTMENTS | 84,814.80 USD |

TOTAL US DOLLARS EIGHTY-FOUR THOUSAND EIGHT HUNDRED FOURTEEN DOLLARS AND EIGHTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

POC #6105

Page 3 of 3

**DATE:** September 06, 2018

**INVOICE NO.:** 201821389362

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| FORTUNE CREATION COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Miko |
| **EMPLOYEE TITLE** | Shipping Clerk |

PACKING LIST

POC #6105

Page 1 of 2

DATE: September 06, 2018

INVOICE NO.: 201821389362

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China          SHIPPED TO: Chambersburg, PA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | D682R | TOGGLE BLACK REBUY CORE PK 1 | | | | | | |
| ITEM: | 890083327320 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 12 | 0.295 | 15.500 | 14.500 | |
| CONTENTS | 1 ASSORTMENT | TOTAL | 154 | 1,848 | 45.429 | 2,387.000 | 2,233.000 | 0.000 |
| | | ASSORTMENTS PER INVOICE | 154 | | | | | |

| CONTRACT NO. | D682R | REFERENCE NO. | 101 | PACKING INSTRUCTIONS: |
|---|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5543 | |
| VENDOR ITEM CODE | 30820 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 122.0 | 62.0 | 39.0 | 0.295 |

| ASSORTMENT DETAIL: | | | | | QUANTITY (PIECES) | | NET NET WEIGHT | | |
|---|---|---|---|---|---|---|---|---|---|
| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
| 8332724-7 | | SUB KSN DESC: TOGGLE BLACK SZ 11 | BLACK | 11.0 | 1 | 154 | 0.000 | 0.000 | 0.000 |
| 8332723-9 | | SUB KSN DESC: TOGGLE BLACK SZ 10 | BLACK | 10.0 | 2 | 308 | 0.000 | 0.000 | 0.000 |
| 8332718-9 | | SUB KSN DESC: TOGGLE BLACK SZ 9 | BLACK | 9.0 | 3 | 462 | 0.000 | 0.000 | 0.000 |
| 8331494-8 | | SUB KSN DESC: TOGGLE BLACK SZ 8 | BLACK | 8.0 | 3 | 462 | 0.000 | 0.000 | 0.000 |
| 8328746-6 | | SUB KSN DESC: TOGGLE BLACK SZ 7 | BLACK | 7.0 | 2 | 308 | 0.000 | 0.000 | 0.000 |
| 8327560-2 | | SUB KSN DESC: TOGGLE BLACK SZ 6 | BLACK | 6.0 | 1 | 154 | 0.000 | 0.000 | 0.000 |
| | | Total | | | 12 | 1,848 | | 0.000 | 0.000 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | D689J | TOGGLE WHITE REBUY CORE PK 1 | | | | | | |
| ITEM: | 890088014204 | | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 12 | 0.310 | 15.500 | 14.500 | |
| CONTENTS | 1 ASSORTMENT | TOTAL | 219 | 2,628 | 67.881 | 3,394.500 | 3,175.500 | 0.000 |
| | | ASSORTMENTS PER INVOICE | 219 | | | | | |

| CONTRACT NO. | D689J | REFERENCE NO. | 101 | PACKING INSTRUCTIONS: |
|---|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5543 | |
| VENDOR ITEM CODE | 30820 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 123.0 | 63.0 | 40.0 | 0.310 |

| ASSORTMENT DETAIL: | | | | | QUANTITY (PIECES) | | NET NET WEIGHT | | |
|---|---|---|---|---|---|---|---|---|---|
| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
| 8801417-0 | | SUB KSN DESC: TOGGLE WHITE SZ 11 | WHITE | 11.0 | 1 | 219 | 0.000 | 0.000 | 0.000 |
| 8801416-2 | | SUB KSN DESC: TOGGLE WHITE SZ 10 | WHITE | 10.0 | 2 | 438 | 0.000 | 0.000 | 0.000 |
| 8801415-4 | | SUB KSN DESC: TOGGLE WHITE | WHITE | 9.0 | 3 | 657 | 0.000 | 0.000 | 0.000 |

**PACKING LIST**

POC #6105

Page 2 of 2

**DATE:** September 06, 2018

**INVOICE NO.:** 201821389362

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg, PA

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | SZ 9 | | | | | | | | |
| 8801413-9 | SUB KSN DESC: TOGGLE WHITE SZ 8 | WHITE | 8.0 | | 3 | 657 | 0.000 | 0.000 | 0.000 |
| 8801412-1 | SUB KSN DESC: TOGGLE WHITE SZ 7 | WHITE | 7.0 | | 2 | 438 | 0.000 | 0.000 | 0.000 |
| 8801410-5 | SUB KSN DESC: TOGGLE WHITE SZ 6 | WHITE | 6.0 | | 1 | 219 | 0.000 | 0.000 | 0.000 |
| | **Total** | | | | 12 | 2,628 | | 0.000 | 0.000 |

| KMART | D689K | | TOGGLE GREY REBUY CORE PK 1 |
|---|---|---|---|

**ITEM:** 890083355347

| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 12 | 0.305 | 15.500 | 14.500 | |
|---|---|---|---|---|---|---|---|---|---|
| **CONTENTS** | 1 ASSORTMENT | **TOTAL** | | 66 | 792 | 20.133 | 1,023.000 | 957.000 | 0.000 |
| | | **ASSORTMENTS PER INVOICE** | 66 | | | | | | |

| **CONTRACT NO.** | D689K | **REFERENCE NO.** | 101 |
|---|---|---|---|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5543 |
| **VENDOR ITEM CODE** | 30820 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 123.0 | 62.0 | 40.0 | 0.305 |

| **ASSORTMENT DETAIL:** | | | | | QUANTITY (PIECES) | | NET NET WEIGHT | | |
|---|---|---|---|---|---|---|---|---|---|
| **SKU** | **(OPTIONAL)** | **DESCRIPTION** | **COLOR** | **SIZE** | **PIECES PER CARTON** | **EXTENSION** | **PER PIECE** | **PER CARTON** | **EXTENSION** |
| 8334559-5 | | SUB KSN DESC: TOGGLE GREY SZ 11 | GREY | 11.0 | 1 | 66 | 0.000 | 0.000 | 0.000 |
| 8334174-3 | | SUB KSN DESC: TOGGLE GREY SZ 10 | GREY | 10.0 | 2 | 132 | 0.000 | 0.000 | 0.000 |
| 8334011-7 | | SUB KSN DESC: TOGGLE GREY SZ 9 | GREY | 9.0 | 3 | 198 | 0.000 | 0.000 | 0.000 |
| 8332759-3 | | SUB KSN DESC: TOGGLE GREY SZ 8 | GREY | 8.0 | 3 | 198 | 0.000 | 0.000 | 0.000 |
| 8332757-7 | | SUB KSN DESC: TOGGLE GREY SZ 7 | GREY | 7.0 | 3 | 198 | 0.000 | 0.000 | 0.000 |
| | | **Total** | | | 12 | 792 | | 0.000 | 0.000 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 439 | 5,268 | 133.444 | 6,804.500 | 6,365.500 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

| FORTUNE CREATION COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Miko |
| **EMPLOYEE TITLE** | Shipping Clerk |

# POC #6105

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| FORTUNE CREATION COMPANY LIMITED<br>FUXIANG, LTD NAN-SIR NEW INDUSTRIAL<br>ZONE, CHA-SHAN TOWN<br>DONGGUAN<br>GUANGDONG<br>523391<br>China | XIAMEN GREENTOUCH SHOES CO LTD<br>ROOM 746, FENGNAN ST, TONAN TOWN<br>XIAMEN<br>FUJIAN<br>China | |

| | Pickup Contact Name | Miko |
|---|---|---|
| | Pickup Contact Phone | 0769-88650866 |
| | Pickup Contact Fax | 0769-88650868 |

| Customer | Consignee |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | KMART CORPORATION<br>3333 Beverly Road<br>Hoffman Estates, IL<br>60179<br>United States |

| Load Type | CY | Equipment Required | 2 - 40' High Cube Dry |
|---|---|---|---|
| Cargo Type | Flat | | |
| Ship Terms | Free on Board | Inland Carrier | Vendor |
| Port of Loading | Xiamen, CN | Party Responsible for Local Charges | XIAMEN GREENTOUCH SHOES CO LTD |
| Final Destination | CHA, Chambersburg, PA, USA | Party Responsible for Local Charges (Local Language) | |
| Documents Cutoff Date | 09/06/2018 | Return Export Documents To (Local Language) | |
| Return Export Documents To | | | |

**Marks and Numbers**

| KMART | D682R |
|---|---|
| **ITEM NO:** | 890083327320 |
| **MADE IN:** | CHINA (MAINLAND) |
| **CONTENTS:** | 1 Assortments |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D682R | 101 | 035 | Division 4 | Collect | | 890083327320 | | FOOTWEAR TOGGLE BLACK REBUY CORE PK 1 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |

Quantity 154 Assortments  Cartons 154    Pieces 1,848    Gross Weight 2,387 KGS    Volume 45.429000 CBMS

**Marks and Numbers**

| KMART | D689J |
|---|---|
| **ITEM NO:** | 890088014204 |
| **MADE IN:** | CHINA (MAINLAND) |
| **CONTENTS:** | 1 Assortments |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D689J | 101 | 035 | Division 4 | Collect | | 890088014204 | | FOOTWEAR TOGGLE WHITE REBUY CORE PK 1 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |

Quantity 219 Assortments  Cartons 219    Pieces 2,628    Gross Weight 3,394.5 KGS    Volume 67.881000 CBMS

**Marks and Numbers**

| KMART | D689K |
|---|---|
| **ITEM NO:** | 890083355347 |
| **MADE IN:** | CHINA (MAINLAND) |
| **CONTENTS:** | 1 Assortments |

# POC #6105

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D689K | 101 | 035 | Division 4 | Collect | | 890083355347 | | FOOTWEAR TOGGLE GREY REBUY CORE PK 1 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |
| | | **Quantity** 66 Assortments | | **Cartons** 66 | | **Pieces** 792 | | **Gross Weight** 1,023 KGS | | **Volume** 20.133000 CBMS | |

**SHIPPING TOTALS**

| | |
|---|---|
| **Total Number of Cartons** | 439 |
| **Gross Weight** | 6,804.5 KGS |
| **Volume** | 133.444000 CBMS |
| **Comments** | Please reply to Alice within 24 hours |

**SHIPPING DECLARATIONS**

We hereby certify that this shipment does not contain solid wood packing material.

**UPS Supply Chain Solutions℠**   UPS SUPPLY CHAIN SOLUTIONS, INC.

OTI License No. 275F

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| FORTUNE CREATION COMPANY LIMITED FUXIANG. LTD NAN-SIR NEW INDUSTRIAL ZONE, CHA-SHAN TOWN DONGGUAN GUANGDONG 523391 | E228030252 | 7185275108 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | | 09/05/2018 |

## POC #6105

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

### THIS IS NOT A DOCUMENT OF TITLE.
#### UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | XIAMEN,CN | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| ONE COMPETENCE V.062E | XIAMEN,CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK,NY | CHAMBERSBURG,PA | 1 |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#: ITEM NO: MADE IN CHINA(MAINLAND) CONTENTS: BMOU6060694/YMA802788B/40HQ FSCU8040689/YMA802788Y/40HQ | 439CTNS | FCR DATE:9/5/2018 SHIP MODE:CY/CY SAILING DATE:9/7/2018 FREIGHT COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL ORIGINAL AS PER ATTACHMENT | 6804.5KGS | 133.443CBM |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS, INC.
XIAMEN
Authorized Signatures

Issued by _____

Month ___9___ Day ___12___ Year ___2018___

| Attachment No: | 1 | | *** UPS SUPPLY CHAIN SOLUTIONS,INC. *** |
|---|---|---|---|
| | | | *** FORWARDER'S CARGO RECEIPT *** |

ATTACHMENT FOR    7185275108

# POC #6105

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 219 | CTNS | FOOTWEAR TOGGLE WHITE REBUY CORE PK 1 PO:D689J ITEM:890088014204 REF:101 DEPT:035 HTS:6404199060 | 3394.5 | 67.881 |
| 66 | CTNS | FOOTWEAR TOGGLE GREY REBUY CORE PK 1 PO:D689K ITEM:890083355347 REF:101 DEPT:035 HTS:6404199060 | 1023 | 20.133 |
| 154 | CTNS | FOOTWEAR TOGGLE BLACK REBUY CORE PK 1 PO:D682R ITEM:890083327320 REF:101 DEPT:035 HTS:6404199060 | 2387 | 45.429 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

POC #6105

**COMMERCIAL INVOICE**

Page 1 of 3

DATE: September 10, 2018

**INVOICE NO.:** 201821389474

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **KMART** | D682R | TOGGLE BLACK REBUY CORE PK 1 | | 180 | 180 | 193.200  USD | 34,776.00  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 890083327320 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE: TOGGLE TALL LACE UP WINTER
GENDER:WOMENS
UPPER MATERIAL IN PERCENT:PU10.2%+88%POLYESTER+1.8%ALUMINUM
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:COVERS THE ANKLE BUT NOT KNEE
SIZE RANGE:6-11 WHOLE SIZE ONLY
COMMISSION IS INCLUDED IN FIRST COST? YES
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | D682R | **REFERENCE NO.** | 102 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5543 |
| **VENDOR ITEM CODE** | 30820 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      102737

XIAMEN GREENTOUCH SHOES CO LTD

ROOM 746, FENGNAN ST, TONAN TOWN

XIAMEN

FUJIAN

China

**FTY MID NO.**      CNXIAGRE746XIA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| **KMART** | D689J | TOGGLE WHITE REBUY CORE PK 1 | | 161 | 161 | 193.200  USD | 31,105.20  USD |
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 890088014204 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE:TODDLER TALL LACE UP WINTER BOOTS
GENDER:WOMENS
UPPER MATERIAL IN PERCENT:PU10.2%+88%POLYESTER+1.8%ALUMINUM
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:COVERS THE ANKLE BUT NOT KNEE
SIZE RANGE:6-11 WHOLE SIZE ONLY
COMMISSION IS INCLUDED IN FIRST COST? YES
ROYALTY FOR TRADEMARK NAME? NA
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | D689J | **REFERENCE NO.** | 102 |
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5543 |
| **VENDOR ITEM CODE** | 30820 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      102737

DOC #0105

## COMMERCIAL INVOICE

Page 2 of 3

**DATE:** September 10, 2018

**INVOICE NO.:** 201821389474

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

XIAMEN GREENTOUCH SHOES CO LTD
ROOM 746, FENGNAN ST, TONAN TOWN
XIAMEN
FUJIAN
China

**FTY MID NO.**       CNXIAGRE746XIA

| KMART | D689K | TOGGLE GREY REBUY CORE PK 1 | 60 | 60 | 193.200  USD | 11,592.00  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**       890083355347

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE TOGGLE TALL LACE UP WINTER BOOT
GENDER WOMENS
UPPER MATERIAL IN PERCENT PU10.2%+88%POLYESTER+1.8%ALUMINUM
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE
SIZE RANGE 6-11 WHOLE SIZE ONLY
COMMISSION IS INCLUDED IN FIRST COST? YES
ROYALTY FOR TRADEMARK NAME? NA
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| **CONTRACT NO.** | D689K | **REFERENCE NO.** | 102 |
|---|---|---|---|
| **DC CODE** | MIR | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5543 |
| **VENDOR ITEM CODE** | 30820 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      102737

XIAMEN GREENTOUCH SHOES CO LTD
ROOM 746, FENGNAN ST, TONAN TOWN
XIAMEN
FUJIAN
China

**FTY MID NO.**       CNXIAGRE746XIA

**PAYMENT TERM**       Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 401 | 401 | ASSORTMENTS | 77,473.20  USD |

**TOTAL US DOLLARS SEVENTY-SEVEN THOUSAND FOUR HUNDRED SEVENTY-THREE DOLLARS AND TWENTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

POC #6105

## COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821389474

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB China

| FORTUNE CREATION COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Miko |
| **EMPLOYEE TITLE** | Shipping Clerk |

POC #6105

**PACKING LIST**

**DATE:** September 10, 2018
**INVOICE NO.:** 201821389474

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Mira Loma, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | D682R | TOGGLE BLACK REBUY CORE PK 1 | | | | | | |
| ITEM: | 890083327320 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | **PER OUTER CARTON** | | 12 | 0.295 | 15.500 | 14.500 | |
| CONTENTS | 1 ASSORTMENT | **TOTAL** | 180 | 2,160 | 53.099 | 2,790.000 | 2,610.000 | 0.000 |
| | | **ASSORTMENTS PER INVOICE** | 180 | | | | | |

| CONTRACT NO. | D682R | REFERENCE NO. | 102 | PACKING INSTRUCTIONS: |
|---|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5543 | |
| VENDOR ITEM CODE | 30820 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 122.0 | 62.0 | 39.0 | 0.295 |

**ASSORTMENT DETAIL:**

| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 8327560-2 | | SUB KSN DESC: TOGGLE BLACK SZ 6 | BLACK | 6.0 | 1 | 180 | 0.000 | 0.000 | 0.000 |
| 8328746-6 | | SUB KSN DESC: TOGGLE BLACK SZ 7 | BLACK | 7.0 | 2 | 360 | 0.000 | 0.000 | 0.000 |
| 8331494-8 | | SUB KSN DESC: TOGGLE BLACK SZ 8 | BLACK | 8.0 | 3 | 540 | 0.000 | 0.000 | 0.000 |
| 8332718-9 | | SUB KSN DESC: TOGGLE BLACK SZ 9 | BLACK | 9.0 | 3 | 540 | 0.000 | 0.000 | 0.000 |
| 8332723-9 | | SUB KSN DESC: TOGGLE BLACK SZ 10 | BLACK | 10.0 | 2 | 360 | 0.000 | 0.000 | 0.000 |
| 8332724-7 | | SUB KSN DESC: TOGGLE BLACK SZ 11 | BLACK | 11.0 | 1 | 180 | 0.000 | 0.000 | 0.000 |
| | | **Total** | | | 12 | 2,160 | | 0.000 | 0.000 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | D689J | TOGGLE WHITE REBUY CORE PK 1 | | | | | | |
| ITEM: | 890088014204 | | | | | | | |
| MADE IN | CHINA (MAINLAND) | **PER OUTER CARTON** | | 12 | 0.310 | 15.500 | 14.500 | |
| CONTENTS | 1 ASSORTMENT | **TOTAL** | 161 | 1,932 | 49.904 | 2,495.500 | 2,334.500 | 0.000 |
| | | **ASSORTMENTS PER INVOICE** | 161 | | | | | |

| CONTRACT NO. | D689J | REFERENCE NO. | 102 | PACKING INSTRUCTIONS: |
|---|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5543 | |
| VENDOR ITEM CODE | 30820 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 123.0 | 63.0 | 40.0 | 0.310 |

**ASSORTMENT DETAIL:**

| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 8801410-5 | | SUB KSN DESC: TOGGLE WHITE SZ 6 | WHITE | 6.0 | 1 | 161 | 0.000 | 0.000 | 0.000 |
| 8801412-1 | | SUB KSN DESC: TOGGLE WHITE SZ 7 | WHITE | 7.0 | 2 | 322 | 0.000 | 0.000 | 0.000 |
| 8801413-9 | | SUB KSN DESC: TOGGLE WHITE | WHITE | 8.0 | 3 | 483 | 0.000 | 0.000 | 0.000 |

**PACKING LIST**    POC #6105

DATE: September 10, 2018
INVOICE NO.: 201821389474

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China          SHIPPED TO: Mira Loma, CA

| | | SZ 8 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8801415-4 | | SUB KSN DESC: TOGGLE WHITE SZ 9 | WHITE | 9.0 | 3 | 483 | 0.000 | 0.000 | 0.000 |
| 8801416-2 | | SUB KSN DESC: TOGGLE WHITE SZ 10 | WHITE | 10.0 | 2 | 322 | 0.000 | 0.000 | 0.000 |
| 8801417-0 | | SUB KSN DESC: TOGGLE WHITE SZ 11 | WHITE | 11.0 | 1 | 161 | 0.000 | 0.000 | 0.000 |
| | | **Total** | | | 12 | 1,932 | | 0.000 | 0.000 |

| KMART | D689K | TOGGLE GREY REBUY CORE PK 1 |
|---|---|---|

| ITEM: | 890083355347 | | | | | | |
|---|---|---|---|---|---|---|---|
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | | 12 | 0.305 | 15.500 | 14.500 | |
| CONTENTS | 1 ASSORTMENT | TOTAL | | 60 | 720 | 18.302 | 930.000 | 870.000 | 0.000 |
| | | ASSORTMENTS PER INVOICE | 60 | | | | | | |

| CONTRACT NO. | D689K | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | MIR | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5543 |
| VENDOR ITEM CODE | 30820 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

PACKING INSTRUCTIONS:

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 123.0 | 62.0 | 40.0 | 0.305 |

| ASSORTMENT DETAIL: | | | | | QUANTITY (PIECES) | | NET NET WEIGHT | | |
|---|---|---|---|---|---|---|---|---|---|
| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
| 8332757-7 | | SUB KSN DESC: TOGGLE GREY SZ 7 | GREY | 7.0 | 3 | 180 | 0.000 | 0.000 | 0.000 |
| 8332759-3 | | SUB KSN DESC: TOGGLE GREY SZ 8 | GREY | 8.0 | 3 | 180 | 0.000 | 0.000 | 0.000 |
| 8334011-7 | | SUB KSN DESC: TOGGLE GREY SZ 9 | GREY | 9.0 | 3 | 180 | 0.000 | 0.000 | 0.000 |
| 8334174-3 | | SUB KSN DESC: TOGGLE GREY SZ 10 | GREY | 10.0 | 2 | 120 | 0.000 | 0.000 | 0.000 |
| 8334559-5 | | SUB KSN DESC: TOGGLE GREY SZ 11 | GREY | 11.0 | 1 | 60 | 0.000 | 0.000 | 0.000 |
| | | **Total** | | | 12 | 720 | | 0.000 | 0.000 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 401 | 4,812 | 121.305 | 6,215.500 | 5,814.500 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

| FORTUNE CREATION COMPANY LIMITED | |
|---|---|
| EMPLOYEE NAME | Miko |
| EMPLOYEE TITLE | Shipping Clerk |

# POC #6105

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| FORTUNE CREATION COMPANY LIMITED<br>FUXIANG, LTD NAN-SIR NEW INDUSTRIAL<br>ZONE, CHA-SHAN TOWN<br>DONGGUAN<br>GUANGDONG<br>523391<br>China | XIAMEN GREENTOUCH SHOES CO LTD<br>ROOM 746, FENGNAN ST, TONAN TOWN<br>XIAMEN<br>FUJIAN<br>China | |

| | |
|---|---|
| Pickup Contact Name | Miko |
| Pickup Contact Phone | 0769-88650866 |
| Pickup Contact Fax | 0769-88650868 |

| Customer | Consignee |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | KMART CORPORATION<br>3333 Beverly Road<br>Hoffman Estates, IL<br>60179<br>United States |

| Load Type | CY | Equipment Required | 1 - 40' High Cube Dry, 1 - 40' Standard Dry |
|---|---|---|---|
| Cargo Type | Flat | | |
| Ship Terms | Free on Board | Inland Carrier | Vendor |
| Port of Loading | Xiamen, CN | Party Responsible for Local Charges | XIAMEN GREENTOUCH SHOES CO LTD |
| Final Destination | MIR, Mira Loma, CA, USA | Party Responsible for Local Charges (Local Language) | |
| Documents Cutoff Date | 09/10/2018 | Return Export Documents To (Local Language) | |
| Return Export Documents To | | | |

---

**Marks and Numbers**

| KMART | D682R |
|---|---|
| **ITEM NO:** | 890083327320 |
| **MADE IN:** | CHINA (MAINLAND) |
| **CONTENTS:** | 1 Assortments |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D682R | 102 | 035 | Division 4 | Collect | | 890083327320 | | FOOTWEAR TOGGLE BLACK REBUY CORE PK 1 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |
| | | **Quantity** 180 Assortments | | **Cartons** 180 | | **Pieces** 2,160 | | **Gross Weight** 2,790 KGS | | **Volume** 53.099000 CBMS | |

---

**Marks and Numbers**

| KMART | D689J |
|---|---|
| **ITEM NO:** | 890088014204 |
| **MADE IN:** | CHINA (MAINLAND) |
| **CONTENTS:** | 1 Assortments |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D689J | 102 | 035 | Division 4 | Collect | | 890088014204 | | FOOTWEAR TOGGLE WHITE REBUY CORE PK 1 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |
| | | **Quantity** 161 Assortments | | **Cartons** 161 | | **Pieces** 1,932 | | **Gross Weight** 2,495.5 KGS | | **Volume** 49.904000 CBMS | |

---

**Marks and Numbers**

| KMART | D689K |
|---|---|
| **ITEM NO:** | 890083355347 |
| **MADE IN:** | CHINA (MAINLAND) |
| **CONTENTS:** | 1 Assortments |

Vendor No. 5543 18-23538-rdd    Doc 5543    Filed 10/31/19    Entered 10/31/19 17:05:33    Main Document    Page 2 of 2
Invoice No. 201821389474                    Cargo Delivery Number                    Pg 34 of 78

Shipping Order Number    201821389474
Cargo Ready Date    09/10/2018

POC #6105

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D689K | 102 | 035 | Division 4 | Collect | | 890083355347 | | FOOTWEAR TOGGLE GREY REBUY CORE PK 1 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |
| | | **Quantity** 60 Assortments | | **Cartons** 60 | | **Pieces** 720 | | **Gross Weight** 930 KGS | | **Volume** 18.302000 CBMS | |

**SHIPPING TOTALS**

| | |
|---|---|
| **Total Number of Cartons** | 401 |
| **Gross Weight** | 6,215.5 KGS |
| **Volume** | 121.305000 CBMS |
| **Comments** | Please reply to Alice within 24 hours |

**SHIPPING DECLARATIONS**

We hereby certify that this shipment does not contain solid wood packing material.

**UPS Supply Chain Solutions™**

911 License No. 275F

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| FORTUNE CREATION COMPANY LIMITED FUXIANG, LTD NAN-SIR NEW INDUSTRIAL ZONE, CHA-SHAN TOWN DONGGUAN GUANGDONG 523391 CHINA | | MATS1069633000 | 7185275086 |
| | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 09/11/2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

# POC #6105

**THIS IS NOT A DOCUMENT OF TITLE.**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) JI HAI ZHI XING 289N | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE LONG BEACH,CA. | PLACE OF DELIVERY BY ON CARRIER MIRA LOMA,CA. | NUMBER OF ORIGINALS 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART PO#: ITEM NO.: MADE IN CHINA(MAINLAND) CONTENTS: MATU4555682/MATU742993/45HC MATU4586132/MATU743005/45HC | 401CTNS | FCR DATE:9/11/2018 SHIP MODE:CY/CY SAILING DATE:9/14/2018 FREIGHT COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL | 8213.57/25 | 121.30/CBM |

ORIGINAL

AS PER ATTACHMENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | |
| PACKINGLIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH .

AS AGENT FOR

Issued by UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

Month ____ 9  Day ____ 20  Year ____ 2018

# POC #6105

| Attachment No: | 1 | *** UPS SUPPLY CHAIN SOLUTIONS, INC. *** |
| --- | --- | --- |
| | | *** FORWARDER'S CARGO RECEIPT *** |

ATTACHMENT FOR   7185275086

| Packages: | | Description: | Kgs: | Cbm: |
| --- | --- | --- | --- | --- |
| 161 | CTNS | FOOTWEAR TOGGLE WHITE REBUY PK 1 PO:D689J ITEM:890088014204 REF:102 DEPT:035 HTS:6404199060 | 2495.5 | 49.904 |
| 60 | CTNS | FOOTWEAR TOGGLE GREY REBUY CORE PK 1 PO:D689K ITEM:890083355347 REF:102 DEPT:035 HTS:6404199060 | 930 | 18.302 |
| 180 | CTNS | FOOTWEAR TOGGLE BLACK REBUY CORE PK 1 PO:D682R ITEM:890083327320 REF:102 DEPT:035 HTS:6404199060 | 2790 | 53.099 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

POC #6105

## COMMERCIAL INVOICE

Page 1 of 2

DATE: September 06, 2018

INVOICE NO.: 201821406736

| | | |
|---|---|---|
| 5543 | **TO:** | KMART CORPORATION |
| FORTUNE CREATION COMPANY LIMITED | | 3333 Beverly Road |
| FUXIANG, LTD NAN-SIR NEW INDUSTRIAL | | Hoffman Estates, IL 60179 |
| ZONE, CHA-SHAN TOWN | | US |
| DONGGUAN | | |
| GUANGDONG | | |
| China | | |
| 523391 | | |

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | D682R | TOGGLE BLACK REBUY CORE PK 1 | 46 | 46 | 193.200 USD | 8,887.20 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 890083327320 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TOGGLE TALL LACE UP WINTER
GENDER:WOMENS
UPPER MATERIAL IN PERCENT:PU10.2%+88%POLYESTER+1.8%ALUMINUM
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION:CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:COVERS THE ANKLE BUT NOT KNEE
SIZE RANGE:6-11 WHOLE SIZE ONLY
COMMISSION IS INCLUDED IN FIRST COST? YES
ROYALTY FOR TRADEMARK NAME: N/A
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | D682R | **REFERENCE NO.** | 101 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5543 |
| **VENDOR ITEM CODE** | 30820 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 102737 | | |

XIAMEN GREENTOUCH SHOES CO LTD

ROOM 746, FENGNAN ST, TONAN TOWN

XIAMEN

FUJIAN

China

**FTY MID NO.**          CNXIAGRE746XIA

**PAYMENT TERM**          Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 46 | 46 | ASSORTMENTS | 8,887.20 USD |

**TOTAL US DOLLARS EIGHT THOUSAND EIGHT HUNDRED EIGHTY-SEVEN DOLLARS AND TWENTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

POC #6105

Page 2 of 2

**DATE:** September 06, 2018

**INVOICE NO.:** 201821406736

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| FORTUNE CREATION COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Miko |
| **EMPLOYEE TITLE** | Shipping Clerk |

POC #6105

**PACKING LIST**

**DATE:** September 06, 2018

**INVOICE NO.:** 201821406736

5543
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Chambersburg, PA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|
| KMART | D682R | TOGGLE BLACK REBUY CORE PK 1 | | | | | | |
| **ITEM:** | 890083327320 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | 12 | 0.295 | 15.500 | 14.500 | |
| **CONTENTS** | 1 ASSORTMENT | **TOTAL** | 46 | 552 | 13.570 | 713.000 | 667.000 | 0.000 |
| | | **ASSORTMENTS PER INVOICE** 46 | | | | | | |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | D682R | **REFERENCE NO.** | 101 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5543 |
| **VENDOR ITEM CODE** | 30820 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 122.0 | 62.0 | 39.0 | 0.295 |

**ASSORTMENT DETAIL:**

| | | | | | QUANTITY (PIECES) | | NET NET WEIGHT | | |
|---|---|---|---|---|---|---|---|---|---|
| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
| 8327560-2 | | SUB KSN DESC: TOGGLE BLACK SZ 6 | BLACK | 6.0 | 1 | 46 | 0.000 | 0.000 | 0.000 |
| 8328746-6 | | SUB KSN DESC: TOGGLE BLACK SZ 7 | BLACK | 7.0 | 2 | 92 | 0.000 | 0.000 | 0.000 |
| 8331494-8 | | SUB KSN DESC: TOGGLE BLACK SZ 8 | BLACK | 8.0 | 3 | 138 | 0.000 | 0.000 | 0.000 |
| 8332718-9 | | SUB KSN DESC: TOGGLE BLACK SZ 9 | BLACK | 9.0 | 3 | 138 | 0.000 | 0.000 | 0.000 |
| 8332723-9 | | SUB KSN DESC: TOGGLE BLACK SZ 10 | BLACK | 10.0 | 2 | 92 | 0.000 | 0.000 | 0.000 |
| 8332724-7 | | SUB KSN DESC: TOGGLE BLACK SZ 11 | BLACK | 11.0 | 1 | 46 | 0.000 | 0.000 | 0.000 |
| | | **Total** | | | 12 | 552 | | 0.000 | 0.000 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 46 | 552 | 13.570 | 713.000 | 667.000 | 0.000 |

**We hereby certify that this shipment does not contain solid wood packing material.**

| FORTUNE CREATION COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Miko |
| **EMPLOYEE TITLE** | Shipping Clerk |

# POC #6105

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| FORTUNE CREATION COMPANY LIMITED<br>FUXIANG, LTD NAN-SIR NEW INDUSTRIAL<br>ZONE, CHA-SHAN TOWN<br>DONGGUAN<br>GUANGDONG<br>523391<br>China | XIAMEN GREENTOUCH SHOES CO LTD<br>ROOM 746, FENGNAN ST, TONAN TOWN<br>XIAMEN<br>FUJIAN<br>China | |

| | | |
|---|---|---|
| | **Pickup Contact Name** Miko | |
| | **Pickup Contact Phone** 0769-88650866 | |
| | **Pickup Contact Fax** 0769-88650868 | |

| Customer | Consignee |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | KMART CORPORATION<br>3333 Beverly Road<br>Hoffman Estates, IL<br>60179<br>United States |

| Load Type | CFS | Equipment Required | |
|---|---|---|---|
| Cargo Type | Flat | | |
| Ship Terms | Free on Board | Inland Carrier | Vendor |
| Port of Loading | Xiamen, CN | Party Responsible for Local Charges | XIAMEN GREENTOUCH SHOES CO LTD |
| Final Destination | CHA, Chambersburg, PA, USA | Party Responsible for Local Charges (Local Language) | |
| Documents Cutoff Date | 09/06/2018 | Return Export Documents To (Local Language) | |
| Return Export Documents To | | | |

**Marks and Numbers**

| KMART | D682R |
|---|---|
| **ITEM NO:** | 890083327320 |
| **MADE IN:** | CHINA (MAINLAND) |
| **CONTENTS:** | 1 Assortments |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D682R | 101 | 035 | Division 4 | Collect | | 890083327320 | | FOOTWEAR TOGGLE BLACK REBUY CORE PK 1 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |
| | | **Quantity** 46 Assortments | | **Cartons** 46 | | **Pieces** 552 | | **Gross Weight** 713 KGS | | **Volume** 13.570000 CBMS | |

**SHIPPING TOTALS**

| Total Number of Cartons | 46 |
|---|---|
| Gross Weight | 713 KGS |
| Volume | 13.570000 CBMS |
| Comments | Please reply to Alice within 24 hours |

**SHIPPING DECLARATIONS**

We hereby certify that this shipment does not contain solid wood packing material.

**UPS Supply Chain Solutions**™

UPS SUPPLY CHAIN SOLUTIONS, INC.
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| FORTUNE CREATION COMPANY LIMITED FUXIANG, LTD NAN-SIR NEW INDUSTRIAL ZONE, CHA-SHAN TOWN DONGGUAN GUANGDONG 523391 CHINA | | E278030380 | 7185275097 |
| | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | | | 09/05/2018 |

# POC #6105

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792   FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | XIAMEN,CN | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LOADING | |
| MOL BEACON V.024E | XIAMEN,CN | |
| PORT OF DISCHARGE | PLACE OF DELIVERY BY ON CARRIER | NUMBER OF ORIGINALS |
| NEW YORK,NY | CHAMBERSBURG,PA | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART POH ITEM NO. MADE IN (CHINA(MAINLAND) CONTENTS: YMLU8964408/YMAB653895/40HQ | 46Carton | FCR DATE:9/5/2018 SHIP MODE:CFS/CY SAILING DATE:9/14/2018 FOOTWEAR TOGGLE BLACK    NEBUY CORE FX-L PO.06R2R ITEM:89008332/320 REF:101 DEPT:035 HTS:6404199060 FREIGHT COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL | 717KGS | 1.570M3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

| In accordance with instruction from Buyer, we have received the following documents from shipper on: | | | This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | |
| COMMERCIAL INVOICE | 1 | 1 | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| PACKINGLIST | 1 | 1 | UPS SCS (CHINA) LIMITED XIAMEN BRANCH |
| INTERIM FOOTWEAR INVOICE | 1 | 1 | AS AGENT FOR UPS SUPPLY CHAIN SOLUTIONS INC. |
| | | | XIAMEN                Authorized Signatures |
| | | | Issued by _____ |

Month _____ 9 Day _____ 20 Year _____ 2018



# Electronic Proof of Claim

Adobe Sign Document History                    12/11/2018

| | |
|---|---|
| Created: | 12/10/2018 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9ED9I-jBXbYG4sinmBfeyYaBCHV-nEX2 |

## "Electronic Proof of Claim" History

Widget created by Sears Claims (searsclaims@primeclerk.com)
12/10/2018 - 9:29:10 PM EST

Cindy Dai (cindy_dai@fortunecreation.com.cn) uploaded the following supporting documents:
Attachment
12/10/2018 - 9:38:00 PM EST

Widget filled in by Cindy Dai (cindy_dai@fortunecreation.com.cn)
12/10/2018 - 9:38:00 PM EST- IP address: 153.254.110.34

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 6.1; Trident/7.0; rv:11.0) like Gecko)
12/10/2018 - 9:38:03 PM EST- IP address: 153.254.110.34

Signed document emailed to Sears Claims (searsclaims@primeclerk.com) and Cindy Dai (cindy_dai@fortunecreation.com.cn)
12/10/2018 - 9:38:03 PM EST

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. (18-23576) |
| ☒ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23579) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Promotions LLC (18-23630) |

Modified Official Form 410

## **POC #6106**

# **Proof of Claim**

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| | | |
|---|---|---|
| 1. Who is the current creditor? | FORTUNE CREATION COMPANY LIMITED | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor   GREENTOUCH | |
| 2. Has this claim been acquired from someone else? | ☒ No ☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | Contact phone  86-15017100314 | Contact phone _____ |
| | Contact email  cindy_dai@fortunecreation.com.cn | Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No ☐ Yes.   Claim number on court claims registry (if known)_____   Filed on _____ MM / DD / YYYY | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No ☐ Yes. Who made the earlier filing? _____ | |

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

# POC #6106

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| | |
|---|---|
| **7. How much is the claim?** | $ _100,389.60_____. **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

**POC #6106**

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No | |
|---|---|---|
| | ☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $100,389.60 |

---

| **Part 3:** | **Sign Below** |
|---|---|

| The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Cindy Dai*
Cindy Dai (Dec 11, 2018)

**Email:** cindy_dai@fortunecreation.com.cn

_____
Signature
**Print the name of the person who is completing and signing this claim:**
Name of the person who is completing and signing this claim: |

Name of the person who is completing and signing this claim:

| Name | Cindy Dai | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Supervisor | | |
| Company | FORTUNE CREATION COMPANY LIMITED | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | FUXIANG, NAN-SIR NEW INDUSTRIAL ZONE, CHA-SHAN TOWN , | | |
| | Number    Street | | |
| | DONGGUAN,GUANGDONG | GD | 523391 |
| | City | State | ZIP Code |
| Contact phone | 86-15017100314 | Email | cindy_dai@fortunecreation.com.cn |

POC #6106

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

[x] **I have supporting documentation.**
    **(attach below)**

[ ] **I do <u>not</u> have supporting documentation.**

**Attachment**

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

POC #6106

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                           12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

---

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
18 U.S.C. §§ 152, 157 and 3571.

---

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy.
11 U.S.C. §101 (5). A claim may be secured or unsecured.

POC #6106

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

POC #6106

# FORTUNE CREATION COMPANY LIMITED

## CLAIM LIST

BUYER  :  SEARS ROEBUCK & CO.                              DATE:    12/10/2018

| BUYER | FACTORY | ORDER# | COLOR | QTY | DELIVERY DATE | DOCUMENT SENT DATE | PRICE | AMOUNT |
|-------|---------|--------|-------|-----|---------------|--------------------|-------|--------|
| SEARS | GREENTOUCH | SK5351 | GREY | 3000 | 08/29/18 | 10/08/18 | 19.100 | $57,300.00 |
| SEARS | GREENTOUCH | SL5350 | Brown | 2256 | 08/29/18 | 10/08/18 | 19.100 | $43,089.60 |
|       |         |        |       |     |               |                    | TOTAL | $100,389.60 |

**COMMERCIAL INVOICE** POC #6106

Page 1 of 3

DATE: August 29, 2018

INVOICE NO.: 201821373353

8321
FORTUNE CREATION COMPANY LIMITED
FUXIANG, NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China        SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SK5351 | BLIZZARD 346 | 44 | 44 | 229.200  USD | 10,084.80  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 850019104389 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 654 | | | | | |
| **SEARS ITEM/SKU** | 28745/346 | | | | | |

DESCRIPTION OF TYPE OF SHOE TALL SHAFT LACEUP D RING SUEDE WEATHER BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 60.1% MICROFIBER + 39.9% PU
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVERS THE ANKLE BUT NOT KNEE
SIZE RANGE 6-11 WHOLE SIZE ONLY
COMMISSION PERCENTAGE 0%
ROYALTY FOR TRADEMARK NAME HIGH SIERRA
ROYALTY  PERCENTAGE 10%
ROYALTY  PAYABLE TO ACI INTERNATIONAL - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SK5351 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8321 |
| **VENDOR ITEM CODE** | 8321 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    102737

XIAMEN GREENTOUCH SHOES CO LTD

ROOM 746, FENGNAN ST, TONAN TOWN

XIAMEN

FUJIAN

China

**FTY MID NO.**    CNXIAGRE746XIA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SK5351 | BLIZZARD 181 | 206 | 206 | 229.200  USD | 47,215.20  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 850019104447 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 654 | | | | | |
| **SEARS ITEM/SKU** | 28745/181 | | | | | |

DESCRIPTION OF TYPE OF SHOE TALL SHAFT LACEUP D RING SUEDE WEATHER BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 60.1% MICROFIBER + 39.9% PU
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVERS THE ANKLE BUT NOT KNEE
SIZE RANGE 6-11 WHOLE SIZE ONLY
COMMISSION PERCENTAGE 0%
ROYALTY FOR TRADEMARK NAME HIGH SIERRA
ROYALTY  PERCENTAGE 10%
ROYALTY  PAYABLE TO ACI INTERNATIONAL - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

**COMMERCIAL INVOICE**    POC #6106    Page 2 of 3

DATE: August 29, 2018

INVOICE NO.: 201821373353

8321
FORTUNE CREATION COMPANY LIMITED
FUXIANG, NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SK5351 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8321 | |
| VENDOR ITEM CODE | 8321 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.     102737
XIAMEN GREENTOUCH SHOES CO LTD
ROOM 746, FENGNAN ST, TONAN TOWN
XIAMEN
FUJIAN
China
FTY MID NO.     CNXIAGRE746XIA

| SEARS | SL5350 | BLIZZARD 181 | 30 | 30 | 229.200 USD | 6,876.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 850019104132 |
| MADE IN | CHINA (MAINLAND) |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 654 |
| SEARS ITEM/SKU | 28746/181 |

DESCRIPTION OF TYPE OF SHOE TALL SHAFT LACEUP D RING SUEDE WEATHER BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 60.1% MICROFIBER + 39.9% PU
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVERS THE ANKLE BUT NOT KNEE
SIZE RANGE 6-11 WHOLE SIZE ONLY
COMMISSION PERCENTAGE 0%
ROYALTY FOR TRADEMARK NAME HIGH SIERRA
ROYALTY PERCENTAGE 10%
ROYALTY PAYABLE TO ACI INTERNATIONAL - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL5350 | REFERENCE NO. | 101 | |
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8321 | |
| VENDOR ITEM CODE | 8321 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO.     102737
XIAMEN GREENTOUCH SHOES CO LTD
ROOM 746, FENGNAN ST, TONAN TOWN
XIAMEN
FUJIAN
China
FTY MID NO.     CNXIAGRE746XIA

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |

# COMMERCIAL INVOICE

POC #6106

Page 3 of 3

**DATE:** August 29, 2018

**INVOICE NO.:** 201821373353

8321
FORTUNE CREATION COMPANY LIMITED
FUXIANG, NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Xiamen, China          **SHIPPED TO:**  Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 280 | 280 | ASSORTMENTS | 64,176.00  USD |

TOTAL US DOLLARS SIXTY-FOUR THOUSAND ONE HUNDRED SEVENTY-SIX DOLLARS AND ZERO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| FORTUNE CREATION COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Miko |
| **EMPLOYEE TITLE** | Shipping Clerk |

# POC#6106

## PACKING LIST

Page 1 of 3

**DATE:** August 29, 2018

**INVOICE NO.:** 201821373353

8321
FORTUNE CREATION COMPANY LIMITED
FUXIANG, NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|---|
| SEARS | SK5351 | BLIZZARD 346 | | | | | | | |
| ITEM: | 850019104389 | | | | | | | | |
| MADE IN | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 12 | 0.235 | 20.000 | 19.000 | |
| CONTENTS | 1 ASSORTMENT | **TOTAL** | | 44 | 528 | 10.349 | 880.000 | 836.000 | 0.000 |
| SEARS DIV | 654 | **ASSORTMENTS PER INVOICE** | 44 | | | | | | |
| SEARS ITEM/SKU | 28745/346 | | | | | | | | |

| CONTRACT NO. | SK5351 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8321 |
| VENDOR ITEM CODE | 8321 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 100.0 | 56.0 | 42.0 | 0.235 |

**ASSORTMENT DETAIL:**

| | | | | | QUANTITY (PIECES) | | NET NET WEIGHT | | |
|---|---|---|---|---|---|---|---|---|---|
| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
| 1910420-7 | | SUB KSN DESC: BLIZZARD SZ 6 562 | GREY | 6.0 | 2 | 88 | 0.000 | 0.000 | 0.000 |
| 1910424-9 | | SUB KSN DESC: BLIZZARD SZ 7 564 | GREY | 7.0 | 2 | 88 | 0.000 | 0.000 | 0.000 |
| 1910429-8 | | SUB KSN DESC: BLIZZARD SZ 8 566 | GREY | 8.0 | 4 | 176 | 0.000 | 0.000 | 0.000 |
| 1910432-2 | | SUB KSN DESC: BLIZZARD SZ 9 568 | GREY | 9.0 | 2 | 88 | 0.000 | 0.000 | 0.000 |
| 1910434-8 | | SUB KSN DESC: BLIZZARD SZ 10 570 | GREY | 10.0 | 2 | 88 | 0.000 | 0.000 | 0.000 |
| | | **Total** | | | 12 | 528 | | 0.000 | 0.000 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|---|
| SEARS | SK5351 | BLIZZARD 181 | | | | | | | |
| ITEM: | 850019104447 | | | | | | | | |
| MADE IN | CHINA (MAINLAND) | **PER OUTER CARTON** | | | 12 | 0.235 | 20.000 | 19.000 | |
| CONTENTS | 1 ASSORTMENT | **TOTAL** | | 206 | 2,472 | 48.451 | 4,120.000 | 3,914.000 | 0.000 |
| SEARS DIV | 654 | **ASSORTMENTS PER INVOICE** | 206 | | | | | | |
| SEARS ITEM/SKU | 28745/181 | | | | | | | | |

| CONTRACT NO. | SK5351 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8321 |
| VENDOR ITEM CODE | 8321 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 100.0 | 56.0 | 42.0 | 0.235 |

**ASSORTMENT DETAIL:**

| | | | | | QUANTITY (PIECES) | | NET NET WEIGHT | | |
|---|---|---|---|---|---|---|---|---|---|
| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
| 1910420-7 | | SUB KSN DESC: BLIZZARD SZ 6 562 | GREY | 6.0 | 1 | 206 | 0.000 | 0.000 | 0.000 |
| 1910424-9 | | SUB KSN DESC: BLIZZARD SZ 7 564 | GREY | 7.0 | 2 | 412 | 0.000 | 0.000 | 0.000 |

**POC#6106**

## PACKING LIST

PACKING LIST

DATE: August 29, 2018
INVOICE NO.: 201821373353

8321
FORTUNE CREATION COMPANY LIMITED
FUXIANG, NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China          SHIPPED TO: Delano, CA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1910429-8 | SUB KSN DESC: BLIZZARD SZ 8 566 | GREY | 8.0 | 3 | 618 | 0.000 | 0.000 | 0.000 |
| 1910432-2 | SUB KSN DESC: BLIZZARD SZ 9 568 | GREY | 9.0 | 3 | 618 | 0.000 | 0.000 | 0.000 |
| 1910434-8 | SUB KSN DESC: BLIZZARD SZ 10 570 | GREY | 10.0 | 2 | 412 | 0.000 | 0.000 | 0.000 |
| 1910441-3 | SUB KSN DESC: BLIZZARD SZ 11 572 | GREY | 11.0 | 1 | 206 | 0.000 | 0.000 | 0.000 |
| | Total | | | 12 | 2,472 | | 0.000 | 0.000 |

| SEARS | SL5350 | BLIZZARD 181 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ITEM: | 850019104132 | | | | | | |
| MADE IN | CHINA (MAINLAND ) | PER OUTER CARTON | | 12 | 0.235 | 20.000 | 19.000 | |
| CONTENTS | 1 ASSORTMENT | TOTAL | 30 | 360 | 7.056 | 600.000 | 570.000 | 0.000 |
| SEARS DIV | 654 | ASSORTMENTS PER INVOICE | 30 | | | | |
| SEARS ITEM/SKU | 28746/181 | | | | | | |

| CONTRACT NO. | SL5350 | REFERENCE NO. | 101 | PACKING INSTRUCTIONS: |
|---|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8321 | |
| VENDOR ITEM CODE | 8321 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| OUTER CARTON DIMENSIONS | 100.0 | 56.0 | 42.0 | 0.235 |

| ASSORTMENT DETAIL: | | | | | QUANTITY (PIECES) | | NET NET WEIGHT | | |
|---|---|---|---|---|---|---|---|---|---|
| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
| 1910258-1 | | SUB KSN DESC: BLIZZARD SZ 6 562 | BROWN | 6.0 | 1 | 30 | 0.000 | 0.000 | 0.000 |
| 1910260-7 | | SUB KSN DESC: BLIZZARD SZ 7 564 | BROWN | 7.0 | 2 | 60 | 0.000 | 0.000 | 0.000 |
| 1910261-5 | | SUB KSN DESC: BLIZZARD SZ 8 566 | BROWN | 8.0 | 3 | 90 | 0.000 | 0.000 | 0.000 |
| 1910262-3 | | SUB KSN DESC: BLIZZARD SZ 9 568 | BROWN | 9.0 | 3 | 90 | 0.000 | 0.000 | 0.000 |
| 1910263-1 | | SUB KSN DESC: BLIZZARD SZ 10 570 | BROWN | 10.0 | 2 | 60 | 0.000 | 0.000 | 0.000 |
| 1910274-8 | | SUB KSN DESC: BLIZZARD SZ 11 572 | BROWN | 11.0 | 1 | 30 | 0.000 | 0.000 | 0.000 |
| | | Total | | | 12 | 360 | | 0.000 | 0.000 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| TOTAL PACKING LIST | 280 | 3,360 | 65.856 | 5,600.000 | 5,320.000 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

**PACKING LIST**

Page 3 of 3

**DATE:** August 29, 2018

**INVOICE NO.:** 201821373353

8321
FORTUNE CREATION COMPANY LIMITED
FUXIANG, NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:**　SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China　　　**SHIPPED TO:** Delano, CA

| FORTUNE CREATION COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Miko |
| **EMPLOYEE TITLE** | Shipping Clerk |

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| FORTUNE CREATION COMPANY LIMITED<br>FUXIANG, NAN-SIR NEW INDUSTRIAL<br>ZONE, CHA-SHAN TOWN<br>DONGGUAN<br>GUANGDONG<br>523391<br>China | XIAMEN GREENTOUCH SHOES CO LTD<br>ROOM 746, FENGNAN ST, TONAN TOWN<br>XIAMEN<br>FUJIAN<br>China | |

| | Pickup Contact Name | Miko |
|---|---|---|
| | Pickup Contact Phone | 0769-88650866 |
| | Pickup Contact Fax | 0769-88650868 |

| Customer | Consignee |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | SEARS ROEBUCK & CO.<br>3333 Beverly Road<br>Hoffman Estates, IL<br>60179<br>United States |

| Load Type | CY | Equipment Required | 1 - 40' High Cube Dry |
|---|---|---|---|
| Cargo Type | Flat | | |
| Ship Terms | Free on Board | Inland Carrier | Vendor |
| Port of Loading | Xiamen, CN | Party Responsible for Local Charges | XIAMEN GREENTOUCH SHOES CO LTD |
| Final Destination | RDE, Delano, CA, USA | Party Responsible for Local Charges (Local Language) | |
| Documents Cutoff Date | 08/29/2018 | Return Export Documents To (Local Language) | |
| Return Export Documents To | | | |

**Marks and Numbers**

| SEARS | SK5351 |
|---|---|

| ITEM NO: | 850019104389 |
|---|---|
| MADE IN: | CHINA (MAINLAND) |
| CONTENTS: | 1 Assortments |
| SEARS DIV | 654 |
| SEARS ITEM/SKU | 28745/346 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SK5351 | 101 | 086 | Division 4 | Collect | | 850019104389 | | FOOTWEAR BLIZZARD 346 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |
| | | **Quantity** 44 Assortments | | **Cartons** 44 | | **Pieces** 528 | | **Gross Weight** 880 KGS | | **Volume** 10.349000 CBMS | |

**Marks and Numbers**

| SEARS | SK5351 |
|---|---|

| ITEM NO: | 850019104447 |
|---|---|
| MADE IN: | CHINA (MAINLAND) |
| CONTENTS: | 1 Assortments |
| SEARS DIV | 654 |
| SEARS ITEM/SKU | 28745/181 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SK5351 | 101 | 086 | Division 4 | Collect | | 850019104447 | | FOOTWEAR BLIZZARD 181 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |
| | | **Quantity** 206 Assortments | | **Cartons** 206 | | **Pieces** 2,472 | | **Gross Weight** 4,120 KGS | | **Volume** 48.451000 CBMS | |

| Marks and Numbers | |
|---|---|
| **SEARS** | SL5350 |
| **ITEM NO:** | 850019104132 |
| **MADE IN:** | CHINA (MAINLAND) |
| **CONTENTS:** | 1  Assortments |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 28746/181 |

# POC #6106

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SL5350 | 101 | 086 | Division 4 | Collect | | 850019104132 | | FOOTWEAR BLIZZARD 181 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |
| | | **Quantity** 30 | Assortments | **Cartons** 30 | | **Pieces** 360 | | **Gross Weight** 600 KGS | | **Volume** 7.056000 CBMS | |

**SHIPPING TOTALS**

| | |
|---|---|
| **Total Number of Cartons** | 280 |
| **Gross Weight** | 5,600 KGS |
| **Volume** | 65.856000 CBMS |
| **Comments** | Please reply to Alice within 24 hours |

**SHIPPING DECLARATIONS**

We hereby certify that this shipment does not contain solid wood packing material.

**UPS Supply Chain Solutions℠** (ups)  OTI License No. 275F  **FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 146800709289 | CARGO RECEIPT NO. 7179419698 |
|---|---|---|
| FORTUNE CREATION COMPANY LIMITED FUXIANG, LTD NAN-SIR NEW INDUSTRIAL ZONE, CHA-SHAN TOWN DONGGUAN GUANGDONG 523391 CHINA | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |

# POC #6106   09/03/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SEARS,ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE.**

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) APL FULLERTON 0TX11E1MA | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE LOS ANGELES,CA. | PLACE OF DELIVERY BY ON CARRIER DELANO,CA. | NUMBER OF ORIGINALS 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS PO#: ITEM NO: MADE IN :CHINA(MAINLAND) CONTENTS: SEARS DIV: SEARS ITEM/SKU: EGHU9256110/EMCPCF0868/40HC | 280CTNS | FCR DATE:9/3/2018 SHIP MODE:CY/CY SAILING DATE:9/10/2018 FREIGHT:COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL    AS PER ATTACHMENT | 5600KGS | 65.856CBM |

ORIGINAL

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| TRADEMARK RELEASE LETTER | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

**UPS SCS (CHINA) LIMITED XIAMEN BRANCH**

Issued by XIAMEN **AS AGENT FOR**
UPS SUPPLY CHAIN SOLUTIONS INC.

Authorized Signatures

Month ___9___ Day ___11___ Year ___2018___

POC #6106

Attachment No:    1            ***   UPS SUPPLY CHAIN SOLUTIONS,INC.   ***
                               ***   FORWARDER'S CARGO RECEIPT        ***

ATTACHMENT FOR    7179419698

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 206 | CTNS | FOOTWEAR BLIZZARD 181<br>PO:SK5351<br>ITEM:850019104447<br>REF:101<br>DEPT:086<br>HTS:6404199060 | 4120 | 48.451 |
| 30 | CTNS | FOOTWEAR BLIZZARD 181<br>PO:SL5350<br>ITEM:850019104132<br>REF:101<br>DEPT:086<br>HTS:6404199060 | 600 | 7.056 |
| 44 | CTNS | FOOTWEAR BLIZZARD 346<br>PO:SK5351<br>ITEM:850019104389<br>REF:101<br>DEPT:086<br>HTS:6404199060 | 880 | 10.349 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures

**COMMERCIAL INVOICE**  POC #6106

Page 1 of 2

DATE: August 29, 2018

INVOICE NO.: 201821373459

8321
FORTUNE CREATION COMPANY LIMITED
FUXIANG, NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Xiamen, China          SHIPPED TO: Delano , CA

MODE OF TRANSPORTATION: Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SL5350 | BLIZZARD 346 | 22 | 22 | 229.200  USD | 5,042.40  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 850019102649 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28746/346 | | | | | |

DESCRIPTION OF TYPE OF SHOE TALL SHAFT LACEUP D RING SUEDE WEATHER BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 60.1% MICROFIBER + 39.9% PU
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVERS THE ANKLE BUT NOT KNEE
SIZE RANGE 6-11 WHOLE SIZE ONLY
COMMISSION PERCENTAGE 0%
ROYALTY FOR TRADEMARK NAME HIGH SIERRA
ROYALTY  PERCENTAGE 10%
ROYALTY  PAYABLE TO  ACI INTERNATIONAL - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

| | | | |
|---|---|---|---|
| CONTRACT NO. | SL5350 | REFERENCE NO. | 101 |
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8321 |
| VENDOR ITEM CODE | 8321 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.     102737

XIAMEN GREENTOUCH SHOES CO LTD

ROOM 746, FENGNAN ST, TONAN TOWN

XIAMEN

FUJIAN

China

FTY MID NO.     CNXIAGRE746XIA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SEARS | SL5350 | BLIZZARD 181 | 136 | 136 | 229.200  USD | 31,171.20  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 850019104132 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 654 | | | | | |
| SEARS ITEM/SKU | 28746/181 | | | | | |

DESCRIPTION OF TYPE OF SHOE TALL SHAFT LACEUP D RING SUEDE WEATHER BOOT
GENDER WOMEN
UPPER MATERIAL IN PERCENT 60.1% MICROFIBER + 39.9% PU
OUTER SOLE MATERIAL IN PERCENT 100% TPR
TYPE OF CONSTRUCTION CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE COVERS THE ANKLE BUT NOT KNEE
SIZE RANGE 6-11 WHOLE SIZE ONLY
COMMISSION PERCENTAGE 0%
ROYALTY FOR TRADEMARK NAME HIGH SIERRA
ROYALTY  PERCENTAGE 10%
ROYALTY  PAYABLE TO  ACI INTERNATIONAL - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT 1

POC #6106

# COMMERCIAL INVOICE

**DATE:** August 29, 2018
**INVOICE NO.:** 201821373459

8321
FORTUNE CREATION COMPANY LIMITED
FUXIANG, NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SL5350 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 086 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8321 |
| **VENDOR ITEM CODE** | 8321 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    102737
XIAMEN GREENTOUCH SHOES CO LTD
ROOM 746, FENGNAN ST, TONAN TOWN
XIAMEN
FUJIAN
China
**FTY MID NO.**    CNXIAGRE746XIA

**PAYMENT TERM**        Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 158 | 158 | ASSORTMENTS | 36,213.60   USD |

TOTAL US DOLLARS THIRTY-SIX THOUSAND TWO HUNDRED THIRTEEN DOLLARS AND SIXTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| FORTUNE CREATION COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Miko |
| **EMPLOYEE TITLE** | Shipping Clerk |

# PACKING LIST

## POC #6106

**DATE:** August 29, 2018
**INVOICE NO.:** 201821373459

8321
FORTUNE CREATION COMPANY LIMITED
FUXIANG, NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China        **SHIPPED TO:** Delano, CA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|---|
| **SEARS** | SL5350 | BLIZZARD 346 | | | | | | | |
| **ITEM:** | 850019102649 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 12 | 0.235 | 20.000 | 19.000 | |
| **CONTENTS** | 1 ASSORTMENT | **TOTAL** | | 22 | 264 | 5.174 | 440.000 | 418.000 | 0.000 |
| **SEARS DIV** | 654 | **ASSORTMENTS PER INVOICE** | 22 | | | | | | |
| **SEARS ITEM/SKU** | 28746/346 | | | | | | | | |

| CONTRACT NO. | SL5350 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8321 |
| VENDOR ITEM CODE | 8321 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 100.0 | 56.0 | 42.0 | 0.235 |

### ASSORTMENT DETAIL:

| | | | | | QUANTITY (PIECES) | | NET NET WEIGHT | | |
|---|---|---|---|---|---|---|---|---|---|
| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
| 1910258-1 | | SUB KSN DESC: BLIZZARD SZ 6 562 | BROWN | 6.0 | 2 | 44 | 0.000 | 0.000 | 0.000 |
| 1910260-7 | | SUB KSN DESC: BLIZZARD SZ 7 564 | BROWN | 7.0 | 2 | 44 | 0.000 | 0.000 | 0.000 |
| 1910261-5 | | SUB KSN DESC: BLIZZARD SZ 8 566 | BROWN | 8.0 | 4 | 88 | 0.000 | 0.000 | 0.000 |
| 1910262-3 | | SUB KSN DESC: BLIZZARD SZ 9 568 | BROWN | 9.0 | 2 | 44 | 0.000 | 0.000 | 0.000 |
| 1910263-1 | | SUB KSN DESC: BLIZZARD SZ 10 570 | BROWN | 10.0 | 2 | 44 | 0.000 | 0.000 | 0.000 |
| | | **Total** | | | 12 | 264 | | 0.000 | 0.000 |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|---|---|---|
| **SEARS** | SL5350 | BLIZZARD 181 | | | | | | | |
| **ITEM:** | 850019104132 | | | | | | | | |
| **MADE IN** | CHINA (MAINLAND ) | **PER OUTER CARTON** | | | 12 | 0.235 | 20.000 | 19.000 | |
| **CONTENTS** | 1 ASSORTMENT | **TOTAL** | | 136 | 1,632 | 31.987 | 2,720.000 | 2,584.000 | 0.000 |
| **SEARS DIV** | 654 | **ASSORTMENTS PER INVOICE** | 136 | | | | | | |
| **SEARS ITEM/SKU** | 28746/181 | | | | | | | | |

| CONTRACT NO. | SL5350 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | RDE | DEPARTMENT NO. | 086 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8321 |
| VENDOR ITEM CODE | 8321 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |

**PACKING INSTRUCTIONS:**

| | LENGTH (CM) | WIDTH (CM) | HEIGHT (CM) | CUBIC METERS |
|---|---|---|---|---|
| **OUTER CARTON DIMENSIONS** | 100.0 | 56.0 | 42.0 | 0.235 |

### ASSORTMENT DETAIL:

| | | | | | QUANTITY (PIECES) | | NET NET WEIGHT | | |
|---|---|---|---|---|---|---|---|---|---|
| SKU | (OPTIONAL) | DESCRIPTION | COLOR | SIZE | PIECES PER CARTON | EXTENSION | PER PIECE | PER CARTON | EXTENSION |
| 1910258-1 | | SUB KSN DESC: BLIZZARD SZ 6 562 | BROWN | 6.0 | 1 | 136 | 0.000 | 0.000 | 0.000 |
| 1910260-7 | | SUB KSN DESC: BLIZZARD SZ 7 564 | BROWN | 7.0 | 2 | 272 | 0.000 | 0.000 | 0.000 |

PACKING LIST **POC #6106**

**DATE:** August 29, 2018

**INVOICE NO.:** 201821373459

8321
FORTUNE CREATION COMPANY LIMITED
FUXIANG, NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN
GUANGDONG
China
523391

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Xiamen, China          **SHIPPED TO:** Delano, CA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1910261-5 | SUB KSN DESC: BLIZZARD SZ 8 566 | BROWN | 8.0 | 3 | 408 | 0.000 | 0.000 | 0.000 |
| 1910262-3 | SUB KSN DESC: BLIZZARD SZ 9 568 | BROWN | 9.0 | 3 | 408 | 0.000 | 0.000 | 0.000 |
| 1910263-1 | SUB KSN DESC: BLIZZARD SZ 10 570 | BROWN | 10.0 | 2 | 272 | 0.000 | 0.000 | 0.000 |
| 1910274-8 | SUB KSN DESC: BLIZZARD SZ 11 572 | BROWN | 11.0 | 1 | 136 | 0.000 | 0.000 | 0.000 |
| | **Total** | | | 12 | 1,632 | | 0.000 | 0.000 |

| | QUANTITY (CARTONS) | QUANTITY (PIECES) | CUBIC METERS | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | NET NET WEIGHT (KGS) |
|---|---|---|---|---|---|---|
| **TOTAL PACKING LIST** | 158 | 1,896 | 37.162 | 3,160.000 | 3,002.000 | 0.000 |

We hereby certify that this shipment does not contain solid wood packing material.

| FORTUNE CREATION COMPANY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Miko |
| **EMPLOYEE TITLE** | Shipping Clerk |

| Shipper | Pickup Details | Pickup Details (Local Language) |
|---|---|---|
| XIAMEN GREENTOUCH SHOES CO LTD<br>ROOM 746, FENGNAN ST, TONAN TOWN<br>XIAMEN<br>FUJIAN<br>China | XIAMEN GREENTOUCH SHOES CO LTD<br>ROOM 746, FENGNAN ST, TONAN TOWN<br>XIAMEN<br>FUJIAN<br>China | |

| | Pickup Contact Name | Miko |
|---|---|---|
| | Pickup Contact Phone | 0769-88650866 |
| | Pickup Contact Fax | 0769-88650868 |

| Customer | Consignee |
|---|---|
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL - 60179<br>USA | SEARS ROEBUCK & CO.<br>3333 Beverly Road<br>Hoffman Estates, IL<br>60179<br>United States |

| Load Type | CFS | Equipment Required | |
|---|---|---|---|
| Cargo Type | Flat | | |
| Ship Terms | Free on Board | Inland Carrier | Vendor |
| Port of Loading | Xiamen, CN | Party Responsible for Local Charges | XIAMEN GREENTOUCH SHOES CO LTD |
| Final Destination | RDE, Delano, CA, USA | Party Responsible for Local Charges (Local Language) | |

| Documents Cutoff Date | 08/29/2018 | Return Export Documents To (Local Language) |
|---|---|---|
| Return Export Documents To | | |

---

**Marks and Numbers**

| SEARS | SL5350 |
|---|---|

| **ITEM NO:** | 850019102649 |
|---|---|
| **MADE IN:** | CHINA (MAINLAND) |
| **CONTENTS:** | 1 Assortments |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 28746/346 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SL5350 | 101 | 086 | Division 4 | Collect | | 850019102649 | | FOOTWEAR BLIZZEAR 346 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |
| | | **Quantity** 22 Assortments | | **Cartons** 22 | | **Pieces** 264 | | **Gross Weight** 440 KGS | | **Volume** 5.174000 CBMS | |

---

**Marks and Numbers**

| SEARS | SL5350 |
|---|---|

| **ITEM NO:** | 850019104132 |
|---|---|
| **MADE IN:** | CHINA (MAINLAND) |
| **CONTENTS:** | 1 Assortments |
| **SEARS DIV** | 654 |
| **SEARS ITEM/SKU** | 28746/181 |

| Purchase Order | User Ref | Dept | Division | Freight Payment Terms | Letter of Credit | Item Number | Local Language Commodity Description | Commodity Description | Country of Origin | HTS Number | Quota Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SL5350 | 101 | 086 | Division 4 | Collect | | 850019104132 | | FOOTWEAR BLIZZEAR 181 | CHINA (MAINLAND) | 6404.19.9060 | RNONE |
| | | **Quantity** 136 Assortments | | **Cartons** 136 | | **Pieces** 1,632 | | **Gross Weight** 2,720 KGS | | **Volume** 31.987000 CBMS | |

---

**SHIPPING TOTALS**

| Total Number of Cartons | 158 |
|---|---|
| Gross Weight | 3,160 KGS |
| Volume | 37.162000 CBMS |
| Comments | Please reply to Alice within 24 hours |

**SHIPPING DECLARATIONS**

We hereby certify that this shipment does not contain solid wood packing material.

**UPS Supply Chain Solutions™**

OTI License No. 275F

**FORWARDER'S CARGO RECEIPT**

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
FORTUNE CREATION COMPANY LIMITED
FUXIANG, LTD NAN-SIR NEW INDUSTRIAL
ZONE, CHA-SHAN TOWN
DONGGUAN GUANGDONG 523391 CHINA

BOOKING NO.
146800709271

CARGO RECEIPT NO.
7179419665

EXPORT REFERENCES

DATE OF RECEIPT OF CARGO
08/28/2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS,ROEBUCK AND CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179 USA

# POC #6106

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE:(310) 404-2792  FAX: (310) 404 2962
ATTN: MARY ELLEN WRATSCHKO

**THIS IS NOT A DOCUMENT OF TITLE.**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.
Declared Value is:

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER XIAMEN,CN | EXPORT LICENSE NO. |
| --- | --- | --- |
| EXPORT CARRIER (VESSEL/VOY/FLAG) APL FULLERTON 0TX11E1MA | PORT OF LOADING XIAMEN,CN | |
| PORT OF DISCHARGE LOS ANGELES,CA. | PLACE OF DELIVERY BY ON CARRIER DELANO,CA. | NUMBER OF ORIGINALS 1 |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| --- | --- | --- | --- | --- |
| SEARS PO#: ITEM NO. MADE IN CHINA(MAINLAND) CONTENTS: SEARS DIV: SEARS ITEM/SKU: EISU1643110/EMCQPZ1937/40STD | 158CTNS | FCR DATE:8/28/2018 SHIP MODE:CFS/CY SAILING DATE:9/10/2018 FREIGHT COLLECT THE ABOVE SHIPMENT CONTAINS NO (SOLID) WOOD PACKING MATERIAL | 3160KGS | 17.161CBM |

ORIGINAL

AS PER ATTACHMENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only.

In accordance with instruction from Buyer, we have received the following documents from shipper on:

| Document List | Original | Copy |
| --- | --- | --- |
| COMMERCIAL INVOICE | 1 | 1 |
| PACKING LIST | 1 | 1 |
| INTERIM FOOTWEAR INVOICE | 1 | 1 |
| TRADEMARK RELEASE LETTER | 1 | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of this document which are incorporated here by reference. These Terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

*[signature]*

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Issued by _____ Authorized Signatures

Month ___9___ Day ___11___ Year ___2018___

Attachment No:    1                          ***   UPS SUPPLY CHAIN SOLUTIONS,INC.   ***
                                             ***   FORWARDER'S CARGO RECEIPT          ***
ATTACHMENT
FOR              7179419665

| Packages: | | Description: | Kgs: | Cbm: |
|---|---|---|---|---|
| 136 | CTNS | FOOTWEAR BLIZZARD 181<br>PO:SL5350<br>ITEM:850019104132<br>REF:101<br>DEPT:086<br>HTS:6404199060 | 2720 | 31.987 |
| 22 | CTNS | FOOTWEAR BLIZZARD 346<br>PO:SL5350<br>ITEM:850019102649<br>REF:101<br>DEPT:086<br>HTS:6404199060 | 440 | 5.174 |

UPS SCS (CHINA) LIMITED XIAMEN BRANCH

AS AGENT FOR
UPS SUPPLY CHAIN SOLUTIONS INC.
Authorized Signatures



# Electronic Proof of Claim

Adobe Sign Document History                    12/11/2018

| | |
|---|---|
| Created: | 12/10/2018 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAg1d_sgFswGWU44IOu45-2L96yfQB03og |

## "Electronic Proof of Claim" History

Widget created by Sears Claims (searsclaims@primeclerk.com)
12/10/2018 - 9:43:17 PM EST

Cindy Dai (cindy_dai@fortunecreation.com.cn) uploaded the following supporting documents:
  Attachment
12/10/2018 - 9:50:29 PM EST

Widget filled in by Cindy Dai (cindy_dai@fortunecreation.com.cn)
12/10/2018 - 9:50:29 PM EST- IP address: 153.254.110.34

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 6.1; Trident/7.0; rv:11.0) like Gecko)
12/10/2018 - 9:50:32 PM EST- IP address: 153.254.110.34

Signed document emailed to Cindy Dai (cindy_dai@fortunecreation.com.cn) and Sears Claims (searsclaims@primeclerk.com)
12/10/2018 - 9:50:32 PM EST

# Exhibit B

Claim 6105 & 6106 Notice of Transfer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: SEARS HOLDINGS CORPORATION                    Case No. 18-23538

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice
pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the
claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP**<br>Name of Transferee | **Fortune Creation Company Limited**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012<br>Attn: Brian Brager<br>Email: bbrager@bradfordcapitalmgmt.com<br>Phone: (862) 249-1349 | Scheduled Claim Number: 495312<br>Scheduled Claim Amount: $99,605.67<br>Proof of Claim Number 6106<br>Proof of Claim Amount: $100,389.60<br><br><br>Scheduled Claim Number: 696248<br>Scheduled Claim Amount: $171,175.20<br>Proof of Claim Number: 6105<br>Proof of Claim Amount: $171,175.20 |

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: /s/ Brian Brager                          Date: 8/23/19
Transferee/Transferee's Agent

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court
           Southern District of New York
           Attention: Clerk

AND TO:    Sears Holdings Corporation ("Debtor")
           Case No. 18-23538

Proof of Claim #: 6105, 6106
Proof of Claim Amount:  $271,564.80
Schedule # 495312, 696248
Schedule Amount: $270,780.87

FORTUNE CREATION COMPANY LIMITED, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

Its successors and assigns ("Assignee"), all rights, title and interest in and to the administrative priority claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this ___6th___ day of August  2019.

ASSIGNOR                                      ASSIGNEE
FORTUNE CREATION COMPANY LIMITED              Bradford Capital Holdings, LP
                                              By: Bradford Capital GP, LLC, its General Partner

By: _____                  By: _____
Name: TSUNG CHEH HUNG                         Name: Brian Brager
Title: CEO                                    Title: Managing Member

# Exhibit C

Proof of Delivery For Claim 6105 & 6106



Claim # 6105

CFS shipment

FCR# 7185275097

PO# D689J D689K D682R

## Shipment Progress

| Date | Location | Activity |
|---|---|---|
| **2018/10/24 11:13** | - | **Cleared Customs** |
| 2018/10/24 11:00 | - | Shipment in Customs |
| 2018/10/19 6:34 | - | ISF Matched to AMS Bill On File |
| 2018/10/18 2:22 | New York, NY, United States | Scheduled Arrival |
| 2018/09/17 19:44 | Xiamen, 35, China | Documents received from shipper |
| 2018/09/17 19:44 | Xiamen, 35, China | Date Available to Ship |
| 2018/09/14 0:22 | Xiamen, 35, China | Scheduled Departure |
| 2018/09/14 0:22 | Xiamen, 35, China | Departure |
| 2018/09/12 5:34 | - | U.S. Import Security Filing accepted, pending AMS match |
| 2018/09/12 5:34 | - | ISF Data Accepted (Error Free) |
| 2018/09/12 0:22 | Xiamen, 35, China | Planned Pickup Date |

## Shipment Details

**Service**
UPS Ocean Forwarding

**Shipment Weight**
713 KGS

**Number of Pieces**
46

**Shipment Volume**
13.57 CBM

**Description of Goods**
GDSM

**Origin Port**
CNXMN

**Estimated Departure**
2018/09/14

**Destination Port**
USMDT

**Estimated Arrival**
2018/10/23

**File Number**
601999982557200

**Manifest**
2018/09/12



# Delivered

**Delivered To**
CHAMBERSBURG, PA, US

We care about the security of your parcel. Log in to get more details about your delivery.

**Delivered On**
**Thursday**
**2018/10/18**

**Delivery Time**
**at 20:15**

*Claim # 6105*
*CY shipment*
*FCR# 7185275108*
*PO# D689J D689K D682R*

Send Updates

## Shipment Progress

| Date | Location | Activity |
|------|----------|----------|
| **2018/10/18  20:15** | **Newark, NJ, United States** | **Available for final distribution** |
| 2018/10/11  4:18 | - | Cleared Customs |
| 2018/10/11  4:10 | - | Shipment in Customs |
| 2018/10/11  0:22 | New York, NY, United States | Scheduled Arrival |
| 2018/10/11  0:22 | Middletown, PA, United States | Confirmed Arrival At Final Carrier B/L Point |
| 2018/10/11  0:22 | New York, NY, United States | Arrival |
| 2018/10/11  0:22 | Middletown, PA, United States | Arrived At Destination Country |
| 2018/10/05  6:20 | - | ISF Matched to AMS Bill On File |
| 2018/09/10  14:04 | Xiamen, 35, China | Documents received from shipper |
| 2018/09/10  14:04 | Xiamen, 35, China | Date Available to Ship |

## Shipment Details

**Service**
UPS Ocean Forwarding [↗]

**Shipment Weight**
6804 KGS

**Number of Pieces**
439

**Shipment Volume**
133.443 CBM

**Description of Goods**
GDSM

**Origin Port**
CNXMN

**Estimated Departure**
2018/09/07

**Destination Port**
USMDT

**File Number**
601999982487110

**Manifest**



## Shipment Progress

| Date | Location | Activity |
|------|----------|----------|
| 2018/10/08  4:13 | Los Angeles, CA, United States | Available for final distribution |
| 2018/09/30  20:00 | Long Beach, CA, United States | Scheduled Arrival |
| 2018/09/30  20:00 | Ontario, CA, United States | Confirmed Arrival At Final Carrier B/L Point |
| 2018/09/30  20:00 | Long Beach, CA, United States | Arrival |
| 2018/09/30  20:00 | Ontario, CA, United States | Arrived At Destination Country |
| 2018/09/28  21:36 | - | Cleared Customs |
| 2018/09/28  21:31 | - | Shipment in Customs |
| 2018/09/17  10:47 | Xiamen, 35, China | Documents received from shipper |
| 2018/09/17  10:47 | Xiamen, 35, China | Date Available to Ship |
| 2018/09/17  9:20 | - | ISF Matched to AMS Bill On File |

## Shipment Details

**Service**
UPS Ocean Forwarding [↗]

**Shipment Weight**
6215.5 KGS

**Number of Pieces**
401

**Shipment Volume**
121.305 CBM

**Description of Goods**
GDSM

**Origin Port**
CNXMN

**Estimated Departure**
2018/09/15

**Destination Port**
USONT

**File Number**
601999982560100

**Manifest**



## Delivered

**Delivered To**
DELANO, CA, US

We care about the security of your parcel. Log in to get more details about your delivery.

**Delivered On**
Sunday 2018/09/30

**Delivery Time**
at 17:15

*Claim # 6106*

*CFS shipment*

*FCR# 7179419665*

*PO# SK5351 SL5350*

Send Updates

### Shipment Progress

| Date | Location | Activity |
|------|----------|----------|
| 2018/09/30 17:15 | Los Angeles, CA, United States | Available for final distribution |
| 2018/09/25 16:30 | - | Cleared Customs |
| 2018/09/23 13:24 | - | Shipment in Customs |
| 2018/09/22 8:30 | Los Angeles, CA, United States | Scheduled Arrival |
| 2018/09/22 8:30 | Los Angeles, CA, United States | Confirmed Arrival At Final Carrier B/L Point |
| 2018/09/22 8:30 | Los Angeles, CA, United States | Arrival |
| 2018/09/22 8:30 | Los Angeles, CA, United States | Arrived At Destination Country |
| 2018/09/10 14:51 | Xiamen, 35, China | Documents received from shipper |
| 2018/09/10 14:51 | Xiamen, 35, China | Date Available to Ship |
| 2018/09/10 4:58 | - | ISF Matched to AMS Bill On File |
| 2018/09/09 17:42 | Xiamen, 35, China | Scheduled Departure |
| 2018/09/09 17:42 | Xiamen, 35, China | Departure |

### Shipment Details

**Service**
UPS Ocean Forwarding

**Shipment Weight**
3160 KGS

**Number of Pieces**
158

**Shipment Volume**
37.162 CBM

**Description of Goods**
GDSM

**Origin Port**
CNXMN

**Estimated Departure**
2018/09/09

**Destination Port**
USLAX

**File Number**
6019993824672L0

**Manifest**
2018/09/05

**Shipment Category**
House Bill of Lading



# Delivered

**Delivered To**
DELANO, CA, US

We care about the security of your parcel. Log in to get more details about your delivery.

**Delivered On**
**Sunday**
**2018/09/30**

**Delivery Time**
**at 17:15**

Send Updates

*Claim # 6106*

*CY shipment*

*FCR# 7179419698*

*PO# SK5351 SL5350*

## Shipment Progress

| Date | Location | Activity |
|------|----------|----------|
| **2018/09/30 17:15** | **Los Angeles, CA, United States** | **Available for final distribution** |
| 2018/09/25 16:50 | - | Cleared Customs |
| 2018/09/23 13:24 | - | Shipment in Customs |
| 2018/09/22 8:30 | Los Angeles, CA, United States | Scheduled Arrival |
| 2018/09/22 8:30 | Los Angeles, CA, United States | Confirmed Arrival At Final Carrier B/L Point |
| 2018/09/22 8:30 | Los Angeles, CA, United States | Arrival |
| 2018/09/22 8:30 | Los Angeles, CA, United States | Arrived At Destination Country |
| 2018/09/10 14:47 | Xiamen, 35, China | Documents received from shipper |
| 2018/09/10 14:47 | Xiamen, 35, China | Date Available to Ship |
| 2018/09/10 4:53 | - | ISF Matched to AMS Bill On File |
| 2018/09/09 21:49 | Xiamen, 35, China | Scheduled Departure |
| 2018/09/09 21:49 | Xiamen, 35, China | Departure |

## Shipment Details

**Service**
UPS Ocean Forwarding

**Shipment Weight**
5600 KGS

**Number of Pieces**
280

**Shipment Volume**
65.856 CBM

**Description of Goods**
GDSM

**Origin Port**
CNXMN

**Estimated Departure**
2018/09/09

**Destination Port**
USLAX

**File Number**
601999982483210

**Manifest**
2018/09/05

**Shipment Category**
House Bill of Lading

**RIMON, P.C.**
Patrick Maschio
Douglas Schneller
245 Park Avenue
New York, NY 10167
Tel: (212) 612-5194
Email: Patrick.Maschio@rimonlaw.com
Email: Douglas.Schneller@rimonlaw.com

*Counsel to Bradford Capital Holdings, LP*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>          Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Patrick Maschio, an attorney admitted to practice in the State of New York, hereby certify that I caused a copy of the *LIMITED RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)* to be served upon the parties below as follows:

(i) On October 31,2018 to all those parties who receive electronic notifications by operation of the Court's electronic notification system; and

(ii) to be served via U.S. mail on November 1, 2019 upon the parties listed below:

| | |
|---|---|
| Honorable Robert D. Drain<br>US Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | Weil, Gotshal, & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Ray C. Schrock, Esq.,<br>Jacqueline Marcus, Esq., Garrett A.<br>Fail, Esq., and Sunny Singh, Esq |

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

Attn: Philip C. Dublin, Esq., Ira
Dizengoff, Esq., and Sara Lynne
Brauner, Esq.

*/s/ Patrick Maschio*
Rimon, P.C.
Patrick Maschio
245 Park Avenue
New York, NY 10167
(212) 612-5194
Email: Patrick.Maschio@rimonlaw.com
Email: Douglas.Schneller@rimonlaw.com