**RIMON, P.C.**
Patrick Maschio
Douglas Schneller
245 Park Avenue
New York, NY 10167
Tel: (212) 612-5194
Email: Patrick.Maschio@rimonlaw.com
Email: Douglas.Schneller@rimonlaw.com

*Counsel to Bradford Capital Holdings, LP*

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>        Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Patrick Maschio, an attorney admitted to practice in the State of New York, hereby certify that I caused a copy of the *LIMITED RESPONSE TO DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)* to be served upon the parties below as follows:

(i) On October 31, 2018 to all those parties who receive electronic notifications by operation of the Court's electronic notification system; and

(ii) to be served via U.S. mail on November 1, 2019 upon the parties listed below:

| | |
|---|---|
| Honorable Robert D. Drain<br>US Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | Weil, Gotshal, & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Ray C. Schrock, Esq.,<br>Jacqueline Marcus, Esq., Garrett A.<br>Fail, Esq., and Sunny Singh, Esq |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036 | |

9

Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.

*/s/ Patrick Maschio*
Rimon, P.C.
Patrick Maschio
245 Park Avenue
New York, NY 10167
(212) 612-5194
Email: Patrick.Maschio@rimonlaw.com
Email: Douglas.Schneller@rimonlaw.com

10

## Label 1

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE (212) 612-5194
Rimon P.C.
245 Park Ave, 39th fl
New York, NY 10167
Attn: Patrick Maschio

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED

Delivery Options:
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT)  PHONE (914) 467-7250
Hon. Robert D. Drain
USBC Southern Dist. of NY
300 Quarropas Street
White Plains NY

ZIP + 4: 10601

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

EE 266963950 US

**UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 10011
Scheduled Delivery Date: 11/01/19
Postage: $25.50

Date Accepted: 10/31/19
Scheduled Delivery Time: ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 4:05 ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

Weight: ☑ Flat Rate
Acceptance Employee Initials: CB
Total Postage & Fees: $25.50

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    2-CUSTOMER COPY

## Label 2

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE (212) 612-5194
Rimon P.C.
245 Park Ave, 39th fl
New York, NY 10167
Attn: Patrick Maschio

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED

TO: (PLEASE PRINT)  PHONE (212) 310-8000
Weil Gotshal Manges
767 F. 5th Ave
New York NY
Attn: Garret Fail, R. Schrock, J. Marcus, S. Singh

ZIP + 4: 10153-0119

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

EE 266964853 US

**UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 10011
Scheduled Delivery Date: 11/01/19
Postage: $25.50

Date Accepted: 10/31/19
Scheduled Delivery Time: ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 4:03 ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

Weight: ☑ Flat Rate
Acceptance Employee Initials: CB
Total Postage & Fees: $25.50

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (212) 612-5194
Rimon P.C.
245 Park Ave, 39th Fl
New York, NY 10167
Attn: Patrick Maschio

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE (212) 872-1000
Akin Gump
One Bryant Park
New York, NY
Attn: P. Dublin, I. Dizengoff + S. Brauner

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 3 6 - 6 7 4 5

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EE 266964840 US

**UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™**

**ORIGIN** (POSTAL SERVICE USE ONLY)
☒ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code: 10011
Scheduled Delivery Date (MM/DD/YY): 11/01/19
Postage: $25.50

Date Accepted (MM/DD/YY): 10/31/19
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 4:02 ☐ AM ☒ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $25.50

Weight: ___ lbs ___ ozs    ☐ Flat Rate
Acceptance Employee Initials: [initials]

**DELIVERY** (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    **2-CUSTOMER COPY**