

**RutbergBreslow.com**

October 21, 2019

United States Bankruptcy Court
Clerk's Office
300 Quarropas Street
White Plains, NY 10601

Re:   <u>In re</u>: Sears Holdings Corporation, *et al.*
      Chapter 11 – Case No. 18-23538 (RDD)
      Our File: Mary McCagg v. Kmart
      Our File No: 17-212

Dear Sir or Madam:

Enclosed for filing is movant's Notice of Withdrawal of Motion for Relief from the Automatic Stay for the filing.

Thank you.

Very truly yours,

RUTBERG BRESLOW PERSONAL INJURY LAW

By:
    JENNIFER L. LANGLEY

JLL/lm
Encls.

CC:   <u>with Enclosures</u>
      Garrett A. Fail, Esq.
      Kyle TumSuden, Esq.
      Weil, Gotshal & Manges LLP

      <u>with Enclosures</u>
      Allen F. Light, Esq.
      Barclay Damon, LLP

Hudson Valley
3344 Route 9 North
Poughkeepsie, NY 12601
*please send all mail to the
Hudson Valley Office
tel: 845.486.0300
fax: 845.486.0270

Orange County
Middletown
tel: 845.566.4321

Catskills
Monticello
tel: 845.791.4321

Mohawk Valley
Utica
tel: 315.724.4321

Capital District
Albany
tel: 518.432.4321

Truth is Powerful

We Help Injured People and Their Families

Counsel: Marty Rutberg: *Partner* | Larry Breslow: *Partner*
Jennifer L. Langley | Levi Lipton | Gerald A. Vergilis: *Of Counsel*

RUTBERG BRESLOW
   PERSONAL INJURY LAW
Jennifer L. Langley, Esq.
3344 Route 9 North, Suite 100
Poughkeepsie, New York 12601
Telephone: (845) 486-0300
Facsimile: (845) 486-0270
E-mail: jen@rutbergbreslow.com

*Attorneys for Mary McCagg*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re                                                : Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,                : Case No. 18-23538 (RDD)

Debtors.[1]                                          : (Jointly Administered)

---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Mary McCagg, by and through her undersigned counsel, hereby withdraws the *Motion for Relief from the Automatic Stay*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[ECF No. 4174], filed on December 13, 2018, in the above-captioned chapter 11 cases, without prejudice.

Dated: October 21, 2019
       Poughkeepsie, New York

By: *(signature)*
Jennifer L. Langley, Esq.
RUTBERG BRESLOW
  PERSONAL INJURY LAW
3344 Route 9 North, Suite 100
Poughkeepsie, New York 12601
Telephone: (845) 486-0300
Facsimile: (845) 486-0270
E-mail: jen@rutbergbreslow.com

*Attorneys for Mary McCagg*

## CERTIFICATE OF SERVICE

I, Lisa McCabe, hereby certify that a true and correct copy of the foregoing *Notice of Withdrawal of Motion for Relief from Automatic Stay* was filed electronically with the Bankruptcy Court on October 21, 2019, via the Bankruptcy Court's ECF System. A true and correct copy of the foregoing *Notice of Withdrawal of Motion for Relief from Stay* was served electronically via the Bankruptcy Court's ECF System on this October 21, 2019, upon all parties registered to receive such notice by operation of the ECF System. In addition, true and correct copies were also served via first class United States mail upon the following parties:

Kyle J. TumSuden, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

I hereby certify that the foregoing statement made by me are true.

*/s/ Lisa McCabe*
Lisa McCabe