# Exhibit

## "A"

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SM1090 | TWILL CARG 34 X 29 BLACK | | | 3 | 72 | 7.670  USD | 552.24  USD |
| | | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043373562 | | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | | |
| **SEARS DIV** | 641 | | | | | | | |
| **SEARS ITEM/SKU** | 63525/349 | | | | | | | |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 34X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 34X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SM1090 | TWILL CARG 42 X 29 BLACK | | | 6 | 144 | 7.670  USD | 1,104.48  USD |
| | | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043373604 | | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | | |
| **SEARS DIV** | 641 | | | | | | | |
| **SEARS ITEM/SKU** | 63525/429 | | | | | | | |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 42X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 42X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| **FACTORY NO.** | 101991 |
|---|---|
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SM1090 | TWILL CARG 44 X 29 BLACK | | 4 CARTONS | 96 PIECES | 7.670 USD PIECES | 736.32 USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 370043373612 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/449 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 44X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 44X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 818 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| **FACTORY NO.** | 101991 |
|---|---|
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SM1090 | TWILL CARG 32 X 30 BLACK | | 1 CARTONS | 24 PIECES | 7.670 USD PIECES | 184.08 USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 370043373620 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/320 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 32X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 32X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

# COMMERCIAL INVOICE

Page 3 of 33

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1090 | TWILL CARG 36 X 32 BLACK | | 3 CARTONS | 72 PIECES | 7.670 USD PIECES | 552.24 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370043373653 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/362 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 36X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 36X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1090 | TWILL CARG 38 X 30 BLACK | | 6 CARTONS | 144 PIECES | 7.670 USD PIECES | 1,104.48 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370043373661 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/380 |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 38X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 38X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SM1090 | TWILL CARG 38 X 32 BLACK | | 3 | 72 | 7.670  USD | 552.24  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373679 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/382 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 38X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 38X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

# COMMERCIAL INVOICE

Page 5 of 33

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SM1090 | TWILL CARG 40 X 30 BLACK | | | 2 CARTONS | 48 PIECES | 7.670  USD PIECES | 368.16  USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370043373687 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/400 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 40X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 40X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 34 X 29 DARK D | | | 7 CARTONS | 168 PIECES | 9.090  USD PIECES | 1,527.12  USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370043348960 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/349 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
SIZE: 34X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 36 X 29 DARK D | | | 6 | 144 | 9.090  USD | 1,308.96  USD |
|-------|--------|---------------------------|--|--|---|-----|------------|---------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043348994 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/369 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 38 X 29 DARK D | | | 5 | 120 | 9.090  USD | 1,090.80  USD |
|-------|--------|---------------------------|--|--|---|-----|------------|---------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043349349 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/389 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 40 X 29 DARK D | | 3 | 72 | 9.090  USD | 654.48  USD |
|-------|--------|---------------------------|---|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|--------|--------|
| **ITEM:** | 370043349364 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/409 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 |
|------------------|--------|-------------------|-----|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| **FACTORY NO.** | 101991 |
|-----------------|--------|

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 32 X 30 DARK D | | 2 | 48 | 9.090  USD | 436.32  USD |
|-------|--------|---------------------------|---|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|--------|--------|
| **ITEM:** | 370043349406 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/320 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
SIZE: 32X30
DESCRITPION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 |
|------------------|--------|-------------------|-----|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1096 | DENIM CARG 34 X 30 DARK D | | 6 | 144 | 9.090 USD | 1,308.96 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349422 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63528/340 | | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
SIZE: 34X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1096 | DENIM CARG 36 X 32 DARK D | | 2 | 48 | 9.090 USD | 436.32 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349455 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63528/362 | | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 38 X 30 DARK D | 4 | 96 | 9.090  USD | 872.64  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349471 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63528/380 | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 38 X 32 DARK D | 2 | 48 | 9.090  USD | 436.32  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349489 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63528/382 | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 40 X 30 DARK D | 4 | 96 | 9.090 USD | 872.64 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349547 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63528/400 | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 40 X 32 DARK D | 4 | 96 | 9.090 USD | 872.64 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349794 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63528/402 | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
SIZE: 40X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 44 X 30 DARK D | 3 | 72 | 9.090 USD | 654.48 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349828 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63528/440 | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 34 X 29 KHAKI | 7 | 168 | 7.670 USD | 1,288.56 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043373737 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63526/349 | | | | | |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 34X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 36 X 29 KHAKI | 5 | 120 | 7.670  USD | 920.40  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043373745 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63526/369 | | | | | |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 36X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 40 X 29 KHAKI | 7 | 168 | 7.670  USD | 1,288.56  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043373760 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**SEARS ITEM/SKU** | 63526/409

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 40X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| **SEARS** | SN1097 | TWILL CARG 32 X 30 KHAKI | | 2 | 48 | 7.670  USD | 368.16  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**    370043373802

**MADE IN**    BANGLADESH

**CONTENTS**    24 PIECES

**SEARS DIV**    641

**SEARS ITEM/SKU** | 63526/320

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 32X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1097 | TWILL CARG 34 X 30 KHAKI | | 2 | 48 | 7.670 USD | 368.16 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | | | | |
|---|---|---|---|---|---|
| **ITEM:** | 370043373828 | | | | |
| **MADE IN** | BANGLADESH | | | | |
| **CONTENTS** | 24 PIECES | | | | |
| **SEARS DIV** | 641 | | | | |
| **SEARS ITEM/SKU** | 63526/340 | | | | |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 34X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 817 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 36 X 32 KHAKI | | 4 | 96 | 7.670 USD | 736.32 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | | | | |
|---|---|---|---|---|---|
| **ITEM:** | 370043373844 | | | | |
| **MADE IN** | BANGLADESH | | | | |
| **CONTENTS** | 24 PIECES | | | | |
| **SEARS DIV** | 641 | | | | |
| **SEARS ITEM/SKU** | 63526/362 | | | | |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 36X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 817 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 38 X 30 KHAKI | | 5 | 120 | 7.670  USD | 920.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370043373851 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/380 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 38X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT SHORT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 817 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 38 X 32 KHAKI | | 2 | 48 | 7.670  USD | 368.16  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370043373869 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/382 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 38X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 817 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**         SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**         BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 40 X 30 KHAKI | | | 1 | 24 | 7.670  USD | 184.08  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

**ITEM:**         370043373877
**MADE IN**         BANGLADESH
**CONTENTS**         24  PIECES
**SEARS DIV**         641
**SEARS ITEM/SKU**    63526/400

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 40X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 817 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**         101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**         BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 36 X 29 OLIVE | | | 7 | 168 | 7.670  USD | 1,288.56  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

**ITEM:**         370043373935
**MADE IN**         BANGLADESH
**CONTENTS**         24  PIECES
**SEARS DIV**         641
**SEARS ITEM/SKU**    63527/369

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 36X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 38 X 29 OLIVE | 7 CARTONS | 168 PIECES | 7.670 USD PIECES | 1,288.56 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 370043373943 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63527/389 | | | | | |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 38X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 40 X 29 OLIVE | 5 CARTONS | 120 PIECES | 7.670 USD PIECES | 920.40 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 370043373950 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63527/409 | | | | | |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 40X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

FOB Bangladesh

NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

**MODE OF TRANSPORTATION:** Ocean

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**   BDMASGAR1431DHA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SEARS** | SN1098 | TWILL CARG 42 X 29 OLIVE | | 5 CARTONS | 120 PIECES | 7.670  USD PIECES | 920.40  USD |

| | |
|---|---|
| **ITEM:** | 370043373968 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/429 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 42X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**   BDMASGAR1431DHA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SEARS** | SN1098 | TWILL CARG 44 X 29 OLIVE | | 3 CARTONS | 72 PIECES | 7.670  USD PIECES | 552.24  USD |

| | |
|---|---|
| **ITEM:** | 370043373976 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**SEARS ITEM/SKU** | 63527/449

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 44X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| **SEARS** | SN1098 | TWILL CARG 32 X 30 OLIVE | | 2 | 48 | 7.670  USD | 368.16  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043373984 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63527/320 | |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 32X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1098 | TWILL CARG 34 X 30 OLIVE | | 3 | 72 | 7.670  USD | 552.24  USD |
|-------|--------|--------------------------|---|---|----|-----------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373992 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/340 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 34X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 36 X 30 OLIVE | | 4 | 96 | 7.670  USD | 736.32  USD |
|-------|--------|--------------------------|---|---|----|-----------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043374008 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/360 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 36X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

Page 21 of 33

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 36 X 32 OLIVE | | 2 | 48 | 7.670 USD | 368.16 USD |
|-------|--------|--------------------------|--|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043374016 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/362 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 36X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 38 X 30 OLIVE | | 5 | 120 | 7.670 USD | 920.40 USD |
|-------|--------|--------------------------|--|---|-----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043374024 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/380 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 38X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 38 X 32 OLIVE | | | 1 CARTONS | 24 PIECES | 7.670 USD PIECES | 184.08 USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370043374032 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/382 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 38X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 40 X 30 OLIVE | | | 3 CARTONS | 72 PIECES | 7.670 USD PIECES | 552.24 USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370043374057 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/400 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 40X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Wilmington , CA

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 44 X 30 OLIVE | 5 | 120 | 7.670 USD | 920.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043374172 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/440 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 44X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1147 | DENIM CARG 42 X 29 DARK D | 3 | 72 | 9.090 USD | 654.48 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043349372 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/429 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON 15% POLYESTER INDIGO DENIM, 76X48

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1147 | **REFERENCE NO.** | 815 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1147 | DENIM CARG 44 X 29 DARK D | 2 | 48 | 9.090  USD | 436.32  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349398 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63528/449 | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON 15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1147 | **REFERENCE NO.** | 815 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1147 | DENIM CARG 36 X 30 DARK D | 5 | 120 | 9.090  USD | 1,090.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349448 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63528/360 | | | | | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON 15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1147 | **REFERENCE NO.** | 815 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| **SEARS** | SN1147 | DENIM CARG 42 X 30 DARK D | | 2 CARTONS | 48 PIECES | 9.090  USD PIECES | 436.32  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 370043349810 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63528/420 | | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON 15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1147 | **REFERENCE NO.** | 815 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| **SEARS** | SN1163 | TWILL CARG 36 X 29 BLACK | | 7 CARTONS | 168 PIECES | 7.670  USD PIECES | 1,288.56  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 370043373570 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |

# COMMERCIAL INVOICE

Page 26 of 33

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**SEARS ITEM/SKU** | 63525/369

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 36X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 36X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 815 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| **SEARS** | SN1163 | TWILL CARG 38 X 29 BLACK | | 6 | 144 | 7.670  USD | 1,104.48  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370043373588 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/389 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 38X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 815 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1163 | TWILL CARG 40 X 29 BLACK | | 5 | 120 | 7.670  USD | 920.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043373596 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63525/409 | |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 40X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 815 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1163 | TWILL CARG 36 X 30 BLACK | | 3 | 72 | 7.670  USD | 552.24  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043373646 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63525/360 | |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 36X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 815 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1163 | TWILL CARG 42 X 30 BLACK | | 2 | 48 | 7.670 USD | 368.16 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373703 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/420 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 42X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 815 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1163 | TWILL CARG 44 X 30 BLACK | | 2 | 48 | 7.670 USD | 368.16 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373711 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/440 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 44X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 815 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SO1166 | TWILL CARG 38 X 29 KHAKI | | 4 | 96 | 7.670  USD | 736.32  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043373752 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/389 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 38X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 815 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1166 | TWILL CARG 42 X 29 KHAKI | | 6 | 144 | 7.670  USD | 1,104.48  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043373778 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/429 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 42X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 815 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

Page 30 of 33

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SO1166 | TWILL CARG 44 X 29 KHAKI | 3 CARTONS | 72 PIECES | 7.670 USD PIECES | 552.24 USD |
|-------|--------|--------------------------|-----------|-----------|-----------------|------------|

**ITEM:**     370043373794
**MADE IN**     BANGLADESH
**CONTENTS**     24 PIECES
**SEARS DIV**     641
**SEARS ITEM/SKU**     63526/449

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 44X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 815 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SO1166 | TWILL CARG 36 X 30 KHAKI | 6 CARTONS | 144 PIECES | 7.670 USD PIECES | 1,104.48 USD |
|-------|--------|--------------------------|-----------|-----------|-----------------|--------------|

**ITEM:**     370043373836
**MADE IN**     BANGLADESH
**CONTENTS**     24 PIECES
**SEARS DIV**     641
**SEARS ITEM/SKU**     63526/360

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 36X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 815 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**     101991

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1166 | TWILL CARG 40 X 32 KHAKI | | | 3 CARTONS | 72 PIECES | 7.670 USD PIECES | 552.24 USD |
|---|---|---|---|---|---|---|---|---|

| **ITEM:** | 370043373885 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/402 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 40X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 815 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1166 | TWILL CARG 42 X 30 KHAKI | | | 2 CARTONS | 48 PIECES | 7.670 USD PIECES | 368.16 USD |
|---|---|---|---|---|---|---|---|---|

| **ITEM:** | 370043373893 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/420 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 42X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 815 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1167 | TWILL CARG 40 X 32 OLIVE | | 3 | 72 | 7.670 USD | 552.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043374099 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63527/402 | | | | | | |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 40X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO1167 | **REFERENCE NO.** | 814 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1167 | TWILL CARG 42 X 30 OLIVE | | 3 | 72 | 7.670 USD | 552.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043374149 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63527/420 | | | | | | |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 42X30
DESCRIPTION: DAVID TAYLOR MENS WOVEN CVC TWILL CARGO PANT

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766874

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

NON DENIM
FABRICATION: WOVEN 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO1167 | **REFERENCE NO.** | 814 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

**PAYMENT TERM**    Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 230 | 5,520 | PIECES | 44,383.20  USD |

**TOTAL US DOLLARS FORTY-FOUR THOUSAND THREE HUNDRED EIGHTY-THREE DOLLARS AND TWENTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| EPIC DESIGNERS LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906340 | | 4 | 96 | 7.180 USD | 689.28 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 370616888293 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 24 PIECES | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 81906/340 | STYLE:MC9DT25101MM | | | | | |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| CONTRACT NO. | SM1092 | REFERENCE NO. | 817 |
|---|---|---|---|
| DC CODE | SHW | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8326 |
| VENDOR ITEM CODE | MC9DT25101MM | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 |

FACTORY NO.      101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906349 | | 11 | 264 | 7.180 USD | 1,895.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 370616888301 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 24 PIECES | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 81906/349 | | | | | | |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906360 | 10 | 240 | 7.180  USD | 1,723.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888319 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/360 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906362 | 6 | 144 | 7.180  USD | 1,033.92  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888327 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

---

**SEARS ITEM/SKU** | 81906/362

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

---

| **SEARS** | SM1092 | PNT CHAMBRY DT FF BE 04181906369 | | 21 CARTONS | 504 PIECES | 7.180 USD PIECES | 3,618.72 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 370616888335

**MADE IN** BANGLADESH

**CONTENTS** 24 PIECES

**SEARS DIV** 641

**SEARS ITEM/SKU** 81906/369

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

Page 4 of 83

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906380 | | 7 | 168 | 7.180  USD | 1,206.24  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888343 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/380 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906382 | | 8 | 192 | 7.180  USD | 1,378.56  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888350 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/382 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906389 | 21 | 504 | 7.180 USD | 3,618.72 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888368 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/389 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906400 | 12 | 288 | 7.180 USD | 2,067.84 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888376 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**SEARS ITEM/SKU** | 81906/400

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| **SEARS** | SM1092 | PNT CHAMBRY DT FF BE 04181906402 | 2 CARTONS | 48 PIECES | 7.180 USD PIECES | 344.64 USD |
|---|---|---|---|---|---|---|

**ITEM:** 370616888384

**MADE IN** BANGLADESH

**CONTENTS** 24 PIECES

**SEARS DIV** 641

**SEARS ITEM/SKU** | 81906/402

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906409 | | 19 CARTONS | 456 PIECES | 7.180  USD PIECES | 3,274.08  USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 370616888392 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/409 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906420 | | 9 CARTONS | 216 PIECES | 7.180  USD PIECES | 1,550.88  USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 370616888400 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/420 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906429 | | 22 | 528 | 7.180  USD | 3,791.04  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888418 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/429 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906440 | | 10 | 240 | 7.180  USD | 1,723.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888426 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |

# COMMERCIAL INVOICE

Page 9 of 83

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

---

**SEARS ITEM/SKU** | 81906/440

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

---

| **SEARS** | SM1092 | PNT CHAMBRY DT FF BE 04181906449 | 10 | 240 | 7.180 USD | 1,723.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888434 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/449 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 34 X 29 BLACK | | 5 | 120 | 6.290  USD | 754.80  USD |
|-------|--------|--------------------------|---|---|-----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040322968 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/349 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 34X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 34X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh
**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 34 X 30 BLACK | | 6 | 144 | 6.290  USD | 905.76  USD |
|-------|--------|--------------------------|---|---|-----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040322976 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/340 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR: BLACK/ SIZE: 34X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 34X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 36 X 29 BLACK | | 15 | 360 | 6.290  USD | 2,264.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370040322984 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63378/369 | | | | | | |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 36X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 36X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

Page 12 of 83

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **CONTRACT NO.** | SM1104 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | MC9DT25100MM |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 818 |
| **DEPARTMENT NO.** | 041 |
| **VENDOR NO.** | 8326 |
| **COUNTRY OF ORIGIN** | BANGLADESH |
| **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 38 X 29 BLACK | | 14 | 336 | 6.290 USD | 2,113.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040323016 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/389 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | |
|---|---|
| **CONTRACT NO.** | SM1104 |
| **DC CODE** | SHW |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | MC9DT25100MM |
| **BINDING RULING # OR PRECLASS #** | |

| | |
|---|---|
| **REFERENCE NO.** | 818 |
| **DEPARTMENT NO.** | 041 |
| **VENDOR NO.** | 8326 |
| **COUNTRY OF ORIGIN** | BANGLADESH |
| **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:**   Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SM1104 | TWILL PUTT 38 X 30 BLACK | | 10 | 240 | 6.290  USD | 1,509.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040323024 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/380 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 38 X 32 BLACK | | 2 | 48 | 6.290  USD | 301.92  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040323032 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/382 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X32
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X32
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 40 X 29 BLACK | 12 | 288 | 6.290 USD | 1,811.52 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040323040 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/409 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 40X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 40X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SM1104 | TWILL PUTT 40 X 30 BLACK | | 7 CARTONS | 168 PIECES | 6.290  USD PIECES | 1,056.72  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370040323057 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/400 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 40X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 40X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |
| **FACTORY NO.** | 101991 | | |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SM1104 | TWILL PUTT 42X29 BLACK | | 12 CARTONS | 288 PIECES | 6.290  USD PIECES | 1,811.52  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370040323073 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS DIV | 641 |
|---|---|
| SEARS ITEM/SKU | 63378/429 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 42X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 42X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 42 X 30 BLACK | 2 | 48 | 6.290 USD | 301.92 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| ITEM: | 370040323081 |
|---|---|
| MADE IN | BANGLADESH |
| CONTENTS | 24 PIECES |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 63378/420 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 42X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 42X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 44 X 29 BLACK | | 10 | 240 | 6.290  USD | 1,509.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040323099 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/449 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 44X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 44X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 44 X 30 BLACK | | 11 | 264 | 6.290  USD | 1,660.56  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370040323107 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/440 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 44X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 44X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1093 | CHAMBRAY CASUAL PANT 04163363469 | | 4 | 96 | 8.390  USD | 805.44  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370731172615 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/469 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

Page 19 of 83

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

SIZE: 46X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1093 | **REFERENCE NO.** | 817 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| **SEARS** | SN1093 | CHAMBRAY CASUAL PANT 04163363489 | 6 CARTONS | 144 PIECES | 8.390 USD PIECES | 1,208.16 USD |
|---|---|---|---|---|---|---|

**ITEM:** 370731172763
**MADE IN** BANGLADESH
**CONTENTS** 24 PIECES
**SEARS DIV** 641
**SEARS ITEM/SKU** 63363/489

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 48X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1093 | **REFERENCE NO.** | 817 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1093 | CHAMBRAY CASUAL PANT 04163363480 | | 4 | 96 | 8.390 USD | 805.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731172771 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/480 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 48X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1093 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1093 | CHAMBRAY CASUAL PANT 04163363500 | | 4 | 96 | 8.390 USD | 805.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731172805 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/500 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 50X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

Page 21 of 83

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1093 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| **SEARS** | SN1100 | PNT KHAKDT BACK ELAST FF 04181900320 | | | 4 | 96 | 6.290 USD | 603.84 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616886917 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/320 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900340 | | 6 CARTONS | 144 PIECES | 6.290 USD PIECES | 905.76 USD |
|-------|--------|--------------------------------------|--|-----------|------------|------------------|------------|

| ITEM: | 370616886974 |
|-------|--------------|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/340 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 |
|------------------|--------|-------------------|-----|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| **FACTORY NO.** | 101991 |
|-----------------|--------|

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900349 | | 12 CARTONS | 288 PIECES | 6.290 USD PIECES | 1,811.52 USD |
|-------|--------|--------------------------------------|--|------------|------------|------------------|--------------|

| ITEM: | 370616887006 |
|-------|--------------|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/349 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

FOB Bangladesh

**MODE OF TRANSPORTATION:** Ocean

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900360 | | 9 | 216 | 6.290 USD | 1,358.64 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887014 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/360 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900362 | | 7 CARTONS | 168 PIECES | 6.290 USD PIECES | 1,056.72 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887022 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/362 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900369 | | 15 CARTONS | 360 PIECES | 6.290 USD PIECES | 2,264.40 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887048 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| **SEARS DIV** | 641 |
|---|---|
| **SEARS ITEM/SKU** | 81900/369 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900380 | 7 | 168 | 6.290 USD | 1,056.72 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887055 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/380 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900382 | | 6 | 144 | 6.290  USD | 905.76  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887063 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/382 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900389 | | 18 | 432 | 6.290  USD | 2,717.28  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370616887089 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/389 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900400 | | 4 | 96 | 6.290  USD | 603.84  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370616887097 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/400 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:KHAKI / SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900402 | | 4 | 96 | 6.290 USD | 603.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887105 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81900/402 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900409 | | 12 | 288 | 6.290  USD | 1,811.52  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887113 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81900/409 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900420 | | 1 | 24 | 6.290 USD | 150.96 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370616887121 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 81900/420 | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900429 | | 14 | 336 | 6.290 USD | 2,113.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370616887139 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 81900/429 | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900440 | 6 | 144 | 6.290 USD | 905.76 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887147 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/440 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900449 | | | 14 CARTONS | 336 PIECES | 6.290  USD PIECES | 2,113.44  USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887154 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/449 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901349 | | | 12 CARTONS | 288 PIECES | 6.290  USD PIECES | 1,811.52  USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887295 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/349 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | SN1102 | PNT OLIVDT BACK ELAST FF 04181901360 | | | 10 | 240 | 6.290  USD | 1,509.60  USD |
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887303 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/360 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901369 | | 13 CARTONS | 312 PIECES | 6.290 USD PIECES | 1,962.48 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887337 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/369 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901380 | 9 | 216 | 6.290 USD | 1,358.64 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887345 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/380 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901382 | 6 | 144 | 6.290 USD | 905.76 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887352 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/382 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:OLIVE / SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901389 | | 16 | 384 | 6.290  USD | 2,415.36  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887378 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81901/389 | | | | | | |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901400 | | 7 CARTONS | 168 PIECES | 6.290 USD PIECES | 1,056.72 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887386 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/400 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901402 | | 5 CARTONS | 120 PIECES | 6.290 USD PIECES | 754.80 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887394 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/402 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901409 | | 13 CARTONS | 312 PIECES | 6.290 USD PIECES | 1,962.48 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887402 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/409 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901420 | 4 | 96 | 6.290  USD | 603.84  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887410 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/420 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901429 | | | 14 CARTONS | 336 PIECES | 6.290  USD PIECES | 2,113.44  USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887428 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/429 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901440 | | | 7 CARTONS | 168 PIECES | 6.290  USD PIECES | 1,056.72  USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887436 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS DIV | 641 |
|---|---|
| SEARS ITEM/SKU | 81901/440 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901449 | | 12 | 288 | 6.290 USD | 1,811.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887444 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81901/449 | | | | | | |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360469 | | 5 | 120 | 7.080 USD | 849.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731170866 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/469 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360460 | | 7 | 168 | 7.080  USD | 1,189.44  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731171112 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/460 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360462 | | 4 | 96 | 7.080  USD | 679.68  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731171120 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/462 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:KHAKI / SIZE:46X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360489 | | 4 | 96 | 7.080  USD | 679.68  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731171138 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63360/489 | | | | | | |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360480 | | | 1 | 24 | 7.080 USD | 169.92 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731171146 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/480 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360482 | 1 | 24 | 7.080 USD | 169.92 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731171161 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/482 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360509 | 1 | 24 | 7.080 USD | 169.92 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731171179 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/509 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:50X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:50X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**  101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**  BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360500 | 4 | 96 | 7.080 USD | 679.68 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731171187 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/500 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:50X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:50X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SO1182 | CHAMBRAY CASUAL PANT 04163363460 | | 5 CARTONS | 120 PIECES | 8.390  USD PIECES | 1,006.80  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370731172664 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/460 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:46X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1182 | **REFERENCE NO.** | 809 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SO1182 | CHAMBRAY CASUAL PANT 04163363462 | | 3 CARTONS | 72 PIECES | 8.390  USD PIECES | 604.08  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370731172755 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/462 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:46X32
FOLDED PACK

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1182 | **REFERENCE NO.** | 809 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SO1182 | CHAMBRAY CASUAL PANT 04163363482 | 1 | 24 | 8.390 USD | 201.36 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731172789 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/482 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:48X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1182 | **REFERENCE NO.** | 809 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SO1182 | CHAMBRAY CASUAL PANT 04163363502 | | 1 | 24 | 8.390  USD | 201.36  USD |
|-------|--------|----------------------------------|--|---|----|-----------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370731172813 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24  PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63363/502 | |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:50X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1182 | **REFERENCE NO.** | 809 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**          101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**          BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355349 | | 13 | 312 | 7.180  USD | 2,240.16  USD |
|-------|--------|-------------------------------|--|----|-----|-----------|---------------|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370731169736 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24  PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63355/349 | |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

Page 51 of 83

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355369 | | 25 | 600 | 7.180  USD | 4,308.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731169793 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/369 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355360 | | 22 | 528 | 7.180  USD | 3,791.04  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731169801 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| **SEARS DIV** | 641 |
|---|---|
| **SEARS ITEM/SKU** | 63355/360 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| **SEARS** | SP1095 | DENIM CASUAL PANT 04163355389 | | 4 | 96 | 7.180 USD | 689.28 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731170007 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/389 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355380 | | | 17 | 408 | 7.180  USD | 2,929.44  USD |
|-------|--------|-------------------------------|---|---|----|-----|-----------|--------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731170015 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/380 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355409 | | | 37 | 888 | 7.180  USD | 6,375.84  USD |
|-------|--------|-------------------------------|---|---|----|-----|-----------|--------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731170080 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/409 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355400 | | 3 CARTONS | 72 PIECES | 7.180 USD PIECES | 516.96 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370731170098 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/400 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SP1095 | DENIM CASUAL PANT 04163355402 | | 1 | 24 | 7.180 USD | 172.32 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370731170106 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/402 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SP1095 | DENIM CASUAL PANT 04163355429 | | 30 | 720 | 7.180 USD | 5,169.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370731170197 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/429 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355420 | | 5 | 120 | 7.180 USD | 861.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731170205 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/420 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355449 | | 25 | 600 | 7.180 USD | 4,308.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731170361 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| **SEARS DIV** | 641 |
|---|---|
| **SEARS ITEM/SKU** | 63355/449 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

| **FTY MID NO.** | BDMASGAR1431DHA |
|---|---|

| **SEARS** | SP1095 | DENIM CASUAL PANT 04163355440 | | 3 | 72 | 7.180  USD | 516.96  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370731170726 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/440 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

# COMMERCIAL INVOICE

Page 58 of 83

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**        BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904349 | | 7 | 168 | 6.290  USD | 1,056.72  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370616887972 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24  PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 81904/349 | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**        101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**        BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904360 | | 9 | 216 | 6.290  USD | 1,358.64  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370616887980 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24  PIECES | |
| **SEARS DIV** | 641 | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**SEARS ITEM/SKU** | 81904/360

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| **SEARS** | SP1101 | PANT NAVYDT BACK ELAS FF 04181904369 | | 9 | 216 | 6.290  USD | 1,358.64  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616888004 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81904/369 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904380 | | 5 | 120 | 6.290  USD | 754.80  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888012 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/380 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

Page 61 of 83

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904389 | | 1 CARTONS | 24 PIECES | 6.290  USD PIECES | 150.96  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616888038 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/389 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904400 | | 1 CARTONS | 24 PIECES | 6.290  USD PIECES | 150.96  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616888046 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/400 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:NAVY / SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904402 | | 7 | 168 | 6.290  USD | 1,056.72  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616888053 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81904/402 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**       SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904409 | | | 9 | 216 | 6.290 USD | 1,358.64 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888061 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/409 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904429 | | 15 CARTONS | 360 PIECES | 6.290 USD PIECES | 2,264.40 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616888095 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/429 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904440 | | 10 CARTONS | 240 PIECES | 6.290 USD PIECES | 1,509.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616888103 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/440 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904449 | | 9 | 216 | 6.290  USD | 1,358.64  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888111 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/449 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**FACTORY NO.**       101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**       BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903320 | | 1 | 24 | 6.290  USD | 150.96  USD |
|-------|--------|--------------------------------------|--|---|-----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370616887741 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 81903/320 | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**       101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**       BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903340 | | 4 | 96 | 6.290  USD | 603.84  USD |
|-------|--------|--------------------------------------|--|---|-----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887766 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

Page 67 of 83

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS DIV | 641 |
| --- | --- |
| SEARS ITEM/SKU | 81903/340 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
COLOR:STONE / SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| CONTRACT NO. | SP1103 | REFERENCE NO. | 817 |
| --- | --- | --- | --- |
| DC CODE | SHW | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8326 |
| VENDOR ITEM CODE | MC9DT25100MM | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 |

| FACTORY NO. | 101991 |
| --- | --- |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| FTY MID NO. | BDMASGAR1431DHA |

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903349 | 3 | 72 | 6.290 USD | 452.88 USD |
| --- | --- | --- | --- | --- | --- | --- |
| | | | CARTONS | PIECES | PIECES | |

| ITEM: | 370616887782 |
| --- | --- |
| MADE IN | BANGLADESH |
| CONTENTS | 24 PIECES |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 81903/349 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903360 | 4 | 96 | 6.290  USD | 603.84  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887790 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/360 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903362 | 1 | 24 | 6.290  USD | 150.96  USD |
|-------|--------|--------------------------------------|---|----|-----------|-------------|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887808 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/362 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903369 | 5 | 120 | 6.290  USD | 754.80  USD |
|-------|--------|--------------------------------------|---|-----|-----------|-------------|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887816 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/369 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:STONE / SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903380 | | 1 | 24 | 6.290  USD | 150.96  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887824 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81903/380 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903389 | | | 8 | 192 | 6.290  USD | 1,207.68  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887840 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/389 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903402 | | 4 | 96 | 6.290  USD | 603.84  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370616887865 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24  PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 81903/402 | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903409 | | 4 | 96 | 6.290  USD | 603.84  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370616887873 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24  PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 81903/409 | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903429 | | 6 CARTONS | 144 PIECES | 6.290 USD PIECES | 905.76 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 370616887899 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81903/429 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903440 | | 5 | 120 | 6.290  USD | 754.80  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887907 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/440 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903449 | | 5 | 120 | 6.290  USD | 754.80  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887915 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/449 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 817 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1108 | TWILL PUTT 46 X 29 BLACK | | 6 | 144 | 7.080 USD | 1,019.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370041536087 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/469 |

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 46X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKEETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1108 | TWILL PUTT 48 X 29 BLACK | | 7 | 168 | 7.080 USD | 1,189.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370041536129 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63379/489 | | | | | | |

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 48X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1108 | TWILL PUTT 48 X 30 BLACK | | 4 | 96 | 7.080 USD | 679.68 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370041536137 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/480 |

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 48X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

| **SEARS** | SP1108 | TWILL PUTT 50 X 29 BLACK | 1 CARTONS | 24 PIECES | 7.080  USD PIECES | 169.92  USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 370041536152 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63379/509 | | | | | |

STYLE: MC9DT25100BM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 50X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1108 | TWILL PUTT 50 X 30 BLACK | | | 3 | 72 | 7.080  USD | 509.76  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

**ITEM:**           370041536160
**MADE IN**         BANGLADESH
**CONTENTS**        24  PIECES
**SEARS DIV**       641
**SEARS ITEM/SKU**  63379/500

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 50X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 818 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SS1337 | PNT STNEDT BACK ELAST FF 04181903382 | | | 3 | 72 | 6.290  USD | 452.88  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

**ITEM:**           370616887832
**MADE IN**         BANGLADESH
**CONTENTS**        24  PIECES
**SEARS DIV**       641
**SEARS ITEM/SKU**  81903/382

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SS1337 | **REFERENCE NO.** | 810 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SS1337 | PNT STNEDT BACK ELAST FF 04181903420 | | 4 | 96 | 6.290  USD | 603.84  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887881 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/420 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SS1337 | **REFERENCE NO.** | 810 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SS1343 | TWILL PUTT 36 X 30 BLACK | | 4 | 96 | 6.290  USD | 603.84  USD |
|-------|--------|--------------------------|---|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370040322992 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24  PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63378/360 | |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 36X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOP,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SS1343 | **REFERENCE NO.** | 813 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SS1343 | TWILL PUTT 40 X 32 BLACK | | 2 | 48 | 6.290  USD | 301.92  USD |
|-------|--------|--------------------------|---|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370040323065 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24  PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63378/402 | |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 40X32
FOLDER PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKET, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

Page 81 of 83

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SS1343 | **REFERENCE NO.** | 813 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SS1344 | TWILL PUTT 46 X 32 BLACK | | 5 | 120 | 7.080 USD | 849.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370041536103 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/462 |

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 46X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SS1344 | **REFERENCE NO.** | 810 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SS1344 | TWILL PUTT 48 X 32 BLACK | | 1 | 24 | 7.080 USD | 169.92 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370041536145 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/482 |

STYLE: MC9DT25100BM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 48X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SS1344 | **REFERENCE NO.** | 810 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 958 | 22,992 | PIECES | 154,680.24  USD |

TOTAL US DOLLARS ONE HUNDRED FIFTY-FOUR THOUSAND SIX HUNDRED EIGHTY DOLLARS AND TWENTY-FOUR CENTS
ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201820766927

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| EPIC DESIGNERS LIMITED | |
|---|---|
| **EMPLOYEE NAME** | |
| **EMPLOYEE TITLE** | |

# COMMERCIAL INVOICE

Page 1 of 35

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SM1090 | TWILL CARG 34 X 29 BLACK | | 5 | 120 | 7.670 USD | 920.40 USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043373562 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63525/349 | | | | | | |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 34X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 34X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| **SEARS** | SM1090 | TWILL CARG 42 X 29 BLACK | | 3 | 72 | 7.670 USD | 552.24 USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043373604 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63525/429 | | | | | | |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 42X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 42X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**FACTORY NO.**      101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1090 | TWILL CARG 44 X 29 BLACK | 4 | 96 | 7.670  USD | 736.32  USD |
|-------|--------|--------------------------|---|----|-----------|-------------|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373612 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/449 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 44X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 44X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1090 | TWILL CARG 32 X 30 BLACK | 3 | 72 | 7.670  USD | 552.24  USD |
|-------|--------|--------------------------|---|----|-----------|-------------|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373620 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/320 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 32X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 32X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

# COMMERCIAL INVOICE

Page 3 of 35

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1090 | TWILL CARG 34 X 30 BLACK | 4 | 96 | 7.670  USD | 736.32  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373638 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/340 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 34X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 34X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1090 | TWILL CARG 36 X 32 BLACK | 4 | 96 | 7.670  USD | 736.32  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373653 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/362 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 36X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 36X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| CONTRACT NO. | SM1090 | REFERENCE NO. | 819 |
|---|---|---|---|
| DC CODE | SHW | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8326 |
| VENDOR ITEM CODE | SDTM002RT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 |

FACTORY NO.   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

FTY MID NO.   BDMASGAR1431DHA

| SEARS | SM1090 | TWILL CARG 38 X 30 BLACK | | 3 CARTONS | 72 PIECES | 7.670 USD PIECES | 552.24 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 370043373661 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 24 PIECES | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 63525/380 | | | | | | |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 38X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 38X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| CONTRACT NO. | SM1090 | REFERENCE NO. | 819 |
|---|---|---|---|
| DC CODE | SHW | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8326 |
| VENDOR ITEM CODE | SDTM002RT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 |

FACTORY NO.   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

FTY MID NO.   BDMASGAR1431DHA

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SM1090 | TWILL CARG 38 X 32 BLACK | | | 3 | 72 | 7.670 USD | 552.24 USD |
|-------|--------|--------------------------|--|--|---|----|-----------|------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043373679 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/382 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 38X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 38X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1090 | TWILL CARG 40 X 30 BLACK | | | 4 | 96 | 7.670 USD | 736.32 USD |
|-------|--------|--------------------------|--|--|---|----|-----------|------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043373687 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/400 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 40X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 40X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1090 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

# COMMERCIAL INVOICE

Page 6 of 35

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 34 X 29 DARK D | | 9 CARTONS | 216 PIECES | 9.090 USD PIECES | 1,963.44 USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 370043348960 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/349 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
SIZE: 34X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| **FACTORY NO.** | 101991 |
|---|---|
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| **FTY MID NO.** | BDMASGAR1431DHA |
|---|---|

| SEARS | SN1096 | DENIM CARG 36 X 29 DARK D | | 9 CARTONS | 216 PIECES | 9.090 USD PIECES | 1,963.44 USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 370043348994 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/369 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| FACTORY NO. | 101991 |
|---|---|

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 38 X 29 DARK D | | | 8 | 192 | 9.090  USD | 1,745.28  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370043349349 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/389 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| **FACTORY NO.** | 101991 |
|---|---|

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 40 X 29 DARK D | | | 5 | 120 | 9.090  USD | 1,090.80  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370043349364 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/409 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| **FACTORY NO.** | 101991 |
|---|---|
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1096 | DENIM CARG 32 X 30 DARK D | | | 4 | 96 | 9.090  USD | 872.64  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370043349406 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/320 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
SIZE: 32X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| **FACTORY NO.** | 101991 |
|---|---|
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1096 | DENIM CARG 34 X 30 DARK D | | | 7 | 168 | 9.090  USD | 1,527.12  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370043349422 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/340 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
SIZE: 34X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

# COMMERCIAL INVOICE

Page 9 of 35

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 36 X 32 DARK D | | 5 CARTONS | 120 PIECES | 9.090 USD PIECES | 1,090.80 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 370043349455 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63528/362 | | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 38 X 30 DARK D | | 7 CARTONS | 168 PIECES | 9.090 USD PIECES | 1,527.12 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 370043349471 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63528/380 | | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 38 X 32 DARK D | 4 | 96 | 9.090  USD | 872.64  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043349489 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/382 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 40 X 30 DARK D | 3 | 72 | 9.090  USD | 654.48  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043349547 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63528/400 |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 40 X 32 DARK D | | 4 | 96 | 9.090  USD | 872.64  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349794 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63528/402 | | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
SIZE: 40X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1096 | DENIM CARG 44 X 30 DARK D | | 4 | 96 | 9.090  USD | 872.64  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349828 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63528/440 | | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON/15% POLYESTER INDIGO DENIM, 76X48

# COMMERCIAL INVOICE

Page 12 of 35

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1096 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 34 X 29 KHAKI | | 4 | 96 | 7.670  USD | 736.32  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373737 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/349 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 34X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 36 X 29 KHAKI | | 7 | 168 | 7.670  USD | 1,288.56  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373745 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/369 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 36X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 40 X 29 KHAKI | 4 | 96 | 7.670  USD | 736.32  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043373760 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63526/409 | | | | | |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 40X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 32 X 30 KHAKI | 3 | 72 | 7.670  USD | 552.24  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043373802 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**SEARS ITEM/SKU** | 63526/320

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 32X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** | 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** | BDMASGAR1431DHA

| **SEARS** | SN1097 | TWILL CARG 34 X 30 KHAKI | | 5 | 120 | 7.670  USD | 920.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** | 370043373828

**MADE IN** | BANGLADESH

**CONTENTS** | 24  PIECES

**SEARS DIV** | 641

**SEARS ITEM/SKU** | 63526/340

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 34X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** | 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** | BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1097 | TWILL CARG 36 X 32 KHAKI | | 3 | 72 | 7.670  USD | 552.24  USD |
|-------|--------|--------------------------|--|---|----|-----------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| ITEM: | 370043373844 |
|-------|--------------|
| MADE IN | BANGLADESH |
| CONTENTS | 24  PIECES |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 63526/362 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 36X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| CONTRACT NO. | SN1097 | REFERENCE NO. | 818 |
|--------------|--------|---------------|-----|
| DC CODE | SHW | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8326 |
| VENDOR ITEM CODE | SDTM002RT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 |

| FACTORY NO. | 101991 |
|-------------|--------|

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

| FTY MID NO. | BDMASGAR1431DHA |
|-------------|-----------------|

| SEARS | SN1097 | TWILL CARG 38 X 30 KHAKI | | 5 | 120 | 7.670  USD | 920.40  USD |
|-------|--------|--------------------------|--|---|-----|-----------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| ITEM: | 370043373851 |
|-------|--------------|
| MADE IN | BANGLADESH |
| CONTENTS | 24  PIECES |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 63526/380 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 38X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT SHORT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| CONTRACT NO. | SN1097 | REFERENCE NO. | 818 |
|--------------|--------|---------------|-----|
| DC CODE | SHW | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8326 |
| VENDOR ITEM CODE | SDTM002RT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 |

| FACTORY NO. | 101991 |
|-------------|--------|

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 38 X 32 KHAKI | | 5 | 120 | 7.670  USD | 920.40  USD |
|-------|--------|--------------------------|--|---|-----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373869 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/382 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 38X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 818 | | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1097 | TWILL CARG 40 X 30 KHAKI | | 2 | 48 | 7.670  USD | 368.16  USD |
|-------|--------|--------------------------|--|---|-----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373877 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/400 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 40X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SN1097 | **REFERENCE NO.** | 818 | | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | | |

**FACTORY NO.** 101991

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 34 X 29 OLIVE | | | 6 | 144 | 7.670  USD | 1,104.48  USD |
|-------|--------|--------------------------|--|--|---|-----|-----------|--------------|
| | | | | | CARTONS | PIECES | PIECES | |

**ITEM:**    370043373927
**MADE IN**    BANGLADESH
**CONTENTS**    24  PIECES
**SEARS DIV**    641
**SEARS ITEM/SKU**    63527/349

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 34X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 36 X 29 OLIVE | | | 6 | 144 | 7.670  USD | 1,104.48  USD |
|-------|--------|--------------------------|--|--|---|-----|-----------|--------------|
| | | | | | CARTONS | PIECES | PIECES | |

**ITEM:**    370043373935
**MADE IN**    BANGLADESH
**CONTENTS**    24  PIECES
**SEARS DIV**    641
**SEARS ITEM/SKU**    63527/369

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 36X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

# COMMERCIAL INVOICE

Page 18 of 35

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 38 X 29 OLIVE | 7 CARTONS | 168 PIECES | 7.670  USD PIECES | 1,288.56  USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 370043373943 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63527/389 | | | | | |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 38X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 40 X 29 OLIVE | 6 CARTONS | 144 PIECES | 7.670  USD PIECES | 1,104.48  USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 370043373950 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63527/409 | | | | | |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 40X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 42 X 29 OLIVE | 6 CARTONS | 144 PIECES | 7.670 USD PIECES | 1,104.48 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370043373968 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/429 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 42X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 44 X 29 OLIVE | 4 CARTONS | 96 PIECES | 7.670 USD PIECES | 736.32 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370043373976 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**SEARS ITEM/SKU** | 63527/449

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 44X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| **SEARS** | SN1098 | TWILL CARG 32 X 30 OLIVE | | 4 | 96 | 7.670  USD | 736.32  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**    370043373984

**MADE IN**    BANGLADESH

**CONTENTS**    24 PIECES

**SEARS DIV**    641

**SEARS ITEM/SKU**    63527/320

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 32X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1098 | TWILL CARG 34 X 30 OLIVE | 3 | 72 | 7.670 USD | 552.24 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043373992 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/340 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 34X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 36 X 30 OLIVE | 4 | 96 | 7.670 USD | 736.32 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043374008 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/360 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 36X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh        **SHIPPED TO:**   Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh

**FTY MID NO.**       BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 36 X 32 OLIVE | | | 4 | 96 | 7.670 USD | 736.32 USD |
|-------|--------|--------------------------|---|---|---|----|-----------|------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043374016 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/362 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 36X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**       101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**       BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 38 X 30 OLIVE | | | 4 | 96 | 7.670 USD | 736.32 USD |
|-------|--------|--------------------------|---|---|---|----|-----------|------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043374024 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/380 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 38X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**       101991

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 38 X 32 OLIVE | | 4 | 96 | 7.670 USD | 736.32 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 370043374032
**MADE IN** BANGLADESH
**CONTENTS** 24 PIECES
**SEARS DIV** 641
**SEARS ITEM/SKU** 63527/382

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 38X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 40 X 30 OLIVE | | 3 | 72 | 7.670 USD | 552.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 370043374057
**MADE IN** BANGLADESH
**CONTENTS** 24 PIECES
**SEARS DIV** 641
**SEARS ITEM/SKU** 63527/400

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 40X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

# COMMERCIAL INVOICE

**DATE:** September 10, 2018
**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1098 | TWILL CARG 44 X 30 OLIVE | 2 | 48 | 7.670  USD | 368.16  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043374172 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63527/440 | | | | | |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 44X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1098 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1147 | DENIM CARG 42 X 29 DARK D | 5 | 120 | 9.090  USD | 1,090.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370043349372 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63528/429 | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON 15% POLYESTER INDIGO DENIM, 76X48

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1147 | **REFERENCE NO.** | 816 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1147 | DENIM CARG 44 X 29 DARK D | | 6 | 144 | 9.090  USD | 1,308.96  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**    370043349398

**MADE IN**    BANGLADESH

**CONTENTS**    24  PIECES

**SEARS DIV**    641

**SEARS ITEM/SKU**    63528/449

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON 15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1147 | **REFERENCE NO.** | 816 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1147 | DENIM CARG 36 X 30 DARK D | | 7 | 168 | 9.090  USD | 1,527.12  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**    370043349448

**MADE IN**    BANGLADESH

**CONTENTS**    24  PIECES

**SEARS DIV**    641

**SEARS ITEM/SKU**    63528/360

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON 15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1147 | **REFERENCE NO.** | 816 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1147 | DENIM CARG 42 X 30 DARK D | 5 CARTONS | 120 PIECES | 9.090  USD PIECES | 1,090.80  USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 370043349810 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 63528/420 | | | | | |

STYLE: SDTM002RD (COLOR: DARK DENIM)
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
FABRICATION: CVC 85% COTTON 15% POLYESTER INDIGO DENIM, 76X48

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1147 | **REFERENCE NO.** | 816 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | SDTM002RD | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1163 | TWILL CARG 36 X 29 BLACK | 3 CARTONS | 72 PIECES | 7.670  USD PIECES | 552.24  USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 370043373570 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Wilmington , CA

FOB Bangladesh

| SEARS ITEM/SKU | 63525/369 |
|---|---|

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 36X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46
STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 36X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 816 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1163 | TWILL CARG 38 X 29 BLACK | | 3 | 72 | 7.670  USD | 552.24  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373588 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/389 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 38X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 816 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1163 | TWILL CARG 40 X 29 BLACK | | 3 | 72 | 7.670 USD | 552.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043373596 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/409 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 40X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 816 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1163 | TWILL CARG 36 X 30 BLACK | | 6 | 144 | 7.670 USD | 1,104.48 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370043373646 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/360 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 36X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 816 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1163 | TWILL CARG 40 X 32 BLACK | | 5 CARTONS | 120 PIECES | 7.670 USD PIECES | 920.40 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370043373695 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/402 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 40X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 816 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1163 | TWILL CARG 42 X 30 BLACK | | 5 CARTONS | 120 PIECES | 7.670 USD PIECES | 920.40 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370043373703 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/420 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 42X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 816 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1163 | TWILL CARG 44 X 30 BLACK | | | 5 | 120 | 7.670  USD | 920.40  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370043373711 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63525/440 |

STYLE: SDTM002RT (COLOR: BLACK)
SIZE: 44X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL WOVEN CARGO PANT
FABRICATION: 60% COTTON, 40% POLYESTER SOLID TWILL PRECURE, 88X46

| **CONTRACT NO.** | SN1163 | **REFERENCE NO.** | 816 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1166 | TWILL CARG 38 X 29 KHAKI | | | 7 | 168 | 7.670  USD | 1,288.56  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370043373752 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/389 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 38X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 816 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SO1166 | TWILL CARG 42 X 29 KHAKI | | 5 | 120 | 7.670 USD | 920.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373778 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/429 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 42X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 816 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SO1166 | TWILL CARG 44 X 29 KHAKI | | 5 | 120 | 7.670 USD | 920.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373794 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/449 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 44X29
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 816 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

---

| SEARS | SO1166 | TWILL CARG 36 X 30 KHAKI | 4 | 96 | 7.670  USD | 736.32  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373836 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/360 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 36X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 816 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

---

| SEARS | SO1166 | TWILL CARG 40 X 32 KHAKI | 4 | 96 | 7.670  USD | 736.32  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043373885 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63526/402 |

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 40X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 816 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

# COMMERCIAL INVOICE

Page 33 of 35

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1166 | TWILL CARG 42 X 30 KHAKI | | 3 | 72 | 7.670  USD | 552.24  USD |
|-------|--------|--------------------------|--|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 370043373893
**MADE IN** BANGLADESH
**CONTENTS** 24 PIECES
**SEARS DIV** 641
**SEARS ITEM/SKU** 63526/420

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 42X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 816 |
|------------------|--------|-------------------|-----|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1166 | TWILL CARG 44 X 30 KHAKI | | 1 | 24 | 7.670  USD | 184.08  USD |
|-------|--------|--------------------------|--|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 370043373901
**MADE IN** BANGLADESH
**CONTENTS** 24 PIECES
**SEARS DIV** 641
**SEARS ITEM/SKU** 63526/440

STYLE: SDTM002RT (COLOR: KHAKI)
SIZE: 44X30
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO1166 | **REFERENCE NO.** | 816 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1167 | TWILL CARG 40 X 32 OLIVE | 3 | 72 | 7.670  USD | 552.24  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043374099 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/402 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 40X32
DESCRIPTION: DAVID TAYLOR MENS CVC TWILL CARGO PANT
NON DENIM
FABRICATION: 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO1167 | **REFERENCE NO.** | 815 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1167 | TWILL CARG 42 X 30 OLIVE | 3 | 72 | 7.670  USD | 552.24  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370043374149 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63527/420 |

STYLE: SDTM002RT (COLOR: OLIVE)
SIZE: 42X30
DESCRIPTION: DAVID TAYLOR MENS WOVEN CVC TWILL CARGO PANT

# COMMERCIAL INVOICE

**DATE:** September 10, 2018
**INVOICE NO.:** 201821367536

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

NON DENIM
FABRICATION: WOVEN 60% COTTON/ 40% POLYESTER SOLID TWILL, PRECURE, 88X46

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO1167 | **REFERENCE NO.** | 815 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | SDTM002RT | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 291 | 6,984 | PIECES | 56,702.64  USD |

TOTAL US DOLLARS FIFTY-SIX THOUSAND SEVEN HUNDRED TWO DOLLARS AND SIXTY-FOUR CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| EPIC DESIGNERS LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906340 | | 6 | 144 | 7.180 USD | 1,033.92 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 370616888293 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 24 PIECES | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 81906/340 | | | | | | |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SM1092 | REFERENCE NO. | 818 | |
| DC CODE | SHW | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8326 | |
| VENDOR ITEM CODE | MC9DT25101MM | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 | |

FACTORY NO.   101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
FTY MID NO.   BDMASGAR1431DHA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906349 | | 13 | 312 | 7.180 USD | 2,240.16 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 370616888301 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 24 PIECES | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 81906/349 | | | | | | |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906360 | 11 | 264 | 7.180 USD | 1,895.52 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888319 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/360 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906362 | 4 | 96 | 7.180 USD | 689.28 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888327 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |

# COMMERCIAL INVOICE

Page 3 of 96

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| **SEARS ITEM/SKU** | 81906/362 |
|---|---|

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| **SEARS** | SM1092 | PNT CHAMBRY DT FF BE 04181906369 | | 8 | 192 | 7.180  USD | 1,378.56  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370616888335 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/369 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906380 | | 9 | 216 | 7.180 USD | 1,550.88 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888343 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/380 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906382 | | 4 | 96 | 7.180 USD | 689.28 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888350 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/382 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh          **SHIPPED TO:**   Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906389 | 14 | 336 | 7.180 USD | 2,412.48 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888368 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/389 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906400 | 5 | 120 | 7.180 USD | 861.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888376 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**SEARS ITEM/SKU** | 81906/400

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| **SEARS** | SM1092 | PNT CHAMBRY DT FF BE 04181906402 | | 4 | 96 | 7.180 USD | 689.28 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888384 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/402 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

Page 7 of 96

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906409 | | 8 | 192 | 7.180  USD | 1,378.56  USD |
|-------|--------|----------------------------------|---|---|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**    370616888392
**MADE IN**    BANGLADESH
**CONTENTS**    24  PIECES
**SEARS DIV**    641
**SEARS ITEM/SKU**    81906/409

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906420 | | 7 | 168 | 7.180  USD | 1,206.24  USD |
|-------|--------|----------------------------------|---|---|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:**    370616888400
**MADE IN**    BANGLADESH
**CONTENTS**    24  PIECES
**SEARS DIV**    641
**SEARS ITEM/SKU**    81906/420

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

Page 8 of 96

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906429 | | 7 | 168 | 7.180 USD | 1,206.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888418 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/429 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1092 | PNT CHAMBRY DT FF BE 04181906440 | | 5 | 120 | 7.180 USD | 861.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888426 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| **SEARS ITEM/SKU** | 81906/440 |
|---|---|

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| **SEARS** | SM1092 | PNT CHAMBRY DT FF BE 04181906449 | | 13 CARTONS | 312 PIECES | 7.180 USD PIECES | 2,240.16 USD |
|---|---|---|---|---|---|---|---|

| **ITEM:** | 370616888434 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81906/449 |

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

| **CONTRACT NO.** | SM1092 | **REFERENCE NO.** | 818 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 32 X 30 BLACK | 6 CARTONS | 144 PIECES | 6.290 USD PIECES | 905.76 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370040322950 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/320 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 32X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 32X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 34 X 29 BLACK | 7 CARTONS | 168 PIECES | 6.290 USD PIECES | 1,056.72 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370040322968 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/349 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR: BLACK/ SIZE: 34X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 34X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 34 X 30 BLACK | | 5 CARTONS | 120 PIECES | 6.290  USD PIECES | 754.80  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370040322976 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/340 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 34X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 34X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 36 X 29 BLACK | | 6 | 144 | 6.290  USD | 905.76  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040322984 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/369 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 36X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 36X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SM1104 | TWILL PUTT 38 X 29 BLACK | | 8 CARTONS | 192 PIECES | 6.290 USD PIECES | 1,207.68 USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 370040323016 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63378/389 | |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SM1104 | TWILL PUTT 38 X 30 BLACK | | 6 CARTONS | 144 PIECES | 6.290 USD PIECES | 905.76 USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 370040323024 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63378/380 | |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 38 X 32 BLACK | | 7 | 168 | 6.290  USD | 1,056.72  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040323032 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/382 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X32
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 38X32
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 40 X 29 BLACK | | 7 | 168 | 6.290 USD | 1,056.72 USD |
|-------|--------|--------------------------|--|---|-----|-----------|--------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040323040 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/409 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 40X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 40X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 40 X 30 BLACK | | 6 | 144 | 6.290 USD | 905.76 USD |
|-------|--------|--------------------------|--|---|-----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040323057 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Wilmington , CA

FOB Bangladesh

| SEARS DIV | 641 |
| SEARS ITEM/SKU | 63378/400 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 40X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 40X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 42X29 BLACK | | 7 | 168 | 6.290  USD | 1,056.72  USD |
| | | | | CARTONS | PIECES | PIECES | |

| ITEM: | 370040323073 |
| MADE IN | BANGLADESH |
| CONTENTS | 24 PIECES |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 63378/429 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 42X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 42X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Wilmington , CA

FOB Bangladesh

COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 42 X 30 BLACK | | 9 | 216 | 6.290 USD | 1,358.64 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370040323081 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63378/420 | | | | | | |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 42X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 42X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh

**FTY MID NO.**  BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 44 X 29 BLACK | | 9 | 216 | 6.290  USD | 1,358.64  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 370040323099

**MADE IN** BANGLADESH

**CONTENTS** 24 PIECES

**SEARS DIV** 641

**SEARS ITEM/SKU** 63378/449

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 44X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 44X29
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**  BDMASGAR1431DHA

| SEARS | SM1104 | TWILL PUTT 44 X 30 BLACK | | 6 | 144 | 6.290  USD | 905.76  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 370040323107

**MADE IN** BANGLADESH

**CONTENTS** 24 PIECES

**SEARS DIV** 641

**SEARS ITEM/SKU** 63378/440

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

Page 19 of 96

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR: BLACK/ SIZE: 44X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 44X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKET W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SM1104 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SM1107 | NAVY CASUAL PANT 04163362469 | | 5 | 120 | 7.080 USD | 849.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731172466 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63362/469 | | | | | | |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:46X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:46X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1107 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SM1107 | NAVY CASUAL PANT 04163362489 | | | 5 | 120 | 7.080 USD | 849.60 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731172490 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63362/489 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:48X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:48X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1107 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SM1107 | NAVY CASUAL PANT 04163362509 | | 3 | 72 | 7.080 USD | 509.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731172524 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63362/509 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:50X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:50X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SM1107 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1093 | CHAMBRAY CASUAL PANT 04163363469 | | 8 | 192 | 8.390 USD | 1,610.88 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731172615 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/469 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 46X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1093 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1093 | CHAMBRAY CASUAL PANT 04163363489 | | 2 | 48 | 8.390  USD | 402.72  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731172763 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63363/489 | | | | | | |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 48X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1093 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1093 | CHAMBRAY CASUAL PANT 04163363480 | | | 2 CARTONS | 48 PIECES | 8.390 USD PIECES | 402.72 USD |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 370731172771 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63363/480 | |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 48X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1093 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900320 | | | 4 CARTONS | 96 PIECES | 6.290 USD PIECES | 603.84 USD |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 370616886917 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 81900/320 | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900340 | | 5 | 120 | 6.290  USD | 754.80  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616886974 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/340 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

Page 25 of 96

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900349 | 7 CARTONS | 168 PIECES | 6.290 USD PIECES | 1,056.72 USD |
|-------|--------|--------------------------------------|-----------|------------|------------------|--------------|

| **ITEM:** | 370616887006 |
|-----------|--------------|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/349 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
|------------------|--------|-------------------|-----|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900360 | 8 CARTONS | 192 PIECES | 6.290 USD PIECES | 1,207.68 USD |
|-------|--------|--------------------------------------|-----------|------------|------------------|--------------|

| **ITEM:** | 370616887014 |
|-----------|--------------|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/360 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:KHAKI / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900362 | | 3 | 72 | 6.290  USD | 452.88  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887022 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81900/362 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900369 | 10 CARTONS | 240 PIECES | 6.290 USD PIECES | 1,509.60 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887048 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/369 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900380 | | 8 | 192 | 6.290  USD | 1,207.68  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887055 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/380 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900382 | | 3 | 72 | 6.290  USD | 452.88  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887063 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/382 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900389 | | 10 | 240 | 6.290  USD | 1,509.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887089 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/389 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900400 | | 5 CARTONS | 120 PIECES | 6.290  USD PIECES | 754.80  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887097 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/400 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900402 | | 4 CARTONS | 96 PIECES | 6.290  USD PIECES | 603.84  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887105 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/402 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| **SEARS** | SN1100 | PNT KHAKDT BACK ELAST FF 04181900409 | | 13 | 312 | 6.290  USD | 1,962.48  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887113 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/409 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900420 | | 9 | 216 | 6.290 USD | 1,358.64 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887121 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/420 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900429 | | 12 | 288 | 6.290 USD | 1,811.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887139 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/429 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900440 | | 6 | 144 | 6.290 USD | 905.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887147 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81900/440 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:KHAKI / SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SN1100 | PNT KHAKDT BACK ELAST FF 04181900449 | | 7 | 168 | 6.290  USD | 1,056.72  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887154 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81900/449 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1100 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**  101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**  BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901320 | | | 5 | 120 | 6.290  USD | 754.80  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887204 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/320 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**  101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**  BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901340 | 7 CARTONS | 168 PIECES | 6.290 USD PIECES | 1,056.72 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887261 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/340 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901349 | 6 CARTONS | 144 PIECES | 6.290 USD PIECES | 905.76 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887295 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/349 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901360 | 5 CARTONS | 120 PIECES | 6.290 USD PIECES | 754.80 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887303 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/360 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| **SEARS** | SN1102 | PNT OLIVDT BACK ELAST FF 04181901362 | | | 6 CARTONS | 144 PIECES | 6.290  USD PIECES | 905.76  USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887311 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/362 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |
| **FACTORY NO.** | 101991 | | |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| **SEARS** | SN1102 | PNT OLIVDT BACK ELAST FF 04181901369 | 9 CARTONS | 216 PIECES | 6.290  USD PIECES | 1,358.64  USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887337 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/369 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SEARS** | SN1102 | PNT OLIVDT BACK ELAST FF 04181901380 | | 5 | 120 | 6.290  USD | 754.80  USD |
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887345 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/380 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901382 | | 4 | 96 | 6.290  USD | 603.84  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887352 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/382 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901389 | | 12 | 288 | 6.290 USD | 1,811.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887378 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81901/389 | | | | | | |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901400 | | 4 | 96 | 6.290 USD | 603.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887386 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81901/400 | | | | | | |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:OLIVE / SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901402 | 3 | 72 | 6.290 USD | 452.88 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887394 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 81901/402 | | | | | |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901409 | | 8 | 192 | 6.290 USD | 1,207.68 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887402 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/409 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901420 | 7 CARTONS | 168 PIECES | 6.290 USD PIECES | 1,056.72 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887410 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/420 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901429 | 7 CARTONS | 168 PIECES | 6.290 USD PIECES | 1,056.72 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616887428 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/429 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901440 | 6 | 144 | 6.290  USD | 905.76  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887436 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81901/440 |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1102 | PNT OLIVDT BACK ELAST FF 04181901449 | | 8 | 192 | 6.290  USD | 1,207.68  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887444 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81901/449 | | | | | | |

STYLE NO:STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:OLIVE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1102 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360469 | | 9 | 216 | 7.080  USD | 1,529.28  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731170866 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/469 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360460 | 3 | 72 | 7.080 USD | 509.76 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731171112 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/460 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 819 | | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360462 | 2 | 48 | 7.080  USD | 339.84  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731171120 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/462 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:46X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 819 | | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

Page 49 of 96

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360489 | | | 5 | 120 | 7.080  USD | 849.60  USD |
|-------|--------|-------------------------------|---|---|---|-----|------------|-------------|
| | | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731171138 | | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | | |
| **SEARS DIV** | 641 | | | | | | | |
| **SEARS ITEM/SKU** | 63360/489 | | | | | | | |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360480 | | | 5 | 120 | 7.080  USD | 849.60  USD |
|-------|--------|-------------------------------|---|---|---|-----|------------|-------------|
| | | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731171146 | | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | | |
| **SEARS DIV** | 641 | | | | | | | |
| **SEARS ITEM/SKU** | 63360/480 | | | | | | | |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:KHAKI / SIZE:48X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360482 | | 1 | 24 | 7.080  USD | 169.92  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731171161 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63360/482 | | | | | | |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:48X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**  101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**  BDMASGAR1431DHA

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360509 | | 3 | 72 | 7.080  USD | 509.76  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731171179 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/509 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:50X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:50X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**  101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**  BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SN1105 | KHAKI CASUAL PANT 04163360500 | 1 | 24 | 7.080  USD | 169.92  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731171187 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63360/500 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:50X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:KHAKI / SIZE:50X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SN1105 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SO1182 | CHAMBRAY CASUAL PANT 04163363460 | 2 | 48 | 8.390  USD | 402.72  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731172664 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/460 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:46X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1182 | **REFERENCE NO.** | 810 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SO1182 | CHAMBRAY CASUAL PANT 04163363462 | 2 | 48 | 8.390 USD | 402.72 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731172755 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/462 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:46X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1182 | **REFERENCE NO.** | 810 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SO1182 | CHAMBRAY CASUAL PANT 04163363482 | | 1 | 24 | 8.390 USD | 201.36 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731172789 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/482 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:48X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SO1182 | **REFERENCE NO.** | 810 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SO1182 | CHAMBRAY CASUAL PANT 04163363502 | | 1 | 24 | 8.390 USD | 201.36 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731172813 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63363/502 |

STYLE:MC9DT25101BM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:50X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

FOB Bangladesh

**MODE OF TRANSPORTATION:** Ocean

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SO1182 | **REFERENCE NO.** | 810 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355349 | 20 CARTONS | 480 PIECES | 7.180 USD PIECES | 3,446.40 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370731169736 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/349 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355340 | 15 CARTONS | 360 PIECES | 7.180 USD PIECES | 2,584.80 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370731169744 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

Page 56 of 96

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS DIV | 641 |
| SEARS ITEM/SKU | 63355/340 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355369 | 30 CARTONS | 720 PIECES | 7.180 USD PIECES | 5,169.60 USD |
|---|---|---|---|---|---|---|

| ITEM: | 370731169793 |
| MADE IN | BANGLADESH |
| CONTENTS | 24 PIECES |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 63355/369 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**          BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355360 | | | 11 CARTONS | 264 PIECES | 7.180 USD PIECES | 1,895.52 USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370731169801 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/360 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**          101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**          BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355362 | | | 9 CARTONS | 216 PIECES | 7.180 USD PIECES | 1,550.88 USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370731169819 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/362 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355389 | | 39 | 936 | 7.180  USD | 6,720.48  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731170007 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/389 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SP1095 | DENIM CASUAL PANT 04163355380 | | | 18 | 432 | 7.180 USD | 3,101.76 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370731170015 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63355/380 | |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SP1095 | DENIM CASUAL PANT 04163355382 | | | 14 | 336 | 7.180 USD | 2,412.48 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | | |
|---|---|---|
| **ITEM:** | 370731170023 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63355/382 | |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 | | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | | |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355409 | | 19 | 456 | 7.180 USD | 3,274.08 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731170080 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63355/409 | | | | | | |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 | | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | | |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355400 | | 17 | 408 | 7.180 USD | 2,929.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731170098 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS DIV | 641 |
| SEARS ITEM/SKU | 63355/400 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355402 | | 11 | 264 | 7.180 USD | 1,895.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731170106 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/402 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**       BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355429 | | 20 CARTONS | 480 PIECES | 7.180 USD PIECES | 3,446.40 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 370731170197
**MADE IN** BANGLADESH
**CONTENTS** 24 PIECES
**SEARS DIV** 641
**SEARS ITEM/SKU** 63355/429

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE: 42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**       BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355420 | | 19 CARTONS | 456 PIECES | 7.180 USD PIECES | 3,274.08 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 370731170205
**MADE IN** BANGLADESH
**CONTENTS** 24 PIECES
**SEARS DIV** 641
**SEARS ITEM/SKU** 63355/420

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1095 | DENIM CASUAL PANT 04163355449 | | 20 | 480 | 7.180  USD | 3,446.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370731170361 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 63355/449 | | | | | | |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SP1095 | DENIM CASUAL PANT 04163355440 | | 20 CARTONS | 480 PIECES | 7.180 USD PIECES | 3,446.40 USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 370731170726 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 63355/440 | |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1095 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904320 | | 6 CARTONS | 144 PIECES | 6.290 USD PIECES | 905.76 USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **ITEM:** | 370616887923 | |
| **MADE IN** | BANGLADESH | |
| **CONTENTS** | 24 PIECES | |
| **SEARS DIV** | 641 | |
| **SEARS ITEM/SKU** | 81904/320 | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904340 | 7 | 168 | 6.290  USD | 1,056.72  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887949 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/340 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**       BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904349 | | 11 CARTONS | 264 PIECES | 6.290 USD PIECES | 1,660.56 USD |
|-------|--------|------|------|------|------|------|------|

| ITEM: | 370616887972 |
|-------|-------|
| MADE IN | BANGLADESH |
| CONTENTS | 24 PIECES |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 81904/349 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| CONTRACT NO. | SP1101 | REFERENCE NO. | 819 |
|-------|-------|-------|-------|
| DC CODE | SHW | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8326 |
| VENDOR ITEM CODE | MC9DT25100MM | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 |

| FACTORY NO. | 101991 |
|-------|-------|

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**       BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904360 | | 6 CARTONS | 144 PIECES | 6.290 USD PIECES | 905.76 USD |
|-------|--------|------|------|------|------|------|------|

| ITEM: | 370616887980 |
|-------|-------|
| MADE IN | BANGLADESH |
| CONTENTS | 24 PIECES |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 81904/360 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:NAVY / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 | | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | | |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904362 | 6 | 144 | 6.290  USD | 905.76  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887998 | | | | | |
| **MADE IN** | BANGLADESH | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |
| **SEARS DIV** | 641 | | | | | |
| **SEARS ITEM/SKU** | 81904/362 | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904369 | 7 | 168 | 6.290 USD | 1,056.72 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888004 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/369 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904380 | | 10 CARTONS | 240 PIECES | 6.290 USD PIECES | 1,509.60 USD |
|---|---|---|---|---|---|---|---|

| ITEM: | 370616888012 |
|---|---|
| MADE IN | BANGLADESH |
| CONTENTS | 24 PIECES |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 81904/380 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904382 | | 4 CARTONS | 96 PIECES | 6.290 USD PIECES | 603.84 USD |
|---|---|---|---|---|---|---|---|

| ITEM: | 370616888020 |
|---|---|
| MADE IN | BANGLADESH |
| CONTENTS | 24 PIECES |
| SEARS DIV | 641 |
| SEARS ITEM/SKU | 81904/382 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904389 | 18 | 432 | 6.290 USD | 2,717.28 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888038 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/389 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904400 | | 8 | 192 | 6.290 USD | 1,207.68 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888046 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/400 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904402 | | 2 | 48 | 6.290 USD | 301.92 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616888053 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS DIV | 641 |
|---|---|
| SEARS ITEM/SKU | 81904/402 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904409 | | 9 | 216 | 6.290 USD | 1,358.64 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616888061 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81904/409 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904420 | 8 CARTONS | 192 PIECES | 6.290  USD PIECES | 1,207.68  USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616888079 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/420 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904429 | 8 CARTONS | 192 PIECES | 6.290 USD PIECES | 1,207.68 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616888095 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/429 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904440 | 5 CARTONS | 120 PIECES | 6.290 USD PIECES | 754.80 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370616888103 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81904/440 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:NAVY / SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 | | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | | |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SP1101 | PANT NAVYDT BACK ELAS FF 04181904449 | | 11 CARTONS | 264 PIECES | 6.290 USD PIECES | 1,660.56 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 370616888111 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81904/449 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1101 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903320 | | | 2 | 48 | 6.290 USD | 301.92 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887741 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/320 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903340 | | | 3 | 72 | 6.290 USD | 452.88 USD |
|-------|--------|-----|--|--|--|--|--|--|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887766 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/340 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
COLOR:STONE / SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:34X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

| | |
|---|---|
| **FACTORY NO.** | 101991 |
| MASCOT GARMENTS LTD | |
| 2,4&5/FLOOR, 146 DEWAN IDRIS ROAD | |
| ZIRABO-YERPUR (1431) ASHULIA | |
| DHAKA | |
| Bangladesh | |
| **FTY MID NO.** | BDMASGAR1431DHA |

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903349 | | | 6 | 144 | 6.290 USD | 905.76 USD |
|-------|--------|-----|--|--|--|--|--|--|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887782 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/349 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:34X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903360 | | 4 | 96 | 6.290 USD | 603.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887790 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81903/360 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:36X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**    101991

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**        BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903362 | | 3 | 72 | 6.290 USD | 452.88 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370616887808 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/362 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**        101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**        BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903369 | | 10 | 240 | 6.290 USD | 1,509.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 370616887816 |
|---|---|
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh  **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

**SEARS ITEM/SKU** | 81903/369

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:36X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**  101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**  BDMASGAR1431DHA

| **SEARS** | SP1103 | PNT STNEDT BACK ELAST FF 04181903380 | | 7 | 168 | 6.290  USD | 1,056.72  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 370616887824 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81903/380 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:38X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh   **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**  101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**  BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903389 | | 7 | 168 | 6.290 USD | 1,056.72 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887840 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/389 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:38X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**  101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903402 | | 1 | 24 | 6.290 USD | 150.96 USD |
|-------|--------|--------------------------------------|--|---|-----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887865 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/402 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:40X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903409 | | 5 | 120 | 6.290 USD | 754.80 USD |
|-------|--------|--------------------------------------|--|---|-----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887873 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/409 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

COLOR:STONE / SIZE:40X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.** 101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903429 | | 7 CARTONS | 168 PIECES | 6.290  USD PIECES | 1,056.72  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 370616887899 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 81903/429 | | | | | | |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:42X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

Page 84 of 96

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903440 | | 2 | 48 | 6.290 USD | 301.92 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887907 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/440 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:44X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:**   Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SP1103 | PNT STNEDT BACK ELAST FF 04181903449 | | 4 | 96 | 6.290 USD | 603.84 USD |
|-------|--------|---------------------------------------|--|------|------|-----------|-----------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887915 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/449 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:44X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1103 | **REFERENCE NO.** | 818 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SP1108 | TWILL PUTT 46 X 29 BLACK | | 7 | 168 | 7.080 USD | 1,189.44 USD |
|-------|--------|---------------------------|--|------|------|-----------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370041536087 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/469 |

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 46X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKEETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

| SEARS | SP1108 | TWILL PUTT 46 X 30 BLACK | | 6 CARTONS | 144 PIECES | 7.080  USD PIECES | 1,019.52  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370041536095 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/460 |

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 46X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**      101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**      BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SP1108 | TWILL PUTT 48 X 29 BLACK | | | 4 | 96 | 7.080  USD | 679.68  USD |
|-------|--------|--------------------------|--|--|---|----|-----------|------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370041536129 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/489 |

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 48X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 819 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 | |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 | |

**FACTORY NO.**        101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**        BDMASGAR1431DHA

| SEARS | SP1108 | TWILL PUTT 48 X 30 BLACK | | | 5 | 120 | 7.080  USD | 849.60  USD |
|-------|--------|--------------------------|--|--|---|-----|-----------|------------|
| | | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370041536137 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24  PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/480 |

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 48X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh          **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1108 | TWILL PUTT 50 X 29 BLACK | | 1 | 24 | 7.080 USD | 169.92 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370041536152 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/509 |

STYLE: MC9DT25100BM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 50X29
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SP1108 | TWILL PUTT 50 X 30 BLACK | | 6 | 144 | 7.080 USD | 1,019.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370041536160 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/500 |

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 50X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1108 | **REFERENCE NO.** | 819 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

| | |
|---|---|
| **FTY MID NO.** | BDMASGAR1431DHA |

| | | | | | | |
|---|---|---|---|---|---|---|
| **SEARS** | SP1114 | DENIM CASUAL PANT 04163355320 | | 4 | 96 | 7.180  USD | 689.28  USD |
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370731169603 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63355/320 |

STYLE:MC9DT25102MM
MENS WOVEN, BLUE DENIM PUTTER PANT
85% COTTON, 15%POLYESTER INDIGO DENIM
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SP1114 | **REFERENCE NO.** | 814 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25102MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

| | |
|---|---|
| **FACTORY NO.** | 101991 |

# COMMERCIAL INVOICE

Page 90 of 96

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SQ1112 | PNT CHAMBRY DT FF BE 04181906320 | | 6 CARTONS | 144 PIECES | 7.180 USD PIECES | 1,033.92 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 370616888285
**MADE IN** BANGLADESH
**CONTENTS** 24 PIECES
**SEARS DIV** 641
**SEARS ITEM/SKU** 81906/320

STYLE:MC9DT25101MM
MENS WOVEN, CHAMBRAY PUTTER PANT
70% COTTON, 30% POLYESTER CHAMBRAY
SOLID COLOR / SOLID SIZE PER CARTON
SIZE:32X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| **CONTRACT NO.** | SQ1112 | **REFERENCE NO.** | 815 |
|---|---|---|---|
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25101MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.** 101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.** BDMASGAR1431DHA

| SEARS | SS1337 | PNT STNEDT BACK ELAST FF 04181903382 | | 3 CARTONS | 72 PIECES | 6.290 USD PIECES | 452.88 USD |
|---|---|---|---|---|---|---|---|

**ITEM:** 370616887832
**MADE IN** BANGLADESH
**CONTENTS** 24 PIECES
**SEARS DIV** 641
**SEARS ITEM/SKU** 81903/382

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:38X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SS1337 | **REFERENCE NO.** | 811 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

| SEARS | SS1337 | PNT STNEDT BACK ELAST FF 04181903400 | | 2 | 48 | 6.290 USD | 301.92 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370616887857 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/400 |

STYLE:MC9DT25100MM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:40X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SS1337 | **REFERENCE NO.** | 811 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**     101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**     BDMASGAR1431DHA

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| SEARS | SS1337 | PNT STNEDT BACK ELAST FF 04181903420 | | 3 CARTONS | 72 PIECES | 6.290 USD PIECES | 452.88 USD |
|-------|--------|--------------------------------------|--|-----------|-----------|------------------|------------|

| | |
|---|---|
| **ITEM:** | 370616887881 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 81903/420 |

STYLE:MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:STONE / SIZE:42X30
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SS1337 | **REFERENCE NO.** | 811 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh
**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SS1343 | TWILL PUTT 36 X 30 BLACK | | 9 CARTONS | 216 PIECES | 6.290 USD PIECES | 1,358.64 USD |
|-------|--------|--------------------------|--|-----------|------------|------------------|--------------|

| | |
|---|---|
| **ITEM:** | 370040322992 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/360 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 36X30
FOLDED PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOP,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SS1343 | **REFERENCE NO.** | 814 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SS1343 | TWILL PUTT 36 X 32 BLACK | | 6 | 144 | 6.290  USD | 905.76  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040323008 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/362 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 36X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TESTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SS1343 | **REFERENCE NO.** | 814 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| SEARS | SS1343 | TWILL PUTT 40 X 32 BLACK | | 7 | 168 | 6.290  USD | 1,056.72  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370040323065 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63378/402 |

STYLE: MC9DT25100MM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SIZE PER CARTON
COLOR: BLACK/ SIZE: 40X32
FOLDER PACK
BUTTON OPEN W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKET, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SS1343 | **REFERENCE NO.** | 814 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100MM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

| | | | | | | |
|---|---|---|---|---|---|---|
| **SEARS** | SS1344 | TWILL PUTT 46 X 32 BLACK | | 2 | 48 | 7.080  USD | 339.84  USD |
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 370041536103 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/462 |

STYLE: MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 46X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SS1344 | **REFERENCE NO.** | 811 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh      **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SS1344 | TWILL PUTT 48 X 32 BLACK | | | 1 CARTONS | 24 PIECES | 7.080 USD PIECES | 169.92 USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370041536145 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63379/482 |

STYLE: MC9DT25100BM
WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR/ SOLID SIZE PER CARTON
COLOR: BLACK/ SIZE: 48X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/ BUTTON
TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SS1344 | **REFERENCE NO.** | 811 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**    101991
MASCOT GARMENTS LTD
2,4&5/FLOOR, 146 DEWAN IDRIS ROAD
ZIRABO-YERPUR (1431) ASHULIA
DHAKA
Bangladesh

**FTY MID NO.**    BDMASGAR1431DHA

| SEARS | SV1326 | NAVY CASUAL PANT 04163362482 | | | 1 CARTONS | 24 PIECES | 7.080 USD PIECES | 169.92 USD |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 370731172516 |
| **MADE IN** | BANGLADESH |
| **CONTENTS** | 24 PIECES |
| **SEARS DIV** | 641 |
| **SEARS ITEM/SKU** | 63362/482 |

STYLE:MC9DT25100BM
MENS WOVEN, TWILL PUTTER PANT
60% COTTON, 40% POLYESTER SOLID TWILL
SOLID COLOR / SOLID SIZE PER CARTON
COLOR:NAVY / SIZE:48X32
FOLDED PACK
BUTTON OPNG W/ REAL FLY, ELASTIC BACK WAIST, 6 BELT LOOPS,
2 FUNCTIONAL FRONT POCKETS, 2 WELT BACK POCKETS W/BUTTON

# COMMERCIAL INVOICE

**DATE:** September 10, 2018

**INVOICE NO.:** 201821367554

8326
EPIC DESIGNERS LIMITED
7TH FLOOR EGL TOWER
83 HUNG TO ROAD, KWUN TONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh     **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

TEXTILE ONLY:
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING: BANGLADESH
COUNTRY OF ASSEMBLY: BANGLADESH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SV1326 | **REFERENCE NO.** | 810 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 041 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8326 |
| **VENDOR ITEM CODE** | MC9DT25100BM | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 347 |

**FACTORY NO.**   101991

MASCOT GARMENTS LTD

2,4&5/FLOOR, 146 DEWAN IDRIS ROAD

ZIRABO-YERPUR (1431) ASHULIA

DHAKA

Bangladesh

**FTY MID NO.**   BDMASGAR1431DHA

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,025 | 24,600 | PIECES | 165,820.80   USD |

**TOTAL US DOLLARS ONE HUNDRED SIXTY-FIVE THOUSAND EIGHT HUNDRED TWENTY DOLLARS AND EIGHTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| EPIC DESIGNERS LIMITED |
|---|
| **EMPLOYEE NAME** |
| **EMPLOYEE TITLE** |