Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE LLP
Empire State Building
350 Fifth Avenue, 68th Floor
New York, New York 10118
Tel: (212) 868-1010
Fax: (212) 868-0013
Email: paloe@kudmanlaw.com
       dsaponara@kudmanlaw.com

*Counsel for Epic Designers Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDING CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING EPIC DESIGNERS LIMITED'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**

Upon the motion of Epic Designers Limited ("Epic") for allowance and payment of an administrative expense claim (the "Motion"); and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Epic is allowed an administrative expense claim in the above-captioned cases pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $421,586.88 (the "Allowed Administrative Claim").

3. The allowance of the Allowed Administrative Claim is without prejudice to Epic's rights to file a subsequent or amended administrative expense request.

4. Payment of the Allowed Administrative Claim shall be consistent with treatment of opt-in claims under the Administrative Expense Claims Consent Program approved by this Court's *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holding Corporation and its Affiliated Debtors and (II) Granting Related Relief* (Docket No. 5370).

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2019
White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE