# EXHIBIT A:

# POST-PETITION INVOICES

| Invoice Number | Invoice Month | Amount Outstanding |
|---|---|---|
| CUSTINV-351-USOP-2018-000865 | November 2018 | $97,742.65 |
| CUSTINV-351-USOP-2018-000870 | November 2018 | $5,711.28 |
| CUSTINV-351-USOP-2019-000053 | January 2019 | $18,679.58 |
| CUSTINV-351-USOP-2019-000051 | January 2019 | $40,024.24 |
| CUSTINV-351-USOP-2019-000050 | January 2019 | $446,240.38 |
| CUSTINV-351-USOP-2019-000273 | February 2019 | $13,670.55 |
| CUSTINV-351-USOP-2019-000272 | February 2019 | $271,776.84 |
| CUSTINV-351-USOP-2019-000274 | February 2019 | $54,350.78 |
| CUSTINV-351-USOP-2019-000275 | March 2019 | $49,904.28 |
| *TOTAL:* | | *$998,100.58* |

# INVOICE

TELUS International (U.S.) Corp.
2251 S Decatur Blvd.
Las Vegas, NV 89102

+1 (702) 2387900

| Date | Invoice Number |
|---|---|
| 11/16/2018 | CUSTINV- 351-USOP-2018-000865 |
| Payment Terms | Due Date |
| Net 30 | 12/16/2018 |

| Bill To: | Remit To: |
|---|---|
| Sears<br>333 Beverly Road<br>Hoffman Estate, IL 60179<br>United States of America | TELUS International (U.S.) Corp.<br>2251 S Decatur Blvd.<br>Las Vegas, NV 89102<br>United States of America<br>+1 (702) 2387900 |

| Purchase Order Number | MEMO |
|---|---|
|  | Fiscal Period: Oct 7 to Oct 14 2018 |

| Sales Item | Item Description | Price Each | Quantity | Amount |
|---|---|---|---|---|
| Sears - Production | Sears Online Care Voice - Tenure (0-30 days) Production | | | 1,305.86 |
| Sears - Production | Sears Online Care Voice - Tenure (30days & Above) Production | | | 65,168.92 |
| Sears - Others | Sears Outbound Minutes (Toll Cost) Outbound | | | 368.79 |
| Sears - Training | Sears - Training | | | 30,037.50 |
| Sears - Others | GPN (█████████████) | | | 705.60 |
| | Penalty | | | -949.74 |
| | Cisco Fee- Monthly Charges - Oct 2018 | | | 746.76 |
| | Take The Lead Oct 2018 TTL result | | | 275.80 |
| | TTL Adhoc payout | | | 62.16 |
| | Online Incentive | | | 21.00 |

Please Remit Electronic Payments to



| | |
|---|---|
| **Net Amount:** | 97,742.65 |
| **Tax** | 0.00 |
| **Total Invoice Amount** | **USD 97,742.65** |

**TELUS International (U.S.) Corp.**
2251 S Decatur Blvd.
Las Vegas, NV 89102

**TELUS International™**

**INVOICE**

+1 (702) 2387900

| Date | Invoice Number |
|---|---|
| 11/16/2018 | CUSTINV- 351-USOP-2018-000870 |
| Payment Terms | Due Date |
| Net 30 | 12/16/2018 |

| Bill To: | Remit To: |
|---|---|
| Sears<br>333 Beverly Road<br>Hoffman Estate, IL 60179<br>United States of America | TELUS International (U.S.) Corp.<br>2251 S Decatur Blvd.<br>Las Vegas, NV 89102<br>United States of America<br>+1 (702) 2387900 |

| Purchase Order Number | MEMO |
|---|---|
| | Fiscal Period: Oct 07 to Oct 14 2018 |

| Sales Item | Item Description | Price Each | Quantity | Amount |
|---|---|---|---|---|
| Sears - Training | Sears Mattress Care Voice - Tenure (30> days) Production | ▇▇▇ | ▇▇▇ | 5,711.28 |

**Please Remit Electronic Payments to**



| | |
|---|---|
| **Net Amount:** | 5,711.28 |
| **Tax** | 0.00 |
| **Total Invoice Amount** | USD 5,711.28 |

TELUS International (U.S.) Corp.  
2251 S Decatur Blvd.  
Las Vegas, NV 89102

**TELUS International™**

**INVOICE**

+1 (702) 2387900

| Date | Invoice Number |
|---|---|
| 01/15/2019 | CUSTINV- 351-USOP-2019-000053 |
| Payment Terms | Due Date |
| Net 30 | 02/14/2019 |

| Bill To: | Remit To: |
|---|---|
| Sears<br>333 Beverly Road<br>Hoffman Estate, IL 60179<br>United States of America | TELUS International (U.S.) Corp.<br>2251 S Decatur Blvd.<br>Las Vegas, NV 89102<br>United States of America<br>+1 (702) 2387900 |

| Purchase Order Number | MEMO |
|---|---|
|  |  |

| Sales Item | Item Description | Price Each | Quantity | Amount |
|---|---|---|---|---|
| Sears - Training | Sears Mattress Care Voice - Tenure (30> days) Production |  |  | 18,135.51 |
| Sears - Others | Bonus/ Penalty |  |  | 544.07 |

Please Remit Electronic Payments to



|  | Net Amount: | 18,679.58 |
|---|---|---|
|  | **Tax** | 0.00 |
|  | **Total Invoice Amount** | **USD 18,679.58** |

| | | |
|---|---|---|
| TELUS International (U.S.) Corp.<br>2251 S Decatur Blvd.<br>Las Vegas, NV 89102 |  | **INVOICE** |

| Date | Invoice Number |
|---|---|
| 01/15/2019 | CUSTINV- 351-USOP-2019-000051 |
| **Payment Terms** | **Due Date** |
| Net 30 | 02/14/2019 |

+1 (702) 2387900

| Bill To: | Remit To: |
|---|---|
| Sears<br>333 Beverly Road<br>Hoffman Estate, IL 60179<br>United States of America | TELUS International (U.S.) Corp.<br>2251 S Decatur Blvd.<br>Las Vegas, NV 89102<br>United States of America<br>+1 (702) 2387900 |

| Purchase Order Number | MEMO |
|---|---|
| | |

| Sales Item | Item Description | Price Each | Quantity | Amount |
|---|---|---|---|---|
| Sears - Production | Sears Consumer Solutions | ▇ | ▇ | 33,274.24 |
| Sears - Training | Sears - Training | ▇ | ▇ | 6,750.00 |

| Please Remit Electronic Payments to |
|---|
| ▇▇▇▇    ▇▇▇▇ |
| ▇▇▇▇▇▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| ▇▇▇▇▇▇    ▇▇▇ |
| ▇▇▇▇▇▇    ▇▇▇ |
| ▇▇▇▇▇    ▇▇▇▇▇▇▇▇ |
| ▇▇▇▇    ▇▇▇▇ |

| | |
|---|---|
| **Net Amount:** | 40,024.24 |
| **Tax** | 0.00 |
| **Total Invoice Amount** | USD 40,024.24 |



| | | INVOICE |
|---|---|---|
| TELUS International (U.S.) Corp. | | |
| 2251 S Decatur Blvd. | | |
| Las Vegas, NV 89102 | | |

| Date | Invoice Number |
|---|---|
| 01/15/2019 | CUSTINV- 351-USOP-2019-000050 |
| Payment Terms | Due Date |
| Net 30 | 02/14/2019 |

+1 (702) 2387900

| Bill To: | Remit To: |
|---|---|
| Sears | TELUS International (U.S.) Corp. |
| 333 Beverly Road | 2251 S Decatur Blvd. |
| Hoffman Estate, IL 60179 | Las Vegas, NV 89102 |
| United States of America | United States of America |
| | +1 (702) 2387900 |

| Purchase Order Number | MEMO |
|---|---|
| | |

| Sales Item | Item Description | Price Each | Quantity | Amount |
|---|---|---|---|---|
| Sears - Others | GPN ( ) | | | 2,520.00 |
| Sears - Production | Sears Online Care Chat | | | 41,644.20 |
| Sears - Production | Sears Online Care Voice - Tenure (30days & Above) Production | | | 361,037.61 |
| Sears - Others | Bonus/ Penalty | | | 7,913.92 |
| Sears - Others | Bonus/ Penalty | | | -7,913.92 |
| Sears - Others | Sears Outbound Minutes (Toll Cost) Outbound | | | 1,290.73 |
| Sears - Production | Sears Online Care Voice - Tenure (0-30 days) Production | | | 34,658.34 |
| | Cisco Fee- Monthly Charges - Dec 2018 | | | 2,667.00 |
| | Take The Lead Dec 2018 TTL result | | | 1,500.00 |
| | TTL Adhoc payout | | | 589.50 |
| | Online Incentives | | | 333.00 |

| Please Remit Electronic Payments to |
|---|



| | Net Amount: | 446,240.38 |
|---|---|---|
| | Tax | 0.00 |
| | Total Invoice Amount | USD 446,240.38 |

| TELUS International (U.S.) Corp. | | INVOICE |
|---|---|---|
| 2251 S Decatur Blvd. | *TELUS International*™ | |
| Las Vegas, NV 89102 | | |

| Date | Invoice Number |
|---|---|
| 02/22/2019 | CUSTINV- 351-USOP-2019-000273 |
| Payment Terms | Due Date |
| Net 60 | 04/23/2019 |

### COPY

| Bill To: | Remit To: |
|---|---|
| Sears | TELUS International (U.S.) Corp. |
| 333 Beverly Road | 2251 S Decatur Blvd. |
| Hoffman Estate, IL 60179 | Las Vegas, NV 89102 |
| United States of America | United States of America |

| Purchase Order Number | MEMO |
|---|---|
| | JAN 2019 SERVICE PERIOD (MATTRESS CARE) |

| Sales Item | Item Description | Price Each | Quantity | Amount |
|---|---|---|---|---|
| Sears - Training | Sears Mattress Care Voice - Tenure (30> days) Production | | | 13,013.02 |
| Sears - Training | Minimum Commitment | | | 397.27 |
| Sears - Others | Bonus / Penalty | | | 260.26 |

Please Remit Electronic Payments to



| | |
|---|---|
| **Net Amount:** | 13,670.55 |
| **Tax** | 0.00 |
| **Total Invoice Amount** | USD 13,670.55 |



| | | INVOICE |
|---|---|---|
| TELUS International (U.S.) Corp. | | |
| 2251 S Decatur Blvd. | | |
| Las Vegas, NV 89102 | | |

| Date | Invoice Number |
|---|---|
| 02/22/2019 | CUSTINV- 351-USOP-2019-000272 |
| **Payment Terms** | **Due Date** |
| Net 60 | 04/23/2019 |

## COPY

| Bill To: | Remit To: |
|---|---|
| Sears | TELUS International (U.S.) Corp. |
| 333 Beverly Road | 2251 S Decatur Blvd. |
| Hoffman Estate, IL 60179 | Las Vegas, NV 89102 |
| United States of America | United States of America |

| Purchase Order Number | MEMO |
|---|---|
| | JAN 2019 SERVICE PERIOD (ONLINE) |

| Sales Item | Item Description | Price Each | Quantity | Amount |
|---|---|---|---|---|
| Sears - Production | Tenure (30days & Above) : | | | 232,292.04 |
| Sears - Production | Minimum Commitment | | | 13,468.28 |
| Sears - Production | Chat Revenue | | | 29,684.20 |
| Sears - Others | Sears Outbound Minutes (Toll Cost) Outbound | | | 1,063.70 |
| Sears - Others | GPN ( ) | | | 2,520.00 |
| Sears - Others | Voice Bonus/ Penalty | | | -1,161.46 |
| Sears - Others | December 2018 True Up | | | -7,598.92 |
| | Take The Lead Jan 2019 TTL result | | | 1,140.00 |
| | Online Incentives | | | 369.00 |

| Please Remit Electronic Payments to |
|---|



| | Net Amount: | 271,776.84 |
|---|---|---|
| | Tax | 0.00 |
| | **Total Invoice Amount** | **USD 271,776.84** |

TELUS International (U.S.) Corp.
2251 S Decatur Blvd.
Las Vegas, NV 89102

# INVOICE

| Date | Invoice Number |
|---|---|
| 02/22/2019 | CUSTINV- 351-USOP-2019-000274 |
| Payment Terms | Due Date |
| Net 60 | 04/23/2019 |

## COPY

| Bill To: | Remit To: |
|---|---|
| Sears<br>333 Beverly Road<br>Hoffman Estate, IL 60179<br>United States of America | TELUS International (U.S.) Corp.<br>2251 S Decatur Blvd.<br>Las Vegas, NV 89102<br>United States of America |

| Purchase Order Number | MEMO |
|---|---|
|  | JAN 2019 SERVICE PERIOD (CONSUMER SOLUTIONS) |

| Sales Item | Item Description | Price Each | Quantity | Amount |
|---|---|---|---|---|
| Sears - Production | Sears Consumer Solutions |  |  | 31,961.21 |
| Sears - Training | Sears - Training |  |  | 12,150.00 |
| Sears - Others | Dec True Up |  |  | 10,239.57 |

Please Remit Electronic Payments to



| | Net Amount: | 54,350.78 |
|---|---|---|
| | **Tax** | 0.00 |
| | **Total Invoice Amount** | **USD 54,350.78** |

TELUS International (U.S.) Corp.
2251 S Decatur Blvd.
Las Vegas, NV 89102

**INVOICE**

| Date | Invoice Number |
|---|---|
| 02/22/2019 | CUSTINV- 351-USOP-2019-000275 |
| Payment Terms | Due Date |
| Net 60 | 04/23/2019 |

+1 (702) 2387900

## COPY

| Bill To: | Remit To: |
|---|---|
| Sears<br>333 Beverly Road<br>Hoffman Estate, IL 60179<br>United States of America | TELUS International (U.S.) Corp.<br>2251 S Decatur Blvd.<br>Las Vegas, NV 89102<br>United States of America<br>+1 (702) 2387900 |

| Purchase Order Number | MEMO |
|---|---|
| | JAN 2019 SERVICE PERIOD (REPAIR) |

| Sales Item | Item Description | Price Each | Quantity | Amount |
|---|---|---|---|---|
| Sears - Production | Sears Repair - Tenure (30> days) Production | | | 10,867.83 |
| Sears - Training | Sears - Training | | | 37,462.50 |
| | Repair Incentives | | | 1,573.95 |

Please Remit Electronic Payments to



|   |   |
|---|---|
| **Net Amount:** | 49,904.28 |
| **Tax** | 0.00 |
| **Total Invoice Amount** | **USD 49,904.28** |