UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                               :

In re:                                                        :        Chapter 11
                                                                    :

SEARS HOLDINGS CORPORATION, *et al.*,[1]    :        Case No.: 18-23538 (RDD)
                                                                    :

          Debtors.                                        :        (Jointly Administered)
                                                                    :
------------------------------------------------------------------- X

**ORDER GRANTING FIRST INTERIM APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
ELISE S. FREJKA, CONSUMER PRIVACY OMBUDSMAN, FOR
THE PERIOD DECEMBER 3, 2018 THROUGH JULY 31, 2019**

Upon the First Interim Application for Compensation and for Reimbursement of Expenses for the Period from December 3, 2018 through July 31, 2019 (the "Application") under 11 U.S.C. § 331 filed by Elise S. Frejka a member of Frejka PLLC and the Consumer Privacy Ombudsman in the above-captioned case; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b); and consideration of the Application and the relief requested therein being a core

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application and the deadline for filing objections to the relief requested therein having been provided; and there being no objections to the relief granted herein; and a hearing having been held to consider the relief requested in the Application on October 28, 2019 (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that all of the applicable requirement of sections 327, 328, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2016-1 and 2016-2 of the Local Bankruptcy Rules for the Southern District of New York, the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, effective February 5, 2013 (as adopted by General Order M-447) have been satisfied; and it appearing that the services rendered and expenses incurred by Frejka PLLC for which compensation and reimbursement is sought were actual, reasonable and necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is granted to the extent set forth in Schedule A hereto; and it is further

ORDERED that the Debtors and Transform Holdco LLC are authorized and directed upon entry of this order to remit payment to Frejka PLLC in the amounts set forth on Schedule A on a 50/50 basis; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: White Plains, New York
      November 4, 2019       /s/Robert D. Drain
                                          Robert D. Drain
                                          United States Bankruptcy Judge

Case No.: 18-23538 (RDD)                                                                                          **Schedule A**
Case Name: In re Sears Holdings Corporation. *et al.*

## CURRENT FEE PERIOD

| (1) Applicant | (2) Application Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| Frejka PLLC (Elise S. Frejka, Consumer Privacy Ombudsman) | 8/20/2019 ECF No.: 4910 | 12/3/2018 – 7/21/2018 | $108,386.25 | $108,386.25 | $108,386.25 | $663.26 | $663.26 | $663.26 |

DATE ON WHICH ORDER WAS SIGNED: 11/4/2019                               INITIALS: RDD USBJ

Case No.: 18-23538 (RDD)                                                                    **Schedule B**
Case Name: In re Sears Holdings Corporation. *et al.*

## FEE APPLICATION TOTALS

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Frejka PLLC (Elise S. Frejka Consumer Privacy Ombudsman) | $108,386.25 | $0.00 | $663.26 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: 11/4/2019          INITIALS: RDD USBJ