**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Raniero D'Aversa, Jr.
Evan C. Hollander
Emmanuel Fua

*Counsel for TELUS International (U.S.) Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538-RDD |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holding Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Product, Inc.(8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4142-9554-9728.1

I, the undersigned, hereby certify that I am over the age of 18 years old and that on the Fifth day of November, 2019, in accordance with the Amended Order Implementing Certain Notice and Case Management Procedures [Dkt. 405] (the "Case Management Order"), and in the manner provided therein, I caused a true and correct copy of the Motion of TELUS International (U.S.) Corporation for Allowance of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) [Dkt. 5558] (the "Motion") to be served via email on each of the "Rule 2002 Parties", as that term is defined in the Case Management Order, at the email addresses that are listed for each of them on the "Master Service List", as that term is defined in the Case Management Order, and as said Master Service List is made available on today's date at https://restructuring.primeclerk.com/sears/Home-DocketInfo, and I caused a printed copy of the Motion to be served via first class mail to:

The Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
Room 248
White Plains, New York 10601

The Office of the United States Trustee for Region 2
201 Varick Street
Suite 1006
New York, New York 10014

Sears Holdings Corporation
Attn: Stephen Sitley, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
Attn: Jeffrey C. Chancas
377 Broadway
New York, NY 10013

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607

4142-9554-9728.1

BST International Fashion Ltd.
Attn: A.R. Shrinivasan
Managing Director
39 Wang Kwong Rd, Ste 2301B, Skyline Tower, Kowloon Bay
Kowloon,  Hong Kong

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
1400 Old Country Road
Suite C103
Westbury, NY 11590

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
7 Century Drive
Suite 201
Parsippany, NJ 07054

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

Milbank, Tweed, Hadley & McCloy LLP
Attn: Andrew M. Leblanc
1850 K Street, NW
Suite 1100
Washington, DC 20006

Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Ave.
Suite 149
Walnut Creek, CA 94596

4142-9554-9728.1

Ohio Department of Taxation
Attn: Office of the Ohio Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, OH 45202

The Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

*[signature on the following page]*

Dated: New York, New York

November 6, 2019

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Raniero D'Aversa, Jr.

51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Raniero D'Aversa, Jr.
Evan C. Hollander
Emmanuel Fua

*Counsel for TELUS International (U.S.) Corporation*

4142-9554-9728.1