**Hearing Date and Time: November 20, 2019 at 10:00 am**

**THE SARACHEK LAW FIRM**
Joseph E. Sarachek, Esq. (NY Bar #2163228)
101 Park Avenue -27th Floor
New York, NY. 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950

*Attorneys for Giza Spinning and Weaving Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDING CORPORATION, *et al.*[1],** | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**RESPONSE OF GIZA SPINNING AND WEAVING CO.**
**IN OPPOSITION TO THE DEBTORS' TENTH**
**OMNIBUS OBJECTION TO PROOFS OF CLAIM**

**TO:   THE HONORABLE ROBERT D. DRAIN**
          **UNITED STATES BANKRUPTCY JUDGE**

Giza Spinning and Weaving Co. (the "Responding Party"), by and through its

undersigned counsel, The Sarachek Law Firm, hereby responds (the "Response") in opposition

to the *Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Certain Claims)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[Dkt. No. 5237] (the "Objection").  In support of its Response, the Responding Party states as follows:

## SUMMARY OF ARGUMENT

At the inception of these cases, October 15, 2018, the Debtors maintained that it was "critical" to have vendor support in order to run their operations, conduct a sale of their assets, and confirm a plan of reorganization.  Now that the assets have been sold and the professionals have been paid, the Debtors have changed their position.  They are seeking to wipe out vendors, particularly foreign vendors, by reinterpreting the definition of "receipt" of goods.  The critical issue for this Court to decide is whether receipt requires goods to be in the Debtors' hands.  From the outset of this case, the Responding Party has relied on the precedent established by the Third Circuit in *Haining Wansheng Soa Co., Ltd v. World Imports Ltd., (In re World Imports)*, 862 F.3d 338 (3d Cir. 2017) ("*World Imports*") which requires goods to be in the Debtors' possession.  If there had been any doubt about the precedent set by World Imports, the Debtors' cases might have converted from Chapter 11 to Chapter 7 back in October 2018.  For this reason alone, this Court should overrule the Objection.

## DISCUSSION

The Responding Party's Claims

1.    Giza Spinning and Weaving Co. ("Giza"), a foreign manufacturer of women's garments, manufactured in Egypt and delivered and sold these goods to Sears.  On December 3, 2018, Giza properly filed claim number 5772 against Sears, Roebuck and Co. in the amount of $143,485.61 all of which is a 503(b)(9) administrative priority claim.  The Proof of Claim is attached as Exhibit A.

2.    All of the items shipped by the aforementioned claimants with respect to

Section 503(b)(9) were received by Sears between September 25, 2018 and October 15, 2018.

3.        The Debtors only objection to the claims is that under Section 503(b)(9) of the Bankruptcy Code, the goods should be considered received as of the shipping date. As discussed in detail below, this interpretation of Section 503(b)(9) of the Bankruptcy Code is erroneous.  The Debtors have provided no evidence to show that their calculations are correct.

World Imports

4.        Section 503(b)(9) of the Bankruptcy Code states as follows:

> "(b) After notice and a hearing, there shall be allowed administrative expenses, … including (9) the value of any goods received by the debtors within 20 days before the date of commencement of a case under this title in which the goods have been sold in the ordinary course of such debtor's business."

5.        The Bankruptcy Code does not define the meaning of "received."  As a result, courts are left to determine what "received" means in the context of section 503(b)(9) of the Bankruptcy Code.  This exact question was decided by the Third Circuit Court of Appeals in *World Imports*. The Third Circuit ruled that "received" requires physical possession of the goods, not when the goods were delivered freight on board to a common carrier. *World Imports,* 862 F.3d at 346.

6.        The World Imports Court considered the ordinary meaning of "received." The Court concluded "[t]he legal and dictionary definitions comport with the definition found in the UCC. *World Imports,* 862 F.3d at 342.  Moreover, "we infer that Congress meant to adopt this 'well-known' meaning of the term." *Id.* As this Court previously noted, courts commonly look to the UCC to define terms that are undefined in the Bankruptcy Code. *See, In the Matter of The Great Atlantic & Pacific Tea Company, Inc.,* Case No. 10-24549-rdd, Dkt. No. 4017, at 4-5 (Bankr. S.D.N.Y. Oct. 25, 2012)

7.      The World Imports Court stated that Section 503(b)(9) of the Bankruptcy Code is explicitly linked to Section 546(c) of the Bankruptcy Code as the former is an exemption from the latter's requirements. *Id.* at 543.  "Because *§ 503(b)(9)* provides 'an alternative remedy to reclamation,' *In re Momenta, Inc.* 455 B.R. 353, 357 (Bankr. D.N.H. 2011), it should be read and interpreted consistent with *§ 546(c)." Id.*

8.      The World Imports Court engaged in a thorough analysis of the definition of "receipt" as used in Section 546(c) of the Bankruptcy Code. The Court relied in part on *In re Marin Motor Oil, Inc.* 740 F.2d 220 (3d Cir. 1984). In *Marin Motor Oil*, the Third Circuit concluded "…that because 'Congress essentially borrowed [the reclamation provision] from the U.C.C.,' it 'also borrowed the standard definition of receipt' [*Marin Motor Oil*] at 225 n.9." *World Imports* 862 F.3d at 343.  As a result, the *Marin Motor Oil* court concluded that the UCC definition of "receipt" applied, and, therefore, meant physical possession. *Id*.  *See also*, *In re R.F. Cunningham & Co., Inc*., 2006 Bankr. Lexis 3650 (Bankr. E.D.N.Y. Dec. 21, 2006); *In re Flagstaff Foodservice Corp*., 56 B.R. 910 (Bankr. S.D.N.Y. 1986)

9.      As a result of the Third Circuit's analysis of the relationship between 503(b)(9) and 546(c), and the definition of "receipt" in 546(c) meaning taking possession, it held that the definition of "received" in 503(b)(9) means the same thing. *Id.* at 543-544; *See, In re Circuit City Stores, Inc.,* 432 B.R. 225, 229 (Bankr. E.D. Va. 2010) (" As 'receipt' in Article 2 of the UCC and § 546(c) is defined as taking 'physical possession,' the Court holds that 'received' for the purposes of § 503(b)(9) means having taken into physical possession"); *In re Momenta, Inc.*, 455 B.R. 353, 358 (Bankr. D.N.H. 2012) ("…the terms 'receipt' and 'received' are similar words, concern related issues, and should be treated as functional equivalents and interpreted identically.")

10.     The World Imports Court next discussed why placing goods on a ship or

with a third party carrier, also known as freight on board ("FOB") does not constitute

constructive receipt.   Under applicable case law, common carriers are not considered agents of a

buyer. *Id.* at 344.   Moreover, transfer of title and receipt have been held to be distinct. *Id. See, In

re R.F. Cunningham & Co.*, 2006 Bankr. LEXIS 3650, *6 (Bankr. E.D.N.Y. December 21, 2006)

("Delivery to a common carrier does not constitute 'receipt' by a buyer of goods.")

11.     Subsequent to the ruling of the Third Circuit, *World Imports* has been

cited favorably, including by the United States Bankruptcy Court for the District of Connecticut.

That court held that under 503(b)(9) received is "…either: (i) physical possession of the goods

by the debtor; or (ii) constructive possession, when a bailee or an agent of the debtor physically

possesses the goods." *In re O.W. Bunker Holding North America Inc.*, 2019 Bankr. LEXIS 2728

(Bankr D.Conn. Aug. 26, 2019) at *25.   Either way, physical possession either by the debtor or

its agent is required.

Debtors' Attempts to Distinguish World Imports Are Not Persuasive

12.     The Debtors attempt to dismiss the Third Circuit's reasoning in *World

Imports* by stating that the Circuit incorrectly looked for authority under state law as opposed to

federal law.   While federal law might be preferred for interpreting other federal laws such as the

Bankruptcy Code, this is not mandatory.   The main case cited by the Debtors to suggest the

Third Circuit incorrectly looked to the UCC, which is state law, to interpret the meaning of

"received" is *In re Escalera Res. Co.*, 563 B.R. 336 (Bankr. D. Colo. 2017) ("*Escalera*").   It is

somewhat ironic that the court in *Escalera* used the dictionary definition of goods found in the

UCC to reach a decision because there was no governing federal law.   While courts are not

required to consider state law in interpreting statutes, they certainly may, and as with the court in

*Escalera*, often do consider state law.

13.     The Debtors go to convoluted lengths in an effort to interpret Section 503(b)(9) of the Bankruptcy Code.   They attempt to use the United Nations Convention on Contracts for the International Sale of Goods ("CISG") and the International Commerce Commissions' ("Intercoms") neither of which defines "received."  In order to use the CISG and Intercoms, terms that don't mean "received" have to be massaged to create the meaning desired by the Debtors. Rather than employing this approach, the Third Circuit searched for the actual definition of "received" using basic tenets of statutory interpretation. *See, Custom Polymers PET, LLC v. Gamma Meccanica SPA*, No. 6:15-04882-MGL, 185 F. Supp. 3d 741, 755 (D.S.C. 2016) ("Even though the CISG governs [a] dispute, where the CISG is silent on a legal issue, a court should apply the choice of law rules of the forum where it sits to fill the gap.")  As discussed above, the *World Imports* court chose the commonly understood definition of "received."

14.     The only legal authority cited by the Debtors to support their interpretation of "receipt" are the lower court decisions in *World Imports* which were overturned.  The Debtors' brief strangely references the bankruptcy court decision in *World Imports* as an "analogous case concerning claims of an import vendor that shipped goods to a debtor FOB port of origin" as if it was just another bankruptcy case looking at the issue rather than the very case the Third Circuit overturned.

15.     Additionally, the Third Circuit specifically points out that courts have consistently held that receipt does not occur when goods are loaded on to a common carrier. The fact that risk of loss and title may have transferred is irrelevant. *Marin Motor Oil* at 225; *See also*, *In re R.F. Cunningham & Co.* at *6.

16.    The second reason asserted by the Debtors to dismiss the Third Circuit's reasoning in *World Imports* is that the court looked to the meaning of "received" in section 546(c) of the Bankruptcy Code when determining the meaning of "received" in section 503(b)(9) of the Bankruptcy Code.  As discussed above, the Third Circuit in *World Imports* extensively discussed the connection between these two code sections. Most importantly, both sections use the word "received."  The Debtors would have this Court believe that because the derivation of Section 546(c) of the Bankruptcy Code may have been the UCC, which is adopted by state law, while the right given in Section 503(b)(9) of Bankruptcy Code  is a federally created right, there should be a distinction between the two definitions of the same word.  However, this interpretation makes no sense.

17.    The simplest and most logical interpretation is to read the word "received" the same way in both sections. This makes even more sense when one considers that Section 503(b)(9) of the Bankruptcy Code is specifically mentioned in Section 546(c) of the Bankruptcy Code.  What makes no sense is that Congress would distinguish the definition of "received" among two sections of the same Bankruptcy Code any more than Congress would discriminate between the words potato and po-ta-toe.

18.    The third reason the Debtors provide for this Court to disregard the Third Circuit's *World Imports* ruling is that the court did not consider the policy considerations raised by the Debtors. As discussed below, this argument does not necessitate abandoning the plain meaning of "received."

19.    Finally, the Debtors assert that "Congress did not legislate exclusively against the backdrop of domestic vendor sales and the UCC when it enacted section 503(b)(9) of the Bankruptcy Abuse Prevention and Consumer Protection Act in 2005."  There is no

dispositive answer to this question. The fact that Congress did not legislative exclusively against

a backdrop of domestic vendor sales provides no justification to treat the same word in related

code sections differently.  There is absolutely no basis to use the Debtors' interpretive meaning

of "received" instead of the plain meaning.

Debtors Additional Arguments are Not Persuasive

20.    The Debtors sole legal argument in favor of using the overturned, lower

court *World Imports* cases is that the CISG and Intercoms should be used to determine what

"received" means. The rationale behind this is that international trade agreements are ratified by

Congress and, therefore, federal law.

21.    The problem, as discussed above, is that neither the CISG nor the

Intercoms define "received." Thus, the Debtors are forced to shoehorn a meaning of "received"

rather than use its commonly understood meaning.  This allows the Debtors to argue that the date

the goods were delivered to a common carrier should constitute receipt.[2] As discussed in detail

above, however, courts consistently defined "deliver" and "receipt" as distinct and common

carriers are not considered agents of the buyer.

22.    Left with no legal argument, the Debtors look to policy. The problem is

that there will be always be winners and losers. The Debtors argument does not create

conformity, but rather at this late stage in these cases, allows the Debtors professionals to decide

who are the winners and losers.  The reality is that if the actual receipt date is not used in Section

503(b)(9) determinations, every time you have a company in the zone of insolvency, foreign

---

[2] Under Article 71 of the CISG allows that a vendor may prevent handing over of goods if it becomes apparent while the goods are in transit that the other party may not be able to perform its obligations. The Debtors have themselves acknowledged this fact in the Motion of Debtors for Interim and Final Authority to (I) Pay Prepetition Claims of (A) Shippers, Warehousemen, and Other Non-Merchandise Lien Claimants and (B) Holders of PACA/PASA Claims, and (II) Confirm Administrative Expense Priority for Prepetition Orders Delivered to the Debtors Postpetition, and Satisfy Such Obligations in the Ordinary Course of Business [Dkt. No. 14 at Par. 19-20]

vendors will be encouraged to pull back their goods until they are 100% assured of payment. This will result in persistent interruption of delivery of goods. In the instant case, Giza relied on the Debtors assertions at the outset of the cases that they would be paid in full for goods received between September 25 and October 15, 2018. Moreover, if Congress had intended that the shipping date be used for purposes of Section 503(b)(9) of the Bankruptcy Code, then the statute would have said "delivered to" or "shipped to" rather than "received by." The fact is that until the goods are firmly in a debtor's hands, they cannot sell them. If the debtors have no goods to sell, they are out of business. For this reason, as well, there is no reason for the Court to look to anything other than the plain meaning of the word "received" which for the purposes of commerce implies that a company has a product to sell.

## CONCLUSION

For the foregoing reasons the Responding Parties request that the Court rule that (i) the Debtors have not properly objected to the Responding Parties' claims, (ii) that the term "received" as used in section 503(b)(9) of the Bankruptcy Code should mean physical possession by the Debtor and (iii) that Debtors objection to claim number 5772 of Giza Spinning and Weaving Co. is denied and (iv) such other and further relief as this Court deems appropriate.

Dated: November 6, 2019
       New York, NY

Respectfully submitted,

THE SARACHEK LAW FIRM

 /s/ Joseph E. Sarachek
Joseph E. Sarachek
101 Park Avenue – 27th Floor
New York, NY  10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950
joe@saracheklawfirm.com

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

### Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. (18-23576) |
| ☒ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23579) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Promotions LLC (18-23630) |

## Modified Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

**1. Who is the current creditor?**

GIZA SPINNING AND WEAVING CO

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Edward L. Schnitzer
CKR Law LLP
1330 Avenue of the Americas, 14th Floor
New York, NY 10019
- and -
GIZA SPINNING AND WEAVING CO
KAFR HAKIM EMBABA GIZA EGYPT ZIP CODE 12875
CONTACT NAME 1- MOHAMED MOSTFA
2- MOHAMED ANTER

Contact phone (212)-259-7300 [Schnitzer]; 002.02.38900210
Contact email eschnitzer@ckrlaw.com; M_ANTER@GIZASPIN.COM

Where should payments to the creditor be sent? (if different)

GIZA SPINNING AND WEAVING CO
KAFR HAKIM EMBABA GIZA EGYPT ZIP CODE 12875
CONTACT NAME 1- MOHAMED MOSTFA
2- MOHAMED ANTER

Contact phone 002.02.38900210
Contact email M_ANTER@GIZASPIN.COM

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) 54
Filed on 10/17/2018  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing?

**Claim Number: 5772**       Proof of Claim       page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
| --- | --- |

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   9   8   7   0

**7. How much is the claim?**   $ 143,485.61 . **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold and delivered

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(        ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No | |
|---|---|---|
| | ☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $143,485.61 |

---

**Part 3:**    Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | *Check the appropriate box:* |
|---|---|
| | ☐ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☑ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | **Signature:** *Edward L. Schnitzer*
Edward L. Schnitzer (Dec 3, 2018) |
| | **Email:**   eschnitzer@ckrlaw.com |

_____
Signature
**Print the name of the person who is completing and signing this claim:**

Name of the person who is completing and signing this claim:

| Name | Edward L. Schnitzer | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Partner | | |
| Company | CKR Law LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1330 Avenue of the Americas, 14th Floor | | |
| | Number          Street | | |
| | New York | NY | 10019 |
| | City | State | ZIP Code |
| Contact phone | 212-259-7300 | Email | eschnitzer@ckrlaw.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do **not** have supporting documentation.

📎 Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                 12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

## Do not file these instructions with your form

**mohamed anter**

| | |
|---|---|
| **From:** | mohamed anter <m_anter@gizaspin.com> |
| **Sent:** | أكتوبر، ٢٠١٨ ٠٢:٢٧ م 16 |
| **To:** | 'Sunaina Kapoor (India)' |
| **Cc:** | 'amr_khattab@gizaspin.com'; 'fadel'; ''Ehab Essawy''; 'm_salem@gizaspin.com'; 'Md, Safeyee (Bangladesh)'; 'taher'; 'Rana, Gaurav (India)'; 'Subramanian, Bala (India)' |
| **Subject:** | RE: Vendor payments/Letter to Vendors |
| **Attachments:** | DEBIT NOTES SEARS.pdf; DEBIT NOTES KMART.pdf |

Hi Sunaina,

Noted and IT will be sent within 15 minutes MAX.

To updated all of you we will add on the claims request the attached debit notes due to as we will receiving our payment after more than 30 days with discount 4% so we should refund 1% kindly note,

| DEBIT NOTE NO | DATE | AMOUNT USD $ |
|---|---|---|
| GIZA 3/2018 | 09/13/2018 | 1,819.71 |
| GIZA 4/2018 | 09/13/2018 | 2,403.34 |
| GIZA 5/2018 | 08/10/2018 | 1,836.70 |
| GIZA 6/2018 | 08/10/2018 | 1,334.67 |
| TOTAL | | 7,394.41 |

B.Rgds

Mohamed anter (Export Manager)

Giza spinning and Weaving Co.

Kafr Hakim Embaba ,Giza , Egypt  ( Tel # +202/38900210 - 215    Fax # +20238900216 )

---

**From:** Sunaina Kapoor (India) [mailto:Sunaina.Kapoor@searshc.com]
**Sent:** Tuesday, October 16, 2018 12:36 PM
**To:** mohamed anter
**Cc:** amr_khattab@gizaspin.com; 'fadel'; ''Ehab Essawy''; m_salem@gizaspin.com; Md, Safeyee (Bangladesh); 'taher'; Rana, Gaurav (India); Subramanian, Bala (India)
**Subject:** RE: Vendor payments/Letter to Vendors

Hi Anter,

All the updates & queries for payments have to be sent to below email id.

PDF created with pdfFactory Pro trial version www.pdffactory.com

# Giza Spinning and Weaving CO,.

**Head Office : 162 Gowhar El-Kaid St., Darrasa-Cairo-Egypt-Tel. & Fax # 00202-5929632**
**Factory : Kafr Hakim-Embaba-Giza-Egypt-Tel.# 00202-8900210/11/12/13/14/15-Fax # 00202-8900**

# Debit Note

| FROM | Giza Spinning and Weaving CO,.<br>Factory : Kafr Hakim-Embaba-Giza-Egypt-Tel.# 00202-8900210/11/12/13/14/15- |
|------|--------|
| TO | Sears Holdings Corporation<br>3333 Beverly Road , Hoffman Estates, IL - 60179, USA. |

DESPERATION

REFUND AMOUNT 1% FULL DETAILS AS PER THE BELOW

| CUSTOMER INVOICE NO | AMOUNT | VSL SALING DATE | DUE DATE | RECEVING DATE |
|---------------------|--------|-----------------|----------|---------------|
| 201821069392 | 164,706.25 | 08.16.2018 | 09.01.2018 | 09.17.2018 |
| 201821119251 | 17,264.45 | 08.16.2018 | 09.01.2018 | 09.17.2018 |
| TOTAL AMOUNT | 181,970.70 | | | |
| REFUND 1% AMOUNT | 1,819.71 | | | |

ONLY ONE THOUSAND EIGHT HUNDRED NINETEEN AND 71/100 USD $ .



PDF created with pdfFactory Pro trial version www.pdffactory.com

# Giza Spinning and Weaving CO,.

Head Office : 162 Gowhar El-Kaid St., Darrasa-Cairo-Egypt-Tel. & Fax # 00202-5929632
Factory : Kafr Hakim-Embaba-Giza-Egypt-Tel.# 00202-8900210/11/12/13/14/15-Fax # 00202-8900

# Debit Note

| FROM | Giza Spinning and Weaving CO,.<br>Factory : Kafr Hakim-Embaba-Giza-Egypt-Tel.# 00202-8900210/11/12/13/14/15- |
|------|-----------------------------------------------------------------------------------------------------------|
| TO | Sears Holdings Corporation<br>3333 Beverly Road , Hoffman Estates, IL - 60179, USA. |

DESPERATION

REFUND AMOUNT 1% FULL DETAILS AS PER THE BELOW

| CUSTOMER INVOICE NO | AMOUNT | VSL SALING DATE | DUE DATE | RECEVING DATE |
|---------------------|--------|-----------------|----------|---------------|
| 201821438929 | 83,001.24 | 09.14.2018 | 9/29/2018 | NOT YET 10.16.2018 |
| 201821861005 | 50,465.52 | 09.14.2018 | 9/29/2018 | NOT YET 10.16.2018 |
| | | | | |
| TOTAL AMOUNT | 133,466.76 | | | |
| REFUND 1% AMOUNT | 1,334.67 | | | |



ONLY ONE THOUSAND THREE HUNDRED THIRTY FOUR AND 67/100 USD $.

PDF created with pdfFactory Pro trial version www.pdffactory.com

**ups**

THE COMPLETE SOLUTION

UPS SUPPLY CHAIN SOLUTIONS
UPS SCS (EGYPT) LLC
13, Misr El Tameer Buildings, 9th District
Sheraton Heliopolis
Cairo, Egypt
Tel.: +20 2 268 0136
Fax: +20 2 268 0135

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER | |
|---|---|
| GIZA SPINNING AND WEAVING CO | Received by UPS SCS Egypt hereinafter referral to bes FTI in apparent good order and condition, unless otherwise indicated, the following cargoes for shipment by the first available vessel subject to the terms and conditions as hereunder : |
| KAFR HAKIM EMBABA | |
| GIZA | |
| EGYPT | |
| C/O UPS SCS (EGYPT)LLC | UPS SCB Egypt As Multimodal Transport Operator |

| CONSIGNEE | |
|---|---|
| SEARS ROEBUCK & CO | FCR# : 7043220824 |
| 3333 BEVERLY ROAD, HOFFMAN ESTATES, | |
| IL 60179, US | SHIPPING ORDER # : 201821861008 |

| NOTIFY PARTY | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS | LETTER OF CREDIT # : |
| 19701 HAMILTON AVENUE, TORRANCE, | |
| CA 90502, UNITED STATES | INVOICE # : |
| MARY ELLEN WRATSCHKO | |
| TEL:(310) 404-2793 | DATED : |

| PRE CARRIAGE BY | | PORT OF LOADING | VALUE DECLARED : |
|---|---|---|---|
| | | DAMIETTA, EG | |
| EXPORTING CARRIER (VESSEL NAME/VOYAGE) | | PORT OF LOADING | OCEAN FREIGHT : COLLECT |
| APL ANTWERP - 00N13W1/MA | | DAMIETTA, EG | |
| AIR SEA PORT OF DISCHARGE | | PLACE OF DELIVERY BY ON-CARRIER | ONWARD INLAND ROUTING AND FINAL DESTINATION |
| NEW YORK | | CHAMBERSBURG, PA | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 1 X 40HC CONTAINER | | | KGS/BS | CBM/CFT |
| | | Date Cargo Received 09.09.18 | | |
| CRXU9260283 | | Date Document Received 09.09.18 | | |
| G1739853 | 1750 Ctns | GARMENTS | G.W. 6657.640 KG | 42.140 M3 |
| | | CONTRACT# BU0965 REF# 801 | | |
| | | CONTRACT# BU0964 RBF# 801 | | |
| | | ETD: 09.13.18 | | |
| | | FINAL DESTINATION: CHAMBERSBURG, PA | N.W. | |
| | | SHIPPER STOW LOAD AND COUNT | | |
| | | FREIGHT COLLECT | | |

ORIGINAL

* APPLICABLE WHEN A THROUGH BILL OF LADING IS TO BE ISSUED
* THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE
WE HAVE RECEIVED THE FOLLOWING DOCUMENTS :
1. SPECIAL CUSTOMS INVOICE #
☐ ORIGINAL          ☐ COPIES
2. PACKING LIST
☐ ORIGINAL          ☐ COPIES
3. COMMERCIAL INVOICE #
☐ ORIGINAL          ☐ COPIES
4. EXPORT LICENSE 4TH COPY WITH VBA STAMPLED
☐ ORIGINAL          ☐ COPIES
5. FORM A
☐ ORIGINAL          ☐ COPIES
6. INSPECTION CERTIFICATE
☐ ORIGINAL          ☐ COPIES

IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEES AND OWNER OF THE GOODS AGREES TO ALL ITS TERMS, CONDITIONS AND CONDITIONS AVAILABLE ON REQUEST
IN WITNESS WHEREOF, THE FREIGHT FORWARDER HAS SIGNED ONE ORIGINAL CARGO RECEIPT, WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

PLACE AND DATE OF ISSUE :
UPS SCS EGYPT
TRANSPORT OPERATOR
INTERNATIONAL CO., LTD

13, Misr Eltameer Bldg
Cairo Egypt
Tel. : 202 2680 136
Fax : 202 2680 135

Cargo is received subject to the terms on both sides of this forwarder's cargo receipt

**ups**

THE COMPLETE SOLUTION

UPS SUPPLY CHAIN SOLUTIONS
UPS SCS (EGYPT) LLC
13, Nizr El Tanacer Buildings, 9th District
Wheraton Heliopolis
Cairo, Egypt
Tel.: +20 2 268 0136
Fax: +20 2 268 0135

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER | Received by UPS SCS Egypt hereinafter referral to bss FTI in apparent good order and condition, unless otherwise indicated, the following cargoes for shipment by the first available vessel subject to the terms and conditions as hereunder : |
|---|---|
| GIZA SPINNING AND WEAVING CO | |
| KAFR HAKIM EMBABA | |
| GIZA | |
| EGYPT | |
| C/O UPS SCS (EGYPT) LLC | UPS SCS Egypt As Multimodal Transport Operator |

| CONSIGNEE | |
|---|---|
| SEARS ROEBUCK & CO | FCR# : 7063220824 |
| 3333 BEVERLY ROAD, HOFFMAN ESTATES, | |
| IL 60179, US | SHIPPING ORDER # : 201621861005 |

| NOTIFY PARTY | LETTER OF CREDIT # : |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS | |
| 19701 HAMILTON AVENUE, TORRANCE, | INVOICE # : |
| CA 90502, UNITED STATES | |
| MARY ELLEN WRATSCHKO | DATED : |
| TEL.(310) 404-2792 | |

| PRE CARRIAGE BY | PORT OF LOADING | VALUE DECLARED : |
|---|---|---|
| | DAMIETTA, EG | |
| EXPORTING CARRIER (VESSEL NAME/VOYAGE) | PORT OF LOADING | OCEAN FREIGHT : COLLECT |
| APL ANTWERP - 0W1WW1MA | DAMIETTA, EG | |
| AIR SEA PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | ONWARD INLAND ROUTING AND FINAL DESTINATION |
| NEW YORK | CHAMBERSBURG, PA | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 1 X 40HC CONTAINER | | | KGS/BS | CBM/CFT |
| | | Date Cargo Received 09.09.18 | | |
| CRXU9268268 | | Date Document Received 09.09.18 | | |
| G1738863 | 1760 Ctns | GARMENTS | G.W. 5867.640 KG | 42.140 M3 |
| | | CONTRACT# SU0963 REF# 801 | | |
| | | CONTRACT# SU0964 REF# 801 | | |
| | | ETD: 09.13.18 | | |
| | | FINAL DESTINATION: CHAMBERSBURG, PA | N.W. | |
| | | SHIPPER STOW LOAD AND COUNT | | |
| | | FREIGHT COLLECT | | |

COPY NON NEGOTIABLE

UPS SCS (EGYPT) LLC

| * APPLICABLE WHEN A THROUGH BILL OF LADING IS TO BE ISSUED | IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEE AND OWNER OF THE GOODS AGREE TO ALL PRINTED CONDITIONS AND THE TERMS AND CONDITIONS AVAILABLE ON REQUEST |
|---|---|
| * THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE | |
| WE HAVE RECEIVED THE FOLLOWING DOCUMENTS : | 9th District, Heliopolis |
| 1. SPECIAL CUSTOMS INVOICE # | IN WITNESS WHEREOF THE FREIGHT FORWARDING HAS SIGNED ONE ORIGINAL CARGO RECEIPT.    ALL OF THEM HAVING AND BAVE ONE WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID |
| ☐ ORIGINAL    ☐ COPIES | |
| 2. PACKING LIST | Tel. : 2680 136 |
| ☐ ORIGINAL    ☐ COPIES | |
| 3. COMMERCIAL INVOICE # | PLACE AND DATE OF ISSUE : 202 2680 136 |
| ☐ ORIGINAL    ☐ COPIES | UPS SCS EGYPT |
| 4. EXPORT LICENSE 4TH COPY WITH VISA STAMPED | TRANSPORTATION |
| ☐ ORIGINAL    ☐ COPIES | INTERNATIONAL CO., LTD |
| 5. FORM A | |
| ☐ ORIGINAL    ☐ COPIES | |
| 6. INSPECTION CERTIFICATE | Cargo is received subject to the terms on both sides of this forwarder's cargo receipt |
| ☐ ORIGINAL    ☐ COPIES | |

**FORWARDER'S CARGO RECEIPT**

UPS SUPPLY CHAIN SOLUTIONS
UPS SCS (EGYPT) LLC
13, Mfar El Tamwar Buildings, 9th District
Sheretion Heliopolis
Cairo, Egypt
Tel.: +20 2 269 0136
Fax: +20 2 268 0135

THE COMPLETE SOLUTION

**SHIPPER/EXPORTER**
GIZA SPINNING AND WEAVING CO
KAFR HAKIM EMBABA
GIZA
EGYPT
C/O UPS SCS (EGYPT)LLC

**CONSIGNEE**
SEARS ROEBUCK & CO
3333 BEVERLY ROAD, HOFFMAN ESTATES,
IL 60179, US

**NOTIFY PARTY**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, TORRANCE,
CA 90502, UNITED STATES
MARY ELLEN WRATSCHKO
TEL:(310) 404-2792

Received by UPS SCS Egypt hereinafter referred to bas FTI in apparent good order and condition, unless otherwise indicated, the following cargoes for shipment by the first available vessel subject to the terms and conditions as hereunder :

UPS SCS Egypt As Multimodel Transport Operator

FCR#             : 7083220552
SHIPPING ORDER # : 201821438929
LETTER OF CREDIT # :
INVOICE #        :
DATED            :
VALUE DECLARED   :

| PRE CARRIAGE BY | PORT OF LOADING DAMIETTA, EG | | OCEAN FREIGHT : COLLECT |
| EXPORTING CARRIER (VESSEL NAME/VOYAGE) APL ANTWERP - 8W18W1MA | PORT OF LOADING DAMIETTA, EG | | |
| AIR SEA PORT OF DISCHARGE NEW YORK | PLACE OF DELIVERY BY ON-CARRIES CHAMBERSBURG, PA | ONWARD INLAND ROUTING AND FINAL DESTINATION |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT KGS/BS | MEASUREMENT CBM/CFY |
|---|---|---|---|---|
| 1 X 40HC CONTAINER CMAU9857528 G1738552 | 1048 Ctns | Date Cargo Received 09.07.18 Date Document Received 09.07.18 GARMENTS CONTRACT# SP6490 REF# 501 CONTRACT# SG6499 REF# 501 CONTRACT# SG6600 REF# 801 CONTRACT# SG6602 REF# 501 CONTRACT# SG6495 REF# 501 CONTRACT# SG6496 REF# 501 CONTRACT# SG9497 REF# 601 CONTRACT# SR6393 REF# 504 CONTRACT# SP6493 REF# 501 CONTRACT# SG6494 REF# 501 ETD: 29.15.18 FINAL DESTINATION: CHAMBERSBURG, PA SHIPPER STOW LOAD AND COUNT FREIGHT COLLECT | G.W. 7261.376 KG N.W. | 45.680 M3 |

**ORIGINAL**

* APPLICABLE WHEN A THROUGH BILL OF LADING IS TO BE ISSUED
THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE
WE HAVE RECEIVED THE FOLLOWING DOCUMENTS :
1. SPECIAL CUSTOMS INVOICE #
☐ ORIGINAL                              ☐ COPIES
2. PACKING LIST
☐ ORIGINAL                              ☐ COPIES
3. COMMERCIAL INVOICE #
☐ ORIGINAL                              ☐ COPIES
4. EXPORT LICENSE 6TH COPY WITH VISA STAMPLED
☐ ORIGINAL                              ☐ COPIES
5. FORM A
☐ ORIGINAL                              ☐ COPIES
6. INSPECTION CERTIFICATE
☐ ORIGINAL                              ☐ COPIES

IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEE AND OWNER OF THE GOODS AGREE TO ABIDE BY ALL OF THE STIPULATIONS AND CONDITIONS AVAILABLE ON REQUEST

IN WITNESS WHEREOF ONE ORIGINAL CARGO RECEIPT     ALL OF THIS TENOR AND DATE, ONE WHICH BEING ACCOMPLISHED, Heliopolis

PLACE AND DATE OF ISSUE : airo   Egypt 03/07/2018
UPS SCS EGYPT    tel. + 202 2680 136
TRANSPORTATION
INTERNATIONAL fax + 202 2680 134

Cargo is received subject to the terms on both sides of this forwarder's cargo receipt

**ups**

THE COMPLETE SOLUTION

UPS SUPPLY CHAIN SOLUTIONS
UPS SCS (EGYPT) LLC
13, Miar El Tameer Buildings, 8th District
Sheraton Heliopolis
Cairo, Egypt
Tel.: +20 2 268 0138
Fax: +20 2 268 0135

**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER | Received by UPS SCS Egypt hereinafter referred to bas FTI in apparent good |
|---|---|
| GIZA SPINNING AND WEAVING CO | order and condition, unless otherwise indicated, the following cargoes for shipment |
| KAFR HAKIM EMBABA | by the first available vessel subject to the terms and conditions as hereunder : |
| GIZA | |
| EGYPT | |
| C/O UPS SCS (EGYPT)LLC | UPS SCS Egypt As Multimodal Transport Operator |

| CONSIGNEE | |  |
|---|---|---|
| SEARS ROEBUCK & CO | FCR# | : 7063220582 |
| 3333 BEVERLY ROAD, HOFFMAN ESTATES, | | |
| IL 60179, US | SHIPPING ORDER # | : 201821436828 |

| NOTIFY PARTY | LETTER OF CREDIT # | : |
|---|---|---|
| UPS SUPPLY CHAIN SOLUTIONS | | |
| 19701 HAMILTON AVENUE, TORRANCE, | INVOICE # | : |
| CA 90502, UNITED STATES | | |
| MARY ELLEN WRATSCHKO | DATED | : |
| TEL:(310) 404-2792 | | |

| PRE CARRIAGE BY | PORT OF LOADING | VALUE DECLARED | : |
|---|---|---|---|
| | DAMIETTA, EG | | |
| EXPORTING CARRIER (VESSEL NAME/VOYAGE) | PORT OF LOADING | OCEAN FREIGHT | : COLLECT |
| APL ANTWERP - 0IN19W1MA | DAMIETTA, EG | | |
| AIR SEA PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | ONWARD INLAND ROUTING AND FINAL DESTINATION | |
| NEW YORK | CHAMBERSBURG, PA | | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 1 X 40HC CONTAINER | | | KGS/88 | CBM/CFY |
| | | Date Cargo Received 09.07.18 | | |
| 03MAU5957828 | | Date Document Received 09.07.18 | | |
| G1738552 | 1048 Ctns | GARMENTS | G.W. 7361.376 KG | 46.860 M3 |
| | | CONTRACT# SP8490 REF# 801 | | |
| | | CONTRACT# SG8499 REF# 801 | | |
| | | CONTRACT# SG8500 REF# 801 | | |
| | | CONTRACT# SG8502 REF# 801 | | |
| | | CONTRACT# SG8496 REF# 801 | N.W. | |
| | | CONTRACT# SG8498 REF# 801 | | |
| | | CONTRACT# SG8497 REF# 801 | | |
| | | CONTRACT# S8383 REF# 804 | | |
| | | CONTRACT# SP8483 REF# 801 | | |
| | | CONTRACT# SG8484 REF# 801 | | |
| | | ETD: 09.13.18 | | |
| | | FINAL DESTINATION: CHAMBERSBURG, PA | | |
| | | SHIPPER STOW LOAD AND COUNT | | |
| | | FREIGHT COLLECT | | |

COPY NON NEGOTIABLE

* APPLICABLE WHEN A THROUGH BILL OF LADING IS TO BE ISSUED
* THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE
WE HAVE RECEIVED THE FOLLOWING DOCUMENTS :
1. SPECIAL CUSTOMS INVOICE #
☐ ORIGINAL                    ☐ COPIES
2. PACKING LIST
☐ ORIGINAL                    ☐ COPIES
3. COMMERICAL INVOICE #
☐ ORIGINAL                    ☐ COPIES
4. EXPORT LICENSE 4TH COPY WITH VISA STAMPLED
☐ ORIGINAL                    ☐ COPIES
5. FORM A
☐ ORIGINAL                    ☐ COPIES
6. INSPECTION CERTIFICATE
☐ ORIGINAL                    ☐ COPIES

IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEE AND OWNER
OF THE GOODS AGREE TO BOUND BY ALL OF ITS STIPULATIONS, AND
CONDITIONS AVAILABLE ON REQUEST

UPS SCS (EGYPT) LLC

IN WITNESS WHEREOF THE FREIGHT FORWARDER HAS SIGNED ONE ORIGINAL
CARGO RECEIPT    13, Misr El Tameer Bldgs, EACH BEING
ACCOMPLISHED, THE OTHERS TO STAND VOID.
                 9th District, Heliopolis
PLACE AND DATE OF ISSUE :    Cairo - Egypt    CAIRO 09/07/2018
UPS SCS EGYPT
TRANSPORTAION
INTERNATIONAL CO. Tel : + 202 2680 136
                   Fax : + 202 2680 135

Cargo is received subject to the terms on both sides of this forwarder's
cargo receipt

**UPS**

THE COMPLETE SOLUTION

UPS SUPPLY CHAIN SOLUTIONS
UPS SCS (EGYPT) LLC
13, Misr El Tameer Buildings, 9th District
Sheraton Heliopolis
Cairo, Egypt
Tel.: +20 2 268 0136
Fax: +20 2 268 0135

**FORWARDER'S CARGO RECEIPY**

| SHIPPER/EXPORTER | Received by UPS SCS Egypt hereinafter referred to bas FTI in apparent good |
|---|---|
| GIZA SPINNING AND WEAVING CO | order and condition, unless otherwise indicated, the following cargoes for shipment |
| KAFR HAKIM EMBABA | by the first available vessel subject to the terms and conditions as hereunder : |
| GIZA | |
| EGYPT | |
| C/O UPS SCS (EGYPT)LLC | UPS SCS Egypt As Multimodel Transport Operator |

| CONSIGNEE | |
|---|---|
| SEARS ROEBUCK & CO | FCR# : 7063220956 |
| 3333 BEVERLY ROAD, HOFFMAN ESTATES, | |
| IL 60179, US | SHIPPING ORDER # : 201821868175 |

| NOTIFY PARTY | LETTER OF CREDIT # : |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS | |
| 19701 HAMILTON AVENUE, TORRANCE, | INVOICE # : |
| CA 90502, UNITED STATES | |
| MARY ELLEN WRATSCHKO | DATED : |
| TEL:(310) 404-2792 | |

| PRE CARRIAGE BY | PORT OF LOADING | VALUE DECLARED : |
|---|---|---|
| | DAMIETTA, EG | |
| EXPORTING CARRIER (VESSEL NAME/VOYAGE) | PORT OF LOADING | OCEAN FREIGHT : COLLECT |
| MOL COURAGE - 0IN1DW1MA | DAMIETTA, EG | |
| AIR SEA PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | ONWARD INLAND ROUTING AND FINAL DESTINATION |
| NEW YORK | CHAMBERSBURG, PA | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 1 X 20ST CONTAINER | | | KGS/BS | CBM/CFT |
| ECMU2205244 | | Date Cargo Received 09.23.18 | | |
| G1731998 | | Date Document Received 09.23.18 | | |
| | 256 Ctns | GARMENTS | G.W. 717.110 KG | 7.610 M3 |
| | | CONTRACT# SH6576 REF# 801 | | |
| | | ETD: 09.27.18 | | |
| | | FINAL DESTINATION: CHAMBERSBURG, PA | | |
| | | SHIPPER STOW LOAD AND COUNT | N.W. | |
| | | FREIGHT COLLECT | | |

ORIGINAL

| * APPLICABLE WHEN A THROUGH BILL OF LADING IS TO BE ISSUED | IN ACCEPTING THIS CARGO RECEIPT THE SHIPPER, CONSIGNEES AND OWNER |
|---|---|
| * THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE | OF THE GOODS AGREE TO BOUND BY ALL OF THE TERMS/CONDITIONS AND |
| WE HAVE RECEIVED THE FOLLOWING DOCUMENTS : | CONDITIONS AVAILABLE ON REQUEST |
| 1. SPECIAL CUSTOMS INVOICE # | |
| ☐ ORIGINAL          ☐ COPIES | IN WITNESS WHEREOF THE FULL SET OF FORWARDER'S ORIGINAL |
| 2. PACKING LIST | CARGO RECEIPT. ALL OF THIS TENOR AND DATE ONE WHICH BEING |
| ☐ ORIGINAL          ☐ COPIES | ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| 3. COMMERCIAL INVOICE # | |
| ☐ ORIGINAL          ☐ COPIES | PLACE AND DATE OF ISSUE : Cairo - Egypt |
| 4. EXPORT LICENSE 4TH COPY WITH VISA STAMPED | UPS SCS EGYPT |
| ☐ ORIGINAL          ☐ COPIES | TRANSPORTION |
| 5. FORM A | INTERNATIONAL CO., LLC |
| ☐ ORIGINAL          ☐ COPIES | |
| 6. INSPECTION CERTIFICATE | ............................................. |
| ☐ ORIGINAL          ☐ COPIES | Cargo is received subject to the terms on both sides of this forwarder's cargo receipt |

UPS SUPPLY CHAIN SOLUTIONS

UPS SCS (EGYPT) LLC

13, Misr El Tameer Buildings, 9th District

Sheraton Heliopolis

Cairo, Egypt

Tel.: +20 2 268 0136

Fax: +20 2 268 0135

THE COMPLETE SOLUTION

**FORWARDER'S CARGO RECEIPY**

| SHIPPER/EXPORTER | | | | |
|---|---|---|---|---|
| GIZA SPINNING AND WEAVING CO | | Received by UPS SCS Egypt hereinafter referref to bas FTI in apparent good | | |
| KAFR HAKIM EMBABA | | order and condition, unless otherwise indicated, the following cargoes for shipment | | |
| GIZA | | by the first available vessel subject to the terms and conditions as hereunder : | | |
| EGYPT | | | | |
| C/O UPS SCS (EGYPT)LLC | | **UPS SCS Egypt As Multimodel Transport Operator** | | |

| CONSIGNEE | | | |
|---|---|---|---|
| SEARS ROEBUCK & CO | FCR# | : 7063220956 | |
| 3333 BEVERLY ROAD, HOFFMAN ESTATES, | | | |
| IL 60179, US | SHIPPING ORDER # | : 201821888175 | |

| NOTIFY PARTY | | | |
|---|---|---|---|
| UPS SUPPLY CHAIN SOLUTIONS | LETTER OF CREDIT # | : | |
| 19701 HAMILTON AVENUE, TORRANCE, | INVOICE # | : | |
| CA 90502, UNITED STATES | | | |
| MARY ELLEN WRATSCHKO | DATED | : | |
| TEL:(310) 404-2792 | | | |

| PRE CARRIAGE BY | | VALUE DECLARED | : |
|---|---|---|---|
| | PORT OF LOADING | | |
| | DAMIETTA, EG | | |

| EXPORTING CARRIER (VESSEL NAME/VOYAGE) | | OCEAN FREIGHT | : COLLECT |
|---|---|---|---|
| MOL COURAGE - 0IN1DW1MA | PORT OF LOADING | | |
| | DAMIETTA, EG | | |

| AIR SEA PORT OF DISCHARGE | | PLACE OF DELIVERY BY ON-CARRIER | ONWARD INLAND ROUTING AND FINAL DESTINATION |
|---|---|---|---|
| NEW YORK | | CHAMBERSBURG, PA | |

| PARTICULARS FIRNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
| 1 X 20ST CONTAINER | | | KGS/BS | CBM/CFT |
| | | Date Cargo Received 09.23.18 | | |
| ECMU2205244 | | Date Document Received 09.23.18 | | |
| G1731998 | 256 Ctns | GARMENTS | G.W. 717.110 KG | 7.610 M3 |
| | | CONTRACT# SH6578 REF# 801 | | |
| | | ETD: 09.27.18 | | |
| | | FINAL DESTINATION: CHAMBERSBURG, PA | | |
| | | SHIPPER STOW LOAD AND COUNT | N.W. | |
| | | FREIGHT COLLECT | | |

COPY NON NEGOTIABLE

| * APPLICABLE WHEN A THROUGH BILL OF LADING IS TO BE ISSUED | | IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEES AND OWNER |
|---|---|---|
| * THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE | | OF THE GOODS AGREE TO BOUND BY ALL OF ITS STIPULATIONS, AND |
| WE HAVE RECEIVED THE FOLLOWING DOCUMENTS : | | CONDITIONS AVAILABLE ON REQUEST |
| 1. SPECIAL CUSTOMS INVOICE # | | |
| ☐ ORIGINAL | ☐ COPIES | IN WITNESS WHEREOF THE FREIGHT FORWARDER HAS SIGNED ONE ORIGINAL |
| 2. PACKING LIST | | CARGO RECEIPT, COPY OF THE TENOR AND DATE, ONE WHICH BEING |
| ☐ ORIGINAL | ☐ COPIES | ACCOMPLISHED THE OTHERS TO STAND VOID. |
| 3. COMMERCIAL INVOICE # | | |
| ☐ ORIGINAL | ☐ COPIES | PLACE AND DATE: Misr Eltameer Bldgs. |
| 4. EXPORT LICENSE 4TH COPY WITH VISA STAMPLED | | UPS SCS EGYPT 9th District, Heliopolis |
| ☐ ORIGINAL | ☐ COPIES | TRANSPORTAION |
| 5. FORM A | | INTERNATIONAL CO., LTD Cairo - Egypt |
| ☐ ORIGINAL | ☐ COPIES | |
| 6. INSPECTION CERTIFICATE | | Tel: + 202 2680 136 |
| ☐ ORIGINAL | ☐ COPIES | Cargo is received subject to the terms on both sides of this forwarder's Fax: + 202 2680 135 |

# COMMERCIAL INVOICE

Page 1 of 4

**DATE:** September 23, 2018

**INVOICE NO.:** 201821868175

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SH6578 | CORE RIB T ROSE QUARTZ | 105 CARTONS | 105 AST | 27.720  USD AST | 2,910.60  USD |
| **ITEM:** | 440025902693 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 46818/ | | | | | |

WP9SE43497PL
LADIES KNIT TOP  BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK,
NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5 SHOULDER STRAP WIDTH
BODY LENGTH  FROM SHOULDER TO WAIST
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM
SOLID  100% COTTON
NUMBER OF STITCHES OF PER CM HORIZONTAL - 24 & VERTICAL - 15
HANGER PACK
HANGER # 479B, COST $0.083 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH6578 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WP9SE43497PL | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE | |

**FACTORY NO.**    104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.**    EGGIZSPIGIZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SH6578 | CORE RIB T ROSE QUARTZ | 23 CARTONS | 23 AST | 22.680  USD AST | 521.64  USD |
| **ITEM:** | 440025902701 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 46818/ | | | | | |

WP9SE43497PL
LADIES KNIT TOP  BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK,
NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5 SHOULDER STRAP WIDTH
BODY LENGTH  FROM SHOULDER TO WAIST
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM
SOLID  100% COTTON
NUMBER OF STITCHES OF PER CM HORIZONTAL - 24 & VERTICAL - 15
HANGER PACK
HANGER # 479B, COST $0.083 EACH

# COMMERCIAL INVOICE

**DATE:** September 23, 2018

**INVOICE NO.:** 201821868175

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SH6578 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | |
| VENDOR ITEM CODE | WP9SE43497PL | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.    EGGIZSPIGIZ

| SEARS | SH6578 | CORE RIB T RED | | | 105 CARTONS | 105 AST | 27.720 USD AST | 2,910.60 USD |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 440025902719 | | | | | | | |
| **MADE IN** | EGYPT | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |
| **SEARS DIV** | 616 | | | | | | | |
| **SEARS ITEM/SKU** | 46819/ | | | | | | | |

WP9SE43497PL
LADIES KNIT TOP  BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK,
NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5 SHOULDER STRAP WIDTH
BODY LENGTH  FROM SHOULDER TO WAIST
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM
SOLID  100% COTTON
NUMBER OF STITCHES OF PER CM HORIZONTAL - 24 & VERTICAL - 15
HANGER PACK
HANGER # 479B, COST $0.083 EACH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SH6578 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | |
| VENDOR ITEM CODE | WP9SE43497PL | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.    EGGIZSPIGIZ

| SEARS | SH6578 | CORE RIB T RED | | | 23 CARTONS | 23 AST | 22.680 USD AST | 521.64 USD |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 440025902727 | | | | | | | |
| **MADE IN** | EGYPT | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 4

**DATE:** September 23, 2016

**INVOICE NO.:** 201821868175

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**    SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Damietta, Egypt    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| | |
|---|---|
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 46819/ |

WP9SE43497PL
LADIES KNIT TOP  BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK,
NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5 SHOULDER STRAP WIDTH
BODY LENGTH  FROM SHOULDER TO WAIST
COUNTRY OF ORIGN FABRIC, CUTTING AND GARMENT  ASSEMBLY – EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM
SOLID  100% COTTON
NUMBER OF STITCHES OF PER CM HORIZONTAL - 24 & VERTICAL - 15
HANGER PACK
HANGER # 479B, COST $0.083 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH6578 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WP9SE43497PL | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**    EGGIZSPIGIZ

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 256 | 256 | ASSORTMENTS | 6,864.48  USD |

**TOTAL US DOLLARS SIX THOUSAND EIGHT HUNDRED SIXTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** September 23, 2018

**INVOICE NO.:** 201821868175

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| GIZA SPINNING AND WEAVING CO | |
|---|---|
| **EMPLOYEE NAME** | Amr Khattab |
| **EMPLOYEE TITLE** | Export Coordinator (2545-2018) |

# COMMERCIAL INVOICE

Page 1 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8490 | BASIC BIKE XL CHARCOAL HE | 3 | 81 | 2.560 USD | 207.36 USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320021168984 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 59971/032 | | | | | |

WC8ES53200MI
DESCRIPTION : WOMEN 5" BIKE SHORTS
DETAILS OF THE GARMENT - WOMEN 5" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER - "57% COTTON , 38% POLYESTER , 5%SPANDEX"
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - '21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF8490 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53200MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**        104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.**        EGGIZSPIGIZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8490 | BASIC BIKE S BLACK ONYX | 3 | 81 | 2.560 USD | 207.36 USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320021529516 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 59975/025 | | | | | |

WC8ES53200MI
DESCRIPTION : WOMEN 5" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 5" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER - "57% COTTON , 38% POLYESTER , 5%SPANDEX"
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH

# COMMERCIAL INVOICE

Page 2 of 50

DATE: September 07, 2018

INVOICE NO.: 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SF8490 | REFERENCE NO. | 801 | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | | |
| VENDOR ITEM CODE | WC8ES53200MI | COUNTRY OF ORIGIN | EGYPT | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | | |

FACTORY NO.     104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
FTY MID NO.     EGGIZSPIGIZ

| SEARS | SF8490 | BASIC BIKE M BLACK ONYX | 5 CARTONS | 135 PIECES | 2.560 USD PIECES | 345.60 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 320021529524 |
| MADE IN | EGYPT |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 59978/030 |

WC8ES53200MI
DESCRIPTION : WOMEN 5" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 5" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER - "57% COTTON , 38% POLYESTER , 5%SPANDEX"
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SF8490 | REFERENCE NO. | 801 | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | | |
| VENDOR ITEM CODE | WC8ES53200MI | COUNTRY OF ORIGIN | EGYPT | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | | |

FACTORY NO.     104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
FTY MID NO.     EGGIZSPIGIZ

# COMMERCIAL INVOICE

Page 3 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SF8490 | BASIC BIKE L BLACK ONYX | | 5 CARTONS | 135 PIECES | 2.560 USD PIECES | 345.60 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320021529540 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 59979/031 |

WC8ES53200MI
DESCRIPTION : WOMEN 5" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 5" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER - "57% COTTON , 38% POLYESTER , 5%SPANDEX"
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
"
"
"

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF8490 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53200MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**    104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.**    EGGIZSPIGIZ

| SEARS | SF8490 | BASIC BIKE XL BLACK ONYX | | 3 CARTONS | 81 PIECES | 2.560 USD PIECES | 207.36 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320021529557 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 59980/032 |

WC8ES53200MI
DESCRIPTION : WOMEN 5" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 5" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER - "57% COTTON , 38% POLYESTER , 5%SPANDEX"
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
"
"
"

# COMMERCIAL INVOICE

Page 4 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8490 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53200MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.** EGGIZSPIGIZ

| SEARS | SF8490 | BASIC BIKE S CHARCOAL HEA | | 3 CARTONS | 81 PIECES | 2.560 USD PIECES | 207.36 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 320021529565 | | | | | | |
| **MADE IN** | EGYPT | | | | | | |
| **CONTENTS** | 27 PIECES | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 59981/025 | | | | | | |

WC8ES53200MI
DESCRIPTION : WOMEN 5" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 5" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, TURNBACK HEM. EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER - "57% COTTON , 38% POLYESTER , 5%SPANDEX"
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8490 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53200MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.** EGGIZSPIGIZ

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SF8490 | BASIC BIKE M CHARCOAL HEA | 5 CARTONS | 135 PIECES | 2.560  USD PIECES | 345.60  USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320021529730 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27  PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 59982/030 |

WC8ES53200MI
DESCRIPTION : WOMEN 5" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 5" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER - "57% COTTON , 38% POLYESTER , 5%SPANDEX"
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8490 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53200MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |
| **FACTORY NO.** | 104454 | | |

GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt

| **FTY MID NO.** | EGGIZSPIGIZ |
|---|---|

| SEARS | SF8490 | BASIC BIKE L CHARCOAL HEA | 5 CARTONS | 135 PIECES | 2.560  USD PIECES | 345.60  USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320021529748 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27  PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 59983/031 |

WC8ES53200MI
DESCRIPTION : WOMEN 5" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 5" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER - "57% COTTON , 38% POLYESTER , 5%SPANDEX"
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-
-

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

| TO: | SEARS ROEBUCK & CO. |
| | 3333 Beverly Road |
| | Hoffman Estates, IL 60179 |
| | US |

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| CONTRACT NO. | SF8490 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53200MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

**FACTORY NO.** 104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.** EGGIZSPIGIZ

| SEARS | SF8493 | BASIC BIKE S BLACK ONYX | | 8 | 216 | 3.630 USD | 784.08 USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 320021529516 | | | | | | |
| **MADE IN** | EGYPT | | | | | | |
| **CONTENTS** | 27 PIECES | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 59975/025 | | | | | | |

WC8ES53202MI
DESCRIPTION : WOMEN BASIC ANKLE LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-
-

| CONTRACT NO. | SF8493 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53202MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

**FACTORY NO.** 104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.** EGGIZSPIGIZ

# COMMERCIAL INVOICE

Page 7 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| SEARS | SF8493 | BASIC ANKL XL CHARCOAL HE | 4 CARTONS | 108 PIECES | 3.630 USD PIECES | 392.04 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320021841465 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60048/032 |

WC8ES53202MI
DESCRIPTION : WOMEN BASIC ANKLE LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORIGN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8493 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53202MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.**    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**    EGGIZSPIGIZ

| SEARS | SF8493 | BASIC ANKL M BLACK ONYX | 12 CARTONS | 324 PIECES | 3.630 USD PIECES | 1,176.12 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320024216640 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60101/030 |

WC8ES53202MI
DESCRIPTION : WOMEN BASIC ANKLE LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORIGN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

# COMMERCIAL INVOICE

Page 8 of 50

DATE: September 07, 2018

INVOICE NO.: 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Damietta, Egypt          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

                                                                    FOB Egypt

| CONTRACT NO. | SF8493 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53202MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.     104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.     EGGIZSPIGIZ

| SEARS | SF8493 | BASIC ANKL L BLACK ONYX | | 10 CARTONS | 270 PIECES | 3.630 USD PIECES | 980.10 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320024216657 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 60102/031 | | | | | | |

WC8ES53202MI
DESCRIPTION : WOMEN BASIC ANKLE LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

| CONTRACT NO. | SF8493 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53202MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.     104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.     EGGIZSPIGIZ

# COMMERCIAL INVOICE

**DATE:** September 07, 2018
**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| SEARS | SF8493 | BASIC ANKL XL BLACK ONYX | 7 CARTONS | 189 PIECES | 3.630 USD PIECES | 686.07 USD |
|---|---|---|---|---|---|---|

**ITEM:** 320024216665
**MADE IN** EGYPT
**CONTENTS** 27 PIECES
**SEARS DIV** 607
**SEARS ITEM/SKU** 60103/032

WC8ES53202MI
DESCRIPTION : WOMEN BASIC ANKLE LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

| **CONTRACT NO.** | SF8493 | **REFERENCE NO.** | 801 |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53202MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.** EGGIZSPIGIZ

| SEARS | SF8493 | BASIC ANKL S CHARCOAL HEA | 5 CARTONS | 135 PIECES | 3.630 USD PIECES | 490.05 USD |
|---|---|---|---|---|---|---|

**ITEM:** 320024216699
**MADE IN** EGYPT
**CONTENTS** 27 PIECES
**SEARS DIV** 607
**SEARS ITEM/SKU** 60104/025

WC8ES53202MI
DESCRIPTION : WOMEN BASIC ANKLE LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SF8493 | REFERENCE NO. | 801 | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | | |
| VENDOR ITEM CODE | WC8ES53202MI | COUNTRY OF ORIGIN | EGYPT | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | | |

FACTORY NO.   104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.   EGGIZSPIGIZ

| SEARS | SF8493 | BASIC ANKL M CHARCOAL HEA | | 7 CARTONS | 189 PIECES | 3.630 USD PIECES | 686.07 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 320024216707 | | | | | | |
| **MADE IN** | EGYPT | | | | | | |
| **CONTENTS** | 27 PIECES | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 60105/030 | | | | | | |

WC8ES53202MI
DESCRIPTION : WOMEN BASIC ANKLE LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
-
-
-

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SF8493 | REFERENCE NO. | 801 | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | | |
| VENDOR ITEM CODE | WC8ES53202MI | COUNTRY OF ORIGIN | EGYPT | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | | |

FACTORY NO.   104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.   EGGIZSPIGIZ

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**   SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Damietta, Egypt      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SF8493 | BASIC ANKL L CHARCOAL HEA | 6 CARTONS | 162 PIECES | 3.630 USD PIECES | 588.06 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320024216715 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60106/031 |

WC8ES53202MI
DESCRIPTION : WOMEN BASIC ANKLE LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORIGN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF8493 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53202MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.**      104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**      EGGIZSPIGIZ

| SEARS | SG8494 | BASIC LONG XL CHARCOAL HE | 4 CARTONS | 108 PIECES | 2.630 USD PIECES | 284.04 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320021840590 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60031/032 |

WC8ES53201MI
DESCRIPTION: WOMEN 8" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 8" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO
DRAWCORD, NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH"
COUNTRY OF ORIGN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID 95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8494 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53201MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
FTY MID NO.    EGGIZSPIGIZ

| SEARS | SG8494 | BASIC LONG S BLACK ONYX | | | 8 | 216 | 2.630 USD | 568.08 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320024169450 | | | | | | | |
| MADE IN | EGYPT | | | | | | | |
| CONTENTS | 27 PIECES | | | | | | | |
| SEARS DIV | 607 | | | | | | | |
| SEARS ITEM/SKU | 60089/025 | | | | | | | |

WC8ES53201MI
DESCRIPTION  WOMEN 8" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 8" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO
DRAWCORD, NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH"
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8494 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53201MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
FTY MID NO.    EGGIZSPIGIZ

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

| | | |
|---|---|---|
| **TO:** | SEARS ROEBUCK & CO. | |
| | 3333 Beverly Road | |
| | Hoffman Estates, IL 60179 | |
| | US | |

**SHIPPED FROM:** Damietta, Egypt     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SG8494 | BASIC LONG M BLACK ONYX | 12 CARTONS | 324 PIECES | 2.630 USD PIECES | 852.12 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320024169591 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60090/030 |

WC8ES53201MI
DESCRIPTION  WOMEN 6" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 6" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO
DRAWCORD, NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8494 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53201MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.**     104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**     EGGIZSPIGIZ

| SEARS | SG8494 | BASIC LONG L BLACK ONYX | 10 CARTONS | 270 PIECES | 2.630 USD PIECES | 710.10 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320024169609 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60091/031 |

WC8ES53201MI
DESCRIPTION  WOMEN 6" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 6" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO
DRAWCORD, NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8494 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53201MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**    EGGIZSPIGIZ

| SEARS | SG8494 | BASIC LONG XL BLACK ONYX | 7 CARTONS | 189 PIECES | 2.630 USD PIECES | 497.07 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 320024169807 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 27 PIECES | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 60092/032 | | | | | |

WC8ES53201MI
DESCRIPTION  WOMEN 8" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 8" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO
DRAWCORD, NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8494 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53201MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**    EGGIZSPIGIZ

# COMMERCIAL INVOICE

Page 15 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SG8494 | BASIC LONG S CHARCOAL HEA | 5 CARTONS | 135 PIECES | 2.630  USD PIECES | 355,05  USD |
|-------|--------|---------------------------|-----------|------------|-------------------|-------------|

| | |
|-------|--------|
| **ITEM:** | 320024170755 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60093/025 |

WC8ES53201MI
DESCRIPTION  WOMEN 8" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 8" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO
DRAWCORD, NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | |
|-------|--------|------|-----|
| **CONTRACT NO.** | SG8494 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53201MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| | |
|-------|--------|
| **FACTORY NO.** | 104454 |
| GIZA SPINNING & WEAVING CO | |
| KAFER HAKIM , EMBABA | |
| GIZA | |
| GIZA | |
| Egypt | |
| **FTY MID NO.** | EGGIZSPIGIZ |

| SEARS | SG8494 | BASIC LONG M CHARCOAL HEA | 7 CARTONS | 189 PIECES | 2.630  USD PIECES | 497.07  USD |
|-------|--------|---------------------------|-----------|------------|-------------------|-------------|

| | |
|-------|--------|
| **ITEM:** | 320024170763 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60094/030 |

WC8ES53201MI
DESCRIPTION  WOMEN 8" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 8" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO
DRAWCORD, NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8494 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53201MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**      104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**      EGGIZSPIGIZ

| SEARS | SG8494 | BASIC LONG L CHARCOAL HEA | | 6 CARTONS | 162 PIECES | 2.630 USD PIECES | 426.06 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320024170771 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60095/031 |

WC8ES53201MI
DESCRIPTION  WOMEN 8" BIKE SHORT
DETAILS OF THE GARMENT - WOMEN 8" BIKE SHORT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO
DRAWCORD, NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP.
BODY LENGTH "FROM WAIST TO MID-THIGH"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER , SPANDEX - 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8494 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53201MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**      104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**      EGGIZSPIGIZ

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| SEARS | SG8495 | 53205MI BA S BLACK | 4 CARTONS | 108 PIECES | 3.000 USD PIECES | 324.00 USD |
|-------|--------|--------------------|-----------|------------|------------------|------------|

| | |
|---|---|
| **ITEM:** | 320021840541 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60015/025 |

WC8ES53205MI
DESCRIPTION  WOMEN JUDO LEGGING
DETAILS OF THE GARMENT - JUDO LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP
WAISTBAND, NO DRAWCORD, NO POCKETS, NO FLY, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8495 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53205MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 104454 |

GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt

**FTY MID NO.**    EGGIZSPIGIZ

| SEARS | SG8495 | 53205MI BA M BLACK | 7 CARTONS | 189 PIECES | 3.000 USD PIECES | 567.00 USD |
|-------|--------|--------------------|-----------|------------|------------------|------------|

| | |
|---|---|
| **ITEM:** | 320024168122 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60076/030 |

WC8ES53205MI
DESCRIPTION  WOMEN JUDO LEGGING
DETAILS OF THE GARMENT - JUDO LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP
WAISTBAND, NO DRAWCORD, NO POCKETS, NO FLY, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

# COMMERCIAL INVOICE

**DATE:** September 07, 2018
**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8495 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53205MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.** EGGIZSPIGIZ

| SEARS | SG8495 | 53205MI BA L BLACK | | 5 CARTONS | 135 PIECES | 3.000 USD PIECES | 405.00 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 320024168650 | | | | | | |
| **MADE IN** | EGYPT | | | | | | |
| **CONTENTS** | 27 PIECES | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 60077/031 | | | | | | |

WC8ES53205MI
DESCRIPTION WOMEN JUDO LEGGING
DETAILS OF THE GARMENT - JUDO LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP
WAISTBAND, NO DRAWCORD, NO POCKETS, NO FLY, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID 95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8495 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53205MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.** EGGIZSPIGIZ

# COMMERCIAL INVOICE

Page 19 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SG8495 | 53205MI BA XL BLACK | | 4 CARTONS | 108 PIECES | 3.000  USD PIECES | 324.00  USD |
|-------|--------|---------------------|--|-----------|-----------|-------------------|-------------|

| | |
|---|---|
| **ITEM:** | 320024168668 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60078/032 |

WC8ES53205MI
DESCRIPTION  WOMEN JUDO LEGGING
DETAILS OF THE GARMENT - JUDO LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP
WAISTBAND, NO DRAWCORD, NO POCKETS, NO FLY, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8495 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53205MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.**   104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**   EGGIZSPIGIZ

| SEARS | SG8495 | 53205MI BA S HEATHER GREY | | 8 CARTONS | 216 PIECES | 3.000  USD PIECES | 648.00  USD |
|-------|--------|---------------------------|--|-----------|-----------|-------------------|-------------|

| | |
|---|---|
| **ITEM:** | 320024168676 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60079/025 |

WC8ES53205MI
DESCRIPTION  WOMEN JUDO LEGGING
DETAILS OF THE GARMENT - JUDO LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP
WAISTBAND, NO DRAWCORD, NO POCKETS, NO FLY, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821436929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

| | |
|---|---|
| **TO:** | SEARS ROEBUCK & CO. |
| | 3333 Beverly Road |
| | Hoffman Estates, IL 60179 |
| | US |

| | | | |
|---|---|---|---|
| **SHIPPED FROM:** | Damietta, Egypt | **SHIPPED TO:** | Chambersburg , PA |
| **MODE OF TRANSPORTATION:** | Ocean | | |
| | | | FOB Egypt |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8495 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53205MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.** EGGIZSPIGIZ

| SEARS | SG8495 | 53205MI BA M HEATHER GREY | 12 CARTONS | 324 PIECES | 3,000 USD PIECES | 972.00 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 320024168684 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 27 PIECES | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 60080/030 | | | | | |

WC8ES53205MI
DESCRIPTION WOMEN JUDO LEGGING
DETAILS OF THE GARMENT - JUDO LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP
WAISTBAND, NO DRAWCORD, NO POCKETS, NO FLY, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID 95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8495 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53205MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.** EGGIZSPIGIZ

# COMMERCIAL INVOICE

Page 21 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

**MODE OF TRANSPORTATION:** Ocean

| SEARS | SG8495 | 53205MI BA L HEATHER GREY | 10 CARTONS | 270 PIECES | 3.000 USD PIECES | 810.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320024168692 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60081/031 |

WC8ES53205MI
DESCRIPTION WOMEN JUDO LEGGING
DETAILS OF THE GARMENT - JUDO LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP
WAISTBAND, NO DRAWCORD, NO POCKETS, NO FLY, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8495 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53205MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |
| **FACTORY NO.** | 104454 | | |

GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt

**FTY MID NO.**     EGGIZSPIGIZ

| SEARS | SG8495 | 53205MI BA XL HEATHER GRE | 7 CARTONS | 189 PIECES | 3.000 USD PIECES | 567.00 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320024168700 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60082/032 |

WC8ES53205MI
DESCRIPTION  WOMEN JUDO LEGGING
DETAILS OF THE GARMENT - JUDO LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP
WAISTBAND, NO DRAWCORD, NO POCKETS, NO FLY, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

# COMMERCIAL INVOICE

Page 22 of 50
DATE: September 07, 2018
INVOICE NO.: 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

| CONTRACT NO. | SG8495 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53205MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
FTY MID NO.    EGGIZSPIGIZ

| SEARS | SG8496 | WC8ES53206 S BLACK ONYX | | 16 CARTONS | 432 PIECES | 5.190 USD PIECES | 2,242.08 USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM: | 320021840566 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 60018/025 | | | | | | |

WC8ES53206MI
DESCRIPTION  WOMEN BASIC RELAXED YOGA PANT
DETAILS OF THE GARMENT - WOMEN BASIC RELAXED YOGA PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND,
TUNNEL DRAWSTING THRU WAISTBAND AND BUTTONHOLES,
PIPING ALONG SIDE SEAM WITH EDGESTITCH, NO POCKETS, NO FLY, TURNBACK HEM,
FULL LENGTH, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL – "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| CONTRACT NO. | SG8496 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53206MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
FTY MID NO.    EGGIZSPIGIZ

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| SEARS | SG8496 | WC8ES53206 XL CHARCOAL HE | 28 CARTONS | 756 PIECES | 5.190 USD PIECES | 3,923.64 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320021840574 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60019/032 |

WC8ES53206MI
DESCRIPTION WOMEN BASIC RELAXED YOGA PANT
DETAILS OF THE GARMENT - WOMEN BASIC RELAXED YOGA PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND,
TUNNEL DRAWSTING THRU WAISTBAND AND BUTTONHOLES,
PIPING ALONG SIDE SEAM WITH EDGESTITCH, NO POCKETS, NO FLY, TURNBACK HEM,
FULL LENGTH, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID 95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8496 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53206MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |
| **FACTORY NO.** | 104454 | | |

GIZA SPINNING & WEAVING CO
KAFR HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.**    EGGIZSPIGIZ

| SEARS | SG8496 | WC8ES53206 M BLACK ONYX | 24 CARTONS | 648 PIECES | 5.190 USD PIECES | 3,363.12 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320024168718 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60083/030 |

WC8ES53206MI
DESCRIPTION WOMEN BASIC RELAXED YOGA PANT
DETAILS OF THE GARMENT - WOMEN BASIC RELAXED YOGA PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND,
TUNNEL DRAWSTING THRU WAISTBAND AND BUTTONHOLES,
PIPING ALONG SIDE SEAM WITH EDGESTITCH, NO POCKETS, NO FLY, TURNBACK HEM,
FULL LENGTH, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID 95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

# COMMERCIAL INVOICE

Page 24 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt   **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8496 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53206MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.    EGGIZSPIGIZ

| SEARS | SG8496 | WC8ES53206 L BLACK ONYX | | 22 CARTONS | 594 PIECES | 5.190 USD PIECES | 3,082.86 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 320024168890 | | | | | | |
| **MADE IN** | EGYPT | | | | | | |
| **CONTENTS** | 27 PIECES | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 60084/031 | | | | | | |

WC8ES53206MI
DESCRIPTION  WOMEN BASIC RELAXED YOGA PANT
DETAILS OF THE GARMENT - WOMEN BASIC RELAXED YOGA PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND,
TUNNEL DRAWSTING THRU WAISTBAND AND BUTTONHOLES,
PIPING ALONG SIDE SEAM WITH EDGESTITCH, NO POCKETS, NO FLY, TURNBACK HEM,
FULL LENGTH, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8496 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53206MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.    EGGIZSPIGIZ

# COMMERCIAL INVOICE

Page 25 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| SEARS | SG8496 | WC8ES53206 XL BLACK ONYX | 13 CARTONS | 351 PIECES | 5.190 USD PIECES | 1,821.69 USD |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **ITEM:** | 320024168908 | | | |
| **MADE IN** | EGYPT | | | |
| **CONTENTS** | 27 PIECES | | | |
| **SEARS DIV** | 607 | | | |
| **SEARS ITEM/SKU** | 60085/032 | | | |

WC8ES53206MI
DESCRIPTION  WOMEN BASIC RELAXED YOGA PANT
DETAILS OF THE GARMENT - WOMEN BASIC RELAXED YOGA PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND,
TUNNEL DRAWSTING THRU WAISTBAND AND BUTTONHOLES,
PIPING ALONG SIDE SEAM WITH EDGESTITCH, NO POCKETS, NO FLY, TURNBACK HEM,
FULL LENGTH, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8496 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53206MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**   104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**   EGGIZSPIGIZ

| SEARS | SG8496 | WC8ES53206 S CHARCOAL HEA | 31 CARTONS | 837 PIECES | 5.190 USD PIECES | 4,344.03 USD |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **ITEM:** | 320024169138 | | | |
| **MADE IN** | EGYPT | | | |
| **CONTENTS** | 27 PIECES | | | |
| **SEARS DIV** | 607 | | | |
| **SEARS ITEM/SKU** | 60086/025 | | | |

WC8ES53206MI
DESCRIPTION  WOMEN BASIC RELAXED YOGA PANT
DETAILS OF THE GARMENT - WOMEN BASIC RELAXED YOGA PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND,
TUNNEL DRAWSTING THRU WAISTBAND AND BUTTONHOLES,
PIPING ALONG SIDE SEAM WITH EDGESTITCH, NO POCKETS, NO FLY, TURNBACK HEM,
FULL LENGTH, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8496 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53206MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.     104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.     EGGIZSPIGIZ

| SEARS | SG8496 | WC8ES53206 M CHARCOAL HEA | | | 46 CARTONS | 1,242 PIECES | 5.190 USD PIECES | 6,445.98 USD |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 320024169161 | | | | | | | |
| **MADE IN** | EGYPT | | | | | | | |
| **CONTENTS** | 27 PIECES | | | | | | | |
| **SEARS DIV** | 607 | | | | | | | |
| **SEARS ITEM/SKU** | 60087/030 | | | | | | | |

WC8ES53206MI
DESCRIPTION  WOMEN BASIC RELAXED YOGA PANT
DETAILS OF THE GARMENT - WOMEN BASIC RELAXED YOGA PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND,
TUNNEL DRAWSTING THRU WAISTBAND AND BUTTONHOLES,
PIPING ALONG SIDE SEAM WITH EDGESTITCH, NO POCKETS, NO FLY, TURNBACK HEM,
FULL LENGTH, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8496 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53206MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.     104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.     EGGIZSPIGIZ

# COMMERCIAL INVOICE

DATE: September 07, 2018

INVOICE NO.: 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SG8496 | WC8ES53206 L CHARCOAL HEA | 41 CARTONS | 1,107 PIECES | 5.190 USD PIECES | 5,745.33 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 320024169401 |
| MADE IN | EGYPT |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 60088/031 |

WC8ES53206MI
DESCRIPTION :WOMEN BASIC RELAXED YOGA PANT
DETAILS OF THE GARMENT - WOMEN BASIC RELAXED YOGA PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND
TUNNEL DRAWSTING THRU WAISTBAND AND BUTTONHOLES,
PIPING ALONG SIDE SEAM WITH EDGESTITCH, NO POCKETS, NO FLY, TURNBACK HEM,
FULL LENGTH, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8496 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53206MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.      104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.      EGGIZSPIGIZ

| SEARS | SG8497 | 53207MI BA S BLACK ONYX | 5 CARTONS | 135 PIECES | 3.310 USD PIECES | 446.85 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 320021811641 |
| MADE IN | EGYPT |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 60011/025 |

WC8ES53207MI
DESCRIPTION : WOMEN BASIC CAPRI LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC CAPRI LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8497 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53207MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**          104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**          EGGIZSPIGIZ

| SEARS | SG8497 | 53207MI BA XL CHARCOAL HE | | 20 CARTONS | 540 PIECES | 3.310 USD PIECES | 1,787.40 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320021811658 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60013/032 |

WC8ES53207MI
DESCRIPTION : WOMEN BASIC CAPRI LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC CAPRI LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8497 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53207MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**          104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**          EGGIZSPIGIZ

# COMMERCIAL INVOICE

Page 29 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SG8497 | 53207MI BA M BLACK ONYX | 8 CARTONS | 216 PIECES | 3.310 USD PIECES | 714.96 USD |
|-------|--------|-------------------------|-----------|------------|------------------|------------|

| | |
|---|---|
| **ITEM:** | 320024280760 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60136/030 |

WC8ES53207MI
DESCRIPTION : WOMEN BASIC CAPRI LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC CAPRI LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8497 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53207MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.** EGGIZSPIGIZ

| SEARS | SG8497 | 53207MI BA L BLACK ONYX | 7 CARTONS | 189 PIECES | 3.310 USD PIECES | 625.59 USD |
|-------|--------|-------------------------|-----------|------------|------------------|------------|

| | |
|---|---|
| **ITEM:** | 320024280778 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60137/031 |

WC8ES53207MI
DESCRIPTION : WOMEN BASIC CAPRI LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC CAPRI LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
-
-
-

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**　SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt　　　**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8497 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53207MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.**　　　104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**　　　EGGIZSPIGIZ

| SEARS | SG8497 | 53207MI BA XL BLACK ONYX | | 5 | 135 | 3.310 USD | 446.85 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 320024280786 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60138/032 |

WC8ES53207MI
DESCRIPTION : WOMEN BASIC CAPRI LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC CAPRI LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012, COST $0.107 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8497 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53207MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.**　　　104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**　　　EGGIZSPIGIZ

# COMMERCIAL INVOICE

Page 31 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt   **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SG8497 | 53207MI BA S CHARCOAL HEA | 20 | 540 | 3.310  USD | 1,787.40  USD |
|-------|--------|---------------------------|-----|------|-----------|----------------|
|       |        |                           | CARTONS | PIECES | PIECES | |

| **ITEM:** | 320024281776 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60139/025 |

WC8ES53207MI
DESCRIPTION : WOMEN BASIC CAPRI LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC CAPRI LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

| **CONTRACT NO.** | SG8497 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53207MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104454

GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt

**FTY MID NO.** EGGIZSPIGIZ

| SEARS | SG8497 | 53207MI BA M CHARCOAL HEA | 31 | 837 | 3.310  USD | 2,770.47  USD |
|-------|--------|---------------------------|-----|------|-----------|----------------|
|       |        |                           | CARTONS | PIECES | PIECES | |

| **ITEM:** | 320024281966 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60140/030 |

WC8ES53207MI
DESCRIPTION : WOMEN BASIC CAPRI LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC CAPRI LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

# COMMERCIAL INVOICE

DATE: September 07, 2018

INVOICE NO.: 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

| | |
|---|---|
| TO: | SEARS ROEBUCK & CO. |
| | 3333 Beverly Road |
| | Hoffman Estates, IL 60179 |
| | US |

SHIPPED FROM: Damietta, Egypt            SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Egypt

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SG8497 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | |
| VENDOR ITEM CODE | WC8ES53207MI | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.        104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.        EGGIZSPIGIZ

| SEARS | SG8497 | 53207MI BA L CHARCOAL HEA | | 29 CARTONS | 783 PIECES | 3.310 USD PIECES | 2,591.73 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320024282261 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 60141/031 | | | | | | |

WC8ES53207MI
DESCRIPTION : WOMEN BASIC CAPRI LEGGING
DETAILS OF THE GARMENT - WOMEN BASIC CAPRI LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO BELOW KNEE"
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER, SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST$0.098 EACH
"
"
"

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SG8497 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | |
| VENDOR ITEM CODE | WC8ES53207MI | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.        104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.        EGGIZSPIGIZ

# COMMERCIAL INVOICE

**DATE:** September 07, 2018
**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SG8499 | 53204PL BA 3X BLACK ONYX | 1 CARTONS | 27 PIECES | 5.010 USD PIECES | 135.27 USD |
|-------|--------|--------------------------|-----------|-----------|------------------|------------|

| | |
|---|---|
| **ITEM:** | 320021529045 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 59972/068 |

WC8ES53204PL
DESCRIPTION  WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND,
NO DRAWCORD, NO POCKETS, NO FLY, FULL LENGTH, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6014B , COST $0.11 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8499 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53204PL | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 104454 |
| GIZA SPINNING & WEAVING CO | |
| KAFER HAKIM , EMBABA | |
| GIZA | |
| GIZA | |
| Egypt | |
| **FTY MID NO.** | EGGIZSPIGIZ |

| SEARS | SG8499 | 53204PL BA 1X BLACK ONYX | 4 CARTONS | 108 PIECES | 5.010 USD PIECES | 541.08 USD |
|-------|--------|--------------------------|-----------|------------|------------------|------------|

| | |
|---|---|
| **ITEM:** | 320022306773 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60049/065 |

WC8ES53204PL
DESCRIPTION   WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND,
NO DRAWCORD, NO POCKETS, NO FLY, FULL LENGTH, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6014B , COST $0.110 EACH

# COMMERCIAL INVOICE

Page 34 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8499 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53204PL | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.    EGGIZSPIGIZ

| SEARS | SG8499 | 53204PL BA 2X BLACK ONYX | | 3 CARTONS | 81 PIECES | 5.010 USD PIECES | 405.81 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 320022306781 | | | | | | |
| **MADE IN** | EGYPT | | | | | | |
| **CONTENTS** | 27 PIECES | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 60050/067 | | | | | | |

WC8ES53204PL
DESCRIPTION   WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND,
NO DRAWCORD, NO POCKETS, NO FLY, FULL LENGTH, TURNBACK
HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6014B , COST $0.110 EACH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8499 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53204PL | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.    EGGIZSPIGIZ

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SG8500 | BASIC BOOT S BLACK ONYX | 16 CARTONS | 432 PIECES | 4.020 USD PIECES | 1,736,64 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320021803804 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60010/025 |

WC8ES53204MI
DESCRIPTION : WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX- 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-
-

| | |
|---|---|
| **CONTRACT NO.** | SG8500 |
| **DC CODE** | PCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | WC8ES53204MI |
| **BINDING RULING # OR PRECLASS #** | |
| **FACTORY NO.** | 104454 |

| | |
|---|---|
| **REFERENCE NO.** | 801 |
| **DEPARTMENT NO.** | 007 |
| **VENDOR NO.** | 9870 |
| **COUNTRY OF ORIGIN** | EGYPT |
| **CATEGORY** | 348, RNONE |

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**   EGGIZSPIGIZ

| SEARS | SG8500 | BASIC BOOT M BLACK ONYX | 24 CARTONS | 648 PIECES | 4.020 USD PIECES | 2,604.96 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 320024280323 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60129/030 |

WC8ES53204MI
DESCRIPTION : WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX- 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-
-

# COMMERCIAL INVOICE

Page 36 of 50

DATE: September 07, 2018

INVOICE NO.: 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

| | | | |
|---|---|---|---|
| **SHIPPED FROM:** Damietta, Egypt | | **SHIPPED TO:** Chambersburg , PA | |
| **MODE OF TRANSPORTATION:** Ocean | | | |
| | | FOB Egypt | |

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8500 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53204MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 104454 |
| GIZA SPINNING & WEAVING CO | |
| KAFER HAKIM , EMBABA | |
| GIZA | |
| GIZA | |
| Egypt | |
| **FTY MID NO.** | EGGIZSPIGIZ |

| SEARS | SG8500 | BASIC BOOT L BLACK ONYX | | | 22 CARTONS | 594 PIECES | 4.020 USD PIECES | 2,387.88 USD |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 320024280562 | | | | | | | |
| **MADE IN** | EGYPT | | | | | | | |
| **CONTENTS** | 27 PIECES | | | | | | | |
| **SEARS DIV** | 607 | | | | | | | |
| **SEARS ITEM/SKU** | 60130/031 | | | | | | | |

WC8ES53204MI
DESCRIPTION : WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX- 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL = "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
"
"
"

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8500 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53204MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 104454 |
| GIZA SPINNING & WEAVING CO | |
| KAFER HAKIM , EMBABA | |
| GIZA | |
| GIZA | |
| Egypt | |
| **FTY MID NO.** | EGGIZSPIGIZ |

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| SEARS | SG8500 | BASIC BOOT XL BLACK ONYX | 13 CARTONS | 351 PIECES | 4.020 USD PIECES | 1,411.02 USD |
|---|---|---|---|---|---|---|

| ITEM: | 320024280687 |
|---|---|
| MADE IN | EGYPT |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 60131/032 |

WC8ES53204MI
DESCRIPTION : WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX- 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-
-

| CONTRACT NO. | SG8500 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WC8ES53204MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO. 104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO. EGGIZSPIGIZ

| SEARS | SG8500 | BASIC BOOT S CHARCOAL HEA | 18 CARTONS | 486 PIECES | 4.020 USD PIECES | 1,953.72 USD |
|---|---|---|---|---|---|---|

| ITEM: | 320024280695 |
|---|---|
| MADE IN | EGYPT |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 60132/025 |

WC8ES53204MI
DESCRIPTION : WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX- 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-
-

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8500 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53204MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**   104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**   EGGIZSPIGIZ

| SEARS | SG8500 | BASIC BOOT M CHARCOAL HEA | | | 27 CARTONS | 729 PIECES | 4.020 USD PIECES | 2,930.58 USD |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 320024280729 | | | | | | | |
| **MADE IN** | EGYPT | | | | | | | |
| **CONTENTS** | 27 PIECES | | | | | | | |
| **SEARS DIV** | 607 | | | | | | | |
| **SEARS ITEM/SKU** | 60133/030 | | | | | | | |

WC8ES53204MI
DESCRIPTION : WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX- 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
"
"
"

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG8500 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WC8ES53204MI | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**   104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**   EGGIZSPIGIZ

# COMMERCIAL INVOICE

Page 39 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SG8500 | BASIC BOOT L CHARCOAL HEA | 25 | 675 | 4.020 USD | 2,713.50 USD |
|-------|--------|---------------------------|-----|-----|-----------|--------------|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 320024280745 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60134/031 |

WC8ES53204MI
DESCRIPTION : WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX- 5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8500 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53204MI | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 104454 |

GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt

**FTY MID NO.** EGGIZSPIGIZ

| SEARS | SG8500 | BASIC BOOT XL CHARCOAL HE | 15 | 405 | 4.020 USD | 1,628.10 USD |
|-------|--------|---------------------------|-----|-----|-----------|--------------|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 320024280752 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60135/032 |

WC8ES53204MI
DESCRIPTION : WOMEN BOOTLEG PANT
DETAILS OF THE GARMENT - WOMEN BOOTLEG PANT
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD,
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID: 95% COTTON, 5% SPANDEX
HEATHER: 57% COTTON 38% POLYESTER , SPANDEX-5%
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6012B, COST $0.098 EACH
-
-

# COMMERCIAL INVOICE

Page 40 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SG8500 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | |
| VENDOR ITEM CODE | WC8ES53204MI | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.    EGGIZSPIGIZ

| SEARS | SG8502 | 53202PL BL 1X BLACK ONYX | | 3 CARTONS | 81 PIECES | 4.680 USD PIECES | 379.08 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320021529052 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 59973/065 | | | | | | |

WC8ES53202PL
DESCRIPTION  WOMEN BASIC ANKLE LEGGING PLUS
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID  95% COTTON, 5% SPANDEX
HEATHER  57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6014B, COST $0.110 EACH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SG8502 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | |
| VENDOR ITEM CODE | WC8ES53202PL | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.    EGGIZSPIGIZ

# COMMERCIAL INVOICE

Page 41 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SG8502 | 53202PL BA 3X BLACK ONYX | 1 | 27 | 4.680 USD | 126.36 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 320021529508 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 59974/068 |

WC8ES53202PL
DESCRIPTION WOMEN BASIC ANKLE LEGGING PLUS
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID 95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6014B, COST $0.11 EACH

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SG8502 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8ES53202PL | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| | |
|---|---|
| **FACTORY NO.** | 104454 |
| GIZA SPINNING & WEAVING CO | |
| KAFER HAKIM , EMBABA | |
| GIZA | |
| GIZA | |
| Egypt | |
| **FTY MID NO.** | EGGIZSPIGIZ |

| SEARS | SG8502 | 53202PL BL 2X BLACK ONYX | 2 | 54 | 4.680 USD | 252.72 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 320022306799 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 27 PIECES |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 60051/067 |

WC8ES53202PL
DESCRIPTION WOMEN BASIC ANKLE LEGGING PLUS
DETAILS OF THE GARMENT - WOMEN BASIC ANKLE LEGGING
SEPARATE WAISTBAND, INSERT WB ELASTIC INSIDE TOP WAISTBAND, NO DRAWCORD
NO POCKETS, NO FLY, FULL LENGTH, TURNBACK HEM, EV LOGO AT WEARERS LEFT HIP
BODY LENGTH "FROM WAIST TO ANKLE"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - JERSEY, 240GSM
SOLID 95% COTTON, 5% SPANDEX
HEATHER 57% COTTON 38% POLYESTER 5% SPANDEX
NUMBER OF STITCHES OF PER INCHE HORIZONTAL - "21" & VERTICAL - "14"
HANGER PACK
HANGER # 6014B, COST $0.11 EACH

# COMMERCIAL INVOICE

Page 42 of 50

DATE: September 07, 2018

INVOICE NO.: 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt           SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Egypt

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SG8502 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | |
| VENDOR ITEM CODE | WC8ES53202PL | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.       104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.       EGGIZSPIGIZ

| SEARS | SI6383 | BASIC RIB 1X BLACK ONYX | | 60 | 360 | 2.520  USD | 907.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 440076029636 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 6  PIECES | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 42844/066 | | | | | | |

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B   COST IS $ 0.072
"
"
"
"

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SI6383 | REFERENCE NO. | 804 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 | |
| VENDOR ITEM CODE | WU8SE43497PL | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.       104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

FTY MID NO.       EGGIZSPIGIZ

# COMMERCIAL INVOICE

DATE: September 07, 2018

INVOICE NO.: 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

| SHIPPED FROM: | Damietta, Egypt | SHIPPED TO: | Chambersburg , PA |
| MODE OF TRANSPORTATION: | Ocean | | |
| | | | FOB Egypt |

| SEARS | SI6383 | BASIC RIB 2X BLACK ONYX | 18 CARTONS | 108 PIECES | 2.520 USD PIECES | 272.16 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 440076029677 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 6 PIECES | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 42844/067 | | | | | |

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B   COST IS $ 0.072
-
-
-
-

| CONTRACT NO. | SI6383 | REFERENCE NO. | 804 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9870 |
| VENDOR ITEM CODE | WU8SE43497PL | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.      104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA      -
GIZA
Egypt
FTY MID NO.      EGGIZSPIGIZ

| SEARS | SI6383 | BASIC RIB 3X BLACK ONYX | 15 CARTONS | 90 PIECES | 2.520 USD PIECES | 226.80 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 440076029685 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 6 PIECES | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 42844/068 | | | | | |

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B   COST IS $ 0.072
-
-
-
-

# COMMERCIAL INVOICE

Page 44 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6383 | **REFERENCE NO.** | 804 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WU8SE43497PL | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE | |

**FACTORY NO.**    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**    EGGIZSPIGIZ

| SEARS | SI6383 | BASIC RIB 1X CORE WHITE | | 46 | 276 | 2.520 USD | 695.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 440076029701 | | | | | | |
| **MADE IN** | EGYPT | | | | | | |
| **CONTENTS** | 6 PIECES | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 42845/066 | | | | | | |

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B   COST IS $ 0.072

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6383 | **REFERENCE NO.** | 804 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | |
| **VENDOR ITEM CODE** | WU8SE43497PL | **COUNTRY OF ORIGIN** | EGYPT | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE | |

**FACTORY NO.**    104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**    EGGIZSPIGIZ

# COMMERCIAL INVOICE

DATE: September 07, 2018

INVOICE NO.: 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SI6383 | BASIC RIB 2X CORE WHITE | 12 CARTONS | 72 PIECES | 2.520  USD PIECES | 181.44  USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 440076029719 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 6  PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 42845/067 |

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B   COST IS $ 0.072
-
-
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6383 | **REFERENCE NO.** | 804 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WU8SE43497PL | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**    104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.**    EGGIZSPIGIZ

| SEARS | SI6383 | BASIC RIB 3X CORE WHITE | 19 CARTONS | 114 PIECES | 2.520  USD PIECES | 287.28  USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 440076029727 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 6  PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 42845/068 |

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B   COST IS $ 0.072
-
-
-

# COMMERCIAL INVOICE

Page 46 of 50

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SI6383 | **REFERENCE NO.** | 804 | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | | |
| **VENDOR ITEM CODE** | WJ8SE43497PL | **COUNTRY OF ORIGIN** | EGYPT | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE | | |

**FACTORY NO.**      104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**      EGGIZSPIGIZ

| SEARS | SI6383 | BASIC RIB 1X COAL MINE H | | 42 | 252 | 2.520  USD | 635.04  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440076029792 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 42847/066 |

WJ8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 160GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B   COST IS $ 0.072
"
"
"
"

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SI6383 | **REFERENCE NO.** | 804 | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 | | |
| **VENDOR ITEM CODE** | WJ8SE43497PL | **COUNTRY OF ORIGIN** | EGYPT | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE | | |

**FACTORY NO.**      104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**      EGGIZSPIGIZ

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| SEARS | SI6383 | BASIC RIB 2X COAL MINE H | 35 CARTONS | 210 PIECES | 2.520 USD PIECES | 529.20 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 440076029800 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 42847/067 |

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B   COST IS $ 0.072
"
"
"
"

| | |
|---|---|
| **CONTRACT NO.** | SI6383 |
| **DC CODE** | PCD |
| **DIVISION NO.** | Division 4 |
| **VENDOR ITEM CODE** | WU8SE43497PL |
| **BINDING RULING # OR PRECLASS #** | |
| **FACTORY NO.** | 104454 |

| | |
|---|---|
| **REFERENCE NO.** | 804 |
| **DEPARTMENT NO.** | 007 |
| **VENDOR NO.** | 9870 |
| **COUNTRY OF ORIGIN** | EGYPT |
| **CATEGORY** | 339, RNONE |

GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt

**FTY MID NO.**   EGGIZSPIGIZ

| SEARS | SI6383 | BASIC RIB 3X COAL MINE H | 19 CARTONS | 114 PIECES | 2.520 USD PIECES | 287.28 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 440076029818 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 42847/068 |

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B   COST IS $ 0.072
"
"
"

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6383 | **REFERENCE NO.** | 804 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WU8SE43497PL | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**     104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**     EGGIZSPIGIZ

| SEARS | SI6383 | CORE RIB T 1X TABBY GREY | 25 | 150 | 2.520 USD | 378.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 440098988462 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 6 PIECES |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 44896/066 |

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B  COST IS $ 0.072
-
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6383 | **REFERENCE NO.** | 804 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WU8SE43497PL | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**     104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**     EGGIZSPIGIZ

# COMMERCIAL INVOICE
Pg 78 of 83

DATE: September 07, 2018
INVOICE NO.: 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt          SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Egypt

| SEARS | SI6383 | CORE RIB T 2X TABBY GREY | 21 CARTONS | 126 PIECES | 2.520 USD PIECES | 317.52 USD |
|---|---|---|---|---|---|---|

ITEM:  440098988470
MADE IN  EGYPT
CONTENTS  6 PIECES
SEARS DIV  616
SEARS ITEM/SKU  44896/067

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B  COST IS $ 0.072
-
-
-
-

CONTRACT NO.  SI6383         REFERENCE NO.  804
DC CODE  PCD              DEPARTMENT NO.  007
DIVISION NO.  Division 4      VENDOR NO.  9870
VENDOR ITEM CODE  WU8SE43497PL   COUNTRY OF ORIGIN  EGYPT
BINDING RULING # OR PRECLASS #     CATEGORY  339, RNONE

FACTORY NO.  104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
FTY MID NO.  EGGIZSPIGIZ

| SEARS | SI6383 | CORE RIB T 3X TABBY GREY | 9 CARTONS | 54 PIECES | 2.520 USD PIECES | 136.08 USD |
|---|---|---|---|---|---|---|

ITEM:  440098988488
MADE IN  EGYPT
CONTENTS  6 PIECES
SEARS DIV  616
SEARS ITEM/SKU  44896/068

WU8SE43497PL
LADIES KNIT TOP : BASIC RIB TANK
DETAILS OF THE GARMENT - BASIC RIB TANK, NECK AND ARMHOLE WITH BINDING.
HEM OPENING, 2.5" SHOULDER STRAP WIDTH
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORIGIN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - 1X1 RIB, 180GSM SOLID: 100% COTTON
COAL MINE HEATHER: 60% COTTON, 40 % POLYESTER
TABBY GREY HEATHER: 92% COTTON, 8% SPANDEX
NUMBER OF STITCHES OF PER CM HORIZONTAL - "24" & VERTICAL - "15"
HANGER PACK
HANGER CODE IS 484B  COST IS $ 0.072
-
-
-

# COMMERCIAL INVOICE

**DATE:** September 07, 2018

**INVOICE NO.:** 201821438929

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6383 | **REFERENCE NO.** | 804 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WU8SE43497PL | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**        104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**        EGGIZSPIGIZ

**PAYMENT TERM**        Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**        OPEN ACCOUNT

**LC#**        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,048 | 21,555 | PIECES | 83,001.24   USD |

**TOTAL US DOLLARS EIGHTY-THREE THOUSAND ONE DOLLARS AND TWENTY-FOUR CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone

| GIZA SPINNING AND WEAVING CO | |
|---|---|
| **EMPLOYEE NAME** | Amr Khattab |
| **EMPLOYEE TITLE** | Export Coordinator (2583-2018) |

# COMMERCIAL INVOICE

Page 1 of 3
**DATE:** September 09, 2018
**INVOICE NO.:** 201821861005

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SU0963 | FRENCH TER BLACK | 401 CARTONS | 401 AST | 24.780 USD AST | 9,936.78 USD |

**ITEM:** 040051943140
**MADE IN** EGYPT
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 602
**SEARS ITEM/SKU** 17964/

WC8JO53091JR
LADIES KNIT BOTTOM : FRENCH TERRY JOGGER PANT
LADIE JOGGER PANT, FULL LENGTH, SIDE POCKET, RIB TRIM AT BOTTOM,
WAISTBAND WITH CORD WAISTBAND WITH BUTTONHOLE FOR CORD OPENING
BODY LENGTH "FROM WAIST TO HEEL"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY – EGYPT
FABRIC CONTENT - FRENCH TERRY, 220GSM : 60% COTTON, 40 % POLYESTER
HANGER PACK HANGER #6012B  COST IS $ 0.107

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU0963 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8JO53091JR | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 348 |
| **FACTORY NO.** | 104454 | | |

GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt

**FTY MID NO.**    EGGIZSPIGIZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SU0963 | FRENCH TER CHARCOAL | 401 CARTONS | 401 AST | 24.780 USD AST | 9,936.78 USD |

**ITEM:** 040054878061
**MADE IN** EGYPT
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 602
**SEARS ITEM/SKU** 17994/

WC8JO53091JR
LADIES KNIT BOTTOM : FRENCH TERRY JOGGER PANT
LADIE JOGGER PANT, FULL LENGTH, SIDE POCKET, RIB TRIM AT BOTTOM,
WAISTBAND WITH CORD WAISTBAND WITH BUTTONHOLE FOR CORD OPENING
BODY LENGTH "FROM WAIST TO HEEL"
COUNTRY OF ORGIN FABRIC, CUTTING AND GARMENT  ASSEMBLY – EGYPT
FABRIC CONTENT - FRENCH TERRY, 220GSM : 60% COTTON, 40 % POLYESTER
HANGER PACK HANGER #6012B  COST IS $ 0.107

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU0963 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8JO53091JR | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 348 |

# COMMERCIAL INVOICE

**DATE:** September 09, 2016

**INVOICE NO.:** 201821861005

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Egypt

**FACTORY NO.**    104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.**    EGGIZSPIGIZ

| SEARS | SU0964 | FRENCH TER BLACK | | 474 | 474 | 32.270 USD | 15,295.98 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 040054902325 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 602 |
| **SEARS ITEM/SKU** | 01801/ |

WC8JO78090JR
LADIES KNIT TOP : FRENCH TERRY HOODIE
DETAILS OF THE GARMENT - FRENCH TERRY HOODIE PULLOVER
LONG SLEEVE, KANGAROO POCKET, RIB TRIM AT BOTTOM/CUFFS,
BACK NECK TAPE, WITH HOOD AND CORD, GROMMET AT HOOD
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORIGN FABRIC, CUTTING AND GARMENT ASSEMBLY - EGYPT
FABRIC CONTENT - FRENCH TERRY, 220GSM
60% COTTON, 40 % POLYESTER
NUMBER OF STITCHES OF PER CM HORIZONTAL - "54" & VERTICAL - "42"
HANGER# 484B, COST $0.072 EACH
"
"
"
"
"

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU0964 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8JO78090JR | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 339 |

**FACTORY NO.**    104454
GIZA SPINNING & WEAVING CO
KAFER HAKIM , EMBABA
GIZA
GIZA
Egypt
**FTY MID NO.**    EGGIZSPIGIZ

| SEARS | SU0964 | FRENCH TER CHARCOAL | | 474 | 474 | 32.270 USD | 15,295.98 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 040054902473 |
| **MADE IN** | EGYPT |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 602 |
| **SEARS ITEM/SKU** | 01802/ |

WC8JO78090JR
LADIES KNIT TOP : FRENCH TERRY HOODIE
DETAILS OF THE GARMENT - FRENCH TERRY HOODIE PULLOVER

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** September 09, 2018

**INVOICE NO.:** 201821861005

9870
GIZA SPINNING AND WEAVING CO
KAFR HAKIM, EMBABA
GIZA

Egypt

**TO:**     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Damietta, Egypt

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Egypt

LONG SLEEVE, KANGAROO POCKET, RIB TRIM AT BOTTOM/CUFFS,
BACK NECK TAPE, WTH HOOD AND CORD, GROMMET AT HOOD
BODY LENGTH "FROM SHOULDER TO WAIST"
COUNTRY OF ORIGN FABRIC, CUTTING AND GARMENT  ASSEMBLY - EGYPT
FABRIC CONTENT - FRENCH TERRY, 220GSM
60% COTTON, 40 % POLYESTER
NUMBER OF STICHES OF PER CM HORIZONTAL - "54" & VERTICAL - "42"
HANGER# 484B, COST $0.072 EACH
"
"
"
"

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SU0964 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9870 |
| **VENDOR ITEM CODE** | WC8JO78090JR | **COUNTRY OF ORIGIN** | EGYPT |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, 339 |

**FACTORY NO.**     104454

GIZA SPINNING & WEAVING CO

KAFER HAKIM , EMBABA

GIZA

GIZA

Egypt

**FTY MID NO.**     EGGIZSPIGIZ

**PAYMENT TERM**     Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**     OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,750 | 1,750 | ASSORTMENTS | 50,465.52  USD |

TOTAL US DOLLARS FIFTY THOUSAND FOUR HUNDRED SIXTY-FIVE DOLLARS AND FIFTY-TWO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone

| GIZA SPINNING AND WEAVING CO | |
|---|---|
| **EMPLOYEE NAME** | Amr Khattab |
| **EMPLOYEE TITLE** | Export Coordinator( 2585-2018 |



# Electronic Proof of Claim

Adobe Sign Document History                    12/04/2018

| | |
|---|---|
| Created: | 12/03/2018 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAANbqWHy_-xj6a86DKGGfaHhz_Nim4Sun1 |

## "Electronic Proof of Claim" History

Widget created by Sears Claims (searsclaims@primeclerk.com)
12/03/2018 - 6:51:17 PM EST

Edward L. Schnitzer (eschnitzer@ckrlaw.com) uploaded the following supporting documents:
    Attachment
12/03/2018 - 7:11:28 PM EST

Widget filled in by Edward L. Schnitzer (eschnitzer@ckrlaw.com)
12/03/2018 - 7:11:28 PM EST- IP address: 100.38.148.122

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; WOW64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.110 Safari/537.36)
12/03/2018 - 7:11:31 PM EST- IP address: 100.38.148.122

Signed document emailed to Sears Claims (searsclaims@primeclerk.com) and Edward L. Schnitzer (eschnitzer@ckrlaw.com)
12/03/2018 - 7:11:31 PM EST