

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **4207602 Canada Inc dba Cameo Socks**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003646 | $8,218.35 | 9/6/2018 | 218635 | 6/5/2018 | $2,956.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985622 | $2,553.66 | 7/27/2018 | 218426 | 5/1/2018 | $48.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985622 | $2,553.66 | 7/27/2018 | 218428-1216 | 5/1/2018 | $49.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985622 | $2,553.66 | 7/27/2018 | 218428-1218 | 5/1/2018 | $1,573.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989060 | $9,911.08 | 8/7/2018 | 218496 | 5/9/2018 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989060 | $9,911.08 | 8/7/2018 | 218497 | 5/9/2018 | $5,178.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989060 | $9,911.08 | 8/7/2018 | 218498 | 5/9/2018 | $3,614.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989060 | $9,911.08 | 8/7/2018 | 218509 | 5/15/2018 | $1,629.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992609 | $1,590.19 | 8/14/2018 | 218510 | 5/15/2018 | $1,787.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000172 | $3,086.20 | 8/30/2018 | 218576 | 5/23/2018 | $2,817.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000172 | $3,086.20 | 8/30/2018 | 218606 | 5/30/2018 | $2,107.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985622 | $2,553.66 | 7/27/2018 | 218353 | 4/24/2018 | $1,821.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003646 | $8,218.35 | 9/6/2018 | 218607 | 5/30/2018 | $1,388.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014661 | $7,340.33 | 9/27/2018 | 218756 | 6/27/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003646 | $8,218.35 | 9/6/2018 | 218659 | 6/12/2018 | $55.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003646 | $8,218.35 | 9/6/2018 | 218661 | 6/12/2018 | $2,210.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007101 | $2,778.74 | 9/13/2018 | 218723 | 6/19/2018 | $3,091.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011349 | $15,436.31 | 9/20/2018 | 218637 | 6/5/2018 | $2,205.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011349 | $15,436.31 | 9/20/2018 | 218658 | 6/12/2018 | $1,583.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011349 | $15,436.31 | 9/20/2018 | 218721 | 6/19/2018 | $1,467.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011349 | $15,436.31 | 9/20/2018 | 218722 | 6/19/2018 | $48.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011349 | $15,436.31 | 9/20/2018 | 218752 | 6/27/2018 | $11,219.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011349 | $15,436.31 | 9/20/2018 | 218755 | 6/28/2018 | $9.40 |

4207602 Canada Inc dba Cameo Socks (2191712)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014661 | $7,340.33 | 9/27/2018 | 218753 | 6/27/2018 | $7,358.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003646 | $8,218.35 | 9/6/2018 | 218577 | 5/23/2018 | $1,646.30 |

**Totals:**   8 transfer(s),   $50,914.86