

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **AAA Pharmaceutical, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002467 | $52,833.60 | 9/5/2018 | 29344 | 6/15/2018 | $18,823.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984433 | $9,012.00 | 7/26/2018 | 29045 | 5/9/2018 | $4,857.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987833 | $10,285.68 | 8/2/2018 | 29150 | 5/16/2018 | $1,651.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987833 | $10,285.68 | 8/2/2018 | 29151 | 5/16/2018 | $4,639.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987833 | $10,285.68 | 8/2/2018 | 29152 | 5/16/2018 | $3,994.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991347 | $4,207.56 | 8/13/2018 | 29189 | 5/23/2018 | $4,422.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995611 | $4,780.72 | 8/20/2018 | 29236 | 5/30/2018 | $5,194.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984433 | $9,012.00 | 7/26/2018 | 29011 | 5/3/2018 | $4,288.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002467 | $52,833.60 | 9/5/2018 | 29343 | 6/15/2018 | $1,672.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013430 | $10,067.34 | 9/26/2018 | 29701-8493 | 8/13/2018 | $165.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002467 | $52,833.60 | 9/5/2018 | 29345 | 6/15/2018 | $8,748.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005859 | $8,169.00 | 9/12/2018 | 29362 | 6/20/2018 | $612.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005859 | $8,169.00 | 9/12/2018 | 29363 | 6/20/2018 | $7,556.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013430 | $10,067.34 | 9/26/2018 | 29431 | 7/2/2018 | $2,367.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013430 | $10,067.34 | 9/26/2018 | 29432 | 7/2/2018 | $2,178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013430 | $10,067.34 | 9/26/2018 | 29445-8490 | 7/9/2018 | $111.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013430 | $10,067.34 | 9/26/2018 | 29445-8492 | 7/9/2018 | $6,635.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002467 | $52,833.60 | 9/5/2018 | 29319 | 6/13/2018 | $23,589.48 |

**Totals:**     **7 transfer(s),    $99,355.90**

AAA Pharmaceutical, Inc. (2191622)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 1