**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **ABARTA Coca-Cola Beverages, LLC fdba ABARTA Coca-Cola Beverages, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005861 | $4,601.89 | 9/12/2018 | 3046427762 | 7/27/2018 | $491.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3045118433 | 7/13/2018 | $1,245.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3039982114 | 5/18/2018 | $600.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3039965811 | 5/17/2018 | $392.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3039365298 | 5/11/2018 | $924.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3039340126-10255 | 5/10/2018 | $514.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3038844842 | 5/7/2018 | $149.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3038843607 | 5/7/2018 | $904.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3038735325 | 5/4/2018 | $168.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3040076791 | 5/21/2018 | $1,454.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005861 | $4,601.89 | 9/12/2018 | 3237201491 | 7/26/2018 | $195.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3040518384 | 5/24/2018 | $410.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005861 | $4,601.89 | 9/12/2018 | 3046419107-10252 | 7/27/2018 | $414.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005861 | $4,601.89 | 9/12/2018 | 3046418387 | 7/26/2018 | $475.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005861 | $4,601.89 | 9/12/2018 | 3046314089-10250 | 7/26/2018 | $1,149.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005861 | $4,601.89 | 9/12/2018 | 3046294458 | 7/26/2018 | $1,082.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005861 | $4,601.89 | 9/12/2018 | 3046290866-10248 | 7/26/2018 | $256.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005861 | $4,601.89 | 9/12/2018 | 3046156714 | 7/24/2018 | $527.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005861 | $4,601.89 | 9/12/2018 | 3045767398 | 7/25/2018 | $174.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002469 | $4,836.54 | 9/5/2018 | 3237201419-10247 | 7/19/2018 | $1,309.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005861 | $4,601.89 | 9/12/2018 | 8412889377 | 7/24/2018 | $37.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3042515060 | 6/14/2018 | $849.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981077 | $6,178.92 | 7/19/2018 | 3041455545 | 6/5/2018 | $475.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3044437301-10265 | 7/5/2018 | $425.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3043979772 | 7/2/2018 | $1,466.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3043961630 | 6/28/2018 | $827.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3043876864 | 6/29/2018 | $723.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3043868005 | 6/29/2018 | $284.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3043198930-10263 | 6/22/2018 | $627.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3043174282 | 6/21/2018 | $266.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3040017321-10257 | 5/18/2018 | $587.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3042623499 | 6/18/2018 | $1,018.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002469 | $4,836.54 | 9/5/2018 | 3045676992 | 7/20/2018 | $589.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3042510233-10261 | 6/15/2018 | $560.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3042501594 | 6/15/2018 | $421.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3041876973 | 6/8/2018 | $536.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3041787498 | 6/7/2018 | $345.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3041705524-10259 | 6/8/2018 | $591.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3041289515 | 6/4/2018 | $343.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3041177431 | 6/1/2018 | $745.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3041169918 | 5/31/2018 | $707.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3043167045 | 6/22/2018 | $689.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984436 | $2,884.96 | 7/26/2018 | 3042234423 | 6/12/2018 | $656.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987834 | $4,493.66 | 8/2/2018 | 3043202900 | 6/22/2018 | $286.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987834 | $4,493.66 | 8/2/2018 | 3043159271 | 6/22/2018 | $1,013.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987834 | $4,493.66 | 8/2/2018 | 3043078294-3485 | 6/21/2018 | $963.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987834 | $4,493.66 | 8/2/2018 | 3043030648-3482 | 6/21/2018 | $261.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987834 | $4,493.66 | 8/2/2018 | 3042905073 | 6/19/2018 | $730.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987834 | $4,493.66 | 8/2/2018 | 3042651508-3480 | 6/19/2018 | $592.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984436 | $2,884.96 | 7/26/2018 | 3237201146-3495 | 6/14/2018 | $723.37 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984436 | $2,884.96 | 7/26/2018 | 3042529920 | 6/15/2018 | $505.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002469 | $4,836.54 | 9/5/2018 | 3045772863 | 7/20/2018 | $646.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984436 | $2,884.96 | 7/26/2018 | 3042496221 | 6/14/2018 | $356.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991350 | $3,888.88 | 8/13/2018 | 3043173456 | 6/25/2018 | $184.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981077 | $6,178.92 | 7/19/2018 | 3237201084-3493 | 6/8/2018 | $225.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981077 | $6,178.92 | 7/19/2018 | 3041839817-3478 | 6/8/2018 | $829.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981077 | $6,178.92 | 7/19/2018 | 3041838851 | 6/7/2018 | $1,093.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981077 | $6,178.92 | 7/19/2018 | 3041832851 | 6/8/2018 | $269.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981077 | $6,178.92 | 7/19/2018 | 3041727387-3476 | 6/7/2018 | $1,544.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981077 | $6,178.92 | 7/19/2018 | 3041715870 | 6/7/2018 | $620.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981077 | $6,178.92 | 7/19/2018 | 3041706025-3475 | 6/7/2018 | $227.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981077 | $6,178.92 | 7/19/2018 | 3041580727-3472 | 6/5/2018 | $1,021.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984436 | $2,884.96 | 7/26/2018 | 3042527118 | 6/15/2018 | $689.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995614 | $1,734.96 | 8/20/2018 | 3044424002 | 7/6/2018 | $990.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3045126367-10267 | 7/13/2018 | $423.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002469 | $4,836.54 | 9/5/2018 | 3045508350 | 7/17/2018 | $1,053.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002469 | $4,836.54 | 9/5/2018 | 3045429782 | 7/17/2018 | $854.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998965 | $5,015.49 | 8/29/2018 | 3237201354-3501 | 7/12/2018 | $652.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998965 | $5,015.49 | 8/29/2018 | 3045146846 | 7/13/2018 | $310.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998965 | $5,015.49 | 8/29/2018 | 3045122241 | 7/12/2018 | $1,319.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998965 | $5,015.49 | 8/29/2018 | 3045047701 | 7/13/2018 | $666.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998965 | $5,015.49 | 8/29/2018 | 3045022455-3491 | 7/12/2018 | $1,226.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987834 | $4,493.66 | 8/2/2018 | 3043216480 | 6/22/2018 | $397.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995614 | $1,734.96 | 8/20/2018 | 3237201313 | 7/6/2018 | $695.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987834 | $4,493.66 | 8/2/2018 | 3237201198-3497 | 6/21/2018 | $536.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995614 | $1,734.96 | 8/20/2018 | 3044284274-3486 | 7/3/2018 | $769.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995614 | $1,734.96 | 8/20/2018 | 3044144844 | 7/3/2018 | $419.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991350 | $3,888.88 | 8/13/2018 | 3237201247-3499 | 6/29/2018 | $907.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991350 | $3,888.88 | 8/13/2018 | 3043901731 | 6/29/2018 | $428.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991350 | $3,888.88 | 8/13/2018 | 3043844865 | 6/28/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991350 | $3,888.88 | 8/13/2018 | 3043842434 | 6/29/2018 | $574.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991350 | $3,888.88 | 8/13/2018 | 3043718445 | 6/28/2018 | $1,219.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991350 | $3,888.88 | 8/13/2018 | 3043571817 | 6/26/2018 | $705.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002469 | $4,836.54 | 9/5/2018 | 3045767318 | 7/20/2018 | $506.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998965 | $5,015.49 | 8/29/2018 | 3044850931-3488 | 7/10/2018 | $980.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018111 | $2,758.02 | 9/21/2018 | 3048429530 | 8/17/2018 | $405.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3044583858 | 7/6/2018 | $492.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021585 | $982.79 | 9/28/2018 | 3049110274 | 8/24/2018 | $690.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021585 | $982.79 | 9/28/2018 | 3049094018 | 8/24/2018 | $292.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020955 | $2,460.76 | 9/27/2018 | 3237201722-10287 | 8/23/2018 | $525.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020955 | $2,460.76 | 9/27/2018 | 3049017106-10286 | 8/23/2018 | $1,063.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020955 | $2,460.76 | 9/27/2018 | 3048436556-10285 | 8/20/2018 | $1,272.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019542 | $1,196.48 | 9/25/2018 | 3048842391 | 8/21/2018 | $502.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019542 | $1,196.48 | 9/25/2018 | 3048446140 | 8/16/2018 | $427.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023104 | $2,688.58 | 10/2/2018 | 3049115418 | 8/23/2018 | $661.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018111 | $2,758.02 | 9/21/2018 | 3048586595 | 8/17/2018 | $717.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023104 | $2,688.58 | 10/2/2018 | 3049118758 | 8/24/2018 | $585.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018111 | $2,758.02 | 9/21/2018 | 3048299713 | 8/17/2018 | $1,634.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017443 | $2,714.40 | 9/20/2018 | 3237201674 | 8/16/2018 | $382.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017443 | $2,714.40 | 9/20/2018 | 3048316425-10283 | 8/16/2018 | $768.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017443 | $2,714.40 | 9/20/2018 | 3047920656 | 8/13/2018 | $1,562.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016847 | $433.69 | 9/19/2018 | 3047751582 | 8/15/2018 | $466.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016066 | $1,625.11 | 9/18/2018 | 3048154860 | 8/14/2018 | $657.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016066 | $1,625.11 | 9/18/2018 | 3048063002-10282 | 8/14/2018 | $787.95 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016066 | $1,625.11 | 9/18/2018 | 3047776517 | 8/9/2018 | $610.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019542 | $1,196.48 | 9/25/2018 | 3048441788 | 8/17/2018 | $320.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3044994991-10298 | 7/12/2018 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3048866610-10312 | 8/22/2018 | $33.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3048135479-10311 | 8/15/2018 | $514.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3048135479-10309 | 8/15/2018 | $25.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3047501918-10307 | 8/8/2018 | $406.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3047501918-10306 | 8/8/2018 | $24.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3046846604-10305 | 8/1/2018 | $267.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3046846604-10303 | 8/1/2018 | $14.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3045640725-10301 | 7/19/2018 | $984.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023104 | $2,688.58 | 10/2/2018 | 3049100657-10289 | 8/23/2018 | $372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3044994991-10299 | 7/12/2018 | $445.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014031 | $926.39 | 9/13/2018 | 3237201614-10281 | 8/9/2018 | $758.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3044388129-10297 | 7/5/2018 | $469.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3044388129-10295 | 7/5/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3043730527-10293 | 6/28/2018 | $719.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3043730527-10292 | 6/28/2018 | $34.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3039874720-10291 | 5/17/2018 | $435.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3039874720-10290 | 5/17/2018 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023104 | $2,688.58 | 10/2/2018 | 3049520615 | 8/28/2018 | $663.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023104 | $2,688.58 | 10/2/2018 | 3049410992 | 8/28/2018 | $507.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3045640725-10300 | 7/19/2018 | $45.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010696 | $1,877.62 | 9/6/2018 | 3037670294 | 4/23/2018 | $387.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3032086594 | 2/9/2018 | $210.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 13237201354 | 7/12/2018 | $652.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 13237200285 | 3/16/2018 | $453.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 13000201169 | 7/18/2018 | $516.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 13000200972 | 6/19/2018 | $248.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 12990200066 | 2/7/2018 | $367.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010696 | $1,877.62 | 9/6/2018 | 3237201547 | 8/2/2018 | $223.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010696 | $1,877.62 | 9/6/2018 | 3046542239 | 7/30/2018 | $619.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016066 | $1,625.11 | 9/18/2018 | 3047760032 | 8/10/2018 | $459.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010696 | $1,877.62 | 9/6/2018 | 3038113678-10278 | 4/26/2018 | $508.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3036724493 | 4/11/2018 | $367.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 406112187 | 5/25/2018 | $306.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3046827730 | 7/31/2018 | $673.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3046713174-10269 | 7/31/2018 | $503.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3046460442 | 7/27/2018 | $830.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3046444769 | 7/26/2018 | $560.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3045771959 | 7/20/2018 | $300.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3045274335 | 7/13/2018 | $659.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008664 | $21,429.53 | 9/18/2018 | 3045237081 | 7/16/2018 | $697.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010696 | $1,877.62 | 9/6/2018 | 3038121280 | 4/27/2018 | $400.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3043901630 | 6/28/2018 | $827.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024037 | $4,429.75 | 10/3/2018 | 3048866610-10314 | 8/22/2018 | $680.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014031 | $926.39 | 9/13/2018 | 3047630045-10280 | 8/9/2018 | $227.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012687 | $426.10 | 9/11/2018 | 8413149159 | 8/6/2018 | $234.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012687 | $426.10 | 9/11/2018 | 3047539453 | 8/7/2018 | $526.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012687 | $426.10 | 9/11/2018 | 3047493839 | 8/7/2018 | $919.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012687 | $426.10 | 9/11/2018 | 3047137304-10279 | 8/3/2018 | $537.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012687 | $426.10 | 9/11/2018 | 3047084676 | 8/3/2018 | $281.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3046417762 | 7/26/2018 | $189.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3035013256 | 3/21/2018 | $319.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3044415378 | 7/6/2018 | $469.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3035633114 | 3/29/2018 | $1,129.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3043571809 | 6/27/2018 | $498.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3042349049 | 6/15/2018 | $440.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3042268439 | 6/13/2018 | $256.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3040845038 | 5/30/2018 | $703.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3040612187 | 5/25/2018 | $306.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3039746210 | 5/16/2018 | $315.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3038784124 | 5/4/2018 | $1,295.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3038470725 | 5/2/2018 | $371.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014666 | $610.35 | 9/14/2018 | 3047734999 | 8/10/2018 | $610.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011928 | $8,630.75 | 9/10/2018 | 3044850909 | 7/11/2018 | $385.47 |

**Totals:** 23 transfer(s), $86,825.62