**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Kahena Digital Marketing Ltd. dba JVP Media Quarter** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086488 | $10,600.00 | 10/1/2018 | 1723 | 6/1/2018 | $10,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086233 | $17,100.00 | 10/1/2018 | 1752 | 7/1/2018 | $10,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086233 | $17,100.00 | 10/1/2018 | 1751 | 7/1/2018 | $6,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084400 | $6,500.00 | 9/4/2018 | 1722 | 6/1/2018 | $6,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082628 | $10,600.00 | 8/3/2018 | 1693 | 5/1/2018 | $10,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082501 | $6,500.00 | 8/3/2018 | 1692 | 5/1/2018 | $6,500.00 |

**Totals:** 5 transfer(s), $51,300.00

Kahena Digital Marketing Ltd. dba JVP Media Quarter (2191656)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                                        Exhibit A                                                        P. 1