**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **KSF Acquisition Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR081266 | 6/26/2018 | $496.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993024 | $4,119.54 | 8/17/2018 | DIR081860 | 7/2/2018 | $545.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993024 | $4,119.54 | 8/17/2018 | DIR081840 | 7/2/2018 | $800.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993024 | $4,119.54 | 8/17/2018 | DIR081816 | 7/2/2018 | $315.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993024 | $4,119.54 | 8/17/2018 | DIR081780 | 7/2/2018 | $1,057.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993024 | $4,119.54 | 8/17/2018 | DIR081768 | 7/2/2018 | $210.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993024 | $4,119.54 | 8/17/2018 | DIR081561 | 6/29/2018 | $911.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR081846 | 7/2/2018 | $350.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR081831 | 7/2/2018 | $420.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR081825 | 7/2/2018 | $139.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR081809 | 7/2/2018 | $403.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR081769 | 7/2/2018 | $700.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR081580 | 6/29/2018 | $1,016.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982635 | $3,921.63 | 7/25/2018 | DIR079711 | 6/11/2018 | $1,953.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR081281 | 6/26/2018 | $1,748.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997210 | $4,703.23 | 8/24/2018 | DIR082908 | 7/10/2018 | $544.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR081018 | 6/23/2018 | $693.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR077344 | 5/18/2018 | $354.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986021 | $4,882.13 | 8/1/2018 | DIR081639 | 6/29/2018 | $366.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986021 | $4,882.13 | 8/1/2018 | DIR081408 | 6/28/2018 | $357.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986021 | $4,882.13 | 8/1/2018 | DIR081039 | 6/23/2018 | $762.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986021 | $4,882.13 | 8/1/2018 | DIR080852 | 6/22/2018 | $408.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986021 | $4,882.13 | 8/1/2018 | DIR080434 | 6/19/2018 | $1,132.61 |

KSF Acquisition Corporation (2191592)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986021 | $4,882.13 | 8/1/2018 | DIR080433 | 6/19/2018 | $440.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986021 | $4,882.13 | 8/1/2018 | DIR080252 | 6/18/2018 | $1,463.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982635 | $3,921.63 | 7/25/2018 | DIR080920 | 6/22/2018 | $163.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982635 | $3,921.63 | 7/25/2018 | DIR079953 | 6/13/2018 | $682.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982635 | $3,921.63 | 7/25/2018 | DIR079730 | 6/11/2018 | $617.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982635 | $3,921.63 | 7/25/2018 | DIR079729 | 6/11/2018 | $629.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989448 | $5,477.21 | 8/8/2018 | DIR081423 | 6/28/2018 | $511.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004046 | $3,152.50 | 9/7/2018 | DIR084709 | 7/26/2018 | $353.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011656 | $4,278.74 | 9/21/2018 | DIR086685 | 8/15/2018 | $225.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011656 | $4,278.74 | 9/21/2018 | DIR086292 | 8/10/2018 | $228.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011656 | $4,278.74 | 9/21/2018 | DIR086048 | 8/8/2018 | $1,444.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011656 | $4,278.74 | 9/21/2018 | DIR085772 | 8/6/2018 | $1,050.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011656 | $4,278.74 | 9/21/2018 | DIR085771 | 8/6/2018 | $1,141.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007522 | $19,527.05 | 9/14/2018 | DIR086164 | 8/9/2018 | $878.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007522 | $19,527.05 | 9/14/2018 | DIR086049 | 8/8/2018 | $1,734.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007522 | $19,527.05 | 9/14/2018 | DIR085338 | 7/31/2018 | $1,430.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007522 | $19,527.05 | 9/14/2018 | DIR085337 | 7/31/2018 | $2,371.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007522 | $19,527.05 | 9/14/2018 | DIR085295 | 7/31/2018 | $1,754.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007522 | $19,527.05 | 9/14/2018 | DIR085269 | 7/31/2018 | $1,459.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007522 | $19,527.05 | 9/14/2018 | DIR085147 | 7/31/2018 | $5,796.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007522 | $19,527.05 | 9/14/2018 | DIR084959 | 7/30/2018 | $4,630.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993024 | $4,119.54 | 8/17/2018 | O/A:780993024 | | $279.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000567 | $4,660.89 | 9/4/2018 | DIR084163 | 7/23/2018 | $836.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011656 | $4,278.74 | 9/21/2018 | DIR086800 | 8/16/2018 | $232.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997210 | $4,703.23 | 8/24/2018 | DIR083219 | 7/12/2018 | $1,883.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997210 | $4,703.23 | 8/24/2018 | DIR083483 | 7/16/2018 | $523.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997210 | $4,703.23 | 8/24/2018 | DIR083507 | 7/16/2018 | $1,069.23 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000567 | $4,660.89 | 9/4/2018 | DIR083515 | 7/16/2018 | $472.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004046 | $3,152.50 | 9/7/2018 | DIR084769 | 7/27/2018 | $134.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000567 | $4,660.89 | 9/4/2018 | DIR084030 | 7/20/2018 | $154.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004046 | $3,152.50 | 9/7/2018 | DIR084710 | 7/26/2018 | $228.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000567 | $4,660.89 | 9/4/2018 | DIR084164 | 7/23/2018 | $1,955.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000567 | $4,660.89 | 9/4/2018 | DIR084474 | 7/20/2018 | $747.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004046 | $3,152.50 | 9/7/2018 | DIR084196 | 7/23/2018 | $506.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004046 | $3,152.50 | 9/7/2018 | DIR084419 | 7/24/2018 | $942.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004046 | $3,152.50 | 9/7/2018 | DIR084570 | 7/25/2018 | $1,018.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997210 | $4,703.23 | 8/24/2018 | DIR082444 | 7/7/2018 | $751.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000567 | $4,660.89 | 9/4/2018 | DIR083928 | 7/19/2018 | $598.57 |

**Totals:** 9 transfer(s), $54,722.92