**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Liaison Technologies, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005371 | $21,788.79 | 9/11/2018 | IN571172297-2003 | 6/22/2018 | $2,997.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005371 | $21,788.79 | 9/11/2018 | IN571171179-2002 | 6/22/2018 | $4,434.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005371 | $21,788.79 | 9/11/2018 | IN571170307-2001 | 6/22/2018 | $1,960.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005371 | $21,788.79 | 9/11/2018 | IN571167247-2000 | 6/22/2018 | $2,750.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005371 | $21,788.79 | 9/11/2018 | IN571166280-1999 | 6/22/2018 | $3,672.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005371 | $21,788.79 | 9/11/2018 | IN571164532-1998 | 6/22/2018 | $5,973.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996640 | $1,620.00 | 8/21/2018 | IN571174749 | 6/5/2018 | $1,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996033 | $24,967.64 | 8/20/2018 | IN571174996 | 6/4/2018 | $5,203.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996033 | $24,967.64 | 8/20/2018 | IN571174750 | 6/4/2018 | $4,312.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996033 | $24,967.64 | 8/20/2018 | IN571174748 | 6/4/2018 | $12,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996033 | $24,967.64 | 8/20/2018 | IN571174747 | 6/4/2018 | $2,951.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981455 | $915.00 | 7/19/2018 | IN571172515 | 5/7/2018 | $915.00 |

Totals:    4 transfer(s),    $49,291.43