**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **M & K Distributors, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1180041 | 6/19/2018 | $142.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179973 | 6/15/2018 | $927.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1179329 | 5/25/2018 | $64.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1179358 | 5/25/2018 | $48.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1179359 | 5/25/2018 | $55.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1180039 | 6/19/2018 | $437.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993095 | $5,084.66 | 8/15/2018 | 1180226 | 6/26/2018 | $870.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1180040-19911 | 6/19/2018 | $1,183.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179950 | 6/15/2018 | $158.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1180142 | 6/22/2018 | $240.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1180147 | 6/22/2018 | $280.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1180148-19912 | 6/22/2018 | $13.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1180148-19913 | 6/22/2018 | $851.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1180174 | 6/22/2018 | $1,833.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982693 | $4,766.42 | 7/23/2018 | 1179617 | 6/5/2018 | $209.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989503 | $5,163.74 | 8/8/2018 | 1180040-19910 | 6/19/2018 | $11.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179126 | 5/18/2018 | $37.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982693 | $4,766.42 | 7/23/2018 | 1179618-19902 | 6/5/2018 | $4.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982693 | $4,766.42 | 7/23/2018 | 1179618-19903 | 6/5/2018 | $958.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982693 | $4,766.42 | 7/23/2018 | 1179740 | 6/8/2018 | $308.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982693 | $4,766.42 | 7/23/2018 | 1179742 | 6/8/2018 | $197.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982693 | $4,766.42 | 7/23/2018 | 1179761 | 6/8/2018 | $1,525.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982693 | $4,766.42 | 7/23/2018 | 1179762-19904 | 6/8/2018 | $10.08 |

M & K Distributors, Inc. (2191939)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019 — Exhibit A — P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179957-19909 | 6/15/2018 | $672.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179012 | 5/15/2018 | $175.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179957-19908 | 6/15/2018 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179815 | 6/12/2018 | $98.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179816 | 6/12/2018 | $460.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179821-19906 | 6/12/2018 | $12.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179821-19907 | 6/12/2018 | $1,066.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986081 | $3,756.82 | 7/30/2018 | 1179948 | 6/15/2018 | $239.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993095 | $5,084.66 | 8/15/2018 | 1180228 | 6/26/2018 | $239.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982693 | $4,766.42 | 7/23/2018 | 1179762-19905 | 6/8/2018 | $1,552.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000634 | $3,457.69 | 8/31/2018 | 1180774-19924 | 7/13/2018 | $0.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000634 | $3,457.69 | 8/31/2018 | 1179814 | 6/12/2018 | $55.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000634 | $3,457.69 | 8/31/2018 | 1179949 | 6/15/2018 | $62.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000634 | $3,457.69 | 8/31/2018 | 1180660-19922 | 7/10/2018 | $12.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000634 | $3,457.69 | 8/31/2018 | 1180660-19923 | 7/10/2018 | $1,021.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000634 | $3,457.69 | 8/31/2018 | 1180662 | 7/10/2018 | $229.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993095 | $5,084.66 | 8/15/2018 | 1179446 | 5/30/2018 | $114.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000634 | $3,457.69 | 8/31/2018 | 1180771 | 7/13/2018 | $311.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997268 | $4,901.55 | 8/22/2018 | 1180560 | 7/6/2018 | $619.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000634 | $3,457.69 | 8/31/2018 | 1180774-19925 | 7/13/2018 | $928.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000634 | $3,457.69 | 8/31/2018 | 1180789 | 7/13/2018 | $340.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004098 | $2,419.49 | 9/7/2018 | 1180141 | 6/22/2018 | $60.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004098 | $2,419.49 | 9/7/2018 | 1180849 | 7/17/2018 | $183.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004098 | $2,419.49 | 9/7/2018 | 1180861 | 7/17/2018 | $2,175.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007587 | $199.74 | 9/14/2018 | 1180227 | 6/26/2018 | $199.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000634 | $3,457.69 | 8/31/2018 | 1180663 | 7/10/2018 | $493.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997268 | $4,901.55 | 8/22/2018 | 1180436 | 7/3/2018 | $601.94 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993095 | $5,084.66 | 8/15/2018 | 1180243-19914 | 6/26/2018 | $12.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993095 | $5,084.66 | 8/15/2018 | 1180243-19915 | 6/26/2018 | $984.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993095 | $5,084.66 | 8/15/2018 | 1180339 | 6/29/2018 | $653.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993095 | $5,084.66 | 8/15/2018 | 1180340 | 6/29/2018 | $116.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993095 | $5,084.66 | 8/15/2018 | 1180359-19916 | 6/29/2018 | $8.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993095 | $5,084.66 | 8/15/2018 | 1180359-19917 | 6/29/2018 | $935.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997268 | $4,901.55 | 8/22/2018 | 1180561-19921 | 7/6/2018 | $1,231.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997268 | $4,901.55 | 8/22/2018 | 1179741 | 6/8/2018 | $73.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997268 | $4,901.55 | 8/22/2018 | 1180561-19920 | 7/6/2018 | $5.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997268 | $4,901.55 | 8/22/2018 | 1180437 | 7/3/2018 | $88.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997268 | $4,901.55 | 8/22/2018 | 1180460-19918 | 7/3/2018 | $6.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997268 | $4,901.55 | 8/22/2018 | 1180460-19919 | 7/3/2018 | $912.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997268 | $4,901.55 | 8/22/2018 | 1180557 | 7/6/2018 | $1,132.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997268 | $4,901.55 | 8/22/2018 | 1180559 | 7/6/2018 | $231.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011711 | $135.92 | 9/21/2018 | 1180558 | 7/6/2018 | $135.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993095 | $5,084.66 | 8/15/2018 | 1180361 | 6/29/2018 | $1,309.93 |

**Totals:**    9 transfer(s),    $29,886.03