**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Advanced Project Solutions, LLP** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998980 | $37,571.71 | 8/15/2018 | 124300 | 7/31/2018 | $32,539.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998980 | $37,571.71 | 8/15/2018 | 124297 | 7/31/2018 | $2,508.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998980 | $37,571.71 | 8/15/2018 | 124296 | 7/31/2018 | $2,523.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991365 | $22,303.66 | 8/1/2018 | 123745 | 7/17/2018 | $22,303.66 |

Totals:    2 transfer(s),    $59,875.37