**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Air Temp Mechanical, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995640 | $12,346.76 | 8/20/2018 | 60118SAC-30884 | 6/1/2018 | $349.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991370 | $4,527.23 | 8/13/2018 | 50118MDO | 5/30/2018 | $234.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991370 | $4,527.23 | 8/13/2018 | 50118SAC-30876 | 5/30/2018 | $655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991370 | $4,527.23 | 8/13/2018 | 50118SAC-30877 | 5/30/2018 | $480.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991370 | $4,527.23 | 8/13/2018 | 50118SAC-30878 | 5/30/2018 | $349.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991370 | $4,527.23 | 8/13/2018 | 50118SAC-30879 | 5/30/2018 | $423.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991370 | $4,527.23 | 8/13/2018 | 57417 | 5/8/2018 | $1,768.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991370 | $4,527.23 | 8/13/2018 | 57426 | 5/17/2018 | $276.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991370 | $4,527.23 | 8/13/2018 | 57430 | 5/31/2018 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995640 | $12,346.76 | 8/20/2018 | 56826 | 3/14/2018 | $5,343.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995640 | $12,346.76 | 8/20/2018 | 57527 | 6/5/2018 | $4,790.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995640 | $12,346.76 | 8/20/2018 | 60118HS-30880 | 6/1/2018 | $47.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995640 | $12,346.76 | 8/20/2018 | 60118HS-30881 | 6/1/2018 | $23.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995640 | $12,346.76 | 8/20/2018 | 60118MDO | 6/1/2018 | $234.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987855 | $425.00 | 8/2/2018 | 57427 | 5/18/2018 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002489 | $8,171.00 | 9/5/2018 | 57684 | 6/11/2018 | $888.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009616 | $2,213.76 | 9/19/2018 | 70118SAC-30890 | 7/2/2018 | $349.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009616 | $2,213.76 | 9/19/2018 | 70118SAC-30889 | 7/2/2018 | $480.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009616 | $2,213.76 | 9/19/2018 | 70118SAC-30888 | 7/2/2018 | $655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009616 | $2,213.76 | 9/19/2018 | 70118MDO | 7/2/2018 | $234.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009616 | $2,213.76 | 9/19/2018 | 70118HS-30887 | 7/2/2018 | $23.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995640 | $12,346.76 | 8/20/2018 | 60118SAC-30882 | 6/1/2018 | $655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005879 | $1,450.98 | 9/12/2018 | 57686 | 6/26/2018 | $1,450.98 |

Air Temp Mechanical, Inc. (2191426)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995640 | $12,346.76 | 8/20/2018 | 60118SAC-30883 | 6/1/2018 | $480.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002489 | $8,171.00 | 9/5/2018 | 57613 | 6/15/2018 | $7,283.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998987 | $2,541.57 | 8/29/2018 | 57685 | 6/13/2018 | $393.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998987 | $2,541.57 | 8/29/2018 | 57683 | 6/8/2018 | $1,707.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998987 | $2,541.57 | 8/29/2018 | 57681 | 6/7/2018 | $441.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995640 | $12,346.76 | 8/20/2018 | 60118SAC-30885 | 6/1/2018 | $423.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009616 | $2,213.76 | 9/19/2018 | 70118SAC-30891 | 7/2/2018 | $423.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009616 | $2,213.76 | 9/19/2018 | 70118HS-30886 | 7/2/2018 | $47.50 |

**Totals:**    7 transfer(s),    $31,676.30