# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Albaad USA, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988449 | $5,936.99 | 7/26/2018 | 7300171644 | 7/9/2018 | $1,466.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995643 | $1,667.58 | 8/8/2018 | 7300172339 | 7/23/2018 | $835.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993439 | $1,301.07 | 8/6/2018 | 7300171990 | 7/16/2018 | $1,301.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992623 | $2,099.22 | 8/3/2018 | 7300171787 | 7/11/2018 | $2,099.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991907 | $3,340.31 | 8/2/2018 | 7300171786 | 7/11/2018 | $1,451.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991907 | $3,340.31 | 8/2/2018 | 7300171785 | 7/11/2018 | $1,888.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991373 | $2,785.75 | 8/1/2018 | 7300171790 | 7/11/2018 | $2,108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991373 | $2,785.75 | 8/1/2018 | 7300169511-448 | 5/24/2018 | $1,366.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989839 | $2,347.83 | 7/30/2018 | 7300171789 | 7/11/2018 | $852.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989839 | $2,347.83 | 7/30/2018 | 7300171788-454 | 7/11/2018 | $1,495.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983627 | $5,127.21 | 7/17/2018 | 7300171013 | 6/25/2018 | $4,156.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989077 | $1,554.20 | 7/27/2018 | 7300171513 | 7/5/2018 | $1,554.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996844 | $1,976.56 | 8/10/2018 | 7300172180 | 7/19/2018 | $938.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988449 | $5,936.99 | 7/26/2018 | 7300171507 | 7/5/2018 | $1,630.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988449 | $5,936.99 | 7/26/2018 | 7300171394 | 7/2/2018 | $2,441.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988449 | $5,936.99 | 7/26/2018 | 7300171060 | 6/26/2018 | $397.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987859 | $1,241.33 | 7/25/2018 | 7300171645 | 7/9/2018 | $1,241.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985639 | $980.84 | 7/20/2018 | 7300171254 | 6/28/2018 | $980.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984465 | $1,612.37 | 7/18/2018 | 7300171257 | 6/28/2018 | $1,592.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984465 | $1,612.37 | 7/18/2018 | 7300171255 | 6/28/2018 | $1,019.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983627 | $5,127.21 | 7/17/2018 | 7300171256-451 | 6/28/2018 | $970.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983627 | $5,127.21 | 7/17/2018 | 7300171256-450 | 6/28/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989839 | $2,347.83 | 7/30/2018 | 7300171788-453 | 7/11/2018 | $161.76 |

Albaad USA, Inc. (2191581)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999528 | $2,564.04 | 8/16/2018 | 7300172550-460 | 7/26/2018 | $1,342.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019550 | $6,053.10 | 9/25/2018 | 7300174100 | 8/30/2018 | $6,068.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017451 | $1,210.52 | 9/20/2018 | 7300174099 | 8/30/2018 | $875.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017451 | $1,210.52 | 9/20/2018 | 7300174097-1918 | 8/30/2018 | $484.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017451 | $1,210.52 | 9/20/2018 | 7300174097-1916 | 8/30/2018 | $28.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014038 | $3,013.97 | 9/13/2018 | 7300173771-1915 | 8/23/2018 | $3,013.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014038 | $3,013.97 | 9/13/2018 | 7300173771-1914 | 8/23/2018 | $764.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013455 | $254.42 | 9/12/2018 | 7300173770 | 8/23/2018 | $870.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001668 | $5,482.04 | 8/21/2018 | 7300168763 | 5/10/2018 | $5,482.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000993 | $392.73 | 8/20/2018 | 7300172720 | 7/30/2018 | $392.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995643 | $1,667.58 | 8/8/2018 | 7300172340 | 7/23/2018 | $1,710.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999528 | $2,564.04 | 8/16/2018 | 7300172552-464 | 7/26/2018 | $621.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996844 | $1,976.56 | 8/10/2018 | 7300172179 | 7/19/2018 | $1,038.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999528 | $2,564.04 | 8/16/2018 | 7300172550-458 | 7/26/2018 | $72.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998990 | $2,483.18 | 8/15/2018 | 7300172721 | 7/30/2018 | $814.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998990 | $2,483.18 | 8/15/2018 | 7300172551-463 | 7/26/2018 | $791.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998990 | $2,483.18 | 8/15/2018 | 7300172551-462 | 7/26/2018 | $57.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998990 | $2,483.18 | 8/15/2018 | 7300172181 | 7/19/2018 | $1,082.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997577 | $1,614.48 | 8/13/2018 | 7300172338-457 | 7/23/2018 | $1,129.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997577 | $1,614.48 | 8/13/2018 | 7300172338-455 | 7/23/2018 | $578.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997577 | $1,614.48 | 8/13/2018 | 7300168755-447 | 5/10/2018 | $485.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997577 | $1,614.48 | 8/13/2018 | 7300168755-445 | 5/10/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020352 | $1,658.04 | 9/26/2018 | 7300174098 | 8/30/2018 | $1,658.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999528 | $2,564.04 | 8/16/2018 | 7300172552-466 | 7/26/2018 | $1,221.55 |

**Totals:**    **23 transfer(s),    $56,697.78**

Albaad USA, Inc. (2191581)

Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019

Exhibit A