**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **All in One PR Multiservices** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083503 | $586.15 | 8/7/2018 | 10AI3D-75 | 7/11/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHWP-62 | 7/9/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083614 | $789.42 | 8/7/2018 | 10AIAB-86 | 7/13/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083614 | $789.42 | 8/7/2018 | 10AIAB-85 | 7/13/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083614 | $789.42 | 8/7/2018 | 10AIAB-84 | 7/13/2018 | $52.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083578 | $924.37 | 8/7/2018 | 10AI72 | 7/12/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083578 | $924.37 | 8/7/2018 | 10AI71-83 | 7/12/2018 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083578 | $924.37 | 8/7/2018 | 10AI71-82 | 7/12/2018 | $325.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083578 | $924.37 | 8/7/2018 | 10AI70-81 | 7/12/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083578 | $924.37 | 8/7/2018 | 10AI70-80 | 7/12/2018 | $20.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083578 | $924.37 | 8/7/2018 | 10AI70-79 | 7/12/2018 | $68.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083503 | $586.15 | 8/7/2018 | 10AI3E-78 | 7/11/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083614 | $789.42 | 8/7/2018 | 10AIAB-88 | 7/13/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083503 | $586.15 | 8/7/2018 | 10AI3E-76 | 7/11/2018 | $10.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083614 | $789.42 | 8/7/2018 | 10AIAC-89 | 7/13/2018 | $96.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083503 | $586.15 | 8/7/2018 | 10AI3D-74 | 7/11/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083503 | $586.15 | 8/7/2018 | 10AI3D-73 | 7/11/2018 | $15.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083436 | $1,936.35 | 7/31/2018 | 10AHZZ-72 | 7/10/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083436 | $1,936.35 | 7/31/2018 | 10AHZZ-71 | 7/10/2018 | $56.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083436 | $1,936.35 | 7/31/2018 | 10AHZY-70 | 7/10/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083436 | $1,936.35 | 7/31/2018 | 10AHZY-69 | 7/10/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083436 | $1,936.35 | 7/31/2018 | 10AHZX-68 | 7/10/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083436 | $1,936.35 | 7/31/2018 | 10AHZX-67 | 7/10/2018 | $80.00 |

All in One PR Multiservices (2191381)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083436 | $1,936.35 | 7/31/2018 | 10AHZX-66 | 7/10/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083436 | $1,936.35 | 7/31/2018 | 10AHZX-65 | 7/10/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083436 | $1,936.35 | 7/31/2018 | 10AHZX-64 | 7/10/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJN-113 | 8/10/2018 | $2,826.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083503 | $586.15 | 8/7/2018 | 10AI3E-77 | 7/11/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084019 | $720.00 | 8/10/2018 | 10AIR7-101 | 7/19/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHD1-140 | 6/30/2018 | $49.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIY9-112 | 7/21/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIY9-111 | 7/21/2018 | $74.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIY8-110 | 7/21/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIY8-109 | 7/21/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIY7-108 | 7/21/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIY7-107 | 7/21/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIY7-106 | 7/21/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIY7-105 | 7/21/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIY7-104 | 7/21/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIY7-103 | 7/21/2018 | $214.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083614 | $789.42 | 8/7/2018 | 10AIAB-87 | 7/13/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084019 | $720.00 | 8/10/2018 | 10AIR7-102 | 7/19/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHWP-61 | 7/9/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084019 | $720.00 | 8/10/2018 | 10AIR6 | 7/19/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084019 | $720.00 | 8/10/2018 | 10AIR5-99 | 7/19/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084019 | $720.00 | 8/10/2018 | 10AIR5-98 | 7/19/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084019 | $720.00 | 8/10/2018 | 10AIR5-100 | 7/19/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083799 | $170.41 | 8/7/2018 | 10AIKA-97 | 7/17/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083799 | $170.41 | 8/7/2018 | 10AIKA-96 | 7/17/2018 | $90.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083717 | $1,137.32 | 8/7/2018 | 10AIGT-95 | 7/16/2018 | $80.00 |

All in One PR Multiservices (2191381)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083717 | $1,137.32 | 8/7/2018 | 10AIGT-94 | 7/16/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083717 | $1,137.32 | 8/7/2018 | 10AIGT-93 | 7/16/2018 | $497.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083717 | $1,137.32 | 8/7/2018 | 10AIEF-92 | 7/15/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083717 | $1,137.32 | 8/7/2018 | 10AIEF-91 | 7/15/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083614 | $789.42 | 8/7/2018 | 10AIAC-90 | 7/13/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084088 | $160.00 | 8/10/2018 | 10AIUK | 7/20/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHEF-152 | 7/1/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083436 | $1,936.35 | 7/31/2018 | 10AHZX-63 | 7/10/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG6-163 | 7/2/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG6-162 | 7/2/2018 | $560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG6-161 | 7/2/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG6-160 | 7/2/2018 | $300.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG5-159 | 7/2/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG5-158 | 7/2/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG5-157 | 7/2/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG5-156 | 7/2/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG5-155 | 7/2/2018 | $324.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHEG | 7/1/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG6-165 | 7/2/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHEF-153 | 7/1/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG6-166 | 7/2/2018 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHEF-151 | 7/1/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHEF-150 | 7/1/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHEE-149 | 7/1/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHEE-148 | 7/1/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHD3 | 6/30/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHD2-147 | 6/30/2018 | $460.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHD2-146 | 6/30/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHD2-145 | 6/30/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHD2-144 | 6/30/2018 | $120.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHD1-143 | 6/30/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHD1-142 | 6/30/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHD1-141 | 6/30/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHEF-154 | 7/1/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083312 | $215.83 | 7/31/2018 | 10AHQ9-47 | 7/6/2018 | $55.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHTB-60 | 7/7/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHTB-59 | 7/7/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHTB-58 | 7/7/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHTB-57 | 7/7/2018 | $282.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHTA-56 | 7/7/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHTA-55 | 7/7/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHTA-54 | 7/7/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHTA-53 | 7/7/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHT9-52 | 7/7/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHT9-51 | 7/7/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHT9-50 | 7/7/2018 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082955 | $4,774.92 | 7/19/2018 | 10AHG6-164 | 7/2/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083312 | $215.83 | 7/31/2018 | 10AHQ9-48 | 7/6/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJN-114 | 8/10/2018 | $1,410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083138 | $240.00 | 7/24/2018 | 10AHKI-177 | 7/4/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083138 | $240.00 | 7/24/2018 | 10AHKI-176 | 7/4/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083138 | $240.00 | 7/24/2018 | 10AHKH | 7/4/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083040 | $2,856.03 | 7/19/2018 | 10AHIZ-175 | 7/3/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083040 | $2,856.03 | 7/19/2018 | 10AHIZ-174 | 7/3/2018 | $37.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083040 | $2,856.03 | 7/19/2018 | 10AHIY-173 | 7/3/2018 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083040 | $2,856.03 | 7/19/2018 | 10AHIY-172 | 7/3/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083040 | $2,856.03 | 7/19/2018 | 10AHIY-171 | 7/3/2018 | $369.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083040 | $2,856.03 | 7/19/2018 | 10AHIX-170 | 7/3/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083040 | $2,856.03 | 7/19/2018 | 10AHIX-169 | 7/3/2018 | $280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083040 | $2,856.03 | 7/19/2018 | 10AHIX-168 | 7/3/2018 | $620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083040 | $2,856.03 | 7/19/2018 | 10AHIX-167 | 7/3/2018 | $999.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083356 | $2,840.44 | 7/31/2018 | 10AHT9-49 | 7/7/2018 | $238.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086523 | $596.20 | 9/25/2018 | 10ALC9-4688 | 8/30/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086289 | $970.99 | 9/20/2018 | 10AL4H-4675 | 8/28/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086921 | $961.01 | 9/27/2018 | 10ALT0-4700 | 9/5/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086921 | $961.01 | 9/27/2018 | 10ALT0-4699 | 9/5/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086921 | $961.01 | 9/27/2018 | 10ALT0-4698 | 9/5/2018 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086921 | $961.01 | 9/27/2018 | 10ALT0-4697 | 9/5/2018 | $19.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086798 | $1,341.80 | 9/25/2018 | 10ALJX-4696 | 9/1/2018 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086798 | $1,341.80 | 9/25/2018 | 10ALJX-4695 | 9/1/2018 | $309.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086798 | $1,341.80 | 9/25/2018 | 10ALJW-4694 | 9/1/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086798 | $1,341.80 | 9/25/2018 | 10ALJW-4693 | 9/1/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086798 | $1,341.80 | 9/25/2018 | 10ALJW-4692 | 9/1/2018 | $492.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086735 | $932.37 | 9/25/2018 | 10ALG1-4691 | 8/31/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086921 | $961.01 | 9/27/2018 | 10ALT1-4702 | 9/5/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086735 | $932.37 | 9/25/2018 | 10ALG1-4689 | 8/31/2018 | $262.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086921 | $961.01 | 9/27/2018 | 10ALT2-4703 | 9/5/2018 | $21.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086523 | $596.20 | 9/25/2018 | 10ALC9-4687 | 8/30/2018 | $124.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086523 | $596.20 | 9/25/2018 | 10ALC8-4686 | 8/30/2018 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086523 | $596.20 | 9/25/2018 | 10ALC8-4685 | 8/30/2018 | $71.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086384 | $4,656.06 | 9/20/2018 | 10AL8A-4684 | 8/29/2018 | $160.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086384 | $4,656.06 | 9/20/2018 | 10AL8A-4683 | 8/29/2018 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086384 | $4,656.06 | 9/20/2018 | 10AL8A-4682 | 8/29/2018 | $895.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086384 | $4,656.06 | 9/20/2018 | 10AL89-4681 | 8/29/2018 | $402.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086384 | $4,656.06 | 9/20/2018 | 10AL89-4680 | 8/29/2018 | $940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086384 | $4,656.06 | 9/20/2018 | 10AL89-4679 | 8/29/2018 | $1,908.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086289 | $970.99 | 9/20/2018 | 10AL4I-4678 | 8/28/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086289 | $970.99 | 9/20/2018 | 10AL4I-4677 | 8/28/2018 | $15.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084140 | $1,409.35 | 8/10/2018 | 10AIZN | 7/22/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086735 | $932.37 | 9/25/2018 | 10ALG1-4690 | 8/31/2018 | $590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087303 | $857.21 | 10/10/2018 | 10AMGX-4716 | 9/12/2018 | $239.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087508 | $616.83 | 10/12/2018 | 10AMVN-4729 | 9/17/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087508 | $616.83 | 10/12/2018 | 10AMVN-4728 | 9/17/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087508 | $616.83 | 10/12/2018 | 10AMVN-4727 | 9/17/2018 | $216.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087508 | $616.83 | 10/12/2018 | 10AMTD-4726 | 9/16/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087508 | $616.83 | 10/12/2018 | 10AMTD-4725 | 9/16/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087454 | $1,164.90 | 10/12/2018 | 10AMOB-4724 | 9/14/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087454 | $1,164.90 | 10/12/2018 | 10AMOB-4723 | 9/14/2018 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087454 | $1,164.90 | 10/12/2018 | 10AMOB-4722 | 9/14/2018 | $614.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087395 | $502.66 | 10/12/2018 | 10AMKJ-4721 | 9/13/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087395 | $502.66 | 10/12/2018 | 10AMKJ-4720 | 9/13/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087395 | $502.66 | 10/12/2018 | 10AMKJ-4719 | 9/13/2018 | $182.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086921 | $961.01 | 9/27/2018 | 10ALT1-4701 | 9/5/2018 | $39.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087303 | $857.21 | 10/10/2018 | 10AMGX-4717 | 9/12/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086289 | $970.99 | 9/20/2018 | 10AL4H-4674 | 8/28/2018 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087303 | $857.21 | 10/10/2018 | 10AMGX-4715 | 9/12/2018 | $377.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087230 | $1,679.23 | 10/10/2018 | 10AMCQ-4714 | 9/11/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087230 | $1,679.23 | 10/10/2018 | 10AMCQ-4713 | 9/11/2018 | $80.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087230 | $1,679.23 | 10/10/2018 | 10AMCQ-4712 | 9/11/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087230 | $1,679.23 | 10/10/2018 | 10AMCQ-4711 | 9/11/2018 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087230 | $1,679.23 | 10/10/2018 | 10AMCQ-4710 | 9/11/2018 | $655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087230 | $1,679.23 | 10/10/2018 | 10AMCQ-4709 | 9/11/2018 | $384.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087058 | $509.84 | 10/4/2018 | 10AM14-4708 | 9/7/2018 | $260.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087058 | $509.84 | 10/4/2018 | 10AM14-4707 | 9/7/2018 | $249.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086977 | $501.36 | 10/2/2018 | 10ALWX-4706 | 9/6/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086977 | $501.36 | 10/2/2018 | 10ALWX-4705 | 9/6/2018 | $381.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086921 | $961.01 | 9/27/2018 | 10ALT2-4704 | 9/5/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087303 | $857.21 | 10/10/2018 | 10AMGX-4718 | 9/12/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJP-127 | 8/10/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086289 | $970.99 | 9/20/2018 | 10AL4H-4676 | 8/28/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085799 | $129.17 | 9/12/2018 | 10AKDZ-4644 | 8/20/2018 | $49.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085675 | $1,367.80 | 9/12/2018 | 10AK2Q-4643 | 8/16/2018 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085675 | $1,367.80 | 9/12/2018 | 10AK2Q-4642 | 8/16/2018 | $322.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085675 | $1,367.80 | 9/12/2018 | 10AK2P-4641 | 8/16/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085675 | $1,367.80 | 9/12/2018 | 10AK2P-4640 | 8/16/2018 | $122.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085675 | $1,367.80 | 9/12/2018 | 10AK2P-4639 | 8/16/2018 | $677.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085560 | $2,110.80 | 9/6/2018 | 10AJZ6-133 | 8/15/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085560 | $2,110.80 | 9/6/2018 | 10AJZ6-132 | 8/15/2018 | $68.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085560 | $2,110.80 | 9/6/2018 | 10AJZ5-131 | 8/15/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085560 | $2,110.80 | 9/6/2018 | 10AJZ5-130 | 8/15/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085857 | $3,285.99 | 9/12/2018 | 10AKHX-4646 | 8/21/2018 | $297.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085560 | $2,110.80 | 9/6/2018 | 10AJZ5-128 | 8/15/2018 | $704.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085857 | $3,285.99 | 9/12/2018 | 10AKHX-4647 | 8/21/2018 | $670.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJP-126 | 8/10/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJP-125 | 8/10/2018 | $69.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJO-124 | 8/10/2018 | $880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJO-123 | 8/10/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJO-122 | 8/10/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJO-121 | 8/10/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJO-120 | 8/10/2018 | $5,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJO-119 | 8/10/2018 | $4,573.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJN-118 | 8/10/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJN-117 | 8/10/2018 | $340.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJN-116 | 8/10/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085302 | $17,319.97 | 9/4/2018 | 10AJJN-115 | 8/10/2018 | $1,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085560 | $2,110.80 | 9/6/2018 | 10AJZ5-129 | 8/15/2018 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085927 | $4,271.67 | 9/18/2018 | 10AKLP-4660 | 8/22/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086289 | $970.99 | 9/20/2018 | 10AL4H-4673 | 8/28/2018 | $235.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086196 | $1,142.30 | 9/18/2018 | 10AKX7-4672 | 8/25/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086196 | $1,142.30 | 9/18/2018 | 10AKX7-4671 | 8/25/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086196 | $1,142.30 | 9/18/2018 | 10AKX7-4670 | 8/25/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086196 | $1,142.30 | 9/18/2018 | 10AKX7-4669 | 8/25/2018 | $640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086196 | $1,142.30 | 9/18/2018 | 10AKX7-4668 | 8/25/2018 | $22.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086127 | $801.04 | 9/18/2018 | 10AKTO-4667 | 8/24/2018 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086127 | $801.04 | 9/18/2018 | 10AKTO-4666 | 8/24/2018 | $451.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086060 | $737.35 | 9/18/2018 | 10AKPX-4665 | 8/23/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086060 | $737.35 | 9/18/2018 | 10AKPX-4664 | 8/23/2018 | $408.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086060 | $737.35 | 9/18/2018 | 10AKPW-4663 | 8/23/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085799 | $129.17 | 9/12/2018 | 10AKDZ-4645 | 8/20/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085927 | $4,271.67 | 9/18/2018 | 10AKLP-4661 | 8/22/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087508 | $616.83 | 10/12/2018 | 10AMVN-4730 | 9/17/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085927 | $4,271.67 | 9/18/2018 | 10AKLP-4659 | 8/22/2018 | $715.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085927 | $4,271.67 | 9/18/2018 | 10AKLO-4658 | 8/22/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085927 | $4,271.67 | 9/18/2018 | 10AKLO-4657 | 8/22/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085927 | $4,271.67 | 9/18/2018 | 10AKLO-4656 | 8/22/2018 | $700.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085927 | $4,271.67 | 9/18/2018 | 10AKLO-4655 | 8/22/2018 | $2,026.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085857 | $3,285.99 | 9/12/2018 | 10AKHY-4654 | 8/21/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085857 | $3,285.99 | 9/12/2018 | 10AKHY-4653 | 8/21/2018 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085857 | $3,285.99 | 9/12/2018 | 10AKHY-4652 | 8/21/2018 | $1,058.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085857 | $3,285.99 | 9/12/2018 | 10AKHX-4651 | 8/21/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085857 | $3,285.99 | 9/12/2018 | 10AKHX-4650 | 8/21/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085857 | $3,285.99 | 9/12/2018 | 10AKHX-4649 | 8/21/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085857 | $3,285.99 | 9/12/2018 | 10AKHX-4648 | 8/21/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086060 | $737.35 | 9/18/2018 | 10AKPW-4662 | 8/23/2018 | $89.10 |

**Totals:**      **36 transfer(s),     $65,217.14**