**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Mars Puerto Rico, Inc. fdba Wrigley Puerto Rico, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991314 | $5,330.09 | 8/10/2018 | 5147664940 | 6/27/2018 | $736.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981052 | $2,897.00 | 7/18/2018 | 5147664786 | 6/5/2018 | $1,236.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981052 | $2,897.00 | 7/18/2018 | 5147664807 | 6/7/2018 | $711.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984405 | $1,293.56 | 7/25/2018 | 5147664848 | 6/15/2018 | $955.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984405 | $1,293.56 | 7/25/2018 | 5147664849 | 6/14/2018 | $529.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987807 | $893.75 | 8/1/2018 | 5147664888 | 6/21/2018 | $468.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987807 | $893.75 | 8/1/2018 | 5147664897 | 6/22/2018 | $425.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991314 | $5,330.09 | 8/10/2018 | 5147664934 | 6/27/2018 | $1,047.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981052 | $2,897.00 | 7/18/2018 | 5147664785-43778 | 6/5/2018 | $1,144.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991314 | $5,330.09 | 8/10/2018 | 5147664938 | 6/27/2018 | $1,557.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002443 | $8,036.40 | 9/4/2018 | 5147665090-43782 | 7/20/2018 | $1,792.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991314 | $5,330.09 | 8/10/2018 | 5147664941 | 6/26/2018 | $418.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991314 | $5,330.09 | 8/10/2018 | 5147665096 | 7/20/2017 | $1,613.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002443 | $8,036.40 | 9/4/2018 | 5147665061 | 7/17/2018 | $1,216.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002443 | $8,036.40 | 9/4/2018 | 5147665066 | 7/18/2018 | $756.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002443 | $8,036.40 | 9/4/2018 | 5147665067-43781 | 7/18/2018 | $1,354.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002443 | $8,036.40 | 9/4/2018 | 5147665082 | 7/19/2018 | $1,646.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002443 | $8,036.40 | 9/4/2018 | 5147665089 | 7/20/2018 | $1,270.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991314 | $5,330.09 | 8/10/2018 | 5147664935 | 6/27/2018 | $481.55 |

**Totals:** 5 transfer(s), $18,450.80

Mars Puerto Rico, Inc. fdba Wrigley Puerto Rico, Inc. (2191320)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                        Exhibit A                        P. 1