**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Alliance Comfort Systems Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11205 | 6/8/2018 | $1,398.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082956 | $42.50 | 7/19/2018 | 115994 | 5/2/2018 | $42.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115965 | 6/6/2018 | $283.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115975 | 6/6/2018 | $20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115985 | 6/6/2018 | $187.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115995 | 6/6/2018 | $42.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 118082 | 5/31/2018 | $497.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115945 | 6/6/2018 | $403.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 12085 | 5/31/2018 | $517.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115935 | 6/6/2018 | $458.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11565 | 6/8/2018 | $1,699.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11679 | 6/8/2018 | $2,144.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11699 | 6/8/2018 | $1,473.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11807 | 6/8/2018 | $593.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11808 | 6/8/2018 | $951.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11851 | 6/8/2018 | $875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11852 | 6/8/2018 | $1,477.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 11944 | 5/31/2018 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115825 | 6/6/2018 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083718 | $2,138.06 | 8/7/2018 | 11722 | 4/4/2018 | $763.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083718 | $2,138.06 | 8/7/2018 | 11857 | 5/18/2018 | $1,374.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115765 | 6/6/2018 | $377.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115775 | 6/6/2018 | $1,187.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115785 | 6/6/2018 | $321.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115795 | 6/6/2018 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115955 | 6/6/2018 | $755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115815 | 6/6/2018 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11972 | 6/8/2018 | $1,162.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115835 | 6/6/2018 | $638.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115845 | 6/6/2018 | $458.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115855 | 6/6/2018 | $566.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115875 | 6/6/2018 | $413.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115885 | 6/6/2018 | $391.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115895 | 6/6/2018 | $269.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115915 | 6/6/2018 | $308.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084503 | $9,626.35 | 8/21/2018 | 115805 | 6/6/2018 | $538.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115896 | 7/17/2018 | $269.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115806 | 7/17/2018 | $538.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115816 | 7/17/2018 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115826 | 7/17/2018 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115836 | 7/17/2018 | $638.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115846 | 7/17/2018 | $458.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115856 | 7/17/2018 | $566.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11948 | 6/8/2018 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115886 | 7/17/2018 | $391.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115776 | 7/17/2018 | $1,187.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115916 | 7/17/2018 | $308.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115936 | 7/17/2018 | $458.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115956 | 7/17/2018 | $755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115966 | 7/17/2018 | $283.33 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115976 | 7/17/2018 | $20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115986 | 7/17/2018 | $187.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115996 | 7/17/2018 | $42.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115876 | 7/17/2018 | $413.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086197 | $5,578.49 | 9/19/2018 | 113652 | 7/4/2018 | $249.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 12385 | 7/13/2018 | $1,098.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11997 | 6/8/2018 | $1,077.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 12027 | 6/8/2018 | $2,499.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 12038 | 6/8/2018 | $387.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 12039 | 6/8/2018 | $1,512.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 12076 | 6/8/2018 | $1,293.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 12174 | 6/8/2018 | $302.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115796 | 7/17/2018 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085389 | $454.87 | 9/5/2018 | 12183 | 6/15/2018 | $454.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115786 | 7/17/2018 | $321.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086197 | $5,578.49 | 9/19/2018 | 11672 | 6/30/2018 | $289.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086197 | $5,578.49 | 9/19/2018 | 11990 | 7/4/2018 | $804.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086197 | $5,578.49 | 9/19/2018 | 12214 | 6/30/2018 | $1,707.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086197 | $5,578.49 | 9/19/2018 | 12277 | 7/4/2018 | $1,195.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086197 | $5,578.49 | 9/19/2018 | 12325 | 7/4/2018 | $1,332.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087142 | $9,500.59 | 10/2/2018 | 115766 | 7/17/2018 | $377.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 11954 | 6/8/2018 | $1,299.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085047 | $20,003.79 | 8/28/2018 | 12187 | 6/8/2018 | $237.50 |

Totals:    7 transfer(s),    $47,344.65