**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Masterpieces Puzzle Co., Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989537 | $3,454.24 | 8/8/2018 | 427455-IN | 5/21/2018 | $462.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982723 | $2,179.89 | 7/23/2018 | 424311-IN | 4/23/2018 | $402.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 428230-IN | 5/29/2018 | $1,224.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 427988-IN | 5/29/2018 | $716.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993133 | $1,483.01 | 8/15/2018 | 428027-IN | 5/29/2018 | $347.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993133 | $1,483.01 | 8/15/2018 | 428026-IN | 5/29/2018 | $206.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993133 | $1,483.01 | 8/15/2018 | 428018-IN | 5/29/2018 | $402.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993133 | $1,483.01 | 8/15/2018 | 428015-IN | 5/29/2018 | $362.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993133 | $1,483.01 | 8/15/2018 | 428009-IN | 5/29/2018 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993133 | $1,483.01 | 8/15/2018 | 420204-INA | 3/19/2018 | $183.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993133 | $1,483.01 | 8/15/2018 | 420204-IN-4596 | 3/19/2018 | $20.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989537 | $3,454.24 | 8/8/2018 | 427557-IN | 5/21/2018 | $950.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989537 | $3,454.24 | 8/8/2018 | 427465-IN | 5/21/2018 | $615.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 428878-IN | 6/5/2018 | $347.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989537 | $3,454.24 | 8/8/2018 | 427459-IN | 5/21/2018 | $347.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 428880-IN | 6/5/2018 | $300.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989537 | $3,454.24 | 8/8/2018 | 427454-IN | 5/21/2018 | $182.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989537 | $3,454.24 | 8/8/2018 | 426986-IN | 5/14/2018 | $741.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986110 | $2,148.37 | 7/30/2018 | 426910-IN | 5/14/2018 | $708.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986110 | $2,148.37 | 7/30/2018 | 426691-IN | 5/8/2018 | $640.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986110 | $2,148.37 | 7/30/2018 | 426626-IN | 5/14/2018 | $192.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986110 | $2,148.37 | 7/30/2018 | 426623-IN | 5/14/2018 | $170.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986110 | $2,148.37 | 7/30/2018 | 426017-IN | 5/7/2018 | $697.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982723 | $2,179.89 | 7/23/2018 | 426689-IN | 5/7/2018 | $779.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982723 | $2,179.89 | 7/23/2018 | 426624-IN | 5/14/2018 | $386.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982723 | $2,179.89 | 7/23/2018 | 426020-IN | 5/7/2018 | $239.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982723 | $2,179.89 | 7/23/2018 | 426019-IN | 5/7/2018 | $138.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982723 | $2,179.89 | 7/23/2018 | 426018-IN | 5/7/2018 | $264.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989537 | $3,454.24 | 8/8/2018 | 427461-IN | 5/21/2018 | $314.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004132 | $4,369.69 | 9/7/2018 | 431353-IN-8258 | 6/25/2018 | $251.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011735 | $929.65 | 9/21/2018 | 431457-IN | 6/26/2018 | $714.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 431354-IN | 6/25/2018 | $12,196.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 431215-IN | 6/22/2018 | $6,850.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 431214-IN | 6/22/2018 | $8,130.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 431213-IN | 6/22/2018 | $3,890.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 431212-IN | 6/25/2018 | $288.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 431211-IN | 6/25/2018 | $7,273.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 431187-IN | 6/25/2018 | $571.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 431186-IN | 6/25/2018 | $294.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 431131-IN | 6/22/2018 | $9,634.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 430584-IN | 6/18/2018 | $1,504.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 430583-IN | 6/18/2018 | $724.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 428876-IN | 6/5/2018 | $308.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004132 | $4,369.69 | 9/7/2018 | 431353-IN-8260 | 6/25/2018 | $167.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011735 | $929.65 | 9/21/2018 | 432482-IN | 7/5/2018 | $227.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004132 | $4,369.69 | 9/7/2018 | 430585-IN-8257 | 6/18/2018 | $1,811.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004132 | $4,369.69 | 9/7/2018 | 430585-IN-8255 | 6/18/2018 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004132 | $4,369.69 | 9/7/2018 | 430581-IN | 6/18/2018 | $1,552.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004132 | $4,369.69 | 9/7/2018 | 429717-IN | 6/11/2018 | $447.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004132 | $4,369.69 | 9/7/2018 | 429523-IN | 6/11/2018 | $406.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | VPTRAN82018010 | 8/10/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 429719-IN | 6/11/2018 | $826.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 429436-IN | 6/11/2018 | $279.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 429435-IN | 6/11/2018 | $441.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 429163-IN | 6/5/2018 | $478.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 429161-IN | 6/5/2018 | $690.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000663 | $2,694.13 | 8/31/2018 | 428881-IN | 6/5/2018 | $882.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007618 | $52,966.90 | 9/14/2018 | 430398-IN | 6/18/2018 | $1,689.50 |

**Totals:**     8 transfer(s),     $70,225.88