**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Maxell Corporation of America** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011742 | $3,293.98 | 9/21/2018 | 49468300 | 7/2/2018 | $3,867.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007628 | $6,466.20 | 9/14/2018 | 49443400 | 6/21/2018 | $425.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007628 | $6,466.20 | 9/14/2018 | 49443300 | 6/26/2018 | $387.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007628 | $6,466.20 | 9/14/2018 | 49443200 | 6/26/2018 | $5,150.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007628 | $6,466.20 | 9/14/2018 | 49424500 | 6/19/2018 | $503.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004142 | $12,116.43 | 9/7/2018 | 49424700 | 6/19/2018 | $503.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004142 | $12,116.43 | 9/7/2018 | 49424600 | 6/15/2018 | $503.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004142 | $12,116.43 | 9/7/2018 | 49424400 | 6/13/2018 | $657.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004142 | $12,116.43 | 9/7/2018 | 49424300 | 6/18/2018 | $735.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004142 | $12,116.43 | 9/7/2018 | 49424200 | 6/15/2018 | $11,798.40 |

**Totals:** 3 transfer(s),  $21,876.61