**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **AMCOL Health & Beauty Solutions, Incorporated** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009658 | $1,044.00 | 9/19/2018 | 1240297-9543 | 5/16/2018 | $1,344.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009658 | $1,044.00 | 9/19/2018 | 1240297-9542 | 5/16/2018 | $17,088.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002509 | $25,447.20 | 9/5/2018 | 1249705 | 6/7/2018 | $5,539.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002509 | $25,447.20 | 9/5/2018 | 1242346 | 5/21/2018 | $1,848.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002509 | $25,447.20 | 9/5/2018 | 1242345 | 5/21/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002509 | $25,447.20 | 9/5/2018 | 1242344 | 5/21/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002509 | $25,447.20 | 9/5/2018 | 1240297-9540 | 5/6/2018 | $18,432.00 |

**Totals:**    2 transfer(s),    $26,491.20