**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **MC Builders, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004145 | $12,372.59 | 9/7/2018 | 218998 | 6/22/2018 | $1,649.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004145 | $12,372.59 | 9/7/2018 | 218997 | 6/22/2018 | $2,413.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004145 | $12,372.59 | 9/7/2018 | 218996 | 6/22/2018 | $2,748.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004145 | $12,372.59 | 9/7/2018 | 218995 | 6/22/2018 | $2,413.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004145 | $12,372.59 | 9/7/2018 | 218994 | 6/22/2018 | $3,147.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997305 | $2,888.21 | 8/22/2018 | 218937 | 6/9/2018 | $2,338.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997305 | $2,888.21 | 8/22/2018 | 218936 | 6/9/2018 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993142 | $9,876.69 | 8/15/2018 | 218878 | 5/30/2018 | $125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993142 | $9,876.69 | 8/15/2018 | 218813 | 5/16/2018 | $9,751.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989549 | $382.18 | 8/8/2018 | 218848 | 5/24/2018 | $382.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986117 | $746.22 | 7/30/2018 | 218809 | 5/16/2018 | $746.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982732 | $150.00 | 7/23/2018 | 218789 | 5/11/2018 | $150.00 |

**Totals:**    6 transfer(s),    $26,415.89