**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **American Plush Textile Mills, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995676 | $5,477.22 | 8/20/2018 | 618184 | 6/21/2018 | $5,477.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991403 | $6,360.66 | 8/13/2018 | 615182 | 6/15/2018 | $6,363.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987887 | $5,385.50 | 8/2/2018 | 711181 | 7/11/2018 | $5,385.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984494 | $13,434.72 | 7/26/2018 | 706181 | 7/6/2018 | $6,313.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984494 | $13,434.72 | 7/26/2018 | 629181 | 7/2/2018 | $4,369.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984494 | $13,434.72 | 7/26/2018 | 608181-19649 | 6/9/2018 | $2,670.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984494 | $13,434.72 | 7/26/2018 | 608181-19648 | 6/9/2018 | $239.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984494 | $13,434.72 | 7/26/2018 | 601181 | 6/1/2018 | $82.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981125 | $9,937.40 | 7/19/2018 | 628181 | 6/28/2018 | $7,175.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981125 | $9,937.40 | 7/19/2018 | 625181 | 6/25/2018 | $2,761.84 |

**Totals:**   **5 transfer(s),   $40,595.50**

American Plush Textile Mills, LLC (2191532)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 1