**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Americlean Janitorial Service Corp dba Allied National Services**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1331 | 5/16/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1416 | 4/30/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1417 | 4/30/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1418 | 4/30/2018 | $623.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1419 | 4/30/2018 | $1,113.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1420 | 4/30/2018 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1421 | 4/30/2018 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1422 | 4/30/2018 | $850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1326 | 5/16/2018 | $819.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1327 | 5/16/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1328 | 5/16/2018 | $896.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1343 | 5/15/2018 | $430.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1330 | 5/16/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1413 | 4/30/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1332 | 5/16/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1333 | 5/16/2018 | $405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1334 | 5/16/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1335 | 5/16/2018 | $819.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1336 | 5/16/2018 | $435.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1337 | 5/16/2018 | $437.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1338 | 5/16/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1339 | 5/16/2018 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1340 | 5/15/2018 | $360.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1341 | 5/15/2018 | $1,141.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1388 | 4/30/2018 | $819.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041801A-1329 | 5/16/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1402 | 4/30/2018 | $1,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1389 | 4/30/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1390 | 4/30/2018 | $896.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1391 | 4/30/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1392 | 4/30/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1393 | 4/30/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1394 | 4/30/2018 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1395 | 4/30/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1396 | 4/30/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1397 | 4/30/2018 | $945.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1398 | 4/30/2018 | $819.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1399 | 4/30/2018 | $628.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1415 | 4/30/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1401 | 4/30/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1414 | 4/30/2018 | $387.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1403 | 4/30/2018 | $1,127.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1404 | 4/30/2018 | $1,141.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1405 | 4/30/2018 | $1,005.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1406 | 4/30/2018 | $382.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1407 | 4/30/2018 | $1,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1408 | 4/30/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1409 | 4/30/2018 | $1,140.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1410 | 4/30/2018 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1411 | 4/30/2018 | $585.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031802-1412 | 4/30/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1344 | 5/15/2018 | $1,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082943 | $22,264.83 | 7/18/2018 | SEARS031801-1400 | 4/30/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1384 | 6/12/2018 | $630.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1372 | 6/12/2018 | $1,250.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1373 | 6/12/2018 | $1,100.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1374 | 6/12/2018 | $382.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1375 | 6/12/2018 | $1,215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1376 | 6/12/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1377 | 6/12/2018 | $1,249.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1378 | 6/12/2018 | $2,070.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1379 | 6/12/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1380 | 6/12/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1381 | 6/12/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1342 | 5/15/2018 | $1,005.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1383 | 6/12/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1369 | 6/9/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1385 | 6/12/2018 | $1,219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1386 | 6/12/2018 | $315.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1387 | 6/12/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086181 | $4,733.50 | 9/19/2018 | SEARS021801R-2347 | 6/26/2018 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086181 | $4,733.50 | 9/19/2018 | SEARS021801R-2348 | 6/26/2018 | $896.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086181 | $4,733.50 | 9/19/2018 | SEARS021801R-2349 | 6/26/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086181 | $4,733.50 | 9/19/2018 | SEARS021801R-2350 | 6/26/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086181 | $4,733.50 | 9/19/2018 | SEARS021801R-2351 | 6/26/2018 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086181 | $4,733.50 | 9/19/2018 | SEARS021801R-2352 | 6/26/2018 | $193.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086181 | $4,733.50 | 9/19/2018 | SEARS021801R-2353 | 6/26/2018 | $432.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086181 | $4,733.50 | 9/19/2018 | SEARS021801R-2354 | 6/26/2018 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1382 | 6/12/2018 | $241.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1358 | 6/9/2018 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1345 | 5/15/2018 | $405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1346 | 5/15/2018 | $1,140.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1347 | 5/15/2018 | $1,890.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1348 | 5/15/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1349 | 5/15/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1350 | 5/15/2018 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1351 | 5/15/2018 | $193.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1352 | 5/15/2018 | $945.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1353 | 5/15/2018 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1354 | 5/15/2018 | $1,113.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1355 | 5/15/2018 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051802-1371 | 6/12/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1357 | 6/9/2018 | $819.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1370 | 6/9/2018 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1359 | 6/9/2018 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1360 | 6/9/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1361 | 6/9/2018 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1362 | 6/9/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1363 | 6/9/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1364 | 6/9/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1365 | 6/9/2018 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1366 | 6/9/2018 | $819.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1367 | 6/9/2018 | $435.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085383 | $21,851.66 | 9/6/2018 | SEARS051801A-1368 | 6/9/2018 | $486.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087135 | $8,817.78 | 10/2/2018 | SEARS061801A | 7/11/2018 | $8,817.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083707 | $19,968.44 | 8/1/2018 | SEARS041802-1356 | 5/15/2018 | $1,050.00 |
| **Totals:** | | **5 transfer(s),** | **$77,636.21** | | | | |