**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Anchor Hocking, LLC fdba Anchor Acquisition, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987900 | $10,527.38 | 8/2/2018 | 8612299223 | 6/22/2018 | $677.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984508 | $11,496.69 | 7/26/2018 | 8612296548 | 6/11/2018 | $581.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987900 | $10,527.38 | 8/2/2018 | 8612294859 | 5/31/2018 | $841.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987900 | $10,527.38 | 8/2/2018 | 8612295999 | 6/6/2018 | $1,696.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987900 | $10,527.38 | 8/2/2018 | 8612296473 | 6/11/2018 | $1,485.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987900 | $10,527.38 | 8/2/2018 | 8612297587 | 6/15/2018 | $369.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987900 | $10,527.38 | 8/2/2018 | 8612298907 | 6/21/2018 | $193.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981135 | $13,532.03 | 7/19/2018 | 8612291161 | 5/16/2018 | $2,850.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987900 | $10,527.38 | 8/2/2018 | 8612299222 | 6/22/2018 | $4,316.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984508 | $11,496.69 | 7/26/2018 | 8612296188 | 6/7/2018 | $503.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991413 | $3,744.90 | 8/13/2018 | 8612292349-3723 | 5/22/2018 | $657.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991413 | $3,744.90 | 8/13/2018 | 8612298608 | 6/22/2018 | $2,189.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991413 | $3,744.90 | 8/13/2018 | 8612298609 | 6/22/2018 | $689.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991413 | $3,744.90 | 8/13/2018 | 8612298681 | 6/20/2018 | $963.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991413 | $3,744.90 | 8/13/2018 | 8612299304 | 6/22/2018 | $482.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991413 | $3,744.90 | 8/13/2018 | 8612299727 | 6/25/2018 | $356.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987900 | $10,527.38 | 8/2/2018 | 8612298908 | 6/21/2018 | $1,129.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981135 | $13,532.03 | 7/19/2018 | 8612294861 | 5/31/2018 | $3,236.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981135 | $13,532.03 | 7/19/2018 | 8612292374 | 5/23/2018 | $3,245.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981135 | $13,532.03 | 7/19/2018 | 8612293224-3724 | 5/25/2018 | $47.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981135 | $13,532.03 | 7/19/2018 | 8612293224-3726 | 5/25/2018 | $1,546.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981135 | $13,532.03 | 7/19/2018 | 8612293442-3728 | 5/24/2018 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981135 | $13,532.03 | 7/19/2018 | 8612293442-3729 | 5/24/2018 | $364.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981135 | $13,532.03 | 7/19/2018 | 8612293462 | 5/24/2018 | $4,897.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984508 | $11,496.69 | 7/26/2018 | 8612296547 | 6/11/2018 | $713.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981135 | $13,532.03 | 7/19/2018 | 8612293684 | 5/25/2018 | $968.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984508 | $11,496.69 | 7/26/2018 | 8612296195 | 6/7/2018 | $526.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984508 | $11,496.69 | 7/26/2018 | 8612292349-3720 | 5/22/2018 | $657.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984508 | $11,496.69 | 7/26/2018 | 8612292349-3722 | 5/22/2018 | $1,124.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984508 | $11,496.69 | 7/26/2018 | 8612293682 | 5/25/2018 | $2,475.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984508 | $11,496.69 | 7/26/2018 | 8612295982 | 6/6/2018 | $2,646.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984508 | $11,496.69 | 7/26/2018 | 8612295983 | 6/6/2018 | $1,097.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984508 | $11,496.69 | 7/26/2018 | 8612296154 | 6/8/2018 | $2,138.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999027 | $813.31 | 8/29/2018 | 8612300524 | 6/27/2018 | $2,151.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981135 | $13,532.03 | 7/19/2018 | 8612293683 | 5/25/2018 | $2,043.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612308532 | 8/3/2018 | $376.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991413 | $3,744.90 | 8/13/2018 | 8612300508 | 6/27/2018 | $1,024.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612309336 | 8/8/2018 | $372.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612309337 | 8/8/2018 | $437.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612309339 | 8/8/2018 | $235.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612300509 | 6/27/2018 | $1,867.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612307923-7173 | 8/1/2018 | $349.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612306642-7170 | 7/27/2018 | $42.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612308342 | 8/2/2018 | $451.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612306582-7169 | 7/27/2018 | $3,930.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612308533-7177 | 8/3/2018 | $83.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612308533-7179 | 8/3/2018 | $611.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612308773 | 8/6/2018 | $546.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612308792 | 8/6/2018 | $304.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612309318-7180 | 8/9/2018 | $100.57 |

Anchor Hocking, LLC fdba Anchor Acquisition, LLC (2191239)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612309318-7183 | 8/9/2018 | $1,198.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612309338-7185 | 8/8/2018 | $29.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612307923-7176 | 8/1/2018 | $2,217.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612275701-7159 | 3/16/2018 | $1,022.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013492 | $8,041.56 | 9/26/2018 | 8612309338-7186 | 8/8/2018 | $534.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999027 | $813.31 | 8/29/2018 | 8612300967 | 6/28/2018 | $193.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999027 | $813.31 | 8/29/2018 | 8612301162 | 7/5/2018 | $3,061.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002532 | $311.69 | 9/5/2018 | 8612303622 | 7/13/2018 | $339.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005921 | $5,649.29 | 9/12/2018 | 8612299302 | 6/22/2018 | $3,738.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005921 | $5,649.29 | 9/12/2018 | 8612299303 | 6/22/2018 | $752.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612306642-7172 | 7/27/2018 | $560.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005921 | $5,649.29 | 9/12/2018 | 8612304962 | 7/24/2018 | $1,002.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991413 | $3,744.90 | 8/13/2018 | 8612300510 | 6/27/2018 | $854.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612275702-7160 | 3/16/2018 | $1,533.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612306386-7161 | 7/27/2018 | $66.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612306386-7163 | 7/27/2018 | $1,497.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612306388-7164 | 7/27/2018 | $21.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612306388-7166 | 7/27/2018 | $742.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612306389 | 7/26/2018 | $259.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009680 | $10,483.36 | 9/19/2018 | 8612306582-7167 | 7/27/2018 | $167.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005921 | $5,649.29 | 9/12/2018 | 8612303093 | 7/13/2018 | $377.09 |

**Totals:**   9 transfer(s),   $64,600.21