# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Ancra International LLC**  
**Bankruptcy Case:** **Sears Holdings Corporation, et al.**  
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013493 | $7,176.00 | 9/26/2018 | ACUSCIN088646 | 8/9/2018 | $7,176.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009681 | $7,475.00 | 9/19/2018 | ACUSCIN087872 | 8/2/2018 | $7,475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999028 | $2,990.00 | 8/29/2018 | ACUSCIN086055 | 7/17/2018 | $2,990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995691 | $5,980.00 | 8/20/2018 | ACUSCIN085293 | 7/10/2018 | $5,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991414 | $4,798.95 | 8/13/2018 | ACUSCIN083643 | 6/21/2018 | $4,798.95 |

**Totals:** 5 transfer(s), $28,419.95