**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **MediaNews Group, Inc. dba The Mercury News fka San Jose Mercury News** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086759 | $25,958.72 | 10/9/2018 | 6183377618 | 7/2/2018 | $25,958.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084458 | $25,617.68 | 8/17/2018 | 5183377618 | 6/1/2018 | $25,617.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082311 | $16,781.46 | 7/18/2018 | 4183377618 | 5/1/2018 | $16,781.46 |// 
| **Totals:** | | **3 transfer(s),** | **$68,357.86** | | | | |

MediaNews Group, Inc. dba The Mercury News fka San Jose Mercury News (2191920)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                                        Exhibit A                                        P. 1