**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Archer Air Conditioning Service Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012708 | $232.37 | 9/25/2018 | 105343 | 7/6/2018 | $232.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011375 | $81.00 | 9/21/2018 | 105304-10075 | 7/4/2018 | $81.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006462 | $15,102.71 | 9/13/2018 | 105066 | 6/26/2018 | $15,102.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005127 | $283.00 | 9/11/2018 | 105060 | 6/22/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005127 | $283.00 | 9/11/2018 | 105042 | 6/22/2018 | $133.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999543 | $577.95 | 8/30/2018 | 105063 | 6/12/2018 | $321.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999543 | $577.95 | 8/30/2018 | 105055 | 6/12/2018 | $333.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999543 | $577.95 | 8/30/2018 | 104965 | 6/7/2018 | $153.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993459 | $2,274.49 | 8/16/2018 | 104724 | 5/31/2018 | $1,278.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993459 | $2,274.49 | 8/16/2018 | 103967 | 2/28/2018 | $995.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992638 | $2,785.75 | 8/15/2018 | 104715 | 5/14/2018 | $315.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992638 | $2,785.75 | 8/15/2018 | 104447 | 4/26/2018 | $2,028.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992638 | $2,785.75 | 8/15/2018 | 103964 | 2/28/2018 | $442.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984525 | $309.00 | 7/26/2018 | 104290 | 5/14/2018 | $309.00 |

Totals:    8 transfer(s),    $21,646.27