**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **MSM Outdoor, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000745 | $12,479.92 | 8/31/2018 | M1806073 | 6/7/2018 | $1,525.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998522 | $4,491.27 | 8/28/2018 | 187055 | 7/5/2018 | $2,717.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998522 | $4,491.27 | 8/28/2018 | VPTRAN82018009 | 8/10/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999374 | $10,509.66 | 8/29/2018 | 187052 | 7/5/2018 | $6,535.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999374 | $10,509.66 | 8/29/2018 | 187054 | 7/5/2018 | $4,000.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000007 | $12,036.54 | 8/30/2018 | 187053 | 7/5/2018 | $5,368.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000007 | $12,036.54 | 8/30/2018 | 187056 | 7/5/2018 | $6,667.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000745 | $12,479.92 | 8/31/2018 | M18060710 | 6/7/2018 | $2,526.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998522 | $4,491.27 | 8/28/2018 | 187051 | 7/5/2018 | $1,827.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000745 | $12,479.92 | 8/31/2018 | M18060712 | 6/7/2018 | $800.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005414 | $6,587.68 | 9/11/2018 | M1806078 | 6/7/2018 | $2,007.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000745 | $12,479.92 | 8/31/2018 | M1806074 | 6/7/2018 | $514.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000745 | $12,479.92 | 8/31/2018 | M1806079 | 6/7/2018 | $5,174.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001267 | $2,786.88 | 9/3/2018 | M1806071 | 6/7/2018 | $2,108.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001267 | $2,786.88 | 9/3/2018 | M1806072 | 6/7/2018 | $678.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002001 | $5,633.60 | 9/4/2018 | M1806075 | 6/7/2018 | $4,060.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002001 | $5,633.60 | 9/4/2018 | M1806076 | 6/7/2018 | $1,572.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005414 | $6,587.68 | 9/11/2018 | M1806077-2272 | 6/7/2018 | $408.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005414 | $6,587.68 | 9/11/2018 | M1806077-2274 | 6/7/2018 | $4,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000745 | $12,479.92 | 8/31/2018 | M18060711 | 6/7/2018 | $1,938.56 |

Totals:    7 transfer(s),    $54,525.55