**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Arkanoff Painting Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008703 | $2,600.00 | 9/4/2018 | 257018 | 8/10/2018 | $2,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005129 | $5,750.00 | 8/28/2018 | 198018 | 8/2/2018 | $3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005129 | $5,750.00 | 8/28/2018 | 160019 | 8/2/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001685 | $3,750.00 | 8/21/2018 | 969518 | 7/27/2018 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001685 | $3,750.00 | 8/21/2018 | 325118 | 7/27/2018 | $1,475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001685 | $3,750.00 | 8/21/2018 | 160018 | 7/27/2018 | $1,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000202 | $13,245.00 | 8/17/2018 | 159518 | 7/20/2018 | $13,245.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999544 | $21,700.00 | 8/16/2018 | 440718 | 6/28/2018 | $21,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996229 | $14,375.00 | 8/9/2018 | 218318 | 6/28/2018 | $14,375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994309 | $1,100.00 | 8/7/2018 | 218319 | 7/1/2018 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987919 | $14,250.00 | 7/25/2018 | 360018 | 6/28/2018 | $5,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987919 | $14,250.00 | 7/25/2018 | 150418 | 6/28/2018 | $8,500.00 |

Totals:    8 transfer(s),    $76,770.00