**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Navigant Consulting, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012283 | $13,500.00 | 9/24/2018 | 100025426 | 7/5/2018 | $13,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999378 | $5,743.44 | 8/29/2018 | 100024034 | 6/11/2018 | $155.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999378 | $5,743.44 | 8/29/2018 | 100024033 | 6/11/2018 | $2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999378 | $5,743.44 | 8/29/2018 | 100024032 | 6/11/2018 | $3,088.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997858 | $13,500.00 | 8/23/2018 | 100023851 | 6/7/2018 | $13,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990889 | $154.98 | 8/10/2018 | 100023353 | 5/25/2018 | $154.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982128 | $5,902.53 | 7/20/2018 | 100022189 | 5/8/2018 | $154.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982128 | $5,902.53 | 7/20/2018 | 100022188 | 5/8/2018 | $3,070.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982128 | $5,902.53 | 7/20/2018 | 100022187 | 5/8/2018 | $2,676.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981491 | $14,300.00 | 7/19/2018 | 100022134 | 5/7/2018 | $14,300.00 |

Totals:    6 transfer(s),    $53,100.95