**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Armouth International Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989855 | $9,701.54 | 8/9/2018 | 56041-1502 | 6/29/2018 | $179.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991928 | $549.08 | 8/14/2018 | CD3102930ED-1518 | 7/31/2018 | $283.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991928 | $549.08 | 8/14/2018 | CD3102930ED-1517 | 7/31/2018 | $238.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990607 | $7,021.62 | 8/10/2018 | 56044 | 7/12/2018 | $1,949.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990607 | $7,021.62 | 8/10/2018 | 56043 | 7/3/2018 | $4,142.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990607 | $7,021.62 | 8/10/2018 | 56040-1501 | 7/3/2018 | $935.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990607 | $7,021.62 | 8/10/2018 | 56040-1499 | 7/3/2018 | $29.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989855 | $9,701.54 | 8/9/2018 | 56046-1508 | 7/12/2018 | $1,445.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989855 | $9,701.54 | 8/9/2018 | 56046-1507 | 7/12/2018 | $119.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989855 | $9,701.54 | 8/9/2018 | 56046-1506 | 7/12/2018 | $119.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980366 | $109.02 | 7/18/2018 | 55944 | 6/20/2018 | $544.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989855 | $9,701.54 | 8/9/2018 | 56041-1504 | 6/29/2018 | $416.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995717 | $48.89 | 8/20/2018 | 56167-1513 | 7/20/2018 | $111.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989855 | $9,701.54 | 8/9/2018 | 56040-1498 | 7/3/2018 | $29.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989855 | $9,701.54 | 8/9/2018 | 56037 | 7/2/2018 | $3,827.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989855 | $9,701.54 | 8/9/2018 | 53008-1494 | 6/6/2018 | $2.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989855 | $9,701.54 | 8/9/2018 | 53008-1493 | 6/6/2018 | $112.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986405 | $1,543.98 | 7/31/2018 | 56029-1497 | 6/26/2018 | $107.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986405 | $1,543.98 | 7/31/2018 | 56029-1496 | 6/26/2018 | $119.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986405 | $1,543.98 | 7/31/2018 | 56027 | 6/29/2018 | $1,163.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986405 | $1,543.98 | 7/31/2018 | 55967 | 6/25/2018 | $440.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983652 | $552.40 | 7/25/2018 | 55968 | 6/27/2018 | $128.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983652 | $552.40 | 7/25/2018 | 55943 | 6/18/2018 | $515.09 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989855 | $9,701.54 | 8/9/2018 | 56042 | 6/29/2018 | $3,925.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003074 | $330.16 | 9/6/2018 | 56041-8997 | 6/29/2018 | $179.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012709 | $16,196.95 | 9/25/2018 | 56301-9010 | 8/17/2018 | $5,586.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012709 | $16,196.95 | 9/25/2018 | 56261-9009 | 8/16/2018 | $99.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012709 | $16,196.95 | 9/25/2018 | 56261-9007 | 8/16/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011376 | $4,392.00 | 9/21/2018 | 56301A | 8/17/2018 | $4,392.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010724 | $5,540.36 | 9/20/2018 | 56303-9005 | 8/9/2018 | $4,529.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010724 | $5,540.36 | 9/20/2018 | 56302 | 8/16/2018 | $6,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010724 | $5,540.36 | 9/20/2018 | 56300-9003 | 8/10/2018 | $12,540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010724 | $5,540.36 | 9/20/2018 | 56261-9002 | 8/16/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004455 | $18,064.38 | 9/10/2018 | CD3103050ED-9001 | 8/23/2018 | $23.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004455 | $18,064.38 | 9/10/2018 | CD3103050ED-9000 | 8/23/2018 | $73.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991928 | $549.08 | 8/14/2018 | CD3102931ED | 7/31/2018 | $371.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004455 | $18,064.38 | 9/10/2018 | 56300-8998 | 8/10/2018 | $13,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993460 | $649.80 | 8/16/2018 | 56045 | 7/3/2018 | $649.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003074 | $330.16 | 9/6/2018 | 56029-8996 | 6/26/2018 | $119.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003074 | $330.16 | 9/6/2018 | 53008-8995 | 6/6/2018 | $112.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001009 | $1,108.14 | 9/3/2018 | CD3103024ED | 8/16/2018 | $1,118.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000203 | $23,778.07 | 8/31/2018 | CD3103015ED | 8/13/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000203 | $23,778.07 | 8/31/2018 | 56167-1516 | 7/20/2018 | $14,922.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000203 | $23,778.07 | 8/31/2018 | 56167-1514 | 7/20/2018 | $111.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000203 | $23,778.07 | 8/31/2018 | 56162-1512 | 7/30/2018 | $2,669.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000203 | $23,778.07 | 8/31/2018 | 56162-1511 | 7/30/2018 | $6,220.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000203 | $23,778.07 | 8/31/2018 | 56162-1509 | 7/30/2018 | $2,669.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012709 | $16,196.95 | 9/25/2018 | 56301-9013 | 8/17/2018 | $16,108.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004455 | $18,064.38 | 9/10/2018 | 56303-8999 | 8/9/2018 | $4,768.00 |

Totals:    15 transfer(s),    $89,586.39