ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By: Peter Muthig
    Deputy County Attorney
    State Bar No. 018526
    MCAO Firm No. 00032000
    E-mail: muthigk@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004-2206
Telephone (602) 506-1923

*Attorneys for Maricopa County Treasurer*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 Proceedings |
| Sears Holdings Corporation, et al., | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |
| | **NOTICE OF FILING ALLOWED SECURED ADMINISTRATIVE EXPENSE CLAIM AND REQUEST FOR PAYMENT OF UNPAID POSTPETITION PERSONAL PROPERTY TAXES** |

Maricopa County Treasurer ("MCT"), by and through its undersigned counsel, hereby submits its *Notice of Filing Allowed Secured Administrative Expense Claim for Unpaid Postpetition Personal Property Taxes*. On November 6, 2019, MCT submitted for filing its Administrative Expense Claim and Request for Payment (Exhibit A) in the amount of $12,491.90 representing unpaid taxes for tax year 2019 on the parcels below. The post-petition taxes are an allowed administrative expense pursuant to 503(b)(1)(D) and constitute perfected statutory liens on the property. *See* A.R.S. §§ 42-

17153 and 42-19106. Interest accrues on delinquent taxes at the statutory rate of 16% per annum until paid in full. A.R.S. § 42-18053. The tax liens attached on January 1, 2019. Under A.R.S. § 42-19106, Maricopa County's liens on the property "shall not be discharged until the taxes are paid or the title to the property vests in a purchaser of the property for taxes." A.R.S. § 42-19106[1].

| Property Address | Parcel | 2019 Tax Due as of 11/5/19 |
|---|---|---|
| 10001 N. Metro Pkwy W, Phoenix, AZ | 900-31-151 | $0.00 |
| 7780 Arrowhead Mall, Glendale, AZ | 947-97-650 | $1,518.29 |
| Desert Sky Mall, Suite C03, Phoenix, AZ | 900-97-199 | $4,941.67 |
| Paradise Valley Mall, Suite 4604, Phoenix, AZ | 924-31-732 | $2,287.93 |
| 6515 E. Southern Avenue, Mesa, AZ (Superstition Springs) | 928-84-630 | $3,065.68 |
| Fiesta Mall, Suite 1425, Mesa, AZ | 900-87-693 | $0.00 |
| 4225 W. Indian School Road, Phoenix, AZ | 901-70-388 | $0.00 |
| 8701 W. McDowell Road, Tolleson, AZ | 915-98-671 | $0.00 |
| 10001 N. Metro Pkwy W, Phoenix, AZ | 990-76-458 | $0.00 |
| 952 E. Baseline Road, Suite 111, Mesa, AZ | 924-31-741 | $0.00 |
| 8440 S. Hardy Drive, Tempe, AZ | 943-83-840 | $678.33 |
| 8440 S. Hardy Drive, Tempe, AZ | 990-76-467 | $0.00 |
| Chandler Fashion Center, Chandler, AZ | 947-21-473 | $0.00 |
| | | $12,491.90 |

The 2019 post-petition personal property taxes are an allowed administrative expense pursuant to 11 U.S.C. §§ 503(b)(1)(B) and 503(b)(1)(D).

RESPECTFULLY SUBMITTED this 6th day of November, 2019.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: /s/ Peter Muthig
PETER MUTHIG
Deputy County Attorney
Attorney for Maricopa County Treasurer

---

[1] See also A.R.S. § 42-17153.

2

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing document was served this $6^h$ day of November, 2019, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice. Further, a copy of the foregoing document to be served upon the parties below in the manner indicated.

**ELECTRONIC MAIL**
Ray C. Schrock
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Paloma Van Groll
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: ray.schrock@weil.com
Email: jacqueline.marcus@weil.com
Email: garrett.fail@weil.com
Email: sunny.singh@weil.com
Email: Paloma.vangroll@weil.com
*Attorneys for Debtors*

/s/ Peter Muthig
Peter Muthig (AZ Bar No. 018526)
Deputy County Attorney
MARICOPA COUNTY ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-2206
Telephone (602) 506-1923
muthigk@mcao.maricopa.gov
*Attorneys for Maricopa County Treasurer*

3