| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | ADMINISTRATIVE<br>EXPENSE CLAIM AND REQUEST<br>FOR PAYMENT |
|---|---|
| In re: SEARS HOLDING CORPORATION | Case Number: 18-23537-RDD |

| Name of creditor: **Maricopa County Treasurer**<br><br>Name/Address where **NOTICES** should be sent:<br>   Peter Muthig<br>   Maricopa County Attorney's Office<br>   222 N. Central Avenue, Suite 1100<br>   Phoenix, AZ 85004<br><br>Telephone No.: (602) 506-1923<br>Email:       muthigk@mcao.maricopa.gov<br><br>Name/Address where **PAYMENTS** should be sent:<br>   Maricopa County Treasurer<br>   Attn: Desi Ramirez/Maria Quitangon<br>   301 W. Jefferson, Suite 100<br>   Phoenix, AZ 85003<br>Telephone No.: (602) 506-8511 | [ ] Check if you are aware that anyone else has filed a proof of claim relating to your claim.<br><br>[ ] Check if you have never received any notices from the bankruptcy court in this case.<br><br>[ ] Check if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE FOR COURT USE ONLY

| ACCOUNT NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:<br><br>See attached exhibits | This claim _____ replaces _____ amends a previously filed claim, dated: |
|---|---|

| 1. | BASIS FOR CLAIM: Ad Valorem Taxes |
|---|---|
| 2. | DATE DEBT WAS INCURRED: January, 1, 2019 per Ariz. Rev. Stat. § 42-17153. Interest continues to accrue. |
| 3. | CLASSIFICATION OF CLAIM:   § 507(a)(2) PRIORITY and SECURED (Ariz. Rev. Stat. §§ 42-17153, 42-19106) |
| 4. | TOTAL AMOUNT OF CLAIM: **$12,491.90** plus interest accruing pursuant to Ariz. Rev. Stat. § 42-18053 as allowed under 11 U.S.C. §§ 503(b) and 511. |

| 5. | CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor. | THIS SPACE FOR COURT USE ONLY |
|---|---|---|
| 6. | SUPPORTING DOCUMENTS:   Supporting documentation is attached. | |

Date: **November 6, 2019**

*/s/ Peter Muthig/*
Deputy County Attorney
Arizona Bar Number 018526

**EXHIBIT A**

**Sears Holding Corporation**
Case No. 18-23537-RDD

| Property Address | Parcel | 2019 Tax Due |
|---|---|---|
| 10001 N. Metro Pkwy W, Phoenix, AZ | 900-31-151 | $0.00 |
| 7780 Arrowhead Mall, Glendale, AZ | 947-97-650 | $1,518.29 |
| Desert Sky Mall, Suite C03, Phoenix, AZ | 900-97-199 | $4,941.67 |
| Paradise Valley Mall, Suite 4604, Phoenix, AZ | 924-31-732 | $2,287.93 |
| 6515 E. Southern Avenue, Mesa, AZ (Superstition Springs) | 928-84-630 | $3,065.68 |
| Fiesta Mall, Suite 1425, Mesa, AZ | 900-87-693 | $0.00 |
| 4225 W. Indian School Road, Phoenix, AZ | 901-70-388 | $0.00 |
| 8701 W. McDowell Road, Tolleson, AZ | 915-98-671 | $0.00 |
| 10001 N. Metro Pkwy W, Phoenix, AZ | 990-76-458 | $0.00 |
| 952 E. Baseline Road, Suite 111, Mesa, AZ | 924-31-741 | $0.00 |
| 8440 S. Hardy Drive, Tempe, AZ | 943-83-840 | $678.33 |
| 8440 S. Hardy Drive, Tempe, AZ | 990-76-467 | $0.00 |
| Chandler Fashion Center, Chandler, AZ | 947-21-473 | $0.00 |
| | | $12,491.90 |

*All taxes bear interest from the time of delinquency at the statutory rate of 16%
per year simple until paid in full.  11 U.S.C. § 511 and A.R.S. § 42-18053.
The 2019 tax lien attached on January 1, 2019. A.R.S. § 42-17153.

| Tax Summary for 947-97-650 4 | | | | |
|---|---|---|---|---|
| **Total Property Tax Due** | | | $1,518.29 | |
| **Tax Year** | **Status** | **Assessed Tax** | **Tax Paid** | **Amount Due** |
| 2019 | Open - CTX | $3,036.58 | $1,518.29 | $1,518.29 |
| 2018 | Paid - BTX | $3,324.08 | $3,324.08 | $0.00 |
| 2017 | Paid - BTX | $3,579.76 | $3,579.76 | $0.00 |
| 2016 | Paid - BTX | $3,663.80 | $3,663.80 | $0.00 |
| 2015 | Paid - BTX | $3,443.80 | $3,443.80 | $0.00 |
| 2014 | Paid - BTX | $3,276.52 | $3,276.52 | $0.00 |
| 2013 | Paid - BTX | $3,000.22 | $3,000.22 | $0.00 |
| 2012 | Paid - BTX | $3,135.52 | $3,135.52 | $0.00 |
| 2011 | Paid - BTX | $6,983.32 | $6,983.32 | $0.00 |
| 2010 | Paid - BTX | $10,830.06 | $10,830.06 | $0.00 |
| 2009 | Paid - BTX | $14,438.74 | $14,438.74 | $0.00 |
| 2008 | Paid - BTX | $19,297.66 | $19,297.66 | $0.00 |
| 2007 | Paid - BTX | $27,809.26 | $27,809.26 | $0.00 |
| 2006 | Paid - BTX | $29,712.62 | $29,712.62 | $0.00 |
| 2005 | Paid - BTX | $30,415.62 | $30,415.62 | $0.00 |
| 2004 | Paid - BTX | $25,645.48 | $25,645.48 | $0.00 |
| 2003 | Paid - BTX | $19,722.56 | $19,722.56 | $0.00 |

### Current Name & Address

SEARS ROEBUCK & CO
PROPERTY TAX COMPLIANCE
3333 BEVERLY RD
% DEPT 768 TAX BLDG B2-110A
HOFFMAN ESTATES IL 60179

### Current Situs Address

7780 ARROWHEAD MALL
GLENDALE AZ 85308

### Parcel Indicators

2018 - Comments
2018 - Litigation Pending - Case# BK18-23538
2016 - Comments

Printable Version

No Redemption Statement

| Tax Summary for 900-97-199 1 | | | | |
|---|---|---|---|---|
| **Total Property Tax Due** | | **$8,089.54** | | |
| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
| 2019 | Open - CTX | $4,908.94 | $0.00 | $4,941.67 |
| 2018 | Open - BTX | $5,758.32 | $2,879.16 | $3,147.87 |
| 2017 | Paid - BTX | $6,643.26 | $6,643.26 | $0.00 |
| 2016 | Paid - BTX | $7,394.52 | $7,394.52 | $0.00 |
| 2015 | Paid - BTX | $1,602.66 | $1,602.66 | $0.00 |
| 2014 | Paid - BTX | $3,351.80 | $3,351.80 | $0.00 |
| 2013 | Paid - BTX | $9,054.10 | $9,054.10 | $0.00 |
| 2012 | Paid - BTX | $9,217.76 | $9,217.76 | $0.00 |
| 2011 | Paid - BTX | $8,997.54 | $8,997.54 | $0.00 |
| 2010 | Paid - BTX | $8,267.46 | $8,267.46 | $0.00 |
| 2009 | Paid - BTX | $8,470.12 | $8,470.12 | $0.00 |
| 2008 | Paid - BTX | $11,880.22 | $11,880.22 | $0.00 |
| 2007 | Paid - BTX | $17,773.18 | $17,773.18 | $0.00 |
| 2006 | Paid - BTX | $23,520.78 | $23,520.78 | $0.00 |
| 2005 | Paid - BTX | $34,288.50 | $34,288.50 | $0.00 |
| 2004 | Paid - BTX | $35,675.82 | $35,675.82 | $0.00 |
| 2003 | Paid - BTX | $37,554.18 | $37,554.18 | $0.00 |
| 2002 | Paid - BTX | $34,542.76 | $34,542.76 | $0.00 |
| 2001 | Paid - BTX | $35,992.76 | $35,992.76 | $0.00 |
| 2000 | Paid - BTX | $33,089.63 | $33,089.63 | $0.00 |
| 1999 | Paid - BTX | $17,932.76 | $17,932.76 | $0.00 |
| 1998 | Paid - BTX | $18,917.62 | $18,917.62 | $0.00 |
| 1997 | Paid - BTX | $18,840.51 | $18,840.51 | $0.00 |

### Current Name & Address

SEARS ROEBUCK & CO
PROPERTY TAX COMPLIANCE
3333 BEVERLY RD
% DEPT 768 TAX BLDG B2-110A
HOFFMAN ESTATES IL 60179

### Current Situs Address

DESERT SKY MALL SUITE C03
PHOENIX AZ 85033

### Parcel Indicators

2018 - Comments
2018 - Litigation Pending - Case# BK18-23538
2017 - Comments
2003 - Resolution Completed

Printable Version

No Redemption Statement

| Tax Summary for 924-31-732 1 | | | | |
|---|---|---|---|---|
| **Total Property Tax Due** | | | **$3,712.40** | |
| **Tax Year** | **Status** | **Assessed Tax** | **Tax Paid** | **Amount Due** |
| 2019 | Open - CTX | $2,272.78 | $0.00 | $2,287.93 |
| 2018 | Open - BTX | $2,605.74 | $1,302.87 | $1,424.47 |
| 2017 | Paid - BTX | $4,239.02 | $4,239.02 | $0.00 |
| 2016 | Paid - BTX | $4,682.86 | $4,682.86 | $0.00 |
| 2015 | Paid - BTX | $2,290.82 | $2,290.82 | $0.00 |
| 2014 | Paid - BTX | $3,205.06 | $3,205.06 | $0.00 |
| 2013 | Paid - BTX | $3,019.24 | $3,019.24 | $0.00 |
| 2012 | Paid - BTX | $3,509.78 | $3,509.78 | $0.00 |
| 2011 | Paid - BTX | $4,814.62 | $4,814.62 | $0.00 |
| 2010 | Paid - BTX | $5,398.50 | $5,398.50 | $0.00 |
| 2009 | Paid - BTX | $6,776.14 | $6,776.14 | $0.00 |
| 2008 | Paid - BTX | $7,957.16 | $7,957.16 | $0.00 |
| 2007 | Paid - BTX | $9,536.56 | $9,536.56 | $0.00 |
| 2006 | Paid - BTX | $11,100.56 | $11,100.56 | $0.00 |
| 2005 | Paid - BTX | $13,935.64 | $13,935.64 | $0.00 |
| 2004 | Paid - BTX | $13,943.70 | $13,943.70 | $0.00 |
| 2003 | Paid - BTX | $16,741.32 | $16,741.32 | $0.00 |
| 2002 | Paid - BTX | $20,235.68 | $20,235.68 | $0.00 |
| 2001 | Paid - BTX | $24,657.50 | $24,657.50 | $0.00 |
| 2000 | Paid - BTX | $28,168.35 | $28,168.35 | $0.00 |
| 1999 | Paid - BTX | $31,276.77 | $31,276.77 | $0.00 |
| 1998 | Paid - BTX | $35,473.58 | $35,473.58 | $0.00 |
| 1997 | Paid - BTX | $36,133.42 | $36,133.42 | $0.00 |

### Current Name & Address

SEARS ROEBUCK & CO
3333 BEVERLY RD
% DEPT 768 TAX BLDG B2-110A
HOFFMAN ESTATES IL 60179

### Current Situs Address

PARADISE VALLEY MALL SUITE 4604
PHOENIX AZ 85032

### Parcel Indicators

2018 - Comments
2018 - Litigation Pending - Case# BK18-23538
2015 - Resolution Completed

Printable Version

No Redemption Statement

| Tax Summary for 928-84-630 3 ||||
|---|---|---|---|
| **Total Property Tax Due** | | **$4,766.31** ||

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|---|---|---|---|---|
| 2019 | Open - CTX | $3,045.38 | $0.00 | $3,065.68 |
| 2018 | Open - BTX | $3,110.92 | $1,555.46 | $1,700.63 |
| 2017 | Paid - BTX | $3,152.56 | $3,152.56 | $0.00 |
| 2016 | Paid - BTX | $2,944.70 | $2,944.70 | $0.00 |
| 2015 | Paid - BTX | $2,898.60 | $2,898.60 | $0.00 |
| 2014 | Paid - BTX | $2,797.88 | $2,797.88 | $0.00 |
| 2013 | Paid - BTX | $2,405.66 | $2,405.66 | $0.00 |
| 2012 | Paid - BTX | $2,303.80 | $2,303.80 | $0.00 |
| 2011 | Paid - BTX | $4,673.94 | $4,673.94 | $0.00 |
| 2010 | Paid - BTX | $6,668.56 | $6,668.56 | $0.00 |
| 2009 | Paid - BTX | $9,321.26 | $9,321.26 | $0.00 |
| 2008 | Paid - BTX | $11,838.80 | $11,838.80 | $0.00 |
| 2007 | Paid - BTX | $16,793.50 | $16,793.50 | $0.00 |
| 2006 | Paid - BTX | $19,716.36 | $19,716.36 | $0.00 |
| 2005 | Paid - BTX | $20,106.86 | $20,106.86 | $0.00 |
| 2004 | Paid - BTX | $18,999.02 | $18,999.02 | $0.00 |
| 2003 | Paid - BTX | $17,514.14 | $17,514.14 | $0.00 |
| 2002 | Paid - BTX | $9,592.76 | $9,592.76 | $0.00 |
| 2001 | Paid - BTX | $12,064.86 | $12,064.86 | $0.00 |
| 2000 | Paid - BTX | $14,792.30 | $14,792.30 | $0.00 |
| 1999 | Paid - BTX | $20,214.00 | $20,214.00 | $0.00 |
| 1998 | Paid - BTX | $24,628.92 | $24,628.92 | $0.00 |
| 1997 | Paid - BTX | $26,794.82 | $26,794.82 | $0.00 |

| Current Name & Address |
|---|
| SEARS ROEBUCK & CO |
| PROPERTY TAX COMPLIANCE |
| 3333 BEVERLY RD |
| % DEPT 768 TAX BLDG B2-110A |
| HOFFMAN ESTATES IL 60179 |

| Current Situs Address |
|---|
| SUPERSTITION SPRINGS |
| MESA AZ 85206 |

| Parcel Indicators |
|---|
| 2018 - Comments |
| 2018 - Litigation Pending - Case# BK18-23538 |
| 2004 - Resolution Completed |

Printable Version

No Redemption Statement

| Tax Summary for 943-83-840 6 | | | | |
|---|---|---|---|---|
| **Total Property Tax Due** | | | **$678.33** | |
| **Tax Year** | **Status** | **Assessed Tax** | **Tax Paid** | **Amount Due** |
| 2019 | Open - CTX | $673.84 | $0.00 | $678.33 |
| 2018 | Paid - BTX | $700.02 | $700.02 | $0.00 |
| 2017 | Paid - BTX | $1,208.50 | $1,208.50 | $0.00 |
| 2016 | Paid - BTX | $1,835.28 | $1,835.28 | $0.00 |
| 2015 | Paid - BTX | $2,439.56 | $2,439.56 | $0.00 |
| 2014 | Paid - BTX | $3,883.36 | $3,883.36 | $0.00 |
| 2013 | Paid - BTX | $4,750.72 | $4,750.72 | $0.00 |
| 2012 | Paid - BTX | $5,378.48 | $5,378.48 | $0.00 |
| 2011 | Paid - BTX | $6,122.94 | $6,122.94 | $0.00 |
| 2010 | Paid - BTX | $5,846.86 | $5,846.86 | $0.00 |
| 2009 | Paid - BTX | $4,786.98 | $4,786.98 | $0.00 |
| 2008 | Paid - BTX | $3,219.58 | $3,219.58 | $0.00 |
| 2007 | Paid - BTX | $4,376.52 | $4,376.52 | $0.00 |
| 2006 | Paid - BTX | $6,045.12 | $6,045.12 | $0.00 |
| 2005 | Paid - BTX | $6,440.70 | $6,440.70 | $0.00 |
| 2004 | Paid - BTX | $8,309.34 | $8,309.34 | $0.00 |
| 2003 | Paid - BTX | $9,920.28 | $9,920.28 | $0.00 |
| 2002 | Paid - BTX | $11,914.36 | $11,914.36 | $0.00 |
| 2001 | Paid - BTX | $13,555.26 | $13,555.26 | $0.00 |
| 2000 | Paid - BTX | $19,514.58 | $19,514.58 | $0.00 |
| 1999 | Paid - BTX | $15,721.31 | $15,721.31 | $0.00 |

### Current Name & Address

SEARS ROEBUCK & CO
PROPERTY TAX COMPLIANCE
3333 BEVERLY RD
% DEPT 768 TAX BLDG B2-110A
HOFFMAN ESTATES IL 60179

### Current Situs Address

8440 S HARDY DR
TEMPE AZ 85284

### Parcel Indicators

2018 - Comments

Printable Version

No Redemption Statement

## Business Personal Property Details

**Account:**
**Account Number: 4797650**
<u>View Taxes</u>
**Situs Address:**
7780 ARROWHEAD MALL, GLENDALE AZ, 85308, , AZ
**Mailing Address:**
3333 BEVERLY RD, HOFFMAN ESTATES IL, 60179, ,

| Tax Year | Tax Area | Legal Class | Class | FCV | FCV Assessed | Exempt Amt | FCV Remainder | LPV | LPV Assessed |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | 970702 | 1.13 | 73 | $138,300 | $24,894 | $0 | $138,300 | $138,300 | $24,894 |
| 2018 | 970702 | 1.13 | 73 | $147,600 | $26,568 | $0 | $147,600 | $147,600 | $26,568 |
| 2017 | 970702 | 1.13 | 73 | $155,400 | $27,972 | $0 | $155,400 | $155,400 | $27,972 |
| 2016 | 970702 | 1.13 | 73 | $158,900 | $28,602 | $0 | $158,900 | $158,900 | $28,602 |

## Business Personal Property Details

**Account:**
**Account Number: 97199**
  View Taxes
**Situs Address:**
DESERT SKY MALL C03, PHOENIX AZ, 85033, , AZ
**Mailing Address:**
3333 BEVERLY RD, HOFFMAN ESTATES IL, 60179, ,

| Tax Year | Tax Area | Legal Class | Class | FCV | FCV Assessed | Exempt Amt | FCV Remainder | LPV | LPV Assessed |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | 831300 | 1.13 | 73 | $136,300 | $24,534 | $0 | $136,300 | $136,300 | $24,534 |
| 2018 | 831300 | 1.13 | 73 | $146,300 | $26,334 | $0 | $146,300 | $146,300 | $26,334 |
| 2017 | 831300 | 1.13 | 73 | $166,200 | $29,916 | $0 | $166,200 | $166,200 | $29,916 |
| 2016 | 831300 | 1.13 | 73 | $184,200 | $33,156 | $0 | $184,200 | $184,200 | $33,156 |

## Business Personal Property Details

**Account:**
**Account Number: 2431732**
  View Taxes
**Situs Address:**
PARADISE VALLEY MALL 4604, PHOENIX AZ, 85032, , AZ
**Mailing Address:**
3333 BEVERLY RD, HOFFMAN ESTATES IL, 60179, ,

| Tax Year | Tax Area | Legal Class | Class | FCV | FCV Assessed | Exempt Amt | FCV Remainder | LPV | LPV Assessed |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | 691300 | 1.13 | 73 | $101,800 | $18,324 | $0 | $101,800 | $101,800 | $18,324 |
| 2018 | 691300 | 1.13 | 73 | $114,900 | $20,682 | $0 | $114,900 | $114,900 | $20,682 |
| 2017 | 691300 | 1.13 | 73 | $185,700 | $33,426 | $0 | $185,700 | $185,700 | $33,426 |
| 2016 | 691300 | 1.13 | 73 | $198,600 | $35,748 | $0 | $198,600 | $198,600 | $35,748 |

## Business Personal Property Details

**Account:**
**Account Number: 2884630**
<u>View Taxes</u>
**Situs Address:**
SUPERSTITION SPRINGS, MESA AZ, 85206, , AZ
**Mailing Address:**
3333 BEVERLY RD, HOFFMAN ESTATES IL, 60179, ,

| Tax Year | Tax Area | Legal Class | Class | FCV | FCV Assessed | Exempt Amt | FCV Remainder | LPV | LPV Assessed |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | 41012 | 1.13 | 73 | $141,500 | $25,470 | $0 | $141,500 | $141,500 | $25,470 |
| 2018 | 41012 | 1.13 | 73 | $143,400 | $25,812 | $0 | $143,400 | $143,400 | $25,812 |
| 2017 | 41012 | 1.13 | 73 | $142,600 | $25,668 | $0 | $142,600 | $142,600 | $25,668 |
| 2016 | 41012 | 1.13 | 73 | $129,200 | $23,256 | $0 | $129,200 | $129,200 | $23,256 |

## Business Personal Property Details

**Account:**
**Account Number:** 4383840
  View Taxes
**Situs Address:**
8440 S HARDY DR, TEMPE AZ, 85284, , AZ
**Mailing Address:**
3333 BEVERLY RD, HOFFMAN ESTATES IL, 60179, ,

| Tax Year | Tax Area | Legal Class | Class | FCV | FCV Assessed | Exempt Amt | FCV Remainder | LPV | LPV Assessed |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | 281600 | 1.13 | 73 | $29,700 | $5,346 | $0 | $29,700 | $29,700 | $5,346 |
| 2018 | 281600 | 1.13 | 73 | $30,300 | $5,454 | $0 | $30,300 | $30,300 | $5,454 |
| 2017 | 281600 | 1.13 | 73 | $51,800 | $9,324 | $0 | $51,800 | $51,800 | $9,324 |
| 2016 | 281600 | 1.13 | 73 | $74,200 | $13,356 | $0 | $74,200 | $74,200 | $13,356 |