**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Avangard Innovative LP** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009726 | $21,478.87 | 9/19/2018 | 197264RI | 1/31/2018 | $21,478.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002570 | $1,098.19 | 9/5/2018 | 196328RI | 5/15/2018 | $1,098.19 |
| **Totals:** | | **2 transfer(s),** | **$22,577.06** | | | | |