**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **NIN Group, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008254 | $5,437.50 | 9/17/2018 | 1846 | 6/29/2018 | $5,437.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004742 | $5,020.00 | 9/10/2018 | 1840 | 6/22/2018 | $5,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001294 | $4,150.00 | 9/3/2018 | 1839 | 6/15/2018 | $4,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997876 | $5,826.00 | 8/23/2018 | 1838 | 6/8/2018 | $5,826.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990173 | $4,450.00 | 8/9/2018 | 1837 | 5/28/2018 | $4,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986718 | $1,310.00 | 7/31/2018 | 1843 | 5/2/2018 | $470.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986718 | $1,310.00 | 7/31/2018 | 1825 | 5/9/2018 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979955 | $2,148.69 | 7/17/2018 | 1823 | 5/5/2018 | $1,220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979955 | $2,148.69 | 7/17/2018 | 1822 | 5/2/2018 | $328.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979955 | $2,148.69 | 7/17/2018 | 1710 | 7/21/2017 | $600.00 |

Totals:    7 transfer(s),    $28,342.19