**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Beauty 21 Cosmetics, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009759 | $53,858.60 | 9/19/2018 | 355466 | 6/29/2018 | $32,270.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009759 | $53,858.60 | 9/19/2018 | 353287 | 6/11/2018 | $22,420.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999088 | $10,098.81 | 8/29/2018 | 352113 | 5/31/2018 | $27,432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987975 | $19,779.66 | 8/2/2018 | 349813 | 5/16/2018 | $20,865.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987975 | $19,779.66 | 8/2/2018 | 347951 | 4/30/2018 | $9,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987975 | $19,779.66 | 8/2/2018 | 346558 | 4/18/2018 | $3.05 |

| **Totals:** | **3 transfer(s),** | **$83,737.07** |

Beauty 21 Cosmetics, Inc. (2191685)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 1