**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Northern International Inc. dba NII** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086030 | $882.88 | 10/1/2018 | 95752 | 6/8/2018 | $944.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083281 | $1,206.92 | 7/27/2018 | 88074 | 4/20/2018 | $961.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083281 | $1,206.92 | 7/27/2018 | 88075 | 4/20/2018 | $250.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083281 | $1,206.92 | 7/27/2018 | 89375 | 4/27/2018 | $156.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083557 | $440.85 | 8/6/2018 | 90251 | 5/7/2018 | $467.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083592 | $887.04 | 8/6/2018 | 87417-1 | 4/13/2018 | $571.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083592 | $887.04 | 8/6/2018 | 90960 | 5/11/2018 | $887.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083698 | $274.65 | 8/6/2018 | 87416 | 4/13/2018 | $313.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084401 | $614.25 | 8/27/2018 | 92461 | 5/23/2018 | $659.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084478 | $525.06 | 8/27/2018 | 90958 | 5/11/2018 | $605.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084653 | $220.08 | 8/27/2018 | 90959 | 5/11/2018 | $220.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082108 | $590.65 | 7/18/2018 | 86016 | 4/3/2018 | $612.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085702 | $1,059.37 | 9/17/2018 | 96044 | 6/11/2018 | $1,131.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087038 | $2,464.32 | 10/9/2018 | 98970 | 6/29/2018 | $766.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086099 | $3,663.84 | 10/1/2018 | 95751 | 6/8/2018 | $1,992.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086099 | $3,663.84 | 10/1/2018 | 96046 | 6/11/2018 | $961.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086099 | $3,663.84 | 10/1/2018 | 97056 | 6/19/2018 | $709.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086234 | $3,702.28 | 10/1/2018 | 96045 | 6/11/2018 | $3,730.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086700 | $6,079.92 | 10/1/2018 | 96628 | 6/15/2018 | $576.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086700 | $6,079.92 | 10/1/2018 | 96724 | 6/18/2018 | $4,459.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086700 | $6,079.92 | 10/1/2018 | 96725 | 6/18/2018 | $514.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086700 | $6,079.92 | 10/1/2018 | 96726 | 6/18/2018 | $529.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086777 | $892.42 | 10/1/2018 | 96627 | 6/15/2018 | $914.64 |

Northern International Inc. dba NII (2191450)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                          Exhibit A                                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087038 | $2,464.32 | 10/9/2018 | 97519 | 6/22/2018 | $1,697.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084952 | $645.84 | 8/27/2018 | 94523 | 6/4/2018 | $645.84 |

**Totals:**     **16 transfer(s),**     **$24,150.37**