**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Berkshire Hathaway Inc. dba Roanoke Times** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010477 | $7,155.19 | 9/19/2018 | 7186005301-5703 | 7/2/2018 | $755.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010477 | $7,155.19 | 9/19/2018 | 6186005301-5702 | 7/2/2018 | $6,399.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995081 | $8,152.91 | 8/17/2018 | 6186005301-5701 | 6/1/2018 | $286.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995081 | $8,152.91 | 8/17/2018 | 5186005301-5700 | 6/1/2018 | $7,866.02 |

Totals:    2 transfer(s),    $15,308.10