**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Nova Wildcat Bulldog, LLC dba Bulldog Hardware** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012312 | $918.16 | 9/24/2018 | 91291928-9272 | 8/1/2018 | $944.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012312 | $918.16 | 9/24/2018 | 91291928-9270 | 8/1/2018 | $33.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008269 | $2,735.73 | 9/17/2018 | 91283855-9269 | 7/24/2018 | $2,768.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008269 | $2,735.73 | 9/17/2018 | 91283855-9267 | 7/24/2018 | $134.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004754 | $2,553.76 | 9/10/2018 | 91279438-9266 | 7/18/2018 | $2,566.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004754 | $2,553.76 | 9/10/2018 | 91279438-9264 | 7/18/2018 | $116.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001311 | $17,721.83 | 9/3/2018 | 91272842-9263 | 7/10/2018 | $17,738.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001311 | $17,721.83 | 9/3/2018 | 91272842-9262 | 7/10/2018 | $1,823.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997888 | $445.41 | 8/23/2018 | 91267989-9259 | 7/3/2018 | $1,045.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997888 | $445.41 | 8/23/2018 | 91267989-9257 | 7/3/2018 | $41.36 |

**Totals:** 5 transfer(s), $24,374.89