**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Onyx Corporation**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012326 | $1,408.78 | 9/24/2018 | 100987 | 7/30/2018 | $1,443.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008291 | $4,787.61 | 9/17/2018 | CD3103071ED | 3/2/2018 | $690.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008291 | $4,787.61 | 9/17/2018 | 100642 | 7/18/2018 | $4,201.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004773 | $9,948.12 | 9/10/2018 | 100641 | 7/18/2018 | $10,087.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001332 | $4,501.87 | 9/3/2018 | 100598 | 7/13/2018 | $4,648.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997900 | $2,596.38 | 8/23/2018 | 100149 | 6/28/2018 | $2,826.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990209 | $4,707.68 | 8/9/2018 | 99890 | 6/20/2018 | $2,823.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990209 | $4,707.68 | 8/9/2018 | 99860 | 6/14/2018 | $1,938.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986749 | $1,779.35 | 7/31/2018 | 99859 | 6/14/2018 | $1,848.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979986 | $1,538.59 | 7/17/2018 | 99503 | 6/1/2018 | $1,595.38 |

Totals:    8 transfer(s),    $31,268.38