**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Bernadine J. Eachus** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995783 | $2,524.34 | 8/20/2018 | 1167433091 | 7/30/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984586 | $5,197.36 | 7/26/2018 | 1167432881 | 7/9/2018 | $1,373.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984586 | $5,197.36 | 7/26/2018 | 1487432811 | 7/2/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984586 | $5,197.36 | 7/26/2018 | 1487432881 | 7/9/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987983 | $2,524.34 | 8/2/2018 | 1167432951 | 7/16/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987983 | $2,524.34 | 8/2/2018 | 1487432951 | 7/16/2018 | $1,299.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984586 | $5,197.36 | 7/26/2018 | 1167432811 | 7/2/2018 | $1,373.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991489 | $2,524.12 | 8/13/2018 | 1487433021 | 7/23/2018 | $1,299.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013567 | $15,312.50 | 9/26/2018 | 1487433441 | 9/3/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995783 | $2,524.34 | 8/20/2018 | 1487433091 | 7/30/2018 | $1,299.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999099 | $2,450.00 | 8/29/2018 | 1487433161 | 8/6/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002607 | $2,450.00 | 9/5/2018 | 1487433231 | 8/13/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005993 | $2,450.00 | 9/12/2018 | 1487433301 | 8/20/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009774 | $2,450.00 | 9/19/2018 | 1487433371 | 8/27/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013567 | $15,312.50 | 9/26/2018 | 1167433441 | 9/3/2018 | $12,862.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991489 | $2,524.12 | 8/13/2018 | 1167433021 | 7/23/2018 | $1,225.00 |

Totals:    9 transfer(s),    $37,882.66