**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **OpenText Corporation**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084429 | $35,334.32 | 8/14/2018 | 9000555498 | 5/31/2018 | $35,334.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083305 | $35,020.74 | 7/24/2018 | 9000544382 | 5/10/2018 | $35,020.74 |
| Totals: | 2 transfer(s), | $70,355.06 | | | | | |