**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Bicycle Doctor of Broward, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990629 | $1,180.00 | 8/10/2018 | 9007 | 5/26/2018 | $1,180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983670 | $3,475.00 | 7/25/2018 | 6293 | 5/12/2018 | $860.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983670 | $3,475.00 | 7/25/2018 | 9005 | 5/12/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985683 | $11,595.00 | 7/30/2018 | 3539 | 3/31/2018 | $2,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985683 | $11,595.00 | 7/30/2018 | 3540 | 4/7/2018 | $3,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985683 | $11,595.00 | 7/30/2018 | 3541 | 4/19/2018 | $2,955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985683 | $11,595.00 | 7/30/2018 | 6291 | 4/19/2018 | $1,215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983670 | $3,475.00 | 7/25/2018 | 6292 | 5/12/2018 | $1,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987135 | $820.00 | 8/1/2018 | 9006 | 5/20/2018 | $820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012725 | $1,340.00 | 9/25/2018 | 9012 | 7/7/2018 | $1,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992661 | $2,240.00 | 8/15/2018 | 6294 | 5/30/2018 | $1,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992661 | $2,240.00 | 8/15/2018 | 9008 | 5/30/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001707 | $2,400.00 | 9/4/2018 | 6295 | 6/16/2018 | $1,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001707 | $2,400.00 | 9/4/2018 | 9009 | 6/16/2018 | $1,380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005149 | $1,915.00 | 9/11/2018 | 9010 | 6/23/2018 | $1,915.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008727 | $4,320.00 | 9/18/2018 | 7142 | 6/30/2018 | $1,365.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008727 | $4,320.00 | 9/18/2018 | 9011 | 6/30/2018 | $2,955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985683 | $11,595.00 | 7/30/2018 | 7141 | 5/16/2018 | $895.00 |

**Totals:**    9 transfer(s),    $29,285.00