**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Outdoor Cap Co., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690170 | 7/11/2018 | $1,472.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004781 | $12,903.00 | 9/10/2018 | 1697581-37165 | 7/20/2018 | $462.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004781 | $12,903.00 | 9/10/2018 | 1697579 | 7/20/2018 | $2,187.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004781 | $12,903.00 | 9/10/2018 | 1697576 | 7/20/2018 | $4,033.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004781 | $12,903.00 | 9/10/2018 | 1696633 | 7/19/2018 | $2,784.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | MA18188712020 | 7/7/2018 | $2.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | MA18153712020 | 6/2/2018 | $0.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | MA18125712020 | 5/5/2018 | $0.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690162 | 7/11/2018 | $396.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690174 | 7/11/2018 | $433.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004781 | $12,903.00 | 9/10/2018 | 1699055 | 7/23/2018 | $58.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690169 | 7/11/2018 | $433.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690168 | 7/11/2018 | $1,267.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690167 | 7/11/2018 | $307.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690166 | 7/11/2018 | $3,009.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690165 | 7/11/2018 | $478.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690164 | 7/11/2018 | $1,108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690163 | 7/11/2018 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001343 | $7,964.41 | 9/3/2018 | 1690175 | 7/11/2018 | $1,663.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008303 | $6,250.50 | 9/17/2018 | 1699109 | 7/23/2018 | $630.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012336 | $2,616.84 | 9/24/2018 | 1709606 | 8/3/2018 | $420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012336 | $2,616.84 | 9/24/2018 | 1709605 | 8/3/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012336 | $2,616.84 | 9/24/2018 | 1709604 | 8/3/2018 | $675.00 |

Outdoor Cap Co., Inc. (2191795)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                        Exhibit A                        P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012336 | $2,616.84 | 9/24/2018 | 1708618 | 8/2/2018 | $810.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008303 | $6,250.50 | 9/17/2018 | 1701358-37170 | 7/25/2018 | $588.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008303 | $6,250.50 | 9/17/2018 | 1701358-37168 | 7/25/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008303 | $6,250.50 | 9/17/2018 | 1701357 | 7/25/2018 | $483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004781 | $12,903.00 | 9/10/2018 | 1697581-37167 | 7/20/2018 | $1,783.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008303 | $6,250.50 | 9/17/2018 | 1701354 | 7/25/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004781 | $12,903.00 | 9/10/2018 | 1699054 | 7/23/2018 | $1,293.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008303 | $6,250.50 | 9/17/2018 | 1699102 | 7/23/2018 | $253.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008303 | $6,250.50 | 9/17/2018 | 1699058 | 7/23/2018 | $1,134.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008303 | $6,250.50 | 9/17/2018 | 1699057 | 7/23/2018 | $448.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008303 | $6,250.50 | 9/17/2018 | 1697580 | 7/20/2018 | $2,265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004781 | $12,903.00 | 9/10/2018 | 1699110 | 7/23/2018 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004781 | $12,903.00 | 9/10/2018 | 1699103 | 7/23/2018 | $175.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004781 | $12,903.00 | 9/10/2018 | 1699056 | 7/23/2018 | $189.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012336 | $2,616.84 | 9/24/2018 | 1709607 | 8/3/2018 | $630.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008303 | $6,250.50 | 9/17/2018 | 1701355 | 7/25/2018 | $253.50 |

**Totals:**    4 transfer(s),    $29,734.75