**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Perfect Fit Industries, LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401388 | 7/26/2018 | $565.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9370094-15532 | 3/20/2018 | $86.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401564 | 7/27/2018 | $1,937.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401563 | 7/27/2018 | $1,734.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401562 | 7/27/2018 | $2,416.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401561 | 7/27/2018 | $4,602.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401560 | 7/27/2018 | $784.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401559 | 7/27/2018 | $381.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401558 | 7/27/2018 | $432.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401566 | 7/27/2018 | $542.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401389 | 7/26/2018 | $828.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401567 | 7/27/2018 | $1,457.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401387 | 7/26/2018 | $3,136.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401386 | 7/26/2018 | $499.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401385 | 7/26/2018 | $425.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401384 | 7/26/2018 | $388.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401383 | 7/26/2018 | $278.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401382 | 7/26/2018 | $278.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9377375-15535 | 4/16/2018 | $77.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9372277-15534 | 3/28/2018 | $450.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9370095-15533 | 3/20/2018 | $59.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401390 | 7/26/2018 | $1,210.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401577 | 7/27/2018 | $458.85 |

Perfect Fit Industries, LLC (2191471)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9402323 | 7/31/2018 | $701.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9402322 | 7/31/2018 | $1,602.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9402321 | 7/31/2018 | $902.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9402320 | 7/31/2018 | $806.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401583 | 7/27/2018 | $2,104.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401582 | 7/27/2018 | $2,861.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401581 | 7/27/2018 | $1,306.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401580 | 7/27/2018 | $1,434.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401565 | 7/27/2018 | $398.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401578 | 7/27/2018 | $562.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014533 | $2,343.66 | 9/27/2018 | CD3103104ED | 9/11/2018 | $2,473.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401576 | 7/27/2018 | $398.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401575 | 7/27/2018 | $1,708.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401574 | 7/27/2018 | $425.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401573 | 7/27/2018 | $457.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401572 | 7/27/2018 | $862.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401571 | 7/27/2018 | $563.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401570 | 7/27/2018 | $1,157.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401569 | 7/27/2018 | $4,354.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401568 | 7/27/2018 | $553.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011823 | $36,906.40 | 9/21/2018 | 9401579 | 7/27/2018 | $1,482.91 |

**Totals:**    2 transfer(s),    $39,250.06