**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Blast Analytics & Marketing, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995805 | $7,500.00 | 8/8/2018 | 17866 | 10/25/2017 | $7,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991510 | $29,166.65 | 8/1/2018 | 18438 | 5/1/2018 | $1,666.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991510 | $29,166.65 | 8/1/2018 | 18426 | 4/30/2018 | $7,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991510 | $29,166.65 | 8/1/2018 | 18423 | 5/7/2018 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991510 | $29,166.65 | 8/1/2018 | 18422 | 4/30/2018 | $10,000.00 |

Totals:     2 transfer(s),     $36,666.65