**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **PlayMonster LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990307 | $1,187.34 | 8/9/2018 | 318797 | 5/24/2018 | $218.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319215 | 5/31/2018 | $682.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986852 | $2,570.91 | 7/31/2018 | 318133 | 5/17/2018 | $635.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986852 | $2,570.91 | 7/31/2018 | 318135 | 5/17/2018 | $248.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990307 | $1,187.34 | 8/9/2018 | 318128 | 5/17/2018 | $89.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990307 | $1,187.34 | 8/9/2018 | 318130 | 5/17/2018 | $237.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990307 | $1,187.34 | 8/9/2018 | 318134 | 5/17/2018 | $69.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986852 | $2,570.91 | 7/31/2018 | 318131 | 5/17/2018 | $356.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990307 | $1,187.34 | 8/9/2018 | 318137 | 5/17/2018 | $207.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986852 | $2,570.91 | 7/31/2018 | 318129 | 5/17/2018 | $207.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990307 | $1,187.34 | 8/9/2018 | 318799 | 5/24/2018 | $46.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 318798 | 5/24/2018 | $149.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 318800 | 5/24/2018 | $405.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 318801 | 5/24/2018 | $905.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 318802 | 5/24/2018 | $791.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980091 | $1,057.22 | 7/17/2018 | 316766 | 4/26/2018 | $503.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990307 | $1,187.34 | 8/9/2018 | 318136 | 5/17/2018 | $404.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983383 | $2,910.28 | 7/24/2018 | 317694 | 5/10/2018 | $776.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980091 | $1,057.22 | 7/17/2018 | 317244 | 5/4/2018 | $229.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980091 | $1,057.22 | 7/17/2018 | 317245 | 5/4/2018 | $259.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980091 | $1,057.22 | 7/17/2018 | 317248 | 5/4/2018 | $149.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983383 | $2,910.28 | 7/24/2018 | 316769 | 4/26/2018 | $339.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983383 | $2,910.28 | 7/24/2018 | 317243 | 5/4/2018 | $549.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983383 | $2,910.28 | 7/24/2018 | 317246 | 5/4/2018 | $450.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986852 | $2,570.91 | 7/31/2018 | 318132 | 5/17/2018 | $122.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983383 | $2,910.28 | 7/24/2018 | 317693 | 5/10/2018 | $127.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319216 | 5/31/2018 | $154.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983383 | $2,910.28 | 7/24/2018 | 317696 | 5/10/2018 | $370.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983383 | $2,910.28 | 7/24/2018 | 317697 | 5/10/2018 | $96.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983383 | $2,910.28 | 7/24/2018 | 317698 | 5/10/2018 | $193.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986852 | $2,570.91 | 7/31/2018 | 317695 | 5/10/2018 | $430.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986852 | $2,570.91 | 7/31/2018 | 317699 | 5/10/2018 | $178.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986852 | $2,570.91 | 7/31/2018 | 318127 | 5/17/2018 | $415.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983383 | $2,910.28 | 7/24/2018 | 317247 | 5/4/2018 | $358.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321819 | 6/28/2018 | $535.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319214 | 5/31/2018 | $129.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321272 | 6/21/2018 | $529.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321273 | 6/21/2018 | $1,655.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321274 | 6/21/2018 | $652.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321275 | 6/21/2018 | $282.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321816 | 6/28/2018 | $187.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321270 | 6/21/2018 | $1,062.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321818 | 6/28/2018 | $875.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 320560 | 6/14/2018 | $111.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321820 | 6/28/2018 | $45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012418 | $11,561.71 | 9/24/2018 | 321815 | 6/28/2018 | $1,422.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012418 | $11,561.71 | 9/24/2018 | 322137 | 7/5/2018 | $551.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012418 | $11,561.71 | 9/24/2018 | 322138 | 7/5/2018 | $242.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012418 | $11,561.71 | 9/24/2018 | 322139 | 7/5/2018 | $193.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012418 | $11,561.71 | 9/24/2018 | 322140 | 7/5/2018 | $1,408.52 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321817 | 6/28/2018 | $1,201.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319843 | 6/7/2018 | $326.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319217 | 5/31/2018 | $1,160.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319218 | 5/31/2018 | $181.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319219 | 5/31/2018 | $343.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319839 | 6/7/2018 | $987.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319840 | 6/7/2018 | $77.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319841 | 6/7/2018 | $772.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 321271 | 6/21/2018 | $251.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319842-1618 | 6/7/2018 | $557.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012418 | $11,561.71 | 9/24/2018 | 322144 | 7/5/2018 | $7,787.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319844 | 6/7/2018 | $386.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 320555 | 6/14/2018 | $627.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 320556 | 6/14/2018 | $927.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 320557 | 6/14/2018 | $339.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 320558 | 6/14/2018 | $360.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 320559 | 6/14/2018 | $104.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008396 | $4,102.27 | 9/17/2018 | 319842-1616 | 6/7/2018 | $29.70 |

Totals:    6 transfer(s),    $23,389.73