**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Preferred Display, Inc.**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998003 | $7,700.00 | 8/23/2018 | 60632 | 6/12/2018 | $7,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990326 | $2,937.00 | 8/9/2018 | 60302 | 5/24/2018 | $2,937.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986862 | $21,503.00 | 7/31/2018 | 60066 | 5/17/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986862 | $21,503.00 | 7/31/2018 | 60065 | 5/17/2018 | $10,116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986862 | $21,503.00 | 7/31/2018 | 60064 | 5/17/2018 | $1,073.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986862 | $21,503.00 | 7/31/2018 | 60063 | 5/17/2018 | $1,774.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986862 | $21,503.00 | 7/31/2018 | 60062 | 5/17/2018 | $2,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986862 | $21,503.00 | 7/31/2018 | 60061 | 5/17/2018 | $5,500.00 |

Totals:    3 transfer(s),    $32,140.00