# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Premier Horticulture Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18755958 | 5/30/2018 | $3,310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18756366 | 6/8/2018 | $2,622.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18756316 | 6/7/2018 | $1,988.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18756248 | 6/6/2018 | $1,024.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18756247 | 6/6/2018 | $1,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18756197 | 6/5/2018 | $5,202.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18756195 | 6/5/2018 | $2,331.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18756016 | 5/31/2018 | $2,213.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18756015 | 5/31/2018 | $861.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980106 | $3,707.38 | 7/17/2018 | 18753925 | 4/23/2018 | $2,090.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18755959 | 5/30/2018 | $1,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001438 | $12,348.55 | 9/3/2018 | 18756196 | 6/5/2018 | $1,748.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18755892 | 5/29/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18755891 | 5/29/2018 | $1,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993991 | $4,293.10 | 8/16/2018 | 18756128 | 6/4/2018 | $627.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993991 | $4,293.10 | 8/16/2018 | 18756127 | 6/4/2018 | $3,202.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993991 | $4,293.10 | 8/16/2018 | 18755957 | 5/30/2018 | $172.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993991 | $4,293.10 | 8/16/2018 | 18755744 | 5/24/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980106 | $3,707.38 | 7/17/2018 | 18754657 | 5/4/2018 | $498.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980106 | $3,707.38 | 7/17/2018 | 18754389 | 4/30/2018 | $1,208.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18755960 | 5/30/2018 | $1,253.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004880 | $7,191.18 | 9/10/2018 | 18756748 | 6/20/2018 | $1,838.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012436 | $3,820.24 | 9/24/2018 | 18757167 | 7/3/2018 | $647.40 |

Premier Horticulture Inc. (2191287)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012436 | $3,820.24 | 9/24/2018 | 18757025 | 6/28/2018 | $472.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008415 | $5,005.14 | 9/17/2018 | 18757027 | 6/28/2018 | $172.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008415 | $5,005.14 | 9/17/2018 | 18757026 | 6/28/2018 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008415 | $5,005.14 | 9/17/2018 | 18756999 | 6/27/2018 | $1,740.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008415 | $5,005.14 | 9/17/2018 | 18756998 | 6/27/2018 | $2,001.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008415 | $5,005.14 | 9/17/2018 | 18756829 | 6/22/2018 | $768.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004880 | $7,191.18 | 9/10/2018 | 18756832 | 6/22/2018 | $528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18756367 | 6/8/2018 | $1,520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004880 | $7,191.18 | 9/10/2018 | 18756828 | 6/22/2018 | $1,814.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998005 | $29,962.48 | 8/23/2018 | 18756510 | 6/12/2018 | $2,045.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004880 | $7,191.18 | 9/10/2018 | 18756623 | 6/15/2018 | $472.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004880 | $7,191.18 | 9/10/2018 | 18756584 | 6/14/2018 | $1,932.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001438 | $12,348.55 | 9/3/2018 | 18756668 | 6/18/2018 | $1,271.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001438 | $12,348.55 | 9/3/2018 | 18756622 | 6/15/2018 | $1,099.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001438 | $12,348.55 | 9/3/2018 | 18756539 | 6/13/2018 | $1,033.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001438 | $12,348.55 | 9/3/2018 | 18756538 | 6/13/2018 | $2,062.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001438 | $12,348.55 | 9/3/2018 | 18756537 | 6/13/2018 | $2,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001438 | $12,348.55 | 9/3/2018 | 18756509 | 6/12/2018 | $2,195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012436 | $3,820.24 | 9/24/2018 | 18757190 | 7/4/2018 | $2,708.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004880 | $7,191.18 | 9/10/2018 | 18756830 | 6/22/2018 | $872.20 |

**Totals:**    **7 transfer(s),**    **$66,328.07**