**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Doggie Nation, Incorporated** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003224 | $17,553.90 | 9/6/2018 | 100489 | 7/5/2018 | $7,201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003224 | $17,553.90 | 9/6/2018 | 1000649 | 7/2/2018 | $10,352.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999720 | $15,663.60 | 8/30/2018 | 100571 | 7/5/2018 | $3,825.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999720 | $15,663.60 | 8/30/2018 | 100474 | 7/5/2018 | $2,925.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999720 | $15,663.60 | 8/30/2018 | 100468 | 7/5/2018 | $4,726.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999720 | $15,663.60 | 8/30/2018 | 100151 | 7/5/2018 | $4,726.05 |

**Totals:**    2 transfer(s),    $33,217.50