**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Promika, LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998018 | $7,694.87 | 8/23/2018 | SI00003869 | 6/28/2018 | $626.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986874 | $1,284.49 | 7/31/2018 | SI00003786 | 6/7/2018 | $2,778.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986874 | $1,284.49 | 7/31/2018 | SI00003821 | 6/18/2018 | $2,108.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990342 | $365.58 | 8/9/2018 | SI00003633-9656 | 4/17/2018 | $1,989.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990342 | $365.58 | 8/9/2018 | SI00003820 | 6/18/2018 | $2,393.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994007 | $7,849.93 | 8/16/2018 | SI00003314-9657 | 2/1/2018 | $2,074.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994007 | $7,849.93 | 8/16/2018 | SI00003461-9658 | 3/30/2018 | $1,036.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994007 | $7,849.93 | 8/16/2018 | SI00003480-9659 | 3/29/2018 | $2,073.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994007 | $7,849.93 | 8/16/2018 | SI00003886 | 7/3/2018 | $1,638.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994007 | $7,849.93 | 8/16/2018 | SI0004030 | 7/2/2018 | $1,025.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998018 | $7,694.87 | 8/23/2018 | SI00003634-9660 | 4/17/2018 | $2,479.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998018 | $7,694.87 | 8/23/2018 | SI00003635-9662 | 4/17/2018 | $2,436.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986874 | $1,284.49 | 7/31/2018 | SI00003785 | 6/7/2018 | $1,274.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998018 | $7,694.87 | 8/23/2018 | SI00003637-9666 | 4/17/2018 | $1,410.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012451 | $1,536.05 | 9/24/2018 | SI00003772-9675 | 5/31/2018 | $684.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998018 | $7,694.87 | 8/23/2018 | SI00003875 | 7/2/2018 | $1,838.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998018 | $7,694.87 | 8/23/2018 | SI00003885 | 7/3/2018 | $2,431.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998018 | $7,694.87 | 8/23/2018 | SI00003887 | 7/3/2018 | $2,308.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998018 | $7,694.87 | 8/23/2018 | SI00003888 | 7/3/2018 | $2,456.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004891 | $5,899.51 | 9/10/2018 | 3472 | 7/18/2018 | $2,151.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004891 | $5,899.51 | 9/10/2018 | 3474-9668 | 7/18/2018 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004891 | $5,899.51 | 9/10/2018 | 3474-9670 | 7/18/2018 | $1,919.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004891 | $5,899.51 | 9/10/2018 | 3477 | 7/18/2018 | $2,223.46 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004891 | $5,899.51 | 9/10/2018 | 3482 | 7/19/2018 | $2,721.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004891 | $5,899.51 | 9/10/2018 | SI00003877-9671 | 7/2/2018 | $43.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004891 | $5,899.51 | 9/10/2018 | SI00003877-9673 | 7/2/2018 | $1,667.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012451 | $1,536.05 | 9/24/2018 | 3511 | 8/3/2018 | $1,744.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998018 | $7,694.87 | 8/23/2018 | SI00003636-9664 | 4/17/2018 | $1,410.98 |

**Totals:** 6 transfer(s), $24,630.43