**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dominion Mechanical Contractors, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003225 | $3,877.50 | 9/6/2018 | 32171 | 6/20/2018 | $990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985219 | $1,860.00 | 7/27/2018 | 32175 | 5/17/2018 | $990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988631 | $2,902.17 | 8/7/2018 | 32958 | 5/21/2018 | $832.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988631 | $2,902.17 | 8/7/2018 | 32959 | 5/22/2018 | $735.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988631 | $2,902.17 | 8/7/2018 | 32973 | 5/24/2018 | $1,335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996390 | $36,045.00 | 8/21/2018 | 31792 | 6/5/2018 | $31,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996390 | $36,045.00 | 8/21/2018 | 32147 | 6/7/2018 | $870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996390 | $36,045.00 | 8/21/2018 | 32167 | 6/7/2018 | $870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985219 | $1,860.00 | 7/27/2018 | 32161 | 5/17/2018 | $870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996390 | $36,045.00 | 8/21/2018 | 33307 | 6/7/2018 | $1,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014218 | $10,411.19 | 9/27/2018 | 33832 | 7/11/2018 | $1,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003225 | $3,877.50 | 9/6/2018 | 33185 | 6/20/2018 | $1,612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003225 | $3,877.50 | 9/6/2018 | 33471 | 6/20/2018 | $1,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006636 | $330.00 | 9/13/2018 | 33488 | 6/29/2018 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014218 | $10,411.19 | 9/27/2018 | 33319 | 7/11/2018 | $4,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014218 | $10,411.19 | 9/27/2018 | 33525 | 7/11/2018 | $1,386.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014218 | $10,411.19 | 9/27/2018 | 33638 | 7/11/2018 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014218 | $10,411.19 | 9/27/2018 | 33655 | 7/11/2018 | $870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014218 | $10,411.19 | 9/27/2018 | 33703 | 7/11/2018 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996390 | $36,045.00 | 8/21/2018 | 33305 | 6/7/2018 | $870.00 |

Totals:    6 transfer(s),    $55,425.86