**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Push Digital, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998028 | $29,762.51 | 8/23/2018 | 8779 | 1/26/2018 | $878.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998028 | $29,762.51 | 8/23/2018 | 8749 | 1/15/2018 | $358.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998028 | $29,762.51 | 8/23/2018 | 8699 | 12/20/2017 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998028 | $29,762.51 | 8/23/2018 | 8698 | 12/20/2017 | $455.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998028 | $29,762.51 | 8/23/2018 | 8697 | 12/20/2017 | $15,762.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998028 | $29,762.51 | 8/23/2018 | 8605 | 11/21/2017 | $2,661.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998028 | $29,762.51 | 8/23/2018 | 8601 | 11/20/2017 | $3,832.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998028 | $29,762.51 | 8/23/2018 | 8589 | 11/6/2017 | $1,823.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998028 | $29,762.51 | 8/23/2018 | 8586 | 11/3/2017 | $988.63 |

**Totals:**    1 transfer(s),    $29,762.51