**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **DP Media Network LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010045 | $20,649.37 | 9/19/2018 | 7181031519 | 7/2/2018 | $2,595.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010045 | $20,649.37 | 9/19/2018 | 7181001410 | 7/2/2018 | $636.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010045 | $20,649.37 | 9/19/2018 | 6181001410 | 7/2/2018 | $17,417.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008852 | $2,448.98 | 9/18/2018 | 63020181031519 | 7/1/2018 | $2,448.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994550 | $22,597.14 | 8/17/2018 | I01457265 | 6/1/2018 | $3,551.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994550 | $22,597.14 | 8/17/2018 | I01457263 | 6/1/2018 | $2,727.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994550 | $22,597.14 | 8/17/2018 | 5181001410 | 6/1/2018 | $16,318.85 |

Totals:    3 transfer(s),    $45,695.49