**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **E.J.D. Enterprises, Inc. dba Empire Distributors** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994591 | $649.63 | 8/17/2018 | 289913 | 7/2/2018 | $548.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981907 | $88.79 | 7/20/2018 | 288829 | 6/7/2018 | $88.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984773 | $2,888.78 | 7/26/2018 | 289035 | 6/13/2018 | $2,242.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984773 | $2,888.78 | 7/26/2018 | 289192 | 6/13/2018 | $646.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985805 | $6,580.83 | 7/30/2018 | 289174 | 6/15/2018 | $1,605.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985805 | $6,580.83 | 7/30/2018 | 289175 | 6/15/2018 | $4,975.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988687 | $5,264.13 | 8/7/2018 | 289426 | 6/21/2018 | $2,721.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988687 | $5,264.13 | 8/7/2018 | 289501 | 6/21/2018 | $2,542.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991669 | $13,691.26 | 8/13/2018 | 289650 | 6/27/2018 | $9,492.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991669 | $13,691.26 | 8/13/2018 | 289675 | 6/27/2018 | $4,199.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980507 | $2,596.78 | 7/18/2018 | 288668 | 6/4/2018 | $2,596.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994591 | $649.63 | 8/17/2018 | 289863 | 7/2/2018 | $101.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013741 | $160.36 | 9/26/2018 | 291283 | 8/8/2018 | $160.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998368 | $6,639.56 | 8/28/2018 | 290141 | 7/10/2018 | $5,993.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998368 | $6,639.56 | 8/28/2018 | 290142 | 7/10/2018 | $646.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003830 | $6,186.76 | 9/7/2018 | 289376 | 6/20/2018 | $1,318.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003830 | $6,186.76 | 9/7/2018 | 290621 | 7/20/2018 | $1,927.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003830 | $6,186.76 | 9/7/2018 | 290689 | 7/20/2018 | $2,886.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003830 | $6,186.76 | 9/7/2018 | 290738 | 7/20/2018 | $54.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008870 | $587.85 | 9/18/2018 | 291005 | 7/31/2018 | $587.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010083 | $355.04 | 9/19/2018 | 291098 | 8/1/2018 | $355.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011461 | $3,210.50 | 9/21/2018 | 291180 | 8/3/2018 | $3,210.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012835 | $1,124.91 | 9/25/2018 | 291447 | 8/6/2018 | $1,124.91 |

E.J.D. Enterprises, Inc. dba Empire Distributors (2191683)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992190 | $2,958.82 | 8/14/2018 | 289723 | 6/28/2018 | $2,958.82 |
| **Totals:** | | **15 transfer(s),** | **$52,984.00** | | | | |