**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Redwood Ventures, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986910 | $17,147.26 | 7/31/2018 | 40013777 | 5/11/2018 | $17,147.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983439 | $41,825.62 | 7/24/2018 | 40013769 | 5/8/2018 | $7,313.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983439 | $41,825.62 | 7/24/2018 | 40013660 | 5/3/2018 | $9,849.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983439 | $41,825.62 | 7/24/2018 | 40013641 | 5/2/2018 | $12,342.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983439 | $41,825.62 | 7/24/2018 | 40013640 | 5/2/2018 | $12,324.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980159 | $21,396.80 | 7/17/2018 | 40013661 | 5/3/2018 | $22,154.64 |

Totals:    3 transfer(s),    $80,369.68

Redwood Ventures, LLC (2191039)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                Exhibit A                                P. 1