**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **South _ Win, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987560 | $4,163.05 | 8/1/2018 | 257761 | 5/15/2018 | $777.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984133 | $7,878.42 | 7/25/2018 | 256945 | 4/27/2018 | $1,203.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984133 | $7,878.42 | 7/25/2018 | 257309 | 5/4/2018 | $798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984133 | $7,878.42 | 7/25/2018 | 257613 | 5/11/2018 | $850.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984133 | $7,878.42 | 7/25/2018 | 257702 | 5/15/2018 | $2,532.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984133 | $7,878.42 | 7/25/2018 | 257726 | 5/15/2018 | $2,503.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980804 | $965.42 | 7/18/2018 | 257287 | 5/4/2018 | $978.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987560 | $4,163.05 | 8/1/2018 | 257760 | 5/15/2018 | $1,266.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013173 | $6,280.41 | 9/25/2018 | 260775 | 7/9/2018 | $3,712.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987560 | $4,163.05 | 8/1/2018 | 257848 | 5/16/2018 | $777.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991067 | $496.75 | 8/10/2018 | 258454 | 5/25/2018 | $510.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002188 | $609.88 | 9/4/2018 | 259576 | 6/15/2018 | $680.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013173 | $6,280.41 | 9/25/2018 | 260698 | 7/6/2018 | $777.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013173 | $6,280.41 | 9/25/2018 | 260743-20608 | 7/6/2018 | $50.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013173 | $6,280.41 | 9/25/2018 | 260743-20610 | 7/6/2018 | $1,845.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987560 | $4,163.05 | 8/1/2018 | 257751 | 5/15/2018 | $1,352.40 |

Totals:    6 transfer(s),    $20,393.93