**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Easy Gardener Products, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999757 | $1,496.28 | 8/30/2018 | IW311284 | 6/11/2018 | $55.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981889 | $302.15 | 7/20/2018 | IW303773 | 5/7/2018 | $55.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996421 | $1,566.32 | 8/21/2018 | IW308653 | 5/29/2018 | $59.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996421 | $1,566.32 | 8/21/2018 | IW309790 | 6/3/2018 | $153.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996421 | $1,566.32 | 8/21/2018 | IW309791 | 6/3/2018 | $390.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996421 | $1,566.32 | 8/21/2018 | IW309792 | 6/3/2018 | $99.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996421 | $1,566.32 | 8/21/2018 | IW309794 | 6/3/2018 | $77.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996421 | $1,566.32 | 8/21/2018 | IW307195 | 5/21/2018 | $588.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999757 | $1,496.28 | 8/30/2018 | IW310779 | 6/7/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992166 | $1,711.16 | 8/14/2018 | IW309832 | 6/3/2018 | $191.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999757 | $1,496.28 | 8/30/2018 | IW311463 | 6/12/2018 | $1,562.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW290675 | 3/4/2018 | $1,562.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW290676 | 3/4/2018 | $1,562.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW291363 | 3/7/2018 | $81.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW291364 | 3/7/2018 | $5.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW291772 | 3/11/2018 | $386.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW291773 | 3/11/2018 | $193.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999757 | $1,496.28 | 8/30/2018 | IW309793 | 6/3/2018 | $143.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992166 | $1,711.16 | 8/14/2018 | IW308161 | 5/28/2018 | $193.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981889 | $302.15 | 7/20/2018 | IW303774 | 5/7/2018 | $290.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985255 | $1,603.44 | 7/27/2018 | IW305988 | 5/15/2018 | $1,562.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985255 | $1,603.44 | 7/27/2018 | IW306223 | 5/16/2018 | $41.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988669 | $1,826.69 | 8/7/2018 | IW306222 | 5/16/2018 | $96.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988669 | $1,826.69 | 8/7/2018 | IW306224 | 5/16/2018 | $142.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988669 | $1,826.69 | 8/7/2018 | IW306225 | 5/16/2018 | $1,346.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996421 | $1,566.32 | 8/21/2018 | IW307686 | 5/23/2018 | $207.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992166 | $1,711.16 | 8/14/2018 | IW307926 | 5/24/2018 | $55.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW293515 | 3/20/2018 | $36.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992166 | $1,711.16 | 8/14/2018 | IW308162 | 5/28/2018 | $194.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992166 | $1,711.16 | 8/14/2018 | IW308163 | 5/28/2018 | $614.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992166 | $1,711.16 | 8/14/2018 | IW308164 | 5/28/2018 | $96.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992166 | $1,711.16 | 8/14/2018 | IW308165 | 5/28/2018 | $161.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992166 | $1,711.16 | 8/14/2018 | IW308166 | 5/28/2018 | $234.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992166 | $1,711.16 | 8/14/2018 | IW308167 | 5/28/2018 | $86.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992166 | $1,711.16 | 8/14/2018 | IW308654 | 5/29/2018 | $55.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988669 | $1,826.69 | 8/7/2018 | IW307439 | 5/22/2018 | $248.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014245 | $1,127.78 | 9/27/2018 | IW314812 | 7/3/2018 | $175.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW313727 | 6/26/2018 | $6.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW313728 | 6/26/2018 | $6.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW313729 | 6/26/2018 | $1,562.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW313730 | 6/26/2018 | $18.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW313731 | 6/26/2018 | $18.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010932 | $327.60 | 9/20/2018 | IW313934 | 6/27/2018 | $109.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW293513 | 3/20/2018 | $5.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010932 | $327.60 | 9/20/2018 | IW314815 | 7/3/2018 | $89.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW313148 | 6/24/2018 | $53.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014245 | $1,127.78 | 9/27/2018 | IW314813 | 7/3/2018 | $302.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014245 | $1,127.78 | 9/27/2018 | IW315471 | 7/9/2018 | $53.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014245 | $1,127.78 | 9/27/2018 | IW315472 | 7/9/2018 | $87.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014245 | $1,127.78 | 9/27/2018 | IW315646 | 7/10/2018 | $62.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014245 | $1,127.78 | 9/27/2018 | IW315647 | 7/10/2018 | $253.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014245 | $1,127.78 | 9/27/2018 | IW315648 | 7/10/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014245 | $1,127.78 | 9/27/2018 | IW315649 | 7/10/2018 | $58.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010932 | $327.60 | 9/20/2018 | IW314814 | 7/3/2018 | $129.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW312463 | 6/18/2018 | $1,562.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014245 | $1,127.78 | 9/27/2018 | IW315650 | 7/10/2018 | $71.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW293516 | 3/20/2018 | $18.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW293838 | 3/21/2018 | $165.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW294124-1059 | 3/22/2018 | $18.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW294124-1061 | 3/22/2018 | $160.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW295577 | 3/29/2018 | $1,562.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW295907 | 3/31/2018 | $1,562.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW313513 | 6/25/2018 | $1,562.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW312462 | 6/18/2018 | $152.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW313512 | 6/25/2018 | $1,562.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW312630 | 6/19/2018 | $282.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW312631 | 6/19/2018 | $38.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW291362-1062 | 3/7/2018 | $10.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW291362-1064 | 3/7/2018 | $185.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW312632 | 6/19/2018 | $176.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006678 | $5,169.02 | 9/13/2018 | IW312816 | 6/20/2018 | $18.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW293514 | 3/20/2018 | $353.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003258 | $9,596.70 | 9/6/2018 | IW295908 | 3/31/2018 | $53.52 |

Totals:    10 transfer(s),    $24,727.14