**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Retail Contracting Service, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990398 | $3,521.25 | 8/9/2018 | 29878 | 5/23/2018 | $1,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980173 | $8,035.50 | 7/17/2018 | 206 | 3/2/2018 | $3,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 29928 | 6/6/2018 | $1,305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994059 | $7,586.80 | 8/16/2018 | 29920 | 6/2/2018 | $199.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994059 | $7,586.80 | 8/16/2018 | 29918 | 6/2/2018 | $2,015.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994059 | $7,586.80 | 8/16/2018 | 29917 | 6/1/2018 | $2,185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994059 | $7,586.80 | 8/16/2018 | 29915 | 6/1/2018 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994059 | $7,586.80 | 8/16/2018 | 29913 | 5/31/2018 | $387.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994059 | $7,586.80 | 8/16/2018 | 29911 | 5/31/2018 | $1,010.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994059 | $7,586.80 | 8/16/2018 | 29909 | 5/31/2018 | $462.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994059 | $7,586.80 | 8/16/2018 | 29895 | 5/29/2018 | $902.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990398 | $3,521.25 | 8/9/2018 | 29914 | 5/25/2018 | $427.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990398 | $3,521.25 | 8/9/2018 | 29912 | 5/26/2018 | $341.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990398 | $3,521.25 | 8/9/2018 | 29891 | 5/25/2018 | $357.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 29935 | 6/7/2018 | $225.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983448 | $5,254.50 | 7/24/2018 | 29841 | 5/14/2018 | $552.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980173 | $8,035.50 | 7/17/2018 | 29744 | 4/26/2018 | $4,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980173 | $8,035.50 | 7/17/2018 | 29807 | 5/8/2018 | $495.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980173 | $8,035.50 | 7/17/2018 | 29808 | 5/8/2018 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983448 | $5,254.50 | 7/24/2018 | 29662 | 4/11/2018 | $1,323.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983448 | $5,254.50 | 7/24/2018 | 29816 | 5/9/2018 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990398 | $3,521.25 | 8/9/2018 | 29890 | 5/25/2018 | $907.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983448 | $5,254.50 | 7/24/2018 | 29822 | 5/9/2018 | $2,429.00 |

Retail Contracting Service, Inc. (2191284)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                              Exhibit A                                              P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990398 | $3,521.25 | 8/9/2018 | 29881 | 5/24/2018 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986920 | $1,640.00 | 7/31/2018 | 29856 | 5/17/2018 | $170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986920 | $1,640.00 | 7/31/2018 | 29866 | 5/18/2018 | $405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986920 | $1,640.00 | 7/31/2018 | 29868 | 5/18/2018 | $470.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986920 | $1,640.00 | 7/31/2018 | 29870 | 5/21/2018 | $595.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990398 | $3,521.25 | 8/9/2018 | 29876 | 5/23/2018 | $255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 29943 | 6/12/2018 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983448 | $5,254.50 | 7/24/2018 | 29817 | 5/9/2018 | $570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001500 | $3,066.65 | 9/3/2018 | 29981 | 6/15/2018 | $1,105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012491 | $1,133.50 | 9/24/2018 | 30077 | 7/9/2018 | $856.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008483 | $4,145.00 | 9/17/2018 | 30068 | 7/3/2018 | $680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008483 | $4,145.00 | 9/17/2018 | 30066 | 7/3/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008483 | $4,145.00 | 9/17/2018 | 30062 | 7/2/2018 | $1,375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008483 | $4,145.00 | 9/17/2018 | 30050 | 7/2/2018 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008483 | $4,145.00 | 9/17/2018 | 30040 | 6/29/2018 | $170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008483 | $4,145.00 | 9/17/2018 | 30032-2004 | 6/28/2018 | $355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004940 | $4,567.00 | 9/10/2018 | 30029 | 6/25/2018 | $737.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004940 | $4,567.00 | 9/10/2018 | 30027 | 6/25/2018 | $567.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004940 | $4,567.00 | 9/10/2018 | 29996 | 6/20/2018 | $297.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004940 | $4,567.00 | 9/10/2018 | 29995 | 6/20/2018 | $297.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004940 | $4,567.00 | 9/10/2018 | 29994 | 6/20/2018 | $255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004940 | $4,567.00 | 9/10/2018 | 29991 | 6/18/2018 | $860.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 29934 | 6/7/2018 | $695.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001500 | $3,066.65 | 9/3/2018 | 29906 | 5/30/2018 | $552.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 29944 | 6/12/2018 | $277.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 29945 | 6/12/2018 | $1,831.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 29946 | 6/12/2018 | $685.00 |

Retail Contracting Service, Inc. (2191284)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                Exhibit A                                P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 29947 | 6/12/2018 | $277.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 29948 | 6/12/2018 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004940 | $4,567.00 | 9/10/2018 | 29986 | 6/19/2018 | $787.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 30032-923 | 6/7/2018 | $5,515.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004940 | $4,567.00 | 9/10/2018 | 29894 | 5/29/2018 | $765.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001500 | $3,066.65 | 9/3/2018 | 29969 | 6/15/2018 | $318.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001500 | $3,066.65 | 9/3/2018 | 29975 | 6/18/2018 | $277.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001500 | $3,066.65 | 9/3/2018 | 29976 | 6/18/2018 | $277.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001500 | $3,066.65 | 9/3/2018 | 29977 | 6/18/2018 | $268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001500 | $3,066.65 | 9/3/2018 | 29978 | 6/18/2018 | $268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012491 | $1,133.50 | 9/24/2018 | 30091 | 7/10/2018 | $277.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998055 | $11,673.90 | 8/23/2018 | 29961 | 6/12/2018 | $423.00 |

Totals:    10 transfer(s),    $50,624.10