

2600 Eagan Woods Dr, Suite 400        151 West 46th Street, 4th Floor
St. Paul, MN 55121                         New York, NY 10036
651-406-9665                                      212-267-7342

| | |
|---|---|
| Defendant: | **Elevate, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996434 | $121.12 | 8/21/2018 | 6798335000-1 | 7/5/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999272 | $623.41 | 8/29/2018 | 93002095665-33795 | 7/11/2018 | $43.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93001014449 | 7/1/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93001024447 | 7/1/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93001039554 | 7/2/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93001044494 | 7/2/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93001065691 | 7/2/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93001078964 | 7/2/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93001094343 | 7/3/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93001102416 | 7/3/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93000586525 | 7/1/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995969 | $439.36 | 8/20/2018 | 93001252341 | 7/4/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93000578260 | 7/1/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996434 | $121.12 | 8/21/2018 | 6800685000-1 | 7/5/2018 | $56.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996434 | $121.12 | 8/21/2018 | 93001317443 | 7/5/2018 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997695 | $977.16 | 8/23/2018 | 93001209543-33738 | 7/4/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997695 | $977.16 | 8/23/2018 | 93001411108-33739 | 7/7/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997695 | $977.16 | 8/23/2018 | 93001433789-33740 | 7/7/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997695 | $977.16 | 8/23/2018 | 93001439261-33741 | 7/7/2018 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997695 | $977.16 | 8/23/2018 | 93001442533-33742 | 7/7/2018 | $439.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997695 | $977.16 | 8/23/2018 | 93001450773-33743 | 7/7/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6827905000-1-33744 | 7/9/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6837105000-1-33745 | 7/9/2018 | $103.79 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995969 | $439.36 | 8/20/2018 | 93001202897 | 7/4/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993600 | $512.88 | 8/16/2018 | 93000536438 | 6/30/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990745 | $894.62 | 8/10/2018 | 93000142751 | 6/24/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990745 | $894.62 | 8/10/2018 | 93000168891 | 6/24/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990745 | $894.62 | 8/10/2018 | 93000184841 | 6/25/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990745 | $894.62 | 8/10/2018 | 93000250471 | 6/26/2018 | $43.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991668 | $284.23 | 8/13/2018 | 93000282736 | 6/27/2018 | $64.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991668 | $284.23 | 8/13/2018 | 93000293164 | 6/27/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992184 | $219.68 | 8/14/2018 | 93000354954 | 6/28/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992768 | $16.68 | 8/15/2018 | 93000446137 | 6/29/2018 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993600 | $512.88 | 8/16/2018 | 93000449524 | 6/30/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 93000591455 | 7/1/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993600 | $512.88 | 8/16/2018 | 93000466026 | 6/30/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6842145000-2-33748 | 7/9/2018 | $64.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993600 | $512.88 | 8/16/2018 | 93000541718 | 6/30/2018 | $64.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993600 | $512.88 | 8/16/2018 | 93000542026 | 6/30/2018 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993600 | $512.88 | 8/16/2018 | 93000546931 | 6/30/2018 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993600 | $512.88 | 8/16/2018 | 93000546996 | 6/30/2018 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993600 | $512.88 | 8/16/2018 | 93000570123 | 6/30/2018 | $38.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 6758345000-1 | 7/2/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 6761705000-1 | 7/2/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 6763885000-1 | 7/2/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 6782145000-1 | 7/3/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994586 | $1,778.70 | 8/17/2018 | 6784035000-1 | 7/3/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993600 | $512.88 | 8/16/2018 | 93000465071 | 6/30/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002034379-33784 | 7/10/2018 | $43.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001588253-33773 | 7/9/2018 | $98.26 |

Elevate, LLC (2191091)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001595530-33774 | 7/9/2018 | $72.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001599074-33775 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001599711-33776 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002013020-33777 | 7/9/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002017695-33778 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002017774-33779 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002017784-33780 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002017872-33781 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6841505000-1-33746 | 7/9/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002030445-33783 | 7/10/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001573253-33770 | 7/9/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002044428-33785 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002061599-33786 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002062650-33787 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002065307-33788 | 7/10/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999272 | $623.41 | 8/29/2018 | 6880605000-1-33789 | 7/11/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999272 | $623.41 | 8/29/2018 | 6881835000-1-33790 | 7/11/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999272 | $623.41 | 8/29/2018 | 93002071180-33791 | 7/11/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999272 | $623.41 | 8/29/2018 | 93002075384-33792 | 7/11/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999272 | $623.41 | 8/29/2018 | 93002085996-33793 | 7/11/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001494349-33876 | 7/8/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93002023452-33782 | 7/10/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001495134-33760 | 7/8/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990745 | $894.62 | 8/10/2018 | 6693785000-1 | 6/26/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6848555000-1-33749 | 7/9/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6852595000-1-33750 | 7/9/2018 | $38.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6854205000-1-33751 | 7/9/2018 | $77.18 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6868185000-1-33752 | 7/10/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6869845000-1-33753 | 7/10/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6869915000-1-33754 | 7/10/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6870605000-1-33755 | 7/10/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001453822-33756 | 7/8/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001454071-33757 | 7/8/2018 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001582414-33772 | 7/9/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001494349-33759 | 7/8/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001579128-33771 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001498534-33761 | 7/8/2018 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001530600-33762 | 7/8/2018 | $439.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001530884-33763 | 7/8/2018 | $235.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001539922-33764 | 7/8/2018 | $216.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001545742-33765 | 7/8/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001549978-33766 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001570160-33767 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001570176-33768 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001570514-33769 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 6842145000-1-33747 | 7/9/2018 | $64.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998367 | $5,009.34 | 8/28/2018 | 93001456156-33758 | 7/8/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007282 | $808.74 | 9/14/2018 | 93002095665-33912 | 7/11/2018 | $43.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002044428-33902 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002061599-33903 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002062650-33904 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002065307-33905 | 7/10/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007282 | $808.74 | 9/14/2018 | 6880605000-1-33906 | 7/11/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007282 | $808.74 | 9/14/2018 | 6881835000-1-33907 | 7/11/2018 | $12.43 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007282 | $808.74 | 9/14/2018 | 7081445000-1 | 7/27/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007282 | $808.74 | 9/14/2018 | 93002071180-33908 | 7/11/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007282 | $808.74 | 9/14/2018 | 93002075384-33909 | 7/11/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93002157118-33922 | 7/12/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007282 | $808.74 | 9/14/2018 | 93002095371-33911 | 7/11/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002023452-33899 | 7/10/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007282 | $808.74 | 9/14/2018 | 93002098516-33913 | 7/11/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007282 | $808.74 | 9/14/2018 | 93120775166 | 7/27/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 6894235000-1-33914 | 7/12/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93002104825-33915 | 7/12/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93002105922-33916 | 7/12/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93002107511-33917 | 7/12/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93002141727-33918 | 7/12/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93002147529-33919 | 7/12/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93002154748-33920 | 7/12/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990745 | $894.62 | 8/10/2018 | 93000109985-33737 | 6/24/2018 | $207.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007282 | $808.74 | 9/14/2018 | 93002085996-33910 | 7/11/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001582414-33889 | 7/9/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001495134-33877 | 7/8/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001498534-33878 | 7/8/2018 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001530600-33879 | 7/8/2018 | $439.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001530884-33880 | 7/8/2018 | $235.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001539922-33881 | 7/8/2018 | $216.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001545742-33882 | 7/8/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001549978-33883 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001570160-33884 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001570176-33885 | 7/9/2018 | $117.64 |

Elevate, LLC (2191091)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001570514-33886 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002034379-33901 | 7/10/2018 | $43.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001579128-33888 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002030445-33900 | 7/10/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001588253-33890 | 7/9/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001595530-33891 | 7/9/2018 | $72.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001599074-33892 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001599711-33893 | 7/9/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002013020-33894 | 7/9/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002017695-33895 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002017774-33896 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002017784-33897 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93002017872-33898 | 7/10/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93002161277-33923 | 7/12/2018 | $311.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001573253-33887 | 7/9/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988683 | $323.30 | 8/7/2018 | 6643125000-1 | 6/21/2018 | $43.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983790 | $189.67 | 7/25/2018 | 6541635000-1 | 6/12/2018 | $43.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983790 | $189.67 | 7/25/2018 | 6547925000-1 | 6/12/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983790 | $189.67 | 7/25/2018 | 6551405000-1 | 6/12/2018 | $64.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984772 | $12.43 | 7/26/2018 | 6557295000-1 | 6/13/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987246 | $311.37 | 8/1/2018 | 6593235000-1 | 6/18/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987246 | $311.37 | 8/1/2018 | 6603715000-1 | 6/18/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987246 | $311.37 | 8/1/2018 | 93003429600 | 6/19/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988170 | $866.39 | 8/2/2018 | 6632725000-1 | 6/20/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988170 | $866.39 | 8/2/2018 | 6636455000-1 | 6/20/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93002155479-33921 | 7/12/2018 | $207.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988170 | $866.39 | 8/2/2018 | 93003493341-33736 | 6/20/2018 | $622.74 |

Elevate, LLC (2191091)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 6

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980506 | $159.50 | 7/18/2018 | 6447795000-1 | 6/5/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988683 | $323.30 | 8/7/2018 | 6650555000-1 | 6/21/2018 | $72.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988683 | $323.30 | 8/7/2018 | 93003578805 | 6/21/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988683 | $323.30 | 8/7/2018 | 93003593888 | 6/21/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989231 | $284.76 | 8/8/2018 | 6657075000-1 | 6/22/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989231 | $284.76 | 8/8/2018 | 93000049392 | 6/22/2018 | $77.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989231 | $284.76 | 8/8/2018 | 93000063120 | 6/22/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990745 | $894.62 | 8/10/2018 | 6665125000-1 | 6/25/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990745 | $894.62 | 8/10/2018 | 6676745000-1 | 6/25/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990745 | $894.62 | 8/10/2018 | 6682445000-1 | 6/25/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999272 | $623.41 | 8/29/2018 | 93002098516-33796 | 7/11/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988170 | $866.39 | 8/2/2018 | 93003467529 | 6/20/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 93002167827-33926 | 7/13/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93002165362-33924 | 7/12/2018 | $352.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93003496134 | 7/28/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93120774592 | 7/28/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008062 | $2,025.45 | 9/17/2018 | 93120777379 | 7/28/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 6902405000-1-33925 | 7/13/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 7105265000-1 | 7/30/2018 | $56.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 7115675000-1 | 7/30/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 7126955000-1 | 7/31/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 7128775000-1 | 7/31/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 7129105000-1 | 7/31/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982418 | $27.30 | 7/23/2018 | 6501205000-1 | 6/8/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 93000075705 | 7/31/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981380 | $81.54 | 7/19/2018 | 6465745000-1 | 6/6/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 93002168110-33927 | 7/13/2018 | $117.64 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 93003581417 | 7/29/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 93003599653 | 7/30/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 93120777836 | 7/31/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010078 | $673.86 | 9/19/2018 | 7148765000-1 | 8/1/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010078 | $673.86 | 9/19/2018 | 7154145000-1 | 8/1/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010078 | $673.86 | 9/19/2018 | 7154615000-1 | 8/1/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980506 | $159.50 | 7/18/2018 | 6431995000-1 | 6/4/2018 | $38.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980506 | $159.50 | 7/18/2018 | 6436515000-1 | 6/4/2018 | $38.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990745 | $894.62 | 8/10/2018 | 93000107153 | 6/24/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008869 | $1,076.26 | 9/18/2018 | 7129205000-1 | 7/31/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 6924815000-1-33934 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999272 | $623.41 | 8/29/2018 | 93002095371-33794 | 7/11/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001453822-33873 | 7/8/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001454071-33874 | 7/8/2018 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 93001456156-33875 | 7/8/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010078 | $673.86 | 9/19/2018 | 93000152803 | 8/1/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010078 | $673.86 | 9/19/2018 | 93002221556-33928 | 7/14/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010078 | $673.86 | 9/19/2018 | 93002221645-33929 | 7/14/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010078 | $673.86 | 9/19/2018 | 93002221729-33930 | 7/14/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010078 | $673.86 | 9/19/2018 | 93002237903-33931 | 7/14/2018 | $43.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6870605000-1-33872 | 7/10/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 6913535000-1-33933 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6869915000-1-33871 | 7/10/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 6941415000-1-33935 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 6944775000-1-33936 | 7/17/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 6952655000-1-33937 | 7/17/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 7153985000-1 | 8/2/2018 | $36.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 7154005000-1 | 8/2/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93000156659 | 8/2/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93000166584 | 8/2/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93000167621 | 8/2/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93000175098 | 8/2/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002254794-33938 | 7/15/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 6908405000-1-33932 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006170 | $116.16 | 9/12/2018 | 93003350743 | 7/25/2018 | $77.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003176768 | 7/22/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003183139 | 7/22/2018 | $64.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003223074 | 7/23/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003226299 | 7/23/2018 | $43.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003226619 | 7/23/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003237026 | 7/23/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003263154 | 7/24/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003293543 | 7/24/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93120776387 | 7/22/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 7077225000-1 | 7/26/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006170 | $116.16 | 9/12/2018 | 93003307903 | 7/25/2018 | $38.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002258907-33941 | 7/15/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6827905000-1-33861 | 7/9/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6837105000-1-33862 | 7/9/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6841505000-1-33863 | 7/9/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6842145000-1-33864 | 7/9/2018 | $64.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6842145000-2-33865 | 7/9/2018 | $64.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6848555000-1-33866 | 7/9/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6852595000-1-33867 | 7/9/2018 | $38.98 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6854205000-1-33868 | 7/9/2018 | $77.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6868185000-1-33869 | 7/10/2018 | $19.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006692 | $5,021.77 | 9/13/2018 | 6869845000-1-33870 | 7/10/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93120776956 | 7/24/2018 | $56.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012834 | $1,197.52 | 9/25/2018 | 93000308225 | 8/5/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93001539922OC | 7/9/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93001595530OC | 8/9/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93002155479OC | 8/9/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93002383263OC | 8/9/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93003047862OC | 7/23/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93003493341OC | 6/20/2018 | $518.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012084 | $179.29 | 9/24/2018 | 93000266372 | 8/4/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012084 | $179.29 | 9/24/2018 | 93000282644 | 8/4/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012084 | $179.29 | 9/24/2018 | 93000283287 | 8/4/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002255137-33939 | 7/15/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012834 | $1,197.52 | 9/25/2018 | 7182635000-1 | 8/7/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93000282644OC | 8/6/2018 | $13.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012834 | $1,197.52 | 9/25/2018 | 93000317796 | 8/5/2018 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012834 | $1,197.52 | 9/25/2018 | 93000407388 | 8/7/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012834 | $1,197.52 | 9/25/2018 | 93000428621 | 8/7/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012834 | $1,197.52 | 9/25/2018 | 93000437425 | 8/7/2018 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012834 | $1,197.52 | 9/25/2018 | 93000442026 | 8/7/2018 | $432.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012834 | $1,197.52 | 9/25/2018 | 93000445396 | 8/7/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012834 | $1,197.52 | 9/25/2018 | 93120778425 | 8/5/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013740 | $189.78 | 9/26/2018 | 93000445895 | 8/8/2018 | $72.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013740 | $189.78 | 9/26/2018 | 93120778708 | 8/8/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014260 | $39.73 | 9/27/2018 | 93000533636 | 8/9/2018 | $27.30 |

Elevate, LLC (2191091)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 10

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012084 | $179.29 | 9/24/2018 | 93120778238 | 8/4/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002433513-33953 | 7/17/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003152183 | 7/22/2018 | $77.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002293310-33942 | 7/15/2018 | $38.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002312782-33943 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002312872-33944 | 7/16/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002350988-33945 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002366414-33946 | 7/16/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002383263-33947 | 7/16/2018 | $72.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002407310-33948 | 7/17/2018 | $221.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002410676-33949 | 7/17/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002412208-33950 | 7/17/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93001442533OC | 7/27/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002427620-33952 | 7/17/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93000445895OC | 8/8/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002435632-33954 | 7/17/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002438147-33955 | 7/17/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002438597-33956 | 7/17/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002438681-33957 | 7/17/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002447856-33958 | 7/17/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002451612-33959 | 7/17/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002459246-33960 | 7/17/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93000109985OC | 6/25/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011460 | $951.81 | 9/21/2018 | 93000244086 | 8/3/2018 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002255312-33940 | 7/15/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010948 | $3,940.51 | 9/20/2018 | 93002424040-33951 | 7/17/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002412208-33833 | 7/17/2018 | $81.54 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002255137-33822 | 7/15/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002255312-33823 | 7/15/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002258907-33824 | 7/15/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002293310-33825 | 7/15/2018 | $38.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002312782-33826 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002312872-33827 | 7/16/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002350988-33828 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002366414-33829 | 7/16/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002383263-33830 | 7/16/2018 | $72.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 6955985000-1 | 7/18/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002410676-33832 | 7/17/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 6944775000-1-33819 | 7/17/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002424040-33834 | 7/17/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002427620-33835 | 7/17/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002433513-33836 | 7/17/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002435632-33837 | 7/17/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002438147-33838 | 7/17/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002438597-33839 | 7/17/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002438681-33840 | 7/17/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002447856-33841 | 7/17/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002451612-33842 | 7/17/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003176275 | 7/22/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002407310-33831 | 7/17/2018 | $221.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000335 | $247.71 | 8/31/2018 | 93002167827-33809 | 7/13/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 6894235000-1-33797 | 7/12/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 93002104825-33798 | 7/12/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 93002105922-33799 | 7/12/2018 | $117.64 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 93002107511-33800 | 7/12/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 93002141727-33801 | 7/12/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 93002147529-33802 | 7/12/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 93002154748-33803 | 7/12/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 93002155479-33804 | 7/12/2018 | $207.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 93002157118-33805 | 7/12/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 93002161277-33806 | 7/12/2018 | $311.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002254794-33821 | 7/15/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000335 | $247.71 | 8/31/2018 | 6902405000-1-33808 | 7/13/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 6952655000-1-33820 | 7/17/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000335 | $247.71 | 8/31/2018 | 93002168110-33810 | 7/13/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001131 | $396.50 | 9/3/2018 | 93002221556-33811 | 7/14/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001131 | $396.50 | 9/3/2018 | 93002221645-33812 | 7/14/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001131 | $396.50 | 9/3/2018 | 93002221729-33813 | 7/14/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001131 | $396.50 | 9/3/2018 | 93002237903-33814 | 7/14/2018 | $43.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 6908405000-1-33815 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 6913535000-1-33816 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 6924815000-1-33817 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 6941415000-1-33818 | 7/16/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 6960485000-1 | 7/18/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999774 | $1,746.53 | 8/30/2018 | 93002165362-33807 | 7/12/2018 | $352.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003025300 | 7/20/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93001450773-33851 | 7/7/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93002573218 | 7/19/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93002585116 | 7/19/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93002599877 | 7/19/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003012827 | 7/19/2018 | $27.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003012945 | 7/19/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003014511 | 7/19/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003018747 | 7/19/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003021800 | 7/19/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001841 | $3,520.93 | 9/4/2018 | 93002459246-33843 | 7/17/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003024444 | 7/19/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93001433789-33847 | 7/7/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003031286 | 7/20/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003041806 | 7/20/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003044331 | 7/20/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003047862 | 7/20/2018 | $235.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003049983 | 7/20/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003072021 | 7/20/2018 | $98.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003081123 | 7/21/2018 | $439.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003082175 | 7/21/2018 | $659.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003091940 | 7/21/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014260 | $39.73 | 9/27/2018 | 93000573614 | 8/9/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003022586 | 7/19/2018 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 6981765000-1 | 7/19/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 6962135000-1 | 7/18/2018 | $36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 6966805000-1 | 7/18/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 6967075000-1 | 7/18/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 6972055000-1 | 7/18/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 93002469743 | 7/18/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 93002494092 | 7/18/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 93002540586 | 7/18/2018 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 93002546600 | 7/18/2018 | $207.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 93002548819 | 7/18/2018 | $196.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 93120776059 | 7/18/2018 | $77.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93001442533-33849 | 7/7/2018 | $439.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 6979345000-1 | 7/19/2018 | $56.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93001439261-33848 | 7/7/2018 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 6984965000-1 | 7/20/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 7001505000-1 | 7/23/2018 | $117.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 7024915000-1 | 7/23/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 7037245000-1 | 7/24/2018 | $311.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 7040835000-1 | 7/24/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 7048095000-1 | 7/24/2018 | $12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93000176606 | 6/25/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93001209543-33845 | 7/4/2018 | $81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93001411108-33846 | 7/7/2018 | $103.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005268 | $3,317.58 | 9/11/2018 | 93003173802 | 7/22/2018 | $219.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002783 | $1,442.75 | 9/5/2018 | 93120776307 | 7/18/2018 | $117.64 |

**Totals:**   **38 transfer(s),**   **$40,026.32**

Elevate, LLC (2191091)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 15