**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Blue Dog Bakery Group, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | MA18167713140R | 6/18/2018 | $18,158.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8305212392 | 6/28/2018 | $3,379.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8305202210 | 7/26/2018 | $8,268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8292238016 | 7/26/2018 | $5,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8292237788 | 5/9/2018 | $2,395.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8289223251 | 6/8/2018 | $2,570.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8289216878 | 7/26/2018 | $8,268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8287234195 | 7/5/2018 | $2,767.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8287231388 | 6/21/2018 | $2,460.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8287221887 | 7/26/2018 | $14,820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8287221652 | 5/9/2018 | $4,366.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8275289246 | 6/21/2018 | $2,439.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8275279142 | 5/9/2018 | $4,039.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009798 | $28,385.75 | 9/19/2018 | 8273644943 | 7/26/2018 | $6,201.00 |

Totals:    1 transfer(s),    $28,385.75