

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Bravado International Group Merchandising Services Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009821 | $10,056.79 | 9/19/2018 | GLIN157729 | 7/23/2018 | $10,072.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995822 | $16,958.21 | 8/20/2018 | GLIN156087 | 5/30/2018 | $6,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995822 | $16,958.21 | 8/20/2018 | GLIN155934 | 5/23/2018 | $10,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988020 | $10,450.04 | 8/2/2018 | GLIN155879 | 5/22/2018 | $6,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988020 | $10,450.04 | 8/2/2018 | GLIN155878 | 5/22/2018 | $3,840.00 |

**Totals:**    3 transfer(s),    $37,465.04