**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Brightview Landscapes, LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009828 | $33,391.63 | 9/19/2018 | 5848780 | 7/1/2018 | $26,982.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009828 | $33,391.63 | 9/19/2018 | 5831351 | 7/1/2018 | $3,305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009828 | $33,391.63 | 9/19/2018 | 5822246 | 7/1/2018 | $1,296.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009828 | $33,391.63 | 9/19/2018 | 5809271 | 6/30/2018 | $995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009828 | $33,391.63 | 9/19/2018 | 5809262 | 6/30/2018 | $812.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002651 | $14,930.20 | 9/5/2018 | 5816775 | 6/18/2018 | $14,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002651 | $14,930.20 | 9/5/2018 | 5816158 | 6/16/2018 | $430.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995827 | $32,559.63 | 8/20/2018 | 5791438 | 6/1/2018 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995827 | $32,559.63 | 8/20/2018 | 5789628 | 6/1/2018 | $26,982.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995827 | $32,559.63 | 8/20/2018 | 5785696 | 6/1/2018 | $3,305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995827 | $32,559.63 | 8/20/2018 | 5773127 | 6/1/2018 | $1,296.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991536 | $1,807.00 | 8/13/2018 | 5748347 | 5/30/2018 | $995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991536 | $1,807.00 | 8/13/2018 | 5748339 | 5/30/2018 | $812.00 |

**Totals:**    4 transfer(s),    $82,688.46