# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Bristol Environmental, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014085 | $49,100.00 | 9/27/2018 | 1807007IN | 7/10/2018 | $49,100.00 |

**Totals:**   **1 transfer(s),**   **$49,100.00**

---

Bristol Environmental, Inc. (2191734)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019

Exhibit A