## **CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, hereby certify that, on this 7th day of November 2019, I caused

a true and correct copy of the foregoing **Motion of Dolphin Fontana, L.P. for Allowance of**

**Administrative Expense Claim** to be served upon the parties on the attached service list in the

manner indicated.

Dated: November 7, 2019
Wilmington, Delaware

/s/ *Leslie C. Heilman*
Leslie C. Heilman (DE No. 4716)
Ballard Spahr LLP

## SERVICE LIST

**Via First Class Mail**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Stephen Sitley Esq.
Luke J. Valentino, Esq.
c/o Sears Holdings Corporation
3333 Beverly Road,
Hoffman Estates IL 60179

Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
*Attorneys for the Debtors*

Paul Schwartzberg, Esq.
the Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014

Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
*Attorneys for Bank of America, N.A., administrative agent
under the First Lien Credit Facility and the DIP ABL Agent*

Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
*Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility*

**Via First Class Mail**

Sean A. O'Neal, Esq.
Cleary, Gottlieb
One Liberty Plaza
New York, NY, 10006
*Attorneys for JPP, LLC, as agent under the Second Lien*
*Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated*
*Secured Loan Facility*

Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
*Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the*
*Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes*

Edward M. Fox, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
*Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien*
*Notes*

James Gadsden, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street, New York, NY 10015
*Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC*
*Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes*

Brian A. Raynor, Esq.
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
*Attorneys for the Pension Benefit Guaranty Corporation*

Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*Attorneys for the Official Committee of Unsecured Creditors*