**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Rhode Island Textile Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983455 | $6,761.46 | 7/24/2018 | E12758 | 5/11/2018 | $85.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980177 | $7,102.98 | 7/17/2018 | E12208 | 4/26/2018 | $496.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980177 | $7,102.98 | 7/17/2018 | E12246 | 4/30/2018 | $3,719.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980177 | $7,102.98 | 7/17/2018 | E12400 | 5/2/2018 | $1,339.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983455 | $6,761.46 | 7/24/2018 | E12475 | 5/7/2018 | $3,858.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983455 | $6,761.46 | 7/24/2018 | E12476 | 5/7/2018 | $714.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983455 | $6,761.46 | 7/24/2018 | E12477 | 5/7/2018 | $80.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980177 | $7,102.98 | 7/17/2018 | E12005 | 4/19/2018 | $1,547.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983455 | $6,761.46 | 7/24/2018 | E12757 | 5/11/2018 | $2,115.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004949 | $34,608.18 | 9/10/2018 | P01013 | 6/18/2018 | $33,925.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986925 | $720.06 | 7/31/2018 | E12445 | 5/3/2018 | $469.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986925 | $720.06 | 7/31/2018 | E12755 | 5/11/2018 | $250.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994067 | $15,356.16 | 8/16/2018 | E13287 | 5/25/2018 | $16,654.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001506 | $486.91 | 9/3/2018 | E13861 | 6/11/2018 | $651.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004949 | $34,608.18 | 9/10/2018 | E11842-5284 | 4/13/2018 | $85.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004949 | $34,608.18 | 9/10/2018 | E13835 | 6/8/2018 | $597.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983455 | $6,761.46 | 7/24/2018 | E12478 | 5/7/2018 | $592.08 |

**Totals:** 6 transfer(s),   $65,035.75