**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Building Systems and Services, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013608 | $10,495.40 | 9/26/2018 | 40697 | 7/12/2018 | $1,538.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013608 | $10,495.40 | 9/26/2018 | 119741 | 7/12/2018 | $8,957.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009840 | $2,640.00 | 9/19/2018 | 119663 | 6/29/2018 | $2,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006042 | $2,200.56 | 9/12/2018 | 40541 | 6/25/2018 | $2,200.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995836 | $2,515.86 | 8/20/2018 | 40406 | 5/8/2018 | $2,515.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991544 | $1,040.00 | 8/13/2018 | 119529 | 5/25/2018 | $1,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988028 | $1,948.02 | 8/2/2018 | 40436 | 5/18/2018 | $999.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988028 | $1,948.02 | 8/2/2018 | 39590 | 5/18/2018 | $948.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984632 | $1,599.38 | 7/26/2018 | 119382 | 4/11/2018 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981254 | $995.00 | 7/19/2018 | 40041 | 5/8/2018 | $995.00 |

**Totals:**     **8 transfer(s),    $23,434.22**