**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Robert Half International Inc. dba Robert Half Legal** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006999 | $10,000.00 | 9/13/2018 | 51631994 | 8/28/2018 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000821 | $28,377.47 | 8/31/2018 | 51116269 | 6/13/2018 | $3,232.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000821 | $28,377.47 | 8/31/2018 | 51116137-972 | 6/13/2018 | $3,143.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000821 | $28,377.47 | 8/31/2018 | 51116137-971 | 6/13/2018 | $22,001.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997433 | $2,977.28 | 8/22/2018 | 51067748 | 6/6/2018 | $2,977.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993273 | $3,402.60 | 8/15/2018 | 51010572 | 5/30/2018 | $3,402.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989688 | $2,807.15 | 8/8/2018 | 50969514 | 5/23/2018 | $2,807.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986933 | $3,417.91 | 7/31/2018 | 50927838 | 5/17/2018 | $3,417.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982844 | $3,351.56 | 7/23/2018 | 50872748 | 5/9/2018 | $3,351.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980190 | $3,282.66 | 7/17/2018 | 50829123 | 5/3/2018 | $3,282.66 |

Totals:    8 transfer(s),    $57,616.63

Robert Half International Inc. dba Robert Half Legal (2191931)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                           Exhibit A                                           P. 1