**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Robert J. Clancey, Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994079 | $10,768.89 | 8/16/2018 | 355387-1994 | 5/31/2018 | $2,583.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995084 | $498.72 | 8/17/2018 | 355452 | 6/4/2018 | $356.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990962 | $5,972.71 | 8/10/2018 | 355361 | 5/30/2018 | $2,175.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991800 | $4,224.57 | 8/13/2018 | 355365 | 5/31/2018 | $919.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991800 | $4,224.57 | 8/13/2018 | 355366 | 5/31/2018 | $859.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991800 | $4,224.57 | 8/13/2018 | 355367 | 5/31/2018 | $1,030.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991800 | $4,224.57 | 8/13/2018 | 355368 | 5/31/2018 | $1,414.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992513 | $34.33 | 8/14/2018 | 355440 | 6/1/2018 | $34.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990962 | $5,972.71 | 8/10/2018 | 355322 | 5/30/2018 | $1,050.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994079 | $10,768.89 | 8/16/2018 | 355387-1993 | 5/31/2018 | $962.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990962 | $5,972.71 | 8/10/2018 | 355321 | 5/30/2018 | $1,050.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994079 | $10,768.89 | 8/16/2018 | 355387-1995 | 5/31/2018 | $1,128.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994079 | $10,768.89 | 8/16/2018 | 355401 | 5/31/2018 | $394.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994079 | $10,768.89 | 8/16/2018 | 355402-1996 | 5/31/2018 | $322.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994079 | $10,768.89 | 8/16/2018 | 355402-1997 | 5/31/2018 | $1,038.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994079 | $10,768.89 | 8/16/2018 | 355402-1998 | 5/31/2018 | $567.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994079 | $10,768.89 | 8/16/2018 | 355411-1999 | 5/31/2018 | $1,692.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994079 | $10,768.89 | 8/16/2018 | 355411-2000 | 5/31/2018 | $980.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980710 | $7,787.48 | 7/18/2018 | 354814 | 5/9/2018 | $3,388.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994079 | $10,768.89 | 8/16/2018 | 355387-1992 | 5/31/2018 | $1,098.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987457 | $6,733.37 | 8/1/2018 | 355114 | 5/21/2018 | $1,139.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980710 | $7,787.48 | 7/18/2018 | 354815 | 5/9/2018 | $4,398.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981555 | $3,460.44 | 7/19/2018 | 354818 | 5/10/2018 | $1,868.52 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981555 | $3,460.44 | 7/19/2018 | 354822 | 5/10/2018 | $1,591.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984935 | $6,325.42 | 7/26/2018 | 353290 | 3/14/2018 | $2,378.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984935 | $6,325.42 | 7/26/2018 | 353658 | 3/28/2018 | $851.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984935 | $6,325.42 | 7/26/2018 | 353659 | 3/28/2018 | $1,473.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984935 | $6,325.42 | 7/26/2018 | 353670 | 3/28/2018 | $298.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990962 | $5,972.71 | 8/10/2018 | 355356 | 5/30/2018 | $1,695.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987457 | $6,733.37 | 8/1/2018 | 355087 | 5/21/2018 | $472.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995084 | $498.72 | 8/17/2018 | 355548 | 6/6/2018 | $21.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987457 | $6,733.37 | 8/1/2018 | 355187 | 5/23/2018 | $1,674.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987457 | $6,733.37 | 8/1/2018 | 355193 | 5/23/2018 | $1,402.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987457 | $6,733.37 | 8/1/2018 | 355195 | 5/23/2018 | $924.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987457 | $6,733.37 | 8/1/2018 | 355196 | 5/23/2018 | $1,119.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988338 | $789.00 | 8/2/2018 | 355113 | 5/21/2018 | $394.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988338 | $789.00 | 8/2/2018 | 355115 | 5/21/2018 | $394.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989690 | $634.03 | 8/8/2018 | 355166 | 5/23/2018 | $394.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989690 | $634.03 | 8/8/2018 | 355175 | 5/23/2018 | $239.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984935 | $6,325.42 | 7/26/2018 | 354551 | 4/30/2018 | $1,323.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007774 | $4,479.53 | 9/14/2018 | 356073 | 6/27/2018 | $1,509.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995084 | $498.72 | 8/17/2018 | 355451 | 6/4/2018 | $119.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005491 | $14,175.13 | 9/11/2018 | 356070 | 6/27/2018 | $1,659.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005491 | $14,175.13 | 9/11/2018 | 356072 | 6/27/2018 | $3,539.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005491 | $14,175.13 | 9/11/2018 | 356074 | 6/27/2018 | $2,240.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005491 | $14,175.13 | 9/11/2018 | 356075 | 6/27/2018 | $2,260.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005491 | $14,175.13 | 9/11/2018 | 356093 | 6/27/2018 | $742.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005491 | $14,175.13 | 9/11/2018 | 356095 | 6/27/2018 | $557.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005491 | $14,175.13 | 9/11/2018 | 356020 | 6/26/2018 | $957.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007774 | $4,479.53 | 9/14/2018 | 356071 | 6/27/2018 | $844.72 |

Robert J. Clancey, Ltd. (2191208)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005491 | $14,175.13 | 9/11/2018 | 355973 | 6/25/2018 | $432.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007774 | $4,479.53 | 9/14/2018 | 356076 | 6/27/2018 | $1,280.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011258 | $1,480.50 | 9/20/2018 | 356297 | 7/6/2018 | $740.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011258 | $1,480.50 | 9/20/2018 | 356298 | 7/6/2018 | $740.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013061 | $5,772.73 | 9/25/2018 | 356338 | 7/9/2018 | $1,098.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013061 | $5,772.73 | 9/25/2018 | 356339 | 7/9/2018 | $1,277.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013061 | $5,772.73 | 9/25/2018 | 356412 | 7/11/2018 | $85.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013061 | $5,772.73 | 9/25/2018 | 356413 | 7/11/2018 | $78.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013061 | $5,772.73 | 9/25/2018 | 356414 | 7/11/2018 | $1,080.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007774 | $4,479.53 | 9/14/2018 | 356069 | 6/27/2018 | $844.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003556 | $2,788.50 | 9/6/2018 | 353636-9332 | 3/28/2018 | $805.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997434 | $263.68 | 8/22/2018 | 355545 | 6/6/2018 | $91.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997434 | $263.68 | 8/22/2018 | 355546 | 6/6/2018 | $79.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997434 | $263.68 | 8/22/2018 | 355547 | 6/6/2018 | $92.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002082 | $1,940.40 | 9/4/2018 | 355792 | 6/15/2018 | $1,960.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002954 | $3,365.91 | 9/5/2018 | 355804 | 6/18/2018 | $611.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002954 | $3,365.91 | 9/5/2018 | 355808 | 6/18/2018 | $611.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002954 | $3,365.91 | 9/5/2018 | 355817 | 6/18/2018 | $891.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005491 | $14,175.13 | 9/11/2018 | 356068 | 6/27/2018 | $1,440.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003556 | $2,788.50 | 9/6/2018 | 351195-9331 | 12/14/2017 | $600.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013061 | $5,772.73 | 9/25/2018 | 356415 | 7/11/2018 | $2,152.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003556 | $2,788.50 | 9/6/2018 | 353685-9333 | 3/29/2018 | $748.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003556 | $2,788.50 | 9/6/2018 | 355947 | 6/22/2018 | $346.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003556 | $2,788.50 | 9/6/2018 | 355949 | 6/22/2018 | $288.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004288 | $2,104.32 | 9/7/2018 | 355875 | 6/20/2018 | $662.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004288 | $2,104.32 | 9/7/2018 | 355876 | 6/20/2018 | $571.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004288 | $2,104.32 | 9/7/2018 | 355878 | 6/20/2018 | $435.29 |

Robert J. Clancey, Ltd. (2191208)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004288 | $2,104.32 | 9/7/2018 | 355879 | 6/20/2018 | $435.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005491 | $14,175.13 | 9/11/2018 | 355972 | 6/25/2018 | $346.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002954 | $3,365.91 | 9/5/2018 | 355818 | 6/18/2018 | $1,251.65 |

**Totals:**     **20 transfer(s),**   **$83,599.66**