**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Cal Pure Produce Inc. dba Cal Pure Pistachios Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995849 | $5,368.11 | 8/20/2018 | 7394835 | 7/9/2018 | $5,368.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991971 | $2,590.17 | 8/14/2018 | 7395190 | 7/11/2018 | $2,590.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988042 | $10,004.90 | 8/2/2018 | 7394522 | 7/3/2018 | $5,114.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988042 | $10,004.90 | 8/2/2018 | 7394258 | 6/30/2018 | $4,890.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987152 | $4,659.75 | 8/1/2018 | 7394195 | 6/29/2018 | $4,659.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986437 | $3,761.35 | 7/31/2018 | 7394564 | 7/3/2018 | $3,761.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985093 | $5,029.32 | 7/27/2018 | 7393494 | 6/23/2018 | $5,029.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984647 | $6,369.91 | 7/26/2018 | 7393897 | 6/27/2018 | $6,369.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981266 | $3,404.15 | 7/19/2018 | 7392843 | 6/18/2018 | $3,404.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979678 | $3,991.62 | 7/17/2018 | 7392557 | 6/15/2018 | $3,991.62 |

Totals:     9 transfer(s),    $45,179.28