

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Romy's Plumbing Inc. dba AA Plumbing** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997565 | $3,315.00 | 8/23/2018 | 84702 | 6/7/2018 | $365.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982270 | $650.00 | 7/23/2018 | 84510 | 5/9/2018 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983613 | $225.00 | 7/25/2018 | 84535 | 5/13/2018 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985627 | $525.00 | 7/30/2018 | 84552 | 5/16/2018 | $525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989062 | $225.00 | 8/8/2018 | 84600 | 5/23/2018 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991897 | $9,850.00 | 8/14/2018 | 84508 | 5/29/2018 | $9,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991897 | $9,850.00 | 8/14/2018 | 84640 | 5/29/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992614 | $425.00 | 8/15/2018 | 84648 | 5/30/2018 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993422 | $525.00 | 8/16/2018 | 84650 | 5/31/2018 | $525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994257 | $375.00 | 8/17/2018 | 84671 | 6/2/2018 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979618 | $750.00 | 7/17/2018 | 84478 | 5/3/2018 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997565 | $3,315.00 | 8/23/2018 | 84585 | 5/21/2018 | $2,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012683 | $5,750.00 | 9/25/2018 | 85191 | 7/3/2018 | $2,875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001654 | $2,660.00 | 9/4/2018 | 84760 | 6/16/2018 | $2,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005101 | $220.00 | 9/11/2018 | 84796 | 6/22/2018 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005858 | $1,445.00 | 9/12/2018 | 84804 | 6/25/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005858 | $1,445.00 | 9/12/2018 | 84810 | 6/25/2018 | $1,195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006432 | $425.00 | 9/13/2018 | 84815 | 6/26/2018 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007107 | $800.00 | 9/14/2018 | 84823 | 6/27/2018 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007107 | $800.00 | 9/14/2018 | 84825 | 6/27/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008659 | $375.00 | 9/18/2018 | 84841 | 6/29/2018 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012683 | $5,750.00 | 9/25/2018 | 84993 | 7/3/2018 | $2,875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995610 | $650.00 | 8/20/2018 | 84680 | 6/4/2018 | $650.00 |

Romy's Plumbing Inc. dba AA Plumbing (2191494)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                                    Exhibit A                                                    P. 1

**Totals:**     **18 transfer(s),    $29,190.00**

Romy's Plumbing Inc. dba AA Plumbing (2191494)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                                    Exhibit A                                    P. 2