**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Envirocon Technologies, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006703 | $107.29 | 9/13/2018 | 112778 | 7/20/2018 | $143.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992200 | $13,657.57 | 8/14/2018 | 112053 | 6/20/2018 | $5,292.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992200 | $13,657.57 | 8/14/2018 | 112052 | 6/20/2018 | $6,186.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992200 | $13,657.57 | 8/14/2018 | 112051 | 6/20/2018 | $2,181.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988694 | $8,600.71 | 8/7/2018 | 112056 | 6/20/2018 | $3,254.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988694 | $8,600.71 | 8/7/2018 | 112055 | 6/20/2018 | $2,825.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988694 | $8,600.71 | 8/7/2018 | 112054 | 6/20/2018 | $3,576.00 |

**Totals:** 3 transfer(s), $22,365.57