**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **CMC Mechanical LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006517 | $16,824.17 | 9/13/2018 | 5049 | 6/26/2018 | $1,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006517 | $16,824.17 | 9/13/2018 | 5045 | 6/18/2018 | $15,574.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999605 | $13,628.00 | 8/30/2018 | 5042 | 6/13/2018 | $8,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999605 | $13,628.00 | 8/30/2018 | 5041 | 6/12/2018 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999605 | $13,628.00 | 8/30/2018 | 5040 | 6/11/2018 | $3,921.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999605 | $13,628.00 | 8/30/2018 | 5039 | 6/11/2018 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991992 | $1,875.00 | 8/14/2018 | 5030 | 5/29/2018 | $1,375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991992 | $1,875.00 | 8/14/2018 | 5028 | 5/25/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981750 | $1,579.93 | 7/20/2018 | 5019 | 5/10/2018 | $1,579.93 |

Totals:      **4 transfer(s),   $33,907.10**