**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **RTA Products, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003075202 | 7/20/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003015373 | 7/19/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003015815 | 7/19/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003017164 | 7/19/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003018015 | 7/19/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003021770 | 7/19/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003025570 | 7/20/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003027614 | 7/20/2018 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003042439 | 7/20/2018 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003049576 | 7/20/2018 | $112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003062937 | 7/20/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002458488-5272 | 7/17/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003072998 | 7/20/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93002594607 | 7/19/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003075411 | 7/20/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003076924 | 7/20/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003077596 | 7/21/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003083062 | 7/21/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003083279 | 7/21/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003083985 | 7/21/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003092244 | 7/21/2018 | $38.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003106738 | 7/21/2018 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003108769 | 7/21/2018 | $44.00 |

RTA Products, LLC (2191109)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003142683 | 7/21/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003070112 | 7/20/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002957 | $545.50 | 9/5/2018 | 93002542432 | 7/18/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006323 | $468.50 | 9/12/2018 | 93003307815 | 7/25/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93120774644-5274 | 7/16/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93120775664-5275 | 7/15/2018 | $41.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93120775850-5276 | 7/16/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93120775948-5277 | 7/16/2018 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002957 | $545.50 | 9/5/2018 | 6969105000-1 | 7/18/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002957 | $545.50 | 9/5/2018 | 93002464521 | 7/18/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002957 | $545.50 | 9/5/2018 | 93002464715 | 7/18/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002957 | $545.50 | 9/5/2018 | 93002465088 | 7/18/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002957 | $545.50 | 9/5/2018 | 93002491163 | 7/18/2018 | $112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003013509 | 7/19/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002957 | $545.50 | 9/5/2018 | 93002540931 | 7/18/2018 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93002599599 | 7/19/2018 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002957 | $545.50 | 9/5/2018 | 93002544044 | 7/18/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 6979625000-1 | 7/20/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 6993365000-1 | 7/20/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 7035985000-1 | 7/24/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93002571894 | 7/19/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93002575083 | 7/19/2018 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93002575741 | 7/19/2018 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93002585560 | 7/19/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93002593009 | 7/19/2018 | $37.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93002594454 | 7/19/2018 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003145073 | 7/21/2018 | $30.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002957 | $545.50 | 9/5/2018 | 93002494668 | 7/18/2018 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003286757 | 7/24/2018 | $192.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003143386 | 7/21/2018 | $156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003246570 | 7/24/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003246855 | 7/24/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003251501 | 7/24/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003257914 | 7/24/2018 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003258536 | 7/24/2018 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003258851 | 7/24/2018 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003259955 | 7/24/2018 | $112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003260957 | 7/24/2018 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003263321 | 7/24/2018 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003245587 | 7/24/2018 | $285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003284530 | 7/24/2018 | $132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003240665 | 7/23/2018 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003290092 | 7/24/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003292670 | 7/24/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003294154 | 7/24/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003295590 | 7/24/2018 | $43.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93120774483 | 7/20/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93120776077 | 7/19/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93120776196 | 7/21/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93120776427 | 7/21/2018 | $59.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006323 | $468.50 | 9/12/2018 | 7040925000-1 | 7/25/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006323 | $468.50 | 9/12/2018 | 93003305153 | 7/25/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984938 | $109.00 | 7/26/2018 | 6404035000-1 | 6/1/2018 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003284392 | 7/24/2018 | $96.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003172605 | 7/22/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002455343-5271 | 7/17/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003145970 | 7/21/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003147282 | 7/21/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003148105 | 7/21/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003149641 | 7/21/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003150311 | 7/21/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003166820 | 7/22/2018 | $70.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003167531 | 7/22/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003167639 | 7/22/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003170635 | 7/22/2018 | $156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003246039 | 7/24/2018 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003172230 | 7/22/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003143519 | 7/21/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003176026 | 7/22/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003178670 | 7/22/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003181208 | 7/22/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003183107 | 7/22/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003200727 | 7/23/2018 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003204438 | 7/23/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003205354 | 7/23/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003220197 | 7/23/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003227144 | 7/23/2018 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003230714 | 7/23/2018 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003238602 | 7/23/2018 | $130.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005494 | $4,007.04 | 9/11/2018 | 93003171443 | 7/22/2018 | $170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002262721-5208 | 7/15/2018 | $114.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001530 | $546.90 | 9/3/2018 | 93002209785-5195 | 7/14/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001530 | $546.90 | 9/3/2018 | 93002223061-5196 | 7/14/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001530 | $546.90 | 9/3/2018 | 93002225191-5197 | 7/14/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001530 | $546.90 | 9/3/2018 | 93002230737-5198 | 7/14/2018 | $112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001530 | $546.90 | 9/3/2018 | 93002233999-5199 | 7/14/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001530 | $546.90 | 9/3/2018 | 93002241457-5200 | 7/14/2018 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001530 | $546.90 | 9/3/2018 | 93002242090-5201 | 7/14/2018 | $57.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001530 | $546.90 | 9/3/2018 | 93002247143-5202 | 7/14/2018 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001530 | $546.90 | 9/3/2018 | 93002249961-5203 | 7/14/2018 | $78.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 6936065000-1-5205 | 7/17/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002462738-5273 | 7/17/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002260740-5207 | 7/15/2018 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002208307-5192 | 7/13/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002266982-5209 | 7/15/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002268213-5210 | 7/15/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002280357-5211 | 7/15/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002284278-5212 | 7/15/2018 | $97.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002288284-5213 | 7/15/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002289158-5214 | 7/15/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002289259-5215 | 7/15/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002290827-5216 | 7/15/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002295721-5217 | 7/15/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002295890-5218 | 7/15/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002256862-5206 | 7/15/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002168205-5181 | 7/13/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984938 | $109.00 | 7/26/2018 | 6454555000-1 | 6/5/2018 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984938 | $109.00 | 7/26/2018 | 6520075000-1 | 6/11/2018 | $42.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984938 | $109.00 | 7/26/2018 | 6542045000-1 | 6/13/2018 | $768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996742 | $132.40 | 8/21/2018 | 6793455000-1 | 7/5/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996742 | $132.40 | 8/21/2018 | 6797495000-1 | 7/5/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996742 | $132.40 | 8/21/2018 | 6798525000-1 | 7/5/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998592 | $82.40 | 8/28/2018 | 6863605000-1 | 7/10/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998592 | $82.40 | 8/28/2018 | 6866055000-1 | 7/10/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999430 | $100.35 | 8/29/2018 | 6871295000-1 | 7/11/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999430 | $100.35 | 8/29/2018 | 6879105000-1 | 7/11/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001530 | $546.90 | 9/3/2018 | 93002209565-5194 | 7/14/2018 | $32.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000077 | $32.40 | 8/30/2018 | 93002165113-5180 | 7/12/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002208328-5193 | 7/13/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002169733-5182 | 7/13/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002179967-5183 | 7/13/2018 | $78.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002183810-5184 | 7/13/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002186307-5185 | 7/13/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002187623-5186 | 7/13/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002203706-5187 | 7/13/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002204289-5188 | 7/13/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002206680-5189 | 7/13/2018 | $92.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002206900-5190 | 7/13/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000829 | $627.35 | 8/31/2018 | 93002208254-5191 | 7/13/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002302847-5221 | 7/15/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999430 | $100.35 | 8/29/2018 | 6883385000-1 | 7/11/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002422889-5259 | 7/17/2018 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002295939-5219 | 7/15/2018 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002383456-5248 | 7/16/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002386060-5249 | 7/16/2018 | $35.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002389487-5250 | 7/16/2018 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002400860-5251 | 7/16/2018 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002404564-5252 | 7/17/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002405673-5253 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002408944-5254 | 7/17/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002410435-5255 | 7/17/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002419175-5256 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002372832-5246 | 7/16/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002421771-5258 | 7/17/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002371284-5245 | 7/16/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002426615-5260 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002426870-5261 | 7/17/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002429977-5262 | 7/17/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002431925-5263 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002440485-5264 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002440547-5265 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002441936-5266 | 7/17/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002442264-5267 | 7/17/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002442319-5268 | 7/17/2018 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002443586-5269 | 7/17/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002453270-5270 | 7/17/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002421252-5257 | 7/17/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002356822-5233 | 7/16/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006323 | $468.50 | 9/12/2018 | 93003312748 | 7/25/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002303030-5222 | 7/15/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002307285-5223 | 7/15/2018 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002307395-5224 | 7/15/2018 | $50.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002309179-5225 | 7/16/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002309780-5226 | 7/16/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002313472-5227 | 7/16/2018 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002314070-5228 | 7/16/2018 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002314180-5229 | 7/16/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002319857-5230 | 7/16/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002376863-5247 | 7/16/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002355411-5232 | 7/16/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002298526-5220 | 7/15/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002357202-5234 | 7/16/2018 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002357633-5235 | 7/16/2018 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002358112-5236 | 7/16/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002358582-5237 | 7/16/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002358909-5238 | 7/16/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002361399-5239 | 7/16/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002364375-5240 | 7/16/2018 | $43.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002366425-5241 | 7/16/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002369410-5242 | 7/16/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002369651-5243 | 7/16/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002370453-5244 | 7/16/2018 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002087 | $3,831.00 | 9/4/2018 | 93002355245-5231 | 7/16/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002386060-5354 | 7/16/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002358582-5342 | 7/16/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002358909-5343 | 7/16/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002361399-5344 | 7/16/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002364375-5345 | 7/16/2018 | $43.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002366425-5346 | 7/16/2018 | $39.15 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002369410-5347 | 7/16/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002369651-5348 | 7/16/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002370453-5349 | 7/16/2018 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002371284-5350 | 7/16/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002372832-5351 | 7/16/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002268213-5315 | 7/15/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002383456-5353 | 7/16/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002357202-5339 | 7/16/2018 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002389487-5355 | 7/16/2018 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002400860-5356 | 7/16/2018 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002404564-5357 | 7/17/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002405673-5358 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002408944-5359 | 7/17/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002410435-5360 | 7/17/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002419175-5361 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002421252-5362 | 7/17/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002421771-5363 | 7/17/2018 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002422889-5364 | 7/17/2018 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002376863-5352 | 7/16/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002307285-5328 | 7/15/2018 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006323 | $468.50 | 9/12/2018 | 93003305456 | 7/25/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002284278-5317 | 7/15/2018 | $97.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002288284-5318 | 7/15/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002289158-5319 | 7/15/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002289259-5320 | 7/15/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002290827-5321 | 7/15/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002295721-5322 | 7/15/2018 | $40.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002295890-5323 | 7/15/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002295939-5324 | 7/15/2018 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002298526-5325 | 7/15/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002358112-5341 | 7/16/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002303030-5327 | 7/15/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002357633-5340 | 7/16/2018 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002307395-5329 | 7/15/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002309179-5330 | 7/16/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002309780-5331 | 7/16/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002313472-5332 | 7/16/2018 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002314070-5333 | 7/16/2018 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002314180-5334 | 7/16/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002319857-5335 | 7/16/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002355245-5336 | 7/16/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002355411-5337 | 7/16/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002356822-5338 | 7/16/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002429977-5367 | 7/17/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002302847-5326 | 7/15/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 93000359166 | 8/6/2018 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002426615-5365 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93003025570OC | 7/30/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93003106738OC | 7/23/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93003166820OC | 7/30/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93003258536OC | 7/25/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93003284392OC | 7/25/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93120778039 | 8/3/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012528 | $45.00 | 9/24/2018 | 93120777900 | 8/4/2018 | $45.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 7170505000-1 | 8/6/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 7185195000-1 | 8/7/2018 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93002575741OC | 7/29/2018 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 93000315115 | 8/5/2018 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93002421771OC | 7/29/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 93000367345 | 8/6/2018 | $118.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 93000380818 | 8/6/2018 | $64.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 93000382831 | 8/6/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 93000441284 | 8/7/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 93000445066 | 8/7/2018 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 93120778069 | 8/5/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013910 | $806.00 | 9/26/2018 | 93000450811 | 8/8/2018 | $440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013910 | $806.00 | 9/26/2018 | 93000458332 | 8/8/2018 | $366.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014568 | $225.50 | 9/27/2018 | 7195125000-1 | 8/9/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014568 | $225.50 | 9/27/2018 | 93000538430 | 8/9/2018 | $64.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014568 | $225.50 | 9/27/2018 | 93120779402 | 8/9/2018 | $59.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013064 | $612.68 | 9/25/2018 | 93000300112 | 8/5/2018 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93120774644-5379 | 7/16/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002266982-5314 | 7/15/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002431925-5368 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002440485-5369 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002440547-5370 | 7/17/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002441936-5371 | 7/17/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002442264-5372 | 7/17/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002442319-5373 | 7/17/2018 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002443586-5374 | 7/17/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002453270-5375 | 7/17/2018 | $119.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002455343-5376 | 7/17/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93003015815OC | 7/30/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002462738-5378 | 7/17/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002426870-5366 | 7/17/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93120775664-5380 | 7/15/2018 | $41.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93120775850-5381 | 7/16/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93120775948-5382 | 7/16/2018 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93120778028 | 8/2/2018 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93000242342 | 8/3/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93002169733OC | 7/30/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93002179967OC | 7/30/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93002230737OC | 7/30/2018 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93002242090OC | 7/30/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93002249961OC | 7/30/2018 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011852 | $573.30 | 9/21/2018 | 93002295939OC | 7/29/2018 | $43.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002458488-5377 | 7/17/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002168205-5287 | 7/13/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000023191 | 7/30/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000023678 | 7/30/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000027985 | 7/30/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000028786 | 7/30/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000029607 | 7/30/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000030002 | 7/30/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000034546 | 7/30/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000065944 | 7/31/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000073106 | 7/31/2018 | $129.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000082446 | 7/31/2018 | $50.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002280357-5316 | 7/15/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000083392 | 7/31/2018 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 7131125000-1 | 7/31/2018 | $77.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002169733-5288 | 7/13/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002179967-5289 | 7/13/2018 | $78.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002183810-5290 | 7/13/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002186307-5291 | 7/13/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002187623-5292 | 7/13/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002203706-5293 | 7/13/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002204289-5294 | 7/13/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002206680-5295 | 7/13/2018 | $92.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002206900-5296 | 7/13/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002208254-5297 | 7/13/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000083094 | 7/31/2018 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007779 | $401.00 | 9/14/2018 | 7084825000-1 | 7/27/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006323 | $468.50 | 9/12/2018 | 93003352037 | 7/25/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006323 | $468.50 | 9/12/2018 | 93003352863 | 7/25/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006323 | $468.50 | 9/12/2018 | 93003358283 | 7/25/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006323 | $468.50 | 9/12/2018 | 93120776792 | 7/25/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006323 | $468.50 | 9/12/2018 | 93120776968 | 7/25/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007005 | $575.86 | 9/13/2018 | 93003365166 | 7/26/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007005 | $575.86 | 9/13/2018 | 93003370046 | 7/26/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007005 | $575.86 | 9/13/2018 | 93003372032 | 7/26/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007005 | $575.86 | 9/13/2018 | 93003374247 | 7/26/2018 | $173.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007005 | $575.86 | 9/13/2018 | 93003379598 | 7/26/2018 | $155.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000017875 | 7/30/2018 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007005 | $575.86 | 9/13/2018 | 93120777176 | 7/26/2018 | $87.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93000011908 | 7/30/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007779 | $401.00 | 9/14/2018 | 93003408634 | 7/27/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007779 | $401.00 | 9/14/2018 | 93003416906 | 7/27/2018 | $41.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007779 | $401.00 | 9/14/2018 | 93003445298 | 7/27/2018 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007779 | $401.00 | 9/14/2018 | 93120777261 | 7/27/2018 | $118.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008525 | $321.40 | 9/17/2018 | 93002165113-5286 | 7/12/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008525 | $321.40 | 9/17/2018 | 93003454180 | 7/28/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008525 | $321.40 | 9/17/2018 | 93003467608 | 7/28/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008525 | $321.40 | 9/17/2018 | 93120777378 | 7/28/2018 | $37.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008525 | $321.40 | 9/17/2018 | 93120777615 | 7/28/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008525 | $321.40 | 9/17/2018 | 93120777621 | 7/28/2018 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93003540942 | 7/29/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007005 | $575.86 | 9/13/2018 | 93003407179 | 7/26/2018 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003431134 | 7/27/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002208307-5298 | 7/13/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003384868 | 7/26/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003386222 | 7/26/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003387073 | 7/26/2018 | $37.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003401575 | 7/26/2018 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003411889 | 7/27/2018 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003418365 | 7/27/2018 | $119.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003419093 | 7/27/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003422153 | 7/27/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003424300 | 7/27/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93002249961-5309 | 7/14/2018 | $78.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003429789 | 7/27/2018 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93002247143-5308 | 7/14/2018 | $86.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003431343 | 7/27/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003448549 | 7/28/2018 | $41.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003454275 | 7/28/2018 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003465218 | 7/28/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003467727 | 7/28/2018 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003468572 | 7/28/2018 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003535492 | 7/29/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 6936065000-1-5310 | 7/17/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002256862-5311 | 7/15/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002260740-5312 | 7/15/2018 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011263 | $3,949.50 | 9/20/2018 | 93002262721-5313 | 7/15/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003427796 | 7/27/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93120777821 | 7/31/2018 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014568 | $225.50 | 9/27/2018 | 93120779521 | 8/9/2018 | $59.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93003543077 | 7/29/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93003543491 | 7/29/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93003549092 | 7/29/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93003571780 | 7/29/2018 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93003581981 | 7/29/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93003586554 | 7/30/2018 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93003598295 | 7/30/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93120777569 | 7/29/2018 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93120777571 | 7/29/2018 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93003362806 | 7/26/2018 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93120777775 | 7/31/2018 | $11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93002208328-5299 | 7/13/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 7093975000-1 | 7/30/2018 | $64.68 |

RTA Products, LLC (2191109)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                                              Exhibit A                                              P. 15

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 7120535000-1 | 7/30/2018 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93000141189 | 8/1/2018 | $32.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93002209565-5300 | 7/14/2018 | $32.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93002209785-5301 | 7/14/2018 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93002223061-5302 | 7/14/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93002225191-5303 | 7/14/2018 | $31.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93002230737-5304 | 7/14/2018 | $112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93002233999-5305 | 7/14/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93002241457-5306 | 7/14/2018 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010483 | $1,735.98 | 9/19/2018 | 93002242090-5307 | 7/14/2018 | $57.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009169 | $2,182.72 | 9/18/2018 | 93120777708 | 7/29/2018 | $87.00 |

**Totals:** **22 transfer(s),** **$21,911.78**