**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Salland Industries, Limited** | |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000084 | $3,016.40 | 8/30/2018 | C1695 | 5/27/2018 | $403.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1699 | 6/3/2018 | $468.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1682 | 5/15/2018 | $255.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995099 | $2,505.99 | 8/17/2018 | C1670 | 5/15/2018 | $359.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995099 | $2,505.99 | 8/17/2018 | C1684 | 5/22/2018 | $162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995099 | $2,505.99 | 8/17/2018 | C1685 | 5/22/2018 | $405.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995099 | $2,505.99 | 8/17/2018 | C1686 | 5/22/2018 | $513.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995099 | $2,505.99 | 8/17/2018 | C1687 | 5/22/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995099 | $2,505.99 | 8/17/2018 | C1688 | 5/22/2018 | $633.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996118 | $328.17 | 8/20/2018 | C1690 | 5/22/2018 | $328.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996749 | $887.67 | 8/21/2018 | C1689 | 5/22/2018 | $722.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996749 | $887.67 | 8/21/2018 | C1691 | 5/22/2018 | $164.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997443 | $747.71 | 8/22/2018 | C1653 | 4/28/2018 | $166.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997443 | $747.71 | 8/22/2018 | C1656 | 4/28/2018 | $581.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1680 | 5/15/2018 | $107.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003569 | $4,780.67 | 9/6/2018 | C1701 | 6/3/2018 | $565.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980223 | $653.22 | 7/17/2018 | C1634 | 4/10/2018 | $302.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006330 | $124.20 | 9/12/2018 | C1707 | 6/10/2018 | $124.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003569 | $4,780.67 | 9/6/2018 | C1706 | 6/3/2018 | $602.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003569 | $4,780.67 | 9/6/2018 | C1705 | 6/3/2018 | $341.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003569 | $4,780.67 | 9/6/2018 | C1704 | 6/3/2018 | $293.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000084 | $3,016.40 | 8/30/2018 | C1683 | 5/22/2018 | $351.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003569 | $4,780.67 | 9/6/2018 | C1702 | 6/3/2018 | $513.57 |

Salland Industries, Limited (2191930)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                Exhibit A                                P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000084 | $3,016.40 | 8/30/2018 | C1694 | 5/25/2018 | $485.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003569 | $4,780.67 | 9/6/2018 | C1700 | 6/3/2018 | $497.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003569 | $4,780.67 | 9/6/2018 | C1693 | 5/27/2018 | $565.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003569 | $4,780.67 | 9/6/2018 | C1692 | 5/27/2018 | $566.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000084 | $3,016.40 | 8/30/2018 | C1697 | 5/27/2018 | $623.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000084 | $3,016.40 | 8/30/2018 | C1696 | 5/27/2018 | $1,152.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1679 | 5/15/2018 | $291.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003569 | $4,780.67 | 9/6/2018 | C1703 | 6/3/2018 | $835.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989700 | $1,490.22 | 8/8/2018 | C1666 | 5/15/2018 | $244.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980223 | $653.22 | 7/17/2018 | C1635 | 4/13/2018 | $243.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980223 | $653.22 | 7/17/2018 | C1638 | 4/13/2018 | $107.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981562 | $2,971.90 | 7/19/2018 | C1649 | 4/28/2018 | $332.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981562 | $2,971.90 | 7/19/2018 | C1650 | 4/28/2018 | $428.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981562 | $2,971.90 | 7/19/2018 | C1651 | 4/28/2018 | $625.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981562 | $2,971.90 | 7/19/2018 | C1652 | 4/28/2018 | $432.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981562 | $2,971.90 | 7/19/2018 | C1654 | 4/28/2018 | $229.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981562 | $2,971.90 | 7/19/2018 | C1655 | 4/28/2018 | $378.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981562 | $2,971.90 | 7/19/2018 | C1657 | 4/28/2018 | $131.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981562 | $2,971.90 | 7/19/2018 | C1658 | 4/28/2018 | $131.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981562 | $2,971.90 | 7/19/2018 | C1659 | 4/25/2018 | $138.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981562 | $2,971.90 | 7/19/2018 | C1660 | 4/25/2018 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982186 | $294.14 | 7/20/2018 | C1648 | 4/28/2018 | $196.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1681 | 5/15/2018 | $231.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1671 | 5/15/2018 | $406.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1678 | 5/15/2018 | $161.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1677 | 5/15/2018 | $359.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1676 | 5/15/2018 | $359.76 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1675 | 5/15/2018 | $359.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1674 | 5/15/2018 | $416.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982186 | $294.14 | 7/20/2018 | C1661 | 4/25/2018 | $48.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1672 | 5/15/2018 | $161.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982186 | $294.14 | 7/20/2018 | C1662 | 4/25/2018 | $48.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1665 | 5/15/2018 | $231.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1664 | 5/15/2018 | $230.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989700 | $1,490.22 | 8/8/2018 | C1669 | 5/15/2018 | $404.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989700 | $1,490.22 | 8/8/2018 | C1668 | 5/15/2018 | $421.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989700 | $1,490.22 | 8/8/2018 | C1667 | 5/15/2018 | $419.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1708 | 6/10/2018 | $186.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991806 | $3,918.59 | 8/13/2018 | C1673 | 5/15/2018 | $345.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1757 | 6/26/2018 | $395.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1698 | 6/3/2018 | $703.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1742 | 6/26/2018 | $191.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1743 | 6/26/2018 | $269.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1744 | 6/26/2018 | $253.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1745 | 6/26/2018 | $157.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1746 | 6/26/2018 | $253.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1747 | 6/26/2018 | $126.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1748 | 6/26/2018 | $70.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1750 | 6/26/2018 | $242.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1751 | 6/26/2018 | $209.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1752 | 6/26/2018 | $191.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1753 | 6/26/2018 | $76.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1754 | 6/26/2018 | $269.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1740 | 6/26/2018 | $432.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1764 | 6/26/2018 | $225.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014576 | $148.50 | 9/27/2018 | C1778 | 6/27/2018 | $49.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014576 | $148.50 | 9/27/2018 | C1777 | 6/27/2018 | $49.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1769 | 6/26/2018 | $289.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1768 | 6/26/2018 | $352.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1767 | 6/26/2018 | $269.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1755 | 6/26/2018 | $167.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1765 | 6/26/2018 | $172.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1756 | 6/26/2018 | $347.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1763 | 6/26/2018 | $341.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1762 | 6/26/2018 | $107.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1760 | 6/26/2018 | $341.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1759 | 6/26/2018 | $220.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1758 | 6/26/2018 | $115.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1739 | 6/26/2018 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1766 | 6/26/2018 | $734.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1729 | 6/11/2018 | $193.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1709 | 6/10/2018 | $138.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1710 | 6/10/2018 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1711 | 6/10/2018 | $326.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1712 | 6/10/2018 | $828.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1713 | 6/10/2018 | $576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1714 | 6/10/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1719 | 6/10/2018 | $126.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1720 | 6/10/2018 | $126.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1721 | 6/10/2018 | $448.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1723 | 6/11/2018 | $382.59 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1724 | 6/11/2018 | $263.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1725 | 6/11/2018 | $86.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1726 | 6/11/2018 | $98.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1741 | 6/26/2018 | $333.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1735 | 6/11/2018 | $126.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013918 | $7,912.41 | 9/26/2018 | C1738 | 6/26/2018 | $404.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013075 | $64.80 | 9/25/2018 | C1663 | 5/15/2018 | $64.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008543 | $853.92 | 9/17/2018 | C1718 | 6/10/2018 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008543 | $853.92 | 9/17/2018 | C1717 | 6/10/2018 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008543 | $853.92 | 9/17/2018 | C1716 | 6/10/2018 | $228.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1727 | 6/11/2018 | $86.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1736 | 6/11/2018 | $275.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1728 | 6/11/2018 | $433.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1734 | 6/11/2018 | $253.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1733 | 6/11/2018 | $254.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1732 | 6/11/2018 | $215.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1731 | 6/11/2018 | $207.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007012 | $7,508.63 | 9/13/2018 | C1730 | 6/11/2018 | $141.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014576 | $148.50 | 9/27/2018 | C1779 | 6/27/2018 | $49.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008543 | $853.92 | 9/17/2018 | C1715 | 6/10/2018 | $192.96 |

**Totals:** 17 transfer(s), $38,207.14