# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Ex-Cell Home Fashions, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9218328-1107 | 7/13/2018 | $323.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9162435 | 5/25/2018 | $400.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9201081 | 6/29/2018 | $567.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9201083 | 6/29/2018 | $121.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9201084-1103 | 6/29/2018 | $608.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9201084-1104 | 6/29/2018 | $619.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9204595 | 7/3/2018 | $1,072.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9209054 | 7/6/2018 | $799.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9209061 | 7/6/2018 | $324.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9209062 | 7/6/2018 | $3,399.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9218324 | 7/13/2018 | $1,399.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996460 | $3,527.43 | 8/21/2018 | 9218326 | 7/13/2018 | $292.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9218328-1105 | 7/13/2018 | $214.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996460 | $3,527.43 | 8/21/2018 | 9218325 | 7/13/2018 | $1,563.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9219563-1108 | 7/16/2018 | $203.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9219563-1110 | 7/16/2018 | $1,942.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9222233-1111 | 7/17/2018 | $66.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9222233-1113 | 7/17/2018 | $1,977.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9224492 | 7/19/2018 | $64.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9224493 | 7/19/2018 | $37.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9225303 | 7/20/2018 | $4,506.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9225304 | 7/20/2018 | $338.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9225305 | 7/20/2018 | $186.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9154970-1098 | 5/18/2018 | $676.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9218327 | 7/13/2018 | $75.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992217 | $14,892.54 | 8/14/2018 | 9192415 | 6/21/2018 | $710.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9184971-1099 | 6/14/2018 | $17.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9184971-1101 | 6/14/2018 | $203.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9184972 | 6/14/2018 | $683.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9184973 | 6/14/2018 | $7,484.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9184974 | 6/14/2018 | $1,630.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9192423 | 6/21/2018 | $97.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9199329 | 6/27/2018 | $8.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9199330 | 6/27/2018 | $655.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9201085 | 6/29/2018 | $2,110.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988709 | $2,428.42 | 8/7/2018 | 9201086 | 6/29/2018 | $1,077.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996460 | $3,527.43 | 8/21/2018 | 9218329 | 7/13/2018 | $1,010.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992217 | $14,892.54 | 8/14/2018 | 9192414 | 6/21/2018 | $988.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9162439 | 5/25/2018 | $200.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992217 | $14,892.54 | 8/14/2018 | 9192424 | 6/21/2018 | $2,201.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992217 | $14,892.54 | 8/14/2018 | 9192425 | 6/21/2018 | $2,321.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992217 | $14,892.54 | 8/14/2018 | 9204594 | 7/3/2018 | $365.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992217 | $14,892.54 | 8/14/2018 | 9206365 | 7/5/2018 | $8.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992217 | $14,892.54 | 8/14/2018 | 9209055 | 7/6/2018 | $1,154.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992217 | $14,892.54 | 8/14/2018 | 9209063 | 7/6/2018 | $1,910.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992217 | $14,892.54 | 8/14/2018 | 9209064 | 7/6/2018 | $5,278.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996460 | $3,527.43 | 8/21/2018 | 9216329 | 7/11/2018 | $785.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996460 | $3,527.43 | 8/21/2018 | 9217693 | 7/12/2018 | $24.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996460 | $3,527.43 | 8/21/2018 | 9217694 | 7/12/2018 | $37.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992217 | $14,892.54 | 8/14/2018 | 9149066-1097 | 5/11/2018 | $324.00 |

Ex-Cell Home Fashions, Inc. (2191850)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010976 | $7,493.99 | 9/20/2018 | 9178679-6525 | 6/8/2018 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999802 | $19,970.18 | 8/30/2018 | 9225309 | 7/20/2018 | $2,347.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9235700 | 7/30/2018 | $2,801.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9240669 | 8/2/2018 | $32.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9240670 | 8/2/2018 | $263.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9240671 | 8/2/2018 | $56.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9240672 | 8/2/2018 | $48.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9241660 | 8/3/2018 | $475.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9241667 | 8/3/2018 | $105.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9241668 | 8/3/2018 | $357.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9241670 | 8/3/2018 | $1,820.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9234223 | 7/27/2018 | $1,460.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9241671-6524 | 8/3/2018 | $9,115.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9234219 | 7/27/2018 | $446.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010976 | $7,493.99 | 9/20/2018 | 9178679-6527 | 6/8/2018 | $416.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010976 | $7,493.99 | 9/20/2018 | 9178683 | 6/8/2018 | $4,099.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010976 | $7,493.99 | 9/20/2018 | 9201084-6528 | 6/29/2018 | $608.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010976 | $7,493.99 | 9/20/2018 | 9218328-6529 | 7/13/2018 | $214.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010976 | $7,493.99 | 9/20/2018 | 9219563-6530 | 7/16/2018 | $203.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010976 | $7,493.99 | 9/20/2018 | 9222233-6531 | 7/17/2018 | $66.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010976 | $7,493.99 | 9/20/2018 | 9240673 | 8/2/2018 | $1,400.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010976 | $7,493.99 | 9/20/2018 | 9251459 | 8/10/2018 | $642.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014291 | $805.63 | 9/27/2018 | 9257821 | 8/16/2018 | $529.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014291 | $805.63 | 9/27/2018 | 9258283 | 8/17/2018 | $64.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9241671-6523 | 8/3/2018 | $1,435.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9234221 | 7/27/2018 | $75.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9169815 | 6/1/2018 | $769.62 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9178681 | 6/8/2018 | $155.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9184969 | 6/14/2018 | $8.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9184975 | 6/14/2018 | $6,984.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9187307 | 6/18/2018 | $249.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9225302 | 7/20/2018 | $4,943.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9225308 | 7/20/2018 | $1,528.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9229503-6519 | 7/24/2018 | $130.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9229503-6521 | 7/24/2018 | $2,599.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9233625 | 7/26/2018 | $75.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9234224 | 7/27/2018 | $787.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9234220 | 7/27/2018 | $737.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014291 | $805.63 | 9/27/2018 | 9258284 | 8/17/2018 | $316.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9234222 | 7/27/2018 | $113.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9234225 | 7/27/2018 | $2,074.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9184970 | 6/14/2018 | $267.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9191113 | 6/20/2018 | $112.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9194096 | 6/22/2018 | $790.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9194097 | 6/22/2018 | $1,035.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9194098 | 6/22/2018 | $3,666.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9194099 | 6/22/2018 | $3,460.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9225306 | 7/20/2018 | $112.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006718 | $27,178.87 | 9/13/2018 | 9225307 | 7/20/2018 | $170.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003302 | $20,914.60 | 9/6/2018 | 9233626 | 7/26/2018 | $56.85 |

**Totals:**    **8 transfer(s),**    **$97,211.66**