**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Sandy Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-219 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-207 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-208 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-209 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-210 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-211 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-212 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-213 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-214 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-215 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-216 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983506 | $150.00 | 7/24/2018 | 20180510006 | 5/14/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-218 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-204 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-220 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-221 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-222 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-223 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-224 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-225 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-226 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-227 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-228 | 5/31/2018 | $531.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-229 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-230 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-217 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-193 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-180 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-181 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-182 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-183 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-184 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-185 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-186 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-187 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-188 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-189 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-190 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-206 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-192 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-205 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-194 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-195 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-196 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-197 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-198 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-199 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-200 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-201 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-202 | 5/31/2018 | $531.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-203 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-233 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-191 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-273 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-231 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-261 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-262 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-263 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-264 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-265 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-266 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-267 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-268 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-269 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-270 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-259 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-272 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-258 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-274 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-275 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-276 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-277 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-278 | 5/31/2018 | $530.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-279 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180517002 | 5/31/2018 | $222.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994122 | $416.34 | 8/16/2018 | 20180531001 | 6/1/2018 | $416.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998602 | $150.00 | 8/28/2018 | 20180610002 | 6/13/2018 | $150.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999436 | $1,845.00 | 8/29/2018 | 20180709002 | 7/16/2018 | $1,845.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007785 | $15,600.00 | 9/14/2018 | 20180720002 | 7/31/2018 | $15,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-271 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-246 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014578 | $150.00 | 9/27/2018 | 20180710006 | 7/12/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-234 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-235 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-236 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-237 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-238 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-239 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-240 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-241 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-242 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-243 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-260 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-245 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-232 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-247 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-248 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-249 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-250 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-251 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-252 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-253 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-254 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-255 | 5/31/2018 | $531.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-256 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-257 | 5/31/2018 | $531.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988346 | $53,330.79 | 8/2/2018 | 20180501001A-244 | 5/31/2018 | $531.08 |

**Totals:**     7 transfer(s),     $71,642.13