

| | 2600 Eagan Woods Dr, Suite 400 | 151 West 46th Street, 4th Floor |
|---|---|---|
| | St. Paul, MN 55121 | New York, NY 10036 |
| | 651-406-9665 | 212-267-7342 |

| | |
|---|---|
| Defendant: | **ConstructConnect, Inc. fdba Construction Market Data Group LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086869 | $23,575.00 | 9/26/2018 | INV00377409:9/26-10/15 | 6/30/2018 | $2,562.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086869 | $23,575.00 | 9/26/2018 | INV00377409:7/1-9/25 | 6/30/2018 | $11,146.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086869 | $23,575.00 | 9/26/2018 | INV00377409:10/16-12/31 | 6/30/2018 | $9,865.63 |

**Totals:**   **1 transfer(s),**   **$23,575.00**