**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **SCS Direct, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-35 | 6/23/2018 | $356.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180616-42 | 6/23/2018 | $204.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-11 | 6/23/2018 | $254.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-12-5769 | 6/23/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-12-5770 | 6/23/2018 | $127.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-20 | 6/23/2018 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-23 | 6/23/2018 | $127.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-25 | 6/23/2018 | $127.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-26 | 6/23/2018 | $127.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-28 | 6/23/2018 | $178.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-29-5771 | 6/23/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-29-5773 | 6/23/2018 | $203.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-31 | 6/23/2018 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180616-27-5766 | 6/21/2018 | $127.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-34 | 6/23/2018 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180625-33 | 6/25/2018 | $1,605.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-36-5775 | 6/22/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-36-5776 | 6/22/2018 | $254.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-37 | 6/23/2018 | $127.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-38 | 6/23/2018 | $127.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-39-5777 | 6/23/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-39-5779 | 6/23/2018 | $152.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-40 | 6/23/2018 | $127.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-9 | 6/23/2018 | $178.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180625-24 | 6/25/2018 | $2,727.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180625-29 | 6/25/2018 | $3,363.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180625-31 | 6/25/2018 | $4,776.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180625-32 | 6/25/2018 | $7,382.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005512 | $23,241.60 | 9/11/2018 | I180618-32 | 6/23/2018 | $178.20 |

**Totals:** 1 transfer(s), $23,241.60