

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | |
|---|---|---|
| **Defendant:** | **Fashion Accessory Bazaar LLC** | |
| **Bankruptcy Case:** | **Sears Holdings Corporation, et al.** | |
| **Preference Period:** | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003323 | $244.16 | 9/6/2018 | 3055894 | 7/24/2018 | $251.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007294 | $1,217.16 | 9/14/2018 | 3088111 | 8/15/2018 | $1,217.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006177 | $2,977.48 | 9/12/2018 | 3070882 | 8/8/2018 | $3,016.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006177 | $2,977.48 | 9/12/2018 | 3055895 | 7/24/2018 | $115.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004575 | $16,410.96 | 9/10/2018 | 3067199-10087 | 7/30/2018 | $15,773.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004575 | $16,410.96 | 9/10/2018 | 3067199-10085 | 7/30/2018 | $4,905.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004575 | $16,410.96 | 9/10/2018 | 3055893 | 7/24/2018 | $367.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982429 | $11,541.74 | 7/23/2018 | 3006562-3106 | 6/7/2018 | $11,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003841 | $7,162.20 | 9/7/2018 | 3070604 | 8/7/2018 | $7,162.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010097 | $11,528.57 | 9/19/2018 | 3070601 | 8/7/2018 | $2,517.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002793 | $17,649.39 | 9/5/2018 | 3070603 | 8/7/2018 | $21,155.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998381 | $399.36 | 8/28/2018 | 3067171 | 7/27/2018 | $444.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997707 | $765.00 | 8/23/2018 | 3008525-3108 | 6/7/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997707 | $765.00 | 8/23/2018 | 3006563-3107 | 6/7/2018 | $525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995979 | $2,381.25 | 8/20/2018 | 3055891 | 7/20/2018 | $6,149.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993616 | $6,704.35 | 8/16/2018 | 3046311 | 7/6/2018 | $6,778.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004575 | $16,410.96 | 9/10/2018 | 3055892 | 7/24/2018 | $270.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010994 | $3,229.20 | 9/20/2018 | 3070881 | 8/7/2018 | $521.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013754 | $3,005.37 | 9/26/2018 | 3091572 | 8/15/2018 | $905.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013754 | $3,005.37 | 9/26/2018 | 3091571 | 8/15/2018 | $844.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013754 | $3,005.37 | 9/26/2018 | 3091569 | 8/15/2018 | $579.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013754 | $3,005.37 | 9/26/2018 | 3088115 | 8/15/2018 | $115.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012849 | $1,609.92 | 9/25/2018 | VPTRAN82118002 | 9/7/2018 | $45.00 |

Fashion Accessory Bazaar LLC (2191225)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                                                    Exhibit A                                                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012849 | $1,609.92 | 9/25/2018 | 3091570 | 8/15/2018 | $1,564.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010097 | $11,528.57 | 9/19/2018 | 3070599 | 8/7/2018 | $3,637.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012102 | $1,313.76 | 9/24/2018 | 3092145-10088 | 8/23/2018 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010097 | $11,528.57 | 9/19/2018 | 3070600 | 8/7/2018 | $1,126.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010994 | $3,229.20 | 9/20/2018 | 3070877 | 8/7/2018 | $463.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010994 | $3,229.20 | 9/20/2018 | 3070602 | 8/7/2018 | $1,600.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010994 | $3,229.20 | 9/20/2018 | 3070598 | 8/7/2018 | $643.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010097 | $11,528.57 | 9/19/2018 | 3070880 | 8/7/2018 | $2,144.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010097 | $11,528.57 | 9/19/2018 | 3070879 | 8/7/2018 | $637.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010097 | $11,528.57 | 9/19/2018 | 3070878 | 8/7/2018 | $1,622.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013754 | $3,005.37 | 9/26/2018 | 3091573 | 8/15/2018 | $643.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012102 | $1,313.76 | 9/24/2018 | 3092145-10090 | 8/23/2018 | $1,313.76 |

**Totals:** 16 transfer(s),  $88,139.87