**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Service Solutions, LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013127 | $15,260.99 | 9/25/2018 | 6923 | 7/10/2018 | $1,740.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987510 | $4,044.69 | 8/1/2018 | 6717 | 5/23/2018 | $1,173.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987510 | $4,044.69 | 8/1/2018 | 6718 | 5/23/2018 | $978.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987510 | $4,044.69 | 8/1/2018 | 6719 | 5/23/2018 | $983.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991020 | $2,488.13 | 8/10/2018 | 6734 | 5/24/2018 | $2,488.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998649 | $7,655.81 | 8/28/2018 | 6810 | 6/12/2018 | $786.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998649 | $7,655.81 | 8/28/2018 | 6811 | 6/12/2018 | $6,230.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987510 | $4,044.69 | 8/1/2018 | 6716 | 5/23/2018 | $909.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013127 | $15,260.99 | 9/25/2018 | 6906 | 7/9/2018 | $1,303.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013127 | $15,260.99 | 9/25/2018 | 6931 | 7/10/2018 | $1,484.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013127 | $15,260.99 | 9/25/2018 | 6924 | 7/10/2018 | $1,740.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013127 | $15,260.99 | 9/25/2018 | 6925 | 7/10/2018 | $1,711.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013127 | $15,260.99 | 9/25/2018 | 6926 | 7/10/2018 | $1,426.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013127 | $15,260.99 | 9/25/2018 | 6927 | 7/10/2018 | $2,452.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013127 | $15,260.99 | 9/25/2018 | 6928 | 7/10/2018 | $491.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013127 | $15,260.99 | 9/25/2018 | 6929 | 7/10/2018 | $1,815.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013127 | $15,260.99 | 9/25/2018 | 6930 | 7/10/2018 | $1,093.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998649 | $7,655.81 | 8/28/2018 | 6812 | 6/12/2018 | $639.11 |

Totals:    4 transfer(s),    $29,449.62