**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Signode Industrial Group LLC dba Multi-Wall Packaging** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004717 | $18,506.88 | 9/10/2018 | 1000206935 | 6/22/2018 | $9,253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004717 | $18,506.88 | 9/10/2018 | 1000206818 | 6/21/2018 | $9,253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997846 | $9,253.44 | 8/27/2018 | 1000205648 | 6/7/2018 | $9,253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993796 | $9,253.44 | 8/20/2018 | 1000205303 | 6/4/2018 | $9,253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990146 | $9,253.44 | 8/9/2018 | 1000204463 | 5/22/2018 | $9,253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983240 | $9,253.44 | 7/26/2018 | 1000203462 | 5/9/2018 | $9,253.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979922 | $10,351.94 | 7/17/2018 | 1000203163 | 5/3/2018 | $10,351.94 |

**Totals:** 6 transfer(s),  $65,872.58