**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Fisher & Zucker LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006746 | $8,513.39 | 9/13/2018 | 72308 | 6/26/2018 | $8,513.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988738 | $8,513.39 | 8/7/2018 | 71418 | 5/24/2018 | $8,513.39 |
| **Totals:** | **2 transfer(s),** | **$17,026.78** | | | | | |