**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Cryopak Industries (2007) ULC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085812 | $12,823.08 | 9/20/2018 | 18200596 | 6/22/2018 | $2,377.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084646 | $2,313.96 | 8/29/2018 | 18200520 | 6/4/2018 | $2,385.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084646 | $2,313.96 | 8/29/2018 | 18200520A-125 | 6/4/2018 | $2,385.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085057 | $1,958.71 | 9/7/2018 | 18200527 | 6/7/2018 | $1,961.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085420 | $13,055.31 | 9/17/2018 | 18200526 | 6/7/2018 | $1,264.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085420 | $13,055.31 | 9/17/2018 | 18200584 | 6/15/2018 | $5,355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085420 | $13,055.31 | 9/17/2018 | 18200591 | 6/8/2018 | $6,438.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085812 | $12,823.08 | 9/20/2018 | 18200570 | 6/19/2018 | $207.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084646 | $2,313.96 | 8/29/2018 | 18200327 | 4/13/2018 | $734.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085812 | $12,823.08 | 9/20/2018 | 18200583 | 6/13/2018 | $5,283.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087183 | $270.42 | 10/5/2018 | 18200688-1703 | 7/10/2018 | $299.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085812 | $12,823.08 | 9/20/2018 | 18200597A | 6/22/2018 | $737.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085812 | $12,823.08 | 9/20/2018 | 18200598A | 6/22/2018 | $1,108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085812 | $12,823.08 | 9/20/2018 | 18200599A | 6/22/2018 | $1,062.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085812 | $12,823.08 | 9/20/2018 | 18200600 | 6/22/2018 | $2,000.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086227 | $991.78 | 10/5/2018 | 18200610-1699 | 6/22/2018 | $22.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086227 | $991.78 | 10/5/2018 | 18200610-1701 | 6/22/2018 | $1,001.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087183 | $270.42 | 10/5/2018 | 18200571 | 6/19/2018 | $299.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085812 | $12,823.08 | 9/20/2018 | 18200572 | 6/19/2018 | $46.08 |

Totals:    6 transfer(s),    $31,413.26