**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Skagit Horticulture LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 41758-2053 | 4/18/2018 | $2,472.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984114 | $4,590.00 | 7/25/2018 | 41757-976 | 4/18/2018 | $2,551.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984114 | $4,590.00 | 7/25/2018 | 41760-979 | 4/18/2018 | $2,551.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984114 | $4,590.00 | 7/25/2018 | 42460-982 | 4/30/2018 | $1,932.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984114 | $4,590.00 | 7/25/2018 | 44488 | 5/10/2018 | $1,530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984114 | $4,590.00 | 7/25/2018 | 44489 | 5/10/2018 | $1,530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984114 | $4,590.00 | 7/25/2018 | 44491 | 5/10/2018 | $1,530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998677 | $7,035.90 | 8/28/2018 | 41757-978 | 4/18/2018 | $2,551.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998677 | $7,035.90 | 8/28/2018 | 41760-981 | 4/18/2018 | $2,551.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998677 | $7,035.90 | 8/28/2018 | 42460-984 | 4/30/2018 | $1,932.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 38376-2047 | 4/30/2018 | $13.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 40066-2048 | 3/28/2018 | $1,433.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 40070-2049 | 3/28/2018 | $1,433.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 41226-2050 | 4/11/2018 | $3,069.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980785 | $2,551.80 | 7/18/2018 | 41759 | 5/10/2018 | $2,551.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005577 | $66.82 | 9/11/2018 | 20180113KPWA | 6/22/2018 | $66.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013157 | $7,841.88 | 9/25/2018 | 42458-2061 | 7/11/2018 | $18.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013157 | $7,841.88 | 9/25/2018 | 42458-2060 | 7/11/2018 | $1,193.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013157 | $7,841.88 | 9/25/2018 | 38378 | 7/11/2018 | $4,352.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009262 | $14,084.10 | 9/18/2018 | 43973 | 7/5/2018 | $3,575.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009262 | $14,084.10 | 9/18/2018 | 43971 | 7/6/2018 | $3,107.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 41227-2051 | 4/11/2018 | $1,041.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009262 | $14,084.10 | 9/18/2018 | 38377 | 7/6/2018 | $3,857.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 41229-2052 | 4/11/2018 | $3,069.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 45542-2058 | 7/16/2018 | $184.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 42458-2057 | 4/30/2018 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 42454-2056 | 4/30/2018 | $13.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 42453-2055 | 4/30/2018 | $13.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002171 | $12,908.14 | 9/4/2018 | 42453-2054 | 4/30/2018 | $37.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013157 | $7,841.88 | 9/25/2018 | 43960 | 7/9/2018 | $3,470.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009262 | $14,084.10 | 9/18/2018 | 43968 | 7/6/2018 | $3,542.90 |

**Totals:** 7 transfer(s),   $49,078.64