**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Medal Sports (USA), LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10719 | $762.98 | 8/22/2018 | 00008289AA | 7/18/2018 | $404.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05912 | $114.62 | 8/14/2018 | 00000439AA | 7/10/2018 | $66.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05912 | $114.62 | 8/14/2018 | 00000451AA | 7/10/2018 | $66.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05912 | $114.62 | 8/14/2018 | 00000505AA | 7/10/2018 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06658 | $90.50 | 8/15/2018 | 00008777AA | 7/11/2018 | $90.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07500 | $14.50 | 8/16/2018 | 00002369AA-148416 | 7/12/2018 | $14.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08120 | $3,391.96 | 8/17/2018 | 00006384AA | 7/13/2018 | $252.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08120 | $3,391.96 | 8/17/2018 | 00006385AA | 7/13/2018 | $769.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08120 | $3,391.96 | 8/17/2018 | 00006386AA-148417 | 7/13/2018 | $435.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08120 | $3,391.96 | 8/17/2018 | 00006387AA | 7/13/2018 | $415.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08120 | $3,391.96 | 8/17/2018 | 00006388AA | 7/13/2018 | $252.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08120 | $3,391.96 | 8/17/2018 | 00006389AA | 7/13/2018 | $415.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90716 | $1,108.76 | 7/18/2018 | 00009562AA | 6/12/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08120 | $3,391.96 | 8/17/2018 | 00006391AA | 7/13/2018 | $415.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00006819AA | 7/6/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10719 | $762.98 | 8/22/2018 | 00008290AA-148418 | 7/18/2018 | $358.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10719 | $762.98 | 8/22/2018 | 00008765AA | 7/15/2018 | $415.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90716 | $1,108.76 | 7/18/2018 | 00004248AA | 6/13/2018 | $65.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90716 | $1,108.76 | 7/18/2018 | 00004265AA | 6/13/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90716 | $1,108.76 | 7/18/2018 | 00004273AA | 6/13/2018 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90716 | $1,108.76 | 7/18/2018 | 00004275AA | 6/13/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90716 | $1,108.76 | 7/18/2018 | 00004280AA | 6/13/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90716 | $1,108.76 | 7/18/2018 | 00007524AA-148419 | 6/13/2018 | $404.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90716 | $1,108.76 | 7/18/2018 | 00007525AA | 6/13/2018 | $415.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90716 | $1,108.76 | 7/18/2018 | 00009487AA | 6/12/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00288 | $32.45 | 8/3/2018 | 00000485AA | 6/29/2018 | $66.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08120 | $3,391.96 | 8/17/2018 | 00006390AA | 7/13/2018 | $435.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00000750AA | 7/8/2018 | $769.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01159 | $2,095.61 | 8/6/2018 | 00002195AA | 7/2/2018 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01159 | $2,095.61 | 8/6/2018 | 00002203AA | 7/2/2018 | $165.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01159 | $2,095.61 | 8/6/2018 | 00002299AA | 7/2/2018 | $66.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01159 | $2,095.61 | 8/6/2018 | 00006774AA | 7/2/2018 | $484.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01159 | $2,095.61 | 8/6/2018 | 00006775AA | 7/2/2018 | $415.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01159 | $2,095.61 | 8/6/2018 | 00006776AA | 7/2/2018 | $415.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01159 | $2,095.61 | 8/6/2018 | 00007964AA | 7/2/2018 | $769.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02735 | $889.40 | 8/8/2018 | 00005110AA | 7/4/2018 | $484.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02735 | $889.40 | 8/8/2018 | 00005111AA | 7/4/2018 | $404.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00000737AA | 7/5/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00000747AA | 7/8/2018 | $415.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05912 | $114.62 | 8/14/2018 | 00000193AA | 7/10/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00000749AA | 7/8/2018 | $769.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00008012AA | 7/9/2018 | $19.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00000773AA | 7/9/2018 | $404.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00000774AA | 7/9/2018 | $404.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00000775AA-148414 | 7/9/2018 | $252.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00003664AA | 7/9/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00003887AA | 7/9/2018 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00005354AA | 7/9/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00006218AA | 7/9/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00006303AA | 7/9/2018 | $39.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00006336AA | 7/9/2018 | $66.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00006756AA | 7/6/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00006816AA-148415 | 7/6/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91604 | $35.45 | 7/19/2018 | 00005423AA | 6/14/2018 | $66.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05017 | $3,631.41 | 8/13/2018 | 00000748AA | 7/8/2018 | $415.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006433AA | 6/26/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95725 | $255.50 | 7/26/2018 | 00003593AA | 6/21/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96350 | $589.20 | 7/27/2018 | 00009713AA | 6/22/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96350 | $589.20 | 7/27/2018 | 00009882AA | 6/22/2018 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96350 | $589.20 | 7/27/2018 | 00009884AA | 6/22/2018 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96350 | $589.20 | 7/27/2018 | 00009892AA | 6/22/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96350 | $589.20 | 7/27/2018 | 00009899AA | 6/22/2018 | $28.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96350 | $589.20 | 7/27/2018 | 00009903AA | 6/22/2018 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96350 | $589.20 | 7/27/2018 | 00009915AA | 6/22/2018 | $46.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006062AA | 6/26/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006076AA | 6/26/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006159AA | 6/26/2018 | $65.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90716 | $1,108.76 | 7/18/2018 | 00009527AA | 6/12/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006371AA | 6/26/2018 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94883 | $2,232.22 | 7/25/2018 | 00006142AA | 6/20/2018 | $1,381.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006454AA | 6/26/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006458AA-148421 | 6/26/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006481AA | 6/26/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006486AA | 6/26/2018 | $165.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006815AA | 6/26/2018 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006989AA | 6/26/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98870 | $621.11 | 8/1/2018 | 00003812AA | 6/27/2018 | $88.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98870 | $621.11 | 8/1/2018 | 00003817AA | 6/27/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98870 | $621.11 | 8/1/2018 | 00003825AA | 6/27/2018 | $165.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98870 | $621.11 | 8/1/2018 | 00004821AA | 6/27/2018 | $280.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99662 | $106.00 | 8/2/2018 | 00006617AA-148422 | 6/28/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98189 | $811.00 | 7/31/2018 | 00006348AA | 6/26/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007643AA | 6/19/2018 | $65.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91604 | $35.45 | 7/19/2018 | 00005450AA | 6/14/2018 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92248 | $34.50 | 7/20/2018 | 00007517AA | 6/15/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93181 | $484.70 | 7/23/2018 | 00008999AA | 6/18/2018 | $484.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00003874AA | 6/19/2018 | $294.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007102AA | 6/19/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007221AA | 6/19/2018 | $19.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007225AA | 6/19/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007342AA | 6/19/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007437AA | 6/19/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007540AA | 6/19/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007578AA | 6/19/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95725 | $255.50 | 7/26/2018 | 00003510AA | 6/21/2018 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007620AA | 6/19/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95725 | $255.50 | 7/26/2018 | 00003322AA | 6/21/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007701AA | 6/19/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007726AA | 6/19/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007731AA | 6/19/2018 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00009479AA | 6/19/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00009519AA | 6/19/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00009537AA | 6/19/2018 | $34.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00009558AA | 6/19/2018 | $35.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00009576AA-148420 | 6/19/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00009604AA | 6/19/2018 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94883 | $2,232.22 | 7/25/2018 | 00005578AA | 6/20/2018 | $435.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94883 | $2,232.22 | 7/25/2018 | 00005579AA | 6/20/2018 | $415.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99662 | $106.00 | 8/2/2018 | 00006631AA | 6/28/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94126 | $1,230.40 | 7/24/2018 | 00007600AA | 6/19/2018 | $35.00 |

**Totals:** **20 transfer(s),** **$18,532.27**