**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Fiskars Brands, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003335 | $3,726.59 | 9/6/2018 | 7675800-16407 | 5/12/2018 | $4,554.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003335 | $3,726.59 | 9/6/2018 | 7675800-16405 | 5/12/2018 | $238.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988739 | $30,677.74 | 8/7/2018 | 7676486 | 5/14/2018 | $3,550.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988739 | $30,677.74 | 8/7/2018 | 7676484 | 5/14/2018 | $6,159.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988739 | $30,677.74 | 8/7/2018 | 7676483 | 5/14/2018 | $6,849.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988739 | $30,677.74 | 8/7/2018 | 7676481 | 5/14/2018 | $10,776.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988739 | $30,677.74 | 8/7/2018 | 7675799 | 5/12/2018 | $3,349.44 |

**Totals:**    2 transfer(s),    $34,404.33