**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Cudlie Accessories LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988580 | $1,581.31 | 8/7/2018 | 3627338 | 6/25/2018 | $403.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3627179 | 6/21/2018 | $282.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3627653 | 6/21/2018 | $161.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3627963 | 6/21/2018 | $443.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3628202 | 6/21/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3628503 | 6/21/2018 | $201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3628752 | 6/19/2018 | $165.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3628916 | 6/27/2018 | $433.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3628918 | 6/26/2018 | $450.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3629013 | 6/21/2018 | $241.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3629197-72 | 7/3/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979735 | $201.22 | 7/17/2018 | 3627482 | 6/4/2018 | $80.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3629334 | 7/3/2018 | $14,146.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986494 | $951.26 | 7/31/2018 | 3628751 | 6/19/2018 | $268.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988580 | $1,581.31 | 8/7/2018 | 3627647 | 6/25/2018 | $322.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988580 | $1,581.31 | 8/7/2018 | 3627957 | 6/25/2018 | $201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988580 | $1,581.31 | 8/7/2018 | 3628196 | 6/25/2018 | $80.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988580 | $1,581.31 | 8/7/2018 | 3628494 | 6/25/2018 | $241.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988580 | $1,581.31 | 8/7/2018 | 3628915 | 6/26/2018 | $331.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989194 | $211.01 | 8/8/2018 | 3628917 | 6/26/2018 | $211.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990707 | $1,039.06 | 8/10/2018 | 3620434-66 | 8/11/2017 | $623.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990707 | $1,039.06 | 8/10/2018 | 3628919 | 6/26/2018 | $364.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990707 | $1,039.06 | 8/10/2018 | 3629327 | 7/3/2018 | $51.26 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991643 | $125.57 | 8/13/2018 | 3628914 | 6/26/2018 | $125.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992062 | $4,227.65 | 8/14/2018 | 3629198 | 6/29/2018 | $4,089.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3629197-74 | 7/3/2018 | $5,385.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983749 | $1,956.07 | 7/25/2018 | 3628507 | 6/12/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979735 | $201.22 | 7/17/2018 | 3627645 | 6/4/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979735 | $201.22 | 7/17/2018 | 3628195 | 6/5/2018 | $80.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981350 | $204.81 | 7/19/2018 | 3628204 | 6/5/2018 | $114.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981350 | $204.81 | 7/19/2018 | 3628506 | 6/7/2018 | $161.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981350 | $204.81 | 7/19/2018 | 3628748 | 6/19/2018 | $234.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981806 | $347.71 | 7/20/2018 | 3628501 | 6/12/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981806 | $347.71 | 7/20/2018 | 3628502 | 6/12/2018 | $324.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982386 | $136.70 | 7/23/2018 | 3628493 | 6/12/2018 | $136.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983749 | $1,956.07 | 7/25/2018 | 3628194 | 6/14/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983749 | $1,956.07 | 7/25/2018 | 3628495 | 6/12/2018 | $69.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983749 | $1,956.07 | 7/25/2018 | 3628496 | 6/12/2018 | $273.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3626945-71 | 4/24/2018 | $409.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983749 | $1,956.07 | 7/25/2018 | 3628505 | 6/12/2018 | $375.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988135 | $8,364.39 | 8/2/2018 | 3626942-70 | 4/24/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983749 | $1,956.07 | 7/25/2018 | 3628508 | 6/12/2018 | $136.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983749 | $1,956.07 | 7/25/2018 | 3628750 | 6/19/2018 | $170.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983749 | $1,956.07 | 7/25/2018 | 3629010 | 6/21/2018 | $120.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983749 | $1,956.07 | 7/25/2018 | CD3102787ED | 7/13/2018 | $699.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985170 | $245.18 | 7/27/2018 | 3628747 | 6/19/2018 | $245.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986494 | $951.26 | 7/31/2018 | 3625546-68 | 3/13/2018 | $384.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986494 | $951.26 | 7/31/2018 | 3625739-69 | 3/20/2018 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986494 | $951.26 | 7/31/2018 | 3627961 | 6/21/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986494 | $951.26 | 7/31/2018 | 3628200 | 6/21/2018 | $40.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986494 | $951.26 | 7/31/2018 | 3628500 | 6/21/2018 | $201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992728 | $999.00 | 8/15/2018 | 3620441-67 | 8/14/2017 | $999.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983749 | $1,956.07 | 7/25/2018 | 3628504 | 6/12/2018 | $46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630665 | 8/8/2018 | $524.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992062 | $4,227.65 | 8/14/2018 | 3629326 | 7/10/2018 | $120.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008826 | $322.56 | 9/18/2018 | 3630671 | 8/2/2018 | $80.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010844 | $62.16 | 9/20/2018 | 3630576 | 8/6/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010844 | $62.16 | 9/20/2018 | 3630657 | 8/6/2018 | $138.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3629771 | 8/6/2018 | $120.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630650 | 8/6/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630653 | 8/6/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630655 | 8/6/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630656 | 8/8/2018 | $645.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630660 | 8/6/2018 | $564.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630661 | 8/6/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008826 | $322.56 | 9/18/2018 | 3630658 | 8/8/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630664 | 8/6/2018 | $120.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008826 | $322.56 | 9/18/2018 | 3630654 | 8/6/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630669 | 8/7/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630670 | 8/6/2018 | $201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630672 | 8/7/2018 | $46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630885 | 8/9/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013710 | $685.44 | 9/26/2018 | 3630577 | 8/6/2018 | $161.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013710 | $685.44 | 9/26/2018 | 3630652 | 8/6/2018 | $46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013710 | $685.44 | 9/26/2018 | 3630659 | 8/6/2018 | $46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013710 | $685.44 | 9/26/2018 | 3630666 | 8/7/2018 | $69.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013710 | $685.44 | 9/26/2018 | 3630668 | 8/6/2018 | $120.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013710 | $685.44 | 9/26/2018 | 3630887 | 8/9/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013710 | $685.44 | 9/26/2018 | 3630889 | 8/9/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012796 | $2,580.48 | 9/25/2018 | 3630662 | 8/6/2018 | $201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629765 | 7/19/2018 | $115.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013710 | $685.44 | 9/26/2018 | 3631397 | 8/23/2018 | $161.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994480 | $22,866.05 | 8/17/2018 | 3629329 | 7/5/2018 | $91.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994480 | $22,866.05 | 8/17/2018 | 3629333 | 7/5/2018 | $57.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994480 | $22,866.05 | 8/17/2018 | 3629335 | 7/5/2018 | $22,717.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3628746 | 7/16/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3628749 | 7/20/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629008 | 7/16/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629009 | 7/26/2018 | $80.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629011 | 7/20/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629325 | 7/26/2018 | $120.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629328 | 7/20/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008826 | $322.56 | 9/18/2018 | 3630663 | 8/6/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629764 | 7/26/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992062 | $4,227.65 | 8/14/2018 | 3629331 | 7/5/2018 | $17.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629766 | 7/24/2018 | $241.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629767 | 7/19/2018 | $46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629768 | 7/24/2018 | $403.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629769 | 7/19/2018 | $23.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629770 | 7/19/2018 | $69.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | CD3103004ED | 8/10/2018 | $331.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003787 | $108.36 | 9/7/2018 | 3629012 | 7/20/2018 | $80.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003787 | $108.36 | 9/7/2018 | 3629330 | 7/20/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005226 | $161.28 | 9/11/2018 | 3630667 | 8/2/2018 | $161.28 |

Cudlie Accessories LLC (2191527)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008826 | $322.56 | 9/18/2018 | 3630575 | 8/6/2018 | $80.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008826 | $322.56 | 9/18/2018 | 3630651 | 8/6/2018 | $92.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001791 | $471.05 | 9/4/2018 | 3629332 | 7/16/2018 | $201.60 |

**Totals:** **22 transfer(s),** **$47,848.32**