**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dalessio Group, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680470 | 5/22/2018 | $77.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680340 | 5/22/2018 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680600 | 5/22/2018 | $189.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680580 | 5/22/2018 | $58.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680570 | 5/22/2018 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680560 | 5/22/2018 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680530-17414 | 5/22/2018 | $282.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680530-17412 | 5/22/2018 | $46.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680520 | 5/22/2018 | $247.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680620 | 5/22/2018 | $171.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680500-17409 | 5/22/2018 | $10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680630 | 5/22/2018 | $418.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680460 | 5/22/2018 | $68.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680450 | 5/22/2018 | $99.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680440 | 5/22/2018 | $137.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680420 | 5/22/2018 | $52.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680380 | 5/22/2018 | $137.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680370 | 5/22/2018 | $106.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680360 | 5/22/2018 | $65.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6662800 | 4/16/2018 | $713.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680500-17411 | 5/22/2018 | $47.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680740 | 5/22/2018 | $282.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680890 | 5/22/2018 | $126.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680870 | 5/22/2018 | $287.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680850 | 5/22/2018 | $126.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680840 | 5/22/2018 | $119.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680820 | 5/22/2018 | $145.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680810 | 5/22/2018 | $221.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680790 | 5/22/2018 | $102.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680780 | 5/22/2018 | $275.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680610 | 5/22/2018 | $134.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680750 | 5/22/2018 | $116.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680330 | 5/22/2018 | $112.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680730 | 5/22/2018 | $224.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680720 | 5/22/2018 | $149.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680710 | 5/22/2018 | $303.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680700 | 5/22/2018 | $61.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680690 | 5/22/2018 | $108.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680660-17417 | 5/22/2018 | $413.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680660-17415 | 5/22/2018 | $10.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680640 | 5/22/2018 | $123.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680760 | 5/22/2018 | $57.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663000 | 4/16/2018 | $404.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680350 | 5/22/2018 | $202.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663390 | 4/16/2018 | $563.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663380 | 4/16/2018 | $533.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663340 | 4/16/2018 | $745.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663300 | 4/16/2018 | $781.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663290 | 4/16/2018 | $345.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663250 | 4/16/2018 | $675.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663160 | 4/16/2018 | $749.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663440 | 4/16/2018 | $340.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663020 | 4/16/2018 | $445.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663510 | 4/16/2018 | $518.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6662980 | 4/16/2018 | $445.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6662960 | 4/16/2018 | $790.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6662940 | 4/16/2018 | $487.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6662920 | 4/16/2018 | $336.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6662910 | 4/16/2018 | $500.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6662890 | 4/16/2018 | $463.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6662860 | 4/16/2018 | $670.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6662850 | 4/16/2018 | $159.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663140 | 4/16/2018 | $410.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680180 | 5/22/2018 | $95.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680320 | 5/22/2018 | $220.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680310 | 5/22/2018 | $57.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680280 | 5/22/2018 | $113.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680270-17407 | 5/22/2018 | $197.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680260 | 5/22/2018 | $124.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680250 | 5/22/2018 | $107.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680240 | 5/22/2018 | $49.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680220 | 5/22/2018 | $49.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663430 | 4/16/2018 | $330.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680200 | 5/22/2018 | $163.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680940 | 5/22/2018 | $120.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680170 | 5/22/2018 | $123.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083022 | $1,238.06 | 8/13/2018 | 6663320-17568 | 4/16/2018 | $330.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083022 | $1,238.06 | 8/13/2018 | 6662840 | 4/16/2018 | $330.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083022 | $1,238.06 | 8/13/2018 | 6662790 | 4/16/2018 | $643.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663710 | 4/16/2018 | $385.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663680 | 4/16/2018 | $436.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663650 | 4/16/2018 | $389.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082457 | $13,391.60 | 8/13/2018 | 6663580 | 4/16/2018 | $833.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680210 | 5/22/2018 | $64.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680800 | 5/22/2018 | $201.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680900 | 5/22/2018 | $200.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681030 | 5/22/2018 | $106.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681010 | 5/22/2018 | $143.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680980 | 5/22/2018 | $242.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680960 | 5/22/2018 | $87.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680920 | 5/22/2018 | $281.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680910 | 5/22/2018 | $264.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680880 | 5/22/2018 | $341.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681080 | 5/22/2018 | $183.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680830 | 5/22/2018 | $183.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681090 | 5/22/2018 | $130.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680770 | 5/22/2018 | $96.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680680 | 5/22/2018 | $49.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680670 | 5/22/2018 | $271.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680650 | 5/22/2018 | $99.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680590 | 5/22/2018 | $101.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680550 | 5/22/2018 | $174.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680540 | 5/22/2018 | $312.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680510 | 5/22/2018 | $175.35 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680860 | 5/22/2018 | $206.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681340 | 5/22/2018 | $160.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085847 | $344.00 | 10/9/2018 | 6681000 | 5/22/2018 | $45.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085847 | $344.00 | 10/9/2018 | 6680230 | 5/22/2018 | $40.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681520 | 5/22/2018 | $137.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681510 | 5/22/2018 | $322.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681500 | 5/22/2018 | $180.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681490 | 5/22/2018 | $149.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681470 | 5/22/2018 | $427.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681460 | 5/22/2018 | $75.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681060 | 5/22/2018 | $117.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681360 | 5/22/2018 | $199.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680430 | 5/22/2018 | $57.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681330 | 5/22/2018 | $176.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681310 | 5/22/2018 | $431.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681270 | 5/22/2018 | $161.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681250 | 5/22/2018 | $117.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681230 | 5/22/2018 | $213.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681180 | 5/22/2018 | $60.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681160 | 5/22/2018 | $156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681150 | 5/22/2018 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6681420 | 5/22/2018 | $177.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681110 | 5/22/2018 | $188.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681260 | 5/22/2018 | $150.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681240 | 5/22/2018 | $278.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681220 | 5/22/2018 | $116.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681210 | 5/22/2018 | $180.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681200 | 5/22/2018 | $503.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681190 | 5/22/2018 | $189.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681170 | 5/22/2018 | $140.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681140 | 5/22/2018 | $45.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680490 | 5/22/2018 | $73.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681120 | 5/22/2018 | $123.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681300 | 5/22/2018 | $435.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681100 | 5/22/2018 | $206.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681070 | 5/22/2018 | $173.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681050 | 5/22/2018 | $83.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681040 | 5/22/2018 | $274.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680990 | 5/22/2018 | $73.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680970 | 5/22/2018 | $232.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680950 | 5/22/2018 | $330.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085847 | $344.00 | 10/9/2018 | 6681020 | 5/22/2018 | $376.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681130 | 5/22/2018 | $203.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681440 | 5/22/2018 | $368.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6680930 | 5/22/2018 | $183.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680410 | 5/22/2018 | $246.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680400 | 5/22/2018 | $49.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680390 | 5/22/2018 | $50.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680300 | 5/22/2018 | $80.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680290 | 5/22/2018 | $380.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680190 | 5/22/2018 | $45.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6663330 | 4/16/2018 | $667.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681280 | 5/22/2018 | $35.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681450 | 5/22/2018 | $133.35 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681290 | 5/22/2018 | $265.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681430 | 5/22/2018 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681410 | 5/22/2018 | $196.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681400 | 5/22/2018 | $263.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681390 | 5/22/2018 | $152.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681380-17418 | 5/22/2018 | $121.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681370 | 5/22/2018 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681350 | 5/22/2018 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681320 | 5/22/2018 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084700 | $8,717.48 | 9/4/2018 | 6680480 | 5/22/2018 | $101.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084195 | $13,720.72 | 9/4/2018 | 6681480 | 5/22/2018 | $219.70 |

Totals:    5 transfer(s),    $37,411.86