**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Damao Luggage International Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32034636 | $12,849.20 | 9/17/2018 | 9897 | 5/22/2018 | $12,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033961 | $9,520.00 | 8/6/2018 | 9727 | 5/15/2018 | $9,520.00 |
| **Totals:** | | **2 transfer(s),** | **$22,369.20** | | | | |