**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **DAS, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085848 | $8,625.00 | 9/13/2018 | 3269 | 6/21/2018 | $5,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085848 | $8,625.00 | 9/13/2018 | 3267 | 6/21/2018 | $2,875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084196 | $3,550.00 | 8/14/2018 | 3188 | 5/22/2018 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084196 | $3,550.00 | 8/14/2018 | 3187 | 5/22/2018 | $1,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084196 | $3,550.00 | 8/14/2018 | 3186 | 5/22/2018 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083790 | $9,025.00 | 8/6/2018 | 5156 | 5/14/2018 | $6,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083790 | $9,025.00 | 8/6/2018 | 3172 | 5/17/2018 | $2,875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083023 | $1,150.00 | 7/17/2018 | 3100 | 5/1/2018 | $1,150.00 |

Totals:    4 transfer(s),    $22,350.00