**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Folsom Services, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988744 | $600.00 | 8/7/2018 | 65689 | 5/22/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995982 | $1,708.48 | 8/20/2018 | 6573965740 | 6/4/2018 | $1,316.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995982 | $1,708.48 | 8/20/2018 | 65739 | 6/4/2018 | $392.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994620 | $8,421.56 | 8/17/2018 | 64896 | 6/1/2018 | $653.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994620 | $8,421.56 | 8/17/2018 | 64879 | 5/10/2018 | $2,995.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994620 | $8,421.56 | 8/17/2018 | 64806 | 5/17/2018 | $4,772.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993620 | $300.00 | 8/16/2018 | 64894 | 5/31/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992780 | $7,166.74 | 8/15/2018 | 65382 | 4/2/2018 | $5,704.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992780 | $7,166.74 | 8/15/2018 | 64893 | 5/30/2018 | $1,462.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992257 | $3,974.40 | 8/14/2018 | 65753 | 5/29/2018 | $525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992257 | $3,974.40 | 8/14/2018 | 31902 | 5/29/2018 | $3,449.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989987 | $1,766.70 | 8/9/2018 | 64888 | 5/24/2018 | $337.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979783 | $937.50 | 7/17/2018 | 64871 | 5/3/2018 | $937.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989250 | $251.88 | 8/8/2018 | 64887 | 5/23/2018 | $251.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997013 | $533.41 | 8/22/2018 | 65737 | 6/6/2018 | $533.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987260 | $1,668.75 | 8/1/2018 | 65683 | 5/18/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987260 | $1,668.75 | 8/1/2018 | 65682 | 5/18/2018 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987260 | $1,668.75 | 8/1/2018 | 65569 | 5/18/2018 | $468.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987260 | $1,668.75 | 8/1/2018 | 64882 | 5/19/2018 | $675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986540 | $662.00 | 7/31/2018 | 31871 | 5/17/2018 | $662.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985820 | $1,500.00 | 7/30/2018 | 64881 | 5/16/2018 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984784 | $1,368.75 | 7/26/2018 | 65575 | 5/14/2018 | $693.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984784 | $1,368.75 | 7/26/2018 | 65574 | 5/14/2018 | $431.25 |

Folsom Services, Inc. (2190972)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                    Exhibit A                    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984784 | $1,368.75 | 7/26/2018 | 65411 | 4/23/2018 | $243.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983802 | $450.00 | 7/25/2018 | 64880 | 5/11/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982431 | $4,232.57 | 7/23/2018 | 65395 | 5/9/2018 | $4,232.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980523 | $450.00 | 7/18/2018 | 64873 | 5/4/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989987 | $1,766.70 | 8/9/2018 | 31898 | 5/24/2018 | $1,429.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001854 | $1,686.23 | 9/4/2018 | 65721 | 6/15/2018 | $823.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013758 | $920.50 | 9/26/2018 | 31935 | 7/9/2018 | $920.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012856 | $8,638.19 | 9/25/2018 | 65595 | 7/6/2018 | $508.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012856 | $8,638.19 | 9/25/2018 | 22338 | 5/23/2018 | $8,129.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012105 | $4,062.09 | 9/24/2018 | 64945 | 7/5/2018 | $3,746.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012105 | $4,062.09 | 9/24/2018 | 64944 | 7/5/2018 | $315.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011021 | $1,077.86 | 9/20/2018 | 64935 | 7/3/2018 | $1,077.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007297 | $4,038.04 | 9/14/2018 | 65853 | 6/27/2018 | $1,226.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007297 | $4,038.04 | 9/14/2018 | 64932 | 6/27/2018 | $2,811.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004578 | $277.00 | 9/10/2018 | 65841 | 6/21/2018 | $277.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003844 | $984.55 | 9/7/2018 | 64924 | 6/20/2018 | $984.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003342 | $1,710.47 | 9/6/2018 | 65836 | 6/19/2018 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003342 | $1,710.47 | 9/6/2018 | 65718 | 6/19/2018 | $1,335.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996493 | $312.00 | 8/21/2018 | 64902 | 6/5/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002797 | $450.00 | 9/5/2018 | 65723 | 6/18/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996493 | $312.00 | 8/21/2018 | 64903 | 6/5/2018 | $162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001854 | $1,686.23 | 9/4/2018 | 64915 | 6/17/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001854 | $1,686.23 | 9/4/2018 | 64872 | 6/15/2018 | $562.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001147 | $937.50 | 9/3/2018 | 64912 | 6/14/2018 | $937.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999840 | $2,493.75 | 8/30/2018 | 65728 | 6/12/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999840 | $2,493.75 | 8/30/2018 | 65633 | 6/12/2018 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999840 | $2,493.75 | 8/30/2018 | 65632 | 6/12/2018 | $262.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999840 | $2,493.75 | 8/30/2018 | 64911 | 6/12/2018 | $543.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999840 | $2,493.75 | 8/30/2018 | 64910 | 6/12/2018 | $1,087.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999840 | $2,493.75 | 8/30/2018 | 64901 | 6/12/2018 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999283 | $8,568.00 | 8/29/2018 | 22637 | 6/11/2018 | $8,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997709 | $600.00 | 8/23/2018 | 65736 | 6/7/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014322 | $1,326.30 | 9/27/2018 | 64948 | 7/10/2018 | $1,326.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002797 | $450.00 | 9/5/2018 | 65834 | 6/18/2018 | $300.00 |

**Totals:**    **33 transfer(s),**    **$74,075.22**