**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Steven Rockwell Sanders, LLC dba S R Sanders LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998098 | $4,845.00 | 8/23/2018 | 2018106 | 6/12/2018 | $675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983497 | $18,018.44 | 7/24/2018 | 201841 | 5/9/2018 | $4,826.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983497 | $18,018.44 | 7/24/2018 | 201886 | 5/10/2018 | $2,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983497 | $18,018.44 | 7/24/2018 | 201887 | 5/10/2018 | $1,570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983497 | $18,018.44 | 7/24/2018 | 201888 | 5/10/2018 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983497 | $18,018.44 | 7/24/2018 | 201889 | 5/10/2018 | $665.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983497 | $18,018.44 | 7/24/2018 | 201890 | 5/10/2018 | $615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990443 | $3,100.00 | 8/9/2018 | 201897 | 5/28/2018 | $475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990443 | $3,100.00 | 8/9/2018 | 201898 | 5/28/2018 | $1,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990443 | $3,100.00 | 8/9/2018 | 201899 | 5/28/2018 | $1,335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998098 | $4,845.00 | 8/23/2018 | 2018103 | 6/12/2018 | $2,430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983497 | $18,018.44 | 7/24/2018 | 201839 | 5/9/2018 | $7,656.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998098 | $4,845.00 | 8/23/2018 | 2018105 | 6/12/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012537 | $8,360.00 | 9/24/2018 | 2018130 | 7/10/2018 | $2,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001540 | $2,475.00 | 9/3/2018 | 2018113 | 6/18/2018 | $2,475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008537 | $7,705.00 | 9/17/2018 | 1018121 | 7/2/2018 | $1,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008537 | $7,705.00 | 9/17/2018 | 2018116 | 6/27/2018 | $2,430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008537 | $7,705.00 | 9/17/2018 | 2018117 | 6/27/2018 | $495.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008537 | $7,705.00 | 9/17/2018 | 2018118 | 6/27/2018 | $530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008537 | $7,705.00 | 9/17/2018 | 2018120 | 7/2/2018 | $2,610.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012537 | $8,360.00 | 9/24/2018 | 2018122 | 7/7/2018 | $2,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012537 | $8,360.00 | 9/24/2018 | 2018126 | 7/10/2018 | $1,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012537 | $8,360.00 | 9/24/2018 | 2018127 | 7/10/2018 | $420.00 |

Steven Rockwell Sanders, LLC dba S R Sanders LLC (2191607)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012537 | $8,360.00 | 9/24/2018 | 2018128 | 7/10/2018 | $620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998098 | $4,845.00 | 8/23/2018 | 2018104 | 6/12/2018 | $1,470.00 |
| **Totals:** | | **6 transfer(s),** | **$44,503.44** | | | | |