**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Forman Industries, Inc. dba FI Companies** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006737 | $29,064.60 | 9/13/2018 | 169206-1861 | 6/29/2018 | $25,108.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006737 | $29,064.60 | 9/13/2018 | 169206-1860 | 6/29/2018 | $3,956.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999825 | $655.00 | 8/30/2018 | PERMIT052018 | 5/10/2018 | $655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999824 | $26,554.32 | 8/30/2018 | 169169-201 | 6/15/2018 | $26,140.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999824 | $26,554.32 | 8/30/2018 | 169169-200 | 6/15/2018 | $6,594.00 |

**Totals:    3 transfer(s),    $56,273.92**