**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Fragomen, Del Rey, Bernsen & Loewy, LLP** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008893 | $17,245.37 | 9/18/2018 | 1870864443 | 6/30/2018 | $2,943.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008893 | $17,245.37 | 9/18/2018 | 1870864437 | 6/30/2018 | $8,535.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008893 | $17,245.37 | 9/18/2018 | 1870864435 | 6/30/2018 | $5,404.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008893 | $17,245.37 | 9/18/2018 | 1870850560 | 6/30/2018 | $361.87 |

Totals:    1 transfer(s),    $17,245.37