**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **TCA Holdings Propartners, L.L.C.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009360 | $33,088.80 | 9/18/2018 | FITNESSWELLNESS-6356 | 7/2/2018 | $11,255.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009360 | $33,088.80 | 9/18/2018 | FITNESSWELLNESS-6355 | 7/2/2018 | $20,437.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009360 | $33,088.80 | 9/18/2018 | ENTSERVICES3672 | 3/22/2018 | $1,396.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005659 | $2,853.90 | 9/11/2018 | ENTSERVICES3782 | 6/26/2018 | $286.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005659 | $2,853.90 | 9/11/2018 | ENTSERVICES3637 | 6/26/2018 | $2,288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005659 | $2,853.90 | 9/11/2018 | ENTSERVICES3594 | 6/26/2018 | $279.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995332 | $32,130.87 | 8/17/2018 | FITNESSWELLNESS-3059 | 6/1/2018 | $11,693.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995332 | $32,130.87 | 8/17/2018 | FITNESSWELLNESS-3058 | 6/1/2018 | $20,437.00 |

Totals:    3 transfer(s),    $68,073.57