**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Data Print Technologies, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43907 | 7/30/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981822 | $640.70 | 7/20/2018 | 43806 | 7/5/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43919 | 8/2/2018 | $50.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43918 | 8/2/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43913 | 8/1/2018 | $89.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43912 | 8/1/2018 | $47.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43923 | 8/3/2018 | $119.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43910 | 7/31/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43931 | 8/6/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43906 | 7/30/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43898 | 7/30/2018 | $49.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43893 | 7/26/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43892 | 7/26/2018 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43887 | 7/25/2018 | $199.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43886 | 7/25/2018 | $99.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43911 | 7/31/2018 | $119.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43941 | 8/6/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43895 | 8/13/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43876 | 8/13/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43871 | 8/13/2018 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43852 | 8/13/2018 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43840 | 8/13/2018 | $849.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43920 | 8/2/2018 | $198.00 |

Data Print Technologies, Inc. (2190968)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019    Exhibit A    P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43943 | 8/7/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43742A001 | 7/11/2018 | $1,109.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43937 | 8/6/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43936 | 8/6/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43935 | 8/6/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43934 | 8/6/2018 | $164.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43933 | 8/6/2018 | $99.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43932 | 8/6/2018 | $108.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996355 | $1,251.47 | 8/21/2018 | 43944 | 8/7/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981822 | $640.70 | 7/20/2018 | 43820 | 7/10/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43831 | 7/12/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43827 | 7/11/2018 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43826 | 7/11/2018 | $402.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43825 | 7/16/2018 | $177.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43824 | 7/11/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43875 | 7/25/2018 | $199.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43821 | 7/11/2018 | $59.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43836 | 7/12/2018 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981822 | $640.70 | 7/20/2018 | 43819 | 7/10/2018 | $69.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981822 | $640.70 | 7/20/2018 | 43818 | 7/10/2018 | $20.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981822 | $640.70 | 7/20/2018 | 43816 | 7/10/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981822 | $640.70 | 7/20/2018 | 43813 | 7/9/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981822 | $640.70 | 7/20/2018 | 43810 | 7/6/2018 | $129.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981822 | $640.70 | 7/20/2018 | 43807 | 7/5/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43822 | 7/11/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988596 | $3,178.85 | 8/7/2018 | 43864 | 7/18/2018 | $287.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43946 | 8/8/2018 | $639.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43741A001 | 7/11/2018 | $15,811.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43740A001 | 7/11/2018 | $6,450.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43739A001 | 7/11/2018 | $1,509.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988596 | $3,178.85 | 8/7/2018 | 43884 | 7/24/2018 | $89.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988596 | $3,178.85 | 8/7/2018 | 43874 | 7/20/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43832 | 7/12/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988596 | $3,178.85 | 8/7/2018 | 43865 | 7/18/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43835A | 7/12/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988596 | $3,178.85 | 8/7/2018 | 43837 | 7/18/2018 | $2,515.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43856 | 7/16/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43853 | 7/16/2018 | $67.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43851 | 7/16/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985187 | $1,987.35 | 7/27/2018 | 43839 | 7/13/2018 | $119.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992085 | $26,220.34 | 8/14/2018 | 43854 | 7/27/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988596 | $3,178.85 | 8/7/2018 | 43870 | 7/19/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44048 | 8/27/2018 | $107.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44066 | 8/30/2018 | $59.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44064 | 8/30/2018 | $59.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44063 | 8/29/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44062 | 8/29/2018 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44052 | 8/27/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 43863A001 | 8/15/2018 | $14,391.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44049 | 8/27/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44071 | 9/4/2018 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44045 | 8/24/2018 | $20.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44044 | 8/24/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44031 | 8/30/2018 | $34.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44026 | 8/21/2018 | $169.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44025 | 8/21/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43905 | 8/13/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44051 | 8/27/2018 | $59.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44080 | 9/5/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44099 | 9/10/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44095 | 9/10/2018 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44094 | 9/10/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44090 | 9/7/2018 | $27.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44089 | 9/7/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44087 | 9/6/2018 | $1,523.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44067 | 8/31/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44084 | 9/6/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44070 | 9/4/2018 | $594.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44079 | 9/5/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44077 | 9/5/2018 | $84.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44074 | 9/4/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44073 | 9/4/2018 | $128.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 44072 | 9/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006596 | $14,391.11 | 9/13/2018 | 43862A001 | 8/10/2018 | $14,391.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44085 | 9/6/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43961 | 8/13/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 40009 | 8/20/2018 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43971 | 8/14/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43970 | 8/14/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43969 | 8/14/2018 | $314.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43964 | 8/13/2018 | $300.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010861 | $19,150.86 | 9/20/2018 | 43978 | 8/21/2018 | $2,320.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43962 | 8/13/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 43979 | 8/15/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43958 | 8/10/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43956 | 8/10/2018 | $396.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43955 | 8/9/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43953 | 8/9/2018 | $57.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43948 | 8/8/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014183 | $3,715.10 | 9/27/2018 | 44105 | 9/11/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43963 | 8/13/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 43990 | 8/16/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 44008 | 8/20/2018 | $109.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 44007 | 8/20/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 44006 | 8/20/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 44005 | 8/20/2018 | $115.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 44002 | 8/17/2018 | $119.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 44001 | 8/17/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 43976 | 8/15/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 43997 | 8/17/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 43977 | 8/15/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 43989 | 8/16/2018 | $59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 43988 | 8/16/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 43987 | 8/16/2018 | $29.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 43984 | 8/16/2018 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 43980 | 8/15/2018 | $24.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999683 | $5,036.40 | 8/30/2018 | 43940 | 8/13/2018 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003192 | $1,578.25 | 9/6/2018 | 44000 | 8/17/2018 | $54.90 |

**Totals:**    **10 transfer(s),**    **$77,150.43**