**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Gage Roofing & Constructors, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988769 | $28,080.04 | 8/7/2018 | 6454 | 5/22/2018 | $23,284.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988769 | $28,080.04 | 8/7/2018 | 6453 | 5/22/2018 | $4,795.47 |
| **Totals:** | | **1 transfer(s),** | **$28,080.04** | | | | |