**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **The American Bottling Company fdba Mr. Natural Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3161504387-72 | 6/26/2018 | $2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3154602568-19 | 6/1/2018 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 12652985-4 | 6/29/2018 | $5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3569204451-152 | 6/25/2018 | $113.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3285303822-127 | 6/26/2018 | $562.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3285303822-125 | 6/26/2018 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3282402053 | 6/28/2018 | $166.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3257302510-105 | 6/27/2018 | $497.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3257302510-103 | 6/27/2018 | $4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3241503223-89 | 6/28/2018 | $999.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3149100401-11 | 7/3/2018 | $91.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3161504387-74 | 6/26/2018 | $173.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3149100401-12 | 7/3/2018 | $1,937.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3160903188-60 | 6/27/2018 | $282.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3160903188-58 | 6/27/2018 | $5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3157102167-46 | 6/26/2018 | $210.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3157102167-45 | 6/26/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 315702167 | 6/26/2018 | $211.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3154602956-35 | 6/26/2018 | $205.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3154602956-34 | 6/26/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3154602940-33 | 6/25/2018 | $1,009.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3154602940-31 | 6/25/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3154602903-29 | 6/22/2018 | $2,050.02 |

The American Bottling Company fdba Mr. Natural Inc. (2191241)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019               Exhibit A               P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3241503223-87 | 6/28/2018 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3291903274-137 | 7/2/2018 | $1,269.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3160903429-66 | 7/11/2018 | $5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3157102430-50 | 7/10/2018 | $165.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3157102430-49 | 7/10/2018 | $1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3154603203-38 | 7/10/2018 | $1,162.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3154603203-36 | 7/10/2018 | $31.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3149100422-15 | 7/6/2018 | $2,370.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3149100422-14 | 7/6/2018 | $73.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 191198-7 | 7/9/2018 | $119.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3569204762-155 | 7/5/2018 | $96.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 12652985-5 | 6/29/2018 | $415.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3292004173-141 | 6/29/2018 | $355.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 315102167-17 | 6/26/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3257302619-107 | 6/29/2018 | $338.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3257302619-106 | 6/29/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3241503281-92 | 7/3/2018 | $1,230.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3241503281-90 | 7/3/2018 | $3.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3161800326-80 | 7/5/2018 | $997.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3161800326-78 | 7/5/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3160903311-62 | 7/5/2018 | $216.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3160903311-61 | 7/5/2018 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3157102295-48 | 7/3/2018 | $334.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3157102295-47 | 7/3/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993788 | $6,648.83 | 8/16/2018 | 3569204627-154 | 6/29/2018 | $131.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3282401811-113 | 6/5/2018 | $480.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3160902874-54 | 6/13/2018 | $307.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3157101906-42 | 6/12/2018 | $253.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3157101906-41 | 6/12/2018 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3154602660-23 | 6/8/2018 | $482.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3154602660-22 | 6/8/2018 | $10.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3590204666-158 | 6/1/2018 | $387.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3553401931-146 | 6/1/2018 | $318.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3289400165-135 | 6/6/2018 | $613.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3289400165-133 | 6/6/2018 | $4.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 3154602903-28 | 6/22/2018 | $42.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3285303257-123 | 6/4/2018 | $4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3257302282-100 | 6/8/2018 | $343.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3282401811-112 | 6/5/2018 | $6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3241502889-83 | 6/7/2018 | $847.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3241502889-81 | 6/7/2018 | $12.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3161302748-71 | 6/4/2018 | $248.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3161302748-69 | 6/4/2018 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3160902714-52 | 6/6/2018 | $151.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3160902714-51 | 6/6/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3157101784-40 | 6/5/2018 | $195.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3157101784-39 | 6/5/2018 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3154602568-21 | 6/1/2018 | $449.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979918 | $3,913.67 | 7/17/2018 | 3285303257-124 | 6/4/2018 | $426.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3157102030-44 | 6/19/2018 | $251.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3161504674-76 | 7/6/2018 | $276.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3590304516 | 6/18/2018 | $222.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3590205205-160 | 6/18/2018 | $335.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3569204218-150 | 6/15/2018 | $79.78 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3292003969-140 | 6/21/2018 | $391.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3292003969-138 | 6/21/2018 | $3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3282401952-119 | 6/19/2018 | $209.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3282401952-117 | 6/19/2018 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3257302404-102 | 6/15/2018 | $334.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3257302404-101 | 6/15/2018 | $3.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3241503002-84 | 6/14/2018 | $6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3160903004-55 | 6/20/2018 | $3.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3241503002-86 | 6/14/2018 | $969.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3157102030-43 | 6/19/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3154602780-26 | 6/15/2018 | $1,125.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3154602780-25 | 6/15/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3142000575-8 | 6/18/2018 | $10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3142000575-10 | 6/18/2018 | $481.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3569204015-148 | 6/11/2018 | $93.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3282401891-116 | 6/12/2018 | $216.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3282401891-114 | 6/12/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983237 | $2,476.66 | 7/24/2018 | 3257302282-99 | 6/8/2018 | $9.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990141 | $6,458.42 | 8/9/2018 | 315102167-18 | 6/26/2018 | $210.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986691 | $3,311.30 | 7/31/2018 | 3160903004-57 | 6/20/2018 | $279.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3292004792-1807 | 7/26/2018 | $284.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3241503680-1823 | 7/30/2018 | $10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3161800439-1822 | 8/2/2018 | $1,161.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3161800439-1820 | 8/2/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3161800416-1818 | 7/30/2018 | $1,176.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3161800416-1817 | 7/30/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3161303790-1816 | 8/2/2018 | $534.72 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3160903868-1814 | 8/1/2018 | $417.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3160903868-1812 | 8/1/2018 | $6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3157102789 | 7/31/2018 | $295.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3257302994-1792 | 7/26/2018 | $10.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3569205203-1809 | 7/26/2018 | $124.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3241503742-1827 | 8/2/2018 | $1,171.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3292004792-1805 | 7/26/2018 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3285304492-1804 | 7/26/2018 | $515.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3285304492-1803 | 7/26/2018 | $7.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3285304483-1802 | 7/26/2018 | $124.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3285304483-1800 | 7/26/2018 | $4.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3282402305-1799 | 7/24/2018 | $182.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3282402305-1797 | 7/24/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3257302995-1796 | 7/26/2018 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3257302995-1795 | 7/26/2018 | $3.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3160903429-68 | 7/11/2018 | $344.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3589504126-1811 | 7/20/2018 | $540.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 359035696-1843 | 7/27/2018 | $247.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3292005116-1857 | 8/9/2018 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3285304785-1856 | 8/9/2018 | $241.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3285304785-1855 | 8/9/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3282402432 | 8/6/2018 | $105.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3161800466-1854 | 8/9/2018 | $2,052.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3161800466-1852 | 8/9/2018 | $71.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3161800460-1850 | 8/8/2018 | $1,172.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3161800460-1849 | 8/8/2018 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3160904006-1848 | 8/8/2018 | $361.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3160904006-1846 | 8/8/2018 | $2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3241503680-1825 | 7/30/2018 | $1,247.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3157102922-1844 | 8/7/2018 | $2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3241503742-1826 | 8/2/2018 | $10.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3590206394-1840 | 7/30/2018 | $337.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3589504409 | 7/30/2018 | $215.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3292004946-1838 | 8/1/2018 | $468.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3292004946-1837 | 8/1/2018 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3285304658-1836 | 8/2/2018 | $436.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3285304658-1834 | 8/2/2018 | $5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3282402379-1833 | 7/31/2018 | $185.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3257303091-1831 | 8/2/2018 | $567.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008219 | $7,924.90 | 9/17/2018 | 3257303091-1829 | 8/2/2018 | $1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3257302903-1791 | 7/20/2018 | $204.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3157102922-1845 | 8/7/2018 | $253.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3285304055-130 | 7/6/2018 | $246.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3241402874-1755 | 7/17/2018 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3157102546-1752 | 7/17/2018 | $309.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3157102546-1751 | 7/17/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3149100475-1748 | 7/16/2018 | $1,699.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3149100475-1746 | 7/16/2018 | $70.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3148800067-1745 | 7/16/2018 | $385.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3148800067-1743 | 7/16/2018 | $14.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3590205814-162 | 7/10/2018 | $505.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3292004374-143 | 7/10/2018 | $462.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3257302994-1793 | 7/26/2018 | $649.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3285304195-131 | 7/12/2018 | $3.60 |

The American Bottling Company fdba Mr. Natural Inc. (2191241)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019 — Exhibit A — P. 6

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3241402886-1760 | 7/18/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3285304055-128 | 7/6/2018 | $4.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3282402169-121 | 7/10/2018 | $208.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3282402169-120 | 7/10/2018 | $1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3257302693-109 | 7/6/2018 | $742.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3257302693-108 | 7/6/2018 | $9.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3241503422-98 | 7/12/2018 | $1,832.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3241503422-96 | 7/12/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3241503353-94 | 7/9/2018 | $709.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3241503353-93 | 7/9/2018 | $6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012268 | $4,585.77 | 9/24/2018 | 3292005116-1859 | 8/9/2018 | $567.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3285304195-132 | 7/12/2018 | $311.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3292004512-1772 | 7/17/2018 | $568.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3257302903-1790 | 7/20/2018 | $3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3241503645-1789 | 7/26/2018 | $654.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3241503645-1787 | 7/26/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3241503567-1785 | 7/23/2018 | $925.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3241503567-1784 | 7/23/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3161303588-1783 | 7/20/2018 | $512.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3160903670-1781 | 7/23/2018 | $359.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3160903670-1779 | 7/23/2018 | $1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3157102687-1778 | 7/25/2018 | $432.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3157102687-1777 | 7/25/2018 | $0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3241402874-1757 | 7/17/2018 | $628.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3149100510-1774 | 7/23/2018 | $70.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3241402886-1758 | 7/18/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3292004512-1771 | 7/17/2018 | $4.80 |

The American Bottling Company fdba Mr. Natural Inc. (2191241)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3291903494 | 7/16/2018 | $781.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3285304334-1769 | 7/19/2018 | $705.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3285304334-1768 | 7/19/2018 | $6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3282402247-1767 | 7/17/2018 | $218.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3257302782-1765 | 7/13/2018 | $432.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3257302782-1764 | 7/13/2018 | $11.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3241503478-1763 | 7/16/2018 | $550.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001263 | $5,724.28 | 9/3/2018 | 3241503478-1761 | 7/16/2018 | $9.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997840 | $8,642.57 | 8/23/2018 | 3161504674-75 | 7/6/2018 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004713 | $7,041.36 | 9/10/2018 | 3149100510-1776 | 7/23/2018 | $1,920.63 |

Totals:    10 transfer(s),    $56,727.76