**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **David Lynn Meyer** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011438 | $16,537.50 | 9/21/2018 | 2514433441 | 9/3/2018 | $16,537.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993571 | $2,969.32 | 8/16/2018 | 2514433091 | 7/30/2018 | $2,969.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989947 | $2,450.00 | 8/9/2018 | 2514433021 | 7/23/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985771 | $2,450.00 | 7/30/2018 | 2514432951 | 7/16/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982393 | $4,900.00 | 7/23/2018 | 2514432881 | 7/9/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982393 | $4,900.00 | 7/23/2018 | 2514432811 | 7/2/2018 | $2,450.00 |

**Totals:**   5 transfer(s),   $29,306.82