**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Developlus, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006620 | $4,625.18 | 9/13/2018 | INV058800 | 6/25/2018 | $2,604.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006620 | $4,625.18 | 9/13/2018 | INV058669 | 6/21/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999705 | $6,528.36 | 8/30/2018 | INV058142 | 6/12/2018 | $1,190.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999705 | $6,528.36 | 8/30/2018 | INV057699 | 6/5/2018 | $5,431.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992111 | $48,926.02 | 8/14/2018 | INV056824 | 5/25/2018 | $2,752.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992111 | $48,926.02 | 8/14/2018 | INV056810 | 5/25/2018 | $46,238.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988618 | $6,050.40 | 8/7/2018 | INV056629 | 5/23/2018 | $6,122.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981844 | $1,810.17 | 7/20/2018 | INV055269 | 5/7/2018 | $1,860.00 |

Totals:    5 transfer(s),    $67,940.13