**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Garland Sales, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004587 | $7,684.22 | 9/10/2018 | 836512 | 8/7/2018 | $8,105.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983813 | $2,679.00 | 7/25/2018 | 809816 | 6/28/2018 | $1,406.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983813 | $2,679.00 | 7/25/2018 | 809820 | 6/28/2018 | $1,273.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984792 | $1,016.50 | 7/26/2018 | 809818 | 6/28/2018 | $1,016.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987268 | $836.00 | 8/1/2018 | 809819 | 6/28/2018 | $836.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989996 | $91.20 | 8/9/2018 | 817952 | 7/12/2018 | $91.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990771 | $68.40 | 8/10/2018 | 817953 | 7/12/2018 | $68.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998397 | $2,112.40 | 8/28/2018 | 827336 | 7/26/2018 | $4,571.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999865 | $10,356.90 | 8/30/2018 | 833744 | 8/3/2018 | $10,356.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983110 | $589.27 | 7/24/2018 | 809815 | 6/28/2018 | $1,159.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002804 | $7,429.95 | 9/5/2018 | 836510 | 8/7/2018 | $7,429.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012868 | $267.90 | 9/25/2018 | 848461 | 8/24/2018 | $131.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004587 | $7,684.22 | 9/10/2018 | 838467 | 8/9/2018 | $91.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005290 | $5,090.10 | 9/11/2018 | 837977 | 8/9/2018 | $4,953.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005290 | $5,090.10 | 9/11/2018 | 841763 | 8/14/2018 | $136.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006189 | $874.00 | 9/12/2018 | 844139 | 8/20/2018 | $874.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008091 | $342.00 | 9/17/2018 | 843237 | 8/16/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008091 | $342.00 | 9/17/2018 | 843238 | 8/16/2018 | $228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008904 | $13,283.85 | 9/18/2018 | 836511 | 8/7/2018 | $13,283.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012868 | $267.90 | 9/25/2018 | 848460 | 8/24/2018 | $136.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001864 | $12,158.10 | 9/4/2018 | 833748 | 8/3/2018 | $12,158.10 |

Totals:    16 transfer(s),    $64,879.79

Garland Sales, Inc. (2191574)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                Exhibit A                P. 1