**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **The Hartford Courant Company, LLC**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010153 | $19,368.99 | 9/19/2018 | 618CU330507 | 7/2/2018 | $1,545.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010153 | $19,368.99 | 9/19/2018 | 618CU253536 | 7/2/2018 | $15,014.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010153 | $19,368.99 | 9/19/2018 | 518CU253536-12946 | 7/2/2018 | $2,809.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994687 | $21,254.76 | 8/17/2018 | 518CU330507 | 6/1/2018 | $1,184.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994687 | $21,254.76 | 8/17/2018 | 518CU253536-12945 | 6/1/2018 | $20,070.42 |
| **Totals:** | | **2 transfer(s),** | **$40,623.75** | | | | |