# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **DeVore Lighting, Inc. dba De Vore Industries Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32034590 | $3,761.75 | 9/5/2018 | 1187916 | 6/7/2018 | $492.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034590 | $3,761.75 | 9/5/2018 | 1187604 | 1/26/2018 | $3,269.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034030 | $8,969.30 | 8/7/2018 | 1187900 | 5/24/2018 | $1,492.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034030 | $8,969.30 | 8/7/2018 | 1187898 | 5/24/2018 | $2,211.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034030 | $8,969.30 | 8/7/2018 | 1187897 | 5/24/2018 | $2,347.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034030 | $8,969.30 | 8/7/2018 | 1187896 | 5/24/2018 | $1,513.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034030 | $8,969.30 | 8/7/2018 | 1187895 | 5/24/2018 | $1,405.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033902 | $4,443.33 | 8/1/2018 | 1187860 | 4/25/2018 | $1,802.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033902 | $4,443.33 | 8/1/2018 | 1187856 | 4/25/2018 | $502.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033902 | $4,443.33 | 8/1/2018 | 1187839 | 4/25/2018 | $1,363.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033902 | $4,443.33 | 8/1/2018 | 1187701 | 4/16/2018 | $775.50 |

Totals:     3 transfer(s),    $17,174.38

DeVore Lighting, Inc. dba De Vore Industries Inc. (2191660)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                          Exhibit A                                          P. 1