**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **The Lane Construction Co., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001216 | $8,250.00 | 8/20/2018 | 19442-24355 | 6/11/2018 | $2,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001216 | $8,250.00 | 8/20/2018 | 19442-24354 | 6/11/2018 | $5,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983896 | $25,200.00 | 7/17/2018 | 19441-24352 | 6/11/2018 | $28,000.00 |
| **Totals:** | **2 transfer(s),** | **$33,450.00** | | | | | |