**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **The Madden Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989512 | $123.11 | 8/8/2018 | KM151977A | 7/19/2018 | $123.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | R09100-6720 | 6/12/2018 | $18.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | R09100-6721 | 6/12/2018 | $12.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | R09102 | 6/12/2018 | $17.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | R09103-6722 | 6/12/2018 | $22.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | R09103-6723 | 6/12/2018 | $128.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | R09115-6724 | 6/12/2018 | $12.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | R09115-6725 | 6/12/2018 | $95.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | R09115-6726 | 6/12/2018 | $8.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | 7046 | 5/14/2018 | $320.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | R9392 | 6/15/2018 | $226.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004103 | $160.80 | 9/7/2018 | 642573 | 2/5/2018 | $160.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997273 | $14,404.67 | 8/22/2018 | R11012 | 7/9/2018 | $160.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997273 | $14,404.67 | 8/22/2018 | R11014 | 7/9/2018 | $45.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997273 | $14,404.67 | 8/22/2018 | R11025-6728 | 7/9/2018 | $161.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997273 | $14,404.67 | 8/22/2018 | R11025-6729 | 7/9/2018 | $54.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997273 | $14,404.67 | 8/22/2018 | R11025-6730 | 7/9/2018 | $13,962.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997273 | $14,404.67 | 8/22/2018 | R11030-6731 | 7/9/2018 | $86.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997273 | $14,404.67 | 8/22/2018 | R11030-6732 | 7/9/2018 | $24.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000638 | $225.12 | 8/31/2018 | R09101 | 6/12/2018 | $225.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986088 | $4,356.98 | 7/30/2018 | R09115-6727 | 6/12/2018 | $3,496.40 |

Totals:   5 transfer(s),   $19,270.68