**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **ACF Group LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294199 | 7/2/2018 | $1,375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005866 | $2,962.06 | 9/12/2018 | 7013565 | 6/27/2018 | $282.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005866 | $2,962.06 | 9/12/2018 | 7013566 | 6/27/2018 | $1,207.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005866 | $2,962.06 | 9/12/2018 | 7013567 | 6/27/2018 | $1,110.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294193 | 7/5/2018 | $948.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294194-43613 | 7/5/2018 | $948.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294195 | 7/2/2018 | $1,375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294196 | 7/2/2018 | $825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005866 | $2,962.06 | 9/12/2018 | 7013564 | 6/27/2018 | $511.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294198 | 7/2/2018 | $1,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294208 | 7/2/2018 | $1,925.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294200 | 7/2/2018 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294201 | 6/29/2018 | $825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294202 | 7/2/2018 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294203 | 6/29/2018 | $1,375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294204 | 7/2/2018 | $1,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294205 | 6/29/2018 | $1,375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294206 | 7/2/2018 | $2,475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294207 | 6/29/2018 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009595 | $19,923.48 | 9/19/2018 | 294197 | 7/2/2018 | $825.00 |

Totals:     2 transfer(s),     $22,885.54