**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Gatehouse Media, LLC dba Daily Oklahoman** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010001 | $10,033.76 | 9/19/2018 | 6181692217 | 7/2/2018 | $10,033.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994494 | $11,351.13 | 8/17/2018 | 5181692217 | 6/1/2018 | $11,351.13 |
| **Totals:** | | **2 transfer(s),** | **$21,384.89** | | | | |