**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **The McClatchy Company dba Star Telegram** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011879 | $19,085.47 | 9/21/2018 | 618599858-2515 | 7/2/2018 | $19,085.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000894 | $35,072.21 | 8/31/2018 | 618599858-1651 | 6/2/2018 | $5,618.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000894 | $35,072.21 | 8/31/2018 | 518599858 | 6/2/2018 | $29,454.11 |

| Totals: | 2 transfer(s), | $54,157.68 |
|---|---|---|