**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **General Fire Equipment Company, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006782 | $5,679.38 | 9/13/2018 | 48302IN | 6/29/2018 | $5,679.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992293 | $2,100.00 | 8/14/2018 | 47762IN | 6/1/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988780 | $18,388.88 | 8/7/2018 | 47406IN | 5/21/2018 | $18,388.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985358 | $2,600.00 | 7/27/2018 | 47556IN | 5/17/2018 | $2,600.00 |

**Totals:**    **4 transfer(s),    $28,768.26**