**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **GOJO Industries, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999888 | $13,693.94 | 8/30/2018 | 90992523 | 7/9/2018 | $493.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982008 | $3,740.88 | 7/24/2018 | 90956144 | 5/8/2018 | $1,479.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982008 | $3,740.88 | 7/24/2018 | 90971205 | 6/4/2018 | $799.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985379 | $3,030.17 | 7/31/2018 | 90959925 | 5/15/2018 | $2,477.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985379 | $3,030.17 | 7/31/2018 | 90975001 | 6/8/2018 | $611.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988800 | $3,869.85 | 8/8/2018 | 90964600 | 5/22/2018 | $2,556.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988800 | $3,869.85 | 8/8/2018 | 90978778 | 6/15/2018 | $1,434.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992310 | $10,290.07 | 8/16/2018 | 90968516 | 5/30/2018 | $10,077.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992310 | $10,290.07 | 8/16/2018 | 90983353 | 6/22/2018 | $446.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996547 | $17,490.70 | 8/23/2018 | 90970011 | 6/1/2018 | $15,859.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982008 | $3,740.88 | 7/24/2018 | 90948182 | 4/25/2018 | $2,211.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999888 | $13,693.94 | 8/30/2018 | 90977607 | 6/13/2018 | $13,464.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014374 | $6,042.39 | 10/3/2018 | 91010960 | 8/6/2018 | $3,269.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003390 | $12,152.37 | 9/6/2018 | 90978416 | 6/14/2018 | $1,869.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003390 | $12,152.37 | 9/6/2018 | 90978777 | 6/15/2018 | $5,292.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003390 | $12,152.37 | 9/6/2018 | 90980643 | 6/19/2018 | $3,699.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003390 | $12,152.37 | 9/6/2018 | 90997120 | 7/16/2018 | $1,387.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006802 | $2,193.14 | 9/13/2018 | 90985324 | 6/26/2018 | $2,243.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011078 | $2,532.11 | 9/20/2018 | 90987043 | 6/28/2018 | $1,422.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011078 | $2,532.11 | 9/20/2018 | 90987964 | 6/29/2018 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011078 | $2,532.11 | 9/20/2018 | 90988114 | 6/29/2018 | $990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014374 | $6,042.39 | 10/3/2018 | 90995322 | 7/12/2018 | $2,989.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996547 | $17,490.70 | 8/23/2018 | 90973084 | 6/6/2018 | $1,753.04 |

**Totals:** 10 transfer(s), $75,035.62