**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Golf Gifts & Gallery, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988801 | $21,181.04 | 8/7/2018 | 1881392 | 7/5/2018 | $1,057.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894722-1335 | 7/25/2018 | $1,589.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894722-1333 | 7/25/2018 | $1,443.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894721 | 7/25/2018 | $2,345.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894720 | 7/25/2018 | $938.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894719 | 7/25/2018 | $3,454.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894718 | 7/25/2018 | $1,853.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894717 | 7/25/2018 | $2,388.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894716 | 7/25/2018 | $1,701.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985381 | $4,966.85 | 7/27/2018 | 1877334 | 6/28/2018 | $1,611.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992312 | $1,641.55 | 8/14/2018 | 1881384 | 7/5/2018 | $1,662.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894725 | 7/25/2018 | $4,215.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988801 | $21,181.04 | 8/7/2018 | 1881390 | 7/5/2018 | $1,350.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988801 | $21,181.04 | 8/7/2018 | 1881389 | 7/5/2018 | $3,128.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988801 | $21,181.04 | 8/7/2018 | 1881388 | 7/5/2018 | $3,758.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988801 | $21,181.04 | 8/7/2018 | 1881387 | 7/5/2018 | $3,548.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988801 | $21,181.04 | 8/7/2018 | 1881386 | 7/5/2018 | $1,794.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988801 | $21,181.04 | 8/7/2018 | 1881385 | 7/5/2018 | $1,432.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988801 | $21,181.04 | 8/7/2018 | 1881383 | 7/5/2018 | $2,731.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988801 | $21,181.04 | 8/7/2018 | 1881382 | 7/5/2018 | $2,382.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985381 | $4,966.85 | 7/27/2018 | 1877335 | 6/28/2018 | $3,690.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1892031 | 7/23/2018 | $1,574.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003392 | $3,252.32 | 9/6/2018 | 1898535 | 8/2/2018 | $279.66 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011081 | $2,831.31 | 9/20/2018 | 1906286 | 8/17/2018 | $479.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011081 | $2,831.31 | 9/20/2018 | 1906073 | 8/16/2018 | $270.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011081 | $2,831.31 | 9/20/2018 | 1906071 | 8/16/2018 | $186.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006804 | $1,519.12 | 9/13/2018 | 1906072-5494 | 8/16/2018 | $298.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006804 | $1,519.12 | 9/13/2018 | 1906072-5492 | 8/16/2018 | $15.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006804 | $1,519.12 | 9/13/2018 | 1904917 | 8/13/2018 | $184.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006804 | $1,519.12 | 9/13/2018 | 1903309 | 8/9/2018 | $216.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006804 | $1,519.12 | 9/13/2018 | 1903307 | 8/9/2018 | $102.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006804 | $1,519.12 | 9/13/2018 | 1903283 | 8/9/2018 | $493.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894723 | 7/25/2018 | $2,515.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003392 | $3,252.32 | 9/6/2018 | 1903308 | 8/9/2018 | $262.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894724 | 7/25/2018 | $1,816.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003392 | $3,252.32 | 9/6/2018 | 1898484 | 8/2/2018 | $216.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003392 | $3,252.32 | 9/6/2018 | 1898483 | 8/2/2018 | $217.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003392 | $3,252.32 | 9/6/2018 | 1898482 | 8/2/2018 | $239.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003392 | $3,252.32 | 9/6/2018 | 1898481-5491 | 8/2/2018 | $295.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003392 | $3,252.32 | 9/6/2018 | 1898481-5490 | 8/2/2018 | $24.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003392 | $3,252.32 | 9/6/2018 | 1897749 | 7/31/2018 | $298.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003392 | $3,252.32 | 9/6/2018 | 1894722-5488 | 7/25/2018 | $1,443.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999890 | $22,826.08 | 8/30/2018 | 1894726 | 7/25/2018 | $1,049.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011081 | $2,831.31 | 9/20/2018 | 1906287 | 8/17/2018 | $2,724.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006804 | $1,519.12 | 9/13/2018 | 1903163 | 8/9/2018 | $247.03 |

Totals:    7 transfer(s),    $58,218.27