**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Grace and Son Construction Company of Greenville, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083740 | $21,289.00 | 8/3/2018 | 181705 | 5/17/2018 | $21,289.00 |

| | | | |
|---|---|---|---|
| **Totals:** | **1 transfer(s),** | **$21,289.00** | |

Grace and Son Construction Company of Greenville, Inc. (2191234)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                           Exhibit A                           P. 1