**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Green Room Productions, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014389 | $20,025.00 | 9/27/2018 | 2100 | 7/11/2018 | $12,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014389 | $20,025.00 | 9/27/2018 | 2096 | 6/27/2018 | $625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014389 | $20,025.00 | 9/27/2018 | 2083 | 6/19/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014389 | $20,025.00 | 9/27/2018 | 2075 | 5/25/2018 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988816 | $3,200.00 | 8/7/2018 | 2073 | 5/25/2018 | $3,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985392 | $16,443.78 | 7/27/2018 | 2070 | 5/14/2018 | $3,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985392 | $16,443.78 | 7/27/2018 | 2069 | 5/14/2018 | $3,343.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985392 | $16,443.78 | 7/27/2018 | 2068 | 5/14/2018 | $5,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985392 | $16,443.78 | 7/27/2018 | 2067 | 5/14/2018 | $4,100.00 |

**Totals:** 3 transfer(s), $39,668.78