# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Tori Richard, Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984994 | $2,026.88 | 7/26/2018 | 462842 | 6/13/2018 | $461.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991861 | $9,648.81 | 8/13/2018 | 463494 | 6/27/2018 | $1,499.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991861 | $9,648.81 | 8/13/2018 | 463493 | 6/27/2018 | $3,602.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991861 | $9,648.81 | 8/13/2018 | 463492 | 6/27/2018 | $194.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991861 | $9,648.81 | 8/13/2018 | 463491 | 6/27/2018 | $681.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991861 | $9,648.81 | 8/13/2018 | 463490 | 6/27/2018 | $428.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991861 | $9,648.81 | 8/13/2018 | 463489 | 6/27/2018 | $992.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990523 | $5,333.75 | 8/9/2018 | 456311-3 | 2/14/2018 | $765.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990523 | $5,333.75 | 8/9/2018 | 456309-2 | 2/14/2018 | $1,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990523 | $5,333.75 | 8/9/2018 | 456307-1 | 2/14/2018 | $3,293.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981627 | $12,087.54 | 7/19/2018 | 462410 | 6/6/2018 | $2,272.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984994 | $2,026.88 | 7/26/2018 | 462843 | 6/13/2018 | $192.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999484 | $8,695.05 | 8/29/2018 | 464063 | 7/11/2018 | $3,395.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984994 | $2,026.88 | 7/26/2018 | 462841 | 6/13/2018 | $326.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984994 | $2,026.88 | 7/26/2018 | 462840 | 6/13/2018 | $326.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984994 | $2,026.88 | 7/26/2018 | 462839 | 6/13/2018 | $489.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981627 | $12,087.54 | 7/19/2018 | 462417 | 6/6/2018 | $786.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981627 | $12,087.54 | 7/19/2018 | 462416 | 6/6/2018 | $1,117.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981627 | $12,087.54 | 7/19/2018 | 462415 | 6/6/2018 | $2,028.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981627 | $12,087.54 | 7/19/2018 | 462414 | 6/6/2018 | $3,063.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981627 | $12,087.54 | 7/19/2018 | 462413 | 6/6/2018 | $648.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981627 | $12,087.54 | 7/19/2018 | 462412 | 6/6/2018 | $905.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981627 | $12,087.54 | 7/19/2018 | 462411 | 6/6/2018 | $1,263.22 |

Tori Richard, Ltd. (2191892)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                     Exhibit A                                     P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984994 | $2,026.88 | 7/26/2018 | 462844 | 6/13/2018 | $230.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465043 | 8/1/2018 | $165.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013977 | $9,028.00 | 9/26/2018 | 465419 | 8/8/2018 | $1,499.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013977 | $9,028.00 | 9/26/2018 | 465418 | 8/8/2018 | $1,999.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013977 | $9,028.00 | 9/26/2018 | 465417 | 8/8/2018 | $3,727.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013977 | $9,028.00 | 9/26/2018 | 465050-1742 | 8/1/2018 | $606.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013977 | $9,028.00 | 9/26/2018 | 465050-1740 | 8/1/2018 | $593.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465049 | 8/1/2018 | $837.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465048-1739 | 8/1/2018 | $664.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465048-1737 | 8/1/2018 | $303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465047 | 8/1/2018 | $2,134.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465046 | 8/1/2018 | $331.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991861 | $9,648.81 | 8/13/2018 | 463495 | 6/27/2018 | $1,249.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465044 | 8/1/2018 | $662.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991861 | $9,648.81 | 8/13/2018 | 463496 | 6/27/2018 | $999.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465042-1736 | 8/1/2018 | $910.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465042-1734 | 8/1/2018 | $84.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465041 | 8/1/2018 | $1,656.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007058 | $876.50 | 9/13/2018 | 465048-1733 | 8/1/2018 | $303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007058 | $876.50 | 9/13/2018 | 465042-1732 | 8/1/2018 | $84.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007058 | $876.50 | 9/13/2018 | 452801-1731 | 12/6/2017 | $489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999484 | $8,695.05 | 8/29/2018 | 464066 | 7/11/2018 | $1,076.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999484 | $8,695.05 | 8/29/2018 | 464065 | 7/11/2018 | $1,821.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999484 | $8,695.05 | 8/29/2018 | 464064 | 7/11/2018 | $2,401.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013977 | $9,028.00 | 9/26/2018 | 465420 | 8/8/2018 | $1,207.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010615 | $7,693.73 | 9/19/2018 | 465045 | 8/1/2018 | $331.24 |
| Totals: | 8 transfer(s), | $55,390.26 | | | | | |

Tori Richard, Ltd. (2191892)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019