**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Guardian Drug Company, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014394 | $4,515.58 | 9/27/2018 | IN188767 | 8/3/2018 | $4,589.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006824 | $12,814.92 | 9/13/2018 | IN188427-1872 | 7/23/2018 | $12,814.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006824 | $12,814.92 | 9/13/2018 | IN188427-1870 | 7/23/2018 | $144.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003410 | $5,918.04 | 9/6/2018 | IN188208 | 7/13/2018 | $1,782.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003410 | $5,918.04 | 9/6/2018 | IN188200 | 7/11/2018 | $1,039.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003410 | $5,918.04 | 9/6/2018 | IN188199 | 7/11/2018 | $1,596.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003410 | $5,918.04 | 9/6/2018 | IN188194 | 7/11/2018 | $1,500.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999911 | $14,884.44 | 8/30/2018 | IN188043 | 7/5/2018 | $14,884.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996568 | $4,602.54 | 8/21/2018 | IN187920 | 6/29/2018 | $4,821.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992337 | $5,626.02 | 8/14/2018 | IN187566 | 6/15/2018 | $5,626.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988820 | $3,318.36 | 8/7/2018 | IN187366 | 6/8/2018 | $3,318.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985396 | $4,096.26 | 7/27/2018 | IN187401-421 | 6/12/2018 | $4,096.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985396 | $4,096.26 | 7/27/2018 | IN187401-420 | 6/12/2018 | $90.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982024 | $1,746.18 | 7/20/2018 | IN187214-418 | 6/4/2018 | $1,875.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982024 | $1,746.18 | 7/20/2018 | IN187214-416 | 6/4/2018 | $355.80 |

Totals:    9 transfer(s),    $57,522.34