**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **TouchPoint 360, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991177 | $14,137.49 | 8/10/2018 | 10827 | 6/29/2018 | $4,168.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984256 | $12,745.68 | 7/25/2018 | 10777 | 6/13/2018 | $4,314.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984256 | $12,745.68 | 7/25/2018 | 10778 | 6/13/2018 | $2,303.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987664 | $7,740.77 | 8/1/2018 | 10793 | 6/21/2018 | $4,864.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987664 | $7,740.77 | 8/1/2018 | 10797 | 6/21/2018 | $2,876.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991177 | $14,137.49 | 8/10/2018 | 10691 | 5/9/2018 | $1,657.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984256 | $12,745.68 | 7/25/2018 | 10307 | 12/29/2017 | $6,127.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991177 | $14,137.49 | 8/10/2018 | 10811 | 6/28/2018 | $2,145.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009402 | $4,789.69 | 9/18/2018 | 10894 | 7/31/2018 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991177 | $14,137.49 | 8/10/2018 | 10830 | 6/29/2018 | $1,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998798 | $4,594.69 | 8/28/2018 | 10850 | 7/12/2018 | $3,814.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998798 | $4,594.69 | 8/28/2018 | 10851 | 7/12/2018 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002295 | $3,802.50 | 9/4/2018 | 10863 | 7/18/2018 | $2,827.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002295 | $3,802.50 | 9/4/2018 | 10864 | 7/18/2018 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009402 | $4,789.69 | 9/18/2018 | 10892 | 7/31/2018 | $3,814.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991177 | $14,137.49 | 8/10/2018 | 10808 | 6/28/2018 | $4,216.87 |

Totals:    6 transfer(s),    $47,810.82