**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Hale Trailer Brake & Wheel, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087333 | $4,133.70 | 10/9/2018 | 845454 | 9/4/2018 | $3,561.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087333 | $4,133.70 | 10/9/2018 | 845453 | 9/4/2018 | $572.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086418 | $7,137.00 | 9/20/2018 | 829147 | 8/1/2018 | $7,137.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085589 | $5,188.40 | 9/6/2018 | 830017 | 8/1/2018 | $593.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085589 | $5,188.40 | 9/6/2018 | 828719 | 8/1/2018 | $461.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085589 | $5,188.40 | 9/6/2018 | 827601 | 8/1/2018 | $3,561.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085589 | $5,188.40 | 9/6/2018 | 827600 | 8/1/2018 | $572.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084303 | $7,137.00 | 8/15/2018 | 812606 | 7/2/2018 | $7,137.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083941 | $5,188.40 | 8/8/2018 | 813487 | 7/2/2018 | $593.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083941 | $5,188.40 | 8/8/2018 | 812169 | 7/2/2018 | $461.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083941 | $5,188.40 | 8/8/2018 | 811072 | 7/2/2018 | $3,561.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083941 | $5,188.40 | 8/8/2018 | 811071 | 7/2/2018 | $572.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083178 | $1,054.70 | 7/23/2018 | 796485 | 6/1/2018 | $593.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083178 | $1,054.70 | 7/23/2018 | 795172 | 6/1/2018 | $461.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082579 | $7,217.25 | 7/18/2018 | 795613 | 6/1/2018 | $7,217.25 |

Totals:    7 transfer(s),    $37,056.45