**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Travel Caddy, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995395 | $6,942.00 | 8/17/2018 | CS1315339 | 5/25/2018 | $6,942.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994209 | $2,728.04 | 8/16/2018 | CS1314772 | 5/25/2018 | $2,795.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987670 | $8,465.70 | 8/1/2018 | CS1314771 | 5/14/2018 | $8,484.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982916 | $15,354.90 | 7/23/2018 | CS1315346 | 5/4/2018 | $101.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982916 | $15,354.90 | 7/23/2018 | CS1315345 | 5/4/2018 | $610.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982916 | $15,354.90 | 7/23/2018 | CS1315342 | 5/4/2018 | $813.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982916 | $15,354.90 | 7/23/2018 | CS1315340 | 5/4/2018 | $3,012.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982916 | $15,354.90 | 7/23/2018 | CS1314770 | 5/4/2018 | $10,816.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982228 | $2,167.20 | 7/20/2018 | CS1315341 | 5/4/2018 | $135.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982228 | $2,167.20 | 7/20/2018 | CS1314769 | 5/4/2018 | $2,031.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981630 | $866.05 | 7/19/2018 | CS1315344 | 5/4/2018 | $135.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981630 | $866.05 | 7/19/2018 | CS1315343 | 4/30/2018 | $847.50 |

Totals:    6 transfer(s),    $36,523.89