**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Triangle Systems, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003607 | $18,150.00 | 9/6/2018 | 7571:9/7/18-10/15/18 | 6/19/2018 | $1,939.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003607 | $18,150.00 | 9/6/2018 | 7571:2/1/18-9/6/18 | 6/19/2018 | $10,840.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003607 | $18,150.00 | 9/6/2018 | 7571:10/16/18-1/31/19 | 6/19/2018 | $5,370.41 |
| **Totals:** | | **1 transfer(s),** | **$18,150.00** | | | | |

Triangle Systems, Inc. (2191690)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Nov 4, 2019

Exhibit A

P. 1