**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Tribune Publishing Company, LLC dba Baltimore Sun** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009746 | $18,815.89 | 9/19/2018 | 618CU179733 | 7/2/2018 | $18,815.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994335 | $17,132.05 | 8/17/2018 | 518CU179733 | 6/1/2018 | $17,132.05 |
| **Totals:** | | **2 transfer(s),** | **$35,947.94** | | | | |