

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

**Defendant:** Hawaiian Host, Inc. dba Hawaiian Host Chocolates Inc.
**Bankruptcy Case:** Sears Holdings Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003890 | $2,684.54 | 9/7/2018 | 377304 | 7/17/2018 | $2,684.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000400 | $4,311.86 | 8/31/2018 | 377202 | 7/13/2018 | $2,041.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000400 | $4,311.86 | 8/31/2018 | 376812 | 7/10/2018 | $2,270.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997060 | $3,518.06 | 8/22/2018 | 376642 | 7/6/2018 | $1,102.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997060 | $3,518.06 | 8/22/2018 | 376418 | 7/3/2018 | $2,415.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992831 | $2,423.66 | 8/15/2018 | 375964 | 6/26/2018 | $2,440.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989291 | $2,797.50 | 8/8/2018 | 375792 | 6/22/2018 | $1,170.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989291 | $2,797.50 | 8/8/2018 | 375458 | 6/19/2018 | $1,627.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985863 | $5,504.06 | 7/30/2018 | 375288 | 6/15/2018 | $2,190.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985863 | $5,504.06 | 7/30/2018 | 374931 | 6/12/2018 | $1,831.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985863 | $5,504.06 | 7/30/2018 | 16662 | 6/14/2018 | $1,482.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982471 | $7,441.27 | 7/23/2018 | 374828 | 6/8/2018 | $4,232.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982471 | $7,441.27 | 7/23/2018 | 374502 | 6/5/2018 | $1,834.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982471 | $7,441.27 | 7/23/2018 | 16591 | 6/7/2018 | $1,373.97 |

**Totals:** 7 transfer(s), $28,680.95