# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Tribune Publishing Company, LLC dba The Morning Call** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32035304 | $11,526.23 | 10/1/2018 | 618CU166565 | 7/2/2018 | $11,526.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034609 | $13,450.23 | 9/4/2018 | 518CU166565 | 6/1/2018 | $13,450.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033922 | $11,955.04 | 8/3/2018 | 418CU166563 | 5/1/2018 | $11,955.04 |
| **Totals:** | | **3 transfer(s),** | **$36,931.50** | | | | |