**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Healthtex Caribbean LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109487-11171 | 5/9/2018 | $539.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109475 | 5/8/2018 | $246.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109499 | 5/16/2018 | $190.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109498 | 5/16/2018 | $116.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109494 | 5/9/2018 | $112.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109493 | 5/9/2018 | $186.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109492 | 5/9/2018 | $158.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109491 | 5/9/2018 | $280.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109490 | 5/9/2018 | $129.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109489 | 5/9/2018 | $110.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109502 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109487-11172 | 5/9/2018 | $71.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109503 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109486 | 5/9/2018 | $199.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109485 | 5/9/2018 | $100.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109484 | 5/8/2018 | $72.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109483 | 5/8/2018 | $84.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109481 | 5/8/2018 | $184.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109480 | 5/8/2018 | $203.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109479 | 5/8/2018 | $93.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109478 | 5/8/2018 | $83.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109477 | 5/8/2018 | $82.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109563 | 5/31/2018 | $375.52 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109488 | 5/9/2018 | $213.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109515 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109369 | 4/6/2018 | $747.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109560-11178 | 5/29/2018 | $136.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109560-11177 | 5/29/2018 | $232.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109559-11176 | 5/29/2018 | $316.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109559-11175 | 5/29/2018 | $253.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109558-11174 | 5/29/2018 | $359.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109558-11173 | 5/29/2018 | $239.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109557 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109518 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109501 | 5/18/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109516 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109474 | 5/8/2018 | $107.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109514 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109513 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109511 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109510 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109509 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109508 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109507 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109506 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109505 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109504 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109517 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109420 | 5/1/2018 | $94.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109476 | 5/8/2018 | $90.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109441 | 5/3/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109437 | 5/3/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109435 | 5/3/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109434 | 5/3/2018 | $100.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109433 | 5/3/2018 | $77.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109432 | 5/3/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109429 | 5/2/2018 | $186.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109425 | 5/2/2018 | $135.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109446 | 5/3/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109423 | 5/2/2018 | $122.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109449 | 5/3/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109419 | 5/1/2018 | $183.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109418 | 5/1/2018 | $99.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109406 | 4/27/2018 | $21.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109403 | 4/27/2018 | $19.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109402 | 4/27/2018 | $109.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109401 | 4/27/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109400 | 4/27/2018 | $60.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109399 | 4/27/2018 | $10.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109396 | 4/27/2018 | $92.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109389 | 4/27/2018 | $76.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109424 | 5/2/2018 | $53.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109461 | 5/7/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109473 | 5/8/2018 | $120.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109471 | 5/8/2018 | $47.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109470 | 5/8/2018 | $252.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109469 | 5/8/2018 | $168.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109468 | 5/8/2018 | $102.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109467 | 5/8/2018 | $173.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109466 | 5/8/2018 | $200.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109465 | 5/8/2018 | $103.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109464 | 5/8/2018 | $223.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109445 | 5/3/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109462 | 5/7/2018 | $38.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109564 | 5/31/2018 | $131.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109460 | 5/4/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109459 | 5/4/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109458 | 5/4/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109457 | 5/4/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109456 | 5/4/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109455 | 5/4/2018 | $467.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109454 | 5/4/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109453 | 5/4/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109452 | 5/4/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109450 | 5/3/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109463 | 5/8/2018 | $103.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109568-11241 | 6/11/2018 | $365.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109519-11230 | 5/25/2018 | $316.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109584-11248 | 6/21/2018 | $97.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109584-11246 | 6/21/2018 | $21.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109583-11245 | 6/21/2018 | $278.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109583-11243 | 6/21/2018 | $21.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109582 | 6/20/2018 | $504.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109581 | 6/20/2018 | $341.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109580 | 6/20/2018 | $217.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109579 | 6/20/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109588-11250 | 6/21/2018 | $22.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109568-11242 | 6/11/2018 | $186.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109588-11251 | 6/21/2018 | $250.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109568-11239 | 6/11/2018 | $12.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109575-11238 | 6/15/2018 | $160.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109575-11237 | 6/15/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109574-11236 | 6/15/2018 | $107.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109574-11235 | 6/15/2018 | $200.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109572-11234 | 6/14/2018 | $157.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109572-11233 | 6/14/2018 | $178.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109571 | 6/13/2018 | $206.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109561-11232 | 5/30/2018 | $133.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109562 | 5/31/2018 | $295.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109578 | 6/20/2018 | $594.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109609-11260 | 6/29/2018 | $173.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011509 | $925.47 | 9/21/2018 | 109654-11274 | 7/6/2018 | $21.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011509 | $925.47 | 9/21/2018 | 109654-11272 | 7/6/2018 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011509 | $925.47 | 9/21/2018 | 109653-11271 | 7/6/2018 | $459.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011509 | $925.47 | 9/21/2018 | 109653-11269 | 7/6/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109644-11268 | 6/29/2018 | $272.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109644-11265 | 6/29/2018 | $39.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109613 | 6/29/2018 | $329.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109612-11264 | 6/29/2018 | $108.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109611-11263 | 6/29/2018 | $73.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109587 | 6/21/2018 | $303.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109610 | 6/29/2018 | $73.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109519-11229 | 5/25/2018 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109609-11259 | 6/29/2018 | $398.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109609-11257 | 6/29/2018 | $27.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109607 | 6/29/2018 | $312.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109600-11256 | 6/29/2018 | $278.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109600-11255 | 6/29/2018 | $43.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109600-11253 | 6/29/2018 | $12.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109596 | 6/28/2018 | $538.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109593 | 6/25/2018 | $333.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109591 | 6/22/2018 | $395.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003893 | $3,765.43 | 9/7/2018 | 109589 | 6/21/2018 | $284.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007350 | $1,891.20 | 9/14/2018 | 109611-11261 | 6/29/2018 | $21.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109387-11187 | 4/27/2018 | $37.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109561-11231 | 5/30/2018 | $323.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109391-11200 | 4/27/2018 | $22.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109391-11199 | 4/27/2018 | $8.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109391-11197 | 4/27/2018 | $22.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109390-11196 | 4/27/2018 | $67.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109390-11195 | 4/27/2018 | $41.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109390-11193 | 4/27/2018 | $41.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109388-11192 | 4/27/2018 | $448.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109388-11191 | 4/27/2018 | $85.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109393-11203 | 4/27/2018 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109387-11188 | 4/27/2018 | $41.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109393-11204 | 4/27/2018 | $418.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109387-11185 | 4/27/2018 | $41.16 |

Healthtex Caribbean LLC (2191891)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109385-11184 | 4/27/2018 | $36.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109385-11183 | 4/27/2018 | $409.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109385-11181 | 4/27/2018 | $36.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109333 | 3/19/2018 | $1,827.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109329 | 3/19/2018 | $756.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109567 | 6/5/2018 | $159.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109566-11180 | 6/4/2018 | $210.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109566-11179 | 6/4/2018 | $449.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997062 | $12,553.81 | 8/22/2018 | 109565 | 6/4/2018 | $203.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109388-11189 | 4/27/2018 | $85.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109451-11217 | 5/3/2018 | $80.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109519-11227 | 5/25/2018 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109512 | 5/25/2018 | $352.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109495 | 5/9/2018 | $131.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109482-11226 | 5/8/2018 | $298.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109482-11225 | 5/8/2018 | $243.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109472-11224 | 5/8/2018 | $33.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109472-11223 | 5/8/2018 | $311.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109472-11222 | 5/8/2018 | $82.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109472-11221 | 5/8/2018 | $770.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109393-11201 | 4/27/2018 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109451-11218 | 5/3/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011509 | $925.47 | 9/21/2018 | 109654-11275 | 7/6/2018 | $444.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109451-11215 | 5/3/2018 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109443 | 5/3/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109431-11214 | 5/2/2018 | $83.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109431-11212 | 5/2/2018 | $28.68 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109430-11211 | 5/2/2018 | $76.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109430-11209 | 5/2/2018 | $19.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109405 | 4/27/2018 | $21.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109395-11208 | 4/27/2018 | $113.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109395-11207 | 4/27/2018 | $73.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109395-11205 | 4/27/2018 | $73.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000403 | $7,431.25 | 8/31/2018 | 109472-11219 | 5/8/2018 | $115.56 |

**Totals:**     5 transfer(s),     $26,567.16