**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Troutman Sanders LLP** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009429 | $626.83 | 9/18/2018 | 2004942 | 7/3/2018 | $626.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998818 | $599.99 | 8/28/2018 | 1994283 | 6/12/2018 | $599.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987686 | $26,064.62 | 8/1/2018 | 1986356B | 5/23/2018 | $26,064.62 |
| **Totals:** | | **3 transfer(s),** | **$27,291.44** | | | | |