**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Twin Lakes Landscaping, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009437 | $9,499.00 | 9/18/2018 | 12461 | 6/30/2018 | $5,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009437 | $9,499.00 | 9/18/2018 | 12460 | 6/30/2018 | $1,364.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009437 | $9,499.00 | 9/18/2018 | 12459 | 6/30/2018 | $3,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002324 | $210.00 | 9/4/2018 | 12438 | 6/18/2018 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995425 | $14,074.00 | 8/17/2018 | 12428 | 6/1/2018 | $4,575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995425 | $14,074.00 | 8/17/2018 | 12415 | 5/31/2018 | $5,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995425 | $14,074.00 | 8/17/2018 | 12414 | 5/31/2018 | $1,364.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995425 | $14,074.00 | 8/17/2018 | 12413 | 5/31/2018 | $3,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991208 | $4,200.00 | 8/10/2018 | 12343 | 4/10/2018 | $4,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987694 | $1,275.00 | 8/1/2018 | 12397 | 5/17/2018 | $1,275.00 |

**Totals:**   5 transfer(s),   $29,258.00