**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **United Plant Growers, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995446 | $193.40 | 8/17/2018 | 3127005631-18271 | 5/9/2018 | $0.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222598 | 7/25/2018 | $1,253.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 221305-18284 | 6/14/2018 | $2,400.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 221304-18282 | 6/14/2018 | $1,464.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 221303-18280 | 6/12/2018 | $1,464.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 221301-18279 | 6/13/2018 | $612.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 221300-18276 | 6/14/2018 | $3,628.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995446 | $193.40 | 8/17/2018 | 3235040552-18275 | 5/17/2018 | $2.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995446 | $193.40 | 8/17/2018 | 3235040552-18274 | 5/17/2018 | $25.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980958 | $568.85 | 7/18/2018 | 220512 | 5/17/2018 | $648.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995446 | $193.40 | 8/17/2018 | 3127005744-18272 | 6/27/2018 | $46.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222602 | 7/25/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995446 | $193.40 | 8/17/2018 | 3127005631-18270 | 5/9/2018 | $5.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995446 | $193.40 | 8/17/2018 | 221305-18269 | 6/14/2018 | $108.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987711 | $576.00 | 8/1/2018 | 221720 | 6/22/2018 | $576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984307 | $9,460.22 | 7/25/2018 | 221305-18268 | 6/14/2018 | $2,291.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984307 | $9,460.22 | 7/25/2018 | 221305-18267 | 6/14/2018 | $108.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984307 | $9,460.22 | 7/25/2018 | 221304-18265 | 6/14/2018 | $1,464.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984307 | $9,460.22 | 7/25/2018 | 221303-18264 | 6/12/2018 | $1,464.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984307 | $9,460.22 | 7/25/2018 | 221301-18263 | 6/13/2018 | $612.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984307 | $9,460.22 | 7/25/2018 | 221300-18262 | 6/14/2018 | $3,628.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995446 | $193.40 | 8/17/2018 | 3127005744-18273 | 6/27/2018 | $4.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222621 | 7/26/2018 | $1,283.82 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013320 | $1,285.97 | 9/25/2018 | 3483001949-18290 | 8/9/2018 | $1.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013320 | $1,285.97 | 9/25/2018 | 222623 | 7/26/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 3127005802-18287 | 8/7/2018 | $0.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 3127005802-18286 | 8/7/2018 | $6.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222673 | 7/26/2018 | $1,289.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222672 | 7/26/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222627 | 7/26/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222626 | 7/26/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222625 | 7/26/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222600 | 7/25/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222622 | 7/26/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222601 | 7/25/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222620 | 7/26/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222619 | 7/26/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222608 | 7/25/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222607 | 7/25/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222606 | 7/27/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222605 | 7/25/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222604 | 7/25/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222603 | 7/25/2018 | $1,283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013320 | $1,285.97 | 9/25/2018 | 3483001949-18291 | 8/9/2018 | $0.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005739 | $25,649.60 | 9/11/2018 | 222624 | 7/26/2018 | $1,283.82 |

**Totals:**    6 transfer(s),    $37,734.04