**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Hearst Communications, Inc. dba San Antonio Express News** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010493 | $19,885.04 | 9/19/2018 | 618077042000 | 7/2/2018 | $19,885.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995102 | $28,051.83 | 8/17/2018 | 518077042000 | 6/2/2018 | $28,051.83 |
| **Totals:** | | **2 transfer(s),** | **$47,936.87** | | | | |