**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Universal Apparel Inc.**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1285-3449 | 5/15/2018 | $1,404.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1278-3434 | 5/14/2018 | $11,134.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1279-3435 | 5/14/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1279-3437 | 5/14/2018 | $15,433.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1280-3438 | 5/14/2018 | $1,348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1280-3440 | 5/14/2018 | $3,478.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1281-3442 | 5/14/2018 | $6,000.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1282A | 5/14/2018 | $5,642.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1283-3444 | 5/14/2018 | $804.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1283-3445 | 5/14/2018 | $1,861.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1278-3432 | 5/14/2018 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1284-3448 | 5/15/2018 | $6,307.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1290-3465 | 5/15/2018 | $4,680.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1285-3451 | 5/15/2018 | $13,619.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1286-3452 | 5/15/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1286-3454 | 5/15/2018 | $2,083.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1287-3455 | 5/15/2018 | $624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1287-3457 | 5/15/2018 | $7,829.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1288-3458 | 5/15/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1288-3460 | 5/15/2018 | $7,761.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1289-3462 | 5/15/2018 | $3,686.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1290-3464 | 5/15/2018 | $444.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034045 | $79,663.44 | 8/8/2018 | 1284-3446 | 5/15/2018 | $276.00 |

Universal Apparel Inc. (2191505)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                Exhibit A                                P. 1

**Totals:**   **1 transfer(s),**   **$79,663.44**