**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Heritage Travelware, Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697361 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692420 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697380 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697379 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697378 | 6/5/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697377 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697375 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697373 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697370 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697368 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697367 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697382 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697364 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697383 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697360 | 6/5/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697359 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697358 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697357 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697354 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697353 | 6/5/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697352 | 6/5/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697350 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697349 | 6/5/2018 | $88.00 |

Heritage Travelware, Ltd. (2191020)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                  Exhibit A                                  P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697347 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697345 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697366 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697411 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691968 | 5/22/2018 | $1,337.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691967 | 5/22/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691966 | 5/22/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691965 | 5/22/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691964 | 5/22/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691963 | 5/22/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691962 | 5/22/2018 | $955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697417 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697416 | 6/5/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697415 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697381 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697412 | 6/5/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695633 | 5/31/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697408 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697406 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697405 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697403 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697401 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697399 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697397 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697391 | 6/5/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697389 | 6/5/2018 | $374.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697386 | 6/5/2018 | $198.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697385 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697413 | 6/5/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692456 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695606 | 5/31/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695605 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695604 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695603 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695602 | 5/31/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695601 | 5/31/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695600 | 5/31/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695599 | 5/31/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695598 | 5/31/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695597 | 5/31/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697343 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695595 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695609 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692453 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692446 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692444 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692443 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692439 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692431 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692430 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692429 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692427 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692424 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2692422 | 5/23/2018 | $382.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695596 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695620 | 5/31/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691971 | 5/22/2018 | $955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695632 | 5/31/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695631 | 5/31/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695630 | 5/31/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695629 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695628 | 5/31/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695627 | 5/31/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695626 | 5/31/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695625 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695624 | 5/31/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695623 | 5/31/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695607 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695621 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695608 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695619 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695618 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695617 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695616 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695615 | 5/31/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695614 | 5/31/2018 | $374.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695613 | 5/31/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695612 | 5/31/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695611 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695610 | 5/31/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2697342 | 6/5/2018 | $110.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32033869 | $15,098.00 | 7/31/2018 | SP2695622 | 5/31/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696441 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697346 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697344 | 6/5/2018 | $374.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697341 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696450 | 6/4/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696449 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696448 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696447 | 6/4/2018 | $374.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696446 | 6/4/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696445 | 6/4/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696444 | 6/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696429 | 6/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696442 | 6/4/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697355 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696440 | 6/4/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696439 | 6/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696438 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696437 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696436 | 6/4/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696435 | 6/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696434 | 6/4/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696433 | 6/4/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696432 | 6/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696431 | 6/4/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691969 | 5/22/2018 | $955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696443 | 6/4/2018 | $198.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697387 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697409 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697407 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697404 | 6/5/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697402 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697400 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697398 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697396 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697395 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697394 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697393 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697392 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697348 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697388 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697351 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697384 | 6/5/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697376 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697374 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697372 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697371 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697369 | 6/5/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697365 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697363 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697362 | 6/5/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697356 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696428 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697390 | 6/5/2018 | $88.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692435 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692451 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692450 | 5/23/2018 | $1,337.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692449 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692448 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692447 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692445 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692442 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692441 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692440 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692438 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696430 | 6/4/2018 | $374.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692436 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692455 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692434 | 5/23/2018 | $955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692433 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692432 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692428 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692426 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692425 | 5/23/2018 | $1,337.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692423 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692421 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692419 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691972 | 5/22/2018 | $955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2697410 | 6/5/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692437 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696414 | 6/4/2018 | $88.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696427 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696426 | 6/4/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696425 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696424 | 6/4/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696423 | 6/4/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696422 | 6/4/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696421 | 6/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696420 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696419 | 6/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696418 | 6/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696417 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692452 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696415 | 6/4/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692454 | 5/23/2018 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696413 | 6/4/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696412 | 6/4/2018 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696411 | 6/4/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696410 | 6/4/2018 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696409 | 6/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696408 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696407 | 6/4/2018 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696406 | 6/4/2018 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696405 | 6/4/2018 | $638.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2692457 | 5/23/2018 | $382.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2691970 | 5/22/2018 | $955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034598 | $34,059.00 | 9/5/2018 | SP2696416 | 6/4/2018 | $374.00 |
| **Totals:** | | **2 transfer(s),** | **$49,157.00** | | | | |

Heritage Travelware, Ltd. (2191020)
Bankruptcy Case: Sears Holdings Corporation, et al.