**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Universal Building Services dba UBS** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002330 | $3,238.00 | 9/4/2018 | 1064 | 6/14/2018 | $1,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002330 | $3,238.00 | 9/4/2018 | 1062 | 6/14/2018 | $1,638.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998831 | $4,075.00 | 8/28/2018 | 1066 | 6/13/2018 | $1,575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998831 | $4,075.00 | 8/28/2018 | 1061 | 6/7/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998831 | $4,075.00 | 8/28/2018 | 1060 | 6/7/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998831 | $4,075.00 | 8/28/2018 | 1059 | 6/7/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998831 | $4,075.00 | 8/28/2018 | 1058 | 6/7/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998831 | $4,075.00 | 8/28/2018 | 1057 | 6/7/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991215 | $23,000.00 | 8/10/2018 | 1056 | 5/24/2018 | $4,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991215 | $23,000.00 | 8/10/2018 | 1055 | 5/24/2018 | $4,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991215 | $23,000.00 | 8/10/2018 | 1054 | 5/24/2018 | $4,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991215 | $23,000.00 | 8/10/2018 | 1053 | 5/24/2018 | $4,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991215 | $23,000.00 | 8/10/2018 | 1052 | 5/24/2018 | $4,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984294 | $1,200.00 | 7/25/2018 | 1063 | 4/12/2018 | $1,200.00 |

Totals:    4 transfer(s),    $31,513.00