**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **US Neighbors Construction Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013328 | $9,800.00 | 9/25/2018 | 145891 | 8/10/2018 | $9,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005747 | $4,100.00 | 9/11/2018 | 145892 | 7/23/2018 | $4,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991237 | $21,500.00 | 8/10/2018 | 45901 | 6/29/2018 | $21,500.00 |

| | | | |
|---|---|---|---|
| **Totals:** | 3 transfer(s), | $35,400.00 | |