

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Valley View Industries, H.C., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998861 | $1,290.20 | 8/28/2018 | 224164 | 6/6/2018 | $312.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987728 | $639.05 | 8/1/2018 | 221756-16421 | 5/21/2018 | $34.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002356 | $2,757.36 | 9/4/2018 | 224860 | 6/15/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002356 | $2,757.36 | 9/4/2018 | 224859 | 6/15/2018 | $115.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002356 | $2,757.36 | 9/4/2018 | 224858 | 6/15/2018 | $605.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002356 | $2,757.36 | 9/4/2018 | 224473 | 6/11/2018 | $216.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002356 | $2,757.36 | 9/4/2018 | 224472 | 6/11/2018 | $396.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002356 | $2,757.36 | 9/4/2018 | 224862 | 6/15/2018 | $339.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998861 | $1,290.20 | 8/28/2018 | 224474 | 6/11/2018 | $100.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002356 | $2,757.36 | 9/4/2018 | 224993 | 6/18/2018 | $328.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995467 | $5,161.61 | 8/17/2018 | 223593 | 5/31/2018 | $954.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995467 | $5,161.61 | 8/17/2018 | 223254 | 5/29/2018 | $2,255.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995467 | $5,161.61 | 8/17/2018 | 223244 | 5/29/2018 | $215.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995467 | $5,161.61 | 8/17/2018 | 223243 | 5/29/2018 | $1,143.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995467 | $5,161.61 | 8/17/2018 | 223242 | 5/29/2018 | $607.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987728 | $639.05 | 8/1/2018 | 221756-16423 | 5/21/2018 | $659.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998861 | $1,290.20 | 8/28/2018 | 224475 | 6/11/2018 | $891.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009469 | $765.22 | 9/18/2018 | 225375 | 6/25/2018 | $15.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013334 | $2,544.40 | 9/25/2018 | 226302 | 7/9/2018 | $419.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013334 | $2,544.40 | 9/25/2018 | 226300 | 7/9/2018 | $960.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013334 | $2,544.40 | 9/25/2018 | 226050 | 7/5/2018 | $127.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013334 | $2,544.40 | 9/25/2018 | 225849 | 7/2/2018 | $157.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013334 | $2,544.40 | 9/25/2018 | 225784 | 6/29/2018 | $91.80 |

Valley View Industries, H.C., Inc. (2191854)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013334 | $2,544.40 | 9/25/2018 | 225783 | 6/29/2018 | $730.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002356 | $2,757.36 | 9/4/2018 | 224861 | 6/15/2018 | $739.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009469 | $765.22 | 9/18/2018 | 225378 | 6/25/2018 | $420.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013334 | $2,544.40 | 9/25/2018 | 226304 | 7/9/2018 | $64.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005752 | $2,869.30 | 9/11/2018 | 225377 | 6/25/2018 | $330.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005752 | $2,869.30 | 9/11/2018 | 225376 | 6/25/2018 | $104.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005752 | $2,869.30 | 9/11/2018 | 225374 | 6/25/2018 | $862.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005752 | $2,869.30 | 9/11/2018 | 225225 | 6/21/2018 | $332.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005752 | $2,869.30 | 9/11/2018 | 224996 | 6/18/2018 | $992.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005752 | $2,869.30 | 9/11/2018 | 224995 | 6/18/2018 | $247.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009469 | $765.22 | 9/18/2018 | 225848 | 7/2/2018 | $329.08 |

Totals:    7 transfer(s),    $16,027.14