**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Hi-Tech Air Conditioning Service, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008940 | $16,520.51 | 9/18/2018 | 67928 | 6/30/2018 | $1,306.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008940 | $16,520.51 | 9/18/2018 | 67927 | 6/30/2018 | $1,303.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008940 | $16,520.51 | 9/18/2018 | 67926 | 6/30/2018 | $2,830.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008940 | $16,520.51 | 9/18/2018 | 67925 | 6/30/2018 | $2,715.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008940 | $16,520.51 | 9/18/2018 | 67924 | 6/30/2018 | $2,715.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008940 | $16,520.51 | 9/18/2018 | 67923 | 6/30/2018 | $2,824.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008940 | $16,520.51 | 9/18/2018 | 67922 | 6/30/2018 | $2,824.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993673 | $10,316.75 | 8/16/2018 | 67801 | 5/31/2018 | $4,322.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993673 | $10,316.75 | 8/16/2018 | 67800 | 5/31/2018 | $2,070.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993673 | $10,316.75 | 8/16/2018 | 67797 | 5/31/2018 | $2,715.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993673 | $10,316.75 | 8/16/2018 | 67794 | 5/31/2018 | $1,207.91 |

Totals:    2 transfer(s),    $26,837.26