**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Holmberg Farms, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244291-17633 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244303-17653 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244173-17619 | 4/17/2018 | $499.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244187-17620 | 4/19/2018 | $536.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244230-17621 | 4/17/2018 | $1,752.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244232-17622 | 4/17/2018 | $1,664.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244286-17623 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244287-17625 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244288-17627 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244025-17617 | 3/27/2018 | $1,496.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244290-17631 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244024-17616 | 3/27/2018 | $39.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244292-17635 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244293-17637 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244294-17639 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244296-17641 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244298-17643 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244299-17645 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244300-17647 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244301-17649 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982492 | $2,892.50 | 7/23/2018 | 1244295 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244289-17629 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243950-17606 | 2/28/2018 | $1,209.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982492 | $2,892.50 | 7/23/2018 | 1244297 | 4/26/2018 | $1,274.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982492 | $2,892.50 | 7/23/2018 | 1244306 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982492 | $2,892.50 | 7/23/2018 | 1244308 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243465-17599 | 2/19/2018 | $101.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243580-17600 | 2/28/2018 | $1,209.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243625-17601 | 2/28/2018 | $263.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243627-17602 | 2/28/2018 | $233.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243947-17603 | 3/28/2018 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244027-17618 | 3/27/2018 | $59.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243949-17605 | 2/28/2018 | $1,209.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244304-17655 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243951-17607 | 2/28/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243952-17608 | 2/28/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243953-17609 | 2/28/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243954-17610 | 2/28/2018 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243955-17611 | 3/28/2018 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243956-17612 | 3/28/2018 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243957-17613 | 3/28/2018 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244022-17614 | 3/27/2018 | $1,496.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244023-17615 | 3/27/2018 | $39.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1243948-17604 | 2/28/2018 | $1,209.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244851-17687 | 6/18/2018 | $3,565.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244302-17651 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007368 | $9,380.85 | 9/14/2018 | 1244850 | 6/18/2018 | $3,705.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007368 | $9,380.85 | 9/14/2018 | 1244852 | 6/18/2018 | $262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007368 | $9,380.85 | 9/14/2018 | 1244853 | 6/18/2018 | $262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007368 | $9,380.85 | 9/14/2018 | 1244870 | 6/18/2018 | $262.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007368 | $9,380.85 | 9/14/2018 | 1244905 | 6/25/2018 | $442.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007368 | $9,380.85 | 9/14/2018 | 20180848KPWA | 6/14/2018 | $450.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244843-17681 | 6/18/2018 | $1,069.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007368 | $9,380.85 | 9/14/2018 | 1244309-17680 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244848-17685 | 6/18/2018 | $1,732.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007368 | $9,380.85 | 9/14/2018 | 1244298-17679 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244854-17689 | 6/18/2018 | $262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244864-17691 | 6/18/2018 | $2,886.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244865-17693 | 6/18/2018 | $262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244869-17695 | 6/18/2018 | $3,133.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244968-17697 | 7/5/2018 | $42.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244968-17700 | 7/5/2018 | $1,871.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244971-17701 | 7/5/2018 | $448.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244971-17703 | 7/5/2018 | $658.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244977-17704 | 7/5/2018 | $187.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244844-17683 | 6/18/2018 | $262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244293-17669 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244305-17657 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244307-17659 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244309-17661 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985883 | $14,579.10 | 7/30/2018 | 1244361 | 5/1/2018 | $506.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244286-17663 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244287-17664 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244288-17665 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244289-17666 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007368 | $9,380.85 | 9/14/2018 | 1244849 | 6/18/2018 | $3,133.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244291-17668 | 4/26/2018 | $1,006.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011526 | $3,394.25 | 9/21/2018 | 1244977-17706 | 7/5/2018 | $864.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244294-17670 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244296-17671 | 4/26/2018 | $1,006.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244299-17672 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244300-17673 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244301-17674 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244302-17675 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244304-17676 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244305-17677 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244307-17678 | 4/26/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992865 | $10,496.00 | 8/15/2018 | 1244290-17667 | 4/26/2018 | $1,006.00 |

Totals:    5 transfer(s),    $40,742.70