**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Vento Distributors Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 742020 | 6/11/2018 | $372.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708977 | 6/5/2018 | $465.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 709562-44854 | 6/11/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 709562-44856 | 6/11/2018 | $274.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 709562-44857 | 6/11/2018 | $102.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 710322-44858 | 6/11/2018 | $35.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 710322-44859 | 6/11/2018 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 710355-44861 | 6/11/2018 | $17.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 710355-44862 | 6/11/2018 | $218.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 710364-44863 | 6/8/2018 | $35.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082280 | $748.27 | 7/17/2018 | 689955-45186 | 4/20/2018 | $294.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 742019 | 6/11/2018 | $372.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708974 | 6/6/2018 | $465.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 742022 | 6/11/2018 | $372.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713578-44865 | 6/18/2018 | $66.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713578-44866 | 6/18/2018 | $127.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713651-44867 | 6/18/2018 | $66.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713651-44868 | 6/18/2018 | $127.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713655-44869 | 6/20/2018 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713655-44870 | 6/20/2018 | $152.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713659-44871 | 6/15/2018 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713659-44872 | 6/15/2018 | $152.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085287 | $1,818.84 | 9/4/2018 | 710364-44864 | 6/8/2018 | $17.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084075 | $221.11 | 8/14/2018 | 693499-44852 | 4/23/2018 | $184.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082280 | $748.27 | 7/17/2018 | 689955-45187 | 4/20/2018 | $150.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082280 | $748.27 | 7/17/2018 | 693498-45188 | 4/23/2018 | $169.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082280 | $748.27 | 7/17/2018 | 693498-45189 | 4/23/2018 | $23.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082280 | $748.27 | 7/17/2018 | 693500-45190 | 4/23/2018 | $93.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082280 | $748.27 | 7/17/2018 | 693500-45191 | 4/23/2018 | $50.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082708 | $160.98 | 7/18/2018 | 693499-45192 | 4/23/2018 | $221.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082708 | $160.98 | 7/18/2018 | 694637-45194 | 4/30/2018 | $110.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082708 | $160.98 | 7/18/2018 | 694637-45195 | 4/30/2018 | $50.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083295 | $718.86 | 7/30/2018 | 697884 | 5/4/2018 | $181.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708976 | 6/5/2018 | $465.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083295 | $718.86 | 7/30/2018 | 697910 | 5/8/2018 | $299.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708975 | 6/5/2018 | $558.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084075 | $221.11 | 8/14/2018 | 693499-44853 | 4/23/2018 | $37.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708490 | 6/5/2018 | $465.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708518 | 6/5/2018 | $558.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708533 | 6/6/2018 | $372.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708592 | 6/5/2018 | $558.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708968 | 6/6/2018 | $372.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708969 | 6/5/2018 | $558.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708971 | 6/5/2018 | $465.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084969 | $5,771.98 | 9/4/2018 | 708972 | 6/5/2018 | $465.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713678-44875 | 6/20/2018 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083295 | $718.86 | 7/30/2018 | 697904 | 5/4/2018 | $237.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718378 | 6/29/2018 | $220.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713663-44873 | 6/18/2018 | $66.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 745318 | 6/22/2018 | $187.76 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 745319 | 6/21/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718312 | 6/28/2018 | $310.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718316 | 6/29/2018 | $310.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718319 | 6/29/2018 | $310.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718322 | 6/28/2018 | $310.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718331 | 6/28/2018 | $220.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718363 | 6/28/2018 | $310.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 716086 | 6/25/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718375 | 6/29/2018 | $220.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 716074 | 6/22/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718380 | 6/29/2018 | $220.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718384 | 6/28/2018 | $310.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718387 | 6/29/2018 | $310.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718397 | 6/29/2018 | $220.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718668 | 6/29/2018 | $220.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 746547 | 7/2/2018 | $220.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 746548 | 7/2/2018 | $220.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 746549 | 6/29/2018 | $220.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087437 | $154.58 | 10/12/2018 | 725091-44888 | 7/18/2018 | $34.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087437 | $154.58 | 10/12/2018 | 725091-44890 | 7/18/2018 | $76.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086712 | $4,377.27 | 10/2/2018 | 718368 | 6/28/2018 | $220.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 715520-44887 | 6/25/2018 | $153.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087437 | $154.58 | 10/12/2018 | 725091-44891 | 7/18/2018 | $78.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713678-44876 | 6/20/2018 | $152.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 713574-44877 | 6/22/2018 | $66.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 713574-44878 | 6/22/2018 | $127.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 713661-44879 | 6/26/2018 | $79.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 713661-44880 | 6/26/2018 | $127.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 713699-44881 | 6/22/2018 | $66.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 713699-44882 | 6/22/2018 | $127.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 713736-44883 | 6/26/2018 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 745317 | 6/22/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 715520-44885 | 6/25/2018 | $17.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085718 | $1,274.62 | 9/13/2018 | 713663-44874 | 6/18/2018 | $127.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 715726 | 6/22/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 715729 | 6/22/2018 | $281.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 715732 | 6/22/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 716021 | 6/25/2018 | $281.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 716025 | 6/25/2018 | $140.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 716034 | 6/25/2018 | $281.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 716037 | 6/25/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 716043 | 6/25/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 716046 | 6/25/2018 | $187.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 716057 | 6/25/2018 | $281.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086110 | $4,124.54 | 9/20/2018 | 713736-44884 | 6/26/2018 | $152.76 |

**Totals:** 10 transfer(s), $19,371.05