**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96K | 5/20/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K968 | 5/20/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96V | 5/20/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96U | 5/20/2018 | $235.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96T | 5/20/2018 | $235.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96S | 5/20/2018 | $273.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96R | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96Q | 5/20/2018 | $193.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96P | 5/20/2018 | $260.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96O | 5/20/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96N | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96X | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96L | 5/20/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98C | 5/20/2018 | $209.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96J | 5/20/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96I | 5/20/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96H | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96G | 5/20/2018 | $206.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96F | 5/20/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96E | 5/20/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96D | 5/20/2018 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96C | 5/20/2018 | $257.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96B | 5/20/2018 | $454.50 |

Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers (2191608)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                                  Exhibit A                                  P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96A | 5/20/2018 | $274.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 0000012674 | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96M | 5/20/2018 | $257.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98O | 5/20/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5KK | 5/31/2018 | $376.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K99D | 5/20/2018 | $376.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K99C | 5/20/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K99B | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K99A | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K999 | 5/20/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K998 | 5/20/2018 | $235.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98T | 5/20/2018 | $273.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98S | 5/20/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98R | 5/20/2018 | $210.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K96W | 5/20/2018 | $243.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98P | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K967 | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98N | 5/20/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98M | 5/20/2018 | $376.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98L | 5/20/2018 | $257.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98K | 5/20/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98J | 5/20/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98I | 5/20/2018 | $257.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98H | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98G | 5/20/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98F | 5/20/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98E | 5/20/2018 | $269.75 |

Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers (2191608)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98D | 5/20/2018 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K98Q | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBW | 5/13/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K969 | 5/20/2018 | $247.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQC7 | 5/13/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQC6 | 5/13/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQC5 | 5/13/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQC4 | 5/13/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQC3 | 5/13/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQC2 | 5/13/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQC1 | 5/13/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQC0 | 5/13/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBZ | 5/13/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQC9 | 5/13/2018 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBX | 5/13/2018 | $247.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQCA | 5/13/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBV | 5/13/2018 | $210.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBU | 5/13/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBT | 5/13/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBS | 5/13/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBR | 5/13/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBQ | 5/13/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBP | 5/13/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBO | 5/13/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQAR | 5/13/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQAQ | 5/13/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007J3GK | 5/4/2018 | $227.25 |

Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers (2191608)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                                         Exhibit A                                         P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQBY | 5/13/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K92Y | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K966 | 5/20/2018 | $480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K965 | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K938 | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K937 | 5/20/2018 | $206.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K936 | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K935 | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K934 | 5/20/2018 | $260.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K933 | 5/20/2018 | $247.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K932 | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K931 | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQC8 | 5/13/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K92Z | 5/20/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5KN | 5/31/2018 | $218.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K92X | 5/20/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K92W | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K92V | 5/20/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K92U | 5/20/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K92T | 5/20/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K92S | 5/20/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQCF | 5/13/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQCE | 5/13/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQCD | 5/13/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQCC | 5/13/2018 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007JQCB | 5/13/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007K930 | 5/20/2018 | $240.00 |

Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers (2191608)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                                        Exhibit A                                        P. 4

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7OU | 6/1/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5KL | 5/31/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7TX | 6/1/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7TW | 6/1/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7TV | 6/1/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7TU | 6/1/2018 | $210.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7TT | 6/1/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7TS | 6/1/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7TR | 6/1/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7OY | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7OX | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7TZ | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7OV | 6/1/2018 | $247.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7U0 | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6SZ | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6SY | 5/31/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6SX | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6SW | 5/31/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6SV | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6SU | 5/31/2018 | $213.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6ST | 5/31/2018 | $247.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6SS | 5/31/2018 | $235.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6SR | 5/31/2018 | $488.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6SQ | 5/31/2018 | $260.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RL | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7OW | 6/1/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7WR | 6/1/2018 | $248.50 |

Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers (2191608)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                                         Exhibit A                                         P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 0000295242 | 6/22/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007OI29 | 7/16/2018 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7ZO | 6/1/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7ZN | 6/1/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7ZM | 6/1/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7ZL | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7WX | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7WW | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7WV | 6/1/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7WU | 6/1/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7TY | 6/1/2018 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7WS | 6/1/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RI | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7WQ | 6/1/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7WP | 6/1/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7WO | 6/1/2018 | $509.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7U8 | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7U7 | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7U6 | 6/22/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7U5 | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7U4 | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7U3 | 6/1/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7U2 | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7U1 | 6/1/2018 | $248.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L7WT | 6/1/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5O9 | 5/31/2018 | $247.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6P3 | 5/31/2018 | $218.24 |

Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers (2191608)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6P2 | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6P1 | 5/31/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6P0 | 5/31/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6OZ | 5/31/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6OY | 5/31/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6MN | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6MM | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5OD | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5OC | 5/31/2018 | $209.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RK | 5/31/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5OA | 5/31/2018 | $230.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6P6 | 5/31/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5O8 | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5O7 | 5/31/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5O6 | 5/31/2018 | $376.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5O5 | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5KT | 5/31/2018 | $235.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5KS | 5/31/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5KR | 5/31/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5KQ | 5/31/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5KP | 5/31/2018 | $247.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5KO | 5/31/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 0000316909 | 5/28/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5OB | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6R5 | 5/31/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L5KM | 5/31/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RH | 5/31/2018 | $235.75 |

Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers (2191608)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                                    Exhibit A                                    P. 7

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RG | 5/31/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RF | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RE | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RD | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RC | 5/31/2018 | $209.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RB | 5/31/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RA | 5/31/2018 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6R9 | 5/31/2018 | $193.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6R8 | 5/31/2018 | $269.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6P4 | 5/31/2018 | $206.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6R6 | 5/31/2018 | $247.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6P5 | 5/31/2018 | $214.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6R4 | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6R3 | 5/31/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6R2 | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6PD | 5/31/2018 | $227.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6PC | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6PB | 5/31/2018 | $184.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6PA | 5/31/2018 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6P9 | 5/31/2018 | $252.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6P8 | 5/31/2018 | $244.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6P7 | 5/31/2018 | $206.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6RJ | 5/31/2018 | $274.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12325 | $32,815.39 | 8/24/2018 | 000007L6R7 | 5/31/2018 | $482.25 |

**Totals:**   1 transfer(s),   $32,815.39

Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers (2191608)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                                           Exhibit A                                           P. 8