**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **HoneyTree, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997079 | $5,830.77 | 8/22/2018 | 115682 | 7/16/2018 | $2,542.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997079 | $5,830.77 | 8/22/2018 | 115680 | 7/16/2018 | $3,403.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992876 | $11,055.12 | 8/15/2018 | 51137A | 1/10/2018 | $4.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992876 | $11,055.12 | 8/15/2018 | 115683 | 7/16/2018 | $2,542.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992876 | $11,055.12 | 8/15/2018 | 115681 | 7/16/2018 | $2,542.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992876 | $11,055.12 | 8/15/2018 | 115673 | 7/13/2018 | $3,778.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992876 | $11,055.12 | 8/15/2018 | 115672 | 7/13/2018 | $2,542.51 |

**Totals:** 2 transfer(s), $16,885.89