

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Verus Products, Inc. dba Verus Sports, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984336 | $7,712.82 | 7/25/2018 | 888799 | 5/3/2018 | $940.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980985 | $15,696.54 | 7/18/2018 | 888801 | 5/3/2018 | $970.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980985 | $15,696.54 | 7/18/2018 | 888803 | 5/3/2018 | $1,946.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980985 | $15,696.54 | 7/18/2018 | 888804 | 5/3/2018 | $2,526.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980985 | $15,696.54 | 7/18/2018 | 888806 | 5/3/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980985 | $15,696.54 | 7/18/2018 | 888807 | 5/3/2018 | $735.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980985 | $15,696.54 | 7/18/2018 | 888930 | 5/8/2018 | $1,822.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980985 | $15,696.54 | 7/18/2018 | 888800 | 5/3/2018 | $676.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980985 | $15,696.54 | 7/18/2018 | 888936 | 5/8/2018 | $1,365.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987742 | $2,297.40 | 8/1/2018 | 888935 | 5/8/2018 | $495.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984336 | $7,712.82 | 7/25/2018 | 888802 | 5/3/2018 | $2,716.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984336 | $7,712.82 | 7/25/2018 | 888805 | 5/3/2018 | $915.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984336 | $7,712.82 | 7/25/2018 | 888931 | 5/8/2018 | $588.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984336 | $7,712.82 | 7/25/2018 | 888934 | 5/8/2018 | $1,742.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984336 | $7,712.82 | 7/25/2018 | 888937 | 5/8/2018 | $810.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987742 | $2,297.40 | 8/1/2018 | 888929 | 5/8/2018 | $470.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987742 | $2,297.40 | 8/1/2018 | 888932 | 5/8/2018 | $1,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980985 | $15,696.54 | 7/18/2018 | 888933 | 5/8/2018 | $4,934.28 |

**Totals:**    3 transfer(s),    $25,706.76