**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **HR Management Group, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001910 | $7,529.11 | 9/4/2018 | 7682433161 | 8/6/2018 | $2,570.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982503 | $3,928.28 | 7/23/2018 | 7683432811 | 7/2/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983846 | $2,776.13 | 7/25/2018 | 7682432881 | 7/9/2018 | $1,551.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983846 | $2,776.13 | 7/25/2018 | 7683432881 | 7/9/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987308 | $4,680.26 | 8/1/2018 | 7682432951 | 7/16/2018 | $3,455.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987308 | $4,680.26 | 8/1/2018 | 7683432951 | 7/16/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990808 | $2,776.13 | 8/10/2018 | 7682433021 | 7/23/2018 | $1,551.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990808 | $2,776.13 | 8/10/2018 | 7683433021 | 7/23/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982503 | $3,928.28 | 7/23/2018 | 7682432811 | 7/2/2018 | $2,703.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994715 | $3,697.53 | 8/17/2018 | 7683433091 | 7/30/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012904 | $16,048.46 | 9/25/2018 | 7683433441 | 9/3/2018 | $11,515.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001910 | $7,529.11 | 9/4/2018 | 7682433231 | 8/13/2018 | $2,508.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001910 | $7,529.11 | 9/4/2018 | 7683433161 | 8/6/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001910 | $7,529.11 | 9/4/2018 | 7683433231 | 8/13/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005328 | $3,941.41 | 9/11/2018 | 7682433301 | 8/20/2018 | $2,716.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005328 | $3,941.41 | 9/11/2018 | 7683433301 | 8/20/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008949 | $3,421.46 | 9/18/2018 | 7682433371 | 8/27/2018 | $3,421.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012904 | $16,048.46 | 9/25/2018 | 7682433441 | 9/3/2018 | $4,533.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994715 | $3,697.53 | 8/17/2018 | 7682433091 | 7/30/2018 | $2,472.53 |

**Totals:**    9 transfer(s),    $48,798.77