# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Blue Wave Products, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11156 | $130.43 | 8/23/2018 | 00002033AA | 6/19/2018 | $17.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07140 | $72.21 | 8/16/2018 | 00000854AA-35248 | 6/12/2018 | $17.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07140 | $72.21 | 8/16/2018 | 00001732AA | 6/12/2018 | $24.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07140 | $72.21 | 8/16/2018 | 00003647AA | 6/12/2018 | $11.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07895 | $127.95 | 8/17/2018 | 00003587AA-35249 | 6/13/2018 | $56.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07895 | $127.95 | 8/17/2018 | 00004592AA-35250 | 6/13/2018 | $24.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07895 | $127.95 | 8/17/2018 | 00005043AA-35251 | 6/13/2018 | $15.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07895 | $127.95 | 8/17/2018 | 00005728AA | 6/13/2018 | $13.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07895 | $127.95 | 8/17/2018 | 00006106AA-35252 | 6/13/2018 | $17.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08461 | $17.67 | 8/20/2018 | 00007557AA | 6/14/2018 | $17.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000513AA | 5/14/2018 | $40.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11156 | $130.43 | 8/23/2018 | 00001970AA-35253 | 6/19/2018 | $15.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06293 | $243.86 | 8/15/2018 | 00008972AA-35246 | 6/11/2018 | $10.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11156 | $130.43 | 8/23/2018 | 00002605AA | 6/19/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11156 | $130.43 | 8/23/2018 | 00002606AA | 6/19/2018 | $19.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11156 | $130.43 | 8/23/2018 | 00002607AA | 6/19/2018 | $18.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11795 | $106.58 | 8/24/2018 | 00002604AA | 6/20/2018 | $37.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11795 | $106.58 | 8/24/2018 | 00002713AA | 6/20/2018 | $18.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11795 | $106.58 | 8/24/2018 | 00004215AA-35254 | 6/20/2018 | $13.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11795 | $106.58 | 8/24/2018 | 00004421AA | 6/20/2018 | $18.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11795 | $106.58 | 8/24/2018 | 00004986AA-35255 | 6/20/2018 | $17.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12497 | $55.67 | 8/27/2018 | 00006037AA | 6/21/2018 | $11.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11156 | $130.43 | 8/23/2018 | 00000501AA | 6/19/2018 | $48.92 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04467 | $150.95 | 8/13/2018 | 00006609AA | 6/7/2018 | $18.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02412 | $210.75 | 8/8/2018 | 00009753AA-35239 | 6/4/2018 | $18.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02412 | $210.75 | 8/8/2018 | 00009918AA | 6/4/2018 | $17.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03160 | $15.96 | 8/9/2018 | 00003941AA-35240 | 6/5/2018 | $15.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03907 | $83.68 | 8/10/2018 | 00004052AA-35241 | 6/6/2018 | $13.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03907 | $83.68 | 8/10/2018 | 00004542AA-35242 | 6/6/2018 | $23.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03907 | $83.68 | 8/10/2018 | 00004568AA | 6/6/2018 | $18.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03907 | $83.68 | 8/10/2018 | 00004569AA | 6/6/2018 | $17.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03907 | $83.68 | 8/10/2018 | 00005470AA | 6/6/2018 | $10.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04467 | $150.95 | 8/13/2018 | 00004541AA | 6/7/2018 | $30.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07140 | $72.21 | 8/16/2018 | 00000853AA-35247 | 6/12/2018 | $18.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04467 | $150.95 | 8/13/2018 | 00006176AA | 6/7/2018 | $23.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06293 | $243.86 | 8/15/2018 | 00009812AA | 6/11/2018 | $16.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04467 | $150.95 | 8/13/2018 | 00006780AA | 6/7/2018 | $19.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04467 | $150.95 | 8/13/2018 | 00007872AA-35243 | 6/8/2018 | $10.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04467 | $150.95 | 8/13/2018 | 00008016AA-35244 | 6/8/2018 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04467 | $150.95 | 8/13/2018 | 00008017AA-35245 | 6/8/2018 | $13.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06293 | $243.86 | 8/15/2018 | 00000052AA | 6/11/2018 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06293 | $243.86 | 8/15/2018 | 00000053AA | 6/11/2018 | $7.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06293 | $243.86 | 8/15/2018 | 00000631AA | 6/11/2018 | $16.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06293 | $243.86 | 8/15/2018 | 00008548AA | 6/11/2018 | $14.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06293 | $243.86 | 8/15/2018 | 00008578AA | 6/11/2018 | $171.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12497 | $55.67 | 8/27/2018 | 00007834AA-35256 | 6/22/2018 | $18.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04467 | $150.95 | 8/13/2018 | 00006151AA | 6/7/2018 | $24.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89885 | $492.11 | 7/17/2018 | 00001593AA-35277 | 3/30/2018 | $30.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12497 | $55.67 | 8/27/2018 | 00007076AA | 6/21/2018 | $8.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00008938AA-35270 | 7/2/2018 | $14.65 |

Blue Wave Products, Inc. (2191050)
Bankruptcy Case: Sears Holdings Corporation, et al.

Exhibit A

Transfers During Preference Period
Pg 3 of 15

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00008939AA-35271 | 7/2/2018 | $18.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00009413AA-35272 | 7/2/2018 | $16.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18429 | $104.88 | 9/6/2018 | 00000380AA | 7/3/2018 | $15.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18429 | $104.88 | 9/6/2018 | 00000804AA-35273 | 7/3/2018 | $19.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18429 | $104.88 | 9/6/2018 | 00001160AA | 7/3/2018 | $21.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18429 | $104.88 | 9/6/2018 | 00001161AA | 7/3/2018 | $24.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18429 | $104.88 | 9/6/2018 | 00001162AA-35274 | 7/3/2018 | $24.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00008936AA-35268 | 7/2/2018 | $23.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89885 | $492.11 | 7/17/2018 | 00001466AA-35276 | 3/30/2018 | $10.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00008754AA | 7/2/2018 | $15.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89885 | $492.11 | 7/17/2018 | 00001773AA-35278 | 3/30/2018 | $9.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89885 | $492.11 | 7/17/2018 | 00001799AA | 3/30/2018 | $7.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89885 | $492.11 | 7/17/2018 | 00001800AA | 3/30/2018 | $28.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89885 | $492.11 | 7/17/2018 | 00001801AA | 3/30/2018 | $542.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000152AA-35279 | 5/14/2018 | $1,123.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000281AA | 5/14/2018 | $79.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000373AA-35280 | 5/14/2018 | $67.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000374AA | 5/14/2018 | $226.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000406AA-35281 | 5/14/2018 | $169.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005089AA-35381 | 5/25/2018 | $3,122.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89885 | $492.11 | 7/17/2018 | 00001465AA-35275 | 3/30/2018 | $34.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15931 | $23.74 | 8/31/2018 | 00003804AA | 6/27/2018 | $10.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02412 | $210.75 | 8/8/2018 | 00008299AA-35237 | 6/4/2018 | $31.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14408 | $145.48 | 8/29/2018 | 00000412AA-35257 | 6/25/2018 | $21.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14408 | $145.48 | 8/29/2018 | 00000413AA-35258 | 6/25/2018 | $57.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14408 | $145.48 | 8/29/2018 | 00001626AA | 6/25/2018 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14408 | $145.48 | 8/29/2018 | 00008954AA-35259 | 6/25/2018 | $19.96 |

Blue Wave Products, Inc. (2191050)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14408 | $145.48 | 8/29/2018 | 00009267AA-35260 | 6/25/2018 | $12.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14408 | $145.48 | 8/29/2018 | 00009459AA | 6/25/2018 | $11.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14408 | $145.48 | 8/29/2018 | 00009521AA-35261 | 6/25/2018 | $17.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15191 | $35.16 | 8/30/2018 | 00003041AA-35262 | 6/26/2018 | $16.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00008937AA-35269 | 7/2/2018 | $17.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15931 | $23.74 | 8/31/2018 | 00003744AA-35263 | 6/27/2018 | $14.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12497 | $55.67 | 8/27/2018 | 00007476AA | 6/22/2018 | $16.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15931 | $23.74 | 8/31/2018 | 00004018AA | 6/27/2018 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15931 | $23.74 | 8/31/2018 | 00004019AA | 6/27/2018 | $24.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16450 | $23.85 | 9/4/2018 | 00005674AA-35264 | 6/28/2018 | $9.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16450 | $23.85 | 9/4/2018 | 00006716AA | 6/29/2018 | $14.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00007944AA-35265 | 7/2/2018 | $9.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00007945AA-35266 | 7/2/2018 | $21.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00008026AA-35267 | 7/2/2018 | $16.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00008509AA | 7/2/2018 | $23.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00008510AA | 7/2/2018 | $15.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17700 | $208.90 | 9/5/2018 | 00008629AA | 7/2/2018 | $14.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15191 | $35.16 | 8/30/2018 | 00003316AA | 6/26/2018 | $18.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006906AA | 5/29/2018 | $39.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00008034AA-35400 | 5/29/2018 | $28.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006034AA-35394 | 5/29/2018 | $326.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006035AA | 5/29/2018 | $127.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006185AA | 5/29/2018 | $39.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006187AA | 5/29/2018 | $36.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006328AA-35395 | 5/29/2018 | $28.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006329AA | 5/29/2018 | $34.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006335AA | 5/29/2018 | $7.33 |

Blue Wave Products, Inc. (2191050)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006336AA | 5/29/2018 | $46.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006032AA-35392 | 5/29/2018 | $31.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006849AA | 5/29/2018 | $53.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00005978AA-35391 | 5/29/2018 | $21.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006988AA | 5/29/2018 | $39.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006989AA | 5/29/2018 | $68.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006990AA | 5/29/2018 | $39.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006991AA | 5/29/2018 | $54.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00007491AA-35396 | 5/29/2018 | $31.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00007522AA-35397 | 5/29/2018 | $53.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00007523AA-35398 | 5/29/2018 | $31.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00007670AA | 5/29/2018 | $29.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00007828AA | 5/29/2018 | $39.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02412 | $210.75 | 8/8/2018 | 00009629AA-35238 | 6/4/2018 | $23.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006618AA | 5/29/2018 | $17.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00000859AA | 5/29/2018 | $40.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005090AA-35382 | 5/25/2018 | $39.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005091AA-35383 | 5/25/2018 | $203.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005092AA | 5/25/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005094AA | 5/25/2018 | $70.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005095AA-35384 | 5/25/2018 | $14.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005448AA | 5/25/2018 | $542.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005509AA | 5/25/2018 | $28.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005623AA | 5/25/2018 | $80.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005628AA | 5/25/2018 | $6.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00006033AA-35393 | 5/29/2018 | $14.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005723AA | 5/25/2018 | $49.61 |

Blue Wave Products, Inc. (2191050)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 5

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00008035AA | 5/29/2018 | $71.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00000860AA-35386 | 5/29/2018 | $49.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00000899AA | 5/29/2018 | $39.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00000969AA | 5/29/2018 | $68.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00000970AA | 5/29/2018 | $74.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00000971AA | 5/29/2018 | $39.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00000972AA-35387 | 5/29/2018 | $54.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00001419AA-35388 | 5/29/2018 | $6.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00001420AA-35389 | 5/29/2018 | $70.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00001789AA | 5/29/2018 | $36.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00005977AA-35390 | 5/29/2018 | $15.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005629AA-35385 | 5/25/2018 | $226.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00006580AA | 6/1/2018 | $24.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00007855AA-35399 | 5/29/2018 | $31.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00005004AA | 5/31/2018 | $57.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00005005AA | 5/31/2018 | $28.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00005017AA-35231 | 5/31/2018 | $17.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00005018AA | 5/31/2018 | $38.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00005020AA | 5/31/2018 | $41.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00005024AA | 5/31/2018 | $17.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00005025AA | 5/31/2018 | $29.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00005777AA | 5/31/2018 | $39.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00004960AA-35229 | 5/31/2018 | $10.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00006579AA | 6/1/2018 | $38.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00004959AA-35228 | 5/31/2018 | $50.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00006581AA | 6/1/2018 | $14.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00006582AA-35233 | 6/1/2018 | $20.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00007203AA-35234 | 6/1/2018 | $4.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00007282AA-35235 | 6/1/2018 | $16.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00007380AA | 6/1/2018 | $17.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02412 | $210.75 | 8/8/2018 | 00001319AA-35236 | 6/4/2018 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02412 | $210.75 | 8/8/2018 | 00007887AA | 6/4/2018 | $13.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02412 | $210.75 | 8/8/2018 | 00007916AA | 6/4/2018 | $10.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02412 | $210.75 | 8/8/2018 | 00008298AA | 6/4/2018 | $73.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000514AA-35283 | 5/14/2018 | $14.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00006074AA-35232 | 6/1/2018 | $16.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00003176AA | 5/30/2018 | $53.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00008036AA | 5/29/2018 | $74.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00008063AA | 5/29/2018 | $28.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00008092AA | 5/29/2018 | $25.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00008623AA | 5/29/2018 | $74.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00009198AA-35401 | 5/29/2018 | $15.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00009319AA | 5/29/2018 | $44.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00009484AA | 5/29/2018 | $112.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99299 | $2,251.52 | 8/2/2018 | 00009626AA | 5/29/2018 | $34.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00002489AA-35219 | 5/30/2018 | $47.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00004961AA-35230 | 5/31/2018 | $5.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00003120AA | 5/30/2018 | $19.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02412 | $210.75 | 8/8/2018 | 00008761AA | 6/4/2018 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00003313AA | 5/30/2018 | $46.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00003344AA-35220 | 5/30/2018 | $53.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00003385AA-35221 | 5/30/2018 | $57.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00003684AA-35222 | 5/30/2018 | $34.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00003696AA-35223 | 5/30/2018 | $39.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00003787AA-35224 | 5/30/2018 | $19.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00004091AA | 5/30/2018 | $100.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00004282AA-35225 | 5/30/2018 | $65.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00004283AA-35226 | 5/30/2018 | $70.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00616 | $545.65 | 8/6/2018 | 00004958AA-35227 | 5/31/2018 | $53.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00068 | $620.63 | 8/3/2018 | 00003119AA | 5/30/2018 | $23.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008918AA | 5/21/2018 | $34.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008220AA | 5/21/2018 | $146.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008221AA | 5/21/2018 | $8.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008222AA | 5/21/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008318AA-35349 | 5/21/2018 | $68.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008405AA-35350 | 5/21/2018 | $167.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008406AA-35351 | 5/21/2018 | $32.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008407AA-35352 | 5/21/2018 | $68.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008436AA | 5/21/2018 | $55.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008465AA | 5/21/2018 | $36.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000407AA-35282 | 5/14/2018 | $18.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008892AA-35353 | 5/21/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008143AA-35347 | 5/21/2018 | $42.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008919AA | 5/21/2018 | $76.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008939AA-35354 | 5/21/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008941AA-35355 | 5/21/2018 | $92.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00009772AA-35356 | 5/21/2018 | $53.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00009790AA | 5/21/2018 | $62.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00009889AA | 5/21/2018 | $10.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00009913AA | 5/21/2018 | $33.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95351 | $1,130.60 | 7/26/2018 | 00001121AA | 5/22/2018 | $158.39 |

Blue Wave Products, Inc. (2191050)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95351 | $1,130.60 | 7/26/2018 | 00001152AA | 5/22/2018 | $27.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008839AA | 5/21/2018 | $34.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007564AA-35340 | 5/21/2018 | $23.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007225AA | 5/21/2018 | $39.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007293AA-35336 | 5/21/2018 | $104.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007294AA-35337 | 5/21/2018 | $258.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007384AA-35338 | 5/21/2018 | $149.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007388AA | 5/21/2018 | $28.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007389AA | 5/21/2018 | $18.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007390AA | 5/21/2018 | $36.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007391AA | 5/21/2018 | $24.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007392AA | 5/21/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008154AA | 5/21/2018 | $47.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007507AA | 5/21/2018 | $31.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008144AA-35348 | 5/21/2018 | $828.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007583AA-35341 | 5/21/2018 | $54.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007657AA | 5/21/2018 | $75.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007713AA | 5/21/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007714AA | 5/21/2018 | $9.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/26/2018 | 00007741AA-35342 | 5/21/2018 | $9.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007742AA-35343 | 5/21/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007743AA-35344 | 5/21/2018 | $39.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007744AA-35345 | 5/21/2018 | $55.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00008133AA-35346 | 5/21/2018 | $298.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95351 | $1,130.60 | 7/26/2018 | 00001650AA | 5/22/2018 | $19.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007410AA-35339 | 5/21/2018 | $36.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00004268AA | 5/24/2018 | $992.63 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95351 | $1,130.60 | 7/26/2018 | 00001227AA | 5/22/2018 | $32.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00003256AA | 5/23/2018 | $106.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00003262AA | 5/23/2018 | $68.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00003398AA-35368 | 5/24/2018 | $31.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00003429AA-35369 | 5/24/2018 | $53.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00003430AA-35370 | 5/24/2018 | $13.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00003512AA-35371 | 5/24/2018 | $126.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00003820AA-35372 | 5/24/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00003973AA | 5/24/2018 | $34.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00003007AA | 5/23/2018 | $8.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00004174AA | 5/24/2018 | $100.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002959AA | 5/23/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00004369AA-35374 | 5/24/2018 | $316.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00004408AA | 5/24/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00004486AA | 5/24/2018 | $19.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00004534AA-35375 | 5/24/2018 | $169.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00004551AA-35376 | 5/24/2018 | $104.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00004552AA-35377 | 5/25/2018 | $245.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00004808AA | 5/25/2018 | $23.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005082AA-35378 | 5/25/2018 | $16.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005083AA-35379 | 5/25/2018 | $124.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005084AA-35380 | 5/25/2018 | $47.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00003974AA-35373 | 5/24/2018 | $68.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002275AA | 5/23/2018 | $92.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00006952AA-35334 | 5/21/2018 | $113.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95351 | $1,130.60 | 7/26/2018 | 00001657AA-35357 | 5/22/2018 | $36.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95351 | $1,130.60 | 7/26/2018 | 00001662AA-35358 | 5/22/2018 | $87.62 |

Blue Wave Products, Inc. (2191050)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 10

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95351 | $1,130.60 | 7/26/2018 | 00001749AA | 5/22/2018 | $36.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95351 | $1,130.60 | 7/26/2018 | 00001750AA | 5/22/2018 | $87.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002215AA | 5/23/2018 | $32.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002216AA | 5/23/2018 | $31.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002217AA-35359 | 5/23/2018 | $21.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002245AA-35360 | 5/23/2018 | $44.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00003098AA-35367 | 5/23/2018 | $435.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002274AA-35362 | 5/23/2018 | $12.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95351 | $1,130.60 | 7/26/2018 | 00001517AA | 5/22/2018 | $717.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002276AA | 5/23/2018 | $126.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002277AA | 5/23/2018 | $39.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002299AA | 5/23/2018 | $317.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002300AA | 5/23/2018 | $116.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002301AA-35363 | 5/23/2018 | $65.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002330AA-35364 | 5/23/2018 | $104.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002594AA | 5/23/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002596AA-35365 | 5/23/2018 | $30.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002597AA-35366 | 5/23/2018 | $55.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002958AA | 5/23/2018 | $71.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96120 | $2,040.42 | 7/27/2018 | 00002246AA-35361 | 5/23/2018 | $34.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002721AA-35299 | 5/15/2018 | $15.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00003678AA | 5/16/2018 | $74.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009762AA | 5/14/2018 | $153.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009906AA | 5/14/2018 | $14.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009907AA | 5/14/2018 | $36.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002336AA | 5/15/2018 | $638.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002337AA | 5/15/2018 | $40.29 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002354AA-35295 | 5/15/2018 | $39.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002355AA-35296 | 5/15/2018 | $53.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002460AA | 5/15/2018 | $14.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009721AA-35293 | 5/14/2018 | $44.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002720AA-35298 | 5/15/2018 | $71.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009526AA | 5/14/2018 | $49.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002728AA-35300 | 5/15/2018 | $68.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002729AA-35301 | 5/15/2018 | $46.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002748AA | 5/15/2018 | $221.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00003094AA | 5/15/2018 | $6.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00003253AA | 5/15/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00003350AA | 5/15/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00003569AA | 5/15/2018 | $31.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00009679AA-35302 | 5/15/2018 | $42.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00002132AA-35303 | 5/16/2018 | $11.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007154AA | 5/21/2018 | $37.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91225 | $1,371.46 | 7/19/2018 | 00002647AA-35297 | 5/15/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00001870AA | 5/14/2018 | $32.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000515AA | 5/14/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000551AA | 5/14/2018 | $24.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000608AA | 5/14/2018 | $80.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000609AA-35284 | 5/14/2018 | $140.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000610AA | 5/14/2018 | $10.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000701AA-35285 | 5/14/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000702AA | 5/14/2018 | $40.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000703AA | 5/14/2018 | $16.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000704AA-35286 | 5/14/2018 | $24.47 |

Blue Wave Products, Inc. (2191050)
Bankruptcy Case: Sears Holdings Corporation, et al.

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009722AA-35294 | 5/14/2018 | $106.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00001780AA | 5/14/2018 | $31.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00003801AA | 5/16/2018 | $25.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00001879AA-35287 | 5/14/2018 | $337.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00008494AA-35288 | 5/14/2018 | $126.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009109AA-35289 | 5/14/2018 | $23.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009139AA | 5/14/2018 | $64.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009140AA | 5/14/2018 | $305.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009171AA | 5/14/2018 | $43.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009513AA | 5/14/2018 | $54.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009514AA-35290 | 5/14/2018 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009515AA-35291 | 5/14/2018 | $42.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00009521AA-35292 | 5/14/2018 | $169.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90303 | $4,010.18 | 7/18/2018 | 00000879AA | 5/14/2018 | $56.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006136AA | 5/18/2018 | $131.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00003677AA | 5/16/2018 | $74.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006052AA-35320 | 5/18/2018 | $435.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006053AA-35321 | 5/18/2018 | $51.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006054AA-35322 | 5/18/2018 | $65.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006055AA-35323 | 5/18/2018 | $74.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006081AA-35324 | 5/18/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006082AA-35325 | 5/18/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006108AA-35326 | 5/18/2018 | $16.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006109AA-35327 | 5/18/2018 | $23.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005928AA-35318 | 5/18/2018 | $126.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006135AA | 5/18/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005917AA | 5/17/2018 | $36.04 |

Transfers During the Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006383AA-35329 | 5/18/2018 | $18.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006386AA-35330 | 5/18/2018 | $67.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006564AA-35331 | 5/18/2018 | $324.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006662AA | 5/18/2018 | $81.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006750AA-35332 | 5/18/2018 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006751AA | 5/18/2018 | $14.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006822AA | 5/18/2018 | $55.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006951AA-35333 | 5/18/2018 | $67.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00000328AA | 5/21/2018 | $51.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96690 | $7,180.49 | 7/30/2018 | 00005085AA | 5/25/2018 | $54.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00006110AA-35328 | 5/18/2018 | $34.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00004998AA-35310 | 5/17/2018 | $280.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00003802AA | 5/16/2018 | $39.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00003918AA | 5/16/2018 | $68.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00003919AA-35304 | 5/16/2018 | $126.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00003920AA-35305 | 5/16/2018 | $21.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00004088AA-35306 | 5/16/2018 | $47.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00004192AA | 5/16/2018 | $37.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00004534AA-35307 | 5/16/2018 | $70.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00004552AA-35308 | 5/16/2018 | $74.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00004651AA | 5/16/2018 | $32.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005929AA-35319 | 5/17/2018 | $22.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00004875AA-35309 | 5/17/2018 | $69.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94517 | $4,102.51 | 7/25/2018 | 00007153AA-35335 | 5/21/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00004999AA-35311 | 5/17/2018 | $36.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005000AA-35312 | 5/17/2018 | $140.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005001AA-35313 | 5/17/2018 | $36.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005218AA-35314 | 5/17/2018 | $14.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005219AA-35315 | 5/17/2018 | $113.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005220AA-35316 | 5/17/2018 | $12.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005221AA | 5/17/2018 | $29.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005392AA-35317 | 5/17/2018 | $17.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005560AA | 5/17/2018 | $21.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92593 | $2,825.51 | 7/23/2018 | 00005714AA | 5/17/2018 | $23.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92023 | $733.36 | 7/20/2018 | 00004685AA | 5/16/2018 | $29.30 |

**Totals:**    **29 transfer(s),**    **$29,062.16**