**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **IDM, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1930 | 6/11/2018 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992895 | $426.00 | 8/15/2018 | 1909-352 | 6/1/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003940 | $9,304.50 | 9/7/2018 | 1944 | 6/12/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1949 | 6/12/2018 | $1,072.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1948 | 6/12/2018 | $1,072.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1946 | 6/12/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1945 | 6/12/2018 | $1,012.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1943 | 6/12/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1942 | 6/14/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1937 | 6/11/2018 | $828.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1936 | 6/11/2018 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1935 | 6/11/2018 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1934-357 | 6/11/2018 | $552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003940 | $9,304.50 | 9/7/2018 | 1950 | 6/14/2018 | $1,924.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1933 | 6/11/2018 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003940 | $9,304.50 | 9/7/2018 | 1952 | 6/18/2018 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1928 | 6/11/2018 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997100 | $9,060.00 | 8/22/2018 | 1927 | 6/8/2018 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997100 | $9,060.00 | 8/22/2018 | 1912 | 6/1/2018 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997100 | $9,060.00 | 8/22/2018 | 1911 | 6/1/2018 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997100 | $9,060.00 | 8/22/2018 | 1910 | 6/1/2018 | $858.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997100 | $9,060.00 | 8/22/2018 | 1908 | 6/1/2018 | $858.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997100 | $9,060.00 | 8/22/2018 | 1907 | 6/1/2018 | $864.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997100 | $9,060.00 | 8/22/2018 | 1906 | 6/1/2018 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997100 | $9,060.00 | 8/22/2018 | 1905 | 6/5/2018 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997100 | $9,060.00 | 8/22/2018 | 1904 | 6/1/2018 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997100 | $9,060.00 | 8/22/2018 | 1901_1903 | 6/1/2018 | $1,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992895 | $426.00 | 8/15/2018 | 1909-354 | 6/1/2018 | $576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000449 | $12,001.50 | 8/31/2018 | 1934-355 | 6/11/2018 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1969-1798 | 7/2/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1988 | 6/27/2018 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1986 | 6/27/2018 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1985 | 6/27/2018 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1984 | 6/27/2018 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1983 | 6/27/2018 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1982 | 6/27/2018 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1981 | 6/27/2018 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1980-1802 | 7/2/2018 | $1,716.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1980-1800 | 7/2/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1973 | 6/29/2018 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1972 | 6/29/2018 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1971 | 6/29/2018 | $746.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003940 | $9,304.50 | 9/7/2018 | 1947 | 6/12/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1969-1799 | 7/2/2018 | $696.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1989 | 6/27/2018 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1968 | 6/29/2018 | $751.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1967 | 7/2/2018 | $751.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1966 | 7/2/2018 | $623.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1965-1796 | 7/2/2018 | $384.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1965-1795 | 7/2/2018 | $310.00 |

IDM, Inc. (2191018)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1964 | 7/2/2018 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1963 | 6/29/2018 | $3,114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1962 | 6/29/2018 | $2,292.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007396 | $1,080.00 | 9/14/2018 | 1955-1793 | 6/27/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007396 | $1,080.00 | 9/14/2018 | 1955-1791 | 6/27/2018 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003940 | $9,304.50 | 9/7/2018 | 1957 | 6/18/2018 | $1,656.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003940 | $9,304.50 | 9/7/2018 | 1956 | 6/19/2018 | $1,644.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011556 | $18,273.00 | 9/21/2018 | 1970 | 7/2/2018 | $756.00 |

**Totals:**    6 transfer(s),    $50,145.00