**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Channellock, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01795 | $5,744.02 | 8/7/2018 | 0000476135 | 7/12/2018 | $5,744.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00670 | $18,111.86 | 8/6/2018 | 0000476134 | 7/12/2018 | $3,829.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00670 | $18,111.86 | 8/6/2018 | 0000476133 | 7/12/2018 | $9,190.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00670 | $18,111.86 | 8/6/2018 | 0000476132 | 7/12/2018 | $5,361.09 |

Totals:    2 transfer(s),    $23,855.88