**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **I-Health, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000440 | $19,305.47 | 8/31/2018 | 739748 | 7/3/2018 | $905.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985899 | $11,187.18 | 7/30/2018 | 733774 | 6/5/2018 | $1,919.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985899 | $11,187.18 | 7/30/2018 | 734998 | 6/12/2018 | $1,065.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985899 | $11,187.18 | 7/30/2018 | 734999 | 6/12/2018 | $1,500.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989328 | $4,982.07 | 8/8/2018 | 736223 | 6/19/2018 | $3,873.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989328 | $4,982.07 | 8/8/2018 | 736306 | 6/19/2018 | $1,709.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997090 | $1,369.98 | 8/22/2018 | 737224 | 6/23/2018 | $1,307.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997090 | $1,369.98 | 8/22/2018 | 737554 | 6/25/2018 | $1,020.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000440 | $19,305.47 | 8/31/2018 | 738359 | 6/28/2018 | $3,150.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985899 | $11,187.18 | 7/30/2018 | 733773 | 6/5/2018 | $7,746.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000440 | $19,305.47 | 8/31/2018 | 739371 | 7/3/2018 | $326.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011544 | $10,054.84 | 9/21/2018 | 745616 | 8/1/2018 | $6,021.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000440 | $19,305.47 | 8/31/2018 | 740370 | 7/9/2018 | $529.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000440 | $19,305.47 | 8/31/2018 | 740413 | 7/9/2018 | $387.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000440 | $19,305.47 | 8/31/2018 | 740479 | 7/9/2018 | $5,496.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003930 | $1,599.84 | 9/7/2018 | 742303 | 7/18/2018 | $1,769.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007384 | $8,713.07 | 9/14/2018 | 742450 | 7/19/2018 | $838.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007384 | $8,713.07 | 9/14/2018 | 742854 | 7/20/2018 | $4,152.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007384 | $8,713.07 | 9/14/2018 | 744123 | 7/25/2018 | $4,315.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011544 | $10,054.84 | 9/21/2018 | 745584 | 8/1/2018 | $4,413.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000440 | $19,305.47 | 8/31/2018 | 738361 | 6/28/2018 | $8,605.03 |

Totals:    7 transfer(s),    $57,212.45