**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Vogue LLC dba Vogue International LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 281347 | 4/24/2018 | $181.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 281346 | 4/24/2018 | $6,237.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 280507 | 4/16/2018 | $1,636.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 279562 | 4/6/2018 | $757.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 279561 | 4/7/2018 | $1,778.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 278862 | 3/30/2018 | $1,267.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 278861 | 4/2/2018 | $1,270.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 277656 | 3/26/2018 | $1,100.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 276901 | 3/16/2018 | $559.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 276900 | 3/19/2018 | $1,749.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009494 | $15,278.92 | 9/18/2018 | 276128 | 3/9/2018 | $750.29 |

Totals:    1 transfer(s),    $15,278.92