**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **W. J. Griffin, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259847 | 5/9/2018 | $640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259809 | 5/8/2018 | $663.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259899 | 5/7/2018 | $879.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259898 | 5/7/2018 | $936.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259897 | 5/7/2018 | $849.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259896 | 5/7/2018 | $849.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259895 | 5/7/2018 | $786.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259890 | 5/7/2018 | $640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259887 | 5/7/2018 | $629.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259886 | 5/7/2018 | $663.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259864 | 5/7/2018 | $605.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259860 | 5/9/2018 | $778.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259857 | 5/9/2018 | $672.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259856-32523 | 5/9/2018 | $614.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259818 | 5/8/2018 | $637.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259831 | 5/8/2018 | $701.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259819 | 5/8/2018 | $659.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259820 | 5/8/2018 | $645.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259822 | 5/8/2018 | $664.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259823 | 5/8/2018 | $633.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259825 | 5/8/2018 | $629.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259856-32521 | 5/9/2018 | $109.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259828 | 5/8/2018 | $754.75 |

W. J. Griffin, Inc. (2191007)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                             Exhibit A                                             P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259849 | 5/9/2018 | $641.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259832 | 5/8/2018 | $693.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259833-32518 | 5/8/2018 | $248.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259833-32520 | 5/8/2018 | $588.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259834 | 5/8/2018 | $835.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259844 | 5/9/2018 | $645.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259829 | 5/8/2018 | $730.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981006 | $18,937.55 | 7/18/2018 | 259826 | 5/8/2018 | $663.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995499 | $2,673.05 | 8/17/2018 | 259893 | 5/7/2018 | $757.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259816 | 5/8/2018 | $629.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259880 | 5/10/2018 | $776.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259882 | 5/10/2018 | $1,253.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259889 | 5/7/2018 | $645.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259891 | 5/7/2018 | $611.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259872 | 5/10/2018 | $712.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987759 | $788.75 | 8/1/2018 | 259875 | 5/10/2018 | $788.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259871 | 5/10/2018 | $724.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995499 | $2,673.05 | 8/17/2018 | 259901 | 5/7/2018 | $1,915.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013361 | $104.28 | 9/25/2018 | 3127005745-32530 | 6/27/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013361 | $104.28 | 9/25/2018 | 3127005745-32531 | 6/27/2018 | $1.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013361 | $104.28 | 9/25/2018 | 3127005747-32532 | 6/27/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013361 | $104.28 | 9/25/2018 | 3127005747-32533 | 6/27/2018 | $4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013361 | $104.28 | 9/25/2018 | 3127005748-32534 | 6/27/2018 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259892 | 5/7/2018 | $663.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259865-32524 | 5/10/2018 | $178.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013361 | $104.28 | 9/25/2018 | 3127005748-32535 | 6/27/2018 | $3.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259843 | 5/9/2018 | $640.80 |

W. J. Griffin, Inc. (2191007)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019                          Exhibit A                          P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259846 | 5/9/2018 | $645.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259850 | 5/9/2018 | $653.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259853 | 5/9/2018 | $643.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259874 | 5/10/2018 | $712.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259859 | 5/9/2018 | $693.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259824 | 5/8/2018 | $629.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259865-32526 | 5/10/2018 | $433.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259866 | 5/10/2018 | $629.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259867 | 5/10/2018 | $629.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259868 | 5/10/2018 | $649.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259869-32527 | 5/10/2018 | $178.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259869-32529 | 5/10/2018 | $492.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984353 | $15,574.20 | 7/25/2018 | 259858 | 5/9/2018 | $712.30 |

Totals: 5 transfer(s), $38,077.83