**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Warren Business Services Inc** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $27,698.00 | 10/12/2018 | WBS82018 | 8/31/2018 | $27,698.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002394 | $29,640.00 | 9/4/2018 | WBS72018 | 7/31/2018 | $29,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986351 | $29,456.00 | 7/30/2018 | WBS62018 | 6/30/2018 | $29,456.00 |

Totals:    3 transfer(s),    $86,794.00