**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Weathervane Service, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996803 | $7,925.99 | 8/21/2018 | 1393190 | 6/5/2018 | $1,910.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980318 | $3,484.00 | 7/17/2018 | 1371373 | 5/3/2018 | $1,360.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982247 | $2,257.74 | 7/20/2018 | 13561148 | 5/8/2018 | $2,257.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985017 | $2,363.98 | 7/26/2018 | 13561153 | 5/14/2018 | $2,363.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988425 | $1,442.59 | 8/2/2018 | 13561161 | 5/21/2018 | $1,442.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989798 | $8,456.77 | 8/8/2018 | 13561150 | 5/23/2018 | $4,839.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989798 | $8,456.77 | 8/8/2018 | 13561152 | 5/23/2018 | $2,395.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989798 | $8,456.77 | 8/8/2018 | 1870322 | 5/23/2018 | $1,222.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995518 | $44,075.84 | 8/17/2018 | 1900267 | 5/17/2018 | $44,075.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980318 | $3,484.00 | 7/17/2018 | 13561147 | 5/3/2018 | $2,123.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996803 | $7,925.99 | 8/21/2018 | 1371374 | 6/5/2018 | $1,197.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008638 | $1,192.13 | 9/17/2018 | 1952318 | 6/28/2018 | $1,192.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000149 | $7,617.67 | 8/30/2018 | 13561157 | 6/12/2018 | $1,388.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000149 | $7,617.67 | 8/30/2018 | 13561162 | 6/12/2018 | $1,351.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000149 | $7,617.67 | 8/30/2018 | 13561163 | 6/12/2018 | $2,433.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000149 | $7,617.67 | 8/30/2018 | 1371376 | 6/12/2018 | $1,246.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000149 | $7,617.67 | 8/30/2018 | 1393193 | 6/12/2018 | $1,197.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003630 | $11,954.81 | 9/6/2018 | 1351778 | 6/19/2018 | $2,700.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003630 | $11,954.81 | 9/6/2018 | 13561154 | 6/19/2018 | $4,627.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003630 | $11,954.81 | 9/6/2018 | 13561159 | 6/19/2018 | $4,627.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996803 | $7,925.99 | 8/21/2018 | 13561158 | 6/5/2018 | $4,817.72 |

Totals:    10 transfer(s),    $90,771.52

Weathervane Service, Inc. (2191632)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019

Exhibit A

P. 1