**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **West Chester Holdings, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009518 | $14,496.58 | 9/18/2018 | 92277754 | 7/2/2018 | $304.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998905 | $330.26 | 8/28/2018 | 92260597 | 6/7/2018 | $94.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002405 | $1,423.12 | 9/4/2018 | 92265670 | 6/14/2018 | $71.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002405 | $1,423.12 | 9/4/2018 | 92265671 | 6/14/2018 | $482.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002405 | $1,423.12 | 9/4/2018 | 92265672 | 6/14/2018 | $743.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002405 | $1,423.12 | 9/4/2018 | 92265673 | 6/14/2018 | $143.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005795 | $2,191.67 | 9/11/2018 | 92300881 | 8/9/2018 | $2,201.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998905 | $330.26 | 8/28/2018 | 92260596 | 6/7/2018 | $363.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009518 | $14,496.58 | 9/18/2018 | 92275348 | 6/28/2018 | $811.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013376 | $4,652.90 | 9/25/2018 | 92296477 | 8/2/2018 | $4,121.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009518 | $14,496.58 | 9/18/2018 | 92299998 | 8/8/2018 | $2,456.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009518 | $14,496.58 | 9/18/2018 | 92300830 | 8/9/2018 | $2,777.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009518 | $14,496.58 | 9/18/2018 | 92300856 | 8/9/2018 | $2,007.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009518 | $14,496.58 | 9/18/2018 | 92301117 | 8/9/2018 | $5,336.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013376 | $4,652.90 | 9/25/2018 | 92276171 | 6/29/2018 | $171.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013376 | $4,652.90 | 9/25/2018 | 92277753 | 7/2/2018 | $94.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013376 | $4,652.90 | 9/25/2018 | 92277755 | 7/2/2018 | $288.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009518 | $14,496.58 | 9/18/2018 | 92275254 | 6/28/2018 | $834.66 |

Totals:    5 transfer(s),    $23,094.53