**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Whitmore, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995546 | $1,608.41 | 8/17/2018 | 3267533 | 5/29/2018 | $104.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981033 | $1,363.90 | 7/18/2018 | 3262791 | 5/1/2018 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991293 | $2,149.55 | 8/10/2018 | 3266669 | 5/22/2018 | $139.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991293 | $2,149.55 | 8/10/2018 | 3266670 | 5/22/2018 | $730.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991293 | $2,149.55 | 8/10/2018 | 3266671 | 5/22/2018 | $313.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991293 | $2,149.55 | 8/10/2018 | 3266672 | 5/22/2018 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987787 | $1,624.20 | 8/1/2018 | 3265744 | 5/16/2018 | $278.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995546 | $1,608.41 | 8/17/2018 | 3265745 | 5/16/2018 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987787 | $1,624.20 | 8/1/2018 | 3265722 | 5/15/2018 | $558.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995546 | $1,608.41 | 8/17/2018 | 3267534 | 5/29/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995546 | $1,608.41 | 8/17/2018 | 3267535 | 5/29/2018 | $148.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995546 | $1,608.41 | 8/17/2018 | 3267536 | 5/29/2018 | $139.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995546 | $1,608.41 | 8/17/2018 | 3267537 | 5/29/2018 | $74.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995546 | $1,608.41 | 8/17/2018 | 3267538 | 5/29/2018 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995546 | $1,608.41 | 8/17/2018 | 3267718 | 5/29/2018 | $382.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991293 | $2,149.55 | 8/10/2018 | 3266673 | 5/22/2018 | $382.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984382 | $843.01 | 7/25/2018 | 3263947 | 5/8/2018 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981033 | $1,363.90 | 7/18/2018 | 3262792 | 5/1/2018 | $104.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981033 | $1,363.90 | 7/18/2018 | 3262793 | 5/1/2018 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981033 | $1,363.90 | 7/18/2018 | 3263100 | 5/1/2018 | $591.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981033 | $1,363.90 | 7/18/2018 | 3263102 | 5/1/2018 | $626.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984382 | $843.01 | 7/25/2018 | 3263944 | 5/8/2018 | $104.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991293 | $2,149.55 | 8/10/2018 | 3266668 | 5/22/2018 | $278.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984382 | $843.01 | 7/25/2018 | 3263946 | 5/8/2018 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002420 | $1,244.34 | 9/4/2018 | 3265568-15764 | 5/15/2018 | $613.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984382 | $843.01 | 7/25/2018 | 3264419 | 5/9/2018 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987787 | $1,624.20 | 8/1/2018 | 3265412 | 5/15/2018 | $55.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987787 | $1,624.20 | 8/1/2018 | 3265413 | 5/15/2018 | $208.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987787 | $1,624.20 | 8/1/2018 | 3265414 | 5/15/2018 | $139.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987787 | $1,624.20 | 8/1/2018 | 3265415 | 5/15/2018 | $18.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987787 | $1,624.20 | 8/1/2018 | 3265721 | 5/15/2018 | $417.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984382 | $843.01 | 7/25/2018 | 3263945 | 5/8/2018 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013389 | $3,224.11 | 9/25/2018 | 3272163-15769 | 6/26/2018 | $503.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009536 | $9,226.19 | 9/18/2018 | 3272000 | 6/26/2018 | $46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009536 | $9,226.19 | 9/18/2018 | 3272001 | 6/26/2018 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009536 | $9,226.19 | 9/18/2018 | 3272167 | 6/26/2018 | $278.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009536 | $9,226.19 | 9/18/2018 | 3272212-15766 | 6/26/2018 | $1,240.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009536 | $9,226.19 | 9/18/2018 | 3272212-15768 | 6/26/2018 | $413.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995546 | $1,608.41 | 8/17/2018 | 3267719 | 5/29/2018 | $417.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009536 | $9,226.19 | 9/18/2018 | 3272215 | 6/26/2018 | $591.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009536 | $9,226.19 | 9/18/2018 | 3271025 | 6/19/2018 | $696.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013389 | $3,224.11 | 9/25/2018 | 3272163-15771 | 6/26/2018 | $167.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013389 | $3,224.11 | 9/25/2018 | 3272164 | 6/26/2018 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013389 | $3,224.11 | 9/25/2018 | 3273451 | 7/3/2018 | $417.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013389 | $3,224.11 | 9/25/2018 | 3273452 | 7/3/2018 | $522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013389 | $3,224.11 | 9/25/2018 | 3273453 | 7/3/2018 | $1,009.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013389 | $3,224.11 | 9/25/2018 | 3273454 | 7/3/2018 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009536 | $9,226.19 | 9/18/2018 | 3272213 | 6/26/2018 | $417.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005807 | $6,588.56 | 9/11/2018 | 3271024 | 6/19/2018 | $382.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013389 | $3,224.11 | 9/25/2018 | 3273692 | 7/5/2018 | $696.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002420 | $1,244.34 | 9/4/2018 | 3269590 | 6/12/2018 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002420 | $1,244.34 | 9/4/2018 | 3269746 | 6/12/2018 | $661.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002420 | $1,244.34 | 9/4/2018 | 3269785 | 6/12/2018 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005807 | $6,588.56 | 9/11/2018 | 3269783 | 6/12/2018 | $974.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005807 | $6,588.56 | 9/11/2018 | 3269786 | 6/12/2018 | $417.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009536 | $9,226.19 | 9/18/2018 | 3271027 | 6/19/2018 | $5,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005807 | $6,588.56 | 9/11/2018 | 3270832 | 6/19/2018 | $139.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009536 | $9,226.19 | 9/18/2018 | 3271026 | 6/19/2018 | $1,506.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005807 | $6,588.56 | 9/11/2018 | 3271028 | 6/19/2018 | $799.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005807 | $6,588.56 | 9/11/2018 | 3271029 | 6/19/2018 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005807 | $6,588.56 | 9/11/2018 | 3271033 | 6/19/2018 | $278.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005807 | $6,588.56 | 9/11/2018 | 3271034 | 6/19/2018 | $874.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005807 | $6,588.56 | 9/11/2018 | 3271035 | 6/19/2018 | $2,277.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998920 | $1,069.62 | 8/28/2018 | 3265570 | 5/15/2018 | $1,209.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005807 | $6,588.56 | 9/11/2018 | 3270831 | 6/19/2018 | $104.40 |

Totals:    10 transfer(s),    $28,941.89