**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665  

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342  

| | |
|---|---|
| Defendant: | **Wipfli LLP** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085865 | $13,100.00 | 9/13/2018 | 1297016 | 7/24/2018 | $13,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085810 | $8,850.00 | 9/13/2018 | 1277341 | 5/16/2018 | $8,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085402 | $14,912.50 | 9/7/2018 | 1290013 | 6/21/2018 | $14,912.50 |
| **Totals:** | | 3 transfer(s), | $36,862.50 | | | | |