**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **WJCA, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005819 | $7,752.29 | 9/11/2018 | 2181604 | 6/21/2018 | $6,326.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005819 | $7,752.29 | 9/11/2018 | 2180719 | 6/21/2018 | $1,425.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991306 | $9,995.00 | 8/10/2018 | 2181603 | 5/24/2018 | $9,995.00 |
| **Totals:** | | **2 transfer(s),** | **$17,747.29** | | | | |