**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Wolters Kluwer ELM Solutions, Inc. dba Tymetrix Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014632 | $3,328.03 | 9/27/2018 | TYM07102018 | 7/10/2018 | $3,328.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011314 | $3,909.74 | 9/20/2018 | TYM07032018 | 7/3/2018 | $3,909.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007067 | $3,072.17 | 9/13/2018 | TYM06262018 | 6/26/2018 | $3,072.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003613 | $7,816.61 | 9/6/2018 | TYM06192018 | 6/19/2018 | $7,816.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000134 | $5,307.52 | 8/30/2018 | TYM06122018 | 6/12/2018 | $5,307.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996790 | $5,056.61 | 8/21/2018 | TYM06052018 | 6/5/2018 | $5,056.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992580 | $3,746.01 | 8/14/2018 | TYM05292018 | 5/29/2018 | $3,746.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989030 | $6,070.84 | 8/7/2018 | TYM05222018 | 5/22/2018 | $6,070.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985591 | $3,348.47 | 7/27/2018 | TYM05152018 | 5/15/2018 | $3,348.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982234 | $7,785.42 | 7/20/2018 | TYM05082018 | 5/8/2018 | $7,785.42 |

Totals:    10 transfer(s),    $49,441.42