**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** **Wolters Kluwer United States Inc. dba CT Corporation Systems**
**Bankruptcy Case:** **Sears Holdings Corporation, et al.**
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004194077-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985167 | $58,501.00 | 7/27/2018 | 17633563MX1 | 2/17/2018 | $58,429.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985167 | $58,501.00 | 7/27/2018 | 17983934RI | 5/15/2018 | $71.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987208 | $330.48 | 8/1/2018 | 18188235RI | 6/19/2018 | $330.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004181155-00 | 3/1/2018 | $5,969.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004181354-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004182170-00 | 3/1/2018 | $97.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004191562-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004193749-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004193926-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004193927-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004194038-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004194039-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979733 | $2,057.66 | 7/17/2018 | 17959095RI | 5/3/2018 | $2,057.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004194076-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010840 | $5,453.58 | 9/20/2018 | 18225607RI | 7/3/2018 | $252.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004194283-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004194295-00 | 3/1/2018 | $106.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004206091-00 | 3/1/2018 | $4,033.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004209656-00 | 3/1/2018 | $115.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004212397-00 | 3/1/2018 | $212.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994478 | $14,983.00 | 8/17/2018 | 18097391RI | 6/1/2018 | $14,983.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998325 | $71.20 | 8/28/2018 | 18112529RI | 6/8/2018 | $71.20 |

Wolters Kluwer United States Inc. dba CT Corporation Systems (2191915)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003785 | $956.88 | 9/7/2018 | 18192779RI | 6/20/2018 | $755.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003785 | $956.88 | 9/7/2018 | 18249134RI | 7/20/2018 | $201.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008025 | $201.40 | 9/17/2018 | 18215077RI | 6/28/2018 | $130.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008025 | $201.40 | 9/17/2018 | 18215078RI | 6/28/2018 | $71.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010840 | $5,453.58 | 9/20/2018 | 17839706RI | 4/4/2018 | $5,201.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988133 | $11,703.15 | 8/2/2018 | 5004194074-00 | 3/1/2018 | $106.27 |

Totals:    9 transfer(s),    $94,258.35