**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **SSB Manufacturing Company fdba Simmons Bedding Company** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000826001 | 8/23/2018 | $660.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000999001-161074 | 8/21/2018 | $836.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000937001-161073 | 8/24/2018 | $752.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000936001-161072 | 8/21/2018 | $910.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000935001-161071 | 8/21/2018 | $933.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000847001-161070 | 8/21/2018 | $440.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000832001-161069 | 8/24/2018 | $765.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01260 | $4,589.23 | 8/6/2018 | 0000111001-161026 | 7/24/2018 | $440.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000830001-161067 | 8/24/2018 | $121.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19262 | $3,867.68 | 9/7/2018 | 0000675001-161076 | 8/27/2018 | $613.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000456001-161066 | 8/22/2018 | $1,401.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000201001-161065 | 8/24/2018 | $114.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000143001-161064 | 8/22/2018 | $933.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000011001-161063 | 8/23/2018 | $582.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16152 | $3,140.29 | 8/31/2018 | 0000440001-161062 | 8/20/2018 | $467.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16152 | $3,140.29 | 8/31/2018 | 0000013001-161061 | 8/20/2018 | $752.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17151 | $9,008.75 | 9/4/2018 | 0000831001-161068 | 8/24/2018 | $554.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21641 | $3,067.57 | 9/12/2018 | 0000349001-161082 | 9/1/2018 | $752.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24568 | $2,798.92 | 9/18/2018 | 0000118001-161089 | 9/7/2018 | $582.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23754 | $2,135.56 | 9/17/2018 | 0000594001-161088 | 9/6/2018 | $517.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23754 | $2,135.56 | 9/17/2018 | 0000589001-161087 | 9/6/2018 | $1,177.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23754 | $2,135.56 | 9/17/2018 | 0000588001-161086 | 9/6/2018 | $440.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21641 | $3,067.57 | 9/12/2018 | 0000938001-161085 | 9/1/2018 | $554.74 |

SSB Manufacturing Company fdba Simmons Bedding Company (2191144)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                         Exhibit A                                         P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21641 | $3,067.57 | 9/12/2018 | 0000693001 | 9/1/2018 | $121.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19262 | $3,867.68 | 9/7/2018 | 0000320001 | 8/27/2018 | $588.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21641 | $3,067.57 | 9/12/2018 | 0000691001-161083 | 9/1/2018 | $588.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19262 | $3,867.68 | 9/7/2018 | 0000461001-161075 | 8/27/2018 | $588.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21641 | $3,067.57 | 9/12/2018 | 0000103001-161081 | 9/1/2018 | $467.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20933 | $4,445.05 | 9/11/2018 | 0000109002 | 9/7/2018 | $4,445.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19262 | $3,867.68 | 9/7/2018 | 0000999001-161080 | 8/27/2018 | $866.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19262 | $3,867.68 | 9/7/2018 | 0000782001-161079 | 8/27/2018 | $420.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19262 | $3,867.68 | 9/7/2018 | 0000742001-161078 | 8/27/2018 | $675.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19262 | $3,867.68 | 9/7/2018 | 0000676001-161077 | 8/27/2018 | $114.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13144 | $3,404.09 | 8/27/2018 | 0000761001-161058 | 8/14/2018 | $752.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21641 | $3,067.57 | 9/12/2018 | 0000692001-161084 | 9/1/2018 | $582.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02098 | $288.69 | 8/7/2018 | 0000460001-161035 | 7/27/2018 | $363.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16152 | $3,140.29 | 8/31/2018 | 0000012001-161060 | 8/20/2018 | $1,920.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05107 | $2,972.53 | 8/13/2018 | 0000786001-161042 | 7/31/2018 | $440.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05107 | $2,972.53 | 8/13/2018 | 0000785001-161041 | 7/31/2018 | $554.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05107 | $2,972.53 | 8/13/2018 | 0000457001-161040 | 7/31/2018 | $515.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05107 | $2,972.53 | 8/13/2018 | 0000456001-161039 | 7/31/2018 | $546.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05107 | $2,972.53 | 8/13/2018 | 0000453001-161038 | 7/31/2018 | $801.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000009000 | 8/10/2018 | $142.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04168 | $763.26 | 8/10/2018 | 0000789001-161036 | 7/30/2018 | $180.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000033001 | 8/4/2018 | $72.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01260 | $4,589.23 | 8/6/2018 | 0000593001-161033 | 7/24/2018 | $546.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01260 | $4,589.23 | 8/6/2018 | 0000592001-161032 | 7/24/2018 | $114.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01260 | $4,589.23 | 8/6/2018 | 0000514001-161031 | 7/24/2018 | $164.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01260 | $4,589.23 | 8/6/2018 | 0000513001-161030 | 7/24/2018 | $1,236.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01260 | $4,589.23 | 8/6/2018 | 0000401001-161029 | 7/25/2018 | $1,110.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01260 | $4,589.23 | 8/6/2018 | 0000313001-161028 | 7/24/2018 | $916.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01260 | $4,589.23 | 8/6/2018 | 0000239001-161027 | 7/25/2018 | $60.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04168 | $763.26 | 8/10/2018 | 0000830001-161037 | 7/30/2018 | $582.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000831001-161051 | 8/3/2018 | $765.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24568 | $2,798.92 | 9/18/2018 | 0000464001-161092 | 9/7/2018 | $1,140.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13144 | $3,404.09 | 8/27/2018 | 0000560001 | 8/15/2018 | $440.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13144 | $3,404.09 | 8/27/2018 | 0000220001-161057 | 8/16/2018 | $752.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13144 | $3,404.09 | 8/27/2018 | 0000166001-161056 | 8/15/2018 | $693.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12113 | $1,875.65 | 8/24/2018 | 0000820001-161055 | 8/13/2018 | $801.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12113 | $1,875.65 | 8/24/2018 | 0000785001-161054 | 8/13/2018 | $1,074.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05107 | $2,972.53 | 8/13/2018 | 0000787001-161043 | 7/31/2018 | $114.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000832001-161052 | 8/3/2018 | $207.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13144 | $3,404.09 | 8/27/2018 | 0000786001-161059 | 8/14/2018 | $765.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000728001-161050 | 8/9/2018 | $765.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000727001-161049 | 8/9/2018 | $1,267.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000658001-161048 | 8/9/2018 | $554.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000455001-161047 | 8/4/2018 | $114.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000454001-161046 | 8/4/2018 | $613.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000443001-161045 | 8/3/2018 | $1,655.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000214001-161044 | 8/4/2018 | $120.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09110 | $2,389.23 | 8/20/2018 | 0000935001-161053 | 8/4/2018 | $554.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000044001-161135 | 7/12/2018 | $497.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000904001-161127 | 9/19/2018 | $554.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000676001-161142 | 7/12/2018 | $467.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000421001-161141 | 7/10/2018 | $582.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000403001-161140 | 7/12/2018 | $467.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000315001-161139 | 7/10/2018 | $582.87 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000314001-161138 | 7/10/2018 | $554.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000804001-161144 | 7/12/2018 | $554.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000136001-161136 | 7/10/2018 | $440.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000877001 | 7/11/2018 | $582.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000979001-161134 | 9/20/2018 | $999.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000957001-161133 | 9/19/2018 | $933.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000932001-161132 | 9/19/2018 | $1,177.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000931001-161131 | 9/19/2018 | $114.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000930001-161130 | 9/19/2018 | $613.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000928001-161129 | 9/19/2018 | $121.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24568 | $2,798.92 | 9/18/2018 | 0000304001-161090 | 9/7/2018 | $771.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000176001-161137 | 7/10/2018 | $1,526.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97321 | $4,466.07 | 7/30/2018 | 0000135001-161151 | 7/17/2018 | $868.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98244 | $457.65 | 7/31/2018 | 0000296001-161159 | 7/20/2018 | $484.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97321 | $4,466.07 | 7/30/2018 | 0000794001-161157 | 7/17/2018 | $96.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97321 | $4,466.07 | 7/30/2018 | 0000793001 | 7/17/2018 | $771.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97321 | $4,466.07 | 7/30/2018 | 0000609001-161156 | 7/17/2018 | $120.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97321 | $4,466.07 | 7/30/2018 | 0000497001-161155 | 7/19/2018 | $675.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97321 | $4,466.07 | 7/30/2018 | 0000457001-161154 | 7/18/2018 | $467.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000801001-161143 | 7/10/2018 | $1,172.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97321 | $4,466.07 | 7/30/2018 | 0000377001-161152 | 7/18/2018 | $467.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000783001-161126 | 9/19/2018 | $1,165.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96389 | $579.96 | 7/27/2018 | 0000716001-161150 | 7/16/2018 | $459.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96389 | $579.96 | 7/27/2018 | 0000142001-161149 | 7/16/2018 | $120.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94178 | $2,039.56 | 7/24/2018 | 0000715001-161148 | 7/13/2018 | $868.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94178 | $2,039.56 | 7/24/2018 | 0000714001-161147 | 7/13/2018 | $121.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94178 | $2,039.56 | 7/24/2018 | 0000713001-161146 | 7/13/2018 | $582.87 |

SSB Manufacturing Company fdba Simmons Bedding Company (2191144)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94178 | $2,039.56 | 7/24/2018 | 0000116001 | 7/13/2018 | $467.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93281 | $7,550.12 | 7/23/2018 | 0000994001-161145 | 7/12/2018 | $120.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97321 | $4,466.07 | 7/30/2018 | 0000436001-161153 | 7/17/2018 | $999.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000359001-161099 | 9/11/2018 | $554.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000927001-161128 | 9/19/2018 | $467.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000570001-161106 | 9/13/2018 | $588.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000446001-161105 | 9/11/2018 | $121.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000445001-161104 | 9/11/2018 | $582.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000444001-161103 | 9/11/2018 | $631.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000362001-161102 | 9/11/2018 | $497.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000730001-161108 | 9/11/2018 | $588.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000360001-161100 | 9/11/2018 | $588.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000731001-161109 | 9/11/2018 | $712.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26534 | $3,728.01 | 9/21/2018 | 0000459001-161098 | 9/10/2018 | $960.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26534 | $3,728.01 | 9/21/2018 | 0000294001-161097 | 9/10/2018 | $2,653.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26534 | $3,728.01 | 9/21/2018 | 0000191001-161096 | 9/10/2018 | $114.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26035 | $175.00 | 9/20/2018 | 0000096255-161095 | 7/27/2018 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26035 | $175.00 | 9/20/2018 | 0000096117-161094 | 7/20/2018 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24568 | $2,798.92 | 9/18/2018 | 0000745001-161093 | 9/7/2018 | $207.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98244 | $457.65 | 7/31/2018 | 0000430001-161160 | 7/20/2018 | $72.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000361001-161101 | 9/11/2018 | $1,457.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28178 | $3,044.29 | 9/25/2018 | 0000298001-161117 | 9/14/2018 | $164.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000782001-161125 | 9/19/2018 | $242.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000781001-161124 | 9/20/2018 | $467.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000668001-161123 | 9/19/2018 | $303.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000375001-161122 | 9/19/2018 | $402.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30811 | $8,153.36 | 10/1/2018 | 0000247001-161121 | 9/19/2018 | $588.69 |

SSB Manufacturing Company fdba Simmons Bedding Company (2191144)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                    Exhibit A                                    P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30010 | $1,881.47 | 9/28/2018 | 0000929001-161120 | 9/17/2018 | $704.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000713001-161107 | 9/11/2018 | $1,578.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30010 | $1,881.47 | 9/28/2018 | 0000375001-161118 | 9/17/2018 | $588.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24568 | $2,798.92 | 9/18/2018 | 0000305001-161091 | 9/7/2018 | $96.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28178 | $3,044.29 | 9/25/2018 | 0000297001-161116 | 9/14/2018 | $1,169.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28178 | $3,044.29 | 9/25/2018 | 0000296001-161115 | 9/14/2018 | $96.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28178 | $3,044.29 | 9/25/2018 | 0000295001-161114 | 9/14/2018 | $902.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28178 | $3,044.29 | 9/25/2018 | 0000265001-161113 | 9/14/2018 | $121.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28178 | $3,044.29 | 9/25/2018 | 0000208001-161112 | 9/14/2018 | $588.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000814001-161111 | 9/11/2018 | $440.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27365 | $8,464.69 | 9/24/2018 | 0000732001-161110 | 9/11/2018 | $121.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30010 | $1,881.47 | 9/28/2018 | 0000669001-161119 | 9/17/2018 | $588.69 |

**Totals:** 25 transfer(s), $85,286.68