**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Sunnest Service, LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003781AA | 6/8/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00005195AA | 6/11/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00005194AA | 6/11/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00005193AA | 6/11/2018 | $104.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00005192AA | 6/11/2018 | $58.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00005000AA | 6/11/2018 | $49.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00004999AA | 6/11/2018 | $21.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00004998AA | 6/11/2018 | $28.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00004997AA | 6/11/2018 | $96.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00004996AA | 6/11/2018 | $157.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00004995AA | 6/11/2018 | $96.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06081 | $96.49 | 8/14/2018 | 00004063AA | 6/10/2018 | $34.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06081 | $96.49 | 8/14/2018 | 00004059AA | 6/10/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00403 | $795.73 | 8/3/2018 | 00008038AA | 5/30/2018 | $27.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003961AA-62724 | 6/8/2018 | $160.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005856AA-62725 | 6/12/2018 | $69.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003780AA | 6/8/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003779AA | 6/8/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003778AA | 6/8/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003777AA | 6/8/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003521AA | 6/8/2018 | $20.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003305AA | 6/7/2018 | $28.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003161AA | 6/7/2018 | $157.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003160AA | 6/7/2018 | $193.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05348 | $1,050.61 | 8/13/2018 | 00003056AA | 6/7/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04248 | $524.61 | 8/10/2018 | 00002783AA | 6/6/2018 | $157.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04248 | $524.61 | 8/10/2018 | 00002763AA-62723 | 6/6/2018 | $96.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04248 | $524.61 | 8/10/2018 | 00002756AA | 6/6/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04248 | $524.61 | 8/10/2018 | 00002755AA | 6/6/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06081 | $96.49 | 8/14/2018 | 00004057AA | 6/10/2018 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08248 | $211.41 | 8/17/2018 | 00006059AA | 6/13/2018 | $80.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009556AA | 5/14/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009379AA | 5/14/2018 | $82.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009377AA | 5/14/2018 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009090AA | 5/14/2018 | $130.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009088AA | 5/14/2018 | $121.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00008983AA | 5/14/2018 | $25.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00008974AA-62731 | 5/14/2018 | $50.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00008884AA | 5/14/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00008883AA | 5/14/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00008751AA | 5/14/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00008749AA-62730 | 5/14/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00006444AA | 6/13/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90127 | $159.37 | 7/17/2018 | 00005859AA-62729 | 6/12/2018 | $159.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00005196AA | 6/11/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005864AA | 6/12/2018 | $104.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00002132AA | 6/5/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005857AA-62726 | 6/12/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005858AA-62727 | 6/12/2018 | $159.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005860AA | 6/12/2018 | $82.29 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005861AA | 6/12/2018 | $318.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08248 | $211.41 | 8/17/2018 | 00006445AA | 6/13/2018 | $58.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005863AA | 6/12/2018 | $21.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08248 | $211.41 | 8/17/2018 | 00006443AA | 6/13/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005865AA | 6/12/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005866AA | 6/12/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005867AA | 6/12/2018 | $159.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005868AA | 6/12/2018 | $80.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005869AA-62728 | 6/12/2018 | $21.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06892 | $973.99 | 8/15/2018 | 00005197AA | 6/11/2018 | $133.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07709 | $1,297.09 | 8/16/2018 | 00005862AA | 6/12/2018 | $58.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00000023AA | 6/1/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04248 | $524.61 | 8/10/2018 | 00002754AA | 6/6/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00009600AA | 6/1/2018 | $25.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00009598AA | 6/1/2018 | $25.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00009006AA | 5/31/2018 | $53.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008997AA | 5/31/2018 | $49.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008934AA | 6/1/2018 | $176.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008898AA | 5/31/2018 | $104.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008897AA | 5/31/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008810AA | 5/31/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008786AA | 5/31/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008753AA | 5/31/2018 | $96.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008749AA-62713 | 5/31/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008748AA | 5/31/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00000691AA-62714 | 6/4/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00403 | $795.73 | 8/3/2018 | 00008652AA | 5/30/2018 | $80.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00403 | $795.73 | 8/3/2018 | 00008039AA | 5/30/2018 | $58.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00403 | $795.73 | 8/3/2018 | 00008040AA | 5/30/2018 | $27.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00403 | $795.73 | 8/3/2018 | 00008041AA | 5/30/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00403 | $795.73 | 8/3/2018 | 00008082AA | 5/30/2018 | $181.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00403 | $795.73 | 8/3/2018 | 00008085AA | 5/30/2018 | $130.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008520AA | 5/31/2018 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00403 | $795.73 | 8/3/2018 | 00008651AA | 5/30/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00008514AA | 5/31/2018 | $80.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00000014AA | 6/1/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00000018AA | 6/1/2018 | $79.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00000019AA | 6/1/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00000020AA | 6/1/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01489 | $1,652.07 | 8/6/2018 | 00000021AA | 6/1/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00000692AA-62715 | 6/4/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00403 | $795.73 | 8/3/2018 | 00008086AA | 5/30/2018 | $59.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001303AA | 6/4/2018 | $96.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009561AA | 5/14/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00002131AA | 6/5/2018 | $130.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00002130AA-62722 | 6/5/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00002129AA | 6/5/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00002128AA | 6/5/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00001945AA | 6/5/2018 | $80.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00001940AA | 6/5/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00001938AA | 6/5/2018 | $33.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00001937AA | 6/5/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00001936AA | 6/5/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00001633AA-62721 | 6/5/2018 | $31.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001307AA-62720 | 6/4/2018 | $96.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001306AA-62719 | 6/4/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00000690AA | 6/4/2018 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001297AA | 6/4/2018 | $230.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001266AA | 6/4/2018 | $32.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001267AA | 6/4/2018 | $96.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001268AA | 6/4/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001269AA | 6/4/2018 | $82.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001270AA | 6/4/2018 | $82.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001305AA-62718 | 6/4/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001272AA | 6/4/2018 | $130.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001304AA | 6/4/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001298AA | 6/4/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001299AA-62716 | 6/4/2018 | $176.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001300AA-62717 | 6/4/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001301AA | 6/4/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001302AA | 6/4/2018 | $176.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03730 | $914.16 | 8/9/2018 | 00002133AA | 6/5/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02935 | $1,949.03 | 8/8/2018 | 00001271AA | 6/4/2018 | $101.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96475 | $885.63 | 7/27/2018 | 00004878AA | 5/23/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00003578AA | 5/21/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97565 | $773.04 | 7/30/2018 | 00005898AA | 5/25/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97565 | $773.04 | 7/30/2018 | 00005798AA | 5/25/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97565 | $773.04 | 7/30/2018 | 00005797AA | 5/25/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97565 | $773.04 | 7/30/2018 | 00005422AA | 5/24/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97565 | $773.04 | 7/30/2018 | 00005421AA | 5/24/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97565 | $773.04 | 7/30/2018 | 00005256AA | 5/24/2018 | $101.15 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96475 | $885.63 | 7/27/2018 | 00004957AA | 5/23/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96475 | $885.63 | 7/27/2018 | 00004956AA | 5/23/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96475 | $885.63 | 7/27/2018 | 00004887AA | 5/23/2018 | $33.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96475 | $885.63 | 7/27/2018 | 00004886AA-62741 | 5/23/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96475 | $885.63 | 7/27/2018 | 00004885AA | 5/23/2018 | $69.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96475 | $885.63 | 7/27/2018 | 00004884AA | 5/23/2018 | $104.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97565 | $773.04 | 7/30/2018 | 00005902AA | 5/25/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00004272AA | 5/22/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009559AA | 5/14/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00003728AA | 5/22/2018 | $34.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00003729AA | 5/22/2018 | $297.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00004206AA-62739 | 5/22/2018 | $946.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00004269AA | 5/22/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96475 | $885.63 | 7/27/2018 | 00004883AA | 5/23/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00004271AA | 5/22/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96475 | $885.63 | 7/27/2018 | 00004879AA | 5/23/2018 | $101.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00004273AA | 5/22/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00004274AA | 5/22/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00004275AA | 5/22/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00004276AA | 5/22/2018 | $130.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96475 | $885.63 | 7/27/2018 | 00004438AA | 5/23/2018 | $49.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99079 | $523.88 | 8/1/2018 | 00006148AA | 5/28/2018 | $79.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00004270AA-62740 | 5/22/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007583AA | 5/29/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007723AA | 5/29/2018 | $230.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007722AA | 5/29/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007721AA | 5/29/2018 | $115.49 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007720AA | 5/29/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007719AA | 5/29/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007718AA | 5/29/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007594AA | 5/29/2018 | $69.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007593AA-62746 | 5/29/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007592AA | 5/29/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007591AA-62745 | 5/29/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007590AA | 5/29/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007587AA | 5/29/2018 | $96.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007586AA | 5/29/2018 | $127.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97565 | $773.04 | 7/30/2018 | 00005901AA | 5/25/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00006521AA | 5/29/2018 | $127.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99079 | $523.88 | 8/1/2018 | 00006149AA | 5/28/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99079 | $523.88 | 8/1/2018 | 00006150AA | 5/28/2018 | $58.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99079 | $523.88 | 8/1/2018 | 00006151AA | 5/28/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99079 | $523.88 | 8/1/2018 | 00006152AA | 5/28/2018 | $73.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99079 | $523.88 | 8/1/2018 | 00006153AA | 5/28/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007585AA | 5/29/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00006520AA-62742 | 5/29/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007584AA | 5/29/2018 | $69.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007578AA | 5/29/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007579AA | 5/29/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007580AA-62743 | 5/29/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007581AA-62744 | 5/29/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007582AA | 5/29/2018 | $69.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00003576AA | 5/21/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00006481AA | 5/29/2018 | $121.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91834 | $897.86 | 7/19/2018 | 00000167AA | 5/15/2018 | $82.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95945 | $2,095.50 | 7/26/2018 | 00003562AA-62738 | 5/22/2018 | $36.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92373 | $625.88 | 7/20/2018 | 00001206AA | 5/16/2018 | $157.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92373 | $625.88 | 7/20/2018 | 00001203AA | 5/16/2018 | $130.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92373 | $625.88 | 7/20/2018 | 00001202AA | 5/16/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92373 | $625.88 | 7/20/2018 | 00001201AA | 5/16/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92373 | $625.88 | 7/20/2018 | 00001141AA | 5/16/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92373 | $625.88 | 7/20/2018 | 00001140AA | 5/16/2018 | $79.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91834 | $897.86 | 7/19/2018 | 00009858AA | 5/15/2018 | $43.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91834 | $897.86 | 7/19/2018 | 00000270AA | 5/15/2018 | $159.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91834 | $897.86 | 7/19/2018 | 00000269AA | 5/15/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91834 | $897.86 | 7/19/2018 | 00000268AA | 5/15/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91834 | $897.86 | 7/19/2018 | 00000267AA | 5/15/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91834 | $897.86 | 7/19/2018 | 00000170AA | 5/15/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00001552AA | 5/17/2018 | $58.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009568AA | 5/14/2018 | $58.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99881 | $2,720.94 | 8/2/2018 | 00007724AA | 5/29/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009562AA | 5/14/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009563AA | 5/14/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009564AA | 5/14/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009565AA | 5/14/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91834 | $897.86 | 7/19/2018 | 00000169AA | 5/15/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009567AA | 5/14/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91834 | $897.86 | 7/19/2018 | 00000168AA | 5/15/2018 | $176.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009569AA | 5/14/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009570AA | 5/14/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009571AA | 5/14/2018 | $60.69 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009572AA | 5/14/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009681AA | 5/14/2018 | $25.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00001553AA | 5/17/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009566AA | 5/14/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00002316AA | 5/18/2018 | $101.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00003575AA-62737 | 5/21/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00003561AA | 5/21/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00003560AA | 5/21/2018 | $58.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00003559AA | 5/21/2018 | $26.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00003558AA | 5/21/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00003346AA | 5/21/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00003344AA | 5/21/2018 | $159.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00002823AA | 5/21/2018 | $130.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00002726AA-62736 | 5/21/2018 | $176.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00002726AA-62735 | 5/21/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00002725AA | 5/21/2018 | $80.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00002724AA | 5/21/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95114 | $1,661.59 | 7/25/2018 | 00002315AA | 5/21/2018 | $157.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00001290AA | 5/17/2018 | $25.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00002010AA | 5/18/2018 | $103.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00001554AA | 5/17/2018 | $82.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00001555AA | 5/17/2018 | $58.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00001556AA | 5/17/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00001557AA | 5/17/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00001558AA | 5/17/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00002320AA | 5/18/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00001758AA | 5/17/2018 | $131.74 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00002317AA | 5/18/2018 | $33.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00002011AA | 5/18/2018 | $49.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00002310AA-62734 | 5/18/2018 | $115.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00002312AA | 5/18/2018 | $60.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00002313AA | 5/18/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00002314AA | 5/18/2018 | $127.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90969 | $2,331.15 | 7/18/2018 | 00009560AA-62732 | 5/14/2018 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93524 | $1,649.98 | 7/23/2018 | 00001560AA-62733 | 5/17/2018 | $60.69 |

**Totals:**    21 transfer(s),    $23,790.01