**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Swatow Puerto Rico Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99891 | $1,217.61 | 8/2/2018 | 0000493001 | 7/31/2018 | $92.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99891 | $1,217.61 | 8/2/2018 | 0000492001 | 7/31/2018 | $123.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99891 | $1,217.61 | 8/2/2018 | 0000491001-10431 | 7/31/2018 | $92.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99891 | $1,217.61 | 8/2/2018 | 0000418001 | 7/31/2018 | $104.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99891 | $1,217.61 | 8/2/2018 | 0000417001 | 7/31/2018 | $168.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99891 | $1,217.61 | 8/2/2018 | 0000076001-10430 | 7/31/2018 | $317.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99891 | $1,217.61 | 8/2/2018 | 0000075001-10429 | 7/31/2018 | $317.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97574 | $571.98 | 7/30/2018 | 0000077001-10428 | 7/26/2018 | $381.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97574 | $571.98 | 7/30/2018 | 0000072001-10427 | 7/26/2018 | $190.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95954 | $16,174.06 | 7/26/2018 | INV001-10426 | 5/22/2018 | $16,174.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93533 | $31,576.18 | 7/23/2018 | INV001-10425 | 5/18/2018 | $31,576.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13392 | $5,888.40 | 8/27/2018 | INV001-10424 | 6/22/2018 | $5,888.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09364 | $1,512.00 | 8/20/2018 | INV001-10423 | 6/15/2018 | $1,512.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03738 | $448.20 | 8/9/2018 | INV001-10422 | 6/5/2018 | $448.20 |

Totals:    7 transfer(s),    $57,388.43