**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Unitex Incorporado**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12286 | $5,501.64 | 8/24/2018 | 0000111939 | 6/20/2018 | $740.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09455 | $5,316.81 | 8/20/2018 | 0000111407 | 6/14/2018 | $563.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09455 | $5,316.81 | 8/20/2018 | 0000111408 | 6/14/2018 | $740.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09455 | $5,316.81 | 8/20/2018 | 0000111409 | 6/14/2018 | $1,214.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09455 | $5,316.81 | 8/20/2018 | 0000111410 | 6/14/2018 | $353.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12286 | $5,501.64 | 8/24/2018 | 0000111936 | 6/20/2018 | $754.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00436 | $7,820.36 | 8/3/2018 | 0000110114 | 5/30/2018 | $1,557.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12286 | $5,501.64 | 8/24/2018 | 0000111938 | 6/20/2018 | $994.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09455 | $5,316.81 | 8/20/2018 | 0000111404 | 6/14/2018 | $793.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12286 | $5,501.64 | 8/24/2018 | 0000111940 | 6/20/2018 | $779.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12286 | $5,501.64 | 8/24/2018 | 0000111941 | 6/20/2018 | $791.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12286 | $5,501.64 | 8/24/2018 | 0000111942 | 6/20/2018 | $324.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16257 | $5,813.53 | 8/31/2018 | 0000112257 | 6/27/2018 | $850.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16257 | $5,813.53 | 8/31/2018 | 0000112258 | 6/27/2018 | $1,516.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16257 | $5,813.53 | 8/31/2018 | 0000112259 | 6/27/2018 | $49.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12286 | $5,501.64 | 8/24/2018 | 0000111937 | 6/20/2018 | $1,173.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04275 | $5,204.38 | 8/10/2018 | 0000110930 | 6/6/2018 | $908.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00436 | $7,820.36 | 8/3/2018 | 0000110420 | 5/30/2018 | $887.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00436 | $7,820.36 | 8/3/2018 | 0000110421 | 5/30/2018 | $1,363.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00436 | $7,820.36 | 8/3/2018 | 0000110422 | 5/30/2018 | $1,235.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00436 | $7,820.36 | 8/3/2018 | 0000110423 | 5/30/2018 | $551.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00436 | $7,820.36 | 8/3/2018 | 0000110424 | 5/30/2018 | $823.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00436 | $7,820.36 | 8/3/2018 | 0000110425 | 5/30/2018 | $957.85 |

Unitex Incorporado (2191472)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09455 | $5,316.81 | 8/20/2018 | 0000111406 | 6/14/2018 | $622.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04275 | $5,204.38 | 8/10/2018 | 0000110929 | 6/6/2018 | $580.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09455 | $5,316.81 | 8/20/2018 | 0000111405 | 6/14/2018 | $1,029.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04275 | $5,204.38 | 8/10/2018 | 0000110931 | 6/6/2018 | $1,285.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04275 | $5,204.38 | 8/10/2018 | 0000110932 | 6/6/2018 | $509.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04275 | $5,204.38 | 8/10/2018 | 0000110933 | 6/6/2018 | $997.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04275 | $5,204.38 | 8/10/2018 | 0000110934 | 6/6/2018 | $668.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04275 | $5,204.38 | 8/10/2018 | 0000110935 | 6/6/2018 | $254.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16257 | $5,813.53 | 8/31/2018 | 0000112262 | 6/27/2018 | $939.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00436 | $7,820.36 | 8/3/2018 | 0000110426 | 5/30/2018 | $443.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92407 | $2,364.31 | 7/20/2018 | 0000109417 | 5/16/2018 | $364.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16257 | $5,813.53 | 8/31/2018 | 0000112260 | 6/27/2018 | $1,087.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19322 | $4,164.14 | 9/7/2018 | 0000112921 | 7/4/2018 | $363.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92407 | $2,364.31 | 7/20/2018 | 0000109411 | 5/16/2018 | $704.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92407 | $2,364.31 | 7/20/2018 | 0000109412 | 5/16/2018 | $537.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92407 | $2,364.31 | 7/20/2018 | 0000109413 | 5/16/2018 | $610.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92407 | $2,364.31 | 7/20/2018 | 0000109414 | 5/16/2018 | $418.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19322 | $4,164.14 | 9/7/2018 | 0000112919 | 7/4/2018 | $610.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92407 | $2,364.31 | 7/20/2018 | 0000109416 | 5/16/2018 | $566.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19322 | $4,164.14 | 9/7/2018 | 0000112918 | 7/4/2018 | $685.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96506 | $7,061.83 | 7/27/2018 | 0000109891 | 5/23/2018 | $720.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96506 | $7,061.83 | 7/27/2018 | 0000109892 | 5/23/2018 | $983.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96506 | $7,061.83 | 7/27/2018 | 0000109893 | 5/23/2018 | $1,336.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96506 | $7,061.83 | 7/27/2018 | 0000109894 | 5/23/2018 | $782.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96506 | $7,061.83 | 7/27/2018 | 0000109895 | 5/23/2018 | $1,047.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96506 | $7,061.83 | 7/27/2018 | 0000109896 | 5/23/2018 | $1,268.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92407 | $2,364.31 | 7/20/2018 | 0000109415 | 5/16/2018 | $417.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17503 | $17,427.22 | 9/4/2018 | 0000108332 | 6/30/2018 | $1,592.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96506 | $7,061.83 | 7/27/2018 | 0000109897 | 5/23/2018 | $922.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16257 | $5,813.53 | 8/31/2018 | 0000112263 | 6/27/2018 | $1,095.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16257 | $5,813.53 | 8/31/2018 | 0000112264 | 6/27/2018 | $274.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17503 | $17,427.22 | 9/4/2018 | 0000108327 | 6/30/2018 | $1,592.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17503 | $17,427.22 | 9/4/2018 | 0000108328 | 6/30/2018 | $3,185.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17503 | $17,427.22 | 9/4/2018 | 0000108329 | 6/30/2018 | $2,311.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19322 | $4,164.14 | 9/7/2018 | 0000112920 | 7/4/2018 | $757.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17503 | $17,427.22 | 9/4/2018 | 0000108331 | 6/30/2018 | $2,311.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16257 | $5,813.53 | 8/31/2018 | 0000112261 | 6/27/2018 | $709.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17503 | $17,427.22 | 9/4/2018 | 0000108333 | 6/30/2018 | $1,592.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17503 | $17,427.22 | 9/4/2018 | 0000113106 | 7/1/2018 | $2,362.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17503 | $17,427.22 | 9/4/2018 | 0000113107 | 7/1/2018 | $167.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19322 | $4,164.14 | 9/7/2018 | 0000112915 | 7/4/2018 | $539.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19322 | $4,164.14 | 9/7/2018 | 0000112916 | 7/4/2018 | $1,019.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19322 | $4,164.14 | 9/7/2018 | 0000112917 | 7/4/2018 | $728.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17503 | $17,427.22 | 9/4/2018 | 0000108330 | 6/30/2018 | $2,311.33 |

**Totals:** 9 transfer(s), $60,674.22