**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Whynter, LLC**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00004656AA | 6/18/2018 | $138.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00004904AA | 6/14/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12315 | $647.92 | 8/24/2018 | 00007500AA | 6/20/2018 | $198.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11698 | $931.17 | 8/23/2018 | 00008389AA | 6/19/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11698 | $931.17 | 8/23/2018 | 00006609AA-67694 | 6/19/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11698 | $931.17 | 8/23/2018 | 00005795AA-67693 | 6/19/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11698 | $931.17 | 8/23/2018 | 00005093AA | 6/19/2018 | $198.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00009326AA-67692 | 6/18/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00008620AA-67691 | 6/18/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00008477AA | 6/18/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00008223AA | 6/18/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00007284AA | 6/18/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00006363AA | 6/18/2018 | $198.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00005604AA | 6/18/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13543 | $1,390.98 | 8/27/2018 | 00001279AA | 6/22/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00009954AA-67689 | 6/14/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00006016AA-67704 | 6/28/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00006637AA-67687 | 6/14/2018 | $429.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00007757AA | 6/15/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00007868AA | 6/15/2018 | $702.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00009104AA | 6/14/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00005011AA | 6/18/2018 | $398.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00009647AA | 6/14/2018 | $196.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00004942AA | 6/18/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00000926AA-67690 | 6/18/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00002503AA | 6/18/2018 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00003231AA | 6/18/2018 | $138.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00004089AA | 6/18/2018 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11044 | $2,581.18 | 8/22/2018 | 00004257AA | 6/18/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13543 | $1,390.98 | 8/27/2018 | 00002830AA | 6/21/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00009623AA-67688 | 6/14/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15058 | $2,011.05 | 8/29/2018 | 00005885AA | 6/25/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00453 | $1,363.55 | 8/3/2018 | 00001042AA-67673 | 5/30/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00003830AA | 6/29/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00002995AA | 6/28/2018 | $214.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00000897AA-67703 | 6/29/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00000033AA | 6/28/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16275 | $625.03 | 8/31/2018 | 00009243AA | 6/27/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16275 | $625.03 | 8/31/2018 | 00008068AA | 6/27/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16275 | $625.03 | 8/31/2018 | 00004625AA | 6/27/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16275 | $625.03 | 8/31/2018 | 00001557AA | 6/27/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15850 | $520.58 | 8/30/2018 | 00006826AA-67702 | 6/26/2018 | $398.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15850 | $520.58 | 8/30/2018 | 00005328AA-67701 | 6/26/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15850 | $520.58 | 8/30/2018 | 00003173AA | 6/26/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15850 | $520.58 | 8/30/2018 | 00001128AA | 6/26/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12315 | $647.92 | 8/24/2018 | 00009935AA | 6/20/2018 | $449.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15058 | $2,011.05 | 8/29/2018 | 00000124AA-67697 | 6/25/2018 | $618.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13543 | $1,390.98 | 8/27/2018 | 00003120AA-67695 | 6/21/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13543 | $1,390.98 | 8/27/2018 | 00003983AA | 6/21/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13543 | $1,390.98 | 8/27/2018 | 00005772AA | 6/22/2018 | $198.92 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13543 | $1,390.98 | 8/27/2018 | 00005798AA | 6/21/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13543 | $1,390.98 | 8/27/2018 | 00006948AA | 6/22/2018 | $138.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15058 | $2,011.05 | 8/29/2018 | 00009005AA-67700 | 6/25/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13543 | $1,390.98 | 8/27/2018 | 00008181AA | 6/21/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15058 | $2,011.05 | 8/29/2018 | 00005944AA-67699 | 6/25/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15058 | $2,011.05 | 8/29/2018 | 00001715AA | 6/25/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15058 | $2,011.05 | 8/29/2018 | 00002069AA | 6/25/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15058 | $2,011.05 | 8/29/2018 | 00002378AA | 6/25/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15058 | $2,011.05 | 8/29/2018 | 00003692AA-67698 | 6/25/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15058 | $2,011.05 | 8/29/2018 | 00003798AA | 6/25/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00004187AA | 6/14/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13543 | $1,390.98 | 8/27/2018 | 00007461AA-67696 | 6/22/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00005292AA-67677 | 6/1/2018 | $379.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00005028AA | 6/15/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03027 | $1,769.90 | 8/8/2018 | 00007216AA | 6/4/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03027 | $1,769.90 | 8/8/2018 | 00006958AA-67681 | 6/4/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03027 | $1,769.90 | 8/8/2018 | 00006105AA | 6/4/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03027 | $1,769.90 | 8/8/2018 | 00005298AA | 6/4/2018 | $449.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03027 | $1,769.90 | 8/8/2018 | 00004430AA | 6/4/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03027 | $1,769.90 | 8/8/2018 | 00001324AA | 6/4/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03027 | $1,769.90 | 8/8/2018 | 00001023AA | 6/4/2018 | $82.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03027 | $1,769.90 | 8/8/2018 | 00000723AA | 6/4/2018 | $235.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00009454AA | 6/1/2018 | $290.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00009126AA | 5/31/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00008871AA-67680 | 5/31/2018 | $416.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00008871AA-67679 | 5/31/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03027 | $1,769.90 | 8/8/2018 | 00008280AA | 6/4/2018 | $419.35 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00453 | $1,363.55 | 8/3/2018 | 00009265AA-67676 | 5/30/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00453 | $1,363.55 | 8/3/2018 | 00001168AA | 5/30/2018 | $16.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00453 | $1,363.55 | 8/3/2018 | 00002478AA | 5/30/2018 | $634.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00453 | $1,363.55 | 8/3/2018 | 00005955AA | 5/30/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00453 | $1,363.55 | 8/3/2018 | 00006253AA-67674 | 5/30/2018 | $235.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00453 | $1,363.55 | 8/3/2018 | 00006646AA | 5/30/2018 | $16.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00008605AA-67678 | 5/31/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00453 | $1,363.55 | 8/3/2018 | 00007327AA-67675 | 5/30/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00007450AA | 6/1/2018 | $379.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00000076AA | 5/31/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00000174AA | 5/31/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00000843AA | 5/31/2018 | $16.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00000859AA | 5/31/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01644 | $3,143.01 | 8/6/2018 | 00002244AA | 5/31/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03813 | $671.04 | 8/9/2018 | 00000071AA | 6/5/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00453 | $1,363.55 | 8/3/2018 | 00006994AA | 5/30/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00009162AA | 6/8/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00003409AA | 6/14/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09513 | $2,870.55 | 8/20/2018 | 00002421AA | 6/14/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08299 | $1,271.39 | 8/17/2018 | 00008198AA | 6/13/2018 | $218.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08299 | $1,271.39 | 8/17/2018 | 00008084AA | 6/13/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08299 | $1,271.39 | 8/17/2018 | 00006791AA-67686 | 6/13/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08299 | $1,271.39 | 8/17/2018 | 00006136AA | 6/13/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08299 | $1,271.39 | 8/17/2018 | 00005309AA | 6/13/2018 | $389.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08299 | $1,271.39 | 8/17/2018 | 00002060AA | 6/13/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07813 | $82.54 | 8/16/2018 | 00005267AA-67685 | 6/12/2018 | $138.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07813 | $82.54 | 8/16/2018 | 00001564AA | 6/12/2018 | $196.77 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07813 | $82.54 | 8/16/2018 | 00001282AA | 6/12/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07005 | $47.88 | 8/15/2018 | 00008384AA | 6/11/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07005 | $47.88 | 8/15/2018 | 00005153AA-67684 | 6/11/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03027 | $1,769.90 | 8/8/2018 | 00007623AA | 6/4/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00003734AA | 6/7/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03813 | $671.04 | 8/9/2018 | 00000771AA | 6/5/2018 | $379.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03813 | $671.04 | 8/9/2018 | 00003376AA | 6/5/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04293 | $219.04 | 8/10/2018 | 00003684AA | 6/6/2018 | $218.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04293 | $219.04 | 8/10/2018 | 00009864AA | 6/6/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00003252AA | 6/7/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07005 | $47.88 | 8/15/2018 | 00005104AA-67683 | 6/11/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00003697AA | 6/8/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00009547AA | 6/8/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00004985AA | 6/8/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00005301AA | 6/7/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00005455AA | 6/7/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00006179AA-67682 | 6/8/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00007640AA | 6/7/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00007113AA | 6/29/2018 | $231.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05493 | $2,207.87 | 8/13/2018 | 00003465AA | 6/7/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93684 | $2,257.10 | 7/23/2018 | 00007934AA | 5/17/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92428 | $1,598.53 | 7/20/2018 | 00001761AA | 5/16/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96039 | $2,159.35 | 7/26/2018 | 00006741AA-67730 | 5/22/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96039 | $2,159.35 | 7/26/2018 | 00006206AA | 5/22/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96039 | $2,159.35 | 7/26/2018 | 00006145AA-67729 | 5/22/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96039 | $2,159.35 | 7/26/2018 | 00006077AA | 5/22/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96039 | $2,159.35 | 7/26/2018 | 00005717AA | 5/22/2018 | $449.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96039 | $2,159.35 | 7/26/2018 | 00003480AA-67728 | 5/22/2018 | $218.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96039 | $2,159.35 | 7/26/2018 | 00001653AA | 5/22/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95219 | $1,299.03 | 7/25/2018 | 00009917AA | 5/21/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95219 | $1,299.03 | 7/25/2018 | 00009892AA | 5/21/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95219 | $1,299.03 | 7/25/2018 | 00009272AA-67727 | 5/21/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95219 | $1,299.03 | 7/25/2018 | 00008451AA | 5/21/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95219 | $1,299.03 | 7/25/2018 | 00002441AA-67726 | 5/21/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96039 | $2,159.35 | 7/26/2018 | 00009158AA-67732 | 5/22/2018 | $235.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93684 | $2,257.10 | 7/23/2018 | 00002537AA | 5/18/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00004055AA | 6/29/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92428 | $1,598.53 | 7/20/2018 | 00005819AA | 5/16/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92428 | $1,598.53 | 7/20/2018 | 00006018AA-67722 | 5/16/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92428 | $1,598.53 | 7/20/2018 | 00008257AA | 5/16/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92428 | $1,598.53 | 7/20/2018 | 00009334AA-67723 | 5/16/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95219 | $1,299.03 | 7/25/2018 | 00000347AA | 5/21/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93684 | $2,257.10 | 7/23/2018 | 00000504AA | 5/17/2018 | $218.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93684 | $2,257.10 | 7/23/2018 | 00009538AA | 5/17/2018 | $138.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93684 | $2,257.10 | 7/23/2018 | 00002759AA | 5/18/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93684 | $2,257.10 | 7/23/2018 | 00004819AA-67724 | 5/18/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93684 | $2,257.10 | 7/23/2018 | 00005353AA | 5/17/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93684 | $2,257.10 | 7/23/2018 | 00006401AA | 5/18/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93684 | $2,257.10 | 7/23/2018 | 00007048AA-67725 | 5/18/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96039 | $2,159.35 | 7/26/2018 | 00009716AA-67733 | 5/22/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92428 | $1,598.53 | 7/20/2018 | 00009696AA | 5/16/2018 | $235.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98474 | $1,669.96 | 7/31/2018 | 00000411AA-67739 | 5/27/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99984 | $1,497.23 | 8/2/2018 | 00009541AA | 5/29/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99984 | $1,497.23 | 8/2/2018 | 00009420AA-67745 | 5/29/2018 | $416.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99984 | $1,497.23 | 8/2/2018 | 00009420AA-67744 | 5/29/2018 | $231.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99984 | $1,497.23 | 8/2/2018 | 00008975AA | 5/29/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99984 | $1,497.23 | 8/2/2018 | 00003932AA-67743 | 5/29/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99984 | $1,497.23 | 8/2/2018 | 00001203AA | 5/29/2018 | $49.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99984 | $1,497.23 | 8/2/2018 | 00000886AA | 5/29/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98474 | $1,669.96 | 7/31/2018 | 00008866AA | 5/27/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98474 | $1,669.96 | 7/31/2018 | 00007529AA | 5/27/2018 | $138.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98474 | $1,669.96 | 7/31/2018 | 00006717AA | 5/27/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98474 | $1,669.96 | 7/31/2018 | 00006150AA | 5/27/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98474 | $1,669.96 | 7/31/2018 | 00005943AA | 5/27/2018 | $235.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98474 | $1,669.96 | 7/31/2018 | 00001640AA-67742 | 5/27/2018 | $379.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96039 | $2,159.35 | 7/26/2018 | 00008136AA-67731 | 5/22/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00008471AA | 5/23/2018 | $235.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00000126AA | 5/23/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00000195AA-67734 | 5/24/2018 | $198.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00000362AA | 5/23/2018 | $186.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00000536AA | 5/25/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00002851AA | 5/24/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98474 | $1,669.96 | 7/31/2018 | 00000990AA-67741 | 5/27/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00006148AA-67736 | 5/24/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98474 | $1,669.96 | 7/31/2018 | 00000570AA-67740 | 5/27/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00008574AA-67737 | 5/23/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00008640AA | 5/25/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00008987AA | 5/25/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00008993AA | 5/23/2018 | $50.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00009030AA-67738 | 5/24/2018 | $398.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91930 | $1,074.34 | 7/19/2018 | 00008882AA | 5/15/2018 | $196.77 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97719 | $1,400.47 | 7/30/2018 | 00005944AA-67735 | 5/24/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00005057AA | 7/2/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92428 | $1,598.53 | 7/20/2018 | 00003730AA-67721 | 5/16/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00003086AA | 7/5/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00002790AA | 7/6/2018 | $290.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00000823AA | 7/5/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00000561AA | 7/5/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19075 | $535.48 | 9/6/2018 | 00007129AA | 7/3/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19075 | $535.48 | 9/6/2018 | 00001810AA | 7/3/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00009954AA-67713 | 7/2/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00008228AA | 7/2/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00006593AA-67712 | 7/2/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00006470AA-67711 | 7/2/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00006147AA-67710 | 7/2/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00006097AA | 7/2/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00004269AA-67714 | 7/5/2018 | $449.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00002114AA | 7/2/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00007209AA-67705 | 6/29/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00008058AA-67706 | 6/28/2018 | $449.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00008305AA | 6/28/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17566 | $1,928.48 | 9/4/2018 | 00008693AA | 6/28/2018 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00001162AA | 7/2/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00005792AA | 7/2/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00001659AA-67707 | 7/2/2018 | $218.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00005139AA | 7/2/2018 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00002376AA | 7/2/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00003087AA-67708 | 7/2/2018 | $140.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00003366AA | 7/2/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00003630AA | 7/2/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00003814AA-67709 | 7/2/2018 | $54.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00004640AA | 7/5/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18307 | $3,090.86 | 9/5/2018 | 00001423AA | 7/2/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00005079AA-67718 | 5/14/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91930 | $1,074.34 | 7/19/2018 | 00002620AA | 5/15/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91930 | $1,074.34 | 7/19/2018 | 00000970AA | 5/15/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91930 | $1,074.34 | 7/19/2018 | 00000904AA-67720 | 5/15/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91930 | $1,074.34 | 7/19/2018 | 00000610AA | 5/15/2018 | $389.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00009464AA-67719 | 5/14/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00009205AA | 5/14/2018 | $175.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00009136AA | 5/14/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00008832AA | 5/14/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00008828AA | 5/14/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00008322AA | 5/14/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00007971AA | 5/14/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00006641AA | 5/14/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00006254AA | 5/14/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00003352AA | 7/6/2018 | $389.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00009661AA | 7/6/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00004962AA | 7/5/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00005474AA | 7/5/2018 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00005692AA-67715 | 7/5/2018 | $379.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00007595AA | 7/5/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00007947AA | 7/5/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00005265AA | 5/14/2018 | $196.77 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00009275AA | 7/5/2018 | $218.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00005163AA | 5/14/2018 | $419.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00000373AA-67716 | 5/14/2018 | $196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00000517AA | 5/14/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00000985AA | 5/14/2018 | $379.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00003029AA | 5/14/2018 | $196.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91083 | $3,001.74 | 7/18/2018 | 00004097AA-67717 | 5/14/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99984 | $1,497.23 | 8/2/2018 | 00009660AA | 5/29/2018 | $116.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20468 | $2,795.88 | 9/10/2018 | 00008748AA | 7/5/2018 | $140.00 |

**Totals:** **30 transfer(s),** **$46,663.13**