**ask** LLP  |  ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Infomercials, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011567 | $2,447.00 | 9/21/2018 | 151 | 7/5/2018 | $1,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011567 | $2,447.00 | 9/21/2018 | 149 | 6/28/2018 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007405 | $996.00 | 9/14/2018 | 148 | 6/18/2018 | $1,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000460 | $1,241.50 | 8/31/2018 | 147 | 6/12/2018 | $1,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997108 | $2,036.00 | 8/22/2018 | 144 | 4/26/2018 | $2,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992907 | $2,229.00 | 8/15/2018 | 146 | 5/30/2018 | $1,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992907 | $2,229.00 | 8/15/2018 | 143 | 4/26/2018 | $1,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989344 | $1,972.50 | 8/8/2018 | 145 | 5/17/2018 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982532 | $32,367.00 | 7/23/2018 | 806 | 4/23/2018 | $5,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982532 | $32,367.00 | 7/23/2018 | 805 | 4/23/2018 | $5,760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982532 | $32,367.00 | 7/23/2018 | 804 | 4/23/2018 | $12,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982532 | $32,367.00 | 7/23/2018 | 803 | 4/23/2018 | $4,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982532 | $32,367.00 | 7/23/2018 | 802 | 4/23/2018 | $4,800.00 |

**Totals:**    **7 transfer(s),    $43,289.00**