**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **ITS Partners LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000490 | $4,050.00 | 8/31/2018 | SIV008542 | 6/13/2018 | $4,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997135 | $5,850.00 | 8/22/2018 | SIV008523 | 6/5/2018 | $5,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992938 | $2,250.00 | 8/15/2018 | SIV008497 | 5/31/2018 | $2,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989368 | $9,000.00 | 8/8/2018 | SIV008483 | 5/22/2018 | $9,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982561 | $7,200.00 | 7/23/2018 | SIV008449 | 5/10/2018 | $7,200.00 |

**Totals:** 5 transfer(s), $28,350.00