**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **J. Carol Consulting, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997143 | $4,900.01 | 8/22/2018 | 1222433161 | 8/6/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982568 | $5,279.34 | 7/23/2018 | 1222432881 | 7/9/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982568 | $5,279.34 | 7/23/2018 | 1690432811 | 7/2/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982568 | $5,279.34 | 7/23/2018 | 1690432881 | 7/9/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982568 | $5,279.34 | 7/23/2018 | 2480432811 | 7/2/2018 | $911.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982568 | $5,279.34 | 7/23/2018 | 2480432881 | 7/9/2018 | $911.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989377 | $2,450.01 | 8/8/2018 | 1222432951 | 7/16/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989377 | $2,450.01 | 8/8/2018 | 1690432951 | 7/16/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989377 | $2,450.01 | 8/8/2018 | 2480432951 | 7/16/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992946 | $2,450.01 | 8/15/2018 | 1222433021 | 7/23/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992946 | $2,450.01 | 8/15/2018 | 1690433021 | 7/23/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982568 | $5,279.34 | 7/23/2018 | 1222432811 | 7/2/2018 | $1,006.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997143 | $4,900.01 | 8/22/2018 | 1222433091 | 7/30/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011593 | $13,883.33 | 9/21/2018 | 2480433441 | 9/3/2018 | $11,433.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997143 | $4,900.01 | 8/22/2018 | 1690433091 | 7/30/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997143 | $4,900.01 | 8/22/2018 | 1690433161 | 8/6/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997143 | $4,900.01 | 8/22/2018 | 2480433091 | 7/30/2018 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000497 | $2,450.00 | 8/31/2018 | 1222433231 | 8/13/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000497 | $2,450.00 | 8/31/2018 | 1690433231 | 8/13/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003982 | $2,450.00 | 9/7/2018 | 1222433301 | 8/20/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003982 | $2,450.00 | 9/7/2018 | 1690433301 | 8/20/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007444 | $2,450.00 | 9/14/2018 | 1222433371 | 8/27/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007444 | $2,450.00 | 9/14/2018 | 1690433371 | 8/27/2018 | $1,225.00 |

J. Carol Consulting, LLC (2191267)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011593 | $13,883.33 | 9/21/2018 | 1222433441 | 9/3/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011593 | $13,883.33 | 9/21/2018 | 1690433441 | 9/3/2018 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992946 | $2,450.01 | 8/15/2018 | 2480433021 | 7/23/2018 | $816.67 |

**Totals:**      **8 transfer(s),**    **$36,312.70**