**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Jazwares, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992379 | $1,051.22 | 8/16/2018 | INV1804364 | 5/1/2018 | $979.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979839 | $7,434.75 | 7/18/2018 | INV1803663 | 4/17/2018 | $6,607.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990821 | $4,426.80 | 8/10/2018 | 93085-1 | 10/8/2017 | $332.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990821 | $4,426.80 | 8/10/2018 | 94761-1 | 11/3/2017 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990821 | $4,426.80 | 8/10/2018 | 95495-1 | 11/14/2017 | $396.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990821 | $4,426.80 | 8/10/2018 | INV1804594 | 5/8/2018 | $994.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990821 | $4,426.80 | 8/10/2018 | INV1804596 | 5/8/2018 | $290.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990821 | $4,426.80 | 8/10/2018 | 89853-1 | 8/7/2017 | $689.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990821 | $4,426.80 | 8/10/2018 | INV1804598 | 5/8/2018 | $299.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989391 | $83.00 | 8/8/2018 | INV1804593 | 5/8/2018 | $83.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992379 | $1,051.22 | 8/16/2018 | INV1804366 | 5/1/2018 | $128.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992379 | $1,051.22 | 8/16/2018 | INV1804832 | 5/15/2018 | $1,108.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992964 | $1,797.85 | 8/17/2018 | INV1805199 | 5/25/2018 | $1,797.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994745 | $726.00 | 8/21/2018 | INV1804833 | 5/15/2018 | $476.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994745 | $726.00 | 8/21/2018 | INV1804834 | 5/15/2018 | $249.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996601 | $2,531.91 | 8/23/2018 | INV1804830 | 5/15/2018 | $95.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990821 | $4,426.80 | 8/10/2018 | INV1804597 | 5/8/2018 | $551.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983150 | $5,460.15 | 7/26/2018 | INV1803938 | 4/23/2018 | $5,028.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979839 | $7,434.75 | 7/18/2018 | INV1803667 | 4/17/2018 | $827.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981433 | $2,873.99 | 7/23/2018 | INV1803937 | 4/23/2018 | $239.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981433 | $2,873.99 | 7/23/2018 | INV1804376 | 5/2/2018 | $1,603.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981433 | $2,873.99 | 7/23/2018 | INV1804377 | 5/2/2018 | $1,046.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982059 | $1,953.95 | 7/24/2018 | INV1803940 | 4/23/2018 | $469.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982059 | $1,953.95 | 7/24/2018 | INV1803941 | 4/23/2018 | $290.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990821 | $4,426.80 | 8/10/2018 | 90829-1 | 8/29/2017 | $652.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982059 | $1,953.95 | 7/24/2018 | INV1804005 | 4/24/2018 | $972.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997158 | $150.60 | 8/24/2018 | INV1804365 -1 | 5/1/2018 | $609.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983150 | $5,460.15 | 7/26/2018 | INV1804002 | 4/24/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983866 | $1,283.60 | 7/27/2018 | INV1804595 | 5/8/2018 | $1,283.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986598 | $862.91 | 8/2/2018 | INV1804375 | 5/2/2018 | $705.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986598 | $862.91 | 8/2/2018 | INV1804378 | 5/2/2018 | $188.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987326 | $3,237.75 | 8/3/2018 | INV1804363 | 5/1/2018 | $3,237.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988228 | $642.21 | 8/6/2018 | INV1804379 | 5/2/2018 | $689.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982059 | $1,953.95 | 7/24/2018 | INV1804004 | 4/24/2018 | $222.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008974 | $4,578.25 | 9/18/2018 | INV1805402 | 6/1/2018 | $386.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005347 | $2,610.95 | 9/11/2018 | INV1805405 | 6/1/2018 | $855.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006233 | $1,043.54 | 9/12/2018 | INV1806006 | 6/20/2018 | $1,088.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007463 | $929.00 | 9/14/2018 | INV1805749 | 6/12/2018 | $929.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008134 | $2,601.00 | 9/17/2018 | INV1805747 | 6/12/2018 | $420.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008134 | $2,601.00 | 9/17/2018 | INV1805748 | 6/12/2018 | $941.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008134 | $2,601.00 | 9/17/2018 | INV1806054 | 6/21/2018 | $1,238.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996601 | $2,531.91 | 8/23/2018 | INV1804835 | 5/15/2018 | $389.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008974 | $4,578.25 | 9/18/2018 | INV1805323 | 5/30/2018 | $874.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004632 | $3,121.85 | 9/10/2018 | INV1805404 | 6/1/2018 | $772.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008974 | $4,578.25 | 9/18/2018 | INV1805744 | 6/12/2018 | $324.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008974 | $4,578.25 | 9/18/2018 | INV1805745 | 6/12/2018 | $1,100.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012174 | $2,239.65 | 9/24/2018 | INV1806030 | 6/21/2018 | $1,383.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012174 | $2,239.65 | 9/24/2018 | INV1806033 | 6/21/2018 | $499.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012174 | $2,239.65 | 9/24/2018 | INV1806288 | 6/28/2018 | $385.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012922 | $1,282.65 | 10/1/2018 | INV1804365 -2 | 5/1/2018 | $609.55 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008974 | $4,578.25 | 9/18/2018 | INV1804831 | 5/15/2018 | $1,892.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001933 | $9,159.05 | 9/5/2018 | INV1805327 | 5/30/2018 | $662.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012922 | $1,282.65 | 10/1/2018 | INV1806032 | 6/21/2018 | $823.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997759 | $41.40 | 8/27/2018 | INV1806703 | 7/9/2018 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998448 | $1,382.65 | 8/29/2018 | INV1807073 | 7/17/2018 | $1,022.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998448 | $1,382.65 | 8/29/2018 | VPTRAN82018004 | 8/10/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999942 | $1,100.86 | 8/30/2018 | INV1805429 | 6/4/2018 | $1,104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001933 | $9,159.05 | 9/5/2018 | INV1805197 | 5/25/2018 | $344.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005347 | $2,610.95 | 9/11/2018 | INV1805324 | 5/30/2018 | $1,755.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001933 | $9,159.05 | 9/5/2018 | INV1805201 | 5/25/2018 | $764.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004632 | $3,121.85 | 9/10/2018 | INV1805406 | 6/1/2018 | $524.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001933 | $9,159.05 | 9/5/2018 | INV1805403 | 6/1/2018 | $2,042.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001933 | $9,159.05 | 9/5/2018 | INV1805746 | 6/12/2018 | $3,203.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004632 | $3,121.85 | 9/10/2018 | INV1805200 | 5/25/2018 | $282.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004632 | $3,121.85 | 9/10/2018 | INV1805202 | 5/25/2018 | $398.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004632 | $3,121.85 | 9/10/2018 | INV1805326 | 5/30/2018 | $524.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004632 | $3,121.85 | 9/10/2018 | INV1805328 | 5/30/2018 | $620.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996601 | $2,531.91 | 8/23/2018 | INV1805325 | 5/30/2018 | $2,118.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001933 | $9,159.05 | 9/5/2018 | INV1805198 | 5/25/2018 | $2,142.05 |

**Totals:    27 transfer(s),    $64,607.54**