**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **June A. Grothe Construction, Inc. dba J G Construction** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003438 | $10,040.76 | 9/6/2018 | 1831332308-2068 | 7/12/2018 | $9,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003438 | $10,040.76 | 9/6/2018 | 1831332308-2067 | 7/12/2018 | $743.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999323 | $34,267.75 | 8/29/2018 | 5870WO0001-1006 | 6/25/2018 | $1,527.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999323 | $34,267.75 | 8/29/2018 | 5870WO0001-1005 | 6/25/2018 | $32,740.75 |

**Totals:**    **2 transfer(s),   $44,308.51**

June A. Grothe Construction, Inc. dba J G Construction (2191409)
Bankruptcy Case: Sears Holdings Corporation, et al.
Nov 4, 2019

Exhibit A

P. 1