**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **JVCKENWOOD USA Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581271 | 7/11/2018 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581977 | 7/12/2018 | $115.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985985 | $10,057.74 | 7/31/2018 | JOR2-567453 | 7/3/2018 | $3,766.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985985 | $10,057.74 | 7/31/2018 | JOR2-572323 | 7/3/2018 | $297.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985985 | $10,057.74 | 7/31/2018 | JOR2-572778 | 6/28/2018 | $1,646.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985985 | $10,057.74 | 7/31/2018 | JOR2-574974 | 7/9/2018 | $297.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985985 | $10,057.74 | 7/31/2018 | JOR2-574975 | 7/9/2018 | $230.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985985 | $10,057.74 | 7/31/2018 | JOR2-574976 | 7/9/2018 | $459.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985985 | $10,057.74 | 7/31/2018 | JOR2-567223 | 6/28/2018 | $431.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581270 | 7/12/2018 | $498.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-569249 | 6/27/2018 | $1,642.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581272 | 7/11/2018 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581273 | 7/11/2018 | $865.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581274 | 7/11/2018 | $249.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581275 | 7/12/2018 | $2,252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581276 | 7/11/2018 | $249.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581500 | 7/11/2018 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581502 | 7/12/2018 | $798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567020 | 6/28/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985985 | $10,057.74 | 7/31/2018 | JOR2-580694 | 7/9/2018 | $660.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567285 | 6/28/2018 | $4,302.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567073 | 6/28/2018 | $159.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567074 | 6/28/2018 | $547.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567075 | 6/28/2018 | $912.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567076 | 6/28/2018 | $547.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567077 | 6/28/2018 | $596.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567219 | 6/28/2018 | $1,825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567220 | 6/28/2018 | $1,193.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985985 | $10,057.74 | 7/31/2018 | JOR2-567449 | 7/3/2018 | $2,905.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567283 | 6/28/2018 | $4,519.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-582443 | 7/11/2018 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567448 | 6/28/2018 | $2,703.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567450 | 6/28/2018 | $5,095.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567451 | 6/28/2018 | $2,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567452 | 6/28/2018 | $4,745.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567467 | 6/28/2018 | $2,038.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567468 | 6/28/2018 | $2,905.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567469 | 6/27/2018 | $2,791.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567470 | 6/28/2018 | $7,215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982602 | $43,912.07 | 7/24/2018 | JOR2-567222 | 6/28/2018 | $912.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007487 | $19,257.49 | 9/14/2018 | JOR2-001678 | 8/15/2018 | $790.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-581503 | 7/11/2018 | $498.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004016 | $8,928.97 | 9/7/2018 | JOR2-000136 | 8/9/2018 | $2,719.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004016 | $8,928.97 | 9/7/2018 | JOR2-599108 | 8/9/2018 | $1,911.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004016 | $8,928.97 | 9/7/2018 | JOR2-599109 | 8/9/2018 | $542.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004016 | $8,928.97 | 9/7/2018 | JOR2-599154 | 8/9/2018 | $2,847.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004016 | $8,928.97 | 9/7/2018 | JOR2-599256 | 8/9/2018 | $1,022.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007487 | $19,257.49 | 9/14/2018 | JOR2-000885 | 8/16/2018 | $4,777.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000536 | $3,366.52 | 8/31/2018 | JOR2-594300 | 8/3/2018 | $1,414.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007487 | $19,257.49 | 9/14/2018 | JOR2-001563 | 8/15/2018 | $2,016.50 |

JVCKENWOOD USA Corporation (2191922)

Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000536 | $3,366.52 | 8/31/2018 | JOR2-591916 | 7/31/2018 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007487 | $19,257.49 | 9/14/2018 | JOR2-001679 | 8/15/2018 | $4,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007487 | $19,257.49 | 9/14/2018 | JOR2-002733 | 8/16/2018 | $3,368.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007487 | $19,257.49 | 9/14/2018 | JOR2-591746 | 7/31/2018 | $607.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007487 | $19,257.49 | 9/14/2018 | JOR2-599255 | 8/9/2018 | $2,461.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011624 | $1,167.28 | 9/21/2018 | JOR2-006392 | 8/22/2018 | $1,367.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011624 | $1,167.28 | 9/21/2018 | JOR2-006393 | 8/22/2018 | $459.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011624 | $1,167.28 | 9/21/2018 | JOR2-006394 | 8/22/2018 | $498.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011624 | $1,167.28 | 9/21/2018 | JOR2-006550 | 8/22/2018 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007487 | $19,257.49 | 9/14/2018 | JOR2-001562 | 8/15/2018 | $905.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-588780 | 7/25/2018 | $1,065.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-582444 | 7/11/2018 | $498.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989410 | $9,607.92 | 8/7/2018 | JOR2-583571 | 7/16/2018 | $2,186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992983 | $497.35 | 8/16/2018 | JOR2-584891 | 7/18/2018 | $232.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992983 | $497.35 | 8/16/2018 | O/A:780992983 | | $264.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-588624 | 7/25/2018 | $1,520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-588626 | 7/25/2018 | $929.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-588627 | 7/25/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000536 | $3,366.52 | 8/31/2018 | O/A:781000536 | | $92.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-588629 | 7/25/2018 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011624 | $1,167.28 | 9/21/2018 | JOR2-009332 | 8/27/2018 | $1,334.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-588840 | 7/25/2018 | $1,676.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-588841 | 7/25/2018 | $323.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-588842 | 7/25/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-590667 | 7/26/2018 | $1,703.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-590796 | 7/26/2018 | $1,319.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000536 | $3,366.52 | 8/31/2018 | JOR2-591747 | 7/31/2018 | $282.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000536 | $3,366.52 | 8/31/2018 | JOR2-591911 | 7/31/2018 | $1,162.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000536 | $3,366.52 | 8/31/2018 | JOR2-591912 | 7/31/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997176 | $2,280.09 | 8/23/2018 | JOR2-588628 | 7/25/2018 | $713.50 |

**Totals:**   9 transfer(s),   $99,075.43