**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Gretchen International Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92957 | $7,115.20 | 7/23/2018 | 00003215AA | 6/18/2018 | $359.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03383 | $1,960.72 | 8/9/2018 | 00003758AA | 7/5/2018 | $679.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03383 | $1,960.72 | 8/9/2018 | 00003759AA | 7/5/2018 | $1,119.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04032 | $639.99 | 8/10/2018 | 00001121AA | 7/6/2018 | $639.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90563 | $471.20 | 7/18/2018 | 00003095AA | 6/13/2018 | $471.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91462 | $500.00 | 7/19/2018 | 00003099AA | 6/14/2018 | $500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92957 | $7,115.20 | 7/23/2018 | 00003209AA | 6/18/2018 | $1,119.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92957 | $7,115.20 | 7/23/2018 | 00003211AA | 6/18/2018 | $1,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92957 | $7,115.20 | 7/23/2018 | 00003212AA | 6/18/2018 | $1,439.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03383 | $1,960.72 | 8/9/2018 | 00003757AA | 7/5/2018 | $719.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92957 | $7,115.20 | 7/23/2018 | 00003214AA | 6/18/2018 | $359.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97025 | $599.20 | 7/30/2018 | 00003383AA | 6/25/2018 | $599.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92957 | $7,115.20 | 7/23/2018 | 00003216AA | 6/18/2018 | $1,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92957 | $7,115.20 | 7/23/2018 | 00003224AA | 6/18/2018 | $359.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94016 | $2,438.39 | 7/24/2018 | 00003245AA | 6/19/2018 | $639.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94016 | $2,438.39 | 7/24/2018 | 00003246AA | 6/19/2018 | $359.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94016 | $2,438.39 | 7/24/2018 | 00003271AA | 6/19/2018 | $1,439.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94745 | $958.40 | 7/25/2018 | 00003298AA | 6/20/2018 | $599.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94745 | $958.40 | 7/25/2018 | 00003299AA | 6/20/2018 | $359.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96256 | $719.20 | 7/27/2018 | 00003344AA | 6/22/2018 | $719.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92957 | $7,115.20 | 7/23/2018 | 00003213AA | 6/18/2018 | $599.20 |

**Totals:**    9 transfer(s),    $15,402.30