**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Innova Products Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08883 | $395.00 | 8/20/2018 | 00004056AA | 6/15/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07408 | $726.00 | 8/16/2018 | 00004010AA | 6/12/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004076AA-14866 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004075AA-14865 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004074AA-14864 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004073AA-14863 | 6/18/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004072AA-14862 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004071AA-14861 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004070AA-14860 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004068AA | 6/18/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004067AA | 6/18/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004078AA-14868 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08883 | $395.00 | 8/20/2018 | 00004057AA | 6/15/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004079AA-14869 | 6/18/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08883 | $395.00 | 8/20/2018 | 00004047AA | 6/14/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08883 | $395.00 | 8/20/2018 | 00004046AA | 6/14/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08883 | $395.00 | 8/20/2018 | 00004045AA | 6/14/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08062 | $554.00 | 8/17/2018 | 00004040AA | 6/13/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08062 | $554.00 | 8/17/2018 | 00004039AA | 6/13/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08062 | $554.00 | 8/17/2018 | 00004038AA | 6/13/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08062 | $554.00 | 8/17/2018 | 00004037AA-14858 | 6/13/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08062 | $554.00 | 8/17/2018 | 00004036AA | 6/13/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07408 | $726.00 | 8/16/2018 | 00004012AA | 6/12/2018 | $77.00 |

Innova Products Inc. (2191590)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                          Exhibit A                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12910 | $497.00 | 8/27/2018 | 00004125AA | 6/21/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08883 | $395.00 | 8/20/2018 | 00004058AA-14859 | 6/15/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11381 | $454.00 | 8/23/2018 | 00004096AA | 6/19/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00228 | $110.00 | 8/3/2018 | 00003865AA | 5/30/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12910 | $497.00 | 8/27/2018 | 00004123AA | 6/21/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12910 | $497.00 | 8/27/2018 | 00004122AA | 6/21/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12910 | $497.00 | 8/27/2018 | 00004121AA | 6/21/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12001 | $384.00 | 8/24/2018 | 00004109AA | 6/20/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12001 | $384.00 | 8/24/2018 | 00004108AA | 6/20/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12001 | $384.00 | 8/24/2018 | 00004107AA | 6/20/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12001 | $384.00 | 8/24/2018 | 00004106AA | 6/20/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12001 | $384.00 | 8/24/2018 | 00004105AA | 6/20/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11381 | $454.00 | 8/23/2018 | 00004099AA | 6/19/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004077AA-14867 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11381 | $454.00 | 8/23/2018 | 00004097AA | 6/19/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07408 | $726.00 | 8/16/2018 | 00004009AA-14856 | 6/12/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11381 | $454.00 | 8/23/2018 | 00004095AA | 6/19/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00007069AA-14875 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004087AA | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004086AA | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004085AA | 6/18/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004084AA-14874 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004083AA-14873 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004082AA-14872 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004081AA-14871 | 6/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10624 | $1,770.00 | 8/22/2018 | 00004080AA-14870 | 6/18/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11381 | $454.00 | 8/23/2018 | 00004098AA | 6/19/2018 | $110.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02661 | $715.00 | 8/8/2018 | 00003903AA | 6/4/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07408 | $726.00 | 8/16/2018 | 00004011AA-14857 | 6/12/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003940AA-14848 | 6/8/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003939AA-14847 | 6/8/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003939AA-14846 | 6/8/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003937AA-14845 | 6/8/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003936AA-14844 | 6/8/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04065 | $264.00 | 8/10/2018 | 00003930AA | 6/6/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04065 | $264.00 | 8/10/2018 | 00003929AA | 6/6/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04065 | $264.00 | 8/10/2018 | 00003928AA | 6/6/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03432 | $264.00 | 8/9/2018 | 00003916AA-14843 | 6/5/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003952AA-14849 | 6/8/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03432 | $264.00 | 8/9/2018 | 00003914AA-14841 | 6/5/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003953AA | 6/8/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02661 | $715.00 | 8/8/2018 | 00003902AA | 6/4/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02661 | $715.00 | 8/8/2018 | 00003901AA | 6/4/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02661 | $715.00 | 8/8/2018 | 00003900AA | 6/4/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02661 | $715.00 | 8/8/2018 | 00003899AA | 6/4/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02661 | $715.00 | 8/8/2018 | 00003898AA | 6/4/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02661 | $715.00 | 8/8/2018 | 00003897AA | 6/4/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02661 | $715.00 | 8/8/2018 | 00003896AA | 6/4/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02661 | $715.00 | 8/8/2018 | 00003895AA | 6/4/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01020 | $114.50 | 8/6/2018 | 00003879AA | 6/1/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01020 | $114.50 | 8/6/2018 | 00003870AA | 5/31/2018 | $104.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03432 | $264.00 | 8/9/2018 | 00003915AA-14842 | 6/5/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003982AA | 6/11/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07408 | $726.00 | 8/16/2018 | 00004008AA-14855 | 6/12/2018 | $110.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07408 | $726.00 | 8/16/2018 | 00004007AA-14854 | 6/12/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07408 | $726.00 | 8/16/2018 | 00004006AA-14853 | 6/12/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07408 | $726.00 | 8/16/2018 | 00004005AA-14852 | 6/12/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07408 | $726.00 | 8/16/2018 | 00004004AA | 6/12/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003992AA | 6/11/2018 | $580.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003988AA | 6/11/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003987AA | 6/11/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003986AA | 6/11/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003985AA | 6/11/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003950AA | 6/8/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003983AA | 6/11/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12910 | $497.00 | 8/27/2018 | 00004126AA | 6/21/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003981AA | 6/11/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003980AA | 6/11/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003979AA | 6/11/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003959AA-14851 | 6/8/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003959AA-14850 | 6/8/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003958AA | 6/8/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003957AA | 6/8/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003956AA | 6/8/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003955AA | 6/8/2018 | $104.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04871 | $1,538.50 | 8/13/2018 | 00003954AA | 6/8/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06569 | $1,674.00 | 8/15/2018 | 00003984AA | 6/11/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003712AA-14881 | 5/17/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91512 | $512.00 | 7/19/2018 | 00003686AA | 5/15/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003732AA-14884 | 5/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003731AA | 5/18/2018 | $104.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003730AA | 5/18/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003729AA | 5/18/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003728AA | 5/18/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003727AA | 5/18/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003718AA | 5/17/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003717AA | 5/17/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003716AA | 5/17/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94797 | $1,096.00 | 7/25/2018 | 00003748AA-14886 | 5/21/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003713AA-14882 | 5/17/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94797 | $1,096.00 | 7/25/2018 | 00003749AA | 5/21/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003695AA-14880 | 5/17/2018 | $290.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003615AA | 5/17/2018 | $104.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92190 | $776.00 | 7/20/2018 | 00003700AA | 5/16/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92190 | $776.00 | 7/20/2018 | 00003699AA | 5/16/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92190 | $776.00 | 7/20/2018 | 00003698AA | 5/16/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92190 | $776.00 | 7/20/2018 | 00003697AA | 5/16/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92190 | $776.00 | 7/20/2018 | 00003696AA | 5/16/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92190 | $776.00 | 7/20/2018 | 00003695AA-14879 | 5/16/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92190 | $776.00 | 7/20/2018 | 00003694AA | 5/16/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12910 | $497.00 | 8/27/2018 | 00004124AA | 6/21/2018 | $10.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93038 | $1,678.00 | 7/23/2018 | 00003714AA-14883 | 5/17/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97094 | $385.00 | 7/30/2018 | 00003799AA | 5/24/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99580 | $222.00 | 8/2/2018 | 00003859AA | 5/29/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98802 | $667.50 | 8/1/2018 | 00003829AA | 5/28/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98802 | $667.50 | 8/1/2018 | 00003828AA | 5/28/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98802 | $667.50 | 8/1/2018 | 00003827AA | 5/28/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98802 | $667.50 | 8/1/2018 | 00003826AA | 5/28/2018 | $77.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98802 | $667.50 | 8/1/2018 | 00003825AA | 5/28/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98802 | $667.50 | 8/1/2018 | 00003824AA | 5/28/2018 | $104.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98802 | $667.50 | 8/1/2018 | 00003823AA | 5/28/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97094 | $385.00 | 7/30/2018 | 00003815AA | 5/25/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97094 | $385.00 | 7/30/2018 | 00003814AA | 5/25/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94797 | $1,096.00 | 7/25/2018 | 00003748AA-14885 | 5/21/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97094 | $385.00 | 7/30/2018 | 00003800AA | 5/24/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91512 | $512.00 | 7/19/2018 | 00003685AA | 5/15/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96289 | $154.00 | 7/27/2018 | 00003792AA-14887 | 5/23/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96289 | $154.00 | 7/27/2018 | 00003791AA | 5/23/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95641 | $145.00 | 7/26/2018 | 00003774AA | 5/22/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94797 | $1,096.00 | 7/25/2018 | 00003756AA | 5/21/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94797 | $1,096.00 | 7/25/2018 | 00003755AA | 5/21/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94797 | $1,096.00 | 7/25/2018 | 00003754AA | 5/21/2018 | $104.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94797 | $1,096.00 | 7/25/2018 | 00003753AA | 5/21/2018 | $103.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94797 | $1,096.00 | 7/25/2018 | 00003752AA | 5/21/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94797 | $1,096.00 | 7/25/2018 | 00003751AA | 5/21/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94797 | $1,096.00 | 7/25/2018 | 00003750AA | 5/21/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97094 | $385.00 | 7/30/2018 | 00003801AA | 5/24/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16080 | $332.00 | 8/31/2018 | 00004178AA | 6/27/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91512 | $512.00 | 7/19/2018 | 00003687AA | 5/15/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004224AA | 7/2/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16896 | $813.00 | 9/4/2018 | 00004207AA-14877 | 6/29/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16896 | $813.00 | 9/4/2018 | 00004206AA | 6/29/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16896 | $813.00 | 9/4/2018 | 00004205AA | 6/29/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16896 | $813.00 | 9/4/2018 | 00004204AA | 6/29/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16896 | $813.00 | 9/4/2018 | 00004203AA | 6/29/2018 | $77.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16896 | $813.00 | 9/4/2018 | 00004200AA | 6/28/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16896 | $813.00 | 9/4/2018 | 00004199AA | 6/28/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16896 | $813.00 | 9/4/2018 | 00004198AA | 6/28/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004226AA | 7/2/2018 | $104.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16080 | $332.00 | 8/31/2018 | 00004179AA | 6/27/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004227AA | 7/2/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16080 | $332.00 | 8/31/2018 | 00004177AA-14876 | 6/27/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15465 | $409.00 | 8/30/2018 | 00004171AA | 6/26/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15465 | $409.00 | 8/30/2018 | 00004170AA | 6/26/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15465 | $409.00 | 8/30/2018 | 00004169AA | 6/26/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15465 | $409.00 | 8/30/2018 | 00004168AA | 6/26/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14679 | $454.00 | 8/29/2018 | 00004158AA | 6/25/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14679 | $454.00 | 8/29/2018 | 00004157AA | 6/25/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14679 | $454.00 | 8/29/2018 | 00004156AA | 6/25/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14679 | $454.00 | 8/29/2018 | 00004155AA | 6/25/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14679 | $454.00 | 8/29/2018 | 00004154AA | 6/25/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16896 | $813.00 | 9/4/2018 | 00004197AA | 6/28/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18687 | $487.00 | 9/6/2018 | 00004246AA | 7/3/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91512 | $512.00 | 7/19/2018 | 00003684AA | 5/15/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90614 | $679.35 | 7/18/2018 | 00003673AA | 5/14/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90614 | $679.35 | 7/18/2018 | 00003672AA | 5/14/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90614 | $679.35 | 7/18/2018 | 00003671AA | 5/14/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90614 | $679.35 | 7/18/2018 | 00003670AA | 5/14/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90614 | $679.35 | 7/18/2018 | 00003669AA | 5/14/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90614 | $679.35 | 7/18/2018 | 00003668AA | 5/14/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90614 | $679.35 | 7/18/2018 | 00003648AA | 5/14/2018 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18687 | $487.00 | 9/6/2018 | 00004253AA | 7/3/2018 | $95.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18687 | $487.00 | 9/6/2018 | 00004249AA | 7/3/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004225AA | 7/2/2018 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18687 | $487.00 | 9/6/2018 | 00004247AA | 7/3/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99580 | $222.00 | 8/2/2018 | 00003860AA | 5/29/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004237AA | 7/2/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004236AA-14878 | 7/2/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004235AA | 7/2/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004234AA | 7/2/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004233AA | 7/2/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004232AA | 7/2/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004231AA | 7/2/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004230AA | 7/2/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004229AA | 7/2/2018 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17951 | $1,225.50 | 9/5/2018 | 00004228AA | 7/2/2018 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18687 | $487.00 | 9/6/2018 | 00004248AA | 7/3/2018 | $110.00 |

**Totals:**   30 transfer(s),   $19,495.35