**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **J.P. Morgan Chase Commercial Mortgage Securities Corp. dba JPMCC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172967 | $19,929.66 | 9/19/2018 | 0000082618-59580 | 8/26/2018 | $766.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172967 | $19,929.66 | 9/19/2018 | 0000082618-59579 | 8/26/2018 | $1,149.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172967 | $19,929.66 | 9/19/2018 | 0000082618-59578 | 8/26/2018 | $18,013.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171576 | $19,929.66 | 8/8/2018 | 0000072618-59577 | 7/26/2018 | $766.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171576 | $19,929.66 | 8/8/2018 | 0000072618-59576 | 7/26/2018 | $1,149.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171576 | $19,929.66 | 8/8/2018 | 0000072618-59575 | 7/26/2018 | $18,013.34 |

**Totals:** 2 transfer(s), $39,859.32