**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **JVC Americas Corp. dba JVC Company of America** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97136 | $4,629.03 | 8/20/2018 | JOR2-582386 | 7/12/2018 | $4,723.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93074 | $7,355.64 | 8/9/2018 | JOR2-582046 | 7/6/2018 | $2,995.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93074 | $7,355.64 | 8/9/2018 | JOR2-582016 | 7/6/2018 | $1,152.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93074 | $7,355.64 | 8/9/2018 | JOR2-582015 | 7/6/2018 | $345.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93074 | $7,355.64 | 8/9/2018 | JOR2-581981 | 7/6/2018 | $1,612.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93074 | $7,355.64 | 8/9/2018 | JOR2-581980 | 7/6/2018 | $1,843.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93074 | $7,355.64 | 8/9/2018 | JOR2-571087 | 7/3/2018 | $1,623.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93074 | $7,355.64 | 8/9/2018 | JOR2-567224 | 6/28/2018 | $2,603.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E87759 | $4,763.29 | 7/26/2018 | JOR2-566553 | 6/25/2018 | $4,860.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E85184 | $1,656.20 | 7/25/2018 | JOR2-564114 | 6/22/2018 | $1,690.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15488 | $9,653.00 | 9/18/2018 | JOR2-000047 | 8/13/2018 | $9,850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12949 | $7,368.62 | 9/17/2018 | JOR2-596066 | 8/9/2018 | $7,519.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08925 | $3,662.26 | 9/10/2018 | JOR2-592666 | 8/3/2018 | $3,737.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04913 | $798.86 | 9/4/2018 | JOR2-588109 | 7/25/2018 | $2,156.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01057 | $3,742.62 | 8/27/2018 | JOR2-586294 | 7/19/2018 | $3,819.00 |

**Totals:**    9 transfer(s),    $43,629.52

JVC Americas Corp. dba JVC Company of America (2191703)
Bankruptcy Case: Sears Holdings Corporation, et al.

Nov 4, 2019                                    Exhibit A                                    P. 1