Defendant: **Advanced Resources**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995630 | $3,000.00 | 8/20/18 | 20311170 | 6/4/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998981 | $5,500.00 | 8/29/18 | 20311171 | 6/11/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998981 | $5,500.00 | 8/29/18 | 20311172 | 6/11/18 | $2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002483 | $15,000.00 | 9/5/18 | 20311906 | 6/18/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002483 | $15,000.00 | 9/5/18 | 20311907 | 6/18/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002483 | $15,000.00 | 9/5/18 | 20311908 | 6/18/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002483 | $15,000.00 | 9/5/18 | 20311909 | 6/18/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002483 | $15,000.00 | 9/5/18 | 20311910 | 6/18/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005874 | $12,000.00 | 9/12/18 | 20313697 | 6/25/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005874 | $12,000.00 | 9/12/18 | 20313701 | 6/25/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005874 | $12,000.00 | 9/12/18 | 20313698 | 6/25/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005874 | $12,000.00 | 9/12/18 | 20313699 | 6/25/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009607 | $14,000.00 | 9/19/18 | 20285700 | 12/24/17 | $2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009607 | $14,000.00 | 9/19/18 | 20289443 | 1/22/18 | $2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009607 | $14,000.00 | 9/19/18 | 20314422 | 7/2/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009607 | $14,000.00 | 9/19/18 | 20314421 | 7/2/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009607 | $14,000.00 | 9/19/18 | 20314420 | 7/2/18 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013447 | $3,000.00 | 9/26/18 | 20315926 | 7/9/18 | $3,000.00 |

Totals:    6 transfer(s),   $52,500.00