Defendant: **Attends Healthcare Products Inc**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | 5406430 | 6/25/18 | $4,028.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | 5406426 | 6/25/18 | $1,905.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | 8361AD070118AN7 | 6/29/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116503 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116497 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116502 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116501 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116500 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116504 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116498 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116505 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116499 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116821 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982991 | $4,277.10 | 7/24/18 | VPASN993116822 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983659 | $17,432.91 | 7/25/18 | 5406152 | 6/20/18 | $4,578.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983659 | $17,432.91 | 7/25/18 | 5406425 | 6/25/18 | $6,871.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983659 | $17,432.91 | 7/25/18 | 5406427 | 6/25/18 | $3,969.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983659 | $17,432.91 | 7/25/18 | 5406428 | 6/25/18 | $2,358.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983659 | $17,432.91 | 7/25/18 | VPTRAN80718024 | 7/13/18 | -$345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987938 | $1,826.99 | 8/2/18 | 5406429 | 6/25/18 | $1,834.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987938 | $1,826.99 | 8/2/18 | 8361AD072218AL0 | 7/20/18 | -$7.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | 5406873 | 7/2/18 | $7,468.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | 5406876 | 7/2/18 | $3,898.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | 5406878 | 7/17/18 | $2,618.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPFR991679456 | 7/22/18 | -$5.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPFR991679453 | 7/22/18 | -$22.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPFR991679455 | 7/22/18 | -$93.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPASN993117205 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPASN993117204 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPASN993117203 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPASN993117531 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPASN993117532 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPASN993117533 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPASN993117530 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988471 | $12,627.14 | 8/7/18 | VPFR991679454 | 7/22/18 | -$187.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | 5406872 | 7/2/18 | $9,693.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | 5406875 | 7/2/18 | $3,237.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | 5407427 | 7/12/18 | $3,669.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | 8361AD072918AK8 | 7/27/18 | -$3.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682094 | 7/29/18 | -$36.96 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682104 | 7/29/18 | -$44.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682106 | 7/29/18 | -$45.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682091 | 7/29/18 | -$97.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682092 | 7/29/18 | -$97.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682095 | 7/29/18 | -$99.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682097 | 7/29/18 | -$106.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682100 | 7/29/18 | -$109.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682108 | 7/29/18 | -$112.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682105 | 7/29/18 | -$143.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPASN993117954 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPASN993117959 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPASN993117958 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPASN993117957 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPASN993117955 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPASN993117953 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPASN993117956 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682103 | 7/29/18 | -$151.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682096 | 7/29/18 | -$179.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682098 | 7/29/18 | -$184.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682093 | 7/29/18 | -$187.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682090 | 7/29/18 | -$190.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682099 | 7/29/18 | -$231.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682101 | 7/29/18 | -$236.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682107 | 7/29/18 | -$253.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991449 | $12,696.69 | 8/13/18 | VPFR991682102 | 7/29/18 | -$342.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994324 | $3,898.44 | 8/17/18 | 5407426 | 7/12/18 | $2,063.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994324 | $3,898.44 | 8/17/18 | 5407428 | 7/12/18 | $1,834.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | 5403707 | 5/10/18 | $795.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | 5403707 | 5/10/18 | -$812.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | 5406877 | 7/2/18 | $3,036.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | VPASN993118557 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | VPASN993118562 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | VPASN993118563 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | VPASN993118561 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | VPASN993118558 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | VPASN993118560 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | VPASN993118559 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | VPFR991682965 | 8/5/18 | -$187.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997596 | $1,595.40 | 8/23/18 | VPFR991682964 | 8/5/18 | -$187.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | 5406151 | 6/20/18 | $12,760.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | 8361AD081218AJ1 | 8/10/18 | -$9.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | 5409310 | 8/11/18 | $687.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | VPASN993119009 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | 8361AD081918AH0 | 8/17/18 | -$9.16 |

Attends Healthcare Products Inc

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019  Exhibit A  P. 2

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | VPASN993119349 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | VPASN993119350 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | VPASN993119351 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | 8361AD082618AN5 | 8/24/18 | -$9.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | VPASN993119680 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | VPASN993119679 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | 8361AD090218AM4 | 8/31/18 | -$9.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011385 | $12,361.63 | 9/21/18 | VPASN993120018 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011961 | $2,063.88 | 9/24/18 | 5409514 | 8/14/18 | $2,063.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012716 | $11,650.24 | 9/25/18 | 5409317 | 8/11/18 | $3,669.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012716 | $11,650.24 | 9/25/18 | 5409315 | 8/11/18 | $2,806.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012716 | $11,650.24 | 9/25/18 | 5409313 | 8/11/18 | $1,881.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012716 | $11,650.24 | 9/25/18 | 5409311 | 8/11/18 | $1,646.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012716 | $11,650.24 | 9/25/18 | 5409512 | 8/14/18 | $1,646.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013529 | $1,491.11 | 9/26/18 | 5409513 | 8/14/18 | $2,063.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013529 | $1,491.11 | 9/26/18 | 8361AD090918AK9 | 9/7/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013529 | $1,491.11 | 9/26/18 | VPFR991692800 | 9/9/18 | -$3.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013529 | $1,491.11 | 9/26/18 | VPFR991692801 | 9/9/18 | -$37.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013529 | $1,491.11 | 9/26/18 | VPFR991692799 | 9/9/18 | -$105.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013529 | $1,491.11 | 9/26/18 | VPFR991692802 | 9/9/18 | -$120.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013529 | $1,491.11 | 9/26/18 | VPASN993120577 | 9/9/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013529 | $1,491.11 | 9/26/18 | VPASN993120576 | 9/9/18 | -$150.00 |

Totals:    11 transfer(s),  $81,921.53

Attends Healthcare Products Inc
Bankruptcy Case: Sears Holding Corporation, et al.