Defendant: **B & B Electric Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982993 | $29,260.00 | 7/24/18 | 181282 | 5/10/18 | $29,260.00 |
| Totals: | 1 transfer(s), $29,260.00 | | | | | | |