Defendant: **BCI Technologies Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984574 | $1,726.59 | 7/26/18 | 233379 | 6/14/18 | $1,726.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991477 | $9,083.14 | 8/13/18 | 233703 | 6/25/18 | $9,083.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005980 | $11,685.59 | 9/12/18 | 234456 | 7/27/18 | $11,685.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013556 | $19,245.60 | 9/26/18 | 234725 | 8/10/18 | $19,245.60 |

Totals: 4 transfer(s), $41,740.92