| Defendant: | Canon Solutions America Inc |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980401 | $135.00 | 7/18/18 | 503724302 | 5/4/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981732 | $1,435.78 | 7/20/18 | 4024915906 | 1/26/18 | $700.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981732 | $1,435.78 | 7/20/18 | 4025188973 | 2/26/18 | $735.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986439 | $194.85 | 7/31/18 | 122222545 | 5/17/18 | $194.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988056 | $504.65 | 8/2/18 | 4025777960 | 4/30/18 | $369.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988056 | $504.65 | 8/2/18 | 503724302 | 5/4/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990650 | $606.00 | 8/10/18 | 145868616 | 5/25/18 | $434.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990650 | $606.00 | 8/10/18 | 145868614 | 5/25/18 | $306.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990650 | $606.00 | 8/10/18 | 503724302KW | 7/24/18 | -$135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993506 | $266.72 | 8/16/18 | 4026059160 | 5/31/18 | $266.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994385 | $12,528.03 | 8/17/18 | 471344470406 | 6/1/18 | $12,528.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998265 | $190.80 | 8/28/18 | 122223566 | 6/8/18 | $190.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999166 | $360.00 | 8/29/18 | 122223675 | 6/11/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999166 | $360.00 | 8/29/18 | 122223676 | 6/11/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003732 | $194.85 | 9/7/18 | 122224247 | 6/20/18 | $194.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008754 | $19,305.33 | 9/18/18 | 4026347696 | 6/30/18 | $266.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008754 | $19,305.33 | 9/18/18 | 4079940800 | 7/1/18 | $19,038.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014095 | $9,632.30 | 9/27/18 | 4022607195 | 6/19/18 | $5,805.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014095 | $9,632.30 | 9/27/18 | 503729938 | 7/10/18 | $3,827.30 |

Totals:    12 transfer(s),  $45,354.31