Defendant: **Concept One Accessories**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | ITM4984177IN013 | 5/4/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | ITM5597286IN012 | 5/4/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | ITM6996650IN022 | 5/4/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD051318B28 | 5/11/18 | -$4.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD052018B91 | 5/18/18 | -$60.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD052718B86 | 5/25/18 | -$18.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | CD3102517ED | 5/30/18 | $117.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | CD3102517ED | 5/30/18 | $43.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD060318BK9 | 6/1/18 | -$4.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | MA18153608781 | 6/2/18 | $1.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | MA18153675345 | 6/2/18 | -$2.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8710K88453101 | 6/8/18 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD061018BW3 | 6/8/18 | -$22.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8710K88450705 | 6/9/18 | -$7.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8710K88457796 | 6/13/18 | -$7.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD061718BN6 | 6/15/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8710K88462315 | 6/19/18 | -$6.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD062418B50 | 6/22/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 1067164 | 6/27/18 | $28,989.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD070118CK7 | 6/29/18 | -$44.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8710K88473968 | 7/4/18 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD070818B82 | 7/6/18 | -$4.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | MA18188608781 | 7/7/18 | $2.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8710K88478864 | 7/13/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8710K88478865 | 7/13/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD071518B12 | 7/13/18 | -$133.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8710K88482920 | 7/14/18 | -$15.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8710K88482771 | 7/17/18 | -$7.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD072218B67 | 7/20/18 | -$192.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992021 | $27,904.46 | 8/14/18 | 8361AD072918B83 | 7/27/18 | -$28.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996309 | $15,823.74 | 8/21/18 | 1066841 | 6/25/18 | $17,179.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996309 | $15,823.74 | 8/21/18 | 8361AD080518CE2 | 8/3/18 | -$90.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996309 | $15,823.74 | 8/21/18 | MA18216608781 | 8/4/18 | -$1,265.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003149 | $3,754.22 | 9/6/18 | 1061164 | 3/28/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003149 | $3,754.22 | 9/6/18 | 8710K88499126 | 8/10/18 | -$7.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003149 | $3,754.22 | 9/6/18 | 8361AD081218BX3 | 8/10/18 | -$65.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003149 | $3,754.22 | 9/6/18 | MA18216608781R | 8/17/18 | $253.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003149 | $3,754.22 | 9/6/18 | CD3103042ED | 8/21/18 | $3,475.15 |

Totals:    3 transfer(s),   $47,482.42