Defendant: **Custom Lawn Service Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204365A | 6/12/17 | $1,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204400A | 7/12/17 | $1,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204427A | 8/31/17 | $1,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204462A | 9/30/17 | $1,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204500A | 10/31/17 | $1,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204530A | 11/30/17 | $1,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204555A | 12/12/17 | $1,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204573A | 1/12/18 | $1,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204652A | 2/28/18 | $1,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204674A | 3/12/18 | $1,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083428 | $19,305.00 | 7/30/18 | 204682A | 4/12/18 | $1,755.00 |

Totals:    1 transfer(s),  $19,305.00