**Defendant:** D V International Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981813 | $3,327.53 | 7/20/18 | 3272090 | 5/7/18 | $916.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981813 | $3,327.53 | 7/20/18 | 3272087 | 5/7/18 | $727.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981813 | $3,327.53 | 7/20/18 | 3272086 | 5/7/18 | $108.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981813 | $3,327.53 | 7/20/18 | 3272958 | 5/14/18 | $201.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981813 | $3,327.53 | 7/20/18 | 3272959 | 5/14/18 | $154.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981813 | $3,327.53 | 7/20/18 | 3272954 | 5/14/18 | $121.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981813 | $3,327.53 | 7/20/18 | 3272957 | 5/14/18 | $61.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981813 | $3,327.53 | 7/20/18 | 3273462 | 5/21/18 | $1,060.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981813 | $3,327.53 | 7/20/18 | 8361AD070818CA2 | 7/6/18 | -$23.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985176 | $3,955.95 | 7/27/18 | 3273461 | 5/21/18 | $1,527.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985176 | $3,955.95 | 7/27/18 | 3273464 | 5/21/18 | $745.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985176 | $3,955.95 | 7/27/18 | 3273465 | 5/21/18 | $278.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985176 | $3,955.95 | 7/27/18 | 3273460 | 5/21/18 | $176.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985176 | $3,955.95 | 7/27/18 | 3273463 | 5/21/18 | $175.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985176 | $3,955.95 | 7/27/18 | 3273888 | 5/29/18 | $1,058.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985176 | $3,955.95 | 7/27/18 | 8361AD071518B30 | 7/13/18 | -$5.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988586 | $1,782.08 | 8/7/18 | 3272955 | 5/14/18 | $781.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988586 | $1,782.08 | 8/7/18 | 3273887 | 5/29/18 | $753.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988586 | $1,782.08 | 8/7/18 | 3273891 | 5/29/18 | $256.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988586 | $1,782.08 | 8/7/18 | 8361AD072218B88 | 7/20/18 | -$5.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988586 | $1,782.08 | 8/7/18 | 7705050855 | 7/23/18 | -$3.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992072 | $1,812.41 | 8/14/18 | 3273890 | 5/29/18 | $528.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992072 | $1,812.41 | 8/14/18 | 3273889 | 5/29/18 | $222.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992072 | $1,812.41 | 8/14/18 | 3274623 | 6/11/18 | $1,088.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992072 | $1,812.41 | 8/14/18 | 8361AD072918CA7 | 7/27/18 | -$26.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996347 | $4,073.19 | 8/21/18 | 3274622 | 6/11/18 | $1,508.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996347 | $4,073.19 | 8/21/18 | 3274625 | 6/11/18 | $1,052.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996347 | $4,073.19 | 8/21/18 | 3274624 | 6/11/18 | $269.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996347 | $4,073.19 | 8/21/18 | 3274621 | 6/11/18 | $139.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996347 | $4,073.19 | 8/21/18 | 3274626 | 6/11/18 | $103.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996347 | $4,073.19 | 8/21/18 | 3275535 | 6/18/18 | $1,012.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996347 | $4,073.19 | 8/21/18 | 8361AD080518CG6 | 8/3/18 | -$13.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999671 | $413.31 | 8/30/18 | 3275536 | 6/18/18 | $146.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999671 | $413.31 | 8/30/18 | 3276075 | 6/20/18 | $269.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999671 | $413.31 | 8/30/18 | 8361AD081218BY9 | 8/10/18 | -$3.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003182 | $2,682.71 | 9/6/18 | 3276076 | 6/20/18 | $922.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003182 | $2,682.71 | 9/6/18 | 3276078 | 6/20/18 | $757.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003182 | $2,682.71 | 9/6/18 | 3276077 | 6/20/18 | $231.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003182 | $2,682.71 | 9/6/18 | 3276243 | 6/25/18 | $503.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003182 | $2,682.71 | 9/6/18 | 3276253 | 6/25/18 | $123.83 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003182 | $2,682.71 | 9/6/18 | 3276598 | 6/28/18 | $148.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003182 | $2,682.71 | 9/6/18 | 8361AD081918BL7 | 8/17/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006583 | $2,278.22 | 9/13/18 | 3276599 | 6/28/18 | $868.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006583 | $2,278.22 | 9/13/18 | 3277007 | 7/9/18 | $1,425.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006583 | $2,278.22 | 9/13/18 | 8361AD082618CK2 | 8/24/18 | -$15.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010851 | $1,869.31 | 9/20/18 | 3276241 | 6/25/18 | $316.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010851 | $1,869.31 | 9/20/18 | 3276244 | 6/25/18 | $305.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010851 | $1,869.31 | 9/20/18 | 3276601 | 6/28/18 | $670.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010851 | $1,869.31 | 9/20/18 | 3276602 | 6/28/18 | $217.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010851 | $1,869.31 | 9/20/18 | 3276600 | 6/28/18 | $174.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010851 | $1,869.31 | 9/20/18 | 3277008 | 7/9/18 | $193.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010851 | $1,869.31 | 9/20/18 | 8361AD090218CA6 | 8/31/18 | -$8.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3276242 | 6/25/18 | $1,313.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3276245 | 6/25/18 | $916.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3276648 | 7/2/18 | $1,140.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3277006 | 7/9/18 | $1,909.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3277009 | 7/9/18 | $1,825.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3277010 | 7/9/18 | $440.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3277005 | 7/9/18 | $146.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3277700 | 7/16/18 | $450.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3277902 | 7/17/18 | $857.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3277901 | 7/17/18 | $145.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 3278574 | 7/23/18 | $216.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014169 | $9,358.36 | 9/27/18 | 8361AD090918B61 | 9/7/18 | -$3.23 |

Totals:    10 transfer(s),  $31,553.07