**Defendant:** DBK Concepts Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979740 | $590.00 | 7/17/18 | 304136 | 5/3/18 | $590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980472 | $2,950.00 | 7/18/18 | 304158 | 5/4/18 | $2,655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980472 | $2,950.00 | 7/18/18 | 304176 | 5/4/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981358 | $295.00 | 7/19/18 | 304186 | 5/7/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984748 | $4,622.40 | 7/26/18 | 304271 | 5/14/18 | $4,622.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985773 | $645.00 | 7/30/18 | 304305 | 5/16/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985773 | $645.00 | 7/30/18 | 304304 | 5/16/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988143 | $295.00 | 8/2/18 | 304137 | 5/3/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992739 | $2,065.00 | 8/15/18 | 304520 | 5/30/18 | $2,065.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996362 | $150.00 | 8/21/18 | 304621 | 6/5/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998337 | $295.00 | 8/28/18 | 304717 | 6/8/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001099 | $4,017.82 | 9/3/18 | 127755 | 4/3/18 | $2,837.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001099 | $4,017.82 | 9/3/18 | 304825 | 6/14/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001099 | $4,017.82 | 9/3/18 | 304826 | 6/14/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001099 | $4,017.82 | 9/3/18 | 304827 | 6/14/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001099 | $4,017.82 | 9/3/18 | 304828 | 6/14/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001804 | $2,729.93 | 9/4/18 | 126741 | 6/20/18 | $2,729.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006147 | $70,636.99 | 9/12/18 | 129338 | 6/25/18 | $64,974.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006147 | $70,636.99 | 9/12/18 | 304997 | 6/25/18 | $4,425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006147 | $70,636.99 | 9/12/18 | 129387 | 6/25/18 | $1,237.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006606 | $2,001.10 | 9/13/18 | 129401 | 6/26/18 | $1,706.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006606 | $2,001.10 | 9/13/18 | 305113 | 6/26/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007242 | $1,386.52 | 9/14/18 | 304497 | 5/29/18 | $590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007242 | $1,386.52 | 9/14/18 | 129400 | 6/27/18 | $501.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007242 | $1,386.52 | 9/14/18 | 305145 | 6/27/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008034 | $1,770.00 | 9/17/18 | 305176 | 6/28/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008034 | $1,770.00 | 9/17/18 | 305181 | 6/28/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008034 | $1,770.00 | 9/17/18 | 305180 | 6/28/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008034 | $1,770.00 | 9/17/18 | 305179 | 6/28/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008034 | $1,770.00 | 9/17/18 | 305177 | 6/28/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008034 | $1,770.00 | 9/17/18 | 305178 | 6/28/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012051 | $295.00 | 9/24/18 | 305314 | 7/5/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012808 | $4,918.15 | 9/25/18 | 305334 | 7/6/18 | $4,328.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012808 | $4,918.15 | 9/25/18 | 305333 | 7/6/18 | $590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013716 | $160.50 | 9/26/18 | 305367 | 7/9/18 | $160.50 |

**Totals:** 18 transfer(s), $99,823.41