| Defendant: | **Dicarlo Distributing Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979748 | $43.44 | 7/17/18 | 3017925 | 6/2/18 | $43.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980482 | $5,406.39 | 7/18/18 | 3018341 | 6/4/18 | $1,490.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980482 | $5,406.39 | 7/18/18 | 3018349 | 6/4/18 | $1,391.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980482 | $5,406.39 | 7/18/18 | 3018442 | 6/4/18 | $1,172.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980482 | $5,406.39 | 7/18/18 | 3018833 | 6/5/18 | $1,351.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983767 | $3,769.86 | 7/25/18 | 3022105 | 6/11/18 | $2,157.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983767 | $3,769.86 | 7/25/18 | 3022782 | 6/12/18 | $1,612.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987223 | $5,784.26 | 8/1/18 | 3025761 | 6/18/18 | $3,099.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987223 | $5,784.26 | 8/1/18 | 3026387 | 6/19/18 | $2,684.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990725 | $4,537.46 | 8/10/18 | 3029537 | 6/25/18 | $2,429.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990725 | $4,537.46 | 8/10/18 | 3029660 | 6/25/18 | $1,037.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990725 | $4,537.46 | 8/10/18 | 3030250 | 6/26/18 | $1,070.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991652 | $3,694.00 | 8/13/18 | 3020258 | 6/7/18 | $1,432.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991652 | $3,694.00 | 8/13/18 | 3027888 | 6/21/18 | $2,261.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992116 | $2,059.94 | 8/14/18 | 3031518 | 6/28/18 | $2,059.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992747 | $1,125.64 | 8/15/18 | 3032322 | 6/29/18 | $1,125.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994537 | $2,337.94 | 8/17/18 | 303368 | 7/2/18 | $977.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994537 | $2,337.94 | 8/17/18 | 3034214 | 7/3/18 | $1,360.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996975 | $1,454.42 | 8/22/18 | 3035840 | 7/6/18 | $1,454.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997676 | $1,564.37 | 8/23/18 | 3036615 | 7/7/18 | $1,564.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998344 | $1,663.84 | 8/28/18 | 3037759 | 7/10/18 | $1,663.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999710 | $1,605.03 | 8/30/18 | 3039081 | 7/12/18 | $1,605.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000312 | $840.75 | 8/31/18 | 3039919 | 7/13/18 | $840.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001814 | $3,928.35 | 9/4/18 | 3040803 | 7/16/18 | $1,929.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001814 | $3,928.35 | 9/4/18 | 3041480 | 7/17/18 | $1,999.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003214 | $1,267.79 | 9/6/18 | 3042774 | 7/19/18 | $1,267.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003805 | $1,242.27 | 9/7/18 | 3043505 | 7/20/18 | $1,242.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005244 | $10,451.24 | 9/11/18 | 3001672 | 5/3/18 | $1,113.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005244 | $10,451.24 | 9/11/18 | 3003404 | 5/7/18 | $2,329.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005244 | $10,451.24 | 9/11/18 | 3009243 | 5/17/18 | $1,282.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005244 | $10,451.24 | 9/11/18 | 3011169 | 5/21/18 | $982.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005244 | $10,451.24 | 9/11/18 | 3020283 | 6/7/18 | $643.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005244 | $10,451.24 | 9/11/18 | 3020988 | 6/8/18 | $1,411.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005244 | $10,451.24 | 9/11/18 | 3028569 | 6/22/18 | $1,037.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005244 | $10,451.24 | 9/11/18 | 3037759 | 7/10/18 | $1,649.16 |

**Totals:**     **18 transfer(s), $52,776.99**