Defendant: **Energizer LLC Dba Handstands**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981381 | $5,460.26 | 7/19/18 | 95520807 | 4/30/18 | $738.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981381 | $5,460.26 | 7/19/18 | 95522485 | 5/2/18 | $708.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981381 | $5,460.26 | 7/19/18 | 95523503 | 5/3/18 | $2,035.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981381 | $5,460.26 | 7/19/18 | 95524125 | 5/3/18 | $1,090.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981381 | $5,460.26 | 7/19/18 | 95524805 | 5/4/18 | $899.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981381 | $5,460.26 | 7/19/18 | 8361AD070818BD1 | 7/6/18 | -$9.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981381 | $5,460.26 | 7/19/18 | 3483001871 | 7/8/18 | -$1.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981381 | $5,460.26 | 7/19/18 | 4819024537 | 7/8/18 | -$1.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984774 | $3,320.05 | 7/26/18 | 95526505 | 5/7/18 | $951.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984774 | $3,320.05 | 7/26/18 | 95527727 | 5/8/18 | $2,385.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984774 | $3,320.05 | 7/26/18 | 7225068263 | 7/6/18 | -$3.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984774 | $3,320.05 | 7/26/18 | 7195058848 | 7/9/18 | -$0.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984774 | $3,320.05 | 7/26/18 | 7756014211 | 7/12/18 | -$3.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984774 | $3,320.05 | 7/26/18 | 8361AD071518A88 | 7/13/18 | -$8.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988171 | $6,979.03 | 8/2/18 | 95535937 | 5/16/18 | $2,149.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988171 | $6,979.03 | 8/2/18 | 95536903 | 5/17/18 | $3,832.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988171 | $6,979.03 | 8/2/18 | 95542739 | 5/22/18 | $599.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988171 | $6,979.03 | 8/2/18 | 95542738 | 5/22/18 | $436.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988171 | $6,979.03 | 8/2/18 | 3189015334 | 7/10/18 | -$3.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988171 | $6,979.03 | 8/2/18 | 9438022298 | 7/16/18 | -$0.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988171 | $6,979.03 | 8/2/18 | 9414015770 | 7/16/18 | -$1.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988171 | $6,979.03 | 8/2/18 | 7195058895 | 7/16/18 | -$7.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988171 | $6,979.03 | 8/2/18 | 4762028061 | 7/20/18 | -$2.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988171 | $6,979.03 | 8/2/18 | 8361AD072218BB5 | 7/20/18 | -$23.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991670 | $8,724.55 | 8/13/18 | 95535936 | 5/16/18 | $553.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991670 | $8,724.55 | 8/13/18 | 95548726 | 5/25/18 | $2,708.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991670 | $8,724.55 | 8/13/18 | 95548727 | 5/25/18 | $1,142.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991670 | $8,724.55 | 8/13/18 | 95548725 | 5/25/18 | $392.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991670 | $8,724.55 | 8/13/18 | 95550593 | 5/29/18 | $2,594.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991670 | $8,724.55 | 8/13/18 | 95550592 | 5/29/18 | $1,353.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991670 | $8,724.55 | 8/13/18 | 9381044621 | 7/7/18 | -$3.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991670 | $8,724.55 | 8/13/18 | 8361AD072918BC5 | 7/27/18 | -$16.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995972 | $1,123.43 | 8/20/18 | 95554228 | 6/1/18 | $520.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995972 | $1,123.43 | 8/20/18 | 95555216 | 6/4/18 | $632.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995972 | $1,123.43 | 8/20/18 | 4457032149 | 7/20/18 | -$1.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995972 | $1,123.43 | 8/20/18 | 3288020953 | 7/24/18 | -$3.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995972 | $1,123.43 | 8/20/18 | 7225068299 | 7/27/18 | -$3.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995972 | $1,123.43 | 8/20/18 | 9423039856 | 7/29/18 | -$3.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995972 | $1,123.43 | 8/20/18 | 4762028104 | 7/31/18 | -$3.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995972 | $1,123.43 | 8/20/18 | 8361AD080518BG5 | 8/3/18 | -$13.98 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 95564665 | 6/14/18 | $2,709.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 95564664 | 6/14/18 | $2,500.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 95564662 | 6/14/18 | $744.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 95564677 | 6/14/18 | $483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 95566566 | 6/18/18 | $644.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 95566565 | 6/18/18 | $315.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 3945047866 | 8/5/18 | -$3.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 7654005000 | 8/7/18 | -$3.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 3074023082 | 8/8/18 | -$3.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 7225068317 | 8/8/18 | -$3.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 8361AD081218A79 | 8/10/18 | -$5.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 3499020574 | 8/12/18 | -$4.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 4706035200 | 8/13/18 | -$1.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 4129022175 | 8/14/18 | -$1.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 3499020587 | 8/16/18 | -$9.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 4928025683 | 8/16/18 | -$18.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 8361AD081918A01 | 8/17/18 | -$10.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | 3896007129 | 8/17/18 | -$28.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002785 | $7,153.18 | 9/5/18 | VPPS00000217741 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006171 | $6,369.41 | 9/12/18 | 95564663 | 6/14/18 | $2,241.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006171 | $6,369.41 | 9/12/18 | 95569738 | 6/21/18 | $757.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006171 | $6,369.41 | 9/12/18 | 95569719 | 6/21/18 | $736.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006171 | $6,369.41 | 9/12/18 | 95571016 | 6/22/18 | $1,711.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006171 | $6,369.41 | 9/12/18 | 95570614 | 6/22/18 | $968.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006171 | $6,369.41 | 9/12/18 | 9463013849 | 8/17/18 | -$4.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006171 | $6,369.41 | 9/12/18 | 9392024061 | 8/21/18 | -$22.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006171 | $6,369.41 | 9/12/18 | 8361AD082618BI2 | 8/24/18 | -$18.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010084 | $4,020.87 | 9/19/18 | 95426985 | 1/30/18 | $2,049.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010084 | $4,020.87 | 9/19/18 | 95426980 | 1/30/18 | $686.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010084 | $4,020.87 | 9/19/18 | 95426986 | 1/30/18 | $618.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010084 | $4,020.87 | 9/19/18 | 95580124 | 6/29/18 | $684.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010084 | $4,020.87 | 9/19/18 | 3040043464 | 8/27/18 | -$3.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010084 | $4,020.87 | 9/19/18 | 9463013859 | 8/29/18 | -$7.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010084 | $4,020.87 | 9/19/18 | 3086020583 | 8/31/18 | -$1.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010084 | $4,020.87 | 9/19/18 | 8361AD090218BE4 | 8/31/18 | -$5.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | 95581587 | 7/2/18 | $1,636.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | 95581586 | 7/2/18 | $684.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | 95584966 | 7/3/18 | $1,955.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | 95590867 | 7/10/18 | $1,051.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | VPOT991487676 | 9/2/18 | -$125.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | 3371050327 | 9/5/18 | -$3.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | 8361AD090918BA4 | 9/7/18 | -$37.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | VPASN993120637 | 9/9/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | VPASN993120640 | 9/9/18 | -$150.00 |

Energizer LLC Dba Handstands

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | VPASN993120638 | 9/9/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013743 | $4,561.74 | 9/26/18 | VPASN993120639 | 9/9/18 | -$150.00 |

**Totals:**   9 transfer(s),  $47,712.52