Defendant: **Extreme Reach Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981936 | $6,302.35 | 7/20/18 | 556716 | 6/20/18 | $1,751.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981936 | $6,302.35 | 7/20/18 | 556715 | 6/20/18 | $641.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981936 | $6,302.35 | 7/20/18 | 557042 | 6/21/18 | $3,190.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981936 | $6,302.35 | 7/20/18 | 557019 | 6/21/18 | $718.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985303 | $1,967.86 | 7/27/18 | 551815 | 5/16/18 | $663.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985303 | $1,967.86 | 7/27/18 | 551817 | 5/16/18 | $663.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985303 | $1,967.86 | 7/27/18 | 557727 | 6/28/18 | $641.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 3047386 | 5/9/18 | $924.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 3047948 | 5/9/18 | $231.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 3047237 | 5/9/18 | $178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 3050961 | 5/11/18 | $539.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 3050801 | 5/11/18 | $462.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 3050275 | 5/11/18 | $115.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 3050820 | 5/11/18 | $89.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 3050966 | 5/11/18 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 387844077 | 6/30/18 | $1,175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 387844085 | 6/30/18 | $850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 387844477 | 6/30/18 | $763.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 387844474 | 6/30/18 | $455.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 3099908 | 7/1/18 | $231.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 558387 | 7/6/18 | $955.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988714 | $7,764.57 | 8/7/18 | 558388 | 7/6/18 | $718.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992222 | $23,525.58 | 8/14/18 | 553883 | 5/29/18 | $663.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992222 | $23,525.58 | 8/14/18 | 387841446 | 5/31/18 | $1,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992222 | $23,525.58 | 8/14/18 | 387841864 | 5/31/18 | $390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992222 | $23,525.58 | 8/14/18 | 554442 | 6/1/18 | $11,115.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992222 | $23,525.58 | 8/14/18 | 554443 | 6/1/18 | $5,681.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992222 | $23,525.58 | 8/14/18 | 554448 | 6/1/18 | $1,502.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992222 | $23,525.58 | 8/14/18 | 554444 | 6/1/18 | $1,359.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992222 | $23,525.58 | 8/14/18 | 554449 | 6/1/18 | $644.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992222 | $23,525.58 | 8/14/18 | 558661 | 7/10/18 | $238.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992222 | $23,525.58 | 8/14/18 | 558663 | 7/10/18 | $179.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996465 | $5,707.00 | 8/21/18 | 554900 | 6/5/18 | $3,149.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996465 | $5,707.00 | 8/21/18 | 554892 | 6/5/18 | $718.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996465 | $5,707.00 | 8/21/18 | 554942 | 6/5/18 | $479.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996465 | $5,707.00 | 8/21/18 | 555067 | 6/6/18 | $718.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996465 | $5,707.00 | 8/21/18 | 555115 | 6/6/18 | $641.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999809 | $3,121.68 | 8/30/18 | 555656 | 6/11/18 | $663.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999809 | $3,121.68 | 8/30/18 | 555909 | 6/12/18 | $663.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999809 | $3,121.68 | 8/30/18 | 3084876 | 6/14/18 | $1,309.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999809 | $3,121.68 | 8/30/18 | 3084729 | 6/14/18 | $308.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999809 | $3,121.68 | 8/30/18 | 3084893 | 6/14/18 | $178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003310 | $3,432.25 | 9/6/18 | 387847094 | 7/31/18 | $1,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003310 | $3,432.25 | 9/6/18 | 387847363 | 7/31/18 | $422.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003310 | $3,432.25 | 9/6/18 | 387847358 | 7/31/18 | $48.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003310 | $3,432.25 | 9/6/18 | 3104851 | 8/1/18 | $1,411.00 |

Totals:     7 transfer(s),  $51,821.29