| | | | | | | |
|---|---|---|---|---|---|---|
| Defendant: | **Founding Fathers Products LLC** | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 3216041501 | 6/12/17 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 3266016348 | 6/19/17 | -$168.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 3047026513 | 7/19/17 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 3216041550 | 7/23/17 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | VPOT991457021 | 8/13/17 | -$756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | VPOT991457020 | 8/13/17 | -$945.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 3266016500 | 8/19/17 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | VPASN993102937 | 8/20/17 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | VPOT991457633 | 8/20/17 | -$330.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 8361AD082717CT2 | 8/25/17 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 3282021706 | 8/29/17 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 28179 | 9/4/17 | -$9.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 3266016569 | 9/12/17 | -$39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 3071026871 | 10/31/17 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 9222021918 | 11/21/17 | -$39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 3040041406 | 12/7/17 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 9319020690 | 12/20/17 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 3071027268 | 5/17/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 4129022056 | 5/21/18 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 1203 | 5/23/18 | $1,750.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 7390038434 | 6/8/18 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 1205 | 6/15/18 | $6,500.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 1206 | 6/15/18 | $3,875.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 1207 | 6/15/18 | $3,250.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985337 | $15,914.73 | 7/27/18 | 1208 | 6/15/18 | $3,125.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988752 | $7,600.62 | 8/7/18 | 1204 | 6/15/18 | $7,750.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988752 | $7,600.62 | 8/7/18 | VPASN993117697 | 7/22/18 | -$150.00 |

Totals:    2 transfer(s),  $23,515.35