Defendant: **Funderburk Roofing Inc**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980528 | $940.00 | 7/18/18 | 27019 | 5/4/18 | $561.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980528 | $940.00 | 7/18/18 | 27016 | 5/4/18 | $379.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981393 | $914.00 | 7/19/18 | 27022 | 5/7/18 | $914.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983105 | $792.00 | 7/24/18 | 27037 | 5/10/18 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002800 | $14,970.00 | 9/5/18 | 27212 | 6/18/18 | $14,970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008899 | $442.00 | 9/18/18 | 27285 | 6/29/18 | $442.00 |

Totals:    5 transfer(s),  $18,058.00