Defendant: **Gossi Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982011 | $1,264.62 | 7/20/18 | 21769 | 5/4/18 | $417.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982011 | $1,264.62 | 7/20/18 | 21771 | 5/4/18 | $333.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982011 | $1,264.62 | 7/20/18 | 21770 | 5/4/18 | $277.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982011 | $1,264.62 | 7/20/18 | 21772 | 5/4/18 | $236.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985383 | $860.82 | 7/27/18 | 21773 | 5/4/18 | $87.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985383 | $860.82 | 7/27/18 | 21869 | 5/10/18 | $567.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985383 | $860.82 | 7/27/18 | 21868 | 5/10/18 | $205.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988803 | $246.78 | 8/7/18 | 21894 | 5/21/18 | $246.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992315 | $2,192.28 | 8/14/18 | 21892 | 5/21/18 | $729.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992315 | $2,192.28 | 8/14/18 | 21893 | 5/21/18 | $445.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992315 | $2,192.28 | 8/14/18 | 21895 | 5/21/18 | $115.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992315 | $2,192.28 | 8/14/18 | 21896 | 5/21/18 | $53.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992315 | $2,192.28 | 8/14/18 | 21908 | 5/25/18 | $567.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992315 | $2,192.28 | 8/14/18 | 21909 | 5/25/18 | $280.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996552 | $1,053.48 | 8/21/18 | 21910 | 5/25/18 | $420.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996552 | $1,053.48 | 8/21/18 | 22007 | 6/1/18 | $299.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996552 | $1,053.48 | 8/21/18 | 22008 | 6/1/18 | $167.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996552 | $1,053.48 | 8/21/18 | 22006 | 6/1/18 | $125.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996552 | $1,053.48 | 8/21/18 | 22005 | 6/1/18 | $41.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003394 | $742.86 | 9/6/18 | 22021 | 6/12/18 | $211.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003394 | $742.86 | 9/6/18 | 22020 | 6/12/18 | $84.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003394 | $742.86 | 9/6/18 | 22022 | 6/12/18 | $62.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003394 | $742.86 | 9/6/18 | 22023 | 6/12/18 | $28.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003394 | $742.86 | 9/6/18 | 22046 | 6/22/18 | $356.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006808 | $2,106.42 | 9/13/18 | 22045 | 6/22/18 | $186.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006808 | $2,106.42 | 9/13/18 | 22058 | 6/25/18 | $567.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006808 | $2,106.42 | 9/13/18 | 22059 | 6/25/18 | $567.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006808 | $2,106.42 | 9/13/18 | 22054 | 6/25/18 | $538.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006808 | $2,106.42 | 9/13/18 | 22055 | 6/25/18 | $218.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006808 | $2,106.42 | 9/13/18 | 22056 | 6/25/18 | $28.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011083 | $394.62 | 9/20/18 | 22062 | 6/27/18 | $188.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011083 | $394.62 | 9/20/18 | 22061 | 6/27/18 | $87.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011083 | $394.62 | 9/20/18 | 22082 | 7/9/18 | $118.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014377 | $75,091.50 | 9/27/18 | 22063 | 6/27/18 | $73,935.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014377 | $75,091.50 | 9/27/18 | 22083 | 7/9/18 | $448.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014377 | $75,091.50 | 9/27/18 | 22085 | 7/9/18 | $359.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014377 | $75,091.50 | 9/27/18 | 22081 | 7/9/18 | $335.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014377 | $75,091.50 | 9/27/18 | 22084 | 7/9/18 | $12.90 |

Totals:     9 transfer(s),  $83,953.38