Defendant: **Gruspi Consulting Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985395 | $5,152.86 | 7/27/18 | 1524432811 | 7/2/18 | $957.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985395 | $5,152.86 | 7/27/18 | 1514432811 | 7/2/18 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985395 | $5,152.86 | 7/27/18 | 1353432811 | 7/2/18 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985395 | $5,152.86 | 7/27/18 | 1524432881 | 7/9/18 | $928.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985395 | $5,152.86 | 7/27/18 | 1353432881 | 7/9/18 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985395 | $5,152.86 | 7/27/18 | 1514432881 | 7/9/18 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988818 | $2,574.24 | 8/7/18 | 1524432951 | 7/16/18 | $736.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988818 | $2,574.24 | 8/7/18 | 1623432951 | 7/16/18 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988818 | $2,574.24 | 8/7/18 | 1514432951 | 7/16/18 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988818 | $2,574.24 | 8/7/18 | 1353432951 | 7/16/18 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992334 | $2,567.66 | 8/14/18 | 1524433021 | 7/23/18 | $730.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992334 | $2,567.66 | 8/14/18 | 1514433021 | 7/23/18 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992334 | $2,567.66 | 8/14/18 | 1623433021 | 7/23/18 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992334 | $2,567.66 | 8/14/18 | 1353433021 | 7/23/18 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996566 | $5,231.76 | 8/21/18 | 1524433091 | 7/30/18 | $781.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996566 | $5,231.76 | 8/21/18 | 1514433091 | 7/30/18 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996566 | $5,231.76 | 8/21/18 | 1623433091 | 7/30/18 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996566 | $5,231.76 | 8/21/18 | 1353433091 | 7/30/18 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996566 | $5,231.76 | 8/21/18 | 1514433161 | 8/6/18 | $978.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996566 | $5,231.76 | 8/21/18 | 1623433161 | 8/6/18 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996566 | $5,231.76 | 8/21/18 | 1353433161 | 8/6/18 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003407 | $2,669.63 | 9/6/18 | 1514433231 | 8/13/18 | $1,036.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003407 | $2,669.63 | 9/6/18 | 1353433231 | 8/13/18 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003407 | $2,669.63 | 9/6/18 | 1623433231 | 8/13/18 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006820 | $5,050.56 | 9/13/18 | 1514433301 | 8/20/18 | $967.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006820 | $5,050.56 | 9/13/18 | 1353433301 | 8/20/18 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006820 | $5,050.56 | 9/13/18 | 1623433301 | 8/20/18 | $816.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006820 | $5,050.56 | 9/13/18 | 1353433371 | 8/27/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006820 | $5,050.56 | 9/13/18 | 1623433371 | 8/27/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014392 | $17,707.58 | 9/27/18 | 1524433441 | 9/3/18 | $8,677.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014392 | $17,707.58 | 9/27/18 | 1514433441 | 9/3/18 | $6,227.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014392 | $17,707.58 | 9/27/18 | 1353433441 | 9/3/18 | $1,422.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014392 | $17,707.58 | 9/27/18 | 1623433441 | 9/3/18 | $1,381.36 |

Totals:    7 transfer(s),   $40,954.29