Defendant: **K7 Design Group Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000569 | $18,966.36 | 8/31/18 | VBCRT1217003379 | 2/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000569 | $18,966.36 | 8/31/18 | VBCRT0418003483 | 5/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000569 | $18,966.36 | 8/31/18 | 10001 | 7/5/18 | $19,485.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000569 | $18,966.36 | 8/31/18 | VPLB990101579 | 7/12/18 | -$219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004048 | $37,923.12 | 9/7/18 | 10002 | 7/9/18 | $37,923.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007524 | $1,147.05 | 9/14/18 | 5546 | 6/28/18 | $1,152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007524 | $1,147.05 | 9/14/18 | 8361AD082618BJ1 | 8/24/18 | -$4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011659 | $22,296.91 | 9/21/18 | 4798 | 6/28/18 | $8,431.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011659 | $22,296.91 | 9/21/18 | 4793 | 6/28/18 | $6,905.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011659 | $22,296.91 | 9/21/18 | 4797 | 6/28/18 | $6,531.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011659 | $22,296.91 | 9/21/18 | 5549 | 7/2/18 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011659 | $22,296.91 | 9/21/18 | 8361AD090218BF2 | 8/31/18 | -$2.64 |

Totals:    4 transfer(s),  $80,333.44