Defendant: **Life Wear Technologies**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982668 | $15,298.38 | 7/23/18 | 107369 | 5/1/18 | $3,210.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982668 | $15,298.38 | 7/23/18 | 107429 | 5/2/18 | $12,519.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982668 | $15,298.38 | 7/23/18 | 8361AD070818BF1 | 7/6/18 | -$35.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982668 | $15,298.38 | 7/23/18 | MA18188707676 | 7/7/18 | -$395.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986057 | $3,441.93 | 7/30/18 | 107705 | 5/9/18 | $3,456.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986057 | $3,441.93 | 7/30/18 | 8361AD071518BA9 | 7/13/18 | -$14.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989478 | $3,099.21 | 8/8/18 | 107958 | 5/17/18 | $3,148.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989478 | $3,099.21 | 8/8/18 | 8361AD072218BE0 | 7/20/18 | -$49.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993066 | $7,106.84 | 8/15/18 | 108127 | 5/24/18 | $7,187.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993066 | $7,106.84 | 8/15/18 | 8361AD072918BE8 | 7/27/18 | -$54.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993066 | $7,106.84 | 8/15/18 | 7705051162 | 7/28/18 | -$26.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997239 | $19,773.33 | 8/22/18 | 108357 | 6/1/18 | $19,987.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997239 | $19,773.33 | 8/22/18 | 8361AD080518BJ1 | 8/3/18 | -$55.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997239 | $19,773.33 | 8/22/18 | MA18216707676 | 8/4/18 | -$158.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004071 | $21,230.72 | 9/7/18 | 108665 | 6/13/18 | $16,459.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004071 | $21,230.72 | 9/7/18 | 108703 | 6/14/18 | $7,116.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004071 | $21,230.72 | 9/7/18 | 8361AD081218A97 | 8/10/18 | -$37.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004071 | $21,230.72 | 9/7/18 | MA18223715072 | 8/11/18 | -$786.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004071 | $21,230.72 | 9/7/18 | VPOT991486040 | 8/12/18 | -$358.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004071 | $21,230.72 | 9/7/18 | 8361AD081918A17 | 8/17/18 | -$12.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004071 | $21,230.72 | 9/7/18 | VPASN993119434 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004071 | $21,230.72 | 9/7/18 | VPOT991486553 | 8/19/18 | -$999.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007556 | $9,857.24 | 9/14/18 | 108829 | 6/20/18 | $9,897.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007556 | $9,857.24 | 9/14/18 | 8361AD082618BL4 | 8/24/18 | -$33.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007556 | $9,857.24 | 9/14/18 | 7705052919 | 8/26/18 | -$6.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011692 | $5,688.97 | 9/21/18 | 108954 | 6/26/18 | $6,986.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011692 | $5,688.97 | 9/21/18 | 7705053163 | 8/31/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011692 | $5,688.97 | 9/21/18 | 8361AD090218BG9 | 8/31/18 | -$13.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011692 | $5,688.97 | 9/21/18 | MA18244707676 | 9/1/18 | -$87.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011692 | $5,688.97 | 9/21/18 | VPOT991487887 | 9/2/18 | -$355.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011692 | $5,688.97 | 9/21/18 | VPOT991487888 | 9/2/18 | -$822.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011692 | $5,688.97 | 9/21/18 | 7705053343 | 9/3/18 | -$16.51 |

Totals:    8 transfer(s),  $85,496.62