**Defendant:** Lil Anglers LLC
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979872 | $2,758.99 | 7/17/18 | 30537 | 6/18/18 | $2,758.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981456 | $523.48 | 7/19/18 | 30706 | 6/25/18 | $708.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981456 | $523.48 | 7/19/18 | 8361AD070818BA9 | 7/6/18 | -$185.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982091 | $1,104.38 | 7/20/18 | 30540 | 6/18/18 | $21.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982091 | $1,104.38 | 7/20/18 | 30703 | 6/25/18 | $1,082.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983186 | $2,683.22 | 7/24/18 | 30702 | 6/25/18 | $2,683.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983901 | $3,024.52 | 7/25/18 | 30704 | 6/25/18 | $3,024.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984844 | $8,603.01 | 7/26/18 | 30705 | 6/25/18 | $5,918.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984844 | $8,603.01 | 7/26/18 | 30701 | 6/25/18 | $2,750.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984844 | $8,603.01 | 7/26/18 | 30887 | 7/2/18 | $185.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984844 | $8,603.01 | 7/26/18 | 8361AD071518A68 | 7/13/18 | -$252.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986061 | $4,019.27 | 7/30/18 | 30540 | 6/18/18 | $3,251.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986061 | $4,019.27 | 7/30/18 | 30886 | 7/2/18 | $767.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986638 | $1,179.73 | 7/31/18 | 30888 | 7/2/18 | $1,179.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987350 | $8,119.53 | 8/1/18 | 30891 | 7/2/18 | $4,290.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987350 | $8,119.53 | 8/1/18 | 30890 | 7/2/18 | $3,828.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988250 | $2,045.40 | 8/2/18 | 30889 | 7/2/18 | $2,257.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988250 | $2,045.40 | 8/2/18 | 8361AD072218A91 | 7/20/18 | -$212.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990091 | $7,089.64 | 8/9/18 | 30978 | 7/9/18 | $4,263.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990091 | $7,089.64 | 8/9/18 | 30974 | 7/9/18 | $1,133.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990091 | $7,089.64 | 8/9/18 | 30975 | 7/9/18 | $954.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990091 | $7,089.64 | 8/9/18 | 30979 | 7/9/18 | $570.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990091 | $7,089.64 | 8/9/18 | 30976 | 7/9/18 | $187.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990091 | $7,089.64 | 8/9/18 | 7329027382 | 7/23/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990845 | $3,247.84 | 8/10/18 | 30977 | 7/9/18 | $3,247.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993733 | $3,052.44 | 8/16/18 | 29023 | 4/27/18 | $49.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993733 | $3,052.44 | 8/16/18 | 29023 | 4/27/18 | -$51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993733 | $3,052.44 | 8/16/18 | 30982 | 7/17/18 | $3,150.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993733 | $3,052.44 | 8/16/18 | 30981 | 7/17/18 | $259.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993733 | $3,052.44 | 8/16/18 | 8361AD072918BA4 | 7/27/18 | -$356.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994799 | $6,587.54 | 8/17/18 | 30980 | 7/17/18 | $2,751.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994799 | $6,587.54 | 8/17/18 | 30983 | 7/17/18 | $1,523.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994799 | $6,587.54 | 8/17/18 | 30984 | 7/17/18 | $1,349.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994799 | $6,587.54 | 8/17/18 | 30985 | 7/17/18 | $975.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994799 | $6,587.54 | 8/17/18 | 7705051446 | 8/2/18 | -$12.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997243 | $455.08 | 8/22/18 | 30990 | 7/24/18 | $477.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997243 | $455.08 | 8/22/18 | 30989 | 7/24/18 | $443.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997243 | $455.08 | 8/22/18 | 30986 | 7/24/18 | $269.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997243 | $455.08 | 8/22/18 | 8361AD080518BD9 | 8/3/18 | -$312.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997243 | $455.08 | 8/22/18 | VPOT991485248 | 8/5/18 | -$163.70 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997243 | $455.08 | 8/22/18 | VPOT991485249 | 8/5/18 | -$259.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997788 | $5,949.39 | 8/23/18 | 30988 | 7/24/18 | $3,503.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997788 | $5,949.39 | 8/23/18 | 30991 | 7/24/18 | $1,584.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997788 | $5,949.39 | 8/23/18 | 30987 | 7/24/18 | $861.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000605 | $52.42 | 8/31/18 | 31586 | 7/31/18 | $302.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000605 | $52.42 | 8/31/18 | 31583 | 7/31/18 | $143.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000605 | $52.42 | 8/31/18 | 7705051832 | 8/9/18 | -$12.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000605 | $52.42 | 8/31/18 | 8361AD081218A60 | 8/10/18 | -$220.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000605 | $52.42 | 8/31/18 | VPOT991485890 | 8/12/18 | -$159.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001222 | $401.07 | 9/3/18 | 31584 | 7/31/18 | $401.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001960 | $906.14 | 9/4/18 | 31585 | 7/31/18 | $515.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001960 | $906.14 | 9/4/18 | 31587 | 7/31/18 | $390.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004076 | $121.57 | 9/7/18 | 31812 | 8/7/18 | $191.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004076 | $121.57 | 9/7/18 | 31811 | 8/7/18 | $157.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004076 | $121.57 | 9/7/18 | 31814 | 8/7/18 | $55.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004076 | $121.57 | 9/7/18 | 3798023279 | 8/17/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004076 | $121.57 | 9/7/18 | 8361AD081918AY7 | 8/17/18 | -$263.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004664 | $370.85 | 9/10/18 | 31813 | 8/7/18 | $370.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005373 | $540.60 | 9/11/18 | 31809 | 8/7/18 | $430.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005373 | $540.60 | 9/11/18 | 31810 | 8/7/18 | $110.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009007 | $126.38 | 9/18/18 | 31918 | 8/13/18 | $228.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009007 | $126.38 | 9/18/18 | 31919 | 8/13/18 | $181.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009007 | $126.38 | 9/18/18 | 31920 | 8/13/18 | $161.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009007 | $126.38 | 9/18/18 | 31917 | 8/13/18 | $145.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009007 | $126.38 | 9/18/18 | 31916 | 8/13/18 | $108.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009007 | $126.38 | 9/18/18 | 8361AD082618BG1 | 8/24/18 | -$699.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011697 | $843.83 | 9/21/18 | 32071 | 8/20/18 | $572.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011697 | $843.83 | 9/21/18 | 32070 | 8/20/18 | $388.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011697 | $843.83 | 9/21/18 | 32072 | 8/20/18 | $212.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011697 | $843.83 | 9/21/18 | 32069 | 8/20/18 | $51.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011697 | $843.83 | 9/21/18 | 8361AD090218BC1 | 8/31/18 | -$381.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012947 | $309.47 | 9/25/18 | 32073 | 8/20/18 | $179.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012947 | $309.47 | 9/25/18 | 32068 | 8/20/18 | $130.27 |

Totals:    25 transfer(s),  $64,115.79

Lil Anglers LLC

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019                                            Exhibit A                                            P. 2