Defendant: **Markwins Beauty Products Inc**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 812605 | 4/6/18 | $14,427.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 812607 | 4/6/18 | $11,310.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 812606 | 4/6/18 | $2,971.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 814105 | 4/13/18 | $4,955.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 814107 | 4/13/18 | $1,426.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 814106 | 4/13/18 | $980.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 815963 | 4/20/18 | $6,197.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 815964 | 4/20/18 | $2,005.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 815965 | 4/20/18 | $139.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 818033 | 4/27/18 | $5,469.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 818034 | 4/27/18 | $4,346.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 818035 | 4/27/18 | $616.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 819860 | 5/4/18 | $11,876.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 819861 | 5/4/18 | $7,229.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 819862 | 5/4/18 | $756.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7602028917 | 5/9/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7065016615 | 5/9/18 | -$2.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3127005629 | 5/9/18 | -$23.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3127005633 | 5/10/18 | -$11.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 821508 | 5/11/18 | $11,672.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 821507 | 5/11/18 | $5,790.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 821509 | 5/11/18 | $475.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18132713205 | 5/12/18 | -$2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18132713697 | 5/12/18 | -$3,286.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18132713696 | 5/12/18 | -$10,135.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18132713694 | 5/12/18 | -$43,421.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18132713698 | 5/12/18 | -$123,348.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 823028 | 5/18/18 | $14,540.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 823005 | 5/18/18 | $7,207.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 823004 | 5/18/18 | $5,120.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 823001 | 5/18/18 | $3,603.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 823029 | 5/18/18 | $3,519.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 823003 | 5/18/18 | $3,508.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 823030 | 5/18/18 | $756.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7065016630 | 5/18/18 | -$2.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 823581 | 5/21/18 | $3,129.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3522035613 | 5/21/18 | -$0.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4371035001 | 5/21/18 | -$0.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3059047391 | 5/21/18 | -$4.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040042654 | 5/22/18 | -$3.16 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3235040562 | 5/22/18 | -$3.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 823912 | 5/23/18 | $5,879.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 824033 | 5/24/18 | $15,002.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 824032 | 5/24/18 | $3,170.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 209444CPN | 5/26/18 | -$27.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 30771 | 5/28/18 | -$0.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3396026047 | 5/30/18 | -$0.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3396026053 | 5/30/18 | -$1.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | PRK160144 | 5/30/18 | -$469.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | PRK160141 | 5/30/18 | -$538.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | PRK160139 | 5/30/18 | -$603.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | PRK160145 | 5/30/18 | -$947.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | PRK160142 | 5/30/18 | -$1,071.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | PRK160143 | 5/30/18 | -$1,976.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | PRK160140 | 5/30/18 | -$3,092.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 825648 | 5/31/18 | $15,986.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7471036710 | 5/31/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7767022767 | 5/31/18 | -$3.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18151714146 | 5/31/18 | -$429.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18151714145 | 5/31/18 | -$686.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 825776 | 6/1/18 | $8,209.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 825945 | 6/4/18 | $11,921.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 825930 | 6/4/18 | $3,052.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 825931 | 6/4/18 | $420.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 9409008087 | 6/5/18 | -$5.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 827092 | 6/6/18 | $4,233.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3059047483 | 6/6/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3839021202 | 6/6/18 | -$10.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040042728 | 6/7/18 | -$2.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 827560 | 6/8/18 | $8,749.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 209662CPN | 6/9/18 | -$129.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18160713206 | 6/9/18 | -$12,503.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040042809 | 6/12/18 | -$4.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3059047502 | 6/13/18 | -$4.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7677020748 | 6/13/18 | -$11.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 828901 | 6/15/18 | $19,654.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 828900 | 6/15/18 | $1,589.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3396026096 | 6/16/18 | -$21.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3396026093 | 6/16/18 | -$28.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040042861 | 6/18/18 | -$6.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040042862 | 6/18/18 | -$12.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020593 | 6/19/18 | -$5.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3839021232 | 6/19/18 | -$7.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020591 | 6/19/18 | -$8.43 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3127005726 | 6/20/18 | -$6.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7065016663 | 6/20/18 | -$45.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7602028982 | 6/21/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 832170 | 6/22/18 | $14,890.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 832169 | 6/22/18 | $3,269.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7065016685 | 6/23/18 | -$2.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020612 | 6/26/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020607 | 6/26/18 | -$7.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020605 | 6/26/18 | -$10.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020606 | 6/26/18 | -$17.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 833072 | 6/28/18 | $12,779.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 833071 | 6/28/18 | $2,485.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 833073 | 6/28/18 | $841.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7767022783 | 6/29/18 | -$4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4395026122 | 6/30/18 | -$1.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 209767CPN | 6/30/18 | -$12.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4371035046 | 7/2/18 | -$1.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7259014106 | 7/2/18 | -$6.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18183714929 | 7/2/18 | -$332.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18183714940 | 7/2/18 | -$1,058.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18183714928 | 7/2/18 | -$2,487.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18183714943 | 7/2/18 | -$5,193.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18183714941 | 7/2/18 | -$15,073.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18183714944 | 7/2/18 | -$47,902.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 835150 | 7/6/18 | $9,652.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 835151 | 7/6/18 | $2,230.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 835152 | 7/6/18 | $616.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020631 | 7/6/18 | -$4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020628 | 7/6/18 | -$12.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 210014CPN | 7/7/18 | -$5.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3059047591 | 7/9/18 | -$23.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040042966 | 7/10/18 | -$1.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7209020438 | 7/10/18 | -$1.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7209020433 | 7/10/18 | -$7.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3390018280 | 7/11/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043008 | 7/12/18 | -$1.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 836285 | 7/13/18 | $5,035.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 836287 | 7/13/18 | $2,037.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 836286 | 7/13/18 | $420.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043083 | 7/16/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3059047620 | 7/16/18 | -$8.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043129 | 7/17/18 | -$0.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3396026140 | 7/18/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 9153028582 | 7/19/18 | -$8.98 |

Markwins Beauty Products Inc

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 837616 | 7/20/18 | $4,616.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 837615 | 7/20/18 | $1,562.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 837617 | 7/20/18 | $139.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3483001908 | 7/20/18 | -$1.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 210083CPN | 7/21/18 | -$9.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4371035073 | 7/22/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043165 | 7/23/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043181 | 7/24/18 | -$1.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043221 | 7/24/18 | -$2.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043222 | 7/24/18 | -$6.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020662 | 7/25/18 | -$5.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3059047682 | 7/25/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4371035080 | 7/26/18 | -$36.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 839927 | 7/27/18 | $12,406.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 839928 | 7/27/18 | $2,763.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 839929 | 7/27/18 | $616.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 707553KW | 7/27/18 | -$365.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 708363KW | 7/27/18 | -$481.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043279 | 7/31/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4123036159 | 7/31/18 | -$5.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 707549KW | 7/31/18 | -$1,992.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 841820 | 8/3/18 | $11,978.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 841821 | 8/3/18 | $2,207.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 841822 | 8/3/18 | $560.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 706549KW | 8/3/18 | -$13,729.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18216716067 | 8/4/18 | -$304.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18216716024 | 8/4/18 | -$829.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18216716065 | 8/4/18 | -$1,842.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18216716026 | 8/4/18 | -$3,898.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18216716020 | 8/4/18 | -$11,221.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18216716023 | 8/4/18 | -$35,153.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3873019413 | 8/5/18 | -$0.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3873019409 | 8/5/18 | -$3.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7139028574 | 8/6/18 | -$2.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043312 | 8/6/18 | -$6.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7471036852 | 8/7/18 | -$3.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043349 | 8/8/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020693 | 8/8/18 | -$5.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043351 | 8/8/18 | -$6.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 843200 | 8/10/18 | $12,813.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 843201 | 8/10/18 | $1,716.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 843202 | 8/10/18 | $280.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3483001961 | 8/10/18 | -$1.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3873019441 | 8/10/18 | -$1.85 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 210483CPN | 8/12/18 | -$5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3483001964 | 8/12/18 | -$97.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7471036871 | 8/13/18 | -$5.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3873019447 | 8/15/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3059047742 | 8/15/18 | -$7.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3390018360 | 8/16/18 | -$1.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020711 | 8/16/18 | -$2.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 845471 | 8/17/18 | $19,756.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 845032 | 8/17/18 | $13,930.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 845030 | 8/17/18 | $1,341.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 845031 | 8/17/18 | $280.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3873019452 | 8/20/18 | -$2.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3483001987 | 8/21/18 | -$0.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4123036177 | 8/22/18 | -$0.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 9153028658 | 8/22/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 7471036878 | 8/22/18 | -$7.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043462 | 8/24/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | VPOT991487200 | 8/26/18 | -$216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4423030321 | 8/29/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020735 | 8/29/18 | -$3.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4423030302 | 8/29/18 | -$4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020733 | 8/29/18 | -$8.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020739 | 8/30/18 | -$1.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3059047788 | 8/30/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4751015632 | 8/31/18 | -$0.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18244716738 | 9/1/18 | -$158.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | MA18244716737 | 9/1/18 | -$808.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3483002011 | 9/4/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4751015645 | 9/6/18 | -$0.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 210902CPN | 9/8/18 | -$30.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3390018402 | 9/10/18 | -$6.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043629 | 9/13/18 | -$1.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043627 | 9/13/18 | -$3.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4751015683 | 9/13/18 | -$13.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 210939CPN | 9/15/18 | -$7.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 4371035204 | 9/17/18 | -$1.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3059047846 | 9/17/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3483002055 | 9/20/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3040043709 | 9/20/18 | -$11.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020785 | 9/21/18 | -$2.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020786 | 9/21/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 9153028752 | 9/21/18 | -$5.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020783 | 9/21/18 | -$10.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3405020782 | 9/21/18 | -$16.89 |

Markwins Beauty Products Inc

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 210973CPN | 9/22/18 | -$7.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022052 | $24,115.65 | 9/28/18 | 3390018427 | 9/25/18 | -$2.64 |

**Totals:** 1 transfer(s),  $24,115.65