Defendant: **Mckinney Trailer Rentals**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986121 | $2,600.00 | 7/30/18 | P196778 | 6/17/18 | $2,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989555 | $859.59 | 8/8/18 | M77609 | 5/24/18 | $59.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989555 | $859.59 | 8/8/18 | P196909 | 6/10/18 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993146 | $25,139.50 | 8/15/18 | W36196 | 5/31/18 | $3,267.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993146 | $25,139.50 | 8/15/18 | D57542 | 5/31/18 | $2,437.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993146 | $25,139.50 | 8/15/18 | D57541 | 5/31/18 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993146 | $25,139.50 | 8/15/18 | D58156 | 6/30/18 | $11,825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993146 | $25,139.50 | 8/15/18 | P197544 | 6/30/18 | $2,835.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993146 | $25,139.50 | 8/15/18 | S183281 | 6/30/18 | $1,732.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993146 | $25,139.50 | 8/15/18 | S183283 | 6/30/18 | $1,237.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993146 | $25,139.50 | 8/15/18 | P197516 | 6/30/18 | $990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993146 | $25,139.50 | 8/15/18 | S183282 | 6/30/18 | $495.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997310 | $800.00 | 8/22/18 | LAXR100162 | 7/8/18 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000680 | $575.54 | 8/31/18 | W35986 | 4/10/18 | $575.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004150 | $255.00 | 9/7/18 | LAXR100770 | 7/22/18 | $255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007636 | $3,192.50 | 9/14/18 | D58200 | 6/30/18 | $2,437.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007636 | $3,192.50 | 9/14/18 | D58199 | 6/30/18 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007636 | $3,192.50 | 9/14/18 | LAXR101079 | 7/29/18 | $435.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011747 | $19,260.00 | 9/21/18 | DALR100408 | 7/31/18 | $11,825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011747 | $19,260.00 | 9/21/18 | LAXR101450 | 7/31/18 | $2,835.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011747 | $19,260.00 | 9/21/18 | SEAR100671 | 7/31/18 | $1,732.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011747 | $19,260.00 | 9/21/18 | SEAR100673 | 7/31/18 | $1,237.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011747 | $19,260.00 | 9/21/18 | LAXR101429 | 7/31/18 | $555.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011747 | $19,260.00 | 9/21/18 | SEAR100672 | 7/31/18 | $495.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011747 | $19,260.00 | 9/21/18 | LAXR101651 | 8/5/18 | $580.00 |

Totals:   8 transfer(s),   $52,682.13