| Defendant: | **Mr Hawaii Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988908 | $1,487.50 | 8/7/18 | 89039 | 5/25/18 | $1,487.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990885 | $22,871.10 | 8/10/18 | 89035 | 5/25/18 | $8,799.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990885 | $22,871.10 | 8/10/18 | 89036 | 5/25/18 | $6,277.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990885 | $22,871.10 | 8/10/18 | 89037 | 5/25/18 | $3,852.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990885 | $22,871.10 | 8/10/18 | 89038 | 5/25/18 | $3,431.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990885 | $22,871.10 | 8/10/18 | 89040 | 5/25/18 | $510.00 |

**Totals:**    **2 transfer(s),  $24,358.60**