Defendant: **Multipet International Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 322282 | 11/9/17 | $4,012.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 334779 | 5/3/18 | $812.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 334778 | 5/3/18 | $620.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 334785 | 5/3/18 | $545.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 334781 | 5/3/18 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 334782 | 5/3/18 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 334783 | 5/3/18 | $88.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 335038 | 5/8/18 | $2,299.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 335034 | 5/8/18 | $792.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 335032 | 5/8/18 | $524.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 335036 | 5/8/18 | $309.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 335035 | 5/8/18 | $308.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979923 | $10,862.65 | 7/17/18 | 8361AD070118CK5 | 6/29/18 | -$175.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | 334955 | 5/7/18 | $3,219.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | 335031 | 5/8/18 | $802.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | 335033 | 5/8/18 | $679.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | 335030 | 5/8/18 | $361.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | 335037 | 5/8/18 | $273.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | 335511 | 5/15/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | 335512 | 5/15/18 | $228.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | 335513 | 5/15/18 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | 8361AD070818B80 | 7/6/18 | -$64.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | MA18188697805 | 7/7/18 | -$28.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | MA18188714519 | 7/7/18 | -$1,476.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPOTR991476538 | 7/8/18 | $867.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPOTR991475872 | 7/8/18 | $480.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPOTR991476539 | 7/8/18 | $404.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPOTR991477637 | 7/8/18 | $343.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPOTR991476537 | 7/8/18 | $241.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPOTR991477632 | 7/8/18 | $91.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPOTR991475873 | 7/8/18 | $67.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPASN993117000 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPASN993116999 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPASN993116998 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983241 | $6,481.67 | 7/24/18 | VPASN993117001 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986696 | $3,908.15 | 7/31/18 | 335516 | 5/15/18 | $633.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986696 | $3,908.15 | 7/31/18 | 335515 | 5/15/18 | $378.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986696 | $3,908.15 | 7/31/18 | 335510 | 5/15/18 | $241.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986696 | $3,908.15 | 7/31/18 | 335514 | 5/15/18 | $180.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986696 | $3,908.15 | 7/31/18 | 335783 | 5/22/18 | $994.95 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986696 | $3,908.15 | 7/31/18 | 335781 | 5/22/18 | $512.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986696 | $3,908.15 | 7/31/18 | 335780 | 5/22/18 | $452.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986696 | $3,908.15 | 7/31/18 | 335785 | 5/22/18 | $294.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986696 | $3,908.15 | 7/31/18 | 335782 | 5/22/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986696 | $3,908.15 | 7/31/18 | 8361AD071518B10 | 7/13/18 | -$30.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990147 | $2,182.94 | 8/9/18 | 335784 | 5/22/18 | $462.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990147 | $2,182.94 | 8/9/18 | 335786 | 5/22/18 | $324.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990147 | $2,182.94 | 8/9/18 | 336098 | 5/29/18 | $1,447.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990147 | $2,182.94 | 8/9/18 | 8361AD072218B65 | 7/20/18 | -$50.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993797 | $1,623.39 | 8/16/18 | 336094 | 5/29/18 | $667.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993797 | $1,623.39 | 8/16/18 | 336095 | 5/29/18 | $378.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993797 | $1,623.39 | 8/16/18 | 336099 | 5/29/18 | $337.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993797 | $1,623.39 | 8/16/18 | 336096 | 5/29/18 | $161.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993797 | $1,623.39 | 8/16/18 | 336097 | 5/29/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993797 | $1,623.39 | 8/16/18 | 8361AD072918B81 | 7/27/18 | -$47.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997847 | $1,213.82 | 8/23/18 | 336658 | 6/5/18 | $381.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997847 | $1,213.82 | 8/23/18 | 336657 | 6/5/18 | $363.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997847 | $1,213.82 | 8/23/18 | 336656 | 6/5/18 | $286.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997847 | $1,213.82 | 8/23/18 | 337024 | 6/12/18 | $309.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997847 | $1,213.82 | 8/23/18 | 8361AD080518CE0 | 8/3/18 | -$59.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997847 | $1,213.82 | 8/23/18 | MA18216714519 | 8/4/18 | -$5.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997847 | $1,213.82 | 8/23/18 | MA18216697805 | 8/4/18 | -$61.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001269 | $826.53 | 9/3/18 | 337026 | 6/12/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001269 | $826.53 | 9/3/18 | 337025 | 6/12/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001269 | $826.53 | 9/3/18 | 337473 | 6/21/18 | $296.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001269 | $826.53 | 9/3/18 | 337471 | 6/21/18 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001269 | $826.53 | 9/3/18 | 8361AD081218BX1 | 8/10/18 | -$26.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004718 | $707.77 | 9/10/18 | 337475 | 6/21/18 | $395.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004718 | $707.77 | 9/10/18 | 337474 | 6/21/18 | $165.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004718 | $707.77 | 9/10/18 | 337472 | 6/21/18 | $165.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004718 | $707.77 | 9/10/18 | 8361AD081918BK1 | 8/17/18 | -$18.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 328227 | 1/24/18 | $310.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 337714 | 6/27/18 | $1,900.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 337711 | 6/27/18 | $915.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 337716 | 6/27/18 | $704.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 337705 | 6/27/18 | $519.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 337706 | 6/27/18 | $248.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 337704 | 6/27/18 | $165.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 338346 | 7/3/18 | $2,393.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 338347 | 7/3/18 | $1,408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 338348 | 7/3/18 | $1,267.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 338350 | 7/3/18 | $469.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 338351 | 7/3/18 | $290.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008226 | $10,349.70 | 9/17/18 | 8361AD082618CH6 | 8/24/18 | -$242.58 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012272 | $1,423.88 | 9/24/18 | 338345 | 7/3/18 | $615.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012272 | $1,423.88 | 9/24/18 | 338349 | 7/3/18 | $371.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012272 | $1,423.88 | 9/24/18 | 339008 | 7/10/18 | $309.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012272 | $1,423.88 | 9/24/18 | 339012 | 7/10/18 | $177.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012272 | $1,423.88 | 9/24/18 | 8361AD090218B86 | 8/31/18 | -$48.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012272 | $1,423.88 | 9/24/18 | MA18244697805 | 9/1/18 | -$2.02 |

Totals:    10 transfer(s),  $39,580.50