Defendant: **Multiple Solutions Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085245 | $646.35 | 9/4/18 | 2373 | 6/15/18 | $297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085245 | $646.35 | 9/4/18 | 2376 | 6/15/18 | $139.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085245 | $646.35 | 9/4/18 | 2374 | 6/15/18 | $139.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085245 | $646.35 | 9/4/18 | 2375 | 6/15/18 | $69.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2253 | 8/18/17 | $627.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2254 | 8/18/17 | $362.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2251 | 8/18/17 | $348.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2255 | 8/18/17 | $274.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2252 | 8/18/17 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2257 | 8/21/17 | $627.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2256 | 8/21/17 | $595.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2315 | 11/20/17 | $1,371.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2313 | 11/20/17 | $1,315.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2304 | 11/20/17 | $1,315.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2309 | 11/20/17 | $837.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2307 | 11/20/17 | $692.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2314 | 11/20/17 | $641.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2303 | 11/20/17 | $637.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2308 | 11/20/17 | $460.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2306 | 11/20/17 | $455.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2312 | 11/20/17 | $348.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2310 | 11/20/17 | $348.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2305 | 11/20/17 | $223.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2318 | 11/21/17 | $813.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2316 | 11/21/17 | $339.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2317 | 11/21/17 | $334.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2319 | 11/22/17 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2320 | 11/22/17 | $130.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2323 | 12/18/17 | $651.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2324 | 12/18/17 | $564.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2322 | 12/18/17 | $542.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2321 | 12/18/17 | $434.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2325 | 12/18/17 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2300 | 4/4/18 | $2,167.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2352 | 4/4/18 | $1,993.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2294 | 4/4/18 | $1,360.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2297 | 4/4/18 | $724.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2296 | 4/4/18 | $551.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2298 | 4/4/18 | $83.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2357 | 4/6/18 | $1,323.63 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2354 | 4/6/18 | $1,225.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2356 | 4/6/18 | $506.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2353 | 4/6/18 | $232.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2355 | 4/6/18 | $69.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2359 | 4/11/18 | $1,594.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2358 | 4/11/18 | $846.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2362 | 4/16/18 | $366.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2361 | 4/16/18 | $50.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2364 | 4/25/18 | $1,631.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2366 | 4/25/18 | $509.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2367 | 4/25/18 | $334.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2365 | 4/25/18 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2368 | 4/26/18 | $209.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2270 | 5/8/18 | $4,185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2372 | 5/8/18 | $2,810.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086495 | $39,354.63 | 9/27/18 | 2371 | 5/8/18 | $629.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086943 | $3,674.43 | 10/9/18 | 2369 | 4/26/18 | $3,674.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087380 | $1,665.82 | 10/18/18 | 2279 | 2/28/18 | $626.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087380 | $1,665.82 | 10/18/18 | 2280 | 2/28/18 | $395.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087380 | $1,665.82 | 10/18/18 | 2281 | 3/6/18 | $341.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087380 | $1,665.82 | 10/18/18 | 2283 | 3/6/18 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087380 | $1,665.82 | 10/18/18 | 2282 | 3/6/18 | $139.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087696 | $139.50 | 10/18/18 | 2377 | 7/26/18 | $139.50 |

Totals:   5 transfer(s),   $45,480.73