**Defendant:** Pacific Market International LLC
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983314 | $24,873.02 | 7/24/18 | 10423247 | 3/21/18 | $65.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983314 | $24,873.02 | 7/24/18 | 10442767 | 6/11/18 | $25,171.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983314 | $24,873.02 | 7/24/18 | 8361AD070118BY0 | 6/29/18 | -$110.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983314 | $24,873.02 | 7/24/18 | 8361AD070118BY1 | 6/29/18 | -$168.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983314 | $24,873.02 | 7/24/18 | 8361AD070818BO5 | 7/6/18 | -$30.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983314 | $24,873.02 | 7/24/18 | 8361AD070818BO4 | 7/6/18 | -$53.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438238 | 5/24/18 | $4,919.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438237 | 5/24/18 | $3,021.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438240 | 5/24/18 | $2,660.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438219 | 5/24/18 | $1,905.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438236 | 5/24/18 | $1,616.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438211 | 5/24/18 | $1,099.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438239 | 5/24/18 | $541.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438241 | 5/24/18 | $446.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438210 | 5/24/18 | $394.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438214 | 5/24/18 | $374.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438205 | 5/24/18 | $290.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 10438213 | 5/24/18 | $155.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 8361AD071518BJ4 | 7/13/18 | -$27.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986770 | $17,362.49 | 7/31/18 | 8361AD071518BJ3 | 7/13/18 | -$37.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990228 | $38,152.58 | 8/9/18 | 10438212 | 5/24/18 | $1,749.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990228 | $38,152.58 | 8/9/18 | 10438218 | 5/24/18 | $417.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990228 | $38,152.58 | 8/9/18 | 10438206 | 5/24/18 | $405.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990228 | $38,152.58 | 8/9/18 | 10442029 | 6/7/18 | $2,629.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990228 | $38,152.58 | 8/9/18 | 10442273 | 6/8/18 | $12,598.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990228 | $38,152.58 | 8/9/18 | 10442274 | 6/8/18 | $10,853.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990228 | $38,152.58 | 8/9/18 | 10442276 | 6/8/18 | $5,161.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990228 | $38,152.58 | 8/9/18 | 10442275 | 6/8/18 | $4,468.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990228 | $38,152.58 | 8/9/18 | 8361AD072218BN5 | 7/20/18 | -$62.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990228 | $38,152.58 | 8/9/18 | 8361AD072218BN6 | 7/20/18 | -$67.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 10452257 | 7/24/18 | $2,165.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 10452234 | 7/24/18 | $1,324.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 10452269 | 7/24/18 | $1,215.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 10452263 | 7/24/18 | $1,108.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 10452250 | 7/24/18 | $994.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 10452252 | 7/24/18 | $608.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 10452244 | 7/24/18 | $151.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 8361AD072918BO1 | 7/27/18 | -$50.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 8361AD072918BO2 | 7/27/18 | -$99.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 8361AD080518BS9 | 8/3/18 | -$75.46 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 8361AD080518BT0 | 8/3/18 | -$171.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 8361AD081218BH2 | 8/10/18 | -$21.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 8361AD081218BH3 | 8/10/18 | -$38.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 8361AD081918A75 | 8/17/18 | -$10.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 8361AD081918A76 | 8/17/18 | -$55.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 8361AD082618BW0 | 8/24/18 | -$26.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008316 | $6,849.38 | 9/17/18 | 8361AD082618BW1 | 8/24/18 | -$168.79 |

Totals:     4 transfer(s),  $87,237.47