| Defendant: | Packsize LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986774 | $45,896.44 | 7/31/18 | 90166254 | 5/17/18 | $16,021.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986774 | $45,896.44 | 7/31/18 | 90159841 | 5/17/18 | $14,358.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986774 | $45,896.44 | 7/31/18 | 90160872 | 5/17/18 | $12,761.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986774 | $45,896.44 | 7/31/18 | 90146228 | 5/17/18 | $2,952.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986774 | $45,896.44 | 7/31/18 | 90166147 | 5/17/18 | $276.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986774 | $45,896.44 | 7/31/18 | 90160872 | 5/17/18 | $141.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986774 | $45,896.44 | 7/31/18 | 90159841 | 5/17/18 | $139.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986774 | $45,896.44 | 7/31/18 | 90166254 | 5/17/18 | $139.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986774 | $45,896.44 | 7/31/18 | 90167540 | 5/25/18 | -$895.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997924 | $14,849.21 | 8/23/18 | 90162478 | 6/7/18 | $14,711.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997924 | $14,849.21 | 8/23/18 | 90162478 | 6/7/18 | $137.25 |

Totals:    2 transfer(s),  $60,745.65