Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenanddykman.com
        mkwiatkowski@cullenanddykman.com

        and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
        john@russelljohnsonlawfirm.com

*Co-Counsel for Baltimore Gas and Electric Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **In re:** | ) **Chapter 11** |
| | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) **Case No. 18-23538 (RDD)** |
| | ) |
| **Debtors.** | ) **(Jointly Administered)** |

_____

## CERTIFICATE OF SERVICE

I, Michael Kwiatkowski, hereby certify that on November 8, 2019, I caused true and correct copy of *Notice of Withdrawal of Application of Baltimore Gas and Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for*

*Payment from the Adequate Assurance Account* [ECF No. 5797] to be served (i) via CM/ECF electronic notice on all parties who receive such notice, and (ii) upon the individuals listed below via electronic mail (email) at the email address set forth below.

Paul Schwartzberg - paul.schwartzberg@usdoj.gov
Richard Morrissey - richard.morrissey@usdoj.gov
Ray C. Schrock, P.C. - ray.schrock@weil.com
Jacqueline Marcus - jacqueline.marcus@weil.com
Garrett A. Fail - garrett.fail@weil.com
Sunny Singh - sunny.singh@weil.com
Jared R. Friedmann - Jared.Friedmann@weil.com
Jessie B. Mishkin, Esq. - Jessie.Mishkin@weil.com


　　　　　　　　　　　　　　*/s/ Michael Kwiatkowski*
　　　　　　　　　　　　　　Michael Kwiatkowski