| Defendant: | Park Greenhouse |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42115 | 12/7/17 | $528.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42703 | 1/5/18 | $986.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42702 | 1/5/18 | $986.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42709 | 1/8/18 | $1,235.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42712 | 1/8/18 | $986.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42711 | 1/8/18 | $986.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42735 | 1/11/18 | $1,235.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42736 | 1/11/18 | $1,235.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42738 | 1/11/18 | $986.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42737 | 1/11/18 | $986.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42745 | 1/15/18 | $986.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42722 | 1/16/18 | $1,235.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42720 | 1/16/18 | $986.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42756 | 1/18/18 | $4,222.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42879 | 3/2/18 | $850.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42874 | 3/2/18 | $850.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42885 | 3/5/18 | $1,810.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42884 | 3/5/18 | $1,142.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42883 | 3/5/18 | $850.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42888 | 3/6/18 | $1,142.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42889 | 3/6/18 | $850.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42886 | 3/6/18 | $850.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42921 | 3/9/18 | $1,142.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42922 | 3/9/18 | $1,142.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 42923 | 3/9/18 | $850.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43095 | 4/5/18 | $4,109.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43122 | 4/9/18 | $1,126.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43190 | 4/19/18 | $839.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43192 | 4/19/18 | $839.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43190 | 4/19/18 | $839.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43191 | 4/19/18 | $839.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43203 | 4/20/18 | $2,977.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43195 | 4/20/18 | $839.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43231 | 4/25/18 | $947.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43229 | 4/25/18 | $839.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43252 | 4/25/18 | $527.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43386 | 5/15/18 | $1,113.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43418 | 5/18/18 | $1,864.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43481 | 5/31/18 | $884.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986788 | $48,520.09 | 7/31/18 | 43482 | 5/31/18 | $859.26 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990247 | $2,658.26 | 8/9/18 | 43514 | 6/8/18 | $2,541.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990247 | $2,658.26 | 8/9/18 | 43533 | 6/13/18 | $956.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990247 | $2,658.26 | 8/9/18 | 43190KW | 7/20/18 | -$839.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997934 | $1,555.75 | 8/23/18 | 43568 | 6/27/18 | $1,555.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004808 | $7,158.96 | 9/10/18 | 43591 | 7/5/18 | $1,211.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004808 | $7,158.96 | 9/10/18 | 43590 | 7/5/18 | $1,009.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004808 | $7,158.96 | 9/10/18 | 43587 | 7/6/18 | $1,009.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004808 | $7,158.96 | 9/10/18 | 43588 | 7/6/18 | $1,009.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004808 | $7,158.96 | 9/10/18 | 43589 | 7/6/18 | $1,009.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004808 | $7,158.96 | 9/10/18 | 43609 | 7/10/18 | $1,009.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004808 | $7,158.96 | 9/10/18 | 43623 | 7/11/18 | $901.68 |

Totals:     4 transfer(s),  $59,893.06