| | | |
|---|---|---|
| Defendant: | **Pet Partners Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980076 | $2,739.61 | 7/17/18 | 149442 | 4/20/18 | $969.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980076 | $2,739.61 | 7/17/18 | 149444 | 4/20/18 | $461.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980076 | $2,739.61 | 7/17/18 | 149482 | 4/23/18 | $645.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980076 | $2,739.61 | 7/17/18 | 149481 | 4/23/18 | $405.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980076 | $2,739.61 | 7/17/18 | 149722 | 4/27/18 | $184.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980076 | $2,739.61 | 7/17/18 | 150241 | 5/7/18 | $78.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980076 | $2,739.61 | 7/17/18 | 8361AD070118CO4 | 6/29/18 | -$4.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986839 | $732.60 | 7/31/18 | 150243 | 5/7/18 | $497.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986839 | $732.60 | 7/31/18 | 150240 | 5/7/18 | $319.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986839 | $732.60 | 7/31/18 | 150242 | 5/7/18 | $162.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986839 | $732.60 | 7/31/18 | 8361AD070818CB2 | 7/6/18 | -$34.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986839 | $732.60 | 7/31/18 | VPOT991483931 | 7/8/18 | -$60.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986839 | $732.60 | 7/31/18 | VPASN993117008 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986839 | $732.60 | 7/31/18 | 8361AD071518B39 | 7/13/18 | -$2.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990292 | $24,989.01 | 8/9/18 | 150628 | 5/15/18 | $1,035.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990292 | $24,989.01 | 8/9/18 | 151119 | 5/23/18 | $24,029.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990292 | $24,989.01 | 8/9/18 | 8361AD072218B96 | 7/20/18 | -$68.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990292 | $24,989.01 | 8/9/18 | VPOT991484036 | 7/22/18 | -$7.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993955 | $55,179.46 | 8/16/18 | 151067 | 5/22/18 | $24,861.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993955 | $55,179.46 | 8/16/18 | 151066 | 5/22/18 | $6,232.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993955 | $55,179.46 | 8/16/18 | 151065 | 5/22/18 | $202.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993955 | $55,179.46 | 8/16/18 | 151121 | 5/23/18 | $10,582.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993955 | $55,179.46 | 8/16/18 | 151122 | 5/23/18 | $6,671.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993955 | $55,179.46 | 8/16/18 | 151120 | 5/23/18 | $6,642.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993955 | $55,179.46 | 8/16/18 | 8361AD072918CB8 | 7/27/18 | -$13.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004852 | $38.17 | 9/10/18 | 151909 | 6/8/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004852 | $38.17 | 9/10/18 | 8361AD080518CH8 | 8/3/18 | -$61.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004852 | $38.17 | 9/10/18 | 8361AD081218BZ7 | 8/10/18 | -$33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004852 | $38.17 | 9/10/18 | 8361AD081918BM6 | 8/17/18 | -$2.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008379 | $2,143.09 | 9/17/18 | 152775 | 6/21/18 | $2,176.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008379 | $2,143.09 | 9/17/18 | 8361AD082618CL4 | 8/24/18 | -$33.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012404 | $102.00 | 9/24/18 | 153530 | 7/3/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012404 | $102.00 | 9/24/18 | 8361AD090218CB6 | 8/31/18 | -$6.00 |

Totals:    7 transfer(s),  $85,923.94