Defendant: **Pocket Shot LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990312 | $3,250.40 | 8/9/18 | VIB072417173117 | 7/27/17 | -$20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990312 | $3,250.40 | 8/9/18 | VBCRT0617003229 | 2/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990312 | $3,250.40 | 8/9/18 | 1132 | 5/23/18 | $3,420.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997991 | $12,412.50 | 8/23/18 | 1237 | 6/11/18 | $2,513.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997991 | $12,412.50 | 8/23/18 | 1236 | 6/11/18 | $2,513.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997991 | $12,412.50 | 8/23/18 | 1240 | 6/11/18 | $2,513.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997991 | $12,412.50 | 8/23/18 | 1239 | 6/11/18 | $2,513.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997991 | $12,412.50 | 8/23/18 | 1238 | 6/11/18 | $2,513.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997991 | $12,412.50 | 8/23/18 | 7705051019 | 7/26/18 | -$2.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997991 | $12,412.50 | 8/23/18 | 8361AD080518AX9 | 8/3/18 | -$2.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997991 | $12,412.50 | 8/23/18 | VPASN993118585 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001424 | $2,511.50 | 9/3/18 | 1235 | 6/11/18 | $2,517.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001424 | $2,511.50 | 9/3/18 | 8361AD081218AT3 | 8/10/18 | -$5.50 |

Totals:    3 transfer(s),  $18,174.40