Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenanddykman.com
      mkwiatkowski@cullenanddykman.com

    and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
      john@russelljohnsonlawfirm.com

*Co-Counsel for New York State Electric and Gas Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### CERTIFICATE OF SERVICE

    I, Michael Kwiatkowski, hereby certify that on November 8, 2019, I caused true and correct copy of *Notice of Withdrawal of Application of New York State Electric and Gas Corporation Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461]*

*for Payment from the Adequate Assurance Account* [ECF No. 5799] to be served (i) via CM/ECF electronic notice on all parties who receive such notice, and (ii) upon the individuals listed below via electronic mail (email) at the email address set forth below.

    Paul Schwartzberg - paul.schwartzberg@usdoj.gov
    Richard Morrissey - richard.morrissey@usdoj.gov
    Ray C. Schrock, P.C. - ray.schrock@weil.com
    Jacqueline Marcus - jacqueline.marcus@weil.com
    Garrett A. Fail - garrett.fail@weil.com
    Sunny Singh - sunny.singh@weil.com
    Jared R. Friedmann - Jared.Friedmann@weil.com
    Jessie B. Mishkin, Esq. - Jessie.Mishkin@weil.com

                                      */s/ Michael Kwiatkowski*
                                      Michael Kwiatkowski