**Defendant:** Prestone Products Corporation
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980112 | $14,396.92 | 7/17/18 | 2264738 | 5/7/18 | $8,907.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980112 | $14,396.92 | 7/17/18 | 2265682 | 5/10/18 | $5,950.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980112 | $14,396.92 | 7/17/18 | 3834053231 | 6/28/18 | -$1.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980112 | $14,396.92 | 7/17/18 | 3059047559 | 6/28/18 | -$8.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980112 | $14,396.92 | 7/17/18 | 3086020465 | 6/29/18 | -$12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980112 | $14,396.92 | 7/17/18 | VPPS00000208893 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980112 | $14,396.92 | 7/17/18 | VPOT991483479 | 7/1/18 | -$288.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983401 | $14,941.47 | 7/24/18 | 2267938 | 5/18/18 | $5,248.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983401 | $14,941.47 | 7/24/18 | 2267940 | 5/18/18 | $5,248.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983401 | $14,941.47 | 7/24/18 | 2267939 | 5/18/18 | $5,248.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983401 | $14,941.47 | 7/24/18 | MA18188711875 | 7/7/18 | -$648.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983401 | $14,941.47 | 7/24/18 | VPPS00000270582 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983401 | $14,941.47 | 7/24/18 | 3678037662 | 7/10/18 | -$6.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990332 | $440.12 | 8/9/18 | 2270860 | 5/30/18 | $1,204.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990332 | $440.12 | 8/9/18 | 7223068953 | 7/11/18 | -$12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990332 | $440.12 | 8/9/18 | 4470031589 | 7/21/18 | -$1.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990332 | $440.12 | 8/9/18 | VPOT991484652 | 7/22/18 | -$297.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990332 | $440.12 | 8/9/18 | VPOT991484651 | 7/22/18 | -$445.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990332 | $440.12 | 8/9/18 | 9589029355 | 7/23/18 | -$3.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990332 | $440.12 | 8/9/18 | 3722023794 | 7/25/18 | -$3.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993994 | $5,930.88 | 8/16/18 | 2272165 | 6/4/18 | $5,950.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993994 | $5,930.88 | 8/16/18 | 4421040041 | 7/30/18 | -$2.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993994 | $5,930.88 | 8/16/18 | 3829074765 | 7/31/18 | -$17.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998008 | $4,543.97 | 8/23/18 | 2274637 | 6/12/18 | $5,950.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998008 | $4,543.97 | 8/23/18 | 3501034112 | 8/1/18 | -$8.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998008 | $4,543.97 | 8/23/18 | 7274012815 | 8/2/18 | -$12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998008 | $4,543.97 | 8/23/18 | 3495018508 | 8/4/18 | -$8.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998008 | $4,543.97 | 8/23/18 | MA18216711875 | 8/4/18 | -$594.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998008 | $4,543.97 | 8/23/18 | VPOT991485543 | 8/5/18 | -$257.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998008 | $4,543.97 | 8/23/18 | VPOT991485542 | 8/5/18 | -$257.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998008 | $4,543.97 | 8/23/18 | VPOT991485541 | 8/5/18 | -$257.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998008 | $4,543.97 | 8/23/18 | 3056031090 | 8/6/18 | -$8.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001441 | $14,162.25 | 9/3/18 | 2276178 | 6/18/18 | $5,950.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001441 | $14,162.25 | 9/3/18 | 2276527 | 6/19/18 | $8,391.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001441 | $14,162.25 | 9/3/18 | 3982020579 | 8/10/18 | -$12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001441 | $14,162.25 | 9/3/18 | VPASN993119128 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001441 | $14,162.25 | 9/3/18 | 3235040729 | 8/13/18 | -$8.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001441 | $14,162.25 | 9/3/18 | 3268015256 | 8/14/18 | -$8.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004883 | $9,334.80 | 9/10/18 | 2276875 | 6/20/18 | $1,206.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004883 | $9,334.80 | 9/10/18 | 2278533 | 6/26/18 | $5,918.40 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004883 | $9,334.80 | 9/10/18 | 2278472 | 6/26/18 | $1,297.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004883 | $9,334.80 | 9/10/18 | 2279270 | 6/28/18 | $1,228.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004883 | $9,334.80 | 9/10/18 | 3725032395 | 8/15/18 | -$8.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004883 | $9,334.80 | 9/10/18 | 3982020599 | 8/16/18 | -$9.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004883 | $9,334.80 | 9/10/18 | VPOT991486679 | 8/19/18 | -$297.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012439 | $4,715.80 | 9/24/18 | 2280347 | 7/3/18 | $1,206.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012439 | $4,715.80 | 9/24/18 | 2282754 | 7/11/18 | $5,281.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012439 | $4,715.80 | 9/24/18 | 4257020761 | 8/25/18 | -$1.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012439 | $4,715.80 | 9/24/18 | MA18244711875 | 9/1/18 | -$1,350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012439 | $4,715.80 | 9/24/18 | VPOT991488038 | 9/2/18 | -$419.58 |

Totals:    8 transfer(s),  $68,466.21