Defendant: **Qcoefficient Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084372 | $5,000.00 | 8/15/18 | 1702 | 5/26/18 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994021 | $19,000.00 | 8/16/18 | 1703 | 6/1/18 | $19,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008445 | $19,000.00 | 9/17/18 | 1704 | 7/1/18 | $19,000.00 |

Totals:   3 transfer(s),  $43,000.00