Defendant: **Renzo Excavating LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001495 | $15,980.00 | 9/3/18 | 4536 | 3/26/18 | $5,685.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001495 | $15,980.00 | 9/3/18 | 4537 | 4/9/18 | $10,295.00 |

Totals:   1 transfer(s),  $15,980.00