Defendant: **Ricoh Production Print Solutions**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980181 | $1,169.62 | 7/17/18 | 5053580385 | 6/2/18 | $263.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980181 | $1,169.62 | 7/17/18 | 5053580393 | 6/2/18 | $233.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980181 | $1,169.62 | 7/17/18 | 5053580391 | 6/2/18 | $177.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980181 | $1,169.62 | 7/17/18 | 5053580379 | 6/2/18 | $170.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980181 | $1,169.62 | 7/17/18 | 5053580387 | 6/2/18 | $131.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980181 | $1,169.62 | 7/17/18 | 5053580390 | 6/2/18 | $116.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980181 | $1,169.62 | 7/17/18 | 5053580382 | 6/2/18 | $76.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995073 | $1,294.79 | 8/17/18 | 5053580384 | 6/2/18 | $142.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995073 | $1,294.79 | 8/17/18 | 5053580386 | 6/2/18 | $141.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995073 | $1,294.79 | 8/17/18 | 5053890061 | 7/2/18 | $211.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995073 | $1,294.79 | 8/17/18 | 5053890037 | 7/2/18 | $179.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995073 | $1,294.79 | 8/17/18 | 5053890036 | 7/2/18 | $163.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995073 | $1,294.79 | 8/17/18 | 5053890082 | 7/2/18 | $131.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995073 | $1,294.79 | 8/17/18 | 5053890055 | 7/2/18 | $124.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995073 | $1,294.79 | 8/17/18 | 5053890056 | 7/2/18 | $118.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995073 | $1,294.79 | 8/17/18 | 5053890083 | 7/2/18 | $81.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010470 | $296.16 | 9/19/18 | 5053890084 | 7/2/18 | $192.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010470 | $296.16 | 9/19/18 | 5053890060 | 7/2/18 | $103.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011254 | $21,576.63 | 9/20/18 | 5054121231 | 8/2/18 | $3,653.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011254 | $21,576.63 | 9/20/18 | 5054121233 | 8/2/18 | $3,601.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011254 | $21,576.63 | 9/20/18 | 5054121224 | 8/2/18 | $3,555.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011254 | $21,576.63 | 9/20/18 | 5054121227 | 8/2/18 | $3,527.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011254 | $21,576.63 | 9/20/18 | 5054121222 | 8/2/18 | $2,529.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011254 | $21,576.63 | 9/20/18 | 5054121235 | 8/2/18 | $2,430.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011254 | $21,576.63 | 9/20/18 | 5054121228 | 8/2/18 | $2,279.04 |

Totals:    4 transfer(s),  $24,337.20