| Defendant: | Rugs America Corporation |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | VPASN993110987 | 2/18/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | VPASN993110606 | 2/18/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | VPASN993110986 | 2/18/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | VPASN993110988 | 2/18/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | VPOT991472961 | 2/18/18 | -$315.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | VBCRT0517003192 | 2/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | VPASN993111257 | 2/25/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | VPASN993111256 | 2/25/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | MA18114709590 | 4/24/18 | -$3,562.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025416 | 6/28/18 | $93.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025415 | 6/29/18 | $465.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025400 | 7/3/18 | $1,024.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025420 | 7/3/18 | $1,024.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025423 | 7/3/18 | $931.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025412 | 7/3/18 | $651.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025427 | 7/3/18 | $465.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025418 | 7/3/18 | $465.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025430 | 7/3/18 | $372.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025417 | 7/3/18 | $372.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025410 | 7/3/18 | $279.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025425 | 7/3/18 | $279.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025411 | 7/3/18 | $186.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025426 | 7/3/18 | $186.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025419 | 7/3/18 | $186.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996744 | $2,148.92 | 8/21/18 | 40025424 | 7/3/18 | $93.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998090 | $4,097.28 | 8/23/18 | 40025292 | 7/10/18 | $1,489.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998090 | $4,097.28 | 8/23/18 | 40025291 | 7/10/18 | $838.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998090 | $4,097.28 | 8/23/18 | 40025287 | 7/10/18 | $465.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998090 | $4,097.28 | 8/23/18 | 40025289 | 7/10/18 | $372.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998090 | $4,097.28 | 8/23/18 | 40025290 | 7/10/18 | $372.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998090 | $4,097.28 | 8/23/18 | 40025283 | 7/10/18 | $186.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998090 | $4,097.28 | 8/23/18 | 40025284 | 7/10/18 | $186.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998090 | $4,097.28 | 8/23/18 | 40025288 | 7/10/18 | $93.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998090 | $4,097.28 | 8/23/18 | 40025282 | 7/10/18 | $93.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998594 | $20,476.23 | 8/28/18 | 40025831 | 7/10/18 | $7,068.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998594 | $20,476.23 | 8/28/18 | 40025520 | 7/10/18 | $6,236.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998594 | $20,476.23 | 8/28/18 | 40025829 | 7/10/18 | $4,157.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998594 | $20,476.23 | 8/28/18 | 40025828 | 7/10/18 | $1,647.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998594 | $20,476.23 | 8/28/18 | 40025830 | 7/10/18 | $1,179.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998594 | $20,476.23 | 8/28/18 | 40025516 | 7/10/18 | $186.24 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999432 | $3,742.03 | 8/29/18 | 40025519 | 7/10/18 | $3,742.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000831 | $2,078.90 | 8/31/18 | 40025832 | 7/10/18 | $2,078.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005496 | $744.96 | 9/11/18 | 40026741 | 7/18/18 | $744.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009171 | $13,850.90 | 9/18/18 | 40025422 | 7/3/18 | $3,352.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009171 | $13,850.90 | 9/18/18 | 40025414 | 7/3/18 | $1,769.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009171 | $13,850.90 | 9/18/18 | 40025429 | 7/3/18 | $1,583.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009171 | $13,850.90 | 9/18/18 | 40025413 | 7/3/18 | $186.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009171 | $13,850.90 | 9/18/18 | 40025428 | 7/3/18 | $93.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009171 | $13,850.90 | 9/18/18 | 40026884 | 8/1/18 | $3,627.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009171 | $13,850.90 | 9/18/18 | 40026883 | 8/1/18 | $2,494.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009171 | $13,850.90 | 9/18/18 | 40026882 | 8/1/18 | $744.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013066 | $1,024.32 | 9/25/18 | 40025286 | 7/10/18 | $744.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013066 | $1,024.32 | 9/25/18 | 40025285 | 7/10/18 | $279.36 |

Totals:    8 transfer(s),  $48,163.54