Defendant: **Ruyi Design & Manufacture Inc.**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998597 | $78,243.23 | 8/28/18 | 8710K47674167 | 6/5/14 | -$6.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998597 | $78,243.23 | 8/28/18 | 8710K47730936 | 8/27/14 | -$6.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998597 | $78,243.23 | 8/28/18 | 8710K47759118 | 10/18/14 | -$44.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998597 | $78,243.23 | 8/28/18 | 8710K47778706 | 12/3/14 | -$6.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998597 | $78,243.23 | 8/28/18 | 8710K47781180 | 12/11/14 | -$6.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998597 | $78,243.23 | 8/28/18 | 8710K57825788 | 2/18/15 | -$6.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998597 | $78,243.23 | 8/28/18 | 9323B54902840 | 2/18/15 | -$28.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998597 | $78,243.23 | 8/28/18 | 8710K57839214 | 3/6/15 | -$14.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998597 | $78,243.23 | 8/28/18 | SE171208 | 12/8/17 | $42,967.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998597 | $78,243.23 | 8/28/18 | SE171208-1 | 12/8/17 | $35,394.00 |

**Totals:**   **1 transfer(s),  $78,243.23**