Defendant: **Segerdahl Corporation**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002987 | $31,963.61 | 9/5/18 | 100984Z059 | 6/18/18 | $31,963.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009216 | $22,041.33 | 9/18/18 | 100847Z100 | 6/30/18 | $21,350.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009216 | $22,041.33 | 9/18/18 | 101886M006 | 6/30/18 | $691.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010528 | $10,187.68 | 9/19/18 | 100759M002 | 7/2/18 | $8,647.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010528 | $10,187.68 | 9/19/18 | 101165M006 | 7/2/18 | $1,540.23 |

**Totals:**    3 transfer(s),  **$64,192.62**