Defendant:          **Shaker Hill Landscape and Nursery Co.**

Bankruptcy Case     **Sears Holding Corporation, et al.**

Preference Period:  **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995175 | $12,524.00 | 8/17/18 | 6115 | 4/1/17 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995175 | $12,524.00 | 8/17/18 | 6113 | 3/1/18 | $4,999.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995175 | $12,524.00 | 8/17/18 | 6100 | 3/1/18 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995175 | $12,524.00 | 8/17/18 | 6105 | 3/1/18 | $1,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995175 | $12,524.00 | 8/17/18 | 6114 | 3/1/18 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995175 | $12,524.00 | 8/17/18 | 6101 | 4/1/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995175 | $12,524.00 | 8/17/18 | 6116 | 5/1/18 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995175 | $12,524.00 | 8/17/18 | 6102 | 5/1/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995175 | $12,524.00 | 8/17/18 | 6117 | 6/1/18 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995175 | $12,524.00 | 8/17/18 | 6103 | 6/1/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998660 | $6,300.00 | 8/28/18 | 6106 | 4/1/18 | $1,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998660 | $6,300.00 | 8/28/18 | 6110 | 4/1/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998660 | $6,300.00 | 8/28/18 | 6107 | 5/1/18 | $1,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998660 | $6,300.00 | 8/28/18 | 6111 | 5/1/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998660 | $6,300.00 | 8/28/18 | 6108 | 6/1/18 | $1,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998660 | $6,300.00 | 8/28/18 | 6112 | 6/1/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013140 | $5,925.00 | 9/25/18 | 6109 | 3/1/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013140 | $5,925.00 | 9/25/18 | 6181 | 5/1/18 | $4,950.00 |

**Totals:**     **3 transfer(s),  $24,749.00**