Defendant: **Smith & Vandiver Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32034036 | $34,866.00 | 8/8/18 | VT48388WAMF | 11/10/09 | -$100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034036 | $34,866.00 | 8/8/18 | VT48388FWL | 11/10/09 | -$550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034036 | $34,866.00 | 8/8/18 | VT2010WAMF | 12/18/09 | -$100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034036 | $34,866.00 | 8/8/18 | INV027520 | 5/9/18 | $11,256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034036 | $34,866.00 | 8/8/18 | INV027519 | 5/16/18 | $8,544.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034036 | $34,866.00 | 8/8/18 | INV027517 | 5/16/18 | $5,316.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034036 | $34,866.00 | 8/8/18 | INV027518 | 5/16/18 | $4,404.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034036 | $34,866.00 | 8/8/18 | INV027522 | 5/16/18 | $3,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034036 | $34,866.00 | 8/8/18 | INV027526 | 5/16/18 | $2,856.00 |

Totals:    1 transfer(s),  $34,866.00