Defendant: **Softeon Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984973 | $1,700.00 | 7/26/18 | 1805143 | 5/14/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984973 | $1,700.00 | 7/26/18 | 1805143 | 5/14/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984973 | $1,700.00 | 7/26/18 | 1805143 | 5/14/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984973 | $1,700.00 | 7/26/18 | 1805143 | 5/14/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984973 | $1,700.00 | 7/26/18 | 1805143 | 5/14/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984973 | $1,700.00 | 7/26/18 | 1805143 | 5/14/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992547 | $19,400.00 | 8/14/18 | 1807093 | 7/9/18 | $13,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992547 | $19,400.00 | 8/14/18 | 1807096 | 7/9/18 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995216 | $3,200.00 | 8/17/18 | 18060124 | 6/1/18 | $1,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995216 | $3,200.00 | 8/17/18 | 18050335 | 6/1/18 | $1,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013953 | $15,400.00 | 9/26/18 | 1807095 | 7/9/18 | $8,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013953 | $15,400.00 | 9/26/18 | 1807094 | 7/9/18 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013953 | $15,400.00 | 9/26/18 | 1807094 | 7/9/18 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013953 | $15,400.00 | 9/26/18 | 1807094 | 7/9/18 | $300.00 |

Totals:    4 transfer(s),  $39,700.00