Defendant: **Sprinklr Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086190 | $66,000.00 | 9/20/18 | 29535 | 6/30/18 | $50,798.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086190 | $66,000.00 | 9/20/18 | 29535 | 6/30/18 | $10,177.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086190 | $66,000.00 | 9/20/18 | 29535 | 6/30/18 | $3,237.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086190 | $66,000.00 | 9/20/18 | 29535 | 6/30/18 | $1,786.32 |

Totals:    1 transfer(s),  $66,000.00