Defendant: **Stauffer Family LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980834 | $1,584.00 | 7/18/18 | 1077 | 5/29/18 | $1,584.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987589 | $374.40 | 8/1/18 | 1072 | 4/5/18 | $374.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002217 | $40,127.34 | 9/4/18 | 1078 | 7/13/18 | $27,456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002217 | $40,127.34 | 9/4/18 | 1079 | 7/13/18 | $12,672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002217 | $40,127.34 | 9/4/18 | 8361AD081218A70 | 8/10/18 | -$0.66 |

Totals: 3 transfer(s), $42,085.74