Defendant: **The News and Observer Publishing Company**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994919 | $15,670.64 | 8/17/18 | 518100362 | 6/1/18 | $13,048.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994919 | $15,670.64 | 8/17/18 | 618104466 | 6/1/18 | $1,572.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994919 | $15,670.64 | 8/17/18 | 518104466 | 6/1/18 | $1,049.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998535 | $9,816.41 | 8/28/18 | 618104466 | 6/1/18 | $9,816.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002013 | $2,770.16 | 9/4/18 | 618104466 | 6/1/18 | $2,770.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010350 | $1,391.76 | 9/19/18 | 718104466 | 7/2/18 | $1,391.76 |

Totals:    4 transfer(s),  $29,648.97