Defendant: **TJD Holdings Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 8361AD062418BT5 | 6/22/18 | -$4.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 8361AD070118B61 | 6/29/18 | -$4.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 8361AD070818BW6 | 7/6/18 | -$2.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 1065074 | 7/13/18 | $2,332.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 1065077 | 7/13/18 | $1,658.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 1065073 | 7/13/18 | $1,382.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 1065070 | 7/13/18 | $1,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 1065072 | 7/13/18 | $1,218.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 1065079 | 7/13/18 | $983.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 1065071 | 7/13/18 | $881.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 1065076 | 7/13/18 | $768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 1065078 | 7/13/18 | $522.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991167 | $11,015.92 | 8/10/18 | 8361AD071518BQ4 | 7/13/18 | -$15.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995375 | $11,943.36 | 8/17/18 | 1065080 | 7/13/18 | $2,047.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995375 | $11,943.36 | 8/17/18 | 1065075 | 7/13/18 | $1,213.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995375 | $11,943.36 | 8/17/18 | 1066607 | 7/19/18 | $8,682.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998785 | $40,154.71 | 8/28/18 | 1066610 | 7/19/18 | $15,458.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998785 | $40,154.71 | 8/28/18 | 1066608 | 7/19/18 | $11,590.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998785 | $40,154.71 | 8/28/18 | 1066605 | 7/19/18 | $8,115.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998785 | $40,154.71 | 8/28/18 | 1066606 | 7/19/18 | $5,043.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998785 | $40,154.71 | 8/28/18 | 8361AD080518B10 | 8/3/18 | -$52.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008609 | $1,673.23 | 9/17/18 | 8361AD081218BN6 | 8/10/18 | -$15.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008609 | $1,673.23 | 9/17/18 | 8361AD082618B38 | 8/24/18 | -$35.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008609 | $1,673.23 | 9/17/18 | CD3103070ED | 8/30/18 | $1,724.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013976 | $13,576.31 | 9/26/18 | 1070671 | 7/31/18 | $13,624.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013976 | $13,576.31 | 9/26/18 | 8361AD090218BX2 | 8/31/18 | -$21.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013976 | $13,576.31 | 9/26/18 | 8361AD090918BS6 | 9/7/18 | -$26.74 |

Totals:    5 transfer(s),  $78,363.53