| Defendant: | Transporte Bairoa Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082124 | $2,585.05 | 7/17/18 | 1618 | 5/21/18 | $2,585.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083857 | $9,465.20 | 8/15/18 | 2018 | 6/18/18 | $2,585.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083857 | $9,465.20 | 8/15/18 | 1918 | 6/18/18 | $2,585.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083857 | $9,465.20 | 8/15/18 | 1818 | 6/18/18 | $2,585.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083857 | $9,465.20 | 8/15/18 | 1718 | 6/18/18 | $2,585.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083857 | $9,465.20 | 8/15/18 | 2118 | 6/18/18 | -$875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084487 | $2,585.05 | 8/22/18 | 2218 | 6/22/18 | $2,585.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084968 | $5,170.10 | 9/7/18 | 2418 | 7/6/18 | $2,585.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084968 | $5,170.10 | 9/7/18 | 2318 | 7/6/18 | $2,585.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085286 | $2,585.05 | 9/14/18 | 2518 | 7/13/18 | $2,585.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087130 | $7,497.91 | 10/12/18 | 2618 | 7/21/18 | $2,585.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087130 | $7,497.91 | 10/12/18 | 2818 | 7/28/18 | $2,456.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087130 | $7,497.91 | 10/12/18 | 2718 | 7/28/18 | $2,456.43 |

Totals:    6 transfer(s),  $29,888.36