Defendant: **Vanderbilt Home Products LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984325 | $550.90 | 7/25/18 | 152758-01 | 6/14/18 | $558.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984325 | $550.90 | 7/25/18 | VPOT991483932 | 7/8/18 | -$7.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985597 | $138.41 | 7/27/18 | 153109-01 | 6/24/18 | $143.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985597 | $138.41 | 7/27/18 | 8361AD071518B55 | 7/13/18 | -$5.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986340 | $2,824.92 | 7/30/18 | 153116-01 | 6/28/18 | $2,824.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987055 | $3,820.99 | 7/31/18 | 153112-01 | 6/21/18 | $3,659.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987055 | $3,820.99 | 7/31/18 | 153113-01 | 6/24/18 | $161.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987732 | $3,331.36 | 8/1/18 | 153110-01 | 6/21/18 | $2,396.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987732 | $3,331.36 | 8/1/18 | 153119-01 | 6/24/18 | $89.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987732 | $3,331.36 | 8/1/18 | 153115-01 | 6/25/18 | $754.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987732 | $3,331.36 | 8/1/18 | 153120-01 | 6/26/18 | $91.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988420 | $6,366.61 | 8/2/18 | 153118-01 | 6/24/18 | $2,880.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988420 | $6,366.61 | 8/2/18 | 153117-01 | 6/24/18 | $879.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988420 | $6,366.61 | 8/2/18 | 153114-01 | 6/26/18 | $2,606.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989036 | $538.65 | 8/7/18 | 153111-01 | 6/24/18 | $538.65 |

Totals:     7 transfer(s),  $17,571.84