Defendant: **Visser Greenhouses Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980995 | $1,649.17 | 7/18/18 | 78 | 5/2/18 | $1,649.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987750 | $1,658.70 | 8/1/18 | 81 | 5/18/18 | $1,658.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991259 | $2,623.26 | 8/10/18 | 82 | 5/23/18 | $2,623.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998886 | $14,175.85 | 8/28/18 | 75 | 5/1/18 | $3,869.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998886 | $14,175.85 | 8/28/18 | 79 | 5/8/18 | $2,425.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998886 | $14,175.85 | 8/28/18 | 80 | 5/9/18 | $6,787.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998886 | $14,175.85 | 8/28/18 | 83 | 5/29/18 | $1,092.89 |

Totals:    4 transfer(s),  $20,106.98