| Defendant: | W E Bassett Company |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981005 | $2,304.27 | 7/18/18 | 1642945 | 6/8/18 | $1,487.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981005 | $2,304.27 | 7/18/18 | 1642819 | 6/8/18 | $420.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981005 | $2,304.27 | 7/18/18 | 1642818 | 6/8/18 | $329.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981005 | $2,304.27 | 7/18/18 | 1643066 | 6/8/18 | $67.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984352 | $13,313.28 | 7/25/18 | 1643877 | 6/13/18 | $500.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984352 | $13,313.28 | 7/25/18 | 1644094 | 6/14/18 | $609.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984352 | $13,313.28 | 7/25/18 | 1644752 | 6/15/18 | $420.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984352 | $13,313.28 | 7/25/18 | 1644968 | 6/18/18 | $11,973.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984352 | $13,313.28 | 7/25/18 | MA18188707697 | 7/7/18 | -$46.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984352 | $13,313.28 | 7/25/18 | MA18188707696 | 7/7/18 | -$143.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987758 | $19,928.63 | 8/1/18 | 1642147 | 6/6/18 | $7,268.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987758 | $19,928.63 | 8/1/18 | 1643120 | 6/11/18 | $5,042.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987758 | $19,928.63 | 8/1/18 | 1646309 | 6/22/18 | $899.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987758 | $19,928.63 | 8/1/18 | 1646161 | 6/22/18 | $252.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987758 | $19,928.63 | 8/1/18 | 1646162 | 6/22/18 | $67.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987758 | $19,928.63 | 8/1/18 | 1646924 | 6/25/18 | $6,851.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987758 | $19,928.63 | 8/1/18 | 1646906 | 6/25/18 | $455.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987758 | $19,928.63 | 8/1/18 | 8361D006339045 | 7/18/18 | -$20.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987758 | $19,928.63 | 8/1/18 | 8361D006339044 | 7/18/18 | -$887.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991267 | $1,309.90 | 8/10/18 | 1647936 | 6/28/18 | $856.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991267 | $1,309.90 | 8/10/18 | 1648506 | 6/29/18 | $252.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991267 | $1,309.90 | 8/10/18 | 1648498 | 6/29/18 | $201.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995498 | $987.72 | 8/17/18 | 1649594 | 7/5/18 | $735.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995498 | $987.72 | 8/17/18 | 1649670 | 7/6/18 | $252.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998892 | $8,066.18 | 8/28/18 | 1651290 | 7/12/18 | $872.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998892 | $8,066.18 | 8/28/18 | 1652055 | 7/16/18 | $7,469.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998892 | $8,066.18 | 8/28/18 | MA18216707697 | 8/4/18 | -$26.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998892 | $8,066.18 | 8/28/18 | MA18216707696 | 8/4/18 | -$249.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002385 | $11,024.44 | 9/4/18 | 1653103 | 7/19/18 | $84.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002385 | $11,024.44 | 9/4/18 | 1653028 | 7/19/18 | $67.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002385 | $11,024.44 | 9/4/18 | 1653104 | 7/19/18 | $67.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002385 | $11,024.44 | 9/4/18 | 1653665 | 7/20/18 | $4,104.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002385 | $11,024.44 | 9/4/18 | 1653659 | 7/20/18 | $632.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002385 | $11,024.44 | 9/4/18 | 1653975 | 7/23/18 | $6,069.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005781 | $1,545.13 | 9/11/18 | 1654413 | 7/25/18 | $706.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005781 | $1,545.13 | 9/11/18 | 1655324 | 7/27/18 | $168.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005781 | $1,545.13 | 9/11/18 | 1655778 | 7/28/18 | $603.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005781 | $1,545.13 | 9/11/18 | 1655898 | 7/30/18 | $67.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009500 | $4,644.40 | 9/18/18 | 1656864 | 8/2/18 | $953.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009500 | $4,644.40 | 9/18/18 | 1656810 | 8/2/18 | $252.34 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009500 | $4,644.40 | 9/18/18 | 1656811 | 8/2/18 | $67.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009500 | $4,644.40 | 9/18/18 | 1657465 | 8/6/18 | $4,167.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009500 | $4,644.40 | 9/18/18 | 8361D006390763 | 8/27/18 | -$11.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009500 | $4,644.40 | 9/18/18 | 8361D006390762 | 8/27/18 | -$784.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013360 | $12,373.65 | 9/25/18 | 1655897 | 7/30/18 | $7,457.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013360 | $12,373.65 | 9/25/18 | 1658594 | 8/9/18 | $547.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013360 | $12,373.65 | 9/25/18 | 1658933 | 8/10/18 | $84.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013360 | $12,373.65 | 9/25/18 | 1659433 | 8/14/18 | $4,345.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013360 | $12,373.65 | 9/25/18 | 1659432 | 8/14/18 | $67.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013360 | $12,373.65 | 9/25/18 | MA18244707697 | 9/1/18 | -$19.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013360 | $12,373.65 | 9/25/18 | MA18244707696 | 9/1/18 | -$109.35 |

Totals:    10 transfer(s),  $75,497.60