Defendant: **Walsh Media Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000146 | $723.00 | 8/30/18 | 59142 | 7/12/18 | $361.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000146 | $723.00 | 8/30/18 | 59143 | 7/12/18 | $361.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000952 | $12,801.00 | 8/31/18 | 59155 | 7/13/18 | $12,801.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011912 | $11,521.00 | 9/21/18 | 59252 | 8/1/18 | $10,537.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011912 | $11,521.00 | 9/21/18 | 59253 | 8/1/18 | $983.50 |

Totals:   3 transfer(s),  $25,045.00