Defendant: **Wick Communications Company**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084115 | $13,811.68 | 8/9/18 | 518101 | 6/1/18 | $13,811.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086768 | $10,440.31 | 9/27/18 | 618505364 | 7/2/18 | $10,440.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086694 | $5,416.08 | 9/27/18 | 718505364 | 8/1/18 | $5,416.08 |

Totals:    3 transfer(s),  $29,668.07