| | | |
|---|---|---|
| Defendant: | **YM Trading Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50727 | 4/6/18 | $80.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50727 | 4/6/18 | $40.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50726 | 4/9/18 | $2,727.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50728 | 4/9/18 | $464.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50728 | 4/9/18 | $303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50628 | 4/9/18 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50729 | 4/9/18 | $141.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50717 | 4/10/18 | $525.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50905 | 4/26/18 | $772.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50905 | 4/26/18 | $316.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | ACH050418 | 5/4/18 | -$4,872.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50946 | 5/7/18 | $8,130.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50944 | 5/7/18 | $6,233.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50948 | 5/7/18 | $4,374.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50945 | 5/7/18 | $3,718.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50944 | 5/7/18 | $3,227.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50947 | 5/7/18 | $2,943.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50948 | 5/7/18 | $138.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | ACH051718 | 5/17/18 | -$37,827.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 50866 | 5/23/18 | $3,857.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 51144 | 6/4/18 | $32,256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 51183 | 6/8/18 | $20,277.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 51184 | 6/8/18 | $17,606.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 51185 | 6/8/18 | $5,148.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | 51186 | 6/8/18 | $4,070.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | ACH061318 | 6/13/18 | -$67,454.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996818 | $7,287.93 | 8/21/18 | VPTRAN80718002 | 7/13/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997554 | $11,880.00 | 8/22/18 | 51001 | 5/11/18 | $3,326.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997554 | $11,880.00 | 8/22/18 | 51004 | 5/11/18 | $2,811.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997554 | $11,880.00 | 8/22/18 | 50999 | 5/11/18 | $1,702.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997554 | $11,880.00 | 8/22/18 | 51003 | 5/11/18 | $1,524.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997554 | $11,880.00 | 8/22/18 | 51000 | 5/11/18 | $1,386.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997554 | $11,880.00 | 8/22/18 | 51002 | 5/11/18 | $1,128.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013408 | $1,558.08 | 9/25/18 | 51314 | 7/2/18 | $7,191.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013408 | $1,558.08 | 9/25/18 | 51315 | 7/2/18 | $6,247.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013408 | $1,558.08 | 9/25/18 | 51316 | 7/2/18 | $4,157.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013408 | $1,558.08 | 9/25/18 | 51318 | 7/2/18 | $3,697.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013408 | $1,558.08 | 9/25/18 | 51317 | 7/2/18 | $3,213.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013408 | $1,558.08 | 9/25/18 | ACH071618 | 7/16/18 | -$22,966.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013408 | $1,558.08 | 9/25/18 | YMT6663 | 7/23/18 | $16.80 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Totals: | 3 transfer(s), $20,726.01 | | | | | | |

YM Trading Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019                                        Exhibit A                                        P. 2