| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Yoyo Lip Gloss Inc. | | | | | | |
| Bankruptcy Case: | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | VPASN993113476 | 4/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | 8361D006273386 | 4/26/18 | -$205.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | VPASN993113716 | 4/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | VPASN993113717 | 4/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | VPASN993113715 | 4/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | VPASN993113714 | 4/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | VPASN993113713 | 4/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | 2018-14941 | 5/31/18 | $6,407.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | 8361D006304822 | 6/5/18 | -$463.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | VPTRAN80618010 | 6/8/18 | -$414.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | 8361D006323432 | 6/12/18 | -$519.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991325 | $3,611.16 | 8/10/18 | 8361D006343926 | 7/18/18 | -$293.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995588 | $43,811.75 | 8/17/18 | 2018-14940 | 5/23/18 | $15,329.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995588 | $43,811.75 | 8/17/18 | 2018-14939 | 5/23/18 | $13,203.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995588 | $43,811.75 | 8/17/18 | 2018-14951 | 5/23/18 | $6,107.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995588 | $43,811.75 | 8/17/18 | 2018-14942 | 5/23/18 | $4,850.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995588 | $43,811.75 | 8/17/18 | 2018-14938 | 5/23/18 | $3,982.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995588 | $43,811.75 | 8/17/18 | 2018-15024 | 5/31/18 | $643.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995588 | $43,811.75 | 8/17/18 | 8361D006372828 | 7/26/18 | -$304.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998950 | $2,324.40 | 8/28/18 | 2018-15023 | 6/2/18 | $1,072.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998950 | $2,324.40 | 8/28/18 | 2018-15025 | 6/2/18 | $393.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998950 | $2,324.40 | 8/28/18 | 201815026 | 6/2/18 | $357.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998950 | $2,324.40 | 8/28/18 | 2018-15027 | 6/2/18 | $321.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998950 | $2,324.40 | 8/28/18 | 2018-15017 | 6/2/18 | $178.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002449 | $2,718.48 | 9/4/18 | 2018-15276 | 6/19/18 | $1,613.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002449 | $2,718.48 | 9/4/18 | 2018-15275 | 6/19/18 | $1,254.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002449 | $2,718.48 | 9/4/18 | VPASN993119127 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005839 | $1,462.32 | 9/11/18 | 2018-14946 | 6/19/18 | $1,314.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005839 | $1,462.32 | 9/11/18 | 2018-14946 | 6/19/18 | $597.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005839 | $1,462.32 | 9/11/18 | VPASN993119514 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005839 | $1,462.32 | 9/11/18 | VPASN993119515 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005839 | $1,462.32 | 9/11/18 | VPASN993119516 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009568 | $2,447.76 | 9/18/18 | 2018-14948 | 6/19/18 | $1,254.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009568 | $2,447.76 | 9/18/18 | 2018-14950 | 6/19/18 | $956.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009568 | $2,447.76 | 9/18/18 | 2018-14951 | 6/19/18 | $537.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009568 | $2,447.76 | 9/18/18 | 2018-14947 | 6/19/18 | $298.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009568 | $2,447.76 | 9/18/18 | VPASN993119824 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009568 | $2,447.76 | 9/18/18 | VPASN993119821 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009568 | $2,447.76 | 9/18/18 | VPASN993119822 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009568 | $2,447.76 | 9/18/18 | VPASN993119823 | 8/26/18 | -$150.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Totals: | 6 transfer(s), $56,375.87 | | | | | | |