Defendant: **Ad Art Company**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008672 | $29,921.00 | 9/18/18 | 206374 | 7/1/18 | $27,101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008672 | $29,921.00 | 9/18/18 | 206399 | 7/1/18 | $2,820.00 |

Totals: 1 transfer(s), $29,921.00