**Defendant:** American De Rosa Lamparts LLC
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980353 | $11,127.40 | 7/18/18 | A927449 | 6/7/18 | $5,315.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980353 | $11,127.40 | 7/18/18 | A927446 | 6/7/18 | $1,307.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980353 | $11,127.40 | 7/18/18 | A927445 | 6/7/18 | $767.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980353 | $11,127.40 | 7/18/18 | A928933 | 6/13/18 | $3,736.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981121 | $3,999.29 | 7/19/18 | A927879 | 6/8/18 | $1,531.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981121 | $3,999.29 | 7/19/18 | A927882 | 6/8/18 | $1,253.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981121 | $3,999.29 | 7/19/18 | A927875 | 6/8/18 | $569.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981121 | $3,999.29 | 7/19/18 | A930300 | 6/18/18 | $644.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983639 | $2,400.08 | 7/25/18 | A929848 | 6/15/18 | $415.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983639 | $2,400.08 | 7/25/18 | A930761 | 6/19/18 | $1,984.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984490 | $935.78 | 7/26/18 | A929846 | 6/15/18 | $1,278.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984490 | $935.78 | 7/26/18 | 8361D006372844 | 7/13/18 | -$342.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985044 | $3,260.62 | 7/27/18 | A927881 | 6/8/18 | $828.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985044 | $3,260.62 | 7/27/18 | A931089 | 6/20/18 | $2,432.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987099 | $3,325.59 | 8/1/18 | A932669 | 6/26/18 | $685.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987099 | $3,325.59 | 8/1/18 | A933351 | 6/27/18 | $2,640.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987882 | $925.98 | 8/2/18 | A932390 | 6/25/18 | $925.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989087 | $727.14 | 8/8/18 | A932670 | 6/26/18 | $727.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990592 | $1,379.40 | 8/10/18 | A932668 | 6/26/18 | $1,379.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991398 | $2,412.75 | 8/13/18 | A928934 | 6/13/18 | $2,412.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993445 | $531.99 | 8/16/18 | A933999 | 6/29/18 | $531.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996218 | $1,328.25 | 8/21/18 | A936210 | 7/10/18 | $733.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996218 | $1,328.25 | 8/21/18 | A936629 | 7/11/18 | $594.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997581 | $1,337.01 | 8/23/18 | A936895 | 7/12/18 | $1,337.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998223 | $4,616.99 | 8/28/18 | A934433 | 7/2/18 | $586.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998223 | $4,616.99 | 8/28/18 | A936208 | 7/10/18 | $1,938.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998223 | $4,616.99 | 8/28/18 | A936628 | 7/11/18 | $1,266.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998223 | $4,616.99 | 8/28/18 | A938258 | 7/17/18 | $825.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004449 | $1,192.71 | 9/10/18 | A940968 | 7/26/18 | $1,398.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004449 | $1,192.71 | 9/10/18 | 93000267535OP | 8/8/18 | -$65.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004449 | $1,192.71 | 9/10/18 | 93000383717OP | 8/8/18 | -$72.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004449 | $1,192.71 | 9/10/18 | 93000460999OP | 8/9/18 | -$68.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005905 | $1,028.28 | 9/12/18 | A942008 | 7/30/18 | $546.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005905 | $1,028.28 | 9/12/18 | A943078 | 8/2/18 | $481.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006451 | $808.47 | 9/13/18 | A942007 | 7/30/18 | $808.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008686 | $628.07 | 9/18/18 | A943075 | 8/2/18 | $628.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009663 | $2,033.05 | 9/19/18 | A943077 | 8/2/18 | $2,033.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010709 | $1,738.37 | 9/20/18 | A944332 | 8/7/18 | $1,738.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012699 | $22,680.87 | 9/25/18 | 93000267535OC | 8/8/18 | -$65.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012699 | $22,680.87 | 9/25/18 | 93000383717OC | 8/8/18 | -$72.15 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012699 | $22,680.87 | 9/25/18 | A945640 | 8/13/18 | $615.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012699 | $22,680.87 | 9/25/18 | A945639 | 8/13/18 | $474.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012699 | $22,680.87 | 9/25/18 | A946121 | 8/14/18 | $258.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012699 | $22,680.87 | 9/25/18 | A946883 | 8/16/18 | $21,300.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012699 | $22,680.87 | 9/25/18 | A947534 | 8/20/18 | $203.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012699 | $22,680.87 | 9/25/18 | VPOT991487653 | 9/2/18 | -$33.88 |

Totals:    21 transfer(s),  $68,418.09