Defendant: **Cliffstar LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979701 | $4,889.00 | 7/17/18 | 96251203 | 5/24/18 | $3,545.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979701 | $4,889.00 | 7/17/18 | 96251202 | 5/24/18 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979701 | $4,889.00 | 7/17/18 | 96251437 | 5/25/18 | $336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981747 | $1,139.44 | 7/20/18 | 96252918 | 6/5/18 | $1,139.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990673 | $1,405.98 | 8/10/18 | 96255568 | 6/21/18 | $468.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990673 | $1,405.98 | 8/10/18 | 96255765 | 6/22/18 | $468.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990673 | $1,405.98 | 8/10/18 | 96255766 | 6/22/18 | $468.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991990 | $937.30 | 8/14/18 | 96255767 | 6/22/18 | $937.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994427 | $7,133.64 | 8/17/18 | 96255567 | 6/21/18 | $937.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994427 | $7,133.64 | 8/17/18 | 96255764 | 6/22/18 | $937.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994427 | $7,133.64 | 8/17/18 | 96256654 | 6/28/18 | $3,240.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994427 | $7,133.64 | 8/17/18 | 96256922 | 6/29/18 | $2,018.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995913 | $3,374.48 | 8/20/18 | 96257454 | 7/3/18 | $2,659.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995913 | $3,374.48 | 8/20/18 | 96257455 | 7/3/18 | $714.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996278 | $10,149.34 | 8/21/18 | 96257453 | 7/3/18 | $10,149.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996929 | $1,108.80 | 8/22/18 | 96257254 | 7/2/18 | $1,108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998292 | $2,277.04 | 8/28/18 | 96256977 | 6/29/18 | $2,277.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999602 | $2,232.74 | 8/30/18 | 96258266 | 7/9/18 | $2,232.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001062 | $5,818.80 | 9/3/18 | 96258267 | 7/9/18 | $5,818.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002730 | $6,818.40 | 9/5/18 | 96257650 | 7/5/18 | $4,213.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002730 | $6,818.40 | 9/5/18 | 96257865 | 7/6/18 | $2,605.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003124 | $2,914.32 | 9/6/18 | 96259047 | 7/13/18 | $2,914.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007204 | $882.64 | 9/14/18 | 96260830 | 7/25/18 | $882.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009947 | $2,022.08 | 9/19/18 | 96260829 | 7/25/18 | $2,022.08 |

Totals:    15 transfer(s),  $53,104.00