Defendant: **C & V Liquidation Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984640 | $4,900.00 | 7/26/18 | 2604432811 | 7/2/18 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984640 | $4,900.00 | 7/26/18 | 2604432881 | 7/9/18 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988036 | $2,450.00 | 8/2/18 | 2604432951 | 7/16/18 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991553 | $2,450.00 | 8/13/18 | 2604433021 | 7/23/18 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995844 | $2,450.00 | 8/20/18 | 2604433091 | 7/30/18 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999151 | $1,022.51 | 8/29/18 | 1051433161 | 8/6/18 | $1,022.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002666 | $2,450.00 | 9/5/18 | 1051433231 | 8/13/18 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006048 | $2,450.00 | 9/12/18 | 1051433301 | 8/20/18 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009850 | $2,450.00 | 9/19/18 | 1051433371 | 8/27/18 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013615 | $18,783.33 | 9/26/18 | 2604433441 | 9/3/18 | $16,333.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013615 | $18,783.33 | 9/26/18 | 1051433441 | 9/3/18 | $2,450.00 |

Totals:  9 transfer(s),  $39,405.84