Defendant: **Centro Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32033894 | $68,565.65 | 7/31/18 | 243690Z017 | 4/10/18 | $1,537.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033894 | $68,565.65 | 7/31/18 | 243691Z097 | 5/10/18 | $46,065.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033894 | $68,565.65 | 7/31/18 | 243692Z017 | 5/10/18 | $20,962.93 |

Totals:    1 transfer(s),  $68,565.65