**Defendant:** Chinex Apparel Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | CH08781000128 | 4/26/18 | $16,566.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | CH08780026546 | 4/26/18 | $9,270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD051318A10 | 5/11/18 | -$16.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662851 | 5/13/18 | -$0.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662846 | 5/13/18 | -$6.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662855 | 5/13/18 | -$15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662845 | 5/13/18 | -$16.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662847 | 5/13/18 | -$22.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662844 | 5/13/18 | -$22.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662858 | 5/13/18 | -$26.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662850 | 5/13/18 | -$42.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662852 | 5/13/18 | -$58.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662849 | 5/13/18 | -$87.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662853 | 5/13/18 | -$115.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662848 | 5/13/18 | -$144.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662856 | 5/13/18 | -$187.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662854 | 5/13/18 | -$286.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | VPFR991662857 | 5/13/18 | -$401.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD052018A38 | 5/18/18 | -$18.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD052018A39 | 5/18/18 | -$30.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD052718A35 | 5/25/18 | -$34.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD052718A36 | 5/25/18 | -$63.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD060318AT5 | 6/1/18 | -$4.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD061018AY5 | 6/8/18 | -$18.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD061018AY6 | 6/8/18 | -$143.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD061718AT9 | 6/15/18 | -$3.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD061718AU0 | 6/15/18 | -$7.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD062418A23 | 6/22/18 | -$17.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD062418A22 | 6/22/18 | -$19.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD070118A88 | 6/29/18 | -$26.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD070118A89 | 6/29/18 | -$37.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD070818A31 | 7/6/18 | -$26.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981307 | $23,859.38 | 7/19/18 | 8361AD070818A32 | 7/6/18 | -$72.96 |

**Totals:** 1 transfer(s), $23,859.38