Defendant: **Curvature LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086296 | $15,903.00 | 9/20/18 | 90105911 | 7/3/18 | $13,653.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086296 | $15,903.00 | 9/20/18 | 90105912 | 7/3/18 | $2,250.00 |

Totals:    1 transfer(s),  $15,903.00