Defendant: **Daily Press Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990712 | $11,103.07 | 8/10/18 | 318CU4805 | 4/2/18 | $899.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990712 | $11,103.07 | 8/10/18 | 418CU4805 | 5/1/18 | $10,203.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990712 | $11,103.07 | 8/10/18 | KM152031 | 5/3/18 | -$17,164.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990712 | $11,103.07 | 8/10/18 | KM152031A | 5/27/18 | $17,164.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994499 | $10,602.82 | 8/17/18 | 518CU4805 | 6/1/18 | $10,602.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010006 | $8,379.55 | 9/19/18 | 618CU4805 | 7/2/18 | $8,379.55 |

Totals:    3 transfer(s),  $30,085.44