Defendant: **Dover Grease Trap Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979761 | $829.50 | 7/17/18 | 2723604 | 5/3/18 | $537.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979761 | $829.50 | 7/17/18 | 2723603 | 5/3/18 | $292.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981861 | $961.00 | 7/20/18 | 2723738 | 5/8/18 | $961.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988640 | $283.00 | 8/7/18 | 2724480 | 5/22/18 | $283.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995960 | $1,015.00 | 8/20/18 | 2725050 | 6/4/18 | $1,015.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996983 | $2,760.00 | 8/22/18 | 2724999 | 6/6/18 | $2,760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997687 | $348.00 | 8/23/18 | 2725182 | 6/7/18 | $348.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998353 | $40,098.00 | 8/28/18 | 2725284 | 6/8/18 | $40,098.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001116 | $188.00 | 9/3/18 | 2725535 | 6/14/18 | $188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003232 | $456.00 | 9/6/18 | 2725683 | 6/19/18 | $456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003815 | $300.50 | 9/7/18 | 2725685 | 6/20/18 | $300.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006650 | $743.00 | 9/13/18 | 2726103 | 6/26/18 | $743.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008851 | $440.50 | 9/18/18 | 2726350 | 6/29/18 | $440.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012821 | $548.50 | 9/25/18 | 2726706 | 7/6/18 | $548.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013728 | $568.00 | 9/26/18 | 2726717 | 7/9/18 | $568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014222 | $300.50 | 9/27/18 | 2726799 | 7/10/18 | $300.50 |

Totals:    15 transfer(s),  $49,839.50