**Defendant:** European Home Designs LLC
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 120847 | 11/10/17 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 121046 | 1/29/18 | $19.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD032518BR5 | 3/23/18 | -$11.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD032518BR6 | 3/23/18 | -$79.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD040118A53 | 3/30/18 | -$7.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD040818BO0 | 4/6/18 | -$158.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD041518BX2 | 4/13/18 | -$92.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD042218BS7 | 4/20/18 | -$21.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD042918BT6 | 4/27/18 | -$103.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 7705046765 | 5/3/18 | -$5.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD050618BP4 | 5/4/18 | -$53.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD051318BL6 | 5/11/18 | -$20.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD052018BQ1 | 5/18/18 | -$138.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD052718BQ8 | 5/25/18 | -$50.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD060318A90 | 6/1/18 | -$11.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD060318A91 | 6/1/18 | -$18.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 7705048331 | 6/3/18 | -$5.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD061018BH6 | 6/8/18 | -$11.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD061718BA8 | 6/15/18 | -$6.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 126196 | 6/21/18 | $5,460.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD062418BO3 | 6/22/18 | -$44.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 126219 | 6/25/18 | $9,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD070118B00 | 6/29/18 | -$84.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD070818BQ2 | 7/6/18 | -$17.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD071518BL1 | 7/13/18 | -$7.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD072218BP3 | 7/20/18 | -$27.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD072918BQ3 | 7/27/18 | -$57.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD080518BV0 | 8/3/18 | -$11.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD080518BV1 | 8/3/18 | -$18.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003295 | $14,325.49 | 9/6/18 | 8361AD081918A89 | 8/17/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006712 | $4,079.33 | 9/13/18 | 126387 | 6/27/18 | $4,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006712 | $4,079.33 | 9/13/18 | 8361AD082618BX9 | 8/24/18 | -$60.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010969 | $9,975.45 | 9/20/18 | 126043 | 6/18/18 | $10,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010969 | $9,975.45 | 9/20/18 | 8361AD090218BR6 | 8/31/18 | -$44.55 |

**Totals:** 3 transfer(s), $28,380.27