| Defendant: | **Harmony Enterprises Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992821 | $1,802.22 | 8/15/18 | 42131 | 5/30/18 | $907.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992821 | $1,802.22 | 8/15/18 | 42548 | 5/30/18 | $632.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992821 | $1,802.22 | 8/15/18 | 42560 | 5/30/18 | $262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997054 | $334.78 | 8/22/18 | 43059 | 6/5/18 | $334.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003882 | $20,460.73 | 9/7/18 | 43385 | 6/19/18 | $311.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003882 | $20,460.73 | 9/7/18 | 43060 | 6/20/18 | $5,482.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003882 | $20,460.73 | 9/7/18 | 41968 | 6/20/18 | $3,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003882 | $20,460.73 | 9/7/18 | 43062 | 6/20/18 | $845.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003882 | $20,460.73 | 9/7/18 | 4196801 | 6/20/18 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003882 | $20,460.73 | 9/7/18 | 43383 | 6/20/18 | $545.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003882 | $20,460.73 | 9/7/18 | 43061 | 6/20/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003882 | $20,460.73 | 9/7/18 | 43063 | 6/20/18 | $192.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003882 | $20,460.73 | 9/7/18 | 42759 | 6/21/18 | $8,383.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011500 | $1,214.81 | 9/21/18 | 44031 | 7/2/18 | $704.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011500 | $1,214.81 | 9/21/18 | 44033 | 7/2/18 | $284.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011500 | $1,214.81 | 9/21/18 | 43980 | 7/3/18 | $226.47 |

**Totals:**      **4 transfer(s),  $23,812.54**