Defendant: **Hi Tech Pharmaceuticals Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32033980 | $3,216.24 | 8/8/18 | 183653 | 4/23/18 | $517.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033980 | $3,216.24 | 8/8/18 | 183876 | 4/30/18 | $517.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033980 | $3,216.24 | 8/8/18 | 184094 | 5/7/18 | $1,446.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033980 | $3,216.24 | 8/8/18 | 184423 | 5/14/18 | $517.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033980 | $3,216.24 | 8/8/18 | 184730 | 5/22/18 | $517.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033980 | $3,216.24 | 8/8/18 | VPASN993116234 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033980 | $3,216.24 | 8/8/18 | VPASN993116541 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034658 | $3,344.52 | 9/6/18 | 184802 | 5/28/18 | $1,552.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034658 | $3,344.52 | 9/6/18 | 185278 | 6/5/18 | $517.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034658 | $3,344.52 | 9/6/18 | 185384 | 6/11/18 | $1,552.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034658 | $3,344.52 | 9/6/18 | 185750 | 6/14/18 | $517.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034658 | $3,344.52 | 9/6/18 | VPASN993117584 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034658 | $3,344.52 | 9/6/18 | VPASN993117257 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034658 | $3,344.52 | 9/6/18 | 709049KW | 7/26/18 | -$195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034658 | $3,344.52 | 9/6/18 | VPASN993118604 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034658 | $3,344.52 | 9/6/18 | VPASN993119043 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035346 | $15,702.48 | 10/10/18 | 185908 | 6/25/18 | $4,739.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035346 | $15,702.48 | 10/10/18 | 186190 | 6/28/18 | $5,150.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035346 | $15,702.48 | 10/10/18 | 186342 | 7/11/18 | $4,739.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035346 | $15,702.48 | 10/10/18 | 186560 | 7/16/18 | $1,752.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035346 | $15,702.48 | 10/10/18 | VPASN993119386 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035346 | $15,702.48 | 10/10/18 | VPOT991487120 | 8/26/18 | -$79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035346 | $15,702.48 | 10/10/18 | VPASN993119725 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035346 | $15,702.48 | 10/10/18 | VPASN993120071 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035346 | $15,702.48 | 10/10/18 | VPASN993120623 | 9/9/18 | -$150.00 |

Totals:   3 transfer(s),   $22,263.24