Defendant: **Hilo Hearing Aid Center Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986581 | $2,445.00 | 7/23/18 | AAD082181976082 | 7/16/18 | $2,445.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990029 | $15,746.00 | 7/30/18 | AAD082182046082 | 7/23/18 | $15,746.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993674 | $2,259.00 | 8/6/18 | AAD082182116082 | 7/30/18 | $2,259.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997745 | $6,421.00 | 8/13/18 | AAD082182186082 | 8/6/18 | $6,421.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012154 | $2,462.00 | 9/10/18 | AAD082182466082 | 9/3/18 | $2,462.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015598 | $1,802.00 | 9/17/18 | AAD082182536082 | 9/10/18 | $1,802.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019051 | $19,650.00 | 9/24/18 | AAD082182606082 | 9/17/18 | $19,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022564 | $3,302.00 | 10/1/18 | AAD082182676082 | 9/24/18 | $3,302.00 |

Totals:    8 transfer(s),  $54,087.00