| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Hines Growers Inc.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982489 | $3,998.76 | 7/23/18 | 8510370089 | 3/22/18 | $1,066.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982489 | $3,998.76 | 7/23/18 | 8510471031 | 4/30/18 | $2,932.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985880 | $4,235.00 | 7/30/18 | 8510521483 | 5/14/18 | $2,568.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985880 | $4,235.00 | 7/30/18 | 8510515923 | 5/16/18 | $1,666.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989309 | $10,006.41 | 8/8/18 | 8510481148 | 5/4/18 | $2,542.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989309 | $10,006.41 | 8/8/18 | 8510492988 | 5/8/18 | $2,867.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989309 | $10,006.41 | 8/8/18 | 8510548650 | 5/17/18 | $2,568.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989309 | $10,006.41 | 8/8/18 | 8510535607 | 5/23/18 | $1,508.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989309 | $10,006.41 | 8/8/18 | 8510574436 | 6/8/18 | $519.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992858 | $1,301.56 | 8/15/18 | 8510529293 | 5/21/18 | $1,301.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997070 | $7,073.78 | 8/22/18 | 8510581155 | 6/5/18 | $5,750.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997070 | $7,073.78 | 8/22/18 | 8510574436 | 6/8/18 | $1,322.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000419 | $2,547.54 | 8/31/18 | 8510590982 | 6/14/18 | $1,615.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000419 | $2,547.54 | 8/31/18 | 8510591357 | 6/15/18 | $932.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003907 | $1,426.49 | 9/7/18 | 8510613592 | 6/22/18 | $1,426.49 |

**Totals:**     **7 transfer(s),  $30,589.54**