Defendant: **Inter County Mechanical Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992369 | $16,663.08 | 8/14/18 | 21800418T | 5/31/18 | $16,663.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993684 | $577.07 | 8/16/18 | 73620 | 5/31/18 | $577.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001924 | $448.63 | 9/4/18 | 73778 | 6/15/18 | $448.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008963 | $674.12 | 9/18/18 | 73723 | 6/29/18 | $674.12 |

Totals:    4 transfer(s),  $18,362.90