Defendant: **Interstate Trailer Sales Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083266 | $17,196.91 | 7/25/18 | 80517 | 4/30/18 | $14,707.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083266 | $17,196.91 | 7/25/18 | 80516 | 4/30/18 | $2,489.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086142 | $17,196.91 | 9/21/18 | 80657 | 6/19/18 | $14,707.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086142 | $17,196.91 | 9/21/18 | 80656 | 6/19/18 | $2,489.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086748 | $17,196.91 | 9/28/18 | 80765 | 6/28/18 | $14,707.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086748 | $17,196.91 | 9/28/18 | 80764 | 6/28/18 | $2,489.03 |

Totals:    3 transfer(s),  $51,590.73