Defendant: **Linbit USA LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013826 | $16,447.50 | 9/26/18 | 2018061409 | 7/9/18 | $16,447.50 |
| **Totals:** | 1 transfer(s), $16,447.50 | | | | | | |