**Defendant:** Manhattan Beer Distributors LLC
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979885 | $738.90 | 7/17/18 | 9063814 | 6/7/18 | $717.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979885 | $738.90 | 7/17/18 | 9063814 | 6/7/18 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980621 | $1,709.77 | 7/18/18 | 9063845 | 6/8/18 | $1,226.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980621 | $1,709.77 | 7/18/18 | 9032017 | 6/8/18 | $421.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980621 | $1,709.77 | 7/18/18 | 9063845 | 6/8/18 | $40.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980621 | $1,709.77 | 7/18/18 | 9032017 | 6/8/18 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981469 | $7,531.41 | 7/19/18 | 8754243 | 5/24/18 | $7,531.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982098 | $1,697.45 | 7/20/18 | 9063899 | 6/12/18 | $1,177.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982098 | $1,697.45 | 7/20/18 | 8921081 | 6/12/18 | $464.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982098 | $1,697.45 | 7/20/18 | 9063899 | 6/12/18 | $37.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982098 | $1,697.45 | 7/20/18 | 8921081 | 6/12/18 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982707 | $1,030.00 | 7/23/18 | 9028029 | 6/13/18 | $669.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982707 | $1,030.00 | 7/23/18 | 8905571 | 6/13/18 | $320.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982707 | $1,030.00 | 7/23/18 | 9028029 | 6/13/18 | $23.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982707 | $1,030.00 | 7/23/18 | 8905571 | 6/13/18 | $16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983202 | $403.81 | 7/24/18 | 9032083 | 6/14/18 | $513.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983202 | $403.81 | 7/24/18 | 9032083 | 6/14/18 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983202 | $403.81 | 7/24/18 | 9142641 | 7/11/18 | -$4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983202 | $403.81 | 7/24/18 | 9142641 | 7/11/18 | -$127.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983917 | $4,778.37 | 7/25/18 | 9063957 | 6/15/18 | $2,377.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983917 | $4,778.37 | 7/25/18 | 9086453 | 6/15/18 | $1,970.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983917 | $4,778.37 | 7/25/18 | 9003345 | 6/15/18 | $320.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983917 | $4,778.37 | 7/25/18 | 9086453 | 6/15/18 | $87.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983917 | $4,778.37 | 7/25/18 | 9063957 | 6/15/18 | $77.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983917 | $4,778.37 | 7/25/18 | 9003345 | 6/15/18 | -$9.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983917 | $4,778.37 | 7/25/18 | 9063957 | 6/15/18 | -$29.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983917 | $4,778.37 | 7/25/18 | 8747817 | 7/10/18 | -$15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985462 | $2,207.83 | 7/27/18 | 9111621 | 6/19/18 | $1,961.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985462 | $2,207.83 | 7/27/18 | 8988203 | 6/19/18 | $372.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985462 | $2,207.83 | 7/27/18 | 9111621 | 6/19/18 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985462 | $2,207.83 | 7/27/18 | 8988203 | 6/19/18 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985462 | $2,207.83 | 7/27/18 | 9111621 | 6/19/18 | -$16.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985462 | $2,207.83 | 7/27/18 | 9159594 | 7/13/18 | -$6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985462 | $2,207.83 | 7/27/18 | 9159594 | 7/13/18 | -$183.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986652 | $1,177.70 | 7/31/18 | 9086542 | 6/21/18 | $1,125.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986652 | $1,177.70 | 7/31/18 | 9086542 | 6/21/18 | $51.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987362 | $1,353.78 | 8/1/18 | 8988204 | 6/19/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987362 | $1,353.78 | 8/1/18 | 8988204 | 6/19/18 | $1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987362 | $1,353.78 | 8/1/18 | 9111651 | 6/22/18 | $1,290.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987362 | $1,353.78 | 8/1/18 | 9111651 | 6/22/18 | $36.60 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987362 | $1,353.78 | 8/1/18 | 9111651 | 6/22/18 | -$19.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988260 | $537.51 | 8/2/18 | 8655194 | 6/25/18 | $553.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988260 | $537.51 | 8/2/18 | 8655194 | 6/25/18 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988260 | $537.51 | 8/2/18 | 9208315 | 7/20/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988260 | $537.51 | 8/2/18 | 9208315 | 7/20/18 | -$40.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988889 | $2,562.45 | 8/7/18 | 9111700 | 6/26/18 | $2,506.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988889 | $2,562.45 | 8/7/18 | 9111700 | 6/26/18 | $80.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988889 | $2,562.45 | 8/7/18 | 9111700 | 6/26/18 | -$24.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989520 | $2,230.75 | 8/8/18 | 9132441 | 6/27/18 | $1,889.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989520 | $2,230.75 | 8/8/18 | 9037915 | 6/27/18 | $241.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989520 | $2,230.75 | 8/8/18 | 9132441 | 6/27/18 | $89.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989520 | $2,230.75 | 8/8/18 | 9037915 | 6/27/18 | $10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990106 | $3,598.71 | 8/9/18 | 9085 | 6/28/18 | $2,321.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990106 | $3,598.71 | 8/9/18 | 9132477 | 6/28/18 | $1,322.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990106 | $3,598.71 | 8/9/18 | 9132477 | 6/28/18 | $80.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990106 | $3,598.71 | 8/9/18 | 9085 | 6/28/18 | -$102.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990106 | $3,598.71 | 8/9/18 | 9208360 | 7/24/18 | -$0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990106 | $3,598.71 | 8/9/18 | 9208360 | 7/24/18 | -$21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990858 | $4,425.28 | 8/10/18 | 9111768 | 6/29/18 | $2,788.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990858 | $4,425.28 | 8/10/18 | 9085514 | 6/29/18 | $1,344.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990858 | $4,425.28 | 8/10/18 | 9122818 | 6/29/18 | $278.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990858 | $4,425.28 | 8/10/18 | 9111768 | 6/29/18 | $81.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990858 | $4,425.28 | 8/10/18 | 9122818 | 6/29/18 | $16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990858 | $4,425.28 | 8/10/18 | 9111768 | 6/29/18 | -$36.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990858 | $4,425.28 | 8/10/18 | 9085514 | 6/29/18 | -$47.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991741 | $2,983.67 | 8/13/18 | 9159407 | 7/2/18 | $2,181.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991741 | $2,983.67 | 8/13/18 | 8988281 | 7/2/18 | $776.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991741 | $2,983.67 | 8/13/18 | 9159407 | 7/2/18 | $69.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991741 | $2,983.67 | 8/13/18 | 8988281 | 7/2/18 | $35.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991741 | $2,983.67 | 8/13/18 | 9159407 | 7/2/18 | -$22.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991741 | $2,983.67 | 8/13/18 | 8799618 | 7/26/18 | -$31.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991741 | $2,983.67 | 8/13/18 | 9256633 | 7/27/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991741 | $2,983.67 | 8/13/18 | 9256633 | 7/27/18 | -$25.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992420 | $2,406.40 | 8/14/18 | 9132545 | 7/3/18 | $1,700.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992420 | $2,406.40 | 8/14/18 | 9122860 | 7/3/18 | $629.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992420 | $2,406.40 | 8/14/18 | 9132545 | 7/3/18 | $69.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992420 | $2,406.40 | 8/14/18 | 9122860 | 7/3/18 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992420 | $2,406.40 | 8/14/18 | 9132545 | 7/3/18 | -$22.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993113 | $1,886.51 | 8/15/18 | 9085521 | 7/4/18 | $1,970.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993113 | $1,886.51 | 8/15/18 | 9085521 | 7/4/18 | -$83.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994830 | $1,713.02 | 8/17/18 | 9159474 | 7/6/18 | $1,659.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994830 | $1,713.02 | 8/17/18 | 9159474 | 7/6/18 | $53.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996043 | $1,994.00 | 8/20/18 | 9085597 | 7/9/18 | $2,110.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996043 | $1,994.00 | 8/20/18 | 9085597 | 7/9/18 | $0.90 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996043 | $1,994.00 | 8/20/18 | 9085597 | 7/9/18 | -$89.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996043 | $1,994.00 | 8/20/18 | 9256752 | 8/3/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996043 | $1,994.00 | 8/20/18 | 9256752 | 8/3/18 | -$26.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996649 | $2,542.34 | 8/21/18 | 9159516 | 7/10/18 | $2,458.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996649 | $2,542.34 | 8/21/18 | 9159516 | 7/10/18 | $83.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997283 | $2,477.22 | 8/22/18 | 9121854 | 7/11/18 | $1,779.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997283 | $2,477.22 | 8/22/18 | 9142640 | 7/11/18 | $590.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997283 | $2,477.22 | 8/22/18 | 9121854 | 7/11/18 | $78.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997283 | $2,477.22 | 8/22/18 | 9142640 | 7/11/18 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997806 | $822.50 | 8/23/18 | 9122935 | 7/12/18 | $782.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997806 | $822.50 | 8/23/18 | 9122935 | 7/12/18 | $40.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998492 | $6,569.10 | 8/28/18 | 9183698 | 7/13/18 | $1,483.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998492 | $6,569.10 | 8/28/18 | 9159590 | 7/13/18 | $1,472.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998492 | $6,569.10 | 8/28/18 | 9157446 | 7/13/18 | $1,266.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998492 | $6,569.10 | 8/28/18 | 9183698 | 7/13/18 | $65.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998492 | $6,569.10 | 8/28/18 | 9159590 | 7/13/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998492 | $6,569.10 | 8/28/18 | 9183698 | 7/13/18 | -$7.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998492 | $6,569.10 | 8/28/18 | 9157446 | 7/13/18 | -$47.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998492 | $6,569.10 | 8/28/18 | 9157473 | 7/14/18 | $2,392.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998492 | $6,569.10 | 8/28/18 | 9157473 | 7/14/18 | -$101.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999981 | $1,515.37 | 8/30/18 | 9208241 | 7/17/18 | $1,476.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999981 | $1,515.37 | 8/30/18 | 9208241 | 7/17/18 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000645 | $2,629.57 | 8/31/18 | 887075 | 5/9/18 | $775.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000645 | $2,629.57 | 8/31/18 | 9157517 | 7/18/18 | $969.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000645 | $2,629.57 | 8/31/18 | 9183772 | 7/18/18 | $888.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000645 | $2,629.57 | 8/31/18 | 9183772 | 7/18/18 | $43.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000645 | $2,629.57 | 8/31/18 | 9157517 | 7/18/18 | -$47.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001973 | $2,495.08 | 9/4/18 | 9208314 | 7/20/18 | $1,664.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001973 | $2,495.08 | 9/4/18 | 9196803 | 7/20/18 | $769.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001973 | $2,495.08 | 9/4/18 | 9208314 | 7/20/18 | $47.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001973 | $2,495.08 | 9/4/18 | 9196803 | 7/20/18 | $36.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001973 | $2,495.08 | 9/4/18 | 9208314 | 7/20/18 | -$22.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003482 | $2,197.95 | 9/6/18 | 9208359 | 7/24/18 | $2,135.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003482 | $2,197.95 | 9/6/18 | 9208359 | 7/24/18 | $62.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004676 | $2,503.56 | 9/10/18 | 9229706 | 7/26/18 | $1,799.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004676 | $2,503.56 | 9/10/18 | 9196845 | 7/26/18 | $578.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004676 | $2,503.56 | 9/10/18 | 9229706 | 7/26/18 | $132.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004676 | $2,503.56 | 9/10/18 | 9196845 | 7/26/18 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004676 | $2,503.56 | 9/10/18 | 9344435 | 8/21/18 | -$1.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004676 | $2,503.56 | 9/10/18 | 9344435 | 8/21/18 | -$31.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005385 | $3,079.54 | 9/11/18 | 9256632 | 7/27/18 | $1,778.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005385 | $3,079.54 | 9/11/18 | 9157597 | 7/27/18 | $1,303.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005385 | $3,079.54 | 9/11/18 | 9256632 | 7/27/18 | $55.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005385 | $3,079.54 | 9/11/18 | 9256632 | 7/27/18 | -$7.51 |

Manhattan Beer Distributors LLC

Bankruptcy Case: Sears Holding Corporation, et al.

November 6, 2019                    Exhibit A                    P. 3

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005385 | $3,079.54 | 9/11/18 | 9157597 | 7/27/18 | -$51.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006902 | $1,876.28 | 9/13/18 | 9256678 | 7/31/18 | $1,864.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006902 | $1,876.28 | 9/13/18 | 9256678 | 7/31/18 | $61.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006902 | $1,876.28 | 9/13/18 | 9256678 | 7/31/18 | -$49.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007599 | $954.19 | 9/14/18 | 9142751 | 8/1/18 | $531.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007599 | $954.19 | 9/14/18 | 9222429 | 8/1/18 | $380.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007599 | $954.19 | 9/14/18 | 9142751 | 8/1/18 | $25.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007599 | $954.19 | 9/14/18 | 9222429 | 8/1/18 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008181 | $1,388.69 | 9/17/18 | 9229788 | 8/2/18 | $818.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008181 | $1,388.69 | 9/17/18 | 9196893 | 8/2/18 | $503.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008181 | $1,388.69 | 9/17/18 | 9229788 | 8/2/18 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008181 | $1,388.69 | 9/17/18 | 9196893 | 8/2/18 | $26.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009021 | $1,468.96 | 9/18/18 | 9256751 | 8/3/18 | $1,446.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009021 | $1,468.96 | 9/18/18 | 9256751 | 8/3/18 | $42.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009021 | $1,468.96 | 9/18/18 | 9256751 | 8/3/18 | -$20.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011173 | $2,740.86 | 9/20/18 | 9256796 | 8/7/18 | $2,730.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011173 | $2,740.86 | 9/20/18 | 9256796 | 8/7/18 | $83.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011173 | $2,740.86 | 9/20/18 | 9256796 | 8/7/18 | -$43.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011173 | $2,740.86 | 9/20/18 | 9384823 | 8/30/18 | -$30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012224 | $507.65 | 9/24/18 | 9196950 | 8/9/18 | $483.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012224 | $507.65 | 9/24/18 | 9196950 | 8/9/18 | $24.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012957 | $1,491.95 | 9/25/18 | 9296469 | 8/10/18 | $1,476.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012957 | $1,491.95 | 9/25/18 | 9296469 | 8/10/18 | $43.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012957 | $1,491.95 | 9/25/18 | 9296469 | 8/10/18 | -$28.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014471 | $4,611.20 | 9/27/18 | 9296515 | 8/14/18 | $2,282.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014471 | $4,611.20 | 9/27/18 | 9277752 | 8/14/18 | $2,214.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014471 | $4,611.20 | 9/27/18 | 9277752 | 8/14/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014471 | $4,611.20 | 9/27/18 | 9296515 | 8/14/18 | $71.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014471 | $4,611.20 | 9/27/18 | 9277752 | 8/14/18 | -$7.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014471 | $4,611.20 | 9/27/18 | 9296515 | 8/14/18 | -$34.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014471 | $4,611.20 | 9/27/18 | 9384899 | 9/6/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014471 | $4,611.20 | 9/27/18 | 9384899 | 9/6/18 | -$13.80 |

Totals:    38 transfer(s),    $88,839.33