| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **MaxColor, LLC** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986113 | $92.25 | 7/30/18 | 40228 | 6/28/18 | $92.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989543 | $64.35 | 8/8/18 | 40291 | 7/3/18 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989543 | $64.35 | 8/8/18 | 40357 | 7/10/18 | $39.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993139 | $18.34 | 8/15/18 | 6348145000-1 | 5/29/18 | $18.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997300 | $25.20 | 8/22/18 | 40394 | 7/20/18 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000669 | $105.08 | 8/31/18 | 6503195000-1 | 6/12/18 | $18.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000669 | $105.08 | 8/31/18 | 6500155000-1 | 6/12/18 | $18.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000669 | $105.08 | 8/31/18 | 51138 | 7/31/18 | $68.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004140 | $111.86 | 9/7/18 | 6635995000-1 | 6/21/18 | $15.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004140 | $111.86 | 9/7/18 | 51168 | 8/3/18 | $96.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007626 | $15,546.00 | 9/14/18 | 51250 | 8/9/18 | $15,452.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007626 | $15,546.00 | 9/14/18 | 51252 | 8/10/18 | $93.60 |

Totals:   7 transfer(s),  $15,963.08