| Defendant: | **Nakoma Products LLC** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979926 | $123.97 | 7/17/18 | 2-078100 | 6/4/18 | $558.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979926 | $123.97 | 7/17/18 | 2-078575 | 6/12/18 | $998.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979926 | $123.97 | 7/17/18 | KM152188 | 6/14/18 | -$1,483.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979926 | $123.97 | 7/17/18 | 2-078778 | 6/18/18 | $571.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979926 | $123.97 | 7/17/18 | VPASN993116228 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979926 | $123.97 | 7/17/18 | 20180748KPW | 6/26/18 | -$221.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979926 | $123.97 | 7/17/18 | VPASN993116526 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983245 | $536.08 | 7/24/18 | 2-079275 | 6/25/18 | $686.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983245 | $536.08 | 7/24/18 | VPASN993116848 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990150 | $47,546.51 | 8/9/18 | 2-080400 | 7/11/18 | $47,846.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990150 | $47,546.51 | 8/9/18 | VPASN993117566 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990150 | $47,546.51 | 8/9/18 | VPASN993117235 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993800 | $638.34 | 8/16/18 | 2-080704 | 7/16/18 | $638.34 |

Totals:     4 transfer(s),  $48,844.90