Defendant: **Pineae Greenhouses Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0713920180618 | 6/17/18 | $1,040.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0980820180618 | 6/17/18 | $250.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0389420180618 | 6/17/18 | $93.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0700620180618 | 6/17/18 | $19.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0473620180618 | 6/17/18 | $14.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0713920180619 | 6/18/18 | $783.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0473620180619 | 6/18/18 | $115.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0980820180619 | 6/18/18 | $109.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0389420180619 | 6/18/18 | $83.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0700620180619 | 6/18/18 | $24.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0486320180619 | 6/18/18 | $17.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0713920180620 | 6/19/18 | $862.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0980820180620 | 6/19/18 | $242.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0486320180620 | 6/19/18 | $127.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0700620180620 | 6/19/18 | $110.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0473620180620 | 6/19/18 | $52.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0389420180620 | 6/19/18 | $48.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0713920180621 | 6/20/18 | $606.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0980820180621 | 6/20/18 | $453.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0473620180621 | 6/20/18 | $144.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0486320180621 | 6/20/18 | $119.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0700620180621 | 6/20/18 | $103.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0389420180621 | 6/20/18 | $17.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0713920180622 | 6/21/18 | $1,255.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0980820180622 | 6/21/18 | $375.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0473620180622 | 6/21/18 | $101.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0389420180622 | 6/21/18 | $55.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0700620180622 | 6/21/18 | $26.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0713920180623 | 6/22/18 | $1,727.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0980820180623 | 6/22/18 | $225.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0389420180623 | 6/22/18 | $193.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0473620180623 | 6/22/18 | $107.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0486320180623 | 6/22/18 | $63.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0700620180623 | 6/22/18 | $4.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0713920180624 | 6/23/18 | $1,609.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0980820180624 | 6/23/18 | $123.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0389420180624 | 6/23/18 | $94.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0700620180624 | 6/23/18 | $79.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0473620180624 | 6/23/18 | $60.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980086 | $11,586.03 | 7/17/18 | K0486320180624 | 6/23/18 | $44.97 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0713920180625 | 6/24/18 | $1,241.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0980820180625 | 6/24/18 | $515.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0700620180625 | 6/24/18 | $136.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0389420180625 | 6/24/18 | $59.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0486320180625 | 6/24/18 | $26.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0473620180625 | 6/24/18 | $23.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0713920180626 | 6/25/18 | $1,355.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0980820180626 | 6/25/18 | $186.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0700620180626 | 6/25/18 | $105.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0486320180626 | 6/25/18 | $37.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0389420180626 | 6/25/18 | $32.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0473620180626 | 6/25/18 | $26.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0713920180627 | 6/26/18 | $971.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0980820180627 | 6/26/18 | $552.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0389420180627 | 6/26/18 | $30.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0473620180627 | 6/26/18 | $23.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0979220180627 | 6/26/18 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0700620180627 | 6/26/18 | $16.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0713920180628 | 6/27/18 | $1,051.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0980820180628 | 6/27/18 | $351.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0473620180628 | 6/27/18 | $69.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0389420180628 | 6/27/18 | $37.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0486320180628 | 6/27/18 | $29.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0700620180628 | 6/27/18 | $12.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0713920180629 | 6/28/18 | $452.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0980820180629 | 6/28/18 | $203.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0700620180629 | 6/28/18 | $111.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0473620180629 | 6/28/18 | $31.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0389420180629 | 6/28/18 | $15.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0713920180630 | 6/29/18 | $1,096.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0980820180630 | 6/29/18 | $199.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0473620180630 | 6/29/18 | $56.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0389420180630 | 6/29/18 | $47.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0700620180630 | 6/29/18 | $15.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0713920180701 | 6/30/18 | $1,520.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0980820180701 | 6/30/18 | $176.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0700620180701 | 6/30/18 | $67.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0389420180701 | 6/30/18 | $20.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0486320180701 | 6/30/18 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983380 | $10,951.91 | 7/24/18 | K0473620180701 | 6/30/18 | $12.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0713920180702 | 7/1/18 | $1,340.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0980820180702 | 7/1/18 | $137.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0700620180702 | 7/1/18 | $93.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0389420180702 | 7/1/18 | $11.12 |

Pineae Greenhouses Inc

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0473620180702 | 7/1/18 | $5.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0713920180703 | 7/2/18 | $1,438.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0980820180703 | 7/2/18 | $293.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0700620180703 | 7/2/18 | $79.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0473620180703 | 7/2/18 | $33.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0389420180703 | 7/2/18 | $5.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0713920180704 | 7/3/18 | $1,194.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0980820180704 | 7/3/18 | $160.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0700620180704 | 7/3/18 | $41.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0389420180704 | 7/3/18 | $5.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0473620180704 | 7/3/18 | $2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0713920180705 | 7/4/18 | $874.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0980820180705 | 7/4/18 | $401.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0700620180705 | 7/4/18 | $30.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0389420180705 | 7/4/18 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0473620180705 | 7/4/18 | $5.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0713920180706 | 7/5/18 | $958.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0980820180706 | 7/5/18 | $189.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0700620180706 | 7/5/18 | $29.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0389420180706 | 7/5/18 | $22.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0473620180706 | 7/5/18 | $18.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0713920180707 | 7/6/18 | $347.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0700620180707 | 7/6/18 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0980820180707 | 7/6/18 | $48.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0473620180707 | 7/6/18 | $22.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0389420180707 | 7/6/18 | $11.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0713920180708 | 7/7/18 | $1,204.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0473620180708 | 7/7/18 | $119.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0700620180708 | 7/7/18 | $65.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986848 | $9,304.34 | 7/31/18 | K0980820180708 | 7/7/18 | $20.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0713920180709 | 7/8/18 | $680.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0473620180709 | 7/8/18 | $62.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0700620180709 | 7/8/18 | $60.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0980820180709 | 7/8/18 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0713920180710 | 7/9/18 | $658.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0700620180710 | 7/9/18 | $120.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0473620180710 | 7/9/18 | $27.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0980820180710 | 7/9/18 | $9.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0389420180710 | 7/9/18 | $7.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0713920180711 | 7/10/18 | $685.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0700620180711 | 7/10/18 | $139.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0980820180711 | 7/10/18 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0389420180711 | 7/10/18 | $22.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0473620180711 | 7/10/18 | $18.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0713920180712 | 7/11/18 | $779.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0473620180712 | 7/11/18 | $50.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0700620180712 | 7/11/18 | $50.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0389420180712 | 7/11/18 | $5.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0713920180713 | 7/12/18 | $396.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0980820180713 | 7/12/18 | $44.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0473620180713 | 7/12/18 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0700620180713 | 7/12/18 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0713920180714 | 7/13/18 | $572.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0980820180714 | 7/13/18 | $282.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0700620180714 | 7/13/18 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0473620180714 | 7/13/18 | $9.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0980820180715 | 7/14/18 | $400.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0713920180715 | 7/14/18 | $367.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0700620180715 | 7/14/18 | $85.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990300 | $5,755.81 | 8/9/18 | K0473620180715 | 7/14/18 | $55.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0713920180716 | 7/15/18 | $729.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0980820180716 | 7/15/18 | $326.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0700620180716 | 7/15/18 | $23.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0473620180716 | 7/15/18 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0713920180717 | 7/16/18 | $450.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0980820180717 | 7/16/18 | $416.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0389420180717 | 7/16/18 | $16.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0473620180717 | 7/16/18 | $13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0713920180718 | 7/17/18 | $669.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0980820180718 | 7/17/18 | $378.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0700620180718 | 7/17/18 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0473620180718 | 7/17/18 | $22.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0713920180719 | 7/18/18 | $336.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0980820180719 | 7/18/18 | $150.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0700620180719 | 7/18/18 | $23.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0473620180719 | 7/18/18 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0713920180720 | 7/19/18 | $283.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0980820180720 | 7/19/18 | $248.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0473620180720 | 7/19/18 | $5.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0713920180721 | 7/20/18 | $316.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0980820180721 | 7/20/18 | $282.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0700620180721 | 7/20/18 | $27.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0980820180722 | 7/21/18 | $188.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0713920180722 | 7/21/18 | $58.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993965 | $5,048.39 | 8/16/18 | K0700620180722 | 7/21/18 | $14.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0713920180723 | 7/22/18 | $201.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0980820180723 | 7/22/18 | $127.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0700620180723 | 7/22/18 | $19.20 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0713920180724 | 7/23/18 | $273.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0980820180724 | 7/23/18 | $91.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0700620180724 | 7/23/18 | $17.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0473620180724 | 7/23/18 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0713920180725 | 7/24/18 | $205.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0980820180725 | 7/24/18 | $130.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0700620180725 | 7/24/18 | $14.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0473620180725 | 7/24/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0713920180726 | 7/25/18 | $94.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0980820180726 | 7/25/18 | $82.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0980820180727 | 7/26/18 | $214.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0713920180727 | 7/26/18 | $105.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0700620180727 | 7/26/18 | $45.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0980820180728 | 7/27/18 | $94.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0713920180728 | 7/27/18 | $43.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0700620180728 | 7/27/18 | $34.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0700620180729 | 7/28/18 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0980820180729 | 7/28/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0713920180729 | 7/28/18 | $17.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997983 | $1,973.65 | 8/23/18 | K0473620180729 | 7/28/18 | $14.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0713920180730 | 7/29/18 | $74.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0980820180730 | 7/29/18 | $35.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0700620180730 | 7/29/18 | $11.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0980820180731 | 7/30/18 | $66.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0713920180731 | 7/30/18 | $30.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0713920180801 | 7/31/18 | $33.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0980820180801 | 7/31/18 | $21.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0700620180801 | 7/31/18 | $11.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0473620180802 | 8/1/18 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0980820180802 | 8/1/18 | $7.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0700620180803 | 8/2/18 | $18.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0980820180803 | 8/2/18 | $17.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0713920180803 | 8/2/18 | $13.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0473620180803 | 8/2/18 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0713920180804 | 8/3/18 | $31.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0473620180804 | 8/3/18 | $5.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0700620180804 | 8/3/18 | $1.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0473620180805 | 8/4/18 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001418 | $402.72 | 9/3/18 | K0713920180805 | 8/4/18 | $1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004859 | $1,821.10 | 9/10/18 | K0713920180807 | 8/6/18 | $604.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004859 | $1,821.10 | 9/10/18 | K0713920180808 | 8/7/18 | $497.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004859 | $1,821.10 | 9/10/18 | K0713920180809 | 8/8/18 | $199.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004859 | $1,821.10 | 9/10/18 | K0713920180810 | 8/9/18 | $362.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004859 | $1,821.10 | 9/10/18 | K0713920180811 | 8/10/18 | $39.94 |

Pineae Greenhouses Inc

Bankruptcy Case: Sears Holding Corporation, et al.

November 6, 2019 — Exhibit A — P. 5

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004859 | $1,821.10 | 9/10/18 | K0713920180812 | 8/11/18 | $116.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008390 | $859.49 | 9/17/18 | K0713920180813 | 8/12/18 | $132.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008390 | $859.49 | 9/17/18 | K0713920180814 | 8/13/18 | $42.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008390 | $859.49 | 9/17/18 | K0713920180815 | 8/14/18 | $5.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008390 | $859.49 | 9/17/18 | K0713920180816 | 8/15/18 | $31.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008390 | $859.49 | 9/17/18 | K0980820180817 | 8/16/18 | $65.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008390 | $859.49 | 9/17/18 | K0713920180817 | 8/16/18 | $5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008390 | $859.49 | 9/17/18 | K0980820180818 | 8/17/18 | $328.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008390 | $859.49 | 9/17/18 | K0713920180818 | 8/17/18 | $44.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008390 | $859.49 | 9/17/18 | K0980820180819 | 8/18/18 | $187.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008390 | $859.49 | 9/17/18 | K0713920180819 | 8/18/18 | $15.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0980820180820 | 8/19/18 | $149.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0473620180820 | 8/19/18 | $9.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0980820180821 | 8/20/18 | $150.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0713920180821 | 8/20/18 | $96.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0713920180822 | 8/21/18 | $133.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0980820180822 | 8/21/18 | $78.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0713920180823 | 8/22/18 | $369.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0980820180823 | 8/22/18 | $311.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0980820180824 | 8/23/18 | $94.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0980820180825 | 8/24/18 | $109.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0473620180825 | 8/24/18 | $15.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0700620180825 | 8/24/18 | $2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0980820180826 | 8/25/18 | $329.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0980820180826A | 8/25/18 | $100.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0713920180826A | 8/25/18 | $61.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012411 | $2,020.27 | 9/24/18 | K0713920180826 | 8/25/18 | $7.74 |

Totals:    10 transfer(s),  $49,723.71