Defendant: **REP Consulting Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983446 | $5,043.80 | 7/24/18 | 1244432811 | 7/2/18 | $1,298.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983446 | $5,043.80 | 7/24/18 | 2654432811 | 7/2/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983446 | $5,043.80 | 7/24/18 | 1244432881 | 7/9/18 | $1,295.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983446 | $5,043.80 | 7/24/18 | 2654432881 | 7/9/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986918 | $2,518.40 | 7/31/18 | 1244432951 | 7/14/18 | $1,293.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986918 | $2,518.40 | 7/31/18 | 2654432951 | 7/16/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990396 | $2,518.40 | 8/9/18 | 1244433021 | 7/23/18 | $1,293.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990396 | $2,518.40 | 8/9/18 | 2654433021 | 7/23/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994055 | $2,556.10 | 8/16/18 | 1244433091 | 7/30/18 | $1,331.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994055 | $2,556.10 | 8/16/18 | 2654433091 | 7/30/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998052 | $2,484.20 | 8/23/18 | 1244433161 | 8/6/18 | $1,259.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998052 | $2,484.20 | 8/23/18 | 2654433161 | 8/6/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001496 | $2,554.60 | 9/3/18 | 1244433231 | 8/13/18 | $1,329.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001496 | $2,554.60 | 9/3/18 | 2654433231 | 8/13/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004935 | $6,056.50 | 9/10/18 | 1244433301 | 8/20/18 | $4,831.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004935 | $6,056.50 | 9/10/18 | 2654433301 | 8/20/18 | $1,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012489 | $17,100.00 | 9/24/18 | 1244433441 | 9/3/18 | $10,975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012489 | $17,100.00 | 9/24/18 | 2654433441 | 9/3/18 | $6,125.00 |

Totals:    8 transfer(s),  $40,832.00