Defendant: **American Cleaning Supply Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 144284 | 6/19/18 | $7,371.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 144268 | 6/19/18 | $6,156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 144285 | 6/19/18 | $3,726.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 144269 | 6/19/18 | $3,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 144327 | 6/20/18 | $2,673.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 8361AD062418BX2 | 6/22/18 | -$35.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 8361AD070118CB0 | 6/29/18 | -$126.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 8361AD070818B01 | 7/6/18 | -$176.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 7705050207 | 7/10/18 | -$3.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 8361AD071518BT4 | 7/13/18 | -$25.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 7705050747 | 7/20/18 | -$3.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 8361AD072218BZ0 | 7/20/18 | -$49.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 20180836KPW | 7/26/18 | -$234.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991396 | $22,441.06 | 8/13/18 | 8361AD072918BZ6 | 7/27/18 | -$69.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995669 | $3,941.91 | 8/20/18 | 144406 | 6/22/18 | $4,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995669 | $3,941.91 | 8/20/18 | 7705051371 | 7/31/18 | -$5.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995669 | $3,941.91 | 8/20/18 | 8361AD080518B48 | 8/3/18 | -$102.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002512 | $5,499.50 | 9/5/18 | 144782 | 7/6/18 | $5,576.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002512 | $5,499.50 | 9/5/18 | 8361AD081218BQ1 | 8/10/18 | -$43.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002512 | $5,499.50 | 9/5/18 | 8361AD081918BF0 | 8/17/18 | -$31.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002512 | $5,499.50 | 9/5/18 | 7705052416 | 8/18/18 | -$2.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005903 | $11,692.16 | 9/12/18 | 145141 | 7/18/18 | $6,316.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005903 | $11,692.16 | 9/12/18 | 145103 | 7/18/18 | $5,456.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005903 | $11,692.16 | 9/12/18 | 7705052717 | 8/23/18 | -$3.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005903 | $11,692.16 | 9/12/18 | 8361AD082618B84 | 8/24/18 | -$77.75 |

Totals:    4 transfer(s),  $43,574.63