Defendant:          **Detergent 2.0 LLC**

Bankruptcy Case     **Sears Holding Corporation, et al.**

Preference Period:  **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988617 | $17,264.68 | 8/7/18 | INV034852 | 6/14/18 | $4,317.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988617 | $17,264.68 | 8/7/18 | INV034851 | 6/14/18 | $4,317.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988617 | $17,264.68 | 8/7/18 | INV034853 | 6/15/18 | $4,317.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988617 | $17,264.68 | 8/7/18 | INV034854 | 6/15/18 | $4,317.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988617 | $17,264.68 | 8/7/18 | 3818053150 | 6/26/18 | -$2.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988617 | $17,264.68 | 8/7/18 | 8361AD071518A89 | 7/13/18 | -$2.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992110 | $18,490.16 | 8/14/18 | INV034850 | 6/14/18 | $4,317.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992110 | $18,490.16 | 8/14/18 | INV034855 | 6/21/18 | $2,878.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992110 | $18,490.16 | 8/14/18 | INV034857 | 6/22/18 | $2,878.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992110 | $18,490.16 | 8/14/18 | INV034856 | 6/22/18 | $2,878.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992110 | $18,490.16 | 8/14/18 | INV034858 | 6/22/18 | $2,878.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992110 | $18,490.16 | 8/14/18 | INV034859 | 6/25/18 | $2,878.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992110 | $18,490.16 | 8/14/18 | 3592054520 | 7/24/18 | -$2.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992110 | $18,490.16 | 8/14/18 | VPOT991484984 | 7/29/18 | -$71.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992110 | $18,490.16 | 8/14/18 | VPOT991484982 | 7/29/18 | -$71.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992110 | $18,490.16 | 8/14/18 | VPOT991484983 | 7/29/18 | -$71.96 |

**Totals:**      **2 transfer(s),  $35,754.84**