Defendant: **Doskocil Mfg. Company Dba Petmate**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 4552663 | 5/2/18 | $3,703.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 4552665 | 5/2/18 | $2,628.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 4552661 | 5/2/18 | $1,012.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 4552664 | 5/2/18 | $909.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 4552660 | 5/2/18 | $301.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 6085715000-1 | 5/3/18 | $7.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 6125925000-1 | 5/7/18 | $4.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 6115005000-1 | 5/8/18 | $4.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 6151715000-1 | 5/9/18 | $6.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 6156645000-1 | 5/9/18 | $5.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 6129425000-1 | 5/9/18 | $3.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 20180790KPW | 6/28/18 | -$166.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 8361AD070118AW9 | 6/29/18 | -$233.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981860 | $8,083.14 | 7/20/18 | 8361AD070818AT5 | 7/6/18 | -$103.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985228 | $2,241.36 | 7/27/18 | 4552662 | 5/2/18 | $2,179.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985228 | $2,241.36 | 7/27/18 | 6185415000-1 | 5/14/18 | $106.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985228 | $2,241.36 | 7/27/18 | 6188695000-1 | 5/14/18 | $4.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985228 | $2,241.36 | 7/27/18 | 6177415000-1 | 5/15/18 | $14.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985228 | $2,241.36 | 7/27/18 | 6203525000-1 | 5/15/18 | $5.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985228 | $2,241.36 | 7/27/18 | 6212295000-1 | 5/16/18 | $8.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985228 | $2,241.36 | 7/27/18 | 8361AD071518AR5 | 7/13/18 | -$77.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 4556607 | 5/12/18 | $1,541.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 4558608 | 5/17/18 | $168.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 4558604 | 5/17/18 | $112.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 4558943 | 5/17/18 | $112.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 4558593 | 5/17/18 | $112.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 4558944 | 5/17/18 | $112.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 4559091 | 5/18/18 | $657.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 4560390 | 5/21/18 | $115.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 4560255 | 5/21/18 | $105.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 6254355000-1 | 5/22/18 | $4.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 6254355000-2 | 5/22/18 | $4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 6290365000-1 | 5/23/18 | $3.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 6316315000-1 | 5/24/18 | $1.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 6326055000-1 | 5/25/18 | $11.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | 8361AD072218AS5 | 7/20/18 | -$132.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | VPOT991484482 | 7/22/18 | -$15.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | VPOT991484481 | 7/22/18 | -$45.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | VPOT991484486 | 7/22/18 | -$50.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | VPOT991484485 | 7/22/18 | -$109.10 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | VPOT991484484 | 7/22/18 | -$131.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988639 | $2,394.23 | 8/7/18 | VPOT991484483 | 7/22/18 | -$185.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992137 | $838.00 | 8/14/18 | 4561713 | 5/24/18 | $493.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992137 | $838.00 | 8/14/18 | 4562177 | 5/24/18 | $355.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992137 | $838.00 | 8/14/18 | 4561721 | 5/24/18 | $38.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992137 | $838.00 | 8/14/18 | 6351495000-1 | 5/29/18 | $21.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992137 | $838.00 | 8/14/18 | 6318585000-1 | 5/29/18 | $5.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992137 | $838.00 | 8/14/18 | 6360605000-1 | 5/29/18 | $3.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992137 | $838.00 | 8/14/18 | 6403065000-1 | 6/1/18 | $21.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992137 | $838.00 | 8/14/18 | 6398035000-1 | 6/1/18 | $3.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992137 | $838.00 | 8/14/18 | 8361AD072918AT3 | 7/27/18 | -$105.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6408675000-1 | 6/4/18 | $7.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6437025000-1 | 6/4/18 | $5.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6408855000-1 | 6/4/18 | $3.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 4566752 | 6/5/18 | $860.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 4566759 | 6/5/18 | $530.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6461905000-1 | 6/6/18 | $17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6460355000-1 | 6/6/18 | $4.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 4567660 | 6/7/18 | $1,028.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 4568233 | 6/8/18 | $100.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6492105000-1 | 6/8/18 | $3.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6510605000-1 | 6/11/18 | $11.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6530105000-1 | 6/11/18 | $5.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6527975000-1 | 6/11/18 | $4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6527975000-2 | 6/11/18 | $3.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6544465000-1 | 6/12/18 | $5.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6544885000-1 | 6/12/18 | $4.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6545915000-1 | 6/12/18 | $4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6539745000-1 | 6/12/18 | $1.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6555755000-1 | 6/13/18 | $4.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6565925000-1 | 6/14/18 | $3.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 6579375000-1 | 6/15/18 | $6.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 8361AD080518AU8 | 8/3/18 | -$157.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | VPOT991485389 | 8/5/18 | -$8.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | VPOT991485388 | 8/5/18 | -$77.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999731 | $2,318.93 | 8/30/18 | 8361AD081218AP9 | 8/10/18 | -$55.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003231 | $540.95 | 9/6/18 | 4569651 | 6/12/18 | $111.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003231 | $540.95 | 9/6/18 | 4569253 | 6/12/18 | $107.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003231 | $540.95 | 9/6/18 | 4570634 | 6/14/18 | $340.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003231 | $540.95 | 9/6/18 | 6607255000-1 | 6/18/18 | $5.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003231 | $540.95 | 9/6/18 | 6593125000-1 | 6/18/18 | $3.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003231 | $540.95 | 9/6/18 | 8361AD081918AM2 | 8/17/18 | -$27.25 |

Totals:    6 transfer(s),    $16,416.61

Doskocil Mfg Company Dba Petmate

Bankruptcy Case: Sears Holding Corporation, et al.