Defendant: **FCL Graphics, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979775 | $25,607.36 | 7/17/18 | 235029Z046 | 5/3/18 | $25,607.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989978 | $2,391.00 | 8/9/18 | 235129 | 5/24/18 | $2,391.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994601 | $2,494.00 | 8/17/18 | 235226 | 6/1/18 | $2,494.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006728 | $436.00 | 9/13/18 | 235379Z009 | 6/26/18 | $436.00 |

Totals:     4 transfer(s),  $30,928.36