Defendant: **Naterra International Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 180587 | 6/11/18 | $2,672.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 180586 | 6/11/18 | $496.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3798023134 | 6/20/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7109051491 | 6/20/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9746029055 | 6/21/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7329027302 | 6/21/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3828049610 | 6/21/18 | -$7.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9419032084 | 6/21/18 | -$14.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 8361AD062418B55 | 6/22/18 | -$4.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3086020449 | 6/22/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3086020458 | 6/22/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3136019691 | 6/22/18 | -$7.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9124021277 | 6/22/18 | -$11.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 8361AD062418B56 | 6/22/18 | -$40.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9122009918 | 6/25/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9614026783 | 6/25/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3266017128 | 6/25/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9420055088 | 6/25/18 | -$8.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3882064321 | 6/26/18 | -$4.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7321021019 | 6/26/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3256016578 | 6/26/18 | -$9.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 4483019162 | 6/26/18 | -$9.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3829074709 | 6/26/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3345038514 | 6/26/18 | -$18.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9808027146 | 6/27/18 | -$4.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3829074713 | 6/27/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7644026521 | 6/28/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3829074719 | 6/29/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9746029086 | 6/29/18 | -$7.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3722023781 | 6/29/18 | -$10.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 8361AD070118CL4 | 6/29/18 | -$16.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 8361AD070118CL3 | 6/29/18 | -$32.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7749055156 | 6/30/18 | -$2.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7390038478 | 6/30/18 | -$3.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9746029094 | 6/30/18 | -$3.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3600015702 | 7/2/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7741058060 | 7/2/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7793060740 | 7/2/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3834053248 | 7/2/18 | -$9.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7654004678 | 7/2/18 | -$13.24 |

Naterra International Inc
Bankruptcy Case: Sears Holding Corporation, et al.

November 6, 2019                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9808027160 | 7/3/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3088042840 | 7/3/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3820016251 | 7/3/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3088042844 | 7/3/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9520020559 | 7/4/18 | -$2.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 4819024526 | 7/4/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7321021031 | 7/4/18 | -$10.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 8361AD070818B89 | 7/6/18 | -$5.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3013026373 | 7/6/18 | -$5.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 8361AD070818B88 | 7/6/18 | -$14.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7017029857 | 7/8/18 | -$10.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 9348034073 | 7/9/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3345038558 | 7/10/18 | -$4.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 7229019236 | 7/10/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 4762028006 | 7/10/18 | -$9.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983246 | $2,732.02 | 7/24/18 | 3834053283 | 7/11/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 180596 | 6/11/18 | $4,910.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 180593 | 6/11/18 | $3,438.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 180591 | 6/11/18 | $2,583.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 180592 | 6/11/18 | $1,665.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 180597 | 6/11/18 | $1,481.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 180590 | 6/11/18 | $493.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 3793016279 | 7/2/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 4160023098 | 7/5/18 | -$6.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 7654004744 | 7/10/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 7223068954 | 7/11/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 9348034095 | 7/12/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 4016008255 | 7/12/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 3371050218 | 7/12/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 3963028301 | 7/12/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 9662038896 | 7/13/18 | -$2.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 8361AD071518B21 | 7/13/18 | -$5.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 3086020492 | 7/13/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 4762028042 | 7/14/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 4457032127 | 7/14/18 | -$6.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 4016008266 | 7/15/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 7793060810 | 7/15/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 7147045985 | 7/16/18 | -$2.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 7699019234 | 7/16/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 3361017035 | 7/16/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 4453017496 | 7/16/18 | -$4.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 4170019065 | 7/16/18 | -$5.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 3308012825 | 7/17/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986700 | $14,473.49 | 7/31/18 | 9419032143 | 7/18/18 | -$3.40 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 180595 | 6/11/18 | $5,318.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 180594 | 6/11/18 | $1,729.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 180588 | 6/11/18 | $219.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 7390038540 | 7/15/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 3798023199 | 7/17/18 | -$2.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 9463013825 | 7/17/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 7147045992 | 7/17/18 | -$7.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 7793060838 | 7/18/18 | -$4.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 7793060844 | 7/18/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 7034032710 | 7/19/18 | -$3.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 9348034131 | 7/19/18 | -$5.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 4762028062 | 7/20/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 9711015395 | 7/20/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 8361AD072218B76 | 7/20/18 | -$5.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 8361AD072218B75 | 7/20/18 | -$66.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 4470031588 | 7/21/18 | -$7.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 4304017218 | 7/22/18 | -$6.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | VPASN993117376 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | VPASN993117377 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | VPASN993117696 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 3368066893 | 7/23/18 | -$2.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 3415033757 | 7/24/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 4129022133 | 7/24/18 | -$5.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990152 | $6,664.32 | 8/9/18 | 4819024588 | 7/25/18 | -$9.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182362 | 7/2/18 | $4,761.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182358 | 7/2/18 | $4,428.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182354 | 7/2/18 | $4,166.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182363 | 7/2/18 | $2,532.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182360 | 7/2/18 | $2,251.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182356 | 7/2/18 | $1,518.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182366 | 7/2/18 | $1,477.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182364 | 7/2/18 | $1,360.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182367 | 7/2/18 | $914.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182365 | 7/2/18 | $856.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182361 | 7/2/18 | $434.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182359 | 7/2/18 | $383.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182357 | 7/2/18 | $163.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182353 | 7/2/18 | $134.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182355 | 7/2/18 | $121.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182748 | 7/6/18 | $2,283.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182746 | 7/6/18 | $1,033.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182747 | 7/6/18 | $468.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182795 | 7/9/18 | $488.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 182794 | 7/9/18 | $135.12 |

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 4150042002 | 7/18/18 | -$10.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 4113030912 | 7/20/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3865022482 | 7/22/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 4389031764 | 7/23/18 | -$12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3142030610 | 7/24/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3531023280 | 7/25/18 | -$2.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3699052064 | 7/25/18 | -$4.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 4129022142 | 7/27/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 4421040010 | 7/27/18 | -$3.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 8361AD072918B95 | 7/27/18 | -$5.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 7147046037 | 7/27/18 | -$21.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 8361AD072918B94 | 7/27/18 | -$29.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 9348034174 | 7/30/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3990024162 | 7/31/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 9348034201 | 8/1/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3172021116 | 8/2/18 | -$2.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 4751015548 | 8/2/18 | -$3.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3390018325 | 8/2/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 9419032185 | 8/2/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3982020553 | 8/2/18 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 7274012808 | 8/2/18 | -$11.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 9463013837 | 8/3/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 7477015168 | 8/3/18 | -$4.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 8361AD080518CF2 | 8/3/18 | -$22.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 8361AD080518CF1 | 8/3/18 | -$55.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3308012832 | 8/4/18 | -$7.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | MA18216715961 | 8/4/18 | -$1,188.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | MA18216715962 | 8/4/18 | -$1,792.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | MA18216715997 | 8/4/18 | -$15,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 4421040054 | 8/6/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3483001946 | 8/6/18 | -$5.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3834053360 | 8/7/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 3592054577 | 8/7/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997853 | $11,190.49 | 8/23/18 | 7793060932 | 8/8/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 182804 | 7/9/18 | $1,684.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 182798 | 7/9/18 | $1,653.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 182803 | 7/9/18 | $1,170.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 182801 | 7/9/18 | $842.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 182800 | 7/9/18 | $655.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 182802 | 7/9/18 | $267.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 182797 | 7/9/18 | $185.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 182799 | 7/9/18 | $116.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 182796 | 7/9/18 | $109.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 183012 | 7/11/18 | $14.51 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 183050 | 7/12/18 | $1,327.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 183051 | 7/12/18 | $783.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 183048 | 7/12/18 | $182.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 183049 | 7/12/18 | $168.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 4868055280 | 7/29/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 9619057369 | 8/1/18 | -$35.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 7017029927 | 8/4/18 | -$2.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 3945047877 | 8/5/18 | -$124.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 3865022509 | 8/9/18 | -$2.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 8361AD081218BY0 | 8/10/18 | -$5.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 3040043373 | 8/10/18 | -$8.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 8361AD081218BX9 | 8/10/18 | -$47.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 3239017943 | 8/13/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 3882064653 | 8/14/18 | -$2.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 3990024218 | 8/14/18 | -$3.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001274 | $8,915.09 | 9/3/18 | 3592054627 | 8/14/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 183457 | 7/17/18 | $543.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 183456 | 7/17/18 | $407.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 183458 | 7/17/18 | $143.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 183460 | 7/17/18 | $62.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 183459 | 7/17/18 | $29.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 3371050291 | 8/12/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 3888048655 | 8/16/18 | -$3.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 3982020593 | 8/16/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 8361AD081918BK7 | 8/17/18 | -$5.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 4129022180 | 8/17/18 | -$18.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 3713012765 | 8/18/18 | -$3.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 4371035115 | 8/18/18 | -$3.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 4371035114 | 8/18/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 4034015356 | 8/18/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 3819022592 | 8/20/18 | -$2.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 4215020090 | 8/20/18 | -$10.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004722 | $1,112.00 | 9/10/18 | 4819024635 | 8/21/18 | -$2.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 183886 | 7/23/18 | $1,152.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 183887 | 7/23/18 | $87.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 184076 | 7/24/18 | $1,688.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 184077 | 7/24/18 | $1,064.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 184074 | 7/24/18 | $776.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 184078 | 7/24/18 | $673.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 184071 | 7/24/18 | $628.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 184072 | 7/24/18 | $485.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 184075 | 7/24/18 | $179.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 184073 | 7/24/18 | $101.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 184070 | 7/24/18 | $14.51 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 184407 | 7/27/18 | $2,090.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 3582024678 | 8/22/18 | -$7.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 3800016917 | 8/22/18 | -$17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 7223069020 | 8/23/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 4453017573 | 8/24/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 8361AD082618CI8 | 8/24/18 | -$42.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 8361AD082618CI7 | 8/24/18 | -$58.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | MA18237715998 | 8/25/18 | -$1,325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 4423030332 | 8/29/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 7016033105 | 8/29/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008230 | $7,470.79 | 9/17/18 | 7016033107 | 8/29/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184447 | 7/30/18 | $1,485.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184449 | 7/30/18 | $1,110.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184450 | 7/30/18 | $587.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184448 | 7/30/18 | $105.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184775 | 8/1/18 | $618.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184980 | 8/3/18 | $436.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184997 | 8/6/18 | $2,244.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 185024 | 8/6/18 | $1,707.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184995 | 8/6/18 | $1,274.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184993 | 8/6/18 | $1,126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 185025 | 8/6/18 | $618.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184996 | 8/6/18 | $218.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184992 | 8/6/18 | $211.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 184994 | 8/6/18 | $193.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 7065016755 | 8/29/18 | -$2.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 3056031130 | 8/30/18 | -$4.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 9419032297 | 8/31/18 | -$2.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 3013026442 | 8/31/18 | -$3.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 4858046248 | 8/31/18 | -$11.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 8361AD090218B95 | 8/31/18 | -$28.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 8361AD090218B94 | 8/31/18 | -$50.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 4160023191 | 9/1/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 3592054713 | 9/1/18 | -$9.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | VPASN993120415 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | VPASN993120416 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 7065016759 | 9/3/18 | -$3.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 4206023513 | 9/3/18 | -$4.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012277 | $11,510.99 | 9/24/18 | 9419032314 | 9/4/18 | -$4.44 |

Totals:    8 transfer(s),    $64,069.19