Defendant: **One Step Up Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K78291009 | 9/6/17 | -$6.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361D006134638 | 11/7/17 | -$7.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361D006186238 | 1/3/18 | -$11.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 2076281 | 1/19/18 | $11,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 2076283 | 1/22/18 | $18,675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 2076279 | 1/22/18 | $10,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 2076278 | 1/22/18 | $5,775.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 2076280 | 1/22/18 | $5,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 2076282 | 1/22/18 | $3,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88346193 | 2/2/18 | -$649.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88375568 | 2/27/18 | -$17.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | ACH030818 | 3/8/18 | -$56,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD031118BD4 | 3/9/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88385876 | 3/24/18 | -$119.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD041518BN0 | 4/13/18 | -$8.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88393705 | 4/14/18 | -$25.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD042218BI7 | 4/20/18 | -$20.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88420863 | 4/25/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88423049 | 4/27/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD042918BJ9 | 4/27/18 | -$11.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88426904 | 5/2/18 | -$2.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD050618BH1 | 5/4/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88428760 | 5/5/18 | -$104.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 7705047369 | 5/17/18 | -$2.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD052018BH2 | 5/18/18 | -$14.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD052718BI4 | 5/25/18 | -$26.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88442670 | 5/31/18 | -$5.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD060318A32 | 6/1/18 | -$1.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88447353 | 6/1/18 | -$5.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD061018A94 | 6/8/18 | -$16.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD061718A40 | 6/15/18 | -$2.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD062418BF7 | 6/22/18 | -$1.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116285 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116283 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116282 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116281 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116280 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116279 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116278 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116284 | 6/24/18 | -$150.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD070118BP1 | 6/29/18 | -$17.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116623 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116629 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116627 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116628 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116630 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116626 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116625 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | VPASN993116624 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD070818BG9 | 7/6/18 | -$1.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88477866 | 7/12/18 | -$4.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD071518BC8 | 7/13/18 | -$5.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8710K88483101 | 7/14/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | ONE07694 | 7/20/18 | $17,685.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | ONE74149 | 7/20/18 | $12,436.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | ONE25365 | 7/20/18 | $1,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | ONE74148 | 7/20/18 | $1,036.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | ONE04440 | 7/20/18 | $1,036.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990207 | $30,233.77 | 8/9/18 | 8361AD072218BG0 | 7/20/18 | -$5.73 |

Totals:    1 transfer(s),  $30,233.77

One Step Up Ltd

Bankruptcy Case: Sears Holding Corporation, et al.

November 6, 2019                                    Exhibit A                                    P. 2