Defendant: **Pacific Charlie Co. Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980005 | $6,721.40 | 7/17/18 | 19310 | 6/1/18 | $2,597.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980005 | $6,721.40 | 7/17/18 | 19311 | 6/1/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980005 | $6,721.40 | 7/17/18 | 19312 | 6/1/18 | $81.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980005 | $6,721.40 | 7/17/18 | 19321 | 6/4/18 | $3,227.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980005 | $6,721.40 | 7/17/18 | 19322 | 6/4/18 | $465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983310 | $7,686.50 | 7/24/18 | 19339 | 6/8/18 | $3,175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983310 | $7,686.50 | 7/24/18 | 19340 | 6/8/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983310 | $7,686.50 | 7/24/18 | 19341 | 6/11/18 | $2,543.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983310 | $7,686.50 | 7/24/18 | 19342 | 6/11/18 | $1,345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983310 | $7,686.50 | 7/24/18 | 19343 | 6/11/18 | $273.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986767 | $8,657.60 | 7/31/18 | 19349 | 6/15/18 | $4,223.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986767 | $8,657.60 | 7/31/18 | 19351 | 6/15/18 | $637.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986767 | $8,657.60 | 7/31/18 | 19353 | 6/15/18 | $132.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986767 | $8,657.60 | 7/31/18 | 19350 | 6/18/18 | $3,196.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986767 | $8,657.60 | 7/31/18 | 19352 | 6/18/18 | $467.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990225 | $11,377.50 | 8/9/18 | 19367 | 6/22/18 | $4,308.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990225 | $11,377.50 | 8/9/18 | 19368 | 6/22/18 | $730.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990225 | $11,377.50 | 8/9/18 | 19354 | 6/22/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990225 | $11,377.50 | 8/9/18 | 19375 | 6/25/18 | $2,981.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990225 | $11,377.50 | 8/9/18 | 19377 | 6/25/18 | $2,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990225 | $11,377.50 | 8/9/18 | 19376 | 6/25/18 | $560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993883 | $8,974.10 | 8/16/18 | 19384 | 6/29/18 | $4,231.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993883 | $8,974.10 | 8/16/18 | 19385 | 6/29/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993883 | $8,974.10 | 8/16/18 | 19386 | 6/29/18 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993883 | $8,974.10 | 8/16/18 | 19390 | 7/2/18 | $3,344.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993883 | $8,974.10 | 8/16/18 | 19392 | 7/2/18 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993883 | $8,974.10 | 8/16/18 | 19391 | 7/2/18 | $335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993883 | $8,974.10 | 8/16/18 | 1974 | 7/11/18 | -$66.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997918 | $8,101.15 | 8/23/18 | 19397 | 7/6/18 | $4,007.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997918 | $8,101.15 | 8/23/18 | 19398 | 7/6/18 | $717.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997918 | $8,101.15 | 8/23/18 | 19399 | 7/6/18 | $327.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997918 | $8,101.15 | 8/23/18 | 19401 | 7/9/18 | $2,522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997918 | $8,101.15 | 8/23/18 | 19402 | 7/9/18 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997918 | $8,101.15 | 8/23/18 | 19403 | 7/9/18 | $187.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001349 | $12,993.50 | 9/3/18 | 19413 | 7/13/18 | $4,067.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001349 | $12,993.50 | 9/3/18 | 19414 | 7/13/18 | $405.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001349 | $12,993.50 | 9/3/18 | 19415 | 7/13/18 | $170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001349 | $12,993.50 | 9/3/18 | 19418 | 7/16/18 | $3,211.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001349 | $12,993.50 | 9/3/18 | 19419 | 7/16/18 | $335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001349 | $12,993.50 | 9/3/18 | 19420 | 7/16/18 | $85.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001349 | $12,993.50 | 9/3/18 | 19427 | 7/19/18 | $4,137.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001349 | $12,993.50 | 9/3/18 | 19428 | 7/19/18 | $370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001349 | $12,993.50 | 9/3/18 | 19429 | 7/19/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004789 | $4,117.25 | 9/10/18 | 19430 | 7/23/18 | $3,387.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004789 | $4,117.25 | 9/10/18 | 19431 | 7/23/18 | $730.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008312 | $8,397.25 | 9/17/18 | 19439 | 7/27/18 | $4,567.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008312 | $8,397.25 | 9/17/18 | 19440 | 7/27/18 | $470.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008312 | $8,397.25 | 9/17/18 | 19442 | 7/30/18 | $3,025.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008312 | $8,397.25 | 9/17/18 | 19443 | 7/30/18 | $335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012343 | $6,499.25 | 9/24/18 | 19457 | 8/3/18 | $3,535.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012343 | $6,499.25 | 9/24/18 | 19458 | 8/3/18 | $162.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012343 | $6,499.25 | 9/24/18 | 19460 | 8/6/18 | $2,531.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012343 | $6,499.25 | 9/24/18 | 19461 | 8/6/18 | $270.00 |

Totals:    10 transfer(s),  $83,525.50