Defendant: **Scott Shoe Co. Ltd.**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007016 | $28,489.36 | 9/13/18 | 108922 | 7/26/18 | $28,489.36 |

Totals: 1 transfer(s), $28,489.36