Defendant: **International Home Miami Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90007 | $1,341.60 | 7/17/18 | 00000772AA | 6/12/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90007 | $1,341.60 | 7/17/18 | 00000433AA | 6/12/18 | $311.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90007 | $1,341.60 | 7/17/18 | 00000771AA | 6/12/18 | $301.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90007 | $1,341.60 | 7/17/18 | 00000707AA | 6/12/18 | $290.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90007 | $1,341.60 | 7/17/18 | 00000770AA | 6/12/18 | $112.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90618 | $37.80 | 7/18/18 | 00000920AA | 6/13/18 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91515 | $112.33 | 7/19/18 | 00001084AA | 6/14/18 | $112.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93042 | $1,677.86 | 7/23/18 | 00001368AA | 6/18/18 | $1,050.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93042 | $1,677.86 | 7/23/18 | 00001367AA | 6/18/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93042 | $1,677.86 | 7/23/18 | 00001366AA | 6/18/18 | $301.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 00001532AA | 6/19/18 | $2,008.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 00001531AA | 6/19/18 | $838.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 00001538AA | 6/19/18 | $676.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 00001537AA | 6/19/18 | $351.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 00001539AA | 6/19/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 00001536AA | 6/19/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 00001533AA | 6/19/18 | $195.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 00001535AA | 6/19/18 | $112.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 00001540AA | 6/19/18 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 00001534AA | 6/19/18 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94059 | $4,339.15 | 7/24/18 | 0000591108 | 7/18/18 | -$572.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94801 | $1,130.16 | 7/25/18 | 00001690AA | 6/20/18 | $572.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94801 | $1,130.16 | 7/25/18 | 00001691AA | 6/20/18 | $557.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95645 | $117.62 | 7/26/18 | 00001790AA | 6/21/18 | $79.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95645 | $117.62 | 7/26/18 | 00001789AA | 6/21/18 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96293 | $1,261.73 | 7/27/18 | 00001936AA | 6/22/18 | $935.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96293 | $1,261.73 | 7/27/18 | 00001935AA | 6/22/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98115 | $639.93 | 7/31/18 | 00002175AA | 6/26/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98115 | $639.93 | 7/31/18 | 00002187AA | 6/26/18 | $150.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98115 | $639.93 | 7/31/18 | 00002176AA | 6/26/18 | $85.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98115 | $639.93 | 7/31/18 | 00002177AA | 6/26/18 | $77.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99584 | $3,131.51 | 8/2/18 | 00002502AA | 6/28/18 | $1,512.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99584 | $3,131.51 | 8/2/18 | 00002409AA | 6/28/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99584 | $3,131.51 | 8/2/18 | 00002407AA | 6/28/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99584 | $3,131.51 | 8/2/18 | 00002504AA | 6/28/18 | $313.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99584 | $3,131.51 | 8/2/18 | 00002503AA | 6/28/18 | $290.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99584 | $3,131.51 | 8/2/18 | 00002411AA | 6/28/18 | $145.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99584 | $3,131.51 | 8/2/18 | 00002505AA | 6/28/18 | $104.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99584 | $3,131.51 | 8/2/18 | 00002408AA | 6/28/18 | $75.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99584 | $3,131.51 | 8/2/18 | 00002410AA | 6/28/18 | $37.80 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00230 | $1,192.14 | 8/3/18 | 00002662AA | 6/29/18 | $1,868.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00230 | $1,192.14 | 8/3/18 | 0000595268 | 7/31/18 | -$676.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01976 | $1,162.46 | 8/7/18 | 00002784AA | 7/2/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01976 | $1,162.46 | 8/7/18 | 00002911AA | 7/3/18 | $1,162.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01976 | $1,162.46 | 8/7/18 | 0000595709 | 8/1/18 | -$326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03436 | $586.92 | 8/9/18 | 00003052AA | 7/5/18 | $150.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03436 | $586.92 | 8/9/18 | 00003053AA | 7/5/18 | $150.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03436 | $586.92 | 8/9/18 | 00003050AA | 7/5/18 | $131.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03436 | $586.92 | 8/9/18 | 00003054AA | 7/5/18 | $79.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03436 | $586.92 | 8/9/18 | 00003051AA | 7/5/18 | $75.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04068 | $3,041.59 | 8/10/18 | 00003164AA | 7/6/18 | $676.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04068 | $3,041.59 | 8/10/18 | 00003165AA | 7/6/18 | $577.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04068 | $3,041.59 | 8/10/18 | 00003232AA | 7/6/18 | $379.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04068 | $3,041.59 | 8/10/18 | 00003230AA | 7/6/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04068 | $3,041.59 | 8/10/18 | 00003233AA | 7/6/18 | $277.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04068 | $3,041.59 | 8/10/18 | 00003234AA | 7/6/18 | $224.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04068 | $3,041.59 | 8/10/18 | 00003231AA | 7/6/18 | $224.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04068 | $3,041.59 | 8/10/18 | 00003237AA | 7/6/18 | $195.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04068 | $3,041.59 | 8/10/18 | 00003236AA | 7/6/18 | $121.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04068 | $3,041.59 | 8/10/18 | 00003235AA | 7/6/18 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04876 | $1,079.23 | 8/13/18 | 00003371AA | 7/9/18 | $602.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04876 | $1,079.23 | 8/13/18 | 00003336AA | 7/9/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04876 | $1,079.23 | 8/13/18 | 00003373AA | 7/9/18 | $112.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04876 | $1,079.23 | 8/13/18 | 00003372AA | 7/9/18 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05850 | $252.07 | 8/14/18 | 00003489AA | 7/10/18 | $252.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06571 | $1,177.86 | 8/15/18 | 00003611AA | 7/11/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06571 | $1,177.86 | 8/15/18 | 00003615AA | 7/11/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06571 | $1,177.86 | 8/15/18 | 00003613AA | 7/11/18 | $232.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06571 | $1,177.86 | 8/15/18 | 00003614AA | 7/11/18 | $112.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06571 | $1,177.86 | 8/15/18 | 00003616AA | 7/11/18 | $104.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06571 | $1,177.86 | 8/15/18 | 00003612AA | 7/11/18 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06571 | $1,177.86 | 8/15/18 | 00003610AA | 7/11/18 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07412 | $1,031.63 | 8/16/18 | 00003786AA | 7/12/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07412 | $1,031.63 | 8/16/18 | 00003782AA | 7/12/18 | $301.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07412 | $1,031.63 | 8/16/18 | 00003783AA | 7/12/18 | $290.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07412 | $1,031.63 | 8/16/18 | 00003785AA | 7/12/18 | $75.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07412 | $1,031.63 | 8/16/18 | 00003784AA | 7/12/18 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08065 | $2,076.41 | 8/17/18 | 00004006AA | 7/13/18 | $850.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08065 | $2,076.41 | 8/17/18 | 00004008AA | 7/13/18 | $622.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08065 | $2,076.41 | 8/17/18 | 00004007AA | 7/13/18 | $345.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08065 | $2,076.41 | 8/17/18 | 00004009AA | 7/13/18 | $112.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08065 | $2,076.41 | 8/17/18 | 00004005AA | 7/13/18 | $108.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08065 | $2,076.41 | 8/17/18 | 00004004AA | 7/13/18 | $37.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08888 | $1,688.56 | 8/20/18 | 00004122AA | 7/16/18 | $850.99 |

International Home Miami Corp

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019

Exhibit A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08888 | $1,688.56 | 8/20/18 | 00004121AA | 7/16/18 | $435.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08888 | $1,688.56 | 8/20/18 | 00004123AA | 7/16/18 | $301.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08888 | $1,688.56 | 8/20/18 | 00004120AA | 7/16/18 | $100.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10629 | $543.32 | 8/22/18 | 00004389AA | 7/18/18 | $326.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10629 | $543.32 | 8/22/18 | 00004388AA | 7/18/18 | $216.92 |

**Totals:**       **21 transfer(s),  $27,621.88**

International Home Miami Corp

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019                                   Exhibit A                                   P. 3