Defendant: **O'Shea Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13131 | $27,480.00 | 8/27/18 | 000006518B | 6/22/18 | $15,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13131 | $27,480.00 | 8/27/18 | 000006518A | 6/22/18 | $10,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13131 | $27,480.00 | 8/27/18 | 000006518C | 6/22/18 | $4,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13131 | $27,480.00 | 8/27/18 | 0000609182 | 8/7/18 | -$1,920.00 |

Totals:    1 transfer(s),  $27,480.00