Defendant: **Paradigm Fitness Equipment Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006367AA | 6/12/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006370AA | 6/12/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006369AA | 6/12/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006365AA | 6/12/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006362AA | 6/12/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006363AA | 6/12/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006364AA | 6/12/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006368AA | 6/12/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006371AA | 6/12/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006361AA | 6/12/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 00006366AA | 6/12/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90072 | $1,210.00 | 7/17/18 | 0000589199 | 7/12/18 | -$132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006935AA | 6/13/18 | $305.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006930AA | 6/13/18 | $255.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006927AA | 6/13/18 | $236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006939AA | 6/13/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006933AA | 6/13/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006934AA | 6/13/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006931AA | 6/13/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006936AA | 6/13/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006937AA | 6/13/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006932AA | 6/13/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006929AA | 6/13/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006938AA | 6/13/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90803 | $2,015.00 | 7/18/18 | 00006928AA | 6/13/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91678 | $967.00 | 7/19/18 | 00007434AA | 6/14/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91678 | $967.00 | 7/19/18 | 00007438AA | 6/14/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91678 | $967.00 | 7/19/18 | 00007439AA | 6/14/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91678 | $967.00 | 7/19/18 | 00007436AA | 6/14/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91678 | $967.00 | 7/19/18 | 00007437AA | 6/14/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91678 | $967.00 | 7/19/18 | 00007440AA | 6/14/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91678 | $967.00 | 7/19/18 | 00007441AA | 6/14/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00008053AA | 6/15/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00006238AA | 6/15/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00008044AA | 6/15/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00008045AA | 6/15/18 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00008047AA | 6/15/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00008051AA | 6/15/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00008050AA | 6/15/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00007435AA | 6/15/18 | $129.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00008046AA | 6/15/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00008048AA | 6/15/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00008049AA | 6/15/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92297 | $1,737.00 | 7/20/18 | 00008052AA | 6/15/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009594AA | 6/18/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009579AA | 6/18/18 | $255.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009601AA | 6/18/18 | $236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009585AA | 6/18/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009575AA | 6/18/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009571AA | 6/18/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009587AA | 6/18/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009599AA | 6/18/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009577AA | 6/18/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009574AA | 6/18/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009591AA | 6/18/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009596AA | 6/18/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009590AA | 6/18/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009603AA | 6/18/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009595AA | 6/18/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009592AA | 6/18/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009576AA | 6/18/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009580AA | 6/18/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009597AA | 6/18/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009578AA | 6/18/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009600AA | 6/18/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009573AA | 6/18/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009589AA | 6/18/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009602AA | 6/18/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009588AA | 6/18/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009593AA | 6/18/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009583AA | 6/18/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009581AA | 6/18/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009586AA | 6/18/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009572AA | 6/18/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009598AA | 6/18/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009584AA | 6/18/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93305 | $4,166.00 | 7/23/18 | 00009582AA | 6/18/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000439AA | 6/19/18 | $412.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000037AA | 6/19/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000027AA | 6/19/18 | $245.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000026AA | 6/19/18 | $244.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000035AA | 6/19/18 | $244.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000021AA | 6/19/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000032AA | 6/19/18 | $229.00 |

Paradigm Fitness Equipment Inc

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000022AA | 6/19/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000034AA | 6/19/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000036AA | 6/19/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000025AA | 6/19/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000031AA | 6/19/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000033AA | 6/19/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000038AA | 6/19/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000030AA | 6/19/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000020AA | 6/19/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000028AA | 6/19/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000029AA | 6/19/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 00000023AA | 6/19/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94193 | $3,197.00 | 7/24/18 | 0000591138 | 7/18/18 | -$79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000560AA | 6/20/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000568AA | 6/20/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000574AA | 6/20/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000565AA | 6/20/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000575AA | 6/20/18 | $236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000570AA | 6/20/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000562AA | 6/20/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000564AA | 6/20/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000566AA | 6/20/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000572AA | 6/20/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000567AA | 6/20/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000563AA | 6/20/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000573AA | 6/20/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000571AA | 6/20/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94963 | $2,495.00 | 7/25/18 | 00000569AA | 6/20/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95798 | $416.00 | 7/26/18 | 00001081AA | 6/21/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95798 | $416.00 | 7/26/18 | 00001082AA | 6/21/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95798 | $416.00 | 7/26/18 | 00001083AA | 6/21/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96396 | $1,282.00 | 7/27/18 | 00001551AA | 6/22/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96396 | $1,282.00 | 7/27/18 | 00000932AA | 6/22/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96396 | $1,282.00 | 7/27/18 | 00001550AA | 6/22/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96396 | $1,282.00 | 7/27/18 | 00001558AA | 6/22/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96396 | $1,282.00 | 7/27/18 | 00001556AA | 6/22/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96396 | $1,282.00 | 7/27/18 | 00001555AA | 6/22/18 | $107.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96396 | $1,282.00 | 7/27/18 | 00001557AA | 6/22/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96396 | $1,282.00 | 7/27/18 | 00001553AA | 6/22/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96396 | $1,282.00 | 7/27/18 | 00001552AA | 6/22/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96396 | $1,282.00 | 7/27/18 | 00001554AA | 6/22/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002419AA | 6/25/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002406AA | 6/25/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002409AA | 6/25/18 | $236.00 |

Paradigm Fitness Equipment Inc

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019    Exhibit A    P. 3

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002407AA | 6/25/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00003189AA | 6/25/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002414AA | 6/25/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002426AA | 6/25/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002423AA | 6/25/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002412AA | 6/25/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002416AA | 6/25/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002415AA | 6/25/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002427AA | 6/25/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002420AA | 6/25/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002413AA | 6/25/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002428AA | 6/25/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002411AA | 6/25/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002430AA | 6/25/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002425AA | 6/25/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002429AA | 6/25/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002422AA | 6/25/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002418AA | 6/25/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002424AA | 6/25/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002421AA | 6/25/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002410AA | 6/25/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97343 | $3,648.00 | 7/30/18 | 00002408AA | 6/25/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 00003361AA | 6/26/18 | $264.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 00003363AA | 6/26/18 | $245.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 00003751AA | 6/26/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 00003750AA | 6/26/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 00003360AA | 6/26/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 00003362AA | 6/26/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 00003356AA | 6/26/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 00003357AA | 6/26/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 00003359AA | 6/26/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 00003355AA | 6/26/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 0000593935 | 7/26/18 | -$97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98257 | $1,307.00 | 7/31/18 | 0000593921 | 7/26/18 | -$255.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98939 | $740.00 | 8/1/18 | 00003906AA | 6/27/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98939 | $740.00 | 8/1/18 | 00003901AA | 6/27/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98939 | $740.00 | 8/1/18 | 00003904AA | 6/27/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98939 | $740.00 | 8/1/18 | 00003902AA | 6/27/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98939 | $740.00 | 8/1/18 | 00003903AA | 6/27/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98939 | $740.00 | 8/1/18 | 00003905AA | 6/27/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98939 | $740.00 | 8/1/18 | 00003907AA | 6/27/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99743 | $1,157.00 | 8/2/18 | 00004636AA | 6/28/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99743 | $1,157.00 | 8/2/18 | 00004640AA | 6/28/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99743 | $1,157.00 | 8/2/18 | 00004642AA | 6/28/18 | $132.00 |

Paradigm Fitness Equipment Inc

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99743 | $1,157.00 | 8/2/18 | 00004638AA | 6/28/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99743 | $1,157.00 | 8/2/18 | 00004641AA | 6/28/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99743 | $1,157.00 | 8/2/18 | 00004639AA | 6/28/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99743 | $1,157.00 | 8/2/18 | 00004643AA | 6/28/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99743 | $1,157.00 | 8/2/18 | 00004637AA | 6/28/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99743 | $1,157.00 | 8/2/18 | 00004644AA | 6/28/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99743 | $1,157.00 | 8/2/18 | 00004645AA | 6/28/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00327 | $1,482.00 | 8/3/18 | 00005185AA | 6/29/18 | $236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00327 | $1,482.00 | 8/3/18 | 00005178AA | 6/29/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00327 | $1,482.00 | 8/3/18 | 00005182AA | 6/29/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00327 | $1,482.00 | 8/3/18 | 00005186AA | 6/29/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00327 | $1,482.00 | 8/3/18 | 00005180AA | 6/29/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00327 | $1,482.00 | 8/3/18 | 00005181AA | 6/29/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00327 | $1,482.00 | 8/3/18 | 00005184AA | 6/29/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00327 | $1,482.00 | 8/3/18 | 00005187AA | 6/29/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00327 | $1,482.00 | 8/3/18 | 00005179AA | 6/29/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00327 | $1,482.00 | 8/3/18 | 00005183AA | 6/29/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006495AA | 7/2/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006510AA | 7/2/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006496AA | 7/2/18 | $245.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006500AA | 7/2/18 | $229.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006487AA | 7/2/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006503AA | 7/2/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006492AA | 7/2/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006490AA | 7/2/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006485AA | 7/2/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006494AA | 7/2/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006484AA | 7/2/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006501AA | 7/2/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006499AA | 7/2/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006498AA | 7/2/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006509AA | 7/2/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006504AA | 7/2/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006506AA | 7/2/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006493AA | 7/2/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006483AA | 7/2/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006486AA | 7/2/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006505AA | 7/2/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006497AA | 7/2/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006508AA | 7/2/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006489AA | 7/2/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006507AA | 7/2/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006491AA | 7/2/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006511AA | 7/2/18 | $88.00 |

Paradigm Fitness Equipment Inc

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01282 | $3,888.00 | 8/6/18 | 00006488AA | 7/2/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00007279AA | 7/3/18 | $290.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006890AA | 7/3/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006884AA | 7/3/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006881AA | 7/3/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006892AA | 7/3/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006887AA | 7/3/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006891AA | 7/3/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006889AA | 7/3/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006883AA | 7/3/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006888AA | 7/3/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006882AA | 7/3/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02110 | $2,122.00 | 8/7/18 | 00006885AA | 7/3/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007560AA | 7/5/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007571AA | 7/5/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007542AA | 7/5/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007540AA | 7/5/18 | $255.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007551AA | 7/5/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007559AA | 7/5/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007552AA | 7/5/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007565AA | 7/5/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007570AA | 7/5/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007574AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007573AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007567AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007563AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007558AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007543AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007544AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007541AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007553AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007554AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007547AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007548AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007546AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007564AA | 7/5/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007545AA | 7/5/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00008317AA | 7/5/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007577AA | 7/5/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007575AA | 7/5/18 | $114.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007568AA | 7/5/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007562AA | 7/5/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007561AA | 7/5/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007557AA | 7/5/18 | $97.00 |

Paradigm Fitness Equipment Inc

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007566AA | 7/5/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007549AA | 7/5/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007576AA | 7/5/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007556AA | 7/5/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007555AA | 7/5/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007569AA | 7/5/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007550AA | 7/5/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 00007572AA | 7/5/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03597 | $5,135.00 | 8/9/18 | 0000596991 | 8/6/18 | -$200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008318AA | 7/6/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008649AA | 7/6/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008328AA | 7/6/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008316AA | 7/6/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008315AA | 7/6/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008319AA | 7/6/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008322AA | 7/6/18 | $107.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008323AA | 7/6/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008321AA | 7/6/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008324AA | 7/6/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008325AA | 7/6/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008313AA | 7/6/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008326AA | 7/6/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008329AA | 7/6/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008327AA | 7/6/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008320AA | 7/6/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 00008314AA | 7/6/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04176 | $2,091.00 | 8/10/18 | 0000597385 | 8/7/18 | -$90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009764AA | 7/9/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009786AA | 7/9/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009782AA | 7/9/18 | $236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009792AA | 7/9/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009765AA | 7/9/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009763AA | 7/9/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009790AA | 7/9/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009791AA | 7/9/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009771AA | 7/9/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009773AA | 7/9/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009777AA | 7/9/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009779AA | 7/9/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009783AA | 7/9/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009788AA | 7/9/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009789AA | 7/9/18 | $99.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009774AA | 7/9/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009766AA | 7/9/18 | $97.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009781AA | 7/9/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009769AA | 7/9/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009793AA | 7/9/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009772AA | 7/9/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009780AA | 7/9/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009794AA | 7/9/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009785AA | 7/9/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009767AA | 7/9/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009768AA | 7/9/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009770AA | 7/9/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009784AA | 7/9/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009787AA | 7/9/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009778AA | 7/9/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05127 | $4,154.00 | 8/13/18 | 00009776AA | 7/9/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05969 | $1,535.00 | 8/14/18 | 00000381AA | 7/10/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05969 | $1,535.00 | 8/14/18 | 00000380AA | 7/10/18 | $230.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05969 | $1,535.00 | 8/14/18 | 00000384AA | 7/10/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05969 | $1,535.00 | 8/14/18 | 00000390AA | 7/10/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05969 | $1,535.00 | 8/14/18 | 00000385AA | 7/10/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05969 | $1,535.00 | 8/14/18 | 00000379AA | 7/10/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05969 | $1,535.00 | 8/14/18 | 00000382AA | 7/10/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05969 | $1,535.00 | 8/14/18 | 00000387AA | 7/10/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05969 | $1,535.00 | 8/14/18 | 00000383AA | 7/10/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05969 | $1,535.00 | 8/14/18 | 00000389AA | 7/10/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000995AA | 7/11/18 | $365.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000675AA | 7/11/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000994AA | 7/11/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000997AA | 7/11/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000996AA | 7/11/18 | $200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000676AA | 7/11/18 | $167.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000673AA | 7/11/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000678AA | 7/11/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000679AA | 7/11/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000671AA | 7/11/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000677AA | 7/11/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06739 | $2,227.00 | 8/15/18 | 00000680AA | 7/11/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07574 | $1,393.00 | 8/16/18 | 00001108AA | 7/12/18 | $289.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07574 | $1,393.00 | 8/16/18 | 00001107AA | 7/12/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07574 | $1,393.00 | 8/16/18 | 00001105AA | 7/12/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07574 | $1,393.00 | 8/16/18 | 00001110AA | 7/12/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07574 | $1,393.00 | 8/16/18 | 00001113AA | 7/12/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07574 | $1,393.00 | 8/16/18 | 00001114AA | 7/12/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07574 | $1,393.00 | 8/16/18 | 00001106AA | 7/12/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07574 | $1,393.00 | 8/16/18 | 00001111AA | 7/12/18 | $104.00 |

Paradigm Fitness Equipment Inc
Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019                                    Exhibit A                                    P. 8

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07574 | $1,393.00 | 8/16/18 | 00001115AA | 7/12/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07574 | $1,393.00 | 8/16/18 | 00001112AA | 7/12/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001760AA | 7/13/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001677AA | 7/13/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001680AA | 7/13/18 | $190.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001717AA | 7/13/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001685AA | 7/13/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001678AA | 7/13/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001679AA | 7/13/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001682AA | 7/13/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001683AA | 7/13/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001686AA | 7/13/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001681AA | 7/13/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08164 | $1,666.00 | 8/17/18 | 00001684AA | 7/13/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09136 | $188.00 | 8/20/18 | 0000565577 | 8/15/18 | $188.00 |

Totals:    24 transfer(s),  $50,218.00