Defendant: **Sunny Distributor Inc.**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 00009P16AA | 5/14/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 000059P7AA | 5/14/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 000059P3AA | 5/14/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 00009P13AA | 5/14/18 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 00009P14AA | 5/14/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 000059P6AA | 5/14/18 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 000059P4AA | 5/14/18 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 00009P12AA | 5/14/18 | $31.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 00009P15AA | 5/14/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 000059P1AA | 5/14/18 | $16.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 000059P2AA | 5/14/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 000059P9AA | 5/14/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 000059P8AA | 5/14/18 | $12.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 00009P11AA | 5/14/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 000059P5AA | 5/14/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 00009P10AA | 5/14/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 0000481080 | 7/12/18 | -$7.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90970 | $645.37 | 7/18/18 | 0000482950 | 7/12/18 | -$97.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91835 | $303.84 | 7/19/18 | 000068P1AA | 5/15/18 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91835 | $303.84 | 7/19/18 | 00008P10AA | 5/15/18 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91835 | $303.84 | 7/19/18 | 000068P5AA | 5/15/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91835 | $303.84 | 7/19/18 | 000068P8AA | 5/15/18 | $23.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91835 | $303.84 | 7/19/18 | 000068P7AA | 5/15/18 | $12.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91835 | $303.84 | 7/19/18 | 000068P9AA | 5/15/18 | $11.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91835 | $303.84 | 7/19/18 | 000068P4AA | 5/15/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91835 | $303.84 | 7/19/18 | 000068P3AA | 5/15/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91835 | $303.84 | 7/19/18 | 000068P6AA | 5/15/18 | $6.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91835 | $303.84 | 7/19/18 | 000068P2AA | 5/15/18 | $6.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92374 | $196.36 | 7/20/18 | 000026P6AA | 5/16/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92374 | $196.36 | 7/20/18 | 000026P3AA | 5/16/18 | $46.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92374 | $196.36 | 7/20/18 | 000026P7AA | 5/16/18 | $21.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92374 | $196.36 | 7/20/18 | 000026P1AA | 5/16/18 | $11.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92374 | $196.36 | 7/20/18 | 000026P4AA | 5/16/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92374 | $196.36 | 7/20/18 | 000026P8AA | 5/16/18 | $8.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92374 | $196.36 | 7/20/18 | 000026P9AA | 5/16/18 | $6.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92374 | $196.36 | 7/20/18 | 000026P2AA | 5/16/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92374 | $196.36 | 7/20/18 | 000026P5AA | 5/16/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93525 | $382.56 | 7/23/18 | 000090P3AA | 5/17/18 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93525 | $382.56 | 7/23/18 | 000090P2AA | 5/17/18 | $31.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93525 | $382.56 | 7/23/18 | 000090P1AA | 5/17/18 | $9.75 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93525 | $382.56 | 7/23/18 | 00002454AA | 5/18/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93525 | $382.56 | 7/23/18 | 00002453AA | 5/18/18 | $50.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93525 | $382.56 | 7/23/18 | 00002451AA | 5/18/18 | $46.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93525 | $382.56 | 7/23/18 | 00002452AA | 5/18/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93525 | $382.56 | 7/23/18 | 00002456AA | 5/18/18 | $12.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93525 | $382.56 | 7/23/18 | 00002455AA | 5/18/18 | $6.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00002764AA | 5/21/18 | $236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00007615AA | 5/21/18 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00002763AA | 5/21/18 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00007611AA | 5/21/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00002768AA | 5/21/18 | $38.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00002765AA | 5/21/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00002769AA | 5/21/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00002761AA | 5/21/18 | $23.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00002762AA | 5/21/18 | $16.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00002766AA | 5/21/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Transfers | $715.46 | 7/25/18 | 00002767AA | 5/21/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00007610AA | 5/21/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00007614AA | 5/21/18 | $11.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00007617AA | 5/21/18 | $10.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00007616AA | 5/21/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00007613AA | 5/21/18 | $8.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95115 | $715.46 | 7/25/18 | 00007612AA | 5/21/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95946 | $111.90 | 7/26/18 | 00003374AA | 5/22/18 | $50.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95946 | $111.90 | 7/26/18 | 00003371AA | 5/22/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95946 | $111.90 | 7/26/18 | 00003373AA | 5/22/18 | $20.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95946 | $111.90 | 7/26/18 | 00003372AA | 5/22/18 | $8.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95946 | $111.90 | 7/26/18 | 00003375AA | 5/22/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96476 | $227.22 | 7/27/18 | 000007P1AA | 5/23/18 | $93.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96476 | $227.22 | 7/27/18 | 000007P2AA | 5/23/18 | $46.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96476 | $227.22 | 7/27/18 | 000007P4AA | 5/23/18 | $38.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96476 | $227.22 | 7/27/18 | 000007P3AA | 5/23/18 | $13.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96476 | $227.22 | 7/27/18 | 000007P8AA | 5/23/18 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96476 | $227.22 | 7/27/18 | 000007P6AA | 5/23/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96476 | $227.22 | 7/27/18 | 000007P5AA | 5/23/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96476 | $227.22 | 7/27/18 | 000007P7AA | 5/23/18 | $6.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97566 | $410.95 | 7/30/18 | 000037P2AA | 5/24/18 | $38.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97566 | $410.95 | 7/30/18 | 000037P1AA | 5/24/18 | $35.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97566 | $410.95 | 7/30/18 | 000037P5AA | 5/24/18 | $26.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97566 | $410.95 | 7/30/18 | 000037P3AA | 5/24/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97566 | $410.95 | 7/30/18 | 000037P4AA | 5/24/18 | $23.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97566 | $410.95 | 7/30/18 | 000096P1AA | 5/25/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97566 | $410.95 | 7/30/18 | 000096P4AA | 5/25/18 | $45.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97566 | $410.95 | 7/30/18 | 000096P2AA | 5/25/18 | $38.85 |

Sunny Distributor Inc

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019

Exhibit A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97566 | $410.95 | 7/30/18 | 000096P3AA | 5/25/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002024AA | 5/29/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002025AA | 5/29/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00005204AA | 5/29/18 | $134.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002013AA | 5/29/18 | $134.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002018AA | 5/29/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002030AA | 5/29/18 | $93.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002016AA | 5/29/18 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002019AA | 5/29/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00005202AA | 5/29/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00005208AA | 5/29/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002029AA | 5/29/18 | $50.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002020AA | 5/29/18 | $50.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002010AA | 5/29/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00005206AA | 5/29/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002015AA | 5/29/18 | $39.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002011AA | 5/29/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002014AA | 5/29/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002028AA | 5/29/18 | $20.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00005205AA | 5/29/18 | $13.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002026AA | 5/29/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002012AA | 5/29/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002023AA | 5/29/18 | $11.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002021AA | 5/29/18 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00005207AA | 5/29/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002022AA | 5/29/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002017AA | 5/29/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00005203AA | 5/29/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00005201AA | 5/29/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00002027AA | 5/29/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99882 | $1,527.08 | 8/2/18 | 00005209AA | 5/29/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00404 | $326.40 | 8/3/18 | 00005772AA | 5/30/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00404 | $326.40 | 8/3/18 | 00005774AA | 5/30/18 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00404 | $326.40 | 8/3/18 | 00005771AA | 5/30/18 | $39.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00404 | $326.40 | 8/3/18 | 00005773AA | 5/30/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00404 | $326.40 | 8/3/18 | 00005776AA | 5/30/18 | $18.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00404 | $326.40 | 8/3/18 | 00005775AA | 5/30/18 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006108AA | 5/31/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006109AA | 5/31/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006104AA | 5/31/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006106AA | 5/31/18 | $46.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006102AA | 5/31/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006105AA | 5/31/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006101AA | 5/31/18 | $24.00 |

Sunny Distributor Inc

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019

Exhibit A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006107AA | 5/31/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006103AA | 5/31/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006804AA | 6/1/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006807AA | 6/1/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00008010AA | 6/1/18 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006808AA | 6/1/18 | $50.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006806AA | 6/1/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006809AA | 6/1/18 | $39.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006803AA | 6/1/18 | $23.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006801AA | 6/1/18 | $16.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006805AA | 6/1/18 | $12.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01490 | $1,121.45 | 8/6/18 | 00006802AA | 6/1/18 | $6.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00005113AA | 6/4/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00005110AA | 6/4/18 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00002511AA | 6/4/18 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00005112AA | 6/4/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00002515AA | 6/4/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00002512AA | 6/4/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00005111AA | 6/4/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00002517AA | 6/4/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00002516AA | 6/4/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00002513AA | 6/4/18 | $12.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00005114AA | 6/4/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00002518AA | 6/4/18 | $6.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00005115AA | 6/4/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00002514AA | 6/4/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02936 | $658.18 | 8/8/18 | 00002519AA | 6/4/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03731 | $184.93 | 8/9/18 | 00006373AA | 6/5/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03731 | $184.93 | 8/9/18 | 00002788AA | 6/5/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03731 | $184.93 | 8/9/18 | 00006150AA | 6/5/18 | $13.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03731 | $184.93 | 8/9/18 | 00002163AA | 6/5/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03731 | $184.93 | 8/9/18 | 00005392AA | 6/5/18 | $11.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03731 | $184.93 | 8/9/18 | 00008208AA | 6/5/18 | $8.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03731 | $184.93 | 8/9/18 | 00004345AA | 6/5/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04249 | $414.96 | 8/10/18 | 000090P8AA | 6/6/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04249 | $414.96 | 8/10/18 | 000090P7AA | 6/6/18 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04249 | $414.96 | 8/10/18 | 000090P2AA | 6/6/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04249 | $414.96 | 8/10/18 | 000090P5AA | 6/6/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04249 | $414.96 | 8/10/18 | 000090P4AA | 6/6/18 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04249 | $414.96 | 8/10/18 | 000090P6AA | 6/6/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04249 | $414.96 | 8/10/18 | 000090P1AA | 6/6/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04249 | $414.96 | 8/10/18 | 000090P3AA | 6/6/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05349 | $415.90 | 8/13/18 | 00004282AA | 6/7/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05349 | $415.90 | 8/13/18 | 00004283AA | 6/7/18 | $103.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05349 | $415.90 | 8/13/18 | 00004281AA | 6/7/18 | $23.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05349 | $415.90 | 8/13/18 | 00004284AA | 6/7/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05349 | $415.90 | 8/13/18 | 00004511AA | 6/8/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05349 | $415.90 | 8/13/18 | 00004514AA | 6/8/18 | $45.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05349 | $415.90 | 8/13/18 | 00004513AA | 6/8/18 | $8.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05349 | $415.90 | 8/13/18 | 00004512AA | 6/8/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00004864AA | 6/11/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00004869AA | 6/11/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00008614AA | 6/11/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00004865AA | 6/11/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00008615AA | 6/11/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00004863AA | 6/11/18 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00008611AA | 6/11/18 | $45.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00008613AA | 6/11/18 | $38.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00008616AA | 6/11/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00004861AA | 6/11/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00004867AA | 6/11/18 | $23.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00008612AA | 6/11/18 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00008610AA | 6/11/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00004868AA | 6/11/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00004862AA | 6/11/18 | $7.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06893 | $951.35 | 8/15/18 | 00004866AA | 6/11/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07710 | $248.90 | 8/16/18 | 00005633AA | 6/12/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07710 | $248.90 | 8/16/18 | 00005632AA | 6/12/18 | $52.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07710 | $248.90 | 8/16/18 | 00005635AA | 6/12/18 | $16.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07710 | $248.90 | 8/16/18 | 00005634AA | 6/12/18 | $13.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07710 | $248.90 | 8/16/18 | 00005631AA | 6/12/18 | $13.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08249 | $311.88 | 8/17/18 | 00006094AA | 6/13/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08249 | $311.88 | 8/17/18 | 00006095AA | 6/13/18 | $93.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08249 | $311.88 | 8/17/18 | 00006098AA | 6/13/18 | $50.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08249 | $311.88 | 8/17/18 | 00006092AA | 6/13/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08249 | $311.88 | 8/17/18 | 00006097AA | 6/13/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08249 | $311.88 | 8/17/18 | 00006096AA | 6/13/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08249 | $311.88 | 8/17/18 | 00006091AA | 6/13/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08249 | $311.88 | 8/17/18 | 00006099AA | 6/13/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08249 | $311.88 | 8/17/18 | 00006093AA | 6/13/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09353 | $643.25 | 8/20/18 | 00006354AA | 6/14/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09353 | $643.25 | 8/20/18 | 00006351AA | 6/14/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09353 | $643.25 | 8/20/18 | 00006352AA | 6/14/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09353 | $643.25 | 8/20/18 | 00006355AA | 6/14/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09353 | $643.25 | 8/20/18 | 00006353AA | 6/14/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09353 | $643.25 | 8/20/18 | 00006762AA | 6/15/18 | $213.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09353 | $643.25 | 8/20/18 | 00006764AA | 6/15/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09353 | $643.25 | 8/20/18 | 00006763AA | 6/15/18 | $69.50 |

Sunny Distributor Inc

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09353 | $643.25 | 8/20/18 | 00006761AA | 6/15/18 | $45.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000622AA | 6/18/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00007066AA | 6/18/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00007064AA | 6/18/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000610AA | 6/18/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00007068AA | 6/18/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000611AA | 6/18/18 | $82.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00007062AA | 6/18/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00007065AA | 6/18/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000626AA | 6/18/18 | $72.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000615AA | 6/18/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000624AA | 6/18/18 | $52.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000620AA | 6/18/18 | $45.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000612AA | 6/18/18 | $38.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00007061AA | 6/18/18 | $38.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000618AA | 6/18/18 | $37.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Transfers | $1,444.08 | 8/22/18 | 00000627AA | 6/18/18 | $31.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000625AA | 6/18/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000614AA | 6/18/18 | $24.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000616AA | 6/18/18 | $11.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00007069AA | 6/18/18 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00007063AA | 6/18/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000613AA | 6/18/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000623AA | 6/18/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000619AA | 6/18/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000617AA | 6/18/18 | $7.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00007067AA | 6/18/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10943 | $1,444.08 | 8/22/18 | 00000621AA | 6/18/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11626 | $440.78 | 8/23/18 | 00007614AA | 6/19/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11626 | $440.78 | 8/23/18 | 00007617AA | 6/19/18 | $88.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11626 | $440.78 | 8/23/18 | 00007616AA | 6/19/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11626 | $440.78 | 8/23/18 | 00007611AA | 6/19/18 | $69.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11626 | $440.78 | 8/23/18 | 00007615AA | 6/19/18 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11626 | $440.78 | 8/23/18 | 00007612AA | 6/19/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11626 | $440.78 | 8/23/18 | 00007613AA | 6/19/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11626 | $440.78 | 8/23/18 | 0000511570 | 8/20/18 | -$85.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00002914AA | 6/20/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00008295AA | 6/20/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00008291AA | 6/20/18 | $116.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00008292AA | 6/20/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00008298AA | 6/20/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00008297AA | 6/20/18 | $93.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00008293AA | 6/20/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00002912AA | 6/20/18 | $41.00 |

Sunny Distributor Inc

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019

Exhibit A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00008294AA | 6/20/18 | $25.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00008296AA | 6/20/18 | $23.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00002910AA | 6/20/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00008299AA | 6/20/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00002915AA | 6/20/18 | $11.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00002911AA | 6/20/18 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12234 | $912.42 | 8/24/18 | 00002913AA | 6/20/18 | $6.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 000066P7AA | 6/21/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 000066P4AA | 6/21/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 000066P1AA | 6/21/18 | $38.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 000066P8AA | 6/21/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 000066P3AA | 6/21/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 000066P6AA | 6/21/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 000066P9AA | 6/21/18 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 000066P5AA | 6/21/18 | $6.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 000066P2AA | 6/21/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008852AA | 6/22/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008856AA | 6/22/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008855AA | 6/22/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008511AA | 6/22/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008858AA | 6/22/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008851AA | 6/22/18 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008854AA | 6/22/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008857AA | 6/22/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008853AA | 6/22/18 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008512AA | 6/22/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008510AA | 6/22/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13382 | $1,101.12 | 8/27/18 | 00008859AA | 6/22/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00001212AA | 6/25/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00009122AA | 6/25/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00009124AA | 6/25/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00009121AA | 6/25/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00009123AA | 6/25/18 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00009129AA | 6/25/18 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00009127AA | 6/25/18 | $41.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00009128AA | 6/25/18 | $39.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00009125AA | 6/25/18 | $27.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00001213AA | 6/25/18 | $16.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00001214AA | 6/25/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00001211AA | 6/25/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00009126AA | 6/25/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14964 | $867.91 | 8/29/18 | 00001210AA | 6/25/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15746 | $282.38 | 8/30/18 | 00009603AA | 6/26/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15746 | $282.38 | 8/30/18 | 00009602AA | 6/26/18 | $95.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15746 | $282.38 | 8/30/18 | 00009605AA | 6/26/18 | $16.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15746 | $282.38 | 8/30/18 | 00009604AA | 6/26/18 | $13.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15746 | $282.38 | 8/30/18 | 00009601AA | 6/26/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16222 | $547.15 | 8/31/18 | 00000208AA | 6/27/18 | $123.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16222 | $547.15 | 8/31/18 | 00000205AA | 6/27/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16222 | $547.15 | 8/31/18 | 00000204AA | 6/27/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16222 | $547.15 | 8/31/18 | 00000203AA | 6/27/18 | $89.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16222 | $547.15 | 8/31/18 | 00000206AA | 6/27/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16222 | $547.15 | 8/31/18 | 00000201AA | 6/27/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16222 | $547.15 | 8/31/18 | 00000207AA | 6/27/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16222 | $547.15 | 8/31/18 | 00000202AA | 6/27/18 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 000051P3AA | 6/28/18 | $88.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 000051P2AA | 6/28/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 000051P1AA | 6/28/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 00000836AA | 6/29/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 00000832AA | 6/29/18 | $45.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 00000834AA | 6/29/18 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 00000831AA | 6/29/18 | $20.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 00000838AA | 6/29/18 | $16.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 00000837AA | 6/29/18 | $12.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 00000833AA | 6/29/18 | $11.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17398 | $430.23 | 9/4/18 | 00000835AA | 6/29/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001167AA | 7/2/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001168AA | 7/2/18 | $154.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001620AA | 7/2/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001618AA | 7/2/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001166AA | 7/2/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001164AA | 7/2/18 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001163AA | 7/2/18 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001610AA | 7/2/18 | $52.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001619AA | 7/2/18 | $39.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001162AA | 7/2/18 | $35.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001169AA | 7/2/18 | $26.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001611AA | 7/2/18 | $21.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001617AA | 7/2/18 | $20.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001616AA | 7/2/18 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001615AA | 7/2/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001165AA | 7/2/18 | $8.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001613AA | 7/2/18 | $7.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001612AA | 7/2/18 | $5.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001621AA | 7/2/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001161AA | 7/2/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18218 | $1,056.00 | 9/5/18 | 00001614AA | 7/2/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18985 | $376.63 | 9/6/18 | 00002465AA | 7/3/18 | $103.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18985 | $376.63 | 9/6/18 | 00002468AA | 7/3/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18985 | $376.63 | 9/6/18 | 00002463AA | 7/3/18 | $75.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18985 | $376.63 | 9/6/18 | 00002466AA | 7/3/18 | $63.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18985 | $376.63 | 9/6/18 | 00002462AA | 7/3/18 | $33.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18985 | $376.63 | 9/6/18 | 00002464AA | 7/3/18 | $10.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18985 | $376.63 | 9/6/18 | 00002467AA | 7/3/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18985 | $376.63 | 9/6/18 | 00002461AA | 7/3/18 | $2.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19305 | $127.20 | 9/7/18 | 0000079007 | 9/5/18 | $127.20 |

**Totals:** **30 transfer(s), $17,383.84**

Sunny Distributor Inc

Bankruptcy Case: Sears Holding Corporation, et al.

November 5, 2019

Exhibit A