Defendant: **TMM Investments Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 121810 | $10,412.80 | 8/9/18 | 0000097133 | 7/12/18 | $10,412.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172010 | $19,788.66 | 8/9/18 | 0000072618 | 7/26/18 | $17,833.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172010 | $19,788.66 | 8/9/18 | 0000072618 | 7/26/18 | $1,955.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173384 | $19,788.66 | 9/14/18 | 0000082618 | 8/26/18 | $17,833.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173384 | $19,788.66 | 9/14/18 | 0000082618 | 8/26/18 | $1,955.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174728 | $18,511.97 | 10/12/18 | 0000092518 | 9/25/18 | $16,682.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174728 | $18,511.97 | 10/12/18 | 0000092518 | 9/25/18 | $1,829.18 |

Totals:    4 transfer(s),  $68,502.09