Defendant: **TNP Sites LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172012 | $15,198.98 | 7/30/18 | 0000072618 | 7/26/18 | $14,583.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172012 | $15,198.98 | 7/30/18 | 0000072618 | 7/26/18 | $615.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172443 | $30,397.96 | 8/22/18 | 0000081318 | 8/13/18 | $14,583.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172443 | $30,397.96 | 8/22/18 | 0000081318 | 8/13/18 | $14,583.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172443 | $30,397.96 | 8/22/18 | 0000081318 | 8/13/18 | $615.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172443 | $30,397.96 | 8/22/18 | 0000081318 | 8/13/18 | $615.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172486 | $15,198.98 | 8/24/18 | 0000081518 | 8/15/18 | $14,583.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172486 | $15,198.98 | 8/24/18 | 0000081518 | 8/15/18 | $615.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173385 | $15,198.98 | 9/5/18 | 0000082618 | 8/26/18 | $14,583.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173385 | $15,198.98 | 9/5/18 | 0000082618 | 8/26/18 | $615.65 |

Totals:    4 transfer(s),  **$75,994.90**