Defendant: **Universal Enterprises Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01585 | $13,533.63 | 8/6/18 | 0000583556 | 7/2/18 | $13,416.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01585 | $13,533.63 | 8/6/18 | 0000584891 | 7/30/18 | $116.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07779 | $144.87 | 8/16/18 | 00002498AA | 6/12/18 | $144.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19046 | $17,875.50 | 9/6/18 | 0000585333 | 8/7/18 | $17,875.50 |

Totals:    3 transfer(s),  $31,554.00