Defendant: **Britelite Enterprises Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000114925 | 6/4/18 | $10,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000115144 | 6/4/18 | $840.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000474896 | 7/2/18 | -$221.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000474708 | 7/2/18 | -$269.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000477616 | 7/9/18 | -$105.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000478440 | 7/10/18 | -$168.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000493048 | 7/30/18 | -$52.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000492672 | 7/30/18 | -$158.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000493775 | 7/31/18 | -$105.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000494732 | 8/1/18 | -$52.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000495088 | 8/1/18 | -$115.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000494440 | 8/1/18 | -$115.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02423 | $9,705.40 | 8/8/18 | 0000494050 | 8/1/18 | -$269.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15202 | $13,108.80 | 8/30/18 | 0000114926 | 6/4/18 | $14,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15202 | $13,108.80 | 8/30/18 | 0000115111 | 6/4/18 | $13,320.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15202 | $13,108.80 | 8/30/18 | 0000115111 | 6/4/18 | $2,940.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15202 | $13,108.80 | 8/30/18 | 0000749409 | 6/4/18 | -$2,940.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15202 | $13,108.80 | 8/30/18 | 0000749408 | 6/4/18 | -$14,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15202 | $13,108.80 | 8/30/18 | 0000503582 | 8/13/18 | -$105.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15202 | $13,108.80 | 8/30/18 | 0000515751 | 8/27/18 | -$105.60 |

Totals:    2 transfer(s),   $22,814.20