| | |
|---|---|
| Defendant: | **Everest Group USA Inc.** |
| Bankruptcy Case: | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981926 | $9,799.66 | 7/20/18 | 39612 | 4/17/18 | $566.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981926 | $9,799.66 | 7/20/18 | 39792 | 4/24/18 | $2,599.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981926 | $9,799.66 | 7/20/18 | 39795 | 4/24/18 | $2,290.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981926 | $9,799.66 | 7/20/18 | 39796 | 4/24/18 | $970.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981926 | $9,799.66 | 7/20/18 | 40119 | 5/8/18 | $3,436.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981926 | $9,799.66 | 7/20/18 | 8361AD070818AY8 | 7/6/18 | -$64.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985292 | $12,853.50 | 7/27/18 | 39954 | 5/1/18 | $5,126.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985292 | $12,853.50 | 7/27/18 | 39957 | 5/1/18 | $3,103.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985292 | $12,853.50 | 7/27/18 | 39955 | 5/1/18 | $2,001.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985292 | $12,853.50 | 7/27/18 | 39953 | 5/1/18 | $1,843.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985292 | $12,853.50 | 7/27/18 | 39958 | 5/1/18 | $887.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985292 | $12,853.50 | 7/27/18 | 8361AD071518AW2 | 7/13/18 | -$108.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988705 | $12,718.29 | 8/7/18 | 40118 | 5/8/18 | $2,947.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988705 | $12,718.29 | 8/7/18 | 40121 | 5/8/18 | $2,371.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988705 | $12,718.29 | 8/7/18 | 40120 | 5/8/18 | $1,954.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988705 | $12,718.29 | 8/7/18 | 40122 | 5/8/18 | $1,549.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988705 | $12,718.29 | 8/7/18 | 40117 | 5/8/18 | $1,283.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988705 | $12,718.29 | 8/7/18 | 40293 | 5/20/18 | $2,959.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988705 | $12,718.29 | 8/7/18 | 8361AD072218AX0 | 7/20/18 | -$130.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988705 | $12,718.29 | 8/7/18 | VPOT991484262 | 7/22/18 | -$218.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992213 | $7,889.12 | 8/14/18 | 40294 | 5/20/18 | $1,888.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992213 | $7,889.12 | 8/14/18 | 40291 | 5/20/18 | $1,586.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992213 | $7,889.12 | 8/14/18 | 40290 | 5/20/18 | $1,515.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992213 | $7,889.12 | 8/14/18 | 40292 | 5/20/18 | $844.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992213 | $7,889.12 | 8/14/18 | 40456 | 5/22/18 | $2,118.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992213 | $7,889.12 | 8/14/18 | 8361AD072918AY8 | 7/27/18 | -$64.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996456 | $8,335.98 | 8/21/18 | 40457 | 5/22/18 | $1,446.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996456 | $8,335.98 | 8/21/18 | 40454 | 5/22/18 | $1,166.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996456 | $8,335.98 | 8/21/18 | 40458 | 5/22/18 | $760.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996456 | $8,335.98 | 8/21/18 | 40453 | 5/22/18 | $757.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996456 | $8,335.98 | 8/21/18 | 40628 | 5/31/18 | $2,715.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996456 | $8,335.98 | 8/21/18 | 40772 | 6/5/18 | $1,653.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996456 | $8,335.98 | 8/21/18 | 7705051484 | 8/2/18 | -$13.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996456 | $8,335.98 | 8/21/18 | 8361AD080518AZ9 | 8/3/18 | -$151.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999798 | $3,708.85 | 8/30/18 | 40455 | 5/22/18 | $937.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999798 | $3,708.85 | 8/30/18 | 40627 | 5/31/18 | $1,721.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999798 | $3,708.85 | 8/30/18 | 40626 | 5/31/18 | $1,097.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999798 | $3,708.85 | 8/30/18 | 8361AD081218AV5 | 8/10/18 | -$48.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003297 | $6,759.55 | 9/6/18 | 40629 | 5/31/18 | $2,374.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003297 | $6,759.55 | 9/6/18 | 40625 | 5/31/18 | $1,324.91 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003297 | $6,759.55 | 9/6/18 | 40630 | 5/31/18 | $892.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003297 | $6,759.55 | 9/6/18 | 40773 | 6/5/18 | $877.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003297 | $6,759.55 | 9/6/18 | 40771 | 6/5/18 | $670.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003297 | $6,759.55 | 9/6/18 | 40770 | 6/5/18 | $657.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003297 | $6,759.55 | 9/6/18 | 8361AD081918AP6 | 8/17/18 | -$37.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006714 | $6,940.61 | 9/13/18 | 40774 | 6/5/18 | $546.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006714 | $6,940.61 | 9/13/18 | 40941 | 6/12/18 | $1,651.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006714 | $6,940.61 | 9/13/18 | 40945 | 6/12/18 | $1,585.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006714 | $6,940.61 | 9/13/18 | 40943 | 6/12/18 | $682.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006714 | $6,940.61 | 9/13/18 | 40940 | 6/12/18 | $617.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006714 | $6,940.61 | 9/13/18 | 40944 | 6/12/18 | $563.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006714 | $6,940.61 | 9/13/18 | 41083 | 6/20/18 | $1,533.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006714 | $6,940.61 | 9/13/18 | 8361AD082618A19 | 8/24/18 | -$237.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006714 | $6,940.61 | 9/13/18 | 7705052866 | 8/25/18 | -$2.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010972 | $4,365.32 | 9/20/18 | 41082 | 6/20/18 | $1,689.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010972 | $4,365.32 | 9/20/18 | 41086 | 6/20/18 | $801.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010972 | $4,365.32 | 9/20/18 | 41081 | 6/20/18 | $681.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010972 | $4,365.32 | 9/20/18 | 41085 | 6/20/18 | $648.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010972 | $4,365.32 | 9/20/18 | 41084 | 6/20/18 | $610.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010972 | $4,365.32 | 9/20/18 | 8361AD090218AZ2 | 8/31/18 | -$66.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014287 | $5,173.45 | 9/27/18 | 41242 | 6/26/18 | $1,743.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014287 | $5,173.45 | 9/27/18 | 41246 | 6/26/18 | $731.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014287 | $5,173.45 | 9/27/18 | 41245 | 6/26/18 | $659.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014287 | $5,173.45 | 9/27/18 | 41241 | 6/26/18 | $531.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014287 | $5,173.45 | 9/27/18 | 41400 | 7/3/18 | $1,672.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014287 | $5,173.45 | 9/27/18 | 8361AD090918AW3 | 9/7/18 | -$165.59 |

Totals:    10 transfer(s),  $78,544.33

Everest Group USA Inc
Bankruptcy Case: Sears Holding Corporation, et al.

November 6, 2019                              Exhibit A                              P. 2