**Defendant:** Belkin International Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982996 | $187.29 | 7/24/18 | 14868350 | 6/27/18 | $2,173.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982996 | $187.29 | 7/24/18 | MA18186714422 | 7/5/18 | -$7.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982996 | $187.29 | 7/24/18 | MA18186714424 | 7/5/18 | -$45.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982996 | $187.29 | 7/24/18 | MA18186714423 | 7/5/18 | -$1,933.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987131 | $3,603.55 | 8/1/18 | 14876927 | 7/5/18 | $3,603.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988483 | $8,549.58 | 8/7/18 | 14880699 | 7/9/18 | $8,549.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990625 | $1,889.56 | 8/10/18 | 14886279 | 7/13/18 | $1,889.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994344 | $4,405.81 | 8/17/18 | 14894497 | 7/21/18 | $5,978.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994344 | $4,405.81 | 8/17/18 | MA18214715466 | 8/2/18 | -$1,572.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001705 | $5,733.73 | 9/4/18 | 14828753 | 5/23/18 | $1,676.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001705 | $5,733.73 | 9/4/18 | 14901529 | 7/27/18 | $1,961.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001705 | $5,733.73 | 9/4/18 | 14909506 | 8/3/18 | $6,018.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001705 | $5,733.73 | 9/4/18 | 8361D006371758 | 8/7/18 | -$407.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001705 | $5,733.73 | 9/4/18 | 8361D006371759 | 8/7/18 | -$3,514.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005146 | $5,018.78 | 9/11/18 | 14917849 | 8/10/18 | $5,018.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008723 | $2,847.43 | 9/18/18 | 14924136 | 8/16/18 | $838.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008723 | $2,847.43 | 9/18/18 | 14925570 | 8/17/18 | $3,246.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008723 | $2,847.43 | 9/18/18 | 14925168 | 8/17/18 | $279.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008723 | $2,847.43 | 9/18/18 | 14925169 | 8/17/18 | $279.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008723 | $2,847.43 | 9/18/18 | MA18242716392 | 8/30/18 | -$1,795.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012723 | $10,519.45 | 9/25/18 | 14933123 | 8/24/18 | $4,216.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012723 | $10,519.45 | 9/25/18 | 14933147 | 8/24/18 | $1,421.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012723 | $10,519.45 | 9/25/18 | 14933124 | 8/24/18 | $1,204.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012723 | $10,519.45 | 9/25/18 | 14933135 | 8/24/18 | $303.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012723 | $10,519.45 | 9/25/18 | 14934275 | 8/25/18 | $3,373.66 |

**Totals:** 9 transfer(s), $42,755.18