Defendant: **7Up RC Bottling Co. of Southern California, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3606302508 | 6/4/18 | $256.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3528803710 | 6/4/18 | $174.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3124702477 | 6/4/18 | $144.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3528803710 | 6/4/18 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3124702477 | 6/4/18 | $6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3528501943 | 6/5/18 | $386.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3528803752 | 6/5/18 | $260.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3528501943 | 6/5/18 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3528803752 | 6/5/18 | $17.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3439701892 | 6/6/18 | $548.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3125302561 | 6/6/18 | $472.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3607002940 | 6/6/18 | $426.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3608804049 | 6/6/18 | $345.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3125302561 | 6/6/18 | $39.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3439701892 | 6/6/18 | $33.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3492902298 | 6/7/18 | $567.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3345701936 | 6/7/18 | $513.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3485401965 | 6/7/18 | $502.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3344802306 | 6/7/18 | $287.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3485401965 | 6/7/18 | $45.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3345701936 | 6/7/18 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3492902298 | 6/7/18 | $35.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3368602892 | 6/8/18 | $202.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3551802810 | 6/8/18 | $176.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3368602892 | 6/8/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3551802810 | 6/8/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3370603270 | 6/28/18 | -$4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3490902846 | 6/28/18 | -$20.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3419001088 | 6/28/18 | -$23.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3370603270 | 6/28/18 | -$39.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3423602715 | 7/2/18 | -$10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981070 | $5,212.45 | 7/18/18 | 3423602715 | 7/2/18 | -$245.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3420702527 | 6/11/18 | $477.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3488602625 | 6/11/18 | $423.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3420702527 | 6/11/18 | $31.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3488602625 | 6/11/18 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3125302675 | 6/12/18 | $416.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3524302015 | 6/12/18 | $270.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3125302675 | 6/12/18 | $29.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3524302015 | 6/12/18 | $22.00 |

7Up RC Bottling Co. of Southern California, Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                                                      P. 1

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3423602383 | 6/13/18 | $772.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3370603015 | 6/13/18 | $521.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3423602383 | 6/13/18 | $79.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3370603015 | 6/13/18 | $44.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3493301953 | 6/14/18 | $1,620.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3484602094 | 6/14/18 | $727.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3371802591 | 6/14/18 | $455.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3419200079 | 6/14/18 | $422.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3493301953 | 6/14/18 | $104.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3371802591 | 6/14/18 | $32.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3419200079 | 6/14/18 | $32.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3484602094 | 6/14/18 | -$55.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3551802922 | 6/15/18 | $500.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3522701623 | 6/15/18 | $274.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3551802922 | 6/15/18 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3522701623 | 6/15/18 | $18.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3439702390 | 7/9/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3439702390 | 7/9/18 | -$66.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3523002526 | 7/10/18 | -$4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984424 | $7,097.56 | 7/25/18 | 3523002526 | 7/10/18 | -$95.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3420502197 | 6/18/18 | $353.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3608900182 | 6/18/18 | $326.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3528804048 | 6/18/18 | $276.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3493102331 | 6/18/18 | $227.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3420502197 | 6/18/18 | $22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3528804048 | 6/18/18 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3493102331 | 6/18/18 | $12.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3528502139 | 6/19/18 | $172.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3551501628 | 6/19/18 | $130.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3528502139 | 6/19/18 | $17.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3370603139 | 6/20/18 | $550.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3124302707 | 6/20/18 | $429.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3606403678 | 6/20/18 | $239.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3370603139 | 6/20/18 | $38.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3124302707 | 6/20/18 | $26.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3124302707 | 6/20/18 | -$41.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3435401805 | 6/21/18 | $755.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3345702111 | 6/21/18 | $543.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3344802499 | 6/21/18 | $489.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3484602186 | 6/21/18 | $228.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3370102971 | 6/21/18 | $176.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3345702111 | 6/21/18 | $47.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3370102971 | 6/21/18 | $21.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3435401805 | 6/21/18 | $5.97 |

7Up RC Bottling Co. of Southern California, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3527402766 | 6/22/18 | $767.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3527402766 | 6/22/18 | $66.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3423102652 | 7/10/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3423102652 | 7/10/18 | -$9.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3373302916 | 7/12/18 | -$6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3484602451 | 7/12/18 | -$10.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3373302916 | 7/12/18 | -$68.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3488502705 | 7/12/18 | -$333.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3551501981 | 7/13/18 | -$2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987826 | $5,414.43 | 8/1/18 | 3551501981 | 7/13/18 | -$58.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3423102297 | 6/24/18 | $583.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3423102297 | 6/24/18 | $49.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3527100719 | 6/25/18 | $166.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3527100719 | 6/25/18 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3524102259 | 6/26/18 | $810.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3526303091 | 6/26/18 | $558.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3551802965 | 6/26/18 | $173.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3524102259 | 6/26/18 | $76.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3526303091 | 6/26/18 | $45.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3551802965 | 6/26/18 | $14.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3370603269 | 6/27/18 | $615.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3488602907 | 6/27/18 | $374.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3607303609 | 6/27/18 | $347.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3124302784 | 6/27/18 | $318.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3370603269 | 6/27/18 | $55.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3124302784 | 6/27/18 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3488602907 | 6/27/18 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3419001087 | 6/28/18 | $953.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3551703143 | 6/28/18 | $454.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3490902845 | 6/28/18 | $449.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3489602738 | 6/28/18 | $360.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3419001087 | 6/28/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3551703143 | 6/28/18 | $48.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3489602738 | 6/28/18 | $26.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3527402898 | 6/29/18 | $262.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3551803032 | 6/29/18 | $231.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3527402898 | 6/29/18 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3551803032 | 6/29/18 | $15.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3345702428 | 7/19/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3345702428 | 7/19/18 | -$52.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991337 | $7,075.91 | 8/10/18 | 3484602647 | 7/25/18 | -$11.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3423602714 | 7/2/18 | $954.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3607303710 | 7/2/18 | $813.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3124702856 | 7/2/18 | $628.28 |

7Up RC Bottling Co. of Southern California, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3522600797 | 7/2/18 | $432.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3423602714 | 7/2/18 | $92.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3124702856 | 7/2/18 | $56.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3522600797 | 7/2/18 | -$18.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3526202827 | 7/3/18 | $882.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3125303049 | 7/3/18 | $304.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3526202827 | 7/3/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3125303049 | 7/3/18 | $25.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3345702261 | 7/5/18 | $639.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3345702261 | 7/5/18 | $55.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3344802749 | 7/6/18 | $491.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3370603435 | 7/6/18 | $250.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3524002125 | 7/6/18 | $244.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3551803126 | 7/6/18 | $100.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3370603435 | 7/6/18 | $15.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3524002125 | 7/6/18 | $14.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3551803126 | 7/6/18 | $8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3370603435 | 7/6/18 | -$6.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3488603327 | 7/25/18 | -$31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3488603327 | 7/25/18 | -$468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3369503388 | 7/27/18 | -$1.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3423603174 | 7/30/18 | -$0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3527403344 | 7/30/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3423603174 | 7/30/18 | -$15.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3527403344 | 7/30/18 | -$55.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3488702307 | 7/30/18 | -$66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995602 | $4,625.40 | 8/17/18 | 3423503419 | 7/30/18 | -$781.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3423102185 | 7/7/18 | $405.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3423102541 | 7/7/18 | $393.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3423102061 | 7/7/18 | $295.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3423102541 | 7/7/18 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3423102185 | 7/7/18 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3423102061 | 7/7/18 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3606303177 | 7/9/18 | $1,661.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3439702389 | 7/9/18 | $387.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3439702389 | 7/9/18 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3523002525 | 7/10/18 | $517.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 66654260 | 7/10/18 | $456.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3528502466 | 7/10/18 | $410.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3423102651 | 7/10/18 | $282.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3528502466 | 7/10/18 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 66654260 | 7/10/18 | $37.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3523002525 | 7/10/18 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3423102651 | 7/10/18 | $19.20 |

7Up RC Bottling Co. of Southern California, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3908603699 | 7/11/18 | $525.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3484602450 | 7/12/18 | $823.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3551603652 | 7/12/18 | $799.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3370603519 | 7/12/18 | $501.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3373302915 | 7/12/18 | $450.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3421768618 | 7/12/18 | $365.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3488502703 | 7/12/18 | $292.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3370103369 | 7/12/18 | $206.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3551603652 | 7/12/18 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3370603519 | 7/12/18 | $44.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3373302915 | 7/12/18 | $35.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3421768618 | 7/12/18 | $25.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3370103369 | 7/12/18 | $14.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3488502703 | 7/12/18 | $13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3484602450 | 7/12/18 | -$44.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3551501980 | 7/13/18 | $372.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3488801334 | 7/13/18 | $301.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3527403134 | 7/13/18 | $272.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3551501980 | 7/13/18 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3488801334 | 7/13/18 | $23.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3527403134 | 7/13/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3420902547 | 8/2/18 | -$0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3488103151 | 8/2/18 | -$10.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3420902547 | 8/2/18 | -$133.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3366703555 | 8/3/18 | -$3.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3366703555 | 8/3/18 | -$47.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3523002931 | 8/7/18 | -$2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3523002931 | 8/7/18 | -$18.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3124303353 | 8/7/18 | -$66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998961 | $9,845.76 | 8/28/18 | 3607304452 | 8/8/18 | -$30.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3420902294 | 7/16/18 | $704.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3607203563 | 7/16/18 | $412.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3528804613 | 7/16/18 | $218.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3420902294 | 7/16/18 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3528804613 | 7/16/18 | $14.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3420902294 | 7/16/18 | -$36.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3528804652 | 7/17/18 | $891.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3526303454 | 7/17/18 | $390.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3423102789 | 7/17/18 | $298.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3528804652 | 7/17/18 | $57.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3423102789 | 7/17/18 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3526303454 | 7/17/18 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3528804652 | 7/17/18 | -$30.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3124303068 | 7/18/18 | $338.44 |

7Up RC Bottling Co. of Southern California, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3528903372 | 7/18/18 | $271.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3124303068 | 7/18/18 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3528903372 | 7/18/18 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3488502704 | 7/19/18 | $1,574.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3493202649 | 7/19/18 | $1,038.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3345702427 | 7/19/18 | $957.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3433802964 | 7/19/18 | $790.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3346403743 | 7/19/18 | $559.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3369703098 | 7/19/18 | $97.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3488502704 | 7/19/18 | $89.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3345702427 | 7/19/18 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3493202649 | 7/19/18 | $72.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3433802964 | 7/19/18 | $15.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3369703098 | 7/19/18 | $10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3346403743 | 7/19/18 | -$8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3488502704 | 7/19/18 | -$61.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3551803237 | 7/20/18 | $399.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3421768731 | 7/20/18 | $376.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3421768730 | 7/20/18 | $116.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3551803237 | 7/20/18 | $32.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3421768731 | 7/20/18 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3421768730 | 7/20/18 | $4.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3421768730 | 7/20/18 | -$8.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3371803590 | 8/9/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3371803590 | 8/9/18 | -$9.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3485303143 | 8/9/18 | -$301.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3523802209 | 8/10/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3527403594 | 8/10/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3527403594 | 8/10/18 | -$8.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3523802209 | 8/10/18 | -$9.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3423603423 | 8/13/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002460 | $9,307.63 | 9/4/18 | 3423603423 | 8/13/18 | -$180.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3372300022 | 7/21/18 | $575.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3372300022 | 7/21/18 | $52.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3528804789 | 7/23/18 | $251.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3126002108 | 7/23/18 | $147.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3528804789 | 7/23/18 | $23.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3126002108 | 7/23/18 | $16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3525602809 | 7/24/18 | $412.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3422603418 | 7/24/18 | $323.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3124303138 | 7/24/18 | $267.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3523002720 | 7/24/18 | $197.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3124303138 | 7/24/18 | $28.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3525602809 | 7/24/18 | $26.40 |

7Up RC Bottling Co. of Southern California, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3422603418 | 7/24/18 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3523002720 | 7/24/18 | $15.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3488603326 | 7/25/18 | $935.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3438502995 | 7/25/18 | $708.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3608003320 | 7/25/18 | $636.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3523002748 | 7/25/18 | $324.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3484602646 | 7/25/18 | $314.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3488603326 | 7/25/18 | $61.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3438502995 | 7/25/18 | $50.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3523002748 | 7/25/18 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3488603326 | 7/25/18 | -$7.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3484602646 | 7/25/18 | -$31.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3421000209 | 7/27/18 | $669.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3526303672 | 7/27/18 | $640.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3551803360 | 7/27/18 | $401.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3527403343 | 7/27/18 | $382.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3369503387 | 7/27/18 | $192.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3421000209 | 7/27/18 | $69.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3526303672 | 7/27/18 | $45.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3527403343 | 7/27/18 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3369503387 | 7/27/18 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3551803360 | 7/27/18 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3551803360 | 7/27/18 | -$80.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3551704046 | 8/16/18 | -$8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3551704046 | 8/16/18 | -$64.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3551803684 | 8/17/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3551803684 | 8/17/18 | -$78.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3528805417 | 8/20/18 | -$4.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3528805417 | 8/20/18 | -$46.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3490903588 | 8/22/18 | -$4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3490903588 | 8/22/18 | -$155.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005851 | $7,187.76 | 9/11/18 | 3608806152 | 8/22/18 | -$215.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3488702306 | 7/30/18 | $1,198.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3423503418 | 7/30/18 | $923.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3606303499 | 7/30/18 | $606.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3423603173 | 7/30/18 | $494.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3528804957 | 7/30/18 | $265.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3488702306 | 7/30/18 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3423603173 | 7/30/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3528804957 | 7/30/18 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3423503418 | 7/30/18 | -$83.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3422603545 | 7/31/18 | $346.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3422603545 | 7/31/18 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3370603895 | 8/1/18 | $635.06 |

7Up RC Bottling Co. of Southern California, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3528903519 | 8/1/18 | $308.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3370603895 | 8/1/18 | $55.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3528903519 | 8/1/18 | $22.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3420902546 | 8/2/18 | $803.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3348103150 | 8/2/18 | $697.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3551403491 | 8/2/18 | $672.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3345702590 | 8/2/18 | $629.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3491603356 | 8/2/18 | $597.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3608003688 | 8/2/18 | $306.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3345702590 | 8/2/18 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3420902546 | 8/2/18 | $51.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3551403491 | 8/2/18 | $46.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3491603357 | 8/2/18 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3491603357 | 8/2/18 | -$5.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3491603356 | 8/2/18 | -$20.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3345702590 | 8/2/18 | -$36.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 336703554 | 8/3/18 | $536.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3527403459 | 8/3/18 | $466.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 336703554 | 8/3/18 | $47.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3527403459 | 8/3/18 | $32.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3488603739 | 8/22/18 | -$135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3125303923 | 8/28/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3528805625 | 8/28/18 | -$43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009583 | $9,631.86 | 9/18/18 | 3125303923 | 8/28/18 | -$55.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3606303620 | 8/6/18 | $535.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3528805145 | 8/6/18 | $194.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3528805145 | 8/6/18 | $14.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3523002930 | 8/7/18 | $776.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3124303352 | 8/7/18 | $601.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3422603680 | 8/7/18 | $383.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3551803521 | 8/7/18 | $229.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3523002930 | 8/7/18 | $63.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3124303352 | 8/7/18 | $56.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3422603680 | 8/7/18 | $32.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3551803521 | 8/7/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3490903361 | 8/8/18 | $732.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3607304452 | 8/8/18 | $699.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3528805177 | 8/8/18 | $242.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3490903362 | 8/8/18 | $233.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3490903361 | 8/8/18 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3528805177 | 8/8/18 | $20.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3490903362 | 8/8/18 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3490903362 | 8/8/18 | -$19.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3371803589 | 8/9/18 | $837.10 |

7Up RC Bottling Co. of Southern California, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3485303142 | 8/9/18 | $653.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3421303110 | 8/9/18 | $376.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3528703700 | 8/9/18 | $301.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3371803589 | 8/9/18 | $64.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3528703700 | 8/9/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3421303110 | 8/9/18 | $24.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3485303142 | 8/9/18 | -$42.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3523802208 | 8/10/18 | $767.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3370604156 | 8/10/18 | $327.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 2527403593 | 8/10/18 | $170.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3523802208 | 8/10/18 | $44.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3370604156 | 8/10/18 | $20.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 2527403593 | 8/10/18 | $11.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3493203258 | 8/30/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3493203258 | 8/30/18 | -$9.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3551803909 | 8/31/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013425 | $8,401.37 | 9/25/18 | 3551803909 | 8/31/18 | -$41.96 |

Totals:    10 transfer(s),    $73,800.13

7Up RC Bottling Co. of Southern California, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.