| Defendant: | Brisas Del Caribe Corp. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981246 | $6,990.03 | 7/19/18 | 1804050 | 5/6/18 | $1,774.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981246 | $6,990.03 | 7/19/18 | 18040490 | 5/6/18 | $1,145.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981246 | $6,990.03 | 7/19/18 | 1804027 | 5/6/18 | $532.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981246 | $6,990.03 | 7/19/18 | 1804053 | 5/6/18 | $280.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981246 | $6,990.03 | 7/19/18 | 1804056 | 5/6/18 | $221.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981246 | $6,990.03 | 7/19/18 | 1804051 | 5/10/18 | $1,137.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981246 | $6,990.03 | 7/19/18 | 1804052 | 5/10/18 | $873.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981246 | $6,990.03 | 7/19/18 | 1804054 | 5/10/18 | $750.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981246 | $6,990.03 | 7/19/18 | 1805055 | 5/10/18 | $273.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988025 | $3,568.75 | 8/2/18 | 1805022 | 5/20/18 | $1,642.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988025 | $3,568.75 | 8/2/18 | 1805030 | 5/20/18 | $708.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988025 | $3,568.75 | 8/2/18 | 1805023 | 5/20/18 | $645.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988025 | $3,568.75 | 8/2/18 | 1805027 | 5/20/18 | $572.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991537 | $4,673.02 | 8/13/18 | 1805028 | 5/27/18 | $1,048.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991537 | $4,673.02 | 8/13/18 | 1805021 | 5/27/18 | $474.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991537 | $4,673.02 | 8/13/18 | 1805025 | 5/27/18 | $295.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991537 | $4,673.02 | 8/13/18 | 1805026 | 5/27/18 | $283.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991537 | $4,673.02 | 8/13/18 | 1805029 | 5/27/18 | $172.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991537 | $4,673.02 | 8/13/18 | 1805024 | 5/28/18 | $695.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991537 | $4,673.02 | 8/13/18 | 1805031 | 5/28/18 | $489.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991537 | $4,673.02 | 8/13/18 | 1805019001 | 5/29/18 | $752.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991537 | $4,673.02 | 8/13/18 | 1805020001 | 5/29/18 | $462.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999140 | $3,513.91 | 8/29/18 | 1806012 | 6/12/18 | $1,103.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999140 | $3,513.91 | 8/29/18 | 1806013 | 6/12/18 | $381.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999140 | $3,513.91 | 8/29/18 | 1806007001 | 6/14/18 | $980.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999140 | $3,513.91 | 8/29/18 | 1806004 | 6/14/18 | $563.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999140 | $3,513.91 | 8/29/18 | 1806006 | 6/14/18 | $483.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002653 | $4,590.41 | 9/5/18 | 1806005 | 6/17/18 | $1,057.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002653 | $4,590.41 | 9/5/18 | 1806015 | 6/21/18 | $1,647.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002653 | $4,590.41 | 9/5/18 | 1806016001 | 6/21/18 | $1,090.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002653 | $4,590.41 | 9/5/18 | 1806014 | 6/21/18 | $795.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006036 | $1,784.14 | 9/12/18 | 1806011 | 6/22/18 | $1,237.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006036 | $1,784.14 | 9/12/18 | 1806017 | 6/22/18 | $546.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009829 | $2,768.29 | 9/19/18 | 1806003 | 7/3/18 | $1,419.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009829 | $2,768.29 | 9/19/18 | 1806009 | 7/3/18 | $713.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009829 | $2,768.29 | 9/19/18 | M1807002 | 7/3/18 | $634.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013604 | $7,510.57 | 9/26/18 | 1807014 | 7/8/18 | $1,666.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013604 | $7,510.57 | 9/26/18 | 1807016 | 7/8/18 | $1,661.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013604 | $7,510.57 | 9/26/18 | 1807008 | 7/8/18 | $1,064.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013604 | $7,510.57 | 9/26/18 | 1807010 | 7/9/18 | $555.89 |

Brisas Del Caribe Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013604 | $7,510.57 | 9/26/18 | 1807006 | 7/11/18 | $1,287.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013604 | $7,510.57 | 9/26/18 | 1807007 | 7/11/18 | $677.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013604 | $7,510.57 | 9/26/18 | 1807011 | 7/11/18 | $596.87 |

Totals:    8 transfer(s),  $35,399.12

Brisas Del Caribe Corp.

Bankruptcy Case: Sears Holding Corporation, et al.