| Defendant: | **Callcap, LLC** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988046 | $4,858.28 | 8/2/18 | 133279 | 5/1/18 | $2,917.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988046 | $4,858.28 | 8/2/18 | 133279 | 5/1/18 | $2,547.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988046 | $4,858.28 | 8/2/18 | 133279 | 5/1/18 | $161.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988046 | $4,858.28 | 8/2/18 | 133279 | 5/1/18 | $96.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988046 | $4,858.28 | 8/2/18 | 133279 | 5/1/18 | $84.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988046 | $4,858.28 | 8/2/18 | 133941 | 6/1/18 | -$948.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 134747 | 6/1/18 | $3,568.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 134747 | 6/1/18 | $3,241.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 133941 | 6/1/18 | $2,733.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 133963 | 6/1/18 | $249.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 134747 | 6/1/18 | $230.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 134747 | 6/1/18 | $177.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 134122 | 6/1/18 | $151.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 134747 | 6/1/18 | $122.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 133974 | 6/1/18 | $121.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 134207 | 6/1/18 | $111.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 134107 | 6/1/18 | $33.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 133963 | 6/1/18 | $21.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 133963 | 6/1/18 | $17.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995853 | $10,798.17 | 8/20/18 | 133963 | 6/1/18 | $17.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 136181 | 7/1/18 | $3,627.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 136181 | 7/1/18 | $3,231.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 135393 | 7/1/18 | $3,182.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 136181 | 7/1/18 | $224.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 135413 | 7/1/18 | $223.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 135568 | 7/1/18 | $132.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 135424 | 7/1/18 | $88.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 135553 | 7/1/18 | $47.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 135413 | 7/1/18 | $21.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 135413 | 7/1/18 | $21.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009867 | $10,820.04 | 9/19/18 | 135413 | 7/1/18 | $17.52 |

**Totals:    3 transfer(s),  $26,476.49**