Defendant: **Camco Manufacturing Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981269 | $3,187.01 | 7/19/18 | SI10802605 | 5/4/18 | $3,187.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984651 | $3,824.25 | 7/26/18 | SI10804377 | 5/11/18 | $3,824.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988048 | $3,419.08 | 8/2/18 | SI10806033 | 5/18/18 | $3,419.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991565 | $7,044.22 | 8/13/18 | SI10808151 | 5/25/18 | $7,044.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995854 | $8,042.85 | 8/20/18 | SI10809896 | 6/4/18 | $8,054.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995854 | $8,042.85 | 8/20/18 | 9551031521 | 7/19/18 | -$11.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002674 | $19,023.66 | 9/5/18 | SI10813142 | 6/15/18 | $9,615.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002674 | $19,023.66 | 9/5/18 | SI10813157 | 6/15/18 | $9,407.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006057 | $13,878.72 | 9/12/18 | SI10815239 | 6/22/18 | $13,878.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013625 | $7,331.48 | 9/26/18 | SI10817117 | 6/29/18 | $6,398.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013625 | $7,331.48 | 9/26/18 | SI10818926 | 7/6/18 | $1,139.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013625 | $7,331.48 | 9/26/18 | 8361D006405620 | 8/30/18 | -$188.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013625 | $7,331.48 | 9/26/18 | 7321021078 | 9/3/18 | -$18.00 |

Totals:    8 transfer(s),  $65,751.27