Defendant: **CCP Newco LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981738 | $7,504.72 | 7/20/18 | 302996 | 4/26/18 | $4,973.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981738 | $7,504.72 | 7/20/18 | 303503 | 5/2/18 | $1,537.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981738 | $7,504.72 | 7/20/18 | 303655 | 5/3/18 | $1,273.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981738 | $7,504.72 | 7/20/18 | 8361AD070818BE1 | 7/6/18 | -$280.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985099 | $4,283.41 | 7/27/18 | 303509 | 5/2/18 | $1,689.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985099 | $4,283.41 | 7/27/18 | 304389 | 5/10/18 | $1,310.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985099 | $4,283.41 | 7/27/18 | 305367 | 5/18/18 | $1,689.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985099 | $4,283.41 | 7/27/18 | 7705050210 | 7/10/18 | -$52.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985099 | $4,283.41 | 7/27/18 | 8361AD071518A96 | 7/13/18 | -$301.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985099 | $4,283.41 | 7/27/18 | 7705050517 | 7/16/18 | -$52.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988509 | $15,710.08 | 8/7/18 | 304564 | 5/11/18 | $9,046.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988509 | $15,710.08 | 8/7/18 | 305232 | 5/17/18 | $2,474.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988509 | $15,710.08 | 8/7/18 | 305371 | 5/18/18 | $2,962.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988509 | $15,710.08 | 8/7/18 | 306059 | 5/24/18 | $1,496.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988509 | $15,710.08 | 8/7/18 | 8361AD072218BC5 | 7/20/18 | -$270.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991981 | $9,072.85 | 8/14/18 | 304386 | 5/10/18 | $1,357.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991981 | $9,072.85 | 8/14/18 | 306255 | 5/25/18 | $3,328.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991981 | $9,072.85 | 8/14/18 | 306256 | 5/25/18 | $2,584.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991981 | $9,072.85 | 8/14/18 | 306257 | 5/25/18 | $1,941.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991981 | $9,072.85 | 8/14/18 | 8361AD072918BD5 | 7/27/18 | -$138.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996268 | $3,690.12 | 8/21/18 | 305228 | 5/17/18 | $1,003.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996268 | $3,690.12 | 8/21/18 | 306990 | 6/1/18 | $1,689.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996268 | $3,690.12 | 8/21/18 | 306982 | 6/1/18 | $1,428.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996268 | $3,690.12 | 8/21/18 | 8361AD080518BH6 | 8/3/18 | -$431.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999593 | $2,086.61 | 8/30/18 | 307666 | 6/8/18 | $1,087.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999593 | $2,086.61 | 8/30/18 | 307668 | 6/8/18 | $1,049.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999593 | $2,086.61 | 8/30/18 | 8361AD081218A86 | 8/10/18 | -$50.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003113 | $6,888.91 | 9/6/18 | 305525 | 5/21/18 | $1,049.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003113 | $6,888.91 | 9/6/18 | 308151 | 6/12/18 | $826.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003113 | $6,888.91 | 9/6/18 | 308643 | 6/15/18 | $1,873.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003113 | $6,888.91 | 9/6/18 | 308642 | 6/15/18 | $1,676.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003113 | $6,888.91 | 9/6/18 | 308632 | 6/15/18 | $1,676.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003113 | $6,888.91 | 9/6/18 | 8361AD081918A08 | 8/17/18 | -$213.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006505 | $1,556.99 | 9/13/18 | 309207 | 6/21/18 | $1,398.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006505 | $1,556.99 | 9/13/18 | 309200 | 6/21/18 | $377.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006505 | $1,556.99 | 9/13/18 | 8361AD082618BJ5 | 8/24/18 | -$219.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010760 | $3,844.49 | 9/20/18 | 310333 | 6/29/18 | $1,873.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010760 | $3,844.49 | 9/20/18 | 310363 | 6/29/18 | $1,246.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010760 | $3,844.49 | 9/20/18 | 310334 | 6/29/18 | $869.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010760 | $3,844.49 | 9/20/18 | 7705053074 | 8/29/18 | -$15.66 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010760 | $3,844.49 | 9/20/18 | 8361AD090218BF6 | 8/31/18 | -$129.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014101 | $7,001.94 | 9/27/18 | 309138 | 6/20/18 | $1,423.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014101 | $7,001.94 | 9/27/18 | 310785 | 7/5/18 | $1,246.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014101 | $7,001.94 | 9/27/18 | 310947 | 7/6/18 | $2,025.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014101 | $7,001.94 | 9/27/18 | 310948 | 7/6/18 | $1,605.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014101 | $7,001.94 | 9/27/18 | 310949 | 7/6/18 | $797.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014101 | $7,001.94 | 9/27/18 | 8361AD090918BB5 | 9/7/18 | -$97.22 |

**Totals:** 10 transfer(s), $61,640.12

CCP Newco LLC

Bankruptcy Case: Sears Holding Corporation, et al.