| Defendant: | CS Group Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979732 | $9,316.91 | 7/17/18 | 86881 | 5/14/18 | $2,449.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979732 | $9,316.91 | 7/17/18 | Q86756 | 6/1/18 | $6,867.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $393.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $387.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $229.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $205.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $196.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $190.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $190.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $180.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $134.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $134.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $129.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $115.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $95.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980460 | $3,753.77 | 7/18/18 | SK062018 | 6/4/18 | $63.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982385 | $5,620.24 | 7/23/18 | Q86959 | 6/8/18 | $6,497.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982385 | $5,620.24 | 7/23/18 | SK052018CR | 7/9/18 | -$219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982385 | $5,620.24 | 7/23/18 | SK042018CR | 7/9/18 | -$219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982385 | $5,620.24 | 7/23/18 | SK022018REVCR | 7/9/18 | -$219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982385 | $5,620.24 | 7/23/18 | SK032018RCR | 7/9/18 | -$219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983747 | $2,765.03 | 7/25/18 | Q9341 | 6/11/18 | $2,765.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985757 | $3,026.32 | 7/30/18 | T062018 | 6/15/18 | $1,253.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985757 | $3,026.32 | 7/30/18 | Q9225 | 6/15/18 | $1,049.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985757 | $3,026.32 | 7/30/18 | 9145 | 6/15/18 | $260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985757 | $3,026.32 | 7/30/18 | HS062018 | 6/15/18 | $197.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985757 | $3,026.32 | 7/30/18 | MD062018 | 6/15/18 | $81.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985757 | $3,026.32 | 7/30/18 | MD062018 | 6/15/18 | $70.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985757 | $3,026.32 | 7/30/18 | MD062018 | 6/15/18 | $40.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985757 | $3,026.32 | 7/30/18 | MD062018 | 6/15/18 | $40.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985757 | $3,026.32 | 7/30/18 | HS062018 | 6/15/18 | $34.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987207 | $1,041.79 | 8/1/18 | 87235 | 6/13/18 | $1,041.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989192 | $2,198.56 | 8/8/18 | 87274 | 6/22/18 | $2,198.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989941 | $8,144.06 | 8/9/18 | Q9340 | 6/17/18 | $8,144.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990705 | $20,033.19 | 8/10/18 | Q86879 | 6/26/18 | $20,033.19 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $393.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $258.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $229.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $205.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $196.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $190.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $190.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $180.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $134.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $134.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $129.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $129.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $115.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $95.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996336 | $3,753.77 | 8/21/18 | SK072018 | 7/5/18 | $63.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996958 | $356.00 | 8/22/18 | 87135 | 6/6/18 | $356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998324 | $1,253.26 | 8/28/18 | T072018 | 7/10/18 | $1,253.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001789 | $232.34 | 9/4/18 | MD072018 | 7/15/18 | $81.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001789 | $232.34 | 9/4/18 | MD072018 | 7/15/18 | $70.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001789 | $232.34 | 9/4/18 | MD072018 | 7/15/18 | $40.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001789 | $232.34 | 9/4/18 | MD072018 | 7/15/18 | $40.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004535 | $1,621.98 | 9/10/18 | 9444 | 7/21/18 | $1,621.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005224 | $1,066.00 | 9/11/18 | 87191 | 6/12/18 | $680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005224 | $1,066.00 | 9/11/18 | 87246 | 6/14/18 | $386.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008824 | $11,270.09 | 9/18/18 | Q9428 | 7/31/18 | $6,665.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008824 | $11,270.09 | 9/18/18 | Q8667578 | 7/31/18 | $4,605.00 |

Totals:    16 transfer(s),  $75,453.31

CS Group Inc.

Bankruptcy Case: Sears Holding Corporation, et al.