Defendant: **Diversified Global Technologies LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981852 | $5,568.28 | 7/20/18 | 73093 | 5/8/18 | $5,017.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981852 | $5,568.28 | 7/20/18 | 73095 | 5/8/18 | $220.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981852 | $5,568.28 | 7/20/18 | 73080 | 5/8/18 | $191.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981852 | $5,568.28 | 7/20/18 | 73081 | 5/8/18 | $165.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981852 | $5,568.28 | 7/20/18 | MA18188707660 | 7/7/18 | -$25.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985216 | $6,719.35 | 7/27/18 | 73352 | 5/15/18 | $6,719.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988626 | $6,653.16 | 8/7/18 | 73645 | 5/22/18 | $6,661.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988626 | $6,653.16 | 8/7/18 | VPOT991484640 | 7/22/18 | -$8.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992122 | $6,135.60 | 8/14/18 | 74070 | 5/30/18 | $6,135.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996385 | $5,750.47 | 8/21/18 | 74375 | 6/5/18 | $5,804.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996385 | $5,750.47 | 8/21/18 | MA18216707660 | 8/4/18 | -$54.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999715 | $2,472.30 | 8/30/18 | 74658 | 6/12/18 | $2,472.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003219 | $3,125.87 | 9/6/18 | 75001 | 6/18/18 | $3,275.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003219 | $3,125.87 | 9/6/18 | VPASN993119495 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010891 | $6,013.47 | 9/20/18 | 75664 | 7/3/18 | $6,034.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010891 | $6,013.47 | 9/20/18 | MA18244707660 | 9/1/18 | -$20.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014213 | $11,303.11 | 9/27/18 | 75328 | 6/26/18 | $4,510.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014213 | $11,303.11 | 9/27/18 | 76045 | 7/10/18 | $6,792.22 |

Totals:    9 transfer(s),  $53,741.61

Diversified Global Technologies LLC
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                                                               P. 1