**Defendant:** Dorman Products Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981859 | $4,819.46 | 7/20/18 | 16988116 | 6/1/18 | $2,952.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981859 | $4,819.46 | 7/20/18 | 16979763 | 6/1/18 | $344.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981859 | $4,819.46 | 7/20/18 | 16979765 | 6/1/18 | $252.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981859 | $4,819.46 | 7/20/18 | 17027893 | 6/8/18 | $727.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981859 | $4,819.46 | 7/20/18 | 17027891 | 6/8/18 | $289.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981859 | $4,819.46 | 7/20/18 | 17027890 | 6/8/18 | $271.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981859 | $4,819.46 | 7/20/18 | 8361AD070818BF8 | 7/6/18 | -$18.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985227 | $4,495.85 | 7/27/18 | 17027892 | 6/8/18 | $2,990.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985227 | $4,495.85 | 7/27/18 | 17027894 | 6/8/18 | $455.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985227 | $4,495.85 | 7/27/18 | 17027889 | 6/8/18 | $201.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985227 | $4,495.85 | 7/27/18 | 17067997 | 6/15/18 | $891.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985227 | $4,495.85 | 7/27/18 | 8361AD071518BB6 | 7/13/18 | -$43.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988638 | $2,527.31 | 8/7/18 | 17067998 | 6/15/18 | $1,728.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988638 | $2,527.31 | 8/7/18 | 17067999 | 6/15/18 | $346.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988638 | $2,527.31 | 8/7/18 | 17067996 | 6/15/18 | $291.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988638 | $2,527.31 | 8/7/18 | 17108081 | 6/22/18 | $212.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988638 | $2,527.31 | 8/7/18 | 8361AD072218BE7 | 7/20/18 | -$51.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992135 | $5,360.13 | 8/14/18 | 17108082 | 6/22/18 | $2,836.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992135 | $5,360.13 | 8/14/18 | 17108080 | 6/22/18 | $871.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992135 | $5,360.13 | 8/14/18 | 17108083 | 6/22/18 | $487.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992135 | $5,360.13 | 8/14/18 | 17108078 | 6/22/18 | $328.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992135 | $5,360.13 | 8/14/18 | 17108079 | 6/22/18 | $244.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992135 | $5,360.13 | 8/14/18 | 17015333 | 6/29/18 | $453.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992135 | $5,360.13 | 8/14/18 | 17147386 | 6/29/18 | $322.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992135 | $5,360.13 | 8/14/18 | 8361AD072918BF5 | 7/27/18 | -$33.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992135 | $5,360.13 | 8/14/18 | VPASN993118111 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996396 | $3,346.21 | 8/21/18 | 17015334 | 6/29/18 | $1,902.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996396 | $3,346.21 | 8/21/18 | 17015332 | 6/29/18 | $534.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996396 | $3,346.21 | 8/21/18 | 17015335 | 6/29/18 | $416.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996396 | $3,346.21 | 8/21/18 | 17182383 | 7/6/18 | $286.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996396 | $3,346.21 | 8/21/18 | 17182380 | 7/6/18 | $267.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996396 | $3,346.21 | 8/21/18 | 8361AD080518BJ8 | 8/3/18 | -$59.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996396 | $3,346.21 | 8/21/18 | 7705051569 | 8/4/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999730 | $5,247.18 | 8/30/18 | 17182382 | 7/6/18 | $2,904.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999730 | $5,247.18 | 8/30/18 | 17182378 | 7/6/18 | $676.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999730 | $5,247.18 | 8/30/18 | 17182381 | 7/6/18 | $404.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999730 | $5,247.18 | 8/30/18 | 17182379 | 7/6/18 | $339.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999730 | $5,247.18 | 8/30/18 | 17223871 | 7/13/18 | $929.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999730 | $5,247.18 | 8/30/18 | 8361AD081218BA0 | 8/10/18 | -$6.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003230 | $3,497.07 | 9/6/18 | 17223870 | 7/13/18 | $2,675.82 |

Dorman Products Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A     P. 1

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003230 | $3,497.07 | 9/6/18 | 17223869 | 7/13/18 | $829.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003230 | $3,497.07 | 9/6/18 | 8361AD081918A21 | 8/17/18 | -$8.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006648 | $3,818.61 | 9/13/18 | 17298478 | 7/26/18 | $1,138.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006648 | $3,818.61 | 9/13/18 | 17298479 | 7/26/18 | $988.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006648 | $3,818.61 | 9/13/18 | 17298483 | 7/26/18 | $730.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006648 | $3,818.61 | 9/13/18 | 17298477 | 7/26/18 | $448.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006648 | $3,818.61 | 9/13/18 | 17298484 | 7/26/18 | $362.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006648 | $3,818.61 | 9/13/18 | 17298480 | 7/26/18 | $235.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006648 | $3,818.61 | 9/13/18 | 8361AD082618BM0 | 8/24/18 | -$83.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010904 | $15,383.63 | 9/20/18 | 17298481 | 7/26/18 | $11,523.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010904 | $15,383.63 | 9/20/18 | 17298482 | 7/26/18 | $2,224.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010904 | $15,383.63 | 9/20/18 | 17298476 | 7/26/18 | $639.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010904 | $15,383.63 | 9/20/18 | 17256995 | 7/26/18 | $278.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010904 | $15,383.63 | 9/20/18 | 17345414 | 8/3/18 | $736.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010904 | $15,383.63 | 9/20/18 | 8361AD090218BH6 | 8/31/18 | -$18.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014221 | $14,776.26 | 9/27/18 | 17345410 | 8/3/18 | $12,772.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014221 | $14,776.26 | 9/27/18 | 17345411 | 8/3/18 | $781.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014221 | $14,776.26 | 9/27/18 | 17345413 | 8/3/18 | $671.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014221 | $14,776.26 | 9/27/18 | 17345412 | 8/3/18 | $595.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014221 | $14,776.26 | 9/27/18 | 8361AD090918BD4 | 9/7/18 | -$44.24 |

Totals:    10 transfer(s),  $63,271.71

Dorman Products Inc.

Bankruptcy Case: Sears Holding Corporation, et al.