| | |
|---|---|
| Defendant: | **Duraflame Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981876 | $15,218.95 | 7/20/18 | DF-0288214 | 5/2/18 | $2,904.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981876 | $15,218.95 | 7/20/18 | DF-0288483 | 5/5/18 | $6,881.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981876 | $15,218.95 | 7/20/18 | DF-0288520 | 5/5/18 | $5,451.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981876 | $15,218.95 | 7/20/18 | 4129022098 | 7/1/18 | -$1.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981876 | $15,218.95 | 7/20/18 | 8361AD070818A87 | 7/6/18 | -$16.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988655 | $877.28 | 8/7/18 | DF-0289932 | 5/21/18 | $885.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988655 | $877.28 | 8/7/18 | 4150041988 | 6/26/18 | -$1.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988655 | $877.28 | 8/7/18 | 9420055141 | 7/9/18 | -$2.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988655 | $877.28 | 8/7/18 | 8361AD072218A74 | 7/20/18 | -$4.68 |

**Totals:**    **2 transfer(s),  $16,096.23**