Defendant: **Facilities Solutions LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003319 | $53,580.00 | 9/6/18 | 1234 | 6/12/18 | $49,065.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003319 | $53,580.00 | 9/6/18 | 1240 | 6/20/18 | $4,515.00 |

Totals:    1 transfer(s),  $53,580.00