Defendant: **Impo International LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981422 | $592.52 | 7/19/18 | 182187 | 2/1/18 | $368.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981422 | $592.52 | 7/19/18 | 182189 | 2/1/18 | $223.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987313 | $6,724.28 | 8/1/18 | 187925 | 6/18/18 | $3,759.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987313 | $6,724.28 | 8/1/18 | 187932 | 6/18/18 | $1,199.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987313 | $6,724.28 | 8/1/18 | 187931 | 6/18/18 | $658.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987313 | $6,724.28 | 8/1/18 | 187930 | 6/18/18 | $658.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987313 | $6,724.28 | 8/1/18 | 187926 | 6/18/18 | $449.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997748 | $434.10 | 8/23/18 | 183805 | 3/16/18 | $434.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003431 | $8,114.07 | 9/6/18 | 188655 | 7/5/18 | $1,305.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003431 | $8,114.07 | 9/6/18 | 188656 | 7/5/18 | $652.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003431 | $8,114.07 | 9/6/18 | 188909 | 7/11/18 | $4,706.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003431 | $8,114.07 | 9/6/18 | 188910 | 7/11/18 | $797.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003431 | $8,114.07 | 9/6/18 | 188907 | 7/11/18 | $652.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006844 | $3,158.40 | 9/13/18 | 187929 | 6/18/18 | $1,184.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006844 | $3,158.40 | 9/13/18 | 187927 | 6/18/18 | $1,184.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006844 | $3,158.40 | 9/13/18 | 187928 | 6/18/18 | $789.60 |

Totals:    5 transfer(s),  $19,023.37

Impo International LLC
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                                                      P. 1