**Defendant:** Knox Fertilizer Company Inc.

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 181788-IN | 5/8/18 | $2,699.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 181879-IN | 5/10/18 | $1,034.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 3225013024 | 5/11/18 | -$5.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 181998-IN | 5/15/18 | $1,148.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 181997-IN | 5/15/18 | $318.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 3013026365 | 7/5/18 | -$10.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 3433019204 | 7/5/18 | -$10.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 8361AD070818AR0 | 7/6/18 | -$13.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 3990024115 | 7/10/18 | -$7.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 3678037666 | 7/10/18 | -$9.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 4304017181 | 7/11/18 | -$4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 7255038817 | 7/11/18 | -$4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 7109051517 | 7/13/18 | -$7.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 8361AD071518AP2 | 7/13/18 | -$18.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 4819024546 | 7/15/18 | -$8.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 3088042864 | 7/16/18 | -$2.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 7653036398 | 7/16/18 | -$5.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986015 | $5,085.85 | 7/30/18 | 9423039837 | 7/17/18 | -$7.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989442 | $2,628.17 | 8/8/18 | 181999-IN | 5/15/18 | $2,685.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989442 | $2,628.17 | 8/8/18 | 9614026823 | 7/11/18 | -$5.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989442 | $2,628.17 | 8/8/18 | 4457032131 | 7/14/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989442 | $2,628.17 | 8/8/18 | 4141013383 | 7/18/18 | -$5.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989442 | $2,628.17 | 8/8/18 | 8361AD072218AQ4 | 7/20/18 | -$18.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989442 | $2,628.17 | 8/8/18 | 4064036396 | 7/20/18 | -$20.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989442 | $2,628.17 | 8/8/18 | 3499020529 | 7/24/18 | -$5.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993019 | $4,757.43 | 8/15/18 | 182298-IN | 5/24/18 | $324.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993019 | $4,757.43 | 8/15/18 | 182423-IN | 5/30/18 | $2,562.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993019 | $4,757.43 | 8/15/18 | 182420-IN | 5/30/18 | $1,888.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993019 | $4,757.43 | 8/15/18 | 8361AD072918AQ9 | 7/27/18 | -$8.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993019 | $4,757.43 | 8/15/18 | 3678037705 | 7/30/18 | -$9.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997206 | $4,919.12 | 8/22/18 | 182419-IN | 5/30/18 | $2,600.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997206 | $4,919.12 | 8/22/18 | 182421-IN | 5/30/18 | $1,448.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997206 | $4,919.12 | 8/22/18 | 182422-IN | 5/30/18 | $907.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997206 | $4,919.12 | 8/22/18 | 3059047694 | 7/30/18 | -$2.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997206 | $4,919.12 | 8/22/18 | 4214024106 | 7/31/18 | -$4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997206 | $4,919.12 | 8/22/18 | 9348034199 | 8/1/18 | -$8.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997206 | $4,919.12 | 8/22/18 | 8361AD080518AS3 | 8/3/18 | -$13.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997206 | $4,919.12 | 8/22/18 | 3873019429 | 8/7/18 | -$9.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000562 | $1,483.18 | 8/31/18 | 182592-IN | 6/6/18 | $1,235.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000562 | $1,483.18 | 8/31/18 | 182620-IN | 6/7/18 | $134.18 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000562 | $1,483.18 | 8/31/18 | 182621-IN | 6/7/18 | $123.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000562 | $1,483.18 | 8/31/18 | 4470031610 | 8/7/18 | -$5.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000562 | $1,483.18 | 8/31/18 | 7752047895 | 8/9/18 | -$2.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000562 | $1,483.18 | 8/31/18 | 8361AD081218AN6 | 8/10/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004040 | $2,656.86 | 9/7/18 | 182591-IN | 6/6/18 | $1,045.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004040 | $2,656.86 | 9/7/18 | 182590-IN | 6/6/18 | $107.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004040 | $2,656.86 | 9/7/18 | 182736-IN | 6/12/18 | $1,149.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004040 | $2,656.86 | 9/7/18 | 182819-IN | 6/15/18 | $17.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004040 | $2,656.86 | 9/7/18 | 182924-IN | 6/20/18 | $202.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004040 | $2,656.86 | 9/7/18 | 182925-IN | 6/20/18 | $149.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004040 | $2,656.86 | 9/7/18 | 8361AD081918AK9 | 8/17/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004040 | $2,656.86 | 9/7/18 | 3982020603 | 8/17/18 | -$4.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004040 | $2,656.86 | 9/7/18 | 7725027504 | 8/18/18 | -$8.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007515 | $5,288.84 | 9/14/18 | 181998-IN | 5/15/18 | $194.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007515 | $5,288.84 | 9/14/18 | 182926-IN | 6/20/18 | $368.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007515 | $5,288.84 | 9/14/18 | 182952-IN | 6/21/18 | $930.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007515 | $5,288.84 | 9/14/18 | 182951-IN | 6/21/18 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007515 | $5,288.84 | 9/14/18 | 183094-IN | 6/27/18 | $1,895.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007515 | $5,288.84 | 9/14/18 | 183093-IN | 6/27/18 | $1,821.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011652 | $1,186.04 | 9/21/18 | 183062-IN | 6/26/18 | $1,203.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011652 | $1,186.04 | 9/21/18 | 9124021358 | 8/21/18 | -$6.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011652 | $1,186.04 | 9/21/18 | 8361AD090218AR9 | 8/31/18 | -$10.92 |

Totals:    8 transfer(s),  $28,005.49

Knox Fertilizer Company Inc.

Bankruptcy Case: Sears Holding Corporation, et al.