Defendant: **Kramer Laboratories Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982634 | $88.40 | 7/23/18 | 233929 | 5/3/18 | $1,238.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982634 | $88.40 | 7/23/18 | VPASN993116293 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982634 | $88.40 | 7/23/18 | MA18188714135 | 7/7/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989447 | $1,284.00 | 8/8/18 | 234067 | 5/10/18 | $309.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989447 | $1,284.00 | 8/8/18 | 234213 | 5/17/18 | $1,238.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989447 | $1,284.00 | 8/8/18 | 234202 | 5/17/18 | $243.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989447 | $1,284.00 | 8/8/18 | MA18195714136 | 7/14/18 | -$507.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993023 | $2,210.40 | 8/15/18 | 234356 | 5/24/18 | $1,238.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993023 | $2,210.40 | 8/15/18 | 234358 | 5/24/18 | $972.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997209 | $4,420.80 | 8/22/18 | 234507 | 6/1/18 | $1,944.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997209 | $4,420.80 | 8/22/18 | 234581 | 6/6/18 | $2,476.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000565 | $7,560.00 | 8/31/18 | 234632 | 6/7/18 | $4,644.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000565 | $7,560.00 | 8/31/18 | 234617 | 6/7/18 | $2,916.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004044 | $1,657.80 | 9/7/18 | 234737 | 6/14/18 | $928.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004044 | $1,657.80 | 9/7/18 | 234739 | 6/14/18 | $729.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007521 | $1,414.80 | 9/14/18 | 234877 | 6/21/18 | $928.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007521 | $1,414.80 | 9/14/18 | 234884 | 6/21/18 | $486.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011655 | $795.60 | 9/21/18 | 235008 | 6/28/18 | $486.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011655 | $795.60 | 9/21/18 | 235032 | 6/28/18 | $309.60 |

Totals:    8 transfer(s),  $19,431.80