Defendant: **Landmark Community Newspapers, LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979865 | $9,063.76 | 7/17/18 | 418162385700 | 5/2/18 | $2,235.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979865 | $9,063.76 | 7/17/18 | 418348994 | 5/2/18 | $2,180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979865 | $9,063.76 | 7/17/18 | 418474835 | 5/2/18 | $1,565.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979865 | $9,063.76 | 7/17/18 | 418008333 | 5/2/18 | $1,468.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979865 | $9,063.76 | 7/17/18 | 418020408 | 5/2/18 | $1,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979865 | $9,063.76 | 7/17/18 | 418014861 | 5/2/18 | $575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993725 | $11,606.89 | 8/16/18 | 518162385700 | 6/2/18 | $3,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993725 | $11,606.89 | 8/16/18 | 518348994 | 6/2/18 | $2,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993725 | $11,606.89 | 8/16/18 | 518474835 | 6/2/18 | $1,930.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993725 | $11,606.89 | 8/16/18 | 518008333 | 6/2/18 | $1,831.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993725 | $11,606.89 | 8/16/18 | 518020408 | 6/2/18 | $1,285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993725 | $11,606.89 | 8/16/18 | 518014861 | 6/2/18 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008163 | $8,300.24 | 9/17/18 | 618162385700 | 7/2/18 | $2,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008163 | $8,300.24 | 9/17/18 | 618348994 | 7/2/18 | $2,180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008163 | $8,300.24 | 9/17/18 | 618008333 | 7/2/18 | $1,463.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008163 | $8,300.24 | 9/17/18 | 618474835 | 7/2/18 | $1,126.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008163 | $8,300.24 | 9/17/18 | 618014861 | 7/2/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008163 | $8,300.24 | 9/17/18 | 618020408 | 7/2/18 | $490.00 |

Totals:    3 transfer(s),  $28,970.89

Landmark Community Newspapers, LLC
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                                                        P. 1