| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Matosantos Commercial Corp. | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2143008 | 6/8/18 | $624.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2143027 | 6/8/18 | $505.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2143009 | 6/8/18 | $113.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2143131 | 6/11/18 | $561.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2143063 | 6/11/18 | $375.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2143132 | 6/11/18 | $36.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2144327 | 6/27/18 | -$22.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2145070 | 7/2/18 | -$20.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2145237 | 7/2/18 | -$27.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2145236 | 7/2/18 | -$41.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982726 | $1,989.90 | 7/23/18 | 2145239 | 7/3/18 | -$114.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986112 | $1,867.09 | 7/30/18 | 2143422 | 6/14/18 | $520.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986112 | $1,867.09 | 7/30/18 | 2143573 | 6/14/18 | $275.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986112 | $1,867.09 | 7/30/18 | 2143689 | 6/15/18 | $588.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986112 | $1,867.09 | 7/30/18 | 2143688 | 6/15/18 | $61.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986112 | $1,867.09 | 7/30/18 | 2143716 | 6/18/18 | $461.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986112 | $1,867.09 | 7/30/18 | 2146066 | 7/11/18 | -$40.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144009 | 6/20/18 | $784.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144317 | 6/22/18 | $1,171.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144328 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144364 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144326 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144325 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144324 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144321 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144320 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144380 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144379 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144386 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144329 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144323 | 6/22/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144319 | 6/22/18 | $571.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144338 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144365 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144339 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144335 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144334 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144336 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144393 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144333 | 6/22/18 | $115.94 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144330 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144381 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144382 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144331 | 6/22/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144318 | 6/22/18 | $71.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144407 | 6/23/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2444408 | 6/23/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144322 | 6/25/18 | $865.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144540 | 6/25/18 | $776.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144541 | 6/25/18 | $776.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144562 | 6/25/18 | $776.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144469 | 6/25/18 | $516.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144560 | 6/25/18 | $459.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144470 | 6/25/18 | $243.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144466 | 6/25/18 | $122.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144565 | 6/25/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144332 | 6/25/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144542 | 6/25/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144564 | 6/25/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144543 | 6/25/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144561 | 6/25/18 | $56.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989541 | $20,269.81 | 8/8/18 | 2144471 | 6/25/18 | $33.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144327 | 6/27/18 | $842.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144771 | 6/27/18 | $364.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144337 | 6/27/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144825 | 6/27/18 | $114.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144826 | 6/27/18 | $98.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144911 | 6/28/18 | $921.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144909 | 6/28/18 | $834.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144535 | 6/28/18 | $709.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144536 | 6/28/18 | $115.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144912 | 6/28/18 | $114.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2144910 | 6/28/18 | $36.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2145069 | 6/29/18 | $122.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2145070 | 6/30/18 | $420.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2145131 | 6/30/18 | $343.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2145130 | 6/30/18 | $24.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2145236 | 7/2/18 | $329.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2145239 | 7/2/18 | $218.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2145240 | 7/2/18 | $154.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 2145237 | 7/2/18 | $93.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993137 | $5,061.94 | 8/15/18 | 80206225 | 7/10/18 | -$914.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997298 | $1,458.09 | 8/22/18 | 2145238A | 7/3/18 | $271.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997298 | $1,458.09 | 8/22/18 | 2145238 | 7/3/18 | $67.91 |

Matosantos Commercial Corp

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997298 | $1,458.09 | 8/22/18 | 2145759 | 7/9/18 | $1,153.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997298 | $1,458.09 | 8/22/18 | 2148123 | 8/3/18 | -$35.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000667 | $1,766.81 | 8/31/18 | 80206225 | 7/10/18 | $914.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000667 | $1,766.81 | 8/31/18 | 2146066 | 7/11/18 | $317.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000667 | $1,766.81 | 8/31/18 | 2146065 | 7/11/18 | $164.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000667 | $1,766.81 | 8/31/18 | 2145980 | 7/11/18 | $148.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000667 | $1,766.81 | 8/31/18 | 2145979 | 7/11/18 | $141.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000667 | $1,766.81 | 8/31/18 | 2146067 | 7/11/18 | $80.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004137 | $1,110.80 | 9/7/18 | 2146592 | 7/17/18 | $488.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004137 | $1,110.80 | 9/7/18 | 2146930 | 7/20/18 | $431.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004137 | $1,110.80 | 9/7/18 | 2146932 | 7/20/18 | $305.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004137 | $1,110.80 | 9/7/18 | 2146933 | 7/20/18 | $148.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004137 | $1,110.80 | 9/7/18 | 2146931 | 7/20/18 | $24.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004137 | $1,110.80 | 9/7/18 | 2148788 | 8/14/18 | -$91.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004137 | $1,110.80 | 9/7/18 | MA18229714781 | 8/17/18 | -$32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004137 | $1,110.80 | 9/7/18 | MA18229715358 | 8/17/18 | -$164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007623 | $776.04 | 9/14/18 | 2144563 | 7/25/18 | $776.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011739 | $1,366.66 | 9/21/18 | 2147986 | 8/2/18 | $501.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011739 | $1,366.66 | 9/21/18 | 2148123 | 8/3/18 | $460.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011739 | $1,366.66 | 9/21/18 | 2148232 | 8/6/18 | $374.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011739 | $1,366.66 | 9/21/18 | 2148233 | 8/6/18 | $56.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011739 | $1,366.66 | 9/21/18 | 2150136 | 8/27/18 | -$25.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011739 | $1,366.66 | 9/21/18 | 3882064823 | 9/4/18 | -$0.96 |

Totals:    9 transfer(s),  $35,667.14