Defendant: **Miami Herald Media Company**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996052 | $27,086.44 | 8/20/18 | 518187024 | 6/2/18 | $26,436.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996052 | $27,086.44 | 8/20/18 | 518187024 | 6/2/18 | $650.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010294 | $22,226.10 | 9/19/18 | 618187024 | 7/2/18 | $22,226.10 |

Totals:    2 transfer(s),  $49,312.54