| Defendant: | Micro World Corporation Dba Barska |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980633 | $8.31 | 7/18/18 | 6089845000-1 | 5/4/18 | $16.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980633 | $8.31 | 7/18/18 | 6088665000-1 | 5/4/18 | $16.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980633 | $8.31 | 7/18/18 | 5373305000-1 | 7/3/18 | -$25.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981479 | $26.08 | 7/19/18 | 6124035000-1 | 5/7/18 | $26.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984868 | $42.31 | 7/26/18 | 6179295000-1 | 5/14/18 | $42.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986668 | $25.31 | 7/31/18 | 6225635000-1 | 5/17/18 | $25.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 6232955000-1 | 5/18/18 | $25.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 6270415000-1 | 5/22/18 | $25.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 6272005000-1 | 5/23/18 | $42.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 6284255000-1 | 5/23/18 | $16.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 6369285000-1 | 5/29/18 | $64.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 6352705000-1 | 5/29/18 | $64.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 6347705000-1 | 5/29/18 | $55.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 6346975000-1 | 5/29/18 | $39.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 6311965000-1 | 5/29/18 | $25.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 6709775000-1 | 6/27/18 | $214.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992435 | $145.37 | 8/14/18 | 8361D006343928 | 7/18/18 | -$427.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993176 | $191.26 | 8/15/18 | 6375065000-1 | 5/30/18 | $122.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993176 | $191.26 | 8/15/18 | 6371735000-1 | 5/30/18 | $16.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993176 | $191.26 | 8/15/18 | 6736775000-1 | 6/29/18 | $35.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993176 | $191.26 | 8/15/18 | 6728275000-1 | 6/29/18 | $16.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993767 | $75.93 | 8/16/18 | 6383335000-1 | 5/31/18 | $50.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993767 | $75.93 | 8/16/18 | 6385325000-1 | 5/31/18 | $25.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994855 | $2,016.05 | 8/17/18 | 6772865000-1 | 7/2/18 | $34.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994855 | $2,016.05 | 8/17/18 | 6745985000-1 | 7/2/18 | $21.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994855 | $2,016.05 | 8/17/18 | PSI448235 | 7/3/18 | $1,106.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994855 | $2,016.05 | 8/17/18 | PSI448234 | 7/3/18 | $828.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994855 | $2,016.05 | 8/17/18 | 6785085000-1 | 7/3/18 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996663 | $3,827.07 | 8/21/18 | PSI442501 | 6/5/18 | $2,644.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996663 | $3,827.07 | 8/21/18 | PSI442502 | 6/5/18 | $1,004.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996663 | $3,827.07 | 8/21/18 | 6801715000-1 | 7/5/18 | $116.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996663 | $3,827.07 | 8/21/18 | 6804415000-1 | 7/5/18 | $62.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997341 | $280.15 | 8/22/18 | 6465895000-1 | 6/6/18 | $218.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997341 | $280.15 | 8/22/18 | 6471315000-1 | 6/6/18 | $36.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997341 | $280.15 | 8/22/18 | 6466615000-1 | 6/6/18 | $25.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6489315000-1 | 6/8/18 | $218.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6495865000-1 | 6/8/18 | $27.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6826275000-1 | 7/9/18 | $63.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6853755000-1 | 7/9/18 | $52.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6843655000-1 | 7/9/18 | $48.59 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6851675000-1 | 7/9/18 | $34.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6852275000-1 | 7/9/18 | $21.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6866265000-1 | 7/10/18 | $48.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6838275000-2 | 7/10/18 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6838275000-1 | 7/10/18 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998508 | $582.33 | 8/28/18 | 6874035000-1 | 7/10/18 | $16.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999364 | $153.99 | 8/29/18 | 6518805000-1 | 6/11/18 | $64.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999364 | $153.99 | 8/29/18 | 6500085000-1 | 6/11/18 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999364 | $153.99 | 8/29/18 | 6513735000-1 | 6/11/18 | $24.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999364 | $153.99 | 8/29/18 | 6503825000-1 | 6/11/18 | $22.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999995 | $41.78 | 8/30/18 | 6541795000-1 | 6/12/18 | $25.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999995 | $41.78 | 8/30/18 | 6884885000-1 | 7/12/18 | $16.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000713 | $25.31 | 8/31/18 | 6551915000-1 | 6/13/18 | $25.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001244 | $2,921.20 | 9/3/18 | PSI442421 | 6/4/18 | $1,934.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001244 | $2,921.20 | 9/3/18 | PSI442416 | 6/4/18 | $870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001244 | $2,921.20 | 9/3/18 | 6565005000-1 | 6/14/18 | $49.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001244 | $2,921.20 | 9/3/18 | 6574175000-1 | 6/14/18 | $39.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001244 | $2,921.20 | 9/3/18 | 6570145000-1 | 6/14/18 | $27.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | PSI442419 | 6/4/18 | $1,335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | PSI442414 | 6/4/18 | $1,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | PSI442420 | 6/4/18 | $645.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | PSI442415 | 6/4/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | PSI442418 | 6/4/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | PSI442413 | 6/4/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | 6579035000-1 | 6/15/18 | $29.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | 6579035000-2 | 6/15/18 | $25.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | 93120775747 | 7/15/18 | $42.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | 6923685000-1 | 7/16/18 | $29.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | 6920575000-1 | 7/16/18 | $21.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | 93002364959 | 7/16/18 | $16.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001989 | $4,256.71 | 9/4/18 | 93120775982 | 7/17/18 | $316.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002890 | $77.02 | 9/5/18 | 93002497618 | 7/18/18 | $341.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002890 | $77.02 | 9/5/18 | 93002530986 | 7/18/18 | $35.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002890 | $77.02 | 9/5/18 | VPASN993119507 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002890 | $77.02 | 9/5/18 | VPASN993119506 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | PSI442422 | 6/4/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | PSI442417 | 6/4/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 6607845000-1 | 6/19/18 | $27.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 6620285000-1 | 6/19/18 | $27.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 6622335000-1 | 6/20/18 | $64.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 6643945000-1 | 6/22/18 | $43.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93002284183 | 7/15/18 | $28.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93002280384 | 7/15/18 | $27.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93002452853 | 7/17/18 | $55.75 |

Micro World Corporation Dba Barska

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93002426963 | 7/17/18 | $41.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | PSI451578 | 7/19/18 | $3,077.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003010360 | 7/19/18 | $41.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 6975845000-1 | 7/19/18 | $30.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93002593946 | 7/19/18 | $16.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93002497618OP | 7/19/18 | -$174.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003034555 | 7/20/18 | $41.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003028566 | 7/20/18 | $34.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003075978 | 7/20/18 | $25.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003072145 | 7/20/18 | $17.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003081922 | 7/21/18 | $207.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003083826 | 7/21/18 | $41.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93120776383 | 7/22/18 | $42.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 7009475000-1 | 7/23/18 | $62.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 7013925000-1 | 7/23/18 | $30.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93120776626 | 7/23/18 | $28.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 7011945000-1 | 7/23/18 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 7011945000-2 | 7/23/18 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003188444 | 7/23/18 | $16.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003253523 | 7/24/18 | $145.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93120776662 | 7/24/18 | $104.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003294419 | 7/24/18 | $96.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003251815 | 7/24/18 | $70.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 7037035000-1 | 7/24/18 | $39.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 7043835000-1 | 7/24/18 | $30.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93120776773 | 7/24/18 | $28.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003283346 | 7/24/18 | $16.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93003253523OP | 7/24/18 | -$49.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005399 | $5,428.64 | 9/11/18 | 93000144655OP | 8/3/18 | -$59.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006267 | $891.73 | 9/12/18 | 6665895000-1 | 6/25/18 | $36.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006267 | $891.73 | 9/12/18 | 6678055000-1 | 6/25/18 | $27.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006267 | $891.73 | 9/12/18 | 6678885000-1 | 6/25/18 | $25.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006267 | $891.73 | 9/12/18 | PSI451330 | 7/19/18 | $382.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006267 | $891.73 | 9/12/18 | 93120776975 | 7/25/18 | $316.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006267 | $891.73 | 9/12/18 | 93003309238 | 7/25/18 | $35.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006267 | $891.73 | 9/12/18 | 7050505000-1 | 7/25/18 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006267 | $891.73 | 9/12/18 | 7057395000-1 | 7/25/18 | $21.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006267 | $891.73 | 9/12/18 | 7060825000-1 | 7/25/18 | $21.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006919 | $1,147.14 | 9/13/18 | PSI450364 | 7/16/18 | $901.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006919 | $1,147.14 | 9/13/18 | 7061835000-1 | 7/26/18 | $90.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006919 | $1,147.14 | 9/13/18 | 93003383561 | 7/26/18 | $84.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006919 | $1,147.14 | 9/13/18 | 93120777225 | 7/26/18 | $41.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006919 | $1,147.14 | 9/13/18 | 7065245000-1 | 7/26/18 | $29.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007671 | $823.59 | 9/14/18 | PSI450363 | 7/16/18 | $1,871.80 |

Micro World Corporation Dba Barska

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007671 | $823.59 | 9/14/18 | 93003417609 | 7/27/18 | $60.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007671 | $823.59 | 9/14/18 | 93003430121 | 7/27/18 | $34.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007671 | $823.59 | 9/14/18 | 93003421138 | 7/27/18 | $34.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007671 | $823.59 | 9/14/18 | 8361D006405633 | 8/27/18 | -$1,177.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | PSI446113 | 6/22/18 | $670.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | PSI446118 | 6/22/18 | $145.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | PSI450366 | 7/16/18 | $1,645.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | PSI450365 | 7/16/18 | $1,278.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | 93003580540 | 7/29/18 | $41.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | 7120525000-1 | 7/30/18 | $52.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | 7121435000-1 | 7/30/18 | $35.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | 7119315000-1 | 7/30/18 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | 93000086793 | 7/31/18 | $55.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | 93000079372 | 7/31/18 | $25.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009044 | $3,989.68 | 9/18/18 | 93000081717 | 7/31/18 | $15.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010296 | $288.69 | 9/19/18 | 93003388025 | 7/26/18 | $34.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010296 | $288.69 | 9/19/18 | 93000144655 | 8/1/18 | $86.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010296 | $288.69 | 9/19/18 | 93120777781 | 8/1/18 | $70.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010296 | $288.69 | 9/19/18 | 93000101161 | 8/1/18 | $42.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010296 | $288.69 | 9/19/18 | 7147695000-1 | 8/1/18 | $29.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010296 | $288.69 | 9/19/18 | 7144605000-1 | 8/1/18 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | PSI442419 | 6/4/18 | $1,335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | PSI442414 | 6/4/18 | $1,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | PSI442420 | 6/4/18 | $645.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | PSI442415 | 6/4/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | PSI442418 | 6/4/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | PSI442413 | 6/4/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | 6579035000-1 | 6/15/18 | $29.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | 6579035000-2 | 6/15/18 | $25.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | 93120775747 | 7/15/18 | $42.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | 6923685000-1 | 7/16/18 | $29.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | 6920575000-1 | 7/16/18 | $21.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | 93002364959 | 7/16/18 | $16.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011187 | $4,256.71 | 9/20/18 | 93120775982 | 7/17/18 | $316.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011777 | $834.79 | 9/21/18 | PSI446115 | 6/22/18 | $310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011777 | $834.79 | 9/21/18 | PSI446120 | 6/22/18 | $285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011777 | $834.79 | 9/21/18 | PSI446111 | 6/22/18 | $215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011777 | $834.79 | 9/21/18 | PSI446116 | 6/22/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011777 | $834.79 | 9/21/18 | 93002497618OC | 7/19/18 | -$116.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011777 | $834.79 | 9/21/18 | 93003253523OC | 7/24/18 | -$49.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011777 | $834.79 | 9/21/18 | 93000241455 | 8/3/18 | $34.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011777 | $834.79 | 9/21/18 | 93000229878 | 8/3/18 | $21.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012244 | $2,610.39 | 9/24/18 | PSI446112 | 6/22/18 | $2,329.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012244 | $2,610.39 | 9/24/18 | PSI446117 | 6/22/18 | $205.00 |

Micro World Corporation Dba Barska

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012244 | $2,610.39 | 9/24/18 | 93000289507 | 8/4/18 | $41.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012244 | $2,610.39 | 9/24/18 | 93120777421 | 8/4/18 | $34.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012971 | $1,749.31 | 9/25/18 | PSI446114 | 6/22/18 | $1,285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012971 | $1,749.31 | 9/25/18 | 93120777430 | 8/6/18 | $84.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012971 | $1,749.31 | 9/25/18 | 7171865000-1 | 8/6/18 | $35.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012971 | $1,749.31 | 9/25/18 | 93000400510 | 8/6/18 | $25.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012971 | $1,749.31 | 9/25/18 | 93000403608 | 8/6/18 | $15.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012971 | $1,749.31 | 9/25/18 | 93120778535 | 8/7/18 | $192.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012971 | $1,749.31 | 9/25/18 | 7184675000-1 | 8/7/18 | $62.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012971 | $1,749.31 | 9/25/18 | 93000417704 | 8/7/18 | $48.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013847 | $42.63 | 9/26/18 | 93120778560 | 8/8/18 | $42.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014487 | $55.75 | 9/27/18 | 93000537326 | 8/9/18 | $55.75 |

Totals:    29 transfer(s),  $36,815.23

Micro World Corporation Dba Barska

Bankruptcy Case: Sears Holding Corporation, et al.