| | | |
|---|---|---|
| Defendant: | **Mister D S Construction Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986167 | $2,180.00 | 7/30/18 | 887 | 5/15/18 | $2,180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993201 | $625.00 | 8/15/18 | 889 | 5/31/18 | $625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000733 | $2,056.50 | 8/31/18 | 895 | 6/15/18 | $2,056.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004198 | $11,489.24 | 9/7/18 | 888 | 5/25/18 | $3,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004198 | $11,489.24 | 9/7/18 | 896 | 6/18/18 | $8,364.24 |

Totals:   4 transfer(s),  $16,350.74

Mister D S Construction Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                                                                                 P. 1