Defendant:       **Reedy Maintenance and Repairs LLC**

Bankruptcy Case    **Sears Holding Corporation, et al.**

Preference Period:   **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980162 | $3,100.00 | 7/17/18 | 1714410 | 5/3/18 | $2,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980162 | $3,100.00 | 7/17/18 | 14101150 | 5/3/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980162 | $3,100.00 | 7/17/18 | 4939420 | 5/3/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981543 | $2,750.00 | 7/19/18 | 3912202 | 5/3/18 | $2,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984016 | $4,250.00 | 7/25/18 | 4445501 | 5/11/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984016 | $4,250.00 | 7/25/18 | 7209426 | 5/11/18 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984016 | $4,250.00 | 7/25/18 | 2104502 | 5/11/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984016 | $4,250.00 | 7/25/18 | 6567503 | 5/11/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984016 | $4,250.00 | 7/25/18 | 7209427 | 5/11/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989682 | $1,830.00 | 8/8/18 | 7217505 | 5/23/18 | $880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989682 | $1,830.00 | 8/8/18 | 4229507 | 5/23/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989682 | $1,830.00 | 8/8/18 | 7383508 | 5/23/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990389 | $1,445.00 | 8/9/18 | 2010424 | 5/24/18 | $1,445.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991794 | $5,500.00 | 8/13/18 | 7209115 | 1/26/18 | $1,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991794 | $5,500.00 | 8/13/18 | 7209318 | 5/10/18 | $3,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993267 | $1,725.00 | 8/15/18 | 4445513 | 5/30/18 | $675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993267 | $1,725.00 | 8/15/18 | 3013509 | 5/30/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993267 | $1,725.00 | 8/15/18 | 3243512 | 5/30/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994048 | $2,275.00 | 8/16/18 | 32781216 | 12/31/17 | $845.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994048 | $2,275.00 | 8/16/18 | 1474122 | 2/22/18 | $1,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994048 | $2,275.00 | 8/16/18 | 1710524 | 5/31/18 | $355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996723 | $3,250.00 | 8/21/18 | 6620238 | 6/5/18 | $1,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996723 | $3,250.00 | 8/21/18 | 6934515 | 6/5/18 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996723 | $3,250.00 | 8/21/18 | 7209518 | 6/5/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996723 | $3,250.00 | 8/21/18 | 6180514 | 6/5/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004276 | $375.00 | 9/7/18 | 1710620 | 6/20/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004928 | $12,800.00 | 9/10/18 | 1714516 | 6/21/18 | $2,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004928 | $12,800.00 | 9/10/18 | 2304604 | 6/21/18 | $2,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004928 | $12,800.00 | 9/10/18 | 1474603 | 6/21/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004928 | $12,800.00 | 9/10/18 | 6176303 | 6/21/18 | $1,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004928 | $12,800.00 | 9/10/18 | 9438606 | 6/21/18 | $1,350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004928 | $12,800.00 | 9/10/18 | 3529607 | 6/21/18 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004928 | $12,800.00 | 9/10/18 | 4064602 | 6/21/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004928 | $12,800.00 | 9/10/18 | 4770608 | 6/21/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004928 | $12,800.00 | 9/10/18 | 3142521 | 6/21/18 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004928 | $12,800.00 | 9/10/18 | 2010609 | 6/21/18 | $460.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005476 | $985.00 | 9/11/18 | 4010601 | 6/22/18 | $985.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006313 | $1,350.00 | 9/12/18 | 7477610 | 6/25/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006313 | $1,350.00 | 9/12/18 | 7477611 | 6/25/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007764 | $1,370.00 | 9/14/18 | 4169614 | 6/27/18 | $985.00 |

Reedy Maintenance and Repairs LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A

Transfers During Preference Period
Pg 2 of 2

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007764 | $1,370.00 | 9/14/18 | 7383618 | 6/27/18 | $385.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014551 | $8,865.00 | 9/27/18 | 3912625 | 7/10/18 | $1,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014551 | $8,865.00 | 9/27/18 | 4113612 | 7/10/18 | $1,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014551 | $8,865.00 | 9/27/18 | 7209522 | 7/10/18 | $1,085.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014551 | $8,865.00 | 9/27/18 | 7083615 | 7/10/18 | $1,085.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014551 | $8,865.00 | 9/27/18 | 3243626 | 7/10/18 | $980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014551 | $8,865.00 | 9/27/18 | 3286619 | 7/10/18 | $785.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014551 | $8,865.00 | 9/27/18 | 1051616 | 7/10/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014551 | $8,865.00 | 9/27/18 | 1564617 | 7/10/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014551 | $8,865.00 | 9/27/18 | 3286613 | 7/10/18 | $550.00 |

**Totals:**        **15 transfer(s),  $51,870.00**

Reedy Maintenance and Repairs LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A