Defendant: **Royal Animals Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980205 | $9,946.03 | 7/17/18 | 2142 | 5/1/18 | $4,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980205 | $9,946.03 | 7/17/18 | 2141 | 5/1/18 | $4,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980205 | $9,946.03 | 7/17/18 | 8361AD070118CO2 | 6/29/18 | -$43.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986946 | $13,854.01 | 7/31/18 | 2148 | 5/1/18 | $4,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986946 | $13,854.01 | 7/31/18 | 2146 | 5/1/18 | $4,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986946 | $13,854.01 | 7/31/18 | 2145 | 5/1/18 | $4,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986946 | $13,854.01 | 7/31/18 | 8361AD070818CB1 | 7/6/18 | -$10.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986946 | $13,854.01 | 7/31/18 | VIB070518316828 | 7/6/18 | -$1,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990425 | $21,478.50 | 8/9/18 | 2144 | 5/1/18 | $4,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990425 | $21,478.50 | 8/9/18 | 2143 | 5/1/18 | $4,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990425 | $21,478.50 | 8/9/18 | 2140 | 5/1/18 | $4,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990425 | $21,478.50 | 8/9/18 | 2139 | 5/1/18 | $4,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990425 | $21,478.50 | 8/9/18 | 2147 | 5/1/18 | $1,498.50 |

Totals:    3 transfer(s),  $45,278.54

Royal Animals Ltd.
Bankruptcy Case: Sears Holding Corporation, et al.