Defendant: **San Diego Union Tribune LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995103 | $23,906.77 | 8/17/18 | 518CU0046970 | 6/1/18 | $23,906.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010494 | $23,001.89 | 9/19/18 | 618CU0046459 | 7/2/18 | $23,001.89 |

Totals: 2 transfer(s), $46,908.66