Defendant: **Shalom International Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980250 | $314.28 | 7/17/18 | 340652 | 5/15/18 | $314.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980770 | $245.60 | 7/18/18 | 341888 | 5/30/18 | $183.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980770 | $245.60 | 7/18/18 | 341871 | 5/30/18 | $61.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984966 | $397.32 | 7/26/18 | 336920 | 4/13/18 | $86.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984966 | $397.32 | 7/26/18 | 336920 | 4/13/18 | -$88.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984966 | $397.32 | 7/26/18 | 344007 | 6/12/18 | $1,223.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984966 | $397.32 | 7/26/18 | 8361AD070818AK4 | 7/6/18 | -$38.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984966 | $397.32 | 7/26/18 | MA18188708094 | 7/7/18 | -$749.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984966 | $397.32 | 7/26/18 | 8361AD071518AJ2 | 7/13/18 | -$36.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985562 | $614.60 | 7/27/18 | 344013 | 6/12/18 | $307.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985562 | $614.60 | 7/27/18 | 344010 | 6/12/18 | $185.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985562 | $614.60 | 7/27/18 | 344012 | 6/12/18 | $122.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986287 | $370.15 | 7/30/18 | 344006 | 6/12/18 | $370.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987522 | $1,600.50 | 8/1/18 | 344011 | 6/12/18 | $799.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987522 | $1,600.50 | 8/1/18 | 344009 | 6/12/18 | $678.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987522 | $1,600.50 | 8/1/18 | 344008 | 6/12/18 | $122.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988992 | $58.97 | 8/7/18 | 345289 | 6/19/18 | $61.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988992 | $58.97 | 8/7/18 | 8361AD072218AJ8 | 7/20/18 | -$2.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989731 | $13,325.47 | 8/8/18 | 344347 | 6/14/18 | $6,909.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989731 | $13,325.47 | 8/8/18 | 344346 | 6/14/18 | $3,948.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989731 | $13,325.47 | 8/8/18 | 344348 | 6/14/18 | $2,344.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989731 | $13,325.47 | 8/8/18 | 345266 | 6/18/18 | $123.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991035 | $7,773.19 | 8/10/18 | 344362 | 6/14/18 | $7,773.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991836 | $3,472.01 | 8/13/18 | 344349 | 6/14/18 | $4,688.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991836 | $3,472.01 | 8/13/18 | 8361D006371764 | 7/26/18 | -$1,205.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991836 | $3,472.01 | 8/13/18 | 8361AD072918AJ7 | 7/27/18 | -$10.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996761 | $2,047.43 | 8/21/18 | 347661 | 7/2/18 | $1,983.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996761 | $2,047.43 | 8/21/18 | 347718 | 7/3/18 | $129.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996761 | $2,047.43 | 8/21/18 | 8361AD080518AK8 | 8/3/18 | -$19.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996761 | $2,047.43 | 8/21/18 | MA18216708094 | 8/4/18 | -$46.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997476 | $345.01 | 8/22/18 | 347720 | 7/3/18 | $345.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998661 | $1,918.26 | 8/28/18 | 347676 | 7/3/18 | $603.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998661 | $1,918.26 | 8/28/18 | 347678 | 7/3/18 | $517.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998661 | $1,918.26 | 8/28/18 | 347717 | 7/3/18 | $431.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998661 | $1,918.26 | 8/28/18 | 347721 | 7/3/18 | $172.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998661 | $1,918.26 | 8/28/18 | 347719 | 7/3/18 | $129.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998661 | $1,918.26 | 8/28/18 | 347677 | 7/3/18 | $64.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000096 | $86.37 | 8/30/18 | 348835 | 7/10/18 | $123.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000096 | $86.37 | 8/30/18 | 8361AD081218AH7 | 8/10/18 | -$37.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000866 | $129.20 | 8/31/18 | 348834 | 7/10/18 | $129.20 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003580 | $342.29 | 9/6/18 | 351419 | 7/18/18 | $345.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003580 | $342.29 | 9/6/18 | 8361AD081918AG1 | 8/17/18 | -$2.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004329 | $474.21 | 9/7/18 | 350658 | 7/16/18 | $345.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004329 | $474.21 | 9/7/18 | 350657 | 7/16/18 | $129.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005563 | $1,465.58 | 9/11/18 | 351424 | 7/18/18 | $690.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005563 | $1,465.58 | 9/11/18 | 351422 | 7/18/18 | $258.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005563 | $1,465.58 | 9/11/18 | 351418 | 7/18/18 | $129.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005563 | $1,465.58 | 9/11/18 | 351420 | 7/18/18 | $129.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005563 | $1,465.58 | 9/11/18 | 351423 | 7/18/18 | $86.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005563 | $1,465.58 | 9/11/18 | 352236 | 7/20/18 | $86.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005563 | $1,465.58 | 9/11/18 | 352195 | 7/20/18 | $86.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007026 | $1,208.86 | 9/13/18 | 353095 | 7/25/18 | $776.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007026 | $1,208.86 | 9/13/18 | 353113 | 7/25/18 | $451.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007026 | $1,208.86 | 9/13/18 | 8361AD082618AM2 | 8/24/18 | -$19.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007815 | $1,789.07 | 9/14/18 | 352936 | 7/24/18 | $1,725.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007815 | $1,789.07 | 9/14/18 | 352935 | 7/24/18 | $64.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009238 | $14,316.36 | 9/18/18 | 351421 | 7/18/18 | $172.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009238 | $14,316.36 | 9/18/18 | 353094 | 7/25/18 | $8,797.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009238 | $14,316.36 | 9/18/18 | 353096 | 7/25/18 | $3,363.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009238 | $14,316.36 | 9/18/18 | 353097 | 7/25/18 | $862.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009238 | $14,316.36 | 9/18/18 | 353117 | 7/25/18 | $862.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009238 | $14,316.36 | 9/18/18 | 353116 | 7/25/18 | $129.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009238 | $14,316.36 | 9/18/18 | 353114 | 7/25/18 | $64.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009238 | $14,316.36 | 9/18/18 | 353112 | 7/25/18 | $64.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010536 | $5.06 | 9/19/18 | 353765 | 7/30/18 | $53.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010536 | $5.06 | 9/19/18 | 354286 | 8/1/18 | $107.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010536 | $5.06 | 9/19/18 | 8361AD090218AL0 | 8/31/18 | -$8.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010536 | $5.06 | 9/19/18 | MA18244708094 | 9/1/18 | -$144.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010536 | $5.06 | 9/19/18 | 7705053269 | 9/2/18 | -$2.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011275 | $3,609.08 | 9/20/18 | 353115 | 7/25/18 | $322.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011275 | $3,609.08 | 9/20/18 | 353762 | 7/30/18 | $53.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011275 | $3,609.08 | 9/20/18 | 353764 | 7/30/18 | $53.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011275 | $3,609.08 | 9/20/18 | 354293 | 8/1/18 | $1,552.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011275 | $3,609.08 | 9/20/18 | 354288 | 8/1/18 | $517.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011275 | $3,609.08 | 9/20/18 | 354287 | 8/1/18 | $508.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011275 | $3,609.08 | 9/20/18 | 354292 | 8/1/18 | $235.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011275 | $3,609.08 | 9/20/18 | 354289 | 8/1/18 | $193.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011275 | $3,609.08 | 9/20/18 | 354290 | 8/1/18 | $172.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013142 | $4,744.46 | 9/25/18 | 353763 | 7/30/18 | $76.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013142 | $4,744.46 | 9/25/18 | 354285 | 8/1/18 | $4,667.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014592 | $1,057.49 | 9/27/18 | 355859 | 8/7/18 | $740.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014592 | $1,057.49 | 9/27/18 | 355862 | 8/8/18 | $246.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014592 | $1,057.49 | 9/27/18 | 355863 | 8/8/18 | $86.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014592 | $1,057.49 | 9/27/18 | 8361AD090918AJ5 | 9/7/18 | -$15.83 |

Shalom International Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Totals:** | 25 transfer(s),  $61,710.82 | | | | | | |

Shalom International Corp.

Bankruptcy Case: Sears Holding Corporation, et al.