Defendant: **Sidecar Interactive Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995189 | $13,808.28 | 8/17/18 | INV00002954 | 5/31/18 | $13,808.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009250 | $14,388.14 | 9/18/18 | INV00003725 | 6/30/18 | $14,388.14 |

Totals: 2 transfer(s), $28,196.42