**Defendant:** Sign Outlet, Inc.

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000872 | $9,799.55 | 8/31/18 | 28081 | 6/13/18 | $7,549.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000872 | $9,799.55 | 8/31/18 | 28082 | 6/13/18 | $2,249.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002994 | $7,712.21 | 9/5/18 | 28084 | 6/13/18 | $5,764.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002994 | $7,712.21 | 9/5/18 | 28079 | 6/13/18 | $1,947.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003583 | $4,779.78 | 9/6/18 | 28080 | 6/13/18 | $3,836.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003583 | $4,779.78 | 9/6/18 | 28083 | 6/13/18 | $943.00 |

**Totals:** 3 transfer(s), $22,291.54