Defendant: **Slince Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980790 | $1,152.77 | 7/18/18 | 27 | 6/8/18 | $1,152.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984118 | $25,000.00 | 7/25/18 | 28 | 6/15/18 | $25,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987546 | $1,560.44 | 8/1/18 | 29 | 6/21/18 | $1,560.44 |

Totals:    3 transfer(s),  $27,713.21