Defendant: **Torys Roofing & Waterproofing Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998792 | $21,140.00 | 8/28/18 | 18549 | 6/7/18 | $21,140.00 |

Totals:    1 transfer(s),  $21,140.00