Defendant: **Triangle Fire Protection Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005706 | $23,470.00 | 9/11/18 | 28448 | 6/21/18 | $12,990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005706 | $23,470.00 | 9/11/18 | 28449 | 6/21/18 | $10,480.00 |

Totals:    1 transfer(s),  $23,470.00