Defendant: **Umarex USA Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086763 | $453.86 | 9/25/18 | 8361D005763745B | 2/8/17 | $2,895.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086763 | $453.86 | 9/25/18 | 8361D006330804 | 6/21/18 | -$1,107.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086763 | $453.86 | 9/25/18 | 8361D006381288 | 8/9/18 | -$1,034.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086763 | $453.86 | 9/25/18 | VIB081418332738 | 8/30/18 | -$300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087771 | $40,747.73 | 10/23/18 | WHS112477 | 8/20/18 | $12,814.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087771 | $40,747.73 | 10/23/18 | WHS112476 | 8/20/18 | $12,535.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087771 | $40,747.73 | 10/23/18 | WHS112475 | 8/20/18 | $8,849.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087771 | $40,747.73 | 10/23/18 | WHS112479 | 8/20/18 | $8,168.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087771 | $40,747.73 | 10/23/18 | KM170250 | 9/18/18 | -$436.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087771 | $40,747.73 | 10/23/18 | 8361D006431511 | 9/19/18 | -$1,181.77 |

Totals:    2 transfer(s),  $41,201.59

Umarex USA Inc.

Bankruptcy Case: Sears Holding Corporation, et al.