Defendant: **Value Smart Products Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985009 | $2,263.77 | 7/18/18 | 21864 | 6/27/18 | $2,263.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998862 | $6,746.49 | 8/14/18 | 21920 | 7/20/18 | $2,263.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998862 | $6,746.49 | 8/14/18 | 21919 | 7/20/18 | $2,263.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998862 | $6,746.49 | 8/14/18 | 21918 | 7/20/18 | $2,263.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998862 | $6,746.49 | 8/14/18 | MA18216697827 | 8/4/18 | -$44.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009470 | $9,513.56 | 9/4/18 | 21990 | 8/10/18 | $7,399.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009470 | $9,513.56 | 9/4/18 | 21991 | 8/10/18 | $2,263.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009470 | $9,513.56 | 9/4/18 | VPASN993119776 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013335 | $9,007.78 | 9/11/18 | 21995 | 8/15/18 | $9,301.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013335 | $9,007.78 | 9/11/18 | MA18244697827 | 9/1/18 | -$144.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013335 | $9,007.78 | 9/11/18 | VPASN993120125 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015374 | $2,670.48 | 9/14/18 | 22001 | 8/21/18 | $2,872.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015374 | $2,670.48 | 9/14/18 | VPASN993120651 | 9/9/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015374 | $2,670.48 | 9/14/18 | 8361D006394586 | 9/10/18 | -$51.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020217 | $5,136.03 | 9/25/18 | 22033 | 8/30/18 | $5,136.03 |

Totals:   6 transfer(s),  $35,338.11