**Defendant:** Vazquez Polar Air Conditioner Corp.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980305 | $1,950.00 | 7/17/18 | 10AHLT | 7/5/18 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980305 | $1,950.00 | 7/17/18 | 10AHLT | 7/5/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980305 | $1,950.00 | 7/17/18 | 10AHLT | 7/5/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980305 | $1,950.00 | 7/17/18 | 10AHLT | 7/5/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980305 | $1,950.00 | 7/17/18 | 10AHLT | 7/5/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985598 | $2,835.00 | 7/27/18 | 10AIJ4 | 7/17/18 | $1,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985598 | $2,835.00 | 7/27/18 | 10AIJ4 | 7/17/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985598 | $2,835.00 | 7/27/18 | 10AIJ4 | 7/17/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985598 | $2,835.00 | 7/27/18 | 10AIJ4 | 7/17/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985598 | $2,835.00 | 7/27/18 | 10AIJ4 | 7/17/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985598 | $2,835.00 | 7/27/18 | 10AIJ4 | 7/17/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985598 | $2,835.00 | 7/27/18 | 10AIJ5 | 7/17/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985598 | $2,835.00 | 7/27/18 | 10AIJ4 | 7/17/18 | $125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985598 | $2,835.00 | 7/27/18 | 10AIJ5 | 7/17/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985598 | $2,835.00 | 7/27/18 | 10AIJ5 | 7/17/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987735 | $772.17 | 8/1/18 | 10AITL | 7/20/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987735 | $772.17 | 8/1/18 | 10AITL | 7/20/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987735 | $772.17 | 8/1/18 | 10AITL | 7/20/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987735 | $772.17 | 8/1/18 | 10AITM | 7/20/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987735 | $772.17 | 8/1/18 | 10AITL | 7/20/18 | $37.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $6,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $1,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $596.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHP | 8/10/18 | $575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHP | 8/10/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHP | 8/10/18 | $202.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHO | 8/10/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHP | 8/10/18 | $125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998869 | $15,774.41 | 8/28/18 | 10AJHP | 8/10/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999500 | $1,825.17 | 8/29/18 | 10AJRJ | 8/13/18 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999500 | $1,825.17 | 8/29/18 | 10AJRJ | 8/13/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999500 | $1,825.17 | 8/29/18 | 10AJRK | 8/13/18 | $150.00 |

Vazquez Polar Air Conditioner Corp.
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                                                    P. 1

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999500 | $1,825.17 | 8/29/18 | 10AJRJ | 8/13/18 | $97.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999500 | $1,825.17 | 8/29/18 | 10AJRJ | 8/13/18 | $77.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51KT49 | 5/31/08 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZXY52 | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYDC7 | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZY564 | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYD9Y | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYDGG | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYDD1 | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYDDP | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYDBJ | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZXX9Z | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZXXVX | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZXXFZ | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYDCN | 5/8/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZV8VQ | 5/8/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYDF3 | 5/8/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYDG6 | 5/8/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZY5LT | 5/8/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZXXRD | 5/8/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZD26 | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCSZ | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCTQ | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCT6 | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCVW | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCSQ | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZD1G | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCTZ | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCWB | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYT1B | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCVB | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCML | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCLV | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCKJ | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCPC | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYW7D | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYT54 | 5/9/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZYTHG | 5/9/18 | -$10.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCZ4 | 5/9/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCY4 | 5/9/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZD2F | 5/9/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCCM | 5/9/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCN9 | 5/9/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZCZN | 5/9/18 | -$17.50 |

Vazquez Polar Air Conditioner Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5117VW | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL511887 | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51188W | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL511872 | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51187V | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51187J | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5118J6 | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5118DT | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5111XY | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5117XV | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5117JG | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51189R | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5118D8 | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5118CK | 5/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL511866 | 5/10/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5118BZ | 5/10/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5117HX | 5/10/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51186L | 5/10/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL511837 | 5/10/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5117XH | 5/10/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5118BC | 5/10/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5ZZKM2 | 5/10/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5124M6 | 5/11/18 | -$1.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5124FF | 5/11/18 | -$1.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5125D3 | 5/11/18 | -$1.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5124P3 | 5/11/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5125K6 | 5/11/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512512 | 5/11/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5124RP | 5/11/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5124PR | 5/11/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5124N9 | 5/11/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5124K3 | 5/11/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5125BF | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5125CK | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5125GR | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5125DP | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL511WG2 | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5124DC | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL511FK7 | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL511WB8 | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5125G1 | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51258M | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51252R | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5125KZ | 5/11/18 | -$10.50 |

Vazquez Polar Air Conditioner Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5125JF | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5125HL | 5/11/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL511W51 | 5/11/18 | -$10.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5124Y4 | 5/11/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5124GZ | 5/11/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512F8C | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512F7B | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512F6P | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GJZ | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512F55 | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512F4D | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GD6 | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512FG5 | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GCX | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512FC9 | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512FBN | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512F18 | 5/12/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GJ7 | 5/12/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GCH | 5/12/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GGT | 5/12/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GHC | 5/12/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GHJ | 5/12/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GHM | 5/12/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GHX | 5/12/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512F9M | 5/12/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GGK | 5/12/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5134XK | 5/12/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512FGP | 5/12/18 | -$16.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512FDV | 5/12/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512FH5 | 5/12/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512F28 | 5/12/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GH6 | 5/12/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL512GJD | 5/14/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5134H5 | 5/14/18 | -$10.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL513HZQ | 5/14/18 | -$16.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL513QVP | 5/15/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5142P7 | 5/15/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL513QR1 | 5/15/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516NSN | 5/17/18 | -$1.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516PJ6 | 5/17/18 | -$1.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516BXM | 5/17/18 | -$3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516PBS | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516NKM | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516PYK | 5/17/18 | -$5.95 |

Vazquez Polar Air Conditioner Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516PZY | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516P91 | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516NPG | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516NYZ | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516MYT | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516N8R | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516CRM | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516NFS | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516KJL | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516LM2 | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516MFK | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516NC8 | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516G5H | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516MMF | 5/17/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516P5Z | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516QLF | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516QKG | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516QHX | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516QGM | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516QFV | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516QD2 | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516QDR | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516PQW | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516QB6 | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516Q1P | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516D4X | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516PML | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516PLK | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516PGS | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516D93 | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516QC9 | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516Q2V | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516Q28 | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516Q3J | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516Q4H | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516Q5B | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516Q6C | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5161GB | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516CTQ | 5/17/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516DNN | 5/17/18 | -$10.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516MV7 | 5/17/18 | -$16.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516BKB | 5/17/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516DY3 | 5/17/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516FT5 | 5/17/18 | -$17.50 |

Vazquez Polar Air Conditioner Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516HW8 | 5/17/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516J5R | 5/17/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL516HLP | 5/17/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL517H67 | 5/18/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5177SQ | 5/18/18 | -$8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5177F9 | 5/18/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5173TH | 5/18/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5171Q8 | 5/18/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL5177MQ | 5/18/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BKQ3 | 5/22/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BJW3 | 5/22/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BKP9 | 5/22/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BKNY | 5/22/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BKMW | 5/22/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51B9XK | 5/22/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BKKD | 5/22/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BJZR | 5/22/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51B7PY | 5/22/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BKQZ | 5/22/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BPG9 | 5/23/18 | -$9.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BW1X | 5/23/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BPFS | 5/23/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BPD9 | 5/23/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BPDT | 5/23/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51BPFB | 5/23/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51CR5Q | 5/24/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51CQK9 | 5/24/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51CQNY | 5/24/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51CQPT | 5/24/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51CQZL | 5/24/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51CVDK | 5/24/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51CQX3 | 5/24/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51CV6C | 5/24/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51CQSZ | 5/24/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51CQDJ | 5/24/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRFH | 5/26/18 | -$3.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FMQP | 5/26/18 | -$3.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRC3 | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FPY4 | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRMC | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRHN | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FQ3S | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FQ2F | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FPZL | 5/26/18 | -$5.95 |

Vazquez Polar Air Conditioner Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FPXD | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FPV9 | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FPSZ | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FPSR | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FPRW | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FPP2 | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FPTQ | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FMQH | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FQ1T | 5/26/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRNX | 5/26/18 | -$6.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRGR | 5/26/18 | -$8.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRTS | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRVD | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRVT | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRW9 | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FMPC | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRS8 | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRRK | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRDB | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRN6 | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRL5 | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRLW | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRK5 | 5/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FMWV | 5/26/18 | -$16.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRP6 | 5/26/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FMQY | 5/26/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51G5PF | 5/28/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51G5RZ | 5/28/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51G5RM | 5/28/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51G5QY | 5/28/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51G5LY | 5/28/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51G5Q6 | 5/28/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FZZH | 5/28/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51G11L | 5/28/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51FRQS | 5/28/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51G1BD | 5/28/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51G111 | 5/28/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51HB7B | 5/29/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51GKXD | 5/29/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51KKLC | 5/31/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51KK7G | 5/31/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51K2T6 | 5/31/18 | -$16.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL51JY1T | 5/31/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL61LD3K | 6/1/18 | -$5.95 |

Vazquez Polar Air Conditioner Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL61LF52 | 6/1/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL61LJ8R | 6/1/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL61LJ51 | 6/1/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | SRL61LCXF | 6/1/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AJY8 | 8/15/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AJY8 | 8/15/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AJY8 | 8/15/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AJY8 | 8/15/18 | $201.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AJY8 | 8/15/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AJY8 | 8/15/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AJY8 | 8/15/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AJY8 | 8/15/18 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AK1Q | 8/16/18 | $131.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AK1Q | 8/16/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AKKL | 8/22/18 | $2,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AKKL | 8/22/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AKKL | 8/22/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AKKL | 8/22/18 | $207.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AKKL | 8/22/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AKKL | 8/22/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004394 | $3,379.10 | 9/7/18 | 10AKKM | 8/22/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006406 | $3,165.22 | 9/12/18 | 10AKZQ | 8/27/18 | $790.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006406 | $3,165.22 | 9/12/18 | 10AKZR | 8/27/18 | $630.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006406 | $3,165.22 | 9/12/18 | 10AKZQ | 8/27/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006406 | $3,165.22 | 9/12/18 | 10AKZQ | 8/27/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006406 | $3,165.22 | 9/12/18 | 10AKZQ | 8/27/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006406 | $3,165.22 | 9/12/18 | 10AKZQ | 8/27/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006406 | $3,165.22 | 9/12/18 | 10AKZR | 8/27/18 | $230.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006406 | $3,165.22 | 9/12/18 | 10AKZQ | 8/27/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006406 | $3,165.22 | 9/12/18 | 10AKZQ | 8/27/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006406 | $3,165.22 | 9/12/18 | 10AKZQ | 8/27/18 | $40.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007073 | $150.00 | 9/13/18 | 10AL3M | 8/28/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007875 | $711.10 | 9/14/18 | 10AL79 | 8/29/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007875 | $711.10 | 9/14/18 | 10AL79 | 8/29/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007875 | $711.10 | 9/14/18 | 10AL79 | 8/29/18 | $161.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $2,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $1,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $452.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $250.00 |

Vazquez Polar Air Conditioner Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRY | 9/5/18 | $125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRZ | 9/5/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011906 | $7,997.25 | 9/21/18 | 10ALRZ | 9/5/18 | $85.00 |

**Totals:**    10 transfer(s),  $38,559.42

Vazquez Polar Air Conditioner Corp.

Bankruptcy Case: Sears Holding Corporation, et al.