| | | |
|---|---|---|
| Defendant: | **Wilhelmina West Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981037 | $1,983.75 | 7/18/18 | WE06897 | 2/28/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981037 | $1,983.75 | 7/18/18 | AR3064 | 5/7/18 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981037 | $1,983.75 | 7/18/18 | AR3079 | 5/8/18 | $316.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984387 | $2,185.00 | 7/25/18 | AR3091A | 5/10/18 | $977.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984387 | $2,185.00 | 7/25/18 | AR3091B | 5/10/18 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984387 | $2,185.00 | 7/25/18 | AR3093A | 5/10/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984387 | $2,185.00 | 7/25/18 | AR3093B | 5/10/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | CHI1026 | 5/17/18 | $3,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | CHI1025 | 5/17/18 | $3,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | WE07970 | 5/17/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | CHI1027 | 5/17/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | WE08017 | 5/17/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | AR3127 | 5/17/18 | $1,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | WE07971 | 5/17/18 | $862.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | AR3124 | 5/17/18 | $632.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | WE07972 | 5/17/18 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | AR3122 | 5/17/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | AR3148 | 5/23/18 | $862.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987793 | $14,450.00 | 8/1/18 | AR3150 | 5/23/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991297 | $3,904.25 | 8/10/18 | WE08127 | 5/24/18 | $724.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991297 | $3,904.25 | 8/10/18 | WE08126 | 5/24/18 | $621.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991297 | $3,904.25 | 8/10/18 | AR3172 | 5/30/18 | $1,207.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991297 | $3,904.25 | 8/10/18 | AR3174A | 5/30/18 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991297 | $3,904.25 | 8/10/18 | AR3174B | 5/30/18 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991297 | $3,904.25 | 8/10/18 | AR3167 | 5/30/18 | $316.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995551 | $1,035.00 | 8/17/18 | CHI1036 | 6/1/18 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995551 | $1,035.00 | 8/17/18 | CHI1037 | 6/1/18 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998925 | $1,150.00 | 8/28/18 | AR3210B | 6/11/18 | $632.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998925 | $1,150.00 | 8/28/18 | AR3210A | 6/11/18 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | CHI1039 | 6/15/18 | $1,175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | CHI1040 | 6/15/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | AR3264 | 6/19/18 | $3,881.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | AR3250 | 6/19/18 | $2,587.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | AR3255 | 6/19/18 | $1,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | AR3257B | 6/19/18 | $1,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | AR3259 | 6/19/18 | $1,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | AR3240 | 6/19/18 | $690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | AR3253 | 6/19/18 | $690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | AR3257A | 6/19/18 | $632.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | WE08474 | 6/20/18 | $1,150.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002425 | $16,211.25 | 9/4/18 | WE08477 | 6/20/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | WE05863 | 6/25/18 | $6,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | AR3312 | 6/25/18 | $3,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | WE08562 | 6/25/18 | $3,375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | AR3316 | 6/25/18 | $1,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | AR3300 | 6/25/18 | $1,207.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | WE08565 | 6/25/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | WE05864 | 6/25/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | CHI1046 | 6/25/18 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | AR3318A | 6/25/18 | $172.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | AR3318B | 6/25/18 | $172.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005812 | $20,220.00 | 9/11/18 | WE08584 | 6/26/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009540 | $6,332.24 | 9/18/18 | AR3117 | 5/17/18 | $5,607.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009540 | $6,332.24 | 9/18/18 | CHI1057 | 7/2/18 | $724.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013392 | $7,893.32 | 9/25/18 | AR3328 | 7/5/18 | $2,630.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013392 | $7,893.32 | 9/25/18 | AR3339 | 7/5/18 | $1,000.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013392 | $7,893.32 | 9/25/18 | AR3355A | 7/9/18 | $2,450.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013392 | $7,893.32 | 9/25/18 | AR3355B | 7/9/18 | $661.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013392 | $7,893.32 | 9/25/18 | CHI1065 | 7/10/18 | $1,150.00 |

Totals:    10 transfer(s),  $75,364.81

Wilhelmina West Inc.

Bankruptcy Case: Sears Holding Corporation, et al.