Defendant: **Wilmar Corporation**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 929101 | 5/22/18 | $21,906.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 9549009515 | 6/15/18 | -$17.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 8361AD061718BR5 | 6/15/18 | -$18.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 8361AD062418B99 | 6/22/18 | -$16.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 8361AD062418CA0 | 6/22/18 | -$37.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 4349027255 | 6/23/18 | -$17.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 3361016981 | 6/28/18 | -$17.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 8361AD070118CR3 | 6/29/18 | -$47.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 8361AD070118CR4 | 6/29/18 | -$88.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 8361AD070818CD5 | 7/6/18 | -$16.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982942 | $21,566.87 | 7/23/18 | 8361AD070818CD6 | 7/6/18 | -$62.25 |

Totals:    1 transfer(s),  $21,566.87