| Defendant: | **WTS Contracting Corp.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980321 | $3,367.38 | 7/17/18 | 2413 | 5/3/18 | $3,367.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981053 | $2,172.50 | 7/18/18 | 2414 | 5/4/18 | $2,172.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982945 | $2,416.92 | 7/23/18 | 2415 | 5/9/18 | $1,412.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982945 | $2,416.92 | 7/23/18 | 2416 | 5/9/18 | $543.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982945 | $2,416.92 | 7/23/18 | 2417 | 5/9/18 | $461.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989050 | $5,023.91 | 8/7/18 | 2421 | 5/22/18 | $3,693.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989050 | $5,023.91 | 8/7/18 | 2422 | 5/22/18 | $461.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989050 | $5,023.91 | 8/7/18 | 2423 | 5/22/18 | $461.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989050 | $5,023.91 | 8/7/18 | 2424 | 5/22/18 | $407.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989812 | $4,699.72 | 8/8/18 | 2426 | 5/23/18 | $3,964.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989812 | $4,699.72 | 8/8/18 | 2425 | 5/23/18 | $734.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990554 | $762.13 | 8/9/18 | 2386 | 4/6/18 | $762.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991315 | $1,226.19 | 8/10/18 | 2427 | 5/25/18 | $1,226.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993411 | $4,182.06 | 8/15/18 | 2428 | 5/30/18 | $4,182.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994243 | $570.28 | 8/16/18 | 2429 | 5/31/18 | $570.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995577 | $14,866.80 | 8/17/18 | 2465 | 6/1/18 | $3,749.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995577 | $14,866.80 | 8/17/18 | 2433 | 6/1/18 | $2,389.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995577 | $14,866.80 | 8/17/18 | 2430 | 6/1/18 | $2,226.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995577 | $14,866.80 | 8/17/18 | 2436 | 6/1/18 | $1,955.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995577 | $14,866.80 | 8/17/18 | 2434 | 6/1/18 | $1,932.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995577 | $14,866.80 | 8/17/18 | 2431 | 6/1/18 | $1,415.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995577 | $14,866.80 | 8/17/18 | 2432 | 6/1/18 | $1,197.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998195 | $10,428.00 | 8/23/18 | 2440 | 6/7/18 | $7,603.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998195 | $10,428.00 | 8/23/18 | 2439 | 6/7/18 | $2,824.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998941 | $816.56 | 8/28/18 | 2441 | 6/8/18 | $816.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999516 | $3,095.82 | 8/29/18 | 2443 | 6/11/18 | $1,683.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999516 | $3,095.82 | 8/29/18 | 2442 | 6/11/18 | $1,412.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000161 | $1,412.13 | 8/30/18 | 2445 | 6/12/18 | $950.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000161 | $1,412.13 | 8/30/18 | 2444 | 6/12/18 | $461.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001643 | $597.44 | 9/3/18 | 2446 | 6/14/18 | $597.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004422 | $2,960.04 | 9/7/18 | 2449 | 6/20/18 | $2,281.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004422 | $2,960.04 | 9/7/18 | 2448 | 6/20/18 | $678.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005830 | $1,497.03 | 9/11/18 | 2451 | 6/22/18 | $816.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005830 | $1,497.03 | 9/11/18 | 2452 | 6/22/18 | $680.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008648 | $1,956.01 | 9/17/18 | 2454 | 6/28/18 | $1,629.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008648 | $1,956.01 | 9/17/18 | 2455 | 6/28/18 | $326.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009560 | $15,633.37 | 9/18/18 | 2466 | 7/1/18 | $3,749.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009560 | $15,633.37 | 9/18/18 | 2459 | 7/1/18 | $2,389.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009560 | $15,633.37 | 9/18/18 | 2456 | 7/1/18 | $2,226.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009560 | $15,633.37 | 9/18/18 | 2462 | 7/1/18 | $1,955.25 |

WTS Contracting Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009560 | $15,633.37 | 9/18/18 | 2460 | 7/1/18 | $1,937.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009560 | $15,633.37 | 9/18/18 | 2457 | 7/1/18 | $1,415.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009560 | $15,633.37 | 9/18/18 | 2458 | 7/1/18 | $1,197.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009560 | $15,633.37 | 9/18/18 | 2464 | 7/1/18 | $762.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011341 | $380.19 | 9/20/18 | 2469 | 7/3/18 | $380.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014017 | $4,616.56 | 9/26/18 | 2471 | 7/9/18 | $3,258.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014017 | $4,616.56 | 9/26/18 | 2472 | 7/9/18 | $869.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014017 | $4,616.56 | 9/26/18 | 2470 | 7/9/18 | $488.81 |

Totals:      21 transfer(s),  $82,681.04

WTS Contracting Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A