Defendant: **Yunker Industries Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987814 | $3,103.32 | 8/1/18 | 228475 | 5/18/18 | $3,103.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989817 | $2,955.00 | 8/8/18 | 228497 | 5/23/18 | $2,955.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996820 | $5,735.40 | 8/21/18 | 228570 | 6/5/18 | $5,735.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000164 | $3,260.60 | 8/30/18 | 228617 | 6/12/18 | $3,260.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007093 | $3,125.00 | 9/13/18 | 228712 | 6/26/18 | $3,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009570 | $249.20 | 9/18/18 | 228747 | 6/29/18 | $249.20 |

**Totals:** **6 transfer(s), $18,428.52**