Defendant: **A-Ipower Corporation**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91966 | $1,156.50 | 7/20/18 | 00009984AA | 5/16/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91966 | $1,156.50 | 7/20/18 | 00009979AA | 5/16/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91966 | $1,156.50 | 7/20/18 | 00009980AA | 5/16/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91966 | $1,156.50 | 7/20/18 | 00009981AA | 5/16/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91966 | $1,156.50 | 7/20/18 | 00009982AA | 5/16/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91966 | $1,156.50 | 7/20/18 | 00009983AA | 5/16/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91966 | $1,156.50 | 7/20/18 | 00009978AA | 5/16/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91966 | $1,156.50 | 7/20/18 | 0000160002 | 7/16/18 | -$325.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92454 | $3,287.00 | 7/23/18 | 00000059AA | 5/17/18 | $2,710.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92454 | $3,287.00 | 7/23/18 | 00000129AA | 5/17/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92454 | $3,287.00 | 7/23/18 | 00000128AA | 5/17/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92454 | $3,287.00 | 7/23/18 | 00000388AA | 5/18/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94417 | $2,059.00 | 7/25/18 | 00000635AA | 5/21/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94417 | $2,059.00 | 7/25/18 | 00000637AA | 5/21/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94417 | $2,059.00 | 7/25/18 | 00000638AA | 5/21/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94417 | $2,059.00 | 7/25/18 | 00000636AA | 5/21/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94417 | $2,059.00 | 7/25/18 | 00000633AA | 5/21/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94417 | $2,059.00 | 7/25/18 | 00000639AA | 5/21/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94417 | $2,059.00 | 7/25/18 | 00000634AA | 5/21/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94417 | $2,059.00 | 7/25/18 | 00000632AA | 5/21/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94417 | $2,059.00 | 7/25/18 | 00000630AA | 5/21/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94417 | $2,059.00 | 7/25/18 | 00000631AA | 5/21/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95259 | $651.00 | 7/26/18 | 00000800AA | 5/22/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95259 | $651.00 | 7/26/18 | 00000801AA | 5/22/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95259 | $651.00 | 7/26/18 | 00000802AA | 5/22/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96548 | $1,038.00 | 7/30/18 | 00000914AA | 5/23/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96548 | $1,038.00 | 7/30/18 | 00000915AA | 5/23/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96548 | $1,038.00 | 7/30/18 | 00001009AA | 5/24/18 | $641.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96548 | $1,038.00 | 7/30/18 | 00001007AA | 5/24/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96548 | $1,038.00 | 7/30/18 | 00001008AA | 5/24/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96548 | $1,038.00 | 7/30/18 | 0000592583 | 7/23/18 | -$180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96548 | $1,038.00 | 7/30/18 | 0000593066 | 7/24/18 | -$271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001383AA | 5/29/18 | $641.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001483AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001488AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001491AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001489AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001487AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001486AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001485AA | 5/29/18 | $217.00 |

A-Ipower Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001484AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001480AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001479AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001478AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001490AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001481AA | 5/29/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001432AA | 5/29/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001477AA | 5/29/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001402AA | 5/29/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 00001476AA | 5/29/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 0000594343 | 7/27/18 | -$271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 0000594874 | 7/30/18 | -$271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 0000594914 | 7/30/18 | -$271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99204 | $3,098.00 | 8/2/18 | 0000594860 | 7/30/18 | -$271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00020 | $1,139.00 | 8/3/18 | 00001669AA | 5/30/18 | $434.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00020 | $1,139.00 | 8/3/18 | 00001668AA | 5/30/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00020 | $1,139.00 | 8/3/18 | 00001670AA | 5/30/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00020 | $1,139.00 | 8/3/18 | 00001671AA | 5/30/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00476 | $868.00 | 8/6/18 | 00001758AA | 5/31/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00476 | $868.00 | 8/6/18 | 00001759AA | 5/31/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00476 | $868.00 | 8/6/18 | 00001849AA | 6/1/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00476 | $868.00 | 8/6/18 | 00001848AA | 6/1/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00476 | $868.00 | 8/6/18 | 00001847AA | 6/1/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00476 | $868.00 | 8/6/18 | 0000595675 | 8/1/18 | -$271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002266AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002260AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002261AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002262AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002263AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002264AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002265AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002268AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002267AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002228AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002227AA | 6/4/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002258AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002259AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002230AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002235AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002234AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002232AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002257AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002236AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002237AA | 6/4/18 | $217.00 |

A-Ipower Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002253AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002254AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002255AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002256AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02330 | $6,019.00 | 8/8/18 | 00002229AA | 6/4/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03072 | $705.00 | 8/9/18 | 00002329AA | 6/5/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03072 | $705.00 | 8/9/18 | 00002342AA | 6/5/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03072 | $705.00 | 8/9/18 | 00002351AA | 6/5/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03853 | $3,091.00 | 8/10/18 | 00002489AA | 6/6/18 | $1,085.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03853 | $3,091.00 | 8/10/18 | 00002492AA | 6/6/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03853 | $3,091.00 | 8/10/18 | 00002491AA | 6/6/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03853 | $3,091.00 | 8/10/18 | 00002493AA | 6/6/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03853 | $3,091.00 | 8/10/18 | 00002494AA | 6/6/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03853 | $3,091.00 | 8/10/18 | 00002490AA | 6/6/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03853 | $3,091.00 | 8/10/18 | 00002488AA | 6/6/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03853 | $3,091.00 | 8/10/18 | 00002487AA | 6/6/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03853 | $3,091.00 | 8/10/18 | 00002486AA | 6/6/18 | $217.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04319 | $2,471.00 | 8/13/18 | 00002607AA | 6/7/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04319 | $2,471.00 | 8/13/18 | 00002609AA | 6/7/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04319 | $2,471.00 | 8/13/18 | 00002593AA | 6/7/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04319 | $2,471.00 | 8/13/18 | 00002681AA | 6/8/18 | $576.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04319 | $2,471.00 | 8/13/18 | 00002674AA | 6/8/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04319 | $2,471.00 | 8/13/18 | 00002675AA | 6/8/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04319 | $2,471.00 | 8/13/18 | 00002677AA | 6/8/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04319 | $2,471.00 | 8/13/18 | 00002682AA | 6/8/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04319 | $2,471.00 | 8/13/18 | 00002683AA | 6/8/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002798AA | 6/11/18 | $576.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002806AA | 6/11/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002803AA | 6/11/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002809AA | 6/11/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002808AA | 6/11/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002807AA | 6/11/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002805AA | 6/11/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002802AA | 6/11/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002801AA | 6/11/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002804AA | 6/11/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002799AA | 6/11/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 00002800AA | 6/11/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06193 | $3,195.00 | 8/15/18 | 0000598642 | 8/10/18 | -$180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08327 | $1,624.00 | 8/20/18 | 00003046AA | 6/14/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08327 | $1,624.00 | 8/20/18 | 00003048AA | 6/14/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08327 | $1,624.00 | 8/20/18 | 00002047AA | 6/14/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08327 | $1,624.00 | 8/20/18 | 00003049AA | 6/14/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08327 | $1,624.00 | 8/20/18 | 00003045AA | 6/14/18 | $180.00 |

A-Ipower Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08327 | $1,624.00 | 8/20/18 | 00003044AA | 6/14/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08327 | $1,624.00 | 8/20/18 | 00003129AA | 6/15/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08327 | $1,624.00 | 8/20/18 | 00003128AA | 6/15/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08327 | $1,624.00 | 8/20/18 | 0000600064 | 8/15/18 | -$271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003278AA | 6/18/18 | $576.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003289AA | 6/18/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003292AA | 6/18/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003288AA | 6/18/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003290AA | 6/18/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003293AA | 6/18/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003291AA | 6/18/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003285AA | 6/18/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003286AA | 6/18/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003287AA | 6/18/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003283AA | 6/18/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003282AA | 6/18/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003281AA | 6/18/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003280AA | 6/18/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003279AA | 6/18/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10233 | $3,822.00 | 8/22/18 | 00003284AA | 6/18/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11083 | $451.00 | 8/23/18 | 00003394AA | 6/19/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11083 | $451.00 | 8/23/18 | 00003393AA | 6/19/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11724 | $631.00 | 8/24/18 | 00003448AA | 6/20/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11724 | $631.00 | 8/24/18 | 00003446AA | 6/20/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11724 | $631.00 | 8/24/18 | 00003447AA | 6/20/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12349 | $1,622.00 | 8/27/18 | 00003519AA | 6/21/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12349 | $1,622.00 | 8/27/18 | 00003520AA | 6/21/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12349 | $1,622.00 | 8/27/18 | 00003521AA | 6/21/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12349 | $1,622.00 | 8/27/18 | 00003583AA | 6/22/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12349 | $1,622.00 | 8/27/18 | 00003584AA | 6/22/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12349 | $1,622.00 | 8/27/18 | 00003585AA | 6/22/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12349 | $1,622.00 | 8/27/18 | 00003586AA | 6/22/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12349 | $1,622.00 | 8/27/18 | 00003587AA | 6/22/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14316 | $1,533.00 | 8/29/18 | 00003753AA | 6/25/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14316 | $1,533.00 | 8/29/18 | 00006127AA | 6/25/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14316 | $1,533.00 | 8/29/18 | 00008585AA | 6/25/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14316 | $1,533.00 | 8/29/18 | 00003750AA | 6/25/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14316 | $1,533.00 | 8/29/18 | 00003748AA | 6/25/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14316 | $1,533.00 | 8/29/18 | 00003747AA | 6/25/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14316 | $1,533.00 | 8/29/18 | 00003749AA | 6/25/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15097 | $540.00 | 8/30/18 | 00003801AA | 6/26/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15097 | $540.00 | 8/30/18 | 00003802AA | 6/26/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15097 | $540.00 | 8/30/18 | 00003803AA | 6/26/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15097 | $540.00 | 8/30/18 | 00003804AA | 6/26/18 | $180.00 |

A-Ipower Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15097 | $540.00 | 8/30/18 | 0000603628 | 8/27/18 | -$180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15885 | $540.00 | 8/31/18 | 00003876AA | 6/27/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15885 | $540.00 | 8/31/18 | 00003877AA | 6/27/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15885 | $540.00 | 8/31/18 | 00003878AA | 6/27/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16303 | $1,082.00 | 9/4/18 | 00003963AA | 6/28/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16303 | $1,082.00 | 9/4/18 | 00003964AA | 6/28/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16303 | $1,082.00 | 9/4/18 | 00004022AA | 6/29/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16303 | $1,082.00 | 9/4/18 | 00004024AA | 6/29/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16303 | $1,082.00 | 9/4/18 | 00004023AA | 6/29/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17627 | $1,982.00 | 9/5/18 | 00004154AA | 7/2/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17627 | $1,982.00 | 9/5/18 | 00004155AA | 7/2/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17627 | $1,982.00 | 9/5/18 | 00004158AA | 7/2/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17627 | $1,982.00 | 9/5/18 | 00004163AA | 7/2/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17627 | $1,982.00 | 9/5/18 | 00004162AA | 7/2/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17627 | $1,982.00 | 9/5/18 | 00004161AA | 7/2/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17627 | $1,982.00 | 9/5/18 | 00004159AA | 7/2/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17627 | $1,982.00 | 9/5/18 | 00004157AA | 7/2/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17627 | $1,982.00 | 9/5/18 | 00004156AA | 7/2/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17627 | $1,982.00 | 9/5/18 | 00004160AA | 7/2/18 | $180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18345 | $722.00 | 9/6/18 | 00004261AA | 7/3/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18345 | $722.00 | 9/6/18 | 00004262AA | 7/3/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18345 | $722.00 | 9/6/18 | 00004263AA | 7/3/18 | $180.00 |

Totals:    24 transfer(s),   $43,326.50

A-Ipower Corporation

Bankruptcy Case: Sears Holding Corporation, et al.