Defendant: **CDM Witchduck Associates LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171349 | $15,042.65 | 8/8/18 | 0000072618 | 7/26/18 | $13,222.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171349 | $15,042.65 | 8/8/18 | 0000072618 | 7/26/18 | $1,820.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172757 | $15,042.65 | 9/6/18 | 0000082618 | 8/26/18 | $13,222.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172757 | $15,042.65 | 9/6/18 | 0000082618 | 8/26/18 | $1,820.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174104 | $15,042.65 | 10/10/18 | 0000092518 | 9/25/18 | $13,222.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174104 | $15,042.65 | 10/10/18 | 0000092518 | 9/25/18 | $1,820.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174955 | $6,846.81 | 10/17/18 | 0000100418 | 10/4/18 | $6,846.81 |

Totals: 4 transfer(s), $51,974.76