Defendant: **Char-Broil, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132225 | 5/2/18 | $2,147.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132274 | 5/3/18 | $1,431.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132319 | 5/4/18 | $1,463.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132353 | 5/5/18 | $1,152.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132354 | 5/6/18 | $1,660.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132387 | 5/8/18 | $3,208.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132461 | 5/9/18 | $1,854.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132485 | 5/10/18 | $1,207.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132533 | 5/11/18 | $1,529.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132595 | 5/12/18 | $4,099.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132598 | 5/13/18 | $602.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132600 | 5/14/18 | $602.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132634 | 5/15/18 | $1,361.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132676 | 5/16/18 | $1,389.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132812 | 5/17/18 | $1,353.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132861 | 5/18/18 | $841.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132929 | 5/19/18 | $2,139.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000132965 | 5/22/18 | $2,266.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133056 | 5/23/18 | $981.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133124 | 5/24/18 | $2,466.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133178 | 5/25/18 | $1,450.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133202 | 5/26/18 | $1,595.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133204 | 5/28/18 | $202.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133248 | 5/30/18 | $2,528.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000009069 | 5/30/18 | -$70,147.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133300 | 5/31/18 | $2,538.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133402 | 6/1/18 | $1,192.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133535 | 6/2/18 | $976.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133620 | 6/3/18 | $1,652.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133691 | 6/5/18 | $2,739.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133736 | 6/6/18 | $906.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133828 | 6/7/18 | $1,004.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133871 | 6/8/18 | $703.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000133930 | 6/9/18 | $2,824.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134003 | 6/12/18 | $3,292.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000507597 | 6/12/18 | -$151.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134126 | 6/13/18 | $1,819.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134182 | 6/14/18 | $850.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134244 | 6/15/18 | $785.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134276 | 6/16/18 | $1,264.65 |

Char-Broil, LLC
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                 P. 1

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134346 | 6/19/18 | $1,693.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134418 | 6/20/18 | $1,058.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134481 | 6/21/18 | $790.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134544 | 6/22/18 | $1,584.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134587 | 6/23/18 | $2,020.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134659 | 6/26/18 | $1,401.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134761 | 6/27/18 | $744.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134881 | 6/29/18 | $1,477.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134912 | 6/29/18 | $579.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000134940 | 6/30/18 | $633.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135022 | 7/3/18 | $1,729.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135076 | 7/4/18 | $903.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135163 | 7/6/18 | $984.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000511140 | 7/6/18 | -$39.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135185 | 7/7/18 | $724.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135237 | 7/10/18 | $2,596.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135306 | 7/11/18 | $971.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135361 | 7/12/18 | $549.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135429 | 7/13/18 | $601.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135457 | 7/14/18 | $318.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135524 | 7/17/18 | $4,823.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135598 | 7/18/18 | $771.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135646 | 7/19/18 | $234.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135684 | 7/20/18 | $843.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000135720 | 7/21/18 | $446.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11189 | $20,134.21 | 8/23/18 | 0000498580 | 8/10/18 | -$96.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11831 | $1,163.94 | 8/24/18 | 0000135842 | 7/25/18 | $706.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11831 | $1,163.94 | 8/24/18 | 0000135860 | 7/25/18 | $457.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12549 | $1,745.92 | 8/27/18 | 0000135905 | 7/26/18 | $330.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12549 | $1,745.92 | 8/27/18 | 0000135944 | 7/27/18 | $652.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12549 | $1,745.92 | 8/27/18 | 0000135958 | 7/28/18 | $762.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15226 | $735.15 | 8/30/18 | 0000136081 | 7/31/18 | $735.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15955 | $497.29 | 8/31/18 | 0000136171 | 8/1/18 | $497.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16507 | $832.88 | 9/4/18 | 0000136225 | 8/2/18 | $525.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16507 | $832.88 | 9/4/18 | 0000136278 | 8/3/18 | $104.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16507 | $832.88 | 9/4/18 | 0000136300 | 8/4/18 | $202.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18463 | $282.74 | 9/6/18 | 0000136438 | 8/7/18 | $282.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19148 | $622.54 | 9/7/18 | 0000136522 | 8/8/18 | $622.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19535 | $3,101.42 | 9/10/18 | 0000136572 | 8/9/18 | $256.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19535 | $3,101.42 | 9/10/18 | 0000136651 | 8/10/18 | $285.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19535 | $3,101.42 | 9/10/18 | 0000136693 | 8/11/18 | $2,559.67 |

Totals:    9 transfer(s),  $29,116.09

Char-Broil, LLC

Bankruptcy Case: Sears Holding Corporation, et al.