Defendant: **La Crosse Brush Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93112 | $1,308.84 | 7/23/18 | 0000096352 | 5/17/18 | $1,308.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01099 | $3,926.52 | 8/6/18 | 0000096527 | 5/31/18 | $2,617.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01099 | $3,926.52 | 8/6/18 | 0000096526 | 5/31/18 | $1,308.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04950 | $1,308.84 | 8/13/18 | 0000096593 | 6/8/18 | $1,308.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08961 | $2,617.68 | 8/20/18 | 0000096662 | 6/14/18 | $1,308.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08961 | $2,617.68 | 8/20/18 | 0000096661 | 6/14/18 | $1,308.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12994 | $3,926.52 | 8/27/18 | 0000096710 | 6/21/18 | $2,617.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12994 | $3,926.52 | 8/27/18 | 0000096711 | 6/21/18 | $1,308.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16984 | $2,617.68 | 9/4/18 | 0000096752 | 6/28/18 | $2,617.68 |

Totals:    6 transfer(s),  $15,706.08