| Defendant: | **Nw Springs Holdings LLC** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171739 | $25,250.00 | 8/8/18 | 0000072618 | 7/26/18 | $23,333.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171739 | $25,250.00 | 8/8/18 | 0000072618 | 7/26/18 | $1,916.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122498 | $7,216.85 | 8/9/18 | 0000097399 | 7/23/18 | $7,216.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124774 | $7,216.85 | 9/6/18 | 0000097995 | 8/22/18 | $7,216.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173116 | $25,250.00 | 9/12/18 | 0000082618 | 8/26/18 | $23,333.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173116 | $25,250.00 | 9/12/18 | 0000082618 | 8/26/18 | $1,916.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174463 | $25,250.00 | 10/9/18 | 0000092518 | 9/25/18 | $23,333.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174463 | $25,250.00 | 10/9/18 | 0000092518 | 9/25/18 | $1,916.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126928 | $7,216.85 | 10/11/18 | 0000098372 | 9/24/18 | $7,216.85 |

**Totals:** **6 transfer(s),  $97,400.55**

Nw Springs Holdings LLC
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A

P. 1