| Defendant: | **Pacific Imports Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15613 | $30,951.52 | 8/30/18 | 0000685001 | 6/26/18 | $30,800.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15613 | $30,951.52 | 8/30/18 | 0000687001 | 6/26/18 | $77.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15613 | $30,951.52 | 8/30/18 | 0000686001 | 6/26/18 | $77.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15613 | $30,951.52 | 8/30/18 | 0000502203 | 8/13/18 | -$4.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17169 | $1,900.92 | 9/4/18 | 0000688001 | 6/30/18 | $1,645.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17169 | $1,900.92 | 9/4/18 | 0000693001 | 6/30/18 | $915.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17169 | $1,900.92 | 9/4/18 | 0000689001 | 6/30/18 | $197.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17169 | $1,900.92 | 9/4/18 | 0000690001 | 6/30/18 | $182.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17169 | $1,900.92 | 9/4/18 | 0000691001 | 6/30/18 | $87.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17169 | $1,900.92 | 9/4/18 | 0000692001 | 6/30/18 | $72.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17169 | $1,900.92 | 9/4/18 | 0000752178 | 6/30/18 | -$87.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17169 | $1,900.92 | 9/4/18 | 0000752177 | 6/30/18 | -$197.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17169 | $1,900.92 | 9/4/18 | 0000752179 | 6/30/18 | -$915.00 |

**Totals:**   **2 transfer(s),  $32,852.44**

Pacific Imports Ind
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A

P. 1