Defendant: **Space Center Mira Loma Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171962 | $20,488.41 | 8/7/18 | 0000072618 | 7/26/18 | $18,833.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171962 | $20,488.41 | 8/7/18 | 0000072618 | 7/26/18 | $946.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171962 | $20,488.41 | 8/7/18 | 0000072618 | 7/26/18 | $709.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122510 | $4,387.12 | 8/9/18 | 0000097452 | 7/23/18 | $4,387.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124793 | $4,387.12 | 9/6/18 | 0000098049 | 8/22/18 | $4,387.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173335 | $20,488.41 | 9/6/18 | 0000082618 | 8/26/18 | $18,833.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173335 | $20,488.41 | 9/6/18 | 0000082618 | 8/26/18 | $946.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173335 | $20,488.41 | 9/6/18 | 0000082618 | 8/26/18 | $709.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174682 | $20,488.41 | 10/9/18 | 0000092518 | 9/25/18 | $18,833.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174682 | $20,488.41 | 10/9/18 | 0000092518 | 9/25/18 | $946.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174682 | $20,488.41 | 10/9/18 | 0000092518 | 9/25/18 | $709.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126941 | $4,387.12 | 10/11/18 | 0000098431 | 9/24/18 | $4,387.12 |

**Totals:** 6 transfer(s), $74,626.59