Defendant: **Yamada Transfer Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172086 | $16,058.00 | 8/8/18 | 0000072618 | 7/26/18 | $16,058.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173459 | $16,058.00 | 9/7/18 | 0000082618 | 8/26/18 | $16,058.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174800 | $16,058.00 | 10/12/18 | 0000092518 | 9/25/18 | $16,058.00 |

Totals:    3 transfer(s),   $48,174.00