| Defendant: | **American Gasket Technologies Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1055965 | 5/4/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1055964 | 5/4/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1055963 | 5/4/18 | $67.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1055962 | 5/4/18 | $49.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1055969 | 5/4/18 | $25.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1055968 | 5/4/18 | $17.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1055967 | 5/4/18 | $11.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1055981 | 5/4/18 | $11.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1055966 | 5/4/18 | $5.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1055975 | 5/4/18 | $5.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1056197 | 5/8/18 | $23.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1056194 | 5/8/18 | $22.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1056200 | 5/8/18 | $11.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1056196 | 5/8/18 | $11.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981122 | $452.83 | 7/19/18 | 1056195 | 5/8/18 | $5.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984492 | $9,347.99 | 7/26/18 | 1056264 | 5/11/18 | $49.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984492 | $9,347.99 | 7/26/18 | 1056240 | 5/11/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984492 | $9,347.99 | 7/26/18 | 1056263 | 5/11/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984492 | $9,347.99 | 7/26/18 | 1056241 | 5/11/18 | $5.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984492 | $9,347.99 | 7/26/18 | 1055924 | 5/14/18 | $5,281.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984492 | $9,347.99 | 7/26/18 | 1055826 | 5/14/18 | $2,184.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984492 | $9,347.99 | 7/26/18 | 1055923 | 5/14/18 | $1,138.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984492 | $9,347.99 | 7/26/18 | 1055922 | 5/14/18 | $611.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987884 | $77.96 | 8/2/18 | 1056432 | 5/18/18 | $13.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987884 | $77.96 | 8/2/18 | 1056430 | 5/18/18 | $11.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987884 | $77.96 | 8/2/18 | 1056431 | 5/18/18 | $5.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987884 | $77.96 | 8/2/18 | 1056572 | 5/24/18 | $23.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987884 | $77.96 | 8/2/18 | 1056571 | 5/24/18 | $22.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991401 | $57.71 | 8/13/18 | 1056719 | 5/31/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991401 | $57.71 | 8/13/18 | 1056718 | 5/31/18 | $12.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995672 | $253.73 | 8/20/18 | 1056723 | 6/1/18 | $22.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995672 | $253.73 | 8/20/18 | 1056855 | 6/6/18 | $127.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995672 | $253.73 | 8/20/18 | 1056853 | 6/6/18 | $67.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995672 | $253.73 | 8/20/18 | 1056854 | 6/6/18 | $23.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995672 | $253.73 | 8/20/18 | 1056856 | 6/6/18 | $12.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999011 | $61.73 | 8/29/18 | 1057018 | 6/14/18 | $49.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999011 | $61.73 | 8/29/18 | 1057017 | 6/14/18 | $11.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005907 | $108.21 | 9/12/18 | 1057178 | 6/22/18 | $67.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005907 | $108.21 | 9/12/18 | 1057179 | 6/22/18 | $28.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005907 | $108.21 | 9/12/18 | 1057177 | 6/22/18 | $11.96 |

American Gasket Technologies Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013478 | $3,315.17 | 9/26/18 | 1056419 | 5/17/18 | $3,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013478 | $3,315.17 | 9/26/18 | 1057475 | 7/6/18 | $23.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013478 | $3,315.17 | 9/26/18 | 1057474 | 7/6/18 | $22.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013478 | $3,315.17 | 9/26/18 | 1057473 | 7/6/18 | $17.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013478 | $3,315.17 | 9/26/18 | 1057472 | 7/6/18 | $11.50 |

**Totals:**     **8 transfer(s),  $13,675.33**