| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Campbell Sales Company** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | PRK160120 | 5/7/18 | -$3,904.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | PRK160117 | 5/8/18 | -$342.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | PRK160114 | 5/9/18 | -$182.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | PRK160111 | 5/9/18 | -$258.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | PRK160128 | 5/10/18 | -$466.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | PRK160116 | 5/10/18 | -$1,429.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | MA18132712898 | 5/12/18 | -$45.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | 8361AD052018AI9 | 5/18/18 | -$4.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPOT991480664 | 5/20/18 | -$528.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | 8361AD052718AI2 | 5/25/18 | -$14.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | 8361AD061018AG2 | 6/8/18 | -$2.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPOT991481942 | 6/10/18 | -$45.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPOT991481941 | 6/10/18 | -$143.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993115524 | 6/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993115525 | 6/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993115526 | 6/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993115523 | 6/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993115527 | 6/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993115528 | 6/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993115529 | 6/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993115522 | 6/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPOT991481944 | 6/10/18 | -$521.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPOT991482147 | 6/10/18 | -$594.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPOT991481943 | 6/10/18 | -$660.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993115893 | 6/17/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993115892 | 6/17/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993116191 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPASN993116190 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPOT991483055 | 6/24/18 | -$211.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | VPOT991483056 | 6/24/18 | -$455.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | 8361AD070118AK2 | 6/29/18 | -$18.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | 8361AD070818AI7 | 7/6/18 | -$2.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | 8361AD071518AH6 | 7/13/18 | -$2.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | 93652205 | 7/19/18 | $9,112.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991974 | $11,090.06 | 8/14/18 | 93654268 | 7/23/18 | $13,610.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008753 | $11,249.95 | 9/18/18 | 93654268 | 7/23/18 | -$399.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008753 | $11,249.95 | 9/18/18 | MA18216713824 | 8/4/18 | -$117.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008753 | $11,249.95 | 9/18/18 | 93684933 | 8/24/18 | $11,766.85 |

**Totals:**       2 transfer(s),  **$22,340.01**

Campbell Sales Company

Bankruptcy Case: Sears Holding Corporation, et al.