Defendant: **Centrescapes Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993516 | $1,500.00 | 8/16/18 | 56708IN | 5/31/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994400 | $1,000.00 | 8/17/18 | 56795IN | 6/1/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001048 | $9,700.00 | 9/3/18 | 56884IN | 6/14/18 | $9,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008768 | $1,880.00 | 9/18/18 | 56979IN | 7/1/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008768 | $1,880.00 | 9/18/18 | 56978IN | 7/1/18 | $880.00 |

Totals: 4 transfer(s), $14,080.00