Defendant: **Crius Construction LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996956 | $21,399.94 | 8/22/18 | 98767 | 7/16/18 | $21,399.94 |
| **Totals:** | 1 transfer(s), $21,399.94 | | | | | | |