**Defendant:** Express Services Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32033967 | $7,934.48 | 7/27/18 | 20727358 | 6/13/18 | $1,502.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033967 | $7,934.48 | 7/27/18 | 20757672 | 6/20/18 | $1,261.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033967 | $7,934.48 | 7/27/18 | 20763912 | 6/20/18 | $488.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033967 | $7,934.48 | 7/27/18 | 20796740 | 6/27/18 | $1,121.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033967 | $7,934.48 | 7/27/18 | 20800380 | 6/27/18 | $473.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033967 | $7,934.48 | 7/27/18 | 20824919 | 7/3/18 | $2,798.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033967 | $7,934.48 | 7/27/18 | 20826250 | 7/3/18 | $288.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034642 | $12,304.20 | 8/30/18 | 20499911 | 4/25/18 | $963.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034642 | $12,304.20 | 8/30/18 | 20868538 | 7/11/18 | $2,623.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034642 | $12,304.20 | 8/30/18 | 20893861 | 7/18/18 | $1,962.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034642 | $12,304.20 | 8/30/18 | 20919810 | 7/25/18 | $1,962.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034642 | $12,304.20 | 8/30/18 | 20975666 | 8/1/18 | $2,041.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034642 | $12,304.20 | 8/30/18 | 20967936 | 8/1/18 | $429.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034642 | $12,304.20 | 8/30/18 | 21006328 | 8/8/18 | $2,207.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034642 | $12,304.20 | 8/30/18 | 21000016 | 8/8/18 | $114.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035336 | $7,496.70 | 9/27/18 | 20730525 | 6/13/18 | $598.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035336 | $7,496.70 | 9/27/18 | 21038976 | 8/15/18 | $1,655.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035336 | $7,496.70 | 9/27/18 | 21078067 | 8/22/18 | $2,058.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035336 | $7,496.70 | 9/27/18 | 21067794 | 8/22/18 | $118.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035336 | $7,496.70 | 9/27/18 | 21115636 | 8/29/18 | $2,316.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035336 | $7,496.70 | 9/27/18 | 21099077 | 8/29/18 | $118.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035336 | $7,496.70 | 9/27/18 | 21134539 | 9/5/18 | $630.85 |

**Totals:** 3 transfer(s), $27,735.38

Express Services Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

Schedule A                                                                 P. 1