Defendant: **Handcraft Mfg Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983829 | $13,135.84 | 7/25/18 | 8710K88467377 | 6/23/18 | -$18.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983829 | $13,135.84 | 7/25/18 | 8710K88455211 | 6/23/18 | -$91.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983829 | $13,135.84 | 7/25/18 | 8710K88454049 | 6/23/18 | -$100.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983829 | $13,135.84 | 7/25/18 | KM142419A | 7/10/18 | $13,345.94 |

Totals: 1 transfer(s), $13,135.84