Defendant: **Killer Bee Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989432 | $7,864.46 | 8/8/18 | 46195 | 6/19/18 | $4,730.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989432 | $7,864.46 | 8/8/18 | 46196 | 6/20/18 | $558.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989432 | $7,864.46 | 8/8/18 | 46225 | 6/25/18 | $2,575.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997198 | $7,895.70 | 8/22/18 | 46315 | 7/3/18 | $3,002.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997198 | $7,895.70 | 8/22/18 | 46316 | 7/3/18 | $1,487.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997198 | $7,895.70 | 8/22/18 | 46314 | 7/3/18 | $564.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997198 | $7,895.70 | 8/22/18 | 46341 | 7/6/18 | $2,840.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004032 | $4,949.07 | 9/7/18 | 46410 | 7/17/18 | $1,716.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004032 | $4,949.07 | 9/7/18 | 46434 | 7/20/18 | $3,232.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011641 | $7,910.58 | 9/21/18 | 46495 | 7/31/18 | $2,894.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011641 | $7,910.58 | 9/21/18 | 46493 | 7/31/18 | $1,731.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011641 | $7,910.58 | 9/21/18 | 46494 | 7/31/18 | $615.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011641 | $7,910.58 | 9/21/18 | 46597 | 8/3/18 | $2,670.03 |

Totals:    4 transfer(s),  $28,619.81

Killer Bee Inc.

Bankruptcy Case: Sears Holding Corporation, et al.