Defendant: **Larsen Products Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989460 | $8,274.80 | 8/8/18 | 7937 | 6/20/18 | $2,474.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989460 | $8,274.80 | 8/8/18 | 81315 | 6/20/18 | $1,249.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989460 | $8,274.80 | 8/8/18 | 7938 | 6/21/18 | $1,376.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989460 | $8,274.80 | 8/8/18 | 7940 | 6/25/18 | $3,174.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993042 | $3,091.48 | 8/15/18 | 8132 | 6/20/18 | $1,237.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993042 | $3,091.48 | 8/15/18 | 8133 | 6/29/18 | $1,249.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993042 | $3,091.48 | 8/15/18 | 7943 | 6/29/18 | $604.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997223 | $1,058.15 | 8/22/18 | 8140 | 7/3/18 | $1,058.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000583 | $864.55 | 8/31/18 | 7947 | 7/11/18 | $482.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000583 | $864.55 | 8/31/18 | 7948 | 7/11/18 | $135.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000583 | $864.55 | 8/31/18 | 8143 | 7/12/18 | $246.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011672 | $1,113.84 | 9/21/18 | 8204 | 8/6/18 | $1,113.84 |

Totals:     5 transfer(s),  $14,402.82

Larsen Products Inc.

Bankruptcy Case: Sears Holding Corporation, et al.