Defendant: **MEFL LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082443 | $15.00 | 7/6/18 | 825Q81181766281 | 6/25/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083003 | $316.00 | 7/13/18 | 825Q81181836281 | 7/2/18 | $316.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083417 | $8,753.00 | 7/20/18 | 825Q81181906281 | 7/9/18 | $8,753.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083776 | $6,819.00 | 7/27/18 | 825Q81181976281 | 7/16/18 | $6,595.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083776 | $6,819.00 | 7/27/18 | 825Q81181976081 | 7/16/18 | $224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084180 | $6,503.00 | 8/7/18 | 825Q81182046281 | 7/23/18 | $6,503.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084683 | $304.00 | 8/14/18 | 825Q81182116281 | 7/30/18 | $304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085089 | $608.00 | 8/21/18 | 825Q81182186281 | 8/6/18 | $521.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085089 | $608.00 | 8/21/18 | 825Q81182186081 | 8/6/18 | $87.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085450 | $499.00 | 8/30/18 | 825Q81182256281 | 8/13/18 | $499.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086265 | $1,420.00 | 9/13/18 | 825Q81182396281 | 8/27/18 | $1,413.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086265 | $1,420.00 | 9/13/18 | 825Q81182396081 | 8/27/18 | $7.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086854 | $6,288.00 | 9/20/18 | 825Q81182466281 | 9/3/18 | $6,288.00 |

Totals:    10 transfer(s),  $31,525.00

MEFL Llc

Bankruptcy Case: Sears Holding Corporation, et al.