Edward L. Schnitzer
**Montgomery McCracken Walker & Rhoads LLP**
437 Madison Ave
New York, New York 10022
(212) 551-7781
eschnitzer@mmwr.com

*Attorneys for Hankook Tire America Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No.: 18-23538 (RDD) <br><br> Jointly Administered <br><br> Related to ECF No. 5310 |

### NOTICE OF WITHDRAWAL OF THE MOTION OF HANKOOK TIRE AMERICA CORP. FOR RELIEF FROM (A) THE ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT AMONG SELLERS AND BUYER, (II) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS INTERESTS AND ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND LEASES IN CONNECTION THEREWITH AND (IV) GRANTING RELATED RELIEF; AND(B) RELATED SALE AND ASSUMPTION/ASSIGNMENT PLEADINGS AND ORDERS

**PLEASE TAKE NOTICE** that, on October 2, 2019, Hankook Tire America Corp. ("Hankook"), by its counsel Montgomery McCracken Walker & Rhoads LLP, filed its motion for relief from the Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief, and Related Pleadings and Orders [ECF No. 5310] (the "Motion") and accompanying Notice of the Motion [ECF No. 5311] (the "Notice") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Hankook hereby withdraws the Motion and the Notice.

Dated: November 12, 2019  
      New York, New York

**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**

By:   */s/ Edward L. Schnitzer*  
      Edward L. Schnitzer  
437 Madison Avenue  
New York, NY 10022  
Telephone: (212) 551-7781  
Facsimile: (212) 599-5085  
Email: eschnitzer@mmwr.com

*Counsel for Hankook Tire America Corp.*