Defendant: **Mid America Tile Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981480 | $1,657.92 | 7/19/18 | 1466345 | 5/7/18 | $1,657.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983218 | $150.72 | 7/24/18 | 1466429 | 5/10/18 | $150.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987379 | $3,089.76 | 8/1/18 | 1467971 | 5/18/18 | $1,582.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987379 | $3,089.76 | 8/1/18 | 1468364 | 5/18/18 | $1,055.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987379 | $3,089.76 | 8/1/18 | 1468358 | 5/18/18 | $452.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993178 | $909.36 | 8/15/18 | 1468253 | 5/30/18 | $536.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993178 | $909.36 | 8/15/18 | 1468429 | 5/30/18 | $149.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993178 | $909.36 | 8/15/18 | 1468361 | 5/30/18 | $74.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993178 | $909.36 | 8/15/18 | 1468362 | 5/30/18 | $74.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993178 | $909.36 | 8/15/18 | 1468363 | 5/30/18 | $74.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999365 | $4,474.32 | 8/29/18 | 1469750 | 6/11/18 | $2,637.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999365 | $4,474.32 | 8/29/18 | 1469690 | 6/11/18 | $1,007.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999365 | $4,474.32 | 8/29/18 | 1469671 | 6/11/18 | $828.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009045 | $6,849.60 | 9/18/18 | 1471979 | 6/30/18 | $6,480.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009045 | $6,849.60 | 9/18/18 | 1471815 | 6/30/18 | $368.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012972 | $2,701.67 | 9/25/18 | 1471817 | 7/6/18 | $2,701.67 |

Totals:    7 transfer(s),   $19,833.35

Mid America Tile Inc.

Bankruptcy Case: Sears Holding Corporation, et al.