Defendant: **Ottaway Newspapers Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32033928 | $5,314.74 | 7/26/18 | 418500091467 | 5/1/18 | $5,193.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32033928 | $5,314.74 | 7/26/18 | 518500091467 | 5/1/18 | $121.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034616 | $6,675.70 | 8/29/18 | 518500091467 | 6/1/18 | $5,728.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034616 | $6,675.70 | 8/29/18 | 618500091467 | 6/1/18 | $945.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034616 | $6,675.70 | 8/29/18 | 169131 | 6/3/18 | $1.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035309 | $6,572.77 | 9/26/18 | 170784 | 7/1/18 | $112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035309 | $6,572.77 | 9/26/18 | 618500091467 | 7/2/18 | $5,275.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035309 | $6,572.77 | 9/26/18 | 718500091467 | 7/2/18 | $633.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035309 | $6,572.77 | 9/26/18 | 518500091467 | 7/2/18 | $551.50 |

Totals:     3 transfer(s),  $18,563.21