Defendant: **Rely Services Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994053 | $12,264.00 | 8/6/18 | 6360 | 6/30/18 | $12,264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009148 | $11,680.00 | 9/4/18 | 6377 | 7/31/18 | $11,680.00 |

Totals: 2 transfer(s), $23,944.00

Rely Services Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

Schedule A

P. 1