| | |
|---|---|
| Defendant: | **Rushmore Photo & Gifts Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980215 | $7,862.02 | 7/17/18 | 40-000351 | 5/7/18 | $3,274.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980215 | $7,862.02 | 7/17/18 | 40-000354 | 5/7/18 | $2,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980215 | $7,862.02 | 7/17/18 | 4528 | 5/7/18 | $1,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980215 | $7,862.02 | 7/17/18 | 40-000353 | 5/7/18 | $847.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986957 | $1,734.50 | 7/31/18 | 60-001556 | 5/17/18 | $594.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986957 | $1,734.50 | 7/31/18 | 65-000871 | 5/21/18 | $1,140.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994110 | $4,785.00 | 8/16/18 | 4620 | 5/30/18 | $2,764.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994110 | $4,785.00 | 8/16/18 | 50-003776 | 5/31/18 | $2,129.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994110 | $4,785.00 | 8/16/18 | 651000454 | 7/13/18 | -$108.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998091 | $4,942.02 | 8/23/18 | 4621 | 6/11/18 | $3,191.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998091 | $4,942.02 | 8/23/18 | 65-000901 | 6/12/18 | $1,751.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001532 | $1,854.00 | 9/3/18 | 20-003175 | 6/19/18 | $1,854.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004979 | $13,633.00 | 9/10/18 | 4671 | 6/6/18 | $5,261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004979 | $13,633.00 | 9/10/18 | 4670 | 6/6/18 | $4,068.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004979 | $13,633.00 | 9/10/18 | 60-001566 | 6/7/18 | $373.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004979 | $13,633.00 | 9/10/18 | 65-000925 | 6/21/18 | $766.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004979 | $13,633.00 | 9/10/18 | 4761 | 6/22/18 | $2,409.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004979 | $13,633.00 | 9/10/18 | 60-001597 | 6/22/18 | $755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012530 | $287.00 | 9/24/18 | 20-003195 | 7/5/18 | $287.00 |

Totals:     7 transfer(s),  $35,097.54

Rushmore Photo & Gifts Inc.

Bankruptcy Case: Sears Holding Corporation, et al.