Defendant: **Sakutori Designs LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986972 | $7,659.75 | 7/31/18 | 3034 | 5/17/18 | $3,683.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986972 | $7,659.75 | 7/31/18 | 3035 | 5/17/18 | $1,707.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986972 | $7,659.75 | 7/31/18 | 3036 | 5/17/18 | $1,183.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986972 | $7,659.75 | 7/31/18 | 3037 | 5/17/18 | $1,086.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000083 | $7,145.50 | 8/30/18 | 3113 | 6/12/18 | $2,917.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000083 | $7,145.50 | 8/30/18 | 3115 | 6/12/18 | $1,886.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000083 | $7,145.50 | 8/30/18 | 3114 | 6/12/18 | $1,421.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000083 | $7,145.50 | 8/30/18 | 3116 | 6/12/18 | $920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014575 | $8,303.75 | 9/27/18 | 6239 | 7/10/18 | $3,776.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014575 | $8,303.75 | 9/27/18 | 6241 | 7/10/18 | $1,803.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014575 | $8,303.75 | 9/27/18 | 6240 | 7/10/18 | $1,403.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014575 | $8,303.75 | 9/27/18 | 6242 | 7/10/18 | $1,320.50 |

Totals:    3 transfer(s),  $23,109.00

Sakutori Designs LLC

Bankruptcy Case: Sears Holding Corporation, et al.