Defendant: **Securitas Security Services Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980247 | $8,580.46 | 7/17/18 | W6048422 | 5/3/18 | $8,580.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986997 | $8,330.56 | 7/31/18 | W6067820 | 5/17/18 | $8,330.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994153 | $8,243.76 | 8/16/18 | W6080200 | 5/31/18 | $8,243.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001575 | $8,330.56 | 9/3/18 | W6099072 | 6/14/18 | $8,330.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008568 | $8,239.62 | 9/17/18 | W6112479 | 6/28/18 | $8,239.62 |

Totals:    5 transfer(s),    $41,724.96