Defendant: **Security Fire Protecton Co Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994154 | $13,517.10 | 8/16/18 | DWK008741 | 5/31/18 | $13,517.10 |
| **Totals:** | 1 transfer(s), $13,517.10 | | | | | | |

Security Fire Protecton Co Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

Schedule A    P. 1