Defendant: **Six Nines IT LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781018774 | $13,833.37 | 9/21/18 | I001311 | 6/30/18 | $5,455.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018774 | $13,833.37 | 9/21/18 | I001341 | 7/31/18 | $8,377.96 |

Totals:    1 transfer(s),  $13,833.37