Defendant: **Southern Atlantic Electric Co Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987563 | $3,987.00 | 8/1/18 | 13603 | 5/20/18 | $3,987.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991070 | $4,078.90 | 8/10/18 | S1683 | 5/25/18 | $4,078.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002191 | $7,758.00 | 9/4/18 | 13644 | 6/14/18 | $4,998.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002191 | $7,758.00 | 9/4/18 | S1723 | 6/16/18 | $2,760.00 |

Totals:    3 transfer(s),  $15,823.90