Defendant: **Triple E Partners LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989024 | $11,587.50 | 7/26/18 | 5984 | 6/17/18 | $11,587.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996179 | $12,150.00 | 8/8/18 | 5987 | 7/9/18 | $12,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013983 | $6,750.00 | 9/12/18 | 6002 | 8/10/18 | $6,750.00 |

Totals:    3 transfer(s),  **$30,487.50**

Triple E Partners LLC
Bankruptcy Case: Sears Holding Corporation, et al.

Schedule A                                                                                                                                    P. 1