| Defendant: | Weveel LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 812851 | 3/14/18 | $161.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 812852 | 3/14/18 | $72.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 813259 | 5/4/18 | $4,542.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 813254 | 5/4/18 | $3,520.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 813255 | 5/4/18 | $1,228.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 813252 | 5/4/18 | $574.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 813258 | 5/4/18 | $373.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 813257 | 5/4/18 | $159.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 813253 | 5/4/18 | $126.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 8361AD050618B97 | 5/4/18 | -$7.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | VPASN993113929 | 5/6/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | VPASN993113927 | 5/6/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | VPASN993113928 | 5/6/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 8361AD052018CC2 | 5/18/18 | -$7.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 8361AD052718CB5 | 5/25/18 | -$18.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 8361AD060318BN1 | 6/1/18 | -$4.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 8361AD061018BY4 | 6/8/18 | -$2.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 8361AD061718BP5 | 6/15/18 | -$0.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 8361AD062418B73 | 6/22/18 | -$0.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981027 | $10,242.78 | 7/18/18 | 8361AD070118CN8 | 6/29/18 | -$25.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984377 | $266.18 | 7/25/18 | 813256 | 5/4/18 | $279.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984377 | $266.18 | 7/25/18 | 8361AD070818CA8 | 7/6/18 | -$13.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991288 | $16,226.06 | 8/10/18 | 813448 | 5/22/18 | $4,360.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991288 | $16,226.06 | 8/10/18 | 813449 | 5/22/18 | $3,813.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991288 | $16,226.06 | 8/10/18 | 813451 | 5/23/18 | $3,124.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991288 | $16,226.06 | 8/10/18 | 813452 | 5/23/18 | $1,705.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991288 | $16,226.06 | 8/10/18 | 813450 | 5/23/18 | $1,636.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991288 | $16,226.06 | 8/10/18 | 813453 | 5/23/18 | $1,603.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991288 | $16,226.06 | 8/10/18 | 8361AD071518B37 | 7/13/18 | -$9.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991288 | $16,226.06 | 8/10/18 | 7383031786 | 7/20/18 | -$0.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991288 | $16,226.06 | 8/10/18 | 8361AD072218B94 | 7/20/18 | -$7.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991288 | $16,226.06 | 8/10/18 | 7788028963 | 7/23/18 | -$0.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998915 | $11,072.06 | 8/28/18 | 813641 | 6/13/18 | $4,362.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998915 | $11,072.06 | 8/28/18 | 813640 | 6/13/18 | $3,758.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998915 | $11,072.06 | 8/28/18 | 813639 | 6/13/18 | $3,072.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998915 | $11,072.06 | 8/28/18 | VPLB990101625 | 7/23/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998915 | $11,072.06 | 8/28/18 | VPLB990101624 | 7/23/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998915 | $11,072.06 | 8/28/18 | 8361AD072918CB4 | 7/27/18 | -$8.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998915 | $11,072.06 | 8/28/18 | 3592054561 | 8/2/18 | -$0.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998915 | $11,072.06 | 8/28/18 | 8361AD080518CH4 | 8/3/18 | -$12.34 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002415 | $20,636.13 | 9/4/18 | 813644 | 6/13/18 | $13,820.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002415 | $20,636.13 | 9/4/18 | 813642 | 6/13/18 | $5,159.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002415 | $20,636.13 | 9/4/18 | 813697 | 6/15/18 | $713.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002415 | $20,636.13 | 9/4/18 | 813699 | 6/15/18 | $475.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002415 | $20,636.13 | 9/4/18 | 813700 | 6/15/18 | $313.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002415 | $20,636.13 | 9/4/18 | 813698 | 6/15/18 | $160.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002415 | $20,636.13 | 9/4/18 | 8361AD081218BZ5 | 8/10/18 | -$6.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005802 | $10,583.42 | 9/11/18 | 813643 | 6/13/18 | $10,422.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005802 | $10,583.42 | 9/11/18 | 813696 | 6/15/18 | $167.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005802 | $10,583.42 | 9/11/18 | 8361AD081918BM3 | 8/17/18 | -$6.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009530 | $1,960.21 | 9/18/18 | 813870 | 6/28/18 | $1,209.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009530 | $1,960.21 | 9/18/18 | 813873 | 6/28/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009530 | $1,960.21 | 9/18/18 | 813877 | 6/28/18 | $201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009530 | $1,960.21 | 9/18/18 | 813872 | 6/28/18 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009530 | $1,960.21 | 9/18/18 | 813875 | 6/28/18 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009530 | $1,960.21 | 9/18/18 | 813876 | 6/28/18 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009530 | $1,960.21 | 9/18/18 | 813871 | 6/28/18 | $79.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009530 | $1,960.21 | 9/18/18 | 8361AD082618CL0 | 8/24/18 | -$36.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009530 | $1,960.21 | 9/18/18 | VPASN993119829 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009530 | $1,960.21 | 9/18/18 | VPASN993119830 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013384 | $28,680.12 | 9/25/18 | 813874 | 6/28/18 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013384 | $28,680.12 | 9/25/18 | 813886 | 7/3/18 | $8,264.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013384 | $28,680.12 | 9/25/18 | 813887 | 7/3/18 | $7,345.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013384 | $28,680.12 | 9/25/18 | 813885 | 7/3/18 | $3,474.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013384 | $28,680.12 | 9/25/18 | 813884 | 7/3/18 | $3,267.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013384 | $28,680.12 | 9/25/18 | 813883 | 7/3/18 | $2,821.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013384 | $28,680.12 | 9/25/18 | 813888 | 7/3/18 | $2,711.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013384 | $28,680.12 | 9/25/18 | 813882 | 7/3/18 | $475.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013384 | $28,680.12 | 9/25/18 | 813881 | 7/3/18 | $241.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013384 | $28,680.12 | 9/25/18 | 8361AD090218CB2 | 8/31/18 | -$22.68 |

Totals:    8 transfer(s),  $99,666.96

Weveel LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Schedule A