Defendant: **Woeber Mustard Manufacturing Co.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991307 | $62.62 | 8/10/18 | MA18153697740 | 6/2/18 | -$18.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991307 | $62.62 | 8/10/18 | 200178 | 6/19/18 | $450.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991307 | $62.62 | 8/10/18 | MA18188697740 | 7/7/18 | -$46.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991307 | $62.62 | 8/10/18 | VPOT991483986 | 7/22/18 | -$61.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991307 | $62.62 | 8/10/18 | VPOT991483987 | 7/22/18 | -$89.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991307 | $62.62 | 8/10/18 | VPOT991483988 | 7/22/18 | -$170.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995563 | $9,692.28 | 8/17/18 | 201133 | 7/5/18 | $4,769.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995563 | $9,692.28 | 8/17/18 | 201255 | 7/9/18 | $2,984.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995563 | $9,692.28 | 8/17/18 | 201256 | 7/9/18 | $1,938.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998934 | $1,657.02 | 8/28/18 | 201338 | 7/10/18 | $1,733.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998934 | $1,657.02 | 8/28/18 | MA18216697740 | 8/4/18 | -$76.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002434 | $7,014.00 | 9/4/18 | 201257 | 7/9/18 | $4,209.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002434 | $7,014.00 | 9/4/18 | 201499 | 7/12/18 | $2,804.76 |

Totals:    4 transfer(s),  $18,425.92