Defendant: **Wolverton Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984397 | $1,630.16 | 7/25/18 | 30506106 | 5/14/18 | $1,730.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984397 | $1,630.16 | 7/25/18 | 8361AD070118A06 | 6/29/18 | -$70.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984397 | $1,630.16 | 7/25/18 | 8361AD070818AW6 | 7/6/18 | -$30.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995566 | $2,640.45 | 8/17/18 | 30527032 | 6/4/18 | $2,703.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995566 | $2,640.45 | 8/17/18 | 8361AD072218AV1 | 7/20/18 | -$32.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995566 | $2,640.45 | 8/17/18 | 8361AD072918AW1 | 7/27/18 | -$31.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005822 | $4,481.21 | 9/11/18 | 30546280 | 6/22/18 | $4,569.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005822 | $4,481.21 | 9/11/18 | 8361AD080518AX7 | 8/3/18 | -$61.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005822 | $4,481.21 | 9/11/18 | 8361AD081218AT0 | 8/10/18 | -$12.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005822 | $4,481.21 | 9/11/18 | 8361AD081918AO0 | 8/17/18 | -$13.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009553 | $5,722.56 | 9/18/18 | 30552044 | 6/28/18 | $5,772.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009553 | $5,722.56 | 9/18/18 | 8361AD082618AY7 | 8/24/18 | -$49.63 |

Totals:    4 transfer(s),  $14,474.38