Defendant: **Boyd Flotation Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000435314 | 5/10/18 | -$47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000436416 | 5/14/18 | -$58.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000439453 | 5/17/18 | -$79.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000441632 | 5/22/18 | -$58.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000446074 | 5/29/18 | -$58.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000445056 | 5/29/18 | -$58.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000450730 | 6/4/18 | -$47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000449586 | 6/4/18 | -$79.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000409016 | 6/5/18 | -$1,205.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000455869 | 6/7/18 | -$159.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000460064 | 6/11/18 | -$79.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000459062 | 6/11/18 | -$79.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000460317 | 6/12/18 | -$35.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000462997 | 6/12/18 | -$35.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000667640 | 6/19/18 | $16,855.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000667642 | 6/19/18 | $11,920.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000667639 | 6/19/18 | $6,899.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000667641 | 6/19/18 | $3,381.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000472079 | 6/20/18 | -$58.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000473237 | 6/21/18 | -$47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000475841 | 7/2/18 | -$79.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000476748 | 7/3/18 | -$58.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000180817 | 7/6/18 | -$104.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000477306 | 7/9/18 | -$79.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000480362 | 7/11/18 | -$47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000478900 | 7/11/18 | -$58.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000483356 | 7/12/18 | -$47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000465644 | 7/12/18 | -$79.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000484621 | 7/16/18 | -$35.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000486120 | 7/16/18 | -$159.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000486606 | 7/17/18 | -$47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93829 | $36,021.00 | 7/24/18 | 0000487022 | 7/19/18 | -$47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05639 | $786.79 | 8/14/18 | 0000488083 | 7/23/18 | -$35.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05639 | $786.79 | 8/14/18 | 0000491143 | 7/25/18 | -$47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05639 | $786.79 | 8/14/18 | 0000491881 | 7/25/18 | -$58.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05639 | $786.79 | 8/14/18 | 0000490664 | 7/25/18 | -$58.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05639 | $786.79 | 8/14/18 | 0000498438 | 8/8/18 | -$79.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05639 | $786.79 | 8/14/18 | 0000499172 | 8/9/18 | -$58.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05639 | $786.79 | 8/14/18 | 0000500953 | 8/9/18 | -$79.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05639 | $786.79 | 8/14/18 | 0000009037 | 8/10/18 | $1,205.03 |

Boyd Flotation Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Schedule A

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Totals: | 2 transfer(s), $36,807.79 | | | | | | |

Boyd Flotation Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

Schedule A

P. 2