| | |
|---|---|
| Defendant: | **Stork Craft Mfg (USA) Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90122 | $236.00 | 7/17/18 | 00009094AA | 6/12/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90122 | $236.00 | 7/17/18 | 00009090AA | 6/12/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90122 | $236.00 | 7/17/18 | 00009093AA | 6/12/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90122 | $236.00 | 7/17/18 | 00009091AA | 6/12/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90122 | $236.00 | 7/17/18 | 00009092AA | 6/12/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90122 | $236.00 | 7/17/18 | 00009095AA | 6/12/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90122 | $236.00 | 7/17/18 | 0000589239 | 7/12/18 | -$32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90964 | $320.00 | 7/18/18 | 00009546AA | 6/13/18 | $128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90964 | $320.00 | 7/18/18 | 00009543AA | 6/13/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90964 | $320.00 | 7/18/18 | 00009545AA | 6/13/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90964 | $320.00 | 7/18/18 | 00009544AA | 6/13/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90964 | $320.00 | 7/18/18 | 00009547AA | 6/13/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90964 | $320.00 | 7/18/18 | 00009542AA | 6/13/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90964 | $320.00 | 7/18/18 | 00009541AA | 6/13/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91830 | $136.00 | 7/19/18 | 00009981AA | 6/14/18 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91830 | $136.00 | 7/19/18 | 00009979AA | 6/14/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91830 | $136.00 | 7/19/18 | 00009980AA | 6/14/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92369 | $108.00 | 7/20/18 | 00000441AA | 6/15/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92369 | $108.00 | 7/20/18 | 00000443AA | 6/15/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92369 | $108.00 | 7/20/18 | 00000442AA | 6/15/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92369 | $108.00 | 7/20/18 | 00000440AA | 6/15/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001325AA | 6/18/18 | $147.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001332AA | 6/18/18 | $128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001322AA | 6/18/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001328AA | 6/18/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001321AA | 6/18/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001333AA | 6/18/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001334AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001324AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001315AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001337AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001317AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001319AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001323AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001326AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001327AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001331AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001329AA | 6/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001320AA | 6/18/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001336AA | 6/18/18 | $25.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001330AA | 6/18/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001335AA | 6/18/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001316AA | 6/18/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93514 | $1,128.00 | 7/23/18 | 00001318AA | 6/18/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94308 | $262.00 | 7/24/18 | 00002095AA | 6/19/18 | $195.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94308 | $262.00 | 7/24/18 | 00002090AA | 6/19/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94308 | $262.00 | 7/24/18 | 00002091AA | 6/19/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94308 | $262.00 | 7/24/18 | 00002092AA | 6/19/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94308 | $262.00 | 7/24/18 | 00002094AA | 6/19/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94308 | $262.00 | 7/24/18 | 00002089AA | 6/19/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94308 | $262.00 | 7/24/18 | 00002093AA | 6/19/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94308 | $262.00 | 7/24/18 | 00002088AA | 6/19/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94308 | $262.00 | 7/24/18 | 0000591542 | 7/19/18 | -$140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95106 | $315.00 | 7/25/18 | 00002570AA | 6/20/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95106 | $315.00 | 7/25/18 | 00002572AA | 6/20/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95106 | $315.00 | 7/25/18 | 00002574AA | 6/20/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95106 | $315.00 | 7/25/18 | 00002576AA | 6/20/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95106 | $315.00 | 7/25/18 | 00002575AA | 6/20/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95106 | $315.00 | 7/25/18 | 00002573AA | 6/20/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95106 | $315.00 | 7/25/18 | 00002569AA | 6/20/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95106 | $315.00 | 7/25/18 | 00002571AA | 6/20/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95940 | $294.00 | 7/26/18 | 00003046AA | 6/21/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95940 | $294.00 | 7/26/18 | 00003042AA | 6/21/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95940 | $294.00 | 7/26/18 | 00003047AA | 6/21/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95940 | $294.00 | 7/26/18 | 00003043AA | 6/21/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95940 | $294.00 | 7/26/18 | 00003044AA | 6/21/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95940 | $294.00 | 7/26/18 | 00003045AA | 6/21/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96472 | $357.00 | 7/27/18 | 00003550AA | 6/22/18 | $147.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96472 | $357.00 | 7/27/18 | 00003548AA | 6/22/18 | $64.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96472 | $357.00 | 7/27/18 | 00003551AA | 6/22/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96472 | $357.00 | 7/27/18 | 00003549AA | 6/22/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96472 | $357.00 | 7/27/18 | 00003547AA | 6/22/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96472 | $357.00 | 7/27/18 | 00003545AA | 6/22/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96472 | $357.00 | 7/27/18 | 00003546AA | 6/22/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97558 | $631.00 | 7/30/18 | 00004638AA | 6/25/18 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97558 | $631.00 | 7/30/18 | 00004640AA | 6/25/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97558 | $631.00 | 7/30/18 | 00004637AA | 6/25/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97558 | $631.00 | 7/30/18 | 00004635AA | 6/25/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97558 | $631.00 | 7/30/18 | 00004634AA | 6/25/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97558 | $631.00 | 7/30/18 | 00004641AA | 6/25/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97558 | $631.00 | 7/30/18 | 00004642AA | 6/25/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97558 | $631.00 | 7/30/18 | 00004639AA | 6/25/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97558 | $631.00 | 7/30/18 | 00004643AA | 6/25/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97558 | $631.00 | 7/30/18 | 00004636AA | 6/25/18 | $25.00 |

Stork Craft Mfg (USA) Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98376 | $225.00 | 7/31/18 | 00005629AA | 6/26/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98376 | $225.00 | 7/31/18 | 00005631AA | 6/26/18 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98376 | $225.00 | 7/31/18 | 00005630AA | 6/26/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99072 | $430.00 | 8/1/18 | 00006128AA | 6/27/18 | $195.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99072 | $430.00 | 8/1/18 | 00006132AA | 6/27/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99072 | $430.00 | 8/1/18 | 00006131AA | 6/27/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99072 | $430.00 | 8/1/18 | 00006133AA | 6/27/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99072 | $430.00 | 8/1/18 | 00006130AA | 6/27/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99072 | $430.00 | 8/1/18 | 00006129AA | 6/27/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99874 | $421.00 | 8/2/18 | 00006656AA | 6/28/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99874 | $421.00 | 8/2/18 | 00006660AA | 6/28/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99874 | $421.00 | 8/2/18 | 00006661AA | 6/28/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99874 | $421.00 | 8/2/18 | 00006659AA | 6/28/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99874 | $421.00 | 8/2/18 | 00006658AA | 6/28/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99874 | $421.00 | 8/2/18 | 00006657AA | 6/28/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00399 | $292.00 | 8/3/18 | 00007224AA | 6/29/18 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00399 | $292.00 | 8/3/18 | 00007217AA | 6/29/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00399 | $292.00 | 8/3/18 | 00007218AA | 6/29/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00399 | $292.00 | 8/3/18 | 00007220AA | 6/29/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00399 | $292.00 | 8/3/18 | 00007216AA | 6/29/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00399 | $292.00 | 8/3/18 | 00007222AA | 6/29/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00399 | $292.00 | 8/3/18 | 00007219AA | 6/29/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00399 | $292.00 | 8/3/18 | 00007223AA | 6/29/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00399 | $292.00 | 8/3/18 | 00007221AA | 6/29/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008159AA | 7/2/18 | $147.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008156AA | 7/2/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008165AA | 7/2/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008161AA | 7/2/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008154AA | 7/2/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008164AA | 7/2/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008157AA | 7/2/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008155AA | 7/2/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008153AA | 7/2/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008163AA | 7/2/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008158AA | 7/2/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008166AA | 7/2/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01483 | $629.00 | 8/6/18 | 00008160AA | 7/2/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009358AA | 7/3/18 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009363AA | 7/3/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009367AA | 7/3/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009359AA | 7/3/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009368AA | 7/3/18 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009364AA | 7/3/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009362AA | 7/3/18 | $39.00 |

Stork Craft Mfg (USA) Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009361AA | 7/3/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009360AA | 7/3/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009366AA | 7/3/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02216 | $843.00 | 8/7/18 | 00009365AA | 7/3/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000194AA | 7/5/18 | $170.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000203AA | 7/5/18 | $147.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000195AA | 7/5/18 | $128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000193AA | 7/5/18 | $128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000191AA | 7/5/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000190AA | 7/5/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000201AA | 7/5/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000196AA | 7/5/18 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000202AA | 7/5/18 | $64.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000189AA | 7/5/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000198AA | 7/5/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000192AA | 7/5/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000200AA | 7/5/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000204AA | 7/5/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 00000199AA | 7/5/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03727 | $1,126.00 | 8/9/18 | 0000596979 | 8/6/18 | -$25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04244 | $393.00 | 8/10/18 | 00001062AA | 7/6/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04244 | $393.00 | 8/10/18 | 00001063AA | 7/6/18 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04244 | $393.00 | 8/10/18 | 00001064AA | 7/6/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04244 | $393.00 | 8/10/18 | 00001060AA | 7/6/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04244 | $393.00 | 8/10/18 | 00001058AA | 7/6/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04244 | $393.00 | 8/10/18 | 00001065AA | 7/6/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04244 | $393.00 | 8/10/18 | 00001056AA | 7/6/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04244 | $393.00 | 8/10/18 | 00001061AA | 7/6/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04244 | $393.00 | 8/10/18 | 00001057AA | 7/6/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002290AA | 7/9/18 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002310AA | 7/9/18 | $175.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002311AA | 7/9/18 | $170.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002301AA | 7/9/18 | $161.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002291AA | 7/9/18 | $147.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002309AA | 7/9/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002293AA | 7/9/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002299AA | 7/9/18 | $128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002313AA | 7/9/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002289AA | 7/9/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002306AA | 7/9/18 | $66.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002300AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002292AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002305AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002304AA | 7/9/18 | $32.00 |

Stork Craft Mfg (USA) Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

18-23538-shl    Doc 5965-1    Filed 11/12/19    Entered 11/12/19 13:28:06    Exhibit A
Pg 5 of 8

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002302AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002308AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002298AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002296AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002295AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002294AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002312AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002307AA | 7/9/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002303AA | 7/9/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05338 | $2,009.00 | 8/13/18 | 00002297AA | 7/9/18 | $25.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06078 | $271.00 | 8/14/18 | 00003403AA | 7/10/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06078 | $271.00 | 8/14/18 | 00003404AA | 7/10/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06078 | $271.00 | 8/14/18 | 00003406AA | 7/10/18 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06078 | $271.00 | 8/14/18 | 00003405AA | 7/10/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06078 | $271.00 | 8/14/18 | 00003402AA | 7/10/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06078 | $271.00 | 8/14/18 | 0000597795 | 8/8/18 | -$32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06885 | $315.00 | 8/15/18 | 00004024AA | 7/11/18 | $128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06885 | $315.00 | 8/15/18 | 00004027AA | 7/11/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06885 | $315.00 | 8/15/18 | 00004023AA | 7/11/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06885 | $315.00 | 8/15/18 | 00004025AA | 7/11/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06885 | $315.00 | 8/15/18 | 00004026AA | 7/11/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004629AA | 7/12/18 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004619AA | 7/12/18 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004620AA | 7/12/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004625AA | 7/12/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004627AA | 7/12/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004623AA | 7/12/18 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004621AA | 7/12/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004624AA | 7/12/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004630AA | 7/12/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004622AA | 7/12/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004626AA | 7/12/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07705 | $1,022.00 | 8/16/18 | 00004628AA | 7/12/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08244 | $325.00 | 8/17/18 | 00005229AA | 7/13/18 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08244 | $325.00 | 8/17/18 | 00005228AA | 7/13/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08244 | $325.00 | 8/17/18 | 00005230AA | 7/13/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006405AA | 7/16/18 | $128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006399AA | 7/16/18 | $128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006401AA | 7/16/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006402AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006407AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006414AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006404AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006398AA | 7/16/18 | $32.00 |

Stork Craft Mfg (USA) Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Schedule A                                                                                                       P. 5

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006400AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006409AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006412AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006411AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006410AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006413AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006406AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006415AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006417AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006419AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006421AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006418AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006408AA | 7/16/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006416AA | 7/16/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006420AA | 7/16/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09345 | $985.00 | 8/20/18 | 00006403AA | 7/16/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10106 | $594.00 | 8/21/18 | 00007981AA | 7/17/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10106 | $594.00 | 8/21/18 | 00007972AA | 7/17/18 | $128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10106 | $594.00 | 8/21/18 | 00007976AA | 7/17/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10106 | $594.00 | 8/21/18 | 00007980AA | 7/17/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10106 | $594.00 | 8/21/18 | 00007977AA | 7/17/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10106 | $594.00 | 8/21/18 | 00007979AA | 7/17/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10106 | $594.00 | 8/21/18 | 00007978AA | 7/17/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10106 | $594.00 | 8/21/18 | 00007974AA | 7/17/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10106 | $594.00 | 8/21/18 | 00007975AA | 7/17/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10106 | $594.00 | 8/21/18 | 00007973AA | 7/17/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10938 | $156.80 | 8/22/18 | 00008828AA | 7/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10938 | $156.80 | 8/22/18 | 00008827AA | 7/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10938 | $156.80 | 8/22/18 | 00008824AA | 7/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10938 | $156.80 | 8/22/18 | 00008826AA | 7/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10938 | $156.80 | 8/22/18 | 00008829AA | 7/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10938 | $156.80 | 8/22/18 | 00008825AA | 7/18/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10938 | $156.80 | 8/22/18 | 0000502530 | 8/17/18 | -$35.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11621 | $84.00 | 8/23/18 | 00009419AA | 7/19/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11621 | $84.00 | 8/23/18 | 00009420AA | 7/19/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11621 | $84.00 | 8/23/18 | 00009418AA | 7/19/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00000321AA | 7/20/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00000320AA | 7/20/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00000322AA | 7/20/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00000319AA | 7/20/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001522AA | 7/23/18 | $175.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001512AA | 7/23/18 | $161.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001527AA | 7/23/18 | $136.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001518AA | 7/23/18 | $88.00 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001521AA | 7/23/18 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001525AA | 7/23/18 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001517AA | 7/23/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001511AA | 7/23/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001519AA | 7/23/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001524AA | 7/23/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001523AA | 7/23/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001520AA | 7/23/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001516AA | 7/23/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001515AA | 7/23/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001514AA | 7/23/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001513AA | 7/23/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 00001526AA | 7/23/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13374 | $1,006.00 | 8/27/18 | 0000602012 | 8/21/18 | -$232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14189 | $94.00 | 8/28/18 | 00002721AA | 7/24/18 | $72.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14189 | $94.00 | 8/28/18 | 00002722AA | 7/24/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14959 | $276.00 | 8/29/18 | 00003274AA | 7/25/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14959 | $276.00 | 8/29/18 | 00003275AA | 7/25/18 | $91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14959 | $276.00 | 8/29/18 | 00003273AA | 7/25/18 | $40.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14959 | $276.00 | 8/29/18 | 00003276AA | 7/25/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14959 | $276.00 | 8/29/18 | 00003277AA | 7/25/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15742 | $376.00 | 8/30/18 | 00003776AA | 7/26/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15742 | $376.00 | 8/30/18 | 00003773AA | 7/26/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15742 | $376.00 | 8/30/18 | 00003775AA | 7/26/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15742 | $376.00 | 8/30/18 | 00003774AA | 7/26/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15742 | $376.00 | 8/30/18 | 00003772AA | 7/26/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15742 | $376.00 | 8/30/18 | 00003771AA | 7/26/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15742 | $376.00 | 8/30/18 | 00003777AA | 7/26/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005566AA | 7/30/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005569AA | 7/30/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005570AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005562AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005563AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005564AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005565AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005568AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005567AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005575AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005574AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005573AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005572AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00005571AA | 7/30/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00006543AA | 7/31/18 | $232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00006550AA | 7/31/18 | $175.00 |

Stork Craft Mfg (USA) Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00006544AA | 7/31/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00006547AA | 7/31/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00006548AA | 7/31/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00006545AA | 7/31/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00006546AA | 7/31/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17387 | $1,251.00 | 9/4/18 | 00006549AA | 7/31/18 | $32.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18978 | $164.00 | 9/6/18 | 00008162AA | 7/2/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18978 | $164.00 | 9/6/18 | 00009357AA | 7/3/18 | $175.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18978 | $164.00 | 9/6/18 | 0000604838 | 8/30/18 | -$91.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20312 | $255.00 | 9/10/18 | 00000197AA | 7/5/18 | $175.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20312 | $255.00 | 9/10/18 | 00001059AA | 7/6/18 | $80.00 |

Totals:    34 transfer(s),  $17,329.80

Stork Craft Mfg (USA) Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Schedule A