Defendant: **Yost Vises LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91100 | $579.00 | 7/18/18 | 00008330AA | 5/14/18 | $148.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91100 | $579.00 | 7/18/18 | 00008336AA | 5/14/18 | $148.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91100 | $579.00 | 7/18/18 | 00008331AA | 5/14/18 | $106.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91100 | $579.00 | 7/18/18 | 00008334AA | 5/14/18 | $59.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91100 | $579.00 | 7/18/18 | 00008332AA | 5/14/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91100 | $579.00 | 7/18/18 | 00008333AA | 5/14/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91100 | $579.00 | 7/18/18 | 00008337AA | 5/14/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91100 | $579.00 | 7/18/18 | 00008338AA | 5/14/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91100 | $579.00 | 7/18/18 | 00008339AA | 5/14/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91100 | $579.00 | 7/18/18 | 00008335AA | 5/14/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91945 | $206.00 | 7/19/18 | 00008363AA | 5/15/18 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91945 | $206.00 | 7/19/18 | 00008381AA | 5/15/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91945 | $206.00 | 7/19/18 | 00008364AA | 5/15/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91945 | $206.00 | 7/19/18 | 00008362AA | 5/15/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92437 | $54.00 | 7/20/18 | 00008394AA | 5/16/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92437 | $54.00 | 7/20/18 | 00008388AA | 5/16/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92437 | $54.00 | 7/20/18 | 00008389AA | 5/16/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93709 | $500.00 | 7/23/18 | 00008428AA | 5/17/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93709 | $500.00 | 7/23/18 | 00008437AA | 5/17/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93709 | $500.00 | 7/23/18 | 00008148AA | 5/17/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93709 | $500.00 | 7/23/18 | 00008417AA | 5/17/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93709 | $500.00 | 7/23/18 | 00008463AA | 5/18/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93709 | $500.00 | 7/23/18 | 00008442AA | 5/18/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93709 | $500.00 | 7/23/18 | 00008444AA | 5/18/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93709 | $500.00 | 7/23/18 | 00008445AA | 5/18/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93709 | $500.00 | 7/23/18 | 00008443AA | 5/18/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95236 | $279.00 | 7/25/18 | 00008566AA | 5/21/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95236 | $279.00 | 7/25/18 | 00008563AA | 5/21/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95236 | $279.00 | 7/25/18 | 00008564AA | 5/21/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95236 | $279.00 | 7/25/18 | 00008567AA | 5/21/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95236 | $279.00 | 7/25/18 | 00008568AA | 5/21/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95236 | $279.00 | 7/25/18 | 00008565AA | 5/21/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96057 | $270.00 | 7/26/18 | 00008602AA | 5/22/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96057 | $270.00 | 7/26/18 | 00008591AA | 5/22/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96057 | $270.00 | 7/26/18 | 00008603AA | 5/22/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96057 | $270.00 | 7/26/18 | 00008592AA | 5/22/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96057 | $270.00 | 7/26/18 | 00008604AA | 5/22/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97744 | $794.00 | 7/30/18 | 00008659AA | 5/24/18 | $440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97744 | $794.00 | 7/30/18 | 00008636AA | 5/24/18 | $189.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97744 | $794.00 | 7/30/18 | 00008635AA | 5/24/18 | $23.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97744 | $794.00 | 7/30/18 | 00008658AA | 5/24/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97744 | $794.00 | 7/30/18 | 00008660AA | 5/24/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97744 | $794.00 | 7/30/18 | 00008664AA | 5/25/18 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97744 | $794.00 | 7/30/18 | 00008673AA | 5/25/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97744 | $794.00 | 7/30/18 | 00008663AA | 5/25/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97744 | $794.00 | 7/30/18 | 00008674AA | 5/25/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008718AA | 5/29/18 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008717AA | 5/29/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008719AA | 5/29/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008715AA | 5/29/18 | $33.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008725AA | 5/29/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008716AA | 5/29/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008724AA | 5/29/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008722AA | 5/29/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008723AA | 5/29/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008757AA | 5/29/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008720AA | 5/29/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00002 | $523.00 | 8/2/18 | 00008721AA | 5/29/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00461 | $263.00 | 8/3/18 | 00008770AA | 5/30/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00461 | $263.00 | 8/3/18 | 00008768AA | 5/30/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00461 | $263.00 | 8/3/18 | 00008769AA | 5/30/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00461 | $263.00 | 8/3/18 | 00008771AA | 5/30/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01666 | $572.00 | 8/6/18 | 00008803AA | 5/31/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01666 | $572.00 | 8/6/18 | 00008805AA | 5/31/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01666 | $572.00 | 8/6/18 | 00008804AA | 5/31/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01666 | $572.00 | 8/6/18 | 00008825AA | 6/1/18 | $220.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01666 | $572.00 | 8/6/18 | 00008824AA | 6/1/18 | $148.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01666 | $572.00 | 8/6/18 | 00008826AA | 6/1/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01666 | $572.00 | 8/6/18 | 00008827AA | 6/1/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01666 | $572.00 | 8/6/18 | 00008828AA | 6/1/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03043 | $450.00 | 8/8/18 | 00008861AA | 6/4/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03043 | $450.00 | 8/8/18 | 00008862AA | 6/4/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03043 | $450.00 | 8/8/18 | 00008863AA | 6/4/18 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03043 | $450.00 | 8/8/18 | 00008859AA | 6/4/18 | $43.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03043 | $450.00 | 8/8/18 | 00008860AA | 6/4/18 | $36.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03043 | $450.00 | 8/8/18 | 00008868AA | 6/4/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03043 | $450.00 | 8/8/18 | 00008866AA | 6/4/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03043 | $450.00 | 8/8/18 | 00008865AA | 6/4/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03043 | $450.00 | 8/8/18 | 00008867AA | 6/4/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03832 | $211.00 | 8/9/18 | 00008906AA | 6/5/18 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03832 | $211.00 | 8/9/18 | 00008905AA | 6/5/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03832 | $211.00 | 8/9/18 | 00008904AA | 6/5/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03832 | $211.00 | 8/9/18 | 00008912AA | 6/5/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04300 | $113.00 | 8/10/18 | 00008943AA | 6/6/18 | $73.00 |

Yost Vises LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04300 | $113.00 | 8/10/18 | 00008945AA | 6/6/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04300 | $113.00 | 8/10/18 | 00008944AA | 6/6/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05520 | $259.00 | 8/13/18 | 00008967AA | 6/7/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05520 | $259.00 | 8/13/18 | 00008966AA | 6/7/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05520 | $259.00 | 8/13/18 | 00008968AA | 6/7/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05520 | $259.00 | 8/13/18 | 00008965AA | 6/7/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05520 | $259.00 | 8/13/18 | 00008996AA | 6/8/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05520 | $259.00 | 8/13/18 | 00009000AA | 6/8/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07020 | $812.00 | 8/15/18 | 00009024AA | 6/11/18 | $299.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07020 | $812.00 | 8/15/18 | 00009027AA | 6/11/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07020 | $812.00 | 8/15/18 | 00009029AA | 6/11/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07020 | $812.00 | 8/15/18 | 00009030AA | 6/11/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07020 | $812.00 | 8/15/18 | 00009049AA | 6/11/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07020 | $812.00 | 8/15/18 | 00009031AA | 6/11/18 | $33.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07020 | $812.00 | 8/15/18 | 00009028AA | 6/11/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07020 | $812.00 | 8/15/18 | 00009025AA | 6/11/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07020 | $812.00 | 8/15/18 | 00009026AA | 6/11/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07828 | $140.00 | 8/16/18 | 00009071AA | 6/12/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07828 | $140.00 | 8/16/18 | 00009072AA | 6/12/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07828 | $140.00 | 8/16/18 | 00009055AA | 6/12/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07828 | $140.00 | 8/16/18 | 00009056AA | 6/12/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08309 | $529.00 | 8/17/18 | 00009084AA | 6/13/18 | $189.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08309 | $529.00 | 8/17/18 | 00009080AA | 6/13/18 | $134.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08309 | $529.00 | 8/17/18 | 00009082AA | 6/13/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08309 | $529.00 | 8/17/18 | 00009103AA | 6/13/18 | $36.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08309 | $529.00 | 8/17/18 | 00009083AA | 6/13/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08309 | $529.00 | 8/17/18 | 00009081AA | 6/13/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09535 | $743.00 | 8/20/18 | 00009114AA | 6/14/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09535 | $743.00 | 8/20/18 | 00009123AA | 6/14/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09535 | $743.00 | 8/20/18 | 00009115AA | 6/14/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09535 | $743.00 | 8/20/18 | 00009116AA | 6/14/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09535 | $743.00 | 8/20/18 | 00009117AA | 6/14/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09535 | $743.00 | 8/20/18 | 00009138AA | 6/15/18 | $299.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09535 | $743.00 | 8/20/18 | 00009137AA | 6/15/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09535 | $743.00 | 8/20/18 | 00009136AA | 6/15/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009195AA | 6/18/18 | $189.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009192AA | 6/18/18 | $189.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009215AA | 6/18/18 | $148.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009190AA | 6/18/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009184AA | 6/18/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009214AA | 6/18/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009187AA | 6/18/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009186AA | 6/18/18 | $53.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009185AA | 6/18/18 | $23.00 |

Yost Vises LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009189AA | 6/18/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009191AA | 6/18/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009183AA | 6/18/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009188AA | 6/18/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009194AA | 6/18/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11066 | $1,108.00 | 8/22/18 | 00009193AA | 6/18/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11710 | $633.00 | 8/23/18 | 00009230AA | 6/19/18 | $299.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11710 | $633.00 | 8/23/18 | 00009229AA | 6/19/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11710 | $633.00 | 8/23/18 | 00009231AA | 6/19/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11710 | $633.00 | 8/23/18 | 00009244AA | 6/19/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11710 | $633.00 | 8/23/18 | 00009232AA | 6/19/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11710 | $633.00 | 8/23/18 | 00009228AA | 6/19/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11710 | $633.00 | 8/23/18 | 00009243AA | 6/19/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12331 | $702.00 | 8/24/18 | 00009292AA | 6/20/18 | $220.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12331 | $702.00 | 8/24/18 | 00009261AA | 6/20/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12331 | $702.00 | 8/24/18 | 00009262AA | 6/20/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12331 | $702.00 | 8/24/18 | 00009294AA | 6/20/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12331 | $702.00 | 8/24/18 | 00009260AA | 6/20/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12331 | $702.00 | 8/24/18 | 00009293AA | 6/20/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12331 | $702.00 | 8/24/18 | 00009259AA | 6/20/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13566 | $415.00 | 8/27/18 | 00009308AA | 6/21/18 | $257.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13566 | $415.00 | 8/27/18 | 00009305AA | 6/21/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13566 | $415.00 | 8/27/18 | 00009307AA | 6/21/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13566 | $415.00 | 8/27/18 | 00009306AA | 6/21/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13566 | $415.00 | 8/27/18 | 00009309AA | 6/21/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13566 | $415.00 | 8/27/18 | 00009333AA | 6/22/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15078 | $489.00 | 8/29/18 | 00009360AA | 6/25/18 | $189.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15078 | $489.00 | 8/29/18 | 00009358AA | 6/25/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15078 | $489.00 | 8/29/18 | 00009374AA | 6/25/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15078 | $489.00 | 8/29/18 | 00009357AA | 6/25/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15078 | $489.00 | 8/29/18 | 00009383AA | 6/25/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15078 | $489.00 | 8/29/18 | 00009361AA | 6/25/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15078 | $489.00 | 8/29/18 | 00009356AA | 6/25/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15078 | $489.00 | 8/29/18 | 00009359AA | 6/25/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15867 | $150.00 | 8/30/18 | 00009391AA | 6/26/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15867 | $150.00 | 8/30/18 | 00009409AA | 6/26/18 | $59.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15867 | $150.00 | 8/30/18 | 00009403AA | 6/26/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16285 | $253.00 | 8/31/18 | 00009427AA | 6/27/18 | $134.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16285 | $253.00 | 8/31/18 | 00009415AA | 6/27/18 | $53.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16285 | $253.00 | 8/31/18 | 00009416AA | 6/27/18 | $43.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16285 | $253.00 | 8/31/18 | 00009414AA | 6/27/18 | $23.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009444AA | 6/28/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009445AA | 6/28/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009461AA | 6/28/18 | $33.00 |

Yost Vises LLC

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009452AA | 6/28/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009446AA | 6/28/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009478AA | 6/29/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009474AA | 6/29/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009477AA | 6/29/18 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009468AA | 6/29/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009476AA | 6/29/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17593 | $683.00 | 9/4/18 | 00009475AA | 6/29/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009518AA | 7/2/18 | $189.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009509AA | 7/2/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009516AA | 7/2/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009530AA | 7/2/18 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009513AA | 7/2/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009512AA | 7/2/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009511AA | 7/2/18 | $33.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009515AA | 7/2/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009519AA | 7/2/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009517AA | 7/2/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009514AA | 7/2/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18324 | $783.00 | 9/5/18 | 00009510AA | 7/2/18 | $18.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19092 | $542.00 | 9/6/18 | 00009556AA | 7/3/18 | $189.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19092 | $542.00 | 9/6/18 | 00009555AA | 7/3/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19092 | $542.00 | 9/6/18 | 00009545AA | 7/3/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19092 | $542.00 | 9/6/18 | 00009562AA | 7/3/18 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20493 | $645.00 | 9/10/18 | 00009572AA | 7/5/18 | $189.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20493 | $645.00 | 9/10/18 | 00009569AA | 7/5/18 | $134.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20493 | $645.00 | 9/10/18 | 00009571AA | 7/5/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20493 | $645.00 | 9/10/18 | 00009594AA | 7/5/18 | $73.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20493 | $645.00 | 9/10/18 | 00009570AA | 7/5/18 | $20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20493 | $645.00 | 9/10/18 | 00009609AA | 7/6/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20493 | $645.00 | 9/10/18 | 00009600AA | 7/6/18 | $20.00 |

Totals:    29 transfer(s),  $13,700.00