Defendant: **Arizona Republic Phoenix Gazette, et al.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995713 | $19,440.76 | 8/20/18 | 51869299 | 6/2/18 | $19,440.76 |
| **Totals:** | 1 transfer(s), $19,440.76 | | | | | | |