| Defendant: | Belco Distributors Dba Belco Industries |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 786637 | 4/26/18 | $828.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 4483019166 | 6/26/18 | -$12.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 3486026786 | 6/26/18 | -$23.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 7653036332 | 6/26/18 | -$31.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 3828049624 | 6/28/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 7017029844 | 6/28/18 | -$41.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 8361AD070118AE4 | 6/29/18 | -$350.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 3737034438 | 6/30/18 | -$9.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 4713032501 | 7/2/18 | -$4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 7639032353 | 7/2/18 | -$12.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 7756014185 | 7/2/18 | -$30.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 3088042839 | 7/3/18 | -$17.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 3894019363 | 7/4/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 3963028277 | 7/5/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981209 | $169.41 | 7/19/18 | 8361AD070818AD2 | 7/6/18 | -$108.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984581 | $5,533.29 | 7/26/18 | 792557 | 5/14/18 | $5,593.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984581 | $5,533.29 | 7/26/18 | 3136019724 | 6/23/18 | -$15.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984581 | $5,533.29 | 7/26/18 | 3828049640 | 7/9/18 | -$11.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984581 | $5,533.29 | 7/26/18 | 7329027355 | 7/11/18 | -$11.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984581 | $5,533.29 | 7/26/18 | 3059047608 | 7/12/18 | -$13.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984581 | $5,533.29 | 7/26/18 | 8361AD071518AC9 | 7/13/18 | -$9.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987980 | $3,193.49 | 8/2/18 | 791058 | 5/8/18 | $552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987980 | $3,193.49 | 8/2/18 | 794438 | 5/21/18 | $2,882.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987980 | $3,193.49 | 8/2/18 | 3888048580 | 7/16/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987980 | $3,193.49 | 8/2/18 | 7673040851 | 7/18/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987980 | $3,193.49 | 8/2/18 | 7793060861 | 7/20/18 | -$11.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987980 | $3,193.49 | 8/2/18 | 9746029173 | 7/20/18 | -$15.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987980 | $3,193.49 | 8/2/18 | 8361AD072218AD1 | 7/20/18 | -$95.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987980 | $3,193.49 | 8/2/18 | 4819024569 | 7/21/18 | -$17.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987980 | $3,193.49 | 8/2/18 | 3266017192 | 7/22/18 | -$75.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 793396 | 5/16/18 | $1,725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 796161 | 5/25/18 | $3,601.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 7683057774 | 7/11/18 | -$15.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 4478044464 | 7/18/18 | -$15.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 3040043151 | 7/20/18 | -$8.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 3040043203 | 7/24/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 3040043190 | 7/24/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 707854KW | 7/24/18 | -$310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 707853KW | 7/24/18 | -$746.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 706023KW | 7/24/18 | -$2,446.00 |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 4819024586 | 7/25/18 | -$11.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 3225013101 | 7/25/18 | -$49.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 4129022140 | 7/27/18 | -$12.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991483 | $1,651.24 | 8/13/18 | 8361AD072918AD0 | 7/27/18 | -$51.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 782812 | 4/16/18 | $27,773.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 795765 | 5/23/18 | $2,829.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 3345038607 | 7/26/18 | -$9.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 7068025642 | 7/27/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 4809035562 | 7/27/18 | -$14.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 7673040871 | 7/29/18 | -$4.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 3371050260 | 7/30/18 | -$13.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 7683057794 | 7/30/18 | -$16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 7165039297 | 8/1/18 | -$12.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 3155028410 | 8/2/18 | -$13.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 4728035701 | 8/2/18 | -$90.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995779 | $30,217.96 | 8/20/18 | 8361AD080518AD6 | 8/3/18 | -$203.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 797566 | 6/1/18 | $3,105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 799163 | 6/5/18 | $3,076.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 800849 | 6/11/18 | $2,590.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 4751015537 | 8/1/18 | -$14.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 4136018874 | 8/3/18 | -$30.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 3412034191 | 8/4/18 | -$14.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 3243031703 | 8/6/18 | -$4.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 4421040066 | 8/6/18 | -$15.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 7756014290 | 8/7/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 3834053357 | 8/7/18 | -$20.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 9415016469 | 8/8/18 | -$4.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 8361AD081218AC1 | 8/10/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 7673040876 | 8/10/18 | -$4.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 9693011501 | 8/10/18 | -$15.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999093 | $8,629.90 | 8/29/18 | 7109051548 | 8/11/18 | -$9.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 799600 | 6/5/18 | $1,656.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 803347 | 6/18/18 | $1,842.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 3990024212 | 8/13/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 4706035201 | 8/13/18 | -$9.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 7471036870 | 8/13/18 | -$11.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 7653036502 | 8/13/18 | -$15.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 9614026878 | 8/15/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 3592054637 | 8/15/18 | -$15.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 7192034934 | 8/15/18 | -$15.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 9419032239 | 8/16/18 | -$4.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 8361AD081918AC0 | 8/17/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002602 | $3,374.85 | 9/5/18 | 4129022181 | 8/17/18 | -$36.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005988 | $2,640.59 | 9/12/18 | 801711 | 6/12/18 | $2,829.00 |

Belco Distributors Dba Belco Industries

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005988 | $2,640.59 | 9/12/18 | 7225068341 | 8/17/18 | -$14.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005988 | $2,640.59 | 9/12/18 | 9423039928 | 8/20/18 | -$12.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005988 | $2,640.59 | 9/12/18 | 7471036884 | 8/22/18 | -$11.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005988 | $2,640.59 | 9/12/18 | 7274012844 | 8/22/18 | -$14.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005988 | $2,640.59 | 9/12/18 | 3911028877 | 8/23/18 | -$27.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005988 | $2,640.59 | 9/12/18 | 4819024642 | 8/24/18 | -$11.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005988 | $2,640.59 | 9/12/18 | 8361AD082618AD6 | 8/24/18 | -$96.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009765 | $8,616.44 | 9/19/18 | 804378 | 6/20/18 | $1,104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009765 | $8,616.44 | 9/19/18 | 807690 | 6/29/18 | $7,614.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009765 | $8,616.44 | 9/19/18 | 4160023168 | 8/20/18 | -$5.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009765 | $8,616.44 | 9/19/18 | 7654005139 | 8/27/18 | -$12.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009765 | $8,616.44 | 9/19/18 | 7673040897 | 8/29/18 | -$4.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009765 | $8,616.44 | 9/19/18 | 3415033823 | 8/30/18 | -$11.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009765 | $8,616.44 | 9/19/18 | 8361AD090218AD3 | 8/31/18 | -$46.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009765 | $8,616.44 | 9/19/18 | 3990024266 | 9/1/18 | -$21.56 |

Totals:    9 transfer(s),  $64,027.17

Belco Distributors Dba Belco Industries
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A