Defendant: **El Vocero De Puerto Rico, a/k/a Publi-Inversiones Puerto Rico Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994581 | $9,188.58 | 8/17/18 | 518030004443 | 6/1/18 | $9,188.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008864 | $9,188.59 | 9/18/18 | 618030004443 | 7/1/18 | $9,188.59 |

Totals: 2 transfer(s), $18,377.17

El Vocero De Puerto Rico, a/k/a Publi-Inversiones Puerto Rico Inc.
Bankruptcy Case: Sears Holding Corporation, et al.
Exhibit A
P. 1