Defendant:      **Fayetteville Observer, LLC**

Bankruptcy Case    **Sears Holding Corporation, et al.**

Preference Period:    **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994611 | $8,940.26 | 8/17/18 | 51849710006 | 6/1/18 | $7,453.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994611 | $8,940.26 | 8/17/18 | 61849710006 | 6/1/18 | $1,486.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010099 | $6,277.69 | 9/19/18 | 61849710006 | 7/2/18 | $5,593.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010099 | $6,277.69 | 9/19/18 | 71849710006 | 7/2/18 | $684.29 |

**Totals:**      **2 transfer(s),  $15,217.95**