Defendant: **Fresno Bee, a/k/a McClatchy Newspapers, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983809 | $8,833.15 | 7/25/18 | 418334064 | 5/1/18 | $8,833.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994634 | $10,555.84 | 8/17/18 | 518334064 | 6/1/18 | $10,555.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012860 | $12,564.20 | 9/25/18 | 618334064 | 7/2/18 | $12,564.20 |

Totals: 3 transfer(s), $31,953.19

Fresno Bee, a/k/a McClatchy Newspapers, Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A P. 1