| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | News Times, a/k/a Phoenix News Times | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32034013 | $10,733.91 | 8/8/18 | 1017123315 | 11/2/17 | $3,638.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034013 | $10,733.91 | 8/8/18 | 1117123315 | 12/1/17 | $4,891.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034013 | $10,733.91 | 8/8/18 | 218123315 | 3/2/18 | $2,203.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034683 | $4,751.84 | 9/12/18 | 418123315 | 5/1/18 | $1,185.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034683 | $4,751.84 | 9/12/18 | 518123315 | 6/1/18 | $3,566.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035378 | $3,400.42 | 10/10/18 | 618123315 | 7/2/18 | $3,400.42 |

Totals:    3 transfer(s),  $18,886.17

News Times, a/k/a Phoenix News Times
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                              P. 1