Defendant: **Orlando Sentinel, et al.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993874 | $21,921.65 | 8/16/18 | 518CU106114 | 6/1/18 | $21,921.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008299 | $13,896.50 | 9/17/18 | 618CU106114 | 7/2/18 | $13,896.50 |

Totals:   2 transfer(s),  $35,818.15

Orlando Sentinel, et al.
Bankruptcy Case: Sears Holding Corporation, et al.
Exhibit A
P. 1