Defendant: **R E Daigle & Son Electrical, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980140 | $14,798.63 | 7/17/18 | 1230 | 2/9/18 | $5,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980140 | $14,798.63 | 7/17/18 | 1637 | 5/2/18 | $325.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980140 | $14,798.63 | 7/17/18 | 1548 | 5/3/18 | $8,295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980140 | $14,798.63 | 7/17/18 | 1612 | 5/3/18 | $176.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980140 | $14,798.63 | 7/17/18 | 1630 | 5/8/18 | $257.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980140 | $14,798.63 | 7/17/18 | 1631 | 5/8/18 | $144.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983425 | $2,389.86 | 7/24/18 | 1635 | 5/14/18 | $1,898.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983425 | $2,389.86 | 7/24/18 | 1613 | 5/14/18 | $490.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990365 | $501.60 | 8/9/18 | 1686 | 5/3/18 | $501.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994026 | $1,384.51 | 8/16/18 | 1651 | 6/1/18 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994026 | $1,384.51 | 8/16/18 | 1650 | 6/1/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994026 | $1,384.51 | 8/16/18 | 1647 | 6/1/18 | $59.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001467 | $366.83 | 9/3/18 | 1678 | 6/15/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001467 | $366.83 | 9/3/18 | 1679 | 6/18/18 | $316.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004911 | $404.33 | 9/10/18 | 1677 | 6/20/18 | $235.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004911 | $404.33 | 9/10/18 | 1685 | 6/26/18 | $168.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012466 | $500.00 | 9/24/18 | 1696 | 7/4/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012466 | $500.00 | 9/24/18 | 1697A | 7/4/18 | $250.00 |

Totals:    7 transfer(s),  $20,345.76