Defendant: **Repair Palace Inc. Dba Atwood Jewelers**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986919 | $3,193.00 | 7/23/18 | 825D26181976026 | 7/16/18 | $3,193.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990397 | $6,545.00 | 7/30/18 | 825D26182046026 | 7/23/18 | $6,545.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994057 | $7,279.00 | 8/6/18 | 825D26182116026 | 7/30/18 | $7,279.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998053 | $4,865.00 | 8/13/18 | 825D26182186026 | 8/6/18 | $4,865.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001498 | $5,953.00 | 8/20/18 | 825D26182256026 | 8/13/18 | $5,953.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004937 | $6,091.00 | 8/27/18 | 825D26182326026 | 8/20/18 | $6,091.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008481 | $11,978.00 | 9/3/18 | 825D26182396026 | 8/27/18 | $11,978.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009150 | $109.60 | 9/4/18 | 35GW2018 | 7/1/18 | $68.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009150 | $109.60 | 9/4/18 | 35GW2018 | 7/1/18 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012490 | $6,365.00 | 9/10/18 | 825D26182466026 | 9/3/18 | $6,365.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015900 | $5,833.00 | 9/17/18 | 825D26182536026 | 9/10/18 | $5,833.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019377 | $10,412.00 | 9/24/18 | 825D26182606026 | 9/17/18 | $10,412.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022919 | $8,408.00 | 10/1/18 | 825D26182676026 | 9/24/18 | $8,408.00 |

Totals: 12 transfer(s), $77,031.60

Repair Palace Inc. Dba Atwood Jewelers
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                                           P. 1