# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, et al., | : | |
| | : | Case No. 18- 23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | Honorable Robert D. Drain |
| | : | |

## ORDER GRANTING MANPOWERGROUP US INC.'S
## MOTION FOR ALLOWANCE
## OF POST-PETITION ADMINISTRATIVE CLAIM

Upon consideration of the ManpowerGroup US Inc.'s Motion for Allowance of Post-Petition Administrative Claim (the "Motion"), the Court finding good cause for the granting of the Motion, it is hereby,

**ORDERED**, that the Motion be, and the same is hereby, granted; and it is further

**ORDERED**, that ManpowerGroup US Inc. shall have an allowed administrative expense claim in the amount of $117,579.66 (the "Administrative Claim"); and it is further

**ORDERED**, that the Debtors shall pay ManpowerGroup US Inc. the sum of $117,579.66, on account of the Administrative Claim in accordance with the terms of the Bankruptcy Code, the Plan, the Confirmation Order approved in this case, or as otherwise ordered by the Court; and it is further

**ORDERED,** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated:_____, 2019
        White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE