# EXHIBIT B

ManpowerGroup US Inc.
Sears Beeline.com
Post-Petition Statement of Account

| Customer Number | Customer Name | Document Number | Original Document | Reference | Invoice Date | Amount | Gross Amount | Pay Item | Week Ending Date | Doc Type | Business Unit | Co |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8192471 | BEELINE AT SEARS HOLDING | 33279492 | 33279492 | V228255 | 10/25/2018 | $481.54 | 481.54 | 001 | 10/20/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33279493 | 33279493 | V228256 | 10/25/2018 | $332.67 | 332.67 | 001 | 10/20/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33279494 | 33279494 | V228257 | 10/25/2018 | $75.93 | 75.93 | 001 | 10/20/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33279495 | 33279495 | V228258 | 10/25/2018 | $491.77 | 491.77 | 001 | 10/20/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33279497 | 33279497 | V228262 | 10/25/2018 | $167.45 | 167.45 | 001 | 10/20/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33294555 | 33294555 | V228175 | 10/31/2018 | $336.28 | 336.28 | 001 | 10/20/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302130 | 33302130 | V228171 | 11/1/2018 | $49.87 | 49.87 | 001 | 10/20/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302131 | 33302131 | V228195 | 11/1/2018 | $529.86 | 529.86 | 001 | 10/20/2018 | RI | 22130 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302136 | 33302136 | V228252 | 11/1/2018 | $252.51 | 252.51 | 001 | 10/27/2018 | RI | 22130 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302132 | 33302132 | V228254 | 11/1/2018 | $520.70 | 520.70 | 001 | 10/20/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302137 | 33302137 | V228260 | 11/1/2018 | $594.14 | 594.14 | 001 | 10/27/2018 | RI | 860 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302133 | 33302133 | V228287 | 11/1/2018 | $282.05 | 282.05 | 001 | 10/20/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302134 | 33302134 | V228291 | 11/1/2018 | $332.72 | 332.72 | 001 | 10/20/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302138 | 33302138 | V228292 | 11/1/2018 | $587.94 | 587.94 | 001 | 10/27/2018 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302140 | 33302140 | V228296 | 11/1/2018 | $631.75 | 631.75 | 001 | 10/27/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302141 | 33302141 | V228297 | 11/1/2018 | $741.77 | 741.77 | 001 | 10/27/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302142 | 33302142 | V228298 | 11/1/2018 | $831.80 | 831.80 | 001 | 10/27/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302143 | 33302143 | V228299 | 43,405.00 | $708.24 | 708.24 | 001 | 10/27/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302144 | 33302144 | V228300 | 11/1/2018 | $685.88 | 685.88 | 001 | 10/27/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302145 | 33302145 | V228302 | 11/1/2018 | $224.43 | 224.43 | 001 | 10/27/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302146 | 33302146 | V228303 | 11/1/2018 | $741.76 | 741.76 | 001 | 10/27/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302147 | 33302147 | V228309 | 11/1/2018 | $631.75 | 631.75 | 001 | 10/27/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302148 | 33302148 | V228313 | 43,405.00 | $460.80 | 460.80 | 001 | 10/27/2018 | RI | 57800 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302149 | 33302149 | V228317 | 11/1/2018 | $654.04 | 654.04 | 001 | 10/27/2018 | RI | 22130 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302151 | 33302151 | V228319 | 11/1/2018 | $192.61 | 192.61 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302152 | 33302152 | V228320 | 11/1/2018 | $192.61 | 192.61 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302153 | 33302153 | V228321 | 11/1/2018 | $990.58 | 990.58 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302154 | 33302154 | V228322 | 11/1/2018 | $57.78 | 57.78 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302155 | 33302155 | V228323 | 11/1/2018 | $1,055.02 | 1,055.02 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302156 | 33302156 | V228324 | 11/1/2018 | $154.09 | 154.09 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302157 | 33302157 | V228325 | 11/1/2018 | $200.00 | 200.00 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302158 | 33302158 | V228326 | 11/1/2018 | $405.01 | 405.01 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302159 | 33302159 | V228327 | 11/1/2018 | $70.00 | 70.00 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302160 | 33302160 | V228328 | 11/1/2018 | $880.61 | 880.61 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302162 | 33302162 | V228330 | 11/1/2018 | $285.01 | 285.01 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302163 | 33302163 | V228331 | 11/1/2018 | $38.45 | 38.45 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302164 | 33302164 | V228332 | 11/1/2018 | $410.00 | 410.00 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302165 | 33302165 | V228334 | 11/1/2018 | $77.05 | 77.05 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302166 | 33302166 | V228335 | 11/1/2018 | $361.06 | 361.06 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302167 | 33302167 | V228336 | 11/1/2018 | $361.06 | 361.06 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302168 | 33302168 | V228337 | 11/1/2018 | $193.61 | 193.61 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302169 | 33302169 | V228338 | 11/1/2018 | $701.20 | 701.20 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302170 | 33302170 | V228339 | 11/1/2018 | $251.18 | 251.18 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302171 | 33302171 | V228340 | 11/1/2018 | $607.01 | 607.01 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302172 | 33302172 | V228341 | 11/1/2018 | $219.78 | 219.78 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302173 | 33302173 | V228342 | 11/1/2018 | $408.16 | 408.16 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302174 | 33302174 | V228343 | 11/1/2018 | $460.49 | 460.49 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302175 | 33302175 | V228344 | 11/1/2018 | $790.16 | 790.16 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302176 | 33302176 | V228345 | 11/1/2018 | $657.70 | 657.70 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302177 | 33302177 | V228346 | 11/1/2018 | $413.39 | 413.39 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302178 | 33302178 | V228347 | 11/1/2018 | $476.19 | 476.19 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302179 | 33302179 | V228348 | 11/1/2018 | $183.15 | 183.15 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302180 | 33302180 | V228349 | 11/1/2018 | $188.38 | 188.38 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302181 | 33302181 | V228350 | 11/1/2018 | $183.15 | 183.15 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302182 | 33302182 | V228351 | 11/1/2018 | $659.34 | 659.34 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302183 | 33302183 | V228358 | 11/1/2018 | $627.94 | 627.94 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302184 | 33302184 | V228359 | 11/1/2018 | $533.75 | 533.75 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302185 | 33302185 | V228360 | 11/1/2018 | $455.26 | 455.26 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302186 | 33302186 | V228361 | 11/1/2018 | $314.99 | 314.99 | 001 | 10/27/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302187 | 33302187 | V228362 | 11/1/2018 | $591.31 | 591.31 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302188 | 33302188 | V228363 | 11/1/2018 | $486.65 | 486.65 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302189 | 33302189 | V228365 | 11/1/2018 | $502.35 | 502.35 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302190 | 33302190 | V228366 | 11/1/2018 | $293.04 | 293.04 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302191 | 33302191 | V228368 | 11/1/2018 | $617.48 | 617.48 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302192 | 33302192 | V228369 | 11/1/2018 | $481.42 | 481.42 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33302193 | 33302193 | V228371 | 11/1/2018 | $209.31 | 209.31 | 001 | 10/27/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33329249 | 33329249 | P1472861438 | 11/8/2018 | ($288.10) | 172.68 | 001 | 10/20/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33329252 | 33329252 | P1472861469 | 11/8/2018 | $104.66 | 104.66 | 001 | 10/20/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33329253 | 33329253 | P1483597102 | 11/8/2018 | ($499.08) | 332.72 | 001 | 10/20/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33329256 | 33329256 | P1483597118 | 11/8/2018 | $332.72 | 332.72 | 001 | 10/20/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33329313 | 33329313 | V228408 | 11/8/2018 | $128.53 | 625.25 | 001 | 11/3/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33329321 | 33329321 | V228420 | 11/8/2018 | ($892.27) | 892.29 | 001 | 11/3/2018 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33329324 | 33329324 | V228422 | 11/8/2018 | ($75.76) | 399.00 | 001 | 11/3/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33350153 | 33350153 | V228506 | 11/15/2018 | $141.39 | 687.78 | 001 | 11/10/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33350176 | 33350176 | V228520 | 11/15/2018 | ($53.65) | 282.63 | 001 | 11/10/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33369129 | 33369129 | V228530 | 11/22/2018 | $113.54 | 552.31 | 001 | 11/17/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33369151 | 33369151 | V228618 | 11/22/2018 | ($66.28) | 349.13 | 001 | 11/17/2018 | RI | 12200 | 124 |

ManpowerGroup US Inc.
Sears Beeline.com
Post-Petition Statement of Account

| Customer Number | Customer Name | Document Number | Original Document | Reference | Invoice Date | Amount | Gross Amount | Pay Item | Week Ending Date | Doc Type | Business Unit | Co |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8192471 | BEELINE AT SEARS HOLDING | 33369199 | 33369199 | V228648 | 11/22/2018 | ($25.34) | 350.74 | 001 | 11/17/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33369206 | 33369206 | V228651 | | 43,426.00 | ($556.86) 556.87 | 001 | 11/17/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33390059 | 33390059 | V228628 | 11/29/2018 | $208.00 | 1,015.61 | 001 | 11/24/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33411731 | 33411731 | V228695 | 12/6/2018 | $169.25 | 823.25 | 001 | 12/1/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33411738 | 33411738 | V228755 | 12/6/2018 | $755.02 | 755.02 | 001 | 12/1/2018 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436198 | 33436198 | | | 43,447.00 | $153.23 153.23 | 001 | 10/13/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33350224 | 33437133 | V228531 | 12/13/2018 | $47.20 | 809.28 | 001 | 11/10/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33350227 | 33437134 | V228532 | 12/13/2018 | $47.19 | 809.27 | 001 | 11/10/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33390089 | 33437135 | V228718 | 12/13/2018 | $443.02 | 443.02 | 001 | 11/24/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33390090 | 33437139 | V228719 | 12/13/2018 | $443.01 | 443.01 | 001 | 11/24/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436208 | 33436208 | V228768 | 12/13/2018 | $209.73 | 209.73 | 001 | 12/8/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436209 | 33436209 | V228783 | 12/13/2018 | $141.38 | 687.78 | 001 | 12/8/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436211 | 33436211 | V228796 | 12/13/2018 | $1,056.37 | 1,056.37 | 001 | 12/8/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436212 | 33436212 | V228797 | 12/13/2018 | $286.36 | 286.36 | 001 | 12/8/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436216 | 33436216 | V228803 | 12/13/2018 | $1,056.37 | 1,056.37 | 001 | 12/8/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436217 | 33436217 | V228805 | 12/13/2018 | $823.65 | 823.65 | 001 | 12/8/2018 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436219 | 33436219 | V228807 | 12/13/2018 | $818.15 | 818.15 | 001 | 12/8/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436229 | 33436229 | V228825 | 12/13/2018 | $751.20 | 751.20 | 001 | 12/8/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436230 | 33436230 | V228826 | 12/13/2018 | $751.32 | 751.32 | 001 | 12/8/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436231 | 33436231 | V228827 | 12/13/2018 | $1,344.24 | 1,344.24 | 001 | 12/8/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436232 | 33436232 | V228828 | 12/13/2018 | $751.20 | 751.20 | 001 | 12/8/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33436233 | 33436233 | V228829 | 12/13/2018 | $1,162.50 | 1,162.50 | 001 | 12/8/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450277 | 33450277 | P1508937173 | 12/19/2018 | $502.35 | 502.35 | 001 | 12/1/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450294 | 33450294 | P1508937184 | 12/19/2018 | $198.85 | 198.85 | 001 | 12/1/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450279 | 33450279 | P1508937190 | 12/19/2018 | $193.61 | 193.61 | 001 | 12/1/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450280 | 33450280 | P1508937197 | 12/19/2018 | $99.43 | 99.43 | 001 | 12/1/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450282 | 33450282 | P1508937213 | 12/19/2018 | $544.21 | 544.21 | 001 | 12/1/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450283 | 33450283 | P1508937220 | 12/19/2018 | $481.42 | 481.42 | 001 | 12/1/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450284 | 33450284 | P1515269034 | 12/19/2018 | $478.49 | 478.49 | 001 | 12/8/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450285 | 33450285 | P1515269060 | 12/19/2018 | $388.15 | 388.15 | 001 | 12/8/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450286 | 33450286 | P1515269071 | 12/19/2018 | $347.46 | 347.46 | 001 | 12/8/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450287 | 33450287 | P1515269075 | 12/19/2018 | $338.67 | 338.67 | 001 | 12/8/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33450281 | 33457581 | P1508937201 | 12/20/2018 | $1,433.53 | 1,433.53 | 001 | 12/1/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33458538 | 33458538 | P1521600217 | 12/20/2018 | $755.02 | 755.02 | 001 | 12/15/2018 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33458539 | 33458539 | V228804 | 12/20/2018 | $1,056.37 | 1,056.37 | 001 | 12/15/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457485 | 33457485 | V228821 | 12/20/2018 | $208.42 | 208.42 | 001 | 12/15/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457486 | 33457486 | V228822 | 12/20/2018 | $323.05 | 323.05 | 001 | 12/15/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457487 | 33457487 | V228824 | 12/20/2018 | $260.35 | 260.35 | 001 | 12/15/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457488 | 33457488 | V228830 | 12/20/2018 | $598.25 | 598.25 | 001 | 12/15/2018 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457489 | 33457489 | V228833 | 12/20/2018 | $468.94 | 468.94 | 001 | 12/15/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33458537 | 33458537 | V228834 | 12/20/2018 | $209.73 | 209.73 | 001 | 12/8/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457490 | 33457490 | V228839 | 12/20/2018 | $1,056.37 | 1,056.37 | 001 | 12/15/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457491 | 33457491 | V228842 | 12/20/2018 | $576.00 | 576.00 | 001 | 12/15/2018 | RI | 57800 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457492 | 33457492 | V228846 | 12/20/2018 | $420.89 | 420.89 | 001 | 12/15/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457493 | 33457493 | V228851 | 12/20/2018 | $605.44 | 605.44 | 001 | 12/15/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457494 | 33457494 | V228854 | 12/20/2018 | $818.15 | 818.15 | 001 | 12/15/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457495 | 33457495 | V228855 | 12/20/2018 | $574.43 | 574.43 | 001 | 12/15/2018 | RI | 22130 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457496 | 33457496 | V228856 | 12/20/2018 | $727.36 | 727.36 | 001 | 12/15/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457497 | 33457497 | V228857 | 12/20/2018 | $805.86 | 805.86 | 001 | 12/15/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457498 | 33457498 | V228858 | 12/20/2018 | $643.64 | 643.64 | 001 | 12/15/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457499 | 33457499 | V228859 | 12/20/2018 | $591.31 | 591.31 | 001 | 12/15/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457500 | 33457500 | V228860 | 12/20/2018 | $743.06 | 743.06 | 001 | 12/15/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457501 | 33457501 | V228861 | 12/20/2018 | $465.72 | 465.72 | 001 | 12/15/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457502 | 33457502 | V228862 | 12/20/2018 | $507.21 | 507.21 | 001 | 12/15/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457503 | 33457503 | V228863 | 12/20/2018 | $303.51 | 303.51 | 001 | 12/15/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457504 | 33457504 | V228866 | 12/20/2018 | $608.77 | 608.77 | 001 | 12/15/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457505 | 33457505 | V228867 | 12/20/2018 | $512.13 | 512.13 | 001 | 12/15/2018 | RI | 24532 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33458540 | 33458540 | V228868 | 12/20/2018 | $527.94 | 527.94 | 001 | 12/15/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457506 | 33457506 | V228869 | 12/20/2018 | $495.39 | 495.39 | 001 | 12/15/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457507 | 33457507 | V228870 | 12/20/2018 | $477.31 | 477.31 | 001 | 12/15/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457508 | 33457508 | V228871 | 12/20/2018 | $470.08 | 470.08 | 001 | 12/15/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457509 | 33457509 | V228872 | 12/20/2018 | $484.55 | 484.55 | 001 | 12/15/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457510 | 33457510 | V228873 | 12/20/2018 | $520.70 | 520.70 | 001 | 12/15/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33457511 | 33457511 | V228874 | 12/20/2018 | $419.45 | 419.45 | 001 | 12/15/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479297 | 33479297 | V228841 | 12/27/2018 | $635.67 | 635.67 | 001 | 12/22/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479300 | 33479300 | V228864 | 12/27/2018 | $318.21 | 318.21 | 001 | 12/22/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479303 | 33479303 | V228875 | 12/27/2018 | $521.11 | 521.11 | 001 | 12/22/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479305 | 33479305 | V228880 | 12/27/2018 | $587.52 | 587.52 | 001 | 12/22/2018 | RI | 57800 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479308 | 33479308 | V228882 | 12/27/2018 | $183.15 | 183.15 | 001 | 12/22/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479311 | 33479311 | V228883 | 12/27/2018 | $167.45 | 167.45 | 001 | 12/22/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479314 | 33479314 | V228884 | 12/27/2018 | $390.16 | 390.16 | 001 | 12/22/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479316 | 33479316 | V228885 | 12/27/2018 | $529.76 | 529.76 | 001 | 12/22/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479319 | 33479319 | V228886 | 12/27/2018 | $596.55 | 596.55 | 001 | 12/22/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479322 | 33479322 | V228887 | 12/27/2018 | $612.24 | 612.24 | 001 | 12/22/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479326 | 33479326 | V228888 | 12/27/2018 | $837.25 | 837.25 | 001 | 12/22/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479329 | 33479329 | V228889 | 12/27/2018 | $743.06 | 743.06 | 001 | 12/22/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479332 | 33479332 | V228890 | 12/27/2018 | $818.15 | 818.15 | 001 | 12/22/2018 | RI | 23310 | 124 |

ManpowerGroup US Inc
Sears Beeline.com
Post-Petition Statement of Account

| Customer Number | Customer Name | Document Number | Original Document | Reference | Invoice Date | Amount | Gross Amount | Pay Item | Week Ending Date | Doc Type | Business Unit | Co |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8192471 | BEELINE AT SEARS HOLDING | 33479340 | 33479340 | V228893 | 12/27/2018 | $1,056.37 | 1,056.37 | 001 | 12/22/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479345 | 33479345 | V228896 | 12/27/2018 | $484.55 | 484.55 | 001 | 12/22/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479348 | 33479348 | V228897 | 12/27/2018 | $227.81 | 227.81 | 001 | 12/22/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479350 | 33479350 | V228898 | 12/27/2018 | $470.08 | 470.08 | 001 | 12/22/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479354 | 33479354 | V228899 | 12/27/2018 | $491.77 | 491.77 | 001 | 12/22/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479357 | 33479357 | V228900 | 12/27/2018 | $119.32 | 119.32 | 001 | 12/22/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33479359 | 33479359 | V228901 | 12/27/2018 | $151.88 | 151.88 | 001 | 12/22/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500083 | 33500083 | P1527873904 | 1/3/2019 | $754.78 | 754.78 | 001 | 12/22/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500084 | 33500084 | V228865 | 1/3/2019 | $281.37 | 281.37 | 001 | 12/22/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500089 | 33500089 | V228892 | 1/3/2019 | $515.73 | 515.73 | 001 | 12/29/2018 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500085 | 33500085 | V228902 | 1/3/2019 | $709.26 | 709.26 | 001 | 12/22/2018 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500090 | 33500090 | V228903 | 1/3/2019 | $280.60 | 280.60 | 001 | 12/29/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500086 | 33500086 | V228904 | 1/3/2019 | $267.59 | 267.59 | 001 | 12/22/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500087 | 33500087 | V228905 | 1/3/2019 | $173.57 | 173.57 | 001 | 12/22/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500088 | 33500088 | V228906 | 1/3/2019 | $271.20 | 271.20 | 001 | 12/22/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500091 | 33500091 | V228907 | 1/3/2019 | $148.25 | 148.25 | 001 | 12/29/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500092 | 33500092 | V228908 | 1/3/2019 | $218.83 | 218.83 | 001 | 12/29/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500093 | 33500093 | V228909 | 1/3/2019 | $318.21 | 318.21 | 001 | 12/29/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500094 | 33500094 | V228911 | 1/3/2019 | $464.64 | 464.64 | 001 | 12/29/2018 | RI | 57800 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500095 | 33500095 | V228912 | 1/3/2019 | $823.65 | 823.65 | 001 | 12/29/2018 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500096 | 33500096 | V228913 | 1/3/2019 | $1,020.92 | 1,020.92 | 001 | 12/29/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500097 | 33500097 | V228914 | 1/3/2019 | $418.63 | 418.63 | 001 | 12/29/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500098 | 33500098 | V228915 | 1/3/2019 | $722.13 | 722.13 | 001 | 12/29/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500099 | 33500099 | V228916 | 1/3/2019 | $507.58 | 507.58 | 001 | 12/29/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500100 | 33500100 | V228917 | 1/3/2019 | $716.89 | 716.89 | 001 | 12/29/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500101 | 33500101 | V228918 | 1/3/2019 | $363.26 | 363.26 | 001 | 12/29/2018 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500102 | 33500102 | V228919 | 1/3/2019 | $654.52 | 654.52 | 001 | 12/29/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500103 | 33500103 | V228921 | 1/3/2019 | $748.62 | 748.62 | 001 | 12/29/2018 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500104 | 33500104 | V228923 | 1/3/2019 | $343.52 | 343.52 | 001 | 12/29/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500105 | 33500105 | V228924 | 1/3/2019 | $238.66 | 238.66 | 001 | 12/29/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500106 | 33500106 | V228925 | 1/3/2019 | $296.51 | 296.51 | 001 | 12/29/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500107 | 33500107 | V228926 | 1/3/2019 | $122.95 | 122.95 | 001 | 12/29/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500108 | 33500108 | V228927 | 1/3/2019 | $310.98 | 310.98 | 001 | 12/29/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33500201 | 33500201 | V228930 | 1/3/2019 | $303.74 | 303.74 | 001 | 12/29/2018 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522600 | 33522600 | V228933 | 1/10/2019 | $180.80 | 180.80 | 001 | 1/5/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522596 | 33522596 | V228934 | 1/10/2019 | $614.82 | 614.82 | 001 | 12/22/2018 | RI | 22130 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522598 | 33522598 | V228935 | 1/10/2019 | $385.95 | 385.95 | 001 | 12/29/2018 | RI | 22130 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522604 | 33522604 | V228943 | 1/10/2019 | $560.64 | 560.64 | 001 | 1/5/2019 | RI | 57800 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522606 | 33522606 | V228944 | 1/10/2019 | $538.52 | 538.52 | 001 | 1/5/2019 | RI | 22130 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522608 | 33522608 | V228945 | 1/10/2019 | $846.53 | 846.53 | 001 | 1/5/2019 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522610 | 33522610 | V228946 | 1/10/2019 | $654.52 | 654.52 | 001 | 1/5/2019 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522615 | 33522615 | V228947 | 1/10/2019 | $363.26 | 363.26 | 001 | 1/5/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522618 | 33522618 | V228948 | 1/10/2019 | $198.88 | 198.88 | 001 | 1/5/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522621 | 33522621 | V228949 | 1/10/2019 | $220.57 | 220.57 | 001 | 1/5/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522645 | 33522645 | V228950 | 1/10/2019 | $220.57 | 220.57 | 001 | 1/5/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522647 | 33522647 | V228951 | 1/10/2019 | $220.57 | 220.57 | 001 | 1/5/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522649 | 33522649 | V228952 | 1/10/2019 | $72.32 | 72.32 | 001 | 1/5/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522650 | 33522650 | V228953 | 1/10/2019 | $220.57 | 220.57 | 001 | 1/5/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522652 | 33522652 | V228954 | 1/10/2019 | $596.55 | 596.55 | 001 | 1/5/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522653 | 33522653 | V228955 | 1/10/2019 | $450.03 | 450.03 | 001 | 1/5/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522655 | 33522655 | V228956 | 1/10/2019 | $784.93 | 784.93 | 001 | 1/5/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522656 | 33522656 | V228957 | 1/10/2019 | $643.64 | 643.64 | 001 | 1/5/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522658 | 33522658 | V228958 | 1/10/2019 | $366.30 | 366.30 | 001 | 1/5/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33533072 | 33533072 | V228922 | 1/15/2019 | $831.80 | 831.80 | 001 | 1/5/2019 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542355 | 33542355 | V228962 | 1/17/2019 | $587.94 | 587.94 | 001 | 1/5/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542357 | 33542357 | V228963 | 1/17/2019 | $213.34 | 213.34 | 001 | 1/12/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542359 | 33542359 | V228966 | 1/17/2019 | $568.32 | 568.32 | 001 | 1/12/2019 | RI | 57800 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542361 | 33542361 | V228967 | 1/17/2019 | $565.46 | 565.46 | 001 | 1/12/2019 | RI | 22130 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542364 | 33542364 | V228968 | 1/17/2019 | $587.94 | 587.94 | 001 | 1/12/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542366 | 33542366 | V228969 | 1/17/2019 | $755.02 | 755.02 | 001 | 1/12/2019 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542369 | 33542369 | V228970 | 1/17/2019 | $549.94 | 549.94 | 001 | 1/12/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542371 | 33542371 | V228971 | 1/17/2019 | $314.59 | 314.59 | 001 | 1/12/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542373 | 33542373 | V228972 | 1/17/2019 | $68.71 | 68.71 | 001 | 1/12/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542374 | 33542374 | V228973 | 1/17/2019 | $394.14 | 394.14 | 001 | 1/12/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542376 | 33542376 | V228974 | 1/17/2019 | $159.10 | 159.10 | 001 | 1/12/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542377 | 33542377 | V228975 | 1/17/2019 | $429.10 | 429.10 | 001 | 1/12/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542378 | 33542378 | V228976 | 1/17/2019 | $654.10 | 654.10 | 001 | 1/12/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542381 | 33542381 | V228977 | 1/17/2019 | $381.99 | 381.99 | 001 | 1/12/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542382 | 33542382 | V228978 | 1/17/2019 | $837.25 | 837.25 | 001 | 1/12/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542383 | 33542383 | V228979 | 1/17/2019 | $481.42 | 481.42 | 001 | 1/12/2019 | RI | 2311 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542385 | 33542385 | V228980 | 1/17/2019 | $1,056.37 | 1,056.37 | 001 | 1/12/2019 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33542387 | 33542387 | V228982 | 1/17/2019 | $562.48 | 562.48 | 001 | 1/12/2019 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33279432 | 33553053 | V228178 | 1/21/2019 | ($497.64) | -497.64 | 001 | 10/20/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33568257 | 33568257 | V228981 | 1/24/2019 | $353.51 | 353.51 | 001 | 1/19/2019 | RI | 23310 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33568262 | 33568262 | V228983 | 1/24/2019 | $184.42 | 184.42 | 001 | 1/19/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33568263 | 33568263 | V228989 | 1/24/2019 | $576.00 | 576.00 | 001 | 1/19/2019 | RI | 57800 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33568266 | 33568266 | V228990 | 1/24/2019 | $763.28 | 763.28 | 001 | 1/19/2019 | RI | 58900 | 124 |

ManpowerGroup US Inc.
Sears Beeline.com
Post-Petition Statement of Account

| Customer Number | Customer Name | Document Number | Original Document | Reference | Invoice Date | Amount | Gross Amount | Pay Item | Week Ending Date | Doc Type | Business Unit | Co |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8192471 | BEELINE AT SEARS HOLDING | 33568269 | 33568269 | V228991 | 1/24/2019 | $228.79 | 228.79 | 001 | 1/19/2019 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33568272 | 33568272 | V228992 | 1/24/2019 | $274.81 | 274.81 | 001 | 1/19/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33568273 | 33568273 | V228993 | 1/24/2019 | $271.20 | 271.20 | 001 | 1/19/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33587786 | 33587786 | V228996 | 1/31/2019 | $568.32 | 568.32 | 001 | 1/26/2019 | RI | 57800 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33587789 | 33587789 | V228999 | 1/31/2019 | $752.97 | 752.97 | 001 | 1/26/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33587792 | 33587792 | V229000 | 1/31/2019 | $823.65 | 823.65 | 001 | 1/26/2019 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33607262 | 33607262 | V229015 | 2/7/2019 | $823.65 | 823.65 | 001 | 2/2/2019 | RI | 41529 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33634304 | 33634304 | V229016 | 2/14/2019 | $86.78 | 86.78 | 001 | 2/9/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33634306 | 33634306 | V229025 | 2/14/2019 | $460.80 | 460.80 | 001 | 2/9/2019 | RI | 57800 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33634307 | 33634307 | V229038 | 2/14/2019 | $155.49 | 155.49 | 001 | 2/9/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33634310 | 33634310 | V229039 | 2/14/2019 | $310.98 | 310.98 | 001 | 2/9/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33649781 | 33649781 | V229028 | 2/21/2019 | $701.40 | 701.40 | 001 | 2/9/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33649782 | 33649782 | V229029 | 2/21/2019 | $36.16 | 36.16 | 001 | 2/16/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33649783 | 33649783 | V229046 | 2/21/2019 | $220.57 | 220.57 | 001 | 2/16/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33649784 | 33649784 | V229047 | 2/21/2019 | $249.50 | 249.50 | 001 | 2/16/2019 | RI | 4650 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33671749 | 33671749 | V229070 | 2/28/2019 | $752.97 | 752.97 | 001 | 2/23/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33279432 | 33682960 | V228178 | 3/5/2019 | $1,433.19 | 1,433.19 | 001 | 10/20/2018 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33522602 | 33682961 | V228939 | 3/5/2019 | $240.50 | 240.50 | 001 | 1/5/2019 | RI | 12200 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33682962 | 33682962 | V229045 | 3/5/2019 | $505.42 | 505.42 | 001 | 2/16/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33719146 | 33719146 | V229086 | 3/14/2019 | $742.66 | 742.66 | 001 | 3/9/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33742837 | 33742837 | V229095 | 3/21/2019 | $752.97 | 752.97 | 001 | 3/16/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33782659 | 33782659 | V229122 | 4/4/2019 | $505.42 | 505.42 | 001 | 3/30/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33800073 | 33800073 | V229078 | 4/11/2019 | $773.60 | 773.60 | 001 | 3/2/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33800074 | 33800074 | V229106 | 4/11/2019 | $618.88 | 618.88 | 001 | 3/23/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33800075 | 33800075 | V229131 | 4/11/2019 | $319.75 | 319.75 | 001 | 4/6/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33826322 | 33826322 | V229132 | 4/18/2019 | $531.21 | 531.21 | 001 | 4/13/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33852667 | 33852667 | V229150 | 4/25/2019 | $551.84 | 551.84 | 001 | 4/20/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33875366 | 33875366 | V229151 | 5/2/2019 | $618.88 | 618.88 | 001 | 4/27/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33898528 | 33898528 | V229155 | 5/9/2019 | $603.41 | 603.41 | 001 | 5/4/2019 | RI | 58900 | 124 |
| 8192471 | BEELINE AT SEARS HOLDING | 33920910 | 33920910 | V229156 | 5/16/2019 | $598.25 | 598.25 | 001 | 5/11/2019 | RI | 58900 | 124 |

$117,579.66