UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re:                                              :
                                                    :         Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                 :
                                                    :         Case No. 18-23538 (RDD)
                              Debtors.              :
                                                    :         (*Jointly Administered*)

-----------------------------------------------------------------

## NOTICE OF APPEARANCE & DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the Environmental Products and Services, Inc. ("EPS"), a creditor in the above-referenced case, by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, that copies of all notices and pleadings in this case be given and served upon the undersigned at the following address and telephone number:

HANCOCK ESTABROOK, LLP
R. John Clark, Esq. of counsel
1800 AXA Tower I, 100 Madison Street
Syracuse, New York 13202
Tel:  (315) 565-4500
Fax: (315) 565-4600
E-mail: *rjclark@hancocklaw.com*

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed, or given with regard to the referenced case and the proceedings herein.

{H3783981.1}

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the name and address set forth herein be added to the mailing matrix in these cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive EPS': (i) rights to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) rights to trial by jury and any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which EPS are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved. This Notice of Appearance is not intended, and shall not be deemed, to be consent by EPS to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving EPS.

HANCOCK ESTABROOK, LLP

*DATED*: November 11, 2019    By: /s/ R. John Clark
R. JOHN CLARK, ESQ. – Bar Roll No. 101359
*Attorneys for Environmental Products and Services, Inc.*
1800 AXA Tower I, 100 Madison Street
Syracuse, New York 13202
Telephone: (315) 565-4500
Facsimile: (315) 565-4600