Defendant: **Sun Sentinel, et al.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995301 | $13,031.58 | 8/17/18 | 518CU103117 | 6/1/18 | $12,242.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995301 | $13,031.58 | 8/17/18 | 518CU105535 | 6/1/18 | $789.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010582 | $13,383.95 | 9/19/18 | 618CU103117 | 7/2/18 | $13,383.95 |

Totals: 2 transfer(s), $26,415.53