# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18- 23538 (RDD) |
| Debtors. | (Jointly Administered)<br>Honorable Robert D. Drain |

**ORDER GRANTING RIGHT MANAGEMENT INC.'S**
**MOTION FOR ALLOWANCE**
**OF POST-PETITION ADMINISTRATIVE CLAIM**

Upon consideration of the Right Management Inc.'s Motion for Allowance of Post-Petition Administrative Claim (the "Motion"), the Court finding good cause for the granting of the Motion, it is hereby,

**ORDERED**, that the Motion be, and the same is hereby, granted; and it is further

**ORDERED**, that Right Management Inc. shall have an allowed administrative expense claim in the amount of $44,720.00 (the "Administrative Claim"); and it is further

**ORDERED**, that the Debtors shall pay Right Management Inc. the sum of $44,720.00, on account of the Administrative Claim in accordance with the terms of the Bankruptcy Code, the Plan, the Confirmation Order approved in this case, or as otherwise ordered by the Court; and it is further

**ORDERED,** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated:_____, 2019
White Plains, New York

THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE