Defendant: **The Journal News, a/k/a LoHud.com, a/k/a Gannett Company, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 32033993 | $22,377.64 | 8/13/18 | 418189360 | 5/1/18 | $22,377.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034666 | $16,438.68 | 9/10/18 | 518189360 | 6/1/18 | $16,438.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32035358 | $12,949.44 | 10/19/18 | 618189360 | 7/2/18 | $12,949.44 |

Totals: 3 transfer(s), $51,765.76

The Journal News, a/k/a LoHud.com, a/k/a Gannett Company, Inc.
Bankruptcy Case: Sears Holding Corporation, et al.
Exhibit A
P. 1