Defendant: **TL Perez Residential Services**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980902 | $3,734.60 | 7/18/18 | 85 | 4/23/18 | $3,734.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984248 | $3,348.51 | 7/25/18 | 92 | 5/14/18 | $1,776.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984248 | $3,348.51 | 7/25/18 | 95 | 5/14/18 | $625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984248 | $3,348.51 | 7/25/18 | 89 | 5/14/18 | $484.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984248 | $3,348.51 | 7/25/18 | 94 | 5/14/18 | $383.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984248 | $3,348.51 | 7/25/18 | 93 | 5/14/18 | $78.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987655 | $808.30 | 8/1/18 | 96 | 5/22/18 | $808.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991168 | $1,108.05 | 8/10/18 | 84 | 4/23/18 | $623.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991168 | $1,108.05 | 8/10/18 | 76 | 4/23/18 | $484.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995376 | $5,334.35 | 8/17/18 | 102 | 6/1/18 | $1,293.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995376 | $5,334.35 | 8/17/18 | 103 | 6/1/18 | $944.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995376 | $5,334.35 | 8/17/18 | 104 | 6/1/18 | $710.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995376 | $5,334.35 | 8/17/18 | 100 | 6/5/18 | $2,385.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998786 | $687.40 | 8/28/18 | 101 | 6/8/18 | $687.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002285 | $1,186.47 | 9/4/18 | 112 | 6/14/18 | $1,186.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013268 | $10,744.48 | 9/25/18 | 108A | 7/5/18 | $10,744.48 |

Totals:    8 transfer(s),  $26,952.16