| Defendant: | **VFP Fire Systems, a/k/a VFP Fire Systems Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989041 | $5,130.00 | 8/7/18 | 1025F029871 | 5/22/18 | $5,130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000144 | $37,240.00 | 8/30/18 | 1025F031933 | 6/12/18 | $37,240.00 |

Totals:     2 transfer(s),  $42,370.00