| | | |
|---|---|---|
| Defendant: | **Virginian Pilot, a/k/a Virginian-Pilot Media Companies LLC, a/k/a Tribune Publishing Company** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995490 | $15,848.58 | 8/17/18 | 51810316296 | 6/1/18 | $15,848.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010652 | $12,239.06 | 9/19/18 | 61810316296 | 7/2/18 | $12,239.06 |
| **Totals:** | **2 transfer(s), $28,087.64** | | | | | | |

Virginian Pilot, a/k/a Virginian-Pilot Media Companies LLC, a/k/a Tribune Publishin
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                                                                  P. 1