UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| *In re*: : | |
| : | Chapter 11 |
| **SEARS HOLDINGS CORPORATION**, *et al.*, : | |
| : | Case No. 18-23538 (RDD) |
| Debtors. : | |
| : | (*Jointly Administered*) |

-----------------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, **R. John Clark**, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Environmental Products and Services, Inc., a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of New York, and the bar of the U.S. District Court for the Northern and Western Districts of New York.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

HANCOCK ESTABROOK, LLP

DATED: November 12, 2019      By:   /s/ R. John Clark
R. JOHN CLARK, ESQ. – Bar Roll No. 101359
*Attorneys for Environmental Products
and Services, Inc.*
1800 AXA Tower I, 100 Madison Street
Syracuse, New York 13202
E-Mail:      rjclark@hancocklaw.com
Telephone:   (315) 565-4500
Facsimile:   (315) 565-4600

{H3788213.1}