UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| *In re*: | : |
| | :    **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.,* | : |
| | :    **Case No. 18-23538 (RDD)** |
| Debtors. | : |
| | :    (*Jointly Administered*) |

---

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **R. John Clark**, to be admitted, *pro hac vice*, to represent Environmental Products and Services, Inc. (the "**Client**"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, and the bar of the U.S. District Court for the Norther and Western Districts of New York; it is hereby

**ORDERED**, that R. John Clark, Esq. is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

*Dated*: November ___, 2019
        White Plains, New York

                                                    HON. ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTY JUDGE

{H3788229.1}