| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Groupe SEB USA, Inc. | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000471700 | 12/21/17 | $4,413.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000471703 | 12/21/17 | $4,078.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000471704 | 12/21/17 | $4,074.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000471697 | 12/21/17 | $2,059.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000471698 | 12/21/17 | $723.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000601069 | 1/24/18 | -$81,632.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000347507 | 2/2/18 | -$1,122.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000109006 | 3/6/18 | -$767.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000365410 | 3/12/18 | -$1,244.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000008452 | 3/15/18 | -$2,444.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000008451 | 3/15/18 | -$46,452.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000533880 | 3/19/18 | $27,027.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000533870 | 3/19/18 | $14,071.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000533875 | 3/19/18 | $8,175.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000533886 | 3/19/18 | $7,984.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000535050 | 3/21/18 | $19,565.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000543502 | 3/28/18 | $14,319.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000543504 | 3/28/18 | $13,888.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000544459 | 3/29/18 | $9,922.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000544461 | 3/29/18 | $5,918.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000544463 | 3/29/18 | $4,848.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000388525 | 5/21/18 | -$1,337.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000160578 | 5/29/18 | $1,254.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000160528 | 6/21/18 | $5,692.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000009547 | 6/21/18 | -$1,128.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000420523 | 6/21/18 | -$2,237.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000009546 | 6/21/18 | -$25,789.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04798 | $4,600.49 | 8/13/18 | 0000140673 | 8/9/18 | $20,738.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000607584 | 6/28/18 | $4,884.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000607572 | 6/28/18 | $4,352.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000607573 | 6/28/18 | $3,256.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000607580 | 6/28/18 | $3,060.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000607583 | 6/28/18 | $816.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000607569 | 6/28/18 | $748.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000609508 | 6/29/18 | $2,457.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000609501 | 6/29/18 | $1,266.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000609497 | 6/29/18 | $1,156.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000609513 | 6/29/18 | $961.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000609492 | 6/29/18 | $884.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000609489 | 6/29/18 | $748.00 |

Groupe SEB USA, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000609514 | 6/29/18 | $542.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16810 | $25,539.50 | 9/4/18 | 0000609500 | 6/29/18 | $408.00 |

**Totals:** 2 transfer(s),  $30,139.99

Groupe SEB USA, Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                                              P. 2