Defendant: **Leisure Products Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90682 | $1,624.00 | 7/18/18 | 00001294AA | 6/13/18 | $1,774.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90682 | $1,624.00 | 7/18/18 | 00000432AA | 6/13/18 | $1,550.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90682 | $1,624.00 | 7/18/18 | 0000590152 | 7/15/18 | -$1,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94850 | $2,981.00 | 7/25/18 | 00000649AA | 6/14/18 | $1,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94850 | $2,981.00 | 7/25/18 | 00000919AA | 6/20/18 | $2,575.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94850 | $2,981.00 | 7/25/18 | 00009760AA | 6/20/18 | $1,994.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94850 | $2,981.00 | 7/25/18 | 0000160047 | 7/16/18 | -$1,723.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94850 | $2,981.00 | 7/25/18 | 0000591957 | 7/20/18 | -$1,565.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96326 | $3,548.00 | 7/27/18 | 00000312AA | 6/22/18 | $1,774.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96326 | $3,548.00 | 7/27/18 | 00000647AA | 6/22/18 | $1,774.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98163 | $2,455.00 | 7/31/18 | 00001295AA | 6/26/18 | $2,455.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00264 | $4,904.00 | 8/3/18 | 00000974AA | 6/29/18 | $1,774.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00264 | $4,904.00 | 8/3/18 | 00000976AA | 6/29/18 | $1,565.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00264 | $4,904.00 | 8/3/18 | 00000648AA | 6/29/18 | $1,565.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04963 | $1,774.00 | 8/13/18 | 00001139AA | 7/9/18 | $1,774.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09910 | $1,756.20 | 8/21/18 | 00001398AA | 7/17/18 | $1,569.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09910 | $1,756.20 | 8/21/18 | 00001496AA | 7/17/18 | $1,565.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09910 | $1,756.20 | 8/21/18 | 0000160018 | 8/13/18 | -$1,377.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11423 | $1,774.00 | 8/23/18 | 00002290AA | 7/19/18 | $1,774.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14729 | $7,096.00 | 8/29/18 | 00002211AA | 7/25/18 | $1,774.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14729 | $7,096.00 | 8/29/18 | 00002065AA | 7/25/18 | $1,774.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14729 | $7,096.00 | 8/29/18 | 00002209AA | 7/25/18 | $1,774.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14729 | $7,096.00 | 8/29/18 | 00002210AA | 7/25/18 | $1,774.00 |

Totals:     9 transfer(s),  $27,912.20