Defendant: **Whitemak Associates, a/k/a Whitehall Mall**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172071 | $32,473.08 | 8/16/18 | 0000072618 | 7/26/18 | $23,957.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172071 | $32,473.08 | 8/16/18 | 0000072618 | 7/26/18 | $7,860.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172071 | $32,473.08 | 8/16/18 | 0000072618 | 7/26/18 | $655.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173445 | $24,612.58 | 9/7/18 | 0000082618 | 8/26/18 | $23,957.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173445 | $24,612.58 | 9/7/18 | 0000082618 | 8/26/18 | $655.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174787 | $24,612.58 | 10/18/18 | 0000092518 | 9/25/18 | $23,957.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174787 | $24,612.58 | 10/18/18 | 0000092518 | 9/25/18 | $655.04 |

Totals:     3 transfer(s),  $81,698.24

Whitemak Associates, a/k/a Whitehall Mall
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                                                                       P. 1