

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW

605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

GARDEN CITY
ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 248-6400

ALBANY
GOVERNMENT RELATIONS
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
GOVERNMENT RELATIONS
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

November 12, 2019

<u>Via ECF and Federal Express</u>
Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

Re:   In re Sears Holding Corporation, *et al.*, Case No. 18-23538 (RDD)
      <u>Claim No. 1060 filed by HK Sino-Thai Trading Company Ltd.</u>

Dear Judge Drain:

    This firm has now been retained by HK Sino-Thai Trading Company Ltd. ("<u>Sino-Thai Trading</u>"), a foreign vendor located in China, with regard to its administrative claim no. 1060 in the amount of $318,718.62.

    Sino-Thai Trading did not receive notice of the Tenth Omnibus Objection to Claims and only found out this past weekend that they were in default, when a third party sent them the Debtors' Certificate of No Objection seeking a default judgment on the objection to their claim.

    Sino-Thai Trading intends to file a response to the Debtors' Tenth Omnibus Objection to Proofs of Claim, by November 13, 2019, and requests that Your Honor not enter an order holding them in default.

Respectfully submitted,

*Alex Tiktin*
Alexander R. Tiktin

cc via email: David H. Wander, Esq.
              Garrett Fail, Esq.

671442v.1