| Defendant: | **St Petersburg Times, a/k/a Tampa Bay Times** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995258 | $17,714.41 | 8/17/18 | 518101233 | 6/2/18 | $17,714.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010565 | $12,467.64 | 9/19/18 | 618101233 | 7/2/18 | $12,467.64 |

**Totals:**      **2 transfer(s),  $30,182.05**

St Petersburg Times, n/k/a Tampa Bay Times
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                P. 1