**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
10 Bank Street, Suite 700
White Plains, New York 10606
Telephone: (914) 286-6443
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

919 East Main Street, Suite 1300
Richmond, VA  23219
Telephone:  (804) 788-9636
Christopher L. Perkins, Esq.
cperkins@eckertseamans.com

*Counsel for DXC Technology Services, LLC,*
*Successor-in-interest to Computer Sciences Corporation*
*and CSC Covansys Corporation*

**Hearing Date: November 20, 2019 (TBD)**
**Hearing Time: 10:00 a.m.**

**Objection Date and Time:**
**November 13, 2019 at 5:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538  (RDD)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive, Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF HEARING TO CONSIDER AMENDED MOTION OF DXC TECHNOLOGY SERVICES, LLC FOR ALLOWANCE OF ADMINISTRATIVE <u>EXPENSE CLAIM</u>

**PLEASE TAKE NOTICE** that a hearing will be held on **November 20, 2019 at**

**10:00 a.m. (EST)** before the Honorable Robert D. Drain, United States Bankruptcy Judge, at

the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy

Court"), 300 Quarropas Street, White Plains, New York 10601-4140, or as soon thereafter as

counsel may be heard by the Court, to consider the Amended Motion of DXC Technology

Services, LLC, for Allowance of Administrative Expense Claim (the "Amended Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the

Amended Motion must be filed with the Bankruptcy Court in accordance with the local

rules and served so as to be received on or before **November 13, 2019 at 5:00 p.m.**

Dated: White Plains, New York
November 12, 2019

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: */s/ Christopher F. Graham*
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.

10 Bank Street, Suite 700
White Plains, New York 10606
(914) 949-2909
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

-and-

Christopher L. Perkins, Esq.

2

919 East Main Street, Suite 1300
Richmond, Virginia 23219
(804) 788-9636
cperkins@eckertseamans.com

*Attorneys for DXC Technology Services, LLC*

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
10 Bank Street, Suite 700
White Plains, New York 10606
Telephone: (914) 286-6443
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

919 East Main Street, Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-9636
Christopher L. Perkins, Esq.
cperkins@eckertseamans.com

*Counsel for DXC Technology Services, LLC,*
*Successor-in-interest to Computer Sciences Corporation*
*and CSC Covansys Corporation*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AMENDED MOTION OF DXC TECHNOLOGY SERVICES, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive, Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

DXC Technology Services, LLC, successor-in-interest to Computer Sciences Corporation and CSC Covansys Corporation ("DXC"), by and through its undersigned counsel, hereby submits this Amended Motion for entry of an order, substantially in the form of the proposed order submitted herewith, allowing the administrative expense owed to DXC by Sears Holdings Corporation (the "Debtors" and separately, a "Debtor") pursuant to section 503(b) of the U.S. Bankruptcy Code (the "Code"). In support of its Amended Motion, DXC respectfully states as follows:

## BACKGROUND

1.    On October 15, 2018 (the "Petition Date"), the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

2.    Following the Petition Date, the Debtors continued to operate their business and manage their employees, property and other assets, as a debtor-in-possession under sections 1107 and 1108 of the Bankruptcy Code, in the same manner as they did prior to the Petition Date.

3.    DXC provided information technology services to the Debtors both pre-petition and post-petition.

4.    This is a claim for amounts owed for services provided to the Debtors post-petition and thus an administrative expense pursuant to section 503 of the Bankruptcy Code.

5.    On or about October 9, 2019, DXC filed its Motion for Allowance of Administrative Claim wherein it asserted that it had provided $57,740.83 worth of post-petition services to Debtors (the "Administrative Claim"), which remains unpaid [Docket No. 5346].

2

Copies of the applicable invoices were attached as **Exhibit A** to the Motion and incorporated by reference.

6.      The total of the invoices for post-petition services was incorrectly stated in the Motion.  The correct amount of DXC's Administrative Claim is $105,686.00, as evidenced by the attached invoices.

<u>**RELIEF REQUESTED AND BASIS THEREFOR**</u>

7.      DXC respectfully requests that the Court enter an order allowing the payment of the Administrative Claim (as corrected herein) as an administrative expense.

8.      11 U.S.C. § 503 permits the allowance of claims with administrative expense priority, and provides that "[a]n entity may timely file a request for payment of an administrative expense[.]"  11 U.S.C. § 503(a).

9.      More specifically, 11 U.S.C. § 503(b) sets forth the requirements that must be met before a claim will receive priority over other claims.  Section 503(b) provides that an administrative expense claim must be:  (a) an actual, necessary cost and expense of preserving the estate; which was (b) rendered after the commencement of the bankruptcy.

10.     In this instance, DXC provided services to the Debtors.

11.     Certainly, informational technology services are a necessary cost and expense of preserving the estate of an operating business.

12.     DXC provided the services in question after the Petition Date, resulting in the Administrative Claim.

13.     The Administrative Claim remains unpaid.

**WHEREFORE**, DXC Technology Services, LLC, successor-in-interest to Computer Sciences Corporation and CSC Covansys Corporation, respectfully requests that the Court enter

3

an order allowing an administrative claim against the Debtors in the amount of $105,686.00, and

granting such other and further relief as this Court finds just, proper and equitable.

Dated: White Plains, New York
        November 12, 2019

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: /s/ Christopher F. Graham
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.
10 Bank Street, Suite 700
White Plains, New York 10606
(914) 949-2909
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

Christopher L. Perkins, Esq.
919 East Main Street, Suite 1300
Richmond, Virginia 23219
(804) 788-9636
cperkins@eckertseamans.com

*Attorneys for DXC Technology Services, LLC*

# EXHIBIT A

Reprint



## Invoice

**Invoice Date: 01/07/2019**                           **Invoice No. 70121182**

Client: 10001237 / 10001237

Sears Holdings Management                  Computer Sciences Corporation
Corporation                                CSC Covansys Corporation
MAIL STATION B4-262A               25800 Northwestern Hwy, Ste 525
3333 Beverly Rd                            Southfield MI  48075-8400
Hoffman Estates IL  60179-0001


Terms:  60 days due net


Purchase Order:   PO884068
Services Rendered: 12/01/2018 to 12/31/2018

| Pos | Description | Qty | Unit | Price | Amount(USD) |
|---|---|---|---|---|---|
| Invoice for the following: | | | | | |
| Description: Home Service Applications | | | | | |
| WBS Element: R-010000228.0241 | | | | | |
| 241 | Home Service Applications | 1.00 | EA | 31,495.00 | 31,495.00 |
| Project Total | | | | | 31,495.00 |
| | | | | | |
| Sum of Items | | | | | 31,495.00 |
| Taxes: | | | | | |
| Net Total: | | | | | 31,495.00 |

Reprint



## Invoice

**Invoice Date:  01/25/2019**

**Invoice No.  70124492**

Client: 10001237 / 10001237

Sears Holdings Management
Corporation
MAIL STATION B4-262A
3333 Beverly Rd
Hoffman Estates IL  60179-0001

Computer Sciences Corporation
CSC Covansys Corporation
25800 Northwestern Hwy, Ste 525
Southfield MI  48075-8400

Terms:  60 days due net

Purchase Order:   PO884068
Services Rendered: 10/15/2018 to 10/31/2018

| Pos | Description | Qty | Unit | Price | Amount(USD) |
|-----|-------------|-----|------|-------|-------------|
| Invoice for the following: | | | | | |
| Description: Home Service Applications | | | | | |
| WBS Element: R-010000228.0241 | | | | | |
| 241 | Home Service Applications | 1.00 | EA | 15,747.50 | 15,747.50 |
| Project Total | | | | | 15,747.50 |
| | | | | | |
| Sum of Items | | | | | 15,747.50 |
| Taxes: | | | | | |
| Net Total: | | | | | 15,747.50 |

Reprint



Invoice

| Invoice Date:  02/05/2019 | Invoice No.  70125290 |
|---|---|

Client: 10001237 / 10001237

| | |
|---|---|
| Sears Holdings Management Corporation<br>MAIL STATION B4-262A<br>3333 Beverly Rd<br>Hoffman Estates IL  60179-0001 | Computer Sciences Corporation<br>CSC Covansys Corporation<br>25800 Northwestern Hwy, Ste 525<br>Southfield MI  48075-8400 |

Terms:  60 days due net

Purchase Order:   PO884068

Services Rendered: 01/01/2019 to 01/31/2019

| Pos | Description | Qty | Unit | Price | Amount(USD) |
|---|---|---|---|---|---|
| Invoice for the following: | | | | | |
| Description: Home Service Applications | | | | | |
| WBS Element: R-010000228.0241 | | | | | |
| 241 | Home Service Applications | 1.00 | EA | 31,495.00 | 31,495.00 |
| Project Total | | | | | 31,495.00 |
| | | | | | |
| Sum of Items | | | | | 31,495.00 |
| Taxes: | | | | | |
| Net Total: | | | | | 31,495.00 |

Reprint



CSC
A DXC Technology Company

Invoice

Invoice Date:  04/10/2019                                        Invoice No.  70136539

Client: 10001237 / 10001237

Transform Holdco                                      Computer Sciences Corporation
3333 Beverly Rd                                            CSC Covansys Corporation
Hoffman Estates IL  60179-0001              25800 Northwestern Hwy, Ste 525
                                                                      Southfield MI  48075-8400

                                                                Terms:  60 days due net

Purchase Order:   PO884068
Services Rendered: 02/01/2019 to 02/10/2019

| Pos | Description | Qty | Unit | Price | Amount(USD) |
|---|---|---|---|---|---|
| **Invoice for the following:** | | | | | |
| Description: Home Service Applications | | | | | |
| WBS Element: R-010000228.0241 | | | | | |
| 241 | Home Service Applications | 1.00 | EA | 9,448.50 | 9,448.50 |
| **Project Total** | | | | | 9,448.50 |
| **Sum of Items** | | | | | 9,448.50 |
| **Taxes:** | | | | | |
| **Net Total:** | | | | | 9,448.50 |

Reprint



## Invoice

| Invoice Date: 05/14/2019 | Invoice No.  70140778 |
|---|---|

Client: 10009634 / 10009634

| | |
|---|---|
| Transform Holdco<br>3333 Beverly Rd<br>Hoffman Estates IL  60179-0001 | Computer Sciences Corporation<br>CSC Covansys Corporation<br>25800 Northwestern Hwy, Ste 525<br>Southfield MI  48075-8400 |

Terms:  30 days due net

Services Rendered: 01/21/2019 to 02/10/2019

| Pos | Description | Qty | Unit | Price | Amount(USD) |
|---|---|---|---|---|---|
| | Invoice for the following: | | | | |
| | Description: Mainframe Apps Migration assesment | | | | |
| | WBS Element: R-010126646.0001 | | | | |
| 1 | Mainframe Apps Migration assesment | 1.00 | EA | 17,500.00 | 17,500.00 |
| | Project Total | | | | 17,500.00 |
| | Sum of Items | | | | 17,500.00 |
| | Taxes: | | | | |
| | Net Total: | | | | 17,500.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SEARS HOLDINGS CORPORATION, et al.,
Debtors.[1]

Chapter 11

Case No. 18-23538  (RDD)

(Jointly Administered)

**ORDER GRANTING AMENDED MOTION OF DXC TECHNOLOGY SERVICES,
LLC <u>FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM</u>**

**UPON** consideration of the Amended Motion of DXC Technology Services, LLC (the

"<u>Movant</u>") for Allowance of Administrative Claim, and responses thereto, it is hereby:

**ORDERED**, that Movant is granted an allowed administrative claim against the Debtors

in the amount of $105,686.00.


Dated: White Plains, New York
          November ___, 2019


_____
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive, Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
10 Bank Street, Suite 700
White Plains, New York  10606
Telephone: (914) 286-6443
Christopher F. Graham, Esq.
Sarah H. Morrissey, Esq.
cgraham@eckertseamans.com
smorrissey@eckertseamans.com

919 East Main Street, Suite 1300
Richmond, Virginia  23219
Telephone:  (804) 788-9636
Christopher L. Perkins, Esq.
cperkins@eckertseamans.com

*Counsel for DXC Technology Services, LLC,*
*Successor-in-interest to Computer Sciences Corporation*
*and CSC Covansys Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538  (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive, Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The undersigned hereby certifies that I am over the age of 18 years old and that on the

12th day of November, 2019, I caused a true and correct copy of DXC Technology Services,

LLC's *Notice of Hearing to Consider Amended Motion of DXC Technology Services, LLC for*

*Allowance of Administrative Expense Claim* to be served via ECF upon all parties registered to

receive service in this case.

Dated: White Plains, New York
      November 12, 2019

           By:    /s/ *Christopher F. Graham*
                  Christopher F. Graham, Esq.