**Debtors' Fifth Omnibus Objection to Claims**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassed Claims**  Case No. 18-23538 (RDD)

| | | **Schedule of 503(b)(9) Claims to be Reclassified*** | | | |
|---|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Reclassified** | **Asserted Debtor** | **Asserted 503(b)(9) Priority** | **Amount Reclassified as General Unsecured Claim** | **Reason for Proposed Reclassification** |
| 1. | 6 Sigma Construction, LLC | 9664 | Sears Holdings Corporation | $3,598.20 | $3,598.20 | The Claim does not relate to the receipt of "goods". |
| 2. | 6 Sigma Construction, LLC | 9347 | Sears Holdings Corporation | $3,808.99 | $3,808.99 | The Claim does not relate to the receipt of "goods". |
| 3. | 6 Sigma Construction, LLC | 9645 | Sears Holdings Corporation | $4,418.25 | $4,418.25 | The Claim does not relate to the receipt of "goods". |
| 4. | 6 Sigma Construction, LLC | 9663 | Sears Holdings Corporation | $4,615.97 | $4,615.97 | The Claim does not relate to the receipt of "goods". |
| 5. | 6 Sigma Construction, LLC | 9420 | Sears Holdings Corporation | $4,802.25 | $4,802.25 | The Claim does not relate to the receipt of "goods". |
| 6. | 6 Sigma Construction, LLC | 9363 | Sears Holdings Corporation | $5,976.67 | $5,976.67 | The Claim does not relate to the receipt of "goods". |
| 7. | 6 Sigma Construction, LLC | 9665 | Sears Holdings Corporation | $6,506.70 | $6,506.70 | The Claim does not relate to the receipt of "goods". |
| 8. | 6 Sigma Construction, LLC | 9519 | Sears Holdings Corporation | $6,655.88 | $6,655.88 | The Claim does not relate to the receipt of "goods". |
| 9. | 6 Sigma Construction, LLC | 9666 | Sears Holdings Corporation | $7,467.31 | $7,467.31 | The Claim does not relate to the receipt of "goods". |
| 10. | 6 Sigma Construction, LLC | 9647 | Sears Holdings Corporation | $8,566.71 | $8,566.71 | The Claim does not relate to the receipt of "goods". |
| 11. | 6 SIGMA CONSTRUCTION | 9318 | Sears Holdings Corporation | $12,114.06 | $12,114.06 | The Claim does not relate to the receipt of "goods". |
| 12. | 6 Sigma Construction, LLC | 9641 | Sears Holdings Corporation | $13,023.69 | $13,023.69 | The Claim does not relate to the receipt of "goods". |
| 13. | 6 Sigma Construction, LLC | 9524 | Sears Holdings Corporation | $44,774.10 | $44,774.10 | The Claim does not relate to the receipt of "goods". |
| 14. | 6 Sigma Construction, LLC | 9676 | Sears Holdings Corporation | $128,396.08 | $128,396.08 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    1

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Schedule of 503(b)(9) Claims to be Reclassified* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 15. | AAON, Inc. | 4567 | Sears Holdings Corporation | $194,966.00 | $194,966.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 17. | AHS Staffing, LLC (formerly PharmStat, LLC) | 1227 | Sears Holdings Management Corporation | $5,621.16 | $5,621.16 | The Claim does not relate to the receipt of "goods". |
| 18. | Aikins, Scott Richard | 7099 | Sears Holdings Corporation | $500.00 | $500.00 | The Claim does not relate to the receipt of "goods". |
| 19. | ALEXANDER, FELICIA | 10570 | Sears Holdings Corporation | $0.00 | $0.00 | The Claim does not relate to the receipt of "goods". |
| 20. | AWADA, ABESS | 12930 | Sears Holdings Corporation | $5,500.00 | $5,500.00 | The Claim does not relate to the receipt of "goods". |
| 21. | Barnes, Horace | 6795 | Sears Holdings Corporation | $4,000.00 | $4,000.00 | The Claim does not relate to the receipt of "goods". |
| 22. | Barnes, Horace | 8062 | Sears Holdings Corporation | $4,000.00 | $4,000.00 | The Claim does not relate to the receipt of "goods". |
| 23. | Basic Research | 5741 | Sears Holdings Corporation | $10,404.00 | $10,404.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 24. | Bauer, Joseph | 7736 | Sears, Roebuck and Co. | $1,112.00 | $1,112.00 | The Claim does not relate to the receipt of "goods". |
| 25. | Benitez Hermanos, Inc. | 1688 | Sears Holdings Corporation | $625,555.18 | $625,555.18 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 26. | BIRD, ARTHUR & DORIS | 16819 | Sears Holdings Corporation | $0.00 | $0.00 | The Claim does not relate to the receipt of "goods". |
| 28. | CARILUS, PIERRE | 10913 | Sears Protection Company (Florida), L.L.C. | $0.00 | $0.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 29. | CARLSON PET PRODUCTS | 8914 | Sears Holdings Corporation | $610.00 | $610.00 | The Claim does not relate to goods received "by the Debtors". |
| 30. | Cintas Corporation | 6220 | Sears Holdings Corporation | $4,630.92 | $4,630.92 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 31. | City of Allen, TX - Utility Dept | 9882 | Sears Holdings Corporation | $451.06 | $451.06 | The Claim does not relate to the receipt of "goods". |
| 32. | City of Orange | 9253 | Sears Holdings Corporation | $1,951.31 | $1,951.31 | The Claim does not relate to the receipt of "goods". |
| 33. | City of Statesville | 7109 | Sears Holdings Corporation | $14,983.17 | $14,983.17 | The Claim does not relate to the receipt of "goods". |
| 34. | Commercial Solutions, Inc., dba Uncle Sam's Glass & Door | 5106 | Sears Holdings Corporation | $73,089.09 | $73,089.09 | The Claim does not relate to the receipt of "goods". |
| 35. | Coorun Limited | 12433 | Sears Holdings Corporation | $13,087.83 | $13,087.83 | The Claim does not relate to goods received "by the Debtors". |
| 36. | CORDELL, DALE | 14952 | Sears Holdings Corporation | $12,065.25 | $12,065.25 | The Claim does not relate to the receipt of "goods". |
| 37. | Crawford, Coy | 12341 | Sears, Roebuck and Co. | $2,000.00 | $2,000.00 | The Claim does not relate to the receipt of "goods". |
| 38. | DAVCO MECHANICAL SERVICES LLC | 8028 | Sears, Roebuck and Co. | $9,209.16 | $9,209.16 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 41. | DEWITT & FLO HOLLINGSWORTH | 16246 | Sears Holdings Corporation | $2,700.00 | $2,700.00 | The Claim does not relate to the receipt of "goods". |
| 42. | EULER HERMES N.A as Agent for KSH BRAND LLC | 10466 | Kmart Corporation | $364.75 | $364.75 | The Claim does not relate to goods received "by the Debtors". |
| 43. | EULER HERMES N.A. as Agent for KSH BRAND LLC | 10521 | Kmart Holding Corporation | $364.75 | $364.75 | The Claim does not relate to goods received "by the Debtors". |
| 44. | FH Group | 1475 | Sears, Roebuck and Co. | $2,607.68 | $2,607.68 | The Claim does not relate to goods received "by the Debtors". |
| 45. | Foster, Paula & Kenneth | 12037 | Sears Holdings Corporation | $7,519.00 | $7,519.00 | The Claim does not relate to the receipt of "goods". |
| 46. | Fox, Viola | 6273 | Sears Holdings Corporation | $105.47 | $105.47 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

3

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 47. | Gazda, Carol | 16764 | Sears Home Improvement Products, Inc. | $0.00 | $0.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 48. | Goode, Diahann A | 14736 | Sears Home Improvement Products, Inc. | $7,213.26 | $7,213.26 | The Claim does not relate to the receipt of "goods". |
| 49. | Goplus Corp | 1795 | Sears Holdings Corporation | $656,431.40 | $656,431.40 | The Claim does not relate to goods received "by the Debtors". |
| 50. | Graddy, Harold & Mary | 12758 | Sears Holdings Corporation | $200.00 | $200.00 | The Claim does not relate to the receipt of "goods". |
| 51. | Grogg, Norma | 12555 | Sears Brands, L.L.C. | $709.65 | $709.65 | The Claim does not relate to the receipt of "goods". |
| 52. | Hastings Utilities NE | 10212 | Kmart Corporation | $2,089.80 | $2,089.80 | The Claim does not relate to the receipt of "goods". |
| 53. | HENDERSON, CAROL ANN | 18306 | Sears Home Improvement Products, Inc. | $16,186.00 | $16,186.00 | The Claim does not relate to the receipt of "goods". |
| 54. | Hetmeyer, Elijah | 11365 | Sears Holdings Corporation | $1,451.82 | $1,451.82 | The Claim does not relate to the receipt of "goods". |
| 55. | Hunt & Sons | 7955 | California Builder Appliances, Inc. | $9,568.76 | $9,568.76 | The Claim does not relate to the receipt of "goods". |
| 56. | HUNTER, LYNN | 11728 | Kmart Holding Corporation | $358.00 | $358.00 | The Claim does not relate to the receipt of "goods". |
| 57. | Industrias De Moveis Rotta Ltda | 2686 | Sears, Roebuck de Puerto Rico, Inc. | $108,315.07 | $108,315.07 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 58. | Ingenico Inc. | 18689 | Sears Holdings Management Corporation | $9,742.50 | $9,742.50 | The Claim does not relate to the receipt of "goods". |
| 59. | Inna Maze | 15903 | Sears Holdings Corporation | $1,232.00 | $1,232.00 | The Claim does not relate to the receipt of "goods". |
| 60. | INTEGRATED SERVICE MGT LLC | 10449 | Sears Holdings Corporation | $201,153.81 | $201,153.81 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fifth Omnibus Objection to Claims**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassed Claims**  Case No. 18-23538 (RDD)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Schedule of 503(b)(9) Claims to be Reclassified*** | | | | |
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 61. | Jabtec, LLC | 5200 | Sears Holdings Corporation | $8,302.50 | $8,302.50 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 62. | JET COLLECTION CORP. | 462 | Sears Holdings Corporation | $592,276.78 | $592,276.78 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 63. | Joiner, Candis | 6984 | Sears Holdings Corporation | $15.00 | $15.00 | The Claim does not relate to the receipt of "goods". |
| 64. | JS-Fantasy, Inc. | 876 | Sears Holdings Corporation | $251,585.91 | $251,585.91 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 65. | Juan, Angeles | 13155 | Sears, Roebuck and Co. | $800.00 | $800.00 | The Claim does not relate to the receipt of "goods". |
| 66. | KC Tool, LLC | 2962 | Sears Holdings Corporation | $864.48 | $864.48 | The Claim does not relate to goods received "by the Debtors". |
| 67. | Kingswell, Inc. | 10816 | Sears Holdings Corporation | $1,208.40 | $1,208.40 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 68. | KTM Ventures LLC dba USAetail | 2968 | Sears Holdings Corporation | $2,599.04 | $2,599.04 | The Claim does not relate to goods received "by the Debtors". |
| 69. | KTM Ventures LLC dba USAetail | 10568 | Sears Holdings Corporation | $2,599.04 | $2,599.04 | The Claim does not relate to goods received "by the Debtors". |
| 70. | Kulzer Limited | 12432 | Sears Holdings Corporation | $47,512.95 | $47,512.95 | The Claim does not relate to goods received "by the Debtors". |
| 71. | L&K PARTNERS INC. | 14034 | Sears Holdings Management Corporation | $104,697.78 | $104,697.78 | The Claim does not relate to the receipt of "goods". |
| 72. | La Ornamental & Rack Corp | 11137 | Sears Holdings Management Corporation | $2,966.67 | $2,966.67 | The Claim does not relate to goods received "by the Debtors". |
| 73. | LDC ENTERPRISE INC. LTD. | 12819 | Sears Holdings Corporation | $52,653.72 | $52,653.72 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 74. | LOPEZ, JESSE | 7114 | Sears Holdings Corporation | $1,125.00 | $1,125.00 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

5

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | | **Schedule of 503(b)(9) Claims to be Reclassified*** | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 75. | Lucinbill, Inc. | 2127 | Sears Holdings Management Corporation | $525.00 | $525.00 | The Claim does not relate to the receipt of "goods". |
| 76. | MARRO, GREG | 18360 | Sears Home Improvement Products, Inc. | $500.00 | $500.00 | The Claim does not relate to the receipt of "goods". |
| 77. | Martinez Cabrera, Juan | 7599 | Sears Holdings Corporation | $2,322.00 | $2,322.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 78. | MAURICIO PLUMBING SERVICES | 18643 | Sears Holdings Management Corporation | $11,113.00 | $11,113.00 | The Claim does not relate to the receipt of "goods". |
| 79. | MCCOY, JACKIE | 15847 | Sears Home Improvement Products, Inc. | $1,116.00 | $1,116.00 | The Claim does not relate to the receipt of "goods". |
| 80. | McKently Malak Architects, Inc. | 5100 | Sears Holdings Corporation | $23,562.29 | $23,562.29 | The Claim does not relate to the receipt of "goods". |
| 81. | McNaughton, Kevin | 10443 | Sears Holdings Corporation | $700.00 | $700.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 82. | Mei-Yip, Cindy | 15431 | Sears Holdings Corporation | $475.00 | $475.00 | The Claim does not relate to the receipt of "goods". |
| 83. | Membrila, Tomas | 1460 | Sears Holdings Corporation | $201.63 | $201.63 | The Claim does not relate to the receipt of "goods". |
| 84. | MICROSYSTEMS INC | 12768 | Sears Holdings Corporation | $3,500.00 | $3,500.00 | The Claim does not relate to the receipt of "goods". |
| 85. | Mike Media Group Inc | 1566 | Sears Holdings Corporation | $6,000.00 | $6,000.00 | The Claim does not relate to the receipt of "goods". |
| 86. | MIRJALILI, EBRAHIM | 18184 | Sears Holdings Corporation | $4,162.38 | $4,162.38 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 87. | MITCHELL, SHAWNA | 13674 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 88. | Moore, Arlene M | 17020 | Sears Home Improvement Products, Inc. | $8,313.78 | $8,313.78 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 89. | Morales, Betty | 7626 | Sears Holdings Corporation | $2,100.00 | $2,100.00 | The Claim does not relate to the receipt of "goods". |
| 90. | MOROZ, NATALIE & GEORGE | 14191 | Sears Home Improvement Products, Inc. | $22,421.76 | $22,421.76 | The Claim does not relate to the receipt of "goods". |
| 91. | Mount, Karen | 10458 | Sears Holdings Corporation | $8,000.00 | $8,000.00 | The Claim does not relate to the receipt of "goods". |
| 92. | National Gas & Oil Cooperative | 6396 | Sears Holdings Corporation | $125.83 | $125.83 | The Claim does not relate to the receipt of "goods". |
| 93. | National Subrogation Services LLC | 9065 | Sears Holdings Corporation | $12,910.46 | $12,910.46 | The Claim does not relate to the receipt of "goods". |
| 94. | Nelson, Dayna Diane | 11373 | Sears Holdings Corporation | $0.00 | $0.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 95. | New Dimensions | 3923 | Sears Holdings Corporation | $720.28 | $720.28 | The Claim does not relate to the receipt of "goods". |
| 96. | Nichols Paper and Supply, Co. | 8941 | Sears Holdings Corporation | $856.07 | $856.07 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 97. | Norwood, Starla | 18698 | Sears Holdings Corporation | $7,400.00 | $7,400.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 98. | OAK BROOK MECHANICAL SERVICES, INC. | 6139 | Kmart Stores of Illinois LLC | $596.00 | $596.00 | The Claim does not relate to the receipt of "goods". |
| 99. | OWENS III, JOHN WILLIAM | 7100 | Sears Holdings Corporation | $250.00 | $250.00 | The Claim does not relate to the receipt of "goods". |
| 101. | PNE International LLC | 4661 | Sears Holdings Corporation | $3,731.58 | $3,731.58 | The Claim does not relate to the receipt of "goods". |
| 102. | Pocahontas Star Herald | 1494 | Sears Holdings Corporation | $1,650.00 | $1,650.00 | The Claim does not relate to the receipt of "goods". |
| 103. | PORTER, CLAYTON | 14201 | Sears Home Improvement Products, Inc. | $8,634.56 | $8,634.56 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 104. | PRAIRIE ELECTRIC COMPANY INC | 3140 | Sears Holdings Corporation | $3,823.42 | $3,823.42 | The Claim does not relate to the receipt of "goods". |
| 105. | Prairie Electric Company Inc | 10987 | Sears Holdings Corporation | $10,961.68 | $10,961.68 | The Claim does not relate to the receipt of "goods". |
| 106. | Premier Water Systems | 7185 | Sears Holdings Corporation | $5,164.51 | $5,164.51 | The Claim does not relate to goods received "by the Debtors". |
| 107. | PUCELY, JOEL | 7102 | Sears Holdings Corporation | $400.00 | $400.00 | The Claim does not relate to the receipt of "goods". |
| 108. | Qassis, Ureib | 15874 | Kmart Corporation | $0.00 | $0.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 109. | QFS Quality for Sale | 5272 | Sears Holdings Corporation | $89,297.76 | $89,297.76 | The Claim does not relate to the receipt of "goods". |
| 110. | Qualimax Marketing Inc | 19123 | Sears Holdings Corporation | $1,499.44 | $1,499.44 | The Claim does not relate to goods received "by the Debtors". |
| 111. | Qualimax Marketing Inc | 2321 | Sears Holdings Corporation | $1,499.44 | $1,499.44 | The Claim does not relate to goods received "by the Debtors". |
| 112. | Ranscapes, Inc. | 7732 | Sears Holdings Corporation | $5,550.04 | $5,550.04 | The Claim does not relate to the receipt of "goods". |
| 114. | REGIS ELECTRIC LLC | 16323 | Kmart Corporation | $1,463.54 | $1,463.54 | The Claim does not relate to the receipt of "goods". |
| 115. | Residential Builders Association (RBA) | 7564 | California Builder Appliances, Inc. | $8,500.00 | $8,500.00 | The Claim does not relate to the receipt of "goods". |
| 116. | ReviewTrackers Inc | 477 | Sears Holdings Corporation | $2,128.31 | $2,128.31 | The Claim does not relate to the receipt of "goods". |
| 117. | Rhett PDX LLC | 11539 | Sears Holdings Corporation | $2,751.39 | $2,751.39 | The Claim does not relate to goods received "by the Debtors". |
| 118. | Rodriguez Santos, Antonia | 19030 | Sears Holdings Corporation | $15,725.00 | $15,725.00 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 119. | RTH Mechanical Services, Inc | 5634 | Sears Holdings Corporation | $730.00 | $730.00 | The Claim does not relate to the receipt of "goods". |
| 120. | Rubio, Mauricio | 6969 | Sears Holdings Management Corporation | $11,113.00 | $11,113.00 | The Claim does not relate to the receipt of "goods". |
| 121. | Rubio, Mauricio | 9957 | Sears Holdings Management Corporation | $11,113.00 | $11,113.00 | The Claim does not relate to the receipt of "goods". |
| 122. | RUSH, ADRIENNE | 12618 | Sears Holdings Management Corporation | $10,810.00 | $10,810.00 | The Claim does not relate to the receipt of "goods". |
| 123. | SABRINIS ROYAL TREATS LLC | 18862 | Kmart Corporation | $8,290.00 | $8,290.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 124. | Sabrinis Treats | 4586 | Kmart Corporation | $8,280.00 | $8,280.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 125. | Service 1 Electric | 803 | Sears Holdings Corporation | $1,015.00 | $1,015.00 | The Claim does not relate to the receipt of "goods". |
| 126. | Shaifah Salahuddin | 16579 | Kmart Holding Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 127. | Shoezoo.com LLC | 3917 | Sears Holdings Corporation | $7,804.73 | $7,804.73 | The Claim does not relate to goods received "by the Debtors". |
| 130. | Simpson, Pat | 19213 | Sears Home Improvement Products, Inc. | $5,000.00 | $5,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 131. | SK Jewel Inc. | 13343 | Sears Holdings Corporation | $199.99 | $199.99 | The Claim does not relate to goods received "by the Debtors". |
| 132. | Small Engine and Mower Services, llc | 4654 | Sears Holdings Management Corporation | $200.67 | $200.67 | The Claim does not relate to the receipt of "goods". |
| 133. | Smartek USA Inc | 11018 | Sears Holdings Corporation | $512.97 | $512.97 | The Claim does not relate to goods received "by the Debtors". |
| 134. | SMITH, BENNY | 13647 | Sears Holdings Corporation | $1,500.00 | $1,500.00 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fifth Omnibus Objection to Claims**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reclassed Claims**  Case No. 18-23538 (RDD)

| | | | Schedule of 503(b)(9) Claims to be Reclassified* | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 135. | SMITH, SHIRLEY | 10799 | Sears Holdings Corporation | $119.00 | $119.00 | The Claim does not relate to the receipt of "goods". |
| 136. | Sophias Style Boutique | 12790 | Sears Holdings Corporation | $27,328.68 | $27,328.68 | The Claim does not relate to goods received "by the Debtors". |
| 137. | SOUTH WATER SIGNS | 9060 | Sears Holdings Corporation | $20,640.00 | $20,640.00 | The Claim does not relate to the receipt of "goods". |
| 138. | STAR TRIBUNE MEDIA COMPANY LLC | 9306 | Sears Holdings Corporation | $2,277.25 | $2,277.25 | The Claim does not relate to the receipt of "goods". |
| 139. | State Chemical Sales Company International, Inc. | 7998 | Sears, Roebuck de Puerto Rico, Inc. | $1,244.27 | $1,244.27 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 140. | STIPECHE, JUSTO | 18912 | Sears Protection Company | $562.00 | $562.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 141. | Swanier, Ingrid S. | 19379 | Sears Home Improvement Products, Inc. | $11,818.96 | $11,818.96 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 142. | Swanier, Ingrid S. | 19402 | Sears Home Improvement Products, Inc. | $11,818.96 | $11,818.96 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 143. | TAYLOR, CORY | 7093 | Sears Holdings Corporation | $500.00 | $500.00 | The Claim does not relate to the receipt of "goods". |
| 144. | Test Equipment Depot | 5235 | Sears Holdings Corporation | $2,489.87 | $2,489.87 | The Claim does not relate to goods received "by the Debtors". |
| 145. | Thasku Joseph, Carmen Joseph, and Akimine Walter | 19885 | Sears Holdings Corporation | $15,000,000.00 | $15,000,000.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 146. | The Best Deals For You LLC | 2409 | Sears Holdings Corporation | $5,712.27 | $5,712.27 | The Claim does not relate to goods received "by the Debtors". |
| 147. | THE BEST DEALS FOR YOU LLC | 9634 | Sears, Roebuck and Co. | $5,712.27 | $5,712.27 | The Claim does not relate to goods received "by the Debtors". |
| 149. | The Deal Rack, LLC | 357 | Sears Holdings Corporation | $4,781.49 | $4,781.49 | The Claim does not relate to goods received "by the Debtors". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fifth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassed Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 150. | The Rockies LLC | 2 | Sears Home Improvement Products, Inc. | $1,970.75 | $1,970.75 | The Claim does not relate to the receipt of "goods". |
| 151. | Tomchak, Julie | 6461 | Sears Holdings Corporation | $6,900.00 | $6,900.00 | The Claim does not relate to goods received "by the Debtors". |
| 152. | Tovar, Raquel | 11757 | Sears Holdings Corporation | $127.00 | $127.00 | The Claim does not relate to the receipt of "goods". |
| 153. | Township of Moorestown, NJ | 7918 | Sears Holdings Corporation | $974.00 | $974.00 | The Claim does not relate to the receipt of "goods". |
| 154. | TOY2U MANUFACTORY COMPANY LIMITED | 15896 | Sears, Roebuck and Co. | $30,358.08 | $30,358.08 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 155. | Toynk Toys LLC | 848 | Sears Holdings Corporation | $4,456.07 | $4,456.07 | The Claim does not relate to goods received "by the Debtors". |
| 156. | Traddictivas Limited | 12481 | Sears Holdings Corporation | $81,121.44 | $81,121.44 | The Claim does not relate to goods received "by the Debtors". |
| 157. | Traddictivas Limited | 12493 | Sears Holdings Corporation | $81,121.44 | $81,121.44 | The Claim does not relate to goods received "by the Debtors". |
| 158. | Trapani, Susan | 9670 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 159. | TRI GREAT INTERNATIONAL LTD. | 288 | Kmart Holding Corporation | $26,352.00 | $26,352.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 160. | Tri Great International Ltd. | 180 | Sears, Roebuck and Co. | $181,672.00 | $181,672.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 161. | Tribune Publishing Company | 16614 | Sears, Roebuck and Co. | $105,813.58 | $105,813.58 | The Claim does not relate to the receipt of "goods". |
| 162. | VACCARO, R | 12110 | Sears Home Improvement Products, Inc. | $500.00 | $500.00 | The Claim does not relate to goods received "by the Debtors". |
| 163. | Valassis Direct Mail, Inc. | 7961 | Sears Holdings Management Corporation | $11,687.36 | $11,687.36 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fifth Omnibus Objection to Claims**  **In re: Sears Holdings Corporation, *et al.***
**Exhibit 1 - Reclassed Claims**  **Case No. 18-23538 (RDD)**

| | | | | | | |
|---|---|---|---|---|---|---|
|  | **Schedule of 503(b)(9) Claims to be Reclassified*** | | | | | |

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 164. | Valdiva Perez, Leticia | 8847 | Sears, Roebuck and Co. | $275,000.00 | $275,000.00 | The Claim does not relate to goods received "by the Debtors". |
| 165. | Vibes Media LLC | 4312 | Sears Holdings Management Corporation | $183,729.33 | $183,729.33 | The Claim does not relate to the receipt of "goods". |
| 166. | Violet Limited | 12639 | Sears Holdings Corporation | $10,985.21 | $10,985.21 | The Claim does not relate to goods received "by the Debtors". |
| 167. | W S C | 15040 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 168. | WAGABAZA, WILLIAM | 11259 | Sears Holdings Corporation | $12,000.00 | $12,000.00 | The Claim does not relate to goods received "by the Debtors". |
| 169. | WATSON, VIRGINIA | 12258 | Sears Holdings Corporation | $1,400.00 | $1,400.00 | The Claim does not relate to the receipt of "goods". |
| 172. | WILLISTON OBSERVER | 13374 | Sears Holdings Corporation | $395.00 | $395.00 | The Claim does not relate to the receipt of "goods". |
| 173. | Wolfe, Jack Douglas | 10255 | Sears Holdings Corporation | $9,647.35 | $9,647.35 | The Claim does not relate to goods received "by the Debtors". |
| 174. | ZOOMUSA | 7972 | Sears Holdings Corporation | $17,661.99 | $17,661.99 | The Claim does not relate to goods received "by the Debtors". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.