Debtors' Fourth Omnibus Objection to Claims
Exhibit 1 - Amended/Superseded Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | Claims to be Disallowed | | | | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount |
| 1. | ABS Graphics, Inc. | 1153 | Sears Holdings Corporation | $6,812.00 | $0.00 | $0.00 | $0.00 | $116,439.91 | $123,251.91 | ABS Graphics, Inc. | 9285 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $123,251.91 | $123,251.91 |
| 2. | AMW Vietnam Co., Ltd. | 480 | Kmart Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $145,974.75 | $145,974.75 | AMW Vietnam Co., Ltd. | 14036 | Sears Holdings Corporation | $314,760.69 | $0.00 | $0.00 | $0.00 | $693,157.91 | $1,007,918.60 |
| 3. | AMW Vietnam Co., Ltd. | 520 | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 | $0.00 | $277,837.54 | $277,837.54 | | | | | | | | | |
| 4. | AMW Vietnam Co., Ltd. | 542 | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 | $0.00 | $150,658.50 | $150,658.50 | | | | | | | | | |
| 5. | AMW Vietnam Co., Ltd. | 605 | Kmart Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $89,627.85 | $89,627.85 | | | | | | | | | |
| 6. | AMW Vietnam Co., Ltd. | 607 | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 | $0.00 | $284,499.60 | $284,499.60 | | | | | | | | | |
| 7. | AMW Vietnam Co., Ltd. | 743 | Sears Holdings Corporation | $207,644.39 | $0.00 | $0.00 | $0.00 | $740,831.63 | $948,476.02 | | | | | | | | | |
| 8. | Buxton Acquisition Co., LLC | 891 | Sears Holdings Corporation | $84,314.30 | $0.00 | $0.00 | $0.00 | $178,975.75 | $263,290.05 | Buxton Acquisition Co., LLC | 16754 | Sears, Roebuck and Co. | $84,314.30 | $0.00 | $0.00 | $0.00 | $161,501.30 | $245,815.60 |
| 9. | Central Power Distributors, Inc. | 147 | Sears Holdings Corporation | $670,093.85 | $0.00 | $0.00 | $0.00 | $0.00 | $670,093.85 | Central Power Distributors, Inc. | 5234 | Sears, Roebuck and Co. | $670,093.85 | $0.00 | $0.00 | $0.00 | $0.00 | $670,093.85 |
| 10. | CRG Financial LLC (As Assignee of Topet USA Inc.) | 2935 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $1,979.28 | $1,979.28 | Whitebox Multi- Strategy Partners, LP as Transferee of CRG Financial LLC (As Assignee of Topet USA Inc.) | 18127 | Kmart Corporation | $1,979.28 | $0.00 | $0.00 | $0.00 | $0.00 | $1,979.28 |
| 11. | Cudlie Accessories LLC | 4978 | Sears Holdings Corporation | $411.60 | $0.00 | $0.00 | $0.00 | $10,127.40 | $10,539.00 | CUDLIE ACCESSORIES LLC C | 11796 | Sears, Roebuck and Co. | $4,104.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,104.00 |
| 12. | Data Print Technologies, Inc. | 1239 | Sears Holdings Corporation | $254,551.87 | $0.00 | $0.00 | $0.00 | $440,197.31 | $694,749.18 | Data Print Technologies, Inc. | 6200 | Sears Holdings Corporation | $70,048.15 | $0.00 | $0.00 | $0.00 | $438,595.66 | $508,643.81 |
| 13. | Dynasty Carpet & Rug Co., Inc. | 5070 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $87,305.75 | $87,305.75 | Dynasty Carpet & Rug Co., Inc. | 13128 | Sears Holdings Corporation | $11,194.20 | $0.00 | $0.00 | $0.00 | $76,111.55 | $87,305.75 |
| | | | | | | | | | | Dynasty Carpet & Rug Co., Inc. | 15836 | Sears Holdings Corporation | $11,194.20 | $0.00 | $0.00 | $0.00 | $76,111.55 | $87,305.75 |
| 14. | Gaia Group, Inc. | 481 | Sears Holdings Corporation | $174,368.44 | $0.00 | $0.00 | $0.00 | $0.00 | $174,368.44 | Gaia Group, Inc. | 4279 | Sears Holdings Corporation | $12,600.00 | $0.00 | $0.00 | $0.00 | $161,768.44 | $174,368.44 |
| 15. | Hangzhou In-Choice Import and Export Co., Ltd | 186 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $326,048.17 | $326,048.17 | Hangzhou In-Choice Import and Export Co., Ltd | 4609 | Kmart Corporation | $109,669.53 | $0.00 | $0.00 | $0.00 | $216,378.64 | $326,048.17 |
| 16. | HANGZHOU IN- CHOICE IMPORT AND EXPORT CO., LTD | 190 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $283,341.12 | $283,341.12 | HANGZHOU IN- CHOICE IMPORT AND EXPORT CO., LTD | 4587 | Kmart Corporation | $283,341.12 | $0.00 | $0.00 | $0.00 | $0.00 | $283,341.12 |
| 17. | Hangzhou In-Choice Import and Export Co., LTD | 266 | Sears, Roebuck and Co. | $4,024.80 | $0.00 | $0.00 | $0.00 | $167,850.90 | $171,875.70 | Hangzhou In-Choice Import and Export Co., Ltd | 4616 | Sears, Roebuck and Co. | $171,875.70 | $0.00 | $0.00 | $0.00 | $0.00 | $171,875.70 |
| 18. | HANGZHOU IN- CHOICE IMPORT AND EXPORT CO LTD | 408 | Sears Holdings Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $359,154.36 | $359,154.36 | HANGZHOU IN- CHOICE IMPORT AND EXPORT CO., LTD | 4588 | Sears, Roebuck and Co. | $99,197.40 | $0.00 | $0.00 | $0.00 | $259,956.96 | $359,154.36 |
| 19. | INTEGRATED SERVICE MGT LLC | 1024 | Sears Holdings Corporation | $201,153.81 | $0.00 | $0.00 | $166,791.39 | $111,597.56 | $479,542.76 | INTEGRATED SERVICE MGT LLC | 10449 | Sears Holdings Corporation | $201,153.81 | $0.00 | $0.00 | $166,791.39 | $119,782.66 | $487,727.86 |
| 20. | International Paper | 691 | Sears Holdings Corporation | $116,548.33 | $0.00 | $0.00 | $0.00 | $0.00 | $116,548.33 | International Paper | 9567 | Kmart Corporation | $116,548.33 | $0.00 | $0.00 | $0.00 | $0.00 | $116,548.33 |
| | | | | | | | | | | International Paper | 10037 | Kmart Corporation | $116,548.33 | $0.00 | $0.00 | $0.00 | $0.00 | $116,548.33 |
| 21. | Kimberly-Clark Corporation | 5369 | Kmart Corporation | $748,232.33 | $0.00 | $0.00 | $0.00 | $247,725.99 | $995,958.32 | Kimberly-Clark Corporation | 9030 | Kmart Corporation | $748,232.33 | $0.00 | $0.00 | $0.00 | $247,725.99 | $995,958.32 |
| 22. | KISS PRODUCTS, INC. | 3134 | Sears Holdings Corporation | $240,440.88 | $0.00 | $0.00 | $0.00 | $604,881.87 | $845,322.75 | Kiss Products, Inc. | 10672 | Sears Holdings Management Corporation | $240,440.88 | $0.00 | $0.00 | $0.00 | $604,881.87 | $845,322.75 |

Debtors' Fourth Omnibus Objection to Claims  
Exhibit 1 - Amended/Superseded Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | | Claims to be Disallowed | | | | | | | | Surviving Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount |
| 23. | Ledvance LLC | 1177 | Sears Holdings Corporation | $349,504.10 | $0.00 | $0.00 | $0.00 | $823,346.50 | $1,172,850.60 | Ledvance LLC | 14492 | Kmart Corporation | $94,590.84 | $0.00 | $0.00 | $0.00 | $137,016.85 | $231,607.69 |
| | | | | | | | | | | Ledvance LLC | 14800 | Sears, Roebuck and Co. | $254,913.26 | $0.00 | $0.00 | $0.00 | $686,329.65 | $941,242.91 |
| 24. | Lifeworks Technology Group, LLC | 6553 | Sears Holdings Corporation | $1,484.40 | $0.00 | $0.00 | $0.00 | $16,218.98 | $17,703.38 | Lifeworks Technology Group | 11158 | Sears Holdings Corporation | $1,484.40 | $0.00 | $0.00 | $1,484.40 | $14,734.58 | $17,703.38 |
| 25. | Lifeworks Technology Group, LLC | 6565 | Kmart Corporation | $3,744.00 | $0.00 | $0.00 | $0.00 | $24,016.76 | $27,760.76 | Lifeworks Technology Group | 11123 | Kmart Corporation | $3,744.00 | $0.00 | $0.00 | $0.00 | $24,016.76 | $27,760.76 |
| 26. | Mansheen Industries Ltd. | 1255 | Sears Holdings Corporation | $202,297.62 | $0.00 | $0.00 | $0.00 | $385,674.84 | $587,972.46 | MANSHEEN INDUSTRIES LTD. | 12476 | Sears Holdings Corporation | $175,987.98 | $0.00 | $0.00 | $0.00 | $39,845.60 | $215,833.58 |
| | | | | | | | | | | MANSHEEN INDUSTRIES LTD | 12637 | Kmart Corporation | $258,633.61 | $0.00 | $0.00 | $0.00 | $113,472.47 | $372,106.08 |
| 27. | netRelevance LLC | 1274 | Sears Holdings Corporation | $306,378.55 | $0.00 | $0.00 | $0.00 | $268,708.50 | $575,087.05 | netRelevance LLC | 12276 | Sears Holdings Corporation | $306,378.55 | $0.00 | $0.00 | $0.00 | $268,708.50 | $575,087.05 |
| 28. | Niagara Bottling, LLC | 8167 | Sears Holdings Corporation | $326,344.25 | $0.00 | $0.00 | $0.00 | $13,577.62 | $339,921.87 | Niagara Bottling, LLC | 8786 | Kmart Corporation | $257,552.41 | $0.00 | $0.00 | $0.00 | $82,369.46 | $339,921.87 |
| | | | | | | | | | | Niagara Bottling, LLC | 8620 | Kmart Corporation | $326,344.25 | $0.00 | $0.00 | $0.00 | $13,577.62 | $339,921.87 |
| 29. | Ningbo Splendid Home Textiles Co., Ltd | 900 | Kmart Corporation | $29,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29,700.00 | NINGBO SPLENDID HOME TEXTILES CO.,LTD | 2693 | Kmart Corporation | $29,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29,700.00 |
| | | | | | | | | | | Ningbo Splendid Home Textiles Co., Ltd | 2711 | Kmart Corporation | $29,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29,700.00 |
| 30. | Olla Beauty Supply, INC DBA Ultra Standard Distributors | 10478 | Sears Holdings Corporation | $49,057.13 | $0.00 | $0.00 | $0.00 | $147,827.27 | $196,884.40 | Olla Beauty Supply, INC DBA Ultra Standard Distributors | 10561 | Sears Holdings Corporation | $49,057.13 | $0.00 | $0.00 | $0.00 | $147,827.27 | $196,884.40 |
| 31. | P.K. Douglass Inc. | 2202 | Kmart Corporation | $32,995.10 | $0.00 | $0.00 | $0.00 | $0.00 | $32,995.10 | P.K. Douglass Inc. | 8516 | Kmart Corporation | $30,778.80 | $0.00 | $0.00 | $0.00 | $0.00 | $30,778.80 |
| 32. | Pearl Global Industries Limited | 1445 | Sears, Roebuck and Co. | $1,118,516.11 | $0.00 | $0.00 | $0.00 | $0.00 | $1,118,516.11 | Pearl Global Industries Limited | 16468 | Sears Holdings Corporation | $134,673.93 | $0.00 | $0.00 | $0.00 | $562,281.51 | $696,955.44 |
| 33. | Pearl Global Industries Limited | 3313 | Sears, Roebuck and Co. | $1,118,516.11 | $0.00 | $0.00 | $0.00 | $0.00 | $1,118,516.11 | | | | | | | | | |
| 34. | Pearl Global Industries Limited | 1452 | Kmart Holding Corporation | $1,505,897.25 | $0.00 | $0.00 | $0.00 | $0.00 | $1,505,897.25 | Pearl Global Industries Limited | 16366 | Kmart Holding Corporation | $496,224.75 | $0.00 | $0.00 | $0.00 | $457,099.53 | $953,324.28 |
| 35. | Pearl Global Industries Limited | 2687 | Kmart Corporation | $1,505,897.25 | $0.00 | $0.00 | $0.00 | $0.00 | $1,505,897.25 | | | | | | | | | |
| 36. | Pearl Global Industries Limited | 3174 | Kmart Corporation | $1,505,897.25 | $0.00 | $0.00 | $0.00 | $0.00 | $1,505,897.25 | | | | | | | | | |
| 37. | Pearl Global Industries Limited | 3305 | Kmart Corporation | $1,505,897.25 | $0.00 | $0.00 | $0.00 | $0.00 | $1,505,897.25 | | | | | | | | | |
| 38. | Quality House Int | 753 | Sears Holdings Corporation | $1,678,807.63 | $0.00 | $0.00 | $0.00 | $568,632.17 | $2,247,439.80 | Quality House Int | 2939 | Sears Holdings Corporation | $1,678,807.63 | $0.00 | $0.00 | $0.00 | $568,632.17 | $2,247,439.80 |
| | | | | | | | | | | Quality House Int | 7897 | Sears, Roebuck and Co. | $141,342.75 | $0.00 | $0.00 | $0.00 | $642,984.39 | $784,327.14 |
| 39. | South Water Signs | 356 | Sears Holdings Corporation | $20,640.00 | $0.00 | $0.00 | $0.00 | $38,644.00 | $59,284.00 | SOUTH WATER SIGNS | 9060 | Sears Holdings Corporation | $20,640.00 | $0.00 | $0.00 | $0.00 | $36,394.00 | $57,034.00 |
| 40. | Thiessen Communications | 1124 | Sears Holdings Corporation | $21,700.00 | $0.00 | $0.00 | $21,700.00 | $120,818.01 | $164,218.01 | Vendor Recovery Fund IV, LLC as Transferee of Thiessen Communications | 6713 | Sears Holdings Corporation | $38,122.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38,122.00 |

Debtors' Fourth Omnibus Objection to Claims

Exhibit 1 - Amended/Superseded Claims

In re: Sears Holdings Corporation, et al.

Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount |
| 41. | Weihai Lianqiao International Coop. Group Co., LTD | 519 | Kmart Corporation | $897,737.81 | $0.00 | $0.00 | $0.00 | $105,863.90 | $1,003,601.71 | Weihai Lianqiao International Coop Group Co. Ltd. | 15702 | Kmart Corporation | $267,841.10 | $0.00 | $0.00 | $0.00 | $622,271.58 | $890,112.68 |
| 42. | Weihai Lianqiao International Coop Group Co, Ltd | 2340 | Kmart Corporation | $897,737.81 | $0.00 | $0.00 | $0.00 | $105,863.90 | $1,003,601.71 | | | | | | | | | |
| 43. | Weihai Lianqiao International Coop. Group Co., Ltd | 818 | Sears, Roebuck and Co. | $1,988,977.51 | $0.00 | $0.00 | $0.00 | $979,952.80 | $2,968,930.31 | Weihai Lianqiao International Coop Group Co. Ltd. | 15587 | Sears, Roebuck and Co. | $646,697.26 | $0.00 | $0.00 | $0.00 | $1,965,191.34 | $2,611,888.60 |
| 44. | Weihai Lianqiao International Coop. Group Co., Ltd | 2513 | Sears, Roebuck and Co. | $1,988,977.51 | $0.00 | $0.00 | $0.00 | $979,952.80 | $2,968,930.31 | | | | | | | | | |
| 45. | Whitebox Multi- Strategy Partners, LP as Transferee of SportsPower Limited | 3352 | Sears, Roebuck and Co. | $246,180.00 | $0.00 | $0.00 | $0.00 | $0.00 | $246,180.00 | Whitebox Multi- Strategy Partners, LP as Transferee of SportsPower Limited | 13944 | Sears, Roebuck and Co. | $246,180.00 | $0.00 | $0.00 | $0.00 | $0.00 | $246,180.00 |
| 46. | Whitebox Multi- Strategy Partners, LP as Transferee of SportsPower Limited | 4284 | Sears, Roebuck and Co. | $246,180.00 | $0.00 | $0.00 | $0.00 | $0.00 | $246,180.00 | | | | | | | | | |
| 47. | Wicked Fashions, Inc. | 4102 | Sears Holdings Corporation | $144,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144,912.00 | Wicked Fashions, Inc. | 15247 | Sears Holdings Corporation | $144,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144,912.00 |
| | | | | | | | | | | Wicked Fashions, Inc. | 16205 | Sears Holdings Corporation | $144,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144,912.00 |
| 48. | Winners Industry Company Limited | 7825 | Sears, Roebuck and Co. | $943,943.23 | $0.00 | $0.00 | $0.00 | $1,173,318.89 | $2,117,262.12 | Winners Industry Company Limited | 15654 | Sears, Roebuck and Co. | $1,726,765.83 | $0.00 | $0.00 | $0.00 | $1,173,318.89 | $2,900,084.72 |
| | | | | | | | | | | Winners Industry Company Limited | 17627 | Sears, Roebuck and Co. | $1,726,765.83 | $0.00 | $0.00 | $0.00 | $1,173,318.89 | $2,900,084.72 |
| 49. | Winners Industry Company Limited | 7827 | Kmart Corporation | $1,117,926.72 | $0.00 | $0.00 | $0.00 | $1,253,150.92 | $2,371,077.64 | Winners Industry Company Limited | 15719 | Kmart Corporation | $1,205,965.44 | $0.00 | $0.00 | $0.00 | $1,253,150.92 | $2,459,116.36 |
| | | | | | | | | | | Winners Industry Company Limited | 16253 | Kmart Corporation | $1,205,965.44 | $0.00 | $0.00 | $0.00 | $1,253,150.92 | $2,459,116.36 |
| 50. | Zhejiang YAT Electrical Appliance Co, Ltd. #4188 | 3852 | Sears Holdings Corporation | $741,944.50 | $0.00 | $0.00 | $0.00 | $0.00 | $741,944.50 | Zhejiang YAT Electrical Appliance Co, Ltd. #4188 | 8677 | Sears, Roebuck and Co. | $741,944.50 | $0.00 | $0.00 | $0.00 | $0.00 | $741,944.50 |