Debtors' Third Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount |
| 1. | A&A (H.K.) Industrial Limited | 7786 | Sears, Roebuck and Co. | $284,571.90 | $0.00 | $0.00 | $0.00 | $198,341.90 | $482,913.80 | A&A (H.K.) Industrial Limited | 12330 | Sears, Roebuck and Co. | $284,571.90 | $0.00 | $0.00 | $0.00 | $198,341.90 | $482,913.80 |
| 2. | A&A (H.K.) Industrial Limited | 7787 | Kmart Corporation | $258,263.40 | $0.00 | $0.00 | $0.00 | $392,749.97 | $651,013.37 | A&A (H.K.) Industrial Limited | 12277 | Kmart Corporation | $258,263.40 | $0.00 | $0.00 | $0.00 | $392,749.97 | $651,013.37 |
| 3. | Arrow Fastener Co, LLC | 4639 | Sears Holdings Corporation | $66,234.15 | $0.00 | $0.00 | $0.00 | $0.00 | $66,234.15 | Arrow Fastener Co, LLC | 4976 | Sears Holdings Corporation | $66,234.15 | $0.00 | $0.00 | $0.00 | $0.00 | $66,234.15 |
| 4. | Auxo International Ltd | 4508 | Kmart Corporation | $334,150.50 | $0.00 | $0.00 | $0.00 | $480,251.28 | $814,401.78 | Auxo International Ltd | 4569 | Kmart Corporation | $334,150.50 | $0.00 | $0.00 | $0.00 | $480,251.28 | $814,401.78 |
| 5. | Baby Coca for Wears and Textiles Co. | 153 | Kmart Corporation | $74,968.26 | $0.00 | $0.00 | $0.00 | $0.00 | $74,968.26 | Baby Coca For Wears & Textiles Co. | 1525 | Kmart Corporation | $74,968.26 | $0.00 | $0.00 | $0.00 | $0.00 | $74,968.26 |
| 6. | Baby Coca For Wears and Textiles | 99 | Sears, Roebuck and Co. | $137,756.24 | $0.00 | $0.00 | $0.00 | $0.00 | $137,756.24 | Baby Coca For Wears & Textiles Co. | 1754 | Sears, Roebuck and Co. | $137,756.24 | $0.00 | $0.00 | $0.00 | $0.00 | $137,756.24 |
| 7. | Baby Coca For Wears & Textiles Co. | 164 | Sears, Roebuck and Co. | $24,986.64 | $0.00 | $0.00 | $0.00 | $0.00 | $24,986.64 | BABY COCA FOR WEARS AND TEXTILES Co. | 1263 | Sears, Roebuck and Co. | $24,986.64 | $0.00 | $0.00 | $0.00 | $0.00 | $24,986.64 |
| 8. | Baby Coca for Wears and Textiles Co. | 152 | Kmart Corporation | $55,594.28 | $0.00 | $0.00 | $0.00 | $0.00 | $55,594.28 | BABY COCA FOR WEARS AND TEXTILES Co. | 2074 | Kmart Corporation | $55,594.28 | $0.00 | $0.00 | $0.00 | $0.00 | $55,594.28 |
| 9. | Baby Coca For Wears And Textiles | 1039 | Sears, Roebuck and Co. | $93,984.82 | $0.00 | $0.00 | $0.00 | $0.00 | $93,984.82 | BABY COCA FOR WEARS AND TEXTILES Co. | 2096 | Sears, Roebuck and Co. | $93,984.82 | $0.00 | $0.00 | $0.00 | $0.00 | $93,984.82 |
| 10. | Baby Coca For Wears And Textiles | 144 | Sears, Roebuck and Co. | $116,651.44 | $0.00 | $0.00 | $0.00 | $0.00 | $116,651.44 | Baby Coca for Wears and Textiles Co. | 1999 | Sears, Roebuck and Co. | $116,651.44 | $0.00 | $0.00 | $0.00 | $0.00 | $116,651.44 |
| 11. | Baby Coca For Wears & Textiles | 97 | Kmart Corporation | $266,050.25 | $0.00 | $0.00 | $0.00 | $0.00 | $266,050.25 | BABY COCA FOR WEARS AND TEXTILES Co. | 2088 | Kmart Corporation | $266,050.25 | $0.00 | $0.00 | $0.00 | $0.00 | $266,050.25 |
| 12. | Chervon (HK), Ltd. | 15507 | Kmart Corporation | $184,137.36 | $0.00 | $0.00 | $0.00 | $128,018.02 | $312,155.38 | Chervon (HK), Ltd. | 17199 | Kmart Corporation | $184,137.36 | $0.00 | $0.00 | $0.00 | $128,018.02 | $312,155.38 |
| 13. | Chervon (HK), Ltd. | 15510 | Sears, Roebuck and Co. | $776,477.30 | $0.00 | $0.00 | $0.00 | $876,426.42 | $1,652,903.72 | Chervon (HK), Ltd. | 17285 | Sears, Roebuck and Co. | $776,477.30 | $0.00 | $0.00 | $0.00 | $876,426.42 | $1,652,903.72 |
| 14. | CRG Financial LLC as Transferee of Torin Inc. | 1509 | Sears, Roebuck and Co. | $109,401.38 | $0.00 | $0.00 | $0.00 | $0.00 | $109,401.38 | CRG Financial LLC as Transferee of Torin Inc. | 16953 | Sears, Roebuck and Co. | $109,401.38 | $0.00 | $0.00 | $0.00 | $0.00 | $109,401.38 |
| 15. | Eastern Prime Textile Limited | 447 | Kmart Corporation | $690,241.21 | $0.00 | $0.00 | $0.00 | $2,978,745.97 | $3,668,987.18 | Eastern Prime Textile Limited | 1327 | Kmart Corporation | $690,241.21 | $0.00 | $0.00 | $0.00 | $2,978,745.97 | $3,668,987.18 |
| 16. | Eastern Prime Textile Limited | 535 | Sears, Roebuck and Co. | $1,290,466.68 | $0.00 | $0.00 | $0.00 | $2,556,198.88 | $3,846,665.56 | Eastern Prime Textile Limited | 1228 | Sears, Roebuck and Co. | $1,290,466.68 | $0.00 | $0.00 | $0.00 | $2,556,198.88 | $3,846,665.56 |
| 17. | E-Land Apparel Ltd | 557 | Kmart Corporation | $69,690.70 | $0.00 | $0.00 | $0.00 | $0.00 | $69,690.70 | E-Land Apparel Ltd | 2048 | Kmart Corporation | $69,690.70 | $0.00 | $0.00 | $0.00 | $0.00 | $69,690.70 |
| 18. | E-Land Apparel Ltd | 552 | Sears, Roebuck and Co. | $162,269.10 | $0.00 | $0.00 | $0.00 | $0.00 | $162,269.10 | E-Land Apparel Ltd | 1765 | Sears, Roebuck and Co. | $162,269.10 | $0.00 | $0.00 | $0.00 | $0.00 | $162,269.10 |
| 19. | ESJAY INTERNATIONAL PRIVATE LIMITED | 976 | Kmart Corporation | $71,171.85 | $0.00 | $0.00 | $0.00 | $0.00 | $71,171.85 | ESJAY INTERNATIONAL PRIVATE LIMITED | 2196 | Kmart Corporation | $71,171.85 | $0.00 | $0.00 | $0.00 | $0.00 | $71,171.85 |
| 20. | ESJAY INTERNATIONAL PRIVATE LIMITED | 977 | Sears, Roebuck and Co. | $168,535.56 | $0.00 | $0.00 | $0.00 | $0.00 | $168,535.56 | ESJAY INTERNATIONAL PRIVATE LIMITED | 1411 | Sears, Roebuck and Co. | $168,535.56 | $0.00 | $0.00 | $0.00 | $0.00 | $168,535.56 |
| 21. | Fair Harbor Capital, LLC as Transferee of Cheng Yen Enterprises Co., Ltd | 1051 | Sears Holdings Corporation | $120,265.90 | $0.00 | $0.00 | $0.00 | $0.00 | $120,265.90 | Fair Harbor Capital, LLC as Transferee of Cheng Yen Enterprises Co., Ltd | 2339 | Sears Holdings Corporation | $120,265.90 | $0.00 | $0.00 | $0.00 | $0.00 | $120,265.90 |
| 22. | Fair Harbor Capital, LLC as Transferee of Cheng Yen Enterprises Co., Ltd | 3170 | Sears Holdings Corporation | $233,298.43 | $0.00 | $0.00 | $0.00 | $0.00 | $233,298.43 | Fair Harbor Capital, LLC as Transferee of Cheng Yen Enterprises Co., Ltd | 4170 | Sears Holdings Corporation | $233,298.43 | $0.00 | $0.00 | $0.00 | $0.00 | $233,298.43 |
| 23. | Fair Harbor Capital, LLC as Transferee of Everest Group USA | 1855 | Sears Holdings Corporation | $31,943.16 | $0.00 | $0.00 | $0.00 | $0.00 | $31,943.16 | Fair Harbor Capital, LLC as Transferee of Everest Group USA | 1935 | Sears Holdings Corporation | $31,943.16 | $0.00 | $0.00 | $0.00 | $0.00 | $31,943.16 |
| 24. | FRIEND SMITH & CO INC | 15780 | Sears Holdings Corporation | $50,199.29 | $0.00 | $0.00 | $0.00 | $93,717.19 | $143,916.48 | FRIEND SMITH & CO INC | 17081 | Sears Holdings Corporation | $50,199.29 | $0.00 | $0.00 | $0.00 | $93,717.19 | $143,916.48 |
| 25. | FUZHOU FUSHAN PNEUMATIC CO.,LTD. | 1304 | Sears Holdings Corporation | $1,280,065.72 | $0.00 | $0.00 | $0.00 | $0.00 | $1,280,065.72 | FUZHOU FUSHAN PNEUMATIC CO.,LTD. | 4541 | Sears Holdings Corporation | $1,280,065.72 | $0.00 | $0.00 | $0.00 | $0.00 | $1,280,065.72 |
| 26. | GTM USA Corporation | 984 | Sears, Roebuck and Co. | $163,658.48 | $0.00 | $0.00 | $0.00 | $0.00 | $163,658.48 | GTM USA Corporation | 2027 | Sears, Roebuck and Co. | $163,658.48 | $0.00 | $0.00 | $0.00 | $0.00 | $163,658.48 |
| 27. | Gul Ahmed Textile Mills Limited | 529 | Sears, Roebuck and Co. | $33,424.92 | $0.00 | $0.00 | $0.00 | $0.00 | $33,424.92 | Gul Ahmed Textile Mills Limited | 1241 | Sears, Roebuck and Co. | $33,424.92 | $0.00 | $0.00 | $0.00 | $0.00 | $33,424.92 |
| 28. | HARRIS PAINTS | 15127 | Kmart Corporation | $23,388.22 | $0.00 | $0.00 | $0.00 | $106,361.65 | $129,749.87 | HARRIS PAINTS | 17903 | Kmart Corporation | $23,388.22 | $0.00 | $0.00 | $0.00 | $106,361.65 | $129,749.87 |
| 29. | HOLDSUN GROUP LIMITED | 31 | Kmart Corporation | $62,135.76 | $0.00 | $0.00 | $0.00 | $185,229.66 | $247,365.42 | HOLDSUN GROUP LIMITED | 1205 | Kmart Corporation | $62,135.76 | $0.00 | $0.00 | $0.00 | $185,229.66 | $247,365.42 |
| 30. | HOLDSUN GROUP LIMITED | 37 | Kmart Corporation | $62,135.76 | $0.00 | $0.00 | $0.00 | $185,229.66 | $247,365.42 | | | | | | | | | |
| 31. | Igoseating Limited | 2825 | Kmart Corporation | $39,292.50 | $0.00 | $0.00 | $0.00 | $0.00 | $39,292.50 | Igoseating Limited | 4457 | Kmart Corporation | $39,292.50 | $0.00 | $0.00 | $0.00 | $0.00 | $39,292.50 |
| 32. | INDUSTRIAS DE MOVEIS ROTTA LTDA | 2124 | Sears, Roebuck de Puerto Rico, Inc. | $108,315.07 | $0.00 | $0.00 | $108,315.07 | $0.00 | $216,630.14 | INDUSTRIAS DE MOVEIS ROTTA LTDA | 2686 | Sears, Roebuck de Puerto Rico, Inc. | $108,315.07 | $0.00 | $0.00 | $108,315.07 | $0.00 | $216,630.14 |

1

Debtors' Third Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount | Name of Claimant | Surviving Claim No. | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount | Asserted Administrative Priority Claim Amount | Asserted Secured Claim Amount | Asserted Priority Claim Amount | Asserted General Unsecured Claim Amount | Asserted Total Claim Amount |
| 33. | Innova Products Inc. | 5609 | Sears Holdings Corporation | $6,422.00 | $0.00 | $0.00 | $0.00 | $39,438.50 | $45,860.50 | Innova Products Inc. | 11538 | Sears Holdings Corporation | $6,422.00 | $0.00 | $0.00 | $0.00 | $39,438.50 | $45,860.50 |
| 34. | ISLAND SLIPPER FACTORY LTD. | 8488 | Sears, Roebuck and Co. | $2,040.15 | $0.00 | $0.00 | $0.00 | $0.00 | $2,040.15 | ISLAND SLIPPER FACTORY LTD. | 8544 | Sears, Roebuck and Co. | $2,040.15 | $0.00 | $0.00 | $0.00 | $0.00 | $2,040.15 |
| 35. | Kai Ning Leather Products Co., Ltd | 3638 | Sears, Roebuck and Co. | $216,009.90 | $0.00 | $0.00 | $0.00 | $51,077.52 | $267,087.42 | Kai Ning Leather Products Co., Ltd | 10854 | Sears, Roebuck and Co. | $216,009.90 | $0.00 | $0.00 | $0.00 | $51,077.52 | $267,087.42 |
| 36. | Kai Ning Leather Products Co., Ltd | 3647 | Kmart Corporation | $335,722.02 | $0.00 | $0.00 | $0.00 | $96,836.16 | $432,558.18 | Kai Ning Leather Products Co., Ltd | 10939 | Kmart Corporation | $335,722.02 | $0.00 | $0.00 | $0.00 | $96,836.16 | $432,558.18 |
| 37. | LDC Enterprise Inc. Ltd | 1631 | Sears Holdings Corporation | $51,610.32 | $0.00 | $0.00 | $0.00 | $0.00 | $51,610.32 | LDC Enterprise Inc. Ltd | 12819 | Sears Holdings Corporation | $51,610.32 | $0.00 | $0.00 | $0.00 | $0.00 | $51,610.32 |
| 38. | Lisa International | 2446 | Sears Holdings Corporation | $388,503.60 | $0.00 | $0.00 | $0.00 | $166,674.10 | $555,177.70 | Lisa International | 3893 | Sears Holdings Corporation | $388,503.60 | $0.00 | $0.00 | $0.00 | $166,674.10 | $555,177.70 |
| 39. | Max Chemical Inc | 3798 | Sears, Roebuck de Puerto Rico, Inc. | $4,633.50 | $0.00 | $0.00 | $0.00 | $236,730.34 | $241,363.84 | Max Chemical Inc | 4956 | Sears, Roebuck de Puerto Rico, Inc. | $4,633.50 | $0.00 | $0.00 | $0.00 | $236,730.34 | $241,363.84 |
| 40. | MBI Sport Inc | 1010 | Sears Holdings Corporation | $248,858.20 | $0.00 | $0.00 | $0.00 | $0.00 | $248,858.20 | MBI Sport Inc | 13238 | Sears Holdings Corporation | $248,858.20 | $0.00 | $0.00 | $0.00 | $0.00 | $248,858.20 |
| 41. | Nano Star Ventures Limited | 602 | Kmart Corporation | $18,918.00 | $0.00 | $0.00 | $0.00 | $235,963.59 | $254,881.59 | Nano Star Ventures Limited | 2274 | Kmart Corporation | $18,918.00 | $0.00 | $0.00 | $0.00 | $235,963.59 | $254,881.59 |
| 42. | Primacy Industries Limited | 1192 | Sears Holdings Corporation | $36,564.78 | $0.00 | $0.00 | $0.00 | $0.00 | $36,564.78 | Primacy Industries Limited | 2737 | Sears Holdings Corporation | $36,564.78 | $0.00 | $0.00 | $0.00 | $0.00 | $36,564.78 |
| 43. | Prince of Peace Enterprises Inc. | 5864 | Sears Holdings Corporation | $3,362.16 | $0.00 | $0.00 | $0.00 | $13,872.00 | $17,234.16 | Prince of Peace Enterprises Inc. | 5890 | Sears Holdings Corporation | $3,362.16 | $0.00 | $0.00 | $0.00 | $13,872.00 | $17,234.16 |
| 44. | Quality House Int | 753 | Sears Holdings Corporation | $1,678,807.63 | $0.00 | $0.00 | $0.00 | $568,632.17 | $2,247,439.80 | Quality House Int | 2939 | Sears Holdings Corporation | $1,678,807.63 | $0.00 | $0.00 | $0.00 | $568,632.17 | $2,247,439.80 |
| 45. | Quality House Int | 2028 | Sears Holdings Corporation | $1,678,807.63 | $0.00 | $0.00 | $0.00 | $568,632.17 | $2,247,439.80 | | | | | | | | | |
| 46. | ROBERT J. CLANCEY, LTD. | 4430 | Sears Holdings Corporation | $39,235.23 | $0.00 | $0.00 | $0.00 | $86,946.86 | $126,182.09 | ROBERT J. CLANCEY, LTD. | 11096 | Sears Holdings Corporation | $39,235.23 | $0.00 | $0.00 | $0.00 | $86,946.86 | $126,182.09 |
| 47. | Rosemary Assets Limited | 727 | Sears Holdings Corporation | $391,903.52 | $0.00 | $0.00 | $0.00 | $0.00 | $391,903.52 | Rosemary Assets Limited | 10092 | Sears Holdings Corporation | $391,903.52 | $0.00 | $0.00 | $0.00 | $0.00 | $391,903.52 |
| 48. | Rosemary Assets Limited | 9745 | Sears Holdings Corporation | $562,837.07 | $0.00 | $0.00 | $0.00 | $0.00 | $562,837.07 | Rosemary Assets Limited | 9966 | Sears Holdings Corporation | $562,837.07 | $0.00 | $0.00 | $0.00 | $0.00 | $562,837.07 |
| 49. | Rosemary Assets Limited | 1098 | Sears Holdings Corporation | $562,837.07 | $0.00 | $0.00 | $0.00 | $0.00 | $562,837.07 | | | | | | | | | |
| 50. | Shanghai Fochier Intl Trade Co Ltd | 4568 | Sears, Roebuck and Co. | $327,870.18 | $0.00 | $0.00 | $0.00 | $130,036.25 | $457,906.43 | Shanghai Fochier Intl Trade Co Ltd | 17158 | Sears, Roebuck and Co. | $327,870.18 | $0.00 | $0.00 | $0.00 | $130,036.25 | $457,906.43 |
| 51. | Thiessen Communications, Inc. | 740 | Sears Holdings Corporation | $21,700.00 | $0.00 | $0.00 | $21,700.00 | $120,818.01 | $164,218.01 | Thiessen Communications, Inc. | 1124 | Sears Holdings Corporation | $21,700.00 | $0.00 | $0.00 | $21,700.00 | $120,818.01 | $164,218.01 |
| 52. | Universal Hosiery Inc. | 9317 | Sears Holdings Corporation | $10,197.40 | $0.00 | $0.00 | $0.00 | $215,647.74 | $225,845.14 | Universal Hosiery Inc. | 9994 | Sears Holdings Corporation | $10,197.40 | $0.00 | $0.00 | $0.00 | $215,647.74 | $225,845.14 |
| 53. | Wicked Fashions, Inc. | 15247 | Sears Holdings Corporation | $144,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144,912.00 | Wicked Fashions, Inc. | 16205 | Sears Holdings Corporation | $144,912.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144,912.00 |