Debtors' Second Omnibus Objection to Claims  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 1. | 10 MANAGEMENT INCORPORATED, INC | 4521 | Sears Holdings Corporation | $38,985.00 | $38,985.00 | The Claim does not relate to the receipt of "goods". |
| 2. | 123Stores, Inc. | 15977 | Sears Holdings Corporation | $40,697.79 | $40,697.79 | The Claim does not relate to goods received "by the Debtors". |
| 3. | 4T DOOR SYSTEMS, INC. | 9085 | Sears Holdings Corporation | $1,288.75 | $1,288.75 | The Claim does not relate to the receipt of "goods". |
| 4. | 4T Door Systems, Inc. | 373 | Sears Holdings Corporation | $1,288.75 | $1,288.75 | The Claim does not relate to the receipt of "goods". |
| 5. | 888 Cool Fans | 7833 | Sears Holdings Corporation | $278.35 | $278.35 | The Claim does not relate to goods received "by the Debtors". |
| 6. | Ace Vacuums Online LLC | 8525 | Sears Holdings Corporation | $12,673.25 | $12,673.25 | The Claim does not relate to goods received "by the Debtors". |
| 7. | Adams, Aerin-Leigh | 15936 | Sears Home Improvement Products, Inc. | $5,411.00 | $5,411.00 | The Claim does not relate to the receipt of "goods". |
| 8. | Adams, Aerin-Leigh | 17740 | Sears Home Improvement Products, Inc. | $5,411.00 | $5,411.00 | The Claim does not relate to the receipt of "goods". |
| 9. | adMarketplace | 2660 | Sears Holdings Corporation | $20,808.00 | $20,808.00 | The Claim does not relate to the receipt of "goods". |
| 10. | adMarketplace, inc. | 10674 | Sears Holdings Corporation | $18,214.90 | $18,214.90 | The Claim does not relate to the receipt of "goods". |
| 11. | AGGRO PACIFIC HAWAII LLC | 7248 | Sears Holdings Corporation | $9,947.00 | $9,947.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 12. | AKDY IMPORTS LLC | 7848 | Sears Holdings Corporation | $30,315.99 | $30,315.99 | The Claim does not relate to goods received "by the Debtors". |
| 13. | ALIZAI ENTERPRISE INC | 4758 | Sears Holdings Corporation | $10,970.88 | $10,970.88 | The Claim does not relate to goods received "by the Debtors". |
| 14. | All American Door | 15188 | Sears Holdings Management Corporation | $3,787.40 | $3,787.40 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 15. | ALL AMERICAN TREE & LAWN | 11970 | Sears Holdings Corporation | $11,495.00 | $11,495.00 | The Claim does not relate to the receipt of "goods". |
| 16. | All American Tree & Lawn | 363 | Sears Holdings Corporation | $24,390.00 | $24,390.00 | The Claim does not relate to the receipt of "goods". |
| 17. | Allatin, Tara A | 14495 | Sears, Roebuck and Co. | $6,145.85 | $6,145.85 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 18. | ALS GROUP INC | 10844 | Sears Holdings Corporation | $1,286.95 | $1,286.95 | The Claim does not relate to goods received "by the Debtors". |
| 19. | ALS GROUP INC | 12417 | Sears Holdings Corporation | $1,764.18 | $1,764.18 | The Claim does not relate to goods received "by the Debtors". |
| 20. | Alvarez, Cesar L. | 14248 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 21. | AMAZONLOT LLC | 12451 | Sears Holdings Corporation | $107,779.27 | $107,779.27 | The Claim does not relate to goods received "by the Debtors". |
| 22. | Amazzonlot | 836 | Sears Holdings Corporation | $107,779.27 | $107,779.27 | The Claim does not relate to goods received "by the Debtors". |
| 25. | AMI Ventures Inc | 8540 | Sears Holdings Corporation | $161,118.57 | $161,118.57 | The Claim does not relate to goods received "by the Debtors". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1

Debtors' Second Omnibus Objection to Claims  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

**Schedule of 503(b)(9) Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 28. | Ammana | 11521 | Sears Holdings Corporation | $3,908.72 | $3,908.72 | The Claim does not relate to goods received "by the Debtors". |
| 29. | Angione, Emilia I | 16698 | Sears Holdings Corporation | $6,551.55 | $6,551.55 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 30. | ANGOL, LESTER K | 16893 | Sears, Roebuck and Co. | $1,403.99 | $1,403.99 | The Claim does not relate to the receipt of "goods". |
| 31. | AR & EM RETAIL GROUP CORP | 9900 | Sears Holdings Corporation | $5,671.74 | $5,671.74 | The Claim does not relate to goods received "by the Debtors". |
| 32. | AR & EM Retail Group Corp | 11465 | Sears Holdings Corporation | $5,671.74 | $5,671.74 | The Claim does not relate to goods received "by the Debtors". |
| 33. | ARORA, AMIT | 18710 | Sears Home Improvement Products, Inc. | $4,000.00 | $4,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 34. | ARROW GLOBAL ASSET DISPOSITION, INC. | 8679 | Sears Holdings Corporation | $28,260.18 | $28,260.18 | The Claim does not relate to goods received "by the Debtors". |
| 35. | AVANTI, LOUISA | 14313 | Sears Holdings Corporation | $37,000.00 | $37,000.00 | The Claim does not relate to the receipt of "goods". |
| 36. | AVANTI, LOUISA | 18374 | Sears Holdings Corporation | $37,000.00 | $37,000.00 | The Claim does not relate to the receipt of "goods". |
| 37. | BABYLON LIMITED | 12486 | Sears Holdings Corporation | $5,379.96 | $5,379.96 | The Claim does not relate to goods received "by the Debtors". |
| 38. | BABYLON LIMITED | 14397 | Sears Holdings Corporation | $5,379.96 | $5,379.96 | The Claim does not relate to goods received "by the Debtors". |
| 39. | BAR, ELI | 14920 | Sears Holdings Corporation | $67,482.59 | $67,482.59 | The Claim does not relate to goods received "by the Debtors". |
| 40. | BARNES, ROSEMARY | 18870 | Kmart Holding Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 41. | Barron, Kenneth and Diane | 9260 | Sears Holdings Corporation | $103.99 | $103.99 | The Claim does not relate to the receipt of "goods". |
| 42. | BATISTA, MILDRED | 14115 | Sears Holdings Corporation | $3,819.99 | $3,819.99 | The Claim does not relate to the receipt of "goods". |
| 43. | Batten & Company | 16025 | Sears Holdings Management Corporation | $10,762.50 | $10,762.50 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 44. | Battle, Jesse Richard | 18921 | Sears, Roebuck and Co. | $3,059.16 | $3,059.16 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 45. | BAUZELLE, VIRGINIA | 10809 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 46. | BBW BRANDS INC | 10725 | Sears Holdings Corporation | $1,286.95 | $1,286.95 | The Claim does not relate to goods received "by the Debtors". |
| 47. | Beauty Express Salons, Inc. | 16885 | Sears, Roebuck and Co. | $41,426.00 | $41,426.00 | The Claim does not relate to the receipt of "goods". |
| 48. | Bedz King LLC | 7593 | Sears Holdings Corporation | $4,215.87 | $4,215.87 | The Claim does not relate to goods received "by the Debtors". |
| 49. | Bennett, Jennifer | 16457 | Sears Home Improvement Products, Inc. | $8,694.80 | $8,694.80 | The Claim does not relate to the receipt of "goods". |
| 50. | Best Plumbing and Remodeling Inc | 5497 | Sears Holdings Corporation | $2,373.76 | $2,373.76 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

2

Debtors' Second Omnibus Objection to Claims　　　　　　　　　　　　　　　　　　　　　　　　　　In re: Sears Holdings Corporation, et al.
Exhibit 1 - Reclassified Claims　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 18-23538 (RDD)

| | | | Schedule of 503(b)(9) Claims to be Reclassified* | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 51. | Beyove Limited | 12235 | Sears Holdings Corporation | $51,870.19 | $51,870.19 | The Claim does not relate to goods received "by the Debtors". |
| 53. | BHFO, Inc. | 7812 | Sears Holdings Corporation | $294.13 | $294.13 | The Claim does not relate to goods received "by the Debtors". |
| 54. | Black Bow Brands, Inc. | 8553 | Sears Holdings Corporation | $7,753.60 | $7,753.60 | The Claim does not relate to goods received "by the Debtors". |
| 55. | BLACK, BRIAN | 17339 | Sears Holdings Corporation | $35,000.00 | $35,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 56. | Blair Technology Group | 11297 | Sears Holdings Corporation | $16,268.89 | $16,268.89 | The Claim does not relate to goods received "by the Debtors". |
| 57. | BLASS, JAY | 1296 | Sears Home Improvement Products, Inc. | $312.50 | $312.50 | The Claim does not relate to the receipt of "goods". |
| 58. | BLASS, JAY | 1931 | Sears Home Improvement Products, Inc. | $135.50 | $135.50 | The Claim does not relate to the receipt of "goods". |
| 59. | BLEDSOE, TAMICHA | 13493 | Sears Holdings Corporation | $3,172.40 | $3,172.40 | The Claim does not relate to the receipt of "goods". |
| 60. | BLM Flooring Inc | 717 | Sears Home Improvement Products, Inc. | $3,997.35 | $3,997.35 | The Claim does not relate to the receipt of "goods". |
| 61. | Blue Nile Mills | 12193 | Sears Holdings Corporation | $15,945.67 | $15,945.67 | The Claim does not relate to goods received "by the Debtors". |
| 62. | BonJon LLC dba: Celebrity Tuxedos | 3097 | Sears Holdings Corporation | $4,322.00 | $4,322.00 | The Claim does not relate to the receipt of "goods". |
| 63. | BOSH ENTERPRISES INC | 18766 | Sears Holdings Corporation | $1,605.00 | $1,605.00 | The Claim does not relate to the receipt of "goods". |
| 64. | Bowers Tool LLC | 7133 | Sears Holdings Corporation | $1,822.61 | $1,822.61 | The Claim does not relate to goods received "by the Debtors". |
| 65. | Bowers Tool LLC | 12767 | Sears Holdings Corporation | $1,895.41 | $1,895.41 | The Claim does not relate to goods received "by the Debtors". |
| 66. | BPH LLC | 14147 | Sears Holdings Corporation | $624.36 | $624.36 | The Claim does not relate to goods received "by the Debtors". |
| 67. | BQBP ELECTRONICS INC | 11707 | Sears Holdings Corporation | $4,620.21 | $4,620.21 | The Claim does not relate to goods received "by the Debtors". |
| 68. | BRAGA, STEPHEN | 13432 | Sears Home Improvement Products, Inc. | $120.00 | $120.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 69. | BRAXTON, LORI | 11616 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 70. | BROOKS, DONALD R | 19432 | Sears Holdings Corporation | $6,200.00 | $6,200.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 71. | Brown, Ardree D. | 17029 | Sears Holdings Corporation | $18,512.50 | $18,512.50 | The Claim does not relate to the receipt of "goods". |
| 72. | BROWN, BRYAN | 11135 | Sears Holdings Corporation | $8,489.26 | $8,489.26 | The Claim does not relate to the receipt of "goods". |
| 73. | BUCKEYE BARGAIN BOX LLC | 12719 | Sears Holdings Corporation | $5,615.26 | $5,615.26 | The Claim does not relate to goods received "by the Debtors". |
| 74. | Buckeye Sweeping, Inc. | 1395 | Sears Holdings Corporation | $2,000.00 | $2,000.00 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.　　　　　　　3

Debtors' Second Omnibus Objection to Claims  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 75. | Buckeye Sweeping, Inc. | 2375 | Sears Holdings Corporation | $2,000.00 | $2,000.00 | The Claim does not relate to the receipt of "goods". |
| 76. | Buckley, Shirley | 9691 | Sears Home Improvement Products, Inc. | $5,643.96 | $5,643.96 | The Claim does not relate to the receipt of "goods". |
| 77. | BuilderDepot, Inc. | 3957 | Sears Holdings Corporation | $26,345.11 | $26,345.11 | The Claim does not relate to goods received "by the Debtors". |
| 78. | Burris, Sharon | 10851 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 79. | Bustamante, Eduardo | 9449 | Sears, Roebuck and Co. | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 80. | Cain, Vanessa | 11545 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 81. | Cain, Vanessa | 11063 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 82. | CALTAGIRONE, REGINA | 18898 | Sears Holdings Corporation | $2,500.00 | $2,500.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 83. | CAMACHO, JOSE M | 14364 | Sears, Roebuck de Puerto Rico, Inc. | $14,170.60 | $14,170.60 | The Claim does not relate to the receipt of "goods". |
| 84. | Campbell, Benjamin T. | 7115 | Sears Holdings Corporation | $1,000.00 | $1,000.00 | The Claim does not relate to the receipt of "goods". |
| 85. | CASILLAS, LUIS I | 16327 | Sears, Roebuck and Co. | $5,600.00 | $5,600.00 | The Claim does not relate to the receipt of "goods". |
| 86. | Chahoud, Diala | 5698 | Sears, Roebuck and Co. | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 87. | CHAMPION, JANICE | 12993 | Sears Holdings Corporation | $3,500.00 | $3,500.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 88. | Channel Marketing LLC D/B/A PowerSellerUSA | 8888 | Sears Holdings Corporation | $1,726.08 | $1,726.08 | The Claim does not relate to goods received "by the Debtors". |
| 89. | Chanx.com, Inc. | 108 | Sears Holdings Corporation | $5,497.64 | $5,497.64 | The Claim does not relate to goods received "by the Debtors". |
| 90. | Chic Home Design, LLC | 4919 | Sears Holdings Corporation | $11,256.90 | $11,256.90 | The Claim does not relate to goods received "by the Debtors". |
| 91. | Chic Home Design, LLC. | 4880 | Sears Holdings Corporation | $4,646.50 | $4,646.50 | The Claim does not relate to goods received "by the Debtors". |
| 92. | Chronostore | 1617 | Sears Holdings Corporation | $2,442.53 | $2,442.53 | The Claim does not relate to goods received "by the Debtors". |
| 93. | Chronostore | 8291 | Sears Holdings Corporation | $5,663.19 | $5,663.19 | The Claim does not relate to goods received "by the Debtors". |
| 94. | Chronostore | 15993 | Sears Holdings Corporation | $5,663.19 | $5,663.19 | The Claim does not relate to goods received "by the Debtors". |
| 95. | CLEMENTE, ROSA C. | 13205 | Sears Holdings Corporation | $1,000.00 | $1,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 96. | Clemons Business Group, LLC | 11508 | Sears Holdings Corporation | $24,189.12 | $24,189.12 | The Claim does not relate to goods received "by the Debtors". |
| 97. | Clemons Business Group, LLC dba 2Shop | 4286 | Sears Holdings Corporation | $24,189.12 | $24,189.12 | The Claim does not relate to goods received "by the Debtors". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Second Omnibus Objection to Claims  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 98. | Clickhere2shop, LLC | 10510 | Sears Holdings Corporation | $9,843.17 | $9,843.17 | The Claim does not relate to goods received "by the Debtors". |
| 99. | Collective Trading Inc | 11724 | Sears Holdings Corporation | $8,085.66 | $8,085.66 | The Claim does not relate to goods received "by the Debtors". |
| 100. | COLLINS, YVONNE | 14999 | Sears Holdings Corporation | $7,720.00 | $7,720.00 | The Claim does not relate to the receipt of "goods". |
| 101. | CONDES, SALLY | 18331 | Sears, Roebuck and Co. | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 102. | COOPER, JO ANN | 11244 | Sears Holdings Corporation | $4,000.00 | $4,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 103. | COSIMINI, RUTH | 12237 | Sears Holdings Corporation | $8,277.30 | $8,277.30 | The Claim does not relate to the receipt of "goods". |
| 104. | CPO Commerce, Inc. | 14157 | Sears Holdings Corporation | $121,535.78 | $121,535.78 | The Claim does not relate to goods received "by the Debtors". |
| 105. | CPO Commerce, LLC. | 13925 | Sears Holdings Corporation | $121,535.78 | $121,535.78 | The Claim does not relate to goods received "by the Debtors". |
| 106. | CRABTREE, MICHAEL | 19156 | Sears Holdings Corporation | $11,217.01 | $11,217.01 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 107. | Crandoll, Yolanda | 10530 | Sears Holdings Corporation | $7,818.94 | $7,818.94 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 108. | Culley, Amy | 11945 | Sears Home Improvement Products, Inc. | $1,117.78 | $1,117.78 | The Claim does not relate to the receipt of "goods". |
| 109. | Cyber Pro Service Inc DBA Wags and Whiskers Gifts | 4043 | Sears Holdings Corporation | $953.47 | $953.47 | The Claim does not relate to goods received "by the Debtors". |
| 111. | Cyxtera Communications, LLC | 18688 | Sears Holdings Management Corporation | $150,063.71 | $150,063.71 | The Claim does not relate to the receipt of "goods". |
| 112. | DATS Trucking, Inc. | 4092 | StarWest, LLC | $180.67 | $180.67 | The Claim does not relate to the receipt of "goods". |
| 113. | Dave Mancia, duns # 1000338016 | 755 | Sears Holdings Corporation | $5,838.67 | $5,838.67 | The Claim does not relate to the receipt of "goods". |
| 114. | Day to Day Imports Inc. | 12426 | Sears Holdings Corporation | $16,108.88 | $16,108.88 | The Claim does not relate to goods received "by the Debtors". |
| 115. | Dazzilyn Limited | 12241 | Sears Holdings Corporation | $25,730.49 | $25,730.49 | The Claim does not relate to goods received "by the Debtors". |
| 116. | DAZZILYN LIMITED | 12431 | Sears Holdings Corporation | $25,730.49 | $25,730.49 | The Claim does not relate to goods received "by the Debtors". |
| 117. | Dearwear Limited | 12445 | Sears Holdings Corporation | $46,515.27 | $46,515.27 | The Claim does not relate to goods received "by the Debtors". |
| 118. | Debra Barrett Jones on behalf of C&D Floor Care, LLC DBA Tidy Vacuums, LLC | 16777 | Sears Holdings Corporation | $44,598.03 | $44,598.03 | The Claim does not relate to goods received "by the Debtors". |
| 119. | Debra Barrett Jones on behalf of C&D Floor Care, LLC DBA Tidy Vacuums, LLC | 17425 | Sears Holdings Corporation | $44,598.03 | $44,598.03 | The Claim does not relate to goods received "by the Debtors". |
| 120. | Deep Blue Tackle LLC | 11328 | Sears Holdings Management Corporation | $506.61 | $506.61 | The Claim does not relate to goods received "by the Debtors". |
| 121. | DELGADO, CARMEN | 11795 | Sears Holdings Corporation | $9,000.00 | $9,000.00 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

| Debtors' Second Omnibus Objection to Claims | | | | | In re: Sears Holdings Corporation, et al. |
|---|---|---|---|---|---|
| Exhibit 1 - Reclassified Claims | | | | | Case No. 18-23538 (RDD) |

| Schedule of 503(b)(9) Claims to be Reclassified* | | | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 122. | DEMARCO, KATHY | 11730 | Sears Home Improvement Products, Inc. | $14,447.46 | $14,447.46 | The Claim does not relate to the receipt of "goods". |
| 123. | Diamond and Gemstone Promotional Jewelry, Inc | 8478 | Sears Holdings Corporation | $4,924.49 | $4,924.49 | The Claim does not relate to goods received "by the Debtors". |
| 124. | Diamond and Gemstone Promotional Jewelry, Inc | 11257 | Sears Holdings Corporation | $4,924.49 | $4,924.49 | The Claim does not relate to goods received "by the Debtors". |
| 125. | Diamond Princess LLC | 8555 | Sears Holdings Corporation | $7,232.84 | $7,232.84 | The Claim does not relate to goods received "by the Debtors". |
| 126. | DIAMONDPRINCESS.COM LLC | 10485 | Sears Holdings Corporation | $7,232.84 | $7,232.84 | The Claim does not relate to goods received "by the Debtors". |
| 127. | Direct Advantage | 12257 | Sears Holdings Corporation | $2,963.32 | $2,963.32 | The Claim does not relate to goods received "by the Debtors". |
| 128. | Discount Filter Store | 8590 | Sears Holdings Corporation | $5,078.37 | $5,078.37 | The Claim does not relate to goods received "by the Debtors". |
| 129. | Dodds Bros. DBA 3 Alarm Fire & Safety | 3821 | Sears Holdings Corporation | $434.75 | $434.75 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 130. | DREAMWAY TRADING LLC | 14725 | Sears Holdings Corporation | $1,139.54 | $1,139.54 | The Claim does not relate to goods received "by the Debtors". |
| 131. | DUARTE, RICARDO A | 18202 | Sears, Roebuck and Co. | $3,520.00 | $3,520.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 132. | Dukes, Roxie | 10101 | Sears Holdings Corporation | - | - | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 133. | Duquesne Light Company | 15235 | Sears, Roebuck and Co. | $6,412.35 | $6,412.35 | The Claim does not relate to the receipt of "goods". |
| 134. | Duquesne Light Company | 15489 | Kmart Corporation | $4,373.22 | $4,373.22 | The Claim does not relate to the receipt of "goods". |
| 135. | Duquesne Light Company | 15602 | Sears, Roebuck and Co. | $6,240.54 | $6,240.54 | The Claim does not relate to the receipt of "goods". |
| 136. | Duquesne Light Company | 15672 | Kmart Corporation | $302.96 | $302.96 | The Claim does not relate to the receipt of "goods". |
| 137. | Duquesne Light Company | 15697 | Kmart Corporation | $4,631.11 | $4,631.11 | The Claim does not relate to the receipt of "goods". |
| 138. | Duquesne Light Company | 15721 | Sears, Roebuck and Co. | $3,356.72 | $3,356.72 | The Claim does not relate to the receipt of "goods". |
| 139. | Duquesne Light Company | 15871 | Kmart Corporation | $447.60 | $447.60 | The Claim does not relate to the receipt of "goods". |
| 140. | Duquesne Light Company | 16066 | Kmart Corporation | $2,562.06 | $2,562.06 | The Claim does not relate to the receipt of "goods". |
| 141. | Duquesne Light Company | 16074 | Kmart Corporation | $4,538.59 | $4,538.59 | The Claim does not relate to the receipt of "goods". |
| 142. | Duquesne Light Company | 15681 | Kmart Corporation | $5,566.32 | $5,566.32 | The Claim does not relate to the receipt of "goods". |
| 143. | EASTHER LIMITED | 12455 | Sears Holdings Corporation | $58,116.73 | $58,116.73 | The Claim does not relate to goods received "by the Debtors". |
| 144. | ECCOTEMP SYSTEMS LLC | 9250 | Sears Holdings Corporation | $408.00 | $408.00 | The Claim does not relate to goods received "by the Debtors". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Second Omnibus Objection to Claims**  
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 145. | edealszone | 1375 | Sears Holdings Corporation | $123,420.18 | $123,420.18 | The Claim does not relate to goods received "by the Debtors". |
| 146. | EDEALSZONE INC | 12459 | Sears Holdings Corporation | $123,420.18 | $123,420.18 | The Claim does not relate to goods received "by the Debtors". |
| 147. | ElectronicsPlus LLC | 2397 | Sears Holdings Corporation | $18,921.56 | $18,921.56 | The Claim does not relate to goods received "by the Debtors". |
| 148. | eLGeo Corp. | 4009 | Sears Holdings Corporation | $4,835.43 | $4,835.43 | The Claim does not relate to goods received "by the Debtors". |
| 150. | EMEG Inc. | 6283 | Sears Holdings Corporation | $200.46 | $200.46 | The Claim does not relate to goods received "by the Debtors". |
| 151. | Environmental Management Svces, Inc | 12923 | Sears, Roebuck and Co. | $2,564.64 | $2,564.64 | The Claim does not relate to the receipt of "goods". |
| 152. | ESPOSITO, ANGELA | 5334 | Sears Holdings Corporation | $444.70 | $444.70 | The Claim does not relate to goods received "by the Debtors". |
| 153. | etailz Inc. | 12649 | Sears Holdings Corporation | $9,934.26 | $9,934.26 | The Claim does not relate to goods received "by the Debtors". |
| 154. | EUBANKS, JANIE | 15577 | Sears Home Improvement Products, Inc. | $4,404.41 | $4,404.41 | The Claim does not relate to the receipt of "goods". |
| 155. | Exacme | 12227 | Sears Holdings Corporation | $42,132.89 | $42,132.89 | The Claim does not relate to goods received "by the Debtors". |
| 156. | Express Services, Inc. | 7163 | Sears Holdings Corporation | $2,046.39 | $2,046.39 | The Claim does not relate to the receipt of "goods". |
| 157. | FAASUA, SULUOO | 19142 | Sears Home Improvement Products, Inc. | $26,069.64 | $26,069.64 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 158. | FACT AUTOMATED ENTRANCES, INC | 7966 | Sears Holdings Corporation | $1,999.86 | $1,999.86 | The Claim does not relate to the receipt of "goods". |
| 159. | FANDAZZIE LIMITED | 12478 | Sears Holdings Corporation | $19,634.93 | $19,634.93 | The Claim does not relate to goods received "by the Debtors". |
| 160. | FAUX, BRENDA | 14994 | Sears Holdings Corporation | $20,000.00 | $20,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 161. | FERGUSON, JASMINE K | 11203 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 162. | FINEFOLK LIMITED | 12441 | Sears Holdings Corporation | $6,892.32 | $6,892.32 | The Claim does not relate to goods received "by the Debtors". |
| 163. | FIRE & ICE HEATING AND COOLING | 1008 | Sears Holdings Corporation | $1,236.53 | $1,236.53 | The Claim does not relate to the receipt of "goods". |
| 164. | Focus Camera LLC | 6125 | Sears Holdings Corporation | $14,839.78 | $14,839.78 | The Claim does not relate to goods received "by the Debtors". |
| 165. | FORD, CHARLOTTE | 14975 | Sears Holdings Corporation | $1,414.24 | $1,414.24 | The Claim does not relate to the receipt of "goods". |
| 166. | Ford, Valeria | 10067 | Sears Holdings Corporation | $100.00 | $100.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 167. | FREDERICK NEWS POST | 10040 | Sears Holdings Corporation | $6,878.60 | $6,878.60 | The Claim does not relate to the receipt of "goods". |
| 168. | FREEMAN, DELILAH S | 16480 | Sears Holdings Corporation | $14,307.07 | $14,307.07 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Second Omnibus Objection to Claims  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 169. | GABYS BAGS LLC | 11576 | Sears, Roebuck and Co. | $9,269.67 | $9,269.67 | The Claim does not relate to goods received "by the Debtors". |
| 170. | GABYS BAGS LLC | 15252 | Sears Holdings Corporation | $9,269.67 | $9,269.67 | The Claim does not relate to goods received "by the Debtors". |
| 171. | Gabys Bags LLC | 16631 | Sears Holdings Corporation | $9,269.67 | $9,269.67 | The Claim does not relate to goods received "by the Debtors". |
| 172. | GAINES, KANDI | 11447 | Sears Holdings Corporation | $10,000.00 | $10,000.00 | The Claim does not relate to the receipt of "goods". |
| 173. | GAMBLE, FAITH | 18820 | Sears Holdings Corporation | $2,000.00 | $2,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 174. | GARCIA FAMILY ENTERPRISES LLC | 19540 | StarWest, LLC | $35,452.00 | $35,452.00 | The Claim does not relate to the receipt of "goods". |
| 175. | GARCIA, LUZANN M | 9597 | Sears Holdings Corporation | $70,879.80 | $70,879.80 | The Claim does not relate to the receipt of "goods". |
| 176. | Garcia, Rebecca Belen | 19152 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 178. | GINCOTT, DEBORAH | 19141 | Kmart of Michigan, Inc. | $806.00 | $806.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 179. | Give 5 To Cancer, Inc. | 3464 | Sears Holdings Corporation | $985.21 | $985.21 | The Claim does not relate to goods received "by the Debtors". |
| 180. | Glover, Warren | 9005 | KBL Holding Inc. | $20,648.58 | $20,648.58 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 181. | Gold Wing Trading Inc | 3462 | Sears Holdings Management Corporation | $3,881.69 | $3,881.69 | The Claim does not relate to goods received "by the Debtors". |
| 182. | Gold Wing Trading Inc | 11134 | Sears Holdings Corporation | $3,881.69 | $3,881.69 | The Claim does not relate to goods received "by the Debtors". |
| 183. | GOODLETT, AUDRENE | 11181 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 184. | Green Mountain Imports LLC | 4310 | Sears Holdings Corporation | $1,230.39 | $1,230.39 | The Claim does not relate to goods received "by the Debtors". |
| 185. | Green Scene, Inc. | 8529 | Sears Holdings Management Corporation | $999.14 | $999.14 | The Claim does not relate to the receipt of "goods". |
| 186. | Griffin & Associates | 9267 | Sears Holdings Corporation | $525.12 | $525.12 | The Claim does not relate to the receipt of "goods". |
| 187. | HALEY, JOHN J | 12647 | Sears Holdings Corporation | $217.73 | $217.73 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 188. | HARRIS, GARY | 19475 | Sears Home Improvement Products, Inc. | $7,119.23 | $7,119.23 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 189. | HARRISON, LILLE | 18868 | Sears Holdings Corporation | $2,195.00 | $2,195.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 190. | HAYGOOD, PEGGY | 12764 | Sears Holdings Corporation | $6,000.00 | $6,000.00 | The Claim does not relate to the receipt of "goods". |
| 191. | HILL, BARBARA L | 17061 | Sears Holdings Corporation | $439.44 | $439.44 | The Claim does not relate to the receipt of "goods". |
| 192. | Hill, Beverly | 16131 | Kmart Corporation | $150,000.00 | $150,000.00 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

8

| | | | | | |
|---|---|---|---|---|---|
| Debtors' Second Omnibus Objection to Claims | | | | | In re: Sears Holdings Corporation, et al. |
| Exhibit 1 - Reclassified Claims | | | | | Case No. 18-23538 (RDD) |

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 193. | HILL, DEBORAH | 19004 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 194. | HILL, DEBORAH | 19011 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 195. | Hill, Rosa L. | 15949 | Sears Holdings Corporation | $2,422.00 | $2,422.00 | The Claim does not relate to the receipt of "goods". |
| 196. | Hipshire, Eliane | 14915 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 197. | HOH Water Technology, Inc. | 853 | Sears Holdings Management Corporation | $3,191.92 | $3,191.92 | The Claim does not relate to the receipt of "goods". |
| 198. | HUTCHINGS, MICHAEL | 12304 | Sears, Roebuck and Co. | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 199. | HUTCHINS, TRUESELLA | 11349 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 200. | IMG Imports Inc. | 7661 | Sears Holdings Corporation | $1,073.00 | $1,073.00 | The Claim does not relate to goods received "by the Debtors". |
| 201. | IncrediBody | 15221 | Sears Holdings Corporation | $322.99 | $322.99 | The Claim does not relate to goods received "by the Debtors". |
| 202. | IncrediBody | 17659 | Sears Holdings Corporation | $322.99 | $322.99 | The Claim does not relate to goods received "by the Debtors". |
| 203. | Independent Newsmedia Inc. USA | 11255 | Sears Holdings Corporation | $377.95 | $377.95 | The Claim does not relate to the receipt of "goods". |
| 204. | Inventory Adjusters | 1758 | Sears Holdings Corporation | $5,130.56 | $5,130.56 | The Claim does not relate to goods received "by the Debtors". |
| 205. | Inventory Adjusters | 1879 | Sears Holdings Corporation | $5,130.56 | $5,130.56 | The Claim does not relate to goods received "by the Debtors". |
| 206. | INVENTORY ADJUSTERS | 8499 | Sears Holdings Corporation | $9,932.05 | $9,932.05 | The Claim does not relate to goods received "by the Debtors". |
| 207. | iParis LLC | 2673 | Sears Holdings Corporation | $6,156.07 | $6,156.07 | The Claim does not relate to goods received "by the Debtors". |
| 208. | Irvin Public Relations | 4858 | Sears Home & Business Franchises, Inc. | $700.00 | $700.00 | The Claim does not relate to the receipt of "goods". |
| 209. | Isabella's Fate | 5531 | Sears Holdings Corporation | $4,680.63 | $4,680.63 | The Claim does not relate to goods received "by the Debtors". |
| 210. | iSave Online Stores LLC | 8520 | Sears Holdings Corporation | $45,919.01 | $45,919.01 | The Claim does not relate to goods received "by the Debtors". |
| 211. | iTouchless Housewares & Products, Inc. | 3827 | Sears Holdings Corporation | $10,850.50 | $10,850.50 | The Claim does not relate to goods received "by the Debtors". |
| 212. | IVGSTORES, LLC dba ShopLadder.com | 10592 | Sears Holdings Corporation | $45,113.01 | $45,113.01 | The Claim does not relate to goods received "by the Debtors". |
| 213. | J & S Electric and SIgn, Inc | 4437 | Sears Holdings Corporation | $787.00 | $787.00 | The Claim does not relate to the receipt of "goods". |
| 214. | J & S Electric and SIgn, Inc. | 4187 | Sears Holdings Corporation | $4,000.00 | $4,000.00 | The Claim does not relate to the receipt of "goods". |
| 215. | J & S Electric and SIgn, Inc. | 4394 | Sears Holdings Corporation | $540.00 | $540.00 | The Claim does not relate to the receipt of "goods". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Second Omnibus Objection to Claims**  
**Exhibit 1 - Reclassified Claims**  

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 216. | J&L Installs, LLC | 4410 | California Builder Appliances, Inc. | $24,520.00 | $24,520.00 | The Claim does not relate to the receipt of "goods". |
| 217. | JACKSON, WENDY | 10739 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 218. | JASSO, DEBRA | 13144 | Kmart Corporation | $1,560.00 | $1,560.00 | The Claim does not relate to the receipt of "goods". |
| 219. | JENKINS, ROSELLA M | 19579 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 220. | Jerome-Berry, Sherry | 18647 | Sears Protection Company | $2,150.00 | $2,150.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 221. | JewelryWeb.com, Inc. | 6587 | Sears Holdings Corporation | $6,677.46 | $6,677.46 | The Claim does not relate to goods received "by the Debtors". |
| 222. | JewelryWeb.com, Inc. | 6588 | Kmart Holding Corporation | $6,677.46 | $6,677.46 | The Claim does not relate to goods received "by the Debtors". |
| 223. | JewelryWeb.com, Inc. | 6665 | Kmart.com LLC | $6,677.46 | $6,677.46 | The Claim does not relate to goods received "by the Debtors". |
| 224. | JewelryWeb.com, Inc. | 6710 | Kmart Corporation | $6,677.46 | $6,677.46 | The Claim does not relate to goods received "by the Debtors". |
| 225. | JewelryWeb.com, Inc. | 8587 | Sears, Roebuck and Co. | $6,677.46 | $6,677.46 | The Claim does not relate to goods received "by the Debtors". |
| 226. | Jigba, Christiana Bassey | 6810 | Sears, Roebuck and Co. | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 227. | JMG SECURITY SYSTEM, INC. | 18817 | Sears Holdings Corporation | $1,735.74 | $1,735.74 | The Claim does not relate to the receipt of "goods". |
| 228. | JOE HILLMAN PLUMBERS, INC. | 5491 | Sears Holdings Corporation | $2,136.33 | $2,136.33 | The Claim does not relate to the receipt of "goods". |
| 229. | JOHNSON, GERALDINE | 10190 | Sears Holdings Corporation | $1,435.50 | $1,435.50 | The Claim does not relate to the receipt of "goods". |
| 230. | JOHNSON, MARK | 7101 | Sears Holdings Corporation | $750.00 | $750.00 | The Claim does not relate to the receipt of "goods". |
| 231. | JOHNSON, TUFUARZA | 11810 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 232. | Jones, Kenya | 11040 | Sears Holdings Corporation | $450.00 | $450.00 | The Claim does not relate to the receipt of "goods". |
| 233. | Jordan, Mike Annmar G | 10527 | Sears Holdings Corporation | $499.18 | $499.18 | The Claim does not relate to the receipt of "goods". |
| 234. | Joseph, Thasku and Carmen | 19761 | Sears Holdings Corporation | $30,000,000.00 | $30,000,000.00 | The Claim does not relate to the receipt of "goods". |
| 235. | JOSIAH, COOKIE K. | 8199 | Sears Holdings Corporation | $31.05 | $31.05 | The Claim does not relate to the receipt of "goods". |
| 236. | JOSIAH, COOKIE K. | 11152 | Sears Holdings Corporation | $31.05 | $31.05 | The Claim does not relate to the receipt of "goods". |
| 237. | JOYNES, GEORGE (MRS) C | 14346 | Sears Protection Company | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 238. | Judy, Dave | 10197 | Sears, Roebuck and Co. | $800.00 | $800.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Second Omnibus Objection to Claims  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 239. | KBS Jewelery Inc | 16244 | Sears Holdings Corporation | $817.78 | $817.78 | The Claim does not relate to goods received "by the Debtors". |
| 240. | KDC Kitchen & Bath Gallery | 5846 | Sears Holdings Corporation | $440.47 | $440.47 | The Claim does not relate to the receipt of "goods". |
| 241. | KELLER, ARNOLD | 18964 | Sears Holdings Corporation | $995.00 | $995.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 242. | Keller, Kristie | 8960 | Sears Holdings Corporation | $13,657.99 | $13,657.99 | The Claim does not relate to goods received "by the Debtors". |
| 243. | KELLEY, GERTRUDE | 15530 | Sears Home Improvement Products, Inc. | $10,964.60 | $10,964.60 | The Claim does not relate to the receipt of "goods". |
| 244. | KELLY, GLORIA | 10608 | Sears Holdings Corporation | $10,943.54 | $10,943.54 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 245. | KEYLESS SHOP INC | 12007 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim does not relate to the receipt of "goods". |
| 246. | King Service Holding Inc. | 7901 | Sears Holdings Corporation | $1,049.58 | $1,049.58 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 247. | King, William | 12761 | Sears Holdings Corporation | $5,951.90 | $5,951.90 | The Claim does not relate to the receipt of "goods". |
| 248. | KISSGAL LIMITED | 5391 | Sears Holdings Corporation | $11,348.74 | $11,348.74 | The Claim does not relate to goods received "by the Debtors". |
| 249. | KISSGAL LIMITED | 12458 | Sears Holdings Corporation | $11,348.74 | $11,348.74 | The Claim does not relate to goods received "by the Debtors". |
| 250. | KONOPKA, KERRY | 12915 | ServiceLive, Inc. | $2,850.00 | $2,850.00 | The Claim does not relate to the receipt of "goods". |
| 251. | Kopke, Barry D | 788 | Sears Home Improvement Products, Inc. | $1,532.00 | $1,532.00 | The Claim does not relate to the receipt of "goods". |
| 252. | Kulzer Limited | 12300 | Sears Holdings Corporation | $47,512.95 | $47,512.95 | The Claim does not relate to goods received "by the Debtors". |
| 253. | Kushner, June | 12163 | Kmart Corporation | $21,500.00 | $21,500.00 | The Claim does not relate to the receipt of "goods". |
| 254. | Lacy, Kathy J. | 11794 | Sears Home Improvement Products, Inc. | $475.00 | $475.00 | The Claim does not relate to the receipt of "goods". |
| 255. | Lalani, Wafi | 8999 | Sears Holdings Corporation | $4,103.61 | $4,103.61 | The Claim does not relate to goods received "by the Debtors". |
| 256. | LANGUAGE SERVICES ASSOCIATES | 5403 | StarWest, LLC | $828.30 | $828.30 | The Claim does not relate to the receipt of "goods". |
| 257. | Language Services Associates, Inc. | 4882 | StarWest, LLC | $626.30 | $626.30 | The Claim does not relate to the receipt of "goods". |
| 258. | Language Services Associates, Inc. | 9941 | StarWest, LLC | $626.30 | $626.30 | The Claim does not relate to the receipt of "goods". |
| 259. | LARA, MELINDA | 13672 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 260. | LARACUENTE, EDITH | 17681 | Sears Holdings Corporation | $25,306.10 | $25,306.10 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 261. | LECKY, CAMERON H | 17827 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

| Debtors' Second Omnibus Objection to Claims | | | | | In re: Sears Holdings Corporation, et al. |
|---|---|---|---|---|---|
| Exhibit 1 - Reclassified Claims | | | | | Case No. 18-23538 (RDD) |

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 262. | LEEFONG, LINDA | 17075 | Sears Holdings Corporation | $4,000.00 | $4,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 263. | LEGACY DECOR | 8660 | Sears Holdings Corporation | $1,788.69 | $1,788.69 | The Claim does not relate to goods received "by the Debtors". |
| 264. | LI, JENNY | 19001 | Sears Holdings Corporation | $383.84 | $383.84 | The Claim does not relate to goods received "by the Debtors". |
| 265. | Li, Ying | 2555 | Sears Holdings Management Corporation | $10,540.38 | $10,540.38 | The Claim does not relate to goods received "by the Debtors". |
| 266. | Limited Goods, LLC | 1594 | Sears Holdings Corporation | $14,109.79 | $14,109.79 | The Claim does not relate to goods received "by the Debtors". |
| 267. | Listen Up, Inc. | 7138 | Sears Holdings Corporation | $119.95 | $119.95 | The Claim does not relate to goods received "by the Debtors". |
| 268. | Loftin, Linda | 11904 | Sears Holdings Corporation | $20,000.00 | $20,000.00 | The Claim does not relate to the receipt of "goods". |
| 269. | LOFTON, DERRIN | 9925 | Sears Holdings Corporation | $233.00 | $233.00 | The Claim does not relate to the receipt of "goods". |
| 270. | LOZADA, EDWIN | 10855 | Sears Holdings Corporation | $1,072.00 | $1,072.00 | The Claim does not relate to the receipt of "goods". |
| 271. | LUCKETT, LIMITEE | 12533 | Sears Holdings Corporation | Unliquidated | Unliquidated | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 272. | MAHMUTOVIC, JASMIN | 10014 | Sears Holdings Corporation | $1.63 | $1.63 | The Claim does not relate to the receipt of "goods". |
| 273. | MANNS, TAHIRA | 17328 | Sears Home Improvement Products, Inc. | $19,498.00 | $19,498.00 | The Claim does not relate to the receipt of "goods". |
| 274. | Martinez, Sarah | 10269 | Sears Holdings Corporation | $600.00 | $600.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 275. | MASOTTI, MAXI | 11217 | Sears Holdings Corporation | $5,000.00 | $5,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) amount. |
| 276. | Matsumoto, Horace | 7857 | Sears Holdings Corporation | $98.22 | $98.22 | The Claim does not relate to the receipt of "goods". |
| 277. | Matthew, David and Thomas Inc. (d.b.a. M and M Landscaping) | 773 | Sears Holdings Corporation | $8,529.00 | $8,529.00 | The Claim does not relate to the receipt of "goods". |
| 278. | MECHANICS TOOLS WAREHOUSE | 13029 | Sears Holdings Corporation | $30,155.28 | $30,155.28 | The Claim does not relate to goods received "by the Debtors". |
| 279. | MECHANICS TOOLS WAREHOUSE | 13033 | Sears Holdings Corporation | $51,993.92 | $51,993.92 | The Claim does not relate to goods received "by the Debtors". |
| 280. | MECHANICS TOOLS WAREHOUSE | 13097 | Sears Holdings Corporation | $30,155.28 | $30,155.28 | The Claim does not relate to goods received "by the Debtors". |
| 281. | Midway Auto Supply, Inc. | 6241 | Sears Holdings Corporation | $181.03 | $181.03 | The Claim does not relate to goods received "by the Debtors". |
| 282. | MyLovebugRocky, LLP | 2407 | Sears Holdings Corporation | $382.06 | $382.06 | The Claim does not relate to goods received "by the Debtors". |
| 283. | MyLovebugRocky, LLP | 10176 | Sears Holdings Corporation | $382.06 | $382.06 | The Claim does not relate to goods received "by the Debtors". |
| 284. | Nextphase, Inc. | 3800 | Sears Holdings Corporation | $2,688.37 | $2,688.37 | The Claim does not relate to goods received "by the Debtors". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Second Omnibus Objection to Claims  
Exhibit 1 - RECLASSIFIED CLAIMS

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

**Schedule of 503(b)(9) Claims to be Reclassified***

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 285. | Nilima Online Services Inc. | 6589 | Sears Holdings Corporation | $10,768.00 | $10,768.00 | The Claim does not relate to goods received "by the Debtors". |
| 286. | NSF SERVICES dba GOLINENS | 1560 | Sears Holdings Corporation | $18,173.02 | $18,173.02 | The Claim does not relate to goods received "by the Debtors". |
| 287. | OMNIHIL INC | 11502 | Sears Holdings Corporation | $1,500.00 | $1,500.00 | The Claim does not relate to goods received "by the Debtors". |
| 288. | On Time Integration Inc. | 8526 | Sears Holdings Corporation | $236,770.34 | $236,770.34 | The Claim does not relate to goods received "by the Debtors". |
| 289. | OTC Wholesale | 7992 | Sears, Roebuck and Co. | $115.90 | $115.90 | The Claim does not relate to goods received "by the Debtors". |
| 290. | Outfitter Country | 5927 | Sears Holdings Corporation | $108.08 | $108.08 | The Claim does not relate to goods received "by the Debtors". |
| 291. | PerfumesAmerica.com | 912 | Sears Holdings Corporation | $2,866.80 | $2,866.80 | The Claim does not relate to goods received "by the Debtors". |
| 292. | Pineae Greenhouses Inc. | 2586 | A&E Lawn & Garden, LLC | $7,694.73 | $7,694.73 | The Claim does not relate to goods received "by the Debtors". |
| 293. | Plum Group, LLC | 1824 | Sears Holdings Corporation | $2,102.33 | $2,102.33 | The Claim does not relate to goods received "by the Debtors". |
| 294. | POWER MOWER CORP DBA POWER MOWER SALES | 12995 | Sears Holdings Corporation | $6,071.88 | $6,071.88 | The Claim does not relate to goods received "by the Debtors". |
| 295. | PW Acquisitions, LLC | 18876 | Sears Holdings Corporation | $4,902.82 | $4,902.82 | The Claim does not relate to goods received "by the Debtors". |
| 296. | PW Acquisitions, LLC | 8501 | Sears Holdings Corporation | $4,902.82 | $4,902.82 | The Claim does not relate to goods received "by the Debtors". |
| 297. | R&M Group LLC | 1424 | Sears Holdings Corporation | $10,775.28 | $10,775.28 | The Claim does not relate to goods received "by the Debtors". |
| 298. | Radner, Melissa J | 14202 | Sears Holdings Corporation | $7,501.82 | $7,501.82 | The Claim does not relate to goods received "by the Debtors". |
| 299. | REGAL FITS LIMITED | 12438 | Sears Holdings Corporation | $6,507.49 | $6,507.49 | The Claim does not relate to goods received "by the Debtors". |
| 302. | Resurs2 Corporation | 8533 | Sears Holdings Corporation | $10,958.00 | $10,958.00 | The Claim does not relate to goods received "by the Debtors". |
| 303. | Reynolds Building Systems | 6275 | Sears Holdings Corporation | $5,601.00 | $5,601.00 | The Claim does not relate to goods received "by the Debtors". |
| 304. | Rosewill Inc | 13468 | Sears Holdings Corporation | $1,474.77 | $1,474.77 | The Claim does not relate to goods received "by the Debtors". |
| 306. | Shop Eddies / Bill Baiden | 1417 | Sears Holdings Corporation | $3,719.45 | $3,719.45 | The Claim does not relate to goods received "by the Debtors". |
| 308. | Silver City Jewelry Inc. | 12728 | Sears Holdings Corporation | $5,345.13 | $5,345.13 | The Claim does not relate to goods received "by the Debtors". |
| 309. | Silver Star Brands | 2031 | Sears Holdings Corporation | $4,138.65 | $4,138.65 | The Claim does not relate to goods received "by the Debtors". |
| 310. | Silver Star Brands | 6635 | Sears Holdings Corporation | $6,213.73 | $6,213.73 | The Claim does not relate to goods received "by the Debtors". |
| 311. | Simadre Techc LLC | 5350 | Sears Holdings Corporation | $1,694.89 | $1,694.89 | The Claim does not relate to goods received "by the Debtors". |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Second Omnibus Objection to Claims  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|
| 312. | Simadre Techs LLC | 12259 | Sears Holdings Corporation | $2,775.11 | $2,775.11 | The Claim does not relate to goods received "by the Debtors". |
| 313. | Sister Moon Boutique | 5236 | Sears Holdings Corporation | $84.39 | $84.39 | The Claim does not relate to goods received "by the Debtors". |
| 315. | Smart Surplus, Inc | 8522 | Sears Holdings Corporation | $4,507.48 | $4,507.48 | The Claim does not relate to goods received "by the Debtors". |
| 316. | SMARTECOM LLC | 8480 | Sears, Roebuck and Co. | $2,328.71 | $2,328.71 | The Claim does not relate to goods received "by the Debtors". |
| 317. | Spanish Bay Ventures, LLC dba Ron's Home and Hardware | 12610 | Sears Holdings Corporation | $4,888.75 | $4,888.75 | The Claim does not relate to goods received "by the Debtors". |
| 318. | SS Roshan Enterprises Inc | 10843 | Sears Holdings Corporation | $636.99 | $636.99 | The Claim does not relate to goods received "by the Debtors". |
| 322. | Stylebug Corporation | 3499 | Sears Holdings Corporation | $1,192.00 | $1,192.00 | The Claim does not relate to goods received "by the Debtors". |
| 323. | Szul USA LLC | 1785 | Sears Holdings Corporation | $4,260.85 | $4,260.85 | The Claim does not relate to goods received "by the Debtors". |
| 324. | Szul USA LLC | 8702 | Sears Holdings Corporation | $5,851.89 | $5,851.89 | The Claim does not relate to goods received "by the Debtors". |
| 325. | Tabula Rasa Enterprises LLC | 5397 | Sears Holdings Corporation | $2,706.00 | $2,706.00 | The Claim does not relate to goods received "by the Debtors". |
| 326. | Travel Accessories Inc | 7691 | Sears Holdings Corporation | $22,596.36 | $22,596.36 | The Claim does not relate to goods received "by the Debtors". |
| 328. | Unilight Industrial Inc. | 12299 | Sears Holdings Corporation | $255.91 | $255.91 | The Claim does not relate to goods received "by the Debtors". |
| 329. | US Trade Ent. | 9556 | Sears Holdings Corporation | $15,985.09 | $15,985.09 | The Claim does not relate to goods received "by the Debtors". |
| 330. | UStrade Ent. | 10106 | Sears Holdings Corporation | $15,985.09 | $15,985.09 | The Claim does not relate to goods received "by the Debtors". |
| 331. | Varouj Appliances | 15199 | Sears Holdings Corporation | $30,997.85 | $30,997.85 | The Claim does not relate to goods received "by the Debtors". |
| 334. | WAHAB, OLAYINKA | 3625 | Sears Holdings Corporation | $652.92 | $652.92 | The Claim does not relate to goods received "by the Debtors". |
| 335. | WARDROBE LIMITED | 12195 | Sears Holdings Corporation | $6,930.51 | $6,930.51 | The Claim does not relate to goods received "by the Debtors". |
| 336. | WOODBURY OUTFITTERS, LLC | 12403 | Sears, Roebuck and Co. | $3,599.44 | $3,599.44 | The Claim does not relate to goods received "by the Debtors". |
| 337. | Yaheetech | 15994 | Sears Holdings Corporation | $11,532.65 | $11,532.65 | The Claim does not relate to goods received "by the Debtors". |
| 338. | YESCOM USA INC | 12554 | Sears Holdings Corporation | $48,441.84 | $48,441.84 | The Claim does not relate to goods received "by the Debtors". |
| 339. | ZENAS SHOES INC | 13143 | Sears Holdings Corporation | $2,950.02 | $2,950.02 | The Claim does not relate to goods received "by the Debtors". |
| 340. | ZUCKERFAN LIMITED | 12444 | Sears Holdings Corporation | $73,509.91 | $73,509.91 | The Claim does not relate to goods received "by the Debtors". |
| 341. | ZUCKERFAN LIMITED | 12485 | Sears Holdings Corporation | $73,509.91 | $73,509.91 | The Claim does not relate to goods received "by the Debtors". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Second Omnibus Objection to Claims**  In re: Sears Holdings Corporation, et al.
**Exhibit 1 - Reclassified Claims**  Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| | | | **Schedule of 503(b)(9) Claims to be Reclassified*** | | |
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Amount | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 342. | Zuma Water Filters Inc (DBA: House Of Filters) | 8532 | Sears Holdings Corporation | $35,685.75 | $35,685.75 | The Claim does not relate to goods received "by the Debtors". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.