**Debtors' Sixth Omnibus Objection to Claims**  
**Exhibit 1 - Satisfied Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of Satisfied Claims to be Disallowed and Expunged

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
|---|---|---|---|---|---|
| 1. | Action Time, INC. | 15990 | SHC Licensed Business LLC | $32,767.00 | Disallowed in its entirety and expunged |
| 2. | Amazon Web Services, Inc. | 8195 | Sears Holdings Corporation | $668,672.49 | Disallowed in its entirety and expunged |
| 3. | Amazon.com Services, Inc. | 16471 | Sears Brands Management Corporation | $16,112,554.00 | Disallowed in its entirety and expunged |
| 4. | Appriss Inc. | 15317 | Sears Holdings Corporation | $3,650.00 | Disallowed in its entirety and expunged |
| 5. | Bridgeline Digital, Inc. | 5436 | Sears Holdings Management Corporation | $1,047.95 | Disallowed in its entirety and expunged |
| 6. | Bridgeline Digital, Inc. | 5442 | Sears Holdings Management Corporation | $1,047.95 | Disallowed in its entirety and expunged |
| 7. | Bridgeline Digital, Inc. | 5445 | Sears Holdings Management Corporation | $1,972.61 | Disallowed in its entirety and expunged |
| 8. | Bridgeline Digital, Inc. | 5447 | Sears Holdings Management Corporation | $12,115.07 | Disallowed in its entirety and expunged |
| 9. | Bridgeline Digital, Inc. | 5448 | Sears Holdings Management Corporation | $1,972.61 | Disallowed in its entirety and expunged |
| 10. | Bridgeline Digital, Inc. | 5456 | Sears Holdings Management Corporation | $39,180.00 | Disallowed in its entirety and expunged |
| 11. | Bridgeline Digital, Inc. | 5457 | Sears Holdings Management Corporation | $782.32 | Disallowed in its entirety and expunged |
| 12. | Bridgeline Digital, Inc. | 5463 | Sears Holdings Management Corporation | $2,202.74 | Disallowed in its entirety and expunged |
| 13. | Bridgeline Digital, Inc. | 5464 | Sears Holdings Management Corporation | $7,335.00 | Disallowed in its entirety and expunged |
| 14. | Bridgeline Digital, Inc. | 5504 | Sears Holdings Management Corporation | $3,390.00 | Disallowed in its entirety and expunged |
| 15. | Bridgeline Digital, Inc. | 5514 | Sears Holdings Management Corporation | $48,970.00 | Disallowed in its entirety and expunged |
| 16. | CA INC - 1000871137 | 12399 | Sears Holdings Corporation | $208,205.82 | Disallowed in its entirety and expunged |
| 17. | Canon Financial Services, Inc. | 6236 | Sears Holdings Corporation | $2,555,780.60 | Disallowed in its entirety and expunged |
| 18. | Canon Financial Services, Inc. | 6245 | Sears Holdings Management Corporation | $2,444,780.60 | Disallowed in its entirety and expunged |
| 19. | Canon Financial Services, Inc. | 14497 | Sears Holdings Corporation | $163,916.99 | Disallowed in its entirety and expunged |
| 20. | Canon Financial Services, Inc. | 14624 | Sears Holdings Management Corporation | $163,916.99 | Disallowed in its entirety and expunged |
| 21. | Canon Financial Services, Inc. | 15054 | Sears Holdings Corporation | $163,916.99 | Disallowed in its entirety and expunged |

\* Asserted amount includes any unliquidated amounts.

**Debtors' Sixth Omnibus Objection to Claims**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**In re: Sears Holdings Corporation,** *et al.*
**Exhibit 1 - Satisfied Claims**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 18-23538 (RDD)**

| | | Schedule of Satisfied Claims to be Disallowed and Expunged | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
| 22. | CFP Fire Protection, Inc (d.b.a Consolidated Fire protection) | 18139 | Sears, Roebuck de Puerto Rico, Inc. | $1,716,555.68 | Disallowed in its entirety and expunged |
| 23. | CFP Fire Protection, Inc. (d.b.a Consolidated Fire Protection) | 18396 | Kmart Operations LLC | $1,716,555.68 | Disallowed in its entirety and expunged |
| 24. | CFP Fire Protection, Inc. (d.b.a. Consolidated Fire Protection) | 17085 | Sears, Roebuck and Co. | $1,716,555.68 | Disallowed in its entirety and expunged |
| 25. | CFP Fire Protection, Inc. (d.b.a. Consolidated Fire Protection) | 17352 | Sears Operations LLC | $1,716,555.68 | Disallowed in its entirety and expunged |
| 26. | CFP Fire Protection, Inc. (d.b.a. Consolidated Fire Protection) | 17488 | Kmart Corporation | $1,716,555.68 | Disallowed in its entirety and expunged |
| 27. | CFP Fire Protection, Inc. (d.b.a. Consolidated Fire Protection) | 18129 | Innovel Solutions, Inc. | $1,716,555.68 | Disallowed in its entirety and expunged |
| 28. | CFP Fire Protection, Inc. (d.b.a. Consolidated Fire Protection) | 18255 | Sears Home Improvement Products, Inc. | $1,716,555.68 | Disallowed in its entirety and expunged |
| 29. | Chatmeter, Inc. | 6318 | Sears Holdings Corporation | $15,488.06 | Disallowed in its entirety and expunged |
| 30. | Comosoft, Inc. | 15909 | Sears Holdings Corporation | - | Disallowed in its entirety and expunged |
| 31. | Conduent Business Services, LLC dba Conduent Commercial Solutions, LLC | 15653 | Sears Holdings Management Corporation | $76,103.26 | Disallowed in its entirety and expunged |
| 33. | Descartes Systems (USA) LLC | 10549 | Sears Holdings Management Corporation | $117,775.02 | Disallowed in its entirety and expunged |
| 34. | DFS Services LLC | 16846 | Sears Home & Business Franchises, Inc. | - | Disallowed in its entirety and expunged |
| 35. | DFS Services LLC | 18092 | Sears Home Improvement Products, Inc. | - | Disallowed in its entirety and expunged |
| 36. | DFS Services LLC | 18349 | Sears, Roebuck and Co. | - | Disallowed in its entirety and expunged |
| 37. | DFS SERVICES LLC | 18357 | Kmart Corporation | - | Disallowed in its entirety and expunged |
| 38. | Dunbar Armored, Inc. | 16247 | Kmart Corporation | $172,574.34 | Disallowed in its entirety and expunged |
| 39. | Dunbar Armored, Inc. | 17293 | Sears Holdings Corporation | $172,574.34 | Disallowed in its entirety and expunged |
| 40. | EXECUTIVE PROPERTY SOLUTIONS INC | 8460 | Sears Holdings Corporation | $350,000.00 | Disallowed in its entirety and expunged |
| 41. | Executive Property Solutions, Inc. | 11443 | Sears Home & Business Franchises, Inc. | $350,000.00 | Disallowed in its entirety and expunged |
| 42. | Executive Property Solutions, Inc. | 15195 | Sears Home & Business Franchises, Inc. | $83,232.36 | Disallowed in its entirety and expunged |
| 43. | Executive Property Solutions, Inc. | 16517 | Sears Home & Business Franchises, Inc. | $83,232.36 | Disallowed in its entirety and expunged |

* Asserted amount includes any unliquidated amounts.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2

| Debtors' Sixth Omnibus Objection to Claims | | | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|---|---|
| Exhibit 1 - Satisfied Claims | | | | Case No. 18-23538 (RDD) |

| | | Schedule of Satisfied Claims to be Disallowed and Expunged | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
| 44. | Executive Property Solutions, Inc. | 18599 | Sears Home & Business Franchises, Inc. | $46,240.20 | Disallowed in its entirety and expunged |
| 45. | Extreme Networks, Inc. | 9153 | Sears Holdings Management Corporation | $1,031,091.27 | Disallowed in its entirety and expunged |
| 46. | First Data Merchant Services LLC | 16524 | Sears Holdings Management Corporation | - | Disallowed in its entirety and expunged |
| 47. | Flatbush Center Parking LLC | 4101 | Sears Holdings Corporation | $3,700,000.00 | Disallowed in its entirety and expunged |
| 48. | Flatbush Center Parking LLC | 11700 | Sears Holdings Corporation | $3,700,000.00 | Disallowed in its entirety and expunged |
| 49. | Flatbush Center Parking LLC | 19683 | Sears Holdings Corporation | $5,761,512.27 | Disallowed in its entirety and expunged |
| 50. | Genesis Consulting LLC | 38 | Sears Home & Business Franchises, Inc. | $15,680.00 | Disallowed in its entirety and expunged |
| 51. | Genesis Consulting LLC | 354 | Sears Home & Business Franchises, Inc. | $12,880.00 | Disallowed in its entirety and expunged |
| 52. | Genesis Consulting LLC | 9047 | Sears Home & Business Franchises, Inc. | $12,880.00 | Disallowed in its entirety and expunged |
| 54. | Greenwood Industries, Inc. | 9191 | Sears, Roebuck and Co. | $61,025.00 | Disallowed in its entirety and expunged |
| 55. | Greenwood Industries, Inc. | 9201 | Sears Holdings Management Corporation | $61,025.00 | Disallowed in its entirety and expunged |
| 56. | HomeDeliveryLink, Inc. | 15738 | Innovel Solutions, Inc. | $5,000,000.00 | Disallowed in its entirety and expunged |
| 57. | Inland Washington LLC | 15695 | Sears, Roebuck and Co. | $80,197.86 | Disallowed in its entirety and expunged |
| 58. | Iron Mountain Information Management, LLC | 16212 | Sears Home Improvement Products, Inc. | $3,276.83 | Disallowed in its entirety and expunged |
| 59. | Iron Mountain Information Management, LLC | 16724 | Florida Builder Appliances, Inc. | $155.04 | Disallowed in its entirety and expunged |
| 60. | Iron Mountain Information Management, LLC | 16909 | Sears, Roebuck and Co. | $3,463.17 | Disallowed in its entirety and expunged |
| 61. | Iron Mountain Information Management, LLC | 17041 | Sears Holdings Corporation | $40,215.03 | Disallowed in its entirety and expunged |
| 62. | Iron Mountain Information Management, LLC | 17259 | Florida Builder Appliances, Inc. | $155.04 | Disallowed in its entirety and expunged |
| 63. | Iron Mountain Information Management, LLC | 17892 | Sears Holdings Management Corporation | $265,987.90 | Disallowed in its entirety and expunged |
| 64. | Joseph J Duffy Company | 10218 | Sears, Roebuck and Co. | $381.25 | Disallowed in its entirety and expunged |
| 65. | KPItarget, LLC. | 4990 | Sears Holdings Corporation | $142,500.00 | Disallowed in its entirety and expunged |

\* Asserted amount includes any unliquidated amounts.

| Debtors' Sixth Omnibus Objection to Claims | | | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|---|---|
| Exhibit 1 - Satisfied Claims | | | | Case No. 18-23538 (RDD) |

| | | **Schedule of Satisfied Claims to be Disallowed and Expunged** | | |
|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Disallowed and Expunged** | **Asserted Debtor** | **Asserted Amount*** | **Extent of Allowed Claim** |
| 66. | MARYLAND WHOLESALE AUTOMOTIVE, LLC, DBA THE KEYLESS SHOP AT SEARS | 10098 | Sears Holdings Corporation | $92,366.93 | Disallowed in its entirety and expunged |
| 67. | Microsoft Corporation | 15257 | Sears Holdings Corporation | $237,275.00 | Disallowed in its entirety and expunged |
| 68. | Microsoft Corporation and Microsoft Licensing, GP | 15480 | Sears Holdings Corporation | $35,120.34 | Disallowed in its entirety and expunged |
| 71. | Quinstreet INC | 11035 | Sears Home Improvement Products, Inc. | $69,149.50 | Disallowed in its entirety and expunged |
| 72. | Quinstreet Inc. | 5439 | Sears Holdings Corporation | $93,406.50 | Disallowed in its entirety and expunged |
| 73. | Rebuilding Together, Inc. | 15240 | Kmart Holding Corporation | - | Disallowed in its entirety and expunged |
| 74. | Rebuilding Together, Inc. | 15321 | Kmart Corporation | - | Disallowed in its entirety and expunged |
| 75. | Rebuilding Together, Inc. | 15362 | Sears, Roebuck and Co. | - | Disallowed in its entirety and expunged |
| 76. | Rebuilding Together, Inc. | 15638 | Sears Holdings Management Corporation | - | Disallowed in its entirety and expunged |
| 79. | ROUTE 66 HOLDINGS, LLC | 12036 | Kmart Corporation | $54,093.87 | Disallowed in its entirety and expunged |
| 83. | Sears Home Appliance Showrooms, LLC | 16810 | Kmart Corporation | - | Disallowed in its entirety and expunged |
| 84. | Sears Home Appliance Showrooms, LLC | 16818 | Sears Holdings Corporation | - | Disallowed in its entirety and expunged |
| 85. | Sears Home Appliance Showrooms, LLC | 16980 | Sears, Roebuck and Co. | - | Disallowed in its entirety and expunged |
| 86. | Sears Outlet Stores, L.L.C | 16861 | Kmart Corporation | - | Disallowed in its entirety and expunged |
| 87. | Sears Outlet Stores, L.L.C. | 17076 | Innovel Solutions, Inc. | - | Disallowed in its entirety and expunged |
| 88. | SEARS OUTLET STORES, L.L.C. | 17091 | Sears Holdings Corporation | - | Disallowed in its entirety and expunged |
| 89. | Sears Outlet Stores, L.L.C. | 17210 | Sears Holdings Management Corporation | - | Disallowed in its entirety and expunged |
| 90. | Sears Outlet Stores, LLC | 17712 | Sears, Roebuck de Puerto Rico, Inc. | - | Disallowed in its entirety and expunged |
| 91. | Sears Outlet Stores, LLC | 17717 | Sears, Roebuck and Co. | - | Disallowed in its entirety and expunged |
| 92. | Shaw, Alan | 880 | Sears Holdings Corporation | $209,002.52 | Disallowed in its entirety and expunged |
| 93. | Shaw, Alan Frederick | 11917 | Sears Holdings Management Corporation | $209,002.52 | Disallowed in its entirety and expunged |

* Asserted amount includes any unliquidated amounts.

**Debtors' Sixth Omnibus Objection to Claims**  **In re: Sears Holdings Corporation,** *et al.*
**Exhibit 1 - Satisfied Claims**  **Case No. 18-23538 (RDD)**

| | | Schedule of Satisfied Claims to be Disallowed and Expunged | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
| 94. | Sitel Operating Corporation | 10170 | Sears Holdings Corporation | $9,317,474.11 | Disallowed in its entirety and expunged |
| 95. | SPOTDOCTOR BUILDING SERVICES | 11357 | Sears Holdings Corporation | $5,364.00 | Disallowed in its entirety and expunged |
| 96. | Strand, Donald T | 16021 | Sears Holdings Management Corporation | $1,122,500.00 | Disallowed in its entirety and expunged |
| 97. | Teamsters Local Union No. 705 | 10194 | Kmart Corporation | $5,808.50 | Disallowed in its entirety and expunged |
| 98. | Telecheck Services, Inc. | 16711 | Sears Holdings Management Corporation | - | Disallowed in its entirety and expunged |
| 99. | Telecheck Services, Inc. | 16747 | Sears Holdings Corporation | - | Disallowed in its entirety and expunged |
| 100. | TM Telcomm Corp | 4865 | FBA Holdings Inc. | $119,609.23 | Disallowed in its entirety and expunged |
| 101. | ValueLink LLC | 16533 | Sears Holdings Management Corporation | - | Disallowed in its entirety and expunged |
| 102. | ValueLink LLC | 17592 | SHC Promotions LLC | - | Disallowed in its entirety and expunged |
| 103. | Waste Management National Services, Inc | 15095 | Sears Home Improvement Products, Inc. | $2,191,675.00 | Disallowed in its entirety and expunged |
| 104. | WASTE MANAGEMENT NATIONAL SERVICES, INC. | 14770 | Sears, Roebuck de Puerto Rico, Inc. | $2,191,675.00 | Disallowed in its entirety and expunged |
| 105. | Waste Management National Services, Inc. | 14868 | Kmart Corporation | $2,191,675.00 | Disallowed in its entirety and expunged |
| 106. | Waste Management National Services, Inc. | 15074 | Sears, Roebuck and Co. | $2,191,675.00 | Disallowed in its entirety and expunged |
| 107. | Waste Management National Services, Inc. | 15088 | Innovel Solutions, Inc. | $2,191,675.00 | Disallowed in its entirety and expunged |
| 108. | Waste Management of Michigan, Inc. | 11247 | Sears Holdings Corporation | $2,038.82 | Disallowed in its entirety and expunged |

* Asserted amount includes any unliquidated amounts.