Debtors' Eighth Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 1. | A-1 Fixit Shop | 5147 | Sears Holdings Corporation | | | | $612.68 | | $612.68 | A-1 Fixit Shop | 11466 | Sears Holdings Corporation | | | | $612.68 | | $612.68 |
| 2. | Action Packaged, Inc. | 5691 | Sears Holdings Corporation | $60,415.90 | | | | | $60,415.90 | Action Packaged, Inc. | 5807 | Sears Holdings Corporation | $60,415.90 | | | | | $60,415.90 |
| 3. | Adams, Benji L. | 3054 | Sears, Roebuck and Co. | | | | $11,671.90 | | $11,671.90 | Adams, Benji L. | 4256 | Sears, Roebuck and Co. | | | | $11,671.90 | | $11,671.90 |
| 4. | Advanced Merchandising Industry Co.,Limited | 10022 | Sears Holdings Corporation | | | $172,953.36 | | | $172,953.36 | Advanced Merchandising Industry Co.,Limited | 10492 | Sears Holdings Corporation | | | $172,953.36 | | | $172,953.36 |
| 5. | Aireco Supply, Inc | 15830 | Sears Holdings Corporation | $10,322.00 | | | | $5,763.53 | $16,085.53 | Aireco Supply, Inc | 16141 | Sears Holdings Corporation | $10,322.00 | | | | $5,763.53 | $16,085.53 |
| 6. | Ambriz, Mario | 13069 | Kmart Stores of Texas LLC | | | | $3,069.24 | | $3,069.24 | AMBRIZ, MARIO | 14415 | Kmart Stores of Texas LLC | | | | $3,069.24 | | $3,069.24 |
| 7. | Antoine, Wedy | 6176 | Sears, Roebuck and Co. | | | | $0.00 | | $0.00 | Antoine, Wedy | 6293 | Sears, Roebuck and Co. | | | | $0.00 | | $0.00 |
| 8. | AR & EM RETAIL GROUP CORP | 9900 | Sears Holdings Corporation | $5,671.74 | | | | | $5,671.74 | AR & EM Retail Group Corp | 11465 | Sears Holdings Corporation | $5,671.74 | | | | | $5,671.74 |
| 9. | Asia Socks Inc | 6255 | Sears, Roebuck and Co. | $173,945.46 | | | | | $173,945.46 | Asia Socks Inc | 8568 | Sears, Roebuck and Co. | $173,945.46 | | | | | $173,945.46 |
| 10. | Baby Coca For Wears & Textiles Co. | 35 | Kmart Corporation | $157,059.12 | | | | | $157,059.12 | Baby Coca For Wears & Textiles Co. | 1262 | Kmart Corporation | $157,059.12 | | | | | $157,059.12 |
| 11. | BABYLON LIMITED | 12486 | Sears Holdings Corporation | $5,379.96 | | | | | $5,379.96 | BABYLON LIMITED | 14397 | Sears Holdings Corporation | $5,379.96 | | | | | $5,379.96 |
| 12. | Barnes, Horace | 6795 | Sears Holdings Corporation | $4,000.00 | | $4,000.00 | $4,000.00 | | $12,000.00 | Barnes, Horace | 8062 | Sears Holdings Corporation | $4,000.00 | | $4,000.00 | $4,000.00 | | $12,000.00 |
| 13. | Bazan, Frances | 2254 | Sears Holdings Corporation | | | | $5,568.00 | | $5,568.00 | Bazan, Frances | 5020 | Sears Holdings Corporation | | | | $5,568.00 | | $5,568.00 |
| 15. | Bonner-Smith, Denise | 9027 | Sears Holdings Corporation | | | | $1,500.00 | | $1,500.00 | Bonner-Smith, Denise | 10199 | Sears Holdings Corporation | | | | $1,500.00 | | $1,500.00 |
| 16. | BRACKIN, ALICE | 9521 | Sears Holdings Corporation | | | | $2,192.08 | | $2,192.08 | BRACKIN, ALICE | 11020 | Sears Holdings Corporation | | | | $2,192.08 | | $2,192.08 |
| 17. | Brandon, Cindy | 1496 | Kmart Corporation | | | | $29,184.00 | | $29,184.00 | BRANDON, CINDY | 1735 | Kmart Corporation | | | | $29,184.00 | | $29,184.00 |
| 18. | Brewer, Sheila | 9468 | Sears Holdings Corporation | | | | $1,470.00 | | $1,470.00 | BREWER, SHEILA | 9546 | Sears Holdings Corporation | | | | $1,470.00 | | $1,470.00 |
| 19. | Bridgett, Patrick Neal | 3887 | Sears Holdings Corporation | | | | $17,445.25 | $24,328.98 | $41,774.23 | Bridgett, Patrick Neal | 12262 | Sears Holdings Corporation | | | | $17,445.25 | $24,328.98 | $41,774.23 |
| 20. | BST International Fashion LTD | 7124 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 21. | BST International Fashion LTD | 7128 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 22. | BST International Fashion LTD | 7130 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 23. | BST International Fashion LTD | 7131 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | BST International Fashion LTD | 7161 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 |
| 24. | BST International Fashion LTD | 7134 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 25. | BST International Fashion LTD | 7135 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 26. | BST International Fashion LTD | 7136 | Sears, Roebuck and Co. | $1,670,508.83 | | | | $1,298,878.01 | $2,969,386.84 | | | | | | | | | |
| 27. | BST International Fashion LTD | 7146 | Kmart Corporation | $285,762.40 | | | | $521,485.85 | $807,248.25 | BST International Fashion LTD | 7171 | Kmart Corporation | $285,762.40 | | | | $521,485.85 | $807,248.25 |
| 28. | BST International Fashion LTD | 7168 | Kmart Corporation | $285,762.40 | | | | $521,485.85 | $807,248.25 | | | | | | | | | |

* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
** Asserted amount includes any unliquidated amounts.

1

Debtors' Eighth Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | Claims to be Disallowed | | | | | | Surviving Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 29. | Buckeye Sweeping, Inc. | 1395 | Sears Holdings Corporation | $2,000.00 | | | | | $2,000.00 | Buckeye Sweeping, Inc. | 2375 | Sears Holdings Corporation | $2,000.00 | | | | | $2,000.00 |
| 30. | Bullard, Aaron | 1783 | Sears, Roebuck and Co. | | | | $13,564.91 | | $13,564.91 | Bullard, Aaron | 1902 | Sears, Roebuck and Co. | | | | $13,564.91 | | $13,564.91 |
| 31. | Burger, Sandra Goff | 1851 | Sears Holdings Corporation | | | | $994.00 | $1,325.20 | $2,319.20 | Burger, Sandra Goff | 1880 | Sears Holdings Corporation | | | | $994.00 | $1,325.20 | $2,319.20 |
| 32. | Burnham, Kenneth S | 1719 | Sears Holdings Corporation | | | | $2,769.60 | | $2,769.60 | Burnham, Kenneth S | 2208 | Sears Holdings Corporation | | | | $2,769.60 | | $2,769.60 |
| 33. | Burns, Amy | 1402 | Sears Holdings Corporation | | | | $12,850.00 | $15,898.08 | $28,748.08 | BURNS, AMY | 9100 | Sears Holdings Corporation | | | | $12,850.00 | $15,898.00 | $28,748.00 |
| 34. | Burwood Group, Inc. | 1833 | Sears Holdings Corporation | $641,272.31 | | | | $91,803.81 | $733,076.12 | Burwood Group, Inc. | 2076 | Sears Holdings Corporation | $641,272.31 | | | | $91,803.81 | $733,076.12 |
| 35. | Cadena, Angelica M. | 1743 | Sears Holdings Corporation | | | | $644.17 | | $644.17 | Cadena, Angelica M. | 2051 | Sears Holdings Corporation | | | | $644.17 | | $644.17 |
| 36. | Caito Foods, LLC | 10386 | Kmart Corporation | $9,269.67 | | | $41,222.41 | | $50,492.08 | Caito Foods, LLC | 12395 | Kmart Stores of Illinois LLC | $9,269.67 | | | $41,222.41 | | $50,492.08 |
| 37. | Caln Township | 9169 | Sears Holdings Corporation | | | | $225.03 | | $225.03 | Caln Township | 9622 | Sears Holdings Corporation | | | | $225.03 | | $225.03 |
| 38. | Canon Financial Services, Inc. | 14497 | Sears Holdings Corporation | | $163,916.99 | $0.00 | | | $163,916.99 | Canon Financial Services, Inc. | 15054 | Sears Holdings Corporation | | $163,916.99 | $0.00 | | $0.00 | $163,916.99 |
| 39. | CEVASCO, CLARA L. | 5054 | Sears Holdings Corporation | | | | $2,424.24 | | $2,424.24 | Cevasco, Clara L. | 11293 | Sears Holdings Corporation | | | | $2,424.24 | | $2,424.24 |
| 40. | CHESTNUTT, TERASHIA M | 14859 | Sears Holdings Corporation | | | $0.00 | | | $0.00 | CHESTNUTT, TERASHIA M | 14869 | Sears Holdings Corporation | | | $0.00 | | | $0.00 |
| 41. | Choudhry, Ahsan Rizwan | 2456 | Sears Holdings Corporation | $4,106.00 | | | | | $4,106.00 | CHOUDHRY, AHSAN RIZWAN | 12504 | Sears Holdings Corporation | $4,106.00 | | | | | $4,106.00 |
| 42. | Choudhry, Rizwan Akhtar | 3493 | Sears Holdings Corporation | $6,893.90 | | | | | $6,893.90 | Choudhry, Rizwan Akhtar | 12543 | Sears Holdings Corporation | $6,893.90 | | | | | $6,893.90 |
| 43. | City of Meriden Tax Collector | 16691 | Sears, Roebuck and Co. | | | | $16,113.96 | | $16,113.96 | City of Meriden Tax Collector | 17472 | Sears, Roebuck and Co. | | | | $16,113.96 | | $16,113.96 |
| 44. | Coloron Jewelry Inc. | 577 | Sears Holdings Corporation | $114,498.50 | | | | $236,133.00 | $350,631.50 | Coloron Jewelry Inc. | 11219 | Sears Holdings Corporation | $114,498.50 | | | | $236,133.00 | $350,631.50 |
| 45. | Coloron Jewelry Inc. | 631 | Kmart Corporation | $10,957.99 | | | | $51,804.28 | $62,762.27 | Coloron Jewelry Inc. | 11093 | Kmart Corporation | $10,957.99 | | | | $51,804.28 | $62,762.27 |
| 46. | Comercializadora De Calzado El Maraton S.A De C.V. | 11278 | Sears, Roebuck and Co. | $86,401.26 | | | | | $86,401.26 | Comercializadora De Calzado El Maraton S.A De C.V. | 11427 | Sears, Roebuck and Co. | $86,401.26 | | | | | $86,401.26 |
| 47. | Connors, Fong and Mancuso, Inc. | 8243 | Sears Holdings Corporation | | | | $12,850.00 | $62,782.19 | $75,632.19 | Connors, Fong and Mancuso, Inc. | 8700 | Sears Holdings Corporation | | | | $12,850.00 | $62,782.19 | $75,632.19 |
| 48. | DAVENPORT, JONATHAN DANIEL | 1530 | Sears Holdings Corporation | | | | $3,360.00 | | $3,360.00 | DAVENPORT, JONATHAN DANIEL | 1727 | Sears Holdings Corporation | | | | $3,360.00 | | $3,360.00 |
| 49. | Dazzilyn Limited | 12241 | Sears Holdings Corporation | $25,730.49 | | | | | $25,730.49 | DAZZILYN LIMITED | 12431 | Sears Holdings Corporation | $25,730.49 | | | | | $25,730.49 |
| 50. | De Billas Lux | 1729 | Sears Brands, L.L.C. | | | | $2,182.91 | | $2,182.91 | De Billas Lux | 3651 | Sears Brands, L.L.C. | | | | $2,182.91 | | $2,182.91 |
| 51. | De Billas Lux | 2355 | Sears Brands, L.L.C. | | | | $2,182.91 | | $2,182.91 | | | | | | | | | |
| 52. | Del Angel, Justina | 16069 | Sears Holdings Management Corporation | | | | $3,833.33 | | $3,833.33 | Del Angel, Justina | 16492 | Sears Holdings Management Corporation | | | | $3,833.33 | | $3,833.33 |
| 53. | Di Cicco, Thomas | 3884 | Sears Holdings Corporation | | | | $10,893.66 | | $10,893.66 | DI CICCO, THOMAS | 12065 | Sears Holdings Corporation | | | | $10,893.66 | | $10,893.66 |
| 54. | DILEEP INDUSTRIES PVT LTD | 1214 | Kmart Corporation | $33,218.20 | | | | | $33,218.20 | Dileep Industries Pvt Ltd | 1663 | Kmart Corporation | $33,218.20 | | | | | $33,218.20 |
| 55. | Disston Company | 1371 | Sears Holdings Corporation | $41,876.67 | | | | $135,352.97 | $177,229.64 | Disston Company | 2381 | Sears Holdings Corporation | $41,876.67 | | | | $135,352.97 | $177,229.64 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
\*\* Asserted amount includes any unliquidated amounts.

2

Debtors' Eighth Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | | | | | | Surviving Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 56. | Disston Company | 1373 | Kmart Corporation | $10,729.41 | | | | $34,701.50 | $45,430.91 | Disston Company | 2013 | Kmart Corporation | $10,729.41 | | | | $34,701.50 | $45,430.91 |
| 57. | DM MERCHANDISING INC | 13120 | Sears Holdings Corporation | $8,467.20 | | | | $10,609.92 | $19,077.12 | DM MERCHANDISING INC | 14764 | Sears Holdings Corporation | $8,467.20 | | | | $10,609.92 | $19,077.12 |
| 58. | Ducusin, Rowena R | 1684 | Sears Holdings Corporation | | | | $6,000.00 | | $6,000.00 | Ducusin, Rowena R | 2206 | Sears Holdings Corporation | | | | $6,000.00 | | $6,000.00 |
| 59. | Dynasty Carpet & Rug Co., Inc. | 13128 | Sears Holdings Corporation | $11,194.20 | | | | $76,111.55 | $87,305.75 | Dynasty Carpet & Rug Co., Inc. | 15836 | Sears Holdings Corporation | $11,194.20 | | | | $76,111.55 | $87,305.75 |
| 60. | Earnest, Susan | 4565 | Sears Holdings Corporation | | | | $2,800.00 | | $2,800.00 | Earnest, Susan | 14785 | Sears Holdings Corporation | | | | $2,800.00 | | $2,800.00 |
| 61. | Easton Suburban Water Authority | 6040 | Sears Holdings Corporation | | | | $231.00 | | $231.00 | | | | | | | | | |
| 62. | Easton Suburban Water Authority | 6043 | Sears Holdings Corporation | | | | $231.00 | | $231.00 | Easton Suburban Water Authority | 11736 | Sears Holdings Corporation | | | | $231.00 | | $231.00 |
| 63. | Easton Suburban Water Authority | 10112 | Sears Holdings Corporation | | | | $231.00 | | $231.00 | | | | | | | | | |
| 64. | Easton Suburban Water Authority | 6042 | Sears Holdings Corporation | | | | $39.71 | | $39.71 | Easton Suburban Water Authority | 10109 | Sears Holdings Corporation | | | | $39.71 | | $39.71 |
| 65. | Easton Suburban Water Authority | 11804 | Sears Holdings Corporation | | | | $301.43 | | $301.43 | Easton Suburban Water Authority | 17322 | Sears Holdings Corporation | | | | $301.43 | | $301.43 |
| 66. | Elder, Sara E | 16426 | Sears Holdings Corporation | | | | $12,850.00 | $78,842.00 | $91,692.00 | Elder, Sara E | 16530 | Sears Holdings Corporation | | | | $12,850.00 | $78,842.00 | $91,692.00 |
| 67. | El-Habre, Suzanne | 10548 | Sears Holdings Corporation | | | | $6,667.00 | | $6,667.00 | El-Habre, Suzanne | 12213 | Sears Holdings Corporation | | | | $6,667.00 | | $6,667.00 |
| 68. | Evans, Deborah L | 6488 | Sears Holdings Corporation | | | | $217,825.20 | | $217,825.20 | Evans, Deborah L | 6500 | Sears Holdings Corporation | | | | $217,825.20 | | $217,825.20 |
| 69. | FAISON, SHIRLEY | 5903 | Sears Holdings Corporation | | | | $5,142.40 | | $5,142.40 | Faison, Shirley | 10050 | Sears Holdings Corporation | | | | $5,142.40 | | $5,142.40 |
| 70. | Fernandez, Elyse | 4185 | Sears Holdings Corporation | | | | $578.57 | | $578.57 | Fernandez, Elyse | 4773 | Sears Holdings Corporation | | | | $578.57 | | $578.57 |
| 71. | Find Import Corporation c/o Blue Lake Inc. | 10171 | Sears Holdings Corporation | $50,138.93 | | | | | $50,138.93 | | | | | | | | | |
| 72. | Find Import Corporation c/o Blue Lake Inc. | 10172 | Sears Holdings Corporation | $50,138.93 | | | | | $50,138.93 | Find Import Corporation c/o Blue Lake Inc. | 10174 | Sears Holdings Corporation | $50,138.93 | | | | | $50,138.93 |
| 73. | Flynn, Dennis | 864 | Sears Holdings Corporation | | | | $3,849.36 | | $3,849.36 | Flynn, Dennis | 10765 | Sears Holdings Corporation | | | | $3,849.36 | | $3,849.36 |
| 74. | Forrest "Butch" Freeman Oklahoma County Treasurer | 5789 | Sears Holdings Corporation | | | $67,761.20 | | | $67,761.20 | Forrest "Butch" Freeman Oklahoma County Treasurer | 6622 | Sears Holdings Corporation | | | $67,761.20 | | | $67,761.20 |
| 75. | FORRESTER, BRIAN | 9053 | Sears Holdings Corporation | | | | $5,051.25 | | $5,051.25 | FORRESTER, BRIAN | 9314 | Sears Holdings Corporation | | | | $5,051.25 | | $5,051.25 |
| 76. | Four Seasons Siding, Inc. | 26 | Sears Home Improvement Products, Inc. | | | | $6,904.86 | | $6,904.86 | Four Seasons Siding, Inc. | 677 | Sears Home Improvement Products, Inc. | | | | $6,904.86 | | $6,904.86 |
| 77. | Fratrich, Stephen J | 4887 | Sears Holdings Corporation | | | | $1,300.00 | | $1,300.00 | FRATRICH, STEPHEN J | 11389 | Sears Holdings Corporation | | | | $1,300.00 | | $1,300.00 |
| 78. | FRYER BARBARA J | 9662 | Sears Holdings Corporation | | | | $14,730.49 | | $14,730.49 | FRYER BARBARA J | 9831 | Sears Holdings Corporation | | | | $14,730.49 | | $14,730.49 |
| 79. | GABYS BAGS LLC | 15252 | Sears Holdings Corporation | $9,269.67 | | | | $7,713.97 | $16,983.64 | Gabys Bags LLC | 16631 | Sears Holdings Corporation | $9,269.67 | | | | $7,713.97 | $16,983.64 |
| 80. | Genesis Consulting LLC | 354 | Sears Home & Business Franchises, Inc. | | | | $12,880.00 | | $12,880.00 | Genesis Consulting LLC | 9047 | Sears Home & Business Franchises, Inc. | | | | $12,880.00 | | $12,880.00 |
| 81. | Green, Scott M | 2415 | Sears Holdings Corporation | | | | $3,339.20 | | $3,339.20 | Green, Scott M | 11994 | Sears Holdings Corporation | | | | $3,339.20 | | $3,339.20 |
| 82. | Green, Scott M | 2421 | Sears Holdings Corporation | | | | $3,339.20 | | $3,339.20 | | | | | | | | | |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
\*\* Asserted amount includes any unliquidated amounts.

3

Debtors' Eighth Omnibus Objection to Claims  
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Claim No. to be Disallowed* | Asserted Debtor | Claims to be Disallowed |||||| Name of Claimant | Surviving Claim No.* | Asserted Debtor | Surviving Claims ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | | | | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 83. | Harder, Daniel Robert | 13941 | Sears, Roebuck and Co. | | | | $10,153.85 | | $10,153.85 | Harder, Daniel Robert | 14895 | Sears, Roebuck and Co. | | | | $10,153.85 | | $10,153.85 |
| 84. | Hays County, Texas | 460 | Sears Holdings Corporation | | | $393.58 | | | $393.58 | Hays County, Texas | 475 | Sears Holdings Corporation | | | $393.58 | | | $393.58 |
| 85. | HEIVILIN, DEBRA | 10535 | Sears Holdings Corporation | | | | $560.00 | | $560.00 | HEIVILIN, DEBRA | 10600 | Sears Holdings Corporation | | | | $560.00 | | $560.00 |
| 86. | Heivilin, Debra J | 4772 | Sears Holdings Corporation | | | | $560.00 | | $560.00 | | | | | | | | | |
| 87. | Hernando County Tax Collector | 14308 | Sears, Roebuck and Co. | | | $0.00 | | | $0.00 | HERNANDO COUNTY TAX COLLECTOR | 18398 | Sears, Roebuck and Co. | | | $0.00 | | | $0.00 |
| 88. | HOLDSUN GROUP LIMITED | 19 | Sears, Roebuck and Co. | $49,353.60 | | | | $396,474.17 | $445,827.77 | Holdsun Group Limited | 1257 | Sears, Roebuck and Co. | $49,353.60 | | | | $396,474.17 | $445,827.77 |
| 89. | HOLDSUN GROUP LIMITED | 30 | Sears, Roebuck and Co. | $49,353.60 | | | | $396,474.17 | $445,827.77 | | | | | | | | | |
| 90. | HOLDSUN GROUP LIMITED | 20 | Sears, Roebuck and Co. | $445,827.77 | | | | | $445,827.77 | HOLDSUN GROUP LIMITED | 712 | Sears, Roebuck and Co. | $445,827.77 | | | | | $445,827.77 |
| 91. | House of La-Rose | 4844 | Kmart Holding Corporation | | | $62.80 | | | $62.80 | House of La-Rose | 5105 | Kmart Holding Corporation | | | $62.80 | | | $62.80 |
| 92. | HOWARD, ROOSEVELT | 12106 | Sears Holdings Corporation | | | | $1,520.00 | | $1,520.00 | HOWARD, ROOSEVELT | 12802 | Sears Holdings Corporation | | | | $1,520.00 | | $1,520.00 |
| 93. | Huddleston, Ramona | 8363 | Sears Holdings Corporation | | | | $100,000.00 | | $100,000.00 | Huddleston, Ramona | 8572 | Sears Holdings Corporation | | | | $100,000.00 | | $100,000.00 |
| 94. | IDM Inc | 7572 | Sears Holdings Corporation | $8,475.00 | | | | $47,414.00 | $55,889.00 | IDM Inc | 16345 | Sears Holdings Corporation | $8,475.00 | | | | $47,414.00 | $55,889.00 |
| 95. | Imperial Industrial Supply Co | 1498 | Sears Holdings Corporation | $10,479.22 | | | | $21,242.50 | $31,721.72 | Imperial Industrial Supply Co | 1618 | Sears Holdings Corporation | $10,479.22 | | | | $21,242.50 | $31,721.72 |
| 96. | Imperial Industrial Supply Co | 1622 | Sears Holdings Corporation | $41,578.95 | | | | $87,325.08 | $128,904.03 | Imperial Industrial Supply Co | 1887 | Sears Holdings Corporation | $41,578.95 | | | | $87,325.08 | $128,904.03 |
| 97. | IncrediBody | 15221 | Sears Holdings Corporation | $322.99 | | | | | $322.99 | IncrediBody | 17659 | Sears Holdings Corporation | $322.99 | | | | | $322.99 |
| 100. | Infinite Peripherals, Inc. | 1900 | Sears Holdings Management Corporation | $5,109.39 | | | | $43,978.59 | $49,087.98 | Infinite Peripherals, Inc. | 1979 | Sears Holdings Management Corporation | $5,109.39 | | | | $43,978.59 | $49,087.98 |
| 101. | International Paper | 9567 | Kmart Corporation | $116,548.33 | | | | | $116,548.33 | International Paper | 10048 | Sears Holdings Management Corporation | $116,548.33 | | | | | $116,548.33 |
| 102. | International Paper | 10037 | Kmart Corporation | $116,548.33 | | | | | $116,548.33 | | | | | | | | | |
| 103. | Jackson County Collector-Bankruptcy | 10824 | Sears Holdings Corporation | | | $546.71 | | $1,382.37 | $1,929.08 | Jackson County Collector-Bankruptcy | 11142 | Sears Holdings Corporation | | | $546.71 | | $1,382.37 | $1,929.08 |
| 104. | Kimberly-Clark Corporation | 5393 | Kmart Corporation | $0.00 | | | | $0.00 | $0.00 | Kimberly-Clark Corporation | 5534 | Kmart Corporation | $0.00 | | | | $0.00 | $0.00 |
| 106. | Kingswell, Inc. | 8379 | Sears Holdings Corporation | $1,208.40 | | | | | $1,208.40 | Kingswell, Inc. | 10816 | Sears Holdings Corporation | $1,208.40 | | | | | $1,208.40 |
| 107. | Kloepfer, Inc | 12690 | Sears Holdings Corporation | | | $135,889.67 | | | $135,889.67 | Kloepfer, Inc | 13577 | Sears Holdings Corporation | | | $135,889.67 | | | $135,889.67 |
| 108. | KTM Ventures LLC dba USAetail | 2968 | Sears Holdings Corporation | $2,599.04 | | | | $6,889.94 | $9,488.98 | KTM Ventures LLC dba USAetail | 10568 | Sears Holdings Corporation | $2,599.04 | | | | $6,889.94 | $9,488.98 |
| 109. | Kulzer Limited | 12300 | Sears Holdings Corporation | $47,512.95 | | | | | $47,512.95 | Kulzer Limited | 12432 | Sears Holdings Corporation | $47,512.95 | | | | | $47,512.95 |
| 110. | Kunkel, Sharon M | 3888 | Sears Holdings Corporation | | | | $2,205.00 | | $2,205.00 | Kunkel, Sharon M | 13608 | Sears Holdings Corporation | | | | $2,205.00 | | $2,205.00 |
| 111. | LAFLAMME, TAMMY | 7105 | Sears Holdings Corporation | | | | $4,940.63 | | $4,940.63 | LAFLAMME, TAMMY | 16206 | Sears Holdings Corporation | | | | $4,940.63 | | $4,940.63 |
| 112. | Lara, Melinda | 10988 | Sears Holdings Corporation | | | $0.00 | $0.00 | | $0.00 | LARA, MELINDA | 13672 | Sears Holdings Corporation | | | $0.00 | $0.00 | | $0.00 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.  
\*\* Asserted amount includes any unliquidated amounts.

4

Debtors' Eighth Omnibus Objection to Claims  
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | | Claims to be Disallowed | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 113. | LEIKER, TERRY G | 9308 | Sears Holdings Corporation | | | | $3,696.00 | | $3,696.00 | Leiker, Terry G | 14087 | Sears Holdings Corporation | | | | $3,696.00 | | $3,696.00 |
| 114. | Levcom Wall Plaza Associates | 13525 | Kmart Corporation | | $47,598.84 | | | $625,132.55 | $672,731.39 | Levcom Wall Plaza Associates | 14283 | Kmart Corporation | | $47,598.84 | | | $625,132.55 | $672,731.39 |
| 115. | Link, Terrence | 7288 | Sears Holdings Corporation | | | | $395.89 | | $395.89 | Link, Terrence | 14351 | Sears Holdings Corporation | | | | $395.86 | $0.03 | $395.89 |
| 116. | Link, Terrence | 7680 | Sears Holdings Corporation | | | | $395.89 | | $395.89 | | | | | | | | | |
| 117. | Linscott, Angela | 13377 | Sears Holdings Corporation | | | $3,200.00 | | | $3,200.00 | Linscott, Angela | 13421 | Sears Holdings Corporation | | | $3,200.00 | | | $3,200.00 |
| 118. | LUAN INVESTMENT SE | 9143 | Kmart Corporation | $10,024.43 | | | | $81,072.08 | $91,096.51 | LUAN INVESTMENT SE | 9215 | Kmart Corporation | $10,024.43 | | | | $81,072.08 | $91,096.51 |
| 119. | Lyncu, Dawn | 1518 | Sears Holdings Corporation | | | | $497.69 | | $497.69 | Lyncu, Dawn | 1981 | Sears Holdings Corporation | | | | $497.69 | | $497.69 |
| 120. | Mayfair Accessories Int'l Ltd | 1291 | Sears Holdings Corporation | $1,211,353.47 | | | | $2,818,392.89 | $4,029,746.36 | MAYFAIR ACCESSORIES INT'L LTD | 1425 | Sears Holdings Corporation | $1,211,353.47 | | | | $2,818,392.89 | $4,029,746.36 |
| 121. | MAYFAIR ACCESSORIES INT'L LTD | 1438 | Kmart Corporation | $841,716.89 | | | | $1,453,395.97 | $2,295,112.86 | MAYFAIR ACCESSORIES INT'L LTD | 14127 | Kmart Corporation | $841,716.89 | | | | $1,453,395.97 | $2,295,112.86 |
| 122. | Mayfair Accessories Int'l Ltd | 1609 | Kmart Corporation | $841,716.89 | | | | $1,453,395.97 | $2,295,112.86 | | | | | | | | | |
| 123. | MAYFAIR ACCESSORIES INT'L LTD | 1621 | Sears, Roebuck and Co. | $369,636.58 | | | | $1,364,996.92 | $1,734,633.50 | Mayfair Accessories Int'l Ltd | 1662 | Sears, Roebuck and Co. | $369,636.58 | | | | $1,364,996.92 | $1,734,633.50 |
| 124. | MAYFAIR ACCESSORIES INT'L LTD | 1627 | Sears, Roebuck and Co. | $369,636.58 | | | | $1,364,996.92 | $1,734,633.50 | | | | | | | | | |
| 125. | McLane Company, Inc. | 15940 | Kmart Corporation | $727,566.65 | | $0.00 | | | $727,566.65 | McLane Company, Inc. | 17756 | Kmart Corporation | $727,566.65 | | $0.00 | | | $727,566.65 |
| 126. | MECHANICS TOOLS WAREHOUSE | 13029 | Sears Holdings Corporation | $30,155.28 | | | | $21,838.64 | $51,993.92 | MECHANICS TOOLS WAREHOUSE | 13097 | Sears Holdings Corporation | $30,155.28 | | | | $21,838.64 | $51,993.92 |
| 127. | MID PACIFIC DISTRIBUTORS, INC. | 4273 | Sears Holdings Management Corporation | $8,779.20 | | | | $33,084.37 | $41,863.57 | MID PACIFIC DISTRIBUTORS, INC. | 4986 | Sears Holdings Management Corporation | $8,779.20 | | | | $33,084.37 | $41,863.57 |
| 128. | Morejon Jr, Alberto | 1741 | Sears Holdings Corporation | | | $8,372.00 | $0.00 | | $8,372.00 | Morejon Jr, Alberto | 2947 | Sears Holdings Corporation | | | $8,372.00 | $0.00 | | $8,372.00 |
| 129. | Morris, Susan K | 1558 | Sears Holdings Corporation | | | | $367.50 | | $367.50 | Morris, Susan K | 1800 | Sears Holdings Corporation | | | | $367.50 | | $367.50 |
| 130. | Moye, Ophelia | 1674 | Sears Holdings Management Corporation | | | | $249.58 | | $249.58 | Moye, Ophelia | 2209 | Sears Holdings Management Corporation | | | | $249.58 | | $249.58 |
| 131. | MyLovebugRocky, LLP | 2407 | Sears Holdings Corporation | $382.06 | | | | | $382.06 | MyLovebugRocky, LLP | 10176 | Sears Holdings Corporation | $382.06 | | | | | $382.06 |
| 132. | NYL Holdings LLC | 1392 | Kmart Corporation | $9,248.40 | | | | | $9,248.40 | NYL Holdings LLC | 3051 | Kmart Corporation | $9,248.40 | | | | | $9,248.40 |
| 133. | Oestreich, Evan R. | 16208 | Sears, Roebuck and Co. | | | | $1,680.00 | | $1,680.00 | Oestreich, Evan R. | 17240 | Sears, Roebuck and Co. | | | | $1,680.00 | | $1,680.00 |
| 134. | Ohio Bureau of Workers' Compensation | 6885 | Sears, Roebuck and Co. | | | | $616,477.37 | | $616,477.37 | Ohio Bureau of Workers' Compensation | 7083 | Sears, Roebuck and Co. | | | | $616,477.37 | | $616,477.37 |
| 135. | One To One Garment Mfg., Ltd. | 903 | Sears, Roebuck and Co. | $1,123.20 | | | | $56,516.50 | $57,639.70 | One To One Garment Mfg., Ltd. | 1782 | Sears, Roebuck and Co. | $1,123.20 | | | | $56,516.50 | $57,639.70 |
| 136. | One To One Garment Mfg., Ltd. | 916 | Kmart Corporation | $109,396.32 | | | | $136,892.94 | $246,289.26 | One To One Garment Mfg., Ltd. | 1960 | Kmart Corporation | $109,396.32 | | | | $136,892.94 | $246,289.26 |
| 137. | Otaguro, Kelvin | 8475 | Sears Holdings Corporation | $346.81 | | | $346.81 | | $693.62 | Otaguro, Kelvin | 11582 | Sears Holdings Corporation | $346.81 | | | $346.81 | | $693.62 |
| 138. | Paco (China) Garment Ltd. | 1187 | Sears Holdings Corporation | $6,831,158.74 | | | | | $6,831,158.74 | Paco (China) Garment Ltd. | 1762 | Sears Holdings Corporation | $6,831,158.74 | | | | | $6,831,158.74 |
| 139. | Pasadena Independent School District | 7011 | Sears Holdings Corporation | | | $92,550.74 | | | $92,550.74 | Pasadena Independent School District | 8066 | Sears Holdings Corporation | | | $92,550.74 | | | $92,550.74 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.  
\*\* Asserted amount includes any unliquidated amounts.

Debtors' Eighth Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | Claims to be Disallowed | | | | | | | | Surviving Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 140. | PCL CO LIMITED | 206 | Sears Holdings Corporation | $258,118.88 | | | | $3,102,959.43 | $3,361,078.31 | PCL CO LIMITED | 255 | Sears Holdings Corporation | $258,118.88 | | | | $3,102,959.43 | $3,361,078.31 |
| 141. | PCL CO LIMITED | 572 | Sears, Roebuck and Co. | $126,328.90 | | | | $1,352,548.25 | $1,478,877.15 | PCL CO LIMITED | 3176 | Sears, Roebuck and Co. | $126,328.90 | | | | $1,352,548.25 | $1,478,877.15 |
| 142. | PCL CO LIMITED | 798 | Kmart Corporation | $131,789.98 | | | | $1,750,411.18 | $1,882,201.16 | PCL CO LIMITED | 2281 | Kmart Corporation | $131,789.98 | | | | $1,750,411.18 | $1,882,201.16 |
| 143. | PCL CO LIMITED | 5249 | Kmart Corporation | $398,530.76 | | | | $1,483,670.40 | $1,882,201.16 | PCL Co Limited | 9973 | Kmart Corporation | $398,530.76 | | | | $1,483,670.40 | $1,882,201.16 |
| 144. | PCL CO LIMITED | 5254 | Kmart Corporation | $398,530.76 | | | | $1,483,670.40 | $1,882,201.16 | | | | | | | | | |
| 145. | PCL CO LIMITED | 5251 | Sears, Roebuck and Co. | $382,030.14 | | | | $1,096,847.01 | $1,478,877.15 | PCL Co Limited | 10262 | Sears, Roebuck and Co. | $382,030.14 | | | | $1,096,847.01 | $1,478,877.15 |
| 146. | Petoskey Plastics, Inc. | 4255 | Sears Holdings Corporation | $2,291.60 | | | | $11,962.40 | $14,254.00 | Petoskey Plastics, Inc. | 9255 | Sears Holdings Corporation | $2,291.60 | | | | $11,962.40 | $14,254.00 |
| 147. | POPE COUNTY TAX COLLECTOR | 6515 | Sears Holdings Corporation | | | | $12,205.60 | | $12,205.60 | POPE COUNTY TAX COLLECTOR | 13240 | Sears Holdings Corporation | | | | $12,205.60 | | $12,205.60 |
| 148. | Precision Control Systems of Chicago, Inc. | 12835 | Sears Holdings Corporation | $50,592.00 | | $227,400.00 | | $54,524.00 | $332,516.00 | Precision Control Systems of Chicago, Inc. | 12906 | Sears Holdings Corporation | $50,592.00 | | $227,400.00 | | $54,524.00 | $332,516.00 |
| 149. | PRIMACY INDUSTRIES LIMITED | 1192 | Sears Holdings Corporation | $36,564.78 | | | | | $36,564.78 | PRIMACY INDUSTRIES LIMITED | 2737 | Sears Holdings Corporation | $36,564.78 | | | | | $36,564.78 |
| 150. | Prince of Peace Enterprises Inc. | 5864 | Sears Holdings Corporation | $3,362.16 | | | | $13,872.00 | $17,234.16 | Prince of Peace Enterprises Inc. | 5890 | Sears Holdings Corporation | $3,362.16 | | | | $13,872.00 | $17,234.16 |
| 151. | Promociones Coqui | 6853 | Sears Holdings Corporation | $15,369.00 | | | | $30,738.00 | $46,107.00 | PROMOCIONES COQUI | 6989 | Sears Holdings Corporation | $15,369.00 | | | | $30,738.00 | $46,107.00 |
| 152. | PUEBLO COUNTY TREASURER | 18250 | Sears Holdings Corporation | | | | $58,388.46 | | $58,388.46 | PUEBLO COUNTY TREASURER | 10787 | Sears Holdings Corporation | | | | $58,388.46 | | $58,388.46 |
| 153. | Pueblo County Treasurer | 18272 | Sears Holdings Corporation | | | $7,454.10 | | | $7,454.10 | Pueblo County Treasurer | 10802 | Sears Holdings Corporation | | | $7,454.10 | | | $7,454.10 |
| 154. | Rain of Las Vegas | 4456 | StarWest, LLC | | | $1,852.50 | | | $1,852.50 | RAIN OF LAS VEGAS | 12484 | StarWest, LLC | | | $1,852.50 | | | $1,852.50 |
| 155. | Ranir LLC | 8666 | Sears Holdings Corporation | $24,362.64 | | | | $79,053.60 | $103,416.24 | Ranir LLC | 8929 | Sears Holdings Corporation | $24,362.64 | | | | $79,053.60 | $103,416.24 |
| 156. | REED, ANGELA S | 14060 | Sears Holdings Corporation | | | | $3,902.50 | | $3,902.50 | REED, ANGELA S | 18207 | Sears Holdings Corporation | | | | $3,902.50 | | $3,902.50 |
| 159. | REEVES, MARK | 5845 | Sears Holdings Corporation | | | | $2,724.00 | | $2,724.00 | REEVES, MARK | 11156 | Sears Holdings Corporation | | | | $2,724.00 | | $2,724.00 |
| 160. | RICHARDSON, ALEATHEA | 9485 | Sears Holdings Corporation | | | $0.00 | | | $0.00 | RICHARDSON, ALEATHEA | 10645 | Sears Holdings Corporation | | | $0.00 | | | $0.00 |
| 161. | RICHARDSON, ALEATHEA | 10264 | Sears Holdings Corporation | | | $0.00 | | | $0.00 | | | | | | | | | |
| 162. | Richmix Distributors LLC | 2040 | Sears Holdings Corporation | $1,252.84 | | | | | $1,252.84 | Richmix Distributors LLC | 2698 | Sears Holdings Corporation | $1,252.84 | | | | | $1,252.84 |
| 163. | Richmix Distributors LLC | 2136 | Sears Holdings Corporation | $1,252.84 | | | | | $1,252.84 | | | | | | | | | |
| 164. | Richmix Distributors LLC | 2398 | Sears Holdings Corporation | $1,252.84 | | | | | $1,252.84 | | | | | | | | | |
| 165. | RIGSBY, ZOI | 5460 | Sears Holdings Corporation | | | | $7,017.59 | | $7,017.59 | Rigsby, Zoi | 12145 | Sears Holdings Corporation | | | | $7,017.59 | | $7,017.59 |
| 166. | Roman, Edith | 8939 | Sears Holdings Corporation | | | $18,099.00 | $18,099.00 | | $36,198.00 | Roman, Edith | 9156 | Sears Holdings Corporation | | | $18,099.00 | $18,099.00 | | $36,198.00 |
| 167. | Rosemary Assets Limited | 9746 | Sears Holdings Corporation | $391,903.52 | | | | | $391,903.52 | Rosemary Assets Limited | 10092 | Sears Holdings Corporation | $391,903.52 | | | | | $391,903.52 |
| 168. | Rosenthal & Rosenthal, Inc. | 13188 | Sears Holdings Corporation | $551.75 | | | | | $551.75 | Rosenthal & Rosenthal, Inc. | 13317 | Sears Holdings Corporation | $551.75 | | | | | $551.75 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
\*\* Asserted amount includes any unliquidated amounts.

6

Debtors' Eighth Omnibus Objection to Claims  
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | | Claims to be Disallowed | | | | | | Surviving Claims | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 169. | Rubio, Mauricio | 6969 | Sears Holdings Management Corporation | $11,113.00 | | | | | $11,113.00 | Rubio, Mauricio | 9957 | Sears Holdings Management Corporation | $11,113.00 | | | | | $11,113.00 |
| 170. | Seguinot, Jaime | 1516 | Sears Holdings Corporation | | | | $2,441.25 | | $2,441.25 | Seguinot, Jaime | 1976 | Sears Holdings Corporation | | | | $2,441.25 | | $2,441.25 |
| 171. | Seiko Watch of America LLC | 14055 | Sears Operations LLC | | | $415,611.61 | | $143,039.78 | $558,651.39 | Seiko Watch of America LLC | 14069 | Sears Operations LLC | | | $415,611.61 | | $143,039.78 | $558,651.39 |
| 172. | Shanghai Neoent Industrial Co.,Ltd | 1605 | Sears Holdings Corporation | | | $12,474.00 | | | $12,474.00 | Shanghai Neoent Industrial Co.,Ltd | 1957 | Sears Holdings Corporation | | | $12,474.00 | | | $12,474.00 |
| 175. | Stanios Industrial Supply Co | 2320 | Sears Holdings Corporation | | | | $9,826.20 | | $9,826.20 | Stanios Industrial Supply Co | 2346 | Sears Holdings Corporation | | | | $9,826.20 | | $9,826.20 |
| 176. | Stericycle Environmental Solutions Inc | 16934 | Sears, Roebuck de Puerto Rico, Inc. | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 | Stericycle Environmental Solutions Inc | 18304 | Sears, Roebuck de Puerto Rico, Inc. | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 |
| 177. | Stericycle Environmental Solutions, Inc. | 17054 | Kmart Corporation | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 | Stericycle Environmental Solutions, Inc. | 18094 | Kmart Corporation | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 |
| 178. | STERICYCLE ENVIRONMENTAL SOLUTIONS, INC. | 17273 | Kmart Corporation | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 | | | | | | | | | |
| 179. | Stericycle Environmental Solutions, Inc. | 17865 | Kmart Corporation | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 | | | | | | | | | |
| 180. | STERICYCLE ENVIRONMENTAL SOLUTIONS, INC. | 17597 | Sears, Roebuck and Co. | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 | STERICYCLE ENVIRONMENTAL SOLUTIONS, INC. | 17938 | Sears, Roebuck and Co. | | $845,386.73 | | | $1,014,642.60 | $1,860,029.33 |
| 181. | STIG JIANGSU LIGHT&TEXTILE I&E CO LTD-TEXPRO | 1860 | Sears, Roebuck and Co. | $182,494.20 | | | | $247,421.14 | $429,915.34 | | | | | | | | | |
| 182. | STIG JIANGSU LIGHT&TEXTILE I&E CO LTD-TEXPRO | 1901 | Sears, Roebuck and Co. | $182,494.20 | | | | $247,421.14 | $429,915.34 | STIG JIANGSU LIGHT&TEXTILE I&E CO LTD-TEXPRO | 2473 | Sears, Roebuck and Co. | $182,494.20 | | | | $247,421.14 | $429,915.34 |
| 183. | STIG JIANGSU LIGHT&TEXTILE I&E CO LTD-TEXPRO | 2448 | Sears, Roebuck and Co. | $182,494.20 | | | | $247,421.14 | $429,915.34 | | | | | | | | | |
| 184. | Sunny Jet Textiles Co., Ltd | 1070 | Sears, Roebuck and Co. | $21,429.72 | | | | | $21,429.72 | Sunny Jet Textiles Co., Ltd | 1388 | Sears, Roebuck and Co. | $21,429.72 | | | | | $21,429.72 |
| 185. | TEAL Consulting Group | 11298 | Sears, Roebuck and Co. | | | | $7,353.30 | | $7,353.30 | TEAL Consulting Group | 14411 | Sears, Roebuck and Co. | | | | $7,353.30 | | $7,353.30 |
| 186. | TENAGLIA & HUNT, P.A. | 15496 | Sears Holdings Corporation | | | | $42,035.66 | $26,019.95 | $68,055.61 | TENAGLIA & HUNT, P.A. | 17625 | Sears Holdings Corporation | | | | $42,035.66 | $26,019.95 | $68,055.61 |
| 187. | The Ohio Department of Taxation | 8649 | Sears Holdings Corporation | | | | $406,560.08 | $56,387.55 | $462,947.63 | The Ohio Department of Taxation | 8785 | Sears Holdings Corporation | | | | $406,560.08 | $56,387.55 | $462,947.63 |
| 190. | Traddictivas Limited | 12481 | Sears Holdings Corporation | $81,121.44 | | | | | $81,121.44 | Traddictivas Limited | 12493 | Sears Holdings Corporation | $81,121.44 | | | | | $81,121.44 |
| 191. | True Value Company, L.L.C. a/k/a True Value Manufacturing | 3644 | Kmart Corporation | $33,831.20 | | | | $65,052.01 | $98,883.21 | True Value Company, L.L.C. a/k/a True Value Manufacturing | 3846 | Kmart Corporation | $33,831.20 | | | | $65,052.01 | $98,883.21 |
| 192. | True Value Company, L.L.C. a/k/a True Value Manufacturing | 3646 | Sears, Roebuck and Co. | $3,810.61 | | | | $36,583.37 | $40,393.98 | True Value Company, L.L.C. a/k/a True Value Manufacturing | 3908 | Sears, Roebuck and Co. | $3,810.61 | | | | $36,583.37 | $40,393.98 |
| 193. | Tulip Home Manufacture Co., Ltd | 239 | Sears Holdings Corporation | $527,995.48 | | | $527,995.48 | | $1,055,990.96 | Tulip Home Manufacture Co., Ltd | 783 | Sears Holdings Corporation | $527,995.48 | | | $527,995.48 | | $1,055,990.96 |
| 194. | Tulip Home Manufacture Co.,Ltd | 215 | Sears Holdings Corporation | $527,995.48 | | | $527,995.48 | | $1,055,990.96 | | | | | | | | | |
| 195. | Uvalde Leader News | 6825 | Sears Holdings Management Corporation | $2,278.64 | | | | | $2,278.64 | Uvalde Leader News | 10957 | Sears Holdings Management Corporation | $2,278.64 | | | | | $2,278.64 |
| 196. | Via Port New York LLC | 15619 | Sears, Roebuck and Co. | | $500,411.73 | | | | $500,411.73 | Via Port New York LLC | 16407 | Sears, Roebuck and Co. | | $500,411.73 | | | | $500,411.73 |
| 197. | Waterford Utility Commission (W.U.C., CT) | 9559 | Sears Holdings Corporation | | | | $2,650.09 | | $2,650.09 | Waterford Utility Commission (W.U.C., CT) | 9976 | Sears Holdings Corporation | | | | $2,650.09 | | $2,650.09 |
| 198. | WESOKY LIMITED | 12250 | Sears Holdings Corporation | $183,327.73 | | | | | $183,327.73 | WESOKY LIMITED | 12439 | Sears Holdings Corporation | $183,327.73 | | | | | $183,327.73 |
| 199. | Wicked Fashions, Inc. | 15228 | Kmart Corporation | $144,912.00 | | | | | $144,912.00 | Wicked Fashions, Inc. | 16172 | Kmart Corporation | $144,912.00 | | | | | $144,912.00 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.  
\*\* Asserted amount includes any unliquidated amounts.

7

Debtors' Eighth Omnibus Objection to Claims
Exhibit 1 - Duplicate Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | Claims to be Disallowed | | | | | | Surviving Claims | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Claim No. to be Disallowed * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** | Name of Claimant | Surviving Claim No. * | Asserted Debtor | Asserted 503(b)(9) Administrative Priority Claim Amount ** | Asserted Administrative Priority Claim Amount ** | Asserted Secured Claim Amount ** | Asserted Priority Claim Amount ** | Asserted General Unsecured Claim Amount ** | Asserted Total Claim Amount ** |
| 200. | Wiedemann, Linda D | 9880 | Sears Holdings Corporation | | | | $2,567.25 | | $2,567.25 | Wiedemann, Linda D | 13131 | Sears Holdings Corporation | | | | $2,567.25 | | $2,567.25 |
| 201. | Winners Industry Company Limited | 15654 | Sears, Roebuck and Co. | $1,726,765.83 | | | | $1,173,318.89 | $2,900,084.72 | Winners Industry Company Limited | 17627 | Sears, Roebuck and Co. | $1,726,765.83 | | | | $1,173,318.89 | $2,900,084.72 |
| 202. | Winners Industry Company Limited | 15719 | Kmart Corporation | $1,205,965.44 | $0.00 | | | $1,253,150.92 | $2,459,116.36 | Winners Industry Company Limited | 16253 | Kmart Corporation | $1,205,965.44 | | | | $1,253,150.92 | $2,459,116.36 |
| 203. | Wise Food Inc | 11919 | Kmart Corporation | $13,696.92 | | | | $27,407.39 | $41,104.31 | Wise Food Inc | 17768 | Kmart Corporation | $13,696.92 | | | | $27,407.39 | $41,104.31 |
| 204. | Wolford, Arthur | 88 | Sears Holdings Corporation | | | | $310.00 | | $310.00 | Wolford, Arthur | 94 | Sears Holdings Corporation | | | | $310.00 | | $310.00 |
| 205. | XIAMEN LUXINJIA IMP & EXP CO LTD | 4915 | Sears, Roebuck and Co. | $148,809.52 | | | | $315,800.94 | $464,610.46 | Xiamen Luxinjia Imp & Exp Co Ltd | 5932 | Sears, Roebuck and Co. | $148,809.52 | | | | $315,800.94 | $464,610.46 |
| 206. | Zhejiang Fansl Clothing Co. Ltd. | 14897 | Sears Holdings Corporation | $740,360.48 | | | | $595,885.92 | $1,336,246.40 | Zhejiang Fansl Clothing Co. Ltd. | 17537 | Sears Holdings Corporation | $740,360.48 | | | | $595,885.92 | $1,336,246.40 |
| 207. | ZUCKERFAN LIMITED | 12444 | Sears Holdings Corporation | $73,509.91 | | | | | $73,509.91 | ZUCKERFAN LIMITED | 12485 | Sears Holdings Corporation | $73,509.91 | | | | | $73,509.91 |

\* As a result of administrative procedures, the surviving claim no. may be lower than the claim no. to be disallowed.
\*\* Asserted amount includes any unliquidated amounts.