**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | |
|---|---|
| *In re*: | : |
| | :   **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | : |
| | :   **Case No. 18-23538 (RDD)** |
| Debtors. | : |
| | :   (*Jointly Administered*) |

------------------------------------------------------------

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **R. John Clark** to be admitted, *pro hac vice*, to represent Environmental Products and Services, Inc. (the "**Client**") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and the bar of the U.S. District Court for the Norther and Western Districts of New York, it is hereby

**ORDERED**, that R. John Clark, Esq. is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

| | |
|---|---|
| *DATED*: November 12, 2019 | /s/ Robert D. Drain_____ |
| White Plains, New York | HON. ROBERT D. DRAIN |
| | UNITED STATES BANKRUPTY JUDGE |

{H3788229.1}