UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD) |

### APPELLANTS STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellants Mien Co., Ltd., A&A (HK) Industrial Limited, AMW Vietnam Co., Ltd**.,** Auxo International Ltd., Beauty Gem, Inc., Esjay International Private Limited, Helen Andrews Inc, Holdsun Group Limited, Mansheen Industries, Ltd, Meenu Creation LLP, Mingle Fashion Limited, Purcell Murray Company, Inc., Samil Solution Co., Ltd., Shanghai Fochier International Trade Co. Ltd., Strong Progress Garment Factory Company Limited, and Vogue Tex (Pvt) Ltd. (the "Appellants"), by and through their undersigned counsel, hereby respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Southern District of New York, this statement of issues and designation of the items to be included in the record on appeal in connection with Appellants' Appeal of the October 15, 2019 *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* (Dkt. No. 5370) entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in finding that the Debtors' Chapter 11 Plan of Reorganization met the requirements of 11 U.S.C. § 1129(a)(9)

2. Whether the Bankruptcy Court erred in finding that the Debtors' Chapter 11 Plan of Reorganization met the good faith requirement of 11 U.S.C. § 1129(a)(3).

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellants designate the following items for inclusion in the record on appeal. Each designated item shall also include any and all exhibits and documents annexed to and referenced within such items.

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 3 | 10/15/2018 | Declaration of Robert A. Riecker Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York |
| 101 | 10/16/2018 | Interim Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief |
| 951 | 11/30/2018 | Interim Junior DIP Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Grant Secured Priming Liens and Superpriority Administrative Expense Claims; (II) Modifying the Automatic Stay; (III) Scheduling Final Hearing; and (IV) Granting Related Relief |
| 955 | 11/30/2018 | Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modified the Automatic Stay; and (IV) Granting Related Relief |
| 1436 | 12/28/18 | Final Junior DIP Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Grant Secured Priming Liens and Superpriority Administrative Expense Claims; (II) Modifying The Automatic Stay; and (III) Granting Related Relief |

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 3275 | 4/17/2019 | Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 3894 | 5/16/2019 | Amended Plan : Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 4389 | 6/28/2019 | Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors |
| 4390 | 6/28/2019 | Disclosure Statement for Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors, with Exhibits |
| 4392 | 6/28/2019 | Order (I) Approving Disclosure Statement, (II) Establishing Notice and Objection Procedures for Confirmation of the Plan, (III) Approving Solicitation Packages and Procedures for Distribution Thereof, (IV) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan, and (V) Granting Related Relief |
| 4476 | 7/9/2019 | Second Amended Plan / Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors |
| 4478 | 7/9/2019 | Disclosure Statement for Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 4632 | 7/26/2019 | Notice of Filing of Plan Supplement in Connection with Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 4703 | 8/2/2019 | Notice of Filing of Plan Supplement in Connection with Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 4704 | 8/2/2019 | Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 4726 | 8/2/2019 | Amended Objection to Confirmation of Plan to Modified Second Amended Joint Chapter 11 Plan |
| 5084 | 9/6/2019 | Declaration of Abena A. Mainoo, dated September 6, 2019, in Support of Transform Holdco LLC's Reply Memorandum of Law in Further Support of the Adversary Complaint, with Exhibit W |

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 5142 | 9/13/2019 | Notice of Filing of Proposed Order Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holding Corporation and Its Affiliated Debtors |
| 5144 | 9/13/2019 | Debtors' Memorandum of Law in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5146 | 9/13/2019 | Declaration of William L. Transier in Support of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5148 | 9/13/2019 | Declaration of Brian J. Griffith in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings corporation and Its Affiliated Debtors |
| 5149 | 9/13/2019 | Declaration of William Murphy in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5266 | 9/30/2019 | Supplemental Objection to Confirmation of Amended Plan - Mien Co. Ltd, Helen Andrews, Strong Progress Garment Factory Company, Ltd., Samil Solutions, Shangai Fochier, Purcell Murray, A&A HK Industrial, Mingle Fashion, Mansheen Industries, Ltd., AMW Vietnam Co., Ltd, Auxo International Ltd., Holdsun Group Ltd., Beauty Gem, Inc. |
| 5277 | 9/30/2019 | Objection to Confirmation of Plan - Meenu Creation LLP's Joinder to Mien et al.'s Supplemental Objection to Confirmation of the Modified Second Amended Joint Chapter 11 Plan |
| 5293 | 10/1/2019 | Second Amended Plan / Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5295 | 10/1/2019 | Notice of Filing of Revised Plan Supplement in Connection with Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5296 | 10/1/2019 | Debtors' Supplemental Memorandum of Law in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |

| 5297 | 10/1/2019 | Supplemental Declaration of Brian J. Griffith in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
|---|---|---|
| 5301 | 10/2/2019 | Notice of Filing of Revised Administrative Expense Claims Consent Program Term Sheet With The Ad Hoc Vender Group and Creditors' Committee |
| 5319 | 10/2/2019 | Notice of Agenda of Matters Scheduled for Hearing on October 3, 2019 at 10:00 A.M. |
| 5330 | 10/4/2019 | Notice of Continuation of Hearing on Confirmation of Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors |
| 5332 | 10/7/2019 | Objection to Confirmation of Amended Plan – Second Supplemental Objection of Mien Co. Ltd, Helen Andrews, Strong Progress Garment Factory Company, Ltd, Samil Solutions, Shanghai Fochier, Purcell Murray, A&A HK Industrial, Mingle Fashion, Mansheen Industries ltd., AMW Vietnam Co. Ltd, Holdsun Group Ltd., Auxo International Ltd., Beauty Gem, and Meenu Creation LLP to Debtors Plan of Reorganization and Motion to Reopen Final DIP Order |
| 5333 | 10/7/2019 | Notice of Filing of Revised Proposed Order Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5334 | 10/7/2019 | Notice of Filing of (I) Revised Notice of Administrative Expense Claims Consent Program and Opt-In/Opt-Out Procedures, (II) Revised Ballot to Opt-In to Administrative Expense Claims Consent Program and (III) Revised Ballot to Opt-Out of Administrative Expense Claims Consent Program |
| 5335 | 10/7/2019 | Notice of Filing of Fourth Plan Supplement in Connection With Modified Second Amended joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors |
| 5370 | 10/15/2019 | Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief |
| 5528 | 10/29/2019 | Notice of Appeal of Confirmation Order by A&A HK Industrial, AMW Vietnam Co. Ltd., Auxo International Ltd., Beauty Gem, Inc., Esjay International Pvt. Ltd., Helen Andrews Inc., Holdsun Group Ltd., Mansheen Industries, Ltd., Meenu Creations LLP, Mien Co., Ltd., Mingle Fashion Limited, Purcell Murray, Samil Solutions, Shanghai Fochier, Strong Progress Garment Factory Company Ltd., Vogue Tex (Pvt) Ltd. |

## HEARING TRANSCRIPTS

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 5395 | 10/7/2019 | Transcript of Hearing Held on October 3, 2019 |
| 5396 | 10/9/2019 | Transcript of Hearing Held on October 7, 2019 |

Dated: November 11, 2019
     New York, New York

THE SARACHEK LAW FIRM

 /s/ Joseph E. Sarachek
Joseph E. Sarachek
101 Park Avenue – 27th Floor
New York, NY. 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950
joe@sarecheklawfirm.com

*Attorneys for Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory Company, Ltd., Samil Solutions, Shanghai Fochier, Purcell Murry, A&A HK Industrial, Mingle Fashion Limited Mansheen Industries, Ltd., AMW Vietnam Co. Ltd., Holdsun Group Ltd., Auxo International Ltd., Beauty Gem, Inc., Meenu Creations LLP, Esjay International, Vogue Tex (Pvt) Ltd.*