| Defendant: | **Commerical Plumbing Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979720 | $1,159.33 | 7/17/18 | CP947918 | 5/3/18 | $1,159.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980445 | $1,985.94 | 7/18/18 | CP948118 | 5/4/18 | $1,190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980445 | $1,985.94 | 7/18/18 | CP948018 | 5/4/18 | $795.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981336 | $728.57 | 7/19/18 | CP948218 | 5/7/18 | $376.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981336 | $728.57 | 7/19/18 | CP948318 | 5/7/18 | $352.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982374 | $447.19 | 7/23/18 | CP948418 | 5/9/18 | $447.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983049 | $225.00 | 7/24/18 | CP948818 | 5/10/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984728 | $1,517.75 | 7/26/18 | CP949118 | 5/14/18 | $725.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984728 | $1,517.75 | 7/26/18 | CP949218 | 5/14/18 | $433.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984728 | $1,517.75 | 7/26/18 | CP949018 | 5/14/18 | $357.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985744 | $16,145.58 | 7/30/18 | CP951318 | 5/16/18 | $15,365.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985744 | $16,145.58 | 7/30/18 | CP950018 | 5/16/18 | $402.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985744 | $16,145.58 | 7/30/18 | CP949918 | 5/16/18 | $377.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987196 | $11,845.58 | 8/1/18 | CP918117 | 12/21/17 | $11,583.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987196 | $11,845.58 | 8/1/18 | CP950118 | 5/18/18 | $262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988124 | $7,536.49 | 8/2/18 | CP958918 | 7/3/18 | $7,536.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988548 | $450.00 | 8/7/18 | CP950318 | 5/22/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989179 | $3,224.46 | 8/8/18 | CP950418 | 5/23/18 | $3,224.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990693 | $1,362.42 | 8/10/18 | CP950818 | 5/25/18 | $352.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990693 | $1,362.42 | 8/10/18 | CP950918 | 5/25/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990693 | $1,362.42 | 8/10/18 | CP951018 | 5/26/18 | $665.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992015 | $970.44 | 8/14/18 | CP951118 | 5/29/18 | $587.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992015 | $970.44 | 8/14/18 | CP951218 | 5/29/18 | $383.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992714 | $1,604.27 | 8/15/18 | CP951418 | 5/30/18 | $1,604.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993551 | $1,127.62 | 8/16/18 | CP951818 | 5/31/18 | $651.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993551 | $1,127.62 | 8/16/18 | CP951718 | 5/31/18 | $475.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994454 | $1,093.33 | 8/17/18 | CP951918 | 6/2/18 | $1,093.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996304 | $389.61 | 8/21/18 | CP952118 | 6/5/18 | $389.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996944 | $585.00 | 8/22/18 | CP952618 | 6/6/18 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998311 | $2,298.66 | 8/28/18 | CP953018 | 6/8/18 | $884.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998311 | $2,298.66 | 8/28/18 | CP953118 | 6/9/18 | $783.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998311 | $2,298.66 | 8/28/18 | CP952918 | 6/10/18 | $630.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000281 | $300.00 | 8/31/18 | CP954218 | 6/13/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001078 | $1,272.98 | 9/3/18 | CP954318 | 6/14/18 | $620.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001078 | $1,272.98 | 9/3/18 | CP954818 | 6/14/18 | $389.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001078 | $1,272.98 | 9/3/18 | CP954518 | 6/14/18 | $262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001774 | $9,529.60 | 9/4/18 | CP954718 | 6/15/18 | $515.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001774 | $9,529.60 | 9/4/18 | CP954618 | 6/15/18 | $365.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001774 | $9,529.60 | 9/4/18 | CP903418 | 8/10/18 | $8,649.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002744 | $2,057.58 | 9/5/18 | CP956118 | 6/18/18 | $1,832.58 |

Commerical Plumbing Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002744 | $2,057.58 | 9/5/18 | CP955918 | 6/18/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003148 | $1,009.90 | 9/6/18 | CP946018 | 4/18/18 | $389.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003148 | $1,009.90 | 9/6/18 | CP955118 | 6/19/18 | $620.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004528 | $455.00 | 9/10/18 | CP955718 | 6/21/18 | $455.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006128 | $916.16 | 9/12/18 | CP956418 | 6/25/18 | $489.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006128 | $916.16 | 9/12/18 | CP956518 | 6/25/18 | $427.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008010 | $3,705.59 | 9/17/18 | CP957018 | 6/28/18 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008010 | $3,705.59 | 9/17/18 | CP957318 | 6/28/18 | $828.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008010 | $3,705.59 | 9/17/18 | CP956918 | 6/28/18 | $569.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008010 | $3,705.59 | 9/17/18 | CP957118 | 6/28/18 | $307.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008806 | $20,014.13 | 9/18/18 | CP957518 | 6/29/18 | $377.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008806 | $20,014.13 | 9/18/18 | CP957618 | 7/1/18 | $677.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008806 | $20,014.13 | 9/18/18 | CP961018 | 7/18/18 | $5,012.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008806 | $20,014.13 | 9/18/18 | CP963318 | 7/25/18 | $13,947.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009971 | $417.72 | 9/19/18 | CP957718 | 7/2/18 | $417.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011426 | $3,786.24 | 9/21/18 | CP955218 | 6/19/18 | $3,786.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012783 | $1,434.97 | 9/25/18 | CP958218 | 7/6/18 | $874.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012783 | $1,434.97 | 9/25/18 | CP958118 | 7/6/18 | $560.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014133 | $1,044.40 | 9/27/18 | CP959618 | 7/10/18 | $352.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014133 | $1,044.40 | 9/27/18 | CP959418 | 7/10/18 | $347.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014133 | $1,044.40 | 9/27/18 | CP959518 | 7/10/18 | $345.00 |

**Totals:**    **32 transfer(s),  $100,641.51**

Commerical Plumbing Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A