| Defendant: | **Final Touch Delivery Service Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | ACH082718 | $34,950.00 | 8/27/18 | NA | 8/27/18 | $0.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005280 | $5,800.00 | 8/28/18 | 8111808 | 8/11/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005280 | $5,800.00 | 8/28/18 | 8111808 | 8/11/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085464 | $6,600.00 | 8/30/18 | 7231804 | 7/28/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085464 | $6,600.00 | 8/30/18 | 7231804 | 7/28/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034712 | $16,850.00 | 9/4/18 | 8041807 | 8/4/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034712 | $16,850.00 | 9/4/18 | 8041805 | 8/4/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034712 | $16,850.00 | 9/4/18 | 8041806 | 8/4/18 | $3,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034712 | $16,850.00 | 9/4/18 | 8041807 | 8/4/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034712 | $16,850.00 | 9/4/18 | 8041806 | 8/4/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 32034712 | $16,850.00 | 9/4/18 | 8041805 | 8/4/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084977 | $11,200.00 | 9/6/18 | 7231802 | 7/21/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084977 | $11,200.00 | 9/6/18 | 7211801 | 7/21/18 | $3,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084977 | $11,200.00 | 9/6/18 | 7211801 | 7/21/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084977 | $11,200.00 | 9/6/18 | 7231802 | 7/21/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085295 | $5,700.00 | 9/6/18 | 7281803 | 7/28/18 | $3,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085295 | $5,700.00 | 9/6/18 | 7281803 | 7/28/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 7231804 | 7/28/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 7231804 | 7/28/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 8041807 | 8/4/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 8041805 | 8/4/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 8041806 | 8/4/18 | $3,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 8041807 | 8/4/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 8041805 | 8/4/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 8041806 | 8/4/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 8181809 | 8/18/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 8181809 | 8/18/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 8182510 | 8/25/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012854 | $900.00 | 9/11/18 | 8182510 | 8/25/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016250 | $6,600.00 | 9/18/18 | 9011811 | 9/1/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016250 | $6,600.00 | 9/18/18 | 9011811 | 9/1/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019712 | $5,500.00 | 9/25/18 | 9018812 | 9/8/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019712 | $5,500.00 | 9/25/18 | 9018812 | 9/8/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023334 | $6,600.00 | 10/2/18 | 9151813 | 9/15/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023334 | $6,600.00 | 10/2/18 | 9151813 | 9/15/18 | $1,800.00 |

**Totals:** **10 transfer(s), $100,700.00**

Final Touch Delivery Service Inc.
Bankruptcy Case: Sears Holding Corporation, et al.

Exhibit A                                                                 P. 1