WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                                        :

                                                             :          **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*    :

                                                             :          **Case No. 18-23538 (RDD)**

                                                             :

                    Debtors.[1]                              :          **(Jointly Administered)**

                                                             :

---------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**Final Report of De Minimis Asset Sales**
**Pursuant to Order Authorizing and Establishing Procedures**
**for De Minimis Asset Sales and De Minimis Asset Abandonments**

In compliance with the *Order Authorizing and Establishing Procedures for De Minimis Asset Sales and De Minimis Asset Abandonments* (the "**Order**") (ECF No. 856), the above-captioned debtors and debtors in possession have sold the assets described on **Exhibit A** attached hereto following notice to the De Minimis Asset Notice Parties[2] and the expiration of the applicable Notice Period without objection by a De Minimis Asset Notice Party.

Dated: November 13, 2019
        New York, New York

            /s/ Jacqueline Marcus
            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York  10153
            Telephone:  (212) 310-8000
            Facsimile:  (212) 310-8007
            Ray C. Schrock, P.C.
            Jacqueline Marcus
            Garrett A. Fail
            Sunny Singh

            *Attorneys for Debtors*
            *and Debtors in Possession*

---

[2] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Order.

WEIL:\97264546\2\73217.0004

**Exhibit A. List of De Minimis Asset Sales**

| Description of Asset | Purchaser | Property Sold | Purchase Price | Notice Date[3] |
|---|---|---|---|---|
| Sears Store #1150 (Westland, OH) | LRG Investments, LLC | 4411 West Broad Street, Columbus, OH | $3,150,000.00 | January 8, 2019 (ECF No. 1516) |
| Sears Store #3628 (Tolleson, AZ) | New Generation Properties, LLC | 8701 West McDowell Road, Tolleson, Maricopa County, Arizona | $51,600.00 | January 24, 2019 (ECF No. 1784) |
| Sears Store #1310 (Elyria, OH) and Kmart Store #9676 (Streetsboro, OH) | Industrial Commercial Properties, LLC | 4900 Midway Mall, Elyria, Lorain County, Ohio and 9059 State Route #14, Streetsboro, Portage County, Ohio | $2,550,001.00 | February 1, 2019 (ECF No. 2360) |
| Sears Store #6233 (Covina, CA) | TQ Investments, LLC | 710 Arrow Highway, Covina, Los Angeles County, California | $2,500,000.00 | February 19, 2019 (ECF No. 2652) |
| Sears Auto Center #7505 (Henrico County, VA) | Regency Opportunity Zone Fund A, LLC | 1400 N. Parham Road, Henrico County, Virginia | $2,100,000.00 | March 22, 2019 (ECF No. 2946) |
| Kmart Store #4721 (Coalinga, CA) | Ahmed Alamsi | 25 West Polk Avenue, Coalinga, Fresno County, California | $120,000.00 | April 8, 2019 (ECF No. 3086) |
| Sears Warehouse #6858 (San Luis Obispo, CA) | 1310 Roundhouse, LLC | 1310 Roundhouse Avenue, San Luis Obispo, California | $1,650,000.00 | April 15, 2019 (ECF No. 3216) |

---

[3] All asset were sold on an "as is" basis, free and clear of all liens or encumbrances therein pursuant to section 363(f) of the Bankruptcy Code. The full terms of each sale are attached to the Notices of De Minimis Asset Sales listed below.

| | | | | |
|---|---|---|---|---|
| Kmart Store #26588 (Trotwood, OH) | Trotwood Community Improvement Corporation | 5200 Salem Avenue, Trotwood, Montgomery County, Ohio | $225,126.44 | September 3, 2019 (ECF No. 5052)[4] |
| Kmart Warehouse #7309 (Texarkana, TX) | Mark Langfan | 4520 West 7th Street, Texarkana, Bowie County, Texas | $25,100.00 | September 17, 2019 (Dkt. No. 5164) |

---

[4] Debtors had previously filed a notice of sale for this property on July 22, 2019 (ECF No. 4600). As a result of the Objection to De Minimis Sale and Bid for Kmart Store #26588 (ECF No. 4662) the Debtors conducted an auction of this property, resulting in a new notice being given with the new purchase price. The Purchaser remained the same.