**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## ELEVENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019</u>

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | September 1, 2019 through September 30, 2019 |
| Monthly Fees Incurred: | $250,850.00 |
| Monthly Expenses Incurred: | $68.26 |
| Total Fees and Expenses: | $250,918.26 |

This is a: __X__ monthly _____interim _____final application

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

1.      The fees and expenses for the period from September 1, 2019 through and including September 30, 2019 (the "**Eleventh Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $250,850.00 |
| Expenses | 68.26 |
| **TOTAL** | **$250,918.26** |

2.      In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses.  These amounts are presented below.

| | |
|---|---|
| Professional Fees at 80% | $200,680.00 |
| Expenses at 100% | 68.26 |
| **TOTAL** | **$200,748.26** |

3.      The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Eleventh Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4.      A summary of aggregate hours worked and aggregate hourly fees for each task code during the Eleventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5.      Detailed time entry by task code during the Eleventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6.      A summary of expenses incurred during the Eleventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7.      Detailed breakdown of the expenses incurred during the Eleventh Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8.      FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Eleventh Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9.      Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10.      Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than November 29, 2019 (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

11.     If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12.     If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        November 13, 2019

FTI CONSULTING, INC.
Financial Advisors to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation

By:     */s/ Matthew Diaz*_____
        Matthew Diaz, Senior Managing Director
        Three Times Square, 10th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Simms, Steven | Senior Managing Director | CF - Core | 1,195 | 1.3 | 1,553.5 |
| Star, Samuel | Senior Managing Director | CF - Core | 1,095 | 19.1 | 20,914.5 |
| Diaz, Matthew | Senior Managing Director | CF - Core | 1,050 | 54.7 | 57,435.0 |
| Friedland, Scott D. | Senior Managing Director | Forensics | 940 | 28.7 | 26,978.0 |
| Carr, Emre | Senior Managing Director | Forensics | 840 | 7.7 | 6,468.0 |
| Eisler, Marshall | Senior Director | CF - Core | 795 | 92.2 | 73,299.0 |
| Hopkins, Kelsey | Senior Consultant | Forensics | 460 | 15.0 | 6,900.0 |
| Sum, Jocelyn | Senior Consultant | Forensics | 420 | 10.0 | 4,200.0 |
| Kim, Ye Darm | Consultant | CF - Core | 400 | 72.3 | 28,920.0 |
| Shapiro, Jill | Consultant | CF - Core | 400 | 35.3 | 14,120.0 |
| Adler, Leana | Consultant | Forensics | 315 | 28.8 | 9,072.0 |
| Hellmund-Mora, Marili | Associate | CF - Core | 275 | 3.6 | 990.0 |
| **TOTAL** | | | | **368.7** | **$ 250,850.00** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 5 | Real Estate Issues | 0.9 | $ 715.50 |
| 11 | Prepare for and Attend Court Hearings | 14.2 | $ 11,289.00 |
| 13 | Analysis of Other Miscellaneous Motions | 1.3 | $ 1,063.50 |
| 14 | Analysis of Claims/Liab Subject to Compr | 60.7 | $ 40,246.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 86.3 | $ 69,655.50 |
| 17 | Wind Down Monitoring | 26.3 | $ 17,450.00 |
| 18 | Potential Avoidance Actions & Litigation | 150.2 | $ 94,465.00 |
| 19 | Case Management | 2.9 | $ 2,975.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 4.4 | $ 3,994.50 |
| 24 | Preparation of Fee Application | 21.5 | $ 8,995.00 |
| | **GRAND TOTAL** | **368.7** | **250,850.00** |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 9/18/2019 | Eisler, Marshall | 0.9 | Analyze adversary proceeding re: Florida estate. |
| **5 Total** | | | **0.9** | |
| 11 | 9/12/2019 | Eisler, Marshall | 4.3 | Attend hearing re: APA disputes |
| 11 | 9/15/2019 | Eisler, Marshall | 5.2 | Attend Deposition of Bill Murphy and Brian Griffith. |
| 11 | 9/16/2019 | Eisler, Marshall | 4.7 | Attend Deposition of Bill Transier, Bill Murphy and Brian Griffith. |
| **11 Total** | | | **14.2** | |
| 13 | 9/9/2019 | Star, Samuel | 0.1 | Review economics of proposed settlement with school district re: Hoffman Estates tax credit. |
| 13 | 9/9/2019 | Eisler, Marshall | 1.2 | Correspond with Akin re: Hoffman Tax Refund. |
| **13 Total** | | | **1.3** | |
| 14 | 9/3/2019 | Kim, Ye Darm | 0.6 | Prepare workplan for admin/priority claims diligence. |
| 14 | 9/3/2019 | Kim, Ye Darm | 2.2 | Create model of intercompany claims impact on admin claims recoveries. |
| 14 | 9/3/2019 | Kim, Ye Darm | 0.7 | Continue review of secured and admin/priority claims support files provided by M-III. |
| 14 | 9/3/2019 | Kim, Ye Darm | 1.2 | Continue analysis and diligence of admin, priority, and secured claims. |
| 14 | 9/3/2019 | Shapiro, Jill | 1.3 | Analyze and diligence 503(b)(9) claims as provided by M-III. |
| 14 | 9/3/2019 | Shapiro, Jill | 1.7 | Analyze and diligence Secured claims as provided by M-III. |
| 14 | 9/3/2019 | Shapiro, Jill | 1.2 | Continue analysis and diligence of admin, priority, and secured claims. |
| 14 | 9/3/2019 | Eisler, Marshall | 2.8 | Review latest draft of claims analysis. |
| 14 | 9/3/2019 | Kim, Ye Darm | 1.0 | Participate in call with M-III re: admin/priority claims estimates. |
| 14 | 9/3/2019 | Eisler, Marshall | 1.0 | Participate in call with M-III re: admin/priority claims estimates. |
| 14 | 9/4/2019 | Kim, Ye Darm | 3.4 | Continue to diligence admin, priority and secured claims from Debtors' files. |
| 14 | 9/4/2019 | Shapiro, Jill | 2.1 | Continue to diligence secured claims as provided by the Debtors. |
| 14 | 9/4/2019 | Shapiro, Jill | 0.9 | Prepare build-up of 503(b)(9) claims. |
| 14 | 9/4/2019 | Diaz, Matthew | 1.1 | Review and provide revisions re: admin claims analysis. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 9/4/2019 | Diaz, Matthew | 0.9 | Participate in call with the Debtors to discuss the admin claims analysis. |
| 14 | 9/4/2019 | Kim, Ye Darm | 1.6 | Participate in call with Debtors' advisors re: admin/priority claims settlements. |
| 14 | 9/4/2019 | Eisler, Marshall | 1.6 | Participate in call with Debtors' advisors re: admin/priority claims settlements. |
| 14 | 9/4/2019 | Eisler, Marshall | 2.6 | Review draft of term sheet with administrative creditors. |
| 14 | 9/5/2019 | Diaz, Matthew | 0.8 | Review and provide revisions re: admin claims analysis. |
| 14 | 9/5/2019 | Kim, Ye Darm | 2.1 | Analyze and diligence 503(b)(9) and preference action build up provided by Debtors. |
| 14 | 9/5/2019 | Shapiro, Jill | 1.2 | Continue to diligence secured claims as provided by M-III. |
| 14 | 9/5/2019 | Shapiro, Jill | 0.5 | Continue review of build-up of 503(b)(9) claims. |
| 14 | 9/5/2019 | Diaz, Matthew | 1.5 | Perform detailed review of the claims presentation to the UCC. |
| 14 | 9/5/2019 | Eisler, Marshall | 2.1 | Review Akin memo re: assumption of preference actions. |
| 14 | 9/5/2019 | Eisler, Marshall | 2.3 | Prepare for call with Weil/M-III re: administrative claims. |
| 14 | 9/6/2019 | Diaz, Matthew | 1.2 | Review and provide revisions re: admin claims analysis. |
| 14 | 9/8/2019 | Diaz, Matthew | 1.1 | Review and provide revisions re: admin claims analysis. |
| 14 | 9/9/2019 | Diaz, Matthew | 0.5 | Provide comments on the updated claims analysis and related term sheet. |
| 14 | 9/9/2019 | Diaz, Matthew | 1.1 | Review the updated claims analysis. |
| 14 | 9/10/2019 | Kim, Ye Darm | 1.4 | Analyze latest admin claims database provided by the Debtors and prepare diligence questions. |
| 14 | 9/10/2019 | Shapiro, Jill | 1.4 | Prepare diligence questions re: claims schedules. |
| 14 | 9/11/2019 | Kim, Ye Darm | 1.2 | Continue review of updated admin claims database and prepare diligence questions re: adjustments to filed claims amounts. |
| 14 | 9/11/2019 | Eisler, Marshall | 0.8 | Review latest draft of claims diligence questions. |
| 14 | 9/13/2019 | Diaz, Matthew | 1.5 | Review and provide revisions re: admin claims analysis. |
| 14 | 9/17/2019 | Eisler, Marshall | 2.1 | Diligence Debtors' claims reconciliation process as it relates to claims represented by Admin creditor group. |
| 14 | 9/19/2019 | Eisler, Marshall | 1.8 | Analyze latest preference analysis as provided by M-III. |
| 14 | 9/20/2019 | Diaz, Matthew | 0.7 | Review and provide revisions re: admin claims analysis. |

EXHIBIT C

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 9/20/2019 | Eisler, Marshall | 0.5 | Call with the company on the admin claims analysis to be shared with the admin group. |
| 14 | 9/23/2019 | Diaz, Matthew | 0.7 | Review Debtors' admin claims reconciliation schedules. |
| 14 | 9/24/2019 | Star, Samuel | 0.2 | Review administrative claims reconciliation (asserted vs potential allowed). |
| 14 | 9/24/2019 | Eisler, Marshall | 1.9 | Analyze latest 503b9 claims build-up as provided by M-III. |
| 14 | 9/27/2019 | Diaz, Matthew | 1.4 | Review the updated admin claims analysis and provide revisions. |
| 14 | 9/27/2019 | Kim, Ye Darm | 1.2 | Draft diligence questions re: admin claims term sheet and estate tracker. |
| 14 | 9/28/2019 | Kim, Ye Darm | 1.6 | Analyze and prepare diligence questions of the Debtors' updated estate solvency tracker. |
| **14 Total** | | | **60.7** | |
| 16 | 9/3/2019 | Diaz, Matthew | 0.8 | Review claims analysis and related next steps to confirm plan. |
| 16 | 9/4/2019 | Diaz, Matthew | 0.6 | Review the admin claim term sheet and provide comments to Akin. |
| 16 | 9/4/2019 | Star, Samuel | 0.7 | Review and comment on draft administrative claimant settlement tern sheet. |
| 16 | 9/4/2019 | Star, Samuel | 0.7 | Participate in call with Akin, M-III and Weil re: cash available at confirmation, level of secured, administration and priority claims and potential settlement with administrative creditors. |
| 16 | 9/4/2019 | Shapiro, Jill | 1.0 | Participate in call with Akin, M-III and Weil re: cash available at confirmation, level of secured, administration and priority claims and potential settlement with administrative creditors. |
| 16 | 9/5/2019 | Diaz, Matthew | 0.5 | Prepare for the call with the UCC re: plan of reorganization and confirmation. |
| 16 | 9/5/2019 | Star, Samuel | 0.2 | Review revised presentation to UCC re: administrative solvency prospects. |
| 16 | 9/5/2019 | Eisler, Marshall | 1.9 | Review updated draft of UCC presentation on estate solvency re: plan of reorganization. |
| 16 | 9/6/2019 | Diaz, Matthew | 0.5 | Review and provide comments on the latest draft of the admin claims settlement term sheet. |
| 16 | 9/6/2019 | Diaz, Matthew | 1.1 | Participate in a call with the Debtors to discuss the proposed admin claims settlement term sheet and related presentation. |
| 16 | 9/6/2019 | Star, Samuel | 0.8 | Participate in call with team re: comments on draft administrative settlement term sheet and presentation to ad hoc groups. |
| 16 | 9/6/2019 | Star, Samuel | 1.2 | Participate in call with Weil, M-III and Akin re: draft administrative settlement term sheet and presentation to ad hoc groups, including administrative, priority and secured claims detail and potential offsets. |
| 16 | 9/6/2019 | Shapiro, Jill | 1.5 | Prepare analysis of potential reduction of admin claims through settlement. |
| 16 | 9/6/2019 | Kim, Ye Darm | 1.5 | Prepare analysis of potential reduction of admin claims through settlement. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 9/6/2019 | Eisler, Marshall | 1.5 | Participate in call with Weil, M-III and Akin re: draft administrative settlement term sheet and presentation to ad hoc groups, including administrative, priority and secured claims detail and potential offsets. |
| 16 | 9/6/2019 | Eisler, Marshall | 2.8 | Analyze and provide revisions to updated claims analysis. |
| 16 | 9/8/2019 | Diaz, Matthew | 0.6 | Review the updated admin claims settlement term sheet. |
| 16 | 9/9/2019 | Star, Samuel | 0.7 | Prepare for meeting with Weil, M-III, Akin and ad hoc administrative creditor groups re: confirmation of POR and potential claims settlement. |
| 16 | 9/9/2019 | Star, Samuel | 1.4 | Participate in meeting with Weil, M-III, Akin and ad hoc administrative creditor groups re: confirmation of POR and potential claims settlement. |
| 16 | 9/9/2019 | Star, Samuel | 0.4 | Meet with Akin and Weil to debrief on next steps following meeting with ad hoc committees of administrative creditors. |
| 16 | 9/9/2019 | Star, Samuel | 0.2 | Meet with Akin re: agenda for meeting with Weil, M-III, Akin and ad hoc administrative creditor groups re: confirmation of POR and potential claims settlement. |
| 16 | 9/9/2019 | Eisler, Marshall | 2.9 | Analyze proposed materials provided by M-III to be used in Admin Creditor meeting. |
| 16 | 9/9/2019 | Eisler, Marshall | 2.8 | Prepare for meeting with Admin Creditors. |
| 16 | 9/9/2019 | Eisler, Marshall | 0.8 | Correspond with Akin re: potential admin creditor term sheet. |
| 16 | 9/9/2019 | Eisler, Marshall | 0.9 | Participate in meeting with Admin creditors re: solvency. |
| 16 | 9/11/2019 | Kim, Ye Darm | 2.6 | Review new declarations by Debtors' professionals re: second amended plan. |
| 16 | 9/11/2019 | Star, Samuel | 0.7 | Participate in call with representatives of ad hoc administrative creditor group re: potential administrative claims settlement. |
| 16 | 9/11/2019 | Eisler, Marshall | 2.7 | Analyze confirmation declarations as provided by the Debtors. |
| 16 | 9/12/2019 | Diaz, Matthew | 3.1 | Perform detailed review of the declarations in support of confirmation. |
| 16 | 9/12/2019 | Diaz, Matthew | 0.6 | Provide comments to the declarations in support of confirmation. |
| 16 | 9/12/2019 | Kim, Ye Darm | 1.1 | Review latest draft of Debtors' professionals' declaration re: second amended plan. |
| 16 | 9/13/2019 | Kim, Ye Darm | 1.1 | Participate in call with M-III re: Debtors' Professionals' declarations. |
| 16 | 9/13/2019 | Eisler, Marshall | 2.1 | Provide additional comments to draft confirmation declarations. |
| 16 | 9/16/2019 | Diaz, Matthew | 1.1 | Review finalized plan confirmation declarations. |
| 16 | 9/18/2019 | Eisler, Marshall | 1.7 | Reconcile latest term sheet with admin creditors to previous versions. |
| 16 | 9/20/2019 | Diaz, Matthew | 0.5 | Participate in call with the company on the admin claims analysis to be shared with the admin group. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 9/20/2019 | Shapiro, Jill | 0.5 | Participate in call with M-III re: administrative group preference analysis. |
| 16 | 9/20/2019 | Eisler, Marshall | 0.9 | Review latest draft of term sheet with Admin creditors. |
| 16 | 9/23/2019 | Diaz, Matthew | 1.2 | Review updated admin analysis and prepare for the meeting. |
| 16 | 9/23/2019 | Kim, Ye Darm | 0.8 | Participate in preparation meeting re: admin creditor settlement. |
| 16 | 9/23/2019 | Shapiro, Jill | 0.9 | Participate in preparation meeting re: admin creditor settlement. |
| 16 | 9/23/2019 | Star, Samuel | 0.4 | Prepare for meeting with ad hoc administrative group to settle claims at discount. |
| 16 | 9/23/2019 | Star, Samuel | 1.8 | Meet with Weil, M-III and Akin re: information to share with ad hoc administrative creditor group and potential settlement construct. |
| 16 | 9/23/2019 | Star, Samuel | 2.4 | Continue to meet with Weil, M-III and Akin re: information to share with ad hoc administrative creditor group and potential settlement construct. |
| 16 | 9/23/2019 | Star, Samuel | 1.8 | Meet with Weil, M-III, Akin and ad hoc administrative group to settle claims at discount. |
| 16 | 9/23/2019 | Eisler, Marshall | 6.3 | Meet with Weil, M-III and Akin re: information to share with ad hoc administrative creditor group and potential settlement construct. |
| 16 | 9/23/2019 | Eisler, Marshall | 2.3 | Prepare for meeting with ad hoc admin creditor group. |
| 16 | 9/23/2019 | Eisler, Marshall | 0.7 | Participate in call with Counsel re: final orders. |
| 16 | 9/24/2019 | Diaz, Matthew | 0.6 | Review the updated admin term sheet. |
| 16 | 9/24/2019 | Star, Samuel | 0.8 | Review and comment on revised draft of administrative creditor settlement. |
| 16 | 9/24/2019 | Eisler, Marshall | 1.3 | Provide comments to latest term sheet with ad hoc admin creditor group. |
| 16 | 9/25/2019 | Diaz, Matthew | 1.3 | Review the admin claim analysis and settlement. |
| 16 | 9/25/2019 | Star, Samuel | 0.2 | Review email correspondence amongst ad hoc administrative group and Debtors re: claims reconciliation. |
| 16 | 9/26/2019 | Diaz, Matthew | 1.7 | Review the updated admin claims analysis. |
| 16 | 9/26/2019 | Star, Samuel | 0.4 | Develop revised estimate of cash available to provide down stroke to administrative creditor. |
| 16 | 9/26/2019 | Diaz, Matthew | 0.6 | Participate in call with Committee counsel to discuss the admin settlement and related next steps. |
| 16 | 9/27/2019 | Kim, Ye Darm | 1.6 | Review latest estate tracker provided by Debtors in relation to draft admin claims term sheet. |
| 16 | 9/27/2019 | Kim, Ye Darm | 1.3 | Analyze latest draft term sheet re: admin claims settlement. |
| 16 | 9/27/2019 | Diaz, Matthew | 0.8 | Review the updated admin term sheet. |

EXHIBIT C
### SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
### DETAIL OF TIME ENTRIES
### FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 9/27/2019 | Shapiro, Jill | 2.1 | Prepare analysis of admin claims based on latest settlement term sheet. |
| 16 | 9/27/2019 | Star, Samuel | 0.8 | Review latest markup to administrative claim settlement term sheet and compare to monthly forecast for consistency. |
| 16 | 9/27/2019 | Star, Samuel | 0.7 | Review updated analysis of estimated administrative claims allowed under current settlement proposal and cash available to distribute over time. |
| 16 | 9/28/2019 | Eisler, Marshall | 1.3 | Correspond with M-III re: latest ad hoc admin creditor term sheet. |
| 16 | 9/29/2019 | Eisler, Marshall | 1.7 | Provide comments to latest term sheet with ad hoc admin creditor group. |
| 16 | 9/30/2019 | Kim, Ye Darm | 1.2 | Review latest term sheet from Foley and analyze previous estate tracker re: admin claims settlement. |
| 16 | 9/30/2019 | Kim, Ye Darm | 2.6 | Review latest admin claims term sheet from Weil and compare with previous estate tracker. |
| **16 Total** | | | **86.3** | |
| 17 | 9/3/2019 | Star, Samuel | 0.8 | Participate in call with Akin re: current solvency analysis. |
| 17 | 9/3/2019 | Kim, Ye Darm | 0.9 | Participate in call with Akin re: current solvency analysis. |
| 17 | 9/3/2019 | Kim, Ye Darm | 0.6 | Participate in internal discussion re: solvency analysis. |
| 17 | 9/3/2019 | Shapiro, Jill | 1.0 | Participate in call with Akin re: current solvency analysis. |
| 17 | 9/3/2019 | Diaz, Matthew | 0.6 | Review updated admin solvency tracker. |
| 17 | 9/3/2019 | Eisler, Marshall | 0.9 | Participate in call with Akin re: current solvency analysis. |
| 17 | 9/4/2019 | Kim, Ye Darm | 0.9 | Process edits to distributable value deck re: Sears. |
| 17 | 9/4/2019 | Kim, Ye Darm | 2.6 | Process revisions to solvency tracker distributable value deck. |
| 17 | 9/4/2019 | Eisler, Marshall | 2.2 | Review latest solvency tracker as provided by M-III. |
| 17 | 9/5/2019 | Kim, Ye Darm | 1.9 | Process revisions to solvency tracker distributable value deck. |
| 17 | 9/5/2019 | Kim, Ye Darm | 1.7 | Continue to process revisions to solvency tracker distributable value deck. |
| 17 | 9/12/2019 | Kim, Ye Darm | 0.8 | Review latest version of the Debtors' solvency tracker. |
| 17 | 9/12/2019 | Eisler, Marshall | 0.7 | Analyze updated solvency tracker as provided by MIII. |
| 17 | 9/19/2019 | Diaz, Matthew | 0.6 | Review updated admin solvency tracker. |
| 17 | 9/19/2019 | Diaz, Matthew | 1.1 | Review updated admin and related preference analysis. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 9/19/2019 | Eisler, Marshall | 0.8 | Review latest draft of solvency tracker as provided by the Debtors. |
| 17 | 9/26/2019 | Diaz, Matthew | 0.7 | Review the updated admin solvency tracker. |
| 17 | 9/26/2019 | Kim, Ye Darm | 0.9 | Analyze latest solvency tracker provided by the Debtors. |
| 17 | 9/26/2019 | Eisler, Marshall | 2.1 | Correspond with Debtors re: updated cash projected at emergence. |
| 17 | 9/27/2019 | Eisler, Marshall | 2.8 | Analyze the updated cash flow projections through emergence. |
| 17 | 9/27/2019 | Eisler, Marshall | 1.7 | Prepare exhibit detailing cash available at emergence. |
| **17 Total** | | | **26.3** | |
| 18 | 9/3/2019 | Friedland, Scott D. | 1.1 | Continue review of Deloitte workpapers. |
| 18 | 9/9/2019 | Diaz, Matthew | 0.6 | Review the updated Transform adversary complaint. |
| 18 | 9/9/2019 | Diaz, Matthew | 1.1 | Review documents/responses to Akin re: the investigation. |
| 18 | 9/9/2019 | Friedland, Scott D. | 2.9 | Review memo and relevant cases in preparation for meeting with counsel. |
| 18 | 9/9/2019 | Shapiro, Jill | 1.7 | Diligence schedule of current estimated cash and claims. |
| 18 | 9/9/2019 | Shapiro, Jill | 2.3 | Continue to diligence schedule of current estimated cash and claims. |
| 18 | 9/10/2019 | Carr, Emre | 1.3 | Review work-product to prepare for meeting with Counsel re: public filings and solvency analysis. |
| 18 | 9/10/2019 | Carr, Emre | 2.1 | Review documents specified by Counsel in preparation of meeting re: public filings and solvency analysis. |
| 18 | 9/10/2019 | Diaz, Matthew | 1.9 | Review historical solvency analyses. |
| 18 | 9/10/2019 | Friedland, Scott D. | 0.9 | Prepare for meeting with counsel re: Public Filings and Solvency Analysis. |
| 18 | 9/10/2019 | Friedland, Scott D. | 1.3 | Review market information in preparation for meeting with counsel. |
| 18 | 9/10/2019 | Friedland, Scott D. | 3.1 | Review public filings in preparation for meeting with counsel. |
| 18 | 9/10/2019 | Kim, Ye Darm | 1.3 | Analyze historical Sears board fees. |
| 18 | 9/10/2019 | Shapiro, Jill | 0.9 | Continue to diligence schedule of current estimated cash and claims. |
| 18 | 9/10/2019 | Eisler, Marshall | 1.2 | Review insolvency memo in preparation for meeting with Akin team. |
| 18 | 9/10/2019 | Eisler, Marshall | 1.3 | Review Akin memo summarizing Duff and Cushman's opinions. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 9/11/2019 | Carr, Emre | 1.5 | Participate in meeting with counsel re: public filings and solvency analysis. |
| 18 | 9/11/2019 | Carr, Emre | 0.7 | Participate in internal meeting re: public filings and solvency analysis. |
| 18 | 9/11/2019 | Diaz, Matthew | 2.3 | Participate in meeting with Akin to discuss the investigation and open items to the amended complaint. |
| 18 | 9/11/2019 | Friedland, Scott D. | 2.3 | Participate in meeting with Akin to discuss the investigation and open items to the amended complaint. |
| 18 | 9/11/2019 | Friedland, Scott D. | 1.1 | Participate in internal meeting to discuss solvency and related issues in preparation for meeting with counsel. |
| 18 | 9/11/2019 | Diaz, Matthew | 2.5 | Review solvency analysis and related historical disclosures. |
| 18 | 9/11/2019 | Star, Samuel | 0.4 | Participate in internal meeting re: status of solvency analysis. |
| 18 | 9/11/2019 | Diaz, Matthew | 1.9 | Prepare for the meeting with Akin on the amended complaint. |
| 18 | 9/11/2019 | Friedland, Scott D. | 0.3 | Review insider transactions analysis. |
| 18 | 9/11/2019 | Friedland, Scott D. | 1.8 | Prepare for meeting with counsel by reviewing related filings provided by counsel. |
| 18 | 9/11/2019 | Friedland, Scott D. | 0.4 | Revise task list prior to meeting with counsel. |
| 18 | 9/11/2019 | Friedland, Scott D. | 0.4 | Review and analyze auditing standards re: investigations. |
| 18 | 9/11/2019 | Friedland, Scott D. | 1.5 | Review research materials in preparation of internal meeting and meeting with counsel. |
| 18 | 9/11/2019 | Kim, Ye Darm | 1.8 | Analyze historical equity prices re: investigations. |
| 18 | 9/11/2019 | Shapiro, Jill | 1.4 | Review confirmation declaration as prepared by the Debtors. |
| 18 | 9/11/2019 | Eisler, Marshall | 2.1 | Participate in meeting with Akin litigation team. |
| 18 | 9/11/2019 | Eisler, Marshall | 1.9 | Review adversary complaint filed by Transform. |
| 18 | 9/12/2019 | Friedland, Scott D. | 0.7 | Revise task list as a result of meeting with counsel. |
| 18 | 9/12/2019 | Eisler, Marshall | 0.9 | Correspond with team re: litigation follow-ups. |
| 18 | 9/13/2019 | Diaz, Matthew | 1.2 | Review updated items re: investigation. |
| 18 | 9/16/2019 | Diaz, Matthew | 0.9 | Review Akin litigation responses and open items. |
| 18 | 9/16/2019 | Friedland, Scott D. | 0.7 | Develop work plan for next steps, as discussed with counsel. |
| 18 | 9/16/2019 | Sum, Jocelyn | 0.3 | Perform research on solvency analysis. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 9/17/2019 | Friedland, Scott D. | 0.3 | Participate in internal meeting to review prioritized tasks requested by counsel to be completed. |
| 18 | 9/17/2019 | Diaz, Matthew | 2.4 | Review company's investigation materials. |
| 18 | 9/17/2019 | Sum, Jocelyn | 2.8 | Review initial assessment brief and perform solvency research. |
| 18 | 9/18/2019 | Diaz, Matthew | 1.1 | Review next steps and open items on the amended complaint. |
| 18 | 9/18/2019 | Friedland, Scott D. | 1.9 | Analyze public float re: investigations. |
| 18 | 9/18/2019 | Kim, Ye Darm | 0.9 | Prepare tracker of outstanding investigations diligence items. |
| 18 | 9/19/2019 | Friedland, Scott D. | 0.1 | Review outstanding requests from counsel assignments. |
| 18 | 9/19/2019 | Kim, Ye Darm | 3.1 | Prepare analysis of historical stock return of Sears equity. |
| 18 | 9/19/2019 | Kim, Ye Darm | 0.3 | Prepare draft response to counsel re: investigations. |
| 18 | 9/19/2019 | Kim, Ye Darm | 1.3 | Continue preparing analysis of historical stock return of Sears equity. |
| 18 | 9/19/2019 | Sum, Jocelyn | 2.1 | Perform solvency research, based on related discussion with team. |
| 18 | 9/19/2019 | Sum, Jocelyn | 2.3 | Continue to perform solvency research, based on related discussion with team. |
| 18 | 9/20/2019 | Sum, Jocelyn | 1.1 | Perform research relating to solvency analysis. |
| 18 | 9/20/2019 | Kim, Ye Darm | 0.9 | Participate in internal discussion re: solvency analysis. |
| 18 | 9/20/2019 | Eisler, Marshall | 1.8 | Review exhibit summarizing A&M report re: investigations. |
| 18 | 9/23/2019 | Diaz, Matthew | 1.1 | Review responses to open items re: investigation. |
| 18 | 9/23/2019 | Kim, Ye Darm | 1.6 | Process revisions to historical equity returns analysis. |
| 18 | 9/23/2019 | Kim, Ye Darm | 1.8 | Continue preparation of solvency analysis. |
| 18 | 9/23/2019 | Kim, Ye Darm | 0.9 | Participate in internal meeting re: solvency analysis. |
| 18 | 9/24/2019 | Diaz, Matthew | 0.6 | Review of historical Sears insider purchases. |
| 18 | 9/24/2019 | Diaz, Matthew | 1.2 | Review debtors' solvency analysis. |
| 18 | 9/24/2019 | Diaz, Matthew | 1.1 | Review certain analysis requested by Akin in connection with the complaint. |
| 18 | 9/24/2019 | Friedland, Scott D. | 2.6 | Review academic research re: solvency and market efficiency. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 9/24/2019 | Kim, Ye Darm | 1.5 | Prepare analysis re: historical insider purchases. |
| 18 | 9/24/2019 | Kim, Ye Darm | 0.6 | Prepare workplan re: insider purchases. |
| 18 | 9/24/2019 | Shapiro, Jill | 1.7 | Prepare analysis re: historical insider purchases. |
| 18 | 9/24/2019 | Kim, Ye Darm | 0.7 | Participate in meeting re: outstanding investigations diligence request. |
| 18 | 9/25/2019 | Adler, Leana | 1.7 | Review SEC filings for investigations. |
| 18 | 9/25/2019 | Adler, Leana | 3.8 | Continue to review SEC filings for investigations. |
| 18 | 9/25/2019 | Friedland, Scott D. | 0.6 | Review analysis of public disclosures re: investigations. |
| 18 | 9/25/2019 | Hopkins, Kelsey | 1.7 | Analyze public disclosures re: investigations. |
| 18 | 9/25/2019 | Kim, Ye Darm | 1.8 | Review Debtors' clean sheet forecasting. |
| 18 | 9/25/2019 | Kim, Ye Darm | 1.6 | Continue analysis and review of Debtors' clean sheet forecasting. |
| 18 | 9/25/2019 | Kim, Ye Darm | 2.4 | Review historical returns model and prepare revisions. |
| 18 | 9/25/2019 | Sum, Jocelyn | 0.4 | Participate in internal meeting re: research on solvency analysis. |
| 18 | 9/26/2019 | Adler, Leana | 1.4 | Review Sears's 10-Q re: investigations. |
| 18 | 9/26/2019 | Adler, Leana | 2.6 | Analyze Sears's SEC filings. |
| 18 | 9/26/2019 | Adler, Leana | 1.6 | Continue to review Sears's 10-Q re: investigations. |
| 18 | 9/26/2019 | Adler, Leana | 2.2 | Continue to review Sears's 10-Q re: investigations. |
| 18 | 9/26/2019 | Adler, Leana | 1.4 | Continue to review Sears's 10-Q re: investigations. |
| 18 | 9/26/2019 | Adler, Leana | 2.5 | Continue to review Sears's 10-Q re: investigations. |
| 18 | 9/26/2019 | Friedland, Scott D. | 0.4 | Review disclosure analysis re: investigations. |
| 18 | 9/26/2019 | Hopkins, Kelsey | 2.2 | Review SEC filings for investigations. |
| 18 | 9/26/2019 | Hopkins, Kelsey | 2.4 | Review SEC filings for investigations. |
| 18 | 9/26/2019 | Sum, Jocelyn | 1.0 | Prepare summary of public research. |
| 18 | 9/27/2019 | Adler, Leana | 0.5 | Participate in internal meeting re: SEC filings for investigations. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 9/27/2019 | Adler, Leana | 3.6 | Review SEC filings for investigations. |
| 18 | 9/27/2019 | Adler, Leana | 3.9 | Review National Association of Real Estate Investment Trusts (NAREIT) standards. |
| 18 | 9/27/2019 | Carr, Emre | 0.4 | Review work product on disclosure comparison. |
| 18 | 9/27/2019 | Friedland, Scott D. | 1.2 | Continue review of disclosures analysis re: investigations. |
| 18 | 9/27/2019 | Friedland, Scott D. | 2.4 | Analyze academic research re: market pricing. |
| 18 | 9/27/2019 | Hopkins, Kelsey | 3.5 | Analyze SEC filings re: public disclosures. |
| 18 | 9/27/2019 | Carr, Emre | 0.2 | Participate in internal meeting re: public disclosures. |
| 18 | 9/27/2019 | Friedland, Scott D. | 0.2 | Participate in internal meeting re: public disclosures. |
| 18 | 9/27/2019 | Friedland, Scott D. | 0.5 | Participate in internal meeting re: public disclosures. |
| 18 | 9/27/2019 | Hopkins, Kelsey | 0.5 | Participate in internal meeting re: public disclosures. |
| 18 | 9/30/2019 | Adler, Leana | 1.7 | Analyze Sears SEC filings. |
| 18 | 9/30/2019 | Adler, Leana | 1.9 | Analyze Sears SEC filings. |
| 18 | 9/30/2019 | Carr, Emre | 1.1 | Analyze SEC filings re: investigations. |
| 18 | 9/30/2019 | Carr, Emre | 0.4 | Prepare analysis of SEC filings re: investigations. |
| 18 | 9/30/2019 | Hopkins, Kelsey | 0.8 | Continue preparation of analysis of SEC filings. |
| 18 | 9/30/2019 | Hopkins, Kelsey | 3.9 | Continue preparation of analysis of SEC filings. |
| **18 Total** | | | **150.2** | |
| 19 | 9/4/2019 | Simms, Steven | 0.6 | Review workplan on admin creditor settlement issues. |
| 19 | 9/10/2019 | Simms, Steven | 0.3 | Review workplan on admin creditor settlement issues. |
| 19 | 9/11/2019 | Eisler, Marshall | 1.1 | Provide schedule of proposed fees to litigation board members. |
| 19 | 9/17/2019 | Simms, Steven | 0.4 | Review workplan on admin creditor settlement issues. |
| 19 | 9/19/2019 | Star, Samuel | 0.5 | Participate in internal meeting re: case status. |
| **19 Total** | | | **2.9** | |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 9/3/2019 | Star, Samuel | 0.5 | Participate in internal meeting re: workstream status. |
| 21 | 9/5/2019 | Diaz, Matthew | 0.4 | Participate in the UCC call to discuss the plan process. |
| 21 | 9/5/2019 | Kim, Ye Darm | 0.2 | Participate in UCC call update re: admin/priority claims settlements. |
| 21 | 9/5/2019 | Shapiro, Jill | 0.2 | Participate in UCC call update re: admin/priority claims settlements. |
| 21 | 9/19/2019 | Diaz, Matthew | 0.3 | Participate on call with UCC re: status of confirmation hearing, Transform disputes and ad hoc creditor group discussions. |
| 21 | 9/19/2019 | Shapiro, Jill | 0.2 | Participate on call with UCC re: status of confirmation hearing, Transform disputes and ad hoc creditor group discussions. |
| 21 | 9/19/2019 | Star, Samuel | 0.3 | Participate on call with UCC re: status of confirmation hearing, Transform disputes and ad hoc creditor group discussions. |
| 21 | 9/26/2019 | Diaz, Matthew | 0.5 | Participate on UCC call. |
| 21 | 9/26/2019 | Diaz, Matthew | 0.3 | Participate on call with a UCC member to discuss case developments. |
| 21 | 9/26/2019 | Shapiro, Jill | 0.3 | Participate on UCC call. |
| 21 | 9/26/2019 | Eisler, Marshall | 0.3 | Participate on UCC call. |
| 21 | 9/27/2019 | Diaz, Matthew | 0.9 | Perform research and prepare related correspondence to a committee member re: certain questions posed. |
| **21 Total** | | | **4.4** | |
| 24 | 9/3/2019 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 9/3/2019 | Kim, Ye Darm | 1.3 | Prepare Sears July fee statement. |
| 24 | 9/3/2019 | Shapiro, Jill | 0.5 | Prepare weekly fee estimate. |
| 24 | 9/4/2019 | Kim, Ye Darm | 0.6 | Update fee tracker for outstanding invoices to be paid. |
| 24 | 9/10/2019 | Shapiro, Jill | 0.8 | Prepare weekly fee estimate. |
| 24 | 9/16/2019 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 9/17/2019 | Shapiro, Jill | 0.5 | Prepare weekly fee estimate. |
| 24 | 9/23/2019 | Kim, Ye Darm | 2.1 | Prepare revisions to July Fee Application to meet bankruptcy court standards. |
| 24 | 9/23/2019 | Shapiro, Jill | 0.6 | Update fee tracker for outstanding invoices to be paid. |
| 24 | 9/24/2019 | Shapiro, Jill | 0.9 | Prepare the July fee application to ensure compliance with bankruptcy guidelines. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 9/24/2019 | Shapiro, Jill | 0.3 | Prepare weekly fee estimate. |
| 24 | 9/25/2019 | Diaz, Matthew | 1.3 | Review the July fee application. |
| 24 | 9/25/2019 | Hellmund-Mora, Marili | 1.4 | Prepare the August fee application to ensure compliance with bankruptcy guidelines. |
| 24 | 9/25/2019 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 9/25/2019 | Kim, Ye Darm | 1.1 | Prepare revisions to Sears July Fee Application to meet bankruptcy court guidelines. |
| 24 | 9/25/2019 | Shapiro, Jill | 1.9 | Prepare August fee application. |
| 24 | 9/26/2019 | Kim, Ye Darm | 2.2 | Prepare Sears August Fee Application to meet bankruptcy court guidelines. |
| 24 | 9/26/2019 | Shapiro, Jill | 3.8 | Prepare Sears August Fee Application to meet bankruptcy court guidelines. |
| 24 | 9/27/2019 | Hellmund-Mora, Marili | 0.7 | Prepare the August fee application to ensure compliance with bankruptcy guidelines. |
| **24 Total** | | | **21.5** | |
| **Grand Total** | | | **368.7** | |

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Expense Type | Amount |
|---|---|
| Transportation | $ 48.26 |
| Working Meals [1] | $ 20.00 |
| **Grand Total** | **$ 68.26** |

[1]Overtime meals over $20.00 have been reduced to $20.00.

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|------|------|------|------|
| 9/4/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late on the Sears case. | $ 17.76 |
| 9/5/2019 | Eisler, Marshall | Transportation | Taxi from office to home after working late on the Sears case. | 30.50 |
| | | **Transportation Total** | | **48.26** |
| 9/15/2019 | Diaz, Matthew | Working Meals | Dinner while working late in the office on the Sears case. | 20.00 |
| | | **Working Meals Total** | | **20.00** |
| | | **Grand Total** | | **$ 68.26** |