**EXHIBIT 1**

**Sears Unpaid Fees and Expenses**

| Matter Name & Number | Fees | Expenses | Totals |
|---|---|---|---|
| 3457 Towne Blvd. (114) | $ 3,904.50 | $ 35.96 | $ 3,940.46 |
| Eastwood Mall (104) | $ 114.00 | $ - | $ 114.00 |
| Kmart - Broadview (084) | $ 342.00 | $ 1.15 | $ 343.15 |
| Sears Holding (071) | $ 1,510.00 | $ - | $ 1,510.00 |
| Strongsville - South Park (070) | $ 769.50 | $ - | $ 769.50 |
| Sears 8936 (088) | $ 85.50 | $ - | $ 85.50 |
| Real Property Tax Reviewed (111) | $ 1,795.50 | | $ 1,795.50 |
| 9059 SR 14 (113) | $ 142.50 | $ - | $ 142.50 |
| Dayton Mall (109) | $ 3,391.50 | $ 25.42 | $ 3,416.92 |
| Eastland (110) | $ 342.00 | $ - | $ 342.00 |
| Westland (108) | $ 370.50 | $ - | $ 370.50 |
| Brice Road (107) | $ 342.00 | $ - | $ 342.00 |
| Tuttle Crossing (106) | $ 342.00 | $ - | $ 342.00 |
| 1500 N. Clinton (098) | $ 2,052.00 | $ 1.80 | $ 2,053.80 |
| Midway Mall (067) | $ 2,052.00 | $ 1.35 | $ 2,053.35 |
| Damiel Kamin (078) | $ 627.00 | $ 2.30 | $ 629.30 |
| **Totals:** | **$ 18,182.50** | **$ 67.98** | **$ 18,250.48** |