**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION OF VORYS, SATER, SEYMOUR AND PEASE LLP
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM
UNDER 11 U.S.C. § 503(b)(1)**

Upon the Motion (the "Motion") of Vorys, Sater, Seymour and Pease LLP ("Vorys") for Allowance and Payment of Administrative Expense Claim under 11 U.S.C. § 503 (b)(1), the Court having jurisdiction to consider the Motion and the relief requested therein; consideration of the Motion and the relief requested therein being a core proceeding; venue being proper before this Court; due and proper notice of the Motion having been provided, and no other or further notice needing to be provided; the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. Vorys is granted an allowed administrative expense claim (the "Administrative Claim") pursuant to section 503(b)(1) of title 11 of the United States Code in the amount of $18,250.48.

---

THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE