**Debtors' First Omnibus Objection to Claims**        **In re: Sears Holdings Corporation, et al.**
**Exhibit 1 - Satisfied Claims**        **Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
|---|---|---|---|---|---|
| | **Schedule of Satisfied Claims to be Disallowed and Expunged** | | | | |
| 1. | 1-800 Remodel, Inc. | 4293 | Sears Holdings Corporation | $40,731.00 | Disallowed in its entirety and expunged |
| 3. | Adobe Inc | 1330 | Sears Holdings Corporation | $15,503.50 | Disallowed in its entirety and expunged |
| 4. | ADOBE INC | 10035 | Sears Holdings Corporation | $44,753.50 | Disallowed in its entirety and expunged |
| 5. | ADT LLC d/b/a Protection One | 13632 | Sears, Roebuck and Co. | $586,576.90 | Disallowed in its entirety and expunged |
| 6. | ADT LLC d/b/a Protection One | 13887 | Innovel Solutions, Inc. | $586,576.90 | Disallowed in its entirety and expunged |
| 7. | ADT LLC d/b/a Protection one | 13732 | Kmart Corporation | $586,576.90 | Disallowed in its entirety and expunged |
| 8. | ADT LLC d/b/a Protection one | 14091 | Sears, Roebuck de Puerto Rico, Inc. | $586,576.90 | Disallowed in its entirety and expunged |
| 9. | Appliance Parts Depot | 7678 | Sears Holdings Corporation | $181,907.60 | Disallowed in its entirety and expunged |
| 10. | ASPEN REFRIGERANTS, INC | 10523 | Sears Holdings Corporation | $370,910.84 | Disallowed in its entirety and expunged |
| 11. | Automotive Rentals, Inc and ARI Fleet LT (See attached Addendum) | 16925 | Sears Holdings Management Corporation | $7,903,367.00 | Disallowed in its entirety and expunged |
| 12. | Automotive Rentals, Inc. and ARI Fleet LT | 18733 | Sears Holdings Corporation | $7,078,286.00 | Disallowed in its entirety and expunged |
| 13. | Automotive Rentals, Inc., for itself and as servicer for ARI Fleet LT | 16584 | Sears, Roebuck and Co. | $10,528,569.00 | Disallowed in its entirety and expunged |
| 18. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16341 | Florida Builder Appliances, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 19. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16798 | Sears Operations LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 20. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16842 | Sears Holdings Corporation | $18,674,778.20 | Disallowed in its entirety and expunged |
| 21. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16847 | Sears Brands Management Corporation | $18,674,778.20 | Disallowed in its entirety and expunged |
| 22. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16872 | Kmart of Washington LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 23. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16961 | Kmart.com LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 24. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 16998 | Sears Holdings Management Corporation | $18,707,510.68 | Disallowed in its entirety and expunged |
| 25. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17008 | A&E Factory Service, LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 26. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17104 | Sears Home Improvement Products, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |

* Asserted amount includes any unliquidated amounts.    1

**Debtors' First Omnibus Objection to Claims**      **In re: Sears Holdings Corporation, et al.**
**Exhibit 1 - Satisfied Claims**      **Case No. 18-23538 (RDD)**

| | | **Schedule of Satisfied Claims to be Disallowed and Expunged** | | |
|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Disallowed and Expunged** | **Asserted Debtor** | **Asserted Amount*** | **Extent of Allowed Claim** |
| 27. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17120 | StarWest, LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 28. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17124 | SOE, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 29. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17251 | Kmart Operations LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 30. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17289 | Sears Protection Company (Florida), L.L.C. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 31. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17305 | Sears, Roebuck de Puerto Rico, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 32. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17320 | Sears Roebuck Acceptance Corp. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 33. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17333 | A&E Signature Service, LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 34. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17351 | A&E Lawn & Garden, LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 35. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17447 | Kmart Corporation | $18,707,510.68 | Disallowed in its entirety and expunged |
| 36. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17452 | Sears, Roebuck and Co. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 37. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17503 | California Builder Appliances, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 38. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17567 | Sears Protection Company | $18,674,778.20 | Disallowed in its entirety and expunged |
| 39. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17875 | KLC, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 40. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 17902 | Kmart Stores of Texas LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 41. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18089 | Private Brands, Ltd. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 42. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18104 | MyGofer LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 43. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18123 | Kmart Stores of Illinois LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 44. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18165 | Kmart Holding Corporation | $18,674,778.20 | Disallowed in its entirety and expunged |
| 45. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18330 | Kmart of Michigan, Inc. | $18,674,778.20 | Disallowed in its entirety and expunged |
| 46. | Cardinal Health 110, LLC; Cardinal Health 112, LLC; and Cardinal Health PR 120, Inc. | 18389 | A&E Home Delivery, LLC | $18,674,778.20 | Disallowed in its entirety and expunged |
| 51. | East Penn Manufacturing Co. | 11266 | Sears, Roebuck and Co. | $1,140,151.98 | Disallowed in its entirety and expunged |

\* Asserted amount includes any unliquidated amounts.

| Debtors' First Omnibus Objection to Claims | | | | In re: Sears Holdings Corporation, et al. |
|---|---|---|---|---|
| Exhibit 1 - Satisfied Claims | | | | Case No. 18-23538 (RDD) |

| | | Schedule of Satisfied Claims to be Disallowed and Expunged | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Disallowed and Expunged | Asserted Debtor | Asserted Amount* | Extent of Allowed Claim |
| 52. | East Penn Manufacturing Co. | 12242 | Sears Holdings Corporation | $1,140,151.98 | Disallowed in its entirety and expunged |
| 53. | East Penn Manufacturing Co. | 11183 | Sears, Roebuck and Co. | $414,230.22 | Disallowed in its entirety and expunged |
| 54. | East Penn Manufacturing Co. | 11276 | Kmart Corporation | $414,230.22 | Disallowed in its entirety and expunged |
| 55. | East Penn Manufacturing Co. | 11312 | Kmart Corporation | $1,140,151.98 | Disallowed in its entirety and expunged |
| 56. | ELEVATE LLC | 10348 | Sears Holdings Corporation | $7,801.78 | Disallowed in its entirety and expunged |
| 57. | Elevate, LLC | 90 | Sears Holdings Corporation | $7,801.78 | Disallowed in its entirety and expunged |
| 58. | Encompass Supply Chain Solutions, Inc | 15176 | Sears, Roebuck and Co. | $78,357.64 | Disallowed in its entirety and expunged |
| 59. | Genesco Inc. | 5033 | Sears Holdings Management Corporation | $22,312.03 | Disallowed in its entirety and expunged |
| 60. | Genesco Inc. | 5058 | Sears, Roebuck and Co. | $22,925.22 | Disallowed in its entirety and expunged |
| 61. | Genesco Inc. | 12209 | Sears, Roebuck and Co. | $22,925.22 | Disallowed in its entirety and expunged |
| 67. | Infinite Peripherals, Inc. | 1900 | Sears Holdings Management Corporation | $49,087.98 | Disallowed in its entirety and expunged |
| 68. | Infinite Peripherals, Inc. | 1979 | Sears Holdings Management Corporation | $49,087.98 | Disallowed in its entirety and expunged |
| 69. | Insight Direct USA Inc. | 12283 | Sears Procurement Services, Inc. | $607,216.72 | Disallowed in its entirety and expunged |
| 70. | Insight Direct USA Inc. | 12289 | Sears Home Improvement Products, Inc. | $3,024.75 | Disallowed in its entirety and expunged |
| 84. | LG Electronics U.S.A. Inc. | 16931 | Sears, Roebuck and Co. | $6,807,785.01 | Disallowed in its entirety and expunged |
| 86. | LG Electronics U.S.A., Inc. | 16607 | Sears Brands Management Corporation | - | Disallowed in its entirety and expunged |
| 87. | LG Electronics U.S.A., Inc. | 17541 | Sears, Roebuck and Co. | - | Disallowed in its entirety and expunged |
| 88. | LG Electronics U.S.A., Inc. | 17636 | Kmart Corporation | - | Disallowed in its entirety and expunged |
| 89. | Medline Industries, Inc. | 16820 | Sears Holdings Corporation | $158,845.69 | Disallowed in its entirety and expunged |
| 90. | Medline Industries, Inc. | 16932 | Kmart.com LLC | $6,314.59 | Disallowed in its entirety and expunged |
| 91. | Medline Industries, Inc. | 16955 | Sears Holdings Corporation | $31,961.33 | Disallowed in its entirety and expunged |

\* Asserted amount includes any unliquidated amounts.

**Debtors' First Omnibus Objection to Claims**  
**Exhibit 1 - Satisfied Claims**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | Schedule of Satisfied Claims to be Disallowed and Expunged | | | |
|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Disallowed and Expunged** | **Asserted Debtor** | **Asserted Amount*** | **Extent of Allowed Claim** |
| 92. | Michelin North America, Inc. | 9245 | Sears, Roebuck and Co. | $1,890,877.77 | Disallowed in its entirety and expunged |
| 98. | Nashville Shoe Warehouse | 12384 | Sears Holdings Management Corporation | $22,100.35 | Disallowed in its entirety and expunged |
| 99. | Northwest Pallet Supply Company | 10209 | Sears Holdings Corporation | $292,054.21 | Disallowed in its entirety and expunged |
| 100. | Northwest Pallet Supply Company | 12450 | Kmart Corporation | $292,054.21 | Disallowed in its entirety and expunged |
| 101. | Phoenix Energy Technologies, Inc. | 1188 | Sears Holdings Corporation | $129,933.29 | Disallowed in its entirety and expunged |
| 102. | Precision Control Systems of Chicago, Inc. | 12835 | Sears Holdings Corporation | $332,516.00 | Disallowed in its entirety and expunged |
| 103. | Precision Control Systems of Chicago, Inc. | 12906 | Sears Holdings Corporation | $332,516.00 | Disallowed in its entirety and expunged |
| 104. | Reliable Parts, Inc. | 7683 | Sears Holdings Corporation | $231,785.73 | Disallowed in its entirety and expunged |
| 105. | RR DONNELLEY & SONS COMPANY | 14545 | Sears Holdings Publishing Company, LLC | $2,005,499.99 | Disallowed in its entirety and expunged |
| 107. | Sedgwick CMS as agent for East Penn Manufacturing Co. | 15997 | Sears, Roebuck and Co. | $179,148.12 | Disallowed in its entirety and expunged |
| 108. | Service Express Inc | 6804 | Sears Holdings Corporation | $57,807.70 | Disallowed in its entirety and expunged |
| 114. | Sherwin Williams Company | 11614 | Sears Holdings Corporation | $8,062.95 | Disallowed in its entirety and expunged |
| 116. | Sherwin-Williams Company | 5900 | Kmart Holding Corporation | $2,647.54 | Disallowed in its entirety and expunged |
| 117. | SupplyLogix LLC | 16305 | Sears Holdings Corporation | $90,253.97 | Disallowed in its entirety and expunged |
| 118. | SupplyLogix LLC | 17584 | Kmart Corporation | $147,256.48 | Disallowed in its entirety and expunged |
| 119. | SVP Sewing Brands LLC | 18126 | Sears, Roebuck and Co. | $12,100.00 | Disallowed in its entirety and expunged |
| 120. | Telesoft | 12231 | Sears Holdings Corporation | $139,910.73 | Disallowed in its entirety and expunged |
| 121. | The ADT Security Corporation dba Protection One | 673 | Sears Holdings Corporation | $604,767.69 | Disallowed in its entirety and expunged |
| 122. | The Sherwin-Williams Company | 8257 | Sears Holdings Corporation | $21,382.50 | Disallowed in its entirety and expunged |
| 123. | The Sherwin-Williams Company | 8605 | Kmart Corporation | $14,160.39 | Disallowed in its entirety and expunged |
| 124. | Trico Products Corporation | 4931 | Sears Brands Management Corporation | $1,640.84 | Disallowed in its entirety and expunged |

* Asserted amount includes any unliquidated amounts.

**Debtors' First Omnibus Objection to Claims**  **In re: Sears Holdings Corporation, et al.**
**Exhibit 1 - Satisfied Claims**  **Case No. 18-23538 (RDD)**

| | | **Schedule of Satisfied Claims to be Disallowed and Expunged** | | | |
|---|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Proof of Claim No. to be Disallowed and Expunged** | **Asserted Debtor** | **Asserted Amount*** | **Extent of Allowed Claim** |
| 125. | Trico Products Corporation | 4939 | Sears, Roebuck and Co. | $34,102.28 | Disallowed in its entirety and expunged |
| 126. | Trico Products Corporation | 4970 | Kmart Corporation | $65,269.38 | Disallowed in its entirety and expunged |
| 127. | United Food & Commercial Workers Union Local 880 | 14777 | Sears, Roebuck and Co. | - | Disallowed in its entirety and expunged |
| 128. | Valvoline LLC | 16910 | Sears, Roebuck and Co. | $2,501,971.71 | Disallowed in its entirety and expunged |
| 129. | Valvoline LLC | 16935 | Kmart Corporation | $17,223.17 | Disallowed in its entirety and expunged |
| 130. | Whirlpool Corporation | 9766 | Sears, Roebuck and Co. | $6,121,432.60 | Disallowed in its entirety and expunged |
| 131. | Whirlpool Corporation | 9771 | Kmart Corporation | $6,121,432.60 | Disallowed in its entirety and expunged |
| 143. | WINCORE WINDOW COMPANY | 14134 | Sears Home Improvement Products, Inc. | $551,539.10 | Disallowed in its entirety and expunged |
| 144. | Wincore Window Company, LLC, | 14228 | Sears Holdings Management Corporation | $551,539.10 | Disallowed in its entirety and expunged |

\* Asserted amount includes any unliquidated amounts.    5