WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                                                :     **Chapter 11**
                                                  :
**SEARS HOLDINGS CORPORATION**, *et al.*,          :     **Case No. 18-23538 (RDD)**
                                                  :
                              **Debtors.**[1]          :     **(Jointly Administered)**
---------------------------------------------------------------- x

## NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing (the "**Hearing**") to consider the

*Debtors' Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Claims)* (ECF No. 4776) solely with respect to the claims listed on **Exhibit 1** annexed hereto, previously scheduled for November 20, 2019 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 13, 2019 at 10:00 a.m. (Prevailing Eastern Time)**.  The Hearing may be rescheduled further by the Debtors on notice to the affected claimant(s).

Dated: November 14, 2019
       New York, New York

                                                */s/ Garrett A. Fail*
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

**Exhibit 1**

In re: **Sears Holdings Corporation, et al.**
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. |
|---|---|---|
| 23. | AMI Ventures Inc | 8513 |
| 24. | AMI Ventures Inc | 8514 |
| 26. | AMI Ventures Inc | 8556 |
| 27. | AMI Ventures INc | 8644 |
| 52. | BHFO, Inc. | 7810 |
| 110. | Cymax Stores USA LLC | 15631 |
| 149. | El-Habre, Suzanne | 5063 |
| 177. | Georgia Watersports, LLC | 5472 |
| 300. | RENFRO CORPORATION | 13791 |
| 301. | RENFRO CORPORATION | 14106 |
| 305. | seaofdiamonds.com | 15554 |
| 307. | Shopchimney.com inc | 11540 |
| 314. | Sky Billiards, Inc. dba Best Choice Products | 7592 |
| 319. | Stolaas Company | 11880 |
| 320. | Stolaas Company DBSA Tic-Tok | 4280 |
| 321. | Stolaas Company Inc, DBA Tic-Tok | 1389 |
| 327. | Tri-State Camera Exchange, Inc. | 7929 |
| 332. | Vir Ventures Inc | 8539 |
| 333. | VM Innovations, Inc. | 10914 |