WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :    **Chapter 11**
                                                   :
**SEARS HOLDINGS CORPORATION**, *et al.*,          :    **Case No. 18-23538 (RDD)**
                                                   :
          Debtors.[1]                              :    **(Jointly Administered)**
------------------------------------------------------------x

# NOTICE OF WITHDRAWAL REGARDING DEBTORS' SEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (AMENDED AND SUPERSEDED CLAIMS)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that Sears Holdings Corporation and its debtor affiliates hereby withdraw without prejudice the *Debtors' Seventh Omnibus Objection to Proofs of Claim (Amended and Superseded Claims)* (ECF No. 5100), solely with respect to the claims listed on **Exhibit 1** attached hereto.

Dated: November 14, 2019
      New York, New York

                                                  /s/ Garrett A. Fail
                                                 Ray C. Schrock, P.C.
                                                 Jacqueline Marcus
                                                 Garrett A. Fail
                                                 Sunny Singh
                                                 WEIL, GOTSHAL & MANGES LLP
                                                 767 Fifth Avenue
                                                 New York, New York 10153
                                                 Telephone: (212) 310-8000
                                                 Facsimile: (212) 310-8007

                                                 *Attorneys for Debtors*
                                                 *and Reorganized Debtors*

**Exhibit 1**

18-23538-shl    Doc 6025    Filed 11/14/19    Entered 11/14/19 12:20:41    Main Document
Pg 3 of 4

**Exhibit 1**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | Claims to be Disallowed | | Surviving Claims | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. | Name of Claimant | Proof of Claim No. |
| 63. | Curtis 1000 Inc. | 5574 | Curtis 1000 Inc. | 10391 |

1