WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
David J. Lender
Paul R. Genender
Jared R. Friedmann
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                                       :
                                                            :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                         :
                                                            :    Case No. 18-23538 (RDD)
                                                            :
               Debtors.¹                                    :    (Jointly Administered)
------------------------------------------------------------x
```

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**THE DEBTORS' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL OF THE CONFIRMATION ORDER**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Federal Rules**"), and Rule 8009-1 of the Local Rules of the Southern District of New York, (the "**Local Rules**"), Sears Holdings Corporation and its debtor and non-debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully submit this counter-designation of items to be included in the record on appeal with respect to the appeal from the October 15, 2019 *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Granting Related Relief* [ECF No. 5370] (the "**Confirmation Order**"), before the United States District Court for the Southern District of New York (the "**District Court**") at Case No. 19-cv-09703 (NSR).

**I.  Designation of Items to be Included in the Record on Appeal**

1. The Debtors counter-designate the following items for inclusion in the record on appeal. Each designated item shall also include any and all exhibits and documents annexed to and referenced within such item.

    A. Documents Filed in Bankruptcy Court

| *ECF Docket No.* | *Date* | *Description* |
|---|---|---|
| 2321 | 02/01/19 | Declaration of Alan J. Carr In Support of Restructuring Subcommittee's Response to the Objection of the Official Committee of Unsecured Creditors to the Sale of Substantially All of the Debtors' Assets to ESL Investments, Inc. |
| 2328 | 02/01/19 | Debtors' Omnibus Reply in Support of the Going Concern Sale Transaction |
| 2335 | 02/01/19 | Declaration of Brandon Aebersold |
| 2336 | 02/01/19 | Declaration of Mohsin Y. Meghji |

| ECF Docket No. | Date | Description |
|---|---|---|
| 2341 | 02/01/19 | Declaration of William L. Transier |
| 2529 | 02/08/19 | Notice of filing of Settlement Term Sheet with Pension Benefit Guaranty Corporation |
| 3275 | 04/17/19 | Joint Chapter 11 Plan |
| 3276 | 04/17/19 | Disclosure Statement for Joint Chapter 11 Plan |
| 3277 | 04/17/19 | Debtors' Motion for Order Approving Disclosure Statement |
| 3894 | 05/16/19 | Amended Joint Chapter 11 Plan |
| 3895 | 05/16/19 | Disclosure Statement for Amended Joint Chapter 11 Plan |
| 4039 | 05/28/19 | Response of the Restructuring Subcommittee to the Objections of ESL Investments, Inc. and the Official Committee of Unsecured Creditors |
| 4041 | 05/28/19 | Second Amended Joint Chapter 11 Plan |
| 4042 | 05/28/19 | Disclosure Statement for Second Amended Joint Chapter 11 Plan |
| 4059 | 05/28/19 | Revised Proposed Disclosure Statement Order |
| 4060 | 05/29/19 | Notice of Filing of Exhibits to the Disclosure Statement for Second Joint Chapter 11 Plan (Liquidation Analysis) |
| 4287 | 06/19/19 | Stipulation and Order Concerning Debtors' Continuing Use of Cash Collateral |
| 4373 | 06/27/19 | Order Authorizing the Employment and Retention of ASK LLP as Special Avoidance Action Counsel to the Debtors, Effective *Nunc Pro Tunc* to April 1, 2019 |
| 4395 | 06/28/19 | Creditors' Committee Letter in Support of Second Amended Joint Chapter 11 Plan |
| 4413 | 07/02/19 | Amended Order Authorizing the Employment and Retention of Katten Muchin Rosenman LLP as Special Avoidance Counsel for Debtors *Nunc Pro Tunc* to April 1, 2019 |
| 5139 | 09/13/19 | Modified Second Amended Joint Chapter 11 Plan |
| 5145 | 09/13/19 | Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors |

18-23538-shl    Doc 6027    Filed 11/14/19    Entered 11/14/19 16:22:18    Main Document
Pg 4 of 4

Dated: November 14, 2019
       Dallas, Texas

                      **WEIL, GOTSHAL & MANGES LLP**

                      Ray C. Schrock, P.C.
                      David J. Lender
                      Jared R. Friedmann
                      Sunny Singh
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone:  (212) 310-8000
                      Facsimile:   (212) 310-8007

                      -and-

                      */s/ Paul R. Genender*
                      Paul R. Genender (*pro hac vice*)
                      200 Crescent Court, Suite 300
                      Dallas, Texas  75201
                      Telephone: (214) 746-7877
                      Facsimile:  (214) 746-7777

                      *Attorneys for the Debtors*
                      *and Debtors in Possession*