# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| 3P Industries LLC | 19-08301 |
| 4207602 Canada Inc dba Cameo Socks | 19-08302 |
| 7Up RC Bottling Co. of Southern California, Inc. | 19-08606 |
| A.G. & G. Inc. dba Vieste Creations | 19-08303 |
| AAA Pharmaceutical, Inc. | 19-08304 |
| ABARTA Coca-Cola Beverages, LLC fdba ABARTA Coca-Cola Beverages, Inc. | 19-08305 |
| Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers | 19-08461 |
| ACF Group LLC | 19-08426 |
| Ad Art Company | 19-08556 |
| Advanced Project Solutions, LLP | 19-08311 |
| Advanced Resources | 19-08498 |
| Ahold Financial Services LLC | 19-08641 |
| A-Ipower Corporation | 19-08642 |
| Air Temp Mechanical, Inc. | 19-08312 |
| Albaad USA, Inc. | 19-08314 |
| All in One PR Multiservices | 19-08316 |
| Alliance Comfort Systems Inc. | 19-08318 |
| Altman Specialty Plants, Inc. | 19-08604 |
| AMCOL Health & Beauty Solutions, Incorporated | 19-08321 |
| American Cleaning Supply Inc. | 19-08582 |
| American Color Inc. | 19-08559 |
| American De Rosa Lamparts LLC | 19-08557 |
| American Gasket Technologies Inc. | 19-08653 |
| American Plush Textile Mills, LLC | 19-08323 |
| Americlean Janitorial Service Corp dba Allied National Services | 19-08324 |
| Anchor Hocking, LLC fdba Anchor Acquisition, LLC | 19-08325 |
| Ancra International LLC | 19-08327 |
| Archer Air Conditioning Service Company | 19-08329 |
| Arizona Republic Phoenix Gazette, a/k/a The Arizona Republic, a/k/a AZCentral.com, a/k/a Gannett Company, Inc. | 19-08681 |
| Arkanoff Painting Inc. | 19-08331 |
| Armouth International Inc. | 19-08333 |
| Attends Healthcare Products Inc. | 19-08499 |
| Avangard Innovative LP | 19-08336 |
| B & B Electric Inc. | 19-08500 |
| BCI Technologies Inc. | 19-08501 |
| Beauty 21 Cosmetics, Inc. | 19-08338 |

| | |
|---|---|
| Belco Distributors Dba Belco Industries | 19-08682 |
| Belkin International Inc. | 19-08605 |
| Berkshire Hathaway Inc. dba Roanoke Times | 19-08341 |
| Bernadine J. Eachus | 19-08344 |
| Bicycle Doctor of Broward, Inc. | 19-08346 |
| Blast Analytics & Marketing, Inc. | 19-08349 |
| Block Communications, Inc. dba Pittsburgh Post-Gazette | 19-08453 |
| Blue Dog Bakery Group, Inc. | 19-08366 |
| Blue Wave Products, Inc. | 19-08465 |
| Boyd Flotation Inc. | 19-08676 |
| Bravado International Group Merchandising Services Inc. | 19-08367 |
| Breezeware | 19-08502 |
| Brightview Landscapes, LLC | 19-08369 |
| Brisas Del Caribe Corp. | 19-08607 |
| Bristol Environmental, Inc. | 19-08370 |
| Britelite Enterprises Inc. | 19-08602 |
| Brookfield Equinox LLC | 19-08373 |
| Building Systems and Services, Inc. | 19-08376 |
| Bully Tools Inc. | 19-08677 |
| C & V Liquidation Inc. | 19-08560 |
| Cal Pure Produce Inc. dba Cal Pure Pistachios Inc. | 19-08380 |
| Calidad Auto Tech Inc. | 19-08561 |
| Callcap, LLC | 19-08608 |
| Camco Manufacturing Inc. | 19-08609 |
| Campbell Sales Company | 19-08654 |
| Canon Solutions America Inc. | 19-08503 |
| CCP Newco LLC | 19-08610 |
| CDM Witchduck Associates LLC | 19-08643 |
| Cellini LLC | 19-08590 |
| Centrescapes Inc. | 19-08655 |
| Centro Inc. | 19-08562 |
| Channellock, Inc. | 19-08467 |
| Char-Broil, LLC | 19-08644 |
| Chinex Apparel Inc. | 19-08563 |
| Cliffstar LLC | 19-08558 |
| CMC Mechanical LLC | 19-08383 |
| Coloron Jewelry, Inc. | 19-08385 |
| Commercial Plumbing Inc. | 19-08709 |
| Concept One Accessories | 19-08504 |

| | |
|---|---|
| ConstructConnect, Inc. fdba Construction Market Data Group LLC | 19-08389 |
| Crius Construction LLC | 19-08656 |
| Cryopak Industries (2007) ULC | 19-08395 |
| CS Group Inc. | 19-08611 |
| CTM Enterprises Inc. | 19-08564 |
| Cudlie Accessories LLC | 19-08400 |
| Curvature LLC | 19-08565 |
| Custom Lawn Service Inc. | 19-08505 |
| Cycle Force Group LLC | 19-08591 |
| D V International Inc. | 19-08506 |
| Daily Press Inc | 19-08566 |
| Dalessio Group, Inc. | 19-08402 |
| Damao Luggage International Inc. | 19-08404 |
| DAS, LLC | 19-08406 |
| Data Print Technologies, Inc. | 19-08413 |
| David Lynn Meyer | 19-08416 |
| DBK Concepts Inc. | 19-08507 |
| Detergent 2.0 LLC | 19-08583 |
| Developlus, Inc. | 19-08417 |
| DeVore Lighting, Inc. dba De Vore Industries Inc. | 19-08421 |
| Dicarlo Distributing Inc. | 19-08508 |
| Diversified Global Technologies LLC | 19-08612 |
| DocuSign, Inc. | 19-08422 |
| Doggie Nation, Incorporated | 19-08354 |
| Dominion Mechanical Contractors, Inc. | 19-08356 |
| Dorman Products Inc. | 19-08613 |
| Doskocil Mfg. Company Dba Petmate | 19-08584 |
| Dover Grease Trap Inc. | 19-08567 |
| DP Media Network LLC | 19-08358 |
| Duraflame Inc | 19-08614 |
| E.J.D. Enterprises, Inc. dba Empire Distributors | 19-08360 |
| Easy Gardener Products, Inc. | 19-08363 |
| El Vocero De Puerto Rico, a/k/a Publi-Inversiones Puerto Rico Inc. | 19-08683 |
| Elevate, LLC | 19-08365 |
| eMarketer Inc. | 19-08374 |
| Embarcadero Technologies, Inc. | 19-08378 |
| Energizer LLC Dba Handstands | 19-08509 |
| Envirocon Technologies, Inc. | 19-08382 |
| European Home Designs LLC | 19-08568 |

| | |
|---|---|
| Everest Group USA Inc. | 19-08603 |
| Ex-Cell Home Fashions, Inc. | 19-08387 |
| Express Services Inc. | 19-08657 |
| Extreme Reach Inc. | 19-08510 |
| Facilities Solutions LLC | 19-08615 |
| Fashion Accents LLC | 19-08511 |
| Fashion Accessory Bazaar LLC | 19-08391 |
| Fayetteville Observer, LLC | 19-08684 |
| FCL Graphics Inc. | 19-08585 |
| Fidelitone Inc. | 19-08592 |
| Fiesta Jewelry Corporation | 19-08512 |
| Final Touch Delivery Service Inc. | 19-08711 |
| Fisher & Zucker LLC | 19-08394 |
| Fiskars Brands, Inc. | 19-08398 |
| FlexPrint, LLC | 19-08403 |
| Fluke Electronics Corporation | 19-08405 |
| Folsom Services, Inc. | 19-08407 |
| Forman Industries, Inc. dba FI Companies | 19-08409 |
| Founding Fathers Products LLC | 19-08513 |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | 19-08411 |
| Fresno Bee, a/k/a McClatchy Newspapers, Inc. | 19-08685 |
| Funderburk Roofing Inc. | 19-08514 |
| Gage Roofing & Constructors, Inc. | 19-08414 |
| Garland Sales, Inc. | 19-08419 |
| Gatehouse Media, LLC dba Columbus Dispatch | 19-08424 |
| Gatehouse Media, LLC dba Daily Oklahoman | 19-08427 |
| General Fire Equipment Company, Inc. | 19-08429 |
| GOJO Industries, Inc. | 19-08430 |
| Golf Gifts & Gallery, Inc. | 19-08431 |
| Gossi Inc. | 19-08515 |
| Grace and Son Construction Company of Greenville, Inc. | 19-08432 |
| Great Lakes Technologies LLC | 19-08593 |
| Green Room Productions, Inc. | 19-08433 |
| Gretchen International Inc. | 19-08494 |
| Groupe SEB USA, Inc. | 19-08695 |
| Gruspi Consulting Inc. | 19-08516 |
| Guardian Drug Company, Inc. | 19-08437 |
| Hale Trailer Brake & Wheel, Inc. | 19-08439 |
| Handcraft Mfg. Corp. | 19-08658 |

| | |
|---|---|
| Harmony Enterprises Inc. | 19-08569 |
| Hawaiian Host, Inc. dba Hawaiian Host Chocolates Inc. | 19-08443 |
| Healthtex Caribbean LLC | 19-08445 |
| Hearst Communications, Inc. dba San Antonio Express News | 19-08449 |
| Heritage Travelware, Ltd. | 19-08451 |
| Hi Tech Pharmaceuticals Inc. | 19-08570 |
| Hilo Hearing Aid Center Inc. | 19-08571 |
| Hines Growers Inc. | 19-08572 |
| Hi-Tech Air Conditioning Service, Inc. | 19-08457 |
| Holmberg Farms, Inc. | 19-08459 |
| HoneyTree, Inc. | 19-08462 |
| HR Management Group, Inc. | 19-08464 |
| Hypard Trading Corp. | 19-08645 |
| IDM, Inc. | 19-08466 |
| I-Health, Inc. | 19-08468 |
| Impo International LLC | 19-08616 |
| Infomercials, Inc. | 19-08487 |
| Innova Products Inc. | 19-08495 |
| Inter County Mechanical Corp. | 19-08573 |
| International Home Miami Corp. | 19-08594 |
| Interstate Trailer Sales Inc. | 19-08574 |
| ITS Partners LLC | 19-08488 |
| J. Carol Consulting, LLC | 19-08489 |
| J.P. Morgan Chase Commercial Mortgage Securities Corp. dba JPMCC | 19-08496 |
| Jazwares, LLC | 19-08490 |
| Johnson United, Inc. dba United Sign Systems | 19-08491 |
| Jones Naturals LLC | 19-08575 |
| June A. Grothe Construction, Inc. dba J G Construction | 19-08492 |
| JVC Americas Corp. dba JVC Company of America | 19-08497 |
| JVCKENWOOD USA Corporation | 19-08493 |
| K7 Design Group Inc. | 19-08517 |
| Kahena Digital Marketing Ltd. dba JVP Media Quarter | 19-08306 |
| Killer Bee Inc. | 19-08659 |
| Knox Fertilizer Company Inc. | 19-08617 |
| Kramer Laboratories Inc. | 19-08618 |
| KSF Acquisition Corporation | 19-08307 |
| La Crosse Brush Inc. | 19-08646 |
| Landmark Community Newspapers, LLC | 19-08619 |
| Larsen Products Inc. | 19-08660 |

| | |
|---|---|
| Leadgenius | 19-08518 |
| Leisure Products Inc. | 19-08696 |
| Liaison Technologies, Inc. | 19-08308 |
| Life Wear Technologies | 19-08519 |
| Lil Anglers LLC | 19-08520 |
| Limbach Company LLC | 19-08309 |
| Linbit USA LLC | 19-08576 |
| M & K Distributors, Inc. | 19-08310 |
| M&S Accessory Network Corp. | 19-08313 |
| Manhattan Beer Distributors LLC | 19-08577 |
| Manifold, LLC | 19-08315 |
| Markwins Beauty Products Inc. | 19-08521 |
| Mars Puerto Rico, Inc. fdba Wrigley Puerto Rico, Inc. | 19-08317 |
| Masterpieces Puzzle Co., Inc. | 19-08319 |
| Matosantos Commercial Corp | 19-08620 |
| MaxColor, LLC | 19-08578 |
| Maxell Corporation of America | 19-08320 |
| MC Builders, LLC | 19-08322 |
| MCI Communications Services, Inc. dba MCI Comm. Service | 19-08326 |
| Mckinney Trailer Rentals | 19-08522 |
| Medal Sports (USA), LLC | 19-08397 |
| MediaNews Group, Inc. dba The Mercury News fka San Jose Mercury News | 19-08328 |
| MEFL LLC | 19-08661 |
| Miami Herald Media Company | 19-08621 |
| Micro World Corporation Dba Barska | 19-08622 |
| Mid America Tile Inc. | 19-08662 |
| Mister D S Construction Inc. | 19-08623 |
| Mr Hawaii Inc. | 19-08523 |
| MSM Outdoor, LLC | 19-08330 |
| Multipet International Inc. | 19-08524 |
| Multiple Solutions Inc. | 19-08525 |
| Nakoma Products LLC | 19-08579 |
| Naterra International Inc. | 19-08586 |
| Navigant Consulting, Inc. | 19-08332 |
| Netsuite Inc. | 19-08334 |
| News Times, a/k/a Phoenix News Times | 19-08686 |
| Newsday LLC fdba Newsday Inc. | 19-08335 |
| NIN Group, Inc. | 19-08337 |
| Nine West Holdings, Inc. dba NWH Jewelry Group | 19-08339 |

| | |
|---|---|
| Northern International Inc. dba NII | 19-08340 |
| Nova Wildcat Bulldog, LLC dba Bulldog Hardware | 19-08342 |
| Nw Springs Holdings LLC | 19-08647 |
| One Step Up Ltd. | 19-08587 |
| Onyx Corporation | 19-08343 |
| OpenText Corporation | 19-08345 |
| Orlando Sentinel, a/k/a Sentinel Communications News Ventures Inc., a/k/a Orlando Sentinnel Media Group, a/k/a Sentinel Publishing | 19-08687 |
| O'Shea Inc. | 19-08595 |
| Ottaway Newspapers Inc. | 19-08663 |
| Outdoor Cap Co., Inc. | 19-08347 |
| Pacific Charlie Co. Inc. | 19-08588 |
| Pacific Imports Inc. | 19-08648 |
| Pacific Market International LLC | 19-08526 |
| Packsize LLC | 19-08527 |
| Paradigm Fitness Equipment Inc. | 19-08596 |
| Park Greenhouse | 19-08528 |
| Perfect Fit Industries, LLC | 19-08348 |
| Pet Partners Inc. | 19-08529 |
| Picnic Time Inc. | 19-08649 |
| Pineae Greenhouses Inc. | 19-08580 |
| PlayMonster LLC | 19-08350 |
| Pocket Shot LLC | 19-08530 |
| Post Gardens of Battle Creek, Inc. | 19-08351 |
| Preferred Display, Inc. | 19-08352 |
| Premier Horticulture Inc. | 19-08353 |
| Prestone Products Corporation | 19-08531 |
| Promika, LLC | 19-08355 |
| Providence Products LLC | 19-08597 |
| Push Digital, LLC | 19-08357 |
| Q.E.P. Co., Inc. | 19-08401 |
| Qcoefficient Inc. | 19-08532 |
| R E Daigle & Son Electrical, Inc. | 19-08688 |
| Razor USA LLC | 19-08359 |
| Redwood Ventures, LLC | 19-08361 |
| Reedy Maintenance and Repairs LLC | 19-08624 |
| Rely Services Inc. | 19-08664 |
| Renzo Excavating LLC | 19-08533 |
| REP Consulting Inc. | 19-08581 |
| Repair Palace Inc. Dba Atwood Jewelers | 19-08689 |

| | |
|---|---|
| Retail Contracting Service, Inc. | 19-08364 |
| Reuter & Hanney, Inc.; and CE Power Engineered Services, LLC | 19-08368 |
| Rhode Island Textile Company | 19-08371 |
| Richards, Layton & Finger, P.A. | 19-08372 |
| Ricoh Production Print Solutions | 19-08534 |
| Ricoh USA, Inc. fka Ricoh Americas Corporation | 19-08375 |
| Robert Half International Inc. dba Robert Half Legal | 19-08377 |
| Robert J. Clancey, Ltd. | 19-08379 |
| Rolling & Sliding Doors Of Dayton Ltd. | 19-08535 |
| Romy's Plumbing Inc. dba AA Plumbing | 19-08381 |
| Royal Animals Ltd. | 19-08625 |
| RTA Products, LLC | 19-08384 |
| Rugs America Corporation | 19-08536 |
| Rushmore Photo & Gifts Inc. | 19-08665 |
| Ruyi Design & Manufacture Inc. | 19-08537 |
| Sakutori Designs LLC | 19-08666 |
| Salland Industries, Limited | 19-08386 |
| San Diego Union Tribune LLC | 19-08626 |
| Sandy Inc. | 19-08388 |
| Scott Shoe Co. Ltd. | 19-08589 |
| SCS Direct, Inc. | 19-08390 |
| Securitas Security Services Inc. | 19-08667 |
| Security Fire Protection Co. Inc. | 19-08668 |
| Segerdahl Corporation | 19-08538 |
| Service Solutions, LLC | 19-08392 |
| Shaker Hill Landscape & Nursery Co. | 19-08539 |
| Shalom International Corp. | 19-08627 |
| Shutterstock Inc. | 19-08628 |
| Sidecar Interactive Inc. | 19-08629 |
| Sign Outlet, Inc. | 19-08630 |
| Signode Industrial Group LLC dba Multi-Wall Packaging | 19-08393 |
| Six Nines IT LLC | 19-08669 |
| Skagit Horticulture LLC | 19-08396 |
| Slince Inc. | 19-08631 |
| Smith & Vandiver Corp. | 19-08540 |
| Softeon Inc. | 19-08541 |
| South / Win, LLC | 19-08362 |
| Southern Atlantic Electric Co. Inc. | 19-08670 |
| Southern Technologies, LLC | 19-08480 |

| | |
|---|---|
| Space Center Mira Loma Inc. | 19-08650 |
| Specialty Roofing, LLC | 19-08399 |
| Sprinklr Inc. | 19-08542 |
| SSB Manufacturing Company fdba Simmons Bedding Company | 19-08481 |
| St Petersburg Times, a/k/a Tampa Bay Times | 19-08701 |
| Stauffer Family LLC | 19-08543 |
| Steven Rockwell Sanders, LLC dba S R Sanders LLC | 19-08408 |
| Stork Craft Mfg. (USA) Inc. | 19-08678 |
| Sun Sentinel; a/k/a Sun-Sentinel Company Inc; a/k/a News & Sun Sentinel Company, a/k/a sun-sentinel.com, a/k/a Tribune Publishing Company | 19-08690 |
| Sunnest Service, LLC | 19-08482 |
| Sunny Distributor Inc. | 19-08598 |
| Supplylogix LLC | 19-08410 |
| Swatow Puerto Rico Corporation | 19-08483 |
| TCA Holdings Propartners, L.L.C. | 19-08412 |
| The American Bottling Company fdba Mr. Natural Inc. | 19-08415 |
| The Greystone Tea Company Inc | 19-08418 |
| The Hartford Courant Company, LLC | 19-08420 |
| The Journal News, a/k/a LoHud.com, a/k/a Gannett Company, Inc. | 19-08691 |
| The Lane Construction Co., Inc. | 19-08423 |
| The Madden Corporation | 19-08425 |
| The McClatchy Company dba Star Telegram | 19-08428 |
| The News and Observer Publishing Company | 19-08544 |
| Tiger Capital Group LLC | 19-08671 |
| TJD Holdings Inc. | 19-08545 |
| TL Perez Residential Services | 19-08692 |
| TMM Investments Ltd. | 19-08599 |
| TNP Sites LLC | 19-08600 |
| Toll Global Forwarding SCS (USA) Inc. fdba FMI Inc. | 19-08434 |
| Top of the World, LLC | 19-08435 |
| Tori Richard, Ltd. | 19-08436 |
| Tory's Roofing & Waterproofing Inc. | 19-08632 |
| TouchPoint 360, LLC | 19-08438 |
| Transporte Bairoa Inc. | 19-08546 |
| Travel Caddy, Inc. | 19-08440 |
| Triangle Fire Protection Inc. | 19-08633 |
| Triangle Systems, Inc. | 19-08441 |
| Tribune Publishing Company, LLC dba Baltimore Sun | 19-08442 |
| Tribune Publishing Company, LLC dba The Morning Call | 19-08444 |

| | |
|---|---|
| Triple E Partners LLC | 19-08672 |
| Troutman Sanders LLP | 19-08446 |
| Twin Lakes Landscaping, Inc. | 19-08447 |
| Umarex USA Inc. | 19-08634 |
| United Plant Growers, Inc. | 19-08448 |
| Unitex Incorporado | 19-08484 |
| Universal Apparel Inc. | 19-08450 |
| Universal Building Services dba UBS | 19-08452 |
| Universal Enterprises Inc. | 19-08601 |
| Universal Service Agency LLC | 19-08454 |
| US Neighbors Construction Inc. | 19-08455 |
| Valley View Industries, H.C., Inc. | 19-08456 |
| Value Smart Products Inc. | 19-08635 |
| Vanderbilt Home Products LLC | 19-08547 |
| Vazquez Polar Air Conditioner Corp. | 19-08636 |
| Ven Soft LLC | 19-08458 |
| Vento Distributors Corp. | 19-08460 |
| Verus Products, Inc. dba Verus Sports, Inc. | 19-08463 |
| VFP Fire Systems, a/k/a VFP Fire Systems Inc. | 19-08693 |
| Virginian Pilot, a/k/a Virginian-Pilot Media Companies LLC, a/k/a Tribune Publishing Company | 19-08694 |
| Visser Greenhouses Inc. | 19-08548 |
| Vogue LLC dba Vogue International LLC | 19-08469 |
| W E Bassett Company | 19-08549 |
| W. J. Griffin, Inc. | 19-08470 |
| Walsh Media Inc. | 19-08550 |
| Warren Business Services Inc | 19-08471 |
| Washington Prime Group LP | 19-08679 |
| Weathervane Service, Inc. | 19-08472 |
| West Chester Holdings, LLC | 19-08473 |
| Weveel LLC | 19-08673 |
| White Mark Universal Inc. | 19-08485 |
| Whitemak Associates, a/k/a Whitehall Mall | 19-08697 |
| Whitmore, Inc. | 19-08474 |
| Whynter, LLC | 19-08486 |
| Wick Communications Company | 19-08551 |
| Wilhelmina West Inc. | 19-08637 |
| Wilmar Corporation | 19-08638 |
| Wipfli LLP | 19-08475 |
| WJCA, Inc. | 19-08476 |

| | |
|---|---|
| Woeber Mustard Manufacturing Co. | 19-08674 |
| Wolters Kluwer ELM Solutions, Inc. dba Tymetrix Inc. | 19-08477 |
| Wolters Kluwer Health, Inc. | 19-08478 |
| Wolters Kluwer United States Inc. dba CT Corporation Systems | 19-08479 |
| Wolverton Inc. | 19-08675 |
| WTS Contracting Corp. | 19-08639 |
| Yamada Transfer Inc. | 19-08651 |
| YM Trading Inc. | 19-08552 |
| Yost Vises LLC | 19-08680 |
| Yoyo Lip Gloss Inc. | 19-08553 |
| Yunker Industries Inc. | 19-08640 |

\* 397 Adversary Proceedings