**Hearing Date and Time: December 13, 2019 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: December 6, 2019 at 4:00 p.m. (prevailing Eastern Time)**

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

*-and-*

KATTEN MUCHIN ROSENMAN LLP
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears

### NOTICE OF MOTION FOR AN ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY THE DEBTORS PURSUANT TO SECTIONS 502, 547, 548 AND 550 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" or "**Plaintiff**"), has filed the attached motion (the "Motion") for entry of the order attached as Exhibit B to the Motion (the "Proposed Order") establishing procedures governing adversary proceedings commenced pursuant to 11 U.S.C. §§ 502, 547, 548, and 550.

**PLEASE TAKE NOTICE** that a hearing to consider the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York 10601, Courtroom 118, on **December 13, 2019 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that responses or oppositions, if any, to the relief requested in the Motion, must be in writing, must comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, must describe the basis for the response or opposition and the specific grounds therefor, and must be filed with the Bankruptcy Court electronically and served, so as to be actually received no later **December 6, 2019 at 4:00 p.m. (prevailing Eastern Time)** (the "Opposition Deadline"), on (a) counsel to

---

Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

the Debtors, ASK LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, Minnesota (Attn: Brigette

McGrath, Esq.), Katten Muchin Rosenman LLP 575 Madison Avenue, New York, New York

10022 (Attn: Steven J. Reisman) and (b) the Office of the United States Trustee for the Southern

District of New York, 201 Varick Street, Suite 1006, New York, New York 10014. A courtesy

copy of such written response or objection must also be delivered to the Bankruptcy Judge's

chambers prior to the hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that if no oppositions or other responses to the

Motion are timely filed and served, the Creditor Trustee shall submit to the Bankruptcy Court an

Order substantially in the form attached as Exhibit B to the Motion, which the Bankruptcy Court

may enter with no further notice or opportunity to be heard.

Dated: November 15, 2019                    **ASK LLP**

By:  /s/ *Brigette G. McGrath*
     Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
     Brigette G. McGrath, Esq. NY SBN 4962379
     2600 Eagan Woods Drive, Suite 400
     St. Paul, MN  55121
     Telephone: 651-289-3845
     Fax: (651) 406-9676
     Email: bmcgrath@askllp.com

     *-and-*

     Edward E. Neiger, Esq.
     151 West 46th Street, 4th Fl.
     New York, NY  10036
     Telephone: (212) 267-7342
     Fax: (212) 918-3427
     E-Mail: eneiger@askllp.com

     *-and-*

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Steven J. Reisman*
     Steven J. Reisman, Esq.
     Theresa A. Foudy, Esq.
     Karen B. Dine, Esq.
     575 Madison Avenue
     New York, NY 10022-2585
     Telephone: (212) 940-8800
     Fax: (212) 940-8776

     *Attorneys for Debtors*
     *and Debtors in Possession*