**THOMPSON HINE LLP**
Curtis L. Tuggle
Jonathan S. Hawkins
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Phone: 212.344.5680
Fax: 212.344.6101

*Counsel for Virginia Surety Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORP., *et al.*,[1] | : | Case No. 18-23538 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF THE LIMITED OBJECTIONS
AND RESERVATIONS OF RIGHTS OF VIRGINIA
SURETY COMPANY, INC. (Doc. Nos. 2027 and 3644)**

**PLEASE TAKE NOTICE** that Virginia Surety Company, Inc., by and through counsel,

hereby withdraws:

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365); SHC Licensed Business LLC (3718); and SHC Promotions LLC (9626).

(i) its *Limited Objection and Reservation of Rights of Virginia Surety Company, Inc. to Debtors' Motion for Approval of Global Asset Sale Transaction* (Doc. No. 2027)[2]; and

(ii) its *Supplemental Limited Objection and Reservation of Rights to Debtors' Notice of Assumption and Assignment of Additional Executory Contracts* (Doc. No. 3644),

Dated: November 15, 2019

/s/ Jonathan S. Hawkins
Curtis L. Tuggle
Jonathan S. Hawkins
**THOMPSON HINE LLP**
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Phone: 212.344.5680
Fax: 212.344.6101

*Counsel for Virginia Surety Company, Inc.*

4813-5729-4764.1

---

[2] Note: the docket incorrectly refers to the party filing this limited objection as the Administration Agreement Parties.