WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                     :      Chapter 11
                                          :
**SEARS HOLDINGS CORPORATION**, *et al.*, :      Case No. 18-23538 (RDD)
                                          :
         **Debtors.**[1]                  :      **(Jointly Administered)**
------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (TO RECLASSIFY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing (the "**Hearing**") to consider the

*Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims)* (ECF No. 5237)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

solely with respect to the claims listed on **Exhibit 1** annexed hereto, previously scheduled for November 20, 2019 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 13, 2019 at 10:00 a.m. (Prevailing Eastern Time)**. The Hearing may be rescheduled further by the Debtors on notice to the affected claimant(s).

Dated: November 15, 2019
       New York, New York

                                            */s/ Garrett A. Fail*
                                            Ray C. Schrock, P.C.
                                            Jacqueline Marcus
                                            Garrett A. Fail
                                            Sunny Singh
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York  10153
                                            Telephone:  (212) 310-8000
                                            Facsimile:  (212) 310-8007

                                            *Attorneys for Debtors*
                                            *and Debtors in Possession*

**Exhibit 1**

WEIL:\97263884\1\73217.0004

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Proof of Claim No. |
|---|---|---|
| 1. | A&A (H.K.) Industrial Limited | 12277 |
| 2. | A&A HK INDUSTRIAL LIMITED | 12330 |
| 3. | ALLURE HOME CREATION CO., INC | 2518 |
| 4. | Allure Home Creation Co., Inc | 3516 |
| 5. | Arca Industrial (NJ), Inc. | 2957 |
| 6. | Arca Industrial (NJ), Inc. | 5167 |
| 21. | E-Land Apparel Ltd | 1765 |
| 22. | E-Land Apparel Ltd | 2048 |
| 23. | ESJAY INTERNATIONAL PRIVATE LIMITED | 1411 |
| 24. | ESJAY INTERNATIONAL PRIVATE LIMITED | 2196 |
| 25. | FORTUNE CREATION COMPANY LIMITED | 6105 |
| 26. | FORTUNE CREATION COMPANY LIMITED | 6106 |
| 30. | Giza Spinning and Weaving Co | 5772 |
| 31. | Hain Capital Investors Master Fund, Ltd as Transferee of BST International Fashion, Ltd | 7960 |
| 32. | Hain Capital Investors Master Fund, Ltd as Transferee of BST International Fashion, Ltd | 7967 |
| 33. | Hain Capital Investors Master Fund, Ltd as Transferee of Rio Sul S.A. de CV | 8878 |
| 42. | INFIILOOM INDIA PRIVATE LIMITED | 2924 |
| 43. | INFIILOOM INDIA PRIVATE LIMITED | 3181 |
| 51. | Mien Co., Ltd. | 17114 |
| 52. | Mien Co., Ltd. | 18399 |
| 58. | Orient Craft Limited | 1135 |
| 59. | ORIENT CRAFT LIMITED | 1142 |
| 62. | Pearl Global Industries Limited | 16366 |
| 67. | Shanghai Fochier Intl Trade Co Ltd | 17158 |
| 70. | Shinn Fu Company of America, Inc. | 6269 |
| 81. | Thanh Cong Textile Garment Investment Trading Joint Stock Company | 1890 |
| 82. | Thanh Cong Textile Garment Investment Trading Joint Stock Company | 1946 |
| 83. | Wicked Cool (HK) Limited | 14198 |
| 84. | Vogue Tex (Pvt) Ltd | 325 |
| 85. | Vogue Tex (Pvt) Ltd. | 236 |
| 86. | Vogue Tex (Pvt) Ltd. | 394 |
| 87. | Vogue Tex (Pvt) Ltd. | 15553 |
| 88. | Weihai Lianqiao International Coop Group Co. Ltd. | 15587 |
| 89. | Weihai Lianqiao International Coop Group Co. Ltd. | 15702 |
| 90. | Whitebox Multi-Strategy Partners, LP as Transferee of SportsPower Limited | 13944 |
| 91. | Winners Industry Company Limited | 16253 |
| 92. | Winners Industry Company Limited | 17627 |