Amish R. Doshi, Esq.  
**DOSHI LEGAL GROUP, P.C.**  
1979 Marcus Avenue, Suite 210E  
Lake Success, New York 11042  
Telephone: (516) 622-2335  
E-Mail: amish@doshilegal.com

Hearing Date: TBD, if necessary  
Hearing Time: TBD, if necessary  
Objection Date: TBD, if necessary

And

Shawn M. Christianson, Esq.  
Valerie Bantner Peo, Esq.  
**BUCHALTER, A Professional Corporation**  
55 Second Street, 17th Floor  
San Francisco, California 94105-2126  
Telephone: (415) 227-0900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION, et. al.,**<br><br>                      Debtors. | **Chapter 11**<br><br>**Case No.   18-23538 (RDD)**<br><br>**Jointly Administered** |

**ORACLE'S REQUEST FOR ALLOWANCE AND PAYMENT**
**OF A CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM**

Oracle America, Inc., successor in interest to PeopleSoft, Inc., Maxymiser, Inc. Responsys, Inc. and Global Logistics Technologies, Inc. ("Oracle"), a creditor and contract counter-party in the above-captioned Chapter 11 cases, requests allowance and payment of a Chapter 11 administrative expense in the amount of $2,528,521.60 pursuant to sections 503(a) and (b) of the Bankruptcy Code (the "Administrative Request") for post-petition goods and services to debtors Sears Holdings Corporation, *et al*. ("Debtors").

1.  On October 15, 2018 (the "Petition Date"), the above-captioned case was filed and an order directing joint administration was entered shortly thereafter.

*2.*  On October 15, 2019, the Court entered its order [CM-ECF No. 5370] (the "Confirmation Order") which, among other things, confirmed the *Modified Second Amended*

*Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* [CM-ECF No. 4476] (the "Plan"). Among other things, the Confirmation Order adopts the Administrative Expense Claims Consent Program, which is described in detail at paragraphs 52 through 58 of the Confirmation Order.

    *3.*    The deadline for Holders of Administrative Expense Claims (as defined in the Plan) to opt in to or opt out of the Administrative Expense Claims Consent Program is November 18, 2019, at 4:00 p.m. (ET). Thus, Oracle files this Administrative Request in order to ensure its Administrative Request is considered timely.

    4.    Oracle is a licensor of computer software and provides software-related products, technical support, maintenance, educational materials, and programs, as well as cloud-based services, which Oracle often customizes to meet the customer's specific needs.

    5.    Debtors owe Oracle no less than $2,528,521.60 for the products and services which Oracle provided to the Debtors after the Petition Date, as evidenced by the spreadsheet attached hereto as **Exhibit A,** which summarizes the outstanding invoices ("Invoices"), which are attached hereto as **Exhibit B**.

    6.    Oracle has also filed general unsecured claims which include some, but not all, of the Invoices. Oracle is not seeking a duplicative recovery by asserting both its general unsecured claims and making this Administrative Request.

    7.    Rather, Oracle advances both types of claim to ensure its right to reimbursement for all amounts it is owed is preserved, pending final allowance and characterization of Oracle's claims.

**WHEREFORE**, Oracle respectfully requests allowance and payment of an administrative expense to Oracle in an amount of not less than $2,528,521.60, and reserves its rights to supplement the Administrative Request if additional unpaid administrative amounts accrue.

Dated: November 15, 2019  
       Lake Success, New York

Respectfully submitted,

By: /s/ Amish R. Doshi  
Amish R. Doshi, Esq.  
**DOSHI LEGAL GROUP, P.C.**  
1979 Marcus Avenue, Suite 210E  
Lake Success, NY 11042  
Tel: (516) 622-2335  
E-Mail: amish@doshilegal.com

Shawn M. Christianson, Esq.  
Valerie Bantner Peo, Esq.  
**BUCHALTER, A Professional Corporation**  
55 Second Street, 17th Floor  
San Francisco, California 94105-2130  
Telephone: (415) 227-0900

Deborah Miller, Esq.  
Benjamin Wheeler, Esq.  
**ORACLE AMERICA, INC.**  
500 Oracle Parkway  
Redwood City, California 94065  
Telephone: (650) 506-5200

**Attorneys for Oracle America, Inc.**

## CERTIFICATE OF SERVICE

I, Amish R. Doshi, hereby certify that on November 15, 2019, I served a copy of *Oracle America, Inc.'s Request For Allowance And Payment Of Chapter 11 Administrative Expenses* on the parties listed on the attached service list by the methods specified below. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

    /s/ Amish R. Doshi_____
Amish R. Doshi

## SERVICE LIST

**BY E-MAIL**

WEIL GOTSHAL & MANGES, LLP

Ray Schrock, Esq.  - E-Mail: ray.schrock@weil.com
Garrett Fail, Esq. – E-Mail: garrett.fail@weil.com
Jacqueline Marcus, Esq. – E-Mail: jacqueline.marcus@weil.com
Sunny Singh, Esq. – E-Mail: sunny.singh@weil.com


**BY REGULAR MAIL**

Stephen Sitley, Esq.
Luke J. Valentino, Esq.
SEARS HOLDING CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

Paul Schwartzberg, Esq.
Richard Morrissey, Esq.
OFFICE OF US TRUSTEE, SDNY
201 Varick Street, Room 106
New York, New York 10014