# EXHIBIT A

# EXHIBIT A

## RESPONSYS

| Invoice Number | Invoice Date | Due Date | Contract Number | PO # | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 8163283** | 5-Oct-18 | 4-Nov-18 | 10001327 | PO878448 | $259,686.61 | $142,408.79 |
| 8215815 | 6-Feb-19 | 8-Mar-19 | 10001327 | PO878448 | $259,686.61 | $179,199.15 |
| 8231170 | 5-Mar-19 | 4-Apr-19 | 10001327 | PO878448 | $259,686.61 | $259,686.61 |
| 8236484 | 27-Mar-19 | 26-Apr-19 | 10001327 | | $3,641.81 | $3,641.81 |
| 8249173 | 25-Apr-19 | 25-May-19 | 10001327 | | $9,260.78 | $9,260.78 |
| 8269713 | 23-May-19 | 22-Jun-19 | 10001327 | | $8,513.22 | $8,513.22 |
| 8264009 | 6-May-19 | 5-Jun-19 | 10001327 | PO878448 | $259,686.61 | $259,686.61 |
| 8296974 | 24-Jun-19 | 14-Jul-19 | 10001327 | | $9,152.76 | $9,152.76 |
| 6676440 | 18-Dec-18 | 17-Jan-19 | 300731646 | PO878449 | $52,512.16 | $52,512.16 |
| 6681926 | 25-Feb-19 | 27-Mar-09 | 300731646 | PO878449 | $173,021.81 | $173,021.81 |
| 6686967 | 23-Apr-19 | 23-May-19 | 300731646 | PO878449 | $92,593.84 | $92,593.84 |
| 6688551 | 29-Apr-19 | 29-May-19 | 300731646 | PO878449 | $44,382.00 | $44,382.00 |
| 6692270 | 13-Jun-19 | 13-Jul-19 | 300731646 | PO878449 | $58,506.12 | $58,506.12 |
| 6684408 | 26-Mar-19 | 25-Apr-19 | 300733898 | PO880061 | $1,414.00 | $1,414.00 |
| 6684508 | 26-Mar-19 | 25-Apr-19 | 300733898 | PO880061 | $4,954.00 | $4,954.00 |
| 6688531 | 29-Apr-19 | 29-May-19 | 300733898 | PO880061 | $4,720.00 | $4,720.00 |
| 6684556 | 26-Mar-19 | 25-Apr-19 | 300733898 | PO880061 | $8,260.00 | $8,260.00 |
| Subtotal | | | | | | $1,311,913.66 |

## MAXYMISER

| Invoice Number | Invoice Date | Due Date | Conract Number | PO # | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 8168565** | 22-Oct-18 | 21-Nov-18 | 10198013 | POEF-1/Garland | $9,524.41 | $7,301.41 |
| 8217356 | 8-Feb-19 | 10-Mar-19 | 10198013 | POEF-1/Garland | $9,524.41 | $9,524.41 |
| 8217287 | 8-Feb-19 | 10-Mar-19 | 10198013 | POEF-1/Garland | $9,524.41 | $9,524.41 |
| 8233125 | 8-Mar-19 | 7-Apr-19 | 10198013 | POEF-1/Garland | $9,524.41 | $9,524.41 |
| 8232978 | 8-Mar-19 | 7-Apr-19 | 10198013 | POEF-1/Garland | $9,524.41 | $9,524.41 |
| Subtotal | | | | | | $45,399.05 |

## ORACLE DATABASE

| Invoice Number | Invoice Date | Due Date | Conract Number | PO # | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 44374608 | 29-Sep-18 | 29-Oct-18 | | PO773126 | $10,679.47 | $10,679.47 |
| 44379283 | 5-Oct-18 | 4-Nov-18 | | PO773126 | $10,481.36 | $10,481.36 |
| 44379284 | 5-Oct-18 | 4-Nov-18 | | PO770411 | $101,494.44 | $101,494.44 |
| 44379286 | 5-Oct-18 | 4-Nov-18 | | PO773864 | $6,980.09 | $6,980.09 |
| 44379287 | 5-Oct-18 | 4-Nov-18 | | PO770555 | $25,296.65 | $25,296.65 |
| 44379368 | 5-Oct-18 | 4-Nov-18 | | PO770555 | $11,087.06 | $11,087.06 |
| 44379387 | 5-Oct-18 | 4-Nov-18 | | PO770555 | $2,164.57 | $2,164.57 |
| 44379398 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $6,747.43 | $6,747.43 |
| 44379399 | 5-Oct-18 | 4-Nov-18 | | PO770555 | $12,752.00 | $12,752.00 |
| 44379404 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $13,765.79 | $13,765.79 |
| 44379406 | 5-Oct-18 | 4-Nov-18 | | PO773126 | $4,709.95 | $4,709.95 |
| 44379407 | 5-Oct-18 | 4-Nov-18 | | PO773126 | $16,552.06 | $16,552.06 |
| 44379408 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $35,338.80 | $35,338.80 |
| 44379426 | 5-Oct-18 | 4-Nov-18 | | PO770461 | $233,596.71 | $233,596.71 |
| 44379441 | 5-Oct-18 | 4-Nov-18 | | PO773126 | $15,078.37 | $15,078.37 |
| 44379443 | 5-Oct-18 | 4-Nov-18 | | PO770555 | $24,243.22 | $24,243.22 |
| 44379448 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $12,119.61 | $12,119.61 |
| 44379449 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $24,105.01 | $24,105.01 |
| 44379462 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $63,351.96 | $63,351.96 |
| 44379479 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $120,497.34 | $120,497.34 |
| 44379480 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $98,155.95 | $98,155.95 |
| 44379481 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $100,806.51 | $100,806.51 |
| 44379482 | 5-Oct-18 | 4-Nov-18 | | PO770555 | $7,698.78 | $7,698.78 |
| 44379490 | 5-Oct-18 | 4-Nov-18 | | PO774262 | $17,866.03 | $17,866.03 |
| 44379558 | 5-Oct-18 | 4-Nov-18 | | PO770555 | $3,096.26 | $3,096.26 |
| 44379565 | 5-Oct-18 | 4-Nov-18 | | PO770461 | $8,662.64 | $8,662.64 |
| 44379572 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $24,290.70 | $24,290.70 |
| 44379578 | 5-Oct-18 | 4-Nov-18 | | PO770449 | $28,003.00 | $28,003.00 |
| 44379584 | 5-Oct-18 | 4-Nov-18 | | PO770555 | $45,796.73 | $45,796.73 |
| 44379585 | 5-Oct-18 | 4-Nov-18 | | PO773126 | $27,818.76 | $27,818.76 |
| 44379607 | 5-Oct-18 | 4-Nov-18 | | PO770555 | $13,253.67 | $13,253.67 |
| 44379610 | 5-Oct-18 | 4-Nov-18 | | PO770555 | $9,592.62 | $9,592.62 |
| 44379626 | 5-Oct-18 | 4-Nov-18 | | PO770410 | $34,780.83 | $34,780.83 |
| 44658716 | 8-Jul-19 | 7-Aug-19 | | PO773126 | $344.52 | $344.52 |
| | | | | Subtotal | | $1,171,208.89 |
| | | | | Admin Total: | | $2,528,521.60 |

**These invoices were prorated from the petition date based on the services period