UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| Fill in this information to identify the case (Select only one Debtor per claim form): | | | |
|---|---|---|---|
| ☒ Sears Holdings Corporation (18-23538) | MaxServ, Inc. (18-23550) | Wally Labs LLC (18-23563) | Kmart of Michigan, Inc. (18-23576) |
| Sears, Roebuck and Co. (18-23537) | Private Brands, Ltd. (18-23551) | Big Beaver of Florida Development, LLC (18-23564) | SHC Desert Springs, LLC (18-23577) |
| Kmart Holding Corporation (18-23539) | Sears Development Co. (18-23552) | California Builder Appliances, Inc. (18-23565) | SOE, Inc. (18-23578) |
| Kmart Operations LLC (18-23540) | Sears Holdings Management Corporation (18-23553) | Florida Builder Appliances, Inc. (18-23566) | StarWest, LLC (18-23579) |
| Sears Operations LLC (18-23541) | Sears Home & Business Franchises, Inc. (18-23554) | KBL Holding Inc. (18-23567) | STI Merchandising, Inc. (18-23580) |
| ServiceLive, Inc. (18-23542) | Sears Home Improvement Products, Inc. (18-23555) | KLC, Inc. (18-23568) | Troy Coolidge No. 13, LLC (18-23581) |
| A&E Factory Service, LLC (18-23543) | Sears Insurance Services, L.L.C. (18-23556) | Sears Protection Company (Florida), L.L.C. (18-23569) | BlueLight.com, Inc. (18-23582) |
| A&E Home Delivery, LLC (18-23544) | Sears Procurement Services, Inc. (18-23557) | Kmart of Washington LLC (18-23570) | Sears Brands, L.L.C. (18-23583) |
| A&E Lawn & Garden, LLC (18-23545) | Sears Protection Company (18-23558) | Kmart Stores of Illinois LLC (18-23571) | Sears Buying Services, Inc. (18-23584) |
| A&E Signature Service, LLC (18-23546) | Sears Protection Company (PR) Inc. (18-23559) | Kmart Stores of Texas LLC (18-23572) | Kmart.com LLC (18-23585) |
| FBA Holdings Inc. (18-23547) | Sears Roebuck Acceptance Corp. (18-23560) | MyGofer LLC (18-23573) | Sears Brands Management Corporation (18-23586) |
| Innovel Solutions, Inc. (18-23548) | Sears, Roebuck de Puerto Rico, Inc. (18-23561) | Sears Brands Business Unit Corporation (18-23574) | |
| Kmart Corporation (18-23549) | SYW Relay LLC (18-23562) | Sears Holdings Publishing Company, LLC (18-23575) | |

## Modified Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| 1. Who is the current creditor? | HK Sino-Thai Trading Company Ltd., |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ☒ No |
|---|---|
| | ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | | |
| | Contact phone 0086 13801992085 | Contact phone |
| | Contact email darren.yang@hksino-thai.com | Contact email |

| 4. Does this claim amend one already filed? | ☒ No | |
|---|---|---|
| | ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |

**Claim Number: 1060**                           Proof of Claim                           page 1

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

| | |
|---|---|
| 7. **How much is the claim?** | $ 401,739.22 _____. **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information. |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☑ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ more than 2850 |
| ☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ more than 12,850 |
| ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 70,000 |
| ☑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ 4000 |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $ paying yarn suppliers |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**

$ 318,718.62

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Yang zhaoyuan*
Yang Zhaoyuan (Oct 17, 2018)

**Email:**  darren.yang@hksino-thai.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Zhaoyuan Yang |
| | First name        Middle name        Last name |
| Title | The General Manager |
| Company | HK Sino-Thai Trading Company Ltd. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | Room 704, Ming De International Plaza, No. 158 Min De Road |
| | Number        Street |
| | Shanghai        200070 |
| | City        State        ZIP Code |
| Contact phone | 0086 13801992085        Email  darren.yang@hksino-thai.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do __not__ have supporting documentation.

📎 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

<u>Modified Form 410</u>

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                   12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

---

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
18 U.S.C. §§ 152, 157 and 3571.

---

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

**Do not file these instructions with your form**

Hk Sino-Thai Trading Co., Ltd.

| Invoice no. | Amount |
|---|---|
| 201820843241 | $18,370.08 |
| 201820844938 | $19,849.68 |
| 201820846982 | $12,414.14 |
| 201820847306 | $10,095.84 |
| 201820875124 | $8,223.76 |
| 201820875652 | $14,956.80 |
| 201820876088 | $15,686.40 |
| 201820962175 | $17,051.61 |
| 201821018462 | $17,789.19 |
| 201821149902 | $78,821.50 |
| 201821191941 | $81,908.50 |
| 201821434437 | $23,551.12 |
| 201821516519 | $12,485.46 |
| 201821516228 | $11,932.73 |
| 201821931794 | $29,279.22 |
| 201822155330 | $13,796.15 |
| 201822160354 | $15,527.04 |
| Total | $401,739.22 |

# COMMERCIAL INVOICE

**DATE:** August 01, 2018

**INVOICE NO.:** 201820843241

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

STYLE# LS8AT12395MI
DESCRIPTION: LADIES ATH 10PK LOW CUTLINER KNIT SOCKS
COLOR: WHITE/WHITE W/ASSORTED HT
-
FABRICATION: KNITTED 98% POLYESTER 2% SPANDEX, 144N
-
PRODUCT CLASSIFICATION: IT IS LADIES KNIT SOCKS
SIZE: OSFM, NO TRIMS
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2R15 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LS7AT12395MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**      104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.**      CNSINSTAMAA

**PAYMENT TERM**      Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**      OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 419 | 15,084 | PIECES | 18,370.08   USD |

TOTAL US DOLLARS EIGHTEEN THOUSAND THREE HUNDRED SEVENTY DOLLARS AND EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 38 of 38

**DATE:** August 01, 2018

**INVOICE NO.:** 201820844938

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

STYLE# LS8AT12395MI
DESCRIPTION: LADIES ATH 10PK LOW CUTLINER KNIT SOCKS
COLOR: WHITE/WHITE W/ASSORTED HT
-
FABRICATION: KNITTED 98% POLYESTER 2% SPANDEX, 144N
-
PRODUCT CLASSIFICATION: IT IS LADIES KNIT SOCKS
SIZE: OSFM, NO TRIMS
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2R15 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LS7AT12395MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**   104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**   CNSINSTAMAA

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 450 | 16,200 | PIECES | 19,849.68   USD |

TOTAL US DOLLARS NINETEEN THOUSAND EIGHT HUNDRED FORTY-NINE DOLLARS AND SIXTY-EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** August 01, 2018

**INVOICE NO.:** 201820846982

9980
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China       **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SY6674 | BIG BOY/BI NAVY RED | | 166 | 166 | 34.800 USD | 5,776.80 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 310062536628 | | | | ( 166 ctns ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 629 | | | | | | |
| SEARS ITEM/SKU | 03226/ | | | | | | |
| | | STYLE: BH8JB31397BB SEARS// JOE BOXER// BOYS HOISERY DES: BIG BOY 2ACPK  CHRISTMAS CREW SOCK FIBER: 69% COTTON 30% POLEYSTER 1% SPANDEX KNITTED | | | | | |
| | CONTRACT NO. | SY6674 | REFERENCE NO. | 801C | | | |
| | DC CODE | CCD | DEPARTMENT NO. | 034 | | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 9980 | | | |
| | VENDOR ITEM CODE | BH8JB31397BB | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 332 | | | |
| | FACTORY NO. | 104617 | | | | | |
| | SINO STAR MAANSHAN HOSIERY CO LTD | | | | | | |
| | TAIBAI RD(W),DANGTU DEVELOPMENT DIS | | | | | | |
| | MA AN SHAN | | | | | | |
| | ANHUI | | | | | | |
| | China | | | | | | |
| | FTY MID NO. | CNSINSTAMAA | | | | | |
| SEARS | SY6675 | BIG BOY/BI NAVY RED | | 166 | 166 | 19.992 USD | 3,318.67 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 030062527445 | | | | ( 166 ctns ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 629 | | | | | | |
| SEARS ITEM/SKU | 32233/ | | | | | | |
| | | STYLE: GH8JB03395BG SEARS// JOE BOXER// GIRLS HOISERY DES: BIG GIRL 2PACK  CHRISTMAS CREW SOCK NET SOCKS, NO TRIM, NO LACE. FIBER: 69% COTTON 30% POLEYSTER 1% SPANDEX ( KNITTED) | | | | | |
| | CONTRACT NO. | SY6675 | REFERENCE NO. | 801C | | | |
| | DC CODE | CCD | DEPARTMENT NO. | 034 | | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 9980 | | | |
| | VENDOR ITEM CODE | GH8JB03395BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 332 | | | |
| | FACTORY NO. | 104617 | | | | | |

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** August 01, 2018

**INVOICE NO.:** 201820846982

9980
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| SEARS | SY6676 | BIG BOY/BI GREY WHITE | | 166 | 166 | 19.992 USD | 3,318.67 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 030062527700

**MADE IN** CHINA (MAINLAND)          ( 166 ctns )

**CONTENTS** 1  ASSORTMENT

**SEARS DIV** 629

**SEARS ITEM/SKU** 03224/

STYLE: GH8JB03396BG
SEARS// JOE BOXER// GIRLS HOISERY
DES: BIG BOY/BIG GIRL 2PK XMAS CREW SOCK
NET SOCKS, NO TRIM, NO LACE.
FIBER: 69% COTTON 30% POLYESTER 1% SPX

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SY6676 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9980 |
| **VENDOR ITEM CODE** | GH8JB03396BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 332 |

**FACTORY NO.** 104617

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 498 | 498 | ASSORTMENTS | 12,414.14  USD |

**TOTAL US DOLLARS TWELVE THOUSAND FOUR HUNDRED FOURTEEN DOLLARS AND FOURTEEN CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** August 01, 2018

**INVOICE NO.:** 201820846982

9980
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** August 01, 2018

**INVOICE NO.:** 201820847306

9980
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| SEARS | SY6674 | BIG BOY/BI NAVY RED | | 135 | 135 | 34.800  USD | 4,698.00  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 310062536628 | | | | ( 135 CTNS ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 629 | | | | | | |
| SEARS ITEM/SKU | 03226/ | | | | | | |
| | | STYLE: BH8JB31397BB SEARS// JOE BOXER// BOYS HOISERY DES: BIG BOY 2ACPK  CHRISTMAS CREW SOCK FIBER: 69% COTTON 30% POLEYSTER 1% SPANDEX KNITTED | | | | | |
| | CONTRACT NO. | SY6674 | REFERENCE NO. | 801P | | | |
| | DC CODE | PCD | DEPARTMENT NO. | 034 | | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 9980 | | | |
| | VENDOR ITEM CODE | BH8JB31397BB | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 332 | | | |
| | FACTORY NO. | 104617 | | | | | |
| | SINO STAR MAANSHAN HOSIERY CO LTD | | | | | | |
| | TAIBAI RD(W),DANGTU DEVELOPMENT DIS | | | | | | |
| | MA AN SHAN | | | | | | |
| | ANHUI | | | | | | |
| | China | | | | | | |
| | FTY MID NO. | CNSINSTAMAA | | | | | |
| SEARS | SY6675 | BIG BOY/BI NAVY RED | | 135 | 135 | 19.992  USD | 2,698.92  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 030062527445 | | | | ( 135 CTNS ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 629 | | | | | | |
| SEARS ITEM/SKU | 32233/ | | | | | | |
| | | STYLE: GH8JB03395BG SEARS// JOE BOXER// GIRLS HOISERY DES: BIG GIRL 2PACK  CHRISTMAS CREW SOCK NET SOCKS, NO TRIM, NO LACE. FIBER: 69% COTTON 30% POLEYSTER 1% SPANDEX ( KNITTED) | | | | | |
| | CONTRACT NO. | SY6675 | REFERENCE NO. | 801P | | | |
| | DC CODE | PCD | DEPARTMENT NO. | 034 | | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 9980 | | | |
| | VENDOR ITEM CODE | GH8JB03395BG | COUNTRY OF ORIGIN | CHINA (MAINLAND) | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 332 | | | |
| | FACTORY NO. | 104617 | | | | | |

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** August 01, 2018

**INVOICE NO.:** 201820847306

9980
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China   **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**            CNSINSTAMAA

| SEARS | SY6676 | BIG BOY/BI GREY WHITE | 135 CARTONS | 135 AST | 19.992 USD AST | 2,698.92 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 030062527700 | | ( 135 CTNS ) | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 629 | | | | | |
| **SEARS ITEM/SKU** | 03224/ | | | | | |

STYLE: GH8JB03396BG
SEARS// JOE BOXER// GIRLS HOISERY
DES: BIG BOY/BIG GIRL 2PK XMAS CREW SOCK
NET SOCKS, NO TRIM, NO LACE.
FIBER: 69% COTTON 30% POLYESTER 1% SPX

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SY6676 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 034 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9980 |
| **VENDOR ITEM CODE** | GH8JB03396BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 332 |

**FACTORY NO.**            104617

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**            CNSINSTAMAA

**PAYMENT TERM**            Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**            OPEN ACCOUNT

**LC#**            NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 405 | 405 | ASSORTMENTS | 10,095.84  USD |

TOTAL US DOLLARS TEN THOUSAND NINETY-FIVE DOLLARS AND EIGHTY-FOUR CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** August 01, 2018

**INVOICE NO.:** 201820847306

9980
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** August 06, 2018

**INVOICE NO.:** 201820875124

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YET | BIG BOY / BIG GIRL 2PK XMAS CREW SOCK | 111 | 111 | 34.104  USD | 3,785.54  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 210059219956 | | | ( 111 CTNS ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

STYLE# BH8NB21535BB
DESCRIPTION: BIG BOY/BIG GIRL NO BRAND 2PK XMAS CREW SOCK
COLOR: NAVY RED
-
FABRICATION: 30% POLYESTER, 69% COTTON, 1% SPANDEX
-
PRODUCT CLASSIFICATION: IT IS BIG BOYS KNIT SOCKS, SIZE: 6-8.5, 9-11 NO TRIM
PRODUCT CLASSIFICATION: IT IS BIG GIRL KNIT SOCKS, SIZE: 6-8.5, 9-11 NO TRIM
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YET | **REFERENCE NO.** | 801W |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | BH8NB21535BB | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.** CNSINSTAMAA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YEU | BIG BOY/BIG GIRL 2PKXMAS CREW SOCK | 111 | 111 | 19.992  USD | 2,219.11  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 140059215665 | | | ( 111 CTNS ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

STYLE# GH8NB14533BG
DESCRIPTION: BIG BOY/BIG GIRL NO BRAND 2PK XMAS CREW SOCK
COLOR: NAVY RED
-
FABRICATION: 30% POLYESTER, 69% COTTON, 1% SPANDEX
-
PRODUCT CLASSIFICATION: IT IS BIG BOY KNIT SOCKS, SIZE: 6-8.5, 9-11 NO TRIM
PRODUCT CLASSIFICATION: IT IS BIG GIRL KNIT SOCKS, SIZE: 6-8.5, 9-11 NO TRIM
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YEU | **REFERENCE NO.** | 801W |
| **DC CODE** | WCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | GH8NB14533BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 104617

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** August 06, 2018

**INVOICE NO.:** 201820875124

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.**       CNSINSTAMAA

| KMART | B2YEU | BIG BOY/BIG GIRL 2PK2PK XMAS CREW SOCK | 111 | 111 | 19.992 USD | 2,219.11 USD |
|-------|-------|------|------|------|------|------|
| | | | CARTONS | AST | AST | |

**ITEM:**          140059219741
**MADE IN**       CHINA (MAINLAND)          ( 111  CTNS )
**CONTENTS**    1  ASSORTMENT

STYLE# GH8NB14534BG
DESCRIPTION: BIG BOY/BIG GIRL NO BRAND 2PK XMAS CREW SOCK
COLOR: GREY WHITE
-
FABRICATION: 30% POLYESTER, 69% COTTON, 1% SPANDEX
-
PRODUCT CLASSIFICATION: IT IS BIG BOY KNIT SOCKS, SIZE: 6-8.5, 9-11 NO TRIM
PRODUCT CLASSIFICATION: IT IS BIG GIRL KNIT SOCKS, SIZE: 6-8.5, 9-11 NO TRIM
-
-

| **CONTRACT NO.** | B2YEU | **REFERENCE NO.** | 801W |
|---|---|---|---|
| **DC CODE** | WCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | GH8NB14534BG | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**       104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.**       CNSINSTAMAA

**PAYMENT TERM**       Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**       OPEN ACCOUNT
**LC#**       NO LC

| | **QUANTITY (CARTONS)** | **QUANTITY (INVOICE UNITS)** | | **AMOUNT (US$)** |
|---|---|---|---|---|
| **TOTAL INVOICE** | 333 | 333 | ASSORTMENTS | 8,223.76  USD |

TOTAL US DOLLARS EIGHT THOUSAND TWO HUNDRED TWENTY-THREE DOLLARS AND SEVENTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** August 06, 2018

**INVOICE NO.:** 201820875124

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China        **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 1 of 5

**DATE:** August 08, 2018

**INVOICE NO.:** 201820875652

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China         **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2YA4 | SUPERSOFT TIGHTS S/M BLACK | | | 62 | 1,488 | 1.900 USD | 2,827.20 USD |
| | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 170097413538 | | | | | ( 1,488 pcs ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 24 PIECES | | | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: BLACK
-
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: S/M
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**          104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.**          CNSINSTAMAA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| KMART | B2YA4 | SUPERSOFT TIGHTS M/L BLACK | | | 62 | 1,488 | 1.900 USD | 2,827.20 USD |
| | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 170097413546 | | | | | ( 1,488 pcs ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | | |
| CONTENTS | 24 PIECES | | | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: BLACK
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: M/L

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**          104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI

# COMMERCIAL INVOICE

Page 2 of 5

**DATE:** August 08, 2018

**INVOICE NO.:** 201820875652

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China  **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**   CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS L/XL BLACK | | 62 | 1,488 | 1.900  USD | 2,827.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 170097413553 | | | | ( 1,488  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: BLACK
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: L/XL

| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**   104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**   CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS 1X/2X BLACK | | 62 | 1,488 | 1.900  USD | 2,827.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 170097413561 | | | | ( 1,488  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: BLACK
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: 1X/2X

| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**   104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI

# COMMERCIAL INVOICE

Page 3 of 5

**DATE:** August 08, 2018

**INVOICE NO.:** 201820875652

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**    CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS S/M GRAY SPACE DYE | 20 CARTONS | 480 PIECES | 1.900 USD PIECES | 912.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 170097413587

**MADE IN** CHINA (MAINLAND)    ( 480 pcs )

**CONTENTS** 24 PIECES

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: GREY SPACE DYE
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: S/M

| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**    104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**    CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS M/L GRAY SPACE DYE | 20 CARTONS | 480 PIECES | 1.900 USD PIECES | 912.00 USD |
|---|---|---|---|---|---|---|

**ITEM:** 170097413595

**MADE IN** CHINA (MAINLAND)    ( 480 pcs )

**CONTENTS** 24 PIECES

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: GREY SPACE DYE
-
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: M/L
-
-

| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**    104617

# COMMERCIAL INVOICE

Page 4 of 5

**DATE:** August 08, 2018

**INVOICE NO.:** 201820875652

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
FTY MID NO.          CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS L/XL GRAY SPACE DYE | | 20 CARTONS | 480 PIECES | 1.900  USD PIECES | 912.00  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 170097413603 | | | | ( 480 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: GRAY SPACE DYE
-
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: L/XL
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**          104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
FTY MID NO.          CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS 1X/2X GRAY SPACE DY | | 20 CARTONS | 480 PIECES | 1.900  USD PIECES | 912.00  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 170097413611 | | | | ( 480 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: GRAY SPACE DYE
-
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: 1X/2X
-

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** August 08, 2018

**INVOICE NO.:** 201820875652

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**     104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**     CNSINSTAMAA

**PAYMENT TERM**         Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**         OPEN ACCOUNT

**LC#**         NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 328 | 7,872 | PIECES | 14,956.80   USD |

**TOTAL US DOLLARS FOURTEEN THOUSAND NINE HUNDRED FIFTY-SIX DOLLARS AND EIGHTY CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 1 of 5

**DATE:** August 08, 2018

**INVOICE NO.:** 201820876088

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China  **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YA4 | SUPERSOFT TIGHTS S/M BLACK | 65 | 1,560 | 1.900 USD | 2,964.00 USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 170097413538 | | | ( 1,560 PCS ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 24 PIECES | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: BLACK
-
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: S/M
-

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YA4 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 030 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9979 |
| VENDOR ITEM CODE | LF8NB17492MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 632 |

FACTORY NO.        104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.**        CNSINSTAMAA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2YA4 | SUPERSOFT TIGHTS M/L BLACK | 65 | 1,560 | 1.900 USD | 2,964.00 USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 170097413546 | | | ( 1,560 PCS ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 24 PIECES | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: BLACK
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: M/L

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2YA4 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 030 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9979 |
| VENDOR ITEM CODE | LF8NB17492MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 632 |

FACTORY NO.        104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI

# COMMERCIAL INVOICE

**DATE:** August 08, 2018

**INVOICE NO.:** 201820876088

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS L/XL BLACK | | 65 CARTONS | 1,560 PIECES | 1.900  USD PIECES | 2,964.00  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 170097413553 | | | | ( 1,560  PCS ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: BLACK
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: L/XL

| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**          104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS 1X/2X BLACK | | 65 CARTONS | 1,560 PIECES | 1.900  USD PIECES | 2,964.00  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 170097413561 | | | | ( 1,560  PCS ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: BLACK
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: 1X/2X

| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**          104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI

# COMMERCIAL INVOICE

Page 3 of 5

**DATE:** August 08, 2018

**INVOICE NO.:** 201820876088

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**    CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS S/M GRAY SPACE DYE | | 21 | 504 | 1.900  USD | 957.60  USD |
|-------|-------|-------|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 170097413587

**MADE IN** CHINA (MAINLAND)    ( 504 PCS )

**CONTENTS** 24 PIECES

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: GREY SPACE DYE
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: S/M

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**    104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**    CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS M/L GRAY SPACE DYE | | 21 | 504 | 1.900  USD | 957.60  USD |
|-------|-------|-------|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

**ITEM:** 170097413595

**MADE IN** CHINA (MAINLAND)    ( 504 PCS )

**CONTENTS** 24 PIECES

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: GREY SPACE DYE
-
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: M/L
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**    104617

# COMMERCIAL INVOICE

Page 4 of 5

**DATE:** August 08, 2018

**INVOICE NO.:** 201820876088

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**   CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS L/XL GRAY SPACE DYE | | 21 CARTONS | 504 PIECES | 1.900 USD PIECES | 957.60 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 170097413603 | | | | ( 504 PCS ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: GRAY SPACE DYE
-
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: L/XL
-

| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**   104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**   CNSINSTAMAA

| KMART | B2YA4 | SUPERSOFT TIGHTS 1X/2X GRAY SPACE DY | | 21 CARTONS | 504 PIECES | 1.900 USD PIECES | 957.60 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 170097413611 | | | | ( 504 PCS ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LF8NB17492MI - LADIES NO BRAND SUPERSOFT TIGHTS
COLOR: GRAY SPACE DYE
-
FABRICATION: 74% VISCOSE, 23% NYLON, 1% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADIES KNIT TIGHTS
SIZE: 1X/2X
-

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** August 08, 2018

**INVOICE NO.:** 201820876088

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YA4 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LF8NB17492MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.** 104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.** CNSINSTAMAA

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 344 | 8,256 | PIECES | 15,686.40  USD |

TOTAL US DOLLARS FIFTEEN THOUSAND SIX HUNDRED EIGHTY-SIX DOLLARS AND FORTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 24 of 24

**DATE:** August 15, 2018

**INVOICE NO.:** 201820962175

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China   **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TRIM
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGB | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |
| **FACTORY NO.** | 104617 | | |

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**   CNSINSTAMAA

| | |
|---|---|
| **PAYMENT TERM** | Open Acct |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,037 | 28,140 | PIECES | 17,051.61 USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND FIFTY-ONE DOLLARS AND SIXTY-ONE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 24 of 24

**DATE:** August 15, 2018

**INVOICE NO.:** 201821018462

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TRIM
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGB | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.** CNSINSTAMAA

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

**LC#** NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,080 | 29,328 | PIECES | 17,789.19  USD |

**TOTAL US DOLLARS SEVENTEEN THOUSAND SEVEN HUNDRED EIGHTY-NINE DOLLARS AND NINETEEN CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 1 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 ELF | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 300085176337 | | | | ( 9,192 pcs ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - LEF
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |
| **FACTORY NO.** | 104617 | | | |

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

| **FTY MID NO.** | CNSINSTAMAA |
|---|---|

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 REINDEER SCARF | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 300085176345 | | | | ( 9,192 pcs ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - REINDEER SCARF
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |
| **FACTORY NO.** | 104617 | | | |

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 DANCING REINDEE | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085176352 | | | ( 9,192  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - DANCING REINDEER
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**          104617

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 TOASTY PENGUIN | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085177350 | | | ( 9,192  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - TOASTY PENGUIN
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**      104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**      CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 TOASTY POLAR BE | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085177384 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - TOASTY POLAR BEAR
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**      104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**      CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 CHRISTMAS TREE | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085177392 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - CHRISTMAS TREE TOSS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SIZE: 9-11, NO TREIM
-

| CONTRACT NO. | B2YGA | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 030 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9979 |
| VENDOR ITEM CODE | LH8NB30531MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 632 |

**FACTORY NO.**          104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 YORKIE SWEATER | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 300085201119 | | | | ( 9,192 pcs ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - YORKIE SWEATER

FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| CONTRACT NO. | B2YGA | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 030 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9979 |
| VENDOR ITEM CODE | LH8NB30531MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 632 |

**FACTORY NO.**          104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 POLAR BEAR FAIR | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 300085207355 | | | | ( 9,192 pcs ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 24 PIECES | | | | | | |

DESCRIPTION:

# COMMERCIAL INVOICE

Page 5 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China      **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

LH8NB30531MI
CHRISTMAS SINGLE CREW - POLAR BEAR FAIR ISLE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| CONTRACT NO. | B2YGA | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 030 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9979 |
| VENDOR ITEM CODE | LH8NB30531MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 632 |

FACTORY NO.      104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

FTY MID NO.      CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 SANTA PAWS | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 300085215705 | | | | ( 9,192 pcs ) | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SANTA PAWS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| CONTRACT NO. | B2YGA | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 030 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9979 |
| VENDOR ITEM CODE | LH8NB30531MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 632 |

FACTORY NO.      104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

FTY MID NO.      CNSINSTAMAA

# COMMERCIAL INVOICE

Page 6 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 WALRUS STRIPE | | 383 CARTONS | 9,192 PIECES | 0.343  USD PIECES | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 300085239549 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - WALRUS STRIPE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**         104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**         CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 SANTA CHRISTMAS | | 383 CARTONS | 9,192 PIECES | 0.343  USD PIECES | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 300085251924 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SANTA CHRISTMAS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**         104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI

# COMMERCIAL INVOICE

Page 7 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**   CNSINSTAMAA

---

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 HOLIDAY PRESENT | 383 | 9,192 | 0.343 USD | 3,152.86 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085260891 | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - HOLIDAY PRESENTS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**   104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.**   CNSINSTAMAA

---

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 REINDEER FAIR I | 383 | 9,192 | 0.343 USD | 3,152.86 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283083 | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - REINDEER FAIR I
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**   104617

# COMMERCIAL INVOICE

Page 8 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 OWL SNOWFLAKE | | 383 CARTONS | 9,192 PIECES | 0.343 USD PIECES | 3,152.86 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 300085283125 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - OWL SNOWFLAKE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**          104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 WINKY REINDEER | | 383 CARTONS | 9,192 PIECES | 0.343 USD PIECES | 3,152.86 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 300085283216 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - WINKY REINDEER
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

# COMMERCIAL INVOICE

Page 9 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**    104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**    CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 SKI PENGUIN | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283224 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SKI PENGUIN
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**    104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**    CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 SANTA FACE | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283232 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SANTA FACE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SIZE: 9-11, NO TREIM
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**      104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**      CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 CHRISTMAS TREE | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283257 | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - CHRISTMAS TREE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**      104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**      CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 CHRISTMAS LIGHT | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283265 | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |

DESCRIPTION:

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

LH8NB30531MI
CHRISTMAS SINGLE CREW - CHRISTMAS LIGHTS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**     104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**     CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 SNOWFLAKE TOSS | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283299 | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SNOWFLAKE TOSS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**     104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**     CNSINSTAMAA

# COMMERCIAL INVOICE

Page 12 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 GINGERBREAD LOV | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283315 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - GINGERBREAD LOV
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 SNOWMAN | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283323 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SNOWMAN
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI

# COMMERCIAL INVOICE

Page 13 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**   Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 CANDY CANE | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085310159 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - CANDY CANE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 PENGUIN FAIR IS | | 383 | 9,192 | 0.343  USD | 3,152.86  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085310829 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - PENGUIN FAIR ISLE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          104617

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China     **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 LLAMA | | 383 CARTONS | 9,192 PIECES | 0.343 USD PIECES | 3,152.86 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 300085313872 | | | | ( 9,192 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - LLAMA
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| **PAYMENT TERM** | Open Acct |
|---|---|
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 9,575 | 229,800 | PIECES | 78,821.50 USD |

TOTAL US DOLLARS SEVENTY-EIGHT THOUSAND EIGHT HUNDRED TWENTY-ONE DOLLARS AND FIFTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 15 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821149902

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 1 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 ELF | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085176337 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| | | DESCRIPTION: LH8NB30531MI CHRISTMAS SINGLE CREW - LEF - FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX PRODUCT CLASSIFICATION: IT IS LADES SOCK SIZE: 9-11, NO TREIM - | | | | | |
| | **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P | | | |
| | **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | | | |
| | **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | | | |
| | **FACTORY NO.** | 104617 | | | | | |
| | SINO STAR MAANSHAN HOSIERY CO LTD | | | | | | |
| | TAIBAI RD(W),DANGTU DEVELOPMENT DIS | | | | | | |
| | MA AN SHAN | | | | | | |
| | ANHUI | | | | | | |
| | China | | | | | | |
| | **FTY MID NO.** | CNSINSTAMAA | | | | | |
| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 REINDEER SCARF | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085176345 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |
| | | DESCRIPTION: LH8NB30531MI CHRISTMAS SINGLE CREW - REINDEER SCARF - FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX PRODUCT CLASSIFICATION: IT IS LADES SOCK SIZE: 9-11, NO TREIM - | | | | | |
| | **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P | | | |
| | **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | | | |
| | **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | | | |
| | **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | | |
| | **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | | | |
| | **FACTORY NO.** | 104617 | | | | | |

# COMMERCIAL INVOICE

Page 2 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 DANCING REINDEE | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|-------|-------|------------------------------------------|-----|-------|------------|----------------|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085176352 | | | ( 9,552  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - DANCING REINDEER
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
|------------------|-------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**          104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 TOASTY PENGUIN | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|-------|-------|------------------------------------------|-----|-------|------------|----------------|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085177350 | | | ( 9,552  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24  PIECES | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - TOASTY PENGUIN
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**       104617

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**       CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 TOASTY POLAR BE | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085177384 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - TOASTY POLAR BEAR
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**       104617

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**       CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 CHRISTMAS TREE | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085177392 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - CHRISTMAS TREE TOSS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK

# COMMERCIAL INVOICE

Page 4 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**          104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 YORKIE SWEATER | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085201119 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - YORKIE SWEATER

FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**          104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 POLAR BEAR FAIR | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085207355 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:

# COMMERCIAL INVOICE

Page 5 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB China

LH8NB30531MI
CHRISTMAS SINGLE CREW - POLAR BEAR FAIR ISLE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**   104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**   CNSINSTAMAA

| **KMART** | B2YGA | CHRISTMAS SINGLE CRE9 11 SANTA PAWS | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085215705 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SANTA PAWS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**   104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**   CNSINSTAMAA

# COMMERCIAL INVOICE

Page 6 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China        **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 WALRUS STRIPE | | 398 CARTONS | 9,552 PIECES | 0.343  USD PIECES | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 300085239549 | | | | ( 9,552  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - WALRUS STRIPE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | | |

**FACTORY NO.**        104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**        CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 SANTA CHRISTMAS | | 398 CARTONS | 9,552 PIECES | 0.343  USD PIECES | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 300085251924 | | | | ( 9,552  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SANTA CHRISTMAS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | | |

**FACTORY NO.**        104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL
PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 HOLIDAY PRESENT | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085260891 | | | | ( 9,552  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - HOLIDAY PRESENTS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**          104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 REINDEER FAIR I | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283083 | | | | ( 9,552  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - REINDEER FAIR I
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**          104617

# COMMERCIAL INVOICE

Page 8 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 OWL SNOWFLAKE | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|-------|-------|----------------------------------------|-----|-------|-----------|--------------|
|       |       |                                        | CARTONS | PIECES | PIECES | |

**ITEM:**          300085283125

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**          24  PIECES

( 9,552  pcs )

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - OWL SNOWFLAKE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
|------------------|-------|-------------------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**          104617

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**          CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 WINKY REINDEER | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|-------|-------|------------------------------------------|-----|-------|-----------|--------------|
|       |       |                                          | CARTONS | PIECES | PIECES | |

**ITEM:**          300085283216

**MADE IN**          CHINA (MAINLAND)

**CONTENTS**          24  PIECES

( 9,552  pcs )

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - WINKY REINDEER
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

# COMMERCIAL INVOICE

Page 9 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**          104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**          CNSINSTAMAA

---

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 SKI PENGUIN | | 398 | 9,552 | 0.343 USD | 3,276.34 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283224 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SKI PENGUIN
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**          104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**          CNSINSTAMAA

---

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 SANTA FACE | | 398 | 9,552 | 0.343 USD | 3,276.34 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283232 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SANTA FACE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

SIZE: 9-11, NO TREIM
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.** 104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.** CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 CHRISTMAS TREE | | 398 | 9,552 | 0.343 USD | 3,276.34 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283257 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - CHRISTMAS TREE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.** 104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.** CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 CHRISTMAS LIGHT | | 398 | 9,552 | 0.343 USD | 3,276.34 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283265 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

LH8NB30531MI
CHRISTMAS SINGLE CREW - CHRISTMAS LIGHTS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.** 104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.** CNSINSTAMAA

| **KMART** | B2YGA | CHRISTMAS SINGLE CRE9 11 SNOWFLAKE TOSS | 398 | 9,552 | 0.343 USD | 3,276.34 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283299 | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SNOWFLAKE TOSS
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.** 104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.** CNSINSTAMAA

# COMMERCIAL INVOICE

Page 12 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 GINGERBREAD LOV | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|-------|-------|------|------|------|------|------|------|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283315 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - GINGERBREAD LOV
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
|------|------|------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**    CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 SNOWMAN | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|-------|-------|------|------|------|------|------|------|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085283323 | | | | ( 9,552 pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - SNOWMAN
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
|------|------|------|------|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

# COMMERCIAL INVOICE

Page 13 of 15

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China

**FTY MID NO.**   CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 CANDY CANE | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085310159 | | | | ( 9,552  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - CANDY CANE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**   CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 PENGUIN FAIR IS | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085310829 | | | | ( 9,552  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 24 PIECES | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - PENGUIN FAIR ISLE
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   104617

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979

HK SINO-THAI TRADING CO LTD

ROOM704, MINGDE INTERNATIONAL PLAZA

NO.158 MINDE ROAD

SHANGHAI

China

**TO:**  KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**    CNSINSTAMAA

| KMART | B2YGA | CHRISTMAS SINGLE CRE9 11 LLAMA | | | 398 | 9,552 | 0.343  USD | 3,276.34  USD |
|-------|-------|-------|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 300085313872 | | | | | ( 9,552  pcs ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 24  PIECES | | | | | | | |

DESCRIPTION:
LH8NB30531MI
CHRISTMAS SINGLE CREW - LLAMA
-
FABRICATION: KNITTED 98% POLYESTER, 2% SPANDEX
PRODUCT CLASSIFICATION: IT IS LADES SOCK
SIZE: 9-11, NO TREIM
-

| **CONTRACT NO.** | B2YGA | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LH8NB30531MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    104617

SINO STAR MAANSHAN HOSIERY CO LTD

TAIBAI RD(W),DANGTU DEVELOPMENT DIS

MA AN SHAN

ANHUI

China

**FTY MID NO.**    CNSINSTAMAA

| **PAYMENT TERM** | Open Acct |
|---|---|
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | OPEN ACCOUNT |
| **LC#** | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 9,950 | 238,800 | PIECES | 81,908.50  USD |

TOTAL US DOLLARS EIGHTY-ONE THOUSAND NINE HUNDRED EIGHT DOLLARS AND FIFTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

**DATE:** August 16, 2018

**INVOICE NO.:** 201821191941

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 14 of 15

**DATE:** September 03, 2018

**INVOICE NO.:** 201821434437

9980
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China       **SHIPPED TO:** Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**       CNSINSTAMAA

| SEARS | SV1114 | ATH LS 6PK LOW CUT LINER BLUE ASST | 14 | 336 | 1.254 USD | 421.34 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 120098117682 | | | ( 336 PCS ) | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 24 PIECES | | | | | |
| **SEARS DIV** | 675 | | | | | |
| **SEARS ITEM/SKU** | 01982/001 | | | | | |

STYLE# LS8AT12402MI ATH LS 6PK LOW CUT LINER
COLOR BLUE ASST
98%POLYESTER 2% SPANDEX EXCLUSIVE OF ELASTIC
PRODUCT CLASSIFICATION: IT IS LADIES KNIT SOCKS
SIZE: OSFM, NO TRIMS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1114 | **REFERENCE NO.** | 801 |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9980 |
| **VENDOR ITEM CODE** | LS8AT12402MI -S | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 |

**FACTORY NO.**       104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.**       CNSINSTAMAA

**PAYMENT TERM**       Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**       OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| **TOTAL INVOICE** | | 539 | 12,936 | PIECES | 23,551.12 USD |

**TOTAL US DOLLARS TWENTY-THREE THOUSAND FIVE HUNDRED FIFTY-ONE DOLLARS AND TWELVE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

Page 15 of 15

**DATE:** September 05, 2018

**INVOICE NO.:** 201821516519

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 314 | 11,304 | PIECES | 12,485.46  USD |

**TOTAL US DOLLARS TWELVE THOUSAND FOUR HUNDRED EIGHTY-FIVE DOLLARS AND FORTY-SIX CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 15 of 15

**DATE:** September 05, 2018

**INVOICE NO.:** 201821516228

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China        **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

**PAYMENT TERM**        Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 300 | 10,800 | PIECES | 11,932.73  USD |

**TOTAL US DOLLARS ELEVEN THOUSAND NINE HUNDRED THIRTY-TWO DOLLARS AND SEVENTY-THREE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| HK SINO-THAI TRADING CO LTD | |
|---|---|
| **EMPLOYEE NAME** | Mavis |
| **EMPLOYEE TITLE** | shipping |

# COMMERCIAL INVOICE

Page 14 of 15

**DATE:** September 17, 2018

**INVOICE NO.:** 201821931794

9980
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China        **SHIPPED TO:**  Wilmington , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**        CNSINSTAMAA

| SEARS | SV1114 | ATH LS 6PK LOW CUT LINER BLUE ASST | 12 CARTONS | 288 PIECES ( 288 pcs ) | 1.254 USD PIECES | 361.15 USD |
|---|---|---|---|---|---|---|

**ITEM:**      120098117682
**MADE IN**      CHINA (MAINLAND)
**CONTENTS**      24  PIECES
**SEARS DIV**      675
**SEARS ITEM/SKU**      01982/001

STYLE# LS8AT12402MI ATH LS 6PK LOW CUT LINER
COLOR BLUE ASST
98%POLYESTER 2% SPANDEX EXCLUSIVE OF ELASTIC
PRODUCT CLASSIFICATION: IT IS LADIES KNIT SOCKS
SIZE: OSFM, NO TRIMS

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SV1114 | **REFERENCE NO.** | 802 | |
| **DC CODE** | SHW | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9980 | |
| **VENDOR ITEM CODE** | LS8AT12402MI -S | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 632 | |

**FACTORY NO.**      104617
SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China
**FTY MID NO.**        CNSINSTAMAA

**PAYMENT TERM**        Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 623 | 14,952 | PIECES | 29,279.22  USD |

**TOTAL US DOLLARS TWENTY-NINE THOUSAND TWO HUNDRED SEVENTY-NINE DOLLARS AND TWENTY-NINE CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

# COMMERCIAL INVOICE

Page 34 of 35

**DATE:** September 26, 2018

**INVOICE NO.:** 201822155330

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China

**SHIPPED TO:** Mira Loma , CA

FOB China

**MODE OF TRANSPORTATION:** Ocean

| KMART | B2XGK | LDS WDE TP CMFT SHRT 2PR NB EXT NVY ASST | 6 CARTONS | 216 PIECES | 0.784 USD PIECES | 169.34 USD |
|---|---|---|---|---|---|---|

**ITEM:** 130032897274

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 36 PIECES

( 216 pcs )

STYLE: LS8BE13471PL
DESCRIPTION: LADIES BE NON BINDING 2PRS KNIT SOCKS PLUS SIZE
COLOR: NAVY ASST
-
FABRICATION: KNITTED 77% COTTON 20% POLYESTER 3% SPANDEX, 200N
-
PRODUCT CLASSIFICATION: IT IS LADIES KNIT SOCKS
SIZE: 10-12, NO TRIMS
-
-

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2XGK | **REFERENCE NO.** | 804C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 030 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 | |
| **VENDOR ITEM CODE** | LS8BE13471PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 332 | |

**FACTORY NO.** 104617

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.** CNSINSTAMAA

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 321 | 11,556 | PIECES | 13,796.15 USD |

TOTAL US DOLLARS THIRTEEN THOUSAND SEVEN HUNDRED NINETY-SIX DOLLARS AND FIFTEEN CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 34 of 35

**DATE:** September 26, 2018

**INVOICE NO.:** 201822160354

9979
HK SINO-THAI TRADING CO LTD
ROOM704, MINGDE INTERNATIONAL PLAZA
NO.158 MINDE ROAD
SHANGHAI

China

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Shanghai, China   **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| KMART | B2XGK | LDS WDE TP CMFT SHRT 2PR NB EXT NVY ASST | 6 | 216 | 0.784 USD | 169.34 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| **ITEM:** | 130032897274 | | ( 216 PCS ) | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 36 PIECES | | | | | |

STYLE: LS8BE13471PL
DESCRIPTION: LADIES BE NON BINDING 2PRS KNIT SOCKS PLUS SIZE
COLOR: NAVY ASST
-
FABRICATION: KNITTED 77% COTTON 20% POLYESTER 3% SPANDEX, 200N
-
PRODUCT CLASSIFICATION: IT IS LADIES KNIT SOCKS
SIZE: 10-12, NO TRIMS
-
-
-

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2XGK | **REFERENCE NO.** | 804P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 030 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9979 |
| **VENDOR ITEM CODE** | LS8BE13471PL | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 332 |
| **FACTORY NO.** | 104617 | | |

SINO STAR MAANSHAN HOSIERY CO LTD
TAIBAI RD(W),DANGTU DEVELOPMENT DIS
MA AN SHAN
ANHUI
China

**FTY MID NO.**   CNSINSTAMAA

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 357 | 12,852 | PIECES | 15,527.04 USD |

TOTAL US DOLLARS FIFTEEN THOUSAND FIVE HUNDRED TWENTY-SEVEN DOLLARS AND FOUR CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.



# Electronic Proof of Claim

Adobe Sign Document History                              10/21/2018

| | |
|---|---|
| Created: | 10/17/2018 |
| By: | TK Claims (tkclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFUEFV3zq-460NxpA6ZZqyRMq48enKckm |

## "Electronic Proof of Claim" History

Widget created by TK Claims (tkclaims@primeclerk.com)
10/17/2018 - 10:26:45 AM EDT

Yang zhaoyuan (darren.yang@hksino-thai.com) uploaded the following supporting documents:
Attachment
10/17/2018 - 11:21:17 AM EDT

Widget filled in by Yang zhaoyuan (darren.yang@hksino-thai.com)
10/17/2018 - 11:21:17 AM EDT- IP address: 14.136.213.2

(User email address provided through API User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14)
AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.0 Safari/605.1.15)
10/17/2018 - 11:21:20 AM EDT- IP address: 14.136.213.2

Signed document emailed to TK Claims (tkclaims@primeclerk.com) and Yang zhaoyuan (darren.yang@hksino-thai.com)
10/17/2018 - 11:21:20 AM EDT