Edward L. Schnitzer
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
T: 212-551-7781
F: 212-599-5085
eschnitzer@mmwr.com

*Attorney for Crossroads Mall, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF
CROSSROADS MALL, LLC'S OBJECTION TO THE
ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASE**

**PLEASE TAKE NOTICE** that pursuant to a Settlement Agreement and Release reached between Transform Leaseco LLC ("Transform") and Crossroad Mall, LLC ("Crossroads"), Crossroads hereby withdraws the *Objection of Crossroads Mall, LLC to the Debtors' Notice of Assumption and Assignment of Additional Designatable Leases* [ECF No. 3506], filed on May 2, 2019, in exchange for Transform releasing and relinquishing with prejudice all rights it otherwise had with regard to such Crossroads lease.

Dated:  November 18, 2019

By */s/ Edward L. Schnitzer*
Edward L. Schnitzer
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
T: 212-551-7781
F: 212-599-5085
eschnitzer@mmwr.com

*Attorney for Crossroads Mall, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019, the foregoing Notice of Withdrawal of Crossroads Mall, LLC's Objection to the Assumption and Assignment of Real Property Lease was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By */s/ Edward L. Schnitzer*
Edward L. Schnitzer
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
T: 212-551-7781
F: 212-599-5085
eschnitzer@mmwr.com

*Attorney for Crossroads Mall, LLC*