# **EXHIBIT A**

## KILLEEN MALL

## EXCLUDED AREA CALCULATIONS - 2019 Reconciliation

| Tenant | TAX | Notes |
|---|---|---|
| **Sears** | | |
| Land Calculation: | | |
| Tax Expense (Lot 1 & 11) | 519,306.23 | |
| Tax Appeals Expense | - | PER LEASE - SEARS DOES NOT |
| | 519,306.23 | PAY FOR TAX APPEALS (10/17/03) |
| Less: Base Amount | (101,195.10) | |
| Total Allocable Real Estate Tax | 418,111.13 | |
| | | |
| Sears GLA | 82,305 | |
| TOTAL Parcel GLA | 337,317 | fixed gla |
| | | Annual |
| **SEARS Share of Tax** | 24,037.28 | Prorated for 1/1/19 - 3/27/19 |
| Assessed | 126,710.18 | |