**PERKINS COIE LLP**
1155 Avenue of the Americas
22nd Floor
New York, NY  10036-2711
Telephone:  (212) 262-6900
Facsimile:  (212) 977-1649
Jeffrey Vanacore
JVanacore@perkinscoie.com

*Attorneys for Wells Fargo Bank, N.A., as Trustee for CSMS 2008-C1*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                   :     Chapter 11
:
**SEARS HOLDINGS CORPORATION,** *et al.*,    :     Case No.  18-23538 (RDD)
:
Debtors.[1]                                          :     (Jointly Administered)
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SRC Sparrow 1 LLC (None); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); SRC Sparrow 2 LLC (None); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); SRC O.P. LLC (None); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); SRC Facilities LLC (None); and SRC Real Estate (TX), LLC (None). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

146318274.2

      I, the undersigned, hereby certify that I am over the age of 18 years old and that on November 15, 2019, I caused a true and correct copy of the foregoing Motion of Wells Fargo Bank, N.A., as Trustee for CSMS 2008-C1 for Allowance of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) (the "Motion"), to be served via this Court's electronic noticing system.

Dated:  November 18, 2019
New York, New York

                                              /s/ *Jeffrey Vanacore*
                                              Jeffrey Vanacore
                                              **PERKINS COIE LLP**
                                              1155 Avenue of the Americas
                                              22nd Floor
                                              New York, NY  10036-2711
                                              Telephone: (212) 262-6900
                                              Facsimile: (212) 977-1649
                                              E-Mail:  JVanacore@perkinscoie.com

146318274.2