| | Debtors' Ninth Omnibus Objection to Claims | | | | | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|---|---|---|---|---|
| | Exhibit 1 - Reclassified Claims | | | | | | Case No. 18-23538 (RDD) |

| | | | **Schedule of 503(b)(9) and Administrative Claims to be Reclassified*** | | | | |
|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Asserted Administrative Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 1. | 2401 South Stemmons, LLC | 5650 | Sears Holdings Management Corporation | $13,833.32 | | $13,833.32 | The Claim does not relate to the receipt of "goods". |
| 2. | 310 Carolina St LLC | 5071 | California Builder Appliances, Inc. | $11,928.05 | | $11,928.05 | The Claim does not relate to the receipt of "goods". |
| 3. | ADRIAN CITY SUMMER | 14404 | Sears Holdings Corporation | $13,170.17 | | $13,170.17 | The Claim does not relate to the receipt of "goods". |
| 4. | CURA, LAURIE | 12705 | Sears Holdings Corporation | | Unliquidated | Entire Claim | The Claim relates to prepetition period. |
| 7. | Forklifts ETC | 15134 | Sears Holdings Corporation | $1,962.70 | | $1,962.70 | The Claim does not relate to the receipt of "goods". |
| 8. | FULLER, CONNIE | 11348 | Sears Holdings Corporation | $1,314.09 | | $1,314.09 | The Claim does not relate to the receipt of "goods". |
| 9. | IZUO BROTHERS LTD | 16376 | Sears Holdings Corporation | $1,727.35 | | $1,727.35 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 10. | J & M SALES CO INC (A GALLO & CO. LLC) | 12731 | Kmart Corporation | $128.07 | | $128.07 | The Claim does not relate to the receipt of "goods". |
| 11. | Kidiway Inc. | 3881 | Sears Holdings Corporation | $11,250.00 | | $11,250.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 12. | KRAUSE WATCH CO. | 1477 | Sears Holdings Corporation | $8,164.00 | | $8,164.00 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 13. | LBG Distribution, Inc. | 2805 | Sears Home & Business Franchises, Inc. | $7,229.14 | | $7,229.14 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 14. | Lux-Bed | 4889 | Sears Holdings Corporation | $549.71 | | $549.71 | The Claim does not relate to the receipt of "goods". |
| 15. | MAYO, LOUISE H. | 18293 | Sears Holdings Corporation | Unliquidated | | Entire Claim | The Claim does not relate to the receipt of "goods". |
| 16. | Mays, Charnelle L | 10688 | Sears Holdings Corporation | $47,000.00 | | $47,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 17. | MCCOWAN, BETTY | 14933 | Sears Holdings Corporation | $4,000.00 | | $4,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 18. | McCullen, Alicia K. | 6694 | Sears Holdings Corporation | $57.80 | | $57.80 | The Claim does not relate to the receipt of "goods". |
| 19. | MCGRAW, THEDORE & MARJORIE | 10305 | Sears Holdings Corporation | Unliquidated | | Entire Claim | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 21. | Mead Johnson Nutrition (Puerto Rico) INC | 6556 | Sears Holdings Corporation | $7,888.21 | | $7,888.21 | The Claim relates to goods received by the Debtors outside the applicable 20-day window. |
| 22. | Melissa, Coy | 10440 | Sears Holdings Corporation | $299.99 | | $299.99 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 23. | MELTON, KORY | 14527 | Sears Holdings Corporation | $800.00 | | $800.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 24. | MINTER, JONIE | 14078 | Sears Home Improvement Products, | $5,000.00 | | $5,000.00 | The Claim does not relate to the receipt of "goods". |
| 25. | Mitsuyuki, Stanley | 10052 | Sears Holdings Corporation | $36.65 | | $36.65 | The Claim does not relate to the receipt of "goods". |
| 26. | MONROE, BARBARA | 11535 | Sears Home Improvement Products, | $3,706.73 | | $3,706.73 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1

| Debtors' Ninth Omnibus Objection to Claims | | | | | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|---|---|---|---|
| Exhibit 1 - Reclassified Claims | | | | | | Case No. 18-23538 (RDD) |

| | | | Schedule of 503(b)(9) and Administrative Claims to be Reclassified* | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Asserted Administrative Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
| 27. | MORGAN, ERICA | 11003 | Sears Holdings Corporation | $2,700.00 | | $2,700.00 | The Claim does not relate to the receipt of "goods". |
| 29. | ODOM, QUANTINA | 11600 | Sears Home Improvement Products, | $10,518.42 | | $10,518.42 | The Claim does not relate to the receipt of "goods". |
| 30. | Otaguro, Kelvin | 11582 | Sears Holdings Corporation | $346.81 | | $346.81 | The Claim does not relate to the receipt of "goods". |
| 31. | Pacheco Suarez, Edlyn C | 12636 | Kmart Corporation | $10.41 | | $10.41 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 32. | Palacios, Yacleyda | 13082 | Sears Holdings Corporation | Unliquidated | | Entire Claim | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 33. | PAUL, CURTES | 11618 | Sears Holdings Corporation | $6,000.00 | | $6,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 34. | POKE, SABRINA J. | 13230 | Sears Holdings Corporation | Unliquidated | | Entire Claim | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 35. | Quality Parking Lot Services | 4759 | Sears Holdings Corporation | $1,429.32 | | $1,429.32 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 36. | Randolph, Debra | 12678 | Sears Holdings Corporation | $5,000.00 | | $5,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 37. | Reyes Jr, Rodrigo | 14208 | Sears Holdings Corporation | $2,101.53 | | $2,101.53 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 38. | RIFE, JENNIFER | 12550 | Kmart Corporation | $15.00 | | $15.00 | The Claim does not relate to the receipt of "goods". |
| 41. | ROBERTS, CHRISTINA | 10880 | Sears Holdings Corporation | Unliquidated | | Entire Claim | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 42. | ROBINS, DESHONA O. | 17725 | Sears Holdings Corporation | $43,592.91 | | $43,592.91 | The Claim does not relate to the receipt of "goods". |
| 43. | ROMERO, ADELA | 11529 | Sears Holdings Corporation | $15,000.00 | | $15,000.00 | The Claim does not relate to the receipt of "goods". |
| 44. | RYAN, JANE | 11738 | Sears Holdings Corporation | $29,602.77 | | $29,602.77 | The Claim does not relate to the receipt of "goods". |
| 45. | SAMI, MARIA | 14320 | Sears Holdings Corporation | $2,900.00 | | $2,900.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 46. | SELIG ENTERPRISES, INC. | 16277 | Kmart Corporation | $114,804.53 | | $114,804.53 | The Claim does not relate to the receipt of "goods". |
| 47. | Smith III, Terry Rexall | 10234 | Sears Holdings Corporation | Unliquidated | | Entire Claim | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 48. | Southwest Sign Group, Inc. | 16578 | Sears Holdings Management Corporation | $371,576.16 | | $371,576.16 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 49. | SWB LDG | 10942 | Sears Holdings Corporation | $10,000.00 | | $10,000.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 50. | Tellez, Gabriel | 12558 | Sears Home Improvement Products, | $2,990.00 | | $2,990.00 | The Claim does not relate to the receipt of "goods". |
| 51. | The State News, Inc. a non-profit company | 8697 | Sears Holdings Corporation | $16,000.00 | | $16,000.00 | The Claim does not relate to the receipt of "goods". |
| 52. | Toma, Jean | 8523 | Sears Holdings Corporation | $12.98 | | $12.98 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

2

**Debtors' Ninth Omnibus Objection to Claims**  
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of 503(b)(9) and Administrative Claims to be Reclassified*

| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Asserted Administrative Priority | Amount Reclassified as General Unsecured Claim | Reason for Proposed Reclassification |
|---|---|---|---|---|---|---|---|
| 53. | TRAWICK, SARAH | 12938 | Kmart Holding Corporation | $1,300.00 | | $1,300.00 | The Claim provides no basis and no support for the asserted 503(b)(9) priority. |
| 54. | Valassis Direct Mail, Inc | 7911 | Sears, Roebuck and Co. | $3,858.37 | | $3,858.37 | The Claim does not relate to the receipt of "goods". |
| 55. | VILLEGAS, VAN | 13567 | Sears Home Improvement Products, | $7,500.00 | | $7,500.00 | The Claim does not relate to the receipt of "goods". |
| 56. | WASHINGTON, MARY | 9904 | Sears Home Improvement Products, | $14,282.31 | | $14,282.31 | The Claim does not relate to the receipt of "goods". |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.