# EXHIBIT A

**Ghirardelli Chocolate Company**
1111 139th Ave
San Leandro, CA 94578



# INVOICE

Invoice #: 519056 RI

Date: 10/29/2018

Page: 1 of 1

**Please Remit Payment to:**
P O Box 202700
Dallas, TX 75320-2700

| Customer P.O. | Customer Number | Order Number | Bill of Lading | Salesperson |
|---|---|---|---|---|
| 08289232956 | 26197 | SO   650139 | | 18429SPEC CENTRAL DIRECT |

**Sold To:**
SEARS HOLDING/KMART
EDI INVOICES ONLY

**Ship To:**
SEARS HOLDING/KMART-MANTENO
333 S SPRUCE ST
MANTENO IL 60950

| Shipping Instructions | F.O.B | Branch Plant | Ship Date |
|---|---|---|---|
| | Freight Prepaid | 827 | 10/7/2018 |

| Item Number | Description | | UOM | Quantity Ordered | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 61240 | 12/8.95oz XMS Classic SUB | Net Price | CS | 31 | 31 | 54.1200 | 1,677.72 |
| 62218 | 6/15.11oz XMS ASST XL SUB | Net Price | CS | 88 | 88 | 41.4000 | 3,643.20 |
| 40605 | 24/0.67oz XMS PBK FB SNWM SUB | Net Price | CS | 48 | 48 | 15.6000 | 748.80 |
| 62219 | 12/7.9oz XMS PBK SUB | Net Price | CS | 52 | 52 | 54.1200 | 2,814.24 |
| 62219 | 12/7.9oz XMS PBK SUB | Net Price | CS | 18 | 18 | 54.1200 | 974.16 |
| 62286 | 6/13.15oz XMS XL COLL PBK SUB | Net Price | CS | 5 | 5 | 41.4000 | 207.00 |
| 62286 | 6/13.15oz XMS XL COLL PBK SUB | Net Price | CS | 12 | 12 | 41.4000 | 496.80 |
| 62286 | 6/13.15oz XMS XL COLL PBK SUB | Net Price | CS | 9 | 9 | 41.4000 | 372.60 |
| 61801 | 24/0.83oz XMS PBARK XSML BAG | Net Price | CS | 36 | 36 | 15.6000 | 561.60 |
| 61946 | 24/1.06oz XMS XSML MK CAR SUB | Net Price | CS | 41 | 41 | 15.6000 | 639.60 |

NOTE: All Claims pertaining to this invoice must be submitted to Ghirardelli Chocolate within Twelve months of the invoice date.

| TOTAL WEIGHT | QUANTITY ORDERED | QUANTITY SHIPPED | | TOTAL ORDER | $12135.72 |
|---|---|---|---|---|---|
| 1881.20 | 340.00 | 340.00 | | | |
| Terms   Net 30 Days | | | Net Due Date | 11/28/2018 | |

**Ghirardelli Chocolate Company**
1111 139th Ave
San Leandro, CA 94578



# INVOICE

Invoice #: 520345 RI
Date: 10/31/2018
Page: 1 of 1

**Please Remit Payment to:**
P O Box 202700
Dallas, TX 75320-2700

| Customer P.O. | Customer Number | Order Number | Bill of Lading | Salesperson | |
|---|---|---|---|---|---|
| 08275297012 | 26197 | SO 649642 | 649642 | 18429SPEC CENTRAL DIRECT | |

| Sold To: SEARS HOLDING/KMART  EDI INVOICES ONLY | Ship To: SEARS HOLDING/KMART-FAIRLESS HILLS  1 KRESGE ROAD  FAIRLESS HILLS PA 19030 |
|---|---|

| Shipping Instructions | F.O.B Freight Prepaid | Branch Plant 877 | Ship Date 10/3/2018 |
|---|---|---|---|

| Item Number | Description | | UOM | Quantity Ordered | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 61240 | 12/8.95oz XMS Classic SUB | Net Price | CS | 79 | 79 | 54.1200 | 4,275.48 |
| 62218 | 6/15.11oz XMS ASST XL SUB | Net Price | CS | 214 | 214 | 41.4000 | 8,859.60 |
| 62219 | 12/7.9oz XMS PBK SUB | Net Price | CS | 36 | 36 | 54.1200 | 1,948.32 |
| 62219 | 12/7.9oz XMS PBK SUB | Net Price | CS | 105 | 105 | 54.1200 | 5,682.60 |
| 62286 | 6/13.15oz XMS XL COLL PBK SUB | Net Price | CS | 89 | 89 | 41.4000 | 3,684.60 |
| 61801 | 24/0.83oz XMS PBARK XSML BAG | Net Price | CS | 80 | 80 | 15.6000 | 1,248.00 |
| 61946 | 24/1.06oz XMS XSML MK CAR SUB | Net Price | CS | 66 | 66 | 15.6000 | 1,029.60 |

NOTE: All Claims pertaining to this invoice must be submitted to Ghirardelli Chocolate within Twelve months of the invoice date.

| TOTAL WEIGHT | QUANTITY ORDERED | QUANTITY SHIPPED | | TOTAL ORDER | $26728.20 |
|---|---|---|---|---|---|
| 4213.18 | 669.00 | 669.00 | | | |
| Terms Net 30 Days | | | Net Due Date | 11/30/2018 | |

**Ghirardelli Chocolate Company**
1111 139th Ave
San Leandro, CA 94578



# INVOICE

Invoice #: 520346 RI
Date: 10/31/2018
Page: 1 of 1

**Please Remit Payment to:**
P O Box 202700
Dallas, TX 75320-2700

MOMENTS OF TIMELESS PLEASURE

| Customer P.O. | Customer Number | Order Number | Bill of Lading | Salesperson |
|---|---|---|---|---|
| 08289234062 | 26197 | SO   651406 | | 18429SPEC CENTRAL DIRECT |

| Sold To: | Ship To: |
|---|---|
| SEARS HOLDING/KMART<br>EDI INVOICES ONLY | SEARS HOLDING/KMART-MANTENO<br>333 S SPRUCE ST<br>MANTENO IL 60950 |

| Shipping Instructions | F.O.B | Branch Plant | Ship Date |
|---|---|---|---|
| | Freight Prepaid | 827 | 10/7/2018 |

| Item Number | Description | | UOM | Quantity Ordered | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 40304 | 18/4.3oz PBK minis MED SUB | Net Price | CS | 26 | 26 | 51.6600 | 1,343.16 |
| 40243 | 12/4.2oz XMS MKCAR FB SNWM SUB | Net Price | CS | 35 | 35 | 34.4400 | 1,205.40 |
| 40241 | 12/4.1oz XMS MK FB SNWM SUB | Net Price | CS | 31 | 31 | 34.4400 | 1,067.64 |
| 40607 | 12/4oz XMS PBK MED SNWM SUB | Net Price | CS | 35 | 35 | 34.4400 | 1,205.40 |
| 40239 | 24/0.7oz XMS MKCAR FB SNWM SUB | Net Price | CS | 62 | 62 | 15.6000 | 967.20 |

NOTE: All Claims pertaining to this invoice must be submitted to Ghirardelli Chocolate within Twelve months of the invoice date.

| TOTAL WEIGHT | QUANTITY ORDERED | QUANTITY SHIPPED | | TOTAL ORDER | $5788.80 |
|---|---|---|---|---|---|
| 757.90 | 189.00 | 189.00 | | | |
| Terms   Net 30 Days | | | Net Due Date | 11/30/2018 | |

**Ghirardelli Chocolate Company**
1111 139th Ave
San Leandro, CA 94578



# INVOICE

Invoice #: 520347 RI
Date: 10/31/2018
Page: 1 of 1

**Please Remit Payment to:**
P O Box 202700
Dallas, TX 75320-2700

| Customer P.O. | Customer Number | Order Number | Bill of Lading | Salesperson |
|---|---|---|---|---|
| 08305219347 | 26197 | SO    651408 | | 18429SPEC CENTRAL DIRECT |

| Sold To: | Ship To: |
|---|---|
| SEARS HOLDING/KMART<br>EDI INVOICES ONLY | SEARS HOLDING/KMART-WARREN<br>541 PERKINS-JONES RD<br>WARREN OH 44483 |

| Shipping Instructions | F.O.B | Branch Plant | Ship Date |
|---|---|---|---|
| | Freight Prepaid | 827 | 10/4/2018 |

| Item Number | Description | | UOM | Quantity Ordered | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 40304 | 18/4.3oz PBK minis MED SUB | Net Price | CS | 28 | 28 | 51.6600 | 1,446.48 |
| 40243 | 12/4.2oz XMS MKCAR FB SNWM SUB | Net Price | CS | 35 | 35 | 34.4400 | 1,205.40 |
| 40241 | 12/4.1oz XMS MK FB SNWM SUB | Net Price | CS | 34 | 34 | 34.4400 | 1,170.96 |
| 40607 | 12/4oz XMS PBK MED SNWM SUB | Net Price | CS | 35 | 35 | 34.4400 | 1,205.40 |
| 40239 | 24/0.7oz XMS MKCAR FB SNWM SUB | Net Price | CS | 53 | 53 | 15.6000 | 826.80 |

NOTE: All Claims pertaining to this invoice must be submitted to Ghirardelli Chocolate within Twelve months of the invoice date.

| TOTAL WEIGHT | QUANTITY ORDERED | QUANTITY SHIPPED | | TOTAL ORDER | $5855.04 |
|---|---|---|---|---|---|
| 767.20 | 185.00 | 185.00 | | | |
| Terms    Net 30 Days | | | Net Due Date | 11/30/2018 | |

**Ghirardelli Chocolate Company**
1111 139th Ave
San Leandro, CA 94578



# INVOICE

Invoice #: 521203 RI
Date: 10/31/2018
Page: 1 of 1

**Please Remit Payment to:**
P O Box 202700
Dallas, TX 75320-2700

| Customer P.O. | Customer Number | Order Number | Bill of Lading | Salesperson |
|---|---|---|---|---|
| 08305218255 | 26197 | SO 650141 | | 18429SPEC CENTRAL DIRECT |

**Sold To:**
SEARS HOLDING/KMART
EDI INVOICES ONLY

**Ship To:**
SEARS HOLDING/KMART-WARREN
541 PERKINS-JONES RD
WARREN OH 44483

| Shipping Instructions | F.O.B | Branch Plant | Ship Date |
|---|---|---|---|
| | Freight Prepaid | 827 | 10/4/2018 |

| Item Number | Description | | UOM | Quantity Ordered | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 61240 | 12/8.95oz XMS Classic SUB | Net Price | CS | 31 | 31 | 54.1200 | 1,677.72 |
| 62218 | 6/15.11oz XMS ASST XL SUB | Net Price | CS | 92 | 92 | 41.4000 | 3,808.80 |
| 40605 | 24/0.67oz XMS PBK FB SNWM SUB | Net Price | CS | 50 | 50 | 15.6000 | 780.00 |
| 62219 | 12/7.9oz XMS PBK SUB | Net Price | CS | 63 | 63 | 54.1200 | 3,409.56 |
| 62286 | 6/13.15oz XMS XL COLL PBK SUB | Net Price | CS | 31 | 31 | 41.4000 | 1,283.40 |
| 61801 | 24/0.83oz XMS PBARK XSML BAG | Net Price | CS | 2 | 2 | 15.6000 | 31.20 |
| 61801 | 24/0.83oz XMS PBARK XSML BAG | Net Price | CS | 34 | 34 | 15.6000 | 530.40 |
| 61946 | 24/1.06oz XMS XSML MK CAR SUB | Net Price | CS | 40 | 40 | 15.6000 | 624.00 |

NOTE: All Claims pertaining to this invoice must be submitted to Ghirardelli Chocolate within Twelve months of the invoice date.

| TOTAL WEIGHT | QUANTITY ORDERED | QUANTITY SHIPPED | | TOTAL ORDER | $12145.08 |
|---|---|---|---|---|---|
| 1889.14 | 343.00 | 343.00 | | | |
| Terms Net 30 Days | | | Net Due Date | 11/30/2018 | |