# PROPOSED ORDER

HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
Marshall C. Turner, Esq.
*Attorneys for Ghirardelli Chocolate Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                        :

**In re**                            :        **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.,*  :       **Case No. 18-23538 (RDD)**

       **Debtors.**[1]         :        **(Jointly Administered)**

----------------------------------------------------------------x

**ORDER GRANTING**
**GHIRARDELLI CHOCOLATE COMPANY'S MOTION FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**
**PURSUANT TO 11 U.S.C. § 503(b)**

Upon the Motion of Ghirardelli Chocolate Company ("Ghirardelli") for the allowance

and payment of its administrative expense claim (the "Motion"), and due and proper notice of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

HB: 4816-1271-9276.1

Motion having been provided, and it appearing that no other or further notice need be provided,

and all objections to the Motion, if any, having been withdrawn, resolved, or overruled, and the

Court having found and determined that the relief sought in the Motion is in the best interests of

the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases

set forth in the Motion establish just cause for the relief granted herein; and upon the record of

the hearing; and after due deliberation and sufficient cause appearing therefore, it is:

ORDERED that the Motion is Granted; and it is further

ORDERED that Ghirardelli is granted an allowed administrative expense claim against

the Debtors pursuant to 11 U.S.C. § 503(b) in the amount of $62,652.84; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

Dated November __, 2019

_____
Honorable Robert D. Drain
United States Bankruptcy Judge

Respectfully submitted,

*/s/ Marshall C. Turner*
Marshall C. Turner
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

*Attorneys for*
*Ghirardelli Chocolate Company*