WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                  :

                                     :      **Chapter 11**

**SEARS HOLDINGS CORPORATION, *et al.*,**  :

                                     :      **Case No. 18-23538 (RDD)**

                                     :

                Debtors.[1]         :      **(Jointly Administered)**

-----------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON NOVEMBER 20, 2019 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
before the Honorable Robert D. Drain, United States Bankruptcy Judge,
300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I.    **FEE MATTER:**

1.    Polsinelli PC's First and Final Fee Application for Compensation and
Reimbursement of Fees and Expenses in Excess of Tier 3 Ordinary Course
Professional Monthly Cap for the Month of January 2019 **[ECF No. 5106]**

Response Deadline:    October 9, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

A.    Declaration of Mark A. Gershon in Support **[ECF No. 5107]**

Status:  This matter is going forward.

II.    **AUTOMATIC STAY MATTERS:**

2.    Motion of Wedy Antoine for Relief from the Automatic Stay **[ECF No. 4207]**

Response Deadline:    November 13, 2018 at 4:00 p.m.

Response Filed:

A.    Fourth Omnibus Objection of Debtors **[ECF No. 6006]**

Related Documents:   None.

Status:  This matter is going forward.

3.    Motion of Delia Torres Carrillo for Relief from the Automatic Stay **[ECF
No. 4550]**

Response Deadline:    November 13, 2018 at 4:00 p.m.

Response Filed:

A.    Fourth Omnibus Objection of Debtors **[ECF No. 6006]**

Related Documents:   None.

Status:  This matter is going forward.

WEIL:\97262381\9\73217.0004

## III.   ADVERSARY PROCEEDING:

4.    Brian Coke Ng v. Sears Holding Corporation, *et al*. **[Adversary Proceeding No. 19-08269]**

**Motions to Dismiss Adversary Complaint**

Related Documents:

A.    Adversary Complaint **[ECF No. 1]**

B.    PDX, Inc.'s Motion to Dismiss Adversary Complaint **[ECF No. 5]**

C.    Debtors' Motion to Dismiss Adversary Complaint **[ECF No. 7]**

D.    Declaration of Jessie B. Mishkin in Support of Debtors' Motion to Dismiss Adversary Complaint **[ECF No. 8]**

E.    Opposition of Brian Coke Ng to PDX, Inc.'s Motion to Dismiss the Complaint **[ECF No. 10]**

F.    Confirmation/Proof to the Oral Responses Given to Questions Pertaining to the Judicial Subpoena that was Issued by the Supreme Court, and the Purpose for all the Medical Records **[ECF No. 25]**

Status:  This matter is going forward on a contested basis.

## IV.   ADJOURNED MATTERS:

5.    Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code **[ECF No. 1395]**

Response Deadline:    January 11, 2019 at 4:00 p.m.

Responses Filed:

A.    Debtors' Objection **[ECF No. 2451]**

B.    Reply of Certain Utility Companies to Debtors' Objection **[ECF No. 2830]**

Related Documents:

C.    Joinder of Jackson EMC **[ECF No. 1533]**

D.    Declaration of Sherry R. Ward in Support **[ECF No. 2433]**

E.    Declaration of Wanda Shirley in Support **[ECF No. 2434]**

WEIL:\97262381\9\73217.0004

F.      Declaration of Enobong Enyenihi in Support **[ECF No. 2436]**

G.      Declaration of Karen Palmieri in Support **[ECF No. 2438]**

H.      Declaration of Walt Larnerd in Support **[ECF No. 2440]**

I.      Declaration of Lisa R. Holland in Support **[ECF No. 2441]**

J.      Declaration of Aldo Rojas in Support **[ECF No. 2442]**

K.      Declaration of Marrissa Hinton in Support **[ECF No. 2444]**

L.      Declaration of Dwight C. Snowden in Support **[ECF No. 2447]**

M.      Declaration of Jennifer Davy in Support **[ECF No. 2458]**

N.      Declaration of Emory L. Roberts Jr. in Support **[ECF No. 2459]**

O.      Declaration of Louise Williams in Support **[ECF No. 2460]**

P.      Declaration of Dora Hargrove in Support **[ECF No. 2461]**

Q.      Declaration of Carlandra Edwards in Support **[ECF No. 2462]**

R.      Declaration of Brent Cochran in Support **[ECF No. 2463]**

S.      Declaration of Stephanie Lemmond in Support **[ECF No. 2467]**

T.      Declaration of Jennifer Woehrle in Support **[ECF No. 2484]**

U.      Declaration of Michael W. Franklin in Support **[ECF No. 2490]**

V.      Declaration of Vincent Albanito in Support **[EF No. 2500]**

W.      Declaration of Gerald Houck in Support **[ECF No. 2501]**

X.      Declaration of Vicki Piazza in Support **[ECF No. 2515]**

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

4

6.    Application of National Grid Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3238]**

Response Deadline:    December 6, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

7.    Notice of Assumption and Assignment of Additional Executory Contracts **[ECF No. 3397]**

Response Deadline:    May 6, 2019 at 4:00 p.m.

Responses Filed:

    A.    Objection of Winiadaewoo Electronics America, Inc. **[ECF No. 3645]**

    B.    Limited Objection of Hain Capital Group, LLC **[ECF No. 3958]**

Related Documents:

    C.    Notice of Transfer of Claim **[ECF No. 2624]**

    D.    Notice of Withdrawal of Transform Holdco LLC of Certain Additional Contracts from the Notice of Assumption and Assignment of Additional Executory Contracts **[ECF No. 5532]**

    E.    Hain Capital Investors Master Fund Ltd.'s Statement in Connection with Notice of Withdrawal of Certain Additional Contracts from the Notice of Assumption and Assignment of Additional Executory Contracts **[ECF No. 5837]**

Status:  This matter has been adjourned to a date to be determined.

WEIL:\97262381\9\73217.0004

8.      Application of Commonwealth Edison Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3423]**

Response Deadline:    December 6, 2019 at 4:00 p.m.

Responses Filed:      None.

Related Documents:    None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

9.      Application of Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, the Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3480]**

Response Deadline:    December 6, 2019 at 4:00 p.m.

Responses Filed:      None.

Related Documents:    None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

10.     Motion of Abel Santiago for Relief from the Automatic Stay **[ECF No. 4640]**

Response Deadline:    November 13, 2018 at 4:00 p.m.

Response Filed:

        A.      Fourth Omnibus Objection of Debtors **[ECF No. 6006]**

Related Documents:    None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

WEIL:\97262381\9\73217.0004

11.    Motion to Convert Chapter 11 Case to Chapter 7 of Mien Co. Ltd., Helen
       Andrews, Strong Progress Garment Factory Company, Ltd., Samil Solutions,
       Shanghai Fochier, Purcell Murray, A&A HK Industrial, Mingle Fashion Limited,
       Mansheen Industries, Ltd. and AMW Vietnam Co. Ltd. filed by Joseph E.
       Sarachek on behalf of A&A HK Industrial, AMW Vietnam Co. Ltd., Helen
       Andrews Inc., Mansheen Industries, Ltd., Mien Co., Ltd., Mingle Fashion
       Limited, Purcell Murray, Samil Solutions, Shanghai Fochier, Strong Progress
       Garment Factory Company LTD **[ECF No. 5161]**

       Response Deadline:    November 13, 2019 at 4:00 p.m.

       Responses Filed:

              A.    Joinder of Tannor Capital Advisors LLC **[ECF No. 5204]**

              B.    Joinder of Serta Simmons Bedding, LLC **[ECF No. 5250]**

              C.    Joinder of EPI Printers, Inc. **[ECF No. 5271]**

              D.    Joinder of Twentieth Century Fox Home Entertainment LLC
                    **[ECF No. 5302]**

       Related Documents:    None.

       Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

12.    Motion of Mien Co. Ltd., Helen Andrews, Strong Progress Garment Factory
       Company, Ltd, Samil Solutions, Shanghai Fochier, Purcell Murray, A&A Hk
       Industrial, Mingle Fashion, Mansheen Industries, Ltd. and AMW Vietnam Co.
       Ltd. to Assign Matter to Mediation **[ECF No. 5178]**

       Response Deadline:    November 13, 2019 at 4:00 p.m.

       Response Filed:

              A.    Joinder of Tannor Capital Advisors LLC **[ECF No. 5217]**

       Related Documents:    None.

       Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

13.    Motion for Mediation filed by Joseph E. Sarachek on behalf of A&A HK
       Industrial, AMW Vietnam Co. Ltd., Helen Andrews Inc., Mansheen Industries,
       Ltd., Mien Co., Ltd., Mingle Fashion Limited, Purcell Murray, Samil Solutions,
       Shanghai Fochier, Strong Progress Garment Factory Company LTD
       **[ECF No. 5241]**

       Response Deadline:    November 13, 2019 at 4:00 p.m.

       Responses Filed:    None.

WEIL:\97262381\9\73217.0004

Related Documents:   None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

14.    Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims)
       **[ECF No. 4775]**

Response Deadline:    August 27, 2019 at 4:00 p.m.

Responses Filed:

        A.    Response of Schumacher Electric Corporation in Opposition to
             Debtors' First Omnibus Objection to Proofs of Claim (Satisfied
             Claims)**[ECF No. 4952]**

        B.    Response of Johnson Controls, Inc. to Debtors' First Omnibus
             Objection to Claims **[ECF No. 4983]**

        C.    Brief in Support of the Response of WiniaDaeWoo Electronics
             America, Inc. to Debtors' First Omnibus Objection to Proofs of
             Claim (Satisfied Claims) **[ECF No. 4987]**

        D.    Response of A.O. Smith Corporation to Debtors' First Omnibus
             Objection to Claims **[ECF No. 4993]**

        E.    Amended Brief in Support of the Response of WiniaDaeWoo
             Electronics America, Inc. to Debtors' First Omnibus Objection to
             Proofs of Claim (Satisfied Claims) **[ECF No. 4996]**

        F.    Response of Whitebox Asymmetric Partners, LP, and Whitebox
             Multi-Strategy Partners, LP to Debtors' First Omnibus Objection
             to Claims **[ECF No. 4997]**

        G.    Limited Response and Reservation of Rights of Transform Holdco
             LLC to Debtors' First Omnibus Objection to Proofs of Claim
             (Satisfied Claims) **[ECF No. 4998]**

        H.    Shaw Industries, Inc.'s Opposition Regarding Debtors' First
             Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF
             No. 5156]**

        I.    Response of Haier US Appliance Solutions, Inc. d/b/a GE
             Appliances to Debtors' First Omnibus Objection to Proofs of
             Claim **[ECF No. 5194]**

8

J.    Hain Capital Investors Master Fund Ltd.'s Response to the First Omnibus Objection to Proofs of Claims (D.E. # 4775) **[ECF No. 5313]**

Related Documents:

K.    Declaration of Jay (Junghan) Kim in Support of the Response of WiniaDaeWoo Electronics America, Inc. to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4989]**

L.    Supplemental Authority in Support of Amended Brief in Support of the Response of Winiadaewoo to Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5347]**

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

15.    Debtors' Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 4776]**

Response Deadline:    August 27, 2019 at 4:00 p.m.

Responses Filed:

A.    Claimants Response to Omnibus Objection **[ECF No. 4814]**

B.    Response of VM Innovations to Second Omnibus Objection to Proofs of Claim **[ECF No. 4986]**

C.    Objection by Suzanne Jewelers **[ECF No. 4994]**

D.    Response of ShopChimney.com Inc. to Second Omnibus Objection to Proofs of Claim **[ECF No. 5003]**

E.    Response of VIR Ventures, Inc. to Second Omnibus Objection to Proofs of Claim **[ECF No. 5056]**

F.    Response of Sky Billiards, Inc. D/B/A Best Choice Products in Opposition to Debtors' Second Omnibus Objection **[ECF No. 5421]**

G.    Responses by Stolaas Company in Opposition to Debtors' Second Omnibus Objection to Proofs of **Claim [ECF No. 5524]**

Related Documents:  None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

WEIL:\97262381\9\73217.0004

16.     Debtors' Third Omnibus Objection to Proofs of Claim (Duplicate Claims) **[ECF No. 4914]**

Response Deadline:     September 19, 2019 at 4:00 p.m.

Responses Filed:       None.

Related Documents:     None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

17.     Debtors' Fourth Omnibus Objection to Proofs of Claim (Amended and Superseded Claims) **[ECF No. 5030]**

Response Deadline:     October 9, 2019 at 4:00 p.m.

Response Filed:

    A.     Response of AMW Vietnam Co. Ltd. to Debtors' Fourth Omnibus Objection to Proofs of Claim **[ECF No. 5187]**

Related Documents:     None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

18.     Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims **[ECF No. 5031]**

Response Deadline:     October 9, 2019 at 4:00 p.m.

Responses Filed:

    A.     Response to Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5182]**

    B.     Response to Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) [Dkt. 5031] as to the Chamberlain Group, Inc. **[ECF No. 5184]**

    C.     Objection of CalAmp Wireless Networks Corporation to Motion of Debtors' Fifth Omnibus Objection to Proofs of Claim **[ECF No. 5186]**

    D.     Response of John W. Owen III to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5197]**

    E.     Response of Scott Aikins to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5198]**

WEIL:\97262381\9\73217.0004

F.      Response of Jesse Lopez to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5200]**

G.      Response of Cory Taylor to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5201]**

H.      Response of Joel Pucely to Debtors' Fifth Omnibus Objection to Proof of Claim **[ECF No. 5202]**

I.      Pepperidge Farm's Response to Debtors' Fifth Omnibus Objection to Proof of Claims **[ECF No. 5323]**

J.      Red Bull Distribution Company Inc.'s Reply to Debtors' Objection **[ECF No. 5415]**

K.      Declaration of Ramona Reinhardt **[ECF No. 5438]**

Related Documents:   None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

19.    Debtors' Sixth Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5075]**

Response Deadline:    September 26, 2019 at 4:00 p.m.

Responses Filed:

A.      Response by Microsoft to Debtors' Sixth Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5196]**

B.      Limited Response and Reservation of Rights of Transform Holdco LLC to Debtors' Sixth Omnibus Objection to Proofs of Claim **[ECF No. 5240]**

Related Documents:   None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

20.    Debtors' Seventh Omnibus Objection to Proofs of Claim (Amended and Superseded Claim **[ECF No. 5100]**

Response Deadline:    September 30, 2019 at 4:00 p.m.

Responses Filed:

A.      Response of Elizabeth Rogal Regarding Claim No. 10430 **[ECF No. 5244]**

B.      Objection of Martha Salazar **[ECF No. 5259]**

11

C.      Objection of Antonio Romo **[ECF No. 5260]**

D.      Objection of Cheryl Romanchuk **[ECF No. 5276]**

<u>Related Documents</u>:   None.

<u>Status</u>:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

21.    Debtors' Eighth Omnibus Objection to Proofs of Claim (Duplicate Claims) **[ECF No. 5101]**

<u>Response Deadline</u>:   September 30, 2019 at 4:00 p.m.

<u>Responses Filed</u>:

A.      Response of David Tomczak to Debtors' Eighth Omnibus Objection to Proof of Claim **[ECF No. 5203]**

B.      Infiiloom's Response to Debtors' Eighth Omnibus Objection to Proofs of Claims **[ECF No. 5262]**

<u>Related Documents</u>:   None.

<u>Status</u>:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

22.    Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5236]**

<u>Response Deadline</u>:   October 16, 2019 at 4:00 p.m.

<u>Responses Filed</u>:

A.      Robert J. Clancey, Ltd. Response to Debtors' Ninth Omnibus Objection to Proofs of Claim **[ECF No. 5367]**

B.      NorCell, Inc.'s Response to Debtors' Ninth Omnibus Objection to Proofs of Claim **[ECF No. 5373]**

C.      McLane Company Inc.  Response to Debtors' Ninth Omnibus Objection to Proofs of Claim **[ECF No. 5374]**

D.      Robert J. Clancy, Ltd.'s Response to Debtors' Ninth Omnibus Objection to Proofs of Claim **[ECF No. 5375]**

E.      Eric Jay LTD.'s Opposition to Debtor's Ninth Omnibus Objection **[ECF No. 5498]**

F.      Eric Jay LTD.'s Opposition to Debtor's Ninth Omnibus Objection **[ECF No. 5508]**

<u>Related Documents</u>:   None.

WEIL:\97262381\9\73217.0004

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

23.    Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims) **[ECF No. 5237]**

Response Deadline:    October 16, 2019 at 4:00 p.m.

Responses Filed:

A.    Allure Home Creations Co. Inc., Response to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5392]**

B.    Infiiloom India Private Limited's Response to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5394]**

C.    Winners Industry Company, Ltd. Response in Opposition to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5400]**

D.    Arca Industrial (NJ), Inc. Response to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5476]**

E.    Hain Capital Investors Master Fund, Ltd. Reply to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5480]**

F.    BST International Fashion Ltd.'s Response to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5481]**

G.    Response of E-Land Apparel Ltd and Thanh Cong Textile Garment Investment Trading Joint Stock Company to the Debtor's Tenth Omnibus Objection to Proof of Claim **[ECF No. 5485]**

H.    Weihai Lianqiao International Coo. Group Co., Ltd Reply to Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5488]**

I.    Response of Mien Co., Ltd., A&A (HK) Industrial Limited, Esjay International Private Limited, Shanghai Fochier International Trade Co., and Vogue Tex (Pvt) Ltd. in Opposition to the Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 5494]**

J.    Orient Craft Ltd. Opposition to Debtor's Tenth Omnibus Objection **[ECF No. 5496]**

K.    Orient Craft Ltd. Opposition to Debtor's Tenth Omnibus Objection **[ECF No. 5497]**

L.    Clement Cheng Response to Debtor's Tenth Omnibus Objection **[ECF No. 5520]**

M.    Bradford Capital Holdings, LP. Limited Response to Debtor's Tenth Omnibus Objection **[ECF No. 5543]**

WEIL:\97262381\9\73217.0004

N.      Giza Spinning and Weaving Co. Response in Opposition to
Debtors' Tenth Omnibus Objection **[ECF No. 5565]**

Related Documents:   None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

24.     Motion of Kathleen Kime to Deem Proofs of Claim as Timely Filed and for Relief
from the Automatic Stay **[ECF No. 4945]**

Response Deadline:   November 13, 2018 at 4:00 p.m.

Responses Filed:      None.

Related Documents:   None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

25.     Mario Aliano's Motion for Relief from Automatic Stay to Allow Civil Litigation
on Appeal to Proceed **[ECF No. 987]**

Response Deadline:   November 13, 2018 at 4:00 p.m.

Responses Filed:

A.      Debtors' Omnibus Objection **[ECF No. 3149]**

B.      Reply to Motion for Relief from Automatic Stay to Allow Civil
Litigation on Appeal to Proceed **[ECF No. 3230]**

Related Documents:   None.

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

26.     Motion of Anthony Scullari for Relief from the Automatic Stay **[ECF No. 1112]**

Response Deadline:   November 13, 2018 at 4:00 p.m.

Responses Filed:      None.

Related Document:

A.      Affirmation of Anthony Scullari **[ECF No. 1114]**

Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

WEIL:\97262381\9\73217.0004

27.   Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain
      Non-Debtor Parties **[ECF No. 924]**

      Response Deadline:   November 13, 2018 at 4:00 p.m.

      Responses Filed:

            A.   Response of Sante Marcoccia **[ECF No. 1194]**

            B.   Response of Schindler Elevator Corporation **[ECF No. 2475]**

            C.   Objection by Debbie and Dennis Dodge **[ECF No. 2892]**

            D.   Objection by Karen Smith **[ECF No. 1298]**

            E.   Objection by Alex Carey **[ECF No. 1329]**

      Related Documents:

            F.   Debtors' Reply **[ECF No. 1296]**

            G.   Karen Smith's Supplemental Authority for Objections **[ECF No.
                 1335]**

            H.   Order Extending the Automatic Stay to Certain Non-Debtor Parties
                 **[ECF No. 1528]**

            I.   Debtors' Reply to Smith Objection **[ECF No. 1550]**

            J.   Karen Smiths' Second Supplemental Authority for Objections
                 **[ECF No. 1559]**

            K.   Notice of Extension of the Automatic Stay to Supplemental Parties
                 and Supplemental Actions **[ECF No. 2754]**

      Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

28.   Motion of Angela Kelly and Janyce L. Mackenzie for Relief from the Automatic
      Stay to Permit Them to Continue to Prosecute a Personal Injury Action Against
      Sears, Roebuck & Co. in King County Superior Court in the State of Washington,
      and to Liquidate Their Claims in Such Action **[ECF No. 4064]**

      Response Deadline:   November 13, 2018 at 4:00 p.m.

      Responses Filed:      None.

      Related Documents:    None.

      Status:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

WEIL:\97262381\9\73217.0004

29.    Motion of Nina and Gerald Greene to Allow to Extend Application of Federal
       Rule of Civil Procedure 23 to Class Proofs of Claim **[ECF No. 3170]**

       <u>Response Deadline</u>:    May 14, 2019 at 4:00 p.m.

       <u>Response Filed</u>:

              A.    Debtors' Objection **[ECF No. 3941]**


       <u>Related Document</u>:

              B.    Certificate of No Objection **[ECF No. 3909]**

       <u>Status</u>:  This matter has been adjourned to a date to be determined.

30.    Application of Northern Indiana Public Service Company LLC for Payment From
       the Adequate Assurance Account Pursuant to Section 7 of the Order (I)
       Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility
       Providers, (II) Establishing Procedures for Determining Adequate Assurance of
       Payment for Future Utility Services, and (III) Prohibiting Utility Providers from
       Altering, Refusing, or Discontinuing Utility Service **[ECF No. 4995]**

       <u>Response Deadline</u>:    November 13, 2018 at 4:00 p.m.

       <u>Responses Filed</u>:    None.

       <u>Related Documents</u>:    None.

       <u>Status</u>:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

31.    Sayville Menlo LLC v. Transform Holdco LLC **[Adversary Proceeding Case
       No. 19-08286]**

       **Pre-Trial Conference**

       <u>Related Documents</u>:

              A.    Complaint **[ECF No. 1]**

              B.    Summons **[ECF No. 2]**

              C.    Motion to Dismiss **[ECF No. 4]**

              D.    Declaration of Kimberly Black in Support **[ECF No. 5]**

              E.    Memorandum of Law in Support of Motion to Dismiss
                    **[ECF No. 6]**

WEIL:\97262381\9\73217.0004

F.      Stipulation and Scheduling Order **[ECF No. 8]**

G.      Amended Complaint **[ECF No. 10]**

H.      Stipulation and Scheduling Order **[ECF No. 11]**

<u>Status</u>:  This matter has been adjourned to December 13, 2019 at 10:00 a.m.

## V.      <u>**WITHDRAWN MATTERS**</u>:

32.    Application of New York State Electric and Gas Corporation Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3233]**

<u>Response Deadline</u>:    October 16, 2019 at 4:00 p.m.

<u>Responses Filed</u>:      None.

<u>Related Document</u>:

A.      Notice of Withdrawal **[ECF No. 5799]**

<u>Status</u>:  This matter has been withdrawn

33.    Application of Baltimore Gas and Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3594]**

<u>Response Deadline</u>:    October 16, 2019 at 4:00 p.m.

<u>Responses Filed</u>:      None.

<u>Related Document</u>:

A.      Notice of Withdrawal **[ECF No. 5797]**

<u>Status</u>:  This matter has been withdrawn.

WEIL:\97262381\9\73217.0004

34.    Hankook Tire America Corp.'s Motion for Relief from (A) the Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith and (IV) Granting Related Relief; and (B) Related Sale and Assumption/Assignment Pleadings and Orders **[ECF No. 5310]**

Response Deadline:    November 15, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been withdrawn.

## VI.    **RESOLVED MATTER:**

35.    Motion of Bank of America, N.A. for Relief from the Automatic Stay **[ECF No. 5479]**

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been resolved and a stipulation will be presented to the Court for approval.


Dated:  November 19, 2019
        New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

WEIL:\97262381\9\73217.0004