# EXHIBIT A

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: November 15, 2019
Invoice No.: 20191106417

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:    Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2019

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $113,143.50 |
| Total Current Charges | $113,143.50 |
| **TOTAL AMOUNT DUE** | **$113,143.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 10/01/19 | Extended telephone conferences with V. Marriott and C. Jimenez regarding further revisions to preliminary examiner reports on first interim fee application (.60); correspondence with V. Marriott, T. Daluz, B. Kearney, and C. Jimenez regarding same (.50); further review of interim fee applications and preparation of preliminary reports and supporting documentation (3.70). | 1,305.00 | 4.80 | 6,264.00 |
| Harner,P.E. | 10/02/19 | Review and redraft preliminary reports regarding first interim fee and expense applications (4.80); extended telephone conference with V. Marriott, T. Daluz, B. Kearney, C. Jimenez and others regarding same (.90). | 1,305.00 | 5.70 | 7,438.50 |
| Harner,P.E. | 10/03/19 | Travel to and from Philadelphia for team meetings regarding finalization of preliminary fee examiner reports (total travel 3.2 hours) | 1,305.00 | 1.60 | 2,088.00 |
| Harner,P.E. | 10/03/19 | Prepare for and participate in meetings in Philadelphia with V. Marriott, T. Daluz and fee reviewers regarding finalization of preliminary fee examiner reports on first interim fee and expense applications (2.80); further review, revision and finalization of same (3.10). | 1,305.00 | 5.90 | 7,699.50 |
| Harner,P.E. | 10/04/19 | Further comprehensive review and analysis of first interim fee applications and preparation/finalization of related preliminary reports (4.90); multiple extended telephone conferences and correspondence with V. Marriott, B. Kearney, C. Jimenez, and T. Daluz regarding same (.80). | 1,305.00 | 5.70 | 7,438.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| Harner,P.E. | 10/05/19 | Draft and revise correspondence to estate and committee professionals regarding preliminary fee and expense application reports (.60); revise and analyze exhibits to preliminary reports on first interim fee and expense applications (2.20). | 1,305.00 | 2.80 | 3,654.00 |
| Harner,P.E. | 10/07/19 | Further drafting, review, revision and compilation of preliminary reports on first interim fee and expense applications (5.40); telephone conferences with V. Marriott and B. Kearney regarding same (.90). | 1,305.00 | 6.30 | 8,221.50 |
| Harner,P.E. | 10/08/19 | Draft, review, revise and finalize preliminary report regarding first interim fee and expense applications of Weil Gotshal, Paul Weiss, Wachtell Lipton and Young Conaway and all related exhibits (4.90); multiple extended telephone conferences with V. Marriott, B. Kearney and C. Jimenez regarding same (.80). | 1,305.00 | 5.70 | 7,438.50 |
| Harner,P.E. | 10/09/19 | Draft, review and revise preliminary reports on interim fee applications of estate and committee professionals, and review and further revise accompanying fee and expense detail/objections exhibits (1.80); telephone conferences with V. Marriott regarding same (.40). | 1,305.00 | 2.20 | 2,871.00 |
| Harner,P.E. | 10/10/19 | Comprehensive drafting, review, revision and finalization of preliminary fee examiner reports on first interim fee and expense applications of estate and committee professionals (5.30); multiple extended telephone conferences with V. Marriott, B. Kearney, C. Jimenez and M. Greenfield regarding same (1.60); draft, review and revise fee examiner's interim status report to bankruptcy court (1.10); telephone conferences with V. Marriott regarding same (.40). | 1,305.00 | 8.40 | 10,962.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 10/11/19 | Review, redraft and finalize preliminary reports on first interim fee applications, supporting exhibits and other materials and related cover correspondence (Weil Gotshal, Paul Weiss, Akin Gump, Wachtell Lipton and Young Conaway) (5.70); multiple extended telephone conferences and correspondence with V. Marriott, B. Kearney, C. Jimenez and M. Greenfield regarding same (1.20). | 1,305.00 | 6.90 | 9,004.50 |
| Harner,P.E. | 10/14/19 | Draft and finalize preliminary reports on first interim fee applications, supporting exhibits and other materials and related cover correspondence (Weil Gotshal, Paul Weiss, Wachtell Lipton and Young Conaway) (4.90); multiple extended telephone conferences with V. Marriott, B. Kearney, C. Jimenez and M. Greenfield regarding same (1.60). | 1,305.00 | 6.50 | 8,482.50 |
| Harner,P.E. | 10/15/19 | Revise and finalize Akin Gump preliminary report and supporting exhibits (1.30); telephone conferences with V. Marriott and M. Greenfield regarding same (.50); telephone conferences with G. Fail and R. Britton regarding Weil Gotshal and Paul Weiss preliminary reports (.50); correspondence with V. Marriott and C. McClamb regarding monthly invoices and holdbacks (.30). | 1,305.00 | 3.10 | 4,045.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 10/16/19 | Conference call with V. Marriott and T. Daluz regarding interim fee and expense applications of financial advisors and investment bankers (.40); follow-up telephone conferences with V. Marriott regarding same and professionals' settlement meetings (.40); review preliminary reports and background materials, and otherwise prepare generally, for October 22 professionals' meetings (1.20); review, revise and analyze preliminary reports regarding financial professionals' fee applications and related fee and expense entry exhibits (2.10). | 1,305.00 | 4.10 | 5,350.50 |
| Harner,P.E. | 10/17/19 | Prepare for and participate in extended telephone conference with R. Bartley regarding Young Conaway fee and expense application and related preliminary fee examiner's report (.40); telephone conferences and correspondence with S. Brauner regarding Akin Gump first interim fee application and related preliminary report (.20); telephone conferences and correspondence with V. Marriott and T. Daluz regarding interim fee applications and preliminary reports (.30); review and analyze second interim fee and expense applications, for preparation of follow-on second round of preliminary reports (2.40). | 1,305.00 | 3.30 | 4,306.50 |
| Harner,P.E. | 10/18/19 | Review and analyze second interim fee and expense applications, to identify potential objection and prepare second round of preliminary fee examiner reports (2.40); telephone conferences with S. Brauner regarding preliminary report re: Akin Gump interim fee and expense application (.20); telephone conferences and correspondence with V. Marriott, T. Daluz, and C. McClamb regarding fee application review and hearing on second interim fee and expense applications (.30). | 1,305.00 | 2.90 | 3,784.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 10/21/19 | Prepare for multiple initial meetings with professional firms' representatives regarding preliminary fee examiner reports on first interim fee and expense applications. | 1,305.00 | 3.30 | 4,306.50 |
| Harner,P.E. | 10/22/19 | Prepare for and participate in meeting with V. Marriott and Paul Weiss team regarding preliminary fee examiner report on first interim fee and expense application (2.10); prepare for and participate in meeting with V. Marriott and G. Fail regarding preliminary fee examiner report on first interim fee and expense application of Weil Gotshal (2.30); preparatory and follow-up conferences and correspondence with V. Marriott and T. Daluz regarding same and adjustment/settlement negotiations (.60). | 1,305.00 | 5.00 | 6,525.00 |
| Harner,P.E. | 10/23/19 | Further preparations for initial meetings with professional firms' representatives regarding preliminary fee examiner reports on first interim fee and expense applications, including review and analysis of same (2.10); conference with V. Marriott regarding same (.40). | 1,305.00 | 2.50 | 3,262.50 |
| **Total B170** | | | | **86.70** | **$113,143.50** |
| | | Total Fees | | 86.70 | 113,143.50 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,305.00 | 86.70 | 113,143.50 |
| **Total Task: B170** | | **86.70** | **$113,143.50** |
| Total Fees | | 86.70 | $113,143.50 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Harner,P.E. | 1,305.00 | 86.70 | 113,143.50 |
| **Total Fees** | | **86.70** | **$113,143.50** |
| **Total Current Charges:** | | | **$113,143.50** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20191106417 | |
| Date: | November 15, 2019 | |

| | |
|---|---:|
| Fee Amount | $113,143.50 |
| **TOTAL AMOUNT DUE** | **$113,143.50** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**