# EXHIBIT B

# Ballard Spahr
LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: November 15, 2019
Invoice No.: 20191106419

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:     Sears Fee Examiner  (071820.03)

Matter:    Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2019

## INVOICE SUMMARY

FEES

| | |
|---|---|
| Fee and Expense Review and Reporting (00317415) | $216,183.50 |
| Total Current Charges | $216,183.50 |
| **TOTAL AMOUNT DUE** | **$216,183.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 10/07/19 | Attend to Ballard fee application. | 895.00 | 0.50 | 447.50 |
| Maddox,M. | 10/11/19 | Attention to Ballard proforma | 270.00 | 1.00 | 270.00 |
| Daluz,T.M. | 10/11/19 | Attend to Ballard fee application. | 895.00 | 0.50 | 447.50 |
| Maddox,M. | 10/15/19 | Draft September monthly fee application | 270.00 | 0.50 | 135.00 |
| Maddox,M. | 10/16/19 | E-mail to T. Daluz and C. McClamb re: fee application and deadline | 270.00 | 0.10 | 27.00 |
| Maddox,M. | 10/17/19 | Draft second interim fee application | 270.00 | 1.90 | 513.00 |
| Maddox,M. | 10/21/19 | Revise fee application | 270.00 | 0.30 | 81.00 |
| Maddox,M. | 10/21/19 | Perfect e-filing and service of Sept. fee application | 270.00 | 0.40 | 108.00 |
| Daluz,T.M. | 10/21/19 | Review and revise 5th monthly fee application. | 895.00 | 0.50 | 447.50 |
| Maddox,M. | 10/22/19 | Revise interim fee application | 270.00 | 0.50 | 135.00 |
| Daluz,T.M. | 10/22/19 | Review form of fee order. | 895.00 | 0.20 | 179.00 |
| McClamb,C.D. | 10/22/19 | Phone calls with P. DiDonato re: second interim fee order | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 10/22/19 | Review proposed order granting second interim fee applications | 445.00 | 0.10 | 44.50 |
| Maddox,M. | 10/23/19 | Revise interim fee application | 270.00 | 0.70 | 189.00 |
| Daluz,T.M. | 10/23/19 | Review Stout Risius report. | 895.00 | 2.50 | 2,237.50 |
| **Total B160** | | | | **9.90** | **$5,350.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| Greenfield,M.G. | 10/01/19 | Review of Akin expenses and time entires for over-billing and retention matters | 445.00 | 3.00 | 1,335.00 |

## PROFESSIONAL SERVICES

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Jimenez,C. | 10/01/19 | Phone call w/ P. Harner to discuss second level review of Wachtell time entries (.3) | 365.00 | 0.30 | 109.50 |
| Kearney,B.N. | 10/01/19 | Review P. Harner second-level markup of portion of Weil bills through 2/28/19, and do further second-level markup consistent with his edits | 335.00 | 3.00 | 1,005.00 |
| Marriott, III,V.J. | 10/01/19 | Prepare initial preliminary report for the Akin fee application | 985.00 | 3.70 | 3,644.50 |
| Daluz,T.M. | 10/01/19 | Address FTI issues. | 895.00 | 0.50 | 447.50 |
| McClamb,C.D. | 10/01/19 | Review Deloitte & Touche first interim fee application | 445.00 | 4.00 | 1,780.00 |
| McClamb,C.D. | 10/01/19 | Draft preliminary report for Deloitte & Touche first interim fee application | 445.00 | 1.50 | 667.50 |
| Pollard,C.P. | 10/01/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| Kearney,B.N. | 10/02/19 | Revise preliminary fee report re: Paul Weiss using new template provided by C. McClamb | 335.00 | 0.60 | 201.00 |
| Kearney,B.N. | 10/02/19 | Revise preliminary fee report re: Weil Gotshal using new template provided by C. McClamb | 335.00 | 0.50 | 167.50 |
| Kearney,B.N. | 10/02/19 | Conduct second-level markup of portion of Paul Weiss bills through 2/28/19 consistent with P. Harner protocol | 335.00 | 1.00 | 335.00 |
| Kearney,B.N. | 10/02/19 | Review P. Harner second-level markup of portion of Weil bills through 2/28/19, and continue further second-level markup consistent with his edits | 335.00 | 6.10 | 2,043.50 |
| Kearney,B.N. | 10/02/19 | Prep revised Weil Gotshal fee report exhibits based on second level review | 335.00 | 0.80 | 268.00 |
| Kearney,B.N. | 10/02/19 | Prep revised Paul Weiss fee report exhibits based on second level review | 335.00 | 0.40 | 134.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Greenfield,M.G. | 10/02/19 | Review expenses, meeting with T. Daluz regarding expenses and fee entries | 445.00 | 1.30 | 578.50 |
| Marriott, III,V.J. | 10/02/19 | Prepare initial preliminary report for the Akin fee application | 985.00 | 0.50 | 492.50 |
| McClamb,C.D. | 10/02/19 | Edits to preliminary report template | 445.00 | 1.30 | 578.50 |
| McClamb,C.D. | 10/02/19 | Review DTBA first interim application | 445.00 | 3.80 | 1,691.00 |
| McClamb,C.D. | 10/02/19 | Phone call with P. Harner re: confirmation hearing | 445.00 | 0.10 | 44.50 |
| Daluz,T.M. | 10/02/19 | Review standard changes to form of preliminary report. | 895.00 | 0.50 | 447.50 |
| Daluz,T.M. | 10/02/19 | Meet with M. Greenfield regarding FTI expenses and preliminary report. | 895.00 | 0.50 | 447.50 |
| McClamb,C.D. | 10/02/19 | Review Deloitte & Touche first interim fee application | 445.00 | 3.50 | 1,557.50 |
| Kearney,B.N. | 10/03/19 | Complete further revisions to Paul Weiss preliminary fee examination report | 335.00 | 0.90 | 301.50 |
| Kearney,B.N. | 10/03/19 | Complete further revisions to Weil Gotshal preliminary fee examination report | 335.00 | 4.50 | 1,507.50 |
| Greenfield,M.G. | 10/03/19 | Review of Akin time entries (1.2), creation of exhibits to report (1.0), emails and discussions with Vince regarding entries and exhibits (.3) | 445.00 | 2.50 | 1,112.50 |
| Jimenez,C. | 10/03/19 | Revise first preliminary report for Wachtell (1); revise first preliminary report for Young Conaway (.6); second level review of time entries for Wachtell and Young Conaway (2.1) | 365.00 | 3.70 | 1,350.50 |
| McClamb,C.D. | 10/03/19 | Draft Deloitte & Touche preliminary report | 445.00 | 4.30 | 1,913.50 |
| Marriott, III,V.J. | 10/03/19 | Review and revise Akin preliminary report (2.3); conference with P. Harner re: same (.2) | 985.00 | 2.50 | 2,462.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Pollard,C.P. | 10/03/19 | Prepare fee exhibits and expense exhibits for First Fee Petition - Deloitte | 310.00 | 1.30 | 403.00 |
| Daluz,T.M. | 10/03/19 | Email updates regarding confirmation hearing. | 895.00 | 0.30 | 268.50 |
| Daluz,T.M. | 10/03/19 | Meeting with V. Marriott and P. Harner regarding standards of review. | 895.00 | 0.50 | 447.50 |
| Daluz,T.M. | 10/03/19 | Review FTI fee entries flagged for issues. | 895.00 | 2.50 | 2,237.50 |
| McClamb,C.D. | 10/03/19 | Emails with C. Jimenez re: preliminary report drafts | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 10/03/19 | Attendance at hearing on plan confirmation | 445.00 | 7.20 | 3,204.00 |
| Kearney,B.N. | 10/04/19 | Email correspondence with P. Harner re: Weil report issues | 335.00 | 0.10 | 33.50 |
| Kearney,B.N. | 10/04/19 | Further work on review of Weil Gotshal expenses through 2/28/19 | 335.00 | 1.20 | 402.00 |
| Kearney,B.N. | 10/04/19 | Review P. Harner edits to Weil draft report; integrate and apply to Paul Weiss draft report as well | 335.00 | 0.80 | 268.00 |
| Kearney,B.N. | 10/04/19 | Phone call with P. Harner re: revisions to fee examination reports | 335.00 | 0.10 | 33.50 |
| Kearney,B.N. | 10/04/19 | Complete further revisions to Weil Gotshal preliminary fee examination report | 335.00 | 4.00 | 1,340.00 |
| Kearney,B.N. | 10/04/19 | Complete further revisions to Paul Weiss preliminary fee examination report | 335.00 | 1.30 | 435.50 |
| Greenfield,M.G. | 10/04/19 | Review of revised Akin report and review of exhibits | 445.00 | 0.60 | 267.00 |
| Marriott, III,V.J. | 10/04/19 | Review and revise Akin preliminary report (.2); conference with P. Harner re: same (3.3) | 985.00 | 3.50 | 3,447.50 |
| Pollard,C.P. | 10/04/19 | Re-run fee exhibits for Deloitte | 310.00 | 0.80 | 248.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Pollard,C.P. | 10/04/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| McClamb,C.D. | 10/04/19 | Draft Deloitte & Touche preliminary report | 445.00 | 3.00 | 1,335.00 |
| McClamb,C.D. | 10/04/19 | Review DTBA interim fee application | 445.00 | 3.80 | 1,691.00 |
| Neitzel,K.N. | 10/05/19 | Create reports of FTI reviewed time entries per T. Daluz request | 350.00 | 0.50 | 175.00 |
| Kearney,B.N. | 10/05/19 | Further work on review of Weil Gotshal expenses through 2/28/19 | 335.00 | 0.50 | 167.50 |
| Jimenez,C. | 10/05/19 | Review Wachtell expenses for first preliminary report (2.4); review Young Conaway expenses for first preliminary report (1); review Stout expenses for first preliminary report (.5); review McAndrews expenses for first preliminary report (.4); update Wachtell first preliminary report to reflect review of expenses (.7) | 365.00 | 5.00 | 1,825.00 |
| McClamb,C.D. | 10/05/19 | Review DTBA preliminary report | 445.00 | 1.00 | 445.00 |
| Kearney,B.N. | 10/05/19 | Revise WG block billing tagging in Relativity per P. Harner instructions | 335.00 | 3.10 | 1,038.50 |
| Kearney,B.N. | 10/05/19 | Review of local rules and email to C. Jimenez re: whether OT uber/lyft home is reimbursable | 335.00 | 0.10 | 33.50 |
| Kearney,B.N. | 10/05/19 | Phone conference with P. Harner re: necessary revisions to block billing fee exhibit | 335.00 | 0.10 | 33.50 |
| Jimenez,C. | 10/06/19 | Revise Young Conaway first preliminary report to include review of expenses | 365.00 | 0.70 | 255.50 |
| McClamb,C.D. | 10/06/19 | Review DTBA preliminary report | 445.00 | 2.30 | 1,023.50 |
| Kearney,B.N. | 10/06/19 | Further work on Weil fee report and associated exhibits | 335.00 | 1.60 | 536.00 |
| Kearney,B.N. | 10/06/19 | Further work on Paul Weiss fee report and associated exhibits | 335.00 | 0.50 | 167.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Neitzel,K.N. | 10/07/19 | Telephone conference with C. Jimenez re: creation of exhibits for Wachtell fee review findings | 350.00 | 0.40 | 140.00 |
| Kearney,B.N. | 10/07/19 | Further work on Weil fee report and associated exhibits | 335.00 | 2.70 | 904.50 |
| Kearney,B.N. | 10/07/19 | Further work on Paul Weiss fee report and associated exhibits | 335.00 | 2.80 | 938.00 |
| Greenfield,M.G. | 10/07/19 | Review and revise exhibits to fee report. | 445.00 | 0.60 | 267.00 |
| Salah,M. | 10/07/19 | Review fee application, change tags. | 415.00 | 1.10 | 456.50 |
| Neitzel,K.N. | 10/07/19 | Assist M. Salah with report generation for final exhibits | 350.00 | 0.60 | 210.00 |
| Jimenez,C. | 10/07/19 | Revise Wachtell preliminary fee report to include global edits and expenses (2.6); revise Young Conaway preliminary fee report to include global edits and expenses (2.2); | 365.00 | 4.80 | 1,752.00 |
| McClamb,C.D. | 10/07/19 | Review and prepare exhibits to Deloitte & Touche preliminary report | 445.00 | 3.00 | 1,335.00 |
| McClamb,C.D. | 10/07/19 | Draft Deloitte & Touche preliminary report | 445.00 | 2.00 | 890.00 |
| Marriott, III,V.J. | 10/07/19 | Review and revise Akin preliminary report | 985.00 | 2.70 | 2,659.50 |
| Pollard,C.P. | 10/07/19 | Begin preparing Paul Weiss and Weil Gotshal exhibits for time in excess of 12 hours/day | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 10/07/19 | Prepare Paul Weiss and Weil Gotshal exhibits for time in excess of 12 hours/day | 310.00 | 1.40 | 434.00 |
| Daluz,T.M. | 10/07/19 | Attend to Deloitte preliminary reports. | 895.00 | 0.50 | 447.50 |
| Daluz,T.M. | 10/07/19 | Review summary regarding confirmation. | 895.00 | 0.20 | 179.00 |
| Pollard,C.P. | 10/07/19 | Telephone call with M. Salah and K. Neitzel re: instructions for running draft exhibits for reviewed service providers | 310.00 | 0.10 | 31.00 |

## PROFESSIONAL SERVICES

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Kearney,B.N. | 10/07/19 | Reformat PW and WG fee exhibits per P. Harner instructions | 335.00 | 0.90 | 301.50 |
| Kearney,B.N. | 10/07/19 | Phone conference with P. Harner re: fee reports | 335.00 | 0.10 | 33.50 |
| McClamb,C.D. | 10/07/19 | Attendance at continued confirmation hearing | 445.00 | 4.60 | 2,047.00 |
| McClamb,C.D. | 10/07/19 | Multiple emails with B. Kearney re: Weil and Paul Weiss fee applications | 445.00 | 0.30 | 133.50 |
| Kearney,B.N. | 10/08/19 | Call with P. Harner re: further modifications to Weil report and exhibits | 335.00 | 0.20 | 67.00 |
| Kearney,B.N. | 10/08/19 | Update Weil report draft to reflect P. Harner changes re: Exhibit H | 335.00 | 0.20 | 67.00 |
| Kearney,B.N. | 10/08/19 | Address P. Harner comments/revisions to latest version of Weil interim fee report | 335.00 | 0.60 | 201.00 |
| Kearney,B.N. | 10/08/19 | Continue review of Weil Gotshal expenses for Oct 2018 through Feb 2019 | 335.00 | 1.40 | 469.00 |
| Kearney,B.N. | 10/08/19 | Continue review of Paul Weiss expenses for Oct 2018 through Feb 2019 | 335.00 | 3.40 | 1,139.00 |
| Kearney,B.N. | 10/08/19 | Revise Weil excessive time classifications and exhibit | 335.00 | 2.50 | 837.50 |
| Greenfield,M.G. | 10/08/19 | Creation and formatting of exhibits to report, review of expenses, review of time entries, edits to report | 445.00 | 4.70 | 2,091.50 |
| Salah,M. | 10/08/19 | Review Deloitte Tax fee application, change tags. | 415.00 | 0.20 | 83.00 |
| Blessing,B. | 10/08/19 | Generate and finalize exhibits for Fee Examiner's Preliminary Report Regarding First Interim Fee and Expense Application of Stout Risius Ross, LLC. | 175.00 | 1.10 | 192.50 |
| Jimenez,C. | 10/08/19 | Revise Stout Risius preliminary fee report to include global edits and expenses | 365.00 | 2.70 | 985.50 |

## PROFESSIONAL SERVICES

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Marriott, III,V.J. | 10/08/19 | Review Akin time records and review and revise preliminary. | 985.00 | 3.00 | 2,955.00 |
| Pollard,C.P. | 10/08/19 | Call with K .Neitzel re: information needed for final exhibits | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 10/08/19 | Review: prepare review status report, send to legal team | 310.00 | 0.20 | 62.00 |
| McClamb,C.D. | 10/08/19 | Review and revise preliminary report template | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 10/08/19 | Review DTBA first interim fee application | 445.00 | 1.80 | 801.00 |
| McClamb,C.D. | 10/08/19 | Multiple emails with B. Kearney re: preliminary reports | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 10/08/19 | Review and revise exhibits to Deloitte & Touche preliminary report | 445.00 | 2.30 | 1,023.50 |
| McClamb,C.D. | 10/08/19 | Review and revise Deloitte & Touche preliminary report and exhibits | 445.00 | 4.80 | 2,136.00 |
| Kearney,B.N. | 10/09/19 | Revise PW report to reflect data from expense exhibits | 335.00 | 0.50 | 167.50 |
| Kearney,B.N. | 10/09/19 | Create Weil Gotshal flagged expense exhibits | 335.00 | 1.70 | 569.50 |
| Kearney,B.N. | 10/09/19 | Complete further revisions to WG and PW fee reports | 335.00 | 0.50 | 167.50 |
| Kearney,B.N. | 10/09/19 | Create exhibits documenting flagged PW expenses | 335.00 | 1.00 | 335.00 |
| Kearney,B.N. | 10/09/19 | Continue close review of Weil Gotshal expenses for Oct 2018 through Feb 2019 | 335.00 | 0.40 | 134.00 |
| Kearney,B.N. | 10/09/19 | Implement P. Harner edits to report template in PW report | 335.00 | 0.30 | 100.50 |
| Kearney,B.N. | 10/09/19 | Revise Weil Gotshal duplicative entries fee exhibit | 335.00 | 1.40 | 469.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Kearney,B.N. | 10/09/19 | Email response to P. Harner re: questions re: expense classifications | 335.00 | 0.10 | 33.50 |
| Neitzel,K.N. | 10/09/19 | Telephone conference with C. Pollard re: creation of report to identify discrepancies in Paul Weiss expense data | 350.00 | 0.50 | 175.00 |
| Kearney,B.N. | 10/09/19 | Revise Paul Weiss duplicative entries fee exhibit | 335.00 | 1.10 | 368.50 |
| Greenfield,M.G. | 10/09/19 | Create and format FTI exhibits (1.0), review of FTI time entries and expenses (.7) | 445.00 | 1.70 | 756.50 |
| Greenfield,M.G. | 10/09/19 | Creation and formatting of Akin exhibits for report (1.0), review of Akin expenses (1.3), discussion of expenses with Vince Marriott (.3), review of Akin time entries (.8), drafting of preliminary report (1.2). | 445.00 | 4.60 | 2,047.00 |
| Salah,M. | 10/09/19 | Review fee application report, change tags. | 415.00 | 0.60 | 249.00 |
| Neitzel,K.N. | 10/09/19 | Compile reports of Paul Weiss expense data for analysis | 350.00 | 1.80 | 630.00 |
| Marriott, III,V.J. | 10/09/19 | Review and revise Akin preliminary report | 985.00 | 3.80 | 3,743.00 |
| Daluz,T.M. | 10/09/19 | Correspondence with team regarding reports. | 895.00 | 0.50 | 447.50 |
| Pollard,C.P. | 10/09/19 | Per request from B. Kearney, looked at potential Paul Weiss expense duplication issue | 310.00 | 0.30 | 93.00 |
| Pollard,C.P. | 10/09/19 | Prepare final reports for First Fee Petition response: Deloitte Tax and Alvarez and Marsal | 310.00 | 1.50 | 465.00 |
| McClamb,C.D. | 10/09/19 | Phone calls with DTBA re: submission of fee application data | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 10/09/19 | Phone call to Deloitte & Touche re: submission of fee application data | 445.00 | 0.10 | 44.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| McClamb,C.D. | 10/09/19 | Phone calls with Young Conaway re: submission of fee application data | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 10/09/19 | Phone call to Deloitte Tax re: submission of fee application data | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 10/09/19 | Review docket and uploaded data to determine missing fee application data for second interim fee applications | 445.00 | 1.80 | 801.00 |
| McClamb,C.D. | 10/09/19 | Review DTBA interim fee application | 445.00 | 5.00 | 2,225.00 |
| Neitzel,K.N. | 10/10/19 | Analyze and update time and expense entries with petition info | 350.00 | 3.10 | 1,085.00 |
| Kearney,B.N. | 10/10/19 | Review and tag previously unmarked Paul Weiss expense entries | 335.00 | 0.30 | 100.50 |
| Kearney,B.N. | 10/10/19 | Reproduce Paul Weiss expense exhibits and revise fee report based on totals and V. Marriott edits to template | 335.00 | 0.50 | 167.50 |
| Kearney,B.N. | 10/10/19 | Further review of Weil entries for duplication of efforts | 335.00 | 0.30 | 100.50 |
| Kearney,B.N. | 10/10/19 | Finalize Weil fee exhibits for conversion to PDF | 335.00 | 0.10 | 33.50 |
| Kearney,B.N. | 10/10/19 | Comb through Weil fee entries for retention issue | 335.00 | 0.30 | 100.50 |
| Kearney,B.N. | 10/10/19 | Review of Paul Weiss fee exhibits | 335.00 | 0.20 | 67.00 |
| Kearney,B.N. | 10/10/19 | Revise individual cover letters for fee reports | 335.00 | 0.20 | 67.00 |
| Kearney,B.N. | 10/10/19 | Revise Weil duplicative entries exhibit and fee report | 335.00 | 1.50 | 502.50 |
| Kearney,B.N. | 10/10/19 | Phone conference with P. Harner for update on fee report/exhibit issues | 335.00 | 0.20 | 67.00 |
| Kearney,B.N. | 10/10/19 | Call with C. Jimenez re: expense review issues | 335.00 | 0.10 | 33.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Kearney,B.N. | 10/10/19 | Continue to revise WG and PW fee reports and exhibits | 335.00 | 2.50 | 837.50 |
| Greenfield,M.G. | 10/10/19 | Review of Akin expenses, formatting of exhibits, review and revise report, draft summation of expense issues, review guidelines for expense review | 445.00 | 2.60 | 1,157.00 |
| Salah,M. | 10/10/19 | Review Alvarez and Marsal fee application, change tags. | 415.00 | 0.60 | 249.00 |
| Blessing,B. | 10/10/19 | Create and finalize exhibits to Fee Examiner's Preliminary Report Regarding First Interim Fee and Expense Application of Young Conaway Stargatt & Taylor, LLP (1.2); create and finalize exhibits to Fee Examiner's Preliminary Report Regarding First Interim Fee and Expense Application of Wachtell, Lipton, Rosen & Katz (1.5). | 175.00 | 2.70 | 472.50 |
| Jimenez,C. | 10/10/19 | Review and revise Wachtell preliminary fee report to incorporate exhibits and generate exhibits for inclusion (5.8) | 365.00 | 5.80 | 2,117.00 |
| Marriott, III,V.J. | 10/10/19 | Prepare Akin first preliminary report | 985.00 | 3.20 | 3,152.00 |
| Pollard,C.P. | 10/10/19 | Check on status of updating Fee Petition Status | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 10/10/19 | Set up new search and prepare instructions for selected service providers (Wachtell, Young, Stout and McAndrews) | 310.00 | 0.50 | 155.00 |
| Pollard,C.P. | 10/10/19 | Attention to need to capture information re: which entries were submitted for which fee petitions (calls with K. Neitzel 1.1, call with C. McClamb .1, call with P. Harner and V. Marriot .1) | 310.00 | 1.30 | 403.00 |
| Pollard,C.P. | 10/10/19 | Update Expense search and revise dashboard | 310.00 | 0.30 | 93.00 |
| Daluz,T.M. | 10/10/19 | Review and revise Stout Risius report. | 895.00 | 2.00 | 1,790.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| McClamb,C.D. | 10/10/19 | Emails with B. Kearney and C. Jimenez re: review of expenses | 445.00 | 0.40 | 178.00 |
| McClamb,C.D. | 10/10/19 | Phone call with C. Pollard re: issues with expense review | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 10/10/19 | Review DTBA interim fee application | 445.00 | 3.00 | 1,335.00 |
| Kearney,B.N. | 10/11/19 | Coordinate printing of Paul Weiss exhibits (in Baltimore office) for P. Harner close review | 335.00 | 0.10 | 33.50 |
| Kearney,B.N. | 10/11/19 | Revise Paul Weiss preliminary report to integrate P. Harner feedback | 335.00 | 1.50 | 502.50 |
| Kearney,B.N. | 10/11/19 | Make final revisions to Weil preliminary report and accompanying exhibits, and send to ARC for conversion to PDF and consolidation into single document | 335.00 | 0.90 | 301.50 |
| Kearney,B.N. | 10/11/19 | Call with P. Harner re: Paul Weiss exhibit issues and coordinating print job in Baltimore | 335.00 | 0.10 | 33.50 |
| Kearney,B.N. | 10/11/19 | Revise and finalize Paul Weiss report exhibits and make changes in report; send to P. Harner for final signoff | 335.00 | 1.50 | 502.50 |
| Kearney,B.N. | 10/11/19 | Continue work on coordinating conversion to PDF and production of Weil Gotshal and Paul Weiss preliminary reports and accompanying exhibits | 335.00 | 0.80 | 268.00 |
| Kearney,B.N. | 10/11/19 | Call with P. Harner re: final revisions to Weil report and formatting of finished work product | 335.00 | 0.10 | 33.50 |
| Greenfield,M.G. | 10/11/19 | Revise and prepare FTI fee exhibits, review of fee entires, revisions to Preliminary Report. | 445.00 | 1.70 | 756.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Greenfield,M.G. | 10/11/19 | Revisions to preliminary report, review of Akin Application and fee entires regarding billing rates, emails with data team regarding duplicate expenses, review Akin expenses | 445.00 | 1.20 | 534.00 |
| Salah,M. | 10/11/19 | Review fee application report, address tags not appearing on the report. | 415.00 | 3.10 | 1,286.50 |
| Neitzel,K.N. | 10/11/19 | Assist M. Salah in searching and report creation for reviewed fees | 350.00 | 0.40 | 140.00 |
| Neitzel,K.N. | 10/11/19 | Perform searches and update fee review with second level quality check findings | 350.00 | 0.30 | 105.00 |
| Jimenez,C. | 10/11/19 | Generate exhibits (1.0), and review and revise Young Conaway first preliminary report to include information from exhibits (3.6) | 365.00 | 4.60 | 1,679.00 |
| Marriott, III,V.J. | 10/11/19 | Review and edit Wachtel preliminary report (0.5); review and edit Paul Weiss preliminary report (0.5); review and edit Young Conaway preliminary report (0.3); conference with Paul Harner re: completion status of reports for debtor professionals and committee professionals (1.0); review and edit Akin preliminary report (2.0) | 985.00 | 4.30 | 4,235.50 |
| McClamb,C.D. | 10/11/19 | Review DTBA fee application | 445.00 | 3.00 | 1,335.00 |
| Kearney,B.N. | 10/12/19 | Review production/formatting issues with WG and PW report packages | 335.00 | 0.50 | 167.50 |
| Jimenez,C. | 10/12/19 | Finalize Young Conaway and Wachtell first preliminary reports | 365.00 | 0.60 | 219.00 |
| McClamb,C.D. | 10/12/19 | Review DTBA interim fee application | 445.00 | 1.00 | 445.00 |
| McClamb,C.D. | 10/13/19 | Review DTBA interim fee application | 445.00 | 1.30 | 578.50 |
| Neitzel,K.N. | 10/14/19 | Investigate duplicate entries in Akin expense data and report results to legal team | 350.00 | 1.60 | 560.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Neitzel,K.N. | 10/14/19 | Update fee data in Relativity workspace for attorney review | 350.00 | 1.10 | 385.00 |
| Kearney,B.N. | 10/14/19 | Phone conference with P. Harner, V. Marriott, M. Greenfield, and C. Jimenez re: final steps for production of fee reports | 335.00 | 0.10 | 33.50 |
| Kearney,B.N. | 10/14/19 | Manual reformatting of Weil and Paul Weiss 12+ hour exhibits | 335.00 | 2.60 | 871.00 |
| Kearney,B.N. | 10/14/19 | Finalize Weil Gotshal and Paul Weiss reports and exhibits, compile in PDF, and forward to P. Harner | 335.00 | 2.90 | 971.50 |
| Kearney,B.N. | 10/14/19 | Final touchup to Weil and Paul Weiss report documents per P. Harner instructions | 335.00 | 0.20 | 67.00 |
| Kearney,B.N. | 10/14/19 | Review PDFs of fee reports and appended exhibits for technical issues | 335.00 | 0.90 | 301.50 |
| Kearney,B.N. | 10/14/19 | Continue Weil fee review for March-June 2019 | 335.00 | 0.60 | 201.00 |
| Greenfield,M.G. | 10/14/19 | Review Akin fees and expenses, formatting and creation of exhibits, drafting and revisions to Report, call and emails with data team regarding duplicates in expenses. | 445.00 | 6.00 | 2,670.00 |
| Blessing,B. | 10/14/19 | Generate, format, and edit exhibits to Fee Examiner's Preliminary Report Regarding First Interim Fee and Expense Application of Wachtell, Lipton, Rosen & Katz (3.0); finalize Wachtell Lipton preliminary report and exhibits (.5); generate, format, and edit exhibits to Fee Examiner's Preliminary Report Regarding First Interim Fee and Expense Application of Young Conaway Stargatt & Taylor, LLP (1.0); finalize Young Conaway preliminary report and exhibits (.5). | 175.00 | 5.00 | 875.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Jimenez,C. | 10/14/19 | Conference call w/ V. Marriot, P. Harner, M. Greenfield, and B. Kearney to discuss finalizing exhibits for preliminary fee reports (.1); review and revise Stout Risius preliminary report (1); revise final exhibits and report for Wachtell (1); review and revise McAndrew preliminary report (1.2); revise final exhibits and report for Young Conaway (.3) | 365.00 | 3.60 | 1,314.00 |
| Salah,M. | 10/14/19 | Review and edit tags for fee application. | 415.00 | 4.60 | 1,909.00 |
| Marriott, III,V.J. | 10/14/19 | Prepare Akin first preliminary report (2.8); review Wachtell Preliminary report | 985.00 | 3.40 | 3,349.00 |
| Daluz,T.M. | 10/14/19 | Review Weil, YCST, Paul Weiss and Wachtell reports. | 895.00 | 1.50 | 1,342.50 |
| Daluz,T.M. | 10/14/19 | Review and revise Deloitte report. | 895.00 | 2.00 | 1,790.00 |
| McClamb,C.D. | 10/14/19 | Review, edit and finalize status report of fee examiner | 445.00 | 2.10 | 934.50 |
| McClamb,C.D. | 10/14/19 | Review DTBA interim fee application | 445.00 | 3.50 | 1,557.50 |
| McClamb,C.D. | 10/14/19 | Emails with M. Greenfield and V. Marriott re: expense review issues | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 10/14/19 | Multiple emails with P. Harner re: status of preliminary reports | 445.00 | 0.50 | 222.50 |
| Kearney,B.N. | 10/15/19 | Phone conference with P. Harner re: coordinating transmittal of Paul Weiss exhibit excel documents to firm for review (.2); coordinate with K. Neitzel (.2) | 335.00 | 0.40 | 134.00 |
| Kearney,B.N. | 10/15/19 | Continue Weil Gotshal fee review for March-June 2019 | 335.00 | 0.80 | 268.00 |
| Neitzel,K.N. | 10/15/19 | Update fee data for attorney review | 350.00 | 0.80 | 280.00 |
| Greenfield,M.G. | 10/15/19 | Review and editing of Akin expenses and exhibits, drafting of Preliminary Report and exhibits, review of Akin fee entries, creation of expense and fee exhibits. | 445.00 | 4.50 | 2,002.50 |

## PROFESSIONAL SERVICES

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Salah,M. | 10/15/19 | Review fee application, change tags not appearing on the fee application report. | 415.00 | 1.50 | 622.50 |
| Marriott, III,V.J. | 10/15/19 | Finalize Akin preliminary report (2.3); conference with and attend to scheduling sessions with Paul Weiss and Weil (0.5) | 985.00 | 2.80 | 2,758.00 |
| Daluz,T.M. | 10/15/19 | Complete review and revision of preliminary report. | 895.00 | 2.50 | 2,237.50 |
| McClamb,C.D. | 10/15/19 | Update preliminary report template | 445.00 | 0.30 | 133.50 |
| McClamb,C.D. | 10/15/19 | Phone call with P. Harner re: status | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 10/15/19 | Review Fifth Monthly Joint Fee Application | 445.00 | 0.70 | 311.50 |
| McClamb,C.D. | 10/15/19 | Review DTBA interim fee application | 445.00 | 3.30 | 1,468.50 |
| Neitzel,K.N. | 10/16/19 | Compile Paul Weiss exhibits and send to C. Toto per B. Kearney request | 350.00 | 0.80 | 280.00 |
| Kearney,B.N. | 10/16/19 | Continue Weil Gotshal fee review for March-June 2019 | 335.00 | 6.00 | 2,010.00 |
| Greenfield,M.G. | 10/16/19 | Review FTI fees and expenses, creation of fee and expense exhibits, drafting of revised preliminary reports, emails with data team regarding expense issues. | 445.00 | 4.10 | 1,824.50 |
| Blessing,B. | 10/16/19 | Generate, format, and edit exhibits to Fee Examiner's Preliminary Report Regarding First Interim Fee Application of WMcAndrews, Held & Malloy Ltd. (1.5); generate, format, and edit exhibits to Fee Examiner's Preliminary Report Regarding First Interim Fee and Expense Application of Stout Risius Ross, LLC (1.5). | 175.00 | 3.00 | 525.00 |
| Marriott, III,V.J. | 10/16/19 | Conference with T. Daluz and P. Harner re: Deloitte preliminary report (0.4); review professional assignment chart (0.1) | 985.00 | 0.50 | 492.50 |
| Pollard,C.P. | 10/16/19 | Prepare report summarizing FTI fee entries with more than 12 hours billed in a day | 310.00 | 1.30 | 403.00 |

## PROFESSIONAL SERVICES

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Daluz,T.M. | 10/16/19 | Correspondence with C. McClamb regarding Deloitte report | 895.00 | 0.30 | 268.50 |
| Daluz,T.M. | 10/16/19 | Continue revising Deloitte report. | 895.00 | 0.30 | 268.50 |
| Daluz,T.M. | 10/16/19 | Telephone call with P. Harner and V. Marriott regarding Deloitte report. | 895.00 | 0.60 | 537.00 |
| McClamb,C.D. | 10/16/19 | Emails with T. Daluz re: Deloitte & Touche preliminary report | 445.00 | 0.20 | 89.00 |
| McClamb,C.D. | 10/16/19 | Emails with T. Daluz re: Deloitte & Touche preliminary report | 445.00 | 0.20 | 89.00 |
| Neitzel,K.N. | 10/17/19 | Compile Weil exhibits and send to M. Kleissler per B. Kearney request | 350.00 | 0.70 | 245.00 |
| Neitzel,K.N. | 10/17/19 | Update fee application fields to identify deliveries of data | 350.00 | 0.80 | 280.00 |
| Kearney,B.N. | 10/17/19 | Continue Paul Weiss expense review for March-June 2019 | 335.00 | 1.00 | 335.00 |
| Kearney,B.N. | 10/17/19 | Continue Weil Gotshal fee review for March-June 2019 | 335.00 | 5.80 | 1,943.00 |
| Greenfield,M.G. | 10/17/19 | Drafting of preliminary report. | 445.00 | 1.10 | 489.50 |
| Salah,M. | 10/17/19 | Review Deloitte Tax professional fees and edit tags. | 415.00 | 3.60 | 1,494.00 |
| Blessing,B. | 10/17/19 | Generate, format, and edit exhibits to Fee Examiner's Preliminary Report Regarding First Interim Fee and Expense Application of Stout Risius Ross, LLC. | 175.00 | 0.40 | 70.00 |
| Salah,M. | 10/17/19 | Review Alvarez and Marsal fee application reports, edit tags. | 415.00 | 1.80 | 747.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Jimenez,C. | 10/17/19 | Review and revise report and exhibits for Stout Risius preliminary report on first interim fee application (3.3); review and revise report and exhibits for McAndrews preliminary report on first interim fee application (1.9) | 365.00 | 5.20 | 1,898.00 |
| McClamb,C.D. | 10/17/19 | Review DTBA interim fee application | 445.00 | 1.00 | 445.00 |
| Salah,M. | 10/18/19 | Review fee application reports and edit fee application tags for Deloitte Tax. | 415.00 | 5.60 | 2,324.00 |
| Jimenez,C. | 10/18/19 | Review and revise McAndrews preliminary report and exhibits | 365.00 | 0.70 | 255.50 |
| Daluz,T.M. | 10/18/19 | Analyze changes to Deloitte audit report. | 895.00 | 1.00 | 895.00 |
| Pollard,C.P. | 10/18/19 | Prepare new report summarizing FTI time in excess of 12 hours | 310.00 | 0.40 | 124.00 |
| Kearney,B.N. | 10/18/19 | Continue Weil Gotshal fee review for March-June 2019 | 335.00 | 2.50 | 837.50 |
| Kearney,B.N. | 10/18/19 | Continue Weil Gotshal expense review for March-June 2019 | 335.00 | 2.10 | 703.50 |
| Kearney,B.N. | 10/18/19 | Continue Paul Weiss expense review for March-June 2019 | 335.00 | 0.90 | 301.50 |
| McClamb,C.D. | 10/18/19 | Meeting with T. Daluz re: Deloitte & Touche preliminary report and exhibits | 445.00 | 2.00 | 890.00 |
| McClamb,C.D. | 10/19/19 | Review DTBA preliminary report | 445.00 | 1.30 | 578.50 |
| Kearney,B.N. | 10/20/19 | Continue Paul Weiss expense review for March-June 2019 | 335.00 | 1.00 | 335.00 |
| Kearney,B.N. | 10/20/19 | Continue Weil Gotshal expense review for March-June 2019 | 335.00 | 0.50 | 167.50 |
| McClamb,C.D. | 10/20/19 | Review DTBA preliminary report | 445.00 | 1.50 | 667.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Greenfield,M.G. | 10/21/19 | Review of Akin time entires and expense entries for period covering March through June (2.0); Creation and review of exhibits for those entries (1.2) | 445.00 | 3.20 | 1,424.00 |
| Greenfield,M.G. | 10/21/19 | Review of FTI time entires and expense entries for period covering March through June (1.0); Creation and review of exhibits for those entries (.6). | 445.00 | 1.60 | 712.00 |
| Salah,M. | 10/21/19 | Review fee application reports, analyze calculations. | 415.00 | 2.10 | 871.50 |
| Daluz,T.M. | 10/21/19 | Prepare for interim fee hearing. | 895.00 | 0.30 | 268.50 |
| Kearney,B.N. | 10/21/19 | Continue Weil Gotshal expense review for March-June 2019 | 335.00 | 0.30 | 100.50 |
| Kearney,B.N. | 10/21/19 | Continue Weil Gotshal expense review for March-June 2019 | 335.00 | 3.80 | 1,273.00 |
| Kearney,B.N. | 10/21/19 | Coordinate print job of PW and Weil reports and exhibits for P. Harner in advance of live meetings with firm reps | 335.00 | 0.10 | 33.50 |
| Kearney,B.N. | 10/21/19 | Continue Weil Gotshal fee review for March-June 2019 | 335.00 | 0.90 | 301.50 |
| Greenfield,M.G. | 10/22/19 | Review FTI exhibit regarding long billing days to establish amount billed beyond 12 hours per day | 445.00 | 0.70 | 311.50 |
| Salah,M. | 10/22/19 | Run and review fee application reports. | 415.00 | 2.70 | 1,120.50 |
| Marriott, III,V.J. | 10/22/19 | Prepare for meeting and meet with Paul Weiss (1.5); prepare for meeting and meet with Weil (1.5); conference with P. Harner re: results of meeting (0.5) | 985.00 | 3.50 | 3,447.50 |
| Daluz,T.M. | 10/22/19 | Review and revise Stout Risius report. | 895.00 | 2.00 | 1,790.00 |
| Daluz,T.M. | 10/22/19 | Attend to fee hearing issues. | 895.00 | 0.30 | 268.50 |
| McClamb,C.D. | 10/22/19 | Phone call with M. Salah re: preliminary report | 445.00 | 0.50 | 222.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| McClamb,C.D. | 10/22/19 | Phone call with chambers re: interim fee hearing | 445.00 | 0.10 | 44.50 |
| Kearney,B.N. | 10/22/19 | Continue Weil Gotshal fee review for March-June 2019 | 335.00 | 1.70 | 569.50 |
| Kearney,B.N. | 10/22/19 | Continue Paul Weiss fee review for March-June 2019 | 335.00 | 1.20 | 402.00 |
| Kearney,B.N. | 10/22/19 | Continue Paul Weiss expense review for March-June 2019 | 335.00 | 0.40 | 134.00 |
| McClamb,C.D. | 10/22/19 | Multiple meetings with T. Daluz re: status of fee review and preliminary reports | 445.00 | 0.50 | 222.50 |
| McClamb,C.D. | 10/22/19 | Review DTBA interim fee application | 445.00 | 1.00 | 445.00 |
| McClamb,C.D. | 10/22/19 | Phone calls with P. Harner re: status | 445.00 | 0.20 | 89.00 |
| Greenfield,M.G. | 10/23/19 | Drafting of Preliminary Report (2.2), review of FTI fee and expense entries (1.3), review of and creation of exhibits showing flagged fee and expense entries (1.0) | 445.00 | 4.50 | 2,002.50 |
| Greenfield,M.G. | 10/23/19 | Review Akin Report and Exhibit, creation and review of binders for Report and Exhibits | 445.00 | 0.70 | 311.50 |
| Marriott, III,V.J. | 10/23/19 | Prepare for Akin conference re: preliminary report | 985.00 | 0.30 | 295.50 |
| Greenfield,M.G. | 10/24/19 | Review of FTI time entires and expense entries for period covering March through June (1.3); Creation and review of exhibits for those entries (1.0) | 445.00 | 2.30 | 1,023.50 |
| Greenfield,M.G. | 10/24/19 | Review of Akin time entires and expense entries for period covering March through June (.9); Creation and review of exhibits for those entries (.5) | 445.00 | 1.40 | 623.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Greenfield,M.G. | 10/24/19 | Review and editing of exhibit showing time over twelve hours per day, review of fee entries flagged for long billing days | 445.00 | 0.60 | 267.00 |
| Pollard,C.P. | 10/24/19 | Revise FTI - First Fee Petition - daily hours in excess of 12 | 310.00 | 0.20 | 62.00 |
| Pollard,C.P. | 10/24/19 | Summarize instructions for creating a report for time entries that exceed 12 hours in a day and calculating the value of the excess hours | 310.00 | 0.20 | 62.00 |
| Greenfield,M.G. | 10/25/19 | Review of time over 12 hours per day exhibit, review and proof of preliminary report. | 445.00 | 0.40 | 178.00 |
| Marriott, III,V.J. | 10/25/19 | Prepare for and participate in conference with Akin and P. Harner re: preliminary report | 985.00 | 1.50 | 1,477.50 |
| Daluz,T.M. | 10/25/19 | Review revised FTI report. | 895.00 | 2.50 | 2,237.50 |
| McClamb,C.D. | 10/25/19 | Review DTBA interim application | 445.00 | 1.00 | 445.00 |
| McClamb,C.D. | 10/26/19 | Review DTBA preliminary report | 445.00 | 1.50 | 667.50 |
| McClamb,C.D. | 10/27/19 | Review DTBA preliminary report | 445.00 | 2.00 | 890.00 |
| Greenfield,M.G. | 10/28/19 | Review Akin fee entires and exhibits for period from March through June | 445.00 | 1.40 | 623.00 |
| Greenfield,M.G. | 10/28/19 | Review FTI fee entires and exhibits for period from March through June | 445.00 | 1.10 | 489.50 |
| Daluz,T.M. | 10/28/19 | Review revised FTI report. | 895.00 | 1.50 | 1,342.50 |
| McClamb,C.D. | 10/29/19 | Review DTBA interim fee application | 445.00 | 1.00 | 445.00 |
| Greenfield,M.G. | 10/30/19 | Review FTI fee entires for March through June and review of exhibits capturing flagged entries | 445.00 | 1.10 | 489.50 |
| Greenfield,M.G. | 10/30/19 | Review Akin fee entries for March through June | 445.00 | 1.60 | 712.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| Salah,M. | 10/30/19 | Analyze review findings reports and draft preliminary fee application reports for Deloitte Tax; and Alvarez & Marsal. | 415.00 | 4.80 | 1,992.00 |
| Jimenez,C. | 10/30/19 | Review response and additional documents submitted by McAndrews supporting fee application | 365.00 | 0.80 | 292.00 |
| McClamb,C.D. | 10/30/19 | Review, edit and finalize exhibits for Deloitte preliminary report | 445.00 | 4.50 | 2,002.50 |
| McClamb,C.D. | 10/30/19 | Review and edit Deloitte preliminary report | 445.00 | 2.30 | 1,023.50 |
| Neitzel,K.N. | 10/31/19 | Delete incorrect Prime Clerk data upload per C. McClamb request | 350.00 | 0.10 | 35.00 |
| Greenfield,M.G. | 10/31/19 | Review of Akin March fee entries | 445.00 | 2.20 | 979.00 |
| Salah,M. | 10/31/19 | Draft correspondence with the two preliminary application reports to T. Daluz and C. McClamb. | 415.00 | 0.30 | 124.50 |
| Marriott, III,V.J. | 10/31/19 | Review timing of next reports | 985.00 | 0.30 | 295.50 |
| McClamb,C.D. | 10/31/19 | Emails with S. Weiner re: Prime Clerk September Application | 445.00 | 0.10 | 44.50 |
| McClamb,C.D. | 10/31/19 | Emails with C. Pollard and K. Neitzel re: Prime Clerk September Application | 445.00 | 0.10 | 44.50 |
| **Total B170** | | | | **437.70** | **$205,120.00** |
| **B195 - Non-Working Travel** | | | | | |
| Marriott, III,V.J. | 10/22/19 | Travel to NY | 985.00 | 3.00 | 2,955.00 |
| Marriott, III,V.J. | 10/24/19 | Return from NY | 985.00 | 2.80 | 2,758.00 |
| **Total B195** | | | | **5.80** | **$5,713.00** |
| | | **Total Fees** | | **453.40** | **216,183.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 445.00 | 0.30 | 133.50 |
| Maddox,M. | 270.00 | 5.40 | 1,458.00 |
| Daluz,T.M. | 895.00 | 4.20 | 3,759.00 |
| **Total Task: B160** | | **9.90** | **$5,350.50** |
| | | | |
| **Task: B170 - Fee/Employment Objections** | | | |
| Blessing,B. | 175.00 | 12.20 | 2,135.00 |
| Kearney,B.N. | 335.00 | 101.40 | 33,969.00 |
| McClamb,C.D. | 445.00 | 103.40 | 46,013.00 |
| Jimenez,C. | 365.00 | 38.50 | 14,052.50 |
| Pollard,C.P. | 310.00 | 10.80 | 3,348.00 |
| Neitzel,K.N. | 350.00 | 13.50 | 4,725.00 |
| Greenfield,M.G. | 445.00 | 63.00 | 28,035.00 |
| Salah,M. | 415.00 | 32.60 | 13,529.00 |
| Daluz,T.M. | 895.00 | 22.80 | 20,406.00 |
| Marriott, III,V.J. | 985.00 | 39.50 | 38,907.50 |
| **Total Task: B170** | | **437.70** | **$205,120.00** |
| | | | |
| **Task: B195 - Non-Working Travel** | | | |
| Marriott, III,V.J. | 985.00 | 5.80 | 5,713.00 |
| **Total Task: B195** | | **5.80** | **$5,713.00** |
| | | | |
| **Total Fees** | | **453.40** | **$216,183.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Daluz,T.M. | 895.00 | 27.00 | 24,165.00 |
| Marriott, III,V.J. | 985.00 | 45.30 | 44,620.50 |
| Greenfield,M.G. | 445.00 | 63.00 | 28,035.00 |
| Jimenez,C. | 365.00 | 38.50 | 14,052.50 |
| Kearney,B.N. | 335.00 | 101.40 | 33,969.00 |
| McClamb,C.D. | 445.00 | 103.70 | 46,146.50 |
| Salah,M. | 415.00 | 32.60 | 13,529.00 |
| Neitzel,K.N. | 350.00 | 13.50 | 4,725.00 |
| Pollard,C.P. | 310.00 | 10.80 | 3,348.00 |
| Blessing,B. | 175.00 | 12.20 | 2,135.00 |
| Maddox,M. | 270.00 | 5.40 | 1,458.00 |
| **Total Fees** | | **453.40** | **$216,183.50** |

**Total Current Charges:** $216,183.50

# Ballard Spahr
### LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20191106419 | |
| Date: | November 15, 2019 | |

| | |
|---|---|
| Fee Amount | $216,183.50 |
| **TOTAL AMOUNT DUE** | **$216,183.50** |

**Please return this page with your remittance to the above address.
Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**