# EXHIBIT C

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: November 15, 2019
Invoice No.: 20191106449

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:    Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2019

**INVOICE SUMMARY**

FEES

DISBURSEMENTS

| | |
|---|---:|
| Air/Rail Expense | $208.00 |
| Business Meals | $8.23 |
| Delivery Service | $18.67 |
| Travel Expenses | $20.00 |
| Total Disbursements | $254.90 |
| Total Current Charges | $254.90 |
| **TOTAL AMOUNT DUE** | **$254.90** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|---|---|---|
| 09/12/19 | Delivery Service FedEx Invoice #: 674346114, 09/20/2019, Tracking #: 789774125733, Paul Harner | 18.67 |
| 10/03/19 | Travel Expenses Paul Harner - Invoice # B88CB37BBE2F4DBFA8EB - PHILLY TRIP RE: SEARS | 20.00 |
| 10/03/19 | Air/Rail Expense Paul Harner - Invoice # B88CB37BBE2F4DBFA8EB - PHILLY TRIP RE: SEARS | 208.00 |
| 10/04/19 | Business Meals Paul Harner - Invoice # B88CB37BBE2F4DBFA8EB - PHILLY TRIP RE: SEARS | 8.23 |
| | **Total Disbursements** | **$254.90** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Air/Rail Expense | 208.00 |
| Business Meals | 8.23 |
| Delivery Service | 18.67 |
| Travel Expenses | 20.00 |
| **Total Disbursements** | **$254.90** |
| **Total Current Charges:** | **$254.90** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20191106449 | |
| Date: | November 15, 2019 | |

| | |
|---|---:|
| Disbursement Amount | $254.90 |
| **TOTAL AMOUNT DUE** | **$254.90** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| Bank: | **PNC Bank, NA** |
| ABA No.: | **031 0000 53** |
| Account No.: | **85-3131-7345** |
| Account Name: | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**