# EXHIBIT D

# Ballard Spahr
**LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: November 15, 2019
Invoice No.: 20191106448

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:     Sears Fee Examiner  (071820.03)

Matter:     Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2019

## INVOICE SUMMARY

FEES

DISBURSEMENTS

| | | |
|---|---|---|
| Miscellaneous | $30.00 | |
| Total Disbursements | | $30.00 |
| Total Current Charges | | $30.00 |
| **TOTAL AMOUNT DUE** | | **$30.00** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|------|-------------|--------|
| 10/23/19 | Miscellaneous Vincent Marriott - Invoice # D050D3BA796D49859C4A - Client Charge | 30.00 |
| | **Total Disbursements** | **$30.00** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|-------------|--------|
| Miscellaneous | 30.00 |
| **Total Disbursements** | **$30.00** |

| | |
|---|---|
| **Total Current Charges:** | **$30.00** |

# Ballard Spahr
### LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20191106448 | |
| Date: | November 15, 2019 | |

| | |
|---|---|
| Disbursement Amount | $30.00 |
| **TOTAL AMOUNT DUE** | **$30.00** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**