# EXHIBIT A

| Inv Date | Invoice | Type | Div | Customer | Name | Balance | Service Dates From | Service Dates To | Store No |
|---|---|---|---|---|---|---|---|---|---|
| 11/19/2018 | 2099608 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $271.35 | 11/12/2018 | | 6413 |
| 12/17/2018 | 2100517 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,834.71 | 12/4/2018 | | SEARS #6494 |
| 12/17/2018 | 2100518 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,533.20 | 12/3/2018 | | SEARS #6833 |
| 12/17/2018 | 2100519 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,809.42 | 12/5/2018 | | SEARS #6833 |
| 12/17/2018 | 2100520 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,167.82 | 12/5/2018 | | SEARS #6494 |
| 12/17/2018 | 2100521 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,122.98 | 12/5/2018 | | SEARS#6973 |
| 12/17/2018 | 2100523 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,973.32 | 12/3/2018 | | SEARS AC #6195 |
| 12/19/2018 | 2100611 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,829.14 | 12/4/2018 | | SEARS AUTO CENTER # 6176 |
| 12/20/2018 | 2100659 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,432.00 | 11/30/2018 | | SEARS # 6428 |
| 12/27/2018 | 2100758 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,340.00 | 12/5/2018 | | SEARS # 6671 |
| 12/27/2018 | 2100760 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,875.37 | 12/4/2018 | | SEARS # 6376 |
| 12/27/2018 | 2100761 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,561.00 | 12/6/2018 | | SEARS # 6409 |
| 12/27/2018 | 2100763 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,379.00 | 11/7/2018 | 11/12/2018 | SEARS # 6212 |
| 12/28/2018 | 2100808 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,062.00 | 12/5/2018 | | SEARS # 6953 |
| 12/28/2018 | 2100809 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,203.10 | 12/17/2018 | | SEARS AUTO CENTER # 6176 |
| 12/28/2018 | 2100811 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,380.58 | 12/21/2018 | | SEARS #6266 |
| 12/28/2018 | 2100812 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $892.00 | 11/30/2018 | | SEARS #6202 |
| 12/28/2018 | 2100813 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,043.29 | 12/4/2018 | | SEARS #: 2608 |
| 12/28/2018 | 2100814 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,632.82 | 12/5/2018 | | SEARS AUTO CENTER #: 6114 |
| 12/28/2018 | 2100815 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,099.00 | 12/6/2018 | | SEARS # 6953 |
| 12/28/2018 | 2100816 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,138.00 | 12/6/2018 | 12/14/2018 | SEARS # 6671 |
| 12/28/2018 | 2100817 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,326.00 | 12/10/2018 | | SEARS # 6879 |
| 12/28/2018 | 2100818 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,124.00 | 10/12/2018 | 12/14/2018 | SEARS # 6879 |
| 12/28/2018 | 2100819 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,315.00 | 12/6/2018 | | SEARS # 6089 |
| 12/28/2018 | 2100820 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,035.55 | 12/5/2018 | | SEARS # 6907 |
| 12/28/2018 | 2100821 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,033.00 | 12/12/2018 | | SEARS # 6357 |
| 12/28/2018 | 2100822 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,062.62 | 11/19/2018 | 12/14/2018 | SEARS # 2939 |
| 12/28/2018 | 2100823 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $821.00 | 11/15/2018 | | SEARS # 6212 |
| 12/28/2018 | 2100824 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,140.00 | 12/7/2018 | | SEARS # 6382 |
| 12/28/2018 | 2100825 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $3,065.00 | 11/16/2018 | | SEARS # 6577 |
| 12/28/2018 | 2100826 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $3,754.10 | 11/20/2018 | | SEARS # 6115 |
| 12/28/2018 | 2100827 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,854.10 | 11/20/2018 | | SEARS # 6696 |
| 12/28/2018 | 2100921 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,750.00 | 12/14/2018 | | SEARS # 6311 |
| 12/28/2018 | 2100923 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,016.00 | 11/16/2018 | 12/14/2018 | SEARS # 6817 |
| 12/28/2018 | 2100924 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,750.00 | 12/7/2018 | | SEARS # 6369 |
| 12/28/2018 | 2100925 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,616.00 | 12/11/2018 | 12/12/2018 | SEARS # 6369 |
| 12/28/2018 | 2100926 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,289.40 | 12/5/2018 | | SEARS # 6697 |
| 12/28/2018 | 2100971 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,906.37 | 12/4/2018 | | SEARS #: 2608 |
| 12/31/2018 | 2101052 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,875.00 | 12/20/2018 | 12/13/2018 | SEARS #7511 |
| 12/31/2018 | 2101154 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,117.00 | 12/12/2018 | | SEARS #6202 |
| 12/31/2018 | 2101157 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,333.00 | 12/12/2018 | | SEARS # 6888 |
| 12/31/2018 | 2101158 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,165.30 | 11/16/2018 | | SEARS # 6012 |
| 12/31/2018 | 2101159 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,114.00 | 11/14/2018 | | SEARS # 6381 |
| 12/31/2018 | 2101160 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,406.00 | 12/10/2018 | | SEARS # 6103 |
| 12/31/2018 | 2101161 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,532.98 | 12/3/2018 | 12/18/2019 | SEARS AUTO CENTER #6653 |
| 12/31/2018 | 2101163 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $8,748.00 | 12/3/2018 | 12/7/2018 | SEARS #6913 |
| 12/31/2018 | 2101165 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,715.25 | 12/7/2018 | | SEARS AUTO CENTER #: 6053 |

| Date | Doc # | Type | | Vendor ID | | Vendor Name | Amount | Invoice Date | Ship Date | Store |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2018 | 2101166 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,030.00 | 12/7/2018 | 12/13/2018 | SEARS # 6094 |
| 12/31/2018 | 2101167 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,454.00 | 12/5/2018 | | SEARS # 6094 |
| 12/31/2018 | 2101168 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $9,864.33 | 12/20/2018 | | SEARS #6494 |
| 12/31/2018 | 2101169 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,565.97 | 12/17/2018 | | SEARS #6494 |
| 12/31/2018 | 2101170 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,373.14 | 12/18/2018 | | SEARS #6773 |
| 12/31/2018 | 2101171 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,735.02 | 12/4/2018 | | SEARS #6255 |
| 12/31/2018 | 2101172 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,861.22 | 12/7/2018 | | SEARS AUTO CENTER #: 6424 |
| 12/31/2018 | 2101173 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,687.00 | 12/5/2018 | 12/13/2018 | SEARS # 2612 |
| 12/31/2018 | 2101174 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $8,561.07 | 12/7/2018 | | SEARS # 2939 |
| 12/31/2018 | 2101175 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,770.23 | 12/5/2018 | | SEARS # 2939 |
| 12/31/2018 | 2101176 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,847.00 | 12/18/2018 | | SEARS # 6817 |
| 12/31/2018 | 2101177 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $9,900.40 | 11/30/2018 | | SEARS #6255 |
| 12/31/2018 | 2101178 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $988.00 | 12/27/2017 | | SEARS # 6369 |
| 12/31/2018 | 2101179 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,040.00 | 12/27/2018 | | SEARS # 6369 |
| 12/31/2018 | 2101255 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,565.00 | 11/8/2018 | | SEARS # 6031 |
| 12/31/2018 | 2101256 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $11,492.31 | 12/14/2018 | | SEARS AUTO CENTER #: 6053 |
| 12/31/2018 | 2101257 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,551.22 | 12/19/2018 | | SEARS AUTO #6543 |
| 12/31/2018 | 2101258 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,928.53 | 12/7/2018 | | SEARS AUTO CENTER #1575 |
| 1/9/2019 | 2101263 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,950.35 | 1/3/2019 | | KMART #7699 |
| 1/10/2019 | 2101322 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $3,342.18 | 11/24/2018 | | SEARS#1834 |
| 1/10/2019 | 2101324 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,991.25 | 12/7/2018 | | SEARS # 6927 |
| 1/10/2019 | 2101325 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,978.28 | 12/26/2018 | | SEARS AUTO CENTER #6313 |
| 1/10/2019 | 2101326 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $15,219.35 | 12/17/2018 | | SEARS AUTO # 6620 |
| 1/14/2019 | 2101362 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,414.30 | 12/26/2018 | | SEARS AUTO # 6015 |
| 1/14/2019 | 2101363 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,520.02 | 12/18/2018 | | SEARS # 6697 |
| 1/14/2019 | 2101364 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,010.00 | 12/17/2018 | | SEARS # 6452 |
| 1/14/2019 | 2101365 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,626.00 | 12/18/2018 | | SEARS # 6953 |
| 1/14/2019 | 2101366 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,713.00 | 12/4/2018 | | SEARS # 6879 |
| 1/14/2019 | 2101367 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $10,352.00 | 11/26/2018 | | SEARS # 6212 |
| 1/14/2019 | 2101368 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $9,399.21 | 12/17/2018 | | SEARS AUTO #: 2608 |
| 1/14/2019 | 2101369 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,618.00 | 1/4/2019 | | SEARS #6913 |
| 1/15/2019 | 2101412 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,299.54 | 12/8/2018 | | SEARS AUTO CENTER #: 6114 |
| 1/15/2019 | 2101413 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,720.00 | 12/5/2018 | | SEARS # 6202 |
| 1/15/2019 | 2101414 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,486.52 | 12/6/2016 | | SEARS AUTO CENTER #6752 |
| 1/16/2019 | 2101446 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,466.00 | 1/10/2019 | | SEARS # 45379 |
| 1/16/2019 | 2101447 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,332.00 | 12/13/2018 | | SEARS # 6765 |
| 1/16/2019 | 2101448 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,210.00 | 12/21/2018 | | SEARS # 6692 |
| 1/16/2019 | 2101449 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,558.20 | 1/3/2019 | | SEARS #6773 |
| 1/16/2019 | 2101450 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $8,922.02 | 12/12/2018 | | SEARS #6833 |
| 1/16/2019 | 2101483 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,014.00 | 1/8/2019 | | SEARS # 2557 |
| 1/16/2019 | 2101484 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $8,527.70 | 12/6/2018 | | SEARS#6973 |
| 1/16/2019 | 2101485 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $10,082.00 | 12/21/2018 | | SEARS#6394 |
| 1/16/2019 | 2101486 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,807.00 | 12/12/2018 | | SEARS # 6280 |
| 1/16/2019 | 2101487 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $866.00 | 12/12/2018 | | SEARS # 6280 |
| 1/22/2019 | 2101703 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $919.80 | 1/15/2019 | | SEARS AC #6807 |
| 1/22/2019 | 2101704 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,909.48 | 1/11/2019 | | KMART #9392 |
| 1/22/2019 | 2101705 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,355.00 | 1/11/2019 | | KMART # 9309 |
| 1/22/2019 | 2101706 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,195.00 | 12/13/2018 | | SEARS # 2749 |
| 1/22/2019 | 2101707 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,870.80 | 12/6/2018 | | SEARS # 6600 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/22/2019 | 2101709 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/4/2018 | $5,157.00 | SEARS # 6103 |
| 1/22/2019 | 2101710 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/4/2018 | $5,844.00 | SEARS # 6861 |
| 1/22/2019 | 2101711 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/7/2018 | $5,090.00 | SEARS # 2607 |
| 1/22/2019 | 2101712 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/5/2018 | $5,354.00 | SEARS # 2678 |
| 1/22/2019 | 2101713 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/9/2019 | $2,030.30 | SEARS #3600 |
| 1/23/2019 | 2101731 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/4/2018 | $744.00 | SEARS #6394 |
| 1/23/2019 | 2101733 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/17/2019 | 1001.72 | SEARS AUTO CENTER # 2661 |
| 1/23/2019 | 2101734 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 1/8/2019 | 12/13/2018 | $11,674.28 | SEARS AC #6195 |
| 1/23/2019 | 2101735 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/15/2019 | $4,852.00 | SEARS AUTO # 6460 |
| 1/23/2019 | 2101736 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 11/16/2018 | $7,263.00 | SEARS # 6879 |
| 1/23/2019 | 2101739 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/4/2018 | $1,336.00 | SEARS # 6608 |
| 1/23/2019 | 2101740 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/3/2018 | $5,346.00 | SEARS # 6601 |
| 1/23/2019 | 2101772 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 12/21/2018 | 11/20/2018 | $9,035.00 | SEARS # 6918 |
| 1/23/2019 | 2101773 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/4/2019 | $3,719.06 | SEARS AUTO CENTER #: 6053 |
| 1/23/2019 | 2101774 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/16/2019 | $1,210.26 | SEARS AUTO CENTER #: 6328 |
| 1/23/2019 | 2101775 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/16/2019 | $5,540.84 | SEARS AUTO CENTER #: 6328 |
| 1/23/2019 | 2101781 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/26/2018 | $6,282.00 | SEARS # 2278 |
| 1/23/2019 | 2101823 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/8/2019 | $6,309.00 | SEARS # 6258 |
| 1/24/2019 | 2101824 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 12/14/2018 | 12/13/2018 | $10,711.45 | SEARS AUTO CENTER #6413 |
| 1/24/2019 | 2101825 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/22/2019 | $5,855.85 | SEARS AUTO CENTER # 6706 |
| 1/24/2019 | 2101826 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 1/8/2019 | 1/4/2019 | $21,317.99 | SEARS #6562 |
| 1/24/2019 | 2101827 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/17/2019 | $1,150.00 | SEARS # 6174 |
| 1/24/2019 | 2101828 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/17/2019 | $1,390.00 | SEARS # 1207 |
| 1/24/2019 | 2101829 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 1/17/2019 | 1/9/2019 | $14,116.02 | SEARS FLS 2074 |
| 1/25/2019 | 2101835 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/4/2018 | $14,692.00 | SEARS # 6861 |
| 1/25/2019 | 2101836 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/5/2018 | $5,495.00 | SEARS # 6718 |
| 1/25/2019 | 2101837 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/6/2018 | $11,555.00 | SEARS # 1018 |
| 1/28/2019 | 2101876 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/24/2019 | $5,893.39 | SEARS AUTO CENTER # 2661 |
| 1/28/2019 | 2101877 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/17/2019 | $18,120.70 | SEARS #6773 |
| 1/28/2019 | 2101879 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/11/2019 | $3,607.09 | SEARS #6413 |
| 1/29/2019 | 2101917 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 1/4/2019 | 12/27/2018 | $4,780.00 | SEARS # 6202 |
| 1/30/2019 | 2101920 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 12/13/2018 | 12/5/2018 | $21,728.50 | SEARS # 6577 |
| 1/30/2019 | 2101922 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/25/2019 | $1,315.44 | SEARS #2683 |
| 1/30/2019 | 2101924 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/17/2019 | $1,200.00 | SEARS # 6548 |
| 2/28/2019 | 2103017 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/28/2019 | $11,524.60 | SEARS AC #6807 |
| 2/28/2019 | 2103020 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 2/9/2019 | $4,924.00 | SEARS # 6547 |
| 2/28/2019 | 2103021 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/23/2019 | $6,901.00 | SEARS #6547 |
| 2/28/2019 | 2103022 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/3/2019 | $5,137.00 | SEARS #6732 |
| 2/28/2019 | 2103023 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/24/2019 | $8,915.00 | SEARS #6732 |
| 2/28/2019 | 2103069 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 2/18/2019 | 2/18/2019 | $4,727.00 | SEARS # 6650 |
| 2/28/2019 | 2103070 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/25/2019 | $4,582.00 | SEARS # 6765 |
| 2/28/2019 | 2103071 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/28/2019 | $8,875.00 | SEARS # 6765 |
| 2/28/2019 | 2103072 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/7/2019 | $4,330.00 | SEARS # 6692 |
| 2/28/2019 | 2103073 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/25/2019 | $8,998.00 | SEARS #6692 |
| 2/28/2019 | 2103074 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 12/28/2018 | $3,900.00 | SEARS # 6650 |
| 2/28/2019 | 2103075 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/7/2019 | $4,857.00 | SEARS # 6650 |
| 2/28/2019 | 2103076 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 1/24/2019 | 1/10/2019 | $12,137.00 | SEARS # 6888 |
| 2/28/2019 | 2103077 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 1/23/2019 | 1/3/2019 | $15,942.00 | SEARS # 6189 |
| 2/28/2019 | 2103079 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | 1/15/2019 | $10,668.00 | SEARS # 2819 |

| Date | Invoice # | Type | Num | Code | Vendor | Amount | Due Date | Paid Date | Store |
|---|---|---|---|---|---|---|---|---|---|
| 2/28/2019 | 2103080 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,025.00 | 1/17/2019 | | SEARS # 8258 |
| 2/28/2019 | 2103081 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $9,928.70 | 2/6/2019 | | SEARS # 6956 |
| 2/28/2019 | 2103082 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $12,458.00 | 2/18/2019 | | SEARS # 6969 |
| 2/28/2019 | 2103083 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,184.00 | 2/4/2019 | | SEARS # 6922 |
| 2/28/2019 | 2103132 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $9,226.24 | 2/25/2019 | | SEARS AUTO #2494 |
| 2/28/2019 | 2103169 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,722.27 | 2/11/2019 | 2/25/2019 | SEARS #7065 |
| 2/28/2019 | 2103170 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $8,787.00 | 2/26/2019 | | SEARS #6685 |
| 2/28/2019 | 2103198 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $15,068.00 | 2/22/2019 | 2/25/2019 | SEARS#6612 |
| 2/28/2019 | 2103217 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,830.00 | 12/28/2018 | 1/17/2019 | SEARS # 6452 |
| 2/28/2019 | 2103228 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,420.00 | 1/25/2019 | | SEARS # 6796 |
| 2/28/2019 | 2103229 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,030.00 | 12/31/2018 | 1/28/2019 | SEARS # 6671 |
| 2/28/2019 | 2103232 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,407.00 | 2/20/2019 | | SEARS # 6391 |
| 2/28/2019 | 2103233 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,194.00 | 1/25/2019 | | SEARS # 2421 |
| 2/28/2019 | 2103234 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,199.00 | 12/27/2018 | 1/7/2019 | SEARS # 6089 |
| 2/28/2019 | 2103270 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $913.49 | 1/3/2019 | | SEARS # 6106 |
| 3/12/2019 | 2103331 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,236.00 | 2/6/2019 | | SEARS # 6529 |
| 3/12/2019 | 2103420 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $13,652.00 | 2/26/2019 | | KMART #3147 |
| 3/18/2019 | 2103421 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,056.00 | 12/12/2018 | 12/14/2018 | SEARS # 6624 |
| 3/18/2019 | 2103452 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,065.00 | 12/14/2018 | | SEARS # 6428 |
| 3/18/2019 | 2103453 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $6,581.00 | 2/21/2019 | 3/6/2019 | SEARS # 6339 |
| 3/18/2019 | 2103456 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,300.00 | 2/27/2019 | | SEARS # 6174 |
| 3/18/2019 | 2103457 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $12,107.00 | 12/20/2018 | | SEARS # 6861 |
| 3/18/2019 | 2103458 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,727.00 | 1/10/2019 | | SEARS # 6861 |
| 3/18/2019 | 2103459 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $14,855.00 | 12/15/2018 | | SEARS # 6718 |
| 3/18/2019 | 2103460 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,075.00 | 1/11/2019 | | SEARS # 6661 |
| 3/18/2019 | 2103461 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $8,328.00 | 1/17/2019 | | SEARS # 6452 |
| 3/19/2019 | 2103493 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,192.54 | 2/1/2019 | | SEARS # 6335 |
| 3/19/2019 | 2103494 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,132.00 | 1/24/2019 | 1/25/2019 | SEARS # 6131 |
| 3/20/2019 | 2103528 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,074.00 | 1/30/2019 | 2/6/2019 | SEARS # 6079 |
| 3/22/2019 | 2103620 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,884.00 | 2/21/2019 | 3/1/2019 | SEARS # 6499 |
| 3/25/2019 | 2103645 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $1,470.00 | 1/16/2019 | | SEARS # 6131 |
| 3/27/2019 | 2103735 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $8,965.00 | 12/4/2018 | 12/6/2018 | SEARS # 6381 |
| 3/27/2019 | 2103736 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $4,316.38 | 3/13/2019 | | KMART #4928 |
| 3/29/2019 | 2103812 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,734.00 | 12/19/2018 | | SEARS # 6428 |
| 3/29/2019 | 2103814 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,056.00 | 12/20/2018 | | SEARS # 6624 |
| 3/29/2019 | 2103816 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,755.00 | 12/12/2018 | | SEARS # 6280 |
| 4/12/2019 | 2104244 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $806.00 | 2/27/2019 | | SEARS #2422 |
| 4/12/2019 | 2104245 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $14,376.00 | 12/18/2018 | | SEARS # 6522 |
| 4/12/2019 | 2104247 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,870.00 | 1/4/2019 | | SEARS # 6382 |
| 4/12/2019 | 2104250 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $10,840.00 | 2/27/2019 | 3/8/2019 | SEARS # 6709 |
| 5/6/2019 | 2104877 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,198.00 | 1/25/2019 | | SEARS # 6539 |
| 4/30/2019 | 2104997 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,935.00 | 1/31/2019 | | SEARS # 6539 |
| 5/14/2019 | 2105108 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,410.00 | 12/4/2018 | | SEARS # 6608 |
| 5/15/2019 | 2105159 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $11,506.00 | 2/28/2019 | | SEARS#6784 |
| 5/15/2019 | 2105160 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $41,852.00 | 1/9/2019 | | SEARS # 6461 |
| 5/15/2019 | 2105162 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $2,030.00 | 11/28/2018 | | SEARS # 6718 |
| 5/15/2019 | 2105164 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $8,403.40 | 2/27/2019 | | SEARS # 6922 |
| 5/15/2019 | 2105166 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $7,366.18 | 12/19/2018 | 2/25/2019 | SEARS # 6376 |
| 5/15/2019 | 2105168 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | $5,527.31 | 12/5/2018 | | SEARS # 6907 |

| Date | Invoice# | Type | Num | Code | Vendor | Date2 | Amount | Date3 | Store |
|---|---|---|---|---|---|---|---|---|---|
| 5/15/2019 | 2105169 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 12/28/2018 | $2,360.00 | 1/7/2019 | SEARS # 6094 |
| 5/15/2019 | 2105170 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 2/18/2019 | $5,600.00 | | SEARS # 6539 |
| 5/15/2019 | 2105172 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 2/5/2019 | $8,563.70 | 3/14/2019 | SEARS # 6079 |
| 5/17/2019 | 2105252 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 11/26/2018 | $1,149.00 | | SEARS # 6861 |
| 5/23/2019 | 2105447 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 11/20/2018 | $2,251.94 | | SEARS # 6228 |
| 6/30/2019 | 2106851 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 5/16/2019 | $12,665.94 | | KMART #4113 |
| 6/30/2019 | 2106858 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 4/23/2019 | $9,146.00 | 5/24/2019 | KMART # 9030 |
| 6/30/2019 | 2106862 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 3/12/2019 | $9,868.00 | | SEARS # 2749 |
| 6/30/2019 | 2106863 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 3/28/2019 | $10,475.00 | | SEARS # 6568 |
| 6/30/2019 | 2106864 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 2/8/2019 | $6,804.00 | | KMART # 7471 |
| 6/30/2019 | 2106866 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 1/2/2019 | $8,304.75 | | SEARS # 6600 |
| 6/30/2019 | 2106867 | Invoice | 25 | TRASR00 | SEARS MERCHANDISE GROUP | 1/18/2019 | $11,005.00 | | SEARS # 6311 |
| 8/20/2019 | 2108110 | Invoice | 25 | TRASR00 | SEARS MERCHANDISE GROUP | 12/31/2018 | $9,365.00 | | SEARS # 6610 |
| 8/20/2019 | 2108111 | Invoice | 25 | TRASR00 | SEARS MERCHANDISE GROUP | 12/31/2018 | $11,651.00 | | SEARS # 6610 |
| 8/28/2019 | 2108398 | Invoice | 25 | TRASR00 | SEARS MERCHANDISE GROUP | 1/18/2019 | $1,387.72 | | SEARS # 2565 |
| 8/31/2019 | 2108705 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 2/20/2019 | $9,290.00 | 5/1/2019 | SEARS # 6529 |
| 8/31/2019 | 2108863 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 2/13/2019 | $29,020.00 | | SEARS # 2656 |
| 10/31/2019 | 2110875 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | 12/20/2018 | $18,616.00 | 12/28/2018 | SEARS # 1288 |
| 10/31/2019 | 2110675 | Invoice | 25 | SEAME01 | SEARS MERCHANDISE GROUP | | $7,034.00 | | SEARS # 9557 |

$1,338,099.26