WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: (919) 755-2148
Facsimile: (919) 755-6048
James S. Livermon, III, Esq.

*Counsel for Choice Auto Repairs, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned, James S. Livermon, III, of the law firm of Womble Bond Dickinson (US) LLP, attorneys for Choice Auto Repairs, Inc., hereby requests special notice of all events relevant to the above-referenced bankruptcy proceeding, including all pleadings or documents, the filing of any requests for hearings, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors committee and parties-in interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced Bankruptcy Court.

James S. Livermon, III, requests that for all notice purposes and for inclusion in the master mailing list in this case, the following address be used:

> James S. Livermon, III, Esq.
> Womble Bond Dickinson (US) LLP
> 555 Fayetteville Street, Suite 1100
> Raleigh, NC 27601
> (919) 755-2148
> Charlie.Livermon@wbd-us.com

WBD (US) 47950201v1

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party:

a. Right to have and all final orders in any and all non-core matters entered only after de novo review by a United States Bankruptcy Court Judge;

b. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d. Other rights, claims, actions defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confession or conceding jurisdiction in any way by this filing or by any other participation in these matter.

Dated: November 20, 2019    WOMBLE BOND DICKINSON (US) LLP

By:    /s/ JAMES S. LIVERMON, III
James S. Livermon, III
NC State Bar Number 26492
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2148
Charlie.Livermon@wbd-us.com

WBD (US) 47950201v1