UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------

In re:                                              :
                                                    :         Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                 :
                                                    :         Case No. 18-23538 (RDD)
                                  Debtors.          :
                                                    :         (*Jointly Administered*)

----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the *Motion of Environmental Products & Services, Inc. for Allowance and Payment of Administrative Expense Claim and for Related Relief* (Doc. No. 6064) on behalf of **Environmental Products & Services, Inc.** in regard to the captioned case with the Clerk of the Bankruptcy Court using the CM/ECF system for the Southern District of New York, served on the 20th day of November 2019 with electronic notice going to all parties indicated on the electronic filing receipt.

/s/ Jessica S. McCarthy
JESSICA S. MCCARTHY

{H3797672.1}