Deloitte & Touche LLP
2200 Ross Ave. Ste. 1600
Dallas, Texas 75201-6703
Telephone: 214.840.7360
Facsimile: 214.880.5360
Jimmy Berry

*Independent Audit and Advisory Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT AUDITOR AND ADVISORY SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD**
**FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| | |
|---|---|
| Name of Applicant: | Deloitte & Touche LLP |
| Authorized to Provide Services as: | Independent Audit and Advisory Services Provider to the Debtors |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 15, 2018 by Order entered January 22, 2019 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2019 through September 30, 2019 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears de Puerto Rico, Inc. (3626)); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit , LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $ 19,750.00 |
| 80% of Fees Sought: | $ 15,800.00 |
| Amount of Expense Reimbursement Sought: | $ 0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$ 19,750.00** |
| 20% Holdback Amount: | $ 3,950.00 |

**PRIOR FEE APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/15/19 Dkt. 2855 | 10/15/18 – 11/30/18 | $1,411,044.00 | $20,031.02 | $1,128,835.20 | $20,031.02 |
| 04/03/19 Dkt. 3025 | 12/01/18 – 12/31/18 | $580,935.00 | $11,451.92 | $464,748.00 | $11,451.92 |
| 04/15/19 Dkt. 3221 | 01/01/19 – 01/31/19 | $173,211.50 | $9,300.27 | $138,569.20 | $9,300.27 |
| 04/15/19 Dkt. 3222 | 02/01/19 – 02/28/19 | $159,580.00 | $6,371.45 | $127,664.00 | $6,371.45 |
| 07/08/19 Dkt. 4447 | 03/01/19 – 03/31/19 | $80,195.50 | $0.00 | $64,156.40 | $0.00 |
| 07/17/19 Dkt. 4548 | 04/01/19 – 05/31/19 | $8,790.00 | $0.00 | $7,032.00 | $0.00 |
| 08/05/19 Dkt. 4736 | 06/01/19 – 06/30/19 | $2,380.00 | $0.00 | $1,904.00 | $0.00 |
| 09/19/19 Dkt. 5191 | 07/01/19 – 08/31/19 | $28,780.00 | $0.00 | $23,024.00 | $0.00 |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period from September 1, 2019 through September 30, 2019

### *Out of Scope Audit Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Berrill, Liz | Partner/Principal | $600.00 | 5.6 | $3,360.00 |
| Garrett, Brad | Partner/Principal | $600.00 | 2.5 | $1,500.00 |
| Goldberg, Rob | Managing Director | $600.00 | 0.8 | $480.00 |
| Kohn, Barry | Partner/Principal | $600.00 | 2.5 | $1,500.00 |
| Lauret, Kyle | Managing Director | $600.00 | 8.3 | $4,980.00 |
| Anderson, Jenifer | Senior Manager | $500.00 | 1.0 | $500.00 |
| Berland, Taylor | Manager | $400.00 | 13.2 | $5,280.00 |
| McManus, Joseph | Senior Consultant | $300.00 | 0.6 | $180.00 |
| Lakic, Teodora | Staff/Consultant | $200.00 | 0.6 | $120.00 |
| Paradowski, Colton | Staff/Consultant | $200.00 | 0.6 | $120.00 |
| Nanda, Priyanka | Staff/Consultant | $160.00 | 1.0 | $160.00 |
| Jha, Abhinav | Staff/Consultant | $80.00 | 9.5 | $760.00 |
| **Professional Subtotal :** | | | **46.2** | **$18,940.00** |

### *Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Abrom, Carisa | Senior Consultant | $300.00 | 2.7 | $810.00 |
| **Professional Subtotal :** | | | **2.7** | **$810.00** |

| | | | | |
|---|---|---|---:|---:|
| | **TOTAL HOURS AND FEES REQUESTED** | | **48.9** | **$19,750.00** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period from September 1, 2019 through September 30, 2019

| Categories | Hours | Fees |
|---|---:|---:|
| Out of Scope Audit Services | 46.2 | $18,940.00 |
| Preparation of Fee Applications | 2.7 | $810.00 |
| **Fee's Category Subtotal :** | **48.9** | **$19,750.00** |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 01, 2019 - September 30, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 09/03/2019 | | | | |
| Berrill, Liz | Review listing of Sears Holdings draft workpaper access to successor auditors. | $600.00 | 0.5 | $300.00 |
| Goldberg, Rob | Review access letters to be signed by Sears Holdings and successor auditor. | $600.00 | 0.8 | $480.00 |
| Lauret, Kyle | Revise access letters related to Sears Holdings' request to provide working paper access to successor auditor. | $600.00 | 1.4 | $840.00 |
| Lauret, Kyle | Prepare memorandum documenting required Deloitte procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $600.00 | 1.2 | $720.00 |
| 09/04/2019 | | | | |
| Lauret, Kyle | Finalize editing and provide authorization and access letters to B. Kohn (Deloitte) for review. | $600.00 | 0.6 | $360.00 |
| 09/05/2019 | | | | |
| Kohn, Barry | Review Sears Holdings successor auditor access letters. | $600.00 | 0.5 | $300.00 |
| Nanda, Priyanka | Make edits to access and authorization letters related to Sears Holdings' request to provide working paper access to successor auditors. | $160.00 | 1.0 | $160.00 |
| 09/08/2019 | | | | |
| Lauret, Kyle | Update access letter related to Sears Holdings' request to provide working paper access to successor auditor. | $600.00 | 0.4 | $240.00 |
| Lauret, Kyle | Prepare client authorization letter related to Sears Holdings' request to provide working paper access to successor auditor. | $600.00 | 0.4 | $240.00 |
| Lauret, Kyle | Revise memorandum documenting required Deloitte procedures and considerations related to Sears Holdings' request to provide working paper access to successor auditor. | $600.00 | 0.8 | $480.00 |

## Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 01, 2019 - September 30, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 09/09/2019 | | | | |
| Lauret, Kyle | Conference call with S. Brokke (Sears Holdings) related to Sears Holdings' request to provide working paper access to successor auditor. | $600.00 | 0.6 | $360.00 |
| 09/10/2019 | | | | |
| Lauret, Kyle | Draft communication of proposed procedures to L. Berrill, J. Berry (all Deloitte) related to Sears Holdings' request to provide working paper access to successor auditor. | $600.00 | 0.9 | $540.00 |
| 09/12/2019 | | | | |
| Lauret, Kyle | Make edits to access letters related to Sears Holdings' request to provide working paper access to successor auditors. | $600.00 | 1.2 | $720.00 |
| 09/13/2019 | | | | |
| Kohn, Barry | Review workpaper access letters for employee benefit plan audits in accordance with Deloitte policies. | $600.00 | 0.5 | $300.00 |
| 09/16/2019 | | | | |
| Lauret, Kyle | Update access letters based on comments related to Sears Holdings' request to provide working paper access to successor auditor. | $600.00 | 0.8 | $480.00 |
| 09/17/2019 | | | | |
| Berland, Taylor | Prepare status listing of workpaper access letters and workpaper listing for meeting with E. Berrill (Deloitte). | $400.00 | 2.3 | $920.00 |
| Berland, Taylor | Discuss the status of the letters and the protocol when successor auditor completes the workpaper review with L. Berrill (Deloitte). | $400.00 | 0.6 | $240.00 |
| Berrill, Liz | Discuss the status of the letters and the protocol when successor auditor completes the workpaper review with T. Berland (Deloitte). | $600.00 | 0.6 | $360.00 |
| Berrill, Liz | Review draft of workpaper access letters. | $600.00 | 1.4 | $840.00 |

2

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 01, 2019 - September 30, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

*Out of Scope Audit Services*

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| 09/17/2019 | | | | |
| Jha, Abhinav | Setup access to audit workpapers accordance for Sears Holdings' successor auditors. | $80.00 | 1.5 | $120.00 |
| 09/18/2019 | | | | |
| Berland, Taylor | Edit and finalize certain letters based on reviewer comments to allow successor auditors access to review Sears Holdings' workpapers. | $400.00 | 2.1 | $840.00 |
| Kohn, Barry | Review draft of Sears Holdings savings plan workpaper access letters. | $600.00 | 0.5 | $300.00 |
| 09/19/2019 | | | | |
| Berland, Taylor | Edit and finalize the Sears Holdings savings plan workpaper authorization letter based on reviewer comments. | $400.00 | 0.4 | $160.00 |
| 09/20/2019 | | | | |
| Berland, Taylor | Review staffing for the Sears Holdings savings plan workpaper review. | $400.00 | 0.4 | $160.00 |
| 09/23/2019 | | | | |
| Berland, Taylor | Provide E. Berrill (Deloitte) updated draft listing of workpapers to be provided to successor auditor. | $400.00 | 0.9 | $360.00 |
| Berrill, Liz | Review edits based on original comments on draft listing of workpapers to be provided to successor auditor. | $600.00 | 0.5 | $300.00 |
| Garrett, Brad | Review Sears Holdings workpaper access letters. | $600.00 | 1.0 | $600.00 |
| Kohn, Barry | Review successor audit workpaper access listing in accordance with Deloitte guidance. | $600.00 | 1.0 | $600.00 |
| 09/24/2019 | | | | |
| Berland, Taylor | Edit and finalize the workpaper listing for successor auditors workpaper access review based on comments from reviewer. | $400.00 | 1.1 | $440.00 |
| Berrill, Liz | Prepare draft successor auditor letter to estate attorneys for review. | $600.00 | 0.3 | $180.00 |

3

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 01, 2019 - September 30, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 09/24/2019 | | | | |
| Garrett, Brad | Review of the workpaper listing for successor auditor's workpaper access review of the Sears Holdings savings plans. | $600.00 | 1.0 | $600.00 |
| 09/25/2019 | | | | |
| Anderson, Jenifer | Finalize audit workpapers for successor auditor review. | $500.00 | 1.0 | $500.00 |
| Berland, Taylor | Edit and finalize the workpaper access listing for Sears Holdings based on comments from reviewer. | $400.00 | 0.8 | $320.00 |
| 09/27/2019 | | | | |
| Berland, Taylor | Setup and provide access to audit files for successor auditor to review in accordance with auditing standards. | $400.00 | 1.2 | $480.00 |
| Berrill, Liz | Review summary of questions on Sears Holdings workpaper access listings. | $600.00 | 0.2 | $120.00 |
| Berrill, Liz | Review successor auditor workpaper authorization letter. | $600.00 | 0.3 | $180.00 |
| Garrett, Brad | Review the workpaper listing for successor auditor's workpaper access review. | $600.00 | 0.5 | $300.00 |
| 09/30/2019 | | | | |
| Berland, Taylor | Discuss protocols for successor auditor review of Sears Holdings workpapers with E. Berrill, C. Paradowski, and T. Lakic (all Deloitte). | $400.00 | 0.3 | $120.00 |
| Berland, Taylor | Setup and provide access to Sears Holdings savings plan audit files for successor auditor to review in accordance with auditing standards. | $400.00 | 3.1 | $1,240.00 |
| Berrill, Liz | Hold discussion with Weil and successor auditors regarding workpaper review authorization letters and timing of workpaper reviews. | $600.00 | 1.0 | $600.00 |
| Berrill, Liz | Discuss protocols for successor auditor review of Sears Holdings workpapers with T. Berland, C. Paradowski, and T. Lakic (all Deloitte). | $600.00 | 0.3 | $180.00 |

4

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 01, 2019 - September 30, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Out of Scope Audit Services* | | | | |
| 09/30/2019 | | | | |
| Berrill, Liz | Prepare final workpaper review authorization letters in accordance with Deloitte policies. | $600.00 | 0.5 | $300.00 |
| Jha, Abhinav | Setup access to audit workpapers accordance for Sears Holdings' successor auditors. | $80.00 | 8.0 | $640.00 |
| Lakic, Teodora | Discuss protocols for successor auditor review of Sears Holdings workpapers with E. Berrill, C. Paradowski, and T. Berland (all Deloitte). | $200.00 | 0.6 | $120.00 |
| McManus, Joseph | Setup access to audit workpapers accordance for Sears Holdings' successor auditors. | $300.00 | 0.6 | $180.00 |
| Paradowski, Colton | Discuss protocols for successor auditor review of Sears Holdings workpapers with E. Berrill, T. Lakic, and T. Berland (all Deloitte). | $200.00 | 0.6 | $120.00 |
| Subtotal for Out of Scope Audit Services: | | | 46.2 | $18,940.00 |
| *Preparation of Fee Applications* | | | | |
| 09/11/2019 | | | | |
| Abrom, Carisa | Prepare July - August monthly fee statement. | $300.00 | 1.6 | $480.00 |
| Abrom, Carisa | Revise July - August monthly fee statement. | $300.00 | 0.6 | $180.00 |
| Abrom, Carisa | Finalize July - August monthly fee statement. | $300.00 | 0.5 | $150.00 |
| Subtotal for Preparation of Fee Applications: | | | 2.7 | $810.00 |
| **Total** | | | 48.9 | $19,750.00 |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Berrill, Liz | $600.00 | 5.6 | $3,360.00 |
| Garrett, Brad | $600.00 | 2.5 | $1,500.00 |

5

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 01, 2019 - September 30, 2019

## Recapitulation

| Name | Rate | Hours | Fees |
| --- | ---: | ---: | ---: |
| Goldberg, Rob | $600.00 | 0.8 | $480.00 |
| Kohn, Barry | $600.00 | 2.5 | $1,500.00 |
| Lauret, Kyle | $600.00 | 8.3 | $4,980.00 |
| Anderson, Jenifer | $500.00 | 1.0 | $500.00 |
| Berland, Taylor | $400.00 | 13.2 | $5,280.00 |
| Abrom, Carisa | $300.00 | 2.7 | $810.00 |
| McManus, Joseph | $300.00 | 0.6 | $180.00 |
| Lakic, Teodora | $200.00 | 0.6 | $120.00 |
| Paradowski, Colton | $200.00 | 0.6 | $120.00 |
| Nanda, Priyanka | $160.00 | 1.0 | $160.00 |
| Jha, Abhinav | $80.00 | 9.5 | $760.00 |