Deloitte Tax LLP
30 Rockefeller Plaza
New York, NY  10112-0015
Telephone:  212.436.7815
Facsimile:  212.653.5449
Elias Tzavelis

*Tax Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) |
| | ) Case No. 18-23538 (RDD) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**NINTH COMBINED MONTHLY FEE STATEMENT OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2019 THROUGH AUGUST 31, 2019**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Services as: | Tax Services Provider to the Debtors |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 15, 2018 by Order entered January 17, 2019 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2019 through August 31, 2019 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears de Puerto Rico, Inc. (3626)); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit , LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $122,139.50 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$122,139.50** |

### PRIOR FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/07/19 Dkt. 2771 | 10/15/2018 – 11/30/2018 | $1,001,528.00 | $28,458.18 | $1,001,528.00 | $28,436.80 |
| 04/15/19 Dkt. 3212 | 12/01/2018 – 12/31/2018 | $724,338.50 | $10,156.37 | $724,338.50 | $10,156.37 |
| 04/15/19 Dkt. 3218 | 01/01/2019 – 01/31/2019 | $975,867.00 | $27,305.81 | $975,867.00 | $27,305.81 |
| 04/15/19 Dkt. 3219 | 02/01/2019 – 02/28/2019 | $565,589.75 | $4,349.96 | $561,773.50 | $4,349.96 |
| 06/13/19 Dkt. 4228 | 03/01/2019 – 03/31/2019 | $564,154.00 | $9,051.99 | $564,154.00 | $9,051.99 |
| 06/28/19 Dkt. 4386 | 04/01/2019 – 04/30/2019 | $542,700.75 | $5,068.85 | $542,700.75 | $5,068.85 |
| 08/12/19 Dkt. 4816 | 05/01/2019 – 05/31/2019 | $216,380.75 | $2,437.90 | $216,380.75 | $2,437.90 |
| 08/12/19 Dkt. 4819 | 06/01/2019 – 06/30/2019 | $62,490.50 | $82.17 | $62,490.50 | $82.17 |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period from July 1, 2019 through August 31, 2019

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Forrest, Jonathan | Partner/Principal | $975.00 | 8.5 | $8,287.50 |
| Penico, Victor | Managing Director | $975.00 | 0.6 | $585.00 |
| Carleo, Robert | Managing Director | $850.00 | 3.4 | $2,890.00 |
| Hermanson, Tom | Managing Director | $850.00 | 2.0 | $1,700.00 |
| Hoffman, David | Partner/Principal | $850.00 | 1.8 | $1,530.00 |
| Sullivan, Brian | Managing Director | $850.00 | 17.0 | $14,450.00 |
| Tzavelis, Elias | Partner/Principal | $850.00 | 3.8 | $3,230.00 |
| Paxton, Michael | Senior Manager | $725.00 | 22.4 | $16,240.00 |
| Butler, Mike | Manager | $595.00 | 17.4 | $10,353.00 |
| Corrigan, Kevin | Manager | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Manager | $595.00 | 42.2 | $25,109.00 |
| Fielding, Stephen | Manager | $595.00 | 19.1 | $11,364.50 |
| Yang, Annie | Manager | $595.00 | 0.1 | $59.50 |
| Ahmadi, Cyavash | Senior Consultant | $450.00 | 8.9 | $4,005.00 |
| Schreiber, Mendy | Senior Consultant | $450.00 | 4.1 | $1,845.00 |
| Abrom, Carisa | Consultant | $325.00 | 18.6 | $6,045.00 |
| Allegretti, Joe | Consultant | $325.00 | 3.3 | $1,072.50 |
| Chatten, Colin | Consultant | $325.00 | 29.4 | $9,555.00 |
| Chionchio, Michelle | Consultant | $325.00 | 2.4 | $780.00 |
| Hybl, Claire | Consultant | $325.00 | 8.8 | $2,860.00 |
| **Professional Subtotal :** | | | **214.1** | **$122,139.50** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period from July 1, 2019 through August 31, 2019

| Categories | Hours | Fees |
|---|---:|---:|
| Preparation of Fee Applications | 38.8 | $12,689.50 |
| State Tax Audit Services | 9.4 | $6,419.50 |
| Tax Restructuring Services | 165.9 | $103,030.50 |
| **Fee's Category Subtotal :** | **214.1** | **$122,139.50** |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Preparation of Fee Applications*

**07/01/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chatten, Colin | Categorize fees and expenses incurred by Deloitte Tax into categories. | $325.00 | 5.3 | $1,722.50 |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.9 | $292.50 |

**07/02/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chatten, Colin | Discuss categorization of fees and expenses with E. Tzavelis of Deloitte Tax. | $325.00 | 0.3 | $97.50 |
| Chatten, Colin | Categorize fees and expenses incurred by Deloitte Tax into categories. | $325.00 | 0.7 | $227.50 |

**07/03/2019**

| | | | | |
|------|-------------|------|-------|------|
| Abrom, Carisa | Edits to April monthly fee statement. | $325.00 | 0.3 | $97.50 |

**07/04/2019**

| | | | | |
|------|-------------|------|-------|------|
| Abrom, Carisa | Revise April monthly fee statement. | $325.00 | 0.4 | $130.00 |

**07/08/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.9 | $292.50 |

**07/12/2019**

| | | | | |
|------|-------------|------|-------|------|
| Abrom, Carisa | Review June fees and expenses. | $325.00 | 2.4 | $780.00 |
| Abrom, Carisa | Finalize May monthly fee statement for internal review. | $325.00 | 0.8 | $260.00 |

**07/15/2019**

| | | | | |
|------|-------------|------|-------|------|
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.2 | $390.00 |

**07/17/2019**

| | | | | |
|------|-------------|------|-------|------|
| Abrom, Carisa | Revise May monthly fee statement. | $325.00 | 1.2 | $390.00 |

**07/18/2019**

| | | | | |
|------|-------------|------|-------|------|
| Abrom, Carisa | Email to M. Korycki (M-III) regarding duplicate filing of first interim fee application. | $325.00 | 0.2 | $65.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Preparation of Fee Applications* | | | | |
| 07/22/2019 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.4 | $130.00 |
| 07/29/2019 | | | | |
| Chatten, Colin | Revise June monthly fee application. | $325.00 | 1.6 | $520.00 |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.7 | $227.50 |
| 07/30/2019 | | | | |
| Abrom, Carisa | Revise May monthly fee statement. | $325.00 | 1.1 | $357.50 |
| Chatten, Colin | Discuss June monthly fee application and related engagement procedures with E. Tzavelis and S. Fielding of Deloitte Tax. | $325.00 | 0.1 | $32.50 |
| Fielding, Stephen | Discuss fee application and related engagement with E. Tzavelis and C. Chatten of Deloitte Tax. | $595.00 | 0.1 | $59.50 |
| Tzavelis, Elias | Discuss fee application and related engagement procedures with S. Fielding and C. Chatten of Deloitte Tax. | $850.00 | 0.1 | $85.00 |
| 07/31/2019 | | | | |
| Abrom, Carisa | Revise May monthly fee statement. | $325.00 | 0.7 | $227.50 |
| Abrom, Carisa | Prepare June monthly fee statement. | $325.00 | 1.8 | $585.00 |
| Chatten, Colin | Review May monthly fee application. | $325.00 | 2.0 | $650.00 |
| 08/01/2019 | | | | |
| Abrom, Carisa | Edit June monthly fee statement. | $325.00 | 0.9 | $292.50 |
| 08/02/2019 | | | | |
| Chatten, Colin | Review revised June monthly fee application. | $325.00 | 0.7 | $227.50 |
| 08/05/2019 | | | | |
| Abrom, Carisa | Perform additional revisions to May monthly fee statement. | $325.00 | 1.2 | $390.00 |
| Abrom, Carisa | Perform additional revisions to June monthly fee statement. | $325.00 | 1.6 | $520.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Preparation of Fee Applications** | | | | |
| 08/05/2019 | | | | |
| Abrom, Carisa | Prepare draft of second interim fee application. | $325.00 | 1.0 | $325.00 |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.8 | $260.00 |
| 08/07/2019 | | | | |
| Chatten, Colin | Discuss May, June, and Second Interim fee applications with E. Tzavelis and R. Young of Deloitte Tax. | $325.00 | 1.0 | $325.00 |
| Chatten, Colin | Review revised June monthly fee application. | $325.00 | 0.9 | $292.50 |
| 08/08/2019 | | | | |
| Abrom, Carisa | Update May monthly fee statement. | $325.00 | 1.0 | $325.00 |
| Abrom, Carisa | Update June monthly fee statement. | $325.00 | 1.0 | $325.00 |
| 08/13/2019 | | | | |
| Abrom, Carisa | Perform updates to second interim fee application. | $325.00 | 2.7 | $877.50 |
| Chatten, Colin | Discuss second interim fee application with E. Tzavelis and R. Young of Deloitte Tax. | $325.00 | 0.3 | $97.50 |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.0 | $325.00 |
| 08/14/2019 | | | | |
| Abrom, Carisa | Finalize second interim fee application. | $325.00 | 0.3 | $97.50 |
| 08/19/2019 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.6 | $195.00 |
| 08/29/2019 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.6 | $195.00 |
| Subtotal for Preparation of Fee Applications: | | | 38.8 | $12,689.50 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *State Tax Audit Services* | | | | |
| 07/10/2019 | | | | |
| Sullivan, Brian | Review New York proposed audit adjustments. | $850.00 | 0.6 | $510.00 |
| 07/18/2019 | | | | |
| Chionchio, Michelle | Review a notice from the bureau of reconciliation and mediation services. | $325.00 | 0.8 | $260.00 |
| 07/19/2019 | | | | |
| Chionchio, Michelle | Review a notice from the bureau of reconciliation and mediation services. | $325.00 | 0.1 | $32.50 |
| 07/23/2019 | | | | |
| Chionchio, Michelle | Call to NYS collections to confirm that the liability had been paid in full and that there was no need for the hearing. | $325.00 | 0.6 | $195.00 |
| 07/24/2019 | | | | |
| Chionchio, Michelle | Call to bureau of conciliation and mediation services to determine need for hearing and rescinding petition. | $325.00 | 0.1 | $32.50 |
| Sullivan, Brian | Review Arkansas notice regarding sales tax assessments. | $850.00 | 0.2 | $170.00 |
| 07/25/2019 | | | | |
| Chionchio, Michelle | Call to bureau of conciliation and mediation services to determine need for hearing and rescinding petition. | $325.00 | 0.6 | $195.00 |
| 07/29/2019 | | | | |
| Chionchio, Michelle | Email summary outlining steps to go about rescinding the petition since the liability had been paid. | $325.00 | 0.2 | $65.00 |
| Yang, Annie | Draft email to B. Sullivan of Deloitte Tax to summarize discussion with New York State Bureau of Concilation and Mediation Services regarding how to withdrawal responsible person's Protest Form. | $595.00 | 0.1 | $59.50 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **_State Tax Audit Services_** | | | | |
| 07/31/2019 | | | | |
| Chatten, Colin | Discuss outstanding items and procedures for completing certain state tax audit matters with E. Tzavelis, S. Fielding, and B. Sullivan of Deloitte Tax. | $325.00 | 0.3 | $97.50 |
| Fielding, Stephen | Discuss outstanding items and procedures for completing certain state tax audit matters with E. Tzavelis, C. Chatten, and B. Sullivan of Deloitte Tax. | $595.00 | 0.3 | $178.50 |
| Sullivan, Brian | Discuss outstanding items and procedures for completing certain state tax audit matters with E. Tzavelis, S. Fielding, and C. Chatten of Deloitte Tax. | $850.00 | 0.3 | $255.00 |
| Tzavelis, Elias | Discuss outstanding items and procedures for completing certain state tax audit matters with S. Fielding, C. Chatten, and B. Sullivan of Deloitte Tax. | $850.00 | 0.3 | $255.00 |
| 08/12/2019 | | | | |
| Sullivan, Brian | Draft email to B. Griffith (M-III) regarding status of Massachusetts sales tax audit discussions. | $850.00 | 0.2 | $170.00 |
| 08/14/2019 | | | | |
| Sullivan, Brian | Review New York income tax audit settlement provided by K. Lejkowski (Sears). | $850.00 | 0.4 | $340.00 |
| 08/20/2019 | | | | |
| Sullivan, Brian | Email to E. Remijan (Weil) regarding Massachusetts sales tax audit. | $850.00 | 0.2 | $170.00 |
| 08/22/2019 | | | | |
| Sullivan, Brian | Draft email to A. Morrison-Howe (Deloitte) regarding next steps for Massachusetts sales tax audit appeal. | $850.00 | 0.3 | $255.00 |
| 08/26/2019 | | | | |
| Carleo, Robert | Telephone calls with MA DOR Chief of Litigation Bureau regarding negotiation of liability. | $850.00 | 1.2 | $1,020.00 |

5

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *State Tax Audit Services* | | | | |
| 08/27/2019 | | | | |
| Carleo, Robert | Telephone calls with MA DOR attorney regarding process of negotiating liability. | $850.00 | 1.6 | $1,360.00 |
| 08/28/2019 | | | | |
| Carleo, Robert | Prepare for and call with B. Sullivan and J. Espinola (both Deloitte) regarding the settlement status of the Massachusetts audit. | $850.00 | 0.6 | $510.00 |
| Espinola, Jonathan | Call with B. Sullivan and R. Carleo (both Deloitte) regarding the settlement status of the Massachusetts audit. | $595.00 | 0.2 | $119.00 |
| Sullivan, Brian | Call with R. Carleo and J. Espinola (both Deloitte) regarding the settlement status of the Massachusetts audit. | $850.00 | 0.2 | $170.00 |
| Subtotal for State Tax Audit Services: | | | 9.4 | $6,419.50 |
| *Tax Restructuring Services* | | | | |
| 07/01/2019 | | | | |
| Allegretti, Joe | Call with J. Espinola (Deloitte) to discuss the treatment and relationship related to an intercompany note with Sears Brands Business Unit Corporation. | $325.00 | 0.2 | $65.00 |
| Espinola, Jonathan | Call with J. Allegretti (Deloitte) to discuss the treatment and relationship related to an intercompany note with Sears Brands Business Unit Corporation. | $595.00 | 0.2 | $119.00 |
| Hermanson, Tom | Research intercompany note writedown and discuss same with SHC audit team. | $850.00 | 1.0 | $850.00 |
| Paxton, Michael | Review state attribute reduction model inputs. | $725.00 | 1.9 | $1,377.50 |
| Paxton, Michael | Review state attribute reduction model net operating loss allocations. | $725.00 | 1.5 | $1,087.50 |
| Sullivan, Brian | Research state tax treatment of Sears Re cancellation of debt income in Sears Brands Business Unit liquidation. | $850.00 | 0.9 | $765.00 |

6

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/02/2019 | | | | |
| Espinola, Jonathan | Draft revisions to state attribute reduction model. | $595.00 | 1.0 | $595.00 |
| Espinola, Jonathan | Draft revisions to state cash tax model. | $595.00 | 1.6 | $952.00 |
| Espinola, Jonathan | Call with B. Sullivan and M. Paxton (both Deloitte) regarding revisions to state cash tax model and state tax attribute reduction model. | $595.00 | 0.6 | $357.00 |
| Espinola, Jonathan | Revise attribute reduction tab based on the intercompany balances and conformity to Treas. Reg. Sec. 1.1502-13. | $595.00 | 1.5 | $892.50 |
| Espinola, Jonathan | Call with M. Paxton (Deloitte) regarding state cash tax model and state tax attribute reduction model review points and necessary revisions. | $595.00 | 0.5 | $297.50 |
| Paxton, Michael | Call with B. Sullivan and J. Espinola (both Deloitte) regarding revisions to state cash tax model and state tax attribute reduction model. | $725.00 | 0.6 | $435.00 |
| Paxton, Michael | Call with J. Espinola (Deloitte) regarding state cash tax model and state tax attribute reduction model review points and necessary revisions. | $725.00 | 0.5 | $362.50 |
| Paxton, Michael | Review revision to state attribute reduction model. | $725.00 | 2.2 | $1,595.00 |
| Paxton, Michael | Review revision to state cash tax model. | $725.00 | 2.8 | $2,030.00 |
| Sullivan, Brian | Call with M. Paxton and J. Espinola (both Deloitte) regarding revisions to state cash tax model and state tax attribute reduction model. | $850.00 | 0.6 | $510.00 |
| 07/03/2019 | | | | |
| Allegretti, Joe | Call with M. Paxton, S. Fielding, and J. Espinola (Deloitte) regarding short period 2 federal taxable income calculation and the application of Treasury Regulation Sec. 1.1502-36. | $325.00 | 0.2 | $65.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/03/2019 | | | | |
| Allegretti, Joe | Call with M. Paxton, S. Fielding, and J. Espinola (Deloitte) regarding the Sears Brands Business Unit liquidation and potential state implications. | $325.00 | 0.3 | $97.50 |
| Corrigan, Kevin | Call with M. Paxton and J. Espinola (both Deloitte) regarding state stock basis updates. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Revise state taxable income model pertaining to combined group composition changes. | $595.00 | 2.1 | $1,249.50 |
| Espinola, Jonathan | Revise state cash tax model. | $595.00 | 1.3 | $773.50 |
| Espinola, Jonathan | Call with M. Paxton, S. Fielding, and J. Allegretti (all Deloitte) regarding short period 2 federal taxable income calculation and the application of Treasury Regulation Sec. 1.1502-36. | $595.00 | 0.2 | $119.00 |
| Espinola, Jonathan | Call with M. Paxton, S. Fielding, and J. Allegretti (all Deloitte) regarding the Sears Brands Business Unit liquidation and potential state implications. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Call with M. Paxton and K. Corrigan (both Deloitte) regarding state stock basis updates. | $595.00 | 0.3 | $178.50 |
| Fielding, Stephen | Call with M. Paxton, J. Espinola and J. Allegretti (all Deloitte) regarding short period 2 federal taxable income calculation and the application of Treasury Regulation Sec. 1.1502-36. | $595.00 | 0.2 | $119.00 |
| Fielding, Stephen | Call with M. Paxton, J. Espinola, and J. Allegretti (all Deloitte) regarding the Sears Brands Business Unit liquidation and potential state implications. | $595.00 | 0.3 | $178.50 |
| Hybl, Claire | Update state attribute reduction model. | $325.00 | 0.7 | $227.50 |
| Paxton, Michael | Call with S. Fielding, J. Espinola and J. Allegretti (all Deloitte) regarding short period 2 federal taxable income calculation and the application of Treasury Regulation Sec. 1.1502-36. | $725.00 | 0.2 | $145.00 |

8

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/03/2019 | | | | |
| Paxton, Michael | Call with S. Fielding, J. Espinola, and J. Allegretti (all Deloitte) regarding the Sears Brands Business Unit liquidation and potential state implications. | $725.00 | 0.3 | $217.50 |
| Paxton, Michael | Call with K. Corrigan and J. Espinola (both Deloitte) regarding state stock basis updates. | $725.00 | 0.3 | $217.50 |
| Sullivan, Brian | Draft email to V. Los (PWC) regarding state tax impact of cancellation of debt income recognized by Sears Re in SP1 emergence transaction. | $850.00 | 0.4 | $340.00 |
| Sullivan, Brian | Review stock basis adjustments for purposes of state attribute reduction model. | $850.00 | 0.3 | $255.00 |
| 07/08/2019 | | | | |
| Ahmadi, Cyavash | Perform research regarding Wisconsin state treasury reg. 1.1502-36 conformity. | $450.00 | 1.0 | $450.00 |
| Ahmadi, Cyavash | Perform research regarding Massachusetts state treasury reg. 1.1502-36 conformity. | $450.00 | 1.0 | $450.00 |
| Butler, Mike | Call with E. Tzavelis, S. Fielding, C. Chatten, T. Hermanson, J. Berry, L. McDonnel, and M. Lew of Deloitte; and S. Goldring, M. Hoenig, and E. Remijan of Weil to discuss potential write-down of intercompany debt obligations. | $595.00 | 0.5 | $297.50 |
| Butler, Mike | Discuss potential write-down of intercompany debt obligations with E. Tzavelis and C. Chatten of Deloitte Tax. | $595.00 | 0.3 | $178.50 |
| Chatten, Colin | Call with E. Tzavelis, S. Fielding, M. Butler, T. Hermanson, J. Berry, L. McDonnel, and M. Lew of Deloitte; and S. Goldring, M. Hoenig, and E. Remijan of Weil to discuss potential write-down of intercompany debt obligations. | $325.00 | 0.5 | $162.50 |

9

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/08/2019 | | | | |
| Chatten, Colin | Discuss potential write-down of intercompany debt obligations with E. Tzavelis and M. Butler of Deloitte Tax. | $325.00 | 0.3 | $97.50 |
| Espinola, Jonathan | Review research pertaining to whether Massachusetts conforms to Treas. Reg. Section 1.1502-36. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research pertaining to whether Wisconsin conforms to Treas. Reg. Section 1.1502-36. | $595.00 | 0.2 | $119.00 |
| Espinola, Jonathan | Revise state income tax. | $595.00 | 2.1 | $1,249.50 |
| Espinola, Jonathan | Call with M. Paxton (Deloitte) regarding state attribute reduction model. | $595.00 | 0.3 | $178.50 |
| Fielding, Stephen | Call with E. Tzavelis, M. Butler, C. Chatten, T. Hermanson, J. Berry, L. McDonnel, and M. Lew of Deloitte; and S. Goldring, M. Hoenig, and E. Remijan of Weil to discuss potential write-down of intercompany debt obligations. | $595.00 | 0.5 | $297.50 |
| Hermanson, Tom | Research tax issues associated with intercompany note writedown. | $850.00 | 1.0 | $850.00 |
| Sullivan, Brian | Call with M. Butler and M. Paxton (both Deloitte) regarding federal and state tax treatment of intercompany balances in SP1. | $850.00 | 0.4 | $340.00 |
| Sullivan, Brian | Research state conformity to Treas. Reg. 1.1502-36. | $850.00 | 0.7 | $595.00 |
| Sullivan, Brian | Review updated Sears model with intercompany cancellation of debt income amounts shifting to short tax year 1. | $850.00 | 0.9 | $765.00 |
| 07/09/2019 | | | | |
| Espinola, Jonathan | Update alternative state income tax model pertaining to New York proposed audit adjustments. | $595.00 | 0.6 | $357.00 |
| Espinola, Jonathan | Update alternative state tax attribute reduction model pertaining to New York proposed audit adjustments. | $595.00 | 0.7 | $416.50 |

10

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/09/2019 | | | | |
| Espinola, Jonathan | Revise state attribute reduction model based on combined group changes pertaining to Sears Re and Sears Protection. | $595.00 | 2.3 | $1,368.50 |
| Espinola, Jonathan | Revise state income tax model based on combined group changes pertaining to Sears Re and Sears Protection. | $595.00 | 2.1 | $1,249.50 |
| Espinola, Jonathan | Revise state tax attribute reduction model based on combined group differences. | $595.00 | 0.7 | $416.50 |
| Sullivan, Brian | Review updated state model with intercompany cancellation of debt income/bad debt deductions in states that decouple from Treas. Reg. 1.1502-13. | $850.00 | 1.4 | $1,190.00 |
| 07/10/2019 | | | | |
| Espinola, Jonathan | Finalize revisions to state attribute reduction model and cash tax model pertaining to New York proposed audit adjustments. | $595.00 | 1.5 | $892.50 |
| Espinola, Jonathan | Call with M. Paxton (Deloitte) regarding state attribute reduction model revisions. | $595.00 | 1.0 | $595.00 |
| Espinola, Jonathan | Revise attribute reduction model for New York proposed audit adjustments. | $595.00 | 0.4 | $238.00 |
| Espinola, Jonathan | Revise state tax attribute reduction model based on review points from M. Paxton (Deloitte). | $595.00 | 1.0 | $595.00 |
| Paxton, Michael | Research federal and state tax treatment of intercompany balances in SP1. | $725.00 | 0.4 | $290.00 |
| Paxton, Michael | Call with J. Espinola (Deloitte) regarding state attribute reduction model revisions. | $725.00 | 1.0 | $725.00 |
| Sullivan, Brian | Review state tax model updated for state returns that exclude Sears Re intercompany debt settlements. | $850.00 | 0.6 | $510.00 |

11

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/11/2019 | | | | |
| Ahmadi, Cyavash | Call with J. Espinola (Deloitte) regarding Treas. Reg. Sec. 1.1502-36 state conformity research needed for state attribute reduction model. | $450.00 | 0.2 | $90.00 |
| Espinola, Jonathan | Call with C. Ahmadi (Deloitte) regarding Treas. Reg. Sec. 1.1502-36 state conformity research needed for state attribute reduction model. | $595.00 | 0.2 | $119.00 |
| Paxton, Michael | Review state attribute reduction model updates for change in the federal inputs. | $725.00 | 1.1 | $797.50 |
| 07/12/2019 | | | | |
| Espinola, Jonathan | Draft summary of state intercompany transaction rules as applied to Short Period 1 for the combined returns. | $595.00 | 0.8 | $476.00 |
| Espinola, Jonathan | Update state attribute reduction model per updated state income tax model. | $595.00 | 0.8 | $476.00 |
| Espinola, Jonathan | Review state income tax model based on review points from M. Paxton (Deloitte). | $595.00 | 0.5 | $297.50 |
| Espinola, Jonathan | Review revisions to state tax attribute reduction model. | $595.00 | 0.6 | $357.00 |
| Espinola, Jonathan | Analyze impacts of the proposed New York audit adjustments on the New York net operating loss carryovers. | $595.00 | 0.3 | $178.50 |
| Paxton, Michael | Review intercompany debt balances by entity for state impact. | $725.00 | 1.9 | $1,377.50 |
| Paxton, Michael | Review impact of New York settlement options on state attribute reduction model. | $725.00 | 0.8 | $580.00 |
| Paxton, Michael | Review application of excess loss accounts and bad debt deductions in state attribute reduction model. | $725.00 | 2.4 | $1,740.00 |
| Sullivan, Brian | Analyze impact of New York proposed adjustments on net operating loss balances subject to attribute reduction. | $850.00 | 1.7 | $1,445.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/15/2019 | | | | |
| Chatten, Colin | Discuss potential material advisor disclosure statement filing requirements arising from certain restructuring transactions with E. Tzavelis, S. Fielding, and M. Butler of Deloitte Tax. | $325.00 | 0.5 | $162.50 |
| Fielding, Stephen | Discuss write-off of intercompany notes to generate bad debt deduction with M. Hoenig, E. Allison, S. Goldring, E. Remijan (Weil), and W. Mcrae (Cleary). | $595.00 | 0.5 | $297.50 |
| Fielding, Stephen | Discuss potential material advisor disclosure statement filing requirements arising from certain restructuring transactions with E. Tzavelis, M. Butler, and C. Chatten of Deloitte Tax. | $595.00 | 0.5 | $297.50 |
| Fielding, Stephen | Review transactions that occurred in quarter 2 that could result in a material advisor filing for tax purposes. | $595.00 | 1.3 | $773.50 |
| Forrest, Jonathan | Review representation letter for Cleary's tax opinion. | $975.00 | 0.6 | $585.00 |
| 07/16/2019 | | | | |
| Butler, Mike | Review revised representation letter and supporting calculations. | $595.00 | 0.9 | $535.50 |
| Butler, Mike | Call with E. Tzavelis, S. Fielding, C. Chatten, and J. Forrest of Deloitte Tax; B. Murphy and N. Weber of M-III; and S. Goldring, M. Hoenig, and E. Remijan of Weil tax to discuss the tax representation letter. | $595.00 | 1.0 | $595.00 |
| Butler, Mike | Call with S. Fielding, C. Chatten, B. Sullivan, J. Espinola, and M. Paxton of Deloitte Tax to discuss state tax implications of contemplated intercompany debt settlement transactions. | $595.00 | 0.4 | $238.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/16/2019 | | | | |
| Chatten, Colin | Call with E. Tzavelis, S. Fielding, M. Butler, and J. Forrest of Deloitte Tax; B. Murphy and N. Weber of M-III; and S. Goldring, M. Hoenig, and E. Remijan of Weil tax to discuss the tax representation letter. | $325.00 | 1.0 | $325.00 |
| Chatten, Colin | Call with S. Fielding, M. Butler, B. Sullivan, J. Espinola, and M. Paxton of Deloitte Tax to discuss state tax implications of contemplated intercompany debt settlement transactions. | $325.00 | 0.4 | $130.00 |
| Espinola, Jonathan | Update tax attribute reduction model. | $595.00 | 1.0 | $595.00 |
| Espinola, Jonathan | Call with S. Fielding, C. Chatten, M. Butler, B. Sullivan, and M. Paxton of Deloitte Tax to discuss state tax implications of contemplated intercompany debt settlement transactions. | $595.00 | 0.4 | $238.00 |
| Fielding, Stephen | Call with E. Tzavelis, C. Chatten, M. Butler, and J. Forrest of Deloitte Tax; B. Murphy and N. Weber of M-III; and S. Goldring, M. Hoenig, and E. Remijan of Weil tax to discuss the tax representation letter. | $595.00 | 1.0 | $595.00 |
| Fielding, Stephen | Call with C. Chatten, M. Butler, B. Sullivan, J. Espinola, and M. Paxton of Deloitte Tax to discuss state tax implications of contemplated intercompany debt settlement transactions. | $595.00 | 0.4 | $238.00 |
| Forrest, Jonathan | Call with E. Tzavelis, S. Fielding, C. Chatten, and M. Butler, of Deloitte Tax; B. Murphy and N. Weber of M-III; and S. Goldring, M. Hoenig, and E. Remijan of Weil tax to discuss the tax representation letter. | $975.00 | 1.0 | $975.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/16/2019 | | | | |
| Paxton, Michael | Call with S. Fielding, C. Chatten, M. Butler, B. Sullivan, J. Espinola of Deloitte Tax to discuss state tax implications of contemplated intercompany debt settlement transactions. | $725.00 | 0.4 | $290.00 |
| Sullivan, Brian | Call with S. Fielding, C. Chatten, M. Butler, J. Espinola, and M. Paxton of Deloitte Tax to discuss state tax implications of contemplated intercompany debt settlement transactions. | $850.00 | 0.4 | $340.00 |
| Sullivan, Brian | Review revised state tax model. | $850.00 | 1.7 | $1,445.00 |
| 07/17/2019 | | | | |
| Ahmadi, Cyavash | Prepare Sears Power of Attorney. | $450.00 | 0.3 | $135.00 |
| Chatten, Colin | Call with S. Fielding of Deloitte Tax to discuss potential material advisor disclosure filings. | $325.00 | 0.4 | $130.00 |
| Fielding, Stephen | Read and provide comment on Sears tax representation letter. | $595.00 | 1.9 | $1,130.50 |
| Fielding, Stephen | Call withC. Chatten of Deloitte Tax to discuss potential material advisor disclosure filings. | $595.00 | 0.4 | $238.00 |
| Fielding, Stephen | Read and provide comment on Sears tax representation letter for additional comments and edits. | $595.00 | 1.5 | $892.50 |
| Forrest, Jonathan | Review revised representation letter. | $975.00 | 0.5 | $487.50 |
| 07/18/2019 | | | | |
| Ahmadi, Cyavash | Perform research regarding Alaska state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding Arizona state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |
| Ahmadi, Cyavash | Perform research regarding California state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/18/2019 | | | | |
| Ahmadi, Cyavash | Perform research regarding Connecticut state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding District of Columbia state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding Idaho state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding Illnios state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |
| Ahmadi, Cyavash | Perform research regarding Kansas state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |
| Ahmadi, Cyavash | Perform research regarding Kentucky state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding Michigan state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |
| Ahmadi, Cyavash | Perform research regarding Minnesota state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding Montana state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |
| Ahmadi, Cyavash | Perform research regarding North Dakota state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding Nebraska state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding New Hampshire state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |
| Ahmadi, Cyavash | Perform research regarding New Jersey state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/18/2019 | | | | |
| Ahmadi, Cyavash | Perform research regarding New Mexico state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |
| Ahmadi, Cyavash | Perform research regarding Oregon state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding Rhoda Island state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |
| Ahmadi, Cyavash | Perform research regarding Texas state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding Utah state treasury reg. 1.1502-36 conformity. | $450.00 | 0.3 | $135.00 |
| Ahmadi, Cyavash | Perform research regarding Vermont state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding Wisconsin state treasury reg. 1.1502-36 conformity. | $450.00 | 0.2 | $90.00 |
| Ahmadi, Cyavash | Perform research regarding West Virginia state treasury reg. 1.1502-36 conformity. | $450.00 | 0.4 | $180.00 |
| Butler, Mike | Review calculation supporting representation. | $595.00 | 2.2 | $1,309.00 |
| Butler, Mike | Draft email to Cleary regarding questions with respect to tax representation. | $595.00 | 0.6 | $357.00 |
| Chatten, Colin | Call with S. Goldring of Weil and E. Tzavelis and S. Fielding of Deloitte Tax to discuss potential material advisor disclosure filings. | $325.00 | 0.7 | $227.50 |
| Chatten, Colin | Draft internal email correspondence regarding material advisor disclosure filing obligations. | $325.00 | 0.6 | $195.00 |
| Espinola, Jonathan | Draft revisions to state income tax model. | $595.00 | 1.6 | $952.00 |
| Espinola, Jonathan | Review state worthless stock deduction and conformity to Treas. Reg. Sec. 1.1502-36. | $595.00 | 0.4 | $238.00 |

17

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/18/2019 | | | | |
| Fielding, Stephen | Call with S. Goldring of Weil and E. Tzavelis and C. Chatten of Deloitte Tax to discuss potential material advisor disclosure filings. | $595.00 | 0.7 | $416.50 |
| Fielding, Stephen | Review transactions that occurred in quarter 2 that could result in a material advisor filing for tax purposes. | $595.00 | 2.3 | $1,368.50 |
| Forrest, Jonathan | Review representation letter. | $975.00 | 0.4 | $390.00 |
| Hybl, Claire | Prepare to finalize Sears state bankruptcy transaction model. | $325.00 | 1.6 | $520.00 |
| Hybl, Claire | Prepare to finalize Sears state bankruptcy transaction attribute model. | $325.00 | 4.8 | $1,560.00 |
| Paxton, Michael | Review updates to state model. | $725.00 | 2.5 | $1,812.50 |
| Tzavelis, Elias | Call with S. Goldring of Weil and S. Fielding and C. Chatten of Deloitte Tax to discuss potential material advisor disclosure filings. | $850.00 | 0.7 | $595.00 |
| 07/19/2019 | | | | |
| Ahmadi, Cyavash | Prepare Sears Power of Attorney. | $450.00 | 0.3 | $135.00 |
| Espinola, Jonathan | Review draft revisions to Massachusetts Power of Attorney forms for sales tax matters pertaining to Sears, Roebuck & Co. and Sears Operations LLC. | $595.00 | 0.7 | $416.50 |
| Espinola, Jonathan | Review and revise updates to state attribute reduction model. | $595.00 | 0.5 | $297.50 |
| Hybl, Claire | Update Sears multi-state bankruptcy tax attribute model. | $325.00 | 1.7 | $552.50 |
| 07/22/2019 | | | | |
| Butler, Mike | Research reportable transaction disclosure requirements. | $595.00 | 2.6 | $1,547.00 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Alaska. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Arizona. | $595.00 | 0.3 | $178.50 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/22/2019 | | | | |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in California. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Connecicut. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in District of Columbia. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Idaho. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Illinois. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Kansas. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Kentucky. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Maine. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Massachusetts. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Michigan. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Minnesota. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Montana. | $595.00 | 0.3 | $178.50 |
| Sullivan, Brian | Prepare Massachusetts Power of Attorney for Miii signature. | $850.00 | 0.4 | $340.00 |
| Sullivan, Brian | Review state tax model. | $850.00 | 1.9 | $1,615.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/23/2019 | | | | |
| Allegretti, Joe | Work with M-III to provide the necessary support for Item 8 in the Representation letter. | $325.00 | 0.4 | $130.00 |
| Butler, Mike | Research loss character in Sears brands transaction. | $595.00 | 2.3 | $1,368.50 |
| Butler, Mike | Call with E. Tzavelis, S. Fielding, C. Chatten, J. Forrest, J. Perry, T. Fielman, and K. Klein of Deloitte Tax to discuss potential material advisor disclosure filing obligations. | $595.00 | 0.4 | $238.00 |
| Butler, Mike | Call with E. Tzavelis, S. Fielding, C. Chatten, and J. Forrest of Deloitte Tax to discuss potential material advisor disclosure filing obligations. | $595.00 | 0.5 | $297.50 |
| Chatten, Colin | Call with E. Tzavelis, S. Fielding, M. Butler, J. Forrest, J. Perry, T. Fielman, and K. Klein of Deloitte Tax to discuss potential material advisor disclosure filing obligations. | $325.00 | 0.4 | $130.00 |
| Chatten, Colin | Call with E. Tzavelis, S. Fielding, M. Butler, and J. Forrest of Deloitte Tax to discuss potential material advisor disclosure filing obligations. | $325.00 | 0.5 | $162.50 |
| Chatten, Colin | Discuss potential material advisor disclosure filing obligations with E. Tzavelis and S. Fielding of Deloitte Tax. | $325.00 | 0.3 | $97.50 |
| Fielding, Stephen | Discuss potential material advisor disclosure filing obligations with E. Tzavelis and C. Chatten of Deloitte Tax. | $595.00 | 0.3 | $178.50 |
| Fielding, Stephen | Call with E. Tzavelis, C. Chatten, M. Butler, J. Forrest, J. Perry, T. Fielman, and K. Klein of Deloitte Tax to discuss potential material advisor disclosure filing obligations. | $595.00 | 0.4 | $238.00 |
| Fielding, Stephen | Call with E. Tzavelis, C. Chatten, M. Butler, and J. Forrest of Deloitte Tax to discuss potential material advisor disclosure filing obligations. | $595.00 | 0.5 | $297.50 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/23/2019 | | | | |
| Forrest, Jonathan | Call with E. Tzavelis, S. Fielding, C. Chatten, M. Butler, J. Perry, T. Fielman, and K. Klein of Deloitte Tax to discuss potential material advisor disclosure filing obligations. | $975.00 | 0.4 | $390.00 |
| Forrest, Jonathan | Call with E. Tzavelis, S. Fielding, C. Chatten, and M. Butler of Deloitte Tax to discuss potential material advisor disclosure filing obligations. | $975.00 | 0.5 | $487.50 |
| Tzavelis, Elias | Call with S. Fielding, C. Chatten, M. Butler, J. Forrest, J. Perry, T. Fielman, and K. Klein of Deloitte Tax to discuss potential material advisor disclosure filing obligations. | $850.00 | 0.4 | $340.00 |
| Tzavelis, Elias | Call with S. Fielding, C. Chatten, M. Butler, and J. Forrest of Deloitte Tax to discuss potential material advisor disclosure filing obligations. | $850.00 | 0.5 | $425.00 |
| Tzavelis, Elias | Discuss potential material advisor disclosure filing obligations with S. Fielding and C. Chatten of Deloitte Tax. | $850.00 | 0.3 | $255.00 |
| 07/24/2019 | | | | |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Nebraska. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in New Hampshire. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in New Jersey. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in New Mexico. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in New York City. | $595.00 | 0.3 | $178.50 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/24/2019 | | | | |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in New York. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in North Dakota. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Oregon. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Rhode Island. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Texas. | $595.00 | 0.2 | $119.00 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Utah. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Vermont. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in West Virginia. | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | Review research regarding conformity to Treas. Reg. Sec. 1.1502-36 in Wisconsin. | $595.00 | 0.3 | $178.50 |
| Forrest, Jonathan | Evaluate requirement for material advisor disclosure statement. | $975.00 | 2.1 | $2,047.50 |
| Forrest, Jonathan | Call with V. Penico (Deloitte) regarding material advisor disclosure. | $975.00 | 0.4 | $390.00 |
| Penico, Victor | Prepare for and call with J. Forrest (Deloitte) regarding material advisor disclosure. | $975.00 | 0.6 | $585.00 |
| 07/25/2019 | | | | |
| Chatten, Colin | Discuss potential material advisor disclosure filing obligations with E. Tzavelis, S. Fielding, M. Butler, J. Forrest, and M. Schreiber of Deloitte Tax. | $325.00 | 0.2 | $65.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/25/2019 | | | | |
| Fielding, Stephen | Discuss potential material advisor disclosure filing obligations with E. Tzavelis, C. Chatten, M. Butler, J. Forrest, and M. Schreiber of Deloitte Tax. | $595.00 | 0.2 | $119.00 |
| Forrest, Jonathan | Meeting with M. Schreiber (Deloitte) to discuss the definition of a security under section 165(g) and any potential material advisor disclosure filing obligations. | $975.00 | 0.7 | $682.50 |
| Forrest, Jonathan | Review proper treatment of intercompany debt extinguishment. | $975.00 | 1.4 | $1,365.00 |
| Forrest, Jonathan | Discuss potential material advisor disclosure filing obligations with E. Tzavelis, C. Chatten, S. Fielding, M. Butler, and M. Schreiber of Deloitte Tax. | $975.00 | 0.2 | $195.00 |
| Schreiber, Mendy | Meeting with J. Forrest (Deloitte) to discuss the definition of a security under section 165(g) and any potential material advisor disclosure filing obligations. | $450.00 | 0.7 | $315.00 |
| Schreiber, Mendy | Discuss potential material advisor disclosure filing obligations with E. Tzavelis, C. Chatten, S. Fielding, M. Butler, and J. Forrest of Deloitte Tax. | $450.00 | 0.2 | $90.00 |
| Schreiber, Mendy | Review material advisor disclosure. | $450.00 | 2.9 | $1,305.00 |
| Tzavelis, Elias | Call with S. Goldring, M. Hoenig, E. Remijan, E. Allison of Weil and S. Fielding, M. Butler, C. Chatten, J. Forrest, and M. Schreiber of Deloitte Tax to evaluate potential material advisor disclosure filing obligations. | $850.00 | 0.3 | $255.00 |
| Tzavelis, Elias | Discuss potential material advisor disclosure filing obligations with C. Chatten, S. Fielding, M. Butler, J. Forrest, and M. Schreiber of Deloitte Tax. | $850.00 | 0.2 | $170.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 07/26/2019 | | | | |
| Butler, Mike | Discuss potential material advisor disclosure filing obligations with E. Tzavelis, C. Chatten, S. Fielding, J. Forrest, and M. Schreiber of Deloitte Tax. | $595.00 | 0.2 | $119.00 |
| Butler, Mike | Review substantially all calculation model. | $595.00 | 2.7 | $1,606.50 |
| Butler, Mike | Call with S. Goldring, M. Hoenig, E. Remijan, E. Allison of Weil and E. Tzavelis, S. Fielding, C. Chatten, J. Forrest, and M. Schreiber of Deloitte Tax to evaluate potential material advisor disclosure filing obligations. | $595.00 | 0.3 | $178.50 |
| Chatten, Colin | Call with S. Goldring, M. Hoenig, E. Remijan, E. Allison of Weil and E. Tzavelis, S. Fielding, M. Butler, J. Forrest, and M. Schreiber of Deloitte Tax to evaluate potential material advisor disclosure filing obligations. | $325.00 | 0.3 | $97.50 |
| Espinola, Jonathan | Call with B. Sullivan and M. Paxton (both Deloitte) and PwC tax regarding updated state income tax model and state attribute reduction model. | $595.00 | 0.5 | $297.50 |
| Fielding, Stephen | Call with S. Goldring, M. Hoenig, E. Remijan, E. Allison of Weil and E. Tzavelis, M. Butler, C. Chatten, J. Forrest, and M. Schreiber of Deloitte Tax to evaluate potential material advisor disclosure filing obligations. | $595.00 | 0.3 | $178.50 |
| Forrest, Jonathan | Call with S. Goldring, M. Hoenig, E. Remijan, E. Allison of Weil and E. Tzavelis, S. Fielding, M. Butler, C. Chatten, and M. Schreiber of Deloitte Tax to evaluate potential material advisor disclosure filing obligations. | $975.00 | 0.3 | $292.50 |
| Paxton, Michael | Call with B. Sullivan and J. Espinola (both Deloitte) and PwC tax regarding updated state income tax model and state attribute reduction model. | $725.00 | 0.5 | $362.50 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Restructuring Services*

**07/26/2019**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Schreiber, Mendy | Call with S. Goldring, M. Hoenig, E. Remijan, E. Allison of Weil and E. Tzavelis, S. Fielding, M. Butler, C. Chatten, J. Forrest (all Deloitte) to evaluate potential material advisor disclosure filing obligations. | $450.00 | 0.3 | $135.00 |
| Sullivan, Brian | Call with M. Paxton and J. Espinola (both Deloitte) and PwC tax regarding updated state income tax model and state attribute reduction model. | $850.00 | 0.5 | $425.00 |

**07/28/2019**

| | | | | |
|------|-------------|------|-------|------|
| Espinola, Jonathan | Update state income tax model per additional revisions from B. Sullivan (Deloitte). | $595.00 | 0.3 | $178.50 |

**07/29/2019**

| | | | | |
|------|-------------|------|-------|------|
| Allegretti, Joe | Call with M. Butler (Deloitte) to discuss the substantially all calculation support for Item 8 on the Representations letter. | $325.00 | 0.2 | $65.00 |
| Butler, Mike | Review substantially all calculation in antipacition of call with M-III. | $595.00 | 1.3 | $773.50 |
| Butler, Mike | Call with J. Allegretti (Deloitte) to discuss the substantially all calculation support for Item 8 on the Representations letter. | $595.00 | 0.2 | $119.00 |

**07/30/2019**

| | | | | |
|------|-------------|------|-------|------|
| Allegretti, Joe | Call with E. Tzavelis, S. Fielding, C. Chatten, and M. Butler of Deloitte; E. Remijan of Weil; and B. Murphy of M-III to discuss tax representation letter and supporting calculations. | $325.00 | 0.4 | $130.00 |
| Allegretti, Joe | Call with E. Tzavelis, S. Fielding, C. Chatten, M. Butler, B. Sullivan, and M. Paxton of Deloitte Tax; E. Remijan, M. Hoenig, and E. Allison of Weil; and B. Murphy of M-III to discuss character and state tax implications of certain transactions. | $325.00 | 0.6 | $195.00 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/30/2019 | | | | |
| Allegretti, Joe | Draft flow of substantially all calculation for the call with M-III Partners to review compilation of the balance sheets. | $325.00 | 1.0 | $325.00 |
| Butler, Mike | Call with E. Tzavelis, S. Fielding, C. Chatten, J. Allegretti, B. Sullivan, and M. Paxton of Deloitte Tax; E. Remijan, M. Hoenig, and E. Allison of Weil; and B. Murphy of M-III to discuss character and state tax implications of certain transactions. | $595.00 | 0.6 | $357.00 |
| Butler, Mike | Call with E. Tzavelis, S. Fielding, C. Chatten, and J. Allegretti of Deloitte Tax; E. Remijan of Weil; and B. Murphy of M-III to discuss tax representation letter and supporting calculations. | $595.00 | 0.4 | $238.00 |
| Chatten, Colin | Call with E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, B. Sullivan, and M. Paxton of Deloitte Tax; E. Remijan, M. Hoenig, and E. Allison of Weil; and B. Murphy of M-III to discuss character and state tax implications of certain transactions. | $325.00 | 0.6 | $195.00 |
| Chatten, Colin | Call with E. Tzavelis, S. Fielding, M. Butler, and J. Allegretti of Deloitte Tax; E. Remijan of Weil; and B. Murphy of M-III to discuss tax representation letter and supporting calculations. | $325.00 | 0.4 | $130.00 |
| Fielding, Stephen | Call with E. Tzavelis, C. Chatten, M. Butler, J. Allegretti, B. Sullivan, and M. Paxton of Deloitte Tax; E. Remijan, M. Hoenig, and E. Allison of Weil; and B. Murphy of M-III to discuss character and state tax implications of certain transactions. | $595.00 | 0.6 | $357.00 |
| Fielding, Stephen | Call with E. Tzavelis, C. Chatten, M. Butler, and J. Allegretti of Deloitte Tax; E. Remijan of Weil; and B. Murphy of M-III to discuss tax representation letter and supporting calculations. | $595.00 | 0.4 | $238.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/30/2019 | | | | |
| Paxton, Michael | Call with E. Tzavelis, S. Fielding, C. Chatten, M. Butler, J. Allegretti, B. Sullivan of Deloitte Tax; E. Remijan, M. Hoenig, and E. Allison of Weil; and B. Murphy of M-III to discuss character and state tax implications of certain transactions. | $725.00 | 0.6 | $435.00 |
| Sullivan, Brian | Call with E. Tzavelis, S. Fielding, C. Chatten, M. Butler, J. Allegretti, and M. Paxton of Deloitte Tax; E. Remijan, M. Hoenig, and E. Allison of Weil; and B. Murphy of M-III to discuss character and state tax implications of certain transactions. | $850.00 | 0.6 | $510.00 |
| Tzavelis, Elias | Call with S. Fielding, C. Chatten, M. Butler, J. Allegretti, B. Sullivan, and M. Paxton of Deloitte Tax; E. Remijan, M. Hoenig, and E. Allison of Weil; and B. Murphy of M-III to discuss character and state tax implications of certain transactions. | $850.00 | 0.6 | $510.00 |
| Tzavelis, Elias | Call with S. Fielding, C. Chatten, M. Butler, and J. Allegretti of Deloitte Tax; E. Remijan of Weil; and B. Murphy of M-III to discuss tax representation letter and supporting calculations. | $850.00 | 0.4 | $340.00 |
| 07/31/2019 | | | | |
| Paxton, Michael | Call with V. Los and T. Stelzer (PWC), K. Lejkowski (Sears) and B. Sullivan (Deloitte) to discuss impact of proposed New York adjust adjustments on state tax attribute reduction model. | $725.00 | 0.5 | $362.50 |
| Sullivan, Brian | Call with V. Los and T. Stelzer (PWC), K. Lejkowski (Sears) and M. Paxton (Deloitte) to discuss impact of proposed New York adjust adjustments on state tax attribute reduction model. | $850.00 | 0.5 | $425.00 |
| Sullivan, Brian | Draft email to V. Los and T. Stelzer (both PWC) responding to questions regarding treatment of intercompany debt settlements in the state tax model. | $850.00 | 0.4 | $340.00 |

27

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 07/31/2019 | | | | |
| Sullivan, Brian | Respond to questions (via email) from E. Remijan (Weil) regarding state income tax consequences in Louisiana and Oklahoma regarding IRC 166 conformity. | $850.00 | 0.3 | $255.00 |
| 08/11/2019 | | | | |
| Hoffman, David | Review and provide comment on draft representation letter. | $850.00 | 1.8 | $1,530.00 |
| 08/12/2019 | | | | |
| Espinola, Jonathan | Revise state taxable income model. | $595.00 | 1.0 | $595.00 |
| 08/15/2019 | | | | |
| Chatten, Colin | Research whether foreign transfer taxes may apply to the transfer of assets to the liquidating trust. | $325.00 | 2.0 | $650.00 |
| 08/19/2019 | | | | |
| Espinola, Jonathan | Update state taxable income and attribute reduction model per New York audit adjustments. | $595.00 | 1.0 | $595.00 |
| Fielding, Stephen | Research potential non-U.S. transfer taxes on movement of non-U.S. subsidiaries to trust. | $595.00 | 1.4 | $833.00 |
| 08/20/2019 | | | | |
| Fielding, Stephen | Further research potential non-U.S. transfer taxes on movement of non-U.S. subsidiaries to trust. | $595.00 | 1.2 | $714.00 |
| 08/23/2019 | | | | |
| Fielding, Stephen | Research potential transfer taxes in non-U.S. jurisdictions. | $595.00 | 1.9 | $1,130.50 |
| 08/29/2019 | | | | |
| Espinola, Jonathan | Review updated state taxable income model and attribute reduction model based on New York audit changes. | $595.00 | 0.3 | $178.50 |
| Subtotal for Tax Restructuring Services: | | | 165.9 | $103,030.50 |
| **Total** | | | **214.1** | **$122,139.50** |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

July 01, 2019 - August 31, 2019

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Forrest, Jonathan | $975.00 | 8.5 | $8,287.50 |
| Penico, Victor | $975.00 | 0.6 | $585.00 |
| Carleo, Robert | $850.00 | 3.4 | $2,890.00 |
| Hermanson, Tom | $850.00 | 2.0 | $1,700.00 |
| Hoffman, David | $850.00 | 1.8 | $1,530.00 |
| Sullivan, Brian | $850.00 | 17.0 | $14,450.00 |
| Tzavelis, Elias | $850.00 | 3.8 | $3,230.00 |
| Paxton, Michael | $725.00 | 22.4 | $16,240.00 |
| Butler, Mike | $595.00 | 17.4 | $10,353.00 |
| Corrigan, Kevin | $595.00 | 0.3 | $178.50 |
| Espinola, Jonathan | $595.00 | 42.2 | $25,109.00 |
| Fielding, Stephen | $595.00 | 19.1 | $11,364.50 |
| Yang, Annie | $595.00 | 0.1 | $59.50 |
| Ahmadi, Cyavash | $450.00 | 8.9 | $4,005.00 |
| Schreiber, Mendy | $450.00 | 4.1 | $1,845.00 |
| Abrom, Carisa | $325.00 | 18.6 | $6,045.00 |
| Allegretti, Joe | $325.00 | 3.3 | $1,072.50 |
| Chatten, Colin | $325.00 | 29.4 | $9,555.00 |
| Chionchio, Michelle | $325.00 | 2.4 | $780.00 |
| Hybl, Claire | $325.00 | 8.8 | $2,860.00 |