**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Sears Holdings Corporation                                   CASE NO.: 18–23538–rdd

  aka   Print Procurement Company, LLC
  aka   Print Production Company, LLC
  aka   Relay LLC
  aka   Shop Your Way Local, LLC
  aka   Austin Technology Center
  aka   Bath and Kitchen Elegance
  aka   Bath and Kitchen Elegance of the Desert
  aka   Big Beaver of Caguas Development Corporation
  aka   Big Beaver of Caguas Development Corporation II
  aka   Big Kmart
  aka   Big Kmart (#3680)
  aka   Central Wholesale Appliance Supply, Inc.
  aka   Chantell Marketing
  aka   Circle of Beauty Inc.
  aka   Delver
  aka   Delver.com
  aka   Designer Depot
  aka   Eblon Technologies India Private Limited
  aka   Evoke Productions
  aka   FitStudio by Sears

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 11
20–1920798

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**

All documents regarding the notice of appeal filed in the above referenced proceeding on October 17, 2019, document number 5399, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 19–cv–9703 assigned to the Honorable Nelson Stephen Roman.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: November 21, 2019                                                  Vito Genna
                                                                                               Clerk of the Court