# Notice Recipients

District/Off: 0208–7    User:    Date Created: 11/21/2019
Case: 18–23538–rdd    Form ID: tranapl    Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Chelsey Rosenbloom    crosenbloom@cgsh.com
aty    Garrett A. Fail    garrett.fail@weil.com

TOTAL: 2