**DLA PIPER LLP (US)**
Richard F. Hans
Richard A. Chesley
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Richard.Hans@dlapiper.com
Richard.Chesley@dlapiper.com
Rachel.Albanese@dlapiper.com

*Counsel to Fundación Rafael Dondé, I.A.P.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MIAMI METALS I, INC., *et al.*,<br><br>Appellees.<br>────────────────────<br>FUNDACIÓN RAFAEL DONDÉ, I.A.P, *et al.,*<br><br>Appellant,<br><br>v.<br><br>MIAMI METALS I, INC., *et al.*,<br><br>Appellees. | Civil Case No. 1:19-cv-06610-(KPF)<br><br>Lead Bankruptcy Case No. 18-13359 (SHL)<br><br>**STIPULATION AND ORDER FOR**<br>**SUBSTITUTION OF COUNSEL** |

**IT IS HEREBY STIPULATED AND ORDERED** that Fundación Rafael Dondé, I.A.P.

(the "Foundation") hereby substitutes as its counsel of record in the above-captioned appeal:

TOGUT, SEGAL & SEGAL LLP ("TSS")
One Penn Plaza, Suite 3335
New York, New York 10119
Attention: Frank A. Oswald, Esq.
Kyle J. Ortiz, Esq.
Lauren Peacock, Esq.
Patrick Marecki, Esq.
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

WEST\288441000.2

Email: frankoswald@teamtogut.com
kortiz@teamtogut.com
lpeacock@teamtogut.com
pmarecki@teamtogut.com

in place of and instead of Richard F. Hans, Richard A. Chesley and Rachel Ehrlich Albanese of DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020-1104 ("DLA Piper").

TSS shall serve as counsel for the Foundation with respect to all matters in this appeal. DLA Piper shall be removed from all service lists and the Court's electronic notice system.

Dated: November 21, 2019                    **FUNDACIÓN RAFAEL DONDÉ, I.A.P.**

                                             /s/ Eduardo Dondé
                                            Eduardo Dondé

Dated: November 21, 2019                    **DLA PIPER LLP (US)**

                                             /s/ Rachel Ehrlich Albanese
                                            Richard F. Hans
                                            Richard A. Chesley
                                            Rachel Ehrlich Albanese
                                            1251 Avenue of the Americas
                                            New York, New York 10020-1104
                                            Tel.: (212) 335-4500
                                            Fax: (212) 335-4501
                                            Richard.Hans@dlapiper.com
                                            Richard.Chesley@dlapiper.com
                                            Rachel.Albanese@dlapiper.com

                                            *Former Counsel to Fundación Rafael Dondé, I.A.P.*

Dated: November 21, 2019                    **TOGUT, SEGAL & SEGAL LLP**

   /s/ *Frank A. Oswald*
Frank A. Oswald
Kyle J. Ortiz
Lauren Peacock
Patrick Marecki
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
frankoswald@teamtogut.com
kortiz@teamtogut.com
lpeacock@teamtogut.com
pmarecki@teamtogut.com

*Counsel to Fundación Rafael Dondé, I.A.P.*


Dated: November 21, 2019                    **AKERMAN LLP**

   /s/ *Katherine C. Fackler*
Steven R. Wirth
Kristen M. Fiore (admitted *pro hac vice*)
Katherine C. Fackler (admitted *pro hac vice*)
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095
Steven.Wirth@akerman.com
Kristen.Fiore@akerman.com
Katherine.Fackler@akerman.com

*Counsel to Miami Metals I, Inc., et al.*


SO ORDERED:
Dated: November __, 2019

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE