Debtors' Tenth Omnibus Objection to Proofs of Claim  
Exhibit 1 - Reclassified Claims

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Affected Claim No. | Asserted & Surviving Claim Amounts [2] | 503(b)(9) Administrative Priority Claim | Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim |
|---|---|---|---|---|---|---|---|---|---|
| 7. | Asia Socks Inc | 8568 | Asserted | $173,945.46 | | | | | $173,945.46 |
| | | | Surviving | $0.00 | | | | $173,945.46 | $173,945.46 |
| 8. | Baby Coca for Wears and Textiles Co. | 1262 | Asserted | $157,059.12 | | | | | $157,059.12 |
| | | | Surviving | $0.00 | | | | $157,059.12 | $157,059.12 |
| 9. | Baby Coca for Wears and Textiles Co. | 1263 | Asserted | $24,986.64 | | | | | $24,986.64 |
| | | | Surviving | $0.00 | | | | $24,986.64 | $24,986.64 |
| 10. | Baby Coca for Wears and Textiles Co. | 1525 | Asserted | $74,968.26 | | | | | $74,968.26 |
| | | | Surviving | $0.00 | | | | $74,968.26 | $74,968.26 |
| 11. | Baby Coca for Wears and Textiles Co. | 1754 | Asserted | $137,756.24 | | | | | $137,756.24 |
| | | | Surviving | $0.00 | | | | $137,756.24 | $137,756.24 |
| 12. | Baby Coca for Wears and Textiles Co. | 1999 | Asserted | $116,651.44 | | | | | $116,651.44 |
| | | | Surviving | $0.00 | | | | $116,651.44 | $116,651.44 |
| 13. | Baby Coca for Wears and Textiles Co. | 2074 | Asserted | $55,594.28 | | | | | $55,594.28 |
| | | | Surviving | $0.00 | | | | $55,594.28 | $55,594.28 |
| 14. | Baby Coca for Wears and Textiles Co. | 2088 | Asserted | $266,050.25 | | | | | $266,050.25 |
| | | | Surviving | $0.00 | | | | $266,050.25 | $266,050.25 |
| 15. | Baby Coca for Wears and Textiles Co. | 2096 | Asserted | $93,984.82 | | | | | $93,984.82 |
| | | | Surviving | $0.00 | | | | $93,984.82 | $93,984.82 |
| 16. | Billion Best Industrial Limited | 8155 | Asserted | $153,488.65 | | | | $1,403,429.95 | $1,556,918.60 |
| | | | Surviving | $0.00 | | | | $1,556,918.60 | $1,556,918.60 |
| 17. | Billion Best Industrial Limited | 8156 | Asserted | $205,447.70 | | | | $1,053,362.20 | $1,258,809.90 |
| | | | Surviving | $29,743.18 | | | | $1,229,066.72 | $1,258,809.90 |
| 18. | BLANCOS PILESO SA DE CV | 6292 | Asserted | $79,221.44 | | | | | $79,221.44 |
| | | | Surviving | $0.00 | | | | $79,221.44 | $79,221.44 |
| 19. | Blancos Pileso SA DE CV | 6296 | Asserted | $20,941.80 | | | | | $20,941.80 |
| | | | Surviving | $0.00 | | | | $20,941.80 | $20,941.80 |
| 20. | BLANCOS PILESO SA DE CV | 6401 | Asserted | $11,730.19 | | | | | $11,730.19 |
| | | | Surviving | $0.00 | | | | $11,730.19 | $11,730.19 |
| 27. | FOUND DESIGN STUDIO LIMITED | 12890 | Asserted | $2,500.00 | | | | | $2,500.00 |
| | | | Surviving | $0.00 | | | | $2,500.00 | $2,500.00 |
| 28. | FUZHOU FUSHAN PNEUMATIC CO.,LTD. | 4541 | Asserted | $1,280,065.72 | | | | | $1,280,065.72 |
| | | | Surviving | $144,664.84 | | | | $1,135,400.88 | $1,280,065.72 |
| 29. | Gaia Group, Inc. | 4279 | Asserted | $12,600.00 | | | | $161,768.44 | $174,368.44 |
| | | | Surviving | $11,374.05 | | | | $162,994.39 | $174,368.44 |
| 34. | HANGZHOU IN-CHOICE IMPORT AND EXPORT CO., LTD | 4587 | Asserted | $283,341.12 | | | | | $283,341.12 |
| | | | Surviving | $0.00 | | | | $283,341.12 | $283,341.12 |
| 35. | HANGZHOU IN-CHOICE IMPORT AND EXPORT CO., LTD | 4588 | Asserted | $99,197.40 | | | | $259,956.96 | $359,154.36 |
| | | | Surviving | $0.00 | | | | $359,154.36 | $359,154.36 |
| 36. | Hangzhou In-Choice Import and Export Co., Ltd | 4609 | Asserted | $109,669.53 | | | | $216,378.64 | $326,048.17 |
| | | | Surviving | $0.00 | | | | $326,048.17 | $326,048.17 |
| 37. | Hangzhou In-Choice Import and Export Co., Ltd | 4616 | Asserted | $171,875.70 | | | | | $171,875.70 |
| | | | Surviving | $4,024.80 | | | | $167,850.90 | $171,875.70 |
| 39. | Hong Kong City Toys Factory Limited | 1623 | Asserted | $361,005.45 | | | | | $361,005.45 |
| | | | Surviving | $0.00 | | | | $361,005.45 | $361,005.45 |
| 40. | House & Home Ltd | 492 | Asserted | $25,498.80 | | | | | $25,498.80 |
| | | | Surviving | $0.00 | | | | $25,498.80 | $25,498.80 |
| 41. | House & Home Ltd. | 790 | Asserted | $113,808.60 | | | | | $113,808.60 |
| | | | Surviving | $0.00 | | | | $113,808.60 | $113,808.60 |

| Debtors' Tenth Omnibus Objection to Proofs of Claim | | | | | | | | | In re: Sears Holdings Corporation, et al. |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 1 - Reclassified Claims | | | | | | | | | Case No. 18-23538 (RDD) |

| | | | | Reclassified Claims [1] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Asserted & Surviving Claim Amounts [2] | 503(b)(9) Administrative Priority Claim | Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim |
| 44. | Jordache Enterprises, Inc. | 7845 | Asserted | $1,818,417.10 | | | | $2,365,623.20 | $4,184,040.30 |
| | | | Surviving | $1,138,752.56 | | | | $3,045,287.74 | $4,184,040.30 |
| 45. | MAYFAIR ACCESSORIES INTL LTD | 14249 | Asserted | $369,636.58 | | | | | $369,636.58 |
| | | | Surviving | $6,966.51 | | | | $362,670.07 | $369,636.58 |
| 46. | MAYFAIR ACCESSORIES INT'L LTD | 14127 | Asserted | $841,716.89 | | | | $1,453,395.97 | $2,295,112.86 |
| | | | Surviving | $5,529.60 | | | | $2,289,583.26 | $2,295,112.86 |
| 47. | MEENU CREATION LLP | 1546 | Asserted | $323,931.49 | | | | $217,973.28 | $541,904.77 |
| | | | Surviving | $277,048.49 | | | | $264,856.28 | $541,904.77 |
| 48. | MEENU CREATION LLP | 1852 | Asserted | $222,056.82 | | | | $65,489.81 | $287,546.63 |
| | | | Surviving | $146,201.82 | | | | $141,344.81 | $287,546.63 |
| 49. | Mercuries Asia Ltd. | 247 | Asserted | $9,540.00 | | | | | $9,540.00 |
| | | | Surviving | $0.00 | | | | $9,540.00 | $9,540.00 |
| 50. | Mercuries Asia Ltd. | 279 | Asserted | $13,769.40 | | | | | $13,769.40 |
| | | | Surviving | $0.00 | | | | $13,769.40 | $13,769.40 |
| 53. | MKK Enterprises Corp (DUNS#86681326) | 810 | Asserted | $2,507,711.58 | | $182,172.90 | | $3,829,926.46 | $6,519,810.94 |
| | | | Surviving | $2,084,209.43 | | $182,172.90 | | $4,253,428.61 | $6,519,810.94 |
| 54. | MOVEIS K1 LTDA | 14222 | Asserted | $296,103.51 | | | $296,103.50 | | $592,207.01 |
| | | | Surviving | $0.00 | | | $296,103.50 | $296,103.51 | $592,207.01 |
| 55. | Nano Star Ventues Limited | 2274 | Asserted | $18,918.00 | | | | $235,963.59 | $254,881.59 |
| | | | Surviving | $9,427.47 | | | | $245,454.12 | $254,881.59 |
| 56. | One To One Garment Mfg., Ltd. | 1782 | Asserted | $1,123.20 | | | | $56,516.50 | $57,639.70 |
| | | | Surviving | $0.00 | | | | $57,639.70 | $57,639.70 |
| 57. | One To One Garment Mfg., Ltd. | 1960 | Asserted | $109,396.32 | | | | $136,892.94 | $246,289.26 |
| | | | Surviving | $0.00 | | | | $246,289.26 | $246,289.26 |
| 60. | P.K. Douglass Inc. | 8516 | Asserted | $30,778.80 | | | | | $30,778.80 |
| | | | Surviving | $14,076.00 | | | | $16,702.80 | $30,778.80 |
| 61. | PCL Co Limited | 10928 | Asserted | $829,191.84 | | | | $649,685.31 | $1,478,877.15 |
| | | | Surviving | $381,546.07 | | | | $1,097,331.08 | $1,478,877.15 |
| 63. | Plumbing Technologies, LLC | 11179 | Asserted | $166,563.40 | | | | | $166,563.40 |
| | | | Surviving | $0.00 | | | | $166,563.40 | $166,563.40 |
| 64. | QUALITY HOUSE INT | 13284 | Asserted | $141,342.75 | | | | $642,984.39 | $784,327.14 |
| | | | Surviving | $62,324.18 | | | | $722,002.97 | $784,327.14 |
| 65. | R2P GROUP INC | 832 | Asserted | $421,463.96 | | | | | $421,463.96 |
| | | | Surviving | $121,913.28 | | | | $299,550.68 | $421,463.96 |
| 66. | Regency International Marketing Corp. | 349 | Asserted | $42,900.00 | | | | $412,695.32 | $455,595.32 |
| | | | Surviving | $22,800.00 | | | | $432,795.32 | $455,595.32 |
| 68. | SHENZHEN EVERBEST MACHINERY INDUSTRY CO., LTD | 14047 | Asserted | $391,387.44 | | | | $1,500,543.18 | $1,891,930.62 |
| | | | Surviving | $163,501.84 | | | | $1,728,428.78 | $1,891,930.62 |
| 69. | SHI YI FOOTWEAR MFG FACTORY | 3182 | Asserted | $36,277.32 | | | | $40,133.88 | $76,411.20 |
| | | | Surviving | $0.00 | | | | $76,411.20 | $76,411.20 |
| 71. | Sunny Days Entertainment, LLC | 1077 | Asserted | $55,918.73 | | | | $136,744.81 | $192,663.54 |
| | | | Surviving | $6,285.53 | | | | $186,378.01 | $192,663.54 |
| 72. | Sunny Jet Textiles Co, Ltd | 1388 | Asserted | $21,429.72 | | | | | $21,429.72 |
| | | | Surviving | $285.43 | | | | $21,144.29 | $21,429.72 |
| 73. | Sunny Jet Textiles Co.,Ltd | 179 | Asserted | $10,082.88 | | | | | $10,082.88 |
| | | | Surviving | $0.00 | | | | $10,082.88 | $10,082.88 |
| 74. | Superb International Co., Ltd | 10281 | Asserted | $232,566.31 | | | | | $232,566.31 |
| | | | Surviving | $0.00 | | | | $232,566.31 | $232,566.31 |
| 75. | Superb International Co., Ltd | 10733 | Asserted | $271,234.49 | | | | | $271,234.49 |
| | | | Surviving | $59,881.30 | | | | $211,353.19 | $271,234.49 |

**Debtors' Tenth Omnibus Objection to Proofs of Claim**  
**Exhibit 1 - Reclassified Claims**

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | | | Reclassified Claims [1] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Asserted & Surviving Claim Amounts [2] | 503(b)(9) Administrative Priority Claim | Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim |
| 76. | Superb International Co., Ltd | 12087 | Asserted | $749,222.08 | | | | | $749,222.08 |
| | | | Surviving | $0.00 | | | | $749,222.08 | $749,222.08 |
| 77. | Superb International Co., Ltd | 12092 | Asserted | $115,915.02 | $97,584.02 | | | | $213,499.04 |
| | | | Surviving | $0.00 | $97,584.02 | | | $115,915.02 | $213,499.04 |
| 78. | Superb International Co., Ltd | 12944 | Asserted | $171,923.71 | $52,630.96 | | | | $224,554.67 |
| | | | Surviving | $0.00 | $52,630.96 | | | $171,923.71 | $224,554.67 |
| 79. | Superb International Co., Ltd | 13228 | Asserted | $84,269.16 | | | | | $84,269.16 |
| | | | Surviving | $0.00 | | | | $84,269.16 | $84,269.16 |
| 80. | Suzhou Chunju Electric Co Ltd. | 6823 | Asserted | $109,132.80 | | | | $268,992.90 | $378,125.70 |
| | | | Surviving | $0.00 | | | | $378,125.70 | $378,125.70 |
| 93. | Xiamen Golden Textile Imp & Exp Co, LTD | 485 | Asserted | $416,050.31 | | | | $439,433.02 | $855,483.33 |
| | | | Surviving | $266,805.87 | | | | $588,677.46 | $855,483.33 |
| 94. | Xiamen Golden Textile Imp&Exp Co., Ltd | 716 | Asserted | $767,310.44 | | | | $481,506.24 | $1,248,816.68 |
| | | | Surviving | $534,724.74 | | | | $714,091.94 | $1,248,816.68 |
| 95. | Yat Fung (Macao Commercial Offshore) Ltd. | 5314 | Asserted | $45,257.40 | | | | $79,625.19 | $124,882.59 |
| | | | Surviving | $44,606.25 | | | | $80,276.34 | $124,882.59 |
| 96. | Zenithen (Hong Kong) Limited | 4546 | Asserted | $23,020.80 | | | | | $23,020.80 |
| | | | Surviving | $0.00 | | | | $23,020.80 | $23,020.80 |
| 97. | Zhejiang Kata Technology Co., Ltd | 647 | Asserted | $1,403,587.38 | | | | | $1,403,587.38 |
| | | | Surviving | $545,086.90 | | | | $858,500.48 | $1,403,587.38 |
| 98. | ZURU LLC | 14681 | Asserted | $212,658.62 | | | | $197,672.34 | $410,330.96 |
| | | | Surviving | $182,941.64 | | | | $227,389.32 | $410,330.96 |

[1] Asserted Claim amounts include any asserted unliquidated amounts.  
[2] As set forth in the Objection, the Debtors seek to reclassify all Claims listed herein on the basis that the Claims relate to goods received by the Debtors outside the 503(b)(9) Window (as defined in the Objection).