**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Name of Applicant: | Houlihan Lokey Capital, Inc. | |
|---|---|---|
| **Applicant's Role in Case:** | **Investment Banker for the Official Committee of Unsecured Creditors** | |
| **Date of Retention:** | **December 19, 2018,** *nunc pro tunc* to October 29, 2018 | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **9/1/19** | **9/30/19** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this statement: | $100,000.00 (80% of $125,000.00) |
| Total expenses requested in this statement: | $0.00 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $125,000.00 |
| Summary of Professional Fees Requested: | |
| Total professional fees requested in this statement: | $125,000.00 |

## Summary of Expenses for the Fee Period

| Expense Categories | Amount |
|---|---|
| Airfare | $0.00 |
| Lodging | 0.00 |
| Ground Transportation | 0.00 |
| Travel and Overtime Meals | 0.00 |
| Travel Telephone and Data | 0.00 |
| Delivery | 0.00 |
| **Total** | **$0.00** |

## Summary of Payment Requested

| Fee Period | Current Fee (Net of Holdback) | Holdback | Expenses | Prepayment | Amount |
|---|---|---|---|---|---|
| 9/1-9/30 | $100,000.00 | $25,000.00 | $0.00 | NA | $125,000.00 |
| **Total** | **$100,000.00** | **$25,000.00** | **$0.00** | **NA** | **$125,000.00** |

## Summary of Hours for the Fee Period

| Name of Professional | Position | Amount |
|---|---|---|
| Saul Burian | Managing Director | 8.0 |
| Eric Siegert | Senior Managing Director | 0.0 |
| Brad Geer | Managing Director | 0.0 |
| Surbhi Gupta | Director | 0.0 |
| Greg Rinsky | Director | 0.0 |
| Tom Hedus | Senior Vice President | 18.5 |
| Ross Rosenstein | Associate | 19.5 |
| Ryan Conroy | Associate | 0.0 |
| John Hartigan | Associate | 21.0 |
| Ahmed Mumtaz | Associate | 0.0 |
| Tanya Wong | Associate | 0.0 |
| Jack Foster | Analyst | 0.0 |
| James Lai | Analyst | 32.0 |
| Natalie Weelborg | Analyst | 0.0 |
| Andrew Felman | Analyst | 0.0 |
| Jenner Currier | Analyst | 0.0 |
| Matthew Stadtmauer | Analyst | 0.0 |
| **Total** | | **99.0** |

**Summary of Hours for the Fee Period**

| Task Category | Amount |
|---|---|
| General Case Administration | 12.0 |
| Correspondence with Debtor and Other Stakeholders | 0.0 |
| Correspondence with Official Committee of Unsecured Creditors | 10.5 |
| Analysis, Presentations, and Due Diligence | 12.5 |
| Financing Diligence and Analysis | 0.0 |
| Litigation Diligence and Analysis | 64.0 |
| Real Estate Analysis | 0.0 |
| **Total** | **99.0** |

Respectfully Submitted,

Dated: November 22, 2019

Saul E. Burian, Managing Director
Houlihan Lokey Capital, Inc.
245 Park Ave.
20th Floor
New York, NY 10167

*Investment Banker for the Official Committee of Unsecured
Creditors of Sears Holdings Corporation, et al.*

**<u>Exhibit A</u>**



**Invoice #  34238**

**PERSONAL & CONFIDENTIAL**                                     November 8, 2019

The Official Committee (the "Committee") of Unsecured Creditors               Client #  63300
of Sears Holding Corporation                                                 Case #  87394
and its affiliated debtors and debtors-in-possession
(the "Debtors")

**Professional Fees**

| | | |
|---|---|---|
| Monthly Fee due on September 28, 2019 | $ | 250,000.00 |
| Less: Monthly Fee Credit | | (125,000.00) |
| Less 20% Holdback | | (25,000.00) |
| Professional Fees Due | $ | 100,000.00 |

**Out of Pocket Expenses**

| | | |
|---|---|---|
| Out of Pocket Expenses Due | $ | - |

**TOTAL AMOUNT DUE AND PAYABLE**                          **$    100,000.00**

**PAYMENT DUE UPON RECEIPT**

Please Send Checks To:                           Wire Transfer Instructions:
Houlihan Lokey Capital, Inc.                          Bank of America
Accounts Receivable Department                  Wire Transfer ABA #026009593
10250 Constellation Boulevard, 5th Floor              ACH ABA #121000358
Los Angeles, California 90067-6802             fbo Houlihan Lokey Capital, Inc.
                                                   Account #1453120593
                                         Swift Code (Int'l Wires Only): BOFAUS3N
                                                   Federal ID #95-4024056

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**Exhibit B**

**Houlihan Lokey - Sears Holdings Corporation Work Hours Summary**
**(Sep 01, 2019 - Sep 30, 2019)**

| Employee | A | B | C | D | E | F | G | Total |
|---|---|---|---|---|---|---|---|---|
| Saul Burian | 0.0 | 0.0 | 2.0 | 1.5 | 0.0 | 4.5 | 0.0 | 8.0 |
| Eric Siegert | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Brad Geer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Surbhi Gupta | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Greg Rinsky | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tom Hedus | 2.0 | 0.0 | 2.5 | 3.5 | 0.0 | 10.5 | 0.0 | 18.5 |
| Ross Rosenstein | 1.0 | 0.0 | 2.0 | 2.5 | 0.0 | 14.0 | 0.0 | 19.5 |
| Ryan Conroy | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| John Hartigan | 2.0 | 0.0 | 2.0 | 2.5 | 0.0 | 14.5 | 0.0 | 21.0 |
| Ahmed Mumtaz | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tanya Wong | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jack Foster | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| James Lai | 7.0 | 0.0 | 2.0 | 2.5 | 0.0 | 20.5 | 0.0 | 32.0 |
| Natalie Weelborg | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Andrew Felman | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jenner Currier | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Matthew Stadtmauer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **12.0** | **0.0** | **10.5** | **12.5** | **0.0** | **64.0** | **0.0** | **99.0** |

**Legend**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** **Saul Burian**
**Total Hours:** 8.0

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, September 05, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Committee Call Re: Distributable Value & Recovery Analysis |
| Thursday, September 05, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Catch-Up Re: UCC Committee Call |
| Monday, September 09, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Proposed Settlement of Hoffman Estates Litigation |
| Wednesday, September 11, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Transform's Adversary Complaint against the Debtors |
| Thursday, September 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Re: Court Hearing on Remaining APA Disputes |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review the Modified 2nd Amended Plan |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Debtors Memorandum in Support of Confirmation |
| Monday, September 16, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Transier's, Griffith's, and Murphy's Declarations |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 0.5 | Internal Discussion Re: Transform Complaint |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL's Motion for Direct Appeal and Related Court Filings |
| Thursday, September 19, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL's Supplemental Response Re: Confirmation |
| Thursday, September 26, 2019 | F | Litigation Diligence and Analysis | 0.5 | Internal Discussion Re: Admin Claim Settlement |
| Thursday, September 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Committee Call Re: Admin Claim Settlement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Eric Siegert** |
| **Total Hours:** | **0.0** |

| | Task Reference Table | |
|---|---|---|
| **A** | General Case Administration | |
| **B** | Correspondence with Debtor and Other Stakeholders | |
| **C** | Correspondence with Official Committee of Unsecured Creditors | |
| **D** | Analysis, Presentations, and Due Diligence | |
| **E** | Financing Diligence and Analysis | |
| **F** | Litigation Diligence and Analysis | |
| **G** | Real Estate Analysis | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Brad Geer** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Surbhi Gupta** |
| **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Greg Rinsky** |
| **Total Hours:** | **0.0** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| Hours for: | Tom Hedus |
| Total Hours: | 18.5 |

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, September 03, 2019 | A | General Case Administration | 1.0 | Review Fee Statement |
| Thursday, September 05, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Presentation to the UCC |
| Thursday, September 05, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Committee Call Re: Distributable Value & Recovery Analysis |
| Thursday, September 05, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Catch-Up Re: UCC Committee Call |
| Friday, September 06, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Monday, September 09, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Proposed Settlement of Hoffman Estates Litigation |
| Wednesday, September 11, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review and Discuss Transform's Adversary Complaint against the Debtors |
| Thursday, September 12, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 12, 2019 | A | General Case Administration | 1.0 | Court Hearing: Remaining APA Disputes |
| Thursday, September 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Re: Court Hearing on Remaining APA Disputes |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review the Modified 2nd Amended Plan |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Debtors Memorandum in Support of Confirmation |
| Friday, September 13, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discussion with Unsecured Creditors |
| Friday, September 13, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Regarding Class of Claims in the Amended Plan |
| Monday, September 16, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review and Discuss Transier's, Griffith's, and Murphy's Declarations |
| Tuesday, September 17, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Docket Filings |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 1.0 | Internal Discussion Re: Transform Complaint |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Tom Hedus** | |
| **Total Hours:** | **18.5** | |

| **Task Reference Table** | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review ESL's Motion for Direct Appeal and Related Court Filings |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 19, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL's Supplemental Response Re: Confirmation |
| Thursday, September 26, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 26, 2019 | F | Litigation Diligence and Analysis | 1.0 | Internal Discussion Re: Admin Claim Settlement |
| Thursday, September 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Committee Call Re: Admin Claim Settlement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **19.5** |

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, September 05, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Committee Call Re: Distributable Value & Recovery Analysis |
| Thursday, September 05, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Catch-Up Re: UCC Committee Call |
| Friday, September 06, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Monday, September 09, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Proposed Settlement of Hoffman Estates Litigation |
| Wednesday, September 11, 2019 | F | Litigation Diligence and Analysis | 1.0 | Review and Discuss Transform's Adversary Complaint against the Debtors |
| Thursday, September 12, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 12, 2019 | A | General Case Administration | 1.0 | Court Hearing: Remaining APA Disputes |
| Thursday, September 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Re: Court Hearing on Remaining APA Disputes |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 1.0 | Analyze Key Disputed Items in the APA |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 2.0 | Review the Modified 2nd Amended Plan |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Debtors Memorandum in Support of Confirmation |
| Friday, September 13, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Regarding Class of Claims in the Amended Plan |
| Monday, September 16, 2019 | F | Litigation Diligence and Analysis | 2.5 | Review and Discuss Transier's, Griffith's, and Murphy's Declarations |
| Tuesday, September 17, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Docket Filings |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 1.0 | Internal Discussion Re: Transform Complaint |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review ESL's Motion for Direct Appeal and Related Court Filings |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **19.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 19, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL's Supplemental Response Re: Confirmation |
| Thursday, September 26, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 26, 2019 | F | Litigation Diligence and Analysis | 1.0 | Internal Discussion Re: Admin Claim Settlement |
| Thursday, September 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Committee Call Re: Admin Claim Settlement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | **Ryan Conroy** | |
| **Total Hours:** | **0.0** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **John Hartigan** |
| **Total Hours:** | **21.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, September 03, 2019 | A | General Case Administration | 1.0 | Review Fee Statement |
| Thursday, September 05, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Committee Call Re: Distributable Value & Recovery Analysis |
| Thursday, September 05, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Catch-Up Re: UCC Committee Call |
| Friday, September 06, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Monday, September 09, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Proposed Settlement of Hoffman Estates Litigation |
| Wednesday, September 11, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review and Discuss Transform's Adversary Complaint against the Debtors |
| Thursday, September 12, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 12, 2019 | A | General Case Administration | 1.0 | Court Hearing: Remaining APA Disputes |
| Thursday, September 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Re: Court Hearing on Remaining APA Disputes |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 1.0 | Analyze Key Disputed Items in the APA |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 2.0 | Review the Modified 2nd Amended Plan |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Debtors Memorandum in Support of Confirmation |
| Friday, September 13, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Regarding Class of Claims in the Amended Plan |
| Monday, September 16, 2019 | F | Litigation Diligence and Analysis | 2.5 | Review and Discuss Transier's, Griffith's, and Murphy's Declarations |
| Tuesday, September 17, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Docket Filings |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 1.0 | Internal Discussion Re: Transform Complaint |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **John Hartigan** |
| **Total Hours:** | **21.0** |

<table>
<tr><td colspan="2" align="center"><b>Task Reference Table</b></td></tr>
<tr><td>A</td><td>General Case Administration</td></tr>
<tr><td>B</td><td>Correspondence with Debtor and Other Stakeholders</td></tr>
<tr><td>C</td><td>Correspondence with Official Committee of Unsecured Creditors</td></tr>
<tr><td>D</td><td>Analysis, Presentations, and Due Diligence</td></tr>
<tr><td>E</td><td>Financing Diligence and Analysis</td></tr>
<tr><td>F</td><td>Litigation Diligence and Analysis</td></tr>
<tr><td>G</td><td>Real Estate Analysis</td></tr>
</table>

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review ESL's Motion for Direct Appeal and Related Court Filings |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 19, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL's Supplemental Response Re: Confirmation |
| Thursday, September 26, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 26, 2019 | F | Litigation Diligence and Analysis | 1.0 | Internal Discussion Re: Admin Claim Settlement |
| Thursday, September 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Committee Call Re: Admin Claim Settlement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Ahmed Mumtaz** | |
| **Total Hours:** | **0.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** **Tanya Wong**
**Total Hours:** **0.0**

|   | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Jack Foster** | |
| **Total Hours:** | **0.0** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **32.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, September 02, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Thursday, September 05, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Committee Call Re: Distributable Value & Recovery Analysis |
| Thursday, September 05, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Catch-Up Re: UCC Committee Call |
| Friday, September 06, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Friday, September 06, 2019 | A | General Case Administration | 1.0 | Record Maintenance |
| Monday, September 09, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Monday, September 09, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review and Discuss Proposed Settlement of Hoffman Estates Litigation |
| Wednesday, September 11, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review and Discuss Transform's Adversary Complaint against the Debtors |
| Wednesday, September 11, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Thursday, September 12, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 12, 2019 | A | General Case Administration | 1.0 | Court Hearing: Remaining APA Disputes |
| Thursday, September 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Re: Court Hearing on Remaining APA Disputes |
| Thursday, September 12, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Friday, September 13, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 1.0 | Analyze Key Disputed Items in the APA |
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 3.5 | Review the Modified 2nd Amended Plan |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **32.0** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, September 13, 2019 | F | Litigation Diligence and Analysis | 2.0 | Review and Discuss Debtors Memorandum in Support of Confirmation |
| Friday, September 13, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Internal Discussion Regarding Class of Claims in the Amended Plan |
| Monday, September 16, 2019 | F | Litigation Diligence and Analysis | 4.5 | Review and Discuss Transier's, Griffith's, and Murphy's Declarations |
| Monday, September 16, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Tuesday, September 17, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Docket Filings |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 1.0 | Internal Discussion Re: Transform Complaint |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 2.5 | Review ESL's Motion for Direct Appeal and Related Court Filings |
| Wednesday, September 18, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Wednesday, September 18, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Thursday, September 19, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review ESL's Supplemental Response Re: Confirmation |
| Monday, September 23, 2019 | A | General Case Administration | 0.5 | Record Maintenance |
| Thursday, September 26, 2019 | F | Litigation Diligence and Analysis | 0.5 | Review Solvency Tracker |
| Thursday, September 26, 2019 | F | Litigation Diligence and Analysis | 1.0 | Internal Discussion Re: Admin Claim Settlement |
| Thursday, September 26, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | UCC Committee Call Re: Admin Claim Settlement |
| Friday, September 27, 2019 | A | General Case Administration | 0.5 | Record Maintenance |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** **Natalie Weelborg**
**Total Hours:** **0.0**

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**     **Andrew Felman**
**Total Hours:**     **0.0**

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Jenner Currier** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**    **Matthew Stadtmauer**
**Total Hours:**    **0.0**

| | Task Reference Table | |
|---|---|---|
| A | General Case Administration | |
| B | Correspondence with Debtor and Other Stakeholders | |
| C | Correspondence with Official Committee of Unsecured Creditors | |
| D | Analysis, Presentations, and Due Diligence | |
| E | Financing Diligence and Analysis | |
| F | Litigation Diligence and Analysis | |
| G | Real Estate Analysis | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|