**Exhibit A**

| No. | Creditor | DBA | DUNS # | Admin. Expense Claims Consent Program Voter ID Nos. | Admin. Expense Claims Consent Program Ballot ID Nos. | Invoice Number | Invoice Date | Invoice Amount | PO Number | For Goods? | For Services? | Property Tax Notice? | Submitted on Proof of Claim ? | Proof of Claim Number | 503(B)(9) | Admin. Claim (Y/N) | Debtor | Currently the Subject of any Motions? | Basis for Admin. Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | N/A - General Unsecured Claim | N/A - General Unsecured Claim | 201820223491 | 06/20/18 | $11,640.00 | SEARS SL5167 | Y | N | N/A | Y | 2957 | N | N | Sears, Roebuck and Co. | N | N/A |
| 2 | Arca Industrial (NJ), Inc. | N/A | 548826 | N/A - General Unsecured Claim | N/A - General Unsecured Claim | 201820223868 | 06/20/18 | $2,528.10 | KMART D681P | Y | N | N/A | Y | 5167 | N | N | Kmart Corporation | N | N/A |
| 3 | Arca Industrial (NJ), Inc. | N/A | 548826 | N/A - General Unsecured Claim | N/A - General Unsecured Claim | 201820224483 | 06/20/18 | $2,241.90 | KMART D681P | Y | N | N/A | Y | 5167 | N | N | Kmart Corporation | N | N/A |
| 4 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | N/A - General Unsecured Claim | N/A - General Unsecured Claim | 201820702456 | 07/12/18 | $17,940.00 | SEARS SH7005 | Y | N | N/A | Y | 2957 | N | N | Sears, Roebuck and Co. | N | N/A |
| 5 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820774921 | 07/16/18 | $31,302.00 | KMART D681Q | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |
| 6 | Arca Industrial (NJ), Inc. | N/A | 548826 | N/A - General Unsecured Claim | N/A - General Unsecured Claim | 201820775298 | 07/16/18 | $27,694.50 | KMART D681Q | Y | N | N/A | Y | 5167 | N | N | Kmart Corporation | N | N/A |
| 7 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820775452 | 07/16/18 | $37,944.00 | KMART D681R | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |
| 8 | Arca Industrial (NJ), Inc. | N/A | 548826 | N/A - General Unsecured Claim | N/A - General Unsecured Claim | 201820775554 | 07/16/18 | $33,456.00 | KMART D681R | Y | N | N/A | Y | 5167 | N | N | Kmart Corporation | N | N/A |
| 9 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820789755 | 07/17/18 | $5,638.50 | KMART D683F | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |
| 10 | Arca Industrial (NJ), Inc. | N/A | 548826 | N/A - General Unsecured Claim | N/A - General Unsecured Claim | 201820789865 | 07/17/18 | $5,101.50 | KMART D683F | Y | N | N/A | Y | 5167 | N | N | Kmart Corporation | N | N/A |
| 11 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820789942 | 07/17/18 | $5,611.65 | KMART D684D | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |
| 12 | Arca Industrial (NJ), Inc. | N/A | 548826 | N/A - General Unsecured Claim | N/A - General Unsecured Claim | 201820790009 | 07/17/18 | $5,128.35 | KMART D684D | Y | N | N/A | Y | 5167 | N | N | Kmart Corporation | N | N/A |
| 13 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820790071 | 07/17/18 | $23,421.00 | KMART D689L | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 14 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820790159 | 07/17/18 | $20,889.00 | KMART D689L | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |
| 15 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820790231 | 07/17/18 | $26,839.20 | KMART D689N | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 16 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820790255 | 07/17/18 | $23,800.80 | KMART D689N | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |
| 17 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820790306 | 07/17/18 | $16,837.80 | KMART D689P | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 18 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820790382 | 07/17/18 | $14,812.20 | KMART D689P | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |
| 19 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820790440 | 07/17/18 | $10,001.40 | KMART D689Q | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 20 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201820790486 | 07/17/18 | $8,988.60 | KMART D689Q | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |
| 21 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821155319 | 08/02/18 | $21,098.40 | KMART D686E | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 22 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821155319 | 08/02/18 | $21,098.40 | KMART D686G | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 23 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821155319 | 08/02/18 | $21,098.40 | KMART D686H | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |

**Exhibit A**

| No. | Creditor | DBA | DUNS # | Admin. Expense Claims Consent Program Voter ID Nos. | Admin. Expense Claims Consent Program Ballot ID Nos. | Invoice Number | Invoice Date | Invoice Amount | PO Number | For Goods? | For Services? | Property Tax Notice? | Submitted on Proof of Claim ? | Proof of Claim Number | 503(B)(9) | Admin. Claim (Y/N) | Debtor | Currently the Subject of any Motions? | Basis for Admin. Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821155319 | 08/02/18 | $20,178.00 | KMART D687A | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 25 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821155643 | 08/21/18 | $18,863.40 | KMART D686E | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 26 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821155643 | 08/21/18 | $18,863.40 | KMART D686G | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 27 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821155643 | 08/21/18 | $18,863.40 | KMART D686H | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 28 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821155643 | 08/21/18 | $18,040.50 | KMART D687A | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 29 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821155790 | 08/02/18 | $30,903.60 | KMART D683R | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 30 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821155947 | 08/02/18 | $25,682.25 | KMART D683R | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 31 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821246015 | 08/07/18 | $48,246.90 | SEARS SH7077 | Y | N | N/A | Y | 2957 | Y | Y | Sears, Roebuck and Co. | ECF #5237; ECF #5476 | 503(b)(9) |
| 32 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821255855 | 08/07/18 | $96,385.38 | SEARS SH7077 | Y | N | N/A | Y | 2957 | Y (if Court adopts Debtors' ECF #5237) | Y | Sears, Roebuck and Co. | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |

**Exhibit A**

| No. | Creditor | DBA | DUNS # | Admin. Expense Claims Consent Program Voter ID Nos. | Admin. Expense Claims Consent Program Ballot ID Nos. | Invoice Number | Invoice Date | Invoice Amount | PO Number | For Goods? | For Services? | Property Tax Notice? | Submitted on Proof of Claim ? | Proof of Claim Number | 503(B)(9) | Admin. Claim (Y/N) | Debtor | Currently the Subject of any Motions? | Basis for Admin. Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821280681 | 08/08/18 | $52,038.00 | SEARS SJ5178 | Y | N | N/A | Y | 2957 | Y (if Court adopts Debtors' ECF #5237) | Y | Sears, Roebuck and Co. | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 34 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821280681 | 08/08/18 | $35,455.20 | SEARS SJ5179 | Y | N | N/A | Y | 2957 | Y (if Court adopts Debtors' ECF #5237) | Y | Sears, Roebuck and Co. | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 35 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821280681 | 08/08/18 | $61,950.00 | SEARS SK5164 | Y | N | N/A | Y | 2957 | Y (if Court adopts Debtors' ECF #5237) | Y | Sears, Roebuck and Co. | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 36 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821280681 | 08/08/18 | $52,875.00 | SEARS SK5177 | Y | N | N/A | Y | 2957 | Y (if Court adopts Debtors' ECF #5237) | Y | Sears, Roebuck and Co. | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 37 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821280681 | 08/08/18 | $23,700.00 | SEARS SL5168 | Y | N | N/A | Y | 2957 | Y (if Court adopts Debtors' ECF #5237) | Y | Sears, Roebuck and Co. | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 38 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821335798 | 08/10/18 | $17,940.00 | SEARS SH7003 | Y | N | N/A | Y | 2957 | Y | Y | Sears, Roebuck and Co. | ECF #5237; ECF #5476 | 503(b)(9) |
| 39 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821454186 | 09/08/18 | $6,296.40 | KMART D688G | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 40 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821454326 | 08/17/18 | $5,628.60 | KMART D688G | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 41 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821460080 | 08/17/18 | $19,042.20 | KMART D686D | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 42 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821460201 | 08/17/18 | $17,075.40 | KMART D686D | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |

**Exhibit A**

| No. | Creditor | DBA | DUNS # | Admin. Expense Claims Consent Program Voter ID Nos. | Admin. Expense Claims Consent Program Ballot ID Nos. | Invoice Number | Invoice Date | Invoice Amount | PO Number | For Goods? | For Services? | Property Tax Notice? | Submitted on Proof of Claim ? | Proof of Claim Number | 503(B)(9) | Admin. Claim (Y/N) | Debtor | Currently the Subject of any Motions? | Basis for Admin. Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821460492 | 08/17/18 | $16,986.00 | KMART D686F | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 44 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821460537 | 08/17/18 | $19,131.60 | KMART D686F | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |
| 45 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821460606 | 08/17/18 | $5,900.40 | KMART D686Y | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 46 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821460645 | 08/17/18 | $5,364.00 | KMART D686Y | Y | N | N/A | Y | 5167 | Y | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) |
| 47 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821461536 | 08/17/18 | $99,000.00 | SEARS SJ7146 | Y | N | N/A | Y | 2957 | N | Y | Sears, Roebuck and Co. | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 48 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821600942 | 08/23/18 | $22,583.40 | KMART D683Q | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 49 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821600978 | 08/23/18 | $19,696.80 | KMART D683Q | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 50 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821601029 | 08/23/18 | $5,883.00 | KMART D681Q | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 51 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821601096 | 08/23/18 | $5,217.00 | KMART D681Q | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 52 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821601153 | 08/23/18 | $10,710.00 | KMART D681R | Y | N | N/A | Y | 5167 | Y (if Court adopts Debtors' ECF #5237) | Y | Kmart Corporation | ECF #5237; ECF #5476 | 503(b)(9) (see ECF #5237 & #5476); ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 53 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821601186 | 08/23/18 | $9,486.00 | KMART D681R | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 54 | Arca Industrial (NJ), Inc. | N/A | 1000154948 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821601262 | 08/23/18 | $17,625.00 | SEARS SL5166 | Y | N | N/A | Y | 2957 | N | Y | Sears, Roebuck and Co. | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |

**Exhibit A**

| No. | Creditor | DBA | DUNS # | Admin. Expense Claims Consent Program Voter ID Nos. | Admin. Expense Claims Consent Program Ballot ID Nos. | Invoice Number | Invoice Date | Invoice Amount | PO Number | For Goods? | For Services? | Property Tax Notice? | Submitted on Proof of Claim ? | Proof of Claim Number | 503(B)(9) | Admin. Claim (Y/N) | Debtor | Currently the Subject of any Motions? | Basis for Admin. Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821815816 | 08/31/18 | $21,802.50 | KMART D686Z | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |
| 56 | Arca Industrial (NJ), Inc. | N/A | 548826 | 700518 & 700521 | 182353801018083 & 182353801018054 | 201821815955 | 08/31/18 | $24,025.50 | KMART D686Z | Y | N | N/A | Y | 5167 | N | Y | Kmart Corporation | N | ECF #843, ECF #115 & ECF #14; 507(a)(2); 503(b)(1)(A) |